1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    *****************************************************************

5    IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
6    LIABILITY LITIGATION

7                              CIVIL DOCKET NO. 09-MD-2047 "L"
                               NEW ORLEANS, LOUISIANA
08:52AM  8                     MONDAY, NOVEMBER 26, 2012, 8:30 A.M.

9    THIS DOCUMENT RELATES TO
     ALL CASES
10

11   *****************************************************************

12                      **DAY 1 MORNING SESSION**
                  TRANSCRIPT OF JURY TRIAL PROCEEDINGS
13           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:          HERMAN HERMAN KATZ
18                                BY:  RUSS M. HERMAN, ESQUIRE
                                       LEONARD A. DAVIS, ESQUIRE
19                                820 O'KEEFE AVENUE
                                  NEW ORLEANS LA  70113
20

21                                GAINSBURGH BENJAMIN DAVID MEUNIER
                                  AND WARSHAUER
22                                BY:  GERALD E. MEUNIER, ESQUIRE
                                  2800 ENERGY CENTRE
23                                1100 POYDRAS STREET, SUITE 2800
                                  NEW ORLEANS LA  70163
24

25

                          **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                            SEEGER WEISS
                             BY:  CHRISTOPHER A. SEEGER, ESQUIRE
4                                 SCOTT A. GEORGE, ESQUIRE
                             550 BROAD STREET, SUITE 920
5                            NEWARK, NJ  07102

6

7                            WHITFIELD, BRYSON & MASON
                             BY:  DANIEL K. BRYSON, ESQUIRE
8                            900 W. MORGAN STREET
                             RALEIGH, NC  27603
9

10                           IRPINO LAW FIRM
11                           BY:  ANTHONY IRPINO, ESQUIRE
                             2216 MAGAZINE STREET
12                           NEW ORLEANS, LA  70130

13

14
     FOR INTERIOR EXTERIOR
15   BUILDING SUPPLY, LP:       GALLOWAY JOHNSON TOMPKINS
                                BURR & SMITH
16                              BY:  RICHARD DUPLANTIER JR., ESQUIRE
                                    BENJAMIN R. GRAU, ESQUIRE
17                                  CARLINA C. EISELEN, ESQUIRE
                                ONE SHELL SQUARE
18                              701 POYDRAS STREET, SUITE 4040
                                NEW ORLEANS, LA  70139
19

20
     FOR THE NORTH RIVER
21   INSURANCE COMPANY:         THOMPSON, COE, COUSINS & IRONS
                                BY:  KEVIN RISLEY, ESQUIRE
22                              ONE RIVERWAY, SUITE 1600
                                HOUSTON, TX 77056
23

24

25

                         **HOURLY TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                          LOBMAN CARNAHAN BATT ANGELLE
                           & NADER
4                          BY:   SIDNEY J. ANGELLE, ESQUIRE
                                 ERIC B. BERGER, ESQUIRE
5                          400 POYDRAS STREET, SUITE 2300
                           NEW ORLEANS, LA 70130
6

7

8   OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
9                              CERTIFIED MERIT REPORTER
                               500 POYDRAS STREET, ROOM B406
10                             NEW ORLEANS, LA   70130
                               (504) 589-7779
11                             Cathy_Pepper@laed.uscourts.gov

12

13  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
    PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                                    **I N D E X**

2

3                                         PAGE

4

5     JURY SELECTION......................................   72

6     OPENING STATEMENTS MR. MEUNIER......................   88

7     OPENING STATEMENTS MR. DUPLANTIER...................  108

8     OPENING STATEMENTS MR. ANGELLE......................  132

9     LUNCHEON RECESS.....................................  134

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**HOURLY   TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

MONDAY, NOVEMBER 26, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

08:52AM    THE DEPUTY CLERK:  All rise.

08:52AM    THE COURT:  Be seated, please.  Good morning, ladies

08:52AM  and gentlemen.

08:52AM         Call the case, please.

08:52AM    THE DEPUTY CLERK:  In re:  Chinese-Manufactured

08:52AM  Drywall Products Liability Litigation.

08:52AM         Plaintiffs *Edward and Susan Beckendorf versus*

08:52AM  *Interior Exterior and North River Insurance Company;*

08:52AM  *New Orleans Habitat for Humanity versus Interior Exterior and*

08:52AM  *North River Insurance Company; Beryl Mundee versus*

08:52AM  *Interior Exterior and North River Insurance Company; and*

08:52AM  *David and Cheryl Gross versus Interior Exterior and North River*

08:53AM  *Insurance Company.*

08:53AM    THE COURT:  All right.  Counsel, are you ready to

08:53AM  proceed?

08:53AM    MR. MEUNIER:  The plaintiffs are ready, Your Honor.

08:53AM    MR. DUPLANTIER:  Yes, the defendants are ready,

08:53AM  Your Honor.

08:53AM    THE COURT:  Ladies and gentlemen, the prospective

**HOURLY TRANSCRIPT**

08:53AM  1    jury, my name is Eldon Fallon, and I am the judge who will

08:53AM  2    preside over this case.

08:53AM  3              First, I want to welcome each of you.  All of us

08:53AM  4    know that you would rather be some other place.  You've got

08:53AM  5    things to do, things to attend to, and that's -- in this busy

08:53AM  6    time, I can understand that.

08:53AM  7              But, ladies and gentlemen, you need to

08:53AM  8    understand that our government is the oldest democratic

08:53AM  9    government on the face of the earth.  And one of the reasons is

08:53AM 10    because our citizens participate in a very meaningful fashion

08:53AM 11    in the running of our society.

08:53AM 12              We are called often to be members of the

08:54AM 13    military.  We're called to be voters.  We're called to be

08:54AM 14    jurors.  All these things are critical, critical to the running

08:54AM 15    of our society.  And I appreciate your presence here today and

08:54AM 16    applaud you for it.

08:54AM 17              I hope everyone has had a good Thanksgiving and

08:54AM 18    you're ready now to proceed.

08:54AM 19              The present matter is a civil case.  It involves

08:54AM 20    property damage to four plaintiffs' homes caused by defective

08:54AM 21    drywall manufactured in China.  The plaintiffs are New Orleans

08:54AM 22    Area Habitat for Humanity, three families, Eddie and Susan

08:54AM 23    Beckendorf, David and Cheryl Gross, and Beryl Mundee.  All of

08:54AM 24    whom bought defective drywall from the defendant Interior

08:55AM 25    Exterior, also known as INEX.  The second defendant in this

**HOURLY TRANSCRIPT**

08:55AM 1   case is North River, one of the INEX's insurance companies.

08:55AM 2          The plaintiffs purchased the defective drywall

08:55AM 3   from INEX between July and November of 2006.

08:55AM 4          INEX had purchased the defective drywall from

08:55AM 5   Chinese manufacturers.

08:55AM 6          As you will hear from the parties' lawyers, the

08:55AM 7   parties have agreed that the Chinese drywall INEX sold to the

08:55AM 8   plaintiffs were defective.  The nature of it is that the

08:55AM 9   drywall emits gases containing sulfur, which causes corrosion

08:55AM 10  of copper and silver.

08:55AM 11         The plaintiffs have sued INEX claiming that INEX

08:55AM 12  is liable because INEX knew or should have known that the

08:56AM 13  drywall sold to the plaintiffs was defective.  INEX denies this

08:56AM 14  liability and asserts that it neither knew or should have known

08:56AM 15  of the defect.

08:56AM 16         Now, ladies and gentlemen, this jury will not

08:56AM 17  decide whether the drywall was defective.  The parties in this

08:56AM 18  case agree and stipulate that the Chinese drywall installed in

08:56AM 19  the homes involved in this trial was not fit for its

08:56AM 20  ordinary -- or intended purpose, and none of the plaintiffs who

08:56AM 21  purchased the Chinese drywall installed in the homes involved

08:56AM 22  in this trial would have purchased this drywall had they known

08:56AM 23  about the defective nature of the drywall at the time it was

08:56AM 24  purchased.

08:56AM 25         This jury also will not decide to what extent,

**HOURLY TRANSCRIPT**

08:57AM 1    if any, the plaintiffs' homes were damaged by the defective

08:57AM 2    drywall.

08:57AM 3              Instead this trial will focus on a single

08:57AM 4    question:  Whether INEX knew or should have known that the

08:57AM 5    drywall in question was defective at the time INEX sold the

08:57AM 6    drywall to the plaintiffs.

08:57AM 7              Now, ladies and gentlemen, each of the parties

08:57AM 8    has a right to have this case tried by a qualified, fair and

08:57AM 9    impartial jury.  A qualified and impartial jury is one which is

08:57AM 10   responsible and capable and which will, without fear, favor,

08:57AM 11   bias, prejudice, sympathy or passion, hear and decide the

08:57AM 12   issues to be tried objectively, and one which will render its

08:57AM 13   verdict based solely on the evidence presented at the trial and

08:57AM 14   the law applicable to the case given to the jury by the Court.

08:58AM 15             It is the law, ladies and gentlemen, that a

08:58AM 16   juror's qualifications and impartiality may not be assumed

08:58AM 17   without some inquiry.  The inquiry, which began with the

08:58AM 18   questionnaire and which is about to be made is known as the

08:58AM 19   *voir dire examination*.  It is a time-honored process by which

08:58AM 20   the qualifications and impartiality of prospective jurors may

08:58AM 21   be determined.

08:58AM 22             Its purpose is to develop the whole truth

08:58AM 23   concerning the competency of each prospective juror, his or her

08:58AM 24   frame of mind and ability to do his or her sworn oath in

08:58AM 25   accordance with the juror's oath.

**HOURLY TRANSCRIPT**

08:58AM 1              The answers to the questions to be put to you by

08:58AM 2       the Court or counsel will not only enable the Court to

08:58AM 3       determine whether any of you should be excused for cause,

08:58AM 4       either on the Court's own motion or when challenged for cause

08:59AM 5       by any party, but will allow counsel for the parties to make

08:59AM 6       intelligent use of what we call *peremptory challenges*; that is,

08:59AM 7       challenges which can be made by the parties for any reason at

08:59AM 8       all, as long as it is a legal reason.  And appropriate reason.

08:59AM 9              You should understand, therefore, that it is

08:59AM 10      expected that each of you, that your answers to the questions

08:59AM 11      propounded shall be complete and truthful, each juror is under

08:59AM 12      a compulsion to disclose upon a general question any matters

08:59AM 13      which may tend to disqualify him or her for any reason from

08:59AM 14      sitting on this case.

08:59AM 15             I remind you at the outset that false or

08:59AM 16      misleading answers may well result in the seating of a juror

08:59AM 17      who may have been discharged by the Court for cause or stricken

08:59AM 18      through the exercise of a preemptory challenge and could well

09:00AM 19      result in a miscarriage of justice.

09:00AM 20             I will require that your answers be given under

09:00AM 21      oath, so I'll now direct the courtroom deputy to swear in the

09:00AM 22      jury, please.

09:00AM 23            THE DEPUTY CLERK:  Jurors, please rise and raise your

24       right hands.

25             Do you solemnly swear that you will make true

**HOURLY TRANSCRIPT**

1    and perfect answers to all questions that shall be propounded

2    to you touching upon your qualification and competency to sit

3    as a juror in the case of Edward and Susan Beckendorf, New

4    Orleans Habitat for Humanity, Beryl Mundee, David and Cheryl

5    Gross versus Interior Exterior Building Supply and North River

6    Insurance Company, so help you God?

09:00AM   7         VOICES:  I do.

09:00AM   8         THE COURT:  Now, ladies and gentlemen, each of you

09:00AM   9    have previously come to court and filled out a rather extensive

09:00AM  10    jury questionnaire.  I've read all of the jury questionnaires,

09:00AM  11    and the parties, the attorneys have also read them.

09:01AM  12         We all thank you for the time and effort you

09:01AM  13    expended by answering the questionnaire.  They will be very

09:01AM  14    helpful and will assist the Court and counsel in making the

09:01AM  15    voir dire process more meaningful, and also it will allow us to

09:01AM  16    have it shorter because you were kind enough to answer a lot of

09:01AM  17    questions.

09:01AM  18         As you can see, the purpose of the questionnaire

09:01AM  19    is not to pry into your personal life or anything.  It is to

09:01AM  20    find something of your background.  All of us come to every

09:01AM  21    activity with certain baggage, our past experiences, that

09:01AM  22    becomes part of us, and it's helpful for the lawyers to know a

09:01AM  23    little bit about some of the past experiences that you've had

09:01AM  24    in life to determine whether or not this is the trial that you

09:02AM  25    could be most helpful on.

**HOURLY TRANSCRIPT**

09:02AM 1      Sometimes your service is better made at another

09:02AM 2  trial, so that gives them some opportunity to get to know you a

09:02AM 3  little bit.

09:02AM 4      I had only just a few questions of you, and I

09:02AM 5  will address the questions to all of you collectively first,

09:02AM 6  and then we take it to another level.  If any of you should

09:02AM 7  answer any of the following questions yes, please raise your

09:02AM 8  hand.  I'll ask you to stand, and give us your name and number,

09:02AM 9  and I'll discuss it further with you.

09:02AM 10     First, ladies and gentlemen, as I've said at the

09:02AM 11 outset, this is a civil case.  And in a civil case, the

09:02AM 12 plaintiff has the burden of proving his case by what is called

09:03AM 13 *a preponderance of the evidence*.  That means that the plaintiff

09:03AM 14 has to produce evidence which, considered in light of all the

09:03AM 15 facts, leads you, the jury, to believe what he or she claims is

09:03AM 16 more likely true than not true.  If the plaintiff fails to meet

09:03AM 17 this burden, the verdict must be for the defendant.

09:03AM 18     Now, those of you who have sat on criminal cases

09:03AM 19 will have heard of proof beyond a reasonable doubt.  That

09:03AM 20 requirement does not apply in a civil case, and you should,

09:03AM 21 therefore, put it out of your mind.

09:03AM 22     Anyone who is unwilling or unable to follow this

09:03AM 23 time-honored rule of law, would you be unable or unwilling to

09:03AM 24 firmly put aside your feelings of sympathy or compassion for

09:03AM 25 the plaintiffs or for the defendant and decide this case solely

**HOURLY TRANSCRIPT**

09:04AM 1   on the merits and according to the law that I will explain to

09:04AM 2   you?

09:04AM 3         Now, I know that some of you, based on the

09:04AM 4   questionnaires, have seen some media coverage about

09:04AM 5   Chinese drywall in general.  You should know that under the

09:04AM 6   law, it is the sworn duty and responsibility of a juror to base

09:04AM 7   his or her decision solely on the evidence presented in this

09:04AM 8   courtroom and the law that I will give you during the course of

09:04AM 9   this trial.

09:04AM 10        If any publicity about this case or this subject

09:04AM 11  has come to your attention before this moment, you must strike

09:04AM 12  it from your minds and completely disregard it.

09:04AM 13        Are any of the prospective jurors here in the

09:04AM 14  jury box or, for that matter, elsewhere in the courtroom,

09:05AM 15  unable or unwilling to follow this time-honored rule of law?

09:05AM 16        Let me go into it a little bit more in depth to

09:05AM 17  make sense out of it.  We are going, as a group, to study this

09:05AM 18  case in this laboratory which we call a courtroom.  When we

09:05AM 19  study cases in this antiseptic environment, the courtroom, each

09:05AM 20  side has an opportunity to put on evidence and each side has an

09:05AM 21  opportunity to cross-examine that evidence to determine its

09:05AM 22  validity for you to decide.

09:05AM 23        When you get things outside of the courtroom,

09:05AM 24  information outside of the courtroom, it's not subjected to

09:05AM 25  that rigorous rule, and you're only seeing, oftentimes, one

**HOURLY TRANSCRIPT**

09:05AM 1    side of it.

09:05AM 2                And when I hold up my hand and say, what do you

09:05AM 3    see?  If you say, my hand, you don't see my hand; you only see

09:06AM 4    one side of my hand.  And until I let you see both sides, you

09:06AM 5    really haven't seen my hand.

09:06AM 6                And that's why I have to ask you to put aside

09:06AM 7    anything that you've seen outside of the courtroom.  And also,

09:06AM 8    for the jury, when you're picked, to only have your inquiry

09:06AM 9    done in this courtroom and not on the Internet or on social

09:06AM 10   media of any kind.  That's the reason for it, not that I want

09:06AM 11   to limit your experience, but only to make it more meaningful.

09:06AM 12               I'll ask the counsel to introduce themselves,

09:06AM 13   please, the trial counsel.

09:06AM 14        MR. MEUNIER:  Good morning.  I'm Gerry Meunier with

09:06AM 15   the law firm of Gainsburgh, Benjamin, David, Meunier &

09:06AM 16   Warshauer.

09:06AM 17        MR. SEEGER:  Good morning, folks.  Chris Seeger with

09:07AM 18   the law firm Seeger Weiss.

09:07AM 19        MR. GEORGE:  Scott George with Seeger Weiss.

09:07AM 20        MR. BRYSON:  Daniel K. Bryson with the law firm of

09:07AM 21   Whitfield, Bryson & Mason.

09:07AM 22        THE COURT:  For the defendants.

09:07AM 23        MR. DUPLANTIER:  Good morning, ladies and gentlemen.

09:07AM 24   My name is Richard Duplantier.  I'm with the law firm of

09:07AM 25   Galloway, Johnson, Tompkins, Burr & Smith here in New Orleans.

**HOURLY TRANSCRIPT**

09:07AM 1      MR. GRAU:  Good morning.  My name is Ben Grau.  I'm

09:07AM 2  also with Galloway and Johnson.

09:07AM 3      MS. EISELEN:  Good morning.  My name is

09:07AM 4  Carlina Eiselen.  I'm also with Galloway and Johnson.

09:07AM 5      MR. ANGELLE:  Good morning.  My name is

09:07AM 6  Sidney Angelle.  I'm with the law firm of Lobman, Carnahan,

09:07AM 7  Batt, Angelle & Nader here in town.

09:07AM 8      MR. RISLEY:  Morning.  My name is Kevin Risley.  I'm

09:07AM 9  with the law firm of Thompson, Coe, Cousins & Irons.

09:07AM 10      THE COURT:  Now, the purpose of that, ladies and

09:07AM 11  gentlemen, does anybody know any of these individuals?  Have

09:07AM 12  they ever represented you, have their firms represented you in

09:07AM 13  any way?  If anyone knows them, please raise your hand.

09:07AM 14          Yes, sir.  Would you stand up and give us your

09:07AM 15  name and number, please.

09:07AM 16      PROSPECTIVE JUROR 4:  William Pettingill, Number 4.

09:08AM 17  I'm familiar with Mr. Meunier.  We attended the same high

09:08AM 18  school and grammar school many years ago.

09:08AM 19      THE COURT:  Do you all socialize together now?

09:08AM 20      PROSPECTIVE JUROR 4:  No, sir.

09:08AM 21      THE COURT:  Have you seen him since then?

09:08AM 22      PROSPECTIVE JUROR 4:  Very rarely.

09:08AM 23      THE COURT:  He's changed a bit over the years.

09:08AM 24          Does that fact, that you knew him in grammar

09:08AM 25  school, interfere with you being a fair and impartial juror in

**HOURLY TRANSCRIPT**

09:08AM  1    this trial?

09:08AM  2            PROSPECTIVE JUROR 4:  Well, I know he was very sharp

09:08AM  3    in high school and grammar school, so he was an excellent

09:08AM  4    student.  I don't think it would have any bearing on the

09:08AM  5    situation.

09:08AM  6            THE COURT:  Has he represented you at all?

09:08AM  7            PROSPECTIVE JUROR 4:  No, sir.  No, sir.

09:08AM  8            THE COURT:  Do you owe him any money?

09:08AM  9            PROSPECTIVE JUROR 4:  No, sir.

09:08AM 10            THE COURT:  Does he owe you any money?

09:08AM 11            PROSPECTIVE JUROR 4:  No, sir.

09:08AM 12            THE COURT:  Thank you very much.  Thank you, sir.

09:08AM 13            Do you --

09:08AM 14            PROSPECTIVE JUROR 30:  Judge.

09:08AM 15            THE COURT:  Yes.

09:08AM 16            PROSPECTIVE JUROR 30:  Judge, I'm Arthur Mann.  And

09:08AM 17    I've known Gerry Meunier from high school days.

09:09AM 18            THE COURT:  So somebody from grammar school, somebody

09:09AM 19    from high school.  Anybody from college, that knew him then?

09:09AM 20            PROSPECTIVE JUROR 30:  I've never had any

09:09AM 21    professional dealings with Gerry or anybody --

09:09AM 22            THE COURT:  Does anybody have any knowledge about the

09:09AM 23    facts of this case?

09:09AM 24            Ladies and gentlemen, we're doing a little

09:09AM 25    different in this case.  We're trying three cases at one time.

**HOURLY TRANSCRIPT**

09:09AM  1   They give you a feeling for the various purchases of this

09:09AM  2   equipment.  That's why you've heard three plaintiffs mentioned

09:09AM  3   in the case.  But as I told you, you're not -- we're not going

09:09AM  4   to decide the damages in this case or the defective nature of

09:09AM  5   the drywall, only that issue that I told you about before.

09:09AM  6            Does anybody have any knowledge of the facts of

09:10AM  7   this case?  Anybody talk to you about this case?

09:10AM  8            Do you feel any prejudices against someone

09:10AM  9   coming to court seeking monetary damages?  Anything of that

09:10AM  10  sort?

09:10AM  11           That's we've done in society.  In the old days

09:10AM  12  it was an eye for an eye and a tooth for a tooth, and if

09:10AM  13  somebody knocked your tooth out, you knocked their tooth out.

09:10AM  14  We found we were just getting blind and toothless people

09:10AM  15  around, so we changed it to economic damages.

09:10AM  16           Anybody have any problems with that?

09:10AM  17           Yes.

09:10AM  18      PROSPECTIVE JUROR 25:  I'm not sure this is relevant,

09:10AM  19  but from what little knowledge I have of the case, my question

09:10AM  20  has been, one:  Have the Chinese companies who produced this in

09:10AM  21  the first place, not been the main defendants?

09:11AM  22      THE COURT:  That's an issue for another day.  This

09:11AM  23  issue is, at this point, we're dealing with the purchasers of

09:11AM  24  and the sellers of Chinese drywall.

09:11AM  25           Anyone taking any medication which in any way

**HOURLY TRANSCRIPT**

09:11AM 1    will interfere with serving as a juror in the case?  Anybody

09:11AM 2    taking any medication which would make them drowsy, make them

09:11AM 3    unable to take pay attention, things of that sort?

09:11AM 4              Yes, ma'am.

09:11AM 5         PROSPECTIVE JUROR 24:  I'm having an issue going on

09:12AM 6    with some allergies in my head and a stopped up ear.  And I

09:12AM 7    cough a lot, so I'm taking cough medicine that will make you

09:12AM 8    drowsy.

09:12AM 9         THE COURT:  And your name, ma'am, and number?

09:12AM 10        PROSPECTIVE JUROR 24:  My number is 24.  My name is

09:12AM 11   Sheree Roshto.

09:12AM 12        THE COURT:  Thank you very much.

09:12AM 13             Yes, sir.

09:12AM 14        PROSPECTIVE JUROR 51:  Bobby Lott, 51.  Taking

09:12AM 15   medication for severe back pain, and actually have an

09:12AM 16   appointment tomorrow with a neurosurgeon to review tests that I

09:12AM 17   had last week for this.

09:12AM 18        THE COURT:  Okay.  Well, all of us wish you well in

09:12AM 19   those tests.  Thank you very much, sir.

09:12AM 20             If you were one of the parties sitting in this

09:13AM 21   courtroom as a witness or as a litigant, if you were one of the

09:13AM 22   parties, do you know of any reason why you would not be

09:13AM 23   comfortable having the case tried in your frame of mind, by

09:13AM 24   someone in your frame of mind?  If you looked at the plaintiffs

09:13AM 25   down here or the defendants down here, would you have any

**HOURLY TRANSCRIPT**

09:13AM 1   problem if you were them, having your case tried by someone in

09:13AM 2   your frame of mind?

09:13AM 3              One of the purposes of voir dire is to let you

09:13AM 4   think about it too.  Each side simply wants a level playing

09:13AM 5   field.  Like what we see in sports, we want a level playing

09:13AM 6   field, a jury who will represent our country, represent our

09:14AM 7   society, represent our area and look at these facts, evidence,

09:14AM 8   and make a fair decision based on the facts and based on the

09:14AM 9   law.  That's all anybody wants in this courtroom.  It's all

09:14AM 10  your judge wants in this courtroom.

09:14AM 11             Does anybody have any philosophical or religious

09:14AM 12  or other beliefs that in any way would prejudice you for or

09:14AM 13  against someone coming into court seeking monetary damages?

09:14AM 14  Does anybody have any problems with that system?

09:14AM 15             Now, let me at this point just ask a couple --

09:14AM 16  maybe the members of the jury in the box and maybe one or two

09:14AM 17  of the rows out there, if you could stand up one at a time,

09:15AM 18  beginning with Juror Number 1, and tell us where you work, how

09:15AM 19  long you've been there, just something about your general

09:15AM 20  duties, what do you do when you go to work in the morning, and

09:15AM 21  what parish have you lived in, do you live in now, and how long

09:15AM 22  have you lived there.  I don't need your address, just the

09:15AM 23  parish.

09:15AM 24             Why don't you tell us your name and your number,

09:15AM 25  please, sir.

**HOURLY TRANSCRIPT**

09:15AM 1    PROSPECTIVE JUROR 1:  I'm Mark Calamari.  I'm the
09:15AM 2  owner and partner at ITS Fire Alarm and Security.  I operate
09:15AM 3  and manage fire alarms, electronic systems.
09:15AM 4    THE COURT:  What do you do?  What's your general
09:15AM 5  duties when you work there, sir?
09:15AM 6    PROSPECTIVE JUROR 1:  Everything.
09:15AM 7    THE COURT:  You do it all.
09:15AM 8    PROSPECTIVE JUROR 1:  Well, I sell, and I manage the
09:15AM 9  people that work for me.
09:15AM 10    THE COURT:  How many is that?
09:15AM 11    PROSPECTIVE JUROR 1:  We have 15 people.
09:15AM 12    THE COURT:  15.  How long have you done that?
09:16AM 13    PROSPECTIVE JUROR 1:  We opened in '99.
09:16AM 14    THE COURT:  The same location?
09:16AM 15    PROSPECTIVE JUROR 1:  We have been in
09:16AM 16  Jefferson Parish -- we were in Orleans Parish on Ulloa Street
09:16AM 17  in 2000.  Maybe 2001 we moved to Jefferson Parish, and we've
09:16AM 18  been there since.
09:16AM 19    THE COURT:  Thank you very much.
09:16AM 20    PROSPECTIVE JUROR 2:  I'm Juror Number 2.  My name is
09:16AM 21  Samantha Adams.  I'm actually a staff nurse at Ochsner.  I'm an
09:16AM 22  ICU, intensive care nurse.
09:16AM 23    THE COURT:  How long have you done that?
09:16AM 24    PROSPECTIVE JUROR 2:  Almost five years.
09:16AM 25    THE COURT:  Which parish are you from?

**HOURLY TRANSCRIPT**

09:16AM 1          PROSPECTIVE JUROR 2:  From Lafourche Parish.

09:16AM 2          THE COURT:  How long have you lived there?

09:16AM 3          PROSPECTIVE JUROR 2:  My whole life.

09:16AM 4          THE COURT:  Your whole life so far.

09:16AM 5          PROSPECTIVE JUROR 2:  So far.

09:16AM 6          THE COURT:  What do you do when you go to work,

09:16AM 7    Ms. Adams, in the morning?

09:16AM 8          PROSPECTIVE JUROR 2:  Direct patient care.  I get to

09:16AM 9    work at about 6:30, and I'm there until about 7:30, 7:45,

09:16AM 10   depending on how sick my patients are.  But we do everything.

09:16AM 11   We do heart surgeries, transplants.

09:17AM 12         THE COURT:  I see.  Okay.  Thank you very much.

09:17AM 13         PROSPECTIVE JUROR 2:  Thank you.

09:17AM 14         PROSPECTIVE JUROR 3:  Good morning, Your Honor.

09:17AM 15   Juror Number 3, Thaddeus Armant.  I'm currently disabled, been

09:17AM 16   since March 1st of 2000.  I lived in St. John Parish all my

09:17AM 17   life.

09:17AM 18         THE COURT:  And what did you do before you became

09:17AM 19   disabled?

09:17AM 20         PROSPECTIVE JUROR 3:  I was a truck driver.

09:17AM 21         THE COURT:  How long have you done that?

09:17AM 22         PROSPECTIVE JUROR 3:  Five years.

09:17AM 23         THE COURT:  Good.  Thank you very much, sir.

09:17AM 24         PROSPECTIVE JUROR 4:  Judge, I'm Juror Number 4.  I'm

09:17AM 25   William Pettingill.  I'm a racing official at the New Orleans

**HOURLY TRANSCRIPT**

09:17AM 1    Fairgrounds and at Churchill Downs when that's running and at

09:17AM 2    Keenan racetrack when that's running and Ellis Park when that's

09:17AM 3    running.  I'm here half the year in New Orleans for the

09:17AM 4    Fairgrounds, and I leave shortly thereafter and travel to

09:17AM 5    Kentucky.

09:17AM 6            I clock the morning, work out at the

09:17AM 7    Fairgrounds, and that's putting in the daily racing forms.  And

09:17AM 8    I sign the odds on the program at the other tracks that I work

09:17AM 9    at and clock in the morning.

09:17AM 10           THE COURT:  Thank you very much.

09:18AM 11           PROSPECTIVE JUROR 5:  Cynthia Cashman, I'm

09:18AM 12   Juror Number 5.  I'm an individual therapist.  I do groups,

09:18AM 13   family, individual psychotherapy.  Private practice right now.

09:18AM 14   I have an office at River Oaks Hospital and one at Addiction

09:18AM 15   Recovery Resources.  And I do DWI assessments and a DWI

09:18AM 16   offenders group for First Parish Court of --

09:18AM 17           THE COURT:  Thank you very much.

09:18AM 18           PROSPECTIVE JUROR 6:  I'm Robert Clarke.  I'm Juror

09:18AM 19   Number 6.  Lafourche Parish, Bayou Blue.  I'm retired, been

09:18AM 20   retired since 1989.

09:18AM 21           THE COURT:  What did you do before retired, Mr.

09:18AM 22   Clarke?

09:18AM 23           PROSPECTIVE JUROR 6:  Worked for Social Security

09:18AM 24   Administration, manager in New Orleans, Houma and Morgan City.

09:18AM 25           THE COURT:  So you traveled a bit?

**HOURLY TRANSCRIPT**

09:18AM 1          PROSPECTIVE JUROR 6:  Sure have.  I've lived in

09:18AM 2   Lafourche Parish since Hurricane Betsy blew me over there in

09:19AM 3   '65.

09:19AM 4          THE COURT:  '65.  Yeah.  Thank you.

09:19AM 5          PROSPECTIVE JUROR 7:  Good morning, Your Honor.  My

09:19AM 6   name is Van Foster.  I stay here in New Orleans.  I work at the

09:19AM 7   Windsor Court Hotel as a banquet server.  I also worked at the

09:19AM 8   Pere Marquette in New Orleans for ten years.  I worked at the

09:19AM 9   Windsor Court for 29 years.  I worked at the Marriott branch

09:19AM 10  for 12 years.

09:19AM 11         THE COURT:  Okay.  Thank you very much.

09:19AM 12         PROSPECTIVE JUROR 7:  You're welcome.

09:19AM 13         PROSPECTIVE JUROR 8:  My name is Otis Rodriguez,

09:19AM 14  Juror Number 8.  I run the meat department for Rouse's markets.

09:19AM 15  I've been cutting meat since '71.  I run a crew of ten people,

09:19AM 16  responsible for scheduling, ordering and profit.

09:19AM 17         THE COURT:  Thank you so much, sir.

09:19AM 18         PROSPECTIVE JUROR 9:  Good morning.  My name is

09:19AM 19  Stephen Martin.  I'm in the pharmaceutical industry.  I've been

09:20AM 20  with the same company for going on 15 years.  Prior to that,

09:20AM 21  spent the first half of my career in corporate accounting.  I

09:20AM 22  live in St. Tammany Parish in Mandeville.

09:20AM 23         THE COURT:  What's the pharmaceutical company you

09:20AM 24  work for?

09:20AM 25         PROSPECTIVE JUROR 9:  You've never heard of it.

**HOURLY TRANSCRIPT**

09:20AM 1    We've got some really good drugs.  It's actually the second

09:20AM 2    largest in Japan.  It's Daiichi Sankyo, D-A-I-I-C-H-I,

09:20AM 3    S-A-N-K-Y-O.

09:20AM 4         THE COURT:  Thank you.

09:20AM 5         PROSPECTIVE JUROR 11:  Good morning, Your Honor.

09:20AM 6    Brian Wager, Number 11, St. Tammany Parish.  I work for a

09:20AM 7    company called OLR.  I do technical implementations for retail

09:20AM 8    products for major retailers, like Home Depot.

09:20AM 9         THE COURT:  What does that involve?  What do you do

09:20AM 10   when you go to work?

09:20AM 11        PROSPECTIVE JUROR 11:  I typically get on an airplane

09:21AM 12   on Monday, fly to the clients, and I work with them to take

09:21AM 13   them off of their old systems and put them on the new system.

09:21AM 14        THE COURT:  In this country or abroad?

09:21AM 15        PROSPECTIVE JUROR 11:  Both.

09:21AM 16        THE COURT:  Thank you.

09:21AM 17        PROSPECTIVE JUROR 12:  Lloyd Loup, Juror Number 12.

09:21AM 18   I worked for Entergy Corporation for 30 years.  I was an --

09:21AM 19   tech.  I'm a scheduling planner now.  I go in in the morning

09:21AM 20   and I just go over what work is requested that was written up

09:21AM 21   and see what was taken care of that morning and schedule the

09:21AM 22   rest of the week.

09:21AM 23        THE COURT:  How long have you done that?

09:21AM 24        PROSPECTIVE JUROR 12:  I've been doing the

09:21AM 25   scheduling/planning working up about five years.

**HOURLY TRANSCRIPT**

09:21AM 1          THE COURT:  Thank you very much.

09:21AM 2          PROSPECTIVE JUROR 13:  My name is Rochell Giroir,

09:21AM 3   Juror Number 13.  I'm an administrative assistant at

09:21AM 4   People's Health.  I'm from St. Charles Parish.  I

09:21AM 5   live in Destrehan.

09:21AM 6          THE COURT:  What do you do when you go to work?

09:21AM 7   What's a typical day like?

09:21AM 8          PROSPECTIVE JUROR 13:  Book appointments,

09:22AM 9   secretarial, just never stop.  I mean --

09:22AM 10         THE COURT:  Okay.  All right.  Thank you very much.

09:22AM 11         PROSPECTIVE JUROR 14:  Good morning, Your Honor.  I'm

09:22AM 12  Helen Harris, Juror Number 14.  I live in Jefferson Parish.

09:22AM 13  And I'm an administrative assistant at a church.  I've been

09:22AM 14  there for eight years.

09:22AM 15         THE COURT:  What's the church?

09:22AM 16         PROSPECTIVE JUROR 14:  It's Castle Rock Community

09:22AM 17  Church in the Urban Impact Ministries.

09:22AM 18         THE COURT:  What do you do as the administrator of

09:22AM 19  the church?

09:22AM 20         PROSPECTIVE JUROR 14:  Well, I work for the pastor,

09:22AM 21  so I'm answering calls, all clerical work, dealing with the

09:22AM 22  folks in the community.

09:22AM 23         THE COURT:  Thank you so much.

09:22AM 24         PROSPECTIVE JUROR 15:  Good morning, Your Honor.  I'm

09:22AM 25  Jennifer Cross, Number 15.  I am currently a manager of a UPS

**HOURLY TRANSCRIPT**

| | | |
|---|---|---|
| 09:22AM | 1 | store and also a horse trainer and manager at Lafar (phonetic) |
| 09:22AM | 2 | Farm and Ranch. |
| 09:22AM | 3 | THE COURT:  Thank you. |
| 09:22AM | 4 | PROSPECTIVE JUROR 16:  Good morning, Your Honor. |
| 09:22AM | 5 | Good to meet you.  My name is Brett Bourg.  I'm Juror Number 16 |
| 09:23AM | 6 | from Terrebonne Parish.  Since about 1999 I've held my current |
| 09:23AM | 7 | job teaching computer classes and doing help desk support and |
| 09:23AM | 8 | document management, improving processes, teaching Microsoft |
| 09:23AM | 9 | Office.  So if you have any trouble with your computers, you |
| 09:23AM | 10 | might just think of me.  I'll be glad to help. |
| 09:23AM | 11 | THE COURT:  If something happens, you're the go-to |
| 09:23AM | 12 | guy.  There you go.  Thank you, so much. |
| 09:23AM | 13 | PROSPECTIVE JUROR 7:  Good morning.  I'm |
| 09:23AM | 14 | Susan Kinlaw, Juror Number 17.  I'm a resident of Franklinton, |
| 09:23AM | 15 | Louisiana, been there about 20 years.  I'm a nurse at Saint |
| 09:23AM | 16 | Helena Parish Hospital in Greenberg, been there about 16 years. |
| 09:23AM | 17 | THE COURT:  Thank you so much. |
| 09:23AM | 18 | PROSPECTIVE JUROR 18:  I'm Patrick Dykes with Erwin |
| 09:23AM | 19 | Insurance Agency in St. Tammany Parish.  Been an independent |
| 09:23AM | 20 | agent for 35 years.  Handling personal and commercial |
| 09:24AM | 21 | insurance, sales, marketing, claims and just general health for |
| 09:24AM | 22 | the clients. |
| 09:24AM | 23 | THE COURT:  Now, when you do your work, do you |
| 09:24AM | 24 | investigate any of the claims?  Do you take statements, things |
| 09:24AM | 25 | of that sort? |

**HOURLY TRANSCRIPT**

09:24AM  1          PROSPECTIVE JUROR 18:  If necessary.  We've done it

09:24AM  2     before in the past, yes.

09:24AM  3          THE COURT:  And do you handle casualty as well as

09:24AM  4     property damage?

09:24AM  5          PROSPECTIVE JUROR 18:  Yes.  Mostly casualty.

09:24AM  6          THE COURT:  All right.  Thank you, so much.

09:24AM  7          PROSPECTIVE JUROR 19:  My name is Susan Williams.

09:24AM  8     I'm Juror Number 19.  I'm an employee of the Medical Clinic of

09:24AM  9     Louisiana, New Orleans.  I'm a surgery tech.  I work in the

09:24AM 10     eyes and hearts.  Make sure that they have everything for their

09:24AM 11     cases and everything, instruments, supplies and everything.

09:24AM 12          THE COURT:  All right.  Thank you so much.

09:24AM 13          PROSPECTIVE JUROR 20:  I'm Jeffrey Jones,

09:24AM 14     Juror Number 20.  I work for All American Grease Trap.  I lived

09:24AM 15     in Jefferson Parish my whole life.

09:24AM 16          THE COURT:  Thank you.

09:24AM 17          PROSPECTIVE JUROR 21:  I'm Philip White,

09:24AM 18     Juror Number 21.  I'm retired from the Jefferson Parish Fire

09:24AM 19     Department.  I've lived in Jefferson Parish for the past

09:25AM 20     30 years.

09:25AM 21          THE COURT:  I see.  And before then you were, what --

09:25AM 22     were you associated with a particular area or --

09:25AM 23          PROSPECTIVE JUROR 21:  East Jefferson, yes,

09:25AM 24     consolidated.

09:25AM 25          THE COURT:  In a particular firehouse?

**HOURLY TRANSCRIPT**

09:25AM 1         PROSPECTIVE JUROR 21:  Well, I was all over, but I

09:25AM 2    wound up at Station 19 in -- on Edwards Avenue as captain.

09:25AM 3         THE COURT:  Thank you very much.

09:25AM 4         PROSPECTIVE JUROR 22:  Juror Number 22, my name is

09:25AM 5    Rudolph Dell.  I'm an automotive technician, since 1980.

09:25AM 6    Current place is Fleet Tire for the last 14 years.

09:25AM 7         THE COURT:  Thank you.

09:25AM 8         PROSPECTIVE JUROR 23:  Chris Collins,

09:25AM 9    Juror Number 23.  I am an assistant principal at a high school

09:25AM 10   on the Westbank.  I've been doing education for about

09:25AM 11   ten years.  I've been in education.  Prior to that I was a

09:25AM 12   purchasing agent in the oilfield.

09:25AM 13        THE COURT:  Were you associated with any particular

09:26AM 14   company when you were doing that?

09:26AM 15        PROSPECTIVE JUROR 23:  Yeah.  I worked at three

09:26AM 16   different companies in the oilfield:  Lafitte Industries,

09:26AM 17   Lafitte Welding and Dynamic Industries.  We purchased

09:26AM 18   fabrication materials for offshore rigs.

09:26AM 19        THE COURT:  Okay.  Thank you.

09:26AM 20        PROSPECTIVE JUROR 24:  I'm Juror 24.  My name is

09:26AM 21   Sheree Roshto.  I am in St. Tammany Parish.  Currently I stay

09:26AM 22   home and provide day care for five of my six grandchildren, and

09:26AM 23   that's basically it.  I've been there since 1994.  I haven't

09:26AM 24   worked since.

09:26AM 25        THE COURT:  Okay.  Worked outside of the home.

**HOURLY TRANSCRIPT**

09:26AM 1    You're doing a lot of work, I can tell that.

09:26AM 2                PROSPECTIVE JUROR 24:  Thank you.

09:26AM 3                PROSPECTIVE JUROR 25:  Hi.  I'm Merryl Weiss,

09:26AM 4    Juror 25.  I was a freelance court reporter and filled in as

09:26AM 5    official reporter just to help friends out until 2007.

09:26AM 6                THE COURT:  What court were you officially for?

09:27AM 7                PROSPECTIVE JUROR 25:  St. Tammany.  I would just

09:27AM 8    fill in for other reporters who needed a fill-in that day.

09:27AM 9    Mainly -- I even had my own business for a while as a freelance

09:27AM 10   reporter.

09:27AM 11               THE COURT:  Any training in law at all?  Did you go

09:27AM 12   to law school or take any courses?

09:27AM 13               PROSPECTIVE JUROR 25:  No.

09:27AM 14               THE COURT:  Thank you.

09:27AM 15               PROSPECTIVE JUROR 26:  Good morning.  My name is

09:27AM 16   Jose Bernal.  I'm a cardiologist working at Ochsner.  I will --

09:27AM 17   diagnosis on the heart and direct patient care in the hospital,

09:27AM 18   surgeries.  And I've been there 25, 30 years.

09:27AM 19               THE COURT:  How long have you been a cardiologist,

09:27AM 20   sir?

09:27AM 21               PROSPECTIVE JUROR 26:  Since '76.

09:27AM 22               THE COURT:  Thank you very much.

09:27AM 23               PROSPECTIVE JUROR 27:  Good morning, Your Honor.  My

09:27AM 24   name is Nathan Foret, Juror Number 27.  I am a personal

09:27AM 25   financial advisor for Ameriprise Financial, been there

**HOURLY TRANSCRIPT**

09:27AM 1    20 years.  I just help people achieve their financial goals,

09:28AM 2    whether it's retirement planning, education planning, estate

09:28AM 3    planning.  I do not give people advice.

09:28AM 4            THE COURT:  Do you serve the public?

09:28AM 5            PROSPECTIVE JUROR 27:  I serve the public, small

09:28AM 6    businesses.

09:28AM 7            THE COURT:  So they call and they look for financial

09:28AM 8    advice for their pension programs?

09:28AM 9            PROSPECTIVE JUROR 27:  Retirement planning, IRAs

09:28AM 10   pension planning, people who are willing just to start doing

09:28AM 11   education planning for their kids, things like that.

09:28AM 12           THE COURT:  All right.  Thank you very much.

09:28AM 13           PROSPECTIVE JUROR 28:  Juror 28.  My name is

09:28AM 14   Sandy Smith.  I work for Revolution Food Company with the

09:28AM 15   school system.  I feed the kids at school.  I'm also a

09:28AM 16   concession supervisor at the New Orleans Arena and the

09:28AM 17   Louisiana Superdome.

09:28AM 18           THE COURT:  Thank you very much.

09:28AM 19           PROSPECTIVE JUROR 29:  My name is Kerry Foster,

09:28AM 20   Juror Number 29.  I'm a merchandiser for Coca-Cola Refreshments

09:28AM 21   and I'm also an aspiring real estate agent.

09:28AM 22           THE COURT:  As a real estate agent, do you sell real

09:29AM 23   estate or rent it?

09:29AM 24           PROSPECTIVE JUROR 29:  I just completed --

09:29AM 25   requirement.  I'm currently awaiting my LRAC, then I would take

**HOURLY TRANSCRIPT**

09:29AM 1    the state board test.

09:29AM 2           THE COURT:  Do you anticipate -- are you going to

09:29AM 3    collect rents or rent places or you just sell them?

09:29AM 4           PROSPECTIVE JUROR 29:  As of now I want to sell them,

09:29AM 5    but I want to be able to complete all the projects and

09:29AM 6    everything.

09:29AM 7           PROSPECTIVE JUROR 30:  I'm Arthur Mann, Number 30.

09:29AM 8    I'm an attorney practicing in New Orleans, where I was born and

09:29AM 9    raised.  Currently living in St. Tammany Parish.  I'm a

09:29AM 10   managing member of the law firm of Berrigan, Litchfield,

09:29AM 11   Schonekas, Mann & Traina here in the city.  My practice is

09:29AM 12   primarily creditor's rights and State Court and in bankruptcy

09:29AM 13   and Bankruptcy Court.

09:29AM 14          THE COURT:  Thank you so much.

09:29AM 15              Morning.

09:29AM 16          PROSPECTIVE JUROR 31:  Good morning, Your Honor.  My

09:30AM 17   name is Jude Chauvin and I'm Juror Number 31.  I'm currently an

09:30AM 18   application engineer here in Harahan.  I work for a company

09:30AM 19   called DXP Enterprises.  That's a distribution network, and I

09:30AM 20   work in the food dynamics division, and I help people, outside

09:30AM 21   sales force, support their clients with pumps and pump

09:30AM 22   applications.

09:30AM 23          THE COURT:  Thank you very much.  We can stop at this

09:30AM 24   point and I'll let the attorneys ask any questions if you have

09:30AM 25   any.

**HOURLY TRANSCRIPT**

09:30AM 1          MR. MEUNIER:  Your Honor, may we approach the bench?

09:30AM 2          THE COURT:  Sure.

09:30AM 3          (WHEREUPON, at this point in the proceedings, a

09:30AM 4   conference was held at the bench.)

09:30AM 5          MR. MEUNIER:  Judge, are you going to name the owners

09:30AM 6   of the INEX and the witnesses or should we do that?

09:30AM 7          MR. DUPLANTIER:  I was going to ask you permission to

09:30AM 8   introduce them.

09:30AM 9          THE COURT:  I would like to get the witness list from

09:30AM 10  you guys.

09:30AM 11         MR. MEUNIER:  I have a handwritten list of our

09:31AM 12  witnesses, which we want to include.

09:31AM 13         THE COURT:  I'll call upon you-all to give the

09:31AM 14  witness list, and I'll ask them -- and I'll call you first and

09:31AM 15  then I'll call you.

09:31AM 16         (WHEREUPON, at this point in the proceedings, the

09:31AM 17  bench conference was concluded.)

09:31AM 18         THE COURT:  Members of the Jury, before I let the

09:31AM 19  attorneys ask you questions, what I'd like them to do is to

09:31AM 20  tell us the witnesses that they anticipate calling in this

09:31AM 21  particular case, and then I'll ask whether or not you know any

09:31AM 22  of those witnesses.  That's what we'll do now.

09:31AM 23         MR. MEUNIER:  The witnesses who are expected to

09:31AM 24  testify during the plaintiffs' case would be Clay Geary, one of

09:31AM 25  the owners of Interior Exterior; Jim Geary, big brother --

**HOURLY TRANSCRIPT**

09:31AM 1          THE COURT:  Somebody knows the first one, you can

09:31AM 2     tell us.

09:31AM 3          PROSPECTIVE JUROR 30:  I know Clay and Jim Geary --

09:32AM 4     Juror Number 30, Arthur Mann.  I do know and have known Clay

09:32AM 5     and Jim Geary as well as the Geary family for I can't remember

09:32AM 6     how long.  My wife and I have socialized with the Geary family,

09:32AM 7     as have my brothers, through college and to the present day.

09:32AM 8          THE COURT:  All right.  My question, as you know, I

09:32AM 9     will ask it, does that fact -- would that interfere in any way

09:32AM 10    with your being a fair and impartial juror in this case?  It's

09:32AM 11    not bad or good.  It's just a question.

09:32AM 12         PROSPECTIVE JUROR 30:  I don't believe so,

09:32AM 13    Your Honor.

09:32AM 14         THE COURT:  You can sit down, please.

09:32AM 15         MR. MEUNIER:  Clay or Jim.

09:32AM 16         THE COURT:  Clay or Jim Geary?

09:33AM 17         MR. MEUNIER:  Plaintiffs -- the Judge has indicated

09:33AM 18    who they are, but let me make sure about that.

09:33AM 19              Ed Beckendorf.  Cheryl Gross or David Gross.

09:33AM 20    Beryl Mundee.  A representative of Habitat in this case is

09:33AM 21    Jim Pate.  The owner of the Habitat House, Casey LeBlanc.

09:33AM 22    Ray Stoltz.  William App.  William Garcia.

09:33AM 23              And the following individuals would be appearing

09:34AM 24    as Mr. Halbach, Hans Halbach.

09:34AM 25              Then there are some experts, ladies and

**HOURLY TRANSCRIPT**

09:34AM 1    gentlemen, who will testify:  Ms. Rosemary Coates.  An expert

09:34AM 2    by deposition, John Tompkins.  Lori Streit, S-T-R-E-I-T.

09:34AM 3    Streit.  Dean Rutila.

09:34AM 4            THE COURT:  All right.

09:34AM 5            MR. MEUNIER:  Those are the witnesses.

09:34AM 6            THE COURT:  Thank you.

09:34AM 7            MR. DUPLANTIER:  In addition to many of the witnesses

09:34AM 8    that were just named by Counsel for the plaintiffs, we have

09:34AM 9    some other witnesses who may be called.  By deposition we will

09:35AM 10   be calling a gentleman by the name of Brisely, a gentleman by

09:35AM 11   name of Mark Norris, a gentleman by the name of John Mezzenga,

09:35AM 12   a woman by the name of Isabel Knauf.

09:35AM 13           And then an expert via deposition, because he's

09:35AM 14   had surgery last week, Jim Tompkins.  Another expert that we

09:35AM 15   will call is a gentleman by the name of Timothy Tonyan.  A

09:35AM 16   representative of Knauf Insulation, Kurt Heider.  A gentleman

09:35AM 17   by the name of Keith Fournier.  Mr. David Gross.

09:35AM 18           And we will call some of the Interior Exterior

09:35AM 19   employees:  Rebecca Galleon, we're going to recognize her.

09:36AM 20   Mark Peterson.  Gary Meade.  Brandyn Smith.  Aprille Casey.

09:36AM 21   Kelly Burke.  Veda Redman.  Melissa Smith.  A gentleman by the

09:36AM 22   name of Don Joseph.  Robert McCay.  Brandon Carlisle.

09:36AM 23   Christian Gambel.

09:36AM 24           THE COURT:  Do you know Mr. Gambel?

09:36AM 25           PROSPECTIVE JUROR 30:  Number 30.  I know Christian

**HOURLY TRANSCRIPT**

09:36AM 1    Gambel and his family.

09:36AM 2              THE COURT:  Thank you, Mr. Mann.

09:36AM 3                   You might want to stand up.

09:36AM 4                   Brent Petagna.

09:36AM 5              PROSPECTIVE JUROR 30:  That's the Petagna family.

09:36AM 6    Pretty much fill this courtroom.  That's first cousins.  I do

09:37AM 7    know Brent as well as his wife and their respective families.

09:37AM 8              THE COURT:  You said they're your first cousins?

09:37AM 9              PROSPECTIVE JUROR 30:  No, just it would take this

09:37AM 10   courtroom to handle their first cousins of the Petagnas.

09:37AM 11             MR. DUPLANTIER:  Russell Wahl.  Bob Mayre.

09:37AM 12                   And that's it.  Thank you.

09:37AM 13             THE COURT:  I'll let the plaintiff attorney, do you

09:37AM 14   have any questions of the jurors either by way of general or

09:37AM 15   specific questions?

09:37AM 16             MR. MEUNIER:  Good morning, again.  As the Judge

09:37AM 17   said, none of these questions are meant to be personal or

09:37AM 18   embarrassing, but it's true that, depending on your attitude

09:37AM 19   and beliefs as you appear here this morning, you just may not

09:37AM 20   be a suitable juror for this case as you would in another case,

09:37AM 21   and I think all of the parties are entitled to know that.  So

09:38AM 22   please understand we're not prying with these questions, but

09:38AM 23   it's important that we find these things out before you serve

09:38AM 24   as a juror.

09:38AM 25             THE COURT:  And I might say, too, members of the

**HOURLY TRANSCRIPT**

09:38AM 1    jury, if for any reason you'd like to approach the bench to

09:38AM 2    answer privately, you certain may do so.

09:38AM 3              MR. MEUNIER:  Ms. Adams, your mother is a paralegal?

09:38AM 4              PROSPECTIVE JUROR 2:  Yes, sir.

09:38AM 5              MR. MEUNIER:  Where does she work?

09:38AM 6              PROSPECTIVE JUROR 2:  Guglielmo, Marks, Terhoeve,

09:38AM 7    Schutte, and Love.

09:38AM 8              MR. MEUNIER:  And what kind of a law practice is it?

09:38AM 9              PROSPECTIVE JUROR 2:  They represent State Farm,

09:38AM 10   Allstate, the insurance companies.

09:38AM 11             MR. MEUNIER:  Do you know whether they have any

09:38AM 12   involvement in the Chinese drywall litigation?

09:38AM 13             PROSPECTIVE JUROR 2:  I have no idea.  I don't talk

09:38AM 14   to my mom about the cases that she deals with.  And I worked

09:39AM 15   there when I was in college as a courier, but that was almost

09:39AM 16   eight years ago.

09:39AM 17             MR. MEUNIER:  Mr. Pettingill, I didn't beat you up as

09:39AM 18   a kid or anything?

09:39AM 19             PROSPECTIVE JUROR 4:  No.

09:39AM 20             MR. MEUNIER:  Mr. Clarke, I know that in addition to

09:39AM 21   your military career, you had some experience working in the

09:39AM 22   construction field; is that true?

09:39AM 23             PROSPECTIVE JUROR 6:  While I was in college.

09:39AM 24             MR. MEUNIER:  While you were in college.  Did you

09:39AM 25   have experience installing or handling drywall during that

**HOURLY TRANSCRIPT**

09:39AM 1    time?

09:39AM 2          PROSPECTIVE JUROR 6:  No.

09:39AM 3          MR. MEUNIER:  And, Mr. Martin, you mentioned that

09:39AM 4    your pharmaceutical company is a Japanese company?

09:39AM 5          PROSPECTIVE JUROR 9:  Right.

09:39AM 6          MR. MEUNIER:  Do you or does that company do any work

09:39AM 7    for China?

09:39AM 8          PROSPECTIVE JUROR 9:  I have no idea.  I'm not on

09:40AM 9    that corporate level.  I have no idea.

09:40AM 10          MR. MEUNIER:  But you personally do not have any?

09:40AM 11          PROSPECTIVE JUROR 9:  No.

09:40AM 12          MR. MEUNIER:  Juror Number 23, Mr. Collins?

09:40AM 13          PROSPECTIVE JUROR 23:  Yes.

09:40AM 14          MR. MEUNIER:  You mentioned that you were involved in

09:40AM 15    the oilfield fabrication purchase.

09:40AM 16          PROSPECTIVE JUROR 23:  Yes.

09:40AM 17          MR. MEUNIER:  I assume none of that purchase involves

09:40AM 18    drywall as a fabrication material?

09:40AM 19          PROSPECTIVE JUROR 23:  No.  Pipes and steel.

09:40AM 20          MR. MEUNIER:  And, Mr. Mann, who seems to know

09:40AM 21    everybody involved in this case, does your firm represent any

09:40AM 22    interest, claimant or otherwise, in the Chinese drywall

09:40AM 23    litigation?

09:40AM 24          PROSPECTIVE JUROR 30:  Yes.  My firm does represent

09:41AM 25    the class action manner, some plaintiff --

**HOURLY TRANSCRIPT**

09:41AM 1         MR. MEUNIER:  Plaintiff homeowners?

09:41AM 2         PROSPECTIVE JUROR 30:  Yes.

09:41AM 3         MR. MEUNIER:  I have some -- a very few, five or six,

09:41AM 4    general questions that I want to pose to all of you, and these

09:41AM 5    questions only call for you to raise your hand if your answer

09:41AM 6    would be yes.  So if your answer is not yes, you need not do

09:41AM 7    anything but sit there.  If your answer is yes, just raise your

09:41AM 8    hand.  And I may not have any further questions, I would just

09:41AM 9    like to know if your answer would be yes.

09:41AM 10        The judge has mentioned this is a case against

09:41AM 11   the seller of drywall.  There are product liability laws that

09:41AM 12   deal with the manufacturers of defective product.  This is not

09:41AM 13   that case.  There are separate laws that deal with the sellers

09:42AM 14   of defective products.  That's what this case is about.

09:42AM 15        And I notice that, Ms. Weiss, you raised this

09:42AM 16   question about, why aren't the manufacturers involved in the

09:42AM 17   case?

09:42AM 18        I want to be sure, will anyone here have trouble

09:42AM 19   addressing the legal claims of our clients against a seller of

09:42AM 20   a defective product separate and apart from whatever different

09:42AM 21   claims may exist for a different time against the manufacturers

09:42AM 22   of the defective product?  Would anyone have trouble focusing

09:42AM 23   just on the seller claims, even though the manufacturers are

09:42AM 24   not involved?  If so, please raise your hand.

09:42AM 25        This is a case, as you know, about the

**HOURLY TRANSCRIPT**

09:42AM 1    distribution and sale of Chinese-manufactured drywall.  And as

09:42AM 2    you've also heard, all of the parties agree and stipulate that

09:42AM 3    this Chinese drywall emits corrosive sulfur gases and is

09:43AM 4    defective, and that the plaintiffs did not know that at the

09:43AM 5    time of purchase.

09:43AM 6              Is there anyone who believes that a commercial

09:43AM 7    distributor and seller of a building product should never,

09:43AM 8    under any circumstances, be held accountable for an undisclosed

09:43AM 9    defect in the product?  Does anyone have that belief, that you

09:43AM 10   just can't hold a commercial seller of a product in any way

09:43AM 11   responsible for an undisclosed defect, no matter what?

09:43AM 12             PROSPECTIVE JUROR 25:  I just have a problem with

09:43AM 13   this.  Maybe you'll explain it during trial.  I just have a

09:43AM 14   problem with --

09:43AM 15             MR. MEUNIER:  All I need now is an answer, yes.  So

09:43AM 16   you would have a problem with that?  And you're

09:43AM 17   Juror Number 25, Ms. Weiss.  Thank you.

09:44AM 18             Anyone else?  Yes, sir.

09:44AM 19             PROSPECTIVE JUROR 36:  Yes.  Juror Number 36,

09:44AM 20   Allen Landry.

09:44AM 21             MR. MEUNIER:  Thanks.

09:44AM 22             Does anyone else believe that no matter what, a

09:44AM 23   commercial seller of a product that has an undisclosed defect

09:44AM 24   should never be held responsible for that defect?  Does anyone

09:44AM 25   else have that belief?

**HOURLY TRANSCRIPT**

09:44AM 1          All of the Chinese drywall that's involved in

09:44AM 2     this case was brought into the community and sold here during a

09:44AM 3     shortage of domestically-produced drywall because of the

09:44AM 4     extensive rebuilding after Hurricane Katrina in 2005 and '06.

09:44AM 5          Does anyone believe that because there is a

09:45AM 6     shortage of a building product after a major disaster like

09:45AM 7     Katrina, it's okay for a local business to cut corners and do

09:45AM 8     less to investigate the quality of the product?

09:45AM 9          THE COURT:  Wait.  Let's not advocate the case.

09:45AM 10    That's bordering on advocacy.  Let's ask another question,

09:45AM 11    please.

09:45AM 12         MR. MEUNIER:  Can I try to rephrase it?

09:45AM 13         THE COURT:  All right.

09:45AM 14         MR. MEUNIER:  Does anyone believe that a domestic

09:45AM 15    drywall shortage, after a storm like Katrina, changes in any

09:45AM 16    way the responsibilities of a seller at trial?

09:45AM 17              Yes, sir.  Is your answer yes to that question?

09:45AM 18         PROSPECTIVE JUROR 44:  Yes, sir.

09:45AM 19         MR. MEUNIER:  And what is your number?

09:45AM 20         PROSPECTIVE JUROR 44:  Number 44.  Name is Julio

09:45AM 21    Lucas.

09:45AM 22         MR. MEUNIER:  Thank you, sir.

09:46AM 23         Anyone else?

09:46AM 24         The Chinese drywall in the case, obviously, was

09:46AM 25    manufactured in China, made by two different companies in

**HOURLY TRANSCRIPT**

09:46AM 1    China.  Does anyone believe that the mere fact that China is so

09:46AM 2    far away changes the responsibility of the seller or

09:46AM 3    distributor of a Chinese-made product?  Does anyone believe

09:46AM 4    that?

09:46AM 5           You'll hear evidence in this case about the

09:46AM 6    difference between the business of manufacturing cultures of

09:46AM 7    the U.S. and China.  Does anyone here believe that those

09:46AM 8    differences should not be taken into account in a case

09:46AM 9    involving the seller of a product?

09:46AM 10          And, finally, in this case, ladies and

09:47AM 11   gentlemen, we're going to talk about both written rules and

09:47AM 12   standards that deal with the product drywall and the quality of

09:47AM 13   the product drywall.  And we're going to talk about industry

09:47AM 14   rules that deal with the conduct of a seller.

09:47AM 15          Will anyone in this case have difficulty taking

09:47AM 16   into account and considering both of those types of rules, the

09:47AM 17   rules for the quality of the product, and the rules that apply

09:47AM 18   to the conduct in this case of the seller?  Would you be able

09:47AM 19   to hear both -- about both of those types of standards?  Does

09:47AM 20   anyone have difficulty with that?

09:47AM 21          Thank you.

09:47AM 22   THE COURT:  Anything further from the plaintiffs?

09:47AM 23          Let's hear from the defendant.  Thank you.

09:48AM 24   MR. DUPLANTIER:  Mr. Grau is going to --

09:48AM 25   MR. GRAU:  Good morning.  As Rick told you a minute

**HOURLY TRANSCRIPT**

09:48AM  1    ago, my name is Ben.  We introduced the parties, but there is

09:48AM  2    one more person I would like to introduce to you, and that's

09:48AM  3    Laurie Spooner, who is in the back here.  Ms. Spooner will be

09:48AM  4    assisting us with the presentation of evidence in this case.

09:48AM  5    Does anyone know Ms. Spooner?

09:48AM  6                  Mr. Mann, I think we can just note that he knows

09:48AM  7    Ms. Spooner.

09:48AM  8                  PROSPECTIVE JUROR 30:  Ms. Spooner helped us do some

09:48AM  9    document imagining on a matter a year or so ago.

09:48AM 10                  MR. GRAU:  Ms.  Harris.

09:48AM 11                  PROSPECTIVE JUROR 14:  She's my cousin.

09:48AM 12                  MR. GRAU:  I think she said -- Ms. Spooner is your

09:48AM 13    cousin, that's right?  Close relative, first cousin?

09:48AM 14                  PROSPECTIVE JUROR 14:  Not first cousin, but --

09:48AM 15                  THE COURT:  Is she just going to handle the

09:48AM 16    technology?

09:48AM 17                  MR. GRAU:  Yes, sir.

09:48AM 18                  THE COURT:  Is she associated with your firm in any

09:48AM 19    way?

09:48AM 20                  MR. GRAU:  She's not.  She's an outside consultant

09:49AM 21    we've hired to help us present the evidence in this case.

09:49AM 22                  THE COURT:  All right.

09:49AM 23                  MR. GRAU:  The Judge talked to you a little bit about

09:49AM 24    the proceedings.  One thing that I want to talk about with you

09:49AM 25    is the timing of this.  This proceeding will at times feel like

**HOURLY TRANSCRIPT**

09:49AM 1   it's moving slowly.  It's not like on TV where we'll be done in

09:49AM 2   an hour or two hours like in a movie, and we may be here a week

09:49AM 3   or even two weeks.

09:49AM 4          Will anyone hold it against any of the lawyers

09:49AM 5   in the case if these proceedings seem to be moving too slowly?

09:49AM 6          The Judge talked to you a little bit about the

09:49AM 7   proceedings.  One thing that I want to talk about the timing of

09:49AM 8   this.  This proceeding will at times feel like it's moving

09:49AM 9   slowly.  It's not like on TV where we'll be done in an hour or

09:49AM 10  two hours like in a movie.  We may be here a week or even two

09:49AM 11  weeks.  Will anyone hold it against any of the lawyers in the

09:49AM 12  case if this proceeding seems to be moving too slowly?  When I

09:49AM 13  say hold it against, at the end of the day when you retire to

09:49AM 14  make your decision, does anyone feel like they would hold that

09:49AM 15  personally against any of the parties or the lawyers in this

09:49AM 16  case if this proceeding was proceeding slowly.

09:49AM 17         THE COURT:  I'm going to make sure, ladies and

09:49AM 18  gentlemen of the jury, that they don't move too slowly.

09:49AM 19         PROSPECTIVE JUROR 9:  I've been sitting here holding

09:49AM 20  this back, but with respect to frame of mind and I know, I

09:50AM 21  don't want to sound like a whiner, I know everybody has got --

09:50AM 22  we've got a cardiologist and a high school principal, it's not

09:50AM 23  job for me.  It's the fact that I have an 85-year-old mother in

09:50AM 24  late stage dementia.  My sister and I are the only local

09:50AM 25  siblings who are caregivers right now.  I've got a 23-year-old

**HOURLY TRANSCRIPT**

09:50AM 1    daughter who is in her second year of medical school who is

09:50AM 2    undergoing a breast biopsy later this we can, and my frame of

09:50AM 3    mind, Judge, is such that two weeks, it's going to be very

09:50AM 4    difficult for me to hold my attention.  Unless good news is

09:50AM 5    forthcoming later in this week, but I've been holding that back

09:50AM 6    again.  I don't want to sound like a whiner or complainer, but

09:50AM 7    obviously that is pretty heavy on my mind right now and my

09:50AM 8    heart, so I just hope that's taken into some consideration.

09:50AM 9            MR. GRAU:  Thank you, Mr. Martin.

09:50AM 10               The only other thing I want to talk about for a

09:50AM 11   moment is that the plaintiffs have an opportunity to go first.

09:51AM 12   They have the opportunity to present their case first.  We will

09:51AM 13   ask that you wait to hear our case which may not come until the

09:51AM 14   end of this week or, again, even until next week.  Would anyone

09:51AM 15   have a problem waiting to hear the full case before reaching a

09:51AM 16   decision?  Does anyone just think once they hear the

09:51AM 17   plaintiffs' side of the case that they wouldn't be able to

09:51AM 18   listen to the rest of the case?  Anyone?

09:51AM 19               Okay.  The other thing I want to talk about is,

09:51AM 20   again, this case is about a limited issue, as the judge told

09:51AM 21   you.  The case also is about whether or not Jim and Clay, and

09:51AM 22   their company Interior Exterior knew that there was a chemical

09:51AM 23   defect in a product or should have known that there was a

09:51AM 24   chemical defect in a product that they bought from China and

09:51AM 25   sold here in the United States after Katrina.

**HOURLY TRANSCRIPT**

09:51AM 1          The trial is not about the damages that the

09:51AM 2   plaintiffs suffered.  The trial is not about the fault of the

09:52AM 3   manufacturers in that process.  As the judge has explained to

09:52AM 4   you, those matters will be dealt with at a later time.  But

09:52AM 5   it's only natural for us to feel some sympathy for the

09:52AM 6   homeowners who everyone agrees were innocent victims in this

09:52AM 7   Chinese drywall situation.

09:52AM 8          Does anyone feel like the fact that someone has

09:52AM 9   been damaged in their home as a result of this product, that

09:52AM 10  they simply can't decide the issues in this case fairly?  If

09:52AM 11  you believe that or you think that there is a question in your

09:52AM 12  mind about that, please raise your hand.

09:52AM 13         THE COURT:  I thought we already covered that,

09:52AM 14  Counsel.

09:52AM 15         MR. GRAU:  Okay.  The other thing I wanted to touch

09:52AM 16  on briefly is the fact that some of those homeowners are

09:52AM 17  Hurricane Katrina victims.  Lots of us and I know from reading

09:52AM 18  your forms, like Rick and I had issues with Hurricane Katrina.

09:52AM 19         THE COURT:  Counsel, let's ask the question.  Let's

09:52AM 20  not sum up.  I'll give you an opportunity to do that later on.

09:52AM 21         MR. GRAU:  Thank you, Your Honor.  Does anyone feel

09:52AM 22  that the plaintiffs in this case, because they may have been

09:52AM 23  victims of Hurricane Katrina, are owed or due some extra

09:53AM 24  sympathy from any of you.  Anyone?

09:53AM 25         Does anyone feel that the Habitat for Humanity,

**HOURLY TRANSCRIPT**

09:53AM 1    a nonprofit charity, who is a plaintiff in this case, that you

09:53AM 2    would feel some extra sympathy towards them?

09:53AM 3                    Regarding the issues of the fact that this is a

09:53AM 4    Chinese product, does anyone feel that simply because a product

09:53AM 5    comes from China that a seller from that product, a distributor

09:53AM 6    must do more when selling that product?  Does anyone feel that

09:53AM 7    way?

09:53AM 8                    Yes, sir.  Your name and number, please.

09:53AM 9              PROSPECTIVE JUROR 27:  Nathan Foret, Juror Number 27.

09:53AM 10   I do feel that because of the history of the products from

09:53AM 11   China that more due diligence should be done on Chinese

09:53AM 12   products entering the United States.

09:53AM 13             MR. GRAU:  Thank you, sir.

09:54AM 14             PROSPECTIVE JUROR 38:  Sandra Dill, Juror Number 38.

09:54AM 15   I also.

09:54AM 16             MR. GRAU:  Yes, ma'am.  Thank you.

09:54AM 17                    Does anyone believe that a seller of a product

09:54AM 18   cannot be reasonable in relying upon representations or

09:54AM 19   certifications from the manufacturer of that product?  Does

09:54AM 20   anyone believe that that would not be a reasonable practice?

09:54AM 21                    I've got a few specific questions for a few of

09:54AM 22   you, and like the judge I would like to focus on the first half

09:54AM 23   of the group, and I don't mean to offend anyone if I leave

09:54AM 24   someone out.

09:54AM 25                    Mr. Van Foster, I noticed on your form that you

**HOURLY TRANSCRIPT**

09:54AM 1    indicated that you routinely read warning labels on the

09:54AM 2    products.  Can I ask you why that is?

09:54AM 3              PROSPECTIVE JUROR 7:  Because, you know, when I was

09:54AM 4    working, I'm sorry, when I first started working at the

09:54AM 5    Windsor Court as an overnight supervisor, so we was dealing

09:55AM 6    with a lot of chemicals, and those other chemicals we had to

09:55AM 7    read, you know, to find out what was going on before we would

09:55AM 8    use them.  You know, we would use gloves, use a face mask, the

09:55AM 9    goggles and those things like that.  So we had to read all oven

09:55AM 10   and chemical labels that came through there at night.

09:55AM 11             MR. GRAU:  Thank you, Mr. Foster.

09:55AM 12                Mr. Bourg.

09:55AM 13             PROSPECTIVE JUROR 16:  Yes, sir.

09:55AM 14             MR. GRAU:  I'm a little are curious because your name

09:55AM 15   is Mr. Bourg and you live on Bourg Drive in Bourg, Louisiana.

09:55AM 16             PROSPECTIVE JUROR 16:  Yes, sir, I left Lafayette and

09:55AM 17   got lost.

09:55AM 18             MR. GRAU:  How did that happen?

09:55AM 19             PROSPECTIVE JUROR 16:  Well, my dad and his brothers

09:55AM 20   developed the subdivisions and got to name the streets.

09:55AM 21             MR. GRAU:  Mr. Clarke on the first row is also from

09:55AM 22   Bourg.  Do you know him?

09:55AM 23             PROSPECTIVE JUROR 16:  No, sir.

09:55AM 24             THE COURT:  Mr. Clarke, do you know Mr. Bourg at all?

09:56AM 25             PROSPECTIVE JUROR 6:  No.

**HOURLY TRANSCRIPT**

09:56AM 1          MR. GRAU:  Thank you.  Mr. Loup, your only -- you

09:56AM 2   indicated your son had some experience in the building material

09:56AM 3   industry; is that right?

09:56AM 4          PROSPECTIVE JUROR 12:  Yes.

09:56AM 5          MR. GRAU:  Who did he work for?

09:56AM 6          PROSPECTIVE JUROR 12:  He worked for Entergy.

09:56AM 7          MR. GRAU:  He works for Entergy.  What experience did

09:56AM 8   you have in the building material industry?

09:56AM 9          PROSPECTIVE JUROR 12:  Well, most of the materials

09:56AM 10  that was being bought through the contractors he hired.

09:56AM 11         MR. GRAU:  He doesn't work for a seller of building

09:56AM 12  materials; is that right?

09:56AM 13         PROSPECTIVE JUROR 12:  No.  No.

09:56AM 14         MR. GRAU:  Mr. Kerry Foster.  You worked for Lowe's;

09:56AM 15  is that right?

09:56AM 16         PROSPECTIVE JUROR 29:  Yes.

09:56AM 17         MR. GRAU:  How long did you work for Lowe's?

09:56AM 18         PROSPECTIVE JUROR 29:  A year and a half.

09:56AM 19         MR. GRAU:  What did you do for them?

09:56AM 20         PROSPECTIVE JUROR 29:  I worked in building materials

09:56AM 21  dealing with Sheetrock, shingles, and stuff like that.

09:56AM 22         MR. GRAU:  Selling for them or anything else?

09:56AM 23         PROSPECTIVE JUROR 29:  Just helping the customers

09:56AM 24  pick out the proper materials, help load their trucks, unload

09:57AM 25  things like that.

**HOURLY TRANSCRIPT**

09:57AM 1        MR. GRAU:  You weren't involved in buying any

09:57AM 2   materials that Lowe's resold, were you?

09:57AM 3        PROSPECTIVE JUROR 29:  No.

09:57AM 4        MR. GRAU:  What time period did you work at Lowe's?

09:57AM 5        PROSPECTIVE JUROR 29:  From January of '06 until July

09:57AM 6   of '07.

09:57AM 7        MR. GRAU:  Thank you, sir.

09:57AM 8            Mr. Foster, I'm sorry, a follow-up question for

09:57AM 9   you.  Do you know if you handled any drywall that was

09:57AM 10  manufactured in China?

09:57AM 11       PROSPECTIVE JUROR 29:  Not to my knowledge.

09:57AM 12       MR. GRAU:  Mr. Is it Wager?

09:57AM 13       PROSPECTIVE JUROR 11:  Wager.

09:57AM 14       MR. GRAU:  You indicated that you had a friend who

09:57AM 15  has Chinese drywall; is that right?

09:57AM 16       PROSPECTIVE JUROR 11:  Yes, sir.

09:57AM 17       MR. GRAU:  Is that a first close friend of yours?

09:57AM 18       PROSPECTIVE JUROR 11:  The pledge brother, a

09:57AM 19  fraternity brother, yes.

09:57AM 20       MR. GRAU:  A fraternity brother.  Somebody that you

09:57AM 21  socialize with very often?

09:57AM 22       PROSPECTIVE JUROR 11:  During LSU games.

09:57AM 23       THE COURT:  You said he has Chinese drywall in his

09:58AM 24  home; is that right?

09:58AM 25       PROSPECTIVE JUROR 11:  That's correct.

**HOURLY TRANSCRIPT**

09:58AM 1          MR. GRAU:  Where does he live?

09:58AM 2          PROSPECTIVE JUROR 11:  Baton Rouge.

09:58AM 3          THE COURT:  Would that interfere in any way with you

09:58AM 4   being fair to either side?

09:58AM 5          PROSPECTIVE JUROR 11:  It wouldn't interfere, no.

09:58AM 6          MR. GRAU:  You also indicated you have a friend or

09:58AM 7   close friend who is a lawyer; is that correct?

09:58AM 8          PROSPECTIVE JUROR 11:  That's correct.

09:58AM 9          MR. GRAU:  Who is that?

09:58AM 10          PROSPECTIVE JUROR 11:  Nick Christina.

09:58AM 11          MR. GRAU:  Do you know what kind of law he practices?

09:58AM 12          PROSPECTIVE JUROR 11:  He does insurance defense.

09:58AM 13          MR. GRAU:  Do you know the name of the firm he's

09:58AM 14   with?

09:58AM 15          PROSPECTIVE JUROR 11:  I forget.

09:58AM 16          MR. GRAU:  Thank you.

09:58AM 17          THE COURT:  Anything further?

09:58AM 18          MR. GRAU:  One second, Your Honor, I'm sorry.

09:58AM 19              Ms. Giroir; is that right?

09:58AM 20          PROSPECTIVE JUROR 13:  Yes.

09:58AM 21          MR. GRAU:  You work for Citizen's Insurance Company;

09:58AM 22   is that correct?

09:58AM 23          PROSPECTIVE JUROR 13:  Yes, I do.

09:58AM 24          MR. GRAU:  Did you work in the claims department

09:58AM 25   specifically?

**HOURLY TRANSCRIPT**

09:58AM 1          PROSPECTIVE JUROR 13:  Customer service.

09:58AM 2          MR. GRAU:  Were you involved at all in handling

09:59AM 3    claims?

09:59AM 4          PROSPECTIVE JUROR 13:  At some point, yeah.

09:59AM 5          MR. GRAU:  Were you involved in making decisions

09:59AM 6    about denying claims or paying claims?

09:59AM 7          PROSPECTIVE JUROR 13:  No.

09:59AM 8          MR. GRAU:  Your spouse is in the Army; is that right?

09:59AM 9          PROSPECTIVE JUROR 13:  Yes.

09:59AM 10         MR. GRAU:  Is he currently deployed?

09:59AM 11         PROSPECTIVE JUROR 13:  He's leaving for Kuwait in

09:59AM 12   January.

09:59AM 13         MR. GRAU:  He's home right now?

09:59AM 14         PROSPECTIVE JUROR 13:  He is home.

09:59AM 15         MR. GRAU:  Ms. Harris.  I'm sorry, you had also

09:59AM 16   indicated that the church that you worked at on your form had

09:59AM 17   purchased some material from Interior Exterior.  Do you know

09:59AM 18   whether that is in fact correct?

09:59AM 19         PROSPECTIVE JUROR 14:  Yes.

09:59AM 20         MR. GRAU:  They did buy it from Interior Exterior.

09:59AM 21         PROSPECTIVE JUROR 14:  Uh-huh (affirmative response).

09:59AM 22         MR. GRAU:  Were you involved in that purchase at all?

09:59AM 23         PROSPECTIVE JUROR 14:  No.

09:59AM 24         MR. GRAU:  Did you have any dealings with anyone at

09:59AM 25   Interior Exterior?

**HOURLY TRANSCRIPT**

09:59AM 1        THE COURT:  Mr. Calamari, you also had indicated that

09:59AM 2   you may have had some dealings with Interior Exterior; is that

10:00AM 3   correct?

10:00AM 4        PROSPECTIVE JUROR 1:  Yes.  We buy fire proofing

10:00AM 5   insulation material for duct exhaust systems.

10:00AM 6        MR. GRAU:  Do you know think that the fact that

10:00AM 7   you've purchased some material from them would in any way

10:00AM 8   influence --

10:00AM 9        PROSPECTIVE JUROR 1:  I don't think we've done one

10:00AM 10  since 2004, no.

10:00AM 11       MR. GRAU:  Do you have any problems in dealing with

10:00AM 12  them at all?

10:00AM 13       PROSPECTIVE JUROR 1:  No.

10:00AM 14       MR. GRAU:  That's all I have, Your Honor.

10:00AM 15       MR. ANGELLE:  Good morning.  Let me ask a couple of

10:00AM 16  general questions first.

10:00AM 17            Have any of you ever tested a product?  I don't

10:00AM 18  mean has a consumer but on the end of someone who is part of

10:01AM 19  the chain that's going to sell a product?  Yes, sir.

10:01AM 20       PROSPECTIVE JUROR 11:  I do extensive software

10:01AM 21  testing as part of my job.

10:01AM 22       MR. ANGELLE:  In your job do you both distribute

10:01AM 23  goods and manufacture goods?

10:01AM 24       PROSPECTIVE JUROR 11:  To some extent, yes.  I create

10:01AM 25  my own programs and distribute them to clients.

**HOURLY TRANSCRIPT**

10:01AM 1          MR. ANGELLE:  So I guess the gravamen of my question

10:01AM 2     is the products that you're testing are products that you have

10:01AM 3     developed and manufactured?

10:01AM 4          PROSPECTIVE JUROR 11:  Yes.

10:01AM 5          MR. ANGELLE:  So it's not you're testing someone

10:01AM 6     else's product?

10:01AM 7          PROSPECTIVE JUROR 11:  I do both.

10:01AM 8          MR. ANGELLE:  When you're testing someone else's

10:01AM 9     product is it a competitor's product?

10:01AM 10         PROSPECTIVE JUROR 11:  No, sir.  It's one that we're

10:01AM 11    installing for a client.  It's all software.

10:01AM 12         THE COURT:  There are some people in the room.

10:01AM 13         MR. ANGELLE:  Give us your number again, please.

10:01AM 14         PROSPECTIVE JUROR 31:  I used to work at a valve

10:02AM 15    company in research and development, and we tested our

10:02AM 16    competitor's products and our products for heat sampling.

10:02AM 17         MR. ANGELLE:  When you say your products, sir, you're

10:02AM 18    talking about products that your company manufactured?

10:02AM 19         PROSPECTIVE JUROR 31:  Correct.

10:02AM 20         MR. ANGELLE:  So you would test products that you

10:02AM 21    would develop yourself?

10:02AM 22         PROSPECTIVE JUROR 31:  Yes.

10:02AM 23         MR. ANGELLE:  And you would test competitor's

10:02AM 24    products?

10:02AM 25         PROSPECTIVE JUROR 31:  Yes.

**HOURLY TRANSCRIPT**

10:02AM 1    MR. ANGELLE:  Okay.  Thank you so much.

10:02AM 2    Was there someone else in the back?  Yes, ma'am.

10:02AM 3    PROSPECTIVE JUROR 37:  Dierdre Trapolin, Number 37.

10:02AM 4    MR. ANGELLE:  Go ahead.

10:02AM 5    PROSPECTIVE JUROR 37:  I've tested products that I

10:02AM 6    have spec'd on plans as they come in before I use it.  Spectrum

10:02AM 7    plans.  I set up prototype areas, for example, cement,

10:03AM 8    playground equipment, playground surfacing.  Before I spec it

10:03AM 9    on the plans, I would set up test areas to see if it stood up

10:03AM 10   to specifications.

10:03AM 11   MR. ANGELLE:  Thank you, ma'am.

10:03AM 12   Is there anyone else on that question?

10:03AM 13   Who among you is brand conscious?  All right.

10:03AM 14   For instance, if I come home with Tide, my wife goes crazy.

10:03AM 15   She wants to Gain, so I go back to the store.  I'm talking

10:03AM 16   about that kind of brand conscious.

10:03AM 17   Yes, give us your name, please.

10:03AM 18   PROSPECTIVE JUROR 11:  Bryan Wager.  I prefer a

10:03AM 19   certain kind of tennis shoe just because it fits my foot

10:04AM 20   better.

10:04AM 21   MR. ANGELLE:  Yes, ma'am.

10:04AM 22   PROSPECTIVE JUROR 14:  Helen Harris, Number 14.  I

10:04AM 23   prefer Gain.

10:04AM 24   MR. ANGELLE:  All right.  Somebody else in the box?

10:04AM 25   How about in the rest of the gallery?  We'll go back.

**HOURLY TRANSCRIPT**

10:04AM 1          PROSPECTIVE JUROR 21:  Philip White, Number 21, and

10:04AM 2     my wife likes Tide and I can't home with Gain.  And stuff like

10:04AM 3     that.  I always try to go with the brand name.  I look and shop

10:04AM 4     for the right price.

10:04AM 5          MR. ANGELLE:  You're a price conscious.

10:04AM 6               All right.  Someone else in the back.  Yes,

10:04AM 7     ma'am.

10:04AM 8          PROSPECTIVE JUROR 39:  Dierdre Trapolin, Number 39.

10:04AM 9     I'm conscious on the other side.  I'm conscious of certain

10:04AM 10    products names and then others I'm very skeptical of the

10:04AM 11    chemical that they use within them.

10:05AM 12         MR. ANGELLE:  All right.

10:05AM 13         PROSPECTIVE JUROR 35:  Susan Prados, Juror Number 35.

10:05AM 14    I as well will ask people if it's like electronics and such,

10:05AM 15    things that I use for household.  Because I have kids, I worry

10:05AM 16    about chemicals, and with my kids tend to have allergies so I

10:05AM 17    usually buy something with not a lot of harsh chemicals.

10:05AM 18         MR. ANGELLE:  Thank you, ma'am.  Anyone else?

10:05AM 19         PROSPECTIVE JUROR 66:  Juror Number 66,

10:05AM 20    Deborah Faciane, and I like products also, brands, Gain,

10:05AM 21    toothpaste.

10:05AM 22         PROSPECTIVE JUROR 63:  Juror Number 63, just about

10:05AM 23    what everybody else says.  When you are buying for your family

10:06AM 24    you want to protect them so you kind of look at the label.

10:06AM 25         MR. ANGELLE:  Thank you.  How many of you have

**HOURLY TRANSCRIPT**

10:06AM 1    purchased more than two computers for yourself since Katrina?

10:06AM 2            Hold those up a little bit longer.

10:06AM 3            We've heard a lot of people since Katrina who

10:06AM 4    have undertaken specific chores or duties to help the community

10:06AM 5    rebound from the storm.  Some very noteworthy, some very small,

10:07AM 6    but were there any particular things that you did to help,

10:07AM 7    beyond your own household, to help the community rebound from

10:07AM 8    Katrina?  Can you tell me very briefly what those things were?

10:07AM 9    In the back there.

10:07AM 10           PROSPECTIVE JUROR 50:  I'm Marianne Wafer, Juror

10:07AM 11   Number 50.  At the time I was working for Shell Exploration and

10:07AM 12   Production, and they basically had armies of volunteers working

10:07AM 13   in the community, and I did organize one group project of 25

10:07AM 14   people, a landscaping project for a library.

10:07AM 15           MR. ANGELLE:  Thank you, ma'am.

10:07AM 16           PROSPECTIVE JUROR 42:  Juror Number 42.  I work at a

10:07AM 17   school, and I volunteered to do Saturday school to help my

10:08AM 18   students catch up.

10:08AM 19           MR. ANGELLE:  Thank you, ma'am.

10:08AM 20           PROSPECTIVE JUROR 23:  Juror 23.

10:08AM 21           MR. ANGELLE:  You don't get to change your number.

10:08AM 22           PROSPECTIVE JUROR 23:  I want to be Arthur Mann.

10:08AM 23           Our school used to go out and do some work in

10:08AM 24   the community right after Hurricane Katrina as part of a

10:08AM 25   service project that we do.

**HOURLY TRANSCRIPT**

10:08AM 1          MR. ANGELLE:  Thank you, sir.

10:08AM 2          PROSPECTIVE JUROR 66:  I just brought gas to my

10:08AM 3  neighbors that had generators from Texas.

10:08AM 4          MR. ANGELLE:  Judge, what was your comment?

10:08AM 5          THE COURT:  I was just saying in the interest of

10:08AM 6  time, let's just ask the first 30.

10:09AM 7          PROSPECTIVE JUROR 5:  Cynthia Cashman,

10:09AM 8  Juror Number 5.  I did a lot of crisis counseling, and I also

10:09AM 9  helped clean up my son's high school.

10:09AM 10         MR. ANGELLE:  Thank you.

10:09AM 11         PROSPECTIVE JUROR 6:  Do you want one more?

10:09AM 12         MR. ANGELLE:  If it applies, tell us what it was.

10:09AM 13         PROSPECTIVE JUROR 6:  I volunteered at the Civic

10:09AM 14  Center in Houma, feed the people there.

10:09AM 15         MR. ANGELLE:  Thank you, sir.

10:09AM 16             Has anyone in the first 30 purchased a product

10:09AM 17  that was recalled?

10:09AM 18         PROSPECTIVE JUROR 11:  Baby crib.

10:09AM 19         MR. ANGELLE:  A crib.  Okay.  Was it a domestic or

10:09AM 20  foreign manufacturer?

10:09AM 21         PROSPECTIVE JUROR 11:  I'm not aware.

10:09AM 22         MR. ANGELLE:  Someone else in the box?

10:09AM 23             Yes, sir.  Yes, sir.  Give us your number, sir.

10:09AM 24         PROSPECTIVE JUROR 7:  Number 7.  Van Foster, Number

10:09AM 25  7.  The jack on my pickup was -- had to be recalled -- called

**HOURLY TRANSCRIPT**

10:10AM  1    back on recall.

10:10AM  2        MR. ANGELLE:  All right.  Was your pickup foreign or

10:10AM  3    domestic?

10:10AM  4        PROSPECTIVE JUROR 7:  It was domestic.

10:10AM  5        MR. ANGELLE:  Yes, sir.

10:10AM  6        PROSPECTIVE JUROR 23:  Number 23.  Vehicle parts were

10:10AM  7    recalled.  Domestic.

10:10AM  8        PROSPECTIVE JUROR 25:  Vehicle parts.

10:10AM  9        MR. ANGELLE:  Let me keep going.  Do any of you

10:10AM 10    operate or own a warehouse?

10:10AM 11        PROSPECTIVE JUROR 21:  Phil White, 21.  We have

10:10AM 12    warehouse property in Gulfport, Mississippi.

10:10AM 13        MR. ANGELLE:  Is it climate controlled?  You got AC

10:11AM 14    pumping?

10:11AM 15        PROSPECTIVE JUROR 21:  Yes.

10:11AM 16        MR. ANGELLE:  Do you have others maintain it for you

10:11AM 17    or do you maintain it?

10:11AM 18        PROSPECTIVE JUROR 21:  Yes, others maintain it.

10:11AM 19    Actually it's a family-owned business and my brothers take care

10:11AM 20    of it.

10:11AM 21        MR. ANGELLE:  Anyone else?

10:11AM 22            Okay.  Now, are any of you familiar with what

10:11AM 23    are known as ASTM standards?  All right.

10:11AM 24        PROSPECTIVE JUROR 31:  Yes, I do.  I'm an engineer

10:11AM 25    and I do understand those standards and have to deal with those

**HOURLY TRANSCRIPT**

10:11AM  1    standards periodically.

10:11AM  2              MR. ANGELLE:  Are you familiar, sir, with what

10:11AM  3    standards, if any, apply to drywall?

10:11AM  4              PROSPECTIVE JUROR 31:  No, I'm not.

10:11AM  5              MR. ANGELLE:  Okay.  Thank you.

10:11AM  6                   There were some others in the back.

10:11AM  7              UNIDENTIFIED JUROR:  He said just the first 30.

10:12AM  8              MR. ANGELLE:  All right.  Thank you.

10:12AM  9              Do any of you do business overseas?

10:12AM 10              Sir, I believe you did, sir, earlier.  Yes,

10:12AM 11    Mr. Calamari.

10:12AM 12              PROSPECTIVE JUROR 1:  One of our major product

10:12AM 13    sources comes from Canada.

10:12AM 14              MR. ANGELLE:  And are you personally involved in the

10:12AM 15    importation of those goods?

10:12AM 16              PROSPECTIVE JUROR 1:  Yes.

10:12AM 17              MR. ANGELLE:  Are you involved with, if a good

10:12AM 18    doesn't measure up to spec having to return it, or do you have

10:12AM 19    people in administrative positions do that for you?

10:12AM 20              PROSPECTIVE JUROR 1:  People do it for me.

10:12AM 21              MR. ANGELLE:  Have you had any particular problems

10:12AM 22    with -- that.

10:12AM 23              PROSPECTIVE JUROR 1:  No.

10:12AM 24              PROSPECTIVE JUROR 11:  I've worked overseas in Dubai,

10:12AM 25    Finland, the U.K., again, software installation-type work.

**HOURLY TRANSCRIPT**

10:12AM 1        MR. ANGELLE:  No particular difficulties with that as

10:12AM 2   opposed to any domestic producers you might have dealt with?

10:12AM 3        PROSPECTIVE JUROR 11:  No.

10:12AM 4        THE COURT:  That was juror number what?

10:12AM 5        PROSPECTIVE JUROR 11:  Eleven.

10:12AM 6        MR. ANGELLE:  Did we miss somebody over here?

10:13AM 7        Okay.  Let me go back to Mr. Wager.  Have you ever

10:13AM 8   traveled overseas to those facilities from whom you purchased

10:13AM 9   those materials?

10:13AM 10       PROSPECTIVE JUROR 11:  It's not really an applicable

10:13AM 11  question because it's a local business software, so I haven't

10:13AM 12  been to the facilities where they produce.  I go to the client

10:13AM 13  sites which are the recipients of the software they purchase.

10:13AM 14       MR. ANGELLE:  I got you.  Thank you.

10:13AM 15       Are any of you familiar with what are known as

10:13AM 16  ISO standards?

10:13AM 17       PROSPECTIVE JUROR 16:  In our company.

10:14AM 18       MR. ANGELLE:  You're Juror 16, Mr. Bourg.

10:14AM 19       PROSPECTIVE JUROR 16:  16, that's correct.

10:14AM 20  Brett Bourg.  We have ISO standards for quality control.  I'm

10:14AM 21  not directly involved with it, although I've helped out with

10:14AM 22  some of the documentation, but that's it.

10:14AM 23       MR. ANGELLE:  All right.  Thank you.

10:14AM 24       THE COURT:  Anything else?

10:14AM 25       MR. ANGELLE:  Just one or two, Your Honor.

**HOURLY TRANSCRIPT**

10:14AM 1          Mr. Martin, as a pharmaceutical salesperson, are

10:14AM 2     samples from your company sent to you for your use in the

10:14AM 3     field?

10:14AM 4          PROSPECTIVE JUROR 9:  Yes.  Sure.

10:14AM 5          MR. ANGELLE:  Do those samples come directly from

10:14AM 6     Japan?

10:14AM 7          PROSPECTIVE JUROR 9:  No, they are manufactured

10:15AM 8     in New Jersey.

10:15AM 9          MR. ANGELLE:  Let me ask Mr. Fortay, Juror Number 27.

10:15AM 10         PROSPECTIVE JUROR 27:  That's Foret.

10:15AM 11         MR. ANGELLE:  I understand that you had a problem

10:15AM 12    with some drywall at your home?

10:15AM 13         PROSPECTIVE JUROR 27:  No, sir, I did not.  I have

10:15AM 14    clients, 485 households that have had drywall in their house,

10:15AM 15    the defective drywall in their house, yes, sir.

10:16AM 16         MR. ANGELLE:  The Chinese drywall?

10:16AM 17         PROSPECTIVE JUROR 27:  Yes, sir.

10:16AM 18         MR. ANGELLE:  And you have some detailed knowledge of

10:16AM 19    each of those instances?

10:16AM 20         PROSPECTIVE JUROR 27:  Well, in regards to detailed

10:16AM 21    knowledge, I have walked them through, first of all, them

10:16AM 22    taking care of the problem themselves before their settlements

10:16AM 23    have come up.  So as a financial adviser, you know, when

10:16AM 24    they've had the Chinese drywall in their home, before there is

10:16AM 25    a settlement, they've usually had to take care of the issue

**HOURLY TRANSCRIPT**

10:16AM 1    themselves, pull out the drywall, put the new drywall in,

10:16AM 2    things like that.

10:16AM 3           MR. ANGELLE:  Being involved in those various

10:16AM 4    scenarios over the past few years, would it be difficult for

10:16AM 5    you to segregate out those instances and fact patterns from the

10:16AM 6    discrete fact pattern that you hear from the witness box in

10:16AM 7    this case?

10:16AM 8           PROSPECTIVE JUROR 27:  No, sir.

10:16AM 9           MR. ANGELLE:  Not at all?

10:16AM 10          PROSPECTIVE JUROR 27:  That won't be a problem.

10:16AM 11          MR. ANGELLE:  With those clients who had those

10:17AM 12   problems, is it fair to say that over the last few years you

10:17AM 13   have developed certain attitudes of your own about people who

10:17AM 14   may be involved with Chinese drywall?

10:17AM 15          PROSPECTIVE JUROR 27:  That would be accurate, yes,

10:17AM 16   sir.

10:17AM 17          MR. ANGELLE:  And would those attitudes make it a

10:17AM 18   little different for the playing field to stay level in your

10:17AM 19   mind as testimony is given in this case?

10:17AM 20          PROSPECTIVE JUROR 27:  I believe that not every case

10:17AM 21   is the same, okay, so I believe that I've not come in here with

10:17AM 22   a predetermined verdict, but have I listened to the clients and

10:17AM 23   seen what they've gone through because of the Chinese drywall?

10:17AM 24   Yes, sir, I have.  And have I developed feelings about lead in

10:18AM 25   the toys that the Chinese manufacturer or Chinese drywall?

**HOURLY TRANSCRIPT**

10:18AM 1    Yes, sir, I have.

10:18AM 2              THE COURT:  Counsel, let's move on.

10:18AM 3              MR. ANGELLE:  Thank you.

10:18AM 4              Mr. Armant, I noticed that you had indicated that

10:18AM 5    you're now living in St. Charles Parish.

10:18AM 6              PROSPECTIVE JUROR 3:  St. John.

10:18AM 7              MR. ANGELLE:  That's different from your form that

10:18AM 8    you filled out a few weeks back.  Is it a change of address?

10:18AM 9              PROSPECTIVE JUROR 3:  Yes.

10:18AM 10             MR. ANGELLE:  Okay.  Your Honor, nothing further.

10:18AM 11   Thank you so much for your time.

10:19AM 12             THE COURT:  I'll see the counsel.

10:19AM 13             (WHEREUPON, at this point in the proceedings, there

10:19AM 14   was a conference held at the bench.)

10:19AM 15             THE COURT:  We're dealing now with about maybe 17 or

10:19AM 16   18, first 18.  I'm a little concerned about Mr. Martin.  I can

10:19AM 17   get him up to the bench, but I just am worried about his

10:19AM 18   ability to --

10:19AM 19             MR. MEUNIER:  We agree, Judge.  We were going to ask

10:19AM 20   that he be excused.

10:19AM 21             THE COURT:  Any problem with him being excused?

10:19AM 22             MR. DUPLANTIER:  No problem.

10:19AM 23             THE COURT:  He's excused.

10:19AM 24             We're not going to get to anybody -- I would

10:19AM 25   excuse 24.  Taking medication.  Day care situation.  I would

**HOURLY TRANSCRIPT**

10:20AM 1    excuse Mr. Foret.  We're not going to get that far.

10:20AM 2              So does anybody want me to ask questions at the

10:20AM 3    bench about anybody?

10:20AM 4         MR. DUPLANTIER:  Mr. Martin, I mean, Mr. Armant,

10:20AM 5    Number 3.  I'm a little confused.  I would suggest he's

10:20AM 6    homeless.  Now he's in St. John Parish.

10:20AM 7         THE COURT:  I'll get him up.  Mr. Armant, come up,

10:20AM 8    please, sir.

10:20AM 9              (The prospective juror approaches the bench.)

10:20AM 10        THE COURT:  Mr. Armant, I just wanted to ask you, you

10:20AM 11   had moved.  Are you going to be able to be at that house for at

10:20AM 12   least two weeks or --

10:20AM 13        PROSPECTIVE JUROR 3:  Yes, I'm going to be there for

10:20AM 14   two weeks.

10:20AM 15        THE COURT:  Any problem with living facilities that

10:20AM 16   will interfere in any way with your being here and present?

10:21AM 17        PROSPECTIVE JUROR 3:  No.

10:21AM 18        THE COURT:  You're okay serving on this --

10:21AM 19        PROSPECTIVE JUROR 3:  Uh-huh (affirmative response).

10:21AM 20   Yes, sir.

10:21AM 21        THE COURT:  Do we have any questions?

10:21AM 22        MR. DUPLANTIER:  Where are you living now?

10:21AM 23        PROSPECTIVE JUROR 3:  The shelter Oz.

10:21AM 24        THE COURT:  At the Ozanam Inn.  You said you were

10:21AM 25   living in St. John Parish.  I'm confused.  Are you living in

**HOURLY TRANSCRIPT**

10:21AM 1      St. John Parish or living here?

10:21AM 2           PROSPECTIVE JUROR 3:  I'm living in here right now.

10:21AM 3      I was living in St. John Parish, and I've been living in

10:21AM 4      St. John Parish for my whole life.  But right now for the last

10:21AM 5      two months here, I've been in Oz.

10:21AM 6           THE COURT:  How long are you going to stay in Oz?

10:21AM 7           PROSPECTIVE JUROR 3:  About another month and a half.

10:21AM 8           MR. MEUNIER:  Judge, I'm fine with Mr. Armant.

10:21AM 9           THE COURT:  Thanks, Mr. Armant.

10:21AM 10          (The prospective juror leaves the bench.)

10:21AM 11          THE COURT:  Okay.

10:21AM 12          MR. MEUNIER:  Your Honor, I'm not going to excuse

10:21AM 13     anybody for cause from the Court's standpoint.  You're not

10:21AM 14     including Mann because we're not getting that far.

10:21AM 15          THE COURT:  We're not getting that far.  Look at

10:22AM 16     Number 28.  Look at up to 28.

10:22AM 17          MR. DUPLANTIER:  Judge, we want to ask a couple of

10:22AM 18     questions of Mr. Pettingill, who knows Mr. Meunier personally.

10:22AM 19          THE COURT:  I'll get him up to the bench.

10:22AM 20     Mr. Pettingill, come up on, sir.

10:22AM 21          (The prospective juror approaches the bench.)

10:22AM 22          THE COURT:  Was he an exemplary problem, Mr. Meunier?

10:22AM 23          PROSPECTIVE JUROR 4:  No, sir.  A good student

10:22AM 24     throughout high school.  The family was very close and growing

10:23AM 25     up in the neighborhood and Holy Rosary, and we all went to

**HOURLY TRANSCRIPT**

10:23AM 1   Jesuit together.  I haven't seen much of him since then.

10:23AM 2       THE COURT:  Does that give you any problem?  He's

10:23AM 3   going to be advocating.  Now, he's not a litigant but he's

10:23AM 4   advocating for the litigant.  He's going to make arguments, and

10:23AM 5   oftentimes would you believe him more because you knew him in

10:23AM 6   grammar school over somebody you didn't know in grammar school?

10:23AM 7       PROSPECTIVE JUROR 4:  I'm sorry to say I would.  He

10:23AM 8   was an outstanding student at Jesuit.  He was an exemplary

10:23AM 9   student and role model.  I would probably be prejudicial

10:23AM 10  towards his presentation.  I very well could be.  I'm sorry.

10:23AM 11      MR. MEUNIER:  Well, I'm sorry, too.  Just for the

10:23AM 12  record, when is the last time I've seen you?

10:23AM 13      PROSPECTIVE JUROR 4:  Probably since high school.

10:24AM 14  '68.

10:24AM 15      MR. MEUNIER:  Even though we grew up in the same

10:24AM 16  neighborhood, I don't really see your brothers either, as far

10:24AM 17  as you know, do you?

10:24AM 18      PROSPECTIVE JUROR 4:  No, my sister stays in

10:24AM 19  communication with one of your sisters.  The sister is a

10:24AM 20  Facebook fan of one of his siblings that's a musician and, I

10:24AM 21  mean, I see her name on my Facebook page every day -- Meunier,

10:24AM 22  Meunier, Meunier.  When I saw him I knew immediately who it

10:24AM 23  was.

10:24AM 24      MR. MEUNIER:  What you're telling us, even if

10:24AM 25  Mr. Duplantier presents the strongest case and you could not be

**HOURLY TRANSCRIPT**

10:24AM 1   fair?

10:24AM 2              PROSPECTIVE JUROR 4:  No, I'm not saying -- no, I

10:24AM 3   could be fair.

10:24AM 4              THE COURT:  If it's a close case you would give it to

10:24AM 5   Gerry?

10:24AM 6              PROSPECTIVE JUROR 4:  I want to be fair about it.  I

10:24AM 7   haven't heard their side of the argument yet.

10:24AM 8              THE COURT:  I understand.  Thanks very much.

10:24AM 9              MR. MEUNIER:  I would keep you up here longer, but I

10:24AM 10  don't think it's getting any better.

10:24AM 11             (The prospective juror leaves the bench.)

10:24AM 12             MR. DUPLANTIER:  And then Ms. Cashman, we have a

10:25AM 13  quick question.

10:25AM 14             THE COURT:  That was Number 4.  He was.

10:25AM 15             MR. DUPLANTIER:  Then Ms. Cashman we have a couple of

10:25AM 16  quick questions.  She has a disabled daughter.

10:25AM 17             THE COURT:  Which number is she?  Ms. Cashman.

10:25AM 18             MR. GRAU:  Number 5.

10:25AM 19             (The prospective juror approaches the bench.)

10:25AM 20             MR. DUPLANTIER:  Ms. Cashman, we understand that you

10:25AM 21  have a disabled daughter that you take care of?

10:25AM 22             PROSPECTIVE JUROR 5:  No.

10:25AM 23             MR. GRAU:  Are you sure?

10:25AM 24             THE COURT:  Do you-all know something that

10:25AM 25  Ms. Cashman doesn't know?

**HOURLY TRANSCRIPT**

10:25AM 1      MR. GRAU:  I thought that was indicated on your form

10:25AM 2 that one of your daughters is disabled.

10:25AM 3      PROSPECTIVE JUROR 5:  My daughter has a borderline IQ

10:25AM 4 but she can take care of herself.  She's adult and she lives on

10:26AM 5 her own.

10:26AM 6      MR. DUPLANTIER:  You also have a letter from your

10:26AM 7 employer.  Tell us about what problems are going to be

10:26AM 8 presented.

10:26AM 9      PROSPECTIVE JUROR 5:  You see, I have a private

10:26AM 10 practice so I have individual clients that have seen me like

10:26AM 11 over time, so I mean, I could get somebody to cover them like

10:26AM 12 if they have suicidal ideation or something, but they wouldn't

10:26AM 13 be able to get their individual therapy.

10:26AM 14      THE COURT:  I hate to impose upon you, Ms. Cashman,

10:26AM 15 but it's one of those things that I really have to.  I'm not

10:26AM 16 saying you're going to be a member of the jury, but I just am

10:26AM 17 not able to just excuse you for that.

10:26AM 18      MR. DUPLANTIER:  You indicated on the form that you

10:26AM 19 didn't feel like you could be fair and impartial.  Why did you

10:26AM 20 say that?

10:26AM 21      PROSPECTIVE JUROR 5:  Well, I thought it was whether

10:26AM 22 or not the Chinese drywall was defective.  And I had already

10:26AM 23 heard so much about it that I thought that's what it was about,

10:26AM 24 so I just wanted to be honest about that.  If I had to serve I

10:26AM 25 could get somebody to cover people in crisis.

**HOURLY TRANSCRIPT**

10:27AM 1          MR. DUPLANTIER:  That's what we needed to know.

10:27AM 2    Thank you.

10:27AM 3          PROSPECTIVE JUROR 5:  Thank you.

10:27AM 4          (The prospective juror leaves the bench.)

10:27AM 5          MR. GRAU:  How many do we strike out of the first 20?

10:27AM 6          THE COURT:  Each side gets three.

10:27AM 7          MR. GRAU:  I meant cause, Your Honor.  I want to see

10:27AM 8    if we get to Number 17 or not.  I don't think we will.

10:27AM 9          THE COURT:  No.

10:27AM 10         MR. MEUNIER:  Ms. Harris was not asked this question,

10:27AM 11   and maybe you could ask it publicly or bring up, she said she

10:27AM 12   bought -- her church bought a product from Interior Exterior,

10:27AM 13   but the following question would be, would that prevent you

10:27AM 14   from being fair in this case?

10:27AM 15         MR. DUPLANTIER:  I think it was asked.

10:27AM 16         MR. GRAU:  I thought the Judge asked that question.

10:27AM 17         MR. MEUNIER:  I don't think it was asked.

10:27AM 18         THE COURT:  Let's get her up here.  Ms. Harris.

10:27AM 19         (The prospective juror approaches the bench.)

10:27AM 20         PROSPECTIVE JUROR 14:  Juror Number 14, Helen Harris.

10:28AM 21         THE COURT:  Hello, Miss Harris.  How are you?  We

10:28AM 22   understand that your church bought drywall from

10:28AM 23   Interior Exterior.  They didn't ask you whether that fact

10:28AM 24   alone, would that prevent you one way or the other from being

10:28AM 25   fair and impartial in this case?

**HOURLY TRANSCRIPT**

10:28AM  1          PROSPECTIVE JUROR 14:  No.

10:28AM  2          THE COURT:  Would you be able to give INEX a fair

10:28AM  3   trial as well as the plaintiffs a fair trial?

10:28AM  4          PROSPECTIVE JUROR 14:  Yes.

10:28AM  5          (The prospective juror leaves the bench.)

10:28AM  6          THE COURT:  All right.  Folks, go back to your

10:28AM  7   tables.  First do the defendants three, one, two, three.  One,

10:28AM  8   two, three.  You go and strike anybody you want.  But remember,

10:28AM  9   we're going to end up with the eight.

10:28AM 10          MR. DUPLANTIER:  You want me to give you three names?

10:28AM 11          MR. MEUNIER:  No, one at a time.  Starting with you.

10:28AM 12          THE COURT:  Thank you.

10:28AM 13          (WHEREUPON, at this point in the proceedings, the

10:28AM 14   bench conference concluded.)

10:29AM 15          Members of the Jury, we're just about there.

10:29AM 16   Let me did tell you what we're doing, just for you teachers and

10:29AM 17   historians among us.  I finished and the attorneys finished

10:29AM 18   with the questions of the jury panel.

10:29AM 19          We're going to pick eight people, and I've ruled

10:29AM 20   on the cause challenges, and now each side gets to select to

10:29AM 21   exclude three peremptory challenges.  That is to say, it first

10:29AM 22   goes to the defendant.  They can excuse anyone from the

10:29AM 23   information that they have heard for any reason other than an

10:29AM 24   illegal reason.

10:29AM 25          You can't excuse anybody because they are male

**HOURLY TRANSCRIPT**

10:29AM 1    or because they are female or because they are African-American

10:29AM 2    or because they are nonAfrican-American or Hispanic or anything

10:29AM 3    of that sort.  That's off limits but they can excuse somebody

10:30AM 4    because they don't like the tie they are wearing or the way

10:30AM 5    they part their hair or something of that sort.  Any reason.

10:30AM 6            We still have that in this country.  In England,

10:30AM 7    where we got this concept from, they don't have peremptory

10:30AM 8    challenges any more.  We still do.  In civil cases, each side

10:30AM 9    gets three peremptory challenges; in criminal cases, it's a

10:30AM 10   larger number.  That's the way we do it.  In criminal cases,

10:30AM 11   for those of you history bound, we pull 12 jurors.  In civil

10:30AM 12   cases now we need at least six.  The verdict in all federal

10:30AM 13   courts must be unanimous.

10:31AM 14           The 12, I don't know whether it's a magic number

10:31AM 15   or not, but the western civilization seems to feel that 12 is

10:31AM 16   of a magic number in criminal matters.  We have 12 months in

10:31AM 17   the year, 12 signs of the Zodiac, 12 apostles, so every day is

10:31AM 18   divided into two 12's, or 24, and so we find that in western

10:31AM 19   civilization Number 12 is kind of a sacred number which we've

10:31AM 20   gotten, as I say from England.

10:31AM 21           It's also, while they are doing their thing, the

10:31AM 22   jury system is being transported now.  A lot of people in the

10:31AM 23   former Soviet Union is interested in dealing with jurors, and

10:31AM 24   so they just over there talking about it, and they don't like

10:31AM 25   12.  They want a larger number than 12 in their juries, but

**HOURLY TRANSCRIPT**

10:32AM 1    that's an interesting thing.

10:32AM 2              It's an amazing institution.  There are some

10:32AM 3    people that feel that how can 6 or 12 or 8 people or sit down

10:32AM 4    and decide cases that lawyers and judges can't.  I don't know

10:32AM 5    the answer to that, but I know that it happens, and it happens

10:32AM 6    more frequently that they get it right than the judges and

10:32AM 7    lawyers get it right.  It's one of those mystery things.

10:32AM 8    People in our society just know it.  Eight or 12 people with

10:32AM 9    that amount of experience and that amount of wisdom is just

10:32AM 10   enormous.  The system works.  We've had it now for about

10:32AM 11   600 years, England and the United States, and it's been working

10:32AM 12   well for us.  So other nations want to adopt it.

10:33AM 13             My courtroom deputy goes to each side.  They

10:33AM 14   strike one, it goes to the other, they strike one, it's three,

10:33AM 15   and it comes back and I announce that to the jury and excuse

10:33AM 16   everyone else.

10:33AM 17             I do appreciate all the time that you've taken

10:33AM 18   and the answers that you've given.  Hopefully this is an

10:33AM 19   experience that you've been given to see how it functions.

10:36AM 20             MR. DUPLANTIER:  Judge, can we approach the bench?

10:36AM 21             THE COURT:  Yes.

10:36AM 22             (WHEREUPON, at this point in the proceedings, there

10:37AM 23   was a conference held at the bench.)

10:37AM 24             MR. DUPLANTIER:  We wanted to ask some questions up

10:37AM 25   here of Number 17, but you said we wouldn't get that far, so we

**HOURLY TRANSCRIPT**

10:37AM 1    have -- and we have cause challenges --

10:37AM 2        THE COURT:  I told you all to go all the way to 27.

10:37AM 3        MR. GRAU:  No, when we were at the bench we said we

10:37AM 4    had an issue with Number 17 and we wanted to ask her some

10:37AM 5    questions.  She's got some strong stuff on her form that we

10:37AM 6    wanted to ask at the bench.

10:37AM 7        THE COURT:  I'm sorry.  I'm sorry.

10:37AM 8        (WHEREUPON, at this point in the proceedings, the

10:37AM 9    bench conference concluded.)

10:38AM 10        This is the jury:  The first juror is

10:38AM 11   Juror Number 2, Samantha Adams; second juror is Number 6,

10:38AM 12   Robert Clarke; the third juror is Number 7, Van Foster; the

10:38AM 13   fourth juror is Number 11, Brian Wager; the fifth juror is

10:38AM 14   Number 12, Lloyd Loup; the sixth juror is Number 14,

10:38AM 15   Helen Harris; the seventh juror is Number 15, Jennifer Cross;

10:38AM 16   and the eighth and the final juror is Number 17, Susan Kinlaw.

10:38AM 17        If your name has been called, please remain.  If

10:38AM 18   your name has not been called, you should return to room -- to

10:39AM 19   the jury room.

10:39AM 20        Before you do, however, let me take the

10:39AM 21   opportunity to thank you again for your answers.  Your presence

10:39AM 22   here today has helped us get a jury, and all of us appreciate

10:39AM 23   that.

10:39AM 24        All rise out of respect.  For those jurors whose

10:39AM 25   names have not been called, you may leave.  The names that I've

**HOURLY TRANSCRIPT**

10:39AM 1  called, please remain.

10:40AM 2           Swear in the jury, please.

10:40AM 3      THE DEPUTY CLERK:  Would you raise your right hands.

10:40AM 4  Do you solemnly swear that you will well and truly try the

10:40AM 5  issues joined between these parties and a true verdict render

10:40AM 6  according to the evidence and the law as it shall be given you

10:40AM 7  by the Court, so help you God?

10:41AM 8      VOICES:  I do.

10:41AM 9      THE COURT:  Be seated, please.  I just have about

10:41AM 10  10 minutes of word with you, and then we'll take a break.

10:41AM 11          You've now been selected to serve as jurors in

10:41AM 12  this case, and I have no doubt that you as jurors are mindful

10:41AM 13  of your great responsibilities, and certainly you're aware that

10:41AM 14  your conduct during the trial will be observed by the Court,

10:41AM 15  the attorneys, your fellow jurors, the parties, and all persons

10:41AM 16  both inside and outside this courtroom.

10:41AM 17          I mention that to you because I expect and I

10:41AM 18  want you to know that your responsibility demands that you be

10:41AM 19  extremely careful in the manner in which you conduct yourselves

10:41AM 20  in order that no one has any doubt that this case is being

10:41AM 21  fairly and impartially tried and that in the end justice has

10:42AM 22  been done.

10:42AM 23          For the same reason, the attorneys in the case,

10:42AM 24  the parties, the witnesses, and all others identified with or

10:42AM 25  connected in any way with this trial or its participants should

**HOURLY TRANSCRIPT**

10:42AM 1    be equally careful of their conduct.  During the course of the

10:42AM 2    trial, jurors should not engage or even attempt to engage or

10:42AM 3    have any conversation of any kind whatsoever with any of the

10:42AM 4    persons connected with this trial, including the parties, their

10:42AM 5    relatives, their families, the attorneys for the parties and

10:42AM 6    the witnesses, and other persons identified with this trial,

10:42AM 7    and likewise any person identified with the trial shall not

10:42AM 8    engage or even attempt to engage in any conversation whatsoever

10:42AM 9    with any juror.  If this happens, please bring it to my

10:42AM 10   attention and I'll act on it immediately.

10:42AM 11              Further, you as jurors should avoid allowing

10:42AM 12   yourself to be placed in a position when outside the courtroom

10:42AM 13   where discussions of the case may be had or may be conducted by

10:43AM 14   the parties to the trial.  Furthermore, the attorneys, the

10:43AM 15   parties, the witnesses and other persons who may be observed in

10:43AM 16   the trial or are connected with it in any way must be

10:43AM 17   particularly careful not to discuss and shall not discuss the

10:43AM 18   case where there is a possibility that a juror may hear the

10:43AM 19   remarks.  If such occurs, it should be told to me immediately

10:43AM 20   also.

10:43AM 21              All of us are trained, certainly in this

10:43AM 22   community, ladies and gentlemen, to be kind to strangers.  Good

10:43AM 23   morning, hello, how are you doing is often expressed between

10:43AM 24   us, even with strangers.  I'm going to ask that you not do that

10:43AM 25   in this case during the time that you are jurors, and I'm going

**HOURLY TRANSCRIPT**

to ask that the attorneys and the witnesses and the litigants
not engage in such conduct with you.

The reason I do that is nothing sinister.  It's
just appearance.  If everybody is laughing and joking and
talking to each other and asking how are you doing and how is
your family and things of that sort, it gives a bad appearance,
and appearance is just as important as reality, so don't hold
it against the lawyers if they don't greet you, which they
usually would, and please don't greet them.  Just come into the
courtroom and we'll deal with it in that way.

I would like to at this time give you some
following specific instructions.  You're not to discuss the
case with anyone during the course of the trial.  This includes
your spouse, your relatives, your friends, family, and you
shouldn't discuss the case even among yourselves until it's
concluded and I give you instructions on the law.

The reason for that is, oftentimes when we begin
discussing things, we get a position, and we shouldn't have any
position until you hear both sides of the matter and the law
applicable, and then you'll have enough time to discuss it.
Keep an open mind when you hear the witnesses.  Keep an open
mind until you've got all the evidence and all of the jury
charges, and then make up your opinion, and then you'll discuss
it with and among each other.

If any publicity about the case has come to your

10:45AM 1     attention before this moment, you must strike it from your

10:45AM 2     minds.  Completely disregard anything that has come to your

10:45AM 3     attention outside of the courtroom.

10:45AM 4            From this moment on you're not to read any

10:45AM 5     newspaper accounts of this trial, if there be any, or radio or

10:45AM 6     TV accounts, if there be any.  This is necessary, as I

10:45AM 7     mentioned to you before, because the verdict must be based on

10:45AM 8     what you hear in this courtroom.

10:45AM 9            That's true also with the Internet.  Please

10:46AM 10    don't go home and Google or go home and do some research.  The

10:46AM 11    reason for that, as I explained to you, as I say, I look upon

10:46AM 12    this as a laboratory that we're studying this issue that the

10:46AM 13    lawyers and the litigants couldn't resolve, the Court couldn't

10:46AM 14    resolve.  You folks are the scientists who are going to look at

10:46AM 15    this laboratory, look at this evidence, test this evidence for

10:46AM 16    its veracity, see whether or not you believe or disbelieve in

10:46AM 17    it.

10:46AM 18           The protocols that we have in the courtroom have

10:46AM 19    been developed over hundreds and hundreds of years to give

10:46AM 20    people an opportunity for each side to question, to

10:46AM 21    cross-examine, to put it under the microscope of advocacy and

10:46AM 22    bring it out.  When you go outside this courtroom, you then

10:46AM 23    come in with information developed outside.  It's like bringing

10:47AM 24    in a germ into the laboratory.  You contaminate the process.

10:47AM 25    We have been doing this for 600 years now.  Please follow that

**HOURLY TRANSCRIPT**

10:47AM 1   rule.

10:47AM 2            Finally, you're not to reach any conclusion in

10:47AM 3   this case until all of the evidence has been presented.  The

10:47AM 4   Court has instructed on you the law applicable to the case, and

10:47AM 5   it's given to you for deliberation and decision.

10:47AM 6            In the morning when you arrive and during the

10:47AM 7   day when you're in the building and the Court is in recess or

10:47AM 8   for any reason the jury is not required to be in the courtroom,

10:47AM 9   I ask you go to and remain in the jury room, which I'll assign

10:47AM 10  to you right next door, and I've assigned the United States

10:47AM 11  Marshal to be with you to assist you in the logistics.  We'll

10:47AM 12  supply soft drinks and coffee and things of that sort and make

10:47AM 13  your stay with us as comfortable as possible.  If you need

10:48AM 14  anything, please let the marshal know, and he'll be happy to

10:48AM 15  accommodate you.

10:48AM 16           The case will proceed in the following order:

10:48AM 17  First, counsel for the plaintiff and counsel for the defendant

10:48AM 18  will have the opportunity to make what we call opening

10:48AM 19  statements.  It's sort of a verbal program as to what they

10:48AM 20  expect the evidence to show.  It's not evidence itself.  It's

10:48AM 21  simply the lawyers telling you what they believe their evidence

10:48AM 22  will reveal and how they are going to put it on.

10:48AM 23           The statement is nothing more than an

10:48AM 24  explanation of the plaintiffs' theory of the case and serves

10:48AM 25  merely as an introduction to the evidence which the plaintiff

10:48AM 1    intends to produce during the course of the trial.  The

10:48AM 2    defendant may make an opening statement.  Following the opening

10:48AM 3    statement of the plaintiff, just like the plaintiffs' opening

10:48AM 4    statement, any defense opening statement it made would be

10:48AM 5    nothing more than an explanation of the defendants' theory of

10:49AM 6    the case.  Neither side is required to make an opening

10:49AM 7    statement but they usually do so.

10:49AM 8            Second, after the opening statements, the

10:49AM 9    plaintiff will introduce evidence in support of its

10:49AM 10   allegations.  At the conclusion of the plaintiff's evidence,

10:49AM 11   the counsel for the defendants may produce evidence.  Finally,

10:49AM 12   there is rebuttal evidence opportunity that the plaintiff may

10:49AM 13   produce.

10:49AM 14           Fourth, at the conclusion of the evidence, the

10:49AM 15   parties will have the opportunity to present what we call oral

10:49AM 16   arguments or summations in support of their respective cases.

10:49AM 17   Again, what is said in closing argument is not evidence, just

10:49AM 18   as what is said in opening statement is not evidence.

10:49AM 19           The arguments are intended to present to you the

10:49AM 20   contention of the respective parties as to what the evidence

10:49AM 21   has shown and what inferences they feel may be drawn from the

10:49AM 22   evidence.  Counsel for the plaintiff has a right to open and

10:50AM 23   close the arguments.  Counsel for the plaintiff has the burden

10:50AM 24   of proof, so they have two opportunities to discuss their case

10:50AM 25   with you.

**HOURLY TRANSCRIPT**

10:50AM 1          Finally, I'll instruct you on the applicable

10:50AM 2    law, and you will then retire to consider your verdict.  The

10:50AM 3    law applicable to the case will be contained in instructions

10:50AM 4    which I'll give you during the course of the trial.  It is your

10:50AM 5    duty to follow such instructions.

10:50AM 6          In preparing those instructions I'll work with

10:50AM 7    the parties.  They've given me some drafts.  I'm in the process

10:50AM 8    of researching and developing the final instruction for you.

10:50AM 9    I'll meet with them during the course of the trial and get

10:50AM 10   their input and make decisions as to what the final instruction

10:50AM 11   will be.  I'll then have that typed.  We'll have it for you to

10:50AM 12   take with you in the jury room, but I'll also have an

10:50AM 13   opportunity to discuss it with you before you do so.

10:51AM 14         It is your duty, ladies and gentlemen, to

10:51AM 15   determine the facts and to determine them from the evidence,

10:51AM 16   and in so doing you must not indulge in guesswork or

10:51AM 17   speculation.  The evidence that you are to consider consists of

10:51AM 18   testimony of the witnesses and the exhibits admitted into

10:51AM 19   evidence regardless of who may have called them.

10:51AM 20         In considering the weight and value of the

10:51AM 21   testimony of the witnesses, you may take into consideration the

10:51AM 22   appearance, the attitude, the behavior of the witness, the

10:51AM 23   interest of the witness in the outcome of the suit, the

10:51AM 24   relation of the witness to the parties, the inclination of the

10:51AM 25   witness to speak truthfully or not.  The probability or

**HOURLY TRANSCRIPT**

10:51AM 1   improbability of the witness' statements, and all other facts

10:51AM 2   and circumstances in evidence.  Thus, you may give the

10:51AM 3   testimony of any witness just such weight and value as you

10:52AM 4   believe that testimony is entitled to receive.

10:52AM 5            In any jury trial, there are, in effect, two

10:52AM 6   judges.  I am one of the judges.  You, the jury, are the other

10:52AM 7   judge.  You're the judge of the facts of the evidence in the

10:52AM 8   case.

10:52AM 9            The admission of evidence in court is governed

10:52AM 10  by rules of law.  We refer to them as Rules of Evidence.  From

10:52AM 11  time to time, it may be the duty of the attorneys to make

10:52AM 12  objections to the admissibility of the evidence.  It is my duty

10:52AM 13  as judge to rule on those objections.  My rulings may affect

10:52AM 14  whether you can consider certain evidence.

10:52AM 15           You must not concern yourself with the

10:52AM 16  objections or the Court's reasons for its ruling on them.  You

10:52AM 17  must not consider the testimony or exhibits to which an

10:52AM 18  objection was sustained or which has been ordered stricken.  If

10:52AM 19  I instruct you not to consider testimony or evidence to which

10:52AM 20  an objection is sustained or which has been ordered stricken,

10:53AM 21  you must completely ignore such testimony or evidence and not

10:53AM 22  take it into consideration when deciding the case.

10:53AM 23           You must not be influenced to any degree by any

10:53AM 24  personal feelings or sympathy for or prejudice against any

10:53AM 25  party or their counsel.  No statement or ruling or remark which

**HOURLY TRANSCRIPT**

10:53AM 1    I may make during the presentation of the testimony or evidence

10:53AM 2    is intended to indicate my opinion as to what the facts are.

10:53AM 3    You are to determine the facts, and in this determination you

10:53AM 4    alone must decide upon the believability of the evidence and

10:53AM 5    its weight and value.

10:53AM 6         Now, the evidence in this case will consist of

10:53AM 7    the following:  The sworn testimony of the witnesses, no matter

10:53AM 8    who called the witness; all exhibits received into evidence,

10:54AM 9    regardless of who may have produced the exhibit; all facts that

10:54AM 10   have been judicially noticed and that you must take as true for

10:54AM 11   purposes of this case.

10:54AM 12        Now, a deposition is a sworn testimony of

10:54AM 13   witnesses.  These may also be received in evidence.

10:54AM 14   Depositions contain the sworn testimony with the lawyers for

10:54AM 15   each party being entitled to ask questions.  In some cases, a

10:54AM 16   deposition may be played for you on videotape.  Deposition

10:54AM 17   testimony may be accepted by you, subject to the same

10:54AM 18   instructions that apply to witnesses testifying in open court.

10:54AM 19   Statements and arguments of the lawyers are not evidence in the

10:54AM 20   case, unless made as an admission or stipulation of a fact.

10:54AM 21        Now, a stipulation is an agreement between both

10:55AM 22   sides that certain facts are true or that a person would have

10:55AM 23   given certain testimony.  When the lawyers on both sides

10:55AM 24   stipulate or agree to the existence of a fact, you must, unless

10:55AM 25   otherwise instructed, accept that stipulation as evidence and

**HOURLY TRANSCRIPT**

10:55AM  1    regard that fact or facts as proved.  I may take judicial

10:55AM  2    notice of some facts or events when I declare that I will take

10:55AM  3    judicial notice of some fact or events event.  If I do so, you

10:55AM  4    then must accept that fact as true and proved.

10:55AM  5         If I sustain an objection to any evidence or if

10:55AM  6    I order evidence stricken, that evidence must be completely

10:55AM  7    ignored.  Some evidence may be admitted for a limited purpose

10:55AM  8    only.  When I instruct you that an item of evidence has been

10:56AM  9    admitted for a limited purpose, you must consider it only for

10:56AM 10    that limited purpose and no other purpose.  You are to consider

10:56AM 11    only the evidence in the case, but in your consideration of the

10:56AM 12    evidence, you're not limited to statements of the witness.  In

10:56AM 13    other words, you are not limited solely to what you see or hear

10:56AM 14    a witness testify.  You may draw from the facts that you find

10:56AM 15    have been proved such reasonable inferences or conclusions as

10:56AM 16    you feel are justified in light of your experience as human

10:56AM 17    beings.

10:56AM 18         At the end of the trial, you'll have to make

10:56AM 19    your decision based on what you recall of the evidence.  You'll

10:56AM 20    not have any written transcript to consult, ladies and

10:56AM 21    gentlemen, and it is difficult and time consuming for the

10:56AM 22    reporter to read back lengthy testimony, so this will not be

10:56AM 23    done.  I urge you to pay close attention to the testimony as it

10:57AM 24    is given.

10:57AM 25         If you would like to take notes during the

**HOURLY TRANSCRIPT**

10:57AM 1    trial, you may do so.  On the other hand, you're not required

10:57AM 2    to take notes if you prefer not to do so.  Each of you should

10:57AM 3    make your own decision about this.  If you do decide to take

10:57AM 4    notes, ladies and gentlemen, please be careful not to get so

10:57AM 5    involved in your note taking that you become distracted from

10:57AM 6    the ongoing proceedings.  Your notes should be used only as

10:57AM 7    memory aids.  You should not give your notes precedence over

10:57AM 8    your independent recollection of the evidence.  Now, whether or

10:57AM 9    not you take notes, you should rely upon your own independent

10:57AM 10   recollection of the proceedings, and you should not be unduly

10:57AM 11   influenced by the notes of other jurors.

10:57AM 12          Remember, notes are not entitled to any greater

10:58AM 13   weight than the memory or impression of each juror as to what

10:58AM 14   the testimony may have been.  Whether you take notes or not,

10:58AM 15   each of you must form and express your own opinion as to the

10:58AM 16   facts of this case.

10:58AM 17          Now, we're going to take a 15-minute break here,

10:58AM 18   and I'll let the marshal show you to the jury room.  Thank you

10:58AM 19   for your attention, and I look forward to working with you over

10:58AM 20   the several weeks.  All rise for the jury, please.

10:58AM 21          THE COURT SECURITY OFFICER:  All rise for the jury.

10:58AM 22          (WHEREUPON, at this point in the proceedings, the

10:59AM 23   jury panel leaves the courtroom.)

10:59AM 24          THE COURT:  Be seated, please.  Counsel, you had

10:59AM 25   something to say before we start the trial?

**HOURLY TRANSCRIPT**

10:59AM 1          MR. MEUNIER:  Your Honor, I have the stipulation

10:59AM 2     which we've now agreed the Court can read, at least all but

10:59AM 3     paragraph 1.  Do you want me to give this to you?

10:59AM 4          THE COURT:  Just give it to me.

10:59AM 5          MR. MEUNIER:  I've drawn an "X" by paragraph 1 and

10:59AM 6     everything else --

10:59AM 7          THE COURT:  You don't want paragraph 1 read?

10:59AM 8          MR. MEUNIER:  Correct.  I thought we had some comment

10:59AM 9     from someone?  North River.

10:59AM 10          MR. RISLEY:  Thank you, Your Honor.  Assuming that

10:59AM 11     stipulation that Mr. Meunier showed me earlier, we agree with

10:59AM 12     the Exhibit 1, paragraph 1 not being read.  The others can be.

10:59AM 13          THE COURT:  You want me to read it.

10:59AM 14          MR. RISLEY:  Yes, please.  I would also like to, if I

10:59AM 15     could, address the order and reasons the Court issued on

10:59AM 16     Wednesday dealing with the standard of knowledge.

11:00AM 17               We disagreed with the Court's ruling

11:00AM 18     respectfully, and we want to make sure on the record our

11:00AM 19     position is clear.

11:00AM 20               The Court reached its conclusion by taking three

11:00AM 21     steps.  The first says that the Court says the Louisiana

11:00AM 22     Supreme Court has not definitively ruled or not definitively

11:00AM 23     characterized the standard of care.  We think the Supreme Court

11:00AM 24     of Louisiana has done so in the *Aucoin* case that both parties

11:00AM 25     have cited.  It's a 2008 decision.

**HOURLY TRANSCRIPT**

11:00AM  1          In that case, I believe the Supreme Court said

11:00AM  2    very clearly -- it says, "The extent of a seller's liability to

11:00AM  3    a buyer for breaching this warranty," which is the warranty of

11:00AM  4    redhibition, "depends on whether the seller knew or did not

11:00AM  5    know the defect.  That's the characterization that's the

11:00AM  6    languages of the statute.

11:00AM  7          Now, I will say that since we're dealing with a

11:00AM  8    statutory cause of action, it's not a question of

11:01AM  9    characterization by the Court.  It's a question of applying the

11:01AM 10    legislative words, and we think going beyond that implied

11:01AM 11    should-have-known standard is not accurate.

11:01AM 12         THE COURT:  I understand it and I understand that you

11:01AM 13    disagree with my entire opinion, and you have a right to do so,

11:01AM 14    but I'm not going to change the opinion.  Thank you very much

11:01AM 15    for disagreeing with it and stating it.

11:01AM 16         MR. RISLEY:  That leaves two other issues.  One is we

11:01AM 17    don't believe there will be any evidence that INEX actually

11:01AM 18    knew of this defect.  Nobody knew of it, so all of the evidence

11:01AM 19    that will be coming in from the plaintiffs will be directed

11:01AM 20    toward the should-have-known standard.

11:01AM 21         I don't think any of us wants us standing up and

11:01AM 22    objecting to every piece of evidence coming in because of that

11:01AM 23    standard.  We would ask that under Rule of Evidence 1003 the

11:01AM 24    Court treat its order ruling as definitive ruling.

11:01AM 25         THE COURT:  I will.

**HOURLY TRANSCRIPT**

11:01AM 1          MR. RISLEY:  And I have a proposed order, if I may.

11:01AM 2          THE COURT:  I will definitely make your objection

11:01AM 3    continuing throughout the course of the proceeding.

11:01AM 4          MR. RISLEY:  Thank you, Your Honor.

11:02AM 5              The other issue then is on the testimony of

11:02AM 6    Rosemary Coates, who is an expert witness on certain importing

11:02AM 7    issues.  The Court says that there may be some situations in

11:02AM 8    which a seller has a duty to inspect goods even though the

11:02AM 9    Court is unanimous that it's not a general duty.  Her testimony

11:02AM 10   is that it is a general duty.  That it applies in every

11:02AM 11   situation.  So her testimony that everybody should test is

11:02AM 12   outside even this Court's ruling on what the standard is, so we

11:02AM 13   ask that her testimony on a general duty to test products

11:02AM 14   without reference to specific facts of the case be excluded.

11:02AM 15         THE COURT:  Okay.  I'll take that into consideration

11:02AM 16   when they get ready to call her.

11:02AM 17         MR. RISLEY:  Thank you.

11:02AM 18         THE COURT:  Thank you very much.  I'll see you all in

11:02AM 19   15 minutes.

11:02AM 20         THE DEPUTY CLERK:  All rise.

11:05AM 21          (WHEREUPON, at 11:02 a.m. the Court took a recess.)

11:05AM 22         THE DEPUTY CLERK:  All rise.

11:05AM 23          (WHEREUPON, at this point in the proceedings, the

11:05AM 24   jury enters the courtroom.)

11:23AM 25         THE COURT:  Members of the Jury, please remain

**HOURLY TRANSCRIPT**

11:23AM 1   standing until everybody gets into the jury box.

11:23AM 2          Be seated, please.  I've put on your chairs a note

11:23AM 3   pad.  You may use it if you desire, and we'll take them up

11:23AM 4   every day and secure them and return them to you in the

11:23AM 5   morning.

11:23AM 6          At this stage of the case, we'll hear opening

11:23AM 7   statements.  First from the plaintiff.

11:23AM 8          Do you want me to read the stipulation before

11:23AM 9   the opening or after the opening?

11:23AM 10         MR. MEUNIER:  It could be after, Judge, but we ask to

11:24AM 11  sequester the witnesses.

11:24AM 12         THE COURT:  Yes, there's been a motion to sequester

11:24AM 13  the witnesses.  Members of the Jury, this is normally made and

11:24AM 14  that simply means that we want the witnesses to remain outside

11:24AM 15  the courtroom until they are called.  And the reason for that

11:24AM 16  is that, again, nothing insidious, but we want the witness to

11:24AM 17  testify what he or she knew or what he or she opines about, not

11:24AM 18  what somebody else knows about.

11:24AM 19         Okay.  Any witnesses other than representatives

11:24AM 20  of the parties or -- if anyone sees a witness, please bring it

11:24AM 21  to my attention.

11:24AM 22         MR. MEUNIER:  Your Honor, that would exclude expert

11:24AM 23  witnesses.

11:24AM 24         THE COURT:  I don't have any problem with experts if

11:24AM 25  you-all don't have any problems because experts are different

**HOURLY TRANSCRIPT**

11:24AM 1    in that experts can make opinions as to other expert opinions,

11:24AM 2    the -- or what they see or hear in the courtroom.  The other

11:25AM 3    witnesses may not do so.

11:25AM 4            All right.  Again, Members of the Jury, I've

11:25AM 5    given Counsel time limits.  They are very skilled and very

11:25AM 6    knowledgeable and they can speak for days, so the limitation is

11:25AM 7    mine, not theirs.  They have a lot to say, but I've given them

11:25AM 8    a shorter time to say it.

11:25AM 9        You may begin, Counsel.

11:25AM 10               OPENING STATEMENTS

11:25AM 11   MR. MEUNIER:

11:25AM 12           Good morning.  Every legal case and the trial of

11:25AM 13   every legal case tells both a story and the moral of the story.

11:25AM 14   This case is no different.  What you are going to hear in this

11:25AM 15   case, ladies and gentlemen, is the story of cutting corners and

11:26AM 16   ignoring basic rules of conduct in the rush to sell a product

11:26AM 17   that was very much in demand in this community after

11:26AM 18   Hurricane Katrina.

11:26AM 19           What you'll also hear is that, unfortunately,

11:26AM 20   when this happens, the moral of the story is that it is the

11:26AM 21   consumers, the users who must pay and suffer in the end.

11:26AM 22           So along with my co-counsel, I'm privileged to

11:26AM 23   represent some of those consumers, the plaintiffs in this case.

11:26AM 24   They are the purchasers of a product which every attorney and

11:26AM 25   every party in the case agrees was defective, Chinese drywall.

**HOURLY TRANSCRIPT**

11:26AM 1    It was manufactured either by Knauf Plasterboard Tianjin (KPT),

11:27AM 2    a Chinese company in China, or Taian Taishan Plasterboard

11:27AM 3    (TTP), a Chinese company in China.

11:27AM 4         The plaintiffs -- and I'll ask them to stand as

11:27AM 5    I speak their name -- are Major Eddy Beckendorf -- his wife

11:27AM 6    Susan is not with them today.  He's a homeowner at 304 Brown

11:27AM 7    Thrasher Loop South, Madisonville, Louisiana.  He and his wife

11:27AM 8    had a new construction home that was built entirely with KPT

11:27AM 9    Chinese drywall sold by Interior Exterior, invoiced on

11:27AM 10   March 17th, 2006.  The home is not yet remediated.  Thank you.

11:27AM 11        We also represent the plaintiff, Habitat --

11:27AM 12   New Orleans Area Habitat for Humanity, here through their

11:27AM 13   executive director, Mr. Jim Pate.  Habitat is a charitable

11:28AM 14   nonprofit entity with headquarters on St. Charles Avenue in

11:28AM 15   New Orleans.  It facilitates the construction and purchase of

11:28AM 16   homes for low income families and individuals.  The properties

11:28AM 17   it developed include the property owned by Ms. Casey LeBlanc,

11:28AM 18   who's also here, at 1909 Alvar Street.  That home was

11:28AM 19   constructed also with KPT Chinese drywall sold by

11:28AM 20   Interior Exterior invoiced on July 26, 2006.

11:28AM 21        We represent the plaintiffs, David and Cheryl

11:28AM 22   Gross, who are homeowners at 400 Hay Place in New Orleans.

11:28AM 23   Their home was damaged severely by Katrina, required extensive

11:28AM 24   renovations, which were completed with TTP Chinese drywall sold

11:28AM 25   by Interior Exterior invoiced September 15, 2006.  The Grosses

**HOURLY TRANSCRIPT**

11:28AM 1    discovered that problem during a home inspection for the sale

11:29AM 2    of their house, and as a result the sale fell through.  That

11:29AM 3    home is being gradually remediated, but is not yet remediated

11:29AM 4    for Chinese drywall.

11:29AM 5              And finally we represent Plaintiff Beryl Mundee.

11:29AM 6    Ms. Mundee is a homeowner at 4321 South Liberty Street,

11:29AM 7    New Orleans, which she purchased with her late husband in 1974.

11:29AM 8    The house was severely damaged by Katrina, required extensive

11:29AM 9    renovations, which were done with TTP Chinese drywall sold by

11:29AM 10   Interior Exterior invoiced November 7, 2006.  That home has

11:29AM 11   been partially remediated for Chinese drywall.

11:29AM 12             Thank you, Ms. Mundee.

11:29AM 13             Now, most the cases bring to light the facts

11:29AM 14   that are in dispute.  But I think it's important in this case

11:29AM 15   to have you as jurors focus on certain evidence that is not in

11:29AM 16   dispute.  Both Interior Exterior, or INEX, the seller and

11:30AM 17   distributor of this Chinese drywall, and its insurance company,

11:30AM 18   the defendant, North River, have stipulated and agreed with us

11:30AM 19   in several important respects.

11:30AM 20             Number 1, they agree that the drywall

11:30AM 21   manufactured by both KPT and TTP and sold by them and installed

11:30AM 22   in the homes of these plaintiffs emits sulfur gasses, which can

11:30AM 23   and in the homes of the plaintiffs did corrode copper and

11:30AM 24   silver.

11:30AM 25             They've also agreed with us that the

**HOURLY TRANSCRIPT**

11:30AM 1   Chinese drywall installed in the homes of these plaintiffs was

11:30AM 2   not fit for its ordinary and intended purpose and that none of

11:30AM 3   these plaintiffs would have purchased the drywall had they

11:30AM 4   known about its defective nature at the time it was purchased.

11:30AM 5            And finally, they stipulated that it was not

11:30AM 6   known to any of the plaintiffs, certainly at the time the

11:30AM 7   Chinese drywall was delivered to and installed in their homes,

11:30AM 8   that this drywall can emit and did emit sulfur gasses, which

11:30AM 9   corrode copper and silver.

11:30AM 10           Now, why is it so important that these facts

11:31AM 11  come to your attention right at the outset?  Here's why.  You

11:31AM 12  will learn in this case from the evidence that the sulfur

11:31AM 13  off-gassing defectiveness of this Chinese drywall is so basic,

11:31AM 14  so fundamental that even the slightest raw material quality

11:31AM 15  inspection would have discovered it, and something as simple as

11:31AM 16  the act of smelling during the manufacturing process would have

11:31AM 17  revealed it.  And if you've struck a match or driven by certain

11:31AM 18  factories with the car windows down, you know the smell of

11:31AM 19  sulfur.  It's pretty unmistakable.

11:31AM 20           Now, drywall, sometimes called gypsum wallboard,

11:31AM 21  sometimes called Sheetrock -- although actually that's a brand

11:31AM 22  name for a U.S. manufacturer -- drywall is made from gypsum.

11:31AM 23  That is a mineral which is mined from the earth in rock

11:32AM 24  deposits where layers of shale are known to be present.  It is

11:32AM 25  this shale which contains the reduced sulfur.

**HOURLY TRANSCRIPT**

11:32AM 1          And so before the gypsum is converted into the

11:32AM 2    stucco material that makes up the core of the drywall, the

11:32AM 3    Sheetrock that you may have seen that goes between the paper

11:32AM 4    with the sealed end tape, before that happens, it is

11:32AM 5    fundamentally important to separate the shale from the gypsum

11:32AM 6    because, otherwise, you have a problem.

11:32AM 7          And this fundamental process of separating the

11:32AM 8    shale from the gypsum has been standard for the American

11:32AM 9    drywall industry that is now about a hundred years old.  But

11:32AM 10   here's the problem.  You'll learn in this case that the

11:33AM 11   Chinese drywall industry has been in existence really only

11:33AM 12   since the 1990s.  And the sulfur off-gassing from this

11:33AM 13   Chinese drywall made by KPT and TTP is the best proof that one

11:33AM 14   simply cannot assume that all drywall is the same or that the

11:33AM 15   manufacturing process for the drywall is the same or uniform,

11:33AM 16   particularly not in China.

11:33AM 17          The plaintiffs actually agree with

11:33AM 18   Interior Exterior that this is a remarkable quality product and

11:33AM 19   that when Habitat for Humanities, for example, tried to conduct

11:33AM 20   air tests of the finished drywall product brought here wrapped,

11:33AM 21   put in warehouses, put in homes, when they tried to test it

11:33AM 22   after the fact, the test fell short of detecting the sulfur

11:34AM 23   problem.

11:34AM 24          But if we go back to the basics, if we go back

11:34AM 25   to the basics of raw material quality control before the gypsum

**HOURLY TRANSCRIPT**

11:34AM 1   is sealed into the product, before it's wrapped in plastic,

11:34AM 2   before it's shipped here in containers, you will hear from the

11:34AM 3   evidence that this remarkable problem was easily discoverable

11:34AM 4   by or on behalf of Interior Exterior.

11:34AM 5              And, in fact, this product, ladies and

11:34AM 6   gentlemen, did not and would not pass the smell test.  It did

11:34AM 7   not and would not pass the smell test either in the mining of

11:34AM 8   the gypsum or, more importantly, during the manufacturing

11:34AM 9   process.

11:34AM 10             And you'll hear more about what even some of

11:34AM 11  these homeowners smelled after the drywall was installed in

11:34AM 12  their homes, starting with Mr. Beckendorf today.

11:34AM 13             Now, the basic time line we have is this.

11:35AM 14  Interior Exterior actually had its first experience importing

11:35AM 15  drywall from Asia back in 1999.  There was a drywall --

11:35AM 16  domestic drywall shortage at that time, and they imported a

11:35AM 17  product from Indonesia, a drywall product that was called

11:35AM 18  elephant board.  And in that first experience, importantly,

11:35AM 19  Interior Exterior learned that there were problems with that

11:35AM 20  imported board.

11:35AM 21             Specifically there were complaints about the

11:35AM 22  quality of the gypsum, the material in the drywall.  It was

11:35AM 23  heavy.  It was brittle.  Some installers who tried to use it

11:35AM 24  walked off the job.  All of which was told to

11:35AM 25  Interior Exterior.

**HOURLY TRANSCRIPT**

11:35AM 1          And one of the first witnesses today,

11:35AM 2    Ray Stoltz, worked for Louisiana Lumber at the time, which was

11:35AM 3    a customer of Interior Exterior, and he asked that

11:35AM 4    Interior Exterior please not sell his company any more imported

11:35AM 5    drywall.  And despite that request, the Interior Exterior did

11:36AM 6    sell Louisiana Lumber Chinese drywall during the shortage of

11:36AM 7    2005 and '6, even though it had been told and asked not to sell

11:36AM 8    that customer imported board.

11:36AM 9          Now, after Hurricane Katrina in late August of

11:36AM 10   2005, there was a domestic drywall shortage and an increase in

11:36AM 11   building activity, and this is when Interior Exterior, which

11:36AM 12   was selling as much drywall as it could get its hand on at that

11:36AM 13   time, decided on its own to select and source drywall from

11:36AM 14   China.  And between January and April of 2006, 350,000 sheets

11:36AM 15   of KPT drywall imported by Interior Exterior arrived in the

11:36AM 16   Port of New Orleans and were sold and distributed by

11:36AM 17   Interior Exterior in this area.

11:36AM 18          Now, after April, and through July of 2006,

11:37AM 19   Interior Exterior also sourced another kind of drywall called

11:37AM 20   KBW.  It's Knauf Board Wuhu.  It's not involved in the

11:37AM 21   plaintiffs' homes, and we don't focus so much on that product.

11:37AM 22          Then between June and July of 2006, 33,000

11:37AM 23   sheets of TTP drywall was sourced and selected by

11:37AM 24   Interior Exterior in China, arrived in the Port of New Orleans,

11:37AM 25   sold and distributed in this area.

**HOURLY TRANSCRIPT**

11:37AM  1          Now, it's clear from those numbers the vast

11:37AM  2    majority of the Chinese drywall which Interior Exterior

11:37AM  3    selected and brought here from China is KPT, not TTP.  For

11:37AM  4    purposes of this case, the inventory is 50/50.  Two of these

11:37AM  5    four plaintiffs have TTP.  Two of them have KPT.  And I will

11:37AM  6    give equal emphasis to the two products for that reason.

11:37AM  7          Now, I have talked a bit about what is not in

11:38AM  8    dispute.  It is time now to focus on what is.  And if I had to

11:38AM  9    sum up the evidence, I would say this in terms of the dispute

11:38AM 10    in this case:  This is a case of paper versus practice.  Paper

11:38AM 11    versus practice.

11:38AM 12          Interior Exterior will produce for you

11:38AM 13    multitudes of documents and lots of paper, including some

11:38AM 14    written in Chinese, to show that it got every reasonable

11:38AM 15    assurance from these manufacturers that their drywall met ASTM

11:38AM 16    standards.  That's an industry group that tests gypsum

11:38AM 17    wallboard.  But the same, you've heard, turns out really to be

11:38AM 18    true, that sometimes certificates, promises, assurances are not

11:38AM 19    worth the paper they're written on.

11:38AM 20          Our evidence will focus not only on paper but on

11:38AM 21    practice and on what the due diligence of a distributor should

11:39AM 22    look like in action, in action steps, not just gathering pieces

11:39AM 23    of paper that tell you the stuff meets standard, but in action

11:39AM 24    that constitutes the due diligence of distribution when you are

11:39AM 25    sourcing a product from the People's Republic of China.

**HOURLY TRANSCRIPT**

11:39AM 1          So each side -- each side will present experts.

11:39AM 2    These experts will talk about what the industry standard is,

11:39AM 3    what Interior Exterior should have done, should have obeyed in

11:39AM 4    standard practice in sourcing the drywall from China.

11:39AM 5          The plaintiff's expert, our expert, is

11:39AM 6    Rosemary Coates.  She is a consultant with over 25 years of

11:39AM 7    experience who actually specializes in strategizing with

11:39AM 8    American businesses on how to safely and prudently source

11:39AM 9    Chinese-made products.  That's her specialty.

11:39AM 10         And she actually is a manufacturing process

11:40AM 11   expert who visits plants and who audits manufacturing processes

11:40AM 12   for clients.  That's what she does.  Much of her recent and

11:40AM 13   current work is in China.  She has written a top-selling book.

11:40AM 14   It's called "42 Rules for Sourcing and Manufacturing in China."

11:40AM 15   "42 Rules for Sourcing and Manufacturing in China."

11:40AM 16         And her opinion, ladies and gentlemen, is that

11:40AM 17   Interior Exterior failed to obey the basic established industry

11:40AM 18   practice standards by not properly vetting these manufacturers,

11:40AM 19   by not hiring any one of a number of available services to

11:40AM 20   conduct quality testing and to verify test reports given by the

11:40AM 21   Chinese, and by not conducting a basic factory audit to verify

11:40AM 22   both the raw material and the manufacturing process quality

11:40AM 23   controls that we expect are actually followed.

11:41AM 24         As I've mentioned, this factory audit in this

11:41AM 25   case would have included nothing more than a simple act of

**HOURLY TRANSCRIPT**

11:41AM 1    smelling that there was anything unusual during the

11:41AM 2    manufacturing process.

11:41AM 3            Now, the defendants' expert is Dr. Jim Tompkins,

11:41AM 4    and he concludes that Interior Exterior did enough.  They did

11:41AM 5    enough because they gathered the documents to certify that the

11:41AM 6    drywall here met industry standards.  For example, they had in

11:41AM 7    their line of credit a guarantee that they wouldn't pay for the

11:41AM 8    stuff if it didn't meet industry standards.  That protected

11:41AM 9    them financially.  Didn't do much for these people.

11:41AM 10           So the opinions of Dr. Tompkins is they've got

11:41AM 11   the paperwork, they've got the certificates, the assurances

11:41AM 12   that this all met industry standard -- that development -- the

11:42AM 13   gypsum board met ASTM standards and that's enough.

11:42AM 14           But here's what is of interest with respect to

11:42AM 15   Dr. Tompkins, who by the way has already charged over

11:42AM 16   one-quarter of a million dollars to serve as an expert both

11:42AM 17   defending Interior Exterior in this case and defending another

11:42AM 18   distributor of TTP drywall in another matter.

11:42AM 19           You see, he was under an obligation in his

11:42AM 20   deposition to bring me -- bring us a list of all his current

11:42AM 21   publications, and he had given us a list a month or two before.

11:42AM 22   That's what we went by initially.  Then he showed up in the

11:42AM 23   morning of his deposition with a different list.

11:42AM 24           And what he had not told us about in his first

11:42AM 25   list of publications was a business novel that he wrote in 2009

**HOURLY TRANSCRIPT**

11:42AM 1    called "Caught Between the Tiger and the Dragon," and I read

11:43AM 2    it.  I found it and I read it and I asked him about it, and you

11:43AM 3    will hear his testimony about what's in this book.

11:43AM 4            Essentially it's a story of a guy named Rich

11:43AM 5    Morrison, who is the CEO of a lingerie company, and he's

11:43AM 6    pressured to source the lingerie in China.  And they don't

11:43AM 7    properly vet the manufacturing, and there's a lingerie product

11:43AM 8    recall, and the company is in terrible condition, and finally

11:43AM 9    Mr. Morrison is fired as CEO.

11:43AM 10           Now, in Dr. Tompkins' opinion, that's different

11:43AM 11   because lingerie, unlike gypsum wallboard, is not a

11:43AM 12   standardized product.  In other words, there are not published

11:43AM 13   ASTM standards on how you make lingerie.  And he says because

11:43AM 14   there are standards on gypsum board, that's really a different

11:43AM 15   thing.

11:43AM 16           So he calls what he writes about in this book a

11:43AM 17   five-step supply chain and he calls what we write -- what we

11:44AM 18   here a four-step supply chain.  But in the book, a China

11:44AM 19   expert, a character created by Dr. Tompkins, their expert, the

11:44AM 20   China expert in the book says, "One thing you've got to do when

11:44AM 21   you're dealing with sourcing product from China, you got to

11:44AM 22   follow the rule of the six D's."

11:44AM 23           The rule of the six D's, this is their expert:

11:44AM 24   Due diligence, due diligence, due diligence.  So I asked

11:44AM 25   Dr. Tompkins, I say, "Well, does that apply to our case?  Is

**HOURLY TRANSCRIPT**

11:44AM 1   that the standard for Interior Exterior?"

11:44AM 2   He said, "Well, remember, this is a standardized

11:44AM 3   product.  They got the paperwork that said the standards were

11:44AM 4   met.  This is a different level of due diligence."

11:45AM 5   I said, "Fine.  What's the problem?  Are we

11:45AM 6   going to go from six to five?"

11:45AM 7   He said, "No, I'd go four."

11:45AM 8   I said, "Okay, four."

11:45AM 9   So the defendants' expert says that the standard

11:45AM 10  of care for Interior Exterior is four D's:  Due diligence, due

11:45AM 11  diligence.

11:45AM 12  So one of the interesting things is that, when

11:45AM 13  you hear from the two experts on how you are supposed to act

11:45AM 14  when you're dealing with sourcing from China, we've got

11:45AM 15  Rosemary Coates saying, "The basic rules were violated here,

11:45AM 16  and this wasn't even close to due diligence."

11:45AM 17  Then you've got Dr. Tompkins saying, "Well, they

11:45AM 18  did a good enough job," but his rule, the rule he wrote about,

11:45AM 19  and the rule he followed is "You can't just get by with due

11:45AM 20  diligence in these cases.  It's the rule of due diligence, due

11:45AM 21  diligence."

11:45AM 22  The book got even better because in the book at

11:45AM 23  the end of all this, Rich Morrison, the main character, gives a

11:46AM 24  slide show and here's what he calls is, "Ten lessons I've

11:46AM 25  learned about sourcing in China."

**HOURLY TRANSCRIPT**

11:46AM 1     So I asked Dr. Tompkins, "Which of these ten

11:46AM 2 lessons do you think is pertinent to Interior Exterior?  Let's

11:46AM 3 take it from lingerie to gypsum board.  Let's acknowledge

11:46AM 4 you've got a standardized product, unlike lingerie.  Tell me

11:46AM 5 which of your ten lessons apply here."

11:46AM 6     So I had him -- you'll see it in evidence.  He

11:46AM 7 circled and underlined from his novel which of these ten

11:46AM 8 lessons apply here to Interior Exterior.  One of them is:

11:46AM 9 "Obtain expertise in the complex and varied rules and practices

11:46AM 10 of Asian countries and companies."  The evidence will show that

11:46AM 11 Interior Exterior did no such thing in a rush to get this

11:46AM 12 product.

11:46AM 13     Another rule he said, another lesson is:  "Pay

11:46AM 14 particular attention to product quality."  The evidence will

11:46AM 15 show that, aside from paperwork, Interior Exterior did nothing

11:47AM 16 to pay attention to product quality, particularly raw gypsum as

11:47AM 17 a -- gypsum as a raw material.

11:47AM 18     Another rule he says that applies here is -- and

11:47AM 19 this is my favorite -- "Implement a solid monitoring and audit

11:47AM 20 plan."  Implement a solid monitoring and audit plan.  He's

11:47AM 21 talking about the manufacturing process, and you're getting

11:47AM 22 here evidence in this case that no one with qualification

11:47AM 23 visited and audited the manufacturing process of either KPT or

11:47AM 24 TTP, despite the rule of their own expert that that's got to be

11:47AM 25 done.

**HOURLY TRANSCRIPT**

11:47AM 1    They had a freight forwarding company called

11:47AM 2    J.W. Allen and a guy named Rudy Remont.  He visited the KPT

11:47AM 3    office and plant.  You're going to hear testimony in this case

11:47AM 4    he is not a qualified inspector.  He -- a freight forwarder is

11:48AM 5    a logistics company.  They count the boards.  They make sure

11:48AM 6    nothing's broken as you load it onto the ships.  That's what he

11:48AM 7    was there for.

11:48AM 8    It was not an audit of the manufacturing

11:48AM 9    process.  And so one of the basic rules -- lessons that the

11:48AM 10   defendants' expert learned in this novel was not followed by

11:48AM 11   Interior Exterior.

11:48AM 12   Now, ladies and gentlemen, I want to get

11:48AM 13   something clear.  Interior Exterior is a local company with a

11:48AM 14   long history, and it's run by good and decent men.  Good and

11:48AM 15   decent men, two brothers, Jim and Clay Geary.  And no one -- no

11:48AM 16   one suggests here that they were deliberately profiteering,

11:48AM 17   that they were deliberately taking advantage of the victims of

11:48AM 18   Hurricane Katrina.  Of course not.  That's not what this is

11:48AM 19   case is about.

11:48AM 20   But sometimes when we speed, we run stop signs

11:48AM 21   and we cause accidents.  And as I said at the start, this story

11:49AM 22   is about an American business which, in a rush to sell during a

11:49AM 23   shortage, simply failed to exercise action steps, the kind of

11:49AM 24   due diligence -- whether it's six D's or four D's -- that apply

11:49AM 25   in this case, and which is absolutely required when you are

**HOURLY TRANSCRIPT**

11:49AM 1    sourcing products not from Europe, not from South America, not

11:49AM 2    from the U.K., but from China.

11:49AM 3            We will in this case learn that there were no

11:49AM 4    less than 12 red flags that were ignored by Interior Exterior.

11:49AM 5    Twelve red flags.

11:49AM 6            Flag Number 1:  Interior Exterior relied

11:50AM 7    entirely on the manufacturers for quality control of this

11:50AM 8    product.  The company did not have anything like its own

11:50AM 9    quality control protocol for drywall, so the quality of the

11:50AM 10   product was all put on the manufacturers.

11:50AM 11           And here's what's interesting.

11:50AM 12   Interior Exterior mixed all of this drywall, this

11:50AM 13   Chinese drywall, in with the domestic drywall that it was

11:50AM 14   selling, as well.  It got all mingled.  There was no separate

11:50AM 15   inventory kept.  They didn't know who got the Chinese drywall,

11:50AM 16   and they didn't put it on their invoices.  So you would go

11:50AM 17   there, buy some drywall, maybe you got Chinese, maybe you got

11:50AM 18   domestic.  It got mingled up and sold that way.

11:50AM 19           Flag Number 2:  Even going back to 1999,

11:50AM 20   Interior Exterior knew there were some quality problems with

11:50AM 21   imported drywall:  Heavy, brittle, installers walking off the

11:50AM 22   job.

11:51AM 23           Flag Number 3:  As the Chinese drywall was sold

11:51AM 24   and arrived here, Interior Exterior started getting complaints,

11:51AM 25   started getting specific customer requests, "Please don't sell

**HOURLY TRANSCRIPT**

11:51AM 1    me Chinese drywall.  No Knauf.  No imported board.  Domestic

11:51AM 2    only."

11:51AM 3              Now, they're going to say, "These are brand

11:51AM 4    preferences.  It's Tide versus whatever the detergent analogy

11:51AM 5    is.  Something was up with this stuff."  And you will hear

11:51AM 6    that, and we will present evidence of 279 Interior Exterior

11:51AM 7    invoices in which the customer made a specific request, "No

11:51AM 8    import, no Knauf," etcetera.  And interestingly, also, you'll

11:51AM 9    also hear that in May of '06, when he bought drywall from his

11:52AM 10   own company, Clay Geary himself specified a U.S. brand.

11:52AM 11             Flag Number 4:  Very important.  The People's

11:52AM 12   Republic of China is a far different business and manufacturing

11:52AM 13   culture than the United States.  Ms. Coates will discuss this

11:52AM 14   with you today in greater detail.  There is some basic

11:52AM 15   differences that have to be taken into account and were not as

11:52AM 16   a matter of fundamental due diligence here.

11:52AM 17             Flag Number 5:  Interior Exterior had no prior

11:52AM 18   relationship with either KPT or TTP.  Now, KPT is a Chinese

11:52AM 19   company.  It is part of a larger family of companies under the

11:52AM 20   name "Knauf."  And it's true that Interior Exterior had a

11:52AM 21   working history with Knauf Insulation in Indiana, and that's

11:53AM 22   who they went to saying, "Can you put us in touch with a

11:53AM 23   company in China to sell us some drywall?  We need some

11:53AM 24   drywall."  And they were put in touch with KPT.

11:53AM 25             But here's the thing:  They're separate

**HOURLY TRANSCRIPT**

11:53AM  1    companies.  They're separate companies.  KPT is a Chinese

11:53AM  2    company.  In fact, Interior Exterior was dealing for 20 years

11:53AM  3    on an open account with Knauf Insulation in Indiana.

11:53AM  4              Do you know what happened when they started to

11:53AM  5    deal with KPT?  Forget about the open account.  They needed a

11:53AM  6    line of credit, which delayed things.  The Geary brothers were

11:53AM  7    not happy, but that's what they had to do.  This was a new

11:53AM  8    company.  This was a new day.

11:53AM  9              As far as TTP, absolutely no prior relationship

11:53AM 10    whatsoever between Interior Exterior and that manufacturer.

11:53AM 11              Red Flag Number 6:  On the TTP drywall, nowhere

11:53AM 12    is there a label or an identification of who the manufacturer

11:54AM 13    is.  What's labeled on that board is the word "Taihe."

11:54AM 14    T-A-I-H-E.  Now, you're going to hear some interesting evidence

11:54AM 15    about that name, that word and what it might relate to.  We are

11:54AM 16    told it's a brand name of TTP.

11:54AM 17              But here's the point, there are labeling

11:54AM 18    requirements in the ASTM.  They cite an exception.  They say,

11:54AM 19    "Well, the ASTM doesn't require me to put a name of a

11:54AM 20    manufacturer if I've got a purchase agreement that says I can

11:54AM 21    get by with a brand name."

11:54AM 22              You know, the ASTM, by the way, are minimum

11:54AM 23    standards.  Do you want to talk about four D's or six D's?

11:54AM 24    You've got to go more.  They're minimum.

11:54AM 25              So even if we give them the minimum standard,

**HOURLY TRANSCRIPT**

11:54AM 1    "Well, we made a deal in that case.  We didn't -- we put

11:54AM 2    'Knauf' or 'KPT' on the other board.  This one, we put 'Taihe.'

11:54AM 3    It's a brand name."

11:54AM 4            There's no way any consumer in this country

11:55AM 5    getting that drywall and having this problem could easily trace

11:55AM 6    that board back to the actual manufacturer, TTP.  No way.  And

11:55AM 7    those labeling standards are pro-consumer and meant for that

11:55AM 8    purpose.

11:55AM 9            Flag -- Red Flag Number 7:  TTP is a

11:55AM 10   government-owned plant.  The controlling ownership interest of

11:55AM 11   TTP is the Chinese government.  And you will hear evidence in

11:55AM 12   this case that the testing of the drywall at TTP is carried out

11:55AM 13   by guess who?  The Chinese government.  This is an illustra --

11:55AM 14           We have nothing like this in this country.  You

11:55AM 15   know, we have the FDA testing foods made by a private company.

11:55AM 16   That separation does not exist in the People's Republic of

11:55AM 17   China.  It's a red flag.  There should have been some question

11:55AM 18   raised by virtue of that.

11:55AM 19           And let me add one other thing on this.

11:56AM 20   Dr. Tompkins, in connection with being an expert in that other

11:56AM 21   case where he was defending a dis -- a distributor, he sent

11:56AM 22   some employees to the TTP plant.  He sent them there in China

11:56AM 23   and asked that the plant provide verifying data for this ASTM

11:56AM 24   test report, this piece of paper that says, "Our drywall meets

11:56AM 25   ASTM industry standards."

**HOURLY TRANSCRIPT**

11:56AM  1          When they made the request, the TTP plant said,

11:56AM  2   "No, we're not going to give that to you."

11:56AM  3          And I asked Dr. Tompkins -- and you'll hear this

11:56AM  4   testimony -- "Well," I said, "Dr. Tompkins, suppose

11:56AM  5   Interior Exterior had done what we say they should have done,

11:56AM  6   which is go to a place like TTP and say, 'Please show me the

11:56AM  7   data.  I've got your piece of paper with that Chinese and the

11:56AM  8   English and all.  Show me the data.'"

11:56AM  9          And I said, "Suppose when they did it, they got

11:56AM 10   the answer you got, 'We're not going to give it to you.'"

11:57AM 11          His testimony is -- says, "Well, I would be

11:57AM 12   suspicious."  You're darned right, you would be suspicious.  Do

11:57AM 13   you know what Rosemary Coates says?  She would walk.  This is a

11:57AM 14   big red flag.

11:57AM 15          THE COURT:  You've got five minutes, Counsel.

11:57AM 16          MR. MEUNIER:  Red Flag Number 8:  No factory audit,

11:57AM 17   no visit during the manufacturing process when the smell test

11:57AM 18   would have told them everything we wanted to know and kept this

11:57AM 19   stuff away.

11:57AM 20          Flag -- Red Flag Number 9:  No qualified

11:57AM 21   personnel used to conduct any kind of testing.  They actually

11:57AM 22   reached out to a company to do it.  Changed their mind.

11:57AM 23          Is there an ASTM test in existence, a report, a

11:57AM 24   piece of paper for the KPT plant?  We'd like to see it.  Their

11:57AM 25   expert hasn't seen it.  We've asked for it.  The testimony has

**HOURLY TRANSCRIPT**

11:57AM 1   been, "Well, we don't -- we're not sure about it."  We'd like

11:57AM 2   to see it.

11:57AM 3            And all of the other ASTM certifications -- this

11:57AM 4   is Flag 11 -- get back to one test which you'll see, an ASTM

11:57AM 5   report from TTP.  There's so much vagueness about it, the red

11:58AM 6   flag on that will become clear later.

11:58AM 7            And then finally, Red Flag Number 12 is, if you

11:58AM 8   turn that ASTM report upside down and look at the fax date, the

11:58AM 9   fax date on it, ladies and gentlemen, is earlier than the test

11:58AM 10  date.  It's got a fax date of October 2004, and the test report

11:58AM 11  is for February of 2006.

11:58AM 12           I asked Dr. Tompkins.  He said, "Well, that's

11:58AM 13  the way sometimes it works in China."  It's a red flag.

11:58AM 14           You know, in the preface to his business novel,

11:58AM 15  Dr. Tompkins, I think, he summed up the moral of the story in

11:58AM 16  this case.  And he also captured what's important in this

11:58AM 17  evidence that you'll hear, which is, "Look, we're not here to

11:58AM 18  bash China.  We're not here to say that China is bad.  We're

11:58AM 19  here to say that China is different and unique when it comes to

11:59AM 20  business and manufacturing."

11:59AM 21           And therefore, we did not say that

11:59AM 22  Interior Exterior should rue the day it sourced drywall from

11:59AM 23  China.  We say it should rue the way it sourced drywall from

11:59AM 24  China.

11:59AM 25           China continues to be a mystifying business

**HOURLY TRANSCRIPT**

11:59AM 1    partner to many executives.  This will continue until you

11:59AM 2    learn, just as Rich, the main character, has that China is much

11:59AM 3    more complex than any other low-cost countries.  Sourcing from

11:59AM 4    China is often a great decision when it is implemented

11:59AM 5    correctly.  But sourcing from China when done incorrectly can

11:59AM 6    be one of the worst decisions ever made.  And that -- to that,

11:59AM 7    ladies and gentlemen, we and our clients stay Amen.

11:59AM 8              And we thank you for your attention to the

12:00PM 9    evidence in this case.

12:00PM 10         THE COURT:  Thank you, Counselor.  Let me hear from

12:00PM 11   the defendant.

12:00PM 12                    OPENING STATEMENTS

12:00PM 13   MR. DUPLANTIER:

12:00PM 14             Good afternoon, I think we're right at noon.  I

12:00PM 15   appreciate your attention this morning and for the next few

12:00PM 16   days.

12:00PM 17             I just want to explain the process that everyone

12:00PM 18   understands the process that is going to be employed.  I am

12:00PM 19   going to be trial counsel along with Mr. Grau and Ms. Eiselen

12:00PM 20   on behalf of Interior Exterior.  There may be occasions where

12:00PM 21   they're out of the courtroom, having to handle issues related

12:00PM 22   to the trial and witnesses.  I don't want you to take as some

12:00PM 23   indication that there's something amiss if they happen to step

12:00PM 24   out of the courtroom or are absent when you are here.

12:01PM 25             Let me first say something that you just heard

**HOURLY TRANSCRIPT**

12:01PM 1    an interesting story from counsel for plaintiff.  They get to

12:01PM 2    tell the story first.  And he gets to tell you the story the

12:01PM 3    way he wants to tell you the story.  Which is simply not the

12:01PM 4    whole truth and I think what you're about to hear is a more

12:01PM 5    accurate story about what transpired with the purchase of

12:01PM 6    Chinese drywall by Interior Exterior and what took place with

12:01PM 7    regard to these homes and these people.

12:01PM 8           Let me tell you a little bit about the company

12:01PM 9    because I think you need to know.  First, Jim.

12:01PM 10          MR. JIM GEARY:  Hi.

12:01PM 11          MR. DUPLANTIER:  This is Jim Geary.  This is

12:01PM 12   Clay Geary.  They're the owners of Interior Exterior.  They are

12:01PM 13   going to be here for the entire process.  These are the two men

12:01PM 14   that are -- they're brothers and they've owned this company for

12:01PM 15   a number of years.  In fact --

12:01PM 16          You guys can take a seat.

12:01PM 17          -- Interior Exterior and Jim and Clay have been

12:01PM 18   in the building supply business for over 30 years.  They have

12:02PM 19   served this area for that entire time.  It has always operated

12:02PM 20   with high moral and ethical standards, and it did so during

12:02PM 21   this entire process.

12:02PM 22          Over time this company has built up a solid

12:02PM 23   reputation as the leading supplier of building supplies and

12:02PM 24   building products around the entire Gulf South.  If you're a

12:02PM 25   contractor, if you're a homebuilder, Interior Exterior is the

**HOURLY TRANSCRIPT**

12:02PM 1    place that you go to for all your building supply needs.

12:02PM 2              The company began here in New Orleans, but it's

12:02PM 3    grown to be one of the largest building supply companies in the

12:02PM 4    Gulf South.  Despite the growth of this company, they have

12:02PM 5    remained loyal to this community.  And in fact, except for the

12:02PM 6    few months after Katrina, when they had to move their

12:02PM 7    headquarters to Mandeville -- they did it temporarily.

12:02PM 8              Except for that few months after Katrina, they

12:02PM 9    have remained on South Cortez Street in Mid City off of

12:02PM 10   Tulane Avenue.  That's where they operate their business.  You

12:02PM 11   might have seen their business before.  When you're driving

12:03PM 12   down I-10 towards Metairie from New Orleans, you can see their

12:03PM 13   warehouse.  You can see their building there.  There's an

12:03PM 14   American flag painted at the top of that building.  That may

12:03PM 15   look like a warehouse, but that is the place where these two

12:03PM 16   men have gone to work for the last 30 years to serve this

12:03PM 17   community.

12:03PM 18             I did not know them before I got hired to

12:03PM 19   represent them in this litigation.  I did not know the company.

12:03PM 20   But I can tell you now that I'm proud to be their lawyer, but

12:03PM 21   more importantly I'm proud to be their friends now.

12:03PM 22             When you hear the testimony about the actual

12:03PM 23   parties who are involved in these transactions, that were

12:03PM 24   involved in this process, because what the plaintiffs don't

12:03PM 25   want you to know is actually what took place when we bought the

**HOURLY TRANSCRIPT**

12:03PM  1    drywall.

12:03PM  2              You know, you didn't hear them tell you that we

12:03PM  3    actually hired a company to go to China and that we hired

12:03PM  4    someone to go to China and monitor the process of when that

12:04PM  5    drywall came out of that plant and was loaded onto ships.  You

12:04PM  6    didn't hear them tell you that, that he was monitoring and

12:04PM  7    looking for the drywall for the conditions that we are supposed

12:04PM  8    to be looking for.

12:04PM  9              Because drywall is drywall.  What we are looking

12:04PM  10   for as a company for defects in drywall are problems with the

12:04PM  11   paper bubbling, with the paper peeling, with cracks in the

12:04PM  12   drywall, those types of defects that we have seen over the

12:04PM  13   years from both domestic and foreign manufacturers of drywall.

12:04PM  14             What they're not going to tell you is that the

12:04PM  15   sulfur condition is not something that has ever happened before

12:04PM  16   and it's not a condition that any company in the world that

12:04PM  17   manufactured or sold drywall was testing for at the time that

12:04PM  18   we bought it in 2005 and 2006.  No one's ever looked for that

12:04PM  19   condition before because it's never happened before.

12:05PM  20             We are not here to defend the product.  We're

12:05PM  21   not here to defend the product.  The drywall that was sold to

12:05PM  22   Interior Exterior was bad.  The issue before you today is

12:05PM  23   whether Interior Exterior had any way of knowing about this

12:05PM  24   sulfur chemical defect in the drywall at the time that it was

12:05PM  25   sold to us.  That's what we're talking about.

**HOURLY TRANSCRIPT**

12:05PM 1          The other thing that you have to understand is

12:05PM 2    that Interior Exterior is a classic distributor.  We buy

12:05PM 3    products from manufacturers and we sell them to our customers,

12:05PM 4    to building supply companies, to sub suppliers like Home Depot

12:05PM 5    and like Lowe's.  We sell them to contractors.  We sell them to

12:05PM 6    installers.

12:05PM 7          We do not manufacture this product.  We had

12:05PM 8    nothing to do with the manufacturing of this product.  This is

12:05PM 9    not our product.  We did not hold this product out as our own.

12:05PM 10          We bought this product from two companies.  We

12:05PM 11   bought the product, first, from a company by the name of Knauf,

12:06PM 12   and you're going to hear the plaintiffs refer to KPT as the

12:06PM 13   Chinese company of Knauf.  But we bought the drywall first from

12:06PM 14   Knauf.  And the TTP drywall, we bought that from a company by

12:06PM 15   name of Metro Resources.

12:06PM 16          Let's talk about that.  Knauf has been a

12:06PM 17   customer of Interior Exterior for many years.  What is

12:06PM 18   interesting is that Knauf has been in the business of

12:06PM 19   manufacturing drywall for over 50 years, and this company

12:06PM 20   didn't even figure out that there was a defect in this drywall,

12:06PM 21   this chemical defect existed in the drywall for years -- years

12:06PM 22   after it was sold.  There's no reason why the distributors had

12:06PM 23   any reason to know about this chemical defect in the drywall.

12:06PM 24          You're going to hear the deposition testimony

12:07PM 25   via video of one of the owners of the Knauf companies, Isabel

**HOURLY TRANSCRIPT**

12:07PM 1    Knauf herself.  She is going to tell you that she had an

12:07PM 2    education and training in the mining business and that she ran

12:07PM 3    for a period of time the Knauf Chinese operations.

12:07PM 4            And she is going to tell you that the

12:07PM 5    distributors that they sold this product to had no reason to

12:07PM 6    know about this particular defect.  She's going to tell you

12:07PM 7    that no one has ever heard of such a problem before, and it was

12:07PM 8    years after the sale before they actually figured out what

12:07PM 9    really caused the problem in this drywall.

12:07PM 10           As it turned out, what we have learned over the

12:07PM 11   years of litigation is that this particular batch of

12:07PM 12   Chinese drywall was different from benign drywall for a number

12:07PM 13   of reasons.  The Chinese drywall had a higher average level of

12:07PM 14   a chemical called strontium and it had significantly more

12:08PM 15   detectable levels of elemental sulfur and that the

12:08PM 16   Chinese drywall releases these reduced sulfur gases, which over

12:08PM 17   time cause corrosion in the metals in the plaintiffs' home.

12:08PM 18           That drywall entered the stream of commerce from

12:08PM 19   the manufacturer to importers to distributors to suppliers to

12:08PM 20   developers to contractors to installers, and then ultimately it

12:08PM 21   was installed in some of the plaintiffs' homes.  And years

12:08PM 22   after it was installed, the plaintiffs and the homeowners began

12:08PM 23   to notice these unpleasant smells.

12:08PM 24           You're going to hear some testimony and

12:08PM 25   questions about this drywall was heavy and this drywall was

**HOURLY TRANSCRIPT**

12:08PM 1    brittle and we got those complaints.  What you have to

12:08PM 2    understand is that those are what we call a red herring,

12:08PM 3    because the heaviness of the drywall and the brittleness of

12:09PM 4    this drywall has nothing to do with the chemical defect that

12:09PM 5    was found in this drywall.

12:09PM 6           We knew, Interior Exterior knew, that this

12:09PM 7    drywall was likely to be heavier and it was likely to be more

12:09PM 8    brittle.  And that is because, as you will hear, domestic

12:09PM 9    manufacturers actually add some stuff to American drywall to

12:09PM 10   make it lighter, and we knew that.  And that what the American

12:09PM 11   manufacturers do is they add a foaming agent to drywall to make

12:09PM 12   it lighter and easier for people to hang up in their homes and

12:09PM 13   easier for installers to use.

12:09PM 14          The result is it's not as strong, it's not as

12:09PM 15   hard, the American drywall.  That does not mean that the

12:09PM 16   imported board was defective.  It just meant that people didn't

12:09PM 17   like it because the installers had to lift it up and hang it

12:09PM 18   and it was more work for them to do.

12:09PM 19          At the end of the day, the brittleness and the

12:09PM 20   heaviness of the board have nothing to do with this case.

12:09PM 21   Nothing to do with this case.  There were not red flags that

12:10PM 22   there was something wrong with this drywall.  And, in fact, as

12:10PM 23   you will hear in 1999 and 2000, because of a drywall shortage,

12:10PM 24   Jim and Clay decided to import board from Indonesia and

12:10PM 25   Thailand, and the brand name of one of those -- one of those

**HOURLY TRANSCRIPT**

12:10PM  1    products is called elephant board.

12:10PM  2             Elephant board had the same characteristics and

12:10PM  3    installers didn't like it.  It was heavy and it was brittle,

12:10PM  4    meaning it broke up when you were installing it more easily

12:10PM  5    than domestic.  Because it's harder, it might break up.  What

12:10PM  6    they didn't tell you is that board that we had those complaints

12:10PM  7    about in '99 and 2000, it wasn't defective.  It didn't contain

12:10PM  8    sulfur.  It didn't cause corrosion.  It didn't react with

12:10PM  9    metals.

12:10PM 10             There was not a problem with it.  No one's going

12:10PM 11    to tell you that that drywall had to be returned or that it

12:10PM 12    caused any problem in any home.  So the complaints about the

12:10PM 13    heaviness and the brittleness have nothing to do with this

12:10PM 14    case.  Do not let them divert your attention from the chemical

12:10PM 15    defect that is the issue in this case.

12:10PM 16             So here are the facts, and I want to talk about

12:11PM 17    the facts briefly.  During Hurricane Katrina --

12:11PM 18    post-Hurricane Katrina, two American domestic manufacturing

12:11PM 19    plants were shut down.  They could not produce drywall.

12:11PM 20    They're actually located in New Orleans.  U.S. Gypsum Company

12:11PM 21    is one of the main manufacturers of gypsum in the

12:11PM 22    United States, and because of Katrina, those plants were shut

12:11PM 23    down.

12:11PM 24             In addition there was a building boom in Florida

12:11PM 25    ongoing at the time.  As a result, the domestic manufacturers

**HOURLY TRANSCRIPT**

12:11PM 1    placed -- Interior Exterior, Jim and Clay, on an allocation

12:11PM 2    saying, "We are only going to sell you so much drywall."

12:11PM 3              Jim and Clay went to all the American

12:11PM 4    manufacturers and said, "Please, can you give us some more?  If

12:11PM 5    you don't give us drywall, the entire building, rebuilding

12:11PM 6    process of New Orleans is going to be shut down."  And they

12:11PM 7    were -- they were turned away.  They couldn't get any more

12:11PM 8    drywall from the American companies.

12:11PM 9              So Jim and Clay began the process of looking for

12:12PM 10   ultimate sources of drywall.  They went first to the companies

12:12PM 11   that they had imported board in '99 and 2000 and asked about

12:12PM 12   their capacity to supply the American market and were told that

12:12PM 13   it wasn't available for the American market.

12:12PM 14             And from September through December of 2005,

12:12PM 15   post-Katrina, Jim and Clay went through a multiple -- multitude

12:12PM 16   of companies that were soliciting to sell them imported board.

12:12PM 17   Many, many third-party brokers were trying to sell board to Jim

12:12PM 18   and Clay so that they could resell it.  But it was all imported

12:12PM 19   board.  None of it was from domestic manufacturers.

12:12PM 20             And, in fact, Jim and Clay discussed --

12:12PM 21   contacted some other manufacturers, and they -- including a

12:12PM 22   company by the name of Lafarge, and talked with them about

12:12PM 23   actually manufacturing drywall for Interior Exterior, and

12:12PM 24   unfortunately, they were not able to obtain any additional

12:12PM 25   drywall from those sources.

**HOURLY TRANSCRIPT**

12:12PM  1          So what did Jim and Clay do?  Jim and Clay went

12:12PM  2   to Knauf, and they went to a representative by the name of

12:13PM  3   Kurt Heider.  Mr. Heider is going to testify in this trial.

12:13PM  4   Kurt Heider lives here.  Kurt Heider works for Knauf

12:13PM  5   Insulation.  And we went to Kurt Heider and said, "Can Knauf

12:13PM  6   supply us drywall that's manufactured outside of

12:13PM  7   United States?"

12:13PM  8          Despite what Mr. Meunier told you, we didn't go

12:13PM  9   to Knauf and say, "Can you sell us some Chinese drywall?"

12:13PM 10   That's not what happened.  We went to Knauf and said, "Can you

12:13PM 11   sell us some Knauf drywall?"  They're one of the leading

12:13PM 12   manufacturers of drywall around the world.  They manufacture

12:13PM 13   drywall in Germany.  They manufacturer drywall in South

12:13PM 14   America.  And they manufacture drywall in China.

12:13PM 15          We didn't say, "Give us Chinese drywall."  We

12:13PM 16   went to Knauf and said, "Can one of your companies supply to us

12:13PM 17   imported board that we can sell to our customers?"  It was

12:13PM 18   Knauf who decided, "Our Chinese operations have the capacity to

12:13PM 19   provide you drywall that's manufactured in accordance with U.S.

12:14PM 20   standards."

12:14PM 21          Kurt Heider, our local sales rep, who we've been

12:14PM 22   dealing with for over a decade, brought to us a price list and

12:14PM 23   brought to us the information from the Knauf Chinese operations

12:14PM 24   and put us in touch.  We weren't just buying from any company.

12:14PM 25   We were buying from a company that we could trust, that we'd

**HOURLY TRANSCRIPT**

12:14PM 1   been working with for a decade that we'd never had a problem

12:14PM 2   with.

12:14PM 3            What you also need to understand is that we did

12:14PM 4   not manu -- that Knauf did not manufacture this drywall just

12:14PM 5   for Interior Exterior.  You know who else Knauf sold some of

12:14PM 6   this Chinese drywall to?  Guess who, L&W Supply Company.  Do

12:14PM 7   you know who L&W Supply Company is?  L&W is a wholly owned

12:14PM 8   subsidiary of U.S. Gypsum.  So not only did Interior Exterior

12:14PM 9   buy some of this Chinese drywall from Knauf, but so did

12:14PM 10  U.S. Gypsum.  And through their subsidiary, L&W, they sold some

12:15PM 11  of the exact same drywall that we sold.

12:15PM 12           So Kurt Heider delivers a price list to

12:15PM 13  Interior Exterior.  And Mr. Meunier, I think, correctly said

12:15PM 14  that there wasn't price gouging because, actually, buying the

12:15PM 15  Chinese drywall turned out to be a more complex process for Jim

12:15PM 16  and Clay because we had to arrange shipping, we had to arrange

12:15PM 17  the process of unloading the ships, we had to arrange the

12:15PM 18  process of bringing that drywall to our warehouses across the

12:15PM 19  Gulf South, including New Orleans.

12:15PM 20           So we get confirmation from Knauf that the

12:15PM 21  drywall will be produced in accordance with ASTM standard

12:15PM 22  certifications.  We then issue a letter of credit to Knauf

12:15PM 23  through the Whitney National Bank in favor of Knauf to purchase

12:15PM 24  that first batch of drywall.  The letter of credit actually

12:16PM 25  requires that Knauf provide certifications to us as a company.

**HOURLY TRANSCRIPT**

12:16PM 1   It requires that we -- that they provide certification that the

12:16PM 2   drywall will be free from defects and that it will be

12:16PM 3   manufactured in accordance with the American ASTM standards.

12:16PM 4          But that's not all we did.  We hired J.W. Allen

12:16PM 5   & Company.  They're a local freight forwarding company, and we

12:16PM 6   sent a representative of J.W. Allen to China.  We didn't just

12:16PM 7   say, "Okay, we're going to ignore the fact that we're buying

12:16PM 8   Chinese drywall."  We sent someone to China.  And, in fact,

12:16PM 9   J.W. Allen sends an employee by the name of Rudy Remont over to

12:16PM 10  China.

12:16PM 11         He's there to inspect the loading of the drywall

12:16PM 12  from the plant onto these ships.  He visits the Knauf Tianjin

12:16PM 13  plant, and there's no report from Rudy that there's any

12:16PM 14  problems or any smells or anything like that coming from this

12:16PM 15  plant.  No one, no one, no one ever, ever, ever complained to

12:17PM 16  Interior Exterior that there's some kind of sulfur smell coming

12:17PM 17  from this drywall.

12:17PM 18         From the day we buy it in November of 2005 and

12:17PM 19  Rudy is there until the day we stop selling it and until 2009,

12:17PM 20  not one person has ever told Interior Exterior that the drywall

12:17PM 21  had a sulfur smell of any kind.  It doesn't happen.

12:17PM 22         So the first shipment of Knauf Tianjin arrives

12:17PM 23  in January of 2006.  And after its arrival at the port, it's

12:17PM 24  unloaded on behalf of Interior Exterior by delivery companies,

12:17PM 25  and then it's delivered to various Interior Exterior warehouses

**HOURLY TRANSCRIPT**

12:17PM 1    around the Gulf South.  Again, when it's loaded, there's no

12:17PM 2    complaints.  And you will see pictures from this -- from the

12:17PM 3    loading process where you've got thousands of thousands of

12:18PM 4    sheets of drywall on a ship, and no one is saying anything

12:18PM 5    about a sulfur smell because it didn't smell at the time, and

12:18PM 6    there was no way for us to know about the chemical defect in

12:18PM 7    this product.

12:18PM 8          But we are inspecting it as it's coming into the

12:18PM 9    warehouse.  We are, in fact, doing quality control.  And

12:18PM 10   Don Joseph, who's one of warehouse managers for Interior

12:18PM 11   Exterior, is going to talk to you about quality control.  He's

12:18PM 12   inspecting the drywall as it's being unloaded for the defects

12:18PM 13   that we should be looking for.

12:18PM 14         He's inspecting it for dimensional size because

12:18PM 15   we only bought one size of Chinese drywall, 4 by 12 -- 4-foot

12:18PM 16   by 12-foot by half-inch drywall.  That's the only drywall that

12:18PM 17   we bought from China.  All the other drywall that we sold, we

12:18PM 18   were able to get from domestic manufacturers.

12:18PM 19         So as it's being unloaded and put into the

12:18PM 20   warehouse, we're looking for defects that we should be looking

12:18PM 21   for:  Dimensional size, paper peels, breaks in the board, and

12:18PM 22   bubbling of the paper.  Those are the things that we -- the

12:19PM 23   types of defects that the company has seen in drywall in the

12:19PM 24   past, and that's the quality control that we're doing.  Those

12:19PM 25   are the defects that you really at the time needed to look for

**HOURLY TRANSCRIPT**

12:19PM 1     in drywall.

12:19PM 2                There was no -- so there were no defects

12:19PM 3     discovered in the Knauf drywall.  There are no complaints of

12:19PM 4     smell.  There's no issues with odor.  There's no complaints of

12:19PM 5     corrosion or anything like that.

12:19PM 6                What's more important, everyone needs to keep in

12:19PM 7     mind, is that despite the fact that we have companies who don't

12:19PM 8     like it because it's too heavy, no one ever returned the

12:19PM 9     drywall to us and said, "It smells bad" or "We can't use it."

12:19PM 10    It just -- it didn't happen.  It was never returned to us.

12:19PM 11               So you will hear -- you're going to hear

12:19PM 12    employees talk about brand preferences and the specifications.

12:19PM 13    We have 15,000 -- 15,000 invoices from January of 2006 to March

12:19PM 14    of 2007.  We have 15,000 invoices that contain 4 by 12 by

12:20PM 15    half-inch drywall.  Of those 15,000 invoices, they've got 279

12:20PM 16    where the installers or the contractors said, "We didn't want

12:20PM 17    the Knauf or imported board because it was too heavy."

12:20PM 18               That's it.  No employee ever raised an issue

12:20PM 19    about the drywall who was handling it for Interior Exterior.

12:20PM 20    We have drivers, we have warehousemen, we have assistant

12:20PM 21    warehousemen, we have sales people who are in the warehouse

12:20PM 22    every day.  Jim and Clay are in that warehouse every day.  No

12:20PM 23    one ever complained about that drywall.

12:20PM 24               In 2006, as we're selling the Knauf drywall, at

12:20PM 25    some point Knauf advises us that they can't continue to supply

**HOURLY TRANSCRIPT**

12:20PM 1    us with drywall because they've now committed that Knauf

12:20PM 2    Tianjin drywall to Interior Exterior's competitors like L&W.

12:20PM 3    So they are going to stop selling us that drywall and start

12:21PM 4    selling it to our competitors, and Jim and Clay are having to

12:21PM 5    go and search for other sources of the drywall.

12:21PM 6            What -- what -- in the process, Knauf says.

12:21PM 7    "Oh, wait, hold on, never mind, we're looking for other

12:21PM 8    sources."  And Knauf says, "We have another plant in China

12:21PM 9    called Knauf Wuhu," and Mr. Meunier kind of glossed over,

12:21PM 10   "We're not going to talk about the Knauf Wuhu."  Well, you know

12:21PM 11   what, we've got 68,000s of Knauf Wuhu, and there's not one

12:21PM 12   sheet of it that's defective.  Not one sheet of it that's

12:21PM 13   defective because it didn't have that chemical issue that

12:21PM 14   causes the corrosion.

12:21PM 15           So we got the Knauf Wuhu.  But at the same time,

12:21PM 16   there's still a shortage in supply so we're looking for other

12:21PM 17   sources.  In December of 2005, one of the brokers that sells

12:21PM 18   building products in the United States had reached out to

12:21PM 19   Interior Exterior about selling us some Chinese drywall.  We

12:21PM 20   got back in contact with that company.  It is a company by the

12:21PM 21   name of Metro Resources.  And it was that company -- that

12:22PM 22   company that sold us some drywall from Taian Taishan

12:22PM 23   Plasterboard company.  We call that Taihe board.  That's what

12:22PM 24   it's called.

12:22PM 25           And our contract with Metro required that the

**HOURLY TRANSCRIPT**

12:22PM 1    board be labeled that it be made -- that it was made in China,

12:22PM 2    be labeled with the brand name which is Taihe, and that it be

12:22PM 3    labeled with the fact that it was ASTM certified because we got

12:22PM 4    them, from them Metro Resources, certification that the drywall

12:22PM 5    is manufactured in accordance with American ASTM standards, and

12:22PM 6    we got certification that it was free from defects.

12:22PM 7            Metro Resources provides us an inspection

12:22PM 8    certificate certifying that the Taishan drywall is in

12:22PM 9    compliance with ASTM.  In addition, during this process, as

12:22PM 10   you'll hear, Mr. Jim Geary does some background research on

12:22PM 11   Metro Resources and obtains a Dun & Bradstreet report on the

12:23PM 12   company.

12:23PM 13           What's important and you have to understand, and

12:23PM 14   again it's kind of ignored by the plaintiffs, is we didn't buy

12:23PM 15   that drywall directly in China.  Metro Resources went and

12:23PM 16   bought the drywall in China.  Metro Resources delivered that

12:23PM 17   drywall in containers to Interior Exterior.  We -- our contract

12:23PM 18   did -- required that Metro Resources assume responsibility for

12:23PM 19   the condition of that drywall until it's delivered to

12:23PM 20   Interior Exterior.

12:23PM 21           And in fact, our contract says we don't take

12:23PM 22   possession of it until we open the containers and unload it at

12:23PM 23   our warehouse in New Orleans.  And Mr. Don Joseph is going to

12:23PM 24   testify that he was the one responsible for unloading that

12:23PM 25   drywall.  And again, like the Knauf drywall, we're inspecting

**HOURLY TRANSCRIPT**

12:23PM 1    it for the four types of conditions that we need to look for:

12:23PM 2    Dimensional size, breaks in the drywall, bubbles in the paper,

12:23PM 3    and paper peels.  Those are the types of things that, from a

12:23PM 4    quality control perspective, we're looking for.

12:23PM 5              And, in fact, you will see that Metro Resources

12:24PM 6    was responsible for insuring that product from China until it

12:24PM 7    got to us.  We issue a letter of credit to Metro Resources, not

12:24PM 8    to Taishan, through Whitney National Bank that requires that

12:24PM 9    the drywall be manufactured in accordance with ASTM

12:24PM 10   certifications, requires that the drywall be free from defects.

12:24PM 11             So what -- what happens next?  What happens next

12:24PM 12   is in late 2006, the domestic supply of drywall is finally

12:24PM 13   starting to keep -- catch up with demand.  The plants come back

12:24PM 14   online and so we no longer need to continue buying imported

12:24PM 15   drywall.  We are taken off of allocation by the domestic

12:24PM 16   suppliers and we stopped -- we finished selling the drywall --

12:24PM 17   the Chinese drywall.  We sell all of the Chinese drywall.

12:24PM 18             Yes, we sold it like domestic drywall.  It's

12:25PM 19   sold like sheetrock.  It's sold just like we sell sheetrock.

12:25PM 20   It's loaded up on trucks, it's delivered to properties, and

12:25PM 21   it's installed and sold to installers and sold to contractors

12:25PM 22   and it's installed in these houses.  The last of the

12:25PM 23   Chinese drywall was sold by Interior Exterior in March of 2007.

12:25PM 24             Interestingly enough, in late November of 2006,

12:25PM 25   there is a builder in Florida.  They had bought some drywall in

**HOURLY TRANSCRIPT**

12:25PM 1   Florida from another company.  They had bought some of the

12:25PM 2   Knauf drywall from -- from another company.  That company is a

12:25PM 3   company by the name of Banner Supply, and you'll hear some

12:25PM 4   discussion about Banner Supply because they sold a lot of the

12:25PM 5   Knauf and the Taishan drywall in Florida.

12:25PM 6          But what you're going to hear is that that

12:25PM 7   company, Banner, had one complaint in late November of 2006

12:25PM 8   about a smell at a house that they were building.  So they

12:26PM 9   contacted Knauf, and Knauf sent someone from Germany to

12:26PM 10  investigate why that drywall was smelling.  And that company

12:26PM 11  and that person at Knauf, they hired a U.S. company by the name

12:26PM 12  of CTEH to test the drywall.

12:26PM 13         They issue a report that the drywall was not

12:26PM 14  defective.  What's also interesting is no one ever tells

12:26PM 15  Interior Exterior about this whole process.  We're never

12:26PM 16  advised of it.  We're not told about the complaints of the

12:26PM 17  smell.  We have yet to receive any complaints of a smell.

12:26PM 18  We're not told about the complaint in Florida.  We're not told

12:26PM 19  about the tests that are being conducted in Florida.  Nothing,

12:26PM 20  no word from Knauf whatsoever to Interior Exterior.

12:26PM 21         So Interior Exterior continues to conduct

12:26PM 22  business in the ordinary course of dealings with their

12:26PM 23  customers.  So from March of 2007 until January of 2009, there

12:26PM 24  is not one issue raised with Interior Exterior.  Not one

12:27PM 25  customer says, "I need to return the drywall because it

**HOURLY TRANSCRIPT**

12:27PM 1    smells."  Not one customer says, "I need to return the drywall

12:27PM 2    because it's a problem.  It's defective."

12:27PM 3              Not one homeowner complains to Interior Exterior

12:27PM 4    saying, "My house smells."  Not one person complains to

12:27PM 5    Interior Exterior before January of 2009 that there was some --

12:27PM 6    something going on with regard to the drywall.  We don't hear

12:27PM 7    anything about it.  Nothing.  We don't hear of any reports from

12:27PM 8    anyone.  So we had no complaints, we have no reason to think

12:27PM 9    there's a problem with the drywall, except in January of 2009.

12:27PM 10             We've stopped -- it's almost two years since we

12:27PM 11   sold the last of the Chinese drywall, and in January of 2009,

12:27PM 12   we -- Jim, and Clay see an article -- someone sends them an

12:27PM 13   article, actually, from the *Wall Street Journal*, and that's the

12:27PM 14   first time anyone says that there might be a problem with the

12:27PM 15   Chinese drywall containing sulfur and off-gassing some

12:28PM 16   chemicals.  2009.

12:28PM 17             Jim and Clay immediately contact Knauf, and

12:28PM 18   Knauf turns them over to their lawyers and litigation ensues.

12:28PM 19   Within a month of that report in January of 2009, the entire

12:28PM 20   litigation process has begun and exploded.

12:28PM 21             Well, one of the things that you're also going

12:28PM 22   to hear is that we don't have quality control procedures and

12:28PM 23   you don't -- we don't do quality control at Interior Exterior.

12:28PM 24             What I'm here to tell you is that there is

12:28PM 25   quality control, and that's those two gentlemen.  They are

**HOURLY TRANSCRIPT**

12:28PM 1    ultimately responsible for everything that they sell, and every

12:28PM 2    employee that testifies that comes into this courtroom is going

12:28PM 3    to tell you that if there's a problem with the product, the

12:28PM 4    first thing they do is call the manufacturer.

12:28PM 5         And if they can't get the manufacturer to

12:28PM 6    resolve a problem, then they call Jim and Clay.  They call

12:29PM 7    their manager or Jim and Clay, and Jim and Clay step in.  The

12:29PM 8    reason that we don't have to have a lot of quality control is

12:29PM 9    because they've never had a serious problem with a product in

12:29PM 10   all the years that they've been doing business.

12:29PM 11        Interior Exterior has never sold bad products

12:29PM 12   before.  Yes, have we had problems with products on jobs

12:29PM 13   before?  Absolutely.  But there's a manufacturer's rep that

12:29PM 14   comes to that job with the INEX salesperson, and they take care

12:29PM 15   of the problem.  And if they can't take care of the problem,

12:29PM 16   Clay gets involved.  They are quality control.

12:29PM 17        As you know, one of the plaintiffs in the case

12:29PM 18   is Habitat for Humanity.  I have great respect for Habitat for

12:29PM 19   Humanity.  I have volunteered for Habitat for Humanity myself.

12:29PM 20   They're a great organization.  But you need to know the full

12:29PM 21   story about what role Habitat plays in the sale of Taishan

12:30PM 22   drywall in this community.

12:30PM 23        Interior Exterior has stopped selling the

12:30PM 24   Taishan drywall in March of 2007.  Incidentally, that's exactly

12:30PM 25   at the same period of time that a company called Fly Systems

**HOURLY TRANSCRIPT**

12:30PM  1    contacts Habitat for Humanity, and Habitat for Humanity buys a

12:30PM  2    hundred thousand sheets of Taishan drywall from Fly Systems.  A

12:30PM  3    hundred thousand.  Now, Interior Exterior only bought 33,000

12:30PM  4    sheets of Taishan drywall, but Habitat buys a warehouse full of

12:30PM  5    the Taishan drywall and begins to use it.

12:30PM  6            They use it in the homes that they're building.

12:30PM  7    They use it as part of a distribution program and they're

12:30PM  8    distributing that Taishan drywall to other nonprofit companies

12:30PM  9    who are using it in homes and they also sell it.  That's a fact

12:31PM  10   that they want -- they kind of don't want you to tell you

12:31PM  11   about.  They actually are selling this drywall to the public

12:31PM  12   just like Interior Exterior.  There's a Habitat ReStore in

12:31PM  13   New Orleans, and through that ReStore, they're selling some of

12:31PM  14   the Taishan drywall.

12:31PM  15           Did they test that drywall when they bought it?

12:31PM  16   No.  Did they even -- here's the funny thing.  They didn't even

12:31PM  17   do half of what INEX did.  They didn't ask for certification

12:31PM  18   about the drywall.  They didn't ask if it was free from

12:31PM  19   defects.  They didn't ask if it was built -- made in accordance

12:31PM  20   to ASTM standards.  They didn't do any of that.

12:31PM  21           They just bought the drywall and began using it.

12:31PM  22   They didn't send anybody to China.  They didn't even inspect

12:31PM  23   the warehouse before they bought it.  And like INEX, they

12:31PM  24   didn't have any problem with the drywall.

12:31PM  25           Then in 2009, after the *Wall Street Journal*

**HOURLY TRANSCRIPT**

12:31PM 1    article has been produced, the New Orleans Area Habitat for

12:31PM 2    Humanity says, "Uh-oh, we might have a problem."  So they hire

12:31PM 3    a company, a local company, called Environmental Analytical

12:32PM 4    Solutions.  And they hire them to test their Taishan drywall,

12:32PM 5    the exact same drywall that INEX had sold a couple -- the year

12:32PM 6    before.

12:32PM 7              In April of 2009 -- 2009, the two years after

12:32PM 8    we've stopped selling it -- EASI issues a report stating that

12:32PM 9    there's no detectable levels of sulfur compounds found in the

12:32PM 10   Taihe drywall, the Taishan drywall.  So what does Habitat do at

12:32PM 11   that point?  They keep using it and continue to sell it.  In

12:32PM 12   fact, as late as May of 2010, Jim Pate, on -- the executive

12:32PM 13   director of New Orleans Area Habitat for Humanity, is telling

12:32PM 14   his board of directors that the Taishan drywall is nonreactive

12:32PM 15   and not defective.  In May of 2010.

12:32PM 16             Now, we haven't sold it in three years.  We're

12:32PM 17   in litigation over that same drywall, but they're telling the

12:32PM 18   public that it's okay.

12:32PM 19             THE COURT:  You have four minutes, Counsel.

12:32PM 20             MR. DUPLANTIER:  Thank you.

12:32PM 21             You're going to hear from Ms. Coates.  She's an

12:33PM 22   expert for the plaintiffs.  She's a nice lady.  She's got a

12:33PM 23   fascination with China.  She's going to tell you it's okay to

12:33PM 24   buy products from China, but Interior Exterior should have gone

12:33PM 25   through all of these steps.  That we should have jumped through

**HOURLY TRANSCRIPT**

12:33PM 1    all of these hoops and done all of these things, and she

12:33PM 2    ignores the facts.  She ignores that we actually did send a

12:33PM 3    company to China, that we did inspect the drywall for the

12:33PM 4    defects, you know, the drywall that we should inspect.

12:33PM 5            She's going to talk about theories and she's not

12:33PM 6    going to talk about what happens in practice.  She doesn't have

12:33PM 7    any technical experience with drywall.  She doesn't have any

12:33PM 8    technical experience with building products in general.  She

12:33PM 9    ignores the fact that we dealt with Knauf, a company that we

12:33PM 10   had a long-term extensive, good relationship with that was one

12:33PM 11   of the leading manufacturers of drywall around the world.

12:33PM 12           She ignores the fact that we actually used a

12:33PM 13   third-party called Metro Resources to go -- who's actually had

12:33PM 14   the relationship with the Chinese manufacturers.  That we went

12:33PM 15   through a third party, she just ignores that.  She wants to

12:34PM 16   talk about all the things we should have done and ignores the

12:34PM 17   things that we actually did.

12:34PM 18           You will also hear from a rational expert, and

12:34PM 19   that's Jim Tompkins.  He's an expert in the field of China

12:34PM 20   sourcing.  Mr. Tompkins has to testify via deposition.

12:34PM 21   Unfortunately, he had to have surgery last week and won't be

12:34PM 22   here.  He will tell you that our next -- Interior Exterior,

12:34PM 23   that Jim and Clay took all the reasonable steps that you would

12:34PM 24   expect a company to take.

12:34PM 25           And you're also going to hear from an expert in

**HOURLY TRANSCRIPT**

12:34PM 1    the gypsum business, and that expert will explain that this

12:34PM 2    problem with the drywall should not have been discovered by

12:34PM 3    INEX at the time because it was so strange and unique and had

12:34PM 4    never happened before and hasn't happened since.  But it was

12:34PM 5    not the type of condition that we should have been testing for.

12:34PM 6    It's not the type of condition that anybody was testing for.

12:35PM 7             THE COURT:  You have two minutes, Counsel.

12:35PM 8             MR. DUPLANTIER:  Thank you, Your Honor.

12:35PM 9             I know I've been talking for a long time.  I

12:35PM 10   have a tough job, and INEX in this trial kind of has a tough

12:35PM 11   job.  We essentially have to prove a negative.  We have to

12:35PM 12   prove that we didn't know and should not have known about the

12:35PM 13   defect in the drywall.

12:35PM 14            Well, I'm going to leave you with just a little

12:35PM 15   story.  I grew up in a large New Orleans family.  I had five

12:35PM 16   brothers and sisters.  Whenever my parents would leave the

12:35PM 17   house, they had some basic rules and they left me in charge.

12:35PM 18   And my dad always told me that if something went wrong while he

12:35PM 19   was gone, something got broken, I was going to be responsible

12:35PM 20   unless he could figure out who did it.

12:35PM 21            So one time my parents went out, I did

12:35PM 22   everything I could with the -- I had four younger brothers.  My

12:35PM 23   parents came home.  They walked into the living room.  They

12:35PM 24   found out that a lamp was broken.  And my dad was, like, quite

12:36PM 25   angry.  My mom's favorite lamp.  He's, "What happen?  What

**HOURLY TRANSCRIPT**

12:36PM 1    happened?  What happened?"

12:36PM 2         This was one of the few occasions that my sister

12:36PM 3    actually came to my defense.  Usually she was easy to point the

12:36PM 4    finger at me, but this time she came to my defense.  She says,

12:36PM 5    "Mom, Dad, he did everything you asked.  He fed the boys

12:36PM 6    dinner.  He gave them a bath.  He kept them out of the living

12:36PM 7    room.  I was here the whole night.  He did everything right.

12:36PM 8    We don't know how the lamp got broken."

12:36PM 9         You know why?  We still don't know why.  In

12:36PM 10   fact, every Thanksgiving I ask my sister how does she know that

12:36PM 11   the boys didn't break the lamp, and she can't answer the

12:36PM 12   question because sometimes when you do everything right, things

12:36PM 13   still go wrong.  And that's what happened here.

12:36PM 14         They did everything right.  It was the

12:36PM 15   manufacturers that did something wrong, and we had no way of

12:36PM 16   knowing it, nor should we have known about it.  It's absurd to

12:36PM 17   suggest otherwise.  I think at the end of the day, you're going

12:36PM 18   to find in favor of Interior Exterior.  Thank you.

12:36PM 19         THE COURT:  Thank you, Counsel.

12:37PM 20         All right.  Another defendant has been sued with the

12:37PM 21   insurance companies.  I'll give him three minutes.

12:37PM 22              OPENING STATEMENTS

12:37PM 23   MR. ANGELLE:

12:37PM 24         What you just heard are to the trial what a movie

12:37PM 25   trailer is to the movie.  And so don't feel funny if, after

**HOURLY TRANSCRIPT**

12:37PM 1    hearing all of those facts, your feeling is, "Whoa, what did I

12:37PM 2    just see?" Don't worry, you're going to get to hear all the

12:37PM 3    witnesses and see all of the exhibits that make up the argument

12:37PM 4    you just heard from Mr. Duplantier.

12:37PM 5           On behalf of my client, we adopt that argument

12:37PM 6    and ask that you remember during the time that you're listening

12:37PM 7    to the witnesses and looking at the exhibits, remember the

12:37PM 8    ultimate question: "Is Interior a good faith seller?" That

12:37PM 9    question is better stated as, "Did Interior Exterior know or

12:37PM 10    should they have known of this defect?" That's the issue.

12:37PM 11    Nothing else.

12:37PM 12           The word that you -- I ask you to remember

12:37PM 13    throughout the trial is "unique." The evidence is going to be

12:38PM 14    that this was a unique situation. The idea of drywall having

12:38PM 15    off-gassing of sulfur compounds, it hadn't -- didn't happen

12:38PM 16    before, hadn't happened since. After you hear all of the

12:38PM 17    evidence, that evidence is going to indicate to you that there

12:38PM 18    was no way for them to know about this particular defect.

12:38PM 19           And at the close of the evidence, we're going to

12:38PM 20    ask you to return a verdict that Interior Exterior was a good

12:38PM 21    faith seller. In other words, they didn't know of this defect

12:38PM 22    and it was reasonable for them not to have known of this

12:38PM 23    defect. That's the whole issue.

12:38PM 24           I want to thank you for your time and your

12:38PM 25    efforts in this case.

**HOURLY TRANSCRIPT**

12:38PM   1            THE COURT:  Thank you, Counsel.  We'll come back at

12:38PM   2    1:45.  Court will stand in recess until 1:45.

12:38PM   3            (WHEREUPON, at 12:39 p.m. the Court was in luncheon

        4    recess.)

        5                           *    *    *

        6

        7

        8

        9

       10

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

**HOURLY  TRANSCRIPT**

1                    REPORTER'S CERTIFICATE

2

3      I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*_____

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                          **HOURLY TRANSCRIPT**

**'**

**'06** [3] - 38:23, 47:21,
102:21
**'07** [1] - 47:22
**'65** [2] - 22:1, 22:2
**'68** [1] - 64:25
**'71** [1] - 22:13
**'76** [1] - 28:17
**'99** [3] - 19:12, 114:19,
115:24
**'Knauf'** [1] - 104:14
**'KPT'** [1] - 104:14
**'Please** [1] - 105:18
**'Taihe** [1] - 104:14
**'We're** [1] - 105:22

## 0

**07102** [1] - 2:5
**09-MD-2047** [1] - 1:7

## 1

**1** [22] - 1:11, 18:17,
18:25, 19:5, 19:7,
19:10, 19:12, 19:14,
50:18, 50:22, 51:1,
57:24, 58:3, 58:7,
58:10, 83:15, 83:17,
83:19, 83:24, 90:6,
101:18
**10** [1] - 72:21
**1003** [1] - 85:10
**107** [1] - 4:7
**11** [29] - 23:2, 23:3,
23:8, 23:12, 48:4,
48:7, 48:9, 48:13,
48:16, 48:18, 48:21,
48:24, 49:1, 49:3,
49:5, 51:8, 51:12,
51:17, 51:20, 51:23,
53:6, 56:5, 56:8,
58:11, 58:15, 58:17,
58:22, 71:24, 106:16
**1100** [1] - 1:23
**11:02** [1] - 86:8
**12** [24] - 22:8, 23:14,
23:21, 46:20, 46:22,
46:25, 47:4, 69:22,
69:25, 70:2, 70:3,
70:5, 70:11, 70:14,
101:16, 106:19,
120:3, 121:2
**12's** [1] - 70:4
**12-foot** [1] - 120:4
**12:39** [1] - 133:17

**13** [11] - 23:24, 23:25,
24:5, 49:10, 49:13,
49:16, 49:18, 49:21,
49:23, 49:25, 50:3
**132** [1] - 4:8
**133** [1] - 4:9
**14** [17] - 24:8, 24:9,
24:13, 24:17, 27:3,
41:3, 41:6, 50:8,
50:10, 50:12, 53:9,
68:6, 68:12, 68:15,
71:25
**15** [8] - 19:10, 19:11,
22:18, 24:21, 24:22,
72:1, 86:6, 89:11
**15,000** [4] - 121:1,
121:2, 121:3
**15-minute** [1] - 83:3
**16** [11] - 25:1, 25:2,
25:13, 46:3, 46:6,
46:9, 46:14, 59:4,
59:5, 59:6
**1600** [1] - 2:22
**17** [6] - 25:11, 62:2,
67:19, 71:11, 71:15,
72:2
**17th** [1] - 88:21
**18** [5] - 25:15, 25:23,
26:2, 62:3
**19** [3] - 26:4, 26:5,
26:24
**1909** [1] - 89:4
**1974** [1] - 89:19
**1980** [1] - 27:2
**1989** [1] - 21:19
**1990s** [1] - 91:23
**1994** [1] - 27:20
**1999** [4] - 25:3, 93:1,
102:6, 114:10
**1:45** [2] - 133:16
**1st** [1] - 20:15

## 2

**2** [14] - 19:19, 19:23,
19:25, 20:2, 20:4,
20:7, 20:12, 34:24,
35:1, 35:4, 35:8,
71:22, 102:6
**20** [6] - 25:12, 26:10,
26:11, 28:22, 67:16,
103:14
**2000** [5] - 19:16,
20:15, 114:10,
114:19, 115:24
**2001** [1] - 19:16
**2004** [2] - 50:23,
106:22
**2005** [7] - 38:23,

93:18, 93:21, 111:5,
116:2, 119:6, 122:5
**2006** [16] - 7:4, 88:21,
89:6, 89:11, 89:21,
93:25, 94:4, 94:8,
106:23, 111:5,
119:11, 121:1,
121:12, 123:25,
124:12, 124:20
**2007** [5] - 28:2, 121:2,
124:11, 125:11,
127:13
**2008** [1] - 84:12
**2009** [11] - 97:11,
119:7, 125:11,
125:18, 125:23,
125:25, 126:5,
126:8, 128:14,
128:21
**2010** [2] - 129:1, 129:4
**2012** [2] - 1:8, 5:2
**21** [10] - 26:14, 26:15,
26:20, 26:23, 53:13,
56:23, 57:2, 57:5
**22** [2] - 27:1
**2216** [1] - 2:11
**23** [12] - 27:5, 27:12,
36:6, 36:7, 36:10,
36:13, 55:7, 55:9,
56:18
**23-year-old** [1] - 42:16
**2300** [1] - 3:5
**24** [8] - 17:4, 17:9,
27:17, 27:24, 62:12,
70:4
**25** [11] - 16:17, 27:25,
28:4, 28:10, 28:15,
38:6, 38:10, 54:25,
56:20, 95:17
**26** [5] - 1:8, 5:2, 28:12,
28:17, 89:6
**27** [16] - 28:19, 28:20,
29:1, 29:5, 44:24,
59:21, 59:22, 59:25,
60:4, 60:7, 60:20,
60:22, 61:2, 61:7,
71:13
**27603** [1] - 2:8
**279** [2] - 102:18, 121:3
**28** [4] - 29:9, 64:3
**2800** [2] - 1:22, 1:23
**29** [12] - 22:7, 29:15,
29:16, 29:20, 29:25,
47:7, 47:9, 47:11,
47:14, 47:19, 47:21,
48:2

## 3

**3** [14] - 20:13, 20:14,
20:19, 20:21, 61:18,
61:21, 62:17, 62:25,
63:4, 63:6, 63:10,
63:14, 63:19, 102:10
**30** [23] - 15:13, 15:15,
15:19, 23:15, 26:17,
28:15, 30:3, 31:24,
31:25, 32:8, 33:20,
33:25, 34:4, 36:18,
36:21, 40:25, 55:18,
56:3, 57:19, 109:5,
110:3
**304** [1] - 88:17
**31** [8] - 30:12, 30:13,
52:2, 52:7, 52:10,
52:12, 57:11, 57:16
**33,000** [2] - 94:8,
127:17
**35** [3] - 25:17, 53:25
**350,000** [1] - 93:25
**36** [2] - 38:13
**37** [3] - 52:16, 52:18
**38** [2] - 45:4
**39** [2] - 53:20

## 4

**4** [21] - 14:16, 14:20,
14:22, 15:2, 15:6,
15:8, 15:10, 20:23,
35:14, 64:10, 64:19,
64:25, 65:4, 65:13,
65:17, 65:25,
102:23, 120:3, 121:2
**4-foot** [1] - 120:3
**400** [2] - 3:5, 89:8
**4040** [1] - 2:18
**42** [4] - 55:3, 95:25,
96:1
**4321** [1] - 89:17
**44** [3] - 39:11, 39:13
**485** [1] - 60:1

## 5

**5** [11] - 21:10, 21:11,
55:19, 66:4, 66:8,
66:14, 66:20, 67:7,
67:14, 103:4
**50** [3] - 54:22, 54:23,
112:6
**50/50** [1] - 94:15
**500** [1] - 3:9
**504** [1] - 3:10
**51** [2] - 17:13

**550** [1] - 2:4
**589-7779** [1] - 3:10

## 6

**6** [13] - 21:17, 21:18,
21:21, 21:24, 35:18,
35:21, 46:16, 55:23,
55:25, 70:14, 71:22,
93:18, 103:23
**600** [2] - 70:22, 76:11
**63** [2] - 54:9
**66** [3] - 54:6, 55:14
**68,000s** [1] - 121:24
**6:30** [1] - 20:8

## 7

**7** [11] - 22:3, 22:10,
25:10, 45:18, 56:11,
56:16, 71:23, 89:21,
104:21
**701** [1] - 2:18
**70113** [1] - 1:19
**70130** [3] - 2:12, 3:5,
3:10
**70139** [1] - 2:18
**70163** [1] - 1:23
**71** [1] - 4:5
**77056** [1] - 2:22
**7:30** [1] - 20:8
**7:45** [1] - 20:8

## 8

**8** [4] - 22:11, 22:12,
70:14, 106:3
**820** [1] - 1:19
**85-year-old** [1] - 42:14
**87** [1] - 4:6
**8:30** [1] - 1:8

## 9

**9** [9] - 22:16, 22:23,
35:24, 36:2, 36:5,
42:10, 59:16, 59:19,
106:7
**900** [1] - 2:8
**920** [1] - 2:4

## A

**a.m** [1] - 86:8
**A.M** [1] - 1:8
**ability** [3] - 8:25, 62:5,

134:8

**able** [9] - 30:1, 40:10, 43:8, 62:23, 66:24, 67:2, 68:13, 116:12, 120:6

**above-entitled** [1] - 134:9

**abroad** [1] - 23:11

**absent** [1] - 108:11

**absolutely** [3] - 101:12, 103:21, 127:2

**absurd** [1] - 132:5

**AC** [1] - 56:25

**accept** [2] - 81:11, 81:15

**accepted** [1] - 81:3

**accidents** [1] - 101:8

**accommodate** [1] - 77:1

**accordance** [7] - 9:1, 117:7, 118:9, 118:16, 122:18, 123:22, 128:8

**according** [2] - 12:2, 72:17

**account** [5] - 39:25, 40:8, 103:2, 103:15, 103:17

**accountable** [1] - 38:2

**accounting** [1] - 22:19

**accounts** [2] - 75:16, 75:17

**accurate** [3] - 61:2, 84:23, 108:17

**achieve** [1] - 28:22

**acknowledge** [1] - 99:15

**act** [4] - 73:21, 91:2, 96:11, 98:25

**action** [6] - 36:19, 84:20, 95:8, 95:10, 101:10

**activity** [2] - 10:22, 93:22

**actual** [2] - 104:18, 110:9

**Adams** [4] - 19:20, 20:6, 34:23, 71:22

**add** [3] - 105:6, 113:21, 113:23

**Addiction** [1] - 21:13

**addition** [4] - 33:2, 35:15, 115:11, 122:22

**additional** [1] - 116:12

**address** [4] - 11:6, 18:21, 61:20, 84:22

**addressing** [1] - 37:13

**Administration** [1] -

21:22

**administrative** [3] - 23:25, 24:10, 58:6

**administrator** [1] - 24:15

**admissibility** [1] - 79:23

**admission** [2] - 79:20, 81:6

**admitted** [3] - 79:4, 81:18, 81:20

**adopt** [2] - 70:23, 132:19

**adult** [1] - 66:15

**advantage** [1] - 101:4

**advice** [2] - 28:24, 29:4

**advised** [1] - 125:4

**adviser** [1] - 60:10

**advises** [1] - 121:13

**advisor** [1] - 28:21

**advocacy** [2] - 39:4, 76:7

**advocate** [1] - 39:3

**advocating** [2] - 64:15

**African** [1] - 69:12

**African-American** [1] - 69:12

**afternoon** [1] - 108:1

**Agency** [1] - 25:16

**agent** [5] - 25:17, 27:8, 29:17, 29:18, 113:23

**ago** [4] - 14:18, 35:11, 40:18, 41:1

**agree** [7] - 7:19, 37:21, 62:6, 81:10, 83:23, 90:6, 92:3

**agreed** [4] - 7:8, 83:14, 90:4, 90:11

**agreement** [2] - 81:7, 104:7

**agrees** [2] - 43:22, 88:11

**ahead** [1] - 52:17

**aids** [1] - 82:18

**air** [1] - 92:6

**airplane** [1] - 23:8

**Alarm** [1] - 19:1

**alarms** [1] - 19:2

**ALL** [1] - 1:9

**allegations** [1] - 77:21

**Allen** [5] - 38:14, 100:14, 118:17, 118:19, 118:22

**allergies** [2] - 17:5, 54:3

**allocation** [2] - 115:14, 124:3

**allow** [2] - 9:6, 10:16

allowing [1] - 73:22

**Allstate** [1] - 35:5

**almost** [3] - 19:23, 35:10, 125:24

**alone** [2] - 68:10, 80:15

**Alvar** [1] - 89:4

**amazing** [1] - 70:13

**Amen** [1] - 107:19

**America** [2] - 101:13, 117:2

**American** [17] - 26:11, 69:12, 69:13, 91:19, 95:19, 101:9, 110:1, 113:21, 113:22, 114:2, 115:5, 115:16, 115:21, 115:25, 116:1, 118:16, 122:18

**Ameriprise** [1] - 28:21

**amiss** [1] - 108:10

**amount** [2] - 70:20

**analogy** [1] - 102:16

**Analytical** [1] - 128:17

**AND** [1] - 1:21

**ANGELLE** [62] - 3:3, 3:4, 14:5, 51:3, 51:10, 51:14, 51:18, 51:21, 52:1, 52:5, 52:8, 52:11, 52:13, 52:17, 52:24, 53:8, 53:11, 53:17, 53:24, 54:5, 54:12, 55:2, 55:6, 55:8, 55:13, 55:16, 55:22, 55:24, 56:2, 56:6, 56:9, 56:14, 56:17, 56:21, 56:25, 57:3, 57:8, 57:14, 57:17, 57:20, 58:1, 58:4, 58:8, 58:13, 58:18, 59:1, 59:5, 59:10, 59:12, 59:17, 59:21, 59:23, 60:3, 60:5, 60:15, 60:21, 60:23, 61:4, 61:15, 61:19, 61:22, 132:12

**Angelle** [2] - 14:5, 14:6

**ANGELLE.................
....** [1] - 4:8

**angry** [1] - 131:14

**announce** [1] - 71:1

**answer** [12] - 10:17, 11:8, 34:21, 36:24, 36:25, 37:1, 37:3, 38:9, 39:10, 70:16, 105:22, 131:25

**answering** [2] - 10:14, 24:18

answers [7] - 9:2, 9:11, 9:17, 9:21, 10:2, 71:4, 72:7

**ANTHONY** [1] - 2:11

**anticipate** [2] - 29:23, 31:16

**antiseptic** [1] - 12:20

**apart** [1] - 37:14

**apostles** [1] - 70:3

**App** [1] - 32:17

**appear** [1] - 34:14

**appearance** [4] - 74:15, 74:17, 74:18, 79:8

**APPEARANCES** [3] - 1:15, 2:1, 3:1

**appearing** [1] - 32:19

**applaud** [1] - 6:16

**applicable** [6] - 8:15, 58:22, 75:6, 76:15, 78:12, 78:14

**application** [1] - 30:14

**applications** [1] - 30:18

**applies** [3] - 55:24, 85:22, 100:5

**apply** [8] - 11:21, 40:9, 57:15, 81:4, 98:11, 99:17, 99:20, 101:11

**applying** [1] - 84:21

**appointment** [1] - 17:15

**appointments** [1] - 24:5

**appreciate** [4] - 6:15, 71:3, 72:8, 108:2

**approach** [3] - 30:22, 34:21, 71:6

**approaches** [4] - 62:21, 64:8, 66:5, 68:5

**appropriate** [1] - 9:9

**April** [3] - 93:25, 94:4, 128:21

**Aprille** [1] - 33:15

**Area** [4] - 6:22, 88:23, 128:15, 129:2

**area** [5] - 18:6, 26:19, 94:3, 94:11, 109:6

**areas** [2] - 52:20, 52:22

**Arena** [1] - 29:12

**argument** [4] - 65:18, 78:3, 132:17, 132:19

**arguments** [5] - 64:16, 78:2, 78:5, 78:9, 81:5

**Armant** [7] - 20:14, 61:16, 62:16, 62:19, 62:22, 63:20, 63:21

armies [1] - 54:24

**Army** [1] - 49:22

**arrange** [2] - 118:4, 118:5

**arrival** [1] - 119:11

**arrive** [1] - 76:17

**arrived** [3] - 94:1, 94:10, 102:11

**arrives** [1] - 119:10

**Arthur** [4] - 15:15, 30:3, 31:25, 55:9

**article** [3] - 126:1, 126:2, 128:15

**Asia** [1] - 93:1

**Asian** [1] - 99:22

**aside** [3] - 11:25, 13:7, 100:2

**aspiring** [1] - 29:17

**asserts** [1] - 7:15

**assessments** [1] - 21:14

**assign** [1] - 76:20

**assigned** [1] - 76:21

**assist** [2] - 10:15, 76:22

**assistant** [4] - 23:25, 24:10, 27:6, 121:8

**assisting** [1] - 40:21

**associated** [3] - 26:19, 27:10, 41:9

**assume** [3] - 36:11, 91:25, 123:6

**assumed** [1] - 8:17

**assuming** [1] - 83:22

**assurance** [1] - 95:1

**assurances** [2] - 95:4, 96:22

**ASTM** [20] - 57:10, 95:1, 96:24, 97:24, 104:5, 104:6, 104:9, 105:10, 105:12, 106:10, 106:15, 106:17, 106:20, 118:9, 118:16, 122:16, 122:18, 122:22, 123:22, 128:9

**attempt** [2] - 73:13, 73:19

**attend** [1] - 6:5

**attended** [1] - 14:17

**attention** [15] - 12:12, 17:2, 42:20, 73:21, 75:12, 75:14, 82:9, 83:5, 87:7, 90:22, 100:1, 100:3, 107:20, 108:2, 115:1

**attitude** [2] - 34:13, 79:8

**attitudes** [2] - 60:25,

61:4
**attorney** [3] - 30:4, 34:8, 88:10
**attorneys** [10] - 10:12, 30:20, 31:15, 69:3, 73:1, 73:9, 73:16, 73:25, 74:12, 79:22
**Aucoin** [1] - 84:11
**audit** [6] - 96:7, 96:10, 100:7, 100:20, 106:3
**audited** [1] - 100:10
**audits** [1] - 95:22
**August** [1] - 93:20
**automotive** [1] - 27:2
**available** [2] - 96:5, 116:1
**AVENUE** [1] - 1:19
**Avenue** [3] - 26:24, 88:25, 109:22
**average** [1] - 112:25
**avoid** [1] - 73:22
**awaiting** [1] - 29:21
**aware** [2] - 56:8, 72:24

**B**

**B406** [1] - 3:9
**baby** [1] - 56:5
**background** [2] - 10:21, 122:23
**bad** [6] - 32:7, 74:17, 107:5, 111:9, 120:22, 126:25
**baggage** [1] - 10:22
**Bank** [2] - 118:11, 123:21
**bankruptcy** [1] - 30:8
**Bankruptcy** [1] - 30:9
**Banner** [3] - 124:16, 124:17, 124:20
**banquet** [1] - 22:5
**base** [1] - 12:7
**based** [6] - 8:14, 12:4, 18:7, 75:18, 82:5
**bash** [1] - 107:5
**basic** [9] - 88:2, 90:24, 92:24, 96:3, 96:7, 99:2, 100:21, 103:1, 131:6
**basics** [2] - 92:10, 92:11
**batch** [2] - 112:23, 118:12
**bath** [1] - 131:20
**Baton** [1] - 48:18
**BATT** [1] - 3:3
**Batt** [1] - 14:6
**Bayou** [1] - 21:18
**bearing** [1] - 15:4

**beat** [1] - 35:12
**became** [1] - 20:17
**Beckendorf** [6] - 5:13, 6:23, 10:4, 32:14, 88:16, 92:23
**become** [2] - 82:16, 106:18
**becomes** [1] - 10:23
**BEFORE** [1] - 1:12
**began** [5] - 8:18, 109:14, 113:9, 115:22, 128:10
**begin** [2] - 75:4, 87:20
**beginning** [1] - 18:17
**begins** [1] - 127:19
**begun** [1] - 126:9
**behalf** [4] - 92:15, 108:7, 119:12, 132:19
**behavior** [1] - 79:8
**beings** [1] - 82:3
**belief** [2] - 38:3, 38:19
**beliefs** [2] - 18:11, 34:14
**believability** [1] - 80:15
**believes** [1] - 37:25
**Ben** [2] - 14:1, 40:18
**bench** [22] - 30:22, 30:25, 31:12, 34:21, 62:1, 62:4, 62:15, 62:21, 63:22, 64:6, 64:8, 65:22, 66:5, 67:15, 68:5, 68:16, 68:24, 71:6, 71:9, 71:14, 71:17, 71:19
**benign** [1] - 112:24
**BENJAMIN** [2] - 1:21, 2:16
**Benjamin** [1] - 13:16
**BERGER** [1] - 3:4
**Bernal** [1] - 28:13
**Berrigan** [1] - 30:6
**Beryl** [5] - 5:16, 6:23, 10:5, 32:15, 89:16
**best** [2] - 91:24, 134:8
**Betsy** [1] - 21:25
**better** [5] - 11:2, 53:7, 65:21, 99:9, 132:23
**Between** [1] - 97:12
**between** [9] - 7:4, 39:23, 72:16, 74:9, 81:7, 91:14, 93:25, 94:8, 103:22
**beyond** [3] - 11:20, 54:19, 84:22
**bias** [1] - 8:12
**big** [2] - 31:21, 106:1
**biopsy** [1] - 42:18
**bit** [10] - 10:24, 11:4,

12:17, 14:23, 21:23, 41:14, 41:22, 54:14, 94:18, 108:20
**blew** [1] - 21:25
**blind** [1] - 16:13
**Blue** [1] - 21:18
**Board** [1] - 94:6
**board** [27] - 29:22, 93:4, 93:6, 93:19, 96:24, 97:25, 99:15, 102:13, 103:25, 104:14, 104:18, 114:3, 114:7, 114:11, 114:13, 114:14, 114:18, 115:24, 116:4, 116:5, 116:7, 117:5, 120:9, 121:5, 122:11, 122:14, 129:3
**boards** [1] - 100:17
**Bob** [1] - 34:6
**Bobby** [1] - 17:13
**book** [8] - 24:5, 95:24, 97:14, 98:2, 98:4, 98:6, 99:9
**boom** [1] - 115:11
**bordering** [1] - 39:4
**borderline** [1] - 66:14
**born** [1] - 30:4
**bought** [22] - 6:24, 43:15, 47:1, 67:23, 68:8, 102:21, 110:12, 111:5, 111:22, 111:23, 111:25, 112:1, 120:3, 120:5, 123:4, 124:13, 124:14, 127:17, 128:4, 128:10, 128:12
**bound** [1] - 69:22
**Bourg** [9] - 25:2, 46:2, 46:5, 46:13, 46:15, 59:5, 59:7
**box** [6] - 12:15, 18:15, 53:11, 56:9, 60:18, 86:13
**boys** [2] - 131:20, 131:25
**Bradstreet** [1] - 122:24
**branch** [1] - 22:7
**brand** [12] - 53:1, 53:4, 53:15, 91:8, 102:15, 102:22, 104:3, 104:8, 104:15, 114:12, 120:25, 122:15
**Brandon** [1] - 33:17
**brands** [1] - 54:7

**Brandyn** [1] - 33:15
**breaching** [1] - 84:15
**break** [4] - 72:21, 83:3, 114:17, 131:25
**breaks** [2] - 120:9, 123:15
**breast** [1] - 42:18
**Brent** [2] - 33:24, 34:2
**Brett** [2] - 25:2, 59:7
**Brian** [2] - 23:3, 71:24
**briefly** [3] - 44:6, 54:20, 115:4
**bring** [7] - 67:22, 73:20, 76:8, 87:6, 89:24, 97:6
**bringing** [2] - 76:9, 118:6
**Brisely** [1] - 33:5
**brittle** [5] - 93:9, 102:8, 113:13, 113:20, 114:15
**brittleness** [3] - 113:15, 114:6, 114:25
**BROAD** [1] - 2:4
**broke** [1] - 114:16
**broken** [4] - 100:18, 131:8, 131:13, 131:22
**brokers** [2] - 116:5, 122:5
**brother** [4] - 31:21, 48:9, 48:10, 48:11
**brothers** [9] - 32:3, 46:10, 57:6, 65:2, 101:2, 103:18, 109:1, 131:5, 131:11
**brought** [6] - 38:21, 55:14, 92:6, 94:14, 117:10, 117:11
**Brown** [1] - 88:17
**Bryan** [1] - 53:6
**BRYSON** [3] - 2:7, 2:7, 13:20
**Bryson** [2] - 13:20, 13:21
**bubbles** [1] - 123:15
**bubbling** [2] - 110:23, 120:10
**builder** [1] - 124:13
**building** [22] - 38:1, 38:25, 46:18, 46:24, 47:2, 47:11, 76:18, 93:22, 109:5, 109:10, 109:11, 109:13, 109:15, 109:25, 110:1, 111:16, 115:11, 115:18, 122:6, 124:21, 127:20,

129:22
**Building** [1] - 10:6
**BUILDING** [1] - 2:15
**built** [3] - 88:19, 109:9, 128:8
**burden** [3] - 11:13, 11:18, 78:10
**Burke** [1] - 33:16
**Burr** [1] - 13:25
**BURR** [1] - 2:15
**business** [20] - 28:6, 39:1, 39:23, 57:6, 57:21, 58:23, 97:11, 101:9, 102:24, 107:1, 107:7, 107:12, 109:5, 109:22, 109:23, 112:5, 112:14, 125:10, 126:24, 130:15
**businesses** [2] - 29:2, 95:19
**busy** [1] - 6:5
**buy** [9] - 50:9, 50:18, 54:4, 102:4, 111:14, 117:22, 119:6, 123:3, 129:13
**buyer** [1] - 84:15
**buying** [7] - 47:17, 54:10, 117:12, 117:13, 118:2, 118:20, 124:2
**buys** [2] - 127:15, 127:18
**BY** [9] - 1:18, 1:22, 2:3, 2:7, 2:16, 2:21, 3:4, 3:12, 3:13

**C**

**Calamari** [2] - 18:25, 50:15
**calamari** [1] - 57:23
**CALLED** [1] - 5:4
**Canada** [1] - 57:25
**cannot** [2] - 45:8, 91:25
**capable** [1] - 8:11
**capacity** [2] - 115:25, 117:6
**captain** [1] - 26:24
**captured** [1] - 107:3
**car** [1] - 91:4
**cardiologist** [3] - 28:13, 28:16, 42:13
**care** [15] - 19:21, 20:7, 23:18, 27:19, 28:14, 57:6, 60:9, 60:12, 62:12, 66:7, 66:15,

84:10, 98:22, 127:3, 127:4
**career** [2] - 22:19, 35:16
**careful** [4] - 73:5, 73:12, 74:3, 82:15
**caregivers** [1] - 42:16
**CARLINA** [1] - 2:17
**Carlina** [1] - 14:3
**Carlisle** [1] - 33:17
**CARNAHAN** [1] - 3:3
**Carnahan** [1] - 14:6
**carried** [1] - 104:24
**case** [126] - 5:10, 6:2, 6:19, 7:1, 7:19, 8:9, 8:15, 9:15, 10:4, 11:12, 11:13, 11:21, 12:1, 12:11, 12:19, 15:22, 15:24, 16:2, 16:3, 16:6, 16:18, 16:25, 17:22, 17:25, 31:17, 31:20, 32:6, 32:15, 34:15, 36:15, 37:4, 37:7, 37:8, 37:11, 37:19, 38:21, 39:3, 39:16, 39:22, 39:25, 40:2, 40:7, 40:10, 40:21, 41:12, 41:21, 42:3, 42:7, 43:3, 43:4, 43:6, 43:8, 43:9, 43:11, 43:12, 44:1, 44:12, 44:16, 60:19, 61:6, 61:7, 65:11, 65:15, 67:25, 68:11, 72:23, 73:6, 73:9, 73:24, 74:4, 74:11, 74:24, 75:1, 75:11, 76:14, 76:15, 77:2, 77:10, 77:17, 78:11, 78:14, 79:19, 80:8, 80:17, 80:22, 81:6, 81:22, 83:2, 84:11, 84:13, 86:1, 86:17, 87:23, 87:24, 87:25, 88:1, 88:9, 88:11, 89:25, 90:23, 91:21, 94:15, 94:21, 96:11, 97:3, 98:11, 100:9, 100:15, 101:6, 101:12, 101:15, 104:13, 104:24, 105:8, 107:3, 107:21, 114:7, 114:8, 115:1, 115:2, 127:6, 133:14
**CASES** [1] - 1:9
**cases** [14] - 11:20, 12:20, 15:24, 26:8, 35:9, 69:19, 69:20,

69:22, 69:23, 70:15, 78:2, 81:1, 89:24, 99:7
**Casey** [3] - 32:16, 33:15, 89:3
**Cashman** [8] - 21:10, 55:19, 65:23, 66:1, 66:3, 66:6, 66:10, 66:25
**Castle** [1] - 24:13
**casualty** [2] - 25:25, 26:2
**catch** [2] - 55:5, 124:1
**Cathy** [2] - 134:3, 134:13
**CATHY** [1] - 3:8
**Cathy_Pepper@laed .uscourts.gov** [2] - 3:11, 134:15
**Caught** [1] - 97:12
**caused** [3] - 6:20, 112:21, 114:24
**causes** [2] - 7:10, 122:2
**CCR** [2] - 3:8, 134:13
**cement** [1] - 52:20
**Center** [1] - 55:25
**CENTRE** [1] - 1:22
**CEO** [2] - 97:16, 97:20
**certain** [11] - 10:22, 34:22, 53:6, 53:21, 60:25, 79:25, 81:8, 81:9, 85:18, 90:1, 91:3
**certainly** [3] - 72:24, 74:7, 90:17
**CERTIFICATE** [1] - 134:1
**certificate** [1] - 122:21
**certificates** [2] - 95:4, 96:22
**certification** [4] - 118:14, 122:17, 122:19, 128:6
**certifications** [5] - 45:9, 106:15, 118:10, 118:13, 123:23
**CERTIFIED** [2] - 3:8, 3:9
**Certified** [3] - 134:3, 134:4, 134:13
**certified** [1] - 122:16
**certify** [2] - 96:16, 134:7
**certifying** [1] - 122:21
**chain** [3] - 51:7, 98:3, 98:4
**chairs** [1] - 86:14
**challenge** [1] - 9:19

**challenged** [1] - 9:5
**challenges** [7] - 9:7, 9:8, 9:6, 69:6, 69:7, 69:19, 69:20, 71:12
**change** [3] - 55:8, 61:20, 85:1
**changed** [3] - 14:23, 16:14, 106:9
**changes** [2] - 39:8, 39:19
**character** [3] - 98:5, 99:10, 107:14
**characteristics** [1] - 114:14
**characterization** [2] - 84:17, 84:21
**characterized** [1] - 84:10
**charge** [1] - 131:6
**charged** [1] - 97:1
**charges** [1] - 75:9
**charitable** [1] - 88:24
**charity** [1] - 44:16
**Charles** [3] - 24:1, 61:17, 88:25
**Chauvin** [1] - 30:13
**chemical** [12] - 43:13, 43:15, 45:25, 53:23, 111:11, 112:8, 112:10, 113:1, 113:16, 115:1, 119:19, 122:1
**chemicals** [5] - 45:21, 54:3, 54:4, 126:5
**Cheryl** [5] - 5:18, 6:23, 10:5, 32:14, 89:7
**China** [59] - 6:21, 36:1, 39:17, 39:18, 39:24, 43:15, 44:20, 45:1, 48:1, 88:13, 88:14, 92:2, 93:25, 94:10, 94:14, 95:11, 95:15, 95:24, 95:25, 96:1, 97:17, 98:4, 98:6, 98:7, 99:1, 99:12, 101:14, 102:24, 103:10, 105:4, 105:9, 106:25, 107:5, 107:6, 107:10, 107:11, 107:12, 107:14, 107:16, 107:17, 110:15, 110:16, 117:2, 118:19, 118:21, 118:23, 120:5, 121:21, 122:14, 123:3, 123:4, 123:19, 128:11, 129:12, 129:13, 129:17,

130:8
**Chinese** [79] - 5:11, 7:6, 7:8, 7:19, 7:22, 12:6, 16:19, 16:23, 35:7, 36:16, 37:20, 37:22, 38:20, 39:16, 39:20, 43:23, 44:19, 45:1, 48:6, 48:14, 60:3, 60:11, 61:1, 61:10, 61:12, 67:8, 88:11, 88:13, 88:14, 88:20, 89:5, 89:10, 89:15, 89:20, 89:22, 90:3, 90:12, 90:18, 90:24, 91:22, 91:24, 93:17, 94:13, 94:25, 95:20, 96:7, 101:25, 102:2, 102:4, 102:10, 102:13, 103:5, 103:13, 104:23, 104:25, 105:19, 108:18, 111:25, 112:15, 112:24, 112:25, 113:3, 116:22, 117:3, 117:6, 117:11, 117:19, 117:22, 118:3, 118:21, 120:3, 122:7, 124:5, 124:11, 125:25, 126:4, 130:3
**CHINESE** [1] - 1:5
**Chinese-made** [2] - 39:20, 95:20
**CHINESE-MANUFACTURED** [1] - 1:5
**Chinese-manufactured** [2] - 5:11, 37:20
**chores** [1] - 54:16
**Chris** [2] - 13:17, 27:5
**Christian** [2] - 33:18, 33:20
**Christina** [1] - 49:1
**CHRISTOPHER** [1] - 2:3
**church** [6] - 24:10, 24:12, 24:16, 50:5, 67:23, 68:8
**Church** [1] - 24:14
**Churchill** [1] - 20:25
**circled** [1] - 99:19
**circumstances** [2] - 38:2, 79:13
**cite** [1] - 104:5
**cited** [1] - 84:12
**Citizen's** [1] - 49:11
**citizens** [1] - 6:10

**city** [1] - 30:7
**City** [2] - 21:22, 109:21
**Civic** [1] - 55:25
**CIVIL** [1] - 1:7
**civil** [6] - 6:19, 11:12, 11:21, 69:19, 69:23
**civilization** [2] - 70:1, 70:5
**claimant** [1] - 36:16
**claiming** [1] - 7:12
**claims** [10] - 11:16, 25:18, 25:21, 37:13, 37:15, 37:17, 49:14, 49:17, 49:20
**Clarke** [6] - 21:17, 21:20, 35:15, 46:12, 46:15, 71:23
**class** [1] - 36:19
**classes** [1] - 25:4
**classic** [1] - 111:14
**Clay** [29] - 31:20, 31:24, 31:25, 32:10, 32:11, 43:12, 101:2, 102:22, 108:24, 109:4, 114:11, 115:13, 115:16, 115:22, 116:3, 116:6, 116:8, 116:14, 118:4, 121:10, 121:17, 126:1, 126:6, 126:20, 126:21, 127:5, 130:12
**clean** [1] - 55:20
**clear** [4] - 84:6, 94:12, 100:25, 106:18
**clearly** [1] - 84:14
**clerical** [1] - 24:18
**CLERK** [6] - 5:7, 5:11, 9:24, 72:14, 86:7, 86:9
**client** [3] - 51:24, 58:24, 132:19
**clients** [11] - 23:9, 25:19, 30:17, 37:13, 51:13, 60:1, 60:23, 61:9, 66:21, 95:23, 107:19
**climate** [1] - 56:25
**Clinic** [1] - 26:5
**clock** [2] - 21:5, 21:8
**close** [9] - 41:5, 48:8, 48:23, 64:11, 65:15, 78:9, 82:9, 99:3, 133:8
**closing** [1] - 78:3
**co** [1] - 88:8
**co-counsel** [1] - 88:8
**Coates** [7] - 32:21,

85:18, 95:17, 99:2,
102:25, 105:25,
129:10
**Coca** [1] - 29:16
**Coca-Cola** [1] - 29:16
**Coe** [1] - 14:9
**COE** [1] - 2:21
**coffee** [1] - 76:23
**Cola** [1] - 29:16
**collect** [1] - 29:24
**collectively** [1] - 11:6
**college** [5] - 15:18,
32:3, 35:10, 35:18,
35:19
**Collins** [2] - 27:5, 36:6
**comfortable** [2] -
17:22, 76:24
**coming** [7] - 16:8,
18:12, 85:6, 85:9,
119:2, 119:4, 119:21
**comment** [2] - 55:16,
83:20
**commerce** [1] - 113:5
**commercial** [4] -
25:17, 37:25, 38:4,
38:17
**committed** [1] -
121:14
**COMMITTEE** [1] - 1:17
**communication** [1] -
65:5
**Community** [1] -
24:13
**community** [11] -
24:19, 38:21, 54:16,
54:19, 54:25, 55:11,
74:8, 88:3, 109:17,
110:4, 127:11
**companies** [21] - 7:2,
16:19, 27:13, 35:5,
39:17, 99:22, 103:6,
103:13, 109:15,
111:16, 111:22,
112:12, 115:21,
115:24, 116:4,
117:4, 119:12,
120:20, 127:22,
132:10
**COMPANY** [1] - 2:21
**Company** [10] - 5:14,
5:16, 5:17, 5:19,
10:7, 49:11, 115:7,
117:19, 117:20,
118:18
**company** [69] - 22:18,
22:21, 23:4, 27:11,
29:10, 30:14, 35:23,
35:25, 43:13, 52:3,
52:6, 59:4, 59:14,
88:13, 88:14, 90:3,

93:15, 97:16, 97:19,
100:13, 100:17,
100:25, 101:20,
102:22, 103:6,
103:10, 103:14,
103:20, 105:2,
106:9, 108:20,
109:1, 109:9,
109:14, 109:16,
110:6, 110:15,
110:22, 111:3,
111:23, 111:25,
112:1, 112:6,
116:10, 117:13,
118:13, 118:18,
120:11, 122:8,
122:9, 122:10,
122:11, 122:25,
124:14, 124:15,
124:16, 124:20,
124:23, 124:24,
127:14, 128:17,
129:17, 129:23,
130:13
**compassion** [1] -
11:25
**competency** [2] -
8:24, 10:3
**competitor's** [3] -
51:22, 52:4, 52:11
**competitors** [2] -
121:15, 121:17
**complained** [2] -
119:3, 121:11
**complainer** [1] - 42:22
**complains** [2] -
125:16, 125:18
**complaint** [2] -
124:20, 125:6
**complaints** [11] - 93:7,
102:11, 113:13,
114:18, 114:24,
119:15, 120:16,
120:17, 125:4,
125:5, 125:21
**complete** [2] - 9:12,
30:1
**completed** [2] - 29:20,
89:10
**completely** [4] -
12:13, 75:13, 80:7,
81:17
**complex** [3] - 99:21,
107:15, 118:3
**compliance** [1] -
122:22
**compounds** [2] -
128:23, 133:4
**compulsion** [1] - 9:13
**computer** [1] - 25:4

**COMPUTER** [1] - 3:13
**computers** [2] - 25:6,
54:13
**concept** [1] - 69:18
**concern** [1] - 80:1
**concerned** [1] - 62:3
**concerning** [1] - 8:24
**concession** [1] -
29:12
**concluded** [4] - 31:13,
68:25, 71:20, 75:2
**concludes** [1] - 96:15
**conclusion** [4] -
76:13, 77:21, 77:25,
84:7
**conclusions** [1] - 82:1
**condition** [7] - 97:19,
111:2, 111:3, 111:6,
123:7, 130:19,
130:20
**conditions** [2] -
110:19, 123:14
**conduct** [11] - 40:6,
40:10, 72:25, 73:5,
73:12, 74:13, 88:2,
92:6, 96:6, 106:8,
125:9
**conducted** [2] - 73:24,
125:7
**conducting** [1] - 96:7
**conference** [6] -
30:25, 31:13, 62:1,
68:25, 71:9, 71:20
**confirmation** [1] -
118:8
**confused** [2] - 62:17,
63:12
**connected** [3] - 73:11,
73:15, 74:2
**connection** [1] - 105:7
**conscious** [5] - 53:1,
53:4, 53:17, 53:21
**consider** [7] - 78:13,
79:3, 79:25, 80:3,
80:5, 81:20, 81:21
**consideration** [5] -
42:24, 79:7, 80:8,
81:22, 86:2
**considered** [1] - 11:15
**considering** [2] - 40:8,
79:6
**consist** [1] - 80:17
**consists** [1] - 79:3
**consolidated** [1] -
26:21
**constitutes** [1] - 95:10
**constructed** [1] - 89:5
**construction** [3] -
35:17, 88:19, 89:1
**consult** [1] - 82:6

**consultant** [2] - 41:11,
95:17
**consumer** [3] - 51:6,
104:16, 104:19
**consumers** [2] - 88:7,
88:9
**consuming** [1] - 82:7
**contact** [2] - 122:8,
126:6
**contacted** [2] - 116:9,
124:22
**contacts** [1] - 127:15
**contain** [3] - 80:25,
114:19, 121:2
**contained** [1] - 78:14
**containers** [2] - 92:13,
123:5, 123:10
**containing** [2] - 7:10,
126:4
**contains** [1] - 91:11
**contaminate** [1] -
76:10
**contention** [1] - 78:6
**continue** [4] - 107:13,
121:13, 124:2,
128:25
**CONTINUED** [2] - 2:1,
3:1
**continues** [2] -
107:12, 125:9
**continuing** [1] - 85:15
**contract** [3] - 122:13,
123:5, 123:9
**contractor** [1] -
109:12
**contractors** [5] - 47:1,
111:17, 113:7,
121:4, 124:9
**control** [3] - 59:7,
92:11, 101:19,
101:21, 119:22,
119:24, 120:12,
123:17, 126:11,
126:12, 126:14,
126:22, 127:5
**controlled** [1] - 56:25
**controlling** [1] -
104:22
**controls** [1] - 96:9
**conversation** [2] -
73:14, 73:19
**converted** [1] - 91:12
**copper** [3] - 7:11,
90:9, 90:20
**core** [1] - 91:13
**corners** [2] - 39:1,
88:1
**corporate** [2] - 22:19,
36:3
**Corporation** [1] -

23:15
**correct** [10] - 48:16,
48:23, 48:24, 49:12,
50:7, 50:17, 52:7,
59:6, 83:20, 134:7
**correctly** [2] - 107:17,
118:1
**corrode** [2] - 90:9,
90:20
**corrosion** [5] - 7:10,
113:4, 114:20,
120:18, 122:2
**corrosive** [1] - 37:22
**Cortez** [1] - 109:21
**cost** [1] - 107:15
**cough** [2] - 17:6
**counsel** [19] - 5:20,
9:3, 9:6, 10:15,
13:13, 13:14, 44:9,
61:14, 61:24, 77:3,
77:22, 78:8, 78:9,
80:11, 83:11, 88:8,
108:6, 108:13
**Counsel** [9] - 33:3,
44:4, 87:16, 87:20,
106:2, 129:8,
130:21, 132:8,
133:15
**counseling** [1] - 55:20
**Counselor** [1] -
107:22
**count** [1] - 100:17
**countries** [2] - 99:22,
107:15
**country** [5] - 18:5,
23:11, 69:17,
104:16, 105:1
**couple** [5] - 18:14,
51:3, 64:4, 66:1,
128:19
**courier** [1] - 35:10
**course** [9] - 12:9,
73:12, 74:24, 77:12,
78:15, 78:20, 85:15,
101:5, 125:10
**courses** [1] - 28:9
**COURT** [172] - 1:1,
3:8, 5:4, 5:8, 5:20,
5:25, 10:9, 13:22,
14:10, 14:19, 14:21,
14:23, 15:5, 15:7,
15:9, 15:11, 15:14,
15:17, 15:21, 16:21,
17:8, 17:11, 17:17,
19:3, 19:6, 19:9,
19:11, 19:13, 19:18,
19:22, 19:24, 20:1,
20:3, 20:5, 20:11,
20:17, 20:20, 20:22,
21:9, 21:16, 21:20,

21:23, 22:2, 22:9, 22:15, 22:21, 23:1, 23:6, 23:11, 23:13, 23:20, 23:23, 24:3, 24:7, 24:12, 24:15, 24:20, 24:25, 25:8, 25:14, 25:20, 25:25, 26:3, 26:9, 26:13, 26:18, 26:22, 26:25, 27:4, 27:10, 27:16, 27:22, 28:3, 28:8, 28:11, 28:16, 28:18, 28:25, 29:3, 29:8, 29:14, 29:18, 29:23, 30:10, 30:19, 30:23, 31:5, 31:9, 31:14, 31:22, 32:4, 32:9, 32:11, 32:24, 33:1, 33:19, 33:22, 34:3, 34:8, 34:20, 39:3, 39:6, 40:14, 41:7, 41:9, 41:13, 42:8, 44:4, 44:9, 46:15, 48:14, 48:19, 49:7, 50:15, 51:25, 55:17, 58:16, 59:11, 61:14, 61:24, 62:2, 62:8, 62:10, 62:19, 62:22, 63:2, 63:5, 63:8, 63:11, 63:18, 63:21, 63:23, 64:2, 64:6, 64:9, 64:14, 65:15, 65:19, 65:25, 66:3, 66:10, 66:25, 67:17, 67:20, 68:4, 68:7, 68:13, 68:17, 68:23, 71:7, 71:13, 71:18, 72:20, 83:8, 83:11, 83:16, 83:19, 83:25, 84:24, 85:12, 85:14, 86:2, 86:5, 86:12, 86:23, 87:10, 106:2, 107:22, 129:8, 130:21, 132:8, 133:15
**Court** [34] - 8:15, 9:3, 9:18, 10:15, 21:15, 22:5, 22:7, 30:8, 30:9, 45:20, 72:18, 72:25, 75:24, 76:15, 76:18, 83:14, 84:2, 84:7, 84:8, 84:9, 84:10, 84:13, 84:21, 85:11, 85:19, 85:21, 86:8, 133:17, 134:4, 134:5, 134:6, 134:14, 134:15
**court** [8] - 10:10, 16:8, 18:12, 28:1, 28:3, 79:20, 81:4, 133:16
**Court's** [5] - 9:5,

63:25, 80:2, 84:4, 85:24
**courtroom** [30] - 9:22, 12:9, 12:15, 12:19, 12:20, 12:24, 12:25, 13:8, 13:10, 17:20, 18:8, 18:9, 34:1, 34:5, 70:24, 73:2, 73:23, 74:21, 75:14, 75:19, 76:4, 76:8, 76:19, 83:10, 86:11, 87:1, 87:13, 108:8, 108:11, 126:16
**courts** [1] - 69:24
**cousin** [4] - 41:3, 41:5, 41:6
**Cousins** - 14:9
**cousins** [3] - 34:1, 34:3, 34:5
**COUSINS** [1] - 2:21
**cover** [2] - 66:22, 67:11
**coverage** [1] - 12:5
**covered** [1] - 44:4
**cracks** [1] - 110:23
**crazy** [1] - 53:2
**create** [1] - 51:12
**created** [1] - 98:5
**credit** [5] - 96:18, 103:18, 118:10, 118:12, 123:20
**creditor's** [1] - 30:8
**crew** [1] - 22:13
**crib** [2] - 56:5, 56:6
**criminal** [4] - 11:19, 69:20, 69:21, 70:2
**crisis** [2] - 55:20, 67:11
**critical** [2] - 6:14
**cross** [2] - 12:22, 76:7
**Cross** [2] - 24:22, 72:1
**cross-examine** [2] - 12:22, 76:7
**CRR** [2] - 3:8, 134:13
**CTEH** [1] - 124:25
**culture** [1] - 102:25
**cultures** [1] - 39:23
**curious** [1] - 46:4
**current** [4] - 25:3, 27:3, 95:24, 97:6
**customer** [8] - 49:16, 93:14, 93:19, 102:12, 102:19, 112:4, 125:13, 125:14
**customers** [4] - 47:14, 111:15, 117:5, 125:11
**cut** [1] - 39:1
**cutting** [2] - 22:13,

88:1
**Cynthia** [2] - 21:10, 55:19

# D

**D's** [7] - 98:8, 98:9, 98:22, 101:11, 104:10
**Dad** [1] - 131:19
**dad** [3] - 46:9, 131:7, 131:13
**Daiichi** [1] - 22:25
**DAIICHI** [1] - 22:25
**daily** [1] - 21:6
**damage** [2] - 6:20, 26:1
**damaged** [4] - 8:2, 43:25, 89:9, 89:19
**damages** [5] - 16:3, 16:8, 16:14, 18:13, 43:17
**DANIEL** [1] - 2:7
**Daniel** [1] - 13:20
**darned** [1] - 105:24
**data** [3] - 105:10, 105:19, 105:20
**date** [4] - 106:20, 106:21, 106:22
**daughter** [4] - 42:17, 66:2, 66:7, 66:14
**daughters** [1] - 66:13
**David** [7] - 5:18, 6:23, 10:5, 13:16, 32:14, 33:12, 89:7
**DAVID** [1] - 1:21
**DAVIS** [1] - 1:18
**DAY** [1] - 1:11
**days** [4] - 15:16, 16:10, 87:17, 108:3
**deal** [8] - 37:6, 37:7, 40:4, 40:6, 57:12, 74:21, 103:17, 104:13
**dealing** [13] - 16:22, 24:18, 45:20, 47:12, 50:24, 62:2, 70:9, 84:3, 84:19, 98:7, 99:1, 103:14, 117:10
**dealings** [4] - 15:20, 50:13, 50:16, 125:10
**deals** [1] - 35:9
**dealt** [3] - 43:20, 58:14, 129:23
**Dean** [1] - 32:23
**Deborah** [1] - 54:7
**decade** [2] - 117:10, 117:14
**December** [2] - 116:2,

122:5
**decent** [2] - 101:1, 101:2
**decide** [10] - 7:18, 8:1, 8:12, 12:1, 12:23, 16:3, 44:1, 70:15, 80:15, 82:14
**decided** [3] - 93:24, 114:11, 117:6
**deciding** [1] - 80:8
**decision** [9] - 12:8, 18:7, 42:5, 43:7, 76:16, 82:5, 82:14, 84:12, 107:16
**decisions** [3] - 49:19, 78:21, 107:18
**declare** [1] - 81:13
**defect** [27] - 6:21, 6:24, 7:3, 7:5, 7:9, 7:14, 7:18, 7:24, 8:2, 8:6, 16:3, 37:6, 37:8, 37:14, 37:16, 37:23, 60:2, 67:8, 88:11, 90:15, 114:3, 114:19, 121:25, 122:1, 125:2, 125:15, 129:4
**defectiveness** [1] - 90:24
**defects** [4] - 110:22, 110:24, 118:15, 119:25, 120:8, 120:11, 120:13, 120:15, 122:19, 123:23, 128:8, 129:18
**defend** [2] - 111:7, 111:8
**defendant** [11] - 6:24, 6:25, 11:18, 12:1, 40:15, 69:8, 77:3, 77:13, 90:4, 107:23, 132:9
**defendants** [6] - 5:23, 13:22, 16:20, 17:24, 68:18, 77:22
**defendants'** [4] - 77:16, 96:14, 98:21, 100:22
**defending** [2] - 97:3,

105:8
**defense** [4] - 49:3, 77:15, 131:17, 131:18
**definitely** [1] - 85:14
**definitive** [1] - 85:11
**definitively** [2] - 84:9
**degree** [1] - 80:9
**delayed** [1] - 103:18
**deliberately** [2] - 101:3, 101:4
**deliberation** [1] - 76:16
**delivered** [5] - 90:18, 119:13, 123:4, 123:7, 124:8
**delivers** [1] - 117:25
**delivery** [1] - 119:12
**Dell** [1] - 27:2
**demand** [2] - 88:3, 124:1
**demands** [1] - 73:4
**dementia** [1] - 42:15
**democratic** [1] - 6:8
**denies** [1] - 7:14
**denying** [1] - 49:20
**department** [2] - 22:12, 49:14
**Department** [1] - 26:16
**deployed** [1] - 49:24
**deposition** [10] - 32:22, 33:4, 33:8, 80:23, 81:2, 97:6, 97:9, 112:11, 130:9
**depositions** [1] - 80:25
**deposits** [1] - 91:10
**Depot** [2] - 23:5, 111:16
**depth** [1] - 12:17
**deputy** [2] - 9:22, 70:24
**DEPUTY** [6] - 5:7, 5:11, 9:24, 72:14, 86:7, 86:9
**desire** [1] - 86:15
**desk** [1] - 25:4
**despite** [4] - 93:16, 100:11, 116:21, 120:20
**Despite** [1] - 109:16
**Destrehan** [1] - 24:2
**detail** [1] - 103:1
**detailed** [2] - 60:5, 60:7
**detectable** [2] - 113:2, 128:23
**detecting** [1] - 92:8
**detergent** [1] - 102:16

**HOURLY TRANSCRIPT**

**determination** [1] - 80:14
**determine** [6] - 9:4, 10:25, 12:22, 79:1, 80:14
**determined** [1] - 8:22
**develop** [2] - 8:23, 52:9
**developed** [7] - 46:10, 51:16, 60:25, 61:11, 76:5, 76:9, 89:3
**developers** [1] - 113:7
**developing** [1] - 78:19
**development** [2] - 52:3, 96:23
**diagnosis** [1] - 28:14
**Dierdre** [2] - 52:16, 53:20
**difference** [1] - 39:23
**differences** [2] - 39:25, 103:2
**different** [16] - 15:24, 27:13, 37:15, 39:17, 61:5, 61:19, 87:11, 87:25, 97:9, 97:21, 97:25, 98:15, 102:24, 107:6, 112:24
**difficult** [3] - 42:20, 60:16, 82:7
**difficulties** [1] - 58:13
**difficulty** [2] - 40:7, 40:12
**diligence** [15] - 45:1, 95:7, 95:10, 98:10, 98:16, 98:23, 99:3, 99:7, 99:8, 101:11, 103:3
**Dill** [1] - 45:4
**dimensional** [3] - 120:2, 120:9, 123:15
**dinner** [1] - 131:20
**dire** [3] - 8:20, 10:16, 18:2
**direct** [3] - 9:22, 20:7, 28:14
**directed** [1] - 85:6
**directly** [3] - 59:8, 59:17, 123:3
**director** [2] - 88:24, 129:2
**directors** [1] - 129:3
**dis** [1] - 105:8
**disabled** [5] - 20:14, 20:18, 66:2, 66:7, 66:13
**disagree** [1] - 84:25
**disagreed** [1] - 84:4
**disagreeing** [1] - 85:2
**disaster** [1] - 38:25

**disbelieve** [1] - 76:2
**discharged** [1] - 9:18
**disclose** [1] - 9:13
**discoverable** [1] - 92:14
**discovered** [4] - 89:12, 91:1, 120:16, 130:16
**discrete** [1] - 60:18
**discuss** [10] - 11:10, 74:3, 74:23, 75:1, 75:6, 75:9, 78:10, 78:24, 102:25
**discussed** [1] - 116:8
**discussing** [1] - 75:4
**discussion** [1] - 124:17
**discussions** [1] - 73:24
**dispute** [4] - 89:25, 90:2, 94:19, 94:20
**disqualify** [1] - 9:14
**disregard** [2] - 12:13, 75:13
**distracted** [1] - 82:16
**distribute** [2] - 51:10, 51:13
**distributed** [2] - 94:2, 94:11
**distributing** [1] - 127:22
**distribution** [4] - 30:15, 37:20, 95:10, 127:21
**distributor** [8] - 38:1, 39:20, 44:20, 90:3, 95:7, 97:4, 105:8, 111:14
**distributors** [3] - 112:9, 112:17, 113:6
**District** [3] - 134:6, 134:15
**DISTRICT** [3] - 1:1, 1:2, 1:13
**divert** [1] - 115:1
**divided** [1] - 70:4
**division** [1] - 30:16
**DOCKET** [1] - 1:7
**document** [2] - 25:5, 41:1
**DOCUMENT** [1] - 1:9
**documentation** [1] - 59:9
**documents** [2] - 94:24, 96:16
**dollars** [1] - 97:2
**domestic** [21] - 39:7, 56:6, 56:15, 56:16, 56:19, 58:14, 93:2, 93:21, 101:25,

102:5, 102:13, 110:25, 113:20, 114:17, 115:5, 115:12, 116:7, 120:6, 123:25, 124:3, 124:6
**domestically** [1] - 38:22
**domestically-produced** [1] - 38:22
**Don** [3] - 33:17, 119:23, 123:11
**done** [22] - 13:10, 16:10, 19:11, 19:22, 20:20, 23:20, 25:23, 41:17, 41:25, 45:1, 50:22, 73:8, 82:9, 84:11, 89:20, 95:14, 100:12, 105:17, 107:17, 129:15, 130:5
**door** [1] - 76:21
**doubt** [3] - 11:20, 72:23, 73:6
**down** [10] - 17:24, 32:9, 70:14, 91:4, 106:20, 109:24, 115:6, 115:10, 115:19
**Downs** [1] - 20:25
**Dr** [13] - 96:14, 96:21, 97:1, 97:21, 98:5, 98:11, 99:4, 99:13, 105:7, 105:15, 105:16, 106:24, 107:2
**drafts** [1] - 78:18
**Dragon** [1] - 97:12
**draw** [1] - 81:25
**drawn** [2] - 78:7, 83:17
**drinks** [1] - 76:23
**Drive** [1] - 46:5
**driven** [1] - 91:3
**driver** [1] - 20:19
**drivers** [1] - 121:8
**driving** [1] - 109:23
**drowsy** [2] - 17:1, 17:7
**drugs** [1] - 22:24
**drywall** [248] - 6:21, 6:24, 7:3, 7:5, 7:8, 7:10, 7:14, 7:18, 7:19, 7:22, 7:23, 7:24, 8:3, 8:6, 8:7, 12:6, 16:4, 16:23, 35:7, 35:20, 36:12, 36:16, 37:5, 37:20, 37:22, 38:20, 38:22, 39:8, 39:16, 40:4,

40:5, 43:23, 47:25, 48:6, 48:14, 57:15, 59:24, 60:1, 60:2, 60:3, 60:11, 60:13, 61:1, 61:10, 61:12, 67:8, 68:8, 88:11, 88:20, 89:5, 89:10, 89:15, 89:20, 89:22, 90:3, 90:6, 90:12, 90:14, 90:18, 90:19, 90:24, 91:6, 91:8, 91:13, 91:20, 91:22, 91:24, 91:25, 92:1, 92:6, 92:22, 93:1, 93:2, 93:3, 93:8, 93:16, 93:17, 93:21, 93:23, 93:24, 94:1, 94:5, 94:9, 94:13, 95:1, 95:15, 96:17, 97:4, 101:21, 101:24, 101:25, 102:2, 102:4, 102:8, 102:10, 102:13, 102:21, 103:10, 103:11, 103:23, 104:17, 104:24, 105:11, 107:9, 107:10, 108:18, 110:13, 110:17, 110:19, 110:21, 110:22, 110:24, 110:25, 111:4, 111:8, 111:11, 111:25, 112:1, 112:6, 112:7, 112:8, 112:10, 112:21, 112:24, 112:25, 113:3, 113:5, 113:12, 113:15, 113:16, 113:17, 113:19, 113:21, 113:23, 114:2, 114:9, 114:10, 114:23, 115:6, 115:15, 115:18, 115:21, 115:23, 116:11, 116:13, 116:19, 116:22, 116:24, 116:25, 117:1, 117:2, 117:3, 117:7, 117:17, 117:19, 117:22, 117:24, 118:3, 118:6, 118:9, 118:12, 118:15, 118:21, 118:25, 119:5, 119:8, 119:17, 119:25, 120:3, 120:4, 120:5, 120:11, 120:14, 120:16, 120:22,

121:3, 121:7, 121:11, 121:12, 121:14, 121:15, 121:16, 121:18, 122:7, 122:10, 122:17, 122:21, 123:3, 123:4, 123:5, 123:7, 123:13, 123:15, 123:22, 123:23, 123:25, 124:3, 124:4, 124:5, 124:6, 124:11, 124:13, 124:15, 124:18, 124:23, 124:25, 125:1, 125:13, 125:14, 125:20, 125:22, 125:25, 126:4, 127:11, 127:13, 127:16, 127:18, 127:19, 127:22, 127:25, 128:3, 128:4, 128:7, 128:10, 128:13, 128:18, 128:19, 128:24, 129:3, 129:6, 129:17, 129:18, 129:21, 129:25, 130:16, 131:2, 133:3
**DRYWALL** [1] - 1:5
**Drywall** [1] - 5:11
**Dubai** [1] - 58:11
**duct** [1] - 50:19
**due** [16] - 44:13, 45:1, 95:7, 95:10, 98:10, 98:15, 98:22, 98:23, 99:3, 99:7, 99:8, 101:11, 103:3
**Dun** [1] - 122:24
**Duplantier** [3] - 13:24, 65:11, 132:18
**DUPLANTIER** [25] - 2:16, 5:23, 13:23, 31:3, 33:2, 34:6, 40:16, 62:9, 62:16, 63:9, 64:4, 65:23, 66:1, 66:6, 66:17, 67:4, 67:12, 68:1, 68:21, 71:6, 71:10, 107:25, 108:23, 129:9, 130:22
**DUPLANTIER.............. ....... [1] - 4:7**
**during** [27] - 12:9, 31:20, 35:20, 38:7, 38:21, 48:13, 72:25, 73:12, 74:11, 74:24, 76:17, 77:12, 78:15, 78:20, 80:12, 82:11,

**HOURLY TRANSCRIPT**

89:12, 91:2, 92:19,
93:17, 96:12, 101:9,
106:4, 109:7, 115:4,
122:22, 132:20
**duties** [3] - 18:19,
19:3, 54:16
**duty** [9] - 12:7, 78:16,
78:25, 79:22, 79:23,
85:20, 85:21, 85:22,
85:25
**DWI** [2] - 21:14
**DXP** [1] - 30:15
**Dykes** [1] - 25:15
**Dynamic** [1] - 27:14
**dynamics** [1] - 30:16

**E**

**ear** [1] - 17:5
**earth** [2] - 6:9, 91:9
**EASI** [1] - 128:22
**easier** [2] - 113:24,
113:25
**easily** [3] - 92:14,
104:17, 114:16
**east** [1] - 26:20
**Eastern** [1] - 134:6
**EASTERN** [1] - 1:2
**easy** [1] - 131:17
**economic** [1] - 16:14
**Ed** [1] - 32:14
**Eddie** [1] - 6:22
**Eddy** [1] - 88:16
**education** [5] - 27:7,
27:8, 28:23, 29:7,
112:14
**Edward** [2] - 5:13,
10:4
**Edwards** [1] - 26:24
**effect** [2] - 79:16,
79:24
**effort** [1] - 10:13
**efforts** [1] - 133:14
**eight** [5] - 24:11,
35:11, 68:20, 69:5,
70:19
**eighth** [1] - 72:2
**Eiselen** [2] - 14:4,
108:6
**EISELEN** [2] - 2:17,
14:3
**either** [8] - 9:5, 34:9,
48:20, 65:2, 88:12,
92:18, 100:11, 103:5
**Eldon** [1] - 6:1
**ELDON** [1] - 1:12
**electronic** [1] - 19:2
**electronics** [1] - 54:1
**elemental** [1] - 113:2

**elephant** [3] - 93:4,
114:13, 114:14
**Eleven** [1] - 58:17
**Ellis** [1] - 21:1
**elsewhere** [1] - 12:15
**embarrassing** [1] -
34:13
**emit** [2] - 90:19
**emits** [3] - 7:10, 37:22,
90:8
**emphasis** [1] - 94:17
**employed** [1] - 108:5
**employee** [4] - 26:5,
118:22, 121:6,
126:16
**employees** [3] - 33:14,
105:9, 120:25
**employer** [1] - 66:18
**enable** [1] - 9:3
**end** [11] - 42:4, 43:5,
51:6, 68:20, 73:7,
82:4, 88:7, 91:15,
99:10, 114:6, 132:6
**ENERGY** [1] - 1:22
**engage** [5] - 73:13,
73:19, 74:13
**engineer** [2] - 30:14,
57:11
**England** [3] - 69:18,
70:6, 70:22
**English** [1] - 105:20
**enormous** [1] - 70:21
**ensues** [1] - 126:7
**entered** [1] - 113:5
**Entergy** [3] - 23:15,
46:22, 46:23
**entering** [1] - 45:2
**Enterprises** [1] -
30:15
**enters** [1] - 86:11
**entire** [7] - 84:25,
108:25, 109:6,
109:8, 109:11,
115:18, 126:8
**entirely** [2] - 88:19,
101:19
**entitled** [5] - 34:16,
79:15, 81:1, 82:23,
134:9
**entity** [1] - 88:25
**environment** [1] -
12:20
**Environmental** [1] -
128:17
**equal** [1] - 94:17
**equally** [1] - 73:12
**equipment** [2] - 16:1,
52:21
**ERIC** [1] - 3:4
**Erwin** [1] - 25:15

**ESQUIRE** [13] - 1:18,
1:18, 1:22, 2:3, 2:4,
2:7, 2:11, 2:16, 2:16,
2:17, 2:21, 3:4, 3:4
**essentially** [2] - 97:15,
130:25
**established** [1] - 96:3
**estate** [4] - 28:23,
29:17, 29:18, 29:19
**etcetera** [1] - 102:20
**ethical** [1] - 109:7
**Europe** [1] - 101:13
**event** [1] - 81:14
**events** [2] - 81:13,
81:14
**evidence** [75] - 8:14,
11:14, 11:15, 12:8,
12:21, 12:22, 18:6,
39:22, 40:21, 41:12,
72:17, 75:8, 76:1,
76:14, 77:6, 77:7,
77:11, 77:20, 77:21,
77:22, 77:23, 77:25,
78:3, 78:4, 78:7,
78:8, 79:1, 79:3,
79:5, 79:13, 79:18,
79:20, 79:23, 79:25,
80:5, 80:7, 80:12,
80:15, 80:17, 80:19,
80:24, 81:5, 81:11,
81:16, 81:17, 81:18,
81:19, 81:22, 81:23,
82:5, 82:19, 85:4,
85:5, 85:9, 90:1,
90:23, 92:14, 94:20,
95:6, 99:18, 99:22,
100:1, 100:9,
102:18, 104:1,
104:23, 107:4,
107:21, 133:2,
133:6, 133:8
**Evidence** [2] - 79:21,
85:10
**exact** [2] - 117:24,
128:19
**exactly** [1] - 127:13
**examination** [1] - 8:20
**examine** [1] - 12:22,
76:7
**example** [3] - 52:20,
92:5, 96:17
**excellent** [1] - 15:3
**except** [3] - 109:17,
109:20, 125:23
**exception** [1] - 104:5
**exclude** [2] - 69:7,
87:8
**excluded** [1] - 86:1
**excuse** [8] - 62:12,
62:13, 63:24, 67:3,

69:8, 69:11, 69:14,
71:1
**excused** [4] - 9:4,
62:7, 62:8, 62:10
**executive** [2] - 88:24,
129:1
**executives** [1] -
107:13
**exemplary** [2] - 64:9,
64:20
**exercise** [2] - 9:19,
101:10
**exhaust** [1] - 50:19
**exhibit** [1] - 80:20
**Exhibit** [1] - 83:24
**exhibits** [5] - 79:4,
80:3, 80:19, 132:17,
132:21
**exist** [2] - 37:15, 105:3
**existed** [1] - 112:8
**existence** [3] - 81:10,
91:22, 106:10
**expect** [4] - 73:3, 77:6,
96:9, 130:13
**expected** [2] - 9:11,
31:19
**expended** [1] - 10:14
**experience** [13] -
13:12, 35:16, 35:20,
46:18, 46:23, 70:20,
71:5, 82:2, 92:25,
93:4, 95:18, 129:21,
129:22
**experiences** [2] -
10:23, 10:24
**expert** [25] - 32:21,
33:8, 33:9, 85:18,
87:8, 87:12, 95:16,
95:22, 96:14, 97:2,
98:5, 98:6, 98:9,
98:21, 100:11,
100:22, 105:7,
106:12, 129:11,
130:7, 130:8,
130:14, 130:15
**expertise** [1] - 99:21
**experts** [7] - 32:20,
87:10, 87:11, 87:12,
95:12, 95:13, 98:25
**explain** [4] - 12:2,
38:7, 108:4, 130:15
**explained** [2] - 43:19,
75:22
**explanation** [2] -
77:10, 77:16
**exploded** [1] - 126:9
**Exploration** [1] -
54:23
**express** [1] - 83:1
**expressed** [1] - 74:9

**extensive** [6] - 10:10,
38:23, 51:8, 89:9,
89:20, 129:24
**extent** [4] - 8:1, 51:12,
84:14
**Exterior** [100] - 5:14,
5:15, 5:17, 5:18,
6:25, 10:6, 31:21,
33:13, 43:13, 50:6,
50:9, 50:14, 50:16,
67:23, 68:9, 88:20,
89:6, 89:11, 89:21,
90:2, 92:4, 92:15,
92:25, 93:5, 93:11,
93:14, 93:15, 93:16,
93:22, 94:1, 94:3,
94:5, 94:10, 94:13,
94:23, 95:14, 96:3,
96:15, 97:3, 98:12,
98:22, 99:14, 99:20,
99:23, 100:2,
100:23, 100:25,
101:16, 101:18,
101:24, 102:7,
102:11, 102:18,
103:4, 103:7,
103:14, 103:22,
105:17, 107:9,
108:7, 108:18,
108:24, 109:4,
109:12, 111:9,
111:10, 111:14,
112:4, 113:18,
115:13, 116:11,
117:18, 117:21,
118:1, 119:4, 119:8,
119:12, 119:13,
119:24, 121:7,
122:7, 123:5, 123:8,
124:11, 125:3,
125:8, 125:9,
125:12, 125:17,
125:18, 126:12,
126:25, 127:12,
127:17, 128:1,
129:13, 130:11,
132:7, 132:23, 133:9
**EXTERIOR** [1] - 2:14
**Exterior's** [1] - 121:15
**extra** [2] - 44:13, 44:17
**extremely** [1] - 73:5
**eye** [2] - 16:11
**eyes** [1] - 26:7

**F**

**fabrication** [3] - 27:15,
36:9, 36:12
**face** [2] - 6:9, 45:23
**Facebook** [2] - 65:6,

65:7
**Faciane** [1] - 54:7
**facilitates** [1] - 89:1
**facilities** [3] - 58:20, 58:24, 63:2
**fact** [36] - 14:24, 32:5, 39:18, 42:14, 43:24, 44:6, 44:18, 50:7, 50:20, 60:17, 60:18, 68:9, 81:6, 81:10, 81:12, 81:14, 81:15, 92:8, 92:16, 103:14, 109:2, 109:17, 114:9, 116:8, 118:20, 118:21, 119:22, 120:20, 122:16, 123:9, 123:18, 127:23, 129:1, 129:23, 130:1, 131:24
**factories** [1] - 91:4
**factory** [3] - 96:7, 96:10, 106:3
**facts** [23] - 11:16, 15:22, 16:5, 18:6, 18:7, 79:1, 79:12, 79:18, 80:13, 80:14, 80:20, 81:8, 81:12, 81:13, 81:25, 83:2, 86:1, 89:24, 90:21, 115:3, 115:4, 129:16, 132:15
**failed** [2] - 96:3, 101:10
**fails** [1] - 11:17
**fair** [14] - 8:9, 14:25, 18:7, 32:6, 48:20, 60:24, 65:12, 65:14, 65:17, 67:5, 67:25, 68:11, 68:13, 68:14
**Fairgrounds** [3] - 20:25, 21:3, 21:6
**fairly** [2] - 44:1, 73:7
**faith** [2] - 132:22, 133:10
**FALLON** [1] - 1:12
**Fallon** [1] - 6:1
**false** [1] - 9:16
**familiar** [4] - 14:17, 57:9, 57:14, 59:2
**families** [4] - 6:22, 34:2, 73:16, 89:2
**family** [12] - 21:12, 32:1, 32:2, 33:21, 33:25, 54:10, 57:6, 64:11, 74:17, 74:25, 103:6, 131:4
**family-owned** [1] - 57:6
**fan** [1] - 65:6

**far** [10] - 20:3, 20:4, 39:19, 62:13, 64:1, 64:2, 65:2, 71:11, 102:24, 103:21
**Farm** [2] - 24:24, 35:4
**fascination** [1] - 129:12
**fashion** [1] - 6:10
**fault** [1] - 43:18
**favor** [3] - 8:11, 118:11, 132:7
**favorite** [2] - 100:6, 131:14
**fax** [3] - 106:20, 106:21, 106:22
**FDA** [1] - 105:2
**fear** [1] - 8:11
**February** [1] - 106:23
**fed** [1] - 131:19
**federal** [1] - 69:24
**feed** [2] - 29:11, 56:1
**feelings** [3] - 11:25, 61:11, 80:10
**fell** [2] - 89:13, 92:8
**fellow** [1] - 73:1
**female** [1] - 69:12
**few** [11] - 11:5, 36:22, 45:11, 60:16, 60:24, 61:20, 108:2, 109:18, 109:20, 131:16
**field** [6] - 18:4, 18:5, 35:17, 59:15, 61:5, 130:8
**fifth** [1] - 71:24
**figure** [2] - 112:7, 131:9
**figured** [1] - 112:20
**fill** [3] - 28:4, 28:5, 34:1
**fill-in** [1] - 28:5
**filled** [3] - 10:10, 28:1, 61:20
**final** [3] - 72:2, 78:19, 78:21
**finally** [9] - 40:2, 76:13, 77:22, 78:12, 89:16, 90:16, 97:19, 106:19, 123:25
**financial** [4] - 28:21, 28:22, 29:3, 60:10
**Financial** [1] - 28:21
**financially** [1] - 96:20
**Fine** [1] - 98:17
**fine** [1] - 63:20
**finger** [1] - 131:18
**finished** [4] - 69:3, 92:6, 124:4
**Finland** [1] - 58:12
**Fire** [2] - 19:1, 26:15

**fire** [1] - 19:2, 50:18
**fired** [1] - 97:20
**firehouse** [1] - 26:22
**FIRM** [1] - 2:10
**firm** [11] - 13:16, 13:18, 13:20, 13:24, 14:6, 14:9, 30:6, 36:15, 36:18, 41:9, 49:4
**firmly** [1] - 11:25
**firms** [1] - 14:12
**First** [1] - 21:15
**first** [45] - 6:3, 11:6, 11:11, 16:20, 22:19, 31:10, 31:22, 34:1, 34:3, 34:5, 41:5, 41:6, 43:2, 43:3, 45:12, 45:19, 46:12, 48:8, 51:4, 55:18, 56:3, 57:19, 60:8, 62:3, 67:16, 68:18, 69:8, 71:21, 77:3, 84:8, 86:18, 92:25, 93:4, 93:12, 97:10, 108:12, 108:14, 108:21, 111:23, 111:25, 115:23, 118:12, 119:10, 126:3, 126:18
**fit** [2] - 7:20, 90:13
**fits** [1] - 53:7
**five** [9] - 19:23, 20:21, 23:22, 27:19, 36:22, 98:3, 98:18, 106:2, 131:4
**five-step** [1] - 98:3
**flag** [1] - 101:18, 102:6, 102:10, 102:23, 103:4, 105:4, 106:1, 106:18, 106:25, 110:1
**Flag** [8] - 103:23, 104:21, 106:3, 106:7, 106:16, 106:19
**flags** [3] - 101:16, 101:17, 114:8
**Fleet** [1] - 27:3
**Florida** [1] - 115:12, 124:13, 124:14, 124:18, 125:6, 125:7
**fly** [1] - 23:9
**Fly** [1] - 127:14, 127:16
**foaming** [1] - 113:23
**focus** [6] - 8:4, 45:12, 90:1, 94:7, 94:19, 95:6
**focusing** [1] - 37:17

**folks** [4] - 13:17, 24:18, 68:17, 75:25
**follow** [6] - 11:23, 12:16, 47:24, 76:11, 78:16, 98:8
**follow-up** [1] - 47:24
**followed** [3] - 96:9, 99:6, 100:22
**following** [1] - 11:8, 32:18, 67:24, 74:23, 77:2, 77:13, 80:18
**food** [2] - 29:10, 30:16
**foods** [1] - 105:2
**foot** [1] - 53:7
**FOR** [3] - 1:17, 2:14, 2:20
**force** [1] - 30:17
**foregoing** [1] - 134:7
**foreign** [3] - 56:7, 56:14, 110:25
**Foret** [4] - 28:20, 44:24, 59:22, 62:13
**forget** [2] - 49:5, 103:17
**form** [7] - 45:15, 50:5, 61:19, 66:12, 67:4, 71:16, 83:1
**former** [1] - 70:9
**forms** [2] - 21:6, 44:8
**Fortay** [1] - 59:21
**forthcoming** [1] - 42:21
**forward** [1] - 83:5
**forwarder** [1] - 100:16
**forwarding** [2] - 100:13, 118:18
**Foster** [8] - 22:4, 29:15, 45:15, 46:11, 47:5, 47:24, 56:11, 71:23
**four** [11] - 6:20, 94:16, 98:4, 98:19, 98:20, 98:22, 101:11, 104:10, 123:14, 129:8, 131:11
**four-step** [1] - 98:4
**Fournier** [1] - 33:12
**fourth** [2] - 71:24, 77:25
**frame** [6] - 8:25, 17:22, 17:23, 18:1, 42:11, 42:18
**Franklinton** [1] - 25:11
**fraternity** [2] - 48:9, 48:11
**free** [4] - 118:15, 122:19, 123:23, 128:7
**freelance** [2] - 28:1,

28:6
**freight** [3] - 100:13, 100:16, 118:18
**frequently** [1] - 70:17
**friend** [4] - 48:5, 48:8, 48:22, 48:23
**friends** [3] - 28:2, 74:25, 110:8
**full** [3] - 43:6, 127:9, 127:18
**functions** [1] - 71:5
**fundamental** [3] - 90:25, 91:18, 103:3
**fundamentally** [1] - 91:16
**funny** [2] - 128:5, 132:14
**furthermore** [1] - 73:25

**G**

**Gain** [4] - 53:3, 53:10, 53:14, 54:7
**GAINSBURGH** [1] - 1:21
**Gainsburgh** [1] - 13:16
**Galleon** [1] - 33:14
**gallery** [1] - 53:12
**GALLOWAY** [1] - 2:15
**Galloway** [3] - 13:25, 14:2, 14:4
**Gambel** [3] - 33:18, 33:19, 33:21
**games** [1] - 48:13
**Garcia** [1] - 32:17
**Gary** [1] - 33:15
**gas** [1] - 55:14
**gases** [3] - 7:10, 37:22, 113:3
**gasses** [2] - 90:8, 90:19
**gassing** [4] - 90:24, 91:23, 126:4, 133:4
**gathered** [1] - 96:16
**gathering** [1] - 95:8
**GEARY** [1] - 108:22
**Geary** [13] - 31:20, 31:21, 31:24, 32:1, 32:2, 32:11, 101:2, 102:22, 103:18, 108:23, 108:24, 122:23
**general** [12] - 9:13, 12:6, 18:18, 19:3, 25:18, 34:9, 36:23, 51:4, 85:21, 85:22, 85:25, 129:22

**generators** [1] - 55:15
**gentleman** [6] - 33:5, 33:6, 33:10, 33:11, 33:16
**gentlemen** [25] - 5:9, 5:25, 6:7, 7:17, 8:8, 8:16, 10:9, 11:11, 13:23, 14:11, 15:23, 32:21, 40:3, 42:9, 74:8, 78:25, 82:7, 82:15, 88:1, 92:17, 96:2, 100:24, 106:21, 107:19, 126:14
**George** [1] - 13:19
**GEORGE** [2] - 2:4, 13:19
**GERALD** [1] - 1:22
**germ** [1] - 76:10
**Germany** [2] - 117:1, 124:22
**Gerry** [4] - 13:15, 15:16, 15:20, 65:16
**Giroir** [2] - 23:24, 49:9
**given** [14] - 8:15, 9:21, 61:6, 71:4, 71:5, 72:17, 76:16, 78:18, 81:9, 82:10, 87:16, 87:18, 96:6, 97:7
**glad** [1] - 25:7
**glossed** [1] - 121:22
**gloves** [1] - 45:23
**go-to** [1] - 25:8
**goals** [1] - 28:22
**God** [2] - 10:7, 72:18
**goggles** [1] - 45:24
**goods** [4] - 51:10, 51:11, 58:2, 85:20
**Google** [1] - 75:21
**gouging** [1] - 118:2
**governed** [1] - 79:20
**government** [5] - 6:8, 6:9, 104:22, 104:23, 104:25
**government-owned** [1] - 104:22
**gradually** [1] - 89:14
**grammar** [6] - 14:18, 14:24, 15:3, 15:17, 64:17, 64:18
**grandchildren** [1] - 27:19
**Grau** [3] - 14:1, 40:16, 108:6
**GRAU** [60] - 2:16, 14:1, 40:17, 41:2, 41:4, 41:8, 41:11, 41:14, 42:25, 44:5, 44:11, 45:3, 45:6, 46:1, 46:4, 46:8,

46:12, 46:17, 46:21, 46:23, 47:2, 47:5, 47:8, 47:10, 47:13, 47:17, 47:20, 47:23, 48:3, 48:5, 48:8, 48:11, 48:17, 48:22, 48:25, 49:2, 49:4, 49:6, 49:8, 49:11, 49:14, 49:17, 49:19, 49:22, 49:24, 50:2, 50:4, 50:9, 50:11, 50:13, 50:20, 50:24, 51:2, 66:4, 66:9, 66:12, 67:16, 67:18, 68:2, 71:14
**gravamen** [1] - 51:14
**Grease** [1] - 26:11
**great** [4] - 72:24, 107:16, 127:7, 127:9
**greater** [2] - 82:23, 103:1
**Greenberg** [1] - 25:13
**greet** [2] - 74:19, 74:20
**grew** [2] - 65:1, 131:4
**Gross** [7] - 5:18, 6:23, 10:6, 32:14, 33:12, 89:8
**Grosses** [1] - 89:11
**group** [5] - 12:18, 21:15, 45:13, 54:25, 95:2
**groups** [1] - 21:11
**growing** [1] - 64:11
**grown** [1] - 109:15
**growth** [1] - 109:16
**guarantee** [1] - 96:18
**Guess** [1] - 117:10
**guess** [2] - 51:14, 104:25
**guesswork** [1] - 79:2
**Guglielmo** [1] - 35:1
**Gulf** [4] - 109:11, 109:16, 118:7, 119:14
**Gulfport** [1] - 56:24
**guy** [3] - 25:8, 97:15, 100:14
**guys** [2] - 31:6, 109:3
**gypsum** [17] - 91:6, 91:9, 91:12, 91:16, 91:19, 92:11, 92:19, 93:8, 95:2, 96:24, 97:22, 97:25, 99:15, 100:3, 100:4, 115:8, 130:15
**Gypsum** [3] - 115:7, 117:21, 117:23

## H

**Habitat** [20] - 5:15, 6:22, 10:5, 32:15, 32:16, 44:15, 88:22, 88:23, 92:5, 127:7, 127:8, 127:10, 127:15, 127:18, 128:1, 128:15, 128:24, 129:2
**habitat** [1] - 88:24
**hair** [1] - 69:16
**Halbach** [2] - 32:19
**half** [8] - 21:2, 22:19, 45:12, 47:9, 63:19, 120:4, 121:3, 128:6
**half-inch** [2] - 120:4, 121:3
**hand** [13] - 11:9, 13:3, 13:4, 13:5, 13:6, 14:13, 36:24, 37:2, 37:18, 44:3, 82:12, 93:23
**handle** [4] - 25:25, 34:5, 41:7, 108:8
**handled** [1] - 47:25
**handling** [4] - 25:17, 35:20, 49:17, 121:7
**hands** [2] - 9:25, 72:14
**handwritten** [1] - 31:7
**hang** [2] - 113:24, 114:4
**Hans** [1] - 32:19
**happy** [2] - 76:25, 103:19
**Harahan** [1] - 30:14
**hard** [1] - 114:2
**harder** [1] - 114:17
**Harris** [9] - 24:9, 41:2, 50:4, 53:9, 67:21, 68:4, 68:6, 68:7, 72:1
**harsh** [1] - 54:4
**hate** [1] - 66:25
**Hay** [1] - 89:8
**head** [1] - 17:5
**headquarters** [2] - 88:25, 109:19
**Health** [1] - 24:1
**health** [1] - 25:18
**hear** [52] - 7:7, 8:12, 39:22, 40:11, 40:15, 43:4, 43:6, 43:7, 60:18, 74:4, 75:5, 75:7, 75:19, 81:24, 86:17, 87:13, 87:25, 88:5, 92:13, 92:21, 97:14, 98:25,

100:15, 102:17, 102:21, 104:1, 104:23, 105:15, 107:4, 107:22, 108:16, 110:9, 110:14, 110:18, 111:24, 112:11, 113:11, 113:20, 114:10, 120:24, 122:23, 124:16, 124:19, 125:20, 125:21, 126:11, 129:10, 130:7, 130:14, 132:16, 133:5
**heard** [13] - 11:20, 16:1, 22:23, 37:21, 54:15, 65:18, 67:8, 69:9, 95:3, 108:12, 112:19, 132:13, 132:18
**HEARD** [1] - 1:12
**hearing** [1] - 132:15
**heart** [3] - 20:10, 28:14, 42:24
**hearts** [1] - 26:7
**heat** [1] - 52:4
**heavier** [1] - 113:19
**heaviness** [3] - 113:15, 114:7, 114:25
**heavy** [7] - 42:23, 93:9, 102:8, 113:12, 114:15, 120:21, 121:5
**Heider** [8] - 33:11, 116:16, 116:17, 116:18, 117:9, 117:25
**held** [6] - 25:3, 30:25, 38:2, 38:18, 62:1, 71:9
**Helen** [4] - 24:9, 53:9, 68:6, 72:1
**Helena** [1] - 25:12
**hello** [2] - 68:7, 74:9
**help** [13] - 10:7, 25:4, 25:7, 28:2, 28:22, 30:16, 41:12, 47:15, 54:16, 54:18, 54:19, 55:4, 72:18
**helped** [4] - 40:25, 55:20, 59:8, 72:8
**helpful** [3] - 10:15, 10:23, 11:1
**helping** [1] - 47:14
**hereby** [1] - 134:6
**HERMAN** [3] - 1:17, 1:18
**herring** [1] - 113:14

**herself** [2] - 66:15, 112:13
**Hi** [1] - 108:22
**hi** [1] - 27:25
**high** [10] - 14:17, 15:3, 15:16, 15:18, 27:6, 42:13, 55:21, 64:11, 64:25, 109:7
**higher** [1] - 112:25
**himself** [1] - 102:22
**hire** [2] - 128:16, 128:18
**hired** [7] - 41:12, 47:1, 110:5, 110:15, 118:17, 124:24
**hiring** [1] - 96:5
**Hispanic** [1] - 69:13
**historians** [1] - 69:3
**history** [4] - 44:25, 69:22, 101:1, 103:8
**hold** [11] - 13:3, 38:4, 41:20, 42:2, 42:4, 42:5, 42:20, 54:14, 74:18, 111:21, 121:20
**holding** [2] - 42:10, 42:21
**Holy** [1] - 64:12
**Home** [2] - 23:5, 111:16
**home** [22] - 27:19, 27:22, 43:25, 48:15, 50:2, 50:3, 53:2, 53:14, 59:24, 60:11, 75:21, 88:19, 88:21, 89:4, 89:9, 89:12, 89:14, 89:21, 113:4, 114:24, 131:12
**homebuilder** [1] - 109:12
**homeless** [1] - 62:18
**homeowner** [3] - 88:17, 89:17, 125:16
**homeowners** [6] - 36:20, 43:22, 44:6, 89:8, 92:22, 113:9
**homes** [17] - 6:20, 7:20, 7:22, 8:2, 89:2, 90:8, 90:9, 90:12, 90:18, 92:7, 92:23, 94:7, 108:19, 113:8, 113:24, 127:20, 127:23
**honest** [1] - 67:10
**Honor** [24] - 5:22, 5:24, 20:13, 22:3, 23:2, 24:8, 24:21, 25:1, 28:19, 30:12, 30:22, 32:8, 44:11, 49:8, 51:2, 59:12,

61:22, 63:24, 67:18, 83:13, 83:22, 85:16, 87:8, 130:22
**HONORABLE** [1] - 1:12
**honored** [3] - 8:20, 11:24, 12:16
**hoops** [1] - 129:15
**hope** [2] - 6:17, 42:24
**hopefully** [1] - 71:4
**horse** [1] - 24:23
**hospital** [1] - 28:14
**Hospital** [2] - 21:13, 25:13
**Hotel** [1] - 22:5
**Houma** [2] - 21:22, 56:1
**hour** [2] - 41:18, 41:25
**hours** [2] - 41:18, 42:1
**House** [1] - 32:16
**house** [8] - 60:1, 60:2, 62:23, 89:13, 89:19, 124:21, 125:17, 131:6
**household** [2] - 54:2, 54:19
**households** [1] - 60:1
**houses** [1] - 124:10
**HOUSTON** [1] - 2:22
**human** [1] - 82:2
**Humanities** [1] - 92:5
**Humanity** [12] - 5:15, 6:22, 10:5, 44:15, 88:23, 127:7, 127:8, 127:15, 128:16, 129:2
**hundred** [3] - 91:20, 127:16, 127:17
**hundreds** [2] - 76:5
**Hurricane** [11] - 21:25, 38:23, 44:7, 44:8, 44:13, 55:11, 88:4, 93:20, 101:5, 115:4, 115:5
**husband** [1] - 89:18

**I**

**I-10** [1] - 109:24
**ICU** [1] - 19:21
**idea** [4] - 35:8, 36:2, 36:3, 133:3
**ideation** [1] - 66:23
**identification** [1] - 103:24
**identified** [3] - 73:10, 73:17, 73:18
**ignore** [2] - 80:7, 118:20

**ignored** [3] - 81:18, 101:16, 123:2
**ignores** [6] - 129:16, 129:23, 130:1, 130:4, 130:5
**ignoring** [1] - 88:2
**illegal** [1] - 69:10
**illustra** [1] - 104:25
**imagining** [1] - 41:1
**immediately** [4] - 65:8, 73:21, 74:5, 126:6
**Impact** [1] - 24:14
**impartial** [6] - 8:10, 14:25, 32:6, 67:5, 68:11
**impartiality** [2] - 8:17, 8:21
**impartially** [1] - 73:7
**Implement** [1] - 100:6
**implement** [1] - 100:7
**implementations** [1] - 23:4
**implemented** [1] - 107:16
**implied** [1] - 84:22
**import** [2] - 102:20, 114:11
**important** [10] - 34:18, 74:18, 89:25, 90:5, 90:21, 91:16, 102:23, 107:3, 120:19, 123:1
**importantly** [3] - 92:19, 93:4, 110:8
**importation** [1] - 58:2
**imported** [14] - 93:2, 93:6, 93:15, 93:19, 94:1, 102:8, 102:13, 114:3, 115:24, 116:4, 116:6, 117:5, 121:5, 124:2
**importers** [1] - 113:6
**importing** [2] - 85:18, 92:25
**impose** [1] - 66:25
**impression** [1] - 82:24
**improbability** [1] - 79:12
**improving** [1] - 25:5
**IN** [1] - 1:5
**inch** [2] - 120:4, 121:3
**incidentally** [1] - 127:13
**inclination** [1] - 79:10
**include** [2] - 31:8, 89:3
**included** [1] - 96:11
**includes** [1] - 74:24
**including** [5] - 64:1,

73:15, 94:24, 116:9, 118:7
**income** [1] - 89:2
**incorrectly** [1] - 107:17
**increase** [1] - 93:21
**independent** [3] - 25:16, 82:19, 82:20
**Indiana** [2] - 103:8, 103:15
**indicate** [2] - 80:13, 133:6
**indicated** [10] - 32:12, 45:16, 46:18, 48:5, 48:22, 50:5, 50:15, 61:16, 66:12, 67:4
**indication** [1] - 108:10
**individual** [4] - 21:11, 21:12, 66:21, 66:24
**individuals** [3] - 14:11, 32:18, 89:2
**Indonesia** [2] - 93:3, 114:11
**indulge** [1] - 79:2
**Industries** [2] - 27:13, 27:14
**industry** [13] - 22:17, 40:5, 46:19, 46:24, 91:20, 91:22, 95:2, 95:13, 96:3, 96:17, 96:19, 96:23, 105:12
**INEX** [20] - 6:25, 7:4, 7:5, 7:8, 7:12, 7:13, 7:14, 8:5, 8:6, 31:2, 68:13, 85:4, 90:2, 127:3, 128:6, 128:12, 128:19, 130:17, 130:24
**INEX's** [1] - 7:1
**inferences** [2] - 78:7, 82:1
**influence** [1] - 50:21
**influenced** [2] - 80:9, 82:22
**information** [4] - 12:25, 69:9, 76:9, 117:11
**Inn** [1] - 63:11
**innocent** [1] - 43:22
**input** [1] - 78:21
**inquiry** [3] - 8:18, 13:9
**inside** [1] - 73:2
**insidious** [1] - 87:2
**inspect** [5] - 85:20, 118:24, 128:12, 129:17, 129:18
**inspecting** [4] - 119:21, 119:25, 120:2, 123:13
**inspection** [6] - 89:12,

91:1, 122:20
**inspector** [1] - 100:16
**installation** [1] - 58:12
**installation-type** [1] - 58:12
**installed** [10] - 7:19, 7:22, 90:7, 90:12, 90:18, 92:22, 113:8, 113:9, 124:9, 124:10
**installers** [9] - 93:9, 102:8, 111:18, 113:7, 113:25, 114:4, 114:15, 121:4, 124:9
**installing** [3] - 35:20, 51:24, 114:16
**instance** [1] - 53:2
**instances** [2] - 60:6, 60:17
**Instead** [1] - 8:4
**institution** [1] - 70:13
**instruct** [3] - 78:12, 80:5, 81:19
**instructed** [2] - 76:15, 81:11
**instruction** [2] - 78:19, 78:21
**instructions** [6] - 74:23, 75:2, 78:14, 78:16, 78:17, 81:4
**instruments** [1] - 26:8
**Insulation** [4] - 33:11, 103:8, 103:15, 116:18
**insulation** [1] - 50:19
**Insurance** [7] - 5:14, 5:16, 5:17, 5:19, 10:7, 25:16, 49:11
**INSURANCE** [1] - 2:21
**insurance** [6] - 7:1, 25:18, 35:5, 49:3, 90:3, 132:10
**insuring** [1] - 123:19
**intelligent** [1] - 9:7
**intended** [4] - 7:21, 78:5, 80:13, 90:13
**intends** [1] - 77:12
**intensive** [1] - 19:21
**interest** [5] - 36:16, 55:17, 79:9, 96:25, 104:22
**interested** [1] - 70:9
**interesting** [7] - 70:12, 98:24, 101:23, 104:1, 108:13, 112:5, 125:2
**interestingly** [2] - 102:20, 124:12
**interfere** [6] - 14:25, 16:25, 32:5, 48:19,

48:21, 63:3
**Interior** [102] - 5:14, 5:15, 5:17, 5:18, 6:25, 10:6, 31:21, 33:13, 43:13, 50:6, 50:9, 50:14, 50:16, 67:23, 68:9, 88:20, 89:6, 89:11, 89:21, 90:2, 92:4, 92:15, 92:25, 93:5, 93:11, 93:14, 93:15, 93:16, 93:22, 94:1, 94:3, 94:5, 94:10, 94:13, 94:23, 95:14, 96:3, 96:15, 97:3, 98:12, 98:22, 99:14, 99:20, 99:23, 100:2, 100:23, 100:25, 101:16, 101:18, 101:24, 102:7, 102:11, 102:18, 103:4, 103:7, 103:14, 103:22, 105:17, 107:9, 108:7, 108:18, 108:24, 109:4, 109:12, 111:9, 111:10, 111:14, 112:4, 113:18, 115:13, 116:11, 117:18, 117:21, 118:1, 119:4, 119:8, 119:12, 119:13, 119:23, 121:7, 121:15, 122:7, 123:5, 123:8, 124:11, 125:3, 125:9, 125:12, 125:17, 125:18, 126:12, 126:25, 127:12, 127:17, 128:1, 129:13, 130:11, 132:7, 132:22, 132:23, 133:9
**INTERIOR** [1] - 2:14
**Internet** [2] - 13:10, 75:20
**introduce** [4] - 13:13, 31:4, 40:19, 77:20
**introduced** [1] - 40:18
**introduction** [1] - 77:11
**inventory** [2] - 94:15, 102:2
**investigate** [3] - 25:21, 39:2, 124:23
**invoiced** [4] - 88:20, 89:6, 89:11, 89:21
**invoices** [5] - 102:3,

102:19, 121:1,
121:2, 121:3
**involve** [1] - 23:6
**involved** [21] - 7:20,
7:22, 36:8, 36:15,
37:10, 37:18, 38:20,
47:17, 49:17, 49:19,
50:11, 58:1, 58:4,
59:8, 60:15, 61:1,
82:16, 94:6, 110:10,
110:11, 127:5
**involvement** [1] - 35:7
**involves** [2] - 6:20,
36:11
**involving** [1] - 40:1
**IQ** [1] - 66:14
**IRAs** [1] - 29:5
**Irons** [1] - 14:9
**IRONS** [1] - 2:21
**IRPINO** [2] - 2:10, 2:11
**Isabel** [2] - 33:7,
112:12
**ISO** [2] - 59:3, 59:7
**issue** [19] - 16:4,
16:21, 16:22, 17:4,
43:11, 60:12, 71:15,
75:23, 85:17, 111:9,
115:2, 118:10,
121:6, 122:1,
123:20, 125:1,
125:12, 132:24,
133:12
**issued** [1] - 84:2
**issues** [10] - 8:13,
44:1, 44:8, 44:18,
72:16, 85:3, 85:19,
108:8, 120:17,
128:22
**item** [1] - 81:19
**ITS** [1] - 19:1
**itself** [1] - 77:6

---

## J

**J.W** [4] - 100:14,
118:17, 118:19,
118:22
**jack** [1] - 56:12
**January** [10] - 47:21,
50:1, 93:25, 119:11,
121:1, 125:11,
125:18, 125:23,
125:25, 126:8
**Japan** [2] - 22:25,
59:18
**Japanese** [1] - 35:23
**Jefferson** [7] - 19:15,
19:16, 24:9, 26:12,
26:15, 26:16, 26:20

**Jeffrey** [1] - 26:10
**Jennifer** [2] - 24:22,
72:1
**Jersey** [1] - 59:20
**Jesuit** [2] - 64:13,
64:20
**Jim** [35] - 31:21,
31:24, 32:1, 32:10,
32:11, 32:16, 33:9,
43:12, 88:24, 96:14,
101:2, 108:21,
108:23, 109:4,
114:11, 115:13,
115:16, 115:22,
116:3, 116:5, 116:8,
116:14, 118:3,
121:10, 121:17,
122:23, 126:1,
126:6, 126:20,
126:21, 129:1,
130:8, 130:12
**JIM** [1] - 108:22
**job** [10] - 25:3, 42:14,
51:9, 51:10, 93:10,
99:5, 102:9, 127:3,
130:24, 130:25
**jobs** [1] - 127:1
**John** [9] - 20:15,
32:22, 33:6, 61:18,
62:18, 63:12, 63:13,
63:15
**Johnson** [3] - 13:25,
14:2, 14:4
**JOHNSON** [1] - 2:15
**joined** [1] - 72:16
**joking** [1] - 74:15
**Jones** [1] - 26:10
**Jose** [1] - 28:13
**Joseph** [3] - 33:17,
119:23, 123:11
**Journal** [2] - 126:2,
128:14
**JR** [1] - 2:16
**Jude** [1] - 30:13
**Judge** [9] - 32:12,
34:11, 41:14, 41:22,
42:19, 62:6, 68:2,
71:6, 86:21
**JUDGE** [1] - 1:13
**judge** [16] - 6:1, 15:13,
15:15, 18:9, 20:23,
31:1, 37:4, 43:11,
43:19, 45:12, 55:16,
63:20, 64:4, 79:18,
79:24
**judges** [4] - 70:15,
70:17, 79:17
**judicial** [2] - 81:12,
81:14
**judicially** [1] - 80:21

**Julio** [1] - 39:13
**July** [5] - 7:4, 47:21,
89:6, 94:4, 94:8
**jumped** [1] - 129:14
**June** [1] - 94:8
**juries** [1] - 70:11
**Juror** [36] - 18:17,
19:19, 20:14, 20:23,
21:11, 21:17, 22:12,
23:14, 23:25, 24:9,
25:2, 25:11, 26:5,
26:11, 26:15, 27:5,
27:17, 27:25, 28:20,
29:16, 30:13, 31:25,
36:6, 38:10, 38:13,
44:24, 45:4, 53:25,
54:6, 54:9, 54:22,
55:19, 59:5, 59:21,
68:6, 71:22
**JUROR** [232] - 14:16,
14:20, 14:22, 15:2,
15:6, 15:8, 15:10,
15:13, 15:15, 15:19,
16:17, 17:4, 17:9,
17:13, 18:25, 19:5,
19:7, 19:10, 19:12,
19:14, 19:19, 19:23,
19:25, 20:2, 20:4,
20:7, 20:12, 20:13,
20:19, 20:21, 20:23,
21:10, 21:17, 21:21,
21:24, 22:3, 22:10,
22:11, 22:16, 22:23,
23:2, 23:8, 23:12,
23:14, 23:21, 23:24,
24:5, 24:8, 24:13,
24:17, 24:21, 25:1,
25:10, 25:15, 25:23,
26:2, 26:4, 26:10,
26:14, 26:20, 26:23,
27:1, 27:5, 27:12,
27:17, 27:24, 27:25,
28:4, 28:10, 28:12,
28:17, 28:19, 29:1,
29:5, 29:9, 29:15,
29:20, 29:25, 30:3,
30:12, 31:24, 32:8,
33:20, 33:25, 34:4,
34:24, 35:1, 35:4,
35:8, 35:14, 35:18,
35:21, 35:24, 36:2,
36:5, 36:7, 36:10,
36:13, 36:18, 36:21,
38:6, 38:13, 39:11,
39:13, 40:25, 41:3,
41:6, 42:10, 44:24,
45:4, 45:18, 46:3,
46:6, 46:9, 46:14,
46:16, 46:20, 46:22,
46:25, 47:4, 47:7,

47:9, 47:11, 47:14,
47:19, 47:21, 48:2,
48:4, 48:7, 48:9,
48:13, 48:16, 48:18,
48:21, 48:24, 49:1,
49:3, 49:5, 49:10,
49:13, 49:16, 49:18,
49:21, 49:23, 49:25,
50:3, 50:8, 50:10,
50:12, 50:18, 50:22,
51:1, 51:8, 51:12,
51:17, 51:20, 51:23,
52:2, 52:7, 52:10,
52:12, 52:16, 52:18,
53:6, 53:9, 53:13,
53:20, 53:25, 54:6,
54:9, 54:22, 55:3,
55:7, 55:9, 55:14,
55:19, 55:23, 55:25,
56:5, 56:8, 56:11,
56:16, 56:18, 56:20,
56:23, 57:2, 57:5,
57:11, 57:16, 57:19,
57:24, 58:3, 58:7,
58:10, 58:11, 58:15,
58:17, 58:22, 59:4,
59:6, 59:16, 59:19,
59:22, 59:25, 60:4,
60:7, 60:20, 60:22,
61:2, 61:7, 61:18,
61:21, 62:25, 63:4,
63:6, 63:10, 63:14,
63:19, 64:10, 64:19,
64:25, 65:4, 65:13,
65:17, 66:8, 66:14,
66:20, 67:7, 67:14,
68:6, 68:12, 68:15
**juror** [34] - 8:24, 9:12,
9:17, 10:4, 12:7,
14:25, 16:25, 27:1,
29:9, 32:6, 34:15,
34:19, 55:3, 55:7,
58:16, 62:21, 63:22,
64:8, 65:22, 66:5,
67:15, 68:5, 68:16,
71:21, 71:22, 71:23,
71:24, 71:25, 72:1,
72:2, 73:20, 74:4,
82:24
**juror's** [2] - 8:17, 9:1
**jurors** [15] - 6:14,
8:21, 12:14, 34:9,
69:22, 70:9, 72:10,
72:22, 72:23, 73:1,
73:13, 73:22, 74:11,
82:22, 90:1
**Jurors** [1] - 14:8
**Jury** [5] - 31:14, 69:1,
86:12, 86:24, 87:15
**JURY** [2] - 1:12, 4:5

**jury** [36] - 5:25, 7:17,
8:1, 8:10, 8:15, 9:23,
10:10, 10:11, 11:16,
12:15, 13:9, 18:5,
18:15, 34:20, 42:9,
67:2, 69:4, 70:8,
71:1, 71:21, 72:5,
72:8, 72:13, 75:8,
76:19, 76:20, 78:23,
79:16, 79:17, 83:4,
83:6, 83:8, 83:9,
86:10, 86:13
**justice** [2] - 9:20, 73:7
**justified** [1] - 82:2

---

## K

**Katrina** [22] - 38:23,
39:1, 39:8, 43:16,
44:7, 44:8, 44:13,
54:13, 54:15, 54:20,
55:11, 88:4, 89:9,
89:19, 93:20, 101:5,
109:18, 109:20,
115:4, 115:5, 115:9,
116:3
**KATZ** [1] - 1:17
**KBW** [1] - 94:6
**Keenan** [1] - 21:1
**keep** [7] - 56:21,
65:20, 75:7, 120:19,
124:1, 128:25
**Keith** [1] - 33:12
**Kelly** [1] - 33:16
**Kentucky** [1] - 21:4
**kept** [3] - 102:2, 106:5,
131:20
**Kerry** [2] - 29:15, 47:5
**KEVIN** [1] - 2:21
**Kevin** [1] - 14:8
**kid** [1] - 35:13
**kids** [4] - 29:7, 29:11,
54:2, 54:3
**kind** [19] - 10:17,
13:11, 35:3, 49:2,
53:4, 53:7, 54:11,
70:5, 73:14, 74:8,
94:5, 101:10, 106:8,
119:4, 119:9,
121:22, 123:2,
127:24, 130:24
**Kinlaw** [2] - 25:10,
72:2
**Knauf** [56] - 33:7,
33:11, 88:12, 94:6,
102:13, 102:20,
103:7, 103:8,
103:15, 111:23,
111:25, 112:1,

112:3, 112:5,
112:12, 112:13,
112:15, 116:15,
116:17, 116:18,
116:22, 116:23,
116:24, 117:4,
117:6, 117:11,
117:17, 117:18,
117:22, 118:8,
118:10, 118:11,
118:13, 118:25,
119:10, 120:16,
121:5, 121:12,
121:13, 121:14,
121:19, 121:21,
121:22, 121:23,
121:24, 122:3,
123:13, 124:15,
124:18, 124:22,
124:24, 125:8,
126:6, 126:7, 129:23
**knocked** [2] - 16:12
**knowing** [2] - 111:10,
132:5
**knowledge** [7] -
15:21, 16:5, 16:18,
48:2, 60:5, 60:8,
84:3
**knowledgeable** [1] -
87:17
**known** [20] - 6:25,
7:13, 7:15, 7:23, 8:5,
8:19, 15:16, 31:25,
43:14, 57:10, 59:2,
84:23, 85:7, 90:15,
90:17, 91:10, 131:1,
132:5, 132:24,
133:11
**knows** [5] - 14:13,
31:22, 40:24, 64:5,
87:4
**KPT** [17] - 88:12,
88:19, 89:5, 90:7,
91:24, 94:1, 94:14,
94:16, 100:11,
100:14, 103:5,
103:11, 103:13,
103:17, 106:11,
111:24
**Kurt** [7] - 33:11,
116:16, 116:17,
116:18, 117:9,
117:25
**Kuwait** [1] - 49:25

## L

**L&W** [5] - 117:19,
117:20, 117:23,
121:15

**LA** [6] - 1:19, 1:23,
2:12, 2:18, 3:5, 3:10
**label** [2] - 54:11,
103:24
**labeled** [4] - 103:25,
122:14, 122:15,
122:16
**labeling** [2] - 104:4,
104:19
**labels** [2] - 45:16,
45:25
**laboratory** [4] - 12:19,
75:23, 76:1, 76:10
**ladies** [24] - 5:8, 5:25,
6:7, 7:17, 8:8, 8:16,
10:9, 11:11, 13:23,
14:10, 15:23, 32:20,
40:2, 42:8, 74:8,
78:25, 82:6, 82:15,
88:1, 92:16, 96:2,
100:24, 106:21,
107:19
**lady** [2] - 129:11
**Lafar** [1] - 24:23
**Lafarge** [1] - 116:10
**Lafayette** [1] - 46:6
**Lafitte** [2] - 27:13,
27:14
**Lafourche** [3] - 19:25,
21:18, 21:25
**lamp** [4] - 131:13,
131:14, 131:22,
131:25
**Landry** [1] - 38:14
**landscaping** [1] - 55:1
**languages** [1] - 84:18
**large** [1] - 131:4
**larger** [3] - 69:21,
70:11, 103:6
**largest** [2] - 22:24,
109:15
**last** [10] - 17:16, 27:3,
33:9, 60:24, 63:16,
64:24, 110:3,
124:10, 125:25,
130:10
**late** [7] - 42:15, 89:18,
93:20, 123:25,
124:12, 124:20,
129:1
**laughing** [1] - 74:15
**Laurie** [1] - 40:20
**law** [26] - 8:15, 8:16,
11:24, 12:2, 12:7,
12:9, 12:16, 13:16,
13:18, 13:20, 13:24,
14:6, 14:9, 18:8,
28:8, 28:9, 30:6,
35:3, 49:2, 72:17,
75:2, 75:6, 76:15,

78:13, 78:14, 79:21
**LAW** [1] - 2:10
**laws** [2] - 37:5, 37:7
**lawyer** [2] - 48:23,
110:7
**lawyers** [14] - 7:7,
10:24, 41:20, 42:2,
42:6, 70:15, 70:18,
74:19, 75:24, 77:7,
80:25, 81:5, 81:9,
126:7
**layers** [1] - 91:10
**lead** [1] - 61:11
**leading** [3] - 109:10,
116:24, 129:25
**leads** [1] - 11:16
**learn** [4] - 90:23,
91:21, 101:15,
107:14
**learned** [4] - 93:5,
99:12, 100:22,
112:22
**least** [2] - 62:24,
69:23, 83:14
**leave** [5] - 21:3, 45:13,
72:11, 131:3, 131:5
**leaves** [6] - 63:22,
65:22, 67:15, 68:16,
83:10, 85:3
**leaving** [1] - 49:25
**LeBlanc** [2] - 32:16,
89:3
**left** [2] - 46:6, 131:6
**legal** [4] - 9:9, 37:13,
87:23, 87:24
**legislative** [1] - 84:22
**lengthy** [1] - 82:8
**LEONARD** [1] - 1:18
**less** [2] - 39:2, 101:16
**lessen** [1] - 99:25
**lessons** [5] - 99:11,
99:14, 99:17, 99:20,
100:21
**letter** [4] - 66:17,
118:10, 118:12,
123:20
**level** [7] - 11:7, 18:3,
18:4, 36:3, 61:5,
98:15, 112:25
**levels** [2] - 113:2,
128:23
**Liability** [1] - 5:12
**LIABILITY** [1] - 1:6
**liability** [3] - 7:15,
37:5, 84:14
**liable** [1] - 7:13
**Liberty** [1] - 89:17
**library** [1] - 55:1
**life** [7] - 10:20, 10:25,
20:2, 20:3, 20:16,

26:12, 63:16
**lift** [1] - 114:4
**light** [3] - 11:15, 82:2,
89:24
**lighter** [2] - 113:22,
113:24
**likely** [3] - 11:17,
113:19
**likewise** [1] - 73:18
**limit** [1] - 13:12
**limitation** [1] - 87:17
**limited** [6] - 43:11,
81:18, 81:20, 81:21,
81:23, 81:24
**limits** [2] - 69:14,
87:16
**line** [3] - 92:24, 96:18,
103:18
**lingerie** [7] - 97:16,
97:17, 97:18, 97:22,
97:24, 99:15, 99:16
**list** [9] - 31:5, 31:7,
31:10, 97:6, 97:7,
97:9, 97:11, 117:10,
117:25
**listen** [1] - 43:9
**listened** [1] - 61:9
**listening** [1] - 132:20
**Litchfield** [1] - 30:6
**litigant** [3] - 17:20,
64:15, 64:16
**litigants** [2] - 74:12,
75:24
**litigation** [7] - 35:7,
36:17, 110:6,
112:23, 126:7,
126:9, 129:6
**Litigation** [1] - 5:12
**LITIGATION** [1] - 1:6
**live** [6] - 18:20, 22:20,
24:2, 24:9, 46:5,
48:17
**lived** [7] - 18:20,
18:21, 20:1, 20:15,
21:24, 26:11, 26:16
**lives** [2] - 66:15,
116:17
**living** [12] - 30:5,
61:17, 63:2, 63:9,
63:12, 63:13, 63:14,
63:15, 131:12,
131:21
**Lloyd** [2] - 23:14,
71:25
**load** [2] - 47:15,
100:18
**loaded** [3] - 110:17,
119:14, 124:8
**loading** [2] - 118:24,
119:16

**LOBMAN** [1] - 3:3
**Lobman** [1] - 14:6
**local** [7] - 39:1, 42:15,
58:23, 100:25,
117:9, 118:18,
128:17
**located** [1] - 115:7
**location** [1] - 19:13
**Loew's** [1] - 47:5
**logistics** [2] - 76:22,
100:17
**long-term** [1] - 129:24
**look** [15] - 18:6, 29:3,
53:15, 54:11, 64:2,
64:3, 75:22, 75:25,
76:1, 83:5, 95:8,
106:20, 110:2,
120:13, 123:14
**Look** [1] - 107:4
**looked** [2] - 17:23,
111:5
**looking** [11] - 110:19,
110:20, 110:22,
115:22, 120:1,
120:8, 121:20,
122:4, 123:17,
132:21
**Loop** [1] - 88:18
**Lori** [1] - 32:22
**lost** [1] - 46:7
**Lott** [1] - 17:13
**LOUISIANA** [2] - 1:2,
1:7
**Louisiana** [11] - 25:11,
26:6, 29:13, 46:5,
84:8, 84:11, 88:18,
93:13, 93:17, 134:5,
134:6
**Loup** [3] - 23:14,
46:17, 71:25
**Love** [1] - 35:2
**low** [2] - 89:2, 107:15
**low-cost** [1] - 107:15
**Lowe's** [4] - 47:8,
47:18, 47:20, 111:17
**loyal** [1] - 109:17
**LP** [1] - 2:15
**LRAC** [1] - 29:21
**LSU** [1] - 48:13
**Lucas** [1] - 39:13
**Lumber** [2] - 93:13,
93:17
**luncheon** [1] - 133:17
**LUNCHEON** [1] - 4:9

## M

**ma'am** [10] - 17:3,
17:8, 45:6, 52:15,

52:24, 53:8, 53:19, 54:5, 55:2, 55:6
**Madisonville** [1] - 88:18
**MAGAZINE** [1] - 2:11
**magic** [2] - 69:25, 70:2
**main** [4] - 16:20, 99:10, 107:14, 115:8
**maintain** [3] - 57:3, 57:4, 57:5
**Major** [1] - 88:16
**major** [3] - 23:5, 38:25, 57:24
**majority** [1] - 94:13
**male** [1] - 69:11
**manage** [2] - 19:2, 19:7
**management** [1] - 25:5
**manager** [4] - 21:22, 24:22, 24:23, 126:21
**managers** [1] - 119:23
**managing** [1] - 30:6
**Mandeville** [2] - 22:20, 109:19
**Mann** [9] - 15:15, 30:3, 30:7, 31:25, 33:22, 36:14, 40:23, 55:9, 64:1
**manner** [2] - 36:19, 73:5
**manu** [1] - 117:17
**manufacture** [5] - 51:11, 111:19, 116:25, 117:2, 117:17
**MANUFACTURED** [1] - 1:5
**manufactured** [15] - 6:21, 37:20, 39:17, 48:1, 51:16, 52:6, 59:19, 88:12, 90:7, 111:4, 116:19, 117:7, 118:16, 122:18, 123:22
**Manufactured** [1] - 5:11
**manufacturer** [12] - 45:9, 56:7, 61:12, 91:8, 103:22, 103:24, 104:7, 104:18, 113:6, 117:1, 126:18, 126:19
**manufacturer's** [1] - 127:2
**manufacturers** [24] - 7:6, 37:6, 37:10, 37:16, 37:18, 43:19, 95:1, 96:4, 101:19,

101:22, 110:25, 111:15, 113:21, 113:23, 115:8, 115:13, 115:17, 116:7, 116:9, 116:25, 120:6, 129:25, 130:3, 132:4
**manufacturing** [19] - 39:23, 91:2, 92:1, 92:19, 95:21, 95:22, 96:8, 96:13, 97:18, 100:8, 100:10, 100:20, 102:24, 106:4, 107:7, 111:20, 112:6, 115:5, 116:11
**Manufacturing** [2] - 95:25, 96:1
**March** [6] - 20:15, 88:21, 121:1, 124:11, 125:11, 127:13
**Marianne** [1] - 54:22
**Mark** [3] - 18:25, 33:6, 33:15
**market** [2] - 115:25, 116:1
**marketing** [1] - 25:18
**markets** [1] - 22:12
**Marks** [1] - 35:1
**Marquette** [1] - 22:6
**Marriott** [1] - 22:7
**Marshal** [1] - 76:22
**marshal** [2] - 76:25, 83:4
**Martin** [6] - 22:17, 35:22, 42:25, 59:13, 62:3, 62:16
**mask** [1] - 45:23
**Mason** [1] - 13:21
**MASON** [1] - 2:7
**match** [1] - 91:3
**material** [12] - 36:12, 46:18, 46:24, 50:6, 50:19, 50:21, 90:25, 91:13, 92:11, 93:8, 96:8, 100:4
**materials** [7] - 27:15, 46:25, 47:3, 47:11, 47:15, 47:17, 58:21
**matter** [10] - 6:19, 12:15, 38:5, 38:16, 41:1, 75:5, 80:18, 97:4, 103:3, 134:9
**matters** [3] - 9:13, 43:20, 70:2
**Mayre** [1] - 34:6
**McCay** [1] - 33:17
**Meade** [1] - 33:15
**mean** [7] - 24:6, 45:13,

51:6, 62:16, 65:7, 66:22, 114:2
**meaning** [1] - 114:16
**meaningful** [3] - 6:10, 10:16, 13:12
**means** [2] - 11:14, 86:25
**meant** [4] - 34:12, 67:18, 104:19, 114:3
**measure** [1] - 58:5
**meat** [2] - 22:12, 22:13
**MECHANICAL** [1] - 3:12
**media** [2] - 12:5, 13:11
**medical** [1] - 42:17
**Medical** [1] - 26:5
**medication** [4] - 16:24, 17:1, 17:14, 62:12
**medicine** [1] - 17:6
**meet** [4] - 11:17, 25:2, 78:20, 96:19
**meets** [2] - 95:9, 105:11
**melissa** [1] - 33:16
**member** [2] - 30:6, 67:2
**members** [3] - 6:12, 18:15, 34:20
**Members** [5] - 31:14, 69:1, 86:12, 86:24, 87:15
**memory** [2] - 82:18, 82:24
**men** [4] - 101:1, 101:2, 108:25, 110:3
**mention** [1] - 73:3
**mentioned** [6] - 16:1, 35:22, 36:8, 37:4, 75:18, 96:10
**merchandiser** [1] - 29:16
**mere** [1] - 39:18
**merely** [1] - 77:11
**MERIT** [1] - 3:9
**Merit** [2] - 134:4, 134:14
**merits** [1] - 12:2
**Merryl** [1] - 27:25
**met** [5] - 95:1, 96:17, 96:23, 96:24, 98:15
**Metairie** [1] - 109:24
**metals** [2] - 113:4, 114:21
**Metro** [12] - 112:2, 122:9, 122:13, 122:17, 122:20, 122:24, 123:3, 123:4, 123:6, 123:18, 123:20,

130:2
**Meunier** [13] - 13:15, 13:16, 14:17, 15:16, 64:5, 64:9, 65:7, 65:8, 83:23, 116:21, 118:1, 121:22
**MEUNIER** [51] - 1:21, 1:22, 5:22, 13:15, 30:22, 31:1, 31:7, 31:19, 32:10, 32:12, 32:25, 34:11, 34:23, 34:25, 35:3, 35:6, 35:12, 35:15, 35:19, 35:22, 35:25, 36:4, 36:6, 36:8, 36:11, 36:14, 36:20, 36:22, 38:9, 38:15, 39:5, 39:7, 39:12, 39:14, 62:6, 63:20, 63:24, 64:23, 65:1, 65:10, 65:20, 67:21, 68:3, 68:22, 83:13, 83:17, 83:20, 86:21, 87:8, 87:22, 106:3
**MEUNIER................ .....** [1] - 4:6
**Mezzenga** [1] - 33:6
**microscope** [1] - 76:7
**Microsoft** [1] - 25:5
**Mid** [1] - 109:21
**might** [9] - 25:7, 33:23, 34:20, 58:14, 104:2, 109:23, 114:17, 126:3, 128:16
**military** [2] - 6:13, 35:16
**million** [1] - 97:2
**mind** [15] - 8:25, 11:22, 17:22, 17:23, 18:1, 42:11, 42:19, 42:23, 44:3, 61:6, 75:7, 75:8, 106:9, 120:20, 121:20
**mindful** [1] - 72:23
**minds** [2] - 12:13, 75:13
**mine** [1] - 87:18
**mined** [1] - 91:9
**mineral** [1] - 91:9
**mingled** [2] - 102:1, 102:5
**minimum** [3] - 104:9, 104:11, 104:12
**mining** [2] - 92:18, 112:14
**Ministries** [1] - 24:14
**minute** [1] - 40:17
**minutes** [6] - 72:21, 86:6, 106:2, 129:8,

130:21, 132:10
**miscarriage** [1] - 9:20
**misleading** [1] - 9:17
**Miss** [1] - 68:7
**miss** [1] - 58:18
**Mississippi** [1] - 56:24
**mixed** [1] - 101:24
**model** [1] - 64:21
**Mom** [1] - 131:19
**mom** [1] - 35:9
**mom's** [1] - 131:14
**moment** [4] - 12:12, 43:2, 75:12, 75:15
**Monday** [1] - 23:9
**MONDAY** [2] - 1:8, 5:2
**monetary** [2] - 16:8, 18:12
**money** [2] - 15:7, 15:9
**monitor** [1] - 110:16
**monitoring** [3] - 100:6, 100:7, 110:18
**month** [3] - 63:19, 97:7, 126:8
**months** [4] - 63:17, 70:2, 109:18, 109:20
**moral** [4] - 87:24, 88:6, 107:2, 109:7
**Morgan** [1] - 21:22
**MORGAN** [1] - 2:8
**morning** [35] - 5:8, 13:15, 13:17, 13:23, 14:1, 14:3, 14:5, 14:8, 18:19, 20:6, 20:13, 21:5, 21:8, 22:3, 22:16, 23:2, 23:16, 23:18, 24:8, 24:21, 25:1, 25:10, 28:12, 28:19, 30:12, 34:11, 34:14, 40:17, 51:3, 74:9, 76:17, 86:16, 87:23, 97:9, 108:2
**Morning** [1] - 30:11
**MORNING** [1] - 1:11
**Morrison** [3] - 97:16, 97:20, 99:10
**most** [3] - 11:1, 46:25, 89:24
**mostly** [1] - 26:2
**mother** [2] - 34:23, 42:14
**motion** [2] - 9:5, 86:23
**move** [3] - 42:9, 61:14, 109:18
**moved** [2] - 19:16, 62:23
**movie** [4] - 41:18, 42:1, 132:13, 132:14
**moving** [4] - 41:17, 41:21, 41:24, 42:3

**HOURLY TRANSCRIPT**

**MR** [206] - 4:6, 4:7,
4:8, 5:22, 5:23,
13:15, 13:17, 13:19,
13:20, 13:23, 14:1,
14:5, 14:8, 30:22,
31:1, 31:3, 31:7,
31:19, 32:10, 32:12,
32:25, 33:2, 34:6,
34:11, 34:23, 34:25,
35:3, 35:6, 35:12,
35:15, 35:19, 35:22,
35:25, 36:4, 36:6,
36:8, 36:11, 36:14,
36:20, 36:22, 38:9,
38:15, 39:5, 39:7,
39:12, 39:14, 40:16,
40:17, 41:2, 41:4,
41:8, 41:11, 41:14,
42:25, 44:5, 44:11,
45:3, 45:6, 46:1,
46:4, 46:8, 46:12,
46:17, 46:21, 46:23,
47:2, 47:5, 47:8,
47:10, 47:13, 47:17,
47:20, 47:23, 48:3,
48:5, 48:8, 48:11,
48:17, 48:22, 48:25,
49:2, 49:4, 49:6,
49:8, 49:11, 49:14,
49:17, 49:19, 49:22,
49:24, 50:2, 50:4,
50:9, 50:11, 50:13,
50:20, 50:24, 51:2,
51:3, 51:10, 51:14,
51:18, 51:21, 52:1,
52:5, 52:8, 52:11,
52:13, 52:17, 52:24,
53:8, 53:11, 53:17,
53:24, 54:5, 54:12,
55:2, 55:6, 55:8,
55:13, 55:16, 55:22,
55:24, 56:2, 56:6,
56:9, 56:14, 56:17,
56:21, 56:25, 57:3,
57:8, 57:14, 57:17,
57:20, 58:1, 58:4,
58:8, 58:13, 58:18,
59:1, 59:5, 59:10,
59:12, 59:17, 59:21,
59:23, 60:3, 60:5,
60:15, 60:21, 60:23,
61:4, 61:15, 61:19,
61:22, 62:6, 62:9,
62:16, 63:9, 63:20,
63:24, 64:4, 64:23,
65:1, 65:10, 65:20,
65:23, 66:1, 66:4,
66:6, 66:9, 66:12,
66:17, 67:4, 67:12,
67:16, 67:18, 67:21,
68:1, 68:2, 68:3,

68:21, 68:22, 71:6,
71:10, 71:14, 83:13,
83:17, 83:20, 83:22,
84:1, 85:3, 85:13,
85:16, 86:4, 86:21,
87:8, 87:22, 106:3,
107:25, 108:22,
108:23, 129:9,
130:22, 132:12
**MS** [1] - 14:3
**multiple** [1] - 116:3
**multitude** [1] - 116:3
**multitudes** [1] - 94:24
**Mundee** [7] - 5:16,
6:23, 10:5, 32:15,
89:17, 89:23
**musician** [1] - 65:6
**must** [20] - 11:18,
12:12, 44:21, 69:24,
74:2, 75:12, 75:18,
79:2, 80:1, 80:3,
80:7, 80:9, 80:15,
80:21, 81:10, 81:15,
81:17, 81:20, 83:1,
88:7
**mystery** [1] - 70:18
**mystifying** [1] -
107:12

# N

**NADER** [1] - 3:3
**Nader** [1] - 14:7
**name** [62] - 6:1, 11:9,
13:24, 14:1, 14:3,
14:5, 14:8, 14:15,
17:8, 17:9, 18:23,
19:19, 22:4, 22:11,
22:16, 23:24, 25:2,
26:4, 27:1, 27:17,
28:12, 28:20, 29:9,
29:15, 30:13, 31:1,
33:5, 33:6, 33:7,
33:10, 33:12, 33:17,
39:13, 40:18, 44:23,
46:4, 46:10, 49:4,
53:5, 53:15, 65:7,
72:3, 72:4, 88:16,
91:8, 103:7, 104:2,
104:3, 104:6, 104:8,
104:15, 111:23,
112:2, 114:12,
116:10, 116:15,
118:22, 122:9,
122:15, 124:16,
124:24
**named** [3] - 33:3,
97:15, 100:14
**names** [4] - 53:22,
68:21, 72:11

**Nathan** [2] - 28:20,
44:24
**National** [2] - 118:11,
123:21
**nations** [1] - 70:23
**natural** [1] - 43:21
**nature** [4] - 7:9, 7:24,
16:3, 90:15
**NC** [1] - 2:8
**necessary** [2] - 25:23,
75:17
**need** [14] - 6:7, 18:21,
36:25, 38:9, 69:23,
76:24, 103:10,
108:21, 117:16,
123:14, 124:2,
125:13, 125:14,
127:9
**needed** [4] - 28:5,
67:12, 103:17,
120:13
**needs** [2] - 109:13,
120:19
**negative** [1] - 130:25
**neighborhood** [2] -
64:12, 65:2
**neighbors** [1] - 55:15
**network** [1] - 30:15
**neurosurgeon** [1] -
17:15
**never** [13] - 15:19,
22:23, 24:6, 38:1,
38:18, 111:6,
117:14, 120:23,
121:20, 125:3,
126:23, 126:25,
130:18
**NEW** [7] - 1:7, 1:19,
1:23, 2:12, 2:18, 3:5,
3:10
**New** [29] - 5:15, 6:22,
10:4, 13:25, 20:24,
21:2, 21:22, 22:4,
22:6, 26:6, 29:12,
30:4, 59:19, 88:23,
89:1, 89:8, 89:18,
94:2, 94:10, 109:14,
109:24, 115:7,
115:19, 118:7,
123:11, 128:2,
128:15, 129:2, 131:4
**new** [5] - 23:10, 60:13,
88:19, 103:19,
103:20
**NEWARK** [1] - 2:5
**news** [1] - 42:20
**newspaper** [1] - 75:16
**next** [6] - 43:5, 76:21,
108:2, 123:24,
123:25, 130:11

**nice** [1] - 129:11
**Nick** [1] - 49:1
**night** [2] - 45:25,
131:21
**NJ** [1] - 2:5
**NO** [1] - 1:7
**nobody** [1] - 85:5
**nonAfrican** [1] - 69:13
**nonAfrican-**
**American-** [1] - 69:13
**none** [5] - 7:21, 34:12,
36:11, 90:13, 116:7
**nonprofit** [3] - 44:16,
88:25, 127:22
**nonreactive** [1] -
129:3
**noon** [1] - 108:1
**normally** [1] - 86:24
**Norris** [1] - 33:6
**North** [8] - 5:14, 5:16,
5:17, 5:18, 7:1, 10:6,
83:21, 90:4
**NORTH** [1] - 2:20
**note** [3] - 40:23,
82:16, 86:14
**notes** [9] - 82:11,
82:13, 82:15, 82:17,
82:18, 82:20, 82:22,
82:23, 82:25
**noteworthy** [1] - 54:17
**nothing** [16] - 61:22,
74:14, 77:9, 77:16,
87:2, 96:11, 100:2,
105:1, 111:20,
113:16, 114:7,
114:8, 114:25,
125:7, 125:20,
132:25
**nothing's** [1] - 100:18
**notice** [4] - 37:9,
81:13, 81:14, 113:10
**noticed** [3] - 45:15,
61:16, 80:21
**novel** [4] - 97:11,
99:19, 100:22, 107:1
**NOVEMBER** [2] - 1:8,
5:2
**November** [5] - 7:4,
89:21, 119:6,
124:12, 124:20
**nowhere** [1] - 103:23
**Number** [73] - 14:16,
18:17, 19:19, 20:14,
20:23, 21:11, 21:18,
22:12, 23:3, 23:14,
23:25, 24:9, 24:22,
25:2, 25:11, 26:5,
26:11, 26:15, 27:1,
27:5, 28:20, 29:16,
30:3, 30:13, 31:25,

33:20, 36:6, 38:10,
38:13, 44:24, 45:4,
52:16, 53:9, 53:13,
53:20, 53:25, 54:6,
54:9, 54:23, 55:3,
55:19, 56:11, 56:18,
59:21, 62:17, 64:3,
65:25, 66:4, 67:19,
68:6, 70:5, 71:11,
71:15, 71:22, 71:23,
71:24, 71:25, 72:1,
72:2, 90:6, 101:18,
102:6, 102:10,
102:23, 103:4,
103:23, 104:21,
106:3, 106:7, 106:19
**number** [21] - 11:9,
14:15, 17:8, 17:9,
18:24, 39:12, 39:13,
44:23, 52:1, 55:8,
56:10, 58:16, 66:3,
69:21, 70:1, 70:2,
70:5, 70:11, 96:5,
109:2, 112:24
**numbered** [1] - 134:9
**numbers** [1] - 94:12
**nurse** [3] - 19:20,
19:21, 25:12

# O

**O'KEEFE** [1] - 1:19
**Oaks** [1] - 21:13
**oath** [3] - 8:25, 9:1,
9:22
**obey** [1] - 96:3
**obeyed** [1] - 95:14
**objecting** [1] - 85:9
**objection** [4] - 80:4,
80:6, 81:16, 85:14
**objections** [3] - 79:23,
79:24, 80:2
**objectively** [1] - 8:13
**obligation** [1] - 97:5
**observed** [2] - 72:25,
74:1
**obtain** [2] - 99:21,
116:12
**obtains** [1] - 122:24
**obviously** [2] - 39:16,
42:23
**occasions** [2] - 108:7,
131:16
**occurs** [1] - 74:5
**Ochsner** [2] - 19:20,
28:13
**October** [1] - 106:22
**odds** [1] - 21:7
**odor** [1] - 120:17

**OF** [2] - 1:2, 1:12
**off-gassing** [4] - 90:24, 91:23, 126:4, 133:4
**offend** [1] - 45:13
**offenders** [1] - 21:15
**Office** [1] - 25:6
**office** [2] - 21:13, 100:15
**OFFICER** [1] - 83:8
**OFFICIAL** [1] - 3:8
**official** [2] - 20:24, 28:1
**Official** [2] - 134:5, 134:14
**officially** [1] - 28:3
**offshore** [1] - 27:15
**often** [4] - 6:12, 48:12, 74:9, 107:16
**oftentimes** [3] - 13:1, 64:16, 75:3
**oilfield** [3] - 27:9, 27:13, 36:9
**old** [3] - 16:10, 23:10, 91:20
**oldest** [1] - 6:8
**OLR** [1] - 23:4
**once** [1] - 43:7
**One** [1] - 98:6
**ONE** [2] - 2:17, 2:22
**one** [87] - 6:9, 7:1, 8:10, 8:13, 13:1, 13:5, 15:24, 16:19, 17:19, 17:20, 18:2, 18:15, 18:16, 21:13, 31:20, 31:22, 40:19, 41:15, 41:23, 49:8, 50:22, 51:23, 54:25, 55:23, 57:24, 59:12, 65:5, 65:6, 66:13, 67:1, 68:10, 68:18, 68:22, 70:18, 70:25, 73:6, 79:17, 85:3, 91:24, 93:12, 96:5, 97:2, 98:24, 99:20, 100:9, 100:21, 101:2, 101:3, 104:14, 105:6, 106:16, 107:18, 109:15, 112:12, 112:19, 114:12, 115:8, 116:24, 117:4, 119:3, 119:8, 119:17, 119:23, 120:3, 120:21, 121:11, 121:24, 121:25, 122:5, 123:12, 124:20, 125:2, 125:12, 125:14, 125:16,

125:17, 126:10, 127:6, 129:25, 131:10, 131:16
**one's** [2] - 111:5, 114:22
**one-quarter** [1] - 97:2
**ongoing** [2] - 82:17, 115:12
**online** [1] - 124:2
**open** [7] - 75:7, 75:8, 78:9, 81:4, 103:15, 103:17, 123:10
**opened** [1] - 19:12
**OPENING** [6] - 4:6, 4:7, 4:8, 87:21, 107:24, 132:11
**opening** [11] - 77:4, 77:13, 77:14, 77:15, 77:17, 77:19, 78:4, 86:17, 86:20
**operate** [3] - 19:1, 56:21, 109:22
**operated** [1] - 109:6
**operations** [3] - 112:15, 117:6, 117:12
**opines** [1] - 87:3
**opinion** [7] - 75:9, 80:13, 83:1, 84:25, 85:1, 96:2, 97:21
**opinions** [3] - 87:12, 96:21
**opportunities** [1] - 78:10
**opportunity** [12] - 11:3, 12:21, 12:22, 43:2, 43:3, 44:10, 72:7, 76:6, 77:4, 77:23, 78:1, 78:24
**opposed** [1] - 58:14
**oral** [1] - 78:1
**ORDER** [1] - 5:4
**order** [6] - 76:6, 77:2, 81:17, 84:2, 85:11, 85:13
**ordered** [2] - 80:4, 80:6
**ordering** [1] - 22:14
**ordinary** [3] - 7:21, 90:13, 125:10
**organization** [1] - 127:9
**organize** [1] - 54:25
**ORLEANS** [7] - 1:7, 1:19, 1:23, 2:12, 2:18, 3:5, 3:10
**Orleans** [29] - 5:15, 6:22, 10:5, 13:25, 19:15, 20:24, 21:2, 21:22, 22:4, 22:6,

26:6, 29:12, 30:4, 88:23, 89:1, 89:8, 89:18, 94:2, 94:10, 109:14, 109:24, 115:7, 115:19, 118:7, 123:11, 128:2, 128:15, 129:2, 131:4
**otherwise** [4] - 36:16, 81:11, 91:17, 132:6
**Otis** [1] - 22:11
**outcome** [1] - 79:9
**outset** [3] - 9:16, 11:12, 90:22
**outside** [14] - 12:24, 12:25, 13:8, 27:22, 30:16, 41:11, 73:2, 72:23, 75:14, 76:8, 76:9, 85:24, 86:25, 116:19
**outstanding** [1] - 64:20
**oven** [1] - 45:24
**overnight** [1] - 45:20
**overseas** [3] - 57:21, 58:11, 58:20
**owe** [2] - 15:7, 15:9
**owed** [1] - 44:13
**own** [15] - 9:5, 28:6, 51:13, 54:19, 56:22, 60:25, 66:16, 82:14, 82:20, 83:1, 93:24, 100:11, 101:20, 102:22, 111:21
**owned** [5] - 57:6, 89:3, 104:22, 109:1, 117:20
**owner** [2] - 18:25, 32:16
**owners** [4] - 31:1, 31:21, 108:24, 112:12
**ownership** [1] - 104:22
**Oz** [3] - 63:10, 63:17, 63:18
**Ozanam** [1] - 63:11

## P

**p.m** [1] - 133:17
**pad** [1] - 86:14
**PAGE** [1] - 4:3
**page** [1] - 65:7
**pain** [1] - 17:14
**painted** [1] - 110:1
**panel** [2] - 69:4, 83:10
**paper** [16] - 91:14, 94:21, 94:24, 95:5,

95:6, 95:9, 105:11, 105:19, 106:11, 110:23, 120:9, 120:10, 123:15, 123:16
**paperwork** [3] - 96:22, 98:14, 100:2
**paragraph** [4] - 83:15, 83:17, 83:19, 83:24
**paralegal** [1] - 34:23
**parents** [3] - 131:5, 131:10, 131:12
**Parish** [26] - 19:15, 19:16, 19:25, 20:15, 21:15, 21:18, 21:25, 22:20, 23:3, 24:1, 24:9, 25:3, 25:12, 25:16, 26:12, 26:15, 26:16, 27:18, 30:5, 61:17, 62:18, 63:12, 63:13, 63:15, 63:16
**parish** [3] - 18:20, 18:22, 19:24
**Park** [1] - 21:1
**part** [7] - 10:23, 51:6, 51:9, 55:11, 69:16, 103:6, 127:21
**partially** [1] - 89:22
**participants** [1] - 73:11
**participate** [1] - 6:10
**particular** [11] - 26:19, 26:22, 27:10, 31:17, 54:18, 58:8, 58:13, 100:1, 112:18, 112:23, 133:7
**particularly** [3] - 74:3, 92:2, 100:3
**parties** [26] - 7:8, 7:18, 8:8, 9:6, 9:8, 10:12, 17:19, 17:21, 34:16, 37:21, 40:18, 42:6, 72:16, 73:1, 73:10, 73:15, 73:16, 73:25, 74:1, 78:1, 78:6, 78:18, 79:10, 84:11, 87:6, 110:10
**parties'** [1] - 7:7
**partner** [2] - 19:1, 107:13
**parts** [2] - 56:18, 56:20
**party** [7] - 9:6, 80:11, 81:1, 88:11, 116:5, 130:2, 130:4
**pass** [2] - 92:17, 92:18
**passion** [1] - 8:12
**past** [6] - 10:22, 10:24, 25:24, 26:16, 60:16, 120:12

**pastor** [1] - 24:17
**Pate** [3] - 32:16, 88:24, 129:1
**patient** [2] - 20:7, 28:14
**patients** [1] - 20:9
**Patrick** [1] - 25:15
**pattern** [1] - 60:18
**patterns** [1] - 60:17
**pay** [6] - 17:2, 82:9, 88:7, 96:19, 99:25, 100:3
**paying** [1] - 49:20
**peeling** [1] - 110:23
**peels** [2] - 120:9, 123:16
**pension** [2] - 29:4, 29:6
**people** [29] - 16:13, 19:8, 19:10, 22:13, 28:22, 28:24, 29:6, 30:16, 51:25, 54:1, 54:15, 55:1, 56:1, 58:5, 58:7, 60:25, 67:11, 69:5, 70:8, 70:14, 70:19, 76:6, 96:20, 108:19, 113:24, 114:3, 121:9
**People's** [4] - 24:1, 95:11, 102:23, 105:3
**PEPPER** [1] - 3:8
**Pepper** [3] - 134:3, 134:12, 134:13
**Pere** [1] - 22:6
**peremptory** [4] - 9:7, 69:7, 69:19, 69:20
**perfect** [1] - 10:2
**period** [3] - 47:20, 112:15, 127:14
**periodically** [1] - 57:13
**permission** [1] - 31:3
**person** [6] - 40:19, 73:18, 81:8, 119:8, 124:24, 125:17
**personal** [5] - 10:20, 25:17, 28:20, 34:12, 80:10
**personally** [4] - 36:4, 42:6, 58:1, 64:5
**personnel** [1] - 106:8
**persons** [4] - 73:1, 73:15, 73:17, 74:1
**perspective** [1] - 123:17
**pertinent** [1] - 99:14
**Petagna** [2] - 33:24, 33:25
**Petagnas** [1] - 34:5
**Peterson** [1] - 33:15

**HOURLY TRANSCRIPT**

**Pettengill** [1] - 35:12
**Pettingill** [4] - 14:16, 20:24, 64:5, 64:7
**pharmaceutical** [4] - 22:17, 22:21, 35:23, 59:13
**Phil** [1] - 56:23
**Philip** [2] - 26:14, 53:13
**philosophical** [1] - 18:10
**phonetic** [1] - 24:23
**pick** [2] - 47:14, 69:5
**picked** [1] - 13:9
**pickup** [2] - 56:12, 56:14
**pictures** [1] - 119:15
**piece** [4] - 85:9, 105:11, 105:19, 106:11
**pieces** [1] - 95:9
**pipes** [1] - 36:13
**Place** [1] - 89:8
**place** [8] - 6:4, 16:20, 27:3, 105:18, 108:18, 109:13, 110:2, 110:12
**placed** [2] - 73:23, 115:13
**places** [1] - 29:24
**plaintiff** [17] - 11:13, 11:14, 11:17, 34:8, 36:19, 36:20, 44:16, 77:3, 77:11, 77:14, 77:20, 77:23, 78:8, 78:9, 86:18, 88:22, 108:13
**Plaintiff** [1] - 89:16
**plaintiff's** [2] - 77:21, 95:16
**plaintiffs** [37] - 5:13, 5:22, 6:21, 7:3, 7:9, 7:12, 7:14, 7:21, 8:7, 12:1, 16:1, 17:23, 32:12, 33:3, 37:23, 40:14, 43:2, 43:18, 44:12, 68:14, 85:6, 88:9, 88:15, 89:7, 90:8, 90:9, 90:12, 90:14, 90:17, 92:3, 94:16, 110:11, 111:24, 113:9, 123:2, 127:6, 129:11
**PLAINTIFFS'** [1] - 1:17
**plaintiffs'** [9] - 6:20, 8:2, 31:20, 43:8, 77:10, 77:14, 94:7, 113:4, 113:8
**plan** [2] - 100:7

**planner** [1] - 23:16
**planning** [6] - 28:23, 28:24, 29:5, 29:6, 29:7
**plans** [3] - 52:19, 52:20, 52:22
**plant** [1] - 100:15, 104:22, 105:9, 105:10, 105:13, 106:11, 110:17, 118:25, 119:1, 119:3, 121:21
**plants** [4] - 95:22, 115:6, 115:9, 124:1
**Plasterboard** [3] - 88:12, 88:13, 122:11
**plastic** [1] - 92:12
**played** [1] - 81:2
**playground** [1] - 52:21
**playing** [3] - 18:3, 18:4, 61:5
**plays** [1] - 127:10
**pledge** [1] - 48:9
**point** [16] - 16:22, 18:14, 30:20, 30:24, 31:12, 49:18, 61:25, 68:24, 71:8, 71:19, 83:9, 86:10, 104:4, 121:13, 128:25, 131:18
**Port** [2] - 94:2, 94:10
**port** [1] - 119:11
**pose** [1] - 36:23
**position** [4] - 73:23, 75:4, 75:5, 84:6
**positions** [1] - 58:6
**possession** [1] - 123:10
**possibility** [1] - 74:4
**possible** [1] - 76:24
**post** [2] - 115:5, 116:3
**post-Hurricane** [1] - 115:5
**post-Katrina** [1] - 116:3
**POYDRAS** [4] - 1:23, 2:18, 3:5, 3:9
**practice** [11] - 21:12, 30:7, 35:3, 45:10, 66:21, 94:21, 94:22, 95:7, 95:15, 96:4, 129:20
**practices** [2] - 49:2, 99:21
**practicing** [1] - 30:4
**Prados** [1] - 53:25
**precedence** [1] - 82:18
**predetermined** [1] -

61:9
**preemptory** [1] - 9:19
**preface** [1] - 107:1
**prefer** [3] - 53:6, 53:10, 82:13
**preferences** [2] - 102:16, 120:25
**prejudice** [3] - 8:12, 18:11, 80:10
**prejudices** [1] - 16:7
**prejudicial** [1] - 64:21
**preparing** [1] - 78:17
**preponderance** [1] - 11:14
**presence** [2] - 6:15, 72:7
**present** [10] - 6:19, 32:3, 41:12, 43:3, 63:3, 78:1, 78:5, 91:10, 95:12, 102:18
**presentation** [3] - 40:21, 64:22, 80:12
**presented** [4] - 8:14, 12:8, 66:19, 76:14
**presents** [1] - 65:11
**preside** [1] - 6:1
**pressured** [1] - 97:17
**pretty** [3] - 34:1, 42:23, 91:5
**prevent** [2] - 67:24, 68:10
**previously** [1] - 10:10
**price** [5] - 53:16, 53:17, 117:10, 117:25, 118:2
**primarily** [1] - 30:8
**principal** [2] - 27:6, 42:13
**private** [3] - 21:12, 66:20, 105:2
**privately** [1] - 34:22
**privileged** [1] - 88:8
**pro** [1] - 104:19
**pro-consumer** [1] - 104:19
**probability** [1] - 79:11
**problem** [37] - 17:25, 38:6, 38:7, 38:10, 43:6, 59:23, 60:9, 60:22, 62:8, 62:9, 63:2, 64:9, 64:14, 87:10, 89:12, 91:17, 91:21, 92:9, 92:14, 98:17, 104:17, 112:19, 112:21, 114:22, 114:24, 117:15, 125:15, 125:22, 126:3, 126:17, 126:20, 126:23, 127:4,

128:13, 128:16, 130:16
**problems** [12] - 16:15, 18:13, 50:24, 58:8, 60:24, 66:18, 87:11, 93:5, 102:7, 110:22, 119:2, 127:1
**procedures** [1] - 126:11
**proceed** [3] - 5:21, 6:18, 77:2
**proceeding** [6] - 41:16, 41:24, 42:3, 42:7, 85:15
**proceedings** [14] - 30:24, 31:12, 41:15, 41:21, 41:23, 61:25, 68:24, 71:8, 71:19, 82:17, 82:21, 83:9, 86:10, 134:9
**PROCEEDINGS** [3] - 1:12, 3:12, 5:1
**process** [32] - 8:20, 10:16, 43:19, 76:10, 78:18, 91:2, 91:18, 92:1, 92:20, 95:21, 96:8, 96:13, 100:8, 100:10, 100:21, 106:4, 108:4, 108:5, 108:25, 109:8, 110:11, 110:16, 115:19, 115:22, 118:3, 118:5, 118:6, 119:16, 121:19, 122:22, 125:3, 126:9
**processes** [2] - 25:5, 95:22
**produce** [7] - 11:15, 58:24, 77:12, 77:22, 77:24, 94:23, 115:6
**produced** [5] - 16:19, 38:22, 80:20, 118:9, 118:15
**PRODUCED** [1] - 3:13
**producers** [1] - 58:14
**product** [65] - 37:5, 37:6, 37:14, 37:16, 38:1, 38:3, 38:4, 38:17, 38:25, 39:2, 39:20, 40:1, 40:4, 40:5, 40:9, 43:14, 43:15, 43:25, 44:19, 44:20, 44:21, 45:7, 45:9, 51:5, 51:7, 51:19, 51:22, 56:3, 57:24, 67:23, 88:2, 88:10, 92:4, 92:6, 92:12, 92:16, 93:3, 94:7, 95:11, 97:18, 97:23, 98:7, 98:14,

99:16, 99:24, 100:1, 100:3, 101:20, 101:22, 111:7, 111:8, 111:19, 111:20, 111:21, 111:22, 111:23, 112:17, 119:20, 123:19, 126:17, 126:23
**Production** [1] - 54:24
**Products** [1] - 5:12
**products** [28] - 23:5, 37:8, 44:25, 45:2, 45:17, 51:15, 52:4, 52:5, 52:6, 52:8, 52:11, 52:18, 53:22, 54:7, 85:25, 94:17, 95:20, 101:13, 109:11, 111:15, 114:13, 122:6, 126:25, 127:1, 129:13, 129:22
**PRODUCTS** [1] - 1:5
**professional** [1] - 15:19
**profit** [1] - 22:14
**profiteering** [1] - 101:3
**program** [3] - 21:7, 77:5, 127:21
**programs** [2] - 29:4, 51:13
**project** [3] - 54:25, 55:1, 55:12
**projects** [1] - 30:1
**promises** [1] - 95:4
**proof** [3] - 11:20, 78:10, 91:24
**proofing** [1] - 50:18
**proper** [1] - 47:15
**properly** [2] - 96:4, 97:18
**properties** [2] - 89:2, 124:8
**property** [4] - 6:20, 26:1, 56:24, 89:3
**proposed** [1] - 85:13
**propounded** [2] - 9:12, 10:2
**PROSPECTIVE** [231] - 14:16, 14:20, 14:22, 15:2, 15:6, 15:8, 15:10, 15:13, 15:15, 15:19, 16:17, 17:4, 17:9, 17:13, 18:25, 19:5, 19:7, 19:10, 19:12, 19:14, 19:19, 19:23, 19:25, 20:2, 20:4, 20:7, 20:12, 20:13, 20:19, 20:21,

20:23, 21:10, 21:17,
21:21, 21:24, 22:3,
22:10, 22:11, 22:16,
22:23, 23:2, 23:8,
23:12, 23:14, 23:21,
23:24, 24:5, 24:8,
24:13, 24:17, 24:21,
25:1, 25:10, 25:15,
25:23, 26:2, 26:4,
26:10, 26:14, 26:20,
26:23, 27:1, 27:5,
27:12, 27:17, 27:24,
27:25, 28:4, 28:10,
28:12, 28:17, 28:19,
29:1, 29:5, 29:9,
29:15, 29:20, 29:25,
30:3, 30:12, 31:24,
32:8, 33:20, 33:25,
34:4, 34:24, 35:1,
35:4, 35:8, 35:14,
35:18, 35:21, 35:24,
36:2, 36:5, 36:7,
36:10, 36:13, 36:18,
36:21, 38:6, 38:13,
39:11, 39:13, 40:25,
41:3, 41:6, 42:10,
44:24, 45:4, 45:18,
46:3, 46:6, 46:9,
46:14, 46:16, 46:20,
46:22, 46:25, 47:4,
47:7, 47:9, 47:11,
47:14, 47:19, 47:21,
48:2, 48:4, 48:7,
48:9, 48:13, 48:16,
48:18, 48:21, 48:24,
49:1, 49:3, 49:5,
49:10, 49:13, 49:16,
49:18, 49:21, 49:23,
49:25, 50:3, 50:8,
50:10, 50:12, 50:18,
50:22, 51:1, 51:8,
51:12, 51:17, 51:20,
51:23, 52:2, 52:7,
52:10, 52:12, 52:16,
52:18, 53:6, 53:9,
53:13, 53:20, 53:25,
54:6, 54:9, 54:22,
55:3, 55:7, 55:9,
55:14, 55:19, 55:23,
55:25, 56:5, 56:8,
56:11, 56:16, 56:18,
56:20, 56:23, 57:2,
57:5, 57:11, 57:16,
57:24, 58:3, 58:7,
58:10, 58:11, 58:15,
58:17, 58:22, 59:4,
59:6, 59:16, 59:19,
59:22, 59:25, 60:4,
60:7, 60:20, 60:22,
61:2, 61:7, 61:18,
61:21, 62:25, 63:4,

63:6, 63:10, 63:14,
63:19, 64:10, 64:19,
64:25, 65:4, 65:13,
65:17, 66:8, 66:14,
66:20, 67:7, 67:14,
68:6, 68:12, 68:15
**prospective** [12] -
5:25, 8:21, 8:24,
12:14, 62:21, 63:22,
64:8, 65:22, 66:5,
67:15, 68:5, 68:16
**protect** [1] - 54:11
**protected** [1] - 96:20
**protocol** [1] - 101:21
**protocols** [1] - 76:4
**prototype** [1] - 52:20
**proud** [2] - 110:7,
110:8
**prove** [2] - 130:25,
131:1
**proved** [3] - 81:12,
81:15, 82:1
**provide** [5] - 27:19,
105:10, 117:7,
118:13, 118:14
**provides** [1] - 122:20
**proving** [1] - 11:13
**prudently** [1] - 95:19
**pry** [1] - 10:20
**prying** [1] - 34:17
**psychotherapy** [1] -
21:12
**public** [4] - 28:25,
29:1, 127:25, 129:7
**publications** [2] -
97:7, 97:11
**publicity** [2] - 12:11,
75:11
**publicly** [1] - 67:22
**published** [1] - 97:23
**pull** [2] - 60:13, 69:22
**pump** [1] - 30:17
**pumping** [1] - 57:1
**pumps** [1] - 30:17
**purchase** [9] - 36:9,
36:11, 37:24, 50:11,
58:25, 89:1, 104:7,
108:17, 118:11
**purchased** [14] - 7:3,
7:5, 7:22, 7:23, 7:25,
27:14, 50:6, 50:21,
54:13, 56:3, 58:20,
89:18, 90:14, 90:15
**purchasers** [2] -
16:22, 88:10
**purchases** [1] - 15:25
**purchasing** [1] - 27:8
**purpose** [10] - 7:21,
8:23, 10:19, 14:10,
81:18, 81:20, 81:21,

90:13, 104:20
**purposes** [3] - 18:2,
80:22, 94:15
**put** [21] - 9:2, 11:22,
11:25, 12:21, 13:7,
23:10, 60:13, 76:7,
77:8, 86:14, 92:7,
101:22, 102:3,
103:9, 103:11,
104:6, 104:13,
104:14, 117:12,
120:7
**putting** [1] - 21:6

## Q

**qualification** [2] -
10:3, 100:10
**qualifications** [2] -
8:17, 8:21
**qualified** [4] - 8:9,
8:10, 100:16, 106:7
**quality** [25] - 39:2,
40:4, 40:9, 59:7,
90:25, 92:4, 92:11,
93:8, 96:6, 96:8,
100:1, 100:3,
101:19, 101:21,
102:7, 119:22,
119:24, 120:12,
123:17, 126:11,
126:12, 126:14,
126:22, 127:5
**quarter** [1] - 97:2
**questionnaire** [4] -
8:19, 10:11, 10:14,
10:20
**questionnaires** [2] -
10:11, 12:5
**questions** [27] - 9:2,
9:11, 10:2, 10:18,
11:5, 11:6, 11:8,
30:20, 31:15, 34:9,
34:10, 34:12, 34:17,
36:23, 36:24, 37:2,
45:11, 51:4, 62:14,
63:8, 64:5, 66:2,
69:4, 71:10, 71:16,
81:1, 113:12
**quick** [2] - 65:23, 66:2
**quite** [1] - 131:13

## R

**racetrack** [1] - 21:1
**racing** [2] - 20:24,
21:6
**radio** [1] - 75:16
**raise** [8] - 9:24, 11:8,

14:13, 36:24, 37:1,
37:18, 44:3, 72:14
**raised** [5] - 30:5, 37:9,
105:5, 121:6, 125:12
**RALEIGH** [1] - 2:8
**ran** [1] - 112:14
**Ranch** [1] - 24:24
**rarely** [1] - 14:22
**rather** [2] - 6:4, 10:10
**rational** [1] - 130:7
**raw** [5] - 90:25, 92:11,
96:8, 100:3, 100:4
**Ray** [2] - 32:17, 93:13
**RE** [1] - 1:5
**re** [1] - 5:11
**reach** [1] - 76:13
**reached** [3] - 84:7,
106:9, 122:6
**reaching** [1] - 43:6
**react** [1] - 114:20
**read** [14] - 10:11,
10:12, 45:16, 45:22,
45:24, 75:15, 82:8,
83:14, 83:19, 83:24,
83:25, 86:19, 97:12,
97:13
**reading** [1] - 44:7
**ready** [5] - 5:20, 5:22,
5:23, 6:18, 86:3
**real** [3] - 29:17, 29:18
**reality** [1] - 74:18
**really** [10] - 13:6,
22:24, 58:22, 65:2,
67:1, 91:22, 95:3,
97:25, 112:21,
120:13
**Realtime** [2] - 134:3,
134:13
**REALTIME** [1] - 3:8
**reason** [22] - 9:8, 9:9,
9:14, 13:11, 17:21,
34:21, 69:9, 69:10,
69:16, 73:9, 74:14,
75:3, 75:22, 76:19,
87:1, 94:17, 112:9,
112:10, 112:17,
125:22, 126:22
**reasonable** [7] -
11:20, 45:8, 45:10,
82:1, 94:25, 130:12,
133:11
**reasons** [4] - 6:9,
80:2, 84:2, 112:25
**Rebecca** [1] - 33:14
**rebound** [2] - 54:17,
54:19
**rebuilding** [2] - 38:23,
115:18
**rebuttal** [1] - 77:23
**recalled** [3] - 56:4,

56:12, 56:19
**receive** [2] - 79:15,
125:5
**received** [2] - 80:19,
80:24
**recent** [1] - 95:23
**recess** [4] - 76:18,
86:8, 133:16, 133:18
**RECESS...................
................** [1] - 4:9
**recipients** [1] - 58:25
**recognize** [1] - 33:14
**recollection** [2] -
82:19, 82:21
**record** [3] - 64:24,
84:5, 134:8
**RECORDED** [1] - 3:12
**Recovery** [1] - 21:14
**Red** [3] - 104:21,
106:7, 106:19
**red** [10] - 101:16,
101:17, 103:23,
105:4, 106:1, 106:3,
106:18, 106:25,
113:14, 114:8
**redhibition** [1] - 84:16
**Redman** [1] - 33:16
**reduced** [2] - 91:11,
113:3
**refer** [2] - 79:21,
111:24
**reference** [1] - 86:1
**Refreshments** [1] -
29:16
**regard** [3] - 81:12,
108:19, 125:19
**regarding** [1] - 44:18
**regardless** [2] - 79:5,
80:20
**regards** [1] - 60:7
**Registered** [1] - 134:3
**registered** [1] - 134:14
**relate** [1] - 104:2
**related** [1] - 108:8
**RELATES** [1] - 1:9
**relation** [1] - 79:10
**relationship** [4] -
103:5, 103:21,
129:24, 130:3
**relative** [1] - 41:5
**relatives** [2] - 73:16,
74:25
**releases** [1] - 113:3
**relevant** [1] - 16:17
**relied** [1] - 101:18
**religious** [1] - 18:11
**rely** [1] - 82:20
**relying** [1] - 45:8
**remain** [5] - 72:3,
72:12, 76:20, 86:12,

86:25
**remained** [2] - 109:17, 109:21
**remark** [1] - 80:11
**remarkable** [2] - 92:4, 92:14
**remarks** [1] - 74:5
**remediated** [4] - 88:21, 89:14, 89:22
**remember** [7] - 32:1, 68:19, 82:23, 98:13, 132:20, 132:21, 133:1
**remind** [1] - 9:16
**Remont** [2] - 100:14, 118:22
**render** [2] - 8:13, 72:16
**renovations** [2] - 89:10, 89:20
**rent** [2] - 29:19, 29:24
**rents** [1] - 29:24
**rep** [2] - 117:9, 127:2
**rephrase** [1] - 39:5
**report** [10] - 105:11, 106:10, 106:17, 106:20, 106:22, 119:1, 122:24, 125:1, 126:8, 128:22
**REPORTER** [3] - 3:8, 3:8, 3:9
**Reporter** [7] - 134:3, 134:4, 134:5, 134:13, 134:14, 134:14
**reporter** [4] - 28:1, 28:2, 28:7, 82:8
**REPORTER'S** [1] - 134:1
**reporters** [1] - 28:5
**reports** [2] - 96:6, 125:21
**represent** [11] - 18:5, 18:6, 35:4, 36:15, 36:18, 88:9, 88:22, 89:7, 89:16, 110:6
**representations** [1] - 45:8
**representative** [4] - 32:15, 33:11, 116:15, 118:19
**representatives** [1] - 87:5
**represented** [3] - 14:12, 15:5
**Republic** [3] - 95:11, 102:24, 105:3
**reputation** [1] - 109:10
**request** [3] - 93:16,

102:19, 105:13
**requested** [1] - 23:17
**requests** [1] - 102:12
**require** [2] - 9:21, 104:6
**required** [8] - 76:19, 77:17, 82:12, 89:9, 89:19, 101:12, 122:13, 123:6
**requirement** [2] - 11:21, 29:20
**requirements** [1] - 104:5
**requires** [4] - 118:13, 118:14, 123:21, 123:23
**research** [3] - 52:3, 75:21, 122:23
**researching** [1] - 78:19
**resell** [1] - 116:6
**resident** [1] - 25:11
**resold** [1] - 47:18
**resolve** [3] - 75:24, 75:25, 126:20
**Resources** [12] - 21:14, 112:2, 122:9, 122:17, 122:20, 122:24, 123:3, 123:4, 123:6, 123:18, 123:20, 130:2
**respect** [4] - 42:11, 72:10, 96:25, 127:7
**respectfully** [1] - 84:5
**respective** [3] - 34:2, 78:2, 78:6
**respects** [1] - 90:5
**response)** [2] - 50:10, 63:6
**responsibilities** [2] - 39:9, 72:24
**responsibility** [4] - 12:7, 39:19, 73:4, 123:6
**responsible** [8] - 8:11, 22:14, 38:5, 38:18, 123:12, 123:19, 126:15, 131:8
**rest** [3] - 23:19, 43:9, 53:12
**ReStore** [2] - 128:1, 128:2
**result** [6] - 9:17, 9:20, 43:25, 89:13, 114:1, 115:12
**retail** [1] - 23:4
**retailers** [1] - 23:5
**retire** [2] - 42:4, 78:13
**retired** [4] - 21:18,

21:19, 21:20, 26:15
**retirement** [2] - 28:23, 29:5
**return** [6] - 58:5, 72:4, 86:16, 125:13, 125:14, 133:9
**returned** [3] - 114:23, 120:21, 120:23
**reveal** [1] - 77:8
**revealed** [1] - 91:3
**review** [1] - 17:15
**Revolution** [1] - 29:10
**Rich** [3] - 97:15, 99:10, 107:14
**RICHARD** [1] - 2:16
**Richard** [1] - 13:24
**Rick** [2] - 40:17, 44:8
**rights** [1] - 30:8
**rigorous** [1] - 13:1
**rigs** [1] - 27:15
**rise** [7] - 5:7, 9:24, 72:10, 83:6, 83:8, 86:7, 86:9
**RISLEY** [8] - 2:21, 14:8, 83:22, 84:1, 85:3, 85:13, 85:16, 86:4
**Risley** [1] - 14:8
**River** [9] - 5:14, 5:16, 5:17, 5:18, 7:1, 10:6, 21:13, 83:21, 90:4
**RIVER** [1] - 2:20
**RIVERWAY** [1] - 2:22
**RMR** [2] - 3:8, 134:13
**Robert** [3] - 21:17, 33:17, 71:23
**Rochell** [1] - 23:24
**Rock** [1] - 24:13
**rock** [1] - 91:10
**Rodriguez** [1] - 22:11
**role** [2] - 64:21, 127:10
**room** [8] - 51:25, 72:4, 72:5, 76:20, 78:23, 83:4, 131:12, 131:21
**ROOM** [1] - 3:9
**Rosary** [1] - 64:12
**Rosemary** [5] - 32:21, 85:18, 95:17, 99:2, 105:25
**Roshto** [2] - 17:10, 27:18
**Rouge** [1] - 48:18
**Rouse's** [1] - 22:12
**routinely** [1] - 45:16
**row** [1] - 46:12
**rows** [1] - 18:16
**Rudolph** [1] - 27:2
**Rudy** [4] - 100:14, 118:22, 119:1, 119:7

**rue** [2] - 107:9, 107:10
**Rule** [1] - 85:10
**rule** [14] - 11:24, 12:16, 13:1, 76:12, 79:24, 98:8, 98:9, 99:5, 99:6, 99:7, 99:25, 100:5, 100:11
**ruled** [2] - 69:6, 84:9
**rules** [11] - 40:3, 40:6, 40:8, 40:9, 79:21, 88:2, 99:2, 99:21, 100:21, 131:6
**Rules** [3] - 79:21, 95:25, 96:1
**ruling** [6] - 80:2, 80:11, 84:4, 85:11, 85:24
**rulings** [1] - 79:24
**run** [4] - 22:12, 22:13, 101:1, 101:7
**running** [5] - 6:11, 6:14, 20:25, 21:1, 21:2
**rush** [3] - 88:2, 99:23, 101:9
**RUSS** [1] - 1:18
**Russell** [1] - 34:6
**Rutila** [1] - 32:23

# S

**S-A-N-K-Y-O** [1] - 22:25
**S-T-R-E-I-T** [1] - 32:22
**s/Cathy** [1] - 134:12
**sacred** [1] - 70:5
**safely** [1] - 95:19
**Saint** [1] - 25:12
**sale** [5] - 37:20, 89:12, 89:13, 112:20, 127:10
**sales** [4] - 25:18, 30:17, 117:9, 121:9
**salesperson** [2] - 59:13, 127:3
**Samantha** [2] - 19:20, 71:22
**samples** [2] - 59:14, 59:17
**sampling** [1] - 52:4
**Sandra** [1] - 45:4
**Sandy** [1] - 29:10
**Sankyo** [1] - 22:25
**sat** [1] - 11:19
**Saturday** [1] - 55:4
**saw** [1] - 65:8
**scenarios** [1] - 60:15
**schedule** [1] - 23:18
**scheduling** [2] -

22:14, 23:16
**scheduling/planning** [1] - 23:22
**Schonekas** [1] - 30:7
**school** [22] - 14:18, 14:25, 15:3, 15:16, 15:17, 15:18, 27:6, 28:9, 29:11, 42:13, 42:17, 55:4, 55:10, 55:21, 64:11, 64:18, 64:25
**Schutte** [1] - 35:2
**scientists** [1] - 75:25
**SCOTT** [1] - 2:4
**Scott** [1] - 13:19
**sealed** [2] - 91:15, 92:12
**search** [1] - 121:18
**seat** [1] - 109:3
**seated** [4] - 5:8, 72:20, 83:11, 86:14
**seating** [1] - 9:17
**second** [6] - 6:25, 22:24, 42:17, 49:8, 71:22, 77:19
**secretarial** [1] - 24:5
**secure** [1] - 86:16
**SECURITY** [1] - 83:8
**Security** [2] - 19:1, 21:21
**see** [32] - 10:19, 13:4, 13:5, 18:4, 20:11, 23:18, 26:18, 52:22, 61:24, 65:2, 65:7, 66:20, 67:18, 71:5, 76:2, 81:24, 86:5, 87:13, 97:5, 99:18, 106:11, 106:14, 106:16, 109:24, 109:25, 119:15, 123:18, 126:1, 132:16, 132:17
**Seeger** [3] - 13:17, 13:18, 13:19
**SEEGER** [3] - 2:3, 2:3, 13:17
**seeing** [1] - 13:1
**seeking** [2] - 16:8, 18:12
**seem** [1] - 41:21
**sees** [1] - 87:6
**segregate** [1] - 60:17
**select** [2] - 69:6, 93:24
**selected** [3] - 72:22, 94:9, 94:14
**SELECTION..............**
**......................** [1] - 4:5
**sell** [26] - 19:7, 29:18, 29:24, 29:25, 51:7,

88:2, 93:15, 93:17, 93:18, 101:9, 102:12, 103:10, 111:15, 111:17, 115:14, 116:4, 116:5, 116:22, 116:24, 117:5, 124:5, 124:7, 126:15, 127:23, 128:25

**seller** [19] - 37:5, 37:14, 37:17, 38:1, 38:4, 38:17, 39:9, 39:19, 40:1, 40:6, 40:10, 44:20, 45:7, 47:2, 84:16, 85:20, 90:2, 132:22, 133:10

**seller's** [1] - 84:14

**sellers** [2] - 16:23, 37:7

**selling** [15] - 44:21, 47:13, 93:23, 95:24, 102:1, 119:7, 121:12, 121:16, 121:17, 122:7, 124:4, 127:12, 127:25, 128:2, 128:22

**sells** [1] - 122:6

**send** [2] - 128:11, 129:16

**sends** [2] - 118:22, 126:1

**sense** [1] - 12:18

**sent** [6] - 59:14, 105:8, 105:9, 118:19, 118:21, 124:22

**separate** [6] - 37:7, 37:14, 91:16, 102:1, 103:12, 103:13

**separating** [1] - 91:18

**separation** [1] - 105:3

**September** [2] - 89:11, 116:2

**sequester** [2] - 86:22, 86:23

**serious** [1] - 126:23

**serve** [7] - 28:25, 29:1, 34:18, 67:10, 72:22, 97:2, 110:3

**served** [1] - 109:6

**server** [1] - 22:5

**serves** [1] - 77:10

**service** [3] - 11:2, 49:16, 55:12

**services** [1] - 96:5

**serving** [2] - 16:25, 63:5

**SESSION** [1] - 1:11

**set** [2] - 52:20, 52:22

**settlement** [1] - 60:12

**settlements** [1] - 60:9

**seventh** [1] - 72:1

**several** [2] - 83:6, 90:5

**severe** [1] - 17:14

**severely** [2] - 89:9, 89:19

**shale** [4] - 91:10, 91:11, 91:16, 91:19

**shall** [5] - 9:12, 10:2, 72:17, 73:18, 74:3

**sharp** [1] - 15:2

**sheet** [2] - 121:25

**Sheetrock** [3] - 47:12, 91:7, 91:14

**sheetrock** [2] - 124:7

**sheets** [5] - 93:25, 94:9, 119:17, 127:16, 127:18

**Shell** [1] - 54:23

**SHELL** [1] - 2:17

**shelter** [1] - 63:10

**Sheree** [2] - 17:10, 27:18

**shingles** [1] - 47:12

**ship** [1] - 119:17

**shipment** [1] - 119:10

**shipped** [1] - 92:13

**shipping** [1] - 118:4

**ships** [4] - 100:18, 110:17, 118:5, 118:25

**shoe** [1] - 53:7

**shop** [1] - 53:15

**short** [1] - 92:8

**shortage** [9] - 38:22, 38:25, 39:8, 93:2, 93:17, 93:21, 101:10, 114:10, 122:4

**shorter** [2] - 10:17, 87:19

**shortly** [1] - 21:3

**should-have-known** [2] - 84:23, 85:7

**show** [8] - 77:6, 83:4, 94:25, 99:11, 99:22, 100:2, 105:18, 105:20

**showed** [2] - 83:23, 97:8

**shown** [1] - 78:7

**shut** [3] - 115:6, 115:9, 115:19

**siblings** [2] - 42:16, 65:6

**sick** [1] - 20:9

**side** [17] - 12:21, 13:2, 13:5, 18:3, 43:8, 48:20, 53:21, 65:18,

67:17, 69:6, 69:20, 70:24, 76:6, 77:17, 95:12

**sides** [4] - 13:5, 75:5, 81:8, 81:9

**SIDNEY** [1] - 3:4

**Sidney** [1] - 14:5

**sign** [1] - 21:7

**significantly** [1] - 113:1

**signs** [2] - 70:3, 101:7

**silver** [3] - 7:11, 90:10, 90:20

**simple** [2] - 91:1, 96:11

**simply** [8] - 18:3, 44:1, 44:19, 77:7, 86:25, 91:25, 101:10, 108:15

**single** [1] - 8:4

**sinister** [1] - 74:14

**sister** [4] - 42:15, 65:5, 131:17, 131:24

**sisters** [2] - 65:4, 65:5, 131:5

**sit** [4] - 10:3, 32:9, 37:1, 70:14

**sites** [1] - 58:25

**sitting** [3] - 9:15, 17:19, 42:10

**situation** [5] - 15:4, 43:23, 62:12, 85:23, 133:3

**situations** [1] - 85:19

**six** [8] - 27:19, 36:22, 69:23, 98:8, 98:9, 98:18, 101:11, 104:10

**sixth** [1] - 71:25

**size** [4] - 120:2, 120:3, 120:9, 123:15

**skeptical** [1] - 53:22

**skilled** [1] - 87:16

**slide** [1] - 99:11

**slightest** [1] - 90:25

**slowly** [6] - 41:17, 41:21, 41:25, 42:3, 42:7, 42:9

**small** [2] - 29:1, 54:17

**smell** [12] - 91:4, 92:17, 92:18, 106:4, 119:4, 119:9, 119:18, 120:17, 124:21, 125:5

**smelled** [1] - 92:22

**smelling** [3] - 91:2, 96:12, 124:23

**smells** [2] - 113:10, 119:2, 120:22, 125:14, 125:17

**SMITH** [1] - 2:15

**Smith** [4] - 13:25, 29:10, 33:15, 33:16

**Social** [1] - 21:21

**social** [1] - 13:10

**socialize** [2] - 14:19, 48:12

**socialized** [1] - 32:2

**society** [5] - 6:11, 6:15, 16:10, 18:6, 70:19

**soft** [1] - 76:23

**software** [5] - 51:8, 51:24, 58:12, 58:23, 58:25

**sold** [35] - 7:8, 7:14, 8:6, 38:21, 43:16, 88:20, 89:5, 89:10, 89:21, 90:7, 94:2, 94:11, 102:5, 102:10, 111:4, 111:8, 111:12, 112:9, 112:17, 117:18, 117:23, 117:24, 120:5, 122:10, 124:6, 124:7, 124:9, 124:11, 124:17, 125:25, 126:25, 128:19, 129:5

**solely** [4] - 8:14, 12:1, 12:8, 81:24

**solemnly** [2] - 10:1, 72:15

**soliciting** [1] - 116:4

**solid** [3] - 100:6, 100:7, 100:9

**Solutions** [1] - 128:18

**someone** [17] - 16:7, 17:23, 17:25, 18:12, 43:24, 45:14, 51:6, 51:18, 51:21, 52:14, 53:18, 56:9, 83:21, 110:16, 118:21, 124:22, 126:1

**sometimes** [11] - 11:2, 91:6, 91:7, 95:4, 101:7, 106:25, 132:1

**son** [1] - 46:18

**son's** [1] - 55:21

**sorry** [9] - 45:19, 47:24, 49:8, 50:4, 64:19, 64:22, 64:23, 71:18

**sort** [6] - 16:9, 17:2, 25:22, 69:14, 69:16, 74:17, 76:23, 77:5

**sound** [2] - 42:12, 42:22

**source** [3] - 93:24,

95:19, 97:17

**sourced** [4] - 94:5, 94:9, 107:9, 107:10

**sources** [6] - 57:24, 115:23, 116:13, 121:18, 121:21, 122:5

**sourcing** [9] - 95:11, 95:15, 98:7, 99:1, 99:12, 101:13, 107:15, 107:17, 130:9

**Sourcing** [2] - 95:25, 96:1

**South** [9] - 88:18, 89:17, 101:13, 109:11, 109:16, 109:21, 117:1, 118:7, 119:14

**Soviet** [1] - 70:9

**spec** [2] - 52:21, 58:5

**spec'd** [1] - 52:19

**specializes** [1] - 52:19

**specialty** [1] - 95:20

**specific** [7] - 34:10, 45:11, 54:16, 74:23, 86:1, 102:12, 102:19

**specifically** [2] - 49:15, 93:7

**specifications** [2] - 52:23, 120:25

**specified** [1] - 102:22

**spectrum** [1] - 52:19

**speculation** [1] - 79:3

**speed** [1] - 101:7

**spent** [1] - 22:19

**Spooner** [6] - 40:20, 40:22, 40:24, 40:25, 41:4

**sports** [1] - 18:4

**spouse** [2] - 49:22, 74:25

**SQUARE** [1] - 2:17

**St** [16] - 20:15, 22:20, 23:3, 24:1, 25:16, 27:18, 28:4, 30:5, 61:17, 61:18, 62:18, 63:12, 63:13, 63:15, 88:25

**staff** [1] - 19:20

**stage** [2] - 42:15, 86:17

**stand** [6] - 11:9, 14:14, 18:16, 33:23, 88:15, 133:16

**standard** [15] - 84:3, 84:10, 84:23, 85:7, 85:10, 85:24, 91:19, 95:9, 95:13, 95:15, 96:23, 98:12, 98:22,

**HOURLY TRANSCRIPT**

104:12, 118:9
**standardized** [3] - 97:23, 98:14, 99:16
**standards** [24] - 40:4, 40:11, 57:10, 57:12, 57:13, 57:15, 59:3, 59:7, 95:2, 96:4, 96:17, 96:19, 96:24, 97:24, 97:25, 98:15, 104:10, 104:19, 105:12, 109:7, 117:8, 118:16, 122:18, 128:9
**standing** [2] - 85:8, 86:12
**standpoint** [1] - 63:25
**start** [4] - 29:6, 83:12, 101:8, 121:16
**started** [4] - 45:19, 102:11, 102:12, 103:16
**starting** [3] - 68:22, 92:23, 124:1
**state** [1] - 29:21
**State** [3] - 30:8, 35:4, 134:4
**statement** [8] - 77:9, 77:13, 77:14, 77:15, 77:18, 78:4, 80:11
**statements** [7] - 25:21, 77:5, 77:19, 79:12, 81:5, 81:23, 86:18
**STATEMENTS** [6] - 4:6, 4:7, 4:8, 87:21, 107:24, 132:11
**STATES** [2] - 1:1, 1:13
**States** [10] - 43:16, 45:2, 70:22, 76:21, 102:25, 115:9, 116:20, 122:6, 134:5, 134:15
**stating** [2] - 85:2, 128:22
**Station** [1] - 26:24
**statute** [1] - 84:18
**statutory** [1] - 84:20
**stay** [6] - 22:4, 27:18, 61:5, 63:18, 76:24, 107:19
**stays** [1] - 65:4
**steel** [1] - 36:13
**STEERING** [1] - 1:17
**STENOGRAPHY** [1] - 3:12
**step** [4] - 98:3, 98:4, 108:10, 126:21
**Stephen** [1] - 22:17
**steps** [5] - 84:8, 95:8, 101:10, 129:14,

130:12
**still** [5] - 69:17, 69:19, 122:4, 131:23, 132:2
**stipulate** [3] - 7:19, 37:21, 81:10
**stipulated** [2] - 90:4, 90:16
**stipulation** [6] - 81:6, 81:7, 81:11, 83:13, 83:23, 86:19
**Stoltz** [2] - 32:17, 93:13
**stood** [1] - 52:22
**stop** [5] - 24:6, 30:19, 101:7, 119:7, 121:16
**stopped** [5] - 17:5, 124:4, 125:24, 127:12, 128:22
**store** [2] - 24:23, 53:3
**storm** [2] - 39:8, 54:17
**story** [14] - 87:24, 88:1, 88:6, 97:15, 101:8, 107:2, 108:13, 108:14, 108:15, 108:17, 127:10, 131:4
**strange** [1] - 130:17
**strangers** [2] - 74:8, 74:10
**strategizing** [1] - 95:18
**stream** [1] - 113:5
**STREET** [7] - 1:23, 2:4, 2:8, 2:11, 2:18, 3:5, 3:9
**Street** [6] - 19:15, 89:4, 89:18, 109:21, 126:2, 128:14
**streets** [1] - 46:11
**Streit** [2] - 32:22, 32:23
**stricken** [4] - 9:18, 80:4, 80:6, 81:17
**strike** [6] - 12:13, 67:16, 68:19, 70:25, 75:12
**strong** [2] - 71:16, 114:1
**strongest** [1] - 65:11
**strontium** [1] - 113:1
**struck** [1] - 91:3
**stucco** [1] - 91:13
**student** [4] - 15:3, 64:10, 64:20
**students** [1] - 55:5
**study** [2] - 12:18, 12:20
**studying** [1] - 75:23
**stuff** [8] - 47:12, 53:14, 71:16, 95:9,

96:19, 102:17, 106:6, 113:21
**sub** [1] - 111:16
**subdivisions** [1] - 46:10
**subject** [2] - 12:12, 81:3
**subjected** [1] - 12:25
**subsidiary** [2] - 117:21, 117:23
**sued** [2] - 7:12, 132:9
**suffer** [1] - 88:7
**suffered** [1] - 43:18
**suggest** [2] - 62:17, 132:6
**suggests** [1] - 101:3
**suicidal** [1] - 66:23
**suit** [1] - 79:9
**suitable** [1] - 34:15
**SUITE** [5] - 1:23, 2:4, 2:18, 2:22, 3:5
**sulfur** [20] - 7:10, 37:22, 90:8, 90:19, 90:23, 91:5, 91:11, 91:23, 92:9, 111:2, 111:11, 113:2, 113:3, 114:20, 119:4, 119:9, 119:18, 126:4, 128:23, 133:4
**sum** [2] - 44:10, 94:20
**summations** [1] - 78:2
**summed** [1] - 107:2
**Superdome** [1] - 29:13
**supervisor** [2] - 29:12, 45:20
**supplier** [1] - 109:10
**suppliers** [3] - 111:16, 113:6, 124:4
**supplies** [2] - 26:8, 109:10
**SUPPLY** [1] - 2:15
**Supply** [5] - 10:6, 117:19, 117:20, 124:16, 124:17
**supply** [13] - 76:23, 98:3, 98:4, 109:5, 109:13, 109:15, 111:16, 115:25, 116:19, 117:4, 121:13, 122:4, 123:25
**support** [4] - 25:4, 30:17, 77:20, 78:2
**suppose** [1] - 105:16
**Suppose** [1] - 105:21
**supposed** [2] - 98:25, 110:19
**Supreme** [3] - 84:9,

84:10, 84:13
**surfacing** [1] - 52:21
**surgeries** [2] - 20:10, 28:15
**surgery** [3] - 26:6, 33:9, 130:10
**Susan** [8] - 5:13, 6:23, 10:4, 25:10, 26:4, 53:25, 72:2, 88:17
**suspicious** [2] - 105:24
**sustain** [1] - 81:16
**sustained** [2] - 80:4, 80:6
**swear** [4] - 9:22, 10:1, 72:13, 72:15
**sworn** [5] - 8:25, 12:7, 80:18, 80:23, 80:25
**sympathy** [6] - 8:12, 11:25, 43:21, 44:14, 44:17, 80:10
**system** [5] - 18:13, 23:10, 29:11, 70:8, 70:21
**Systems** [2] - 127:14, 127:16
**systems** [3] - 19:2, 23:10, 50:19

## T

**T-A-I-H-E** [1] - 104:1
**tables** [1] - 68:17
**Tahie** [1] - 122:15
**Taian** [2] - 88:13, 122:10
**Taihe** [3] - 103:25, 122:11, 128:24
**Taishan** [15] - 88:13, 122:10, 122:21, 123:21, 124:18, 127:10, 127:13, 127:16, 127:18, 127:19, 127:22, 128:3, 128:18, 128:24, 129:3
**Tammany** [6] - 22:20, 23:3, 25:16, 27:18, 28:4, 30:5
**tape** [1] - 91:15
**teachers** [1] - 69:2
**teaching** [2] - 25:4, 25:5
**tech** [2] - 23:16, 26:6
**technical** [3] - 23:4, 129:21, 129:22
**technician** [1] - 27:2
**technology** [1] - 41:7
**temporarily** [1] -

109:19
**Ten** [1] - 99:11
**ten** [7] - 22:6, 22:13, 27:7, 99:13, 99:17, 99:19
**tend** [2] - 9:14, 54:3
**tennis** [1] - 53:7
**Terhoeve** [1] - 35:1
**term** [1] - 129:24
**terms** [1] - 94:20
**Terrebonne** [1] - 25:3
**terrible** [1] - 97:19
**test** [21] - 29:22, 52:8, 52:11, 52:22, 76:1, 85:23, 85:25, 92:8, 92:17, 92:18, 96:6, 105:11, 106:4, 106:10, 106:16, 106:21, 106:22, 124:25, 128:4, 128:18
**tested** [3] - 51:5, 52:3, 52:18
**testifies** [1] - 126:16
**testify** [7] - 31:19, 32:21, 81:25, 87:3, 116:16, 123:12, 130:9
**testifying** [1] - 81:4
**testimony** [29] - 61:6, 79:4, 79:7, 79:14, 79:15, 80:3, 80:5, 80:7, 80:12, 80:18, 80:23, 80:25, 81:3, 81:9, 82:8, 82:9, 82:25, 85:17, 85:21, 85:23, 85:25, 97:14, 100:15, 105:16, 105:23, 106:12, 110:9, 112:11, 113:11
**testing** [1] - 51:8, 51:15, 51:18, 51:21, 96:6, 104:24, 105:2, 106:8, 111:4, 130:19, 130:20
**tests** [5] - 17:15, 17:18, 92:6, 95:2, 125:7
**Texas** [1] - 55:15
**Thaddeus** [1] - 20:14
**Thailand** [1] - 114:12
**Thanksgiving** [2] - 6:17, 131:24
**THE** [178] - 1:12, 1:17, 2:20, 5:7, 5:8, 5:11, 5:20, 5:25, 9:24, 10:9, 13:22, 14:10, 14:19, 14:21, 14:23, 15:5, 15:7, 15:9,

15:11, 15:14, 15:17, 15:21, 16:21, 17:8, 17:11, 17:17, 19:3, 19:6, 19:9, 19:11, 19:13, 19:18, 19:22, 19:24, 20:1, 20:3, 20:5, 20:11, 20:17, 20:20, 20:22, 21:9, 21:16, 21:20, 21:23, 22:2, 22:9, 22:15, 22:21, 23:1, 23:6, 23:11, 23:13, 23:20, 23:23, 24:3, 24:7, 24:12, 24:15, 24:20, 24:25, 25:8, 25:14, 25:20, 25:25, 26:3, 26:9, 26:13, 26:18, 26:22, 26:25, 27:4, 27:10, 27:16, 27:22, 28:3, 28:8, 28:11, 28:16, 28:18, 28:25, 29:3, 29:8, 29:14, 29:18, 29:23, 30:10, 30:19, 30:23, 31:5, 31:9, 31:14, 31:22, 32:4, 32:9, 32:11, 32:24, 33:1, 33:19, 33:22, 34:3, 34:8, 34:20, 39:3, 39:6, 40:14, 41:7, 41:9, 41:13, 42:8, 44:4, 44:9, 46:15, 48:14, 48:19, 49:7, 50:15, 51:25, 55:17, 58:16, 59:11, 61:14, 61:24, 62:2, 62:8, 62:10, 62:19, 62:22, 63:2, 63:5, 63:8, 63:11, 63:18, 63:21, 63:23, 64:2, 64:6, 64:9, 64:14, 65:15, 65:19, 65:25, 66:3, 66:10, 66:25, 67:17, 67:20, 68:4, 68:7, 68:13, 68:17, 68:23, 71:7, 71:13, 71:18, 72:14, 72:20, 83:8, 83:11, 83:16, 83:19, 83:25, 84:24, 85:12, 85:14, 86:2, 86:5, 86:7, 86:9, 86:12, 86:23, 87:10, 106:2, 107:22, 129:8, 130:21, 132:8, 133:15

**theirs** [1] - 87:18
**themselves** [3] - 13:13, 60:9, 60:13
**theories** [1] - 129:19
**theory** [2] - 77:10, 77:16

**therapist** [1] - 21:11
**therapy** [1] - 66:24
**thereafter** [1] - 21:3
**therefore** [3] - 9:10, 11:22, 107:8
**they've** [12] - 60:11, 60:12, 61:10, 78:18, 90:11, 96:21, 96:22, 109:1, 121:3, 121:14, 126:23, 126:24
**third** [4] - 71:23, 116:5, 130:2, 130:4
**third-party** [2] - 116:5, 130:2
**THIS** [1] - 1:9
**Thompson** [1] - 14:9
**THOMPSON** [1] - 2:21
**thousand** [2] - 127:16, 127:17
**thousands** [2] - 119:16
**Thrasher** [1] - 88:18
**three** [15] - 6:22, 15:24, 16:1, 27:12, 67:17, 68:18, 68:19, 68:21, 69:7, 69:20, 70:25, 84:8, 129:5, 132:10
**throughout** [3] - 64:11, 85:15, 133:2
**Tianjin** [4] - 88:12, 119:1, 119:10, 121:15
**Tide** [3] - 53:2, 53:14, 102:16
**tie** [1] - 69:15
**Tiger** [1] - 97:12
**time-honored** [1] - 8:20, 11:24, 12:16
**timing** [2] - 41:16, 41:23
**Timothy** [1] - 33:10
**Tire** [1] - 27:3
**TO** [2] - 1:9, 5:4
**today** [7] - 6:15, 72:8, 88:17, 92:23, 93:12, 103:1, 111:9
**together** [2] - 14:19, 64:13
**tomorrow** [1] - 17:15
**TOMPKINS** [1] - 2:15
**Tompkins** [7] - 13:25, 32:22, 33:9, 96:15, 96:21, 97:1, 98:5, 98:11, 99:4, 99:13, 105:7, 105:15, 105:16, 106:24, 107:2, 130:8, 130:9
**Tompkins'** [1] - 97:21

**Tonyan** [1] - 33:10
**took** [4] - 86:8, 108:18, 110:12, 130:12
**tooth** [4] - 16:11, 16:12
**toothless** [1] - 16:13
**toothpaste** [1] - 54:8
**top** [2] - 95:24, 110:1
**top-selling** [1] - 95:24
**touch** [4] - 44:6, 103:9, 103:11, 117:12
**touching** [1] - 10:3
**tough** [2] - 130:24
**toward** [1] - 85:7
**towards** [3] - 44:17, 64:21, 109:24
**town** [1] - 14:7
**toys** [1] - 61:12
**trace** [1] - 104:17
**tracks** [1] - 21:7
**trailer** [1] - 132:14
**Traina** [1] - 30:7
**trained** [1] - 74:7
**trainer** [1] - 24:23
**training** [2] - 28:8, 112:14
**transactions** [1] - 110:10
**transcript** [2] - 82:6, 134:7
**TRANSCRIPT** [2] - 1:12, 3:12
**transpired** [1] - 108:17
**transplants** [1] - 20:10
**transported** [1] - 70:8
**Trap** [1] - 26:11
**Trapolin** [2] - 52:16, 53:20
**travel** [1] - 21:3
**traveled** [2] - 21:23, 58:20
**treat** [1] - 85:11
**trial** [39] - 7:20, 7:23, 8:4, 8:14, 11:1, 11:3, 12:10, 13:14, 15:1, 38:7, 39:9, 43:17, 43:18, 68:13, 68:14, 72:25, 73:11, 73:13, 73:15, 73:17, 73:18, 73:25, 74:2, 74:24, 75:16, 77:12, 78:15, 78:20, 79:16, 82:4, 82:12, 83:12, 87:23, 108:6, 108:9, 116:16, 130:24, 132:13, 133:2
**TRIAL** [1] - 1:12
**tried** [8] - 8:9, 8:13,

17:22, 17:25, 73:7, 92:5, 92:7, 93:9
**trouble** [2] - 25:6, 37:13, 37:17
**truck** [1] - 20:19
**trucks** [2] - 47:15, 124:8
**true** [13] - 10:1, 11:17, 34:13, 35:17, 72:16, 75:20, 80:21, 81:8, 81:15, 95:4, 103:7, 134:7
**truly** [1] - 72:15
**trust** [1] - 117:14
**truth** [2] - 8:23, 108:16
**truthful** [1] - 9:12
**truthfully** [1] - 79:11
**try** [3] - 39:5, 53:15, 72:15
**trying** [2] - 15:24, 116:5
**TTP** [23] - 88:14, 89:10, 89:20, 90:7, 91:24, 94:9, 94:14, 94:16, 97:4, 100:11, 103:5, 103:21, 103:23, 104:3, 104:18, 104:21, 104:23, 104:24, 105:9, 105:13, 105:18, 106:17, 112:1
**Tulane** [1] - 109:22
**turn** [1] - 106:20
**turned** [3] - 112:22, 115:20, 118:3
**turns** [2] - 95:3, 126:7
**TV** [3] - 41:17, 41:25, 75:17
**twelve** [1] - 101:17
**two** [32] - 18:15, 39:17, 41:18, 41:19, 42:1, 42:19, 54:13, 59:12, 62:24, 63:1, 63:16, 68:18, 70:4, 78:10, 79:16, 85:3, 94:15, 94:16, 94:17, 97:7, 98:25, 101:2, 108:25, 110:2, 111:22, 115:5, 125:24, 126:14, 128:21, 130:21
**TX** [1] - 2:22
**type** [3] - 58:12, 130:19, 130:20
**typed** [1] - 78:22
**types** [6] - 40:8, 40:11, 110:24, 120:11, 123:14, 123:16
**typical** [1] - 24:4

**typically** [1] - 23:8

# U

**U.K** [2] - 58:12, 101:14
**U.S** [8] - 39:24, 91:8, 102:22, 115:7, 117:7, 117:21, 117:23, 124:24
**Uh-oh** [1] - 128:16
**Ulloa** [1] - 19:15
**ultimate** [2] - 115:23, 132:22
**ultimately** [2] - 113:7, 126:15
**unable** [4] - 11:23, 11:24, 12:16, 17:2
**unanimous** [2] - 69:24, 85:21
**under** [8] - 9:12, 9:21, 12:6, 38:2, 76:7, 85:10, 97:5, 103:6
**undergoing** [1] - 42:18
**underlined** [1] - 99:19
**undertaken** [1] - 54:16
**undisclosed** [3] - 38:2, 38:5, 38:17
**unduly** [1] - 82:21
**unfortunately** [3] - 88:5, 116:12, 130:10
**UNIDENTIFIED** [1] - 57:19
**uniform** [1] - 92:1
**Union** [1] - 70:9
**unique** [4] - 107:6, 130:17, 133:2, 133:3
**United** [10] - 43:16, 45:2, 70:22, 76:21, 102:25, 115:9, 116:20, 122:6, 134:5, 134:15
**UNITED** [2] - 1:1, 1:13
**unless** [4] - 42:20, 81:6, 81:10, 131:9
**unlike** [2] - 97:22, 99:16
**unload** [2] - 47:15, 123:10
**unloaded** [3] - 119:12, 119:25, 120:7
**unloading** [2] - 118:5, 123:12
**unmistakable** [1] - 91:5
**unpleasant** [1] - 113:10
**unusual** [1] - 96:12
**unwilling** [3] - 11:23,

11:24, 12:16
**up** [50] - 13:3, 14:14, 17:5, 18:16, 23:17, 23:22, 26:24, 33:23, 35:12, 44:10, 47:24, 52:20, 52:22, 54:14, 55:5, 55:20, 58:5, 60:10, 62:4, 62:19, 64:3, 64:6, 64:7, 64:12, 65:1, 65:20, 67:22, 68:4, 68:20, 71:10, 75:9, 85:8, 86:15, 91:13, 94:20, 97:8, 102:5, 102:17, 107:2, 109:9, 113:24, 114:4, 114:16, 114:17, 124:1, 124:8, 131:4, 132:17
**UPS** [1] - 24:22
**upside** [1] - 106:20
**Urban** [1] - 24:14
**urge** [1] - 82:9
**users** [1] - 88:7

**V**

**vagueness** [1] - 106:17
**validity** [1] - 12:23
**value** [3] - 79:6, 79:14, 80:16
**valve** [1] - 52:2
**Van** [3] - 22:4, 56:11, 71:23
**van** [1] - 45:15
**varied** [1] - 99:21
**various** [3] - 15:25, 60:15, 119:13
**vast** [1] - 94:12
**Veda** [1] - 33:16
**vehicle** [2] - 56:18, 56:20
**veracity** [1] - 76:2
**verbal** [1] - 77:5
**verdict** [8] - 8:14, 11:18, 61:9, 69:23, 72:16, 75:18, 78:13, 133:9
**verify** [2] - 96:6, 96:7
**verifying** [1] - 105:10
**versus** [8] - 5:13, 5:15, 5:16, 5:18, 10:6, 94:21, 94:22, 102:16
**vet** [1] - 97:18
**vetting** [1] - 96:4
**via** [3] - 33:8, 112:12, 130:9
**victims** [1] - 43:22,

44:7, 44:13, 101:4
**video** [1] - 112:12
**videotape** [1] - 81:2
**violated** [1] - 99:2
**virtue** [1] - 105:5
**visit** [1] - 106:4
**visited** [2] - 100:10, 100:14
**visits** [2] - 95:22, 118:25
**VOICES** [2] - 10:8, 72:19
**voir** [3] - 8:20, 10:16, 18:2
**volunteered** [3] - 55:4, 55:25, 127:8
**volunteers** [1] - 54:24
**voters** [1] - 6:13

**W**

**Wafer** [1] - 54:22
**Wager** [6] - 23:3, 48:3, 48:4, 53:6, 58:19, 71:24
**Wahl** [1] - 34:6
**wait** [3] - 39:3, 43:4, 121:20
**waiting** [1] - 43:6
**walk** [1] - 105:25
**walked** [3] - 60:8, 93:10, 131:12
**walking** [1] - 102:8
**Wall** [2] - 126:2, 128:14
**wallboard** [3] - 91:7, 95:3, 97:22
**wants** [7] - 18:3, 18:8, 18:9, 53:3, 85:8, 108:15, 130:4
**warehouse** [12] - 56:22, 56:24, 109:25, 110:2, 119:22, 119:23, 120:8, 121:9, 121:10, 123:11, 127:18, 128:12
**warehousemen** [2] - 121:8, 121:9
**warehouses** [3] - 92:7, 118:6, 119:13
**warning** [1] - 45:16
**warranty** [2] - 84:15
**WARSHAUER** [1] - 1:21
**Warshauer** [1] - 13:16
**wearing** [1] - 69:15
**Wednesday** [1] - 84:3
**week** [9] - 17:16,

23:19, 33:9, 41:18, 42:1, 42:21, 43:5, 130:10
**weeks** [7] - 41:19, 42:2, 42:19, 61:20, 62:24, 63:1, 83:6
**weight** [4] - 79:6, 79:14, 80:16, 82:24
**Weiss** [5] - 13:18, 13:19, 27:25, 37:9, 38:11
**WEISS** [1] - 2:3
**welcome** [2] - 6:3, 22:10
**Welding** [1] - 27:14
**Westbank** [1] - 27:6
**western** [2] - 70:1, 70:4
**whatsoever** [4] - 73:14, 73:19, 103:22, 125:8
**WHEREUPON** [10] - 30:24, 31:12, 61:25, 68:24, 71:8, 71:19, 83:9, 86:8, 86:10, 133:17
**whiner** [2] - 42:12, 42:22
**White** [3] - 26:14, 53:13, 56:23
**WHITFIELD** [1] - 2:7
**Whitfield** [1] - 13:21
**Whitney** [2] - 118:11, 123:21
**Whoa** [1] - 132:15
**whole** [9] - 8:23, 20:2, 20:3, 26:12, 63:16, 108:16, 125:3, 131:21, 133:12
**wholly** [1] - 117:20
**wife** [6] - 32:2, 34:2, 53:2, 53:14, 88:16, 88:18
**William** [4] - 14:16, 20:24, 32:17
**Williams** [1] - 26:4
**willing** [1] - 29:6
**windows** [1] - 91:4
**Windsor** [3] - 22:5, 22:7, 45:20
**wisdom** [1] - 70:20
**wish** [1] - 17:17
**witness** [15] - 17:20, 31:5, 31:9, 60:18, 79:8, 79:9, 79:10, 79:11, 79:14, 80:19, 81:23, 81:25, 85:18, 87:2, 87:6
**witness'** [1] - 79:12
**witnesses** [28] - 31:2,

31:8, 31:16, 31:18, 31:19, 32:25, 33:2, 33:4, 73:10, 73:17, 74:1, 74:12, 75:7, 79:4, 79:7, 80:18, 80:24, 81:4, 86:22, 86:24, 86:25, 87:5, 87:9, 87:14, 93:12, 108:9, 132:17, 132:21
**woman** [1] - 33:7
**word** [5] - 72:21, 103:25, 104:2, 125:8, 133:1
**words** [4] - 81:24, 84:22, 97:23, 133:10
**works** [4] - 46:23, 70:21, 106:25, 116:17
**world** [3] - 111:3, 116:25, 129:25
**worried** [1] - 62:4
**worry** [2] - 54:2, 132:16
**worst** [1] - 107:18
**worth** [1] - 95:5
**wound** [1] - 26:24
**wrapped** [2] - 92:7, 92:12
**write** [1] - 98:3
**writes** [1] - 98:2
**written** [6] - 23:17, 40:3, 82:6, 94:25, 95:5, 95:24
**wrote** [2] - 97:11, 99:5
**Wuhu** [5] - 94:6, 121:22, 121:23, 121:24, 122:3

**Y**

**year** [6] - 21:2, 41:1, 42:17, 47:9, 70:3, 128:19
**years** [43] - 14:18, 14:23, 19:23, 20:21, 22:6, 22:7, 22:8, 22:18, 23:15, 23:22, 24:11, 25:12, 25:13, 25:17, 26:17, 27:3, 27:7, 28:15, 28:22, 35:11, 60:16, 60:24, 70:22, 76:5, 76:11, 91:20, 95:17, 103:14, 109:2, 109:5, 110:3, 110:25, 112:4, 112:6, 112:8, 112:20, 112:23,

113:8, 125:24, 126:24, 128:21, 129:5
**you-all** [3] - 31:9, 66:10, 87:11
**younger** [1] - 131:11
**yourself** [4] - 52:9, 54:13, 73:23, 80:1
**yourselves** [2] - 73:5, 75:1

**Z**

**Zodiac** [1] - 70:3