1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE-MANUFACTURED   *      Docket 09-MD-2047
5          DRYWALL PRODUCTS       *
         LIABILITY LITIGATION   *      Section L
6                                *
                                *      New Orleans, Louisiana
7                                *
Relates to:  All Cases         *      November 26, 2012
8    * * * * * * * * * * * * * * * *

9

10              DAY 1 - AFTERNOON SESSION
             JURY TRIAL BEFORE
11        THE HONORABLE ELDON E. FALLON
           UNITED STATES DISTRICT JUDGE

12

13
   Appearances:
14

15   For the Plaintiffs:        Gainsburgh Benjamin David
                               Meunier & Warshauer, LLC
16                             BY:  GERALD E. MEUNIER, ESQ.
                             1100 Poydras Street, Suite 2800
17                             New Orleans, Louisiana 70163

18
   For the Plaintiffs:        Seeger Weiss, LLP
19                             BY:  CHRISTOPHER SEEGER, ESQ.
                                 SCOTT ALAN GEORGE, ESQ.
20                             77 Water Street
                             New York, New York 10005
21

22   For the Plaintiffs:        Whitfield Bryson & Mason, LLP
                             BY:  DANIEL K. BRYSON, ESQ.
23                             900 W. Morgan Street
                             Raleigh, North Carolina 27603
24

25

```
 1   For the Plaintiffs:          Irpino Law Firm
                                  BY:  ANTHONY IRPINO, ESQ.
 2                                2216 Magazine Street
                                  New Orleans, Louisiana 70130
 3

 4   For Interior Exterior        Galloway Johnson Tompkins
     Building Supply, LP:            Burr & Smith
 5                                BY:  RICHARD DUPLANTIER JR., ESQ.
                                       BENJAMIN R. GRAU, ESQ.
 6                                     CARLINA C. EISELEN, ESQ.
                                  701 Poydras Street, 40th Floor
 7                                New Orleans, Louisiana 70139

 8
     For The North River          Thompson Coe Cousins & Irons, LLP
 9   Insurance Company:           BY:  KEVIN F. RISLEY, ESQ.
                                  One Riverway, Suite 1600
10                                Houston, Texas 77056

11
     For The North River          Lobman Carnahan Batt Angelle
12   Insurance Company:             & Nader
                                  BY:  SIDNEY J. ANGELLE, ESQ.
13                                400 Poydras Street, Suite 2300
                                  New Orleans, Louisiana 70130
14

15   Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, HB-406
16                                New Orleans, Louisiana 70130
                                  (504) 589-7778
17                                Toni_Tusa@laed.uscourts.gov

18

19
     Proceedings recorded by mechanical stenography using
20   computer-aided transcription software.

21

22

23

24

25
```

HOURLY TRANSCRIPT

1                           **I N D E X**

2                                                    <u>PAGE</u>

3   Edward G. Beckendorf III
         Direct Examination By Mr. Meunier          142
4        Cross-Examination By Mr. Grau              162
         Redirect Examination By Mr. Meunier        166
5
    Raymond Stoltz
6        Direct Examination By Mr. Meunier          167
         Cross-Examination By Mr. Grau              180
7        Redirect Examination By Mr. Meunier        187

8   Rosemary Coates
         Voir Dire By Mr. Meunier                   188
9        Traverse By Mr. Duplantier                 198
         Traverse By Mr. Risley                     205
10       Direct Examination By Mr. Meunier          209
         Cross-Examination By Mr. Duplantier        246
11       Cross-Examination By Mr. Risley            261
         Redirect Examination By Mr. Meunier        276

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|  |  |  |
|---|---|---|
| 13:37:04 | 1 | **AFTERNOON SESSION** |
| 13:37:04 | 2 | **(November 26, 2012)** |
| 13:37:06 | 3 | (The following proceedings were held in open court.) |
| 13:51:16 | 4 | THE COURT:  Be seated, please. |
| 13:51:18 | 5 | MR. MEUNIER:  May we approach, Your Honor? |
| 13:51:20 | 6 | THE COURT:  Yes, sure. |
| 13:51:45 | 7 | (The following proceedings were held at the bench.) |
| 13:51:46 | 8 | THE COURT:  I gave you some leeway in this particular |
| 13:51:49 | 9 | case, but let's not refer to your personal experiences because |
| 13:51:54 | 10 | that is a potential grounds for mistrial.  Let's talk about the |
| 13:51:58 | 11 | evidence and not what you have done. |
| 13:52:02 | 12 | MR. DUPLANTIER:  Sure. |
| 13:52:02 | 13 | THE COURT:  With regard to that motion, I haven't had |
| 13:52:04 | 14 | a chance to read it yet, but change it in whatever way you |
| 13:52:08 | 15 | want. |
| 13:52:09 | 16 | MR. DUPLANTIER:  I just want to make sure you |
| 13:52:11 | 17 | understand we join in that motion as well. |
| 13:52:13 | 18 | THE COURT:  I understand. |
| 13:52:14 | 19 | MR. RISLEY:  No further objection is necessary. |
| 13:52:17 | 20 | THE COURT:  No. |
| 13:52:19 | 21 | MR. SEEGER:  Thank you. |
| 13:52:20 | 22 | Good morning. |
| 13:52:21 | 23 | (End of bench conference.) |
| 13:52:34 | 24 | THE COURT:  Members of the jury, you have heard the |
| 13:52:36 | 25 | opening statements now.  As I mentioned to you before, they are |

| | | |
|---|---|---|
| 13:52:41 | 1 | not evidence.  We will now hear the evidence. |
| 13:52:45 | 2 | One aspect of the evidence is a stipulation. |
| 13:52:49 | 3 | You will recall I mentioned to you that a stipulation is an |
| 13:52:52 | 4 | agreement between both sides that certain facts are true or |
| 13:52:57 | 5 | that a person would have given certain testimony. |
| 13:53:01 | 6 | When lawyers on both sides stipulate, that is, |
| 13:53:05 | 7 | they agree -- they stipulate to the existence of a fact -- you, |
| 13:53:10 | 8 | the jury, must accept the stipulation as evidence and regard |
| 13:53:14 | 9 | that fact as proved.  This is what the parties have stipulated |
| 13:53:18 | 10 | to: |
| 13:53:20 | 11 | It says: "Now in the court, through undersigned |
| 13:53:22 | 12 | counsel, comes trial plaintiffs herein and defendants InEx and |
| 13:53:29 | 13 | North River as the insurer of InEx, who, for purposes limited |
| 13:53:33 | 14 | solely to the trial scheduled to commence herein on Monday, |
| 13:53:37 | 15 | November 26, 2012, and not for any other trial proceeding, |
| 13:53:42 | 16 | stipulate as follows: |
| 13:53:44 | 17 | "The drywall manufactured in China by Knauf |
| 13:53:48 | 18 | (KPT), sold and distributed by InEx and installed in certain |
| 13:53:55 | 19 | homes, emits sulfur gases which can, and in the homes of some |
| 13:54:01 | 20 | individuals did, corrode some copper and silver. |
| 13:54:06 | 21 | "The drywall manufactured in China by Tai'an |
| 13:54:11 | 22 | Taishan Plasterboard Company, Limited, sold and distributed by |
| 13:54:18 | 23 | InEx and installed in the homes of the trial plaintiff, emits |
| 13:54:23 | 24 | sulfur gases which can, and in the homes of the trial |
| 13:54:27 | 25 | plaintiffs did, corrode some copper and silver. |

13:54:32  1          "Some drywall manufactured in China by Knauf
13:54:35  2  (KPT) was purchased from InEx on or about March 17, 2006,
13:54:44  3  installed in the property owned by trial plaintiffs Ed and
13:54:50  4  Susan Beckendorf and located at 304 Brown Thrasher Loop South,
13:54:56  5  Madisonville, Louisiana 70447.
13:55:01  6          "Some drywall manufactured in China by Knauf
13:55:04  7  (KPT) was purchased from InEx by trial plaintiff New Orleans
13:55:10  8  Area Habitat for Humanity, Inc., on or about July 26, 2006, and
13:55:18  9  installed in the property owned by Casey LeBlanc and located at
13:55:23 10  1909 Alvar Street, New Orleans, Louisiana 70117.
13:55:28 11          "Some drywall manufactured in China by Tai'an
13:55:34 12  Taishan Plasterboard Company, Limited, was purchased from InEx
13:55:41 13  on or about September 15, 2006, and installed in the property
13:55:45 14  owned by trial plaintiff David and Cheryl Gross and located at
13:55:50 15  400 Hay Place, New Orleans, Louisiana 70124.
13:55:56 16          "Some drywall manufactured in China by Tai'an
13:56:00 17  Taishan Plasterboard Company, Limited, was purchased from InEx
13:56:06 18  on or about November 7, 2006, and installed in the property
13:56:11 19  owned by trial plaintiff Beryl Mundee and located at 4321 South
13:56:17 20  Liberty Street, New Orleans, Louisiana.
13:56:20 21          "It was not known to any trial plaintiffs at the
13:56:25 22  time Chinese drywall was delivered to and installed in their
13:56:31 23  homes that this drywall emitted sulfur gases which can corrode
13:56:37 24  copper and silver.
13:56:39 25          "The Chinese drywall installed in the homes of

HOURLY TRANSCRIPT

13:56:43  1    all trial plaintiffs was not fit for its ordinary and intended

13:56:48  2    purpose, and none of the trial plaintiffs would have purchased

13:56:51  3    the Chinese drywall had they known about the defective nature

13:56:56  4    of the Chinese drywall at the time it was purchased.

13:57:01  5                    "The International Residence Code (IRC) has been

13:57:07  6    adopted by the State of Louisiana as a residential building

13:57:13  7    code."

13:57:14  8                    Is that the stipulation of the plaintiffs?

13:57:16  9            MR. MEUNIER:  It is, Your Honor.

13:57:17  10           THE COURT:  Is that the stipulation from defendants?

13:57:19  11           MR. DUPLANTIER:  It is, Your Honor.

13:57:20  12           MR. RISLEY:  It is, Your Honor.

13:57:21  13           THE COURT:  As I mentioned, members of the jury,

13:57:23  14    those facts are to be considered to have been proved.

13:57:30  15                    Let's hear from the witnesses.

13:57:32  16           MR. MEUNIER:  Your Honor, the plaintiffs call the

13:57:33  17    plaintiff Eddy Beckendorf.

13:57:38  18           THE COURT:  Come forward, Mr. Beckendorf, please.

13:57:41  19                    **EDWARD G. BECKENDORF III,**

13:57:41  20    having been duly sworn, testified as follows:

13:57:42  21           THE DEPUTY CLERK:  State your full name and correct

13:57:42  22    spelling for the record, please.

13:58:09  23           THE WITNESS:  Edward Beckendorf.  E-D-W-A-R-D, Middle

13:58:12  24    initial G, as in George, B-E-C-K-E-N-D-O-R-F III.

          25

**DIRECT EXAMINATION**

**BY MR. MEUNIER:**

**Q.**   Good afternoon, sir.

**A.**   Good afternoon, sir.

**Q.**   Tell us where you reside.

**A.**   I reside with my wife and my daughter at 304 Brown Thrasher Loop South, Madisonville, Louisiana.

**Q.**   How old are you, Mr. Beckendorf?

**A.**   61.

**Q.**   How long have you been married?

**A.**   I've been married happily 43 years.

**Q.**   Your wife's name?

**A.**   Susan Angela Fuchs -- F-U-C-H-S was her maiden name -- Beckendorf.

**Q.**   You have three children?

**A.**   We have three children.  Our oldest child is Kerilynn, K-E-R-I-L-Y-N-N, Beckendorf.  She is 41 years old.  She lives with us.  She is mentally retarded, a birth defect.

Our next child is our son, our oldest son, Klint Edward, K-L-I-N-T, Edward Beckendorf.  He lives with his wife and two sons around the corner from us in Madisonville, Louisiana.  He is 37.

Our youngest son, Kasey, is 32.  He is a bank vice president up in Connecticut.  He and his wife Ashley live in Danbury with our granddaughters.  Kasey is K-A-S-E-Y, middle

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 13:59:32 | 1 | name Lee, L-E-E. |
| 13:59:33 | 2 | **Q.**   So the three folks living in the home are you, your wife, |
| 13:59:36 | 3 | and your daughter? |
| 13:59:38 | 4 | **A.**   Yes, sir.  That's correct. |
| 13:59:38 | 5 | **Q.**   What is your educational background? |
| 13:59:42 | 6 | **A.**   I went to the 10th grade in high school.  I dropped out of |
| 13:59:48 | 7 | high school in 1969.  It was in the midst of the Vietnam War. |
| 13:59:56 | 8 | A friend of ours, my mother's friend's son, died in Vietnam. |
| 13:59:59 | 9 | And I've got this patriotic streak in me, and on -- I made 18 |
| 14:00:05 | 10 | on a Sunday and on Monday I left to join the United States |
| 14:00:08 | 11 | Navy. |
| 14:00:09 | 12 | **Q.**   You were in the Navy during the Vietnam War? |
| 14:00:12 | 13 | **A.**   Yes, sir, I was. |
| 14:00:13 | 14 | **Q.**   Did you get your GED? |
| 14:00:14 | 15 | **A.**   Yes, sir, I did. |
| 14:00:16 | 16 | **Q.**   Have you had any courses other than that, in terms of |
| 14:00:19 | 17 | educational courses? |
| 14:00:21 | 18 | **A.**   Later in life I took law enforcement courses, criminal |
| 14:00:25 | 19 | justice courses, at Tulane University. |
| 14:00:28 | 20 | And most recently, I took industrial psychology |
| 14:00:31 | 21 | courses from Manhattan College in New York, when I lived in |
| 14:00:36 | 22 | New York. |
| 14:00:36 | 23 | **Q.**   How long were you in the Navy? |
| 14:00:39 | 24 | **A.**   Three years, 11 months, and 17 days. |
| 14:00:41 | 25 | **Q.**   That's an approximation, I guess. |

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 14:00:43 | 1 | **A.** That's an exact approximation, yes, sir. |
| 14:00:45 | 2 | **Q.** After the Navy what did you do for your occupation? |
| 14:00:48 | 3 | **A.** I came home. I'm from a law enforcement background. My |
| 14:00:52 | 4 | dad was a New Orleans policeman, my uncle and cousins were |
| 14:00:56 | 5 | New Orleans policemen. I went to the Jefferson Parish |
| 14:00:58 | 6 | Sheriff's Office. I was employed by the Jefferson Parish |
| 14:01:00 | 7 | Sheriff's Office beginning in January 1973. Al Cronvich was |
| 14:01:05 | 8 | the sheriff at that time. |
| 14:01:06 | 9 | **Q.** What rank did you have with the Jefferson Parish Sheriff's |
| 14:01:07 | 10 | Office? |
| 14:01:08 | 11 | **A.** I left the Jefferson Parish Sheriff's Office as a |
| 14:01:12 | 12 | detective sergeant in 1980. I worked in the detective bureau. |
| 14:01:15 | 13 | I worked in homicide for six years. |
| 14:01:17 | 14 | **Q.** Then what did you do? |
| 14:01:18 | 15 | **A.** I went to work for Louisiana Power & Light initially in |
| 14:01:21 | 16 | the Algiers section of town. We consolidated at that time with |
| 14:01:26 | 17 | NOPSI. I spent a number of years working at the NOPSI office |
| 14:01:29 | 18 | on Baronne Street, in security. |
| 14:01:32 | 19 | I was originally hired to do background |
| 14:01:34 | 20 | investigations for personnel wanting to work at the Waterford 3 |
| 14:01:41 | 21 | nuclear plant. I actually fingerprinted 55,000 people myself |
| 14:01:45 | 22 | at the Waterford 3 Nuclear Plant in preparation for the |
| 14:01:50 | 23 | background investigations. |
| 14:01:51 | 24 | In 1989 Entergy transferred me. We had become LP&L |
| 14:01:56 | 25 | and NOPSI, and went into Entergy from Middle South Utilities. |

EDWARD G. BECKENDORF - DIRECT

| | | |
|---|---|---|
| 14:01:57 | 1 | They transferred me to Waterford 3. |
| 14:02:01 | 2 | In 1996 I became the security superintendent in |
| 14:02:03 | 3 | charge of security at Waterford 3. |
| 14:02:07 | 4 | In 2000 Entergy transferred me to White Plains, |
| 14:02:09 | 5 | New York.  I was a security manager at the five nuclear plants |
| 14:02:17 | 6 | up there that Entergy had purchased.  That's where I retired. |
| 14:02:21 | 7 | Q.   Then you eventually moved back to Louisiana? |
| 14:02:23 | 8 | A.   Yes, sir.  We took early retirement in 2006.  Our youngest |
| 14:02:27 | 9 | son, Kasey, had graduated from Marist and was in graduate |
| 14:02:31 | 10 | school. |
| 14:02:32 | 11 | Klint had graduated from Tulane and was at Southern |
| 14:02:35 | 12 | University, in law school, so we were very comfortable with |
| 14:02:38 | 13 | taking early retirement and coming back to New Orleans. |
| 14:02:41 | 14 | Q.   You took an early retirement from Entergy.  But are you |
| 14:02:44 | 15 | currently employed, sir? |
| 14:02:45 | 16 | A.   Yes, sir.  I'm a major with the St. Charles Parish |
| 14:02:47 | 17 | Sheriff's Office.  I was able to acquire the job of the 911 |
| 14:02:52 | 18 | director in St. Charles Parish.  On July 10, 2006, I started |
| 14:02:56 | 19 | that job. |
| 14:02:56 | 20 | We had some problems with personnel issues in the |
| 14:03:00 | 21 | organization.  We were able to turn those around.  I have |
| 14:03:03 | 22 | subsequently been promoted to major.  I'm responsible for |
| 14:03:07 | 23 | administration and communications, which is basically human |
| 14:03:09 | 24 | resources, purchasing, criminal records, courthouse stuff, |
| 14:03:14 | 25 | communications, 911, those types of things. |

**EDWARD G. BECKENDORF - DIRECT**

14:03:17  1   **Q.**   Aside from your duties and responsibilities as a major in

14:03:21  2   the St. Charles Parish Sheriff's Office, do you have any other

14:03:24  3   duties and responsibilities?

14:03:26  4   **A.**   Yes, sir.  On December 21, 1991, I was -- after training I

14:03:31  5   was ordained a Catholic -- Roman Catholic deacon by

14:03:39  6   Archbishop Schulte at the time.  And I have served the Catholic

14:03:42  7   Church since then.

14:03:44  8              Currently my assignment by the Archbishop is at Mary

14:03:46  9   Queen of Peace in Mandeville, Louisiana.

14:03:50  10  **Q.**   Now, when did you purchase the home at 304 Brown Thrasher

14:03:53  11  Loop in Madisonville?

14:03:56  12  **A.**   We originally put the deposit down on the construction

14:03:59  13  site in May of 2006.  The act of sale was in July.

14:04:05  14  **Q.**   So this was in July of 2006?

14:04:08  15  **A.**   Yes, sir.  I'm sorry.

14:04:08  16  **Q.**   This was a new construction home?

14:04:10  17  **A.**   New construction, yes, sir.

14:04:12  18  **Q.**   Was there any reason why you wanted new construction as

14:04:14  19  opposed to buying an already existing house?

14:04:20  20  **A.**   I was fortunate enough in life to have married my

14:04:23  21  childhood sweetheart.  You hear a lot of people say that, but I

14:04:26  22  married my childhood sweetheart.

14:04:26  23  **Q.**   It's really true in your case?

14:04:27  24  **A.**   It's true.  We met in the fifth grade at Mater Dolorosa

14:04:32  25  School on Carrollton Avenue, and we were a number since then.

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 14:04:33 | 1 | Susan has been my rock, she has been my support.  She is my |
| 14:04:37 | 2 | angel.  She is the person who has been with me in the tough |
| 14:04:40 | 3 | times, in the bad times. |
| 14:04:42 | 4 | When we were fortunate enough to get to a point in |
| 14:04:44 | 5 | our life where we were making some money, some reasonable |
| 14:04:46 | 6 | money, we were able to build a home in Destrehan.  And less |
| 14:04:50 | 7 | than four years later I turned around and -- that's the only |
| 14:04:52 | 8 | home we ever built.  Everything we had we always rented from |
| 14:04:55 | 9 | somebody.  We had a home that we bought that was 20 years old |
| 14:04:57 | 10 | and had to work on all the time, constantly. |
| 14:05:00 | 11 | So when I asked her to move to New York, I promised |
| 14:05:02 | 12 | her that when we returned to Louisiana we would build a new |
| 14:05:05 | 13 | construction home.  And that's why we went to Madisonville. |
| 14:05:10 | 14 | The other important part about that is our son and |
| 14:05:14 | 15 | daughter-in-law and grandsons were building a house right |
| 14:05:16 | 16 | around the corner, so it just made perfect sense to be there. |
| 14:05:19 | 17 | **Q.**   How much did you pay for the house? |
| 14:05:21 | 18 | **A.**   $262,000 and some change. |
| 14:05:24 | 19 | **Q.**   What is the size of the house in terms of square footage? |
| 14:05:27 | 20 | **A.**   I think it's like 1800 square feet under roof, 1900 square |
| 14:05:34 | 21 | feet under roof, somewhere around there. |
| 14:05:36 | 22 | **Q.**   Who was the builder or construction contractor for the |
| 14:05:38 | 23 | house? |
| 14:05:38 | 24 | **A.**   Mayco Construction, M-A-Y-C-O. |
| 14:05:43 | 25 | **Q.**   Why did you choose Mayco? |

**EDWARD G. BECKENDORF - DIRECT**

14:05:44  1   **A.**   Our son and daughter-in-law had already chosen this

14:05:49  2   particular contractor.  They had already viewed some of the

14:05:52  3   residences he was building in Slidell.  It was right after

14:05:56  4   Katrina, so there was a lot of construction going on, so he was

14:06:00  5   able to take a look at the construction.  He was impressed, and

14:06:02  6   we had an opportunity to look at their home that they were

14:06:03  7   having built on Brown Thrasher Loop.  They live at 396.  So we

14:06:07  8   were impressed.

14:06:07  9           So the builder had two homes that were for sale right

14:06:10  10  there adjacent to them.  One of them was directly across the

14:06:14  11  street and the other one was around the corner.

14:06:18  12          Well, I'm an old New Orleans guy, you know, and my

14:06:22  13  recollection of life in New Orleans was I could walk to my

14:06:24  14  aunt's house, I could walk to my cousin's house, I could walk

14:06:27  15  to my grandma's house in the city, you know, and I wanted that

14:06:31  16  with our grandkids.

14:06:32  17          So they had a house directly across the street from

14:06:35  18  them built by Mayco that Susan and I really liked the floor

14:06:40  19  plan, but I didn't want the street to cause a problem with my

14:06:40  20  grandsons.  So we built our house -- we took the house on the

14:06:44  21  opposite side back-to-back to them, maybe three or four houses

14:06:47  22  down, so our grandsons could walk the same sidewalk.  They

14:06:51  23  didn't have to traverse the street in order to get back to us.

14:06:56  24  **Q.**   Were you living in New York at the time the house was

14:06:59  25  being built?

**EDWARD G. BECKENDORF - DIRECT**

14:07:00  1   **A.**   Yes, sir.

14:07:00  2   **Q.**   Did you travel here to see the construction of the home

14:07:05  3   when it was being built?

14:07:06  4   **A.**   I traveled here to interview with the sheriff's office.

14:07:08  5   And on those trips we had an opportunity -- one of the first

14:07:14  6   times was -- my interviews were the Friday before Mother's Day,

14:07:18  7   and I had the fortunate opportunity to baptize my youngest

14:07:23  8   grandson on that Sunday, on Mother's Day.

14:07:26  9         And then that Monday, when we actually interviewed

14:07:27  10  with the sheriff, and I was pretty certain I was going to get

14:07:30  11  the job, that's when we put down the deposit.  We put down the

14:07:34  12  $5,000 for the construction and signed the paperwork.

14:07:36  13        That was the first time we ever walked into the

14:07:38  14  house.  It was open at the time.  So the house that was going

14:07:40  15  to be our home, we walked into it the first time Mother's Day

14:07:44  16  weekend.  I don't know the date of that.

14:07:46  17        The next time we were back in the house -- I'm sorry.

14:07:48  18  **Q.**   Let me stop.  So late May 2006 you walked through the

14:07:53  19  house, late May 2006?

14:07:56  20  **A.**   Yes, sir, late May 2006.

14:07:58  21  **Q.**   What was the phase of the construction, or stage of

14:08:00  22  construction, at that time?

14:08:03  23  **A.**   The sheetrock was up.  The drywall was up.  There was no

14:08:07  24  appliances.  There was some exposed wiring, but none of the

14:08:10  25  wiring was hooked up.

EDWARD G. BECKENDORF - DIRECT

14:08:12   1      We laughed because the bathroom was on the driveway,
14:08:14   2   because they had a port-o-let outside, you know.  So we took
14:08:17   3   pictures of it and sent it back to our friends and told them
14:08:21   4   said they could come stay in the port-o-let.
14:08:23   5      But there was no driveway, there was no concrete,
14:08:25   6   other than the structure itself.  But all of the drywall was
14:08:28   7   up.  And there was no attic stairs.  You couldn't get up to the
14:08:32   8   attic.
14:08:33   9   Q.   When you say the drywall was up, Mr. Beckendorf, could you
14:08:37  10   see the reverse side of the drywall?
14:08:40  11   A.   No, sir.
14:08:41  12   Q.   It was installed and covered at that point?
14:08:43  13   A.   Yes, sir.
14:08:44  14   Q.   Do you know who physically hung your drywall?
14:08:46  15   A.   No, sir, I do not.
14:08:47  16   Q.   Did you ever have any conversations with Mayco, the
14:08:51  17   builder, about the type of drywall that would go into the
14:08:54  18   house?
14:08:55  19   A.   No, sir, I did not.
14:08:57  20   Q.   After this late May 2006 walkthrough, when was the next
14:09:01  21   time you visited the house during construction?
14:09:03  22   A.   4th of July weekend.  We came back in town for the 4th of
14:09:09  23   July weekend and went to visit the home again.
14:09:11  24      At that time it was locked.  We couldn't get in it.
14:09:14  25   The only thing we could really do was look through the windows.

EDWARD G. BECKENDORF - DIRECT

14:09:16  1   Susan and I were not really interested in going, you know, to
14:09:19  2   get the key from the -- it was the 4th of July weekend and we
14:09:23  3   only had a few days to spend and we didn't want to go get the
14:09:24  4   key and go back to the house and everything.
14:09:26  5            But things were progressing well.  We had ordered --
14:09:29  6   we had shelves built, custom built, and they were in and they
14:09:35  7   looked like they were in pretty good shape from the windows,
14:09:38  8   from where we could see.  So we were happy with the progress
14:09:41  9   that was being made.
14:09:41  10  Q.   And then you moved into the house at the end of July 2006?
14:09:44  11  A.   Correct.
14:09:45  12  Q.   Did you have any inspections done at the time of moving
14:09:47  13  in?
14:09:48  14  A.   Myself, no, sir.
14:09:51  15  Q.   On moving into this house, Mr. Beckendorf, did you notice
14:09:55  16  anything unusual?
14:09:59  17  A.   Immediately, no.  It was just a new construction smell and
14:10:02  18  the new smell of the carpet and things like that.
14:10:05  19           But four or five days into the home, Susan and I
14:10:09  20  began having arguments.
14:10:11  21           THE WITNESS:  And I'm going to digress, Your Honor,
14:10:13  22  and I apologize for this.
14:10:14  23           But Susan was a smoker, and our youngest
14:10:19  24  grandson, Reece, R-E-E-C-E, has allergies.  And when Reece was
14:10:25  25  born, Susan could not touch Reece because of the fact she was

**EDWARD G. BECKENDORF - DIRECT**

14:10:30  1   smoking.  Susan could touch Reece and she could feed Reece at

14:10:36  2   night when -- after she took a shower and washed her hair,

14:10:38  3   because the smoke -- the cigarette smoke, the carcinogens in

14:10:43  4   the cigarette smoke caused him to wheeze and it caused his skin

14:10:48  5   the break out.

14:10:49  6            So when we were watching him and we were staying

14:10:51  7   with them during the time, I took care of Reece when Kelly, our

14:10:56  8   daughter-in-law, and Klint, our son, were at school or at work.

14:11:00  9            So when we moved into the house, I started

14:11:02  10  smelling this sulfur.  And it created a really difficult

14:11:08  11  situation between Susan and I because I was actually accusing

14:11:12  12  her of smoking in the house knowing that our grandsons were

14:11:15  13  going to come over there.  I accused -- and we got into some

14:11:20  14  heated discussions, unfairly, but of leaving the door open and

14:11:23  15  going back and forth, because I knew Reece could not have this.

14:11:27  16           So it was less than 10 days before -- when we

14:11:30  17  moved into the house that I could smell this sulfur smell, this

14:11:35  18  cigarette -- you know, it was like somebody striking a match.

14:11:40  19  Q.   Has your wife since quit smoking?

14:11:42  20  A.   My wife quit smoking in 2008.

14:11:44  21  Q.   Has the odor in the house continued to exist?

14:11:47  22  A.   No, sir.  Oh, continued?  Yes, sir.

14:11:49  23  Q.   Has it continued?

14:11:50  24  A.   Every day.

14:11:50  25  Q.   You are still in the house?

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 14:11:52 | 1 | **A.**   Yes, sir. |
| 14:11:56 | 2 | **Q.**   Have you gotten used to the smell? |
| 14:11:57 | 3 | **A.**   No, sir.  You don't get use to headaches and nosebleeds. |
| 14:12:01 | 4 | It doesn't happen.  I'm sorry. |
| 14:12:03 | 5 | **Q.**   Is there ever a day you are in this house that you do not |
| 14:12:07 | 6 | smell sulfur? |
| 14:12:10 | 7 | **A.**   No.  Because you go -- you can't put enough candles out. |
| 14:12:15 | 8 | We have air purifier machines, we run the air conditioner all |
| 14:12:21 | 9 | the time, the fan.  You literally cannot put enough deodorant |
| 14:12:26 | 10 | out to dissipate every room all the time.  So you close doors |
| 14:12:29 | 11 | and kind of -- you try to mask the stuff when you have |
| 14:12:32 | 12 | Thanksgiving dinner and people come over. |
| 14:12:34 | 13 | **Q.**   When you noticed this sulfur smell, did you attribute it |
| 14:12:40 | 14 | in any way to the drywall in your house? |
| 14:12:43 | 15 | **A.**   I had no idea that a sulfur smell had anything to do with |
| 14:12:48 | 16 | the drywall.  I accused Susan of that. |
| 14:12:52 | 17 | **Q.**   Now, in addition to the smell after you moved in, did you |
| 14:12:55 | 18 | have trouble with appliances? |
| 14:12:58 | 19 | **A.**   There again, you know, when we moved into the house, we |
| 14:13:01 | 20 | moved from New York.  Alarm clock, Susan and I always had two |
| 14:13:08 | 21 | alarm clocks because we got up at different times. |
| 14:13:10 | 22 | So on my side of the bed the alarm clock -- we were |
| 14:13:11 | 23 | there about three weeks, and the alarm clock quit working.  It |
| 14:13:15 | 24 | had worked for a number of years.  But we figured, you know, we |
| 14:13:18 | 25 | would just go buy another alarm clock, which we did.  And it |

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 14:13:22 | 1 | was a radio alarm clock with a digital timer on the front, very |
| 14:13:25 | 2 | similar to what Susan had. |
| 14:13:26 | 3 | And we put that one in, and that one broke like four |
| 14:13:31 | 4 | weeks later.  Now, it wasn't very expensive; it was a $19.95 |
| 14:13:33 | 5 | kind of Walmart brand, and we had a problem with that. |
| 14:13:37 | 6 | We had problems with our computers.  We lost a laptop |
| 14:13:42 | 7 | and a desktop.  We bought new ones because we thought the other |
| 14:13:46 | 8 | ones were old.  We had a couple of Dells, and so I decided to |
| 14:13:50 | 9 | go with HP to see if we could get any success out of that. |
| 14:13:54 | 10 | So initially the problems we had were -- when we -- |
| 14:13:59 | 11 | fortunately -- I'm really blessed.  Because when we moved to |
| 14:14:02 | 12 | New York, we were able to save up enough money to buy new |
| 14:14:05 | 13 | appliances for the new home.  So when we went to New York, I |
| 14:14:10 | 14 | went into Best Buy and bought brand-new LG washer/dryers, you |
| 14:14:15 | 15 | know, the front loaders that save energy, and the |
| 14:14:19 | 16 | refrigerator/freezer.  So we had all of that delivered and put |
| 14:14:22 | 17 | into the house. |
| 14:14:23 | 18 | You know, we were there, and it's like three months |
| 14:14:26 | 19 | to six months we're changing the element in the dryer. |
| 14:14:31 | 20 | The light fixture in this refrigerator/freezer, you |
| 14:14:34 | 21 | know, side-by-side with the French doors, melts.  And you know, |
| 14:14:38 | 22 | it's just -- it -- thank God it was on, you know, because |
| 14:14:42 | 23 | nothing caught on fire or anything.  It just melted the plastic |
| 14:14:46 | 24 | and had to be repaired. |
| 14:14:47 | 25 | Fortunately for us, it was all under warranty because |

**EDWARD G. BECKENDORF - DIRECT**

14:14:52  1   we bought extended warranties.  So it was kind of like we just

14:14:56  2   called Best Buy, they sent out the Geek Squad, and they fixed

14:15:00  3   our stuff because it was under warranty.

14:15:02  4          So as those things started to deteriorate, we really

14:15:07  5   didn't think too much of it.  The appliance that really clicked

14:15:10  6   for us was -- because we moved to the north shore.  Susan was

14:15:14  7   always a New Orleans girl.  So she was afraid of tornadoes and

14:15:19  8   things like that.  So I went and bought one of these Bob Breck

14:15:23  9   radios that you get at Walgreens.  It's going to let us know

14:15:26  10  when a tornado comes in.

14:15:27  11         Well, I'm a cop.  I had -- my phone tells me when a

14:15:31  12  tornado is going to come in, but Susan doesn't want that.  So

14:15:35  13  we buy this thing and it works for like five weeks and then it

14:15:38  14  just stopped working.  It wouldn't come on again.  You know,

14:15:40  15  you change the batteries, you plug it in, nothing was working.

14:15:45  16         So it was those small little irritants that kind of

14:15:49  17  caught our eye but never caught our attention.

14:15:52  18  Q.   How about the AC system?

14:15:54  19  A.   The AC system froze up on us a couple times.  We have had

14:15:59  20  air conditioners that froze up on us a couple times.  We called

14:16:03  21  the guy who put the air conditioning system in.  We called

14:16:05  22  Mayco, found out the name of the man.  He lived in Chalmette.

14:16:09  23  We contacted him.  He sent somebody out, and they fixed it.

14:16:13  24         They put in -- the third trip out they put a new set

14:16:16  25  of coils in because they said the coils were corroded.  Again,

**EDWARD G. BECKENDORF - DIRECT**

14:16:22   1   we didn't think anything of it.

14:16:24   2          He leaves.  About 2008 he comes out and he changes

14:16:30   3   the coils again.  And this time he puts coated coils in there

14:16:35   4   and he tells Susan, you know, You guys need to look and see if

14:16:38   5   you have got Chinese drywall because of the coils.

14:16:41   6          That was the first time that anybody ever mentioned

14:16:44   7   anything to us specifically about our home with respect to

14:16:49   8   Chinese drywall.

14:16:52   9   Q.   Were you able, given where you were in your life at that

14:16:55   10  point, to immediately attend to the possible problem of Chinese

14:17:00   11  drywall in 2008?

14:17:01   12  A.   No, sir.  As we say in New Orleans, we had bigger fish to

14:17:04   13  fry at that particular time.

14:17:06   14  Q.   What do you mean by that?

14:17:07   15  A.   In June 2008 I was diagnosed with throat cancer.  I had

14:17:14   16  Stage 4 throat cancer on the left side basic cone squamous cell

14:17:17   17  carcinoma, Stage 1 on the right side.  I was given less than a

14:17:20   18  40 percent chance of surviving.  So we put all the resources we

14:17:24   19  had and everything we had into fighting that disease.

14:17:28   20         It was at that time that the sulfur really became the

14:17:35   21  major irritant in the Beckendorf family home.  The sulfur

14:17:43   22  smell -- and again, I had to apologize to my wife and I

14:17:47   23  apologize to her every day.  If she was here today, I would

14:17:50   24  apologize to her again.  The woman is just a saint because I --

14:17:52   25  I mean, when you're full of radiation and chemo and you are in

**EDWARD G. BECKENDORF - DIRECT**

14:17:56  1   pain and you are not feeling good and you're throwing up and

14:17:59  2   defecating and you're living off a feeding tube and you think

14:18:03  3   your wife is smoking, you get a little irritated.  And that was

14:18:06  4   every day of my life.

14:18:08  5             MR. RISLEY:  Your Honor, could we approach.

14:18:09  6             THE COURT:  Yes.

14:18:10  7             (The following proceedings were held at the bench.)

14:18:20  8             THE COURT:  This is not about damages.

14:18:23  9             MR. MEUNIER:  I'm actually trying to direct him back.

14:18:27  10            MR. RISLEY:  Would the Court remind the jury personal

14:18:29  11   injuries are not in the case?

14:18:32  12            THE COURT:  Yes.

14:18:32  13            (End of bench conference.)

14:18:41  14            THE COURT:  Let's move on, Counsel.

14:18:42  15            Members of the jury, as I mentioned to you

14:18:44  16   earlier, damages and personal injuries are not an issue for you

14:18:48  17   to deal with.

14:18:49  18   BY MR. MEUNIER:

14:18:49  19   Q.   Mr. Beckendorf, when and how did you ultimately confirm

14:18:52  20   for the first time that you did have Chinese drywall in your

14:18:54  21   house?

14:18:58  22   A.   The confirmation came with an inspection.

14:19:02  23            The first time that we really visually saw that we

14:19:06  24   suspected that we had Chinese drywall in the house was December

14:19:09  25   of 2009.  I was up in the attic.  We have an artificial tree.

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 14:19:15 | 1 | It's in a bag.  I grabbed the bag and I turned -- and we have a |
| 14:19:19 | 2 | riser in our attic that goes above the living room, and there's |
| 14:19:25 | 3 | insulation on the side of the riser. |
| 14:19:27 | 4 | As I hit the bag on the insulation, it tore the |
| 14:19:32 | 5 | insulation and the insulation fell down.  And I saw upside down |
| 14:19:35 | 6 | the letters C-H-I-N, and I couldn't see the A. |
| 14:19:42 | 7 | I said -- and I've been around enough stuff in China |
| 14:19:46 | 8 | my in life, I told my wife -- I went downstairs and said, I |
| 14:19:49 | 9 | think we have Chinese drywall. |
| 14:19:50 | 10 | She said, Why? |
| 14:19:51 | 11 | And I said, Come see. |
| 14:19:53 | 12 | Q.   Then you had an inspection? |
| 14:19:53 | 13 | A.   I had an inspection done, yes, sir. |
| 14:19:55 | 14 | Q.   Did the inspection confirm that you had Chinese drywall? |
| 14:19:58 | 15 | A.   Yes, sir. |
| 14:19:59 | 16 | Q.   Made by KPT, Knauf? |
| 14:20:02 | 17 | A.   Yes, sir. |
| 14:20:07 | 18 | Q.   Have you confirmed, Mr. Beckendorf, that this Chinese |
| 14:20:10 | 19 | drywall, this KPT drywall in your home, had been purchased by |
| 14:20:14 | 20 | the builder, Mayco, from Interior Exterior? |
| 14:20:20 | 21 | A.   Mayco gave us the paperwork on the Interior Exterior |
| 14:20:23 | 22 | receipt for the Chinese drywall, yes, sir. |
| 14:20:26 | 23 | Q.   Mayco, the builder, bought the Chinese drywall from |
| 14:20:30 | 24 | Interior Exterior.  But then you, obviously, reimbursed Mayco |
| 14:20:34 | 25 | for the purchase in building the home? |

EDWARD G. BECKENDORF - DIRECT

14:20:36  1    A.   Yes, sir.

14:20:38  2              MR. MEUNIER:   Your Honor, may I show the witness?

14:20:43  3    BY MR. MEUNIER:

14:20:43  4    Q.   I show you what's been marked as Plaintiff's Exhibit 840.

14:20:47  5    I will ask you if that is the invoice, the Interior Exterior

14:20:52  6    invoice, for the purchase of the Chinese drywall sold to your

14:20:58  7    builder, Mayco, that was installed in your home.

14:21:03  8    A.   Yes, it is.  This is a copy of the receipt that he

14:21:07  9    provided to us.

14:21:08  10             MR. MEUNIER:   Your Honor, I would offer into evidence

14:21:08  11   as Plaintiff's Exhibit 840 the Interior Exterior invoice.

14:21:14  12             THE COURT:   Admitted.

14:21:14  13             MR. MEUNIER:   May we have it up on the screen.

14:21:21  14   BY MR. MEUNIER:

14:21:21  15   Q.   The date of the invoice is March 17, 2006.  That's the

14:21:24  16   date that Interior Exterior sold this Chinese drywall?

14:21:30  17   A.   It's my understanding.

14:21:36  18   Q.   The quantity is shown to be 204 pieces installed.  Were

14:21:41  19   all these installed in your home?

14:21:44  20   A.   To my knowledge, yes, sir.

14:21:50  21   Q.   Have you made any claims against Mayco because of this

14:21:53  22   Chinese drywall?

14:21:54  23   A.   No, sir, we have not.

14:21:56  24   Q.   Why not?

14:21:58  25             MR. RISLEY:   Your Honor, objection.  There's no

**EDWARD G. BECKENDORF - DIRECT**

| | | |
|---|---|---|
| 14:21:59 | 1 | claims at issue in the case about anyone else. |
| 14:22:02 | 2 | THE COURT:  What's the reason?  Let's move on. |
| 14:22:05 | 3 | MR. MEUNIER:  Just in case there was a question about |
| 14:22:08 | 4 | it. |
| 14:22:10 | 5 | BY MR. MEUNIER: |
| 14:22:10 | 6 | Q.   Have you moved out of the house? |
| 14:22:11 | 7 | A.   No, sir. |
| 14:22:12 | 8 | Q.   Why not? |
| 14:22:15 | 9 | MR. RISLEY:  Your Honor, could we approach on this? |
| 14:22:18 | 10 | THE COURT:  All right. |
| 14:22:19 | 11 | (The following proceedings were held at the bench.) |
| 14:22:29 | 12 | THE COURT:  I don't mind approaching, but we are -- |
| 14:22:31 | 13 | MR. RISLEY:  It's a violation of the in limine order |
| 14:22:36 | 14 | of why they haven't moved out of the house and can't afford to |
| 14:22:39 | 15 | repair it. |
| 14:22:41 | 16 | MR. MEUNIER:  I need clarification from the Court. |
| 14:22:43 | 17 | I'm concerned that the jury will wonder why these folks are |
| 14:22:47 | 18 | still living in a house with Chinese drywall.  Sure, it's |
| 14:22:51 | 19 | defective, but it can't be that bad if they are living in it. |
| 14:22:55 | 20 | I think each of these plaintiffs is entitled to say why they |
| 14:22:59 | 21 | are still in it.  I'm not going to -- |
| 14:23:06 | 22 | MR. RISLEY:  What's that got to do with InEx's |
| 14:23:09 | 23 | knowledge?  It will make the plaintiffs more sympathetic.  They |
| 14:23:12 | 24 | are not on trial.  InEx is and their knowledge is. |
| 14:23:15 | 25 | THE COURT:  I understand both sides.  Let's deal with |

**EDWARD G. BECKENDORF - DIRECT**

| | |
|---|---|
| 14:23:17 | 1 |

14:23:17  1   it in this way.  Let's not go into any aspect, but I think

14:23:21  2   you're right.  They need to know why he is still living there,

14:23:26  3   but let's not pursue it.

14:23:27  4          MR. MEUNIER:  I won't go into detail.  Thank you.

14:23:31  5          (End of bench conference.)

14:23:39  6   BY MR. MEUNIER:

14:23:39  7   Q.   Mr. Beckendorf, without going into great detail, just

14:23:44  8   simply explain to the jury why you have not -- why you and your

14:23:48  9   family have not yet moved out of the house with Chinese drywall

14:23:51  10  in it.

14:23:53  11  A.   We cannot afford to take a chance on losing the house.  We

14:23:58  12  have a hundred thousand dollars of equity in the house, and we

14:24:01  13  just can't walk away from that.

14:24:04  14  Q.   Thank you.

14:24:08  15         MR. MEUNIER:  Your Honor, I had wanted to show a

14:24:10  16  photograph of the house.

14:24:16  17         May we see Plaintiff's Exhibit 1299.

14:24:21  18  BY MR. MEUNIER:

14:24:21  19  Q.   Mr. Beckendorf, is this a photograph of the house on Brown

14:24:25  20  Thrasher Loop?

14:24:27  21  A.   Yes, sir.  That's the front door.

14:24:28  22         MR. MEUNIER:  I will offer that into evidence as

14:24:31  23  Plaintiff's Exhibit 1299.

14:24:34  24         THE COURT:  Admitted.

          25

EDWARD G. BECKENDORF - DIRECT

14:24:34  1   BY MR. MEUNIER:

14:24:34  2   Q.   Finally, sir, you will not be here later this week,

14:24:37  3   Wednesday, during this trial, will you?

14:24:39  4   A.   No, sir, I will not.

14:24:40  5   Q.   Could you explain to the Court and to the jury why.

14:24:46  6   A.   Well, with the cancer comes -- I have viral papillomas,

14:24:50  7   which are basically polyps that continue to grow on my throat.

14:24:56  8   Wednesday I'm having a surgical procedure to remove some of

14:24:59  9   those so we can do a biopsy.

14:25:01  10              MR. MEUNIER:  Your Honor, we wanted the jury to

14:25:02  11  understand.

14:25:03  12              THE COURT:  Again, members of the jury, that's just

14:25:04  13  for your information.  You are not to deal with any personal

14:25:11  14  injuries, and that's not to influence you in any way, shape, or

14:25:13  15  form.

14:25:14  16              MR. MEUNIER:  It's just to show why he wouldn't be

14:25:16  17  here.

14:25:18  18              THE COURT:  I understand.

14:25:19  19              MR. MEUNIER:  Thank you, sir.

14:25:20  20              THE COURT:  Any cross?

14:25:21  21                         CROSS-EXAMINATION

14:25:22  22  BY MR. GRAU:

14:25:24  23  Q.   Good afternoon, Mr. Beckendorf.  How are you?

14:25:26  24  A.   Doing fine, sir.  How are you doing?

14:25:28  25  Q.   Good.  I just wanted to be clear.

EDWARD G. BECKENDORF - CROSS

| | | |
|---|---|---|
| 14:25:30 | 1 | At the time you moved into the house, you were not |
| 14:25:32 | 2 | aware that the drywall had this chemical defect that off-gassed |
| 14:25:36 | 3 | sulfur; is that correct? |
| 14:25:37 | 4 | A.   That's correct. |
| 14:25:38 | 5 | Q.   You had visited the house, I think you told us, on three |
| 14:25:40 | 6 | occasions before you moved in, the first time on Mother's Day |
| 14:25:45 | 7 | weekend, correct? |
| 14:25:45 | 8 | A.   Correct, sir. |
| 14:25:46 | 9 | Q.   On that occasion you went into the house, right? |
| 14:25:49 | 10 | A.   Yes, sir. |
| 14:25:49 | 11 | Q.   You walked around the house?  You saw what the condition |
| 14:25:52 | 12 | of the house was at that time, correct? |
| 14:25:53 | 13 | A.   Correct.  Yes, sir. |
| 14:25:55 | 14 | Q.   The drywall was hung up on the wall at that time, correct? |
| 14:25:57 | 15 | A.   Yes, sir, it was. |
| 14:25:58 | 16 | Q.   The drywall -- had you seen drywall before? |
| 14:26:03 | 17 | A.   Plenty of times. |
| 14:26:04 | 18 | Q.   The drywall that was hung on your walls, did it look like |
| 14:26:06 | 19 | regular drywall to you? |
| 14:26:08 | 20 | A.   Certainly. |
| 14:26:08 | 21 | Q.   Didn't see any problems with it, to your eye? |
| 14:26:12 | 22 | A.   To my eye? |
| 14:26:13 | 23 | Q.   Yeah.  Just looking at it, you didn't see anything wrong |
| 14:26:15 | 24 | with it, did you? |
| 14:26:17 | 25 | A.   No.  It was fine. |

**EDWARD G. BECKENDORF - CROSS**

14:26:21   1   **Q.**   The whole time you were in the house, you didn't smell
14:26:24   2   anything at that time, true?
14:26:24   3   **A.**   Oh, yeah.  There was like sawdust all over the floor;
14:26:26   4   there was paint smells; they had a primer that had been placed
14:26:32   5   on the drywall.  So those kind of smells.
14:26:35   6   **Q.**   Those smells, but you didn't smell any sulfur smells at
14:26:37   7   that time, did you?
14:26:38   8   **A.**   No, sir.
14:26:38   9   **Q.**   You went back a second time, but you couldn't get in the
14:26:41   10  house that time, right?
14:26:42   11  **A.**   That was the 4th of July weekend.
14:26:44   12  **Q.**   You went back a third time, right, before the act of sale?
14:26:47   13  **A.**   For the inspection, yes, sir.
14:26:49   14  **Q.**   That was to inspect the house before the act of sale?
14:26:51   15  **A.**   Correct.
14:26:52   16  **Q.**   You walked around the house again at that time?
14:26:54   17  **A.**   Yes, sir.
14:26:55   18  **Q.**   The house was complete at that time, right?
14:26:57   19  **A.**   Yes, it was.
14:26:58   20  **Q.**   There was no work going on in the house or anything like
14:27:00   21  that, right?
14:27:01   22  **A.**   Yes, sir.
14:27:01   23  **Q.**   Again, you didn't smell any sulfur smells when you went
14:27:04   24  back that time, correct?
14:27:06   25  **A.**   No, sir.

HOURLY TRANSCRIPT

**EDWARD G. BECKENDORF - CROSS**

| | | |
|---|---|---|
| 14:27:06 | 1 | **Q.**   You told us you first noticed the sulfur smell a week or |
| 14:27:09 | 2 | so after moving into the house, correct? |
| 14:27:11 | 3 | **A.**   Yes, sir. |
| 14:27:11 | 4 | **Q.**   Now, today you have called it a sulfur smell, but you have |
| 14:27:15 | 5 | referred to it previously as a cigarette smell, right?  Smells |
| 14:27:19 | 6 | like someone's smoking in the house? |
| 14:27:20 | 7 | **A.**   Well, sulfur comes before a lit cigarette.  So the sulfur |
| 14:27:24 | 8 | smell, to me, equates to a cigarette.  I smoked for 10 years |
| 14:27:28 | 9 | and I would take a book of matches and I would flip the book of |
| 14:27:32 | 10 | matches around and I could strike the match standing on a |
| 14:27:34 | 11 | street corner and light a cigarette.  The same thing would be |
| 14:27:37 | 12 | if you were going to light a candle.  So if I associated that |
| 14:27:41 | 13 | with my most common knowledge of a lit match is to light a |
| 14:27:45 | 14 | cigarette. |
| 14:27:49 | 15 | **Q.**   After you moved in, you started smelling the sulfur smell, |
| 14:27:54 | 16 | and I understand you lived with that smell for quite some time. |
| 14:27:58 | 17 | Did you ever call Interior Exterior to tell them that you |
| 14:28:01 | 18 | smelled this smell in your home? |
| 14:28:04 | 19 | **A.**   No, sir. |
| 14:28:04 | 20 | **Q.**   Did you ever complain to Mayco about the smell in the |
| 14:28:06 | 21 | house? |
| 14:28:07 | 22 | **A.**   No, sir. |
| 14:28:08 | 23 | **MR. GRAU:**  Thank you, Mr. Beckendorf.  That's all I |
| 14:28:24 | 24 | have. |
| 14:28:26 | 25 | **THE COURT:**  Redirect. |

**REDIRECT EXAMINATION**

BY MR. MEUNIER:

Q.   You say you didn't complain to Interior Exterior about the smell.  Did you even know Interior Exterior had sold this Chinese drywall until this litigation?

A.   The reality of the situation is, if I was going to complain to somebody about the smell, I would have talked to my pastor or a counselor because my problem was with my wife, not with what I learned later to be Chinese drywall.  I was upset with my wife for striking matches -- what I thought was striking matches and lighting cigarettes.  That's who I would complain to.  I wouldn't call Interior Exterior and complain about my wife.  No, sir.

          MR. MEUNIER:  Thank you.

          THE COURT:  You are excused.  Thank you, sir.

            Call your next witness please.

          MR. MEUNIER:  We call Ray Stoltz.

                  **RAYMOND STOLTZ,**

having been duly sworn, testified as follows:

          THE DEPUTY CLERK:  State your full name and correct spelling for the record, please.

          THE WITNESS:  Raymond Stoltz, R-A-Y-M-O-N-D, S-T-O-L-T-Z.

**DIRECT EXAMINATION**

**BY MR. MEUNIER:**

**Q.**   Good afternoon, Mr. Stoltz.  What is your address?

**A.**   351 Pheasant Lane, Slidell, Louisiana 70458.

**Q.**   By whom are you employed?

**A.**   I'm currently employed with Dufrene Building Materials.

**Q.**   What is your job position?

**A.**   General manager.

**Q.**   Have you worked your whole life in the building materials industry?

**A.**   Yes, sir.

**Q.**   How long have you been with Dufrene?

**A.**   Going on about a year and -- almost two years.

**Q.**   Who did you work for before that?

**A.**   Louisiana Lumber.

**Q.**   During what years were you working with them?

**A.**   I went to work for them in 2001 until February of last year, when they closed -- year before last.

**Q.**   What was your job position with Louisiana Lumber?

**A.**   Senior buyer.

**Q.**   Before Louisiana Lumber, who did you work for?

**A.**   I worked for a company called McCoy's Building Supply.

**Q.**   When you were with McCoy's Building Supply, did you have dealings with Interior Exterior?

**A.**   Yes, sir.

RAYMOND STOLTZ - DIRECT

| | | |
|--|--|--|
| 14:31:13 | 1 | **Q.** What were those dealings? |
| 14:31:15 | 2 | **A.** We purchased drywall from them, and they stocked our |
| 14:31:18 | 3 | houses for us. |
| 14:31:20 | 4 | **Q.** Were you the actual person at McCoy's who contacted |
| 14:31:24 | 5 | Interior Exterior for those purchases? |
| 14:31:27 | 6 | **A.** Yes. |
| 14:31:28 | 7 | **Q.** Did there come a time, Mr. Stoltz, when Interior Exterior |
| 14:31:30 | 8 | was selling imported drywall to McCoy's? |
| 14:31:33 | 9 | **A.** Yes. |
| 14:31:35 | 10 | **Q.** Did McCoy's have any problems with this imported product? |
| 14:31:41 | 11 | **A.** We did, yes. |
| 14:31:42 | 12 | **Q.** Could you explain to the jury what those were. |
| 14:31:44 | 13 | **A.** The board was heavy and it was hard. The hangers didn't |
| 14:31:49 | 14 | want to hang it because it was -- it would dull their knives |
| 14:31:54 | 15 | faster than ordinary domestic rock. |
| 14:31:58 | 16 | **Q.** Did installers or hangers walk off of jobs because of the |
| 14:32:01 | 17 | problem? |
| 14:32:02 | 18 | **A.** Yes. |
| 14:32:03 | 19 | **Q.** Is it customary in your experience for drywall installers |
| 14:32:06 | 20 | to walk off the job? |
| 14:32:08 | 21 | **A.** No. |
| 14:32:11 | 22 | **Q.** Based on your experience with drywall, was this hardness |
| 14:32:16 | 23 | related to the gypsum in the drywall? |
| 14:32:20 | 24 | **MR. GRAU:** Objection, Your Honor. |
| 14:32:22 | 25 | **THE COURT:** You're leading the witness. Please ask |

RAYMOND STOLTZ - DIRECT

| | | |
|---|---|---|
| 14:32:23 | 1 | him what problems -- |
| 14:32:27 | 2 | Members of the jury, I'm not trying to keep |
| 14:32:30 | 3 | anything from you.  You have to ask questions in a certain way. |
| 14:32:34 | 4 | If you ask, What is your name, that is a right question.  Your |
| 14:32:38 | 5 | name is Joe Smith, that's a leading question.  We want the |
| 14:32:40 | 6 | witness to testify, not the lawyer. |
| 14:32:41 | 7 | BY MR. MEUNIER: |
| 14:32:41 | 8 | Q.   Based on your experience with drywall, what, if anything, |
| 14:32:44 | 9 | did you relate the complaints of heaviness and brittleness to? |
| 14:32:49 | 10 | A.   Just what the builder told me the reason he lost his |
| 14:32:53 | 11 | hangers were. |
| 14:32:55 | 12 | Q.   The question is:  Based on your experience, what, if |
| 14:32:57 | 13 | anything, did relate those complaints to insofar as the |
| 14:33:02 | 14 | physical characteristics of the board? |
| 14:33:04 | 15 | MR. GRAU:  Objection, Your Honor, no foundation. |
| 14:33:05 | 16 | This man has no expertise in that field. |
| 14:33:09 | 17 | THE COURT:  If he knows, he can answer.  I overrule |
| 14:33:10 | 18 | the objection. |
| 14:33:12 | 19 | MR. RISLEY:  Also, he has not been designated as an |
| 14:33:14 | 20 | expert. |
| 14:33:14 | 21 | THE COURT:  I understand.  He is not called for an |
| 14:33:17 | 22 | expert. |
| 14:33:17 | 23 | What caused this brittleness? |
| 14:33:20 | 24 | THE WITNESS:  That, I don't know. |
| 14:33:22 | 25 | THE COURT:  Let's move on. |

RAYMOND STOLTZ - DIRECT

14:33:23   1   BY MR. MEUNIER:

14:33:23   2   Q.   What was the name that you understood was given to this

14:33:26   3   imported drywall sold by Interior Exterior?

14:33:30   4   A.   Elephant Board.

14:33:31   5   Q.   Do you know where it came from?

14:33:33   6   A.   I'm not quite sure.  I want to say Asia.

14:33:37   7   Q.   Who was your contact at Interior Exterior when McCoy's was

14:33:42   8   buying this Elephant Board?

14:33:45   9   A.   Russell Wahl.

14:33:46   10  Q.   What, if anything, did you tell Mr. Wahl about continuing

14:33:51   11  to buy this imported drywall from Asia?

14:33:55   12  A.   I told him we didn't want any more Elephant Board on our

14:34:01   13  jobs.  It caused more of a problem than anything with our

14:34:04   14  builders.

14:34:05   15        We were mainly just turning paper on the board.  We

14:34:09   16  weren't physically unloading the board on the jobs.  It just

14:34:13   17  caused a problem for our customers.

14:34:17   18  Q.   Did Mr. Wahl of Interior Exterior seem to understand your

14:34:21   19  request?

14:34:22   20  A.   He didn't have a problem with us doing that.

14:34:25   21  Q.   Now, after you left McCoy's, you went to work for

14:34:30   22  Louisiana Lumber?

14:34:31   23  A.   Yes, sir.

14:34:32   24  Q.   At Louisiana Lumber, did you continue to deal with

14:34:35   25  Interior Exterior?

**RAYMOND STOLTZ - DIRECT**

14:34:35  1   **A.**   Yes, sir.

14:34:36  2   **Q.**   Did you continue to deal with Mr. Wahl?

14:34:38  3   **A.**   For a short time, yes.

14:34:40  4   **Q.**   As an employee of Louisiana Lumber, did you communicate to

14:34:43  5   Mr. Wahl about imported drywall?

14:34:46  6   **A.**   Yes.

14:34:47  7   **Q.**   What did you tell him?

14:34:48  8   **A.**   I told him we didn't want any imported drywall on any of

14:34:52  9   our jobs and to have our account flagged for no imported

14:34:57  10  drywall.

14:34:57  11  **Q.**   Did you believe he understood your request?

14:34:59  12  **A.**   Yes.

14:35:00  13  **Q.**   Did he seem to have any problems with it?

14:35:02  14  **A.**   No.

14:35:06  15  **Q.**   Now, you do recall the domestic drywall shortage that

14:35:09  16  existed after Hurricane Katrina?

14:35:11  17  **A.**   Yes.

14:35:15  18  **Q.**   Did you, as a Louisiana Lumber representative, have any

14:35:17  19  conversations with Interior Exterior about buying Chinese

14:35:22  20  manufactured drywall?

14:35:22  21  **A.**   They had brought in Chinese drywall and they had asked if

14:35:26  22  we had wanted it on any of our jobs, and we had told them that

14:35:29  23  we wanted no import drywall on any of our jobs.

14:35:32  24  **Q.**   Who was the salesman from Interior Exterior that you had

14:35:35  25  the conversation with about Chinese drywall?

RAYMOND STOLTZ - DIRECT

| | | |
|---|---|---|
| 14:35:38 | 1 | **A.**    Brandyn Smith. |
| 14:35:39 | 2 | **Q.**    Did you make it clear to Mr. Smith that your company, |
| 14:35:42 | 3 | Louisiana Lumber, did not want Chinese drywall? |
| 14:35:45 | 4 | **A.**    Yes. |
| 14:35:48 | 5 | **Q.**    What were the reasons for that? |
| 14:35:50 | 6 | **A.**    I just didn't want to have any issues that I had with the |
| 14:35:53 | 7 | Elephant Board.  Drywall wasn't our bread and butter; it was |
| 14:35:57 | 8 | something we were doing on the side.  We were mainly a stick |
| 14:36:05 | 9 | yard.  We were just selling lumber.  Millwork was a side thing. |
| 14:36:11 | 10 | Anything that would make any of our customers mad, we would shy |
| 14:36:15 | 11 | away from it. |
| 14:36:16 | 12 | **Q.**    Did you explain to Mr. Smith the reasons your company did |
| 14:36:19 | 13 | not want the Chinese drywall? |
| 14:36:21 | 14 | **A.**    Yes. |
| 14:36:23 | 15 | **Q.**    Did you have the impression he understood you? |
| 14:36:26 | 16 | **A.**    Yes.  He understood me. |
| 14:36:30 | 17 | **Q.**    In the conversations you had with Interior Exterior |
| 14:36:33 | 18 | Salesman Smith, did you receive any information about a price |
| 14:36:37 | 19 | difference between domestic and Chinese drywall being sold by |
| 14:36:40 | 20 | Interior Exterior? |
| 14:36:41 | 21 | **A.**    Yes. |
| 14:36:41 | 22 | **Q.**    What information did you receive? |
| 14:36:44 | 23 | **A.**    There was two separate prices, one for import board and |
| 14:36:48 | 24 | one for domestic board. |
| 14:36:50 | 25 | **Q.**    Which was higher? |

**RAYMOND STOLTZ - DIRECT**

14:36:51  1   **A.**   The domestic board was higher.

14:36:53  2   **Q.**   So the Chinese drywall cost less?

14:36:55  3   **A.**   Yes.

14:37:01  4   **Q.**   Do you recall when you bought drywall from

14:37:04  5   Interior Exterior now, on behalf of Louisiana Lumber, whether

14:37:08  6   Interior Exterior specified on the invoices, the tickets, the

14:37:13  7   brands for the drywall that was being sold?

14:37:17  8   **A.**   No, I didn't know if they specified it or not.

14:37:20  9   **Q.**   Did there come a time, Mr. Stoltz, when you learned as a

14:37:24  10  Louisiana Lumber employee that, in fact, Interior Exterior had

14:37:30  11  sold Chinese drywall to Louisiana Lumber customers?

14:37:34  12  **A.**   Yes.

14:37:34  13          **MR. GRAU:**   Objection, Your Honor, calls for hearsay.

14:37:36  14  And I would like to approach.

14:37:38  15          **THE COURT:**   No.  I understand the issue.  I'll

14:37:39  16  overrule the objection.

14:37:43  17  **BY MR. MEUNIER:**

14:37:44  18  **Q.**   Did there come a time, Mr. Stoltz, when you learned as a

14:37:47  19  Louisiana Lumber representative that, in fact,

14:37:50  20  Interior Exterior had provided Chinese drywall to customers of

14:37:54  21  Louisiana Lumber through your company?

14:37:56  22  **A.**   Yes.

14:37:57  23  **Q.**   How did you find out?

14:37:59  24  **A.**   The owner of the company had called me in --

14:38:03  25          **THE COURT:**   Owner of which company?

**RAYMOND STOLTZ - DIRECT**

14:38:03  1   **BY MR. MEUNIER:**

14:38:03  2   **Q.**   The owner of which company?

14:38:04  3   **A.**   I'm sorry.  The owner of Louisiana Lumber had called me in

14:38:06  4   and had asked me if we had purchased any Chinese drywall for

14:38:11  5   any of the houses, and I told him no.

14:38:14  6          He said, Well, there is some on some jobs.  We need

14:38:18  7   to try to find out how many we have.

14:38:21  8          I said, Okay.

14:38:23  9   **BY MR. MEUNIER:**

14:38:23  10  **Q.**   What did you do to try to find out?

14:38:27  11  **A.**   I could ask Brandyn, but there was no really way of

14:38:32  12  knowing how many jobs we had, if any.  There was no way to

14:38:36  13  tell.

14:38:36  14  **Q.**   Well, did you call Brandyn Smith?

14:38:39  15  **A.**   Yes.

14:38:40  16  **Q.**   And ask him whether, despite the request for no imported

14:38:43  17  board, they had sold you Chinese drywall?

14:38:45  18  **A.**   Yes.

14:38:45  19  **Q.**   What did he tell you?

14:38:47  20  **A.**   I really don't recall, but I mean -- I don't really

14:38:54  21  recall.

14:38:55  22  **Q.**   Did you look at purchase documents?

14:38:57  23  **A.**   Yes.

14:38:58  24  **Q.**   What did you find out in looking at those?

14:39:02  25  **A.**   Well, our purchase orders all just read "half-inch 4-by-12

RAYMOND STOLTZ - DIRECT

14:39:05  1   sheetrock," we faxed over to InEx.  I don't know if any of the

14:39:10  2   invoices were actually flagged "no import board" on any of the

14:39:13  3   invoices.

14:39:17  4   Q.   Did you find out whether the price that Louisiana Lumber

14:39:21  5   had paid to Interior Exterior for what you thought was domestic

14:39:26  6   board was, in fact, the same?

14:39:29  7   A.   It was the domestic price on the invoices.

14:39:31  8   Q.   Did you discover that you had, in fact, paid a domestic

14:39:34  9   price for Chinese drywall?

14:39:36  10  A.   Yes.

14:39:36  11          THE COURT:  I sustain that objection.  That's going

14:39:38  12  too far.  He doesn't know.  He said he --

14:39:44  13          MR. MEUNIER:  Judge, I think he --

14:39:47  14          THE COURT:  How --

14:39:48  15          THE WITNESS:  By looking at the price on the drywall,

14:39:50  16  that was me looking at it and saying, Okay, I got domestic

14:39:55  17  board on this job.

14:39:58  18          THE COURT:  So the price looked like it was domestic

14:40:00  19  board?

14:40:01  20          THE WITNESS:  It was a domestic, right, yes, sir.

14:40:02  21          THE COURT:  Did you ever find out -- did you go to

14:40:05  22  the homes and see whether or not it was?

14:40:07  23          THE WITNESS:  No, sir.  I didn't physically go to the

14:40:09  24  homes, no.

          25

**RAYMOND STOLTZ - DIRECT**

14:40:10  1   **BY MR. MEUNIER:**

14:40:11  2   **Q.**   Did there come a time when the company, Louisiana Lumber,

14:40:14  3   was able to identify which homes got the Chinese drywall that

14:40:18  4   had been sold by Interior Exterior?

14:40:19  5   **A.**   I never found out exactly how many jobs it was.

14:40:24  6   **Q.**   Not how many, sir.

14:40:24  7        Did you find out which customers of Louisiana Lumber

14:40:28  8   had gotten Chinese drywall through your company from InEx?

14:40:33  9   **A.**   I knew of two.

14:40:35  10   **Q.**   Which are those?

14:40:38  11   **A.**   Tony Marino and Mike Smith.

14:40:41  12   **Q.**   How about Royal Homes?

14:40:42  13   **A.**   Royal Homes.

14:40:43  14   **Q.**   Is Royal Homes --

14:40:45  15   **A.**   Tony Marino.

14:40:46  16   **Q.**   -- associated with one of those two?

14:40:47  17   **A.**   Yes.

14:40:47  18   **Q.**   Which one that you mentioned?

14:40:49  19   **A.**   Tony Marino is associated with Royal Homes, and there's

14:40:54  20   David Diggs.

14:40:56  21   **Q.**   Do you recall in your deposition we showed you the

14:40:57  22   invoices to Royal Homes from Interior Exterior?

14:41:00  23   **A.**   Yes.

14:41:02  24        **MR. MEUNIER:**  May I approach, Your Honor?

25

**RAYMOND STOLTZ - DIRECT**

| | | |
|---|---|---|
| 14:41:09 | 1 | **BY MR. MEUNIER:** |
| 14:41:13 | 2 | **Q.**   Mr. Stoltz, I have handed you four Interior Exterior |
| 14:41:17 | 3 | invoices all dated April 13, 2006, correct? |
| 14:41:29 | 4 | **A.**   Some are dated April 20. |
| 14:41:32 | 5 | **Q.**   I'm sorry.  Let's get the dates of those invoices. |
| 14:41:37 | 6 | **A.**   Which ones?  Royal Homes? |
| 14:41:41 | 7 | **Q.**   Yes. |
| 14:41:41 | 8 | **A.**   April 13.  There's an April 20.  That's it for Royal |
| 14:41:47 | 9 | Homes. |
| 14:41:48 | 10 | **Q.**   Four invoices? |
| 14:41:50 | 11 | **A.**   Three invoices. |
| 14:41:54 | 12 | **Q.**   Sorry.  So we have three from Royal Homes and two from |
| 14:42:13 | 13 | Smith? |
| 14:42:14 | 14 | **A.**   One from David Diggs. |
| 14:42:15 | 15 | **Q.**   This is my question, sir.  Just keep these invoices.  What |
| 14:42:20 | 16 | I want to know is whether you determined that those invoices |
| 14:42:23 | 17 | from Interior Exterior, in fact, were reflecting the purchase |
| 14:42:30 | 18 | of what turned out to be Chinese drywall from |
| 14:42:33 | 19 | Interior Exterior. |
| 14:42:36 | 20 | **A.**   I can't tell if it was Chinese drywall from these |
| 14:42:38 | 21 | invoices.  It says "Gold Bond" across the stop.  Gold Bond is a |
| 14:42:43 | 22 | domestic company.  The majority of our jobs were done in Gold |
| 14:42:47 | 23 | Bond or Temple-Inland. |
| 14:42:52 | 24 | **Q.**   Are those invoices related to the customers who ended up |
| 14:42:56 | 25 | having Chinese drywall through Louisiana Lumber sold by |

RAYMOND STOLTZ - DIRECT

14:42:59  1   Interior Exterior?

14:43:00  2   **A.**   Yes, sir.

14:43:08  3   **Q.**   Do you know if the Chinese drywall was ever removed from

14:43:11  4   these properties?

14:43:12  5   **A.**   I do not know.

14:43:16  6   **Q.**   What was your reaction when you learned that, in fact,

14:43:18  7   Chinese drywall had been sold to Louisiana Lumber by

14:43:21  8   Interior Exterior?

14:43:22  9   **A.**   I was pretty upset.

14:43:24  10  **Q.**   Why is that?

14:43:26  11  **A.**   I mean, because I had a verbal agreement that there would

14:43:30  12  be no import board on any of my jobs.

14:43:35  13        In my line of work, what I do, a lot of our business

14:43:38  14  is done on a handshake and word.  That's it.  I mean, there's

14:43:44  15  no paper and anything like that involved.  There's no actual

14:43:49  16  physical contract or anything like that.

14:43:55  17        **MR. MEUNIER:**  Let me just identify, Judge, for the

14:43:56  18  record and offer into evidence -- I would offer, Your Honor,

14:44:05  19  Plaintiff's Exhibit 1302-A which is an April 13, '06 invoice

14:44:10  20  from Interior Exterior to Louisiana Lumber for Royal Homes; as

14:44:16  21  Plaintiff's Exhibit 1302-B, an April 13, '06 invoice from

14:44:22  22  Interior Exterior to Louisiana Lumber for shipment to Royal

14:44:24  23  Homes; as Plaintiff's Exhibit 1302-C, an April 20, 2006 invoice

14:44:31  24  from Interior Exterior to Louisiana Lumber shipment to Royal

14:44:35  25  Homes; as Plaintiff's Exhibit 1302-D, a June 22, 2006 invoice

RAYMOND STOLTZ - DIRECT

| | | |
|---|---|---|
| 14:44:43 | 1 | from Interior Exterior to Louisiana Lumber shipped to Smith |
| 14:44:47 | 2 | Builders; and as Plaintiff's Exhibit 1302-E, an October 31, |
| 14:44:53 | 3 | 2006 invoice from Interior Exterior to Louisiana Lumber shipped |
| 14:44:58 | 4 | to David Diggs. |
| 14:45:04 | 5 | **THE COURT:**  I will admit it. |
| 14:45:05 | 6 | **MR. MEUNIER:**  May we see 1302-A. |
| 14:45:14 | 7 | BY MR. MEUNIER: |
| 14:45:14 | 8 | **Q.**   Can you tell us what is specified on this invoice in terms |
| 14:45:17 | 9 | of the type of drywall? |
| 14:45:18 | 10 | **A.**   Gold Bond. |
| 14:45:19 | 11 | **MR. MEUNIER:**  May we see 1302-B. |
| 14:45:22 | 12 | BY MR. MEUNIER: |
| 14:45:23 | 13 | **Q.**   Specification on 1302-B as to the type of drywall is what? |
| 14:45:27 | 14 | **A.**   Gold Bond. |
| 14:45:29 | 15 | **Q.**   That's a domestic company? |
| 14:45:30 | 16 | **A.**   Correct. |
| 14:45:31 | 17 | **MR. MEUNIER:**  1302-C, please. |
| 14:45:35 | 18 | BY MR. MEUNIER: |
| 14:45:37 | 19 | **Q.**   Type of drywall specified by Interior Exterior on this |
| 14:45:40 | 20 | invoice is? |
| 14:45:43 | 21 | **A.**   Gold Bond. |
| 14:45:43 | 22 | **MR. MEUNIER:**  1302-D. |
| 14:45:45 | 23 | BY MR. MEUNIER: |
| 14:45:49 | 24 | **Q.**   This Interior Exterior invoice specifies which type of |
| 14:45:52 | 25 | drywall? |

RAYMOND STOLTZ - DIRECT

| | | |
|---|---|---|
| 14:45:52 | 1 | A.   Gold Bond. |
| 14:45:54 | 2 | MR. MEUNIER:  Finally, 1302-E. |
| 14:45:56 | 3 | BY MR. MEUNIER: |
| 14:45:59 | 4 | Q.   The Interior Exterior invoice for David Diggs at |
| 14:46:03 | 5 | Brookstone specifies what type of drywall? |
| 14:46:07 | 6 | A.   Gold Bond. |
| 14:46:09 | 7 | MR. MEUNIER:  Thank you, Mr. Stoltz.  I have no |
| 14:46:13 | 8 | further questions. |
| 14:46:32 | 9 | THE COURT:  You may cross-examine. |
| 14:46:33 | 10 | CROSS-EXAMINATION |
| 14:46:34 | 11 | BY MR. GRAU: |
| 14:46:36 | 12 | Q.   Good afternoon, Mr. Stoltz. |
| 14:46:38 | 13 | A.   Good afternoon. |
| 14:46:39 | 14 | Q.   Just so we are clear, this issue involving these Royal |
| 14:46:42 | 15 | Homes and the invoices that we just saw, you don't have any |
| 14:46:47 | 16 | personal knowledge, based upon you having gone to the homes or |
| 14:46:50 | 17 | anything like that, that those homes received Chinese drywall; |
| 14:46:53 | 18 | is that correct? |
| 14:46:53 | 19 | A.   Correct. |
| 14:46:55 | 20 | Q.   You're only relaying to us information that was told to |
| 14:46:57 | 21 | you, I believe, third-hand; is that correct? |
| 14:46:59 | 22 | A.   Through the owner, yes. |
| 14:47:01 | 23 | Q.   Right.  The owner heard that from someone else? |
| 14:47:05 | 24 | A.   From the builder. |
| 14:47:06 | 25 | Q.   The builder said something to the owner and the owner said |

RAYMOND STOLTZ - CROSS

| | | |
|---|---|---|
| 14:47:09 | 1 | something to you, but you have no personal knowledge of that |
| 14:47:11 | 2 | one way or another; is that correct? |
| 14:47:12 | 3 | **A.**   Correct. |
| 14:47:13 | 4 | **Q.**   This conversation that came up about issues involving |
| 14:47:15 | 5 | Chinese drywall and these Royal Homes, just so we are clear, |
| 14:47:18 | 6 | that took place in 2009; is that right? |
| 14:47:25 | 7 | **A.**   I can't really recall what year and when it actually took |
| 14:47:29 | 8 | place. |
| 14:47:30 | 9 | **Q.**   Let me ask you this:  You're aware that there was some |
| 14:47:33 | 10 | news media reports about issues involving Chinese drywall, |
| 14:47:35 | 11 | right? |
| 14:47:36 | 12 | **A.**   Oh, yes. |
| 14:47:37 | 13 | **Q.**   That became common knowledge in the building material |
| 14:47:40 | 14 | industry, right? |
| 14:47:40 | 15 | **A.**   Yes. |
| 14:47:40 | 16 | **Q.**   The conversations that you had about these Royal Homes |
| 14:47:43 | 17 | having Chinese drywall, those were conversations that took |
| 14:47:46 | 18 | place after you had heard these media reports; is that right? |
| 14:47:50 | 19 | **A.**   Yes. |
| 14:47:50 | 20 | **Q.**   It wasn't something that took place contemporaneous with |
| 14:47:53 | 21 | the sale of the drywall to those homes; is that right? |
| 14:47:56 | 22 | **A.**   No. |
| 14:47:57 | 23 | **Q.**   Now, you have been in the building material industry for a |
| 14:47:59 | 24 | long time, right? |
| 14:48:00 | 25 | **A.**   Yes. |

RAYMOND STOLTZ - CROSS

| | | |
|---|---|---|
| 14:48:01 | 1 | **Q.**   You have sold drywall for quite a few years, right? |
| 14:48:04 | 2 | **A.**   Yes. |
| 14:48:05 | 3 | **Q.**   Both, as you did in this case, on a drop shipment basis |
| 14:48:09 | 4 | where you worked through a company like Interior Exterior, as |
| 14:48:11 | 5 | well as directly for some of the building material -- building |
| 14:48:14 | 6 | supply companies that you worked for; is that right? |
| 14:48:16 | 7 | **A.**   Yes. |
| 14:48:17 | 8 | **Q.**   In all of your years dealing with drywall, had you ever |
| 14:48:20 | 9 | heard of any issues where drywall would have a chemical defect |
| 14:48:26 | 10 | such that it off-gassed sulfur and caused corrosion in people's |
| 14:48:32 | 11 | homes? |
| 14:48:33 | 12 | **A.**   No. |
| 14:48:33 | 13 | **Q.**   This was the very first time you had ever heard of that? |
| 14:48:35 | 14 | **A.**   Yes. |
| 14:48:36 | 15 | **Q.**   So I'm clear, this issue involving your aversion to import |
| 14:48:42 | 16 | board, that has everything to do with the Elephant Board; is |
| 14:48:46 | 17 | that right? |
| 14:48:47 | 18 | **A.**   That was the main reason we put the flag on the account, |
| 14:48:49 | 19 | was because of the Elephant Board. |
| 14:48:51 | 20 | **Q.**   The Elephant Board was back in 1999 and 2000? |
| 14:48:55 | 21 | **A.**   Yes. |
| 14:48:55 | 22 | **Q.**   The issue raised at that time was that you had two hangers |
| 14:48:59 | 23 | walk off a job because they thought the board was too heavy? |
| 14:49:02 | 24 | **A.**   Correct. |
| 14:49:03 | 25 | **Q.**   The issue there, as I understand it, is hangers get paid |

RAYMOND STOLTZ - CROSS

14:49:08  1   by the board they hang up?

14:49:09  2   A.   Correct.

14:49:09  3   Q.   $5 a sheet or whatever it is.

14:49:09  4   A.   Per square foot.

14:49:11  5   Q.   So the issue was, if the board was heavy, it was taking

14:49:14  6   them too long to hang that board, right?

14:49:16  7   A.   Correct.  That, and the dulling of their knives was one of

14:49:18  8   the complaints.

14:49:20  9   Q.   It was kind of hard, so when they would score it with

14:49:22  10  their knife, it would dull that knife down?

14:49:24  11  A.   Yes.

14:49:26  12  Q.   Because of those two instances where you had hangers walk

14:49:28  13  off that job, you said, You know what, we don't want import

14:49:31  14  board anymore.

14:49:33  15       Is that right?

14:49:35  16  A.   Correct.

14:49:35  17  Q.   You related that to Interior Exterior?

14:49:35  18  A.   Yes.

14:49:37  19  Q.   Other than issues with heaviness and dulling of knives,

14:49:40  20  you didn't hear any other complaints about issues dealing with

14:49:45  21  the Elephant Board?

14:49:47  22  A.   No.

14:49:47  23  Q.   You didn't hear any complaints about the Elephant Board

14:49:49  24  off-gassing sulfur gas?

14:49:51  25  A.   No.

**RAYMOND STOLTZ - CROSS**

14:49:52  1   **Q.**   No complaints about the Elephant Board smelling bad, did
14:49:54  2   you?
14:49:54  3   **A.**   No.
14:49:55  4   **Q.**   No complaints about the Elephant Board causing corrosion
14:49:58  5   in any homes?
14:49:59  6   **A.**   No.
14:49:59  7   **Q.**   Again, based on your extensive experience selling drywall
14:50:02  8   and knowing what's going on in the industry, you've never heard
14:50:05  9   any of those complaints in association with any imported board
14:50:10  10  before you heard the media reports about Chinese drywall in
14:50:13  11  this case?
14:50:14  12  **A.**   That's correct.
14:50:19  13  **Q.**   The issue came up involving the Chinese drywall and
14:50:25  14  Interior Exterior asked you whether you were interested in any
14:50:27  15  of that, and you told them no, right?
14:50:29  16  **A.**   Correct.
14:50:29  17  **Q.**   Again, you told them no at that time because of the prior
14:50:32  18  issues you had with the Elephant Board?
14:50:34  19  **A.**   Correct.
14:50:35  20  **Q.**   You didn't know anything at that time about off-gassing of
14:50:39  21  sulfur from drywall?
14:50:40  22  **A.**   No.
14:50:41  23  **Q.**   Your preference at that time and your telling
14:50:45  24  Interior Exterior, No Chinese drywall, at that time had nothing
14:50:47  25  to do with any potential defect in the Chinese drywall; is that

**RAYMOND STOLTZ - CROSS**

| | | |
|---|---|---|
| 14:50:52 | 1 | right? |
| 14:50:53 | 2 | **A.**   Not -- correct. |
| 14:50:54 | 3 | **Q.**   I am correct? |
| 14:50:55 | 4 | **A.**   You're correct.  Not that I know whether there was no |
| 14:50:59 | 5 | issue with it, no. |
| 14:51:00 | 6 | **Q.**   Now, after Hurricane Katrina, when you were receiving |
| 14:51:04 | 7 | drywall from Interior Exterior and that was going to your |
| 14:51:07 | 8 | customers, you didn't receive any complaints about the drywall |
| 14:51:09 | 9 | that Interior Exterior was delivering to your customers; is |
| 14:51:12 | 10 | that right? |
| 14:51:12 | 11 | **A.**   No complaints at all. |
| 14:51:13 | 12 | **Q.**   No complaints as -- again, contemporaneous with as the |
| 14:51:16 | 13 | drywall is being purchased by Louisiana Lumber and delivered by |
| 14:51:21 | 14 | Interior Exterior, no complaints from any of the customers that |
| 14:51:23 | 15 | the drywall smells bad? |
| 14:51:25 | 16 | **A.**   No. |
| 14:51:26 | 17 | **Q.**   No complaints that the drywall is causing any corrosion? |
| 14:51:28 | 18 | **A.**   No. |
| 14:51:30 | 19 | **Q.**   Just through the grapevine in the building industry, you |
| 14:51:33 | 20 | didn't hear any of those complaints, did you? |
| 14:51:36 | 21 | **A.**   No, no complaints. |
| 14:51:39 | 22 | **Q.**   You talked about there being some price differences |
| 14:51:43 | 23 | between the domestic drywall and the Chinese drywall.  Do you |
| 14:51:45 | 24 | recall that? |
| 14:51:46 | 25 | **A.**   Yes. |

RAYMOND STOLTZ - CROSS

14:51:47  1   **Q.**   Do you recall whether those price differences existed
14:51:50  2   through the entire time period in which Louisiana Lumber was
14:51:54  3   buying drywall from Interior Exterior?
14:51:59  4   **A.**   I don't know how long they existed.  I just do know there
14:52:02  5   was two separate prices for the board.  I don't know when the
14:52:07  6   two prices came about.  I'm not sure because we didn't buy any
14:52:13  7   of the import board.  So I just --
14:52:17  8   **Q.**   As far as knowing whether there were two separate prices
14:52:20  9   or not, did you understand, at least at the beginning, when
14:52:22  10  they were first selling imported board, that it was the same
14:52:25  11  price as the domestic board?
14:52:27  12  **A.**   Yes, in the beginning, it was the same price, correct.
14:52:30  13  **Q.**   There was a period of time when Interior Exterior was
14:52:31  14  offering domestic board and imported board both at the same
14:52:35  15  price?
14:52:36  16  **A.**   Yes.
14:52:37  17  **Q.**   Then later there was a period of time where perhaps that
14:52:40  18  changed, correct?
14:52:40  19  **A.**   Correct.
14:52:41  20  **Q.**   I believe you indicated earlier that that changed at a
14:52:45  21  period of time when the supply -- the domestic supply of
14:52:48  22  drywall had caught back up again.
14:52:50  23  **A.**   Correct.
14:52:50  24  **Q.**   So there was no longer a shortage of domestic drywall at
14:52:53  25  that time?

RAYMOND STOLTZ - CROSS

14:52:54  1   **A.**   Correct.

14:52:54  2   **Q.**   So at that time, then, there might have been two different

14:52:57  3   prices that were being charged because the domestic board was

14:53:00  4   readily available; is that right?

14:53:02  5   **A.**   Right.

14:53:03  6   **Q.**   Now, I know you don't know for certain and you only know

14:53:08  7   through others that these Royal Homes may have received some

14:53:11  8   Chinese drywall, but you don't know whether they received that

14:53:14  9   Chinese drywall -- if they even did -- at a time when there

14:53:17  10  were two different prices being charged, do you?

14:53:21  11  **A.**   I'm not sure.

14:53:22  12  **Q.**   You just don't know one way or the other?

14:53:27  13  **A.**   I don't know one way or another, no, because we weren't

14:53:29  14  purchasing Chinese board.  So I didn't know at what time they

14:53:33  15  had set two separate prices.  I just know there were two

14:53:37  16  separate prices.

14:53:38  17  **Q.**   You just know at some point there was two separate prices,

14:53:41  18  and you have heard from others that these Royal Homes received

14:53:44  19  some Chinese drywall?

14:53:44  20  **A.**   Correct.

14:53:45  21          **MR. GRAU:**   Thank you, Mr. Stoltz.  That's all I have.

14:53:48  22                    **REDIRECT EXAMINATION**

14:53:49  23  BY MR. MEUNIER:

14:53:49  24  **Q.**   Mr. Stoltz, based on your experience, when drywall is hard

14:53:52  25  to score or cut, is that because of the paper or the stuff

RAYMOND STOLTZ - REDIRECT

| | | |
|---|---|---|
| 14:53:55 | 1 | between the paper? |
| 14:53:56 | 2 | A.    That, I don't know. |
| 14:54:05 | 3 | MR. MEUNIER:  No further questions, Your Honor. |
| 14:54:07 | 4 | THE COURT:  You are excused.  Thank you, sir. |
| 14:54:09 | 5 | Call your next witness please. |
| 14:54:14 | 6 | MR. MEUNIER:  Rosemary Coates. |
| 14:54:15 | 7 | ROSEMARY COATES, |
| 14:54:15 | 8 | having been duly sworn, testified as follows: |
| 14:54:26 | 9 | THE DEPUTY CLERK:  State your full name and correct |
| 14:54:26 | 10 | spelling for the record, please. |
| 14:54:37 | 11 | THE WITNESS:  Rosemary Coates, R-O-S-E-M-A-R-Y, |
| 14:54:41 | 12 | C-O-A-T-E-S. |
| 14:54:43 | 13 | VOIR DIRE |
| 14:54:44 | 14 | BY MR. MEUNIER: |
| 14:55:04 | 15 | Q.   Ms. Coates, what is your address? |
| 14:55:07 | 16 | A.   220 Las Miradas Drive, Los Gatos, California 95032. |
| 14:55:16 | 17 | Q.   What is your occupation? |
| 14:55:17 | 18 | A.   I'm a consultant, global supply chain consultant. |
| 14:55:20 | 19 | Q.   Have you been retained as an expert in this case on behalf |
| 14:55:23 | 20 | of the plaintiff homeowners? |
| 14:55:25 | 21 | A.   I have, yes. |
| 14:55:27 | 22 | MR. MEUNIER:  May I see the CV of Ms. Coates, which |
| 14:55:30 | 23 | is Plaintiffs' Exhibit 1291. |
| 14:55:38 | 24 | BY MR. MEUNIER: |
| 14:55:45 | 25 | Q.   Ms. Coates, you are the president of Blue Silk Consulting? |

**ROSEMARY COATES - VOIR DIRE**

14:55:51  1   **A.**   Correct.

14:55:52  2   **Q.**   Tell the jury what kind of business is done by your

14:55:55  3   company, Blue Silk Consulting.

14:56:01  4   **A.**   I'm a global supply chain consultant.  And I consult with

14:56:04  5   clients worldwide on processes related to supply chain -- and

14:56:09  6   that's manufacturing, essentially end-to-end manufacturing,

14:56:11  7   distribution, forecasting, planning, procurement.

14:56:16  8           And I also manage large systems implementations,

14:56:21  9   software systems.

14:56:23  10  **Q.**   You have an MBA; is that true?

14:56:25  11  **A.**   I do, yes.

14:56:26  12  **Q.**   In what?

14:56:28  13  **A.**   Well, it's a general MBA, but I focused on statistics and

14:56:33  14  finance.

14:56:34  15  **Q.**   You have 25-plus years' experience in supply chain

14:56:38  16  management, project management, and ERP systems consulting

14:56:42  17  correct?

14:56:42  18  **A.**   Correct.

14:56:43  19  **Q.**   Would you explain what all of that means in lay terms.

14:56:46  20  **A.**   Sure.  So essentially I've been -- well, I worked for

14:56:51  21  Hewlett-Packard out of graduate school as a regional logistics

14:56:57  22  manager and managed freight movements on behalf of

14:57:00  23  Hewlett-Packard.

14:57:01  24          And then I joined KPMG, Peat Marwick, which is a

14:57:07  25  large accounting and -- at the time was an accounting and

ROSEMARY COATES - VOIR DIRE

14:57:07    1    consulting firm, and managed the West Coast for their logistics
14:57:13    2    practice, which included manufacturing as well as warehousing
14:57:17    3    and distribution of products worldwide.
14:57:20    4         Then a group of us left and started Answers Inc.,
14:57:23    5    consulting, where I ran the global supply chain practice, which
14:57:28    6    was a combination of both process design and development,
14:57:33    7    restructuring processes for customers, as well as systems
14:57:38    8    implementation, both SAP and Oracle.
14:57:43    9         Then I went to work for SAP for four years and ran
14:57:47   10    big implementation projects worldwide.
14:57:50   11         And then I decided I had done a lot of projects in
14:57:54   12    China, had always been interested in China, decided to leave in
14:57:58   13    2007 and start my own business to focus on China.  And I wrote
14:58:05   14    a book about China and have done most of my consulting work in
14:58:10   15    global supply chains that touch China one way or another since
14:58:13   16    then.
14:58:14   17    Q.   So do you have specialized experience currently in
14:58:19   18    manufacturing and outsourcing in China?
14:58:21   19    A.   I do.  I spend about half my time in China.
14:58:25   20    Q.   Give the jury some idea of how often you travel to China
14:58:29   21    in connection with your work.
14:58:30   22    A.   A lot.  Lately, over the past six months, about every two
14:58:34   23    weeks.  I've been working with an automotive supplier that's
14:58:38   24    expanding their operations throughout China, and they asked me
14:58:43   25    to help with their manufacturing and their development of their

ROSEMARY COATES - VOIR DIRE

14:58:46  1    suppliers throughout China.
14:58:49  2    **Q.**    Now, you have authored an Amazon.com top-selling book
14:58:55  3    called *42 Rules for Sourcing and Manufacturing in China*.
14:58:59  4    Correct?
14:59:00  5    **A.**    Yes.
14:59:01  6    **Q.**    Tell us, what is this book generally about?
14:59:06  7    **A.**    It's one of a series.  My publisher has about 25 books
14:59:10  8    that are called 42 rules for something.  My book is -- and they
14:59:15  9    are intended for businesspeople, so they are sort of light
14:59:18  10   reading for businesspeople, to give them some general
14:59:21  11   guidelines and best practices around a specific topic.
14:59:25  12          In my case it's about sourcing, finding sources and
14:59:32  13   qualifying them, understanding what you need to do, what the
14:59:36  14   requirements are for Chinese suppliers as well as manufacturing
14:59:43  15   topics related to China.
14:59:44  16   **Q.**    So what you do for a living and what you have written
14:59:46  17   about is advice and strategizing for American businesses
14:59:50  18   seeking to source products made in China?
14:59:53  19   **A.**    Yes.  Primarily American businesses; sometimes European
14:59:57  20   businesses as well.
14:59:58  21   **Q.**    You have appeared as an expert witness in various
15:00:01  22   subjects; is that true?
15:00:03  23   **A.**    Yes, I have.
15:00:05  24   **Q.**    Including the giving of opinions on China sourcing and
15:00:08  25   manufacturing?

**ROSEMARY COATES - VOIR DIRE**

15:00:09  1    **A.**    Yes.  Yes.  Over the past couple of years I have testified

15:00:12  2    in a couple of -- I think three different trials that had to do

15:00:17  3    with sourcing and manufacturing in China.

15:00:20  4    **Q.**    You have testified about manufacturing operations?

15:00:23  5    **A.**    Yes.

15:00:24  6              When we talk about manufacturing operations, it's the

15:00:27  7    processes around manufacturing, so it's not only just building

15:00:32  8    things, but also the process with respect to procuring items,

15:00:38  9    raw materials that go into manufacturing, good processing,

15:00:43  10   understanding what worldwide best practices are.  You know, all

15:00:47  11   the things that are related processes in the manufacturing

15:00:51  12   environment.

15:00:52  13   **Q.**    Now, both you and Dr. Tompkins, the defendants' expert,

15:00:54  14   talk about global supply chain issues.  Could you break that

15:00:58  15   down for the jury in lay terms.

15:01:01  16             What does it mean when we talk about *a global supply*

15:01:03  17   *chain*?

15:01:04  18   **A.**    *Supply chain* is a term that has been really only the past

15:01:09  19   10 years or so developed.  And it really talks about the

15:01:13  20   various links that go together to develop a product or

15:01:18  21   distribute a product.

15:01:20  22             So when we talk about a chain, the visualization is

15:01:23  23   to think of it in terms of links.  So there is a -- the first

15:01:28  24   link might be raw materials, then the next link might be other

15:01:32  25   items that are procured or component parts that are

ROSEMARY COATES - VOIR DIRE

15:01:37  1  manufactured.  Another link might be the planning and

15:01:41  2  manufacturing process.  Another link might be warehousing.  A

15:01:45  3  final link would be distribution to the customer.

15:01:48  4        So it's thought of as a whole chain that's

15:01:51  5  interactive.  Each part sort of interacts with one other and

15:01:57  6  forms a complete chain.

15:01:59  7  Q.   Dr. Tompkins has talked about the difference between a

15:02:03  8  five- and a four-step supply chain.  Is that meaningful to you?

15:02:08  9  A.   I did read and understand what Dr. Tompkins was talking

15:02:12  10  about.  And we all have our favorite things to say or our

15:02:16  11  favorite analogies that we use, and he happens to go for a

15:02:20  12  four- or five-part process.  You could have a ten-part process

15:02:23  13  or whatever you want.

15:02:24  14        He distinguishes one between a standard process and a

15:02:29  15  nonstandard process, and that's fine.  I don't have any

15:02:34  16  objection to that.  I think it's one way of describing things.

15:02:39  17  Q.   Now, to be the fair, you have never before appeared as an

15:02:42  18  expert in a case involving gypsum board or drywall, have you?

15:02:45  19  A.   No, I have not.

15:02:47  20  Q.   You have conducted manufacturing process audits yourself?

15:02:51  21  A.   Yes, many.  Yes.

15:02:52  22  Q.   How many?

15:02:56  23  A.   Dozens.  I don't know.  Lots and lots, yes.

15:02:59  24  Q.   So you have gone into plants to audit the manufacturing

15:03:02  25  process for a client?

ROSEMARY COATES - VOIR DIRE

15:03:04  1   **A.**   Yes.  That's very common for a client to engage me to

15:03:10  2   evaluate the manufacturing process, whether it's in the U.S. or

15:03:16  3   it's in Mexico or it's in China.

15:03:19  4          So I would be engaged to evaluate a manufacturing

15:03:23  5   process, evaluate a supplier, determine, you know, if they are

15:03:27  6   having problems, defects, or any kind of issues with

15:03:32  7   manufacturing.  I would go in to evaluate that process and help

15:03:37  8   determine what's wrong and how do they fix it or up-front to

15:03:41  9   qualify a supplier.

15:03:42  10  **Q.**   But you've never been in a drywall manufacturing plant,

15:03:45  11  per se?

15:03:46  12  **A.**   Not drywall, no.

15:03:47  13  **Q.**   You're not a gypsum expert, per se?

15:03:49  14  **A.**   I am not.

15:03:53  15  **Q.**   I think I'm right to quote Mr. Duplantier's opening where

15:03:56  16  he told the jury that you had, quote, no experience with

15:04:01  17  building products.

15:04:02  18          Is that true?

15:04:03  19  **A.**   No, it's not true.  I actually spent about the first three

15:04:08  20  months, four months of this year working for Lumber

15:04:11  21  Liquidators, which I think most people know they make flooring

15:04:15  22  products.  They are headquartered in Toano, Virginia, and they

15:04:20  23  have 18 manufacturing sites in China.

15:04:23  24          So I had a very large global strategy project with

15:04:28  25  them, looking at their sourcing worldwide and their

ROSEMARY COATES - VOIR DIRE

| | | |
|---|---|---|
| 15:04:32 | 1 | distribution to their -- they have about 270 stores in the U.S. |
| 15:04:36 | 2 | **Q.**   These products from your client, Lumber Liquidators, are |
| 15:04:40 | 3 | they standardized building products? |
| 15:04:44 | 4 | **A.**   Well, I don't know that I would term it *standardized*.  I |
| 15:04:50 | 5 | think that's a term Dr. Tompkins uses, but I don't know that |
| 15:04:54 | 6 | it's all that common. |
| 15:04:55 | 7 |           I guess you could say they are standardized.  They do |
| 15:04:58 | 8 | have standards and specs that they use and evaluate as part of |
| 15:05:03 | 9 | their manufacturing process. |
| 15:05:05 | 10 | **Q.**   Does Lumber Liquidators source building materials from |
| 15:05:10 | 11 | China? |
| 15:05:10 | 12 | **A.**   Yes.  They do not own the manufacturing sites.  Those are |
| 15:05:13 | 13 | all vendor sites in China. |
| 15:05:17 | 14 | **Q.**   Have you given advice to Lumber Liquidators about the |
| 15:05:21 | 15 | audit of manufacturing processes at those Chinese facilities? |
| 15:05:26 | 16 | **A.**   Yes.  I spent quite a bit of time reviewing the audit |
| 15:05:29 | 17 | process at Lumber Liquidators with their global quality team |
| 15:05:35 | 18 | and their procurement team. |
| 15:05:37 | 19 | **Q.**   How many plants do they source from in China? |
| 15:05:39 | 20 | **A.**   When I was there, they had 18, but they were in the |
| 15:05:42 | 21 | process of attempting to qualify additional plants.  So there |
| 15:05:45 | 22 | were 18 in China.  They also had plants or suppliers |
| 15:05:49 | 23 | essentially in South America, Brazil primarily. |
| 15:05:55 | 24 | **Q.**   Have you advised Lumber Liquidators to visit those plants? |
| 15:06:01 | 25 | **A.**   Oh, they had a very active visit program.  So, yes.  They |

ROSEMARY COATES - VOIR DIRE

| | | |
|---|---|---|
| 15:06:04 | 1 | were there.  They went to China every quarter.  They had a team |
| 15:06:07 | 2 | on the ground in China that was constantly working with the |
| 15:06:12 | 3 | suppliers and helping them through the processes, providing |
| 15:06:16 | 4 | expectations, auditing what was going on. |
| 15:06:18 | 5 | Q.   When you say *auditing what was going on*, do you mean |
| 15:06:21 | 6 | during the manufacturing process itself? |
| 15:06:23 | 7 | A.   Yes, absolutely.  And that's kind of one of the keys, is, |
| 15:06:26 | 8 | when you are doing an audit of a Chinese manufacturer, you want |
| 15:06:29 | 9 | to be there while they are producing your product. |
| 15:06:33 | 10 | Q.   Now, you are a licensed U.S. -- United States customs |
| 15:06:37 | 11 | broker? |
| 15:06:38 | 12 | A.   I am, yes. |
| 15:06:39 | 13 | Q.   What does that mean? |
| 15:06:42 | 14 | A.   Well, I got my broker's license in 1980, when U.S. Customs |
| 15:06:47 | 15 | was under the Department of the Treasury.  It allows me to |
| 15:06:51 | 16 | commercially import into the United States on behalf of |
| 15:06:54 | 17 | importers. |
| 15:06:56 | 18 |         Today, brokers are managed under Homeland Security |
| 15:07:01 | 19 | and still provide assistance for importers. |
| 15:07:07 | 20 | Q.   You are also -- I'm looking at page 2 of your résumé -- an |
| 15:07:13 | 21 | adjunct professor of business in California? |
| 15:07:17 | 22 | A.   Yes.  I have a lifetime credential to teach at California |
| 15:07:22 | 23 | universities and colleges.  Right now -- I'm not currently |
| 15:07:25 | 24 | teaching right now because I'm traveling so much, I can't. |
| 15:07:28 | 25 | Q.   How many years' experience do you have teaching on a |

ROSEMARY COATES - VOIR DIRE

15:07:31  1    college level?

15:07:32  2    **A.**    About 10 years.

15:07:34  3    **Q.**    The courses you teach include supply chain management?

15:07:38  4    **A.**    Yes.  Supply chain-related topics.  Today you would call

15:07:43  5    it supply chain.  In the past we called it different things:

15:07:46  6    manufacturing, logistics, operations.

15:07:50  7    **Q.**    Have you taught courses on world class manufacturing?

15:07:53  8    **A.**    I have, yes.

15:07:55  9    **Q.**    Have you taught courses on importing and exporting?

15:07:59  10   **A.**    Yes.

15:07:59  11   **Q.**    Finally, you are a member of The China Business Network.

15:08:03  12   What is The China Business Network?

15:08:05  13   **A.**    Well, I belong to a number of organizations that are

15:08:09  14   related to doing business in China.  So helping U.S. customers

15:08:13  15   mostly, U.S. clients, that are sourcing or trying to expand

15:08:19  16   into China.  A lot of my clients now are trying to sell to the

15:08:24  17   Chinese market, not just import from China.

15:08:29  18            **MR. MEUNIER:**  Your Honor, I would like to tender

15:08:31  19   Ms. Rosemary Coates as an expert -- as a global supply chain

15:08:38  20   expert with particular expertise in the sourcing of

15:08:43  21   Chinese-manufactured products.

15:08:47  22            **THE COURT:**  Any questions on the qualifications?

15:08:51  23            **MR. DUPLANTIER:**  I just have a few, Your Honor, about

15:08:52  24   her qualifications, and I will reserve most of my questions

15:08:55  25   with regard to her opinions.  But I do have a few questions.

**TRAVERSE**

**BY MR. DUPLANTIER:**

15:08:59  1

15:08:59  2

15:08:59  3   **Q.**   Ms. Coates?

15:09:00  4   **A.**   Yes.

15:09:00  5   **Q.**   Good afternoon.  It's nice to see you again.

15:09:03  6   **A.**   Nice to see you too.

15:09:04  7   **Q.**   You were hired in this case actually a long time ago, were

15:09:06  8   you not?

15:09:08  9   **A.**   In this particular case?

15:09:09  10  **Q.**   In this litigation, the Chinese drywall litigation, you

15:09:11  11  were hired by the plaintiffs?

15:09:13  12  **A.**   Yes.  About a year ago I did some work, yes.

15:09:16  13  **Q.**   What is your hourly rate again?

15:09:18  14  **A.**   $400 an hour.

15:09:22  15  **Q.**   You have made over $150,000 from the plaintiffs already in

15:09:25  16  this case; is that correct?

15:09:27  17  **A.**   No, that is not correct.

15:09:29  18  **Q.**   Do you remember how much you have been paid?

15:09:31  19  **A.**   To date, about $38,000, I think.

15:09:36  20  **Q.**   When you were first hired in this case, you had no

15:09:38  21  experience with Lumber Liquidators.  That's correct, right?

15:09:41  22  **A.**   Last year?  No, I was working at -- for Siemens last year.

15:09:46  23  **Q.**   When you were hired in this case, you had no experience

15:09:49  24  with Lumber Liquidators; is that correct?

15:09:52  25  **A.**   That's correct.

HOURLY TRANSCRIPT

ROSEMARY COATES - TRAVERSE

15:09:53    1    **Q.**    You had no experience with building products; is that

15:09:55    2    correct?

15:09:58    3    **A.**    That's a funny question to answer because so many of my

15:10:03    4    clients also build as part of their business.  So the

15:10:06    5    automotive client I referred to, for example, who I have been

15:10:09    6    working for for four years, off and on, builds test cells

15:10:16    7    inside of manufacturing environments, and they do building

15:10:20    8    materials.

15:10:20    9    **Q.**    What kind of building material did that client make?  What

15:10:23   10    material used in construction did they make?

15:10:25   11    **A.**    My automotive client?

15:10:27   12    **Q.**    Yes.

15:10:28   13    **A.**    They build enclosures inside of manufacturing

15:10:31   14    environments.

15:10:31   15           Prior to that, I've worked for Marvin Windows in

15:10:37   16    Warroad, Minnesota.  They make windows.  So --

15:10:41   17    **Q.**    Go ahead.  I'm sorry.

15:10:42   18    **A.**    Along the way there have been other -- I have had other

15:10:45   19    clients that were in related industries.

15:10:47   20    **Q.**    Your clients typically are having a product made for that

15:10:52   21    client in China; isn't that true?

15:10:56   22    **A.**    Well, I would have to think about that.  I have had over

15:11:01   23    80 clients worldwide, and not all of them are making product in

15:11:06   24    China.  Some are distributing there or moving product there.

15:11:12   25           For example, I work for -- on a number of projects

**ROSEMARY COATES - TRAVERSE**

15:11:16   1   for Chevron, for ExxonMobil, one of the refineries here in
15:11:22   2   New Orleans for Chevron.  So -- and they have operations in
15:11:27   3   China.
15:11:28   4           I don't know exactly how I could answer that question
15:11:31   5   effectively.
15:11:33   6   Q.  The clients, such as Lumber Liquidators, that you are
15:11:36   7   talking to this jury about, they are having their own products
15:11:40   8   made in China; isn't that correct?
15:11:42   9   A.  Yes.  They procure from vendors in China, correct.  Their
15:11:46   10  own products, yes.
15:11:47   11  Q.  They take a product -- they take a product that they are
15:11:50   12  going to sell as their own and have it made in China; is that
15:11:53   13  correct?
15:11:54   14  A.  Yes, that's correct.
15:11:55   15  Q.  You have never worked for a company that's a classic
15:11:59   16  distributor, such as Interior Exterior, isn't that true, that
15:12:03   17  buys a product already made from a manufacturer and sells it as
15:12:08   18  that company's product in the U.S.?  You have never worked for
15:12:11   19  them, have you?
15:12:12   20  A.  Yes, I have actually worked with a number of retailers who
15:12:15   21  are also importers and buy products from general manufacturers.
15:12:21   22  Q.  Which importers -- which customers are those?  Chico's, I
15:12:25   23  think you told me in your deposition, the clothing company?
15:12:27   24  A.  Uh-huh.  Yes.  Taiku (phonetic) is another one.  They made
15:12:33   25  glass bottles in China, and they were one of many companies

**ROSEMARY COATES - TRAVERSE**

| | | |
|---|---|---|
| 15:12:36 | 1 | that were buying from a glass bottle manufacturer. |
| 15:12:40 | 2 | **Q.**   Your bachelor's degree is in logistics; isn't that |
| 15:12:43 | 3 | correct? |
| 15:12:43 | 4 | **A.**   That's correct. |
| 15:12:43 | 5 | **Q.**   Your master's degree is in business administration; isn't |
| 15:12:46 | 6 | that correct? |
| 15:12:46 | 7 | **A.**   My undergraduate is business.  The major within the |
| 15:12:50 | 8 | business discipline was logistics. |
| 15:12:52 | 9 | **Q.**   You don't have any technical education in the construction |
| 15:12:55 | 10 | field, do you? |
| 15:12:56 | 11 | **A.**   I do not. |
| 15:12:57 | 12 | **Q.**   You don't have any technical education in the engineering |
| 15:13:01 | 13 | field, do you? |
| 15:13:02 | 14 | **A.**   No. |
| 15:13:02 | 15 | **Q.**   You don't have any education in the field of chemistry, do |
| 15:13:05 | 16 | you? |
| 15:13:05 | 17 | **A.**   No. |
| 15:13:06 | 18 | **Q.**   You don't have any training or experience whatsoever in |
| 15:13:09 | 19 | the construction business other than what you have told us now |
| 15:13:11 | 20 | you have gotten from Lumber Liquidators this year? |
| 15:13:15 | 21 | **A.**   Well, several clients over the past 20 years have been in |
| 15:13:19 | 22 | or around construction.  So, yes, that's my experience. |
| 15:13:25 | 23 | **Q.**   You don't have any experience in the design of gypsum |
| 15:13:28 | 24 | products, do you? |
| 15:13:29 | 25 | **A.**   No. |

**ROSEMARY COATES - TRAVERSE**

15:13:29  1  **Q.**   You don't have any experience in the manufacturing of

15:13:32  2  gypsum products, do you?

15:13:33  3  **A.**   No.

15:13:34  4  **Q.**   You have not written -- strike that.

15:13:41  5         Your company does not employ anybody with a technical

15:13:46  6  background in the construction field, do you?

15:13:53  7  **A.**   Well, I use subcontractors a lot.  So at any given time I

15:14:00  8  have five or six people working for me.  As far as I know right

15:14:04  9  now -- as far as I know and can remember, I don't think they

15:14:08  10  have a construction background.

15:14:10  11  **Q.**   You can't think of anybody today?

15:14:13  12  **A.**   I can't think of anyone today.

15:14:15  13  **Q.**   You have no idea what the difference is between the gypsum

15:14:18  14  manufacturing process in the U.S. versus the gypsum

15:14:21  15  manufacturing in China.  You have no information about that; is

15:14:23  16  that correct?

15:14:31  17  **A.**   I'm not sure how to answer that either.  I'm a

15:14:35  18  manufacturing expert, so I can talk to processes in different

15:14:39  19  parts of the world.  When it comes to gypsum, I have not been

15:14:43  20  in the gypsum manufacturing plant in China, no.

15:14:45  21  **Q.**   You haven't studied the gypsum manufacturing process in

15:14:48  22  China, even, have you?

15:14:50  23  **A.**   No.

15:14:50  24  **Q.**   You haven't studied the gypsum manufacturing process in

15:14:52  25  the United States, have you?

ROSEMARY COATES - TRAVERSE

15:14:53   1    **A.**   Not other than in relationship to this particular trial

15:14:58   2    where, obviously, we did lots of background research.

15:15:00   3    **Q.**   Sure.  But you didn't go to the Knauf plant in China, did

15:15:03   4    you?

15:15:03   5    **A.**   No.

15:15:04   6    **Q.**   You didn't go to the Taishan plant in China, did you?

15:15:08   7    **A.**   No.

15:15:08   8    **Q.**   You actually have never even physically seen any of the

15:15:12   9    Chinese drywall; isn't that correct?

15:15:18   10   **A.**   I don't know whether I have or I have not.  I'm sorry.  I

15:15:20   11   don't remember.  Not in relation to this case, no.

15:15:28   12   **Q.**   Well, can you point to any differences in the process of

15:15:32   13   manufacturing gypsum from China versus how it's manufactured in

15:15:37   14   the United States?

15:15:39   15   **A.**   I can point to differences in the processes between

15:15:42   16   manufacturing in the U.S. and in China, yes.

15:15:46   17   **Q.**   Gypsum?

15:15:48   18   **A.**   Gypsum, not specifically, because I'm a manufacturing

15:15:51   19   expert.

15:15:53   20   **Q.**   You talk about the process; isn't that true?

15:15:56   21   **A.**   Yes.

15:15:56   22   **Q.**   But you don't have any information about what process is

15:16:01   23   used to manufacture drywall in China, do you?

15:16:04   24   **A.**   Other than what I've studied for this case, no.

15:16:08   25   **Q.**   You just told Mr. Meunier you go to China every two weeks.

ROSEMARY COATES - TRAVERSE

15:16:12  1    A.    Yes.

15:16:13  2    Q.    You haven't been to the plants in China that are the

15:16:16  3    subject of this litigation?

15:16:17  4    A.    That's correct.  I was not asked to do that.

15:16:27  5    Q.    You will agree with me that the process of buying and

15:16:32  6    sourcing products from China changes rapidly, correct?

15:16:38  7    A.    China changes rapidly, yes.

15:16:40  8              MR. MEUNIER:  Your Honor, I really do think this is

15:16:42  9    going well beyond qualifications.  Counsel says he's going to

15:16:45  10   save most of his questions for cross-examination, but this

15:16:48  11   sounds like cross-examination.

15:16:49  12              THE COURT:  I understand.  He is still on

15:16:51  13   qualifications.  I overrule the objections.

15:16:53  14              Anything further on qualifications?

15:16:55  15   BY MR. DUPLANTIER:

15:16:55  16   Q.    The process of -- the manufacturing process in China, in

15:16:59  17   your experience, changes rapidly, correct?

15:17:03  18   A.    Yes.  The environment in China changes rapidly, yes.

15:17:07  19   Q.    In fact -- strike that.

15:17:12  20              Let me ask you this, Ms. Coates.  In your opinion --

15:17:14  21   and I think you say this in your book.  But in your opinion, do

15:17:19  22   American companies have any choice but to do business with

15:17:21  23   China?

15:17:23  24   A.    Probably not at this point.  We live and work in a global

15:17:28  25   environment today.

ROSEMARY COATES - TRAVERSE

15:17:32  1          **MR. DUPLANTIER:**  I don't have any other questions,

15:17:33  2   Your Honor.

15:17:34  3          **THE COURT:**  What's your tender, Mr. Risley?

15:17:36  4          **MR. RISLEY:**  Very quickly, Your Honor.

15:17:37  5                          **TRAVERSE**

15:17:39  6   **BY MR. RISLEY:**

15:17:39  7   **Q.**   Ms. Coates, are you familiar with ASTM standards?

15:17:43  8   **A.**   I am.

15:17:43  9   **Q.**   Are you familiar with the ASTM standards that apply to the

15:17:46  10  manufacture of drywall in 2005 and 2006?

15:17:48  11  **A.**   Only what I've read in relationship to this case.

15:17:52  12  **Q.**   Can you tell us what the applicable ASTM standard was for

15:17:55  13  drywall weight in 2005 and 2006?

15:17:57  14  **A.**   For weight?

15:17:58  15  **Q.**   Yes.

15:17:59  16  **A.**   The specific range for weight?

15:18:03  17  **Q.**   Yes.

15:18:03  18  **A.**   Not off the top of my head.  I'm sorry.  I don't remember.

15:18:07  19  **Q.**   Can you tell us what the standard is for brittleness of

15:18:09  20  drywall under ASTM standards in 2005 and 2006?

15:18:13  21  **A.**   I don't know, not off the top of my head.

15:18:16  22  **Q.**   Have you ever had a client who, unlike Lumber Liquidators,

15:18:18  23  who was manufacturing the goods in China, was only buying goods

15:18:23  24  made in China that were subject to ASTM standards?

15:18:25  25  **A.**   Well, yes.  And Lumber Liquidators also has ASTM standards

ROSEMARY COATES - TRAVERSE

15:18:30    1    that they expect their buyers to live up to.

15:18:31    2    **Q.**   I said other than Lumber Liquidators.

15:18:35    3          Those standards don't involve drywall, do they?

15:18:38    4    **A.**   No, not drywall.

15:18:40    5    **Q.**   Have you ever had any experience with a client who brought

15:18:44    6    a product into the country that released sulfur or some other

15:18:47    7    chemical that was not known at the time it was manufactured?

15:18:50    8    **A.**   No.

15:18:52    9    **Q.**   Have you ever heard about any situation where drywall

15:18:53   10    released sulfur or other gases prior to the news about Chinese

15:18:54   11    drywall in 2009?

15:19:08   12    **A.**   No.

15:19:09   13    **Q.**   You answered a question earlier that you hadn't gone to

15:19:11   14    the plants because you weren't asked to do so, correct?

15:19:14   15    **A.**   Correct.

15:19:16   16    **Q.**   In learning what you have learned about Chinese drywall,

15:19:18   17    have you limited yourself to what you were asked to do by the

15:19:25   18    plaintiffs' attorneys?

15:19:25   19    **A.**   I'm sorry.  Did I what?

15:19:27   20    **Q.**   Did you only do what you were asked to do by the

15:19:30   21    plaintiffs' attorneys?

15:19:31   22    **A.**   I'm not sure what you mean.

15:19:32   23    **Q.**   Well, you said you didn't go to the plants because you

15:19:35   24    weren't asked to do so, correct?

15:19:38   25    **A.**   Well, it wasn't part of the investigation we completed.

**ROSEMARY COATES - TRAVERSE**

| | | |
|---|---|---|
| 15:19:40 | 1 | **Q.**   I thought your answer five minutes ago was you weren't |
| 15:19:43 | 2 | asked to do that. |
| 15:19:45 | 3 | Are you changing the answer? |
| 15:19:46 | 4 | **A.**   No, I'm not changing the answer. |
| 15:19:48 | 5 | **Q.**   Were you asked to go to the plants by the plaintiffs' |
| 15:19:51 | 6 | lawyers? |
| 15:19:51 | 7 | **A.**   No. |
| 15:19:52 | 8 | **Q.**   Did you go to the plants? |
| 15:19:53 | 9 | **A.**   No. |
| 15:19:53 | 10 | **Q.**   Did you not go for any reason other than the fact that you |
| 15:19:58 | 11 | weren't asked to go? |
| 15:19:59 | 12 | **A.**   No. |
| 15:20:00 | 13 | **MR. RISLEY:**  That's all I have, Your Honor. |
| 15:20:02 | 14 | **THE COURT:**  What's the tender? |
| 15:20:05 | 15 | **MR. MEUNIER:**  It's been so long, I have to read it |
| 15:20:06 | 16 | again. |
| 15:20:07 | 17 | I tender the witness as a global supply chain |
| 15:20:13 | 18 | expert with particular expertise in the sourcing of |
| 15:20:18 | 19 | Chinese-manufactured products. |
| 15:20:20 | 20 | **THE COURT:**  Let me tell you just about the experts, |
| 15:20:24 | 21 | members of the jury.  If scientific, technical, or other |
| 15:20:28 | 22 | specialized knowledge will assist the trier of fact, will |
| 15:20:32 | 23 | assist the jury to understand evidence or to determine a fact |
| 15:20:36 | 24 | in issue, a witness qualified as an expert, by either training, |
| 15:20:39 | 25 | skill, education, experience, may be called as an expert and |

**ROSEMARY COATES - TRAVERSE**

15:20:48  1   may testify in the form of an opinion.  That's the -- *opinion*,

15:20:54  2   that's the word.

15:20:56  3            When you call a nonexpert witness, that witness

15:21:02  4   can testify as to what he or she saw, heard, looked at, things

15:21:08  5   of that sort.  They can't testify as to an opinion.

15:21:14  6            An expert witness, a witness qualified as an

15:21:17  7   expert, can testify as to an opinion.  That's the only

15:21:20  8   difference.

15:21:21  9            But just like the other witnesses, it is up to

15:21:23  10  you to determine whether or not to rely upon their testimony.

15:21:29  11  You need not rely on their testimony if you feel it is either

15:21:32  12  not credible or the experience is not valid or the education is

15:21:39  13  not sufficient or anything else that you, the jury, feel is

15:21:47  14  important.

15:21:48  15           So I'm going to accept this witness as an expert

15:21:52  16  in the chosen field, in the designated field.  But again, that

15:21:56  17  simply means that she is able to give opinion testimony and not

15:22:02  18  that you have to necessarily rely on the opinion or not.  It's

15:22:07  19  up to you.

15:22:08  20           That's the same that I will be telling you for

15:22:10  21  any expert that's called today.  That's the difference.

15:22:15  22           With that, we'll take a break at this time for

15:22:17  23  15 minutes.

15:22:18  24           Court will come back at 25 minutes to 4:00.

15:22:24  25           **THE DEPUTY CLERK:**  All rise.

ROSEMARY COATES - DIRECT

15:22:24   1          (Recess.)
15:25:43   2          **THE COURT:**  Be seated, please.  You are still under
15:37:03   3    oath, ma'am.
15:37:05   4              We will stop about 5:00 or 5:30.  We have some
15:37:11   5    folks who live at least a hundred miles away, and I like to get
15:37:16   6    them home in time.  So let's try to finish with this witness.
15:37:19   7                    **DIRECT EXAMINATION**
15:37:22   8    **BY MR. MEUNIER:**
15:37:23   9    **Q.**   Ms. Coates, as an expert for the plaintiffs in this case,
15:37:25  10    were you asked to address the question of the process and the
15:37:31  11    due diligence standards that apply in selecting a product made
15:37:36  12    in China?
15:37:37  13    **A.**   Yes, I was.
15:37:40  14    **Q.**   You have prepared a chart that illustrates that process.
15:37:44  15    Would it be helpful to you to have that to illustrate your
15:37:47  16    testimony?
15:37:47  17    **A.**   Yes, please.
15:37:48  18          **MR. MEUNIER:**  May we see the chart, please.
15:37:50  19    **BY MR. MEUNIER:**
15:37:55  20    **Q.**   Let me begin with the word *process* because this is so
15:37:58  21    important.  As an expert on process, do these standards apply
15:38:04  22    to any number of different products that are made?
15:38:08  23    **A.**   Yes, absolutely.  Regardless of whether it's plastics or
15:38:13  24    toys or electronics or building material, it's a standard
15:38:16  25    process.

ROSEMARY COATES - DIRECT

15:38:17  1   **Q.**   So this is the same process even if it's a gypsum or some
15:38:20  2   other type of product?
15:38:22  3   **A.**   Yes.
15:38:24  4   **Q.**   When you say *due diligence*, is that based on your
15:38:27  5   experience of what someone who is sourcing a product has to do
15:38:32  6   to be reasonable and prudent in the process?
15:38:35  7   **A.**   Yes.  It also applies whether it's in China or it's in
15:38:43  8   Indianapolis or New Orleans or New York, or wherever.  It's a
15:38:46  9   standard process that buyers go through when procuring
15:38:49  10  products.
15:38:50  11  **Q.**   What we are beginning with here is a chart that applies
15:38:53  12  whether the product is made in China or anywhere else?
15:38:57  13  **A.**   Correct.
15:38:58  14  **Q.**   When you say *vendor selection*, what do you mean exactly?
15:39:02  15  **A.**   Well, a vendor is kind of a generic term for a supplier,
15:39:05  16  somebody you are buying things from.  So you might be buying
15:39:10  17  raw materials, you might be buying manufactured products, you
15:39:14  18  might be buying apparel or plastics or toys or component parts
15:39:19  19  or whatever it is you are buying from a particular company.
15:39:21  20  **Q.**   In this case, were KPT and TTP, the Chinese manufacturers,
15:39:25  21  vendors within that definition?
15:39:28  22  **A.**   Correct, yes.
15:39:29  23  **Q.**   So you say here "Common Questions for Manufacturers."
15:39:33  24  **A.**   Yes.
15:39:34  25  **Q.**   Who would be the person asking -- the entity asking these

ROSEMARY COATES - DIRECT

15:39:37  1  questions?

15:39:38  2  A.   Well, this would be the industrial buyer essentially.  So

15:39:43  3  it's not like going to Walmart and buying something off the

15:39:46  4  shelf in Walmart.  This is an industrial buyer, someone that's

15:39:50  5  procuring products or raw materials for your own business or

15:39:54  6  for production or for resale.  So the common questions are down

15:40:00  7  the left-hand side, and the process is in the box.

15:40:04  8  Q.   The first question to be asked is?

15:40:05  9  A.   The first thing you would do is say, Who produces this

15:40:08  10 product?  How do I find a vendor or supplier of this product?

15:40:14  11         So you would do some research.  The red box, you

15:40:18  12 would find sources, and through either the Internet or

15:40:23  13 sometimes industry referrals, you might have a friend that's in

15:40:27  14 the same business or a similar business that might be able to

15:40:30  15 give a recommendation, other contacts through various

15:40:34  16 professional organizations.  So different ways.  You would do

15:40:38  17 some general research on who are the vendors.

15:40:42  18 Q.   Sometimes you might find two possible or three possible

15:40:46  19 vendors, right --

15:40:47  20 A.   Yes.

15:40:47  21 Q.   -- that you would have to compare and choose from?

15:40:49  22 A.   Yes.  Yes.

15:40:50  23 Q.   So the next question asked after you have selected the

15:40:53  24 source is what?

15:40:55  25 A.   Then you would say -- you would ask, What do I need to

ROSEMARY COATES - DIRECT

15:40:59   1   know about this vendor in order to qualify them or this
15:41:02   2   distributor?
15:41:03   3          So you have found them.  Now what do you do?  How do
15:41:05   4   you qualify them to make sure they are legitimate?  And this is
15:41:09   5   particularly important in China, where there are all kinds of
15:41:13   6   different fronts -- business fronts and organizations in the
15:41:20   7   way they sell.  So you want to make sure you understand who it
15:41:23   8   is that you are dealing with.
15:41:25   9          So you would request information from the vendor.
15:41:29   10  You could ask them about their capabilities.  You would ask
15:41:32   11  them do they have certain standards that they comply with in
15:41:36   12  their manufacturing process and generally what's their
15:41:40   13  experience in this industry.
15:41:42   14  Q.   Would you stop the process right here based upon a
15:41:47   15  manufacturer saying that its product meets standards?
15:41:52   16  A.   Well, no.  That's just one piece of information.  You
15:41:56   17  would certainly look for a lot of different pieces of
15:41:59   18  information.  That's just one thing they would say.
15:42:02   19  Q.   So in your process, we are in the second stage with the
15:42:05   20  green box; we ask have asked the manufacturer, the vendor, for
15:42:10   21  standards.  But we are not done, are we?
15:42:12   22  A.   No.  That's only the first part of the process.
15:42:14   23  Q.   Due diligence requires that you go a lot further than
15:42:16   24  that?
15:42:17   25  A.   Oh, yes.  Yes, definitely.

ROSEMARY COATES - DIRECT

15:42:18  1    **Q.**   So what is the next question asked?

15:42:21  2    **A.**   Then -- so once you have an idea of who the vendor is and

15:42:25  3    a little bit about their experience, then you would want to

15:42:28  4    know what is their track record?  So how have they done

15:42:34  5    business in the past with others?

15:42:36  6          The most important way, I think, is to check

15:42:38  7    references.  So you would check with a few other companies that

15:42:42  8    have bought from this vendor, and I do this a lot for my

15:42:47  9    clients.  So I would call up and do reference checks on their

15:42:52  10   vendors to determine what were other people's experience when

15:42:55  11   they bought from this vendor?  Did they deliver on time?  Did

15:42:59  12   they deliver the right quantities?  Did they deliver the

15:43:05  13   quality that was expected?  Did they deliver the products that

15:43:08  14   were expected?  Were they easy to do business with?

15:43:10  15         So you ask a lot of questions about what other

15:43:12  16   people's experience has been with this vendor.

15:43:16  17   **Q.**   In the box next to the box checked "References," you also

15:43:21  18   have "Validate quality."  What do you mean by that?

15:43:23  19   **A.**   So it's not necessarily the quality of the product

15:43:27  20   itself -- although you would ask that question -- but it's also

15:43:32  21   the quality of the whole process.  So you have signed a

15:43:35  22   contract with them, and are they delivering against that

15:43:38  23   contract?  Do they deliver on time the right product at the

15:43:42  24   right -- with the right invoices?  Just the whole way of doing

15:43:46  25   business with them.

ROSEMARY COATES - DIRECT

15:43:47  1          So there's kind of two parts to that question.

15:43:52  2    There's the actual quality of the product itself and the

15:43:55  3    quality of the process.

15:43:56  4    Q.   Wait a minute.  If you have been told that the product in

15:43:59  5    the end is going to meet standard, why bother checking out the

15:44:02  6    quality controls in the process?

15:44:05  7    A.   Well, in the industry, we have a saying, "Trust but

15:44:09  8    verify."  So you can take that standard and you can take it at

15:44:15  9    face value and say, Okay, I trust you.

15:44:17  10         But you also want to do your homework and validate

15:44:20  11   that to check it to make sure that they are legitimate.

15:44:25  12   Q.   The next question is:  Is the production factory

15:44:28  13   satisfactory?  Correct?

15:44:31  14   A.   Yes.  So in industrial buying, the next step is typically

15:44:36  15   to visit the vendor.  I can tell you that in my experience

15:44:40  16   buying -- offices, purchasing agents, people that are in the

15:44:44  17   buying world go and visit their vendors regularly.  So not only

15:44:49  18   are they looking at qualifying the vendor by visiting the site,

15:44:53  19   talking to the people, touring the manufacturing site, but then

15:44:57  20   they also visit on a regular basis.

15:44:58  21   Q.   Well, how about this?  Suppose you have a logistics person

15:45:02  22   and they say, I'm going to visit the plant, but what I'm going

15:45:05  23   to do is stand outside as the stuff is being loaded on the

15:45:08  24   ships.  That's my plant visit.

15:45:10  25         Is that good enough?

ROSEMARY COATES - DIRECT

15:45:13  1   **A.**   I think that was what they referred to this morning in the
15:45:16  2   opening statements.  J.W. Allen, the freight forwarding
15:45:21  3   company, sent someone over there to check on the shipments.  So
15:45:25  4   once the product was already produced, wrapped, ready to go on
15:45:29  5   pallets and containers, they counted how many containers there
15:45:34  6   were.  But that really is not the same thing as checking the
15:45:36  7   manufacturing or actually checking the product for the process
15:45:43  8   of manufacturing or what actually the product is.  It's just
15:45:46  9   counting how many containers you have.
15:45:48  10  **Q.**   Is this step, the first bullet point where you say "Visit
15:45:53  11  the manufacturing site," it says "Tour plant" -- have you ever,
15:45:58  12  in giving advice in your business, asked or suggested to a
15:46:03  13  client to skip that step?
15:46:05  14  **A.**   Never, ever.  Particularly in dealing with Chinese
15:46:10  15  vendors, even the smallest companies that I deal with that are
15:46:13  16  importing toys or apparel or something like that always go and
15:46:19  17  visit the plant.  Always, always.
15:46:21  18          For a number of reasons:  The Chinese manufacturing
15:46:25  19  environment is very different.  The culture is different.  The
15:46:28  20  way they do business is different.  You want to validate that
15:46:32  21  what they are telling you and the way products are made and
15:46:36  22  where they are made is truthful.  You have to -- the only way
15:46:40  23  you can do that is if you go and see or you send someone to go
15:46:43  24  see.  Sometimes my clients will send me to go and see, and
15:46:47  25  sometimes -- most of the time, they go themselves.

ROSEMARY COATES - DIRECT

15:46:50  1    Q.   Let me pause here for a moment because you told us you
15:46:53  2    have never been in a drywall manufacturing plant.  So if your
15:46:57  3    client tells you, Go, Ms. Coates, and do some tour of the plant
15:47:01  4    and inspect the process, what are you going to do if you don't
15:47:06  5    really know at that point anything about drywall manufacturing?
15:47:11  6    A.   Well, I know a lot about manufacturing.  So I am often
15:47:16  7    engaged or asked to review or audit the manufacturing site.
15:47:20  8    And in those cases, I go in and I have a long check list of
15:47:25  9    things.  I do a lot of homework in advance about what's going
15:47:27  10   on there, and then I have a long check list of things that I go
15:47:30  11   and look at.
15:47:31  12        So I would first of all go in, take an overview tour
15:47:36  13   of the plant.  So I would look and see is it clean, which is a
15:47:40  14   really important indicator of how well they are managing the
15:47:44  15   plant.  I mean, if it's dirty and there's garbage everywhere --
15:47:47  16   and garbage is a big problem in manufacturing, so I would look
15:47:50  17   for that.  Make sure that it's clean and organized.
15:47:57  18        Then I would look at things like where do they keep
15:48:00  19   raw materials.  In this case it would be probably some sort of
15:48:05  20   bins for the raw gypsum.  Paper is probably in some rolls
15:48:08  21   somewhere.  How is that stacked?  How is the inventory
15:48:11  22   maintained?  How do they manage it and make sure it's not
15:48:13  23   damaged or stolen or changed in any way?
15:48:17  24        I would look at the ventilation in the factory.  So
15:48:22  25   one of the telltale signs in a factory is if it has a pungent

ROSEMARY COATES - DIRECT

15:48:26  1   smell, and then you know their ventilation probably isn't good

15:48:31  2   and the workers are probably suffering.  So smell is an

15:48:37  3   important indicator as part of the audit.

15:48:40  4         I would check the safety equipment to make sure they

15:48:42  5   had fire extinguishers, that there were exit doors that were

15:48:46  6   not locked in case there was a fire.  I would look at the

15:48:50  7   equipment.  Is it operating or is it broken down and they are

15:48:53  8   moving forklifts around it because it's broken down?

15:48:56  9         So all of these kind of things would be indicators of

15:49:01  10   whether, really, they are running a tight ship, whether they

15:49:04  11   have manufacturing under control and are reasonably producing

15:49:09  12   product with good process.

15:49:13  13   Q.   The next question would be, I want to try a few samples

15:49:17  14   before buying, right?

15:49:19  15   A.   This is the last step.  So once you have qualified the

15:49:22  16   vendor and done your homework, you understand a little bit

15:49:25  17   about their background and you have checked their references,

15:49:29  18   you have toured the factory, hopefully, or you have some report

15:49:33  19   of the factory tour, then you would ask for some samples.  You

15:49:37  20   would have them send you a few samples that you could look at

15:49:40  21   to determine whether the quality is what you expect and that

15:49:43  22   it's actually the kind of product that you want to use and you

15:49:46  23   want to import.

15:49:49  24   Q.   In the box next to "Trial samples," in addition to

15:49:52  25   requesting samples, you talk about quality testing and lab

**ROSEMARY COATES - DIRECT**

15:49:56  1  testing.   True?

15:49:58  2  **A.**   Yes.  Most companies have a series of quality measures.

15:50:03  3  So when they receive a product in, whether it's a manufacturing

15:50:08  4  site, so they are receiving raw materials, or a retailer that's

15:50:13  5  receiving stuff from their vendors, or it's a reseller or

15:50:16  6  whatever, there's some sort of checking.  So there's a

15:50:20  7  receiving department, and they count the products.  Did we get

15:50:25  8  the same number of boxes we expected?  And they usually open

15:50:29  9  them and examine them at some level or another for quality.  So

15:50:32  10  there's a quality inspection step in there.

15:50:35  11  **Q.**   In this case, Interior Exterior would not be expected to

15:50:37  12  have its own lab or its own testing capability, true?

15:50:41  13  **A.**   Probably not.

15:50:42  14  **Q.**   In those cases where you have a client like that, are

15:50:44  15  there services available in the world for supply chain activity

15:50:48  16  that allow these companies to get this lab and testing done?

15:50:53  17  **A.**   Yes.  There are many.

15:50:56  18        There are a few really large testing companies.  SGS

15:51:01  19  is one that I understand InEx had worked with in the past.

15:51:06  20  Bureau Veritas is another one.  These are big global companies

15:51:10  21  that have global standards.  There are also zillions in China,

15:51:15  22  these little tiny labs around the corner that are run by

15:51:20  23  somebody's uncle.  Those, I would tell my clients, Don't go

15:51:23  24  there because you can't validate what the level of testing is,

15:51:28  25  it doesn't meet international standards and so forth.

ROSEMARY COATES - DIRECT

| | | |
|---|---|---|
| 15:51:31 | 1 | So you would use a big global company. |
| 15:51:33 | 2 | **Q.**   SGS is one? |
| 15:51:35 | 3 | **A.**   SGS is one, yes. |
| 15:51:37 | 4 | **Q.**   Did you see evidence in this case that Interior Exterior |
| 15:51:38 | 5 | actually used SGS for inspection of the loading of the Elephant |
| 15:51:43 | 6 | Board back in 1999? |
| 15:51:45 | 7 | **A.**   Yes, I believe they had a relationship with SGS on the |
| 15:51:52 | 8 | Indonesian board, and I believe they contacted SGS to |
| 15:51:56 | 9 | potentially do a quality inspection in the Chinese factory, the |
| 15:52:01 | 10 | TTP factory.  But it never came to fruition; they never did it. |
| 15:52:05 | 11 | **Q.**   Did you see any explanation in the records of why it was |
| 15:52:08 | 12 | that Interior Exterior, first of all, talked to SGS about |
| 15:52:12 | 13 | working in the Chinese drywall matter and then didn't use them? |
| 15:52:16 | 14 | **A.**   No, I didn't see any reason why not. |
| 15:52:18 | 15 | **Q.**   Now, you have written a book.  We have talked about it. |
| 15:52:22 | 16 | It's called *42 Rules For Sourcing and Manufacturing in China,* |
| 15:52:26 | 17 | correct? |
| 15:52:27 | 18 | **A.**   Yes. |
| 15:52:28 | 19 | **Q.**   Have you identified at my request the rules or provisions |
| 15:52:33 | 20 | in those rules which you think apply to the analysis here of |
| 15:52:38 | 21 | the due diligence involving Interior Exterior? |
| 15:52:43 | 22 | **A.**   Yes.  I did pick out a few rules. |
| 15:52:45 | 23 | **MR. MEUNIER:**  Let's just see the next slide for the |
| 15:52:48 | 24 | book *42 Rules For Sourcing and Manufacturing in China.* |
| 15:52:53 | 25 | **MR. DUPLANTIER:**  Your Honor, I'm going to object. |

ROSEMARY COATES - DIRECT

| | |
|---|---|
| 15:52:55 | 1 |
| 15:53:00 | 2 |
| 15:53:02 | 3 |

This book was published in 2009.  This book has no relevance to these proceedings.  We are talking about actions that took place in 2005 and 2006.

THE COURT:  I understand, but generally books take a little longer than a year or so to deal with.

MR. DUPLANTIER:  What is the predicate, that this would have been available?

THE COURT:  Sure.

BY MR. MEUNIER:

Q.   Are the rules that you wrote about in this book rules that you knew to be applicable in 2005 and 2006?

A.   Yes.  Really, the information in the book is based on about 15 years of experience dealing with Asian manufacturers, particularly China.  So from roughly the beginning of the '90s up through the mid 2000s, and there's a new updated version coming out this year.

MR. MEUNIER:  May we see the next slide, please.

BY MR. MEUNIER:

Q.   Are these the rule references that you believe apply to this particular case?

A.   Yes.  So I picked out a few that I thought were relevant and really important here and certainly applied.

Q.   Just so we are clear, *42 Rules For Sourcing and Manufacturing*, does the word *sourcing* include both standardized and nonstandardized products; that is, both things like gypsum

ROSEMARY COATES - DIRECT

| | |
|---|---|
| 15:54:25 | 1 |
| 15:54:26 | 2 |
| 15:54:32 | 3 |
| 15:54:34 | 4 |
| 15:54:35 | 5 |
| 15:54:38 | 6 |
| 15:54:39 | 7 |
| 15:54:43 | 8 |
| 15:54:57 | 9 |
| 15:54:59 | 10 |
| 15:55:01 | 11 |
| 15:55:03 | 12 |
| 15:55:10 | 13 |
| 15:55:13 | 14 |
| 15:55:16 | 15 |
| 15:55:19 | 16 |
| 15:55:22 | 17 |
| 15:55:24 | 18 |
| 15:55:31 | 19 |
| 15:55:34 | 20 |
| 15:55:39 | 21 |
| 15:55:43 | 22 |
| 15:55:46 | 23 |
| 15:55:49 | 24 |
| 15:55:52 | 25 |

and things likes lingerie?

**A.**   Yes.  Both.

**Q.**   This is specific to China, true?

**A.**   Yes.  Yes.

**Q.**   What is the first rule that you think has applicability in
this case?

**A.**   First and foremost, there just are no steadfast rules in
China.  So China has only been industrialized the last 15 or
20 years or so.  Before that, it was essentially an
agricultural economy.

        So it's sort of in its adolescence.  So most of us
know and have had experience with teenagers, and there's a lot
of stuff that changes in the adolescent years.  The same is
true in China.  A lot of things apply, but they are always
changing, and you have to be the vigilant and focus on what's
happening now and characterize it that way.

**Q.**   Why do you think that that particular rule has
applicability in this case?

**A.**   Well, surely, you would take precautions.  You would do
investigation.  You would really look into who it was that you
were dealing with in China before you bought anything from
them.  As I said here, you really have to do triple duty when
you are dealing with China because there is a basic lack of
standards and a lack of rules and a lack of understanding on
the basics of manufacturing in many, many cases.

ROSEMARY COATES - DIRECT

15:55:55    1    **Q.**    When you say *triple duty*, are we going back to what
15:55:58    2    Dr. Tompkins once upon a time called the six Ds or --
15:56:02    3    **A.**    I kind of like that.  Six Ds or four Ds or 42 rules or 18
15:56:09    4    Ds whatever you want to do.  I think the point is that due
15:56:12    5    diligence is super, super important.  And by *due diligence* we
15:56:18    6    mean really investigating, getting under the covers, really
15:56:21    7    understanding what's going on with respect to that
15:56:23    8    manufacturer.
15:56:25    9    **Q.**    The next rule you reference from your book is Rule 16, in
15:56:29   10    which you say:  "There is no substitute for observing firsthand
15:56:33   11    the operations and conditions."
15:56:34   12         Why is that so important and why was it relevant to
15:56:37   13    this case?
15:56:38   14    **A.**    Absolutely you have to go and observe or have someone go
15:56:41   15    on your behalf and observe what's going on in the manufacturing
15:56:44   16    process.  Otherwise, you know, you could be told anything.  You
15:56:49   17    just can't rely on simply an e-mail from a company in China
15:56:55   18    that says, Yeah, we are great.  We do great things.  We make
15:56:58   19    great products; and you say, That's good enough.
15:57:01   20         It's never good enough.  I always, always, always
15:57:07   21    recommend to my clients they go and look at the manufacturing
15:57:11   22    plant.
15:57:11   23    **Q.**    Under this rule of firsthand observation, does the
15:57:14   24    observation have to be by someone qualified to observe?
15:57:17   25    **A.**    Well, you certainly want someone who is qualified to

ROSEMARY COATES - DIRECT

15:57:20   1   observe the manufacturing process, so someone like me.

15:57:25   2          If it's, you know, a particularly complex product,

15:57:28   3   you would want a product expert to go along, I'm sure.

15:57:31   4   Q.   A logistics/freight forwarder person to observe the

15:57:36   5   manufacturing process.  Would that be a fit?

15:57:38   6   A.   No, that doesn't quality.

15:57:40   7   Q.   The next rule you reference is 17, and you have talked a

15:57:44   8   bit about it:  "Observing the equipment and cleanliness and

15:57:47   9   asking about quality processes."

15:57:49   10          Does that include raw material?

15:57:52   11   A.   Yes.

15:57:53   12          Manufacturing plants are going to have a receiving

15:57:58   13   inspection part of their business.  So as they're receiving

15:58:02   14   either raw materials or components, they come in, they do a

15:58:04   15   count and a quality check validation at that point.  So, yes,

15:58:08   16   they should be investigating the quality of raw materials.

15:58:12   17   Q.   In this case it would be the gypsum?

15:58:14   18   A.   In this case the gypsum, correct.

15:58:16   19   Q.   You then say you should verify that the materials meet

15:58:19   20   quality standards.

15:58:21   21          Now, if you have got a written ASTM test report that

15:58:25   22   it's made according to ASTM standards, is that verification?

15:58:29   23   A.   Well, I think that's great.  But you know, as I mentioned

15:58:33   24   before, culturally, the Chinese manufacturing environment is

15:58:37   25   different.  If you ask them for a piece of paper, they are

ROSEMARY COATES - DIRECT

15:58:40  1  going to give you a piece of paper.  That doesn't mean that it

15:58:43  2  has any relationship to the actual test.

15:58:49  3          You ask them for 10 of these products and 3 of those

15:58:52  4  products and 12 pieces of paper, that's what you get.  There's

15:58:56  5  a very literal kind of interpretation.

15:59:00  6          So you would have to be very specific and probably

15:59:03  7  pay more if you wanted not only the piece of paper, but the

15:59:06  8  actual test results.

15:59:08  9  Q.  So let me make sure we understand.  It's so important,

15:59:10  10  this point.

15:59:12  11          If I go to China as a businessman and I say, Please

15:59:15  12  give me a certificate of quality for your product, is the

15:59:21  13  Chinese culture such that that question will be interpreted as

15:59:25  14  meaning, To be polite -- I'm going to give you that piece of

15:59:32  15  paper just because I want to be polite and that's what you

15:59:35  16  asked for?

15:59:35  17  A.  Yes.  Very often that's exactly what happens.

15:59:37  18  Q.  It's not the same way that question is interpreted in

15:59:40  19  America, is it?

15:59:40  20  A.  The Chinese culture is very, very literal.  So you ask for

15:59:44  21  something, and that's what you are going to get.

15:59:46  22          In Western cultures, in America, if we ask for an

15:59:50  23  ASTM standard piece of paper certificate, that implies that the

15:59:56  24  certificate reflects the tests that went on, and so we make

16:00:00  25  that leap of faith that the two are connected in some way.

ROSEMARY COATES - DIRECT

| | |
|---|---|
| 16:00:04 | 1 |
| 16:00:08 | 2 |
| 16:00:11 | 3 |
| 16:00:13 | 4 |
| 16:00:18 | 5 |
| 16:00:23 | 6 |
| 16:00:25 | 7 |
| 16:00:28 | 8 |
| 16:00:30 | 9 |
| 16:00:32 | 10 |
| 16:00:35 | 11 |
| 16:00:37 | 12 |
| 16:00:41 | 13 |
| 16:00:43 | 14 |
| 16:00:46 | 15 |
| 16:00:51 | 16 |
| 16:00:55 | 17 |
| 16:00:58 | 18 |
| 16:00:59 | 19 |
| 16:01:01 | 20 |
| 16:01:02 | 21 |
| 16:01:04 | 22 |
| 16:01:06 | 23 |
| 16:01:08 | 24 |
| 16:01:13 | 25 |

1        Chinese culture is very literal.  So if you ask for
2   something, that's what you are going to get.
3        Now, I have an example.  Maybe this will help.
4   There's a very famous case where a shoe manufacturer went to
5   China and had quality problems, and so they brought --
6        MR. DUPLANTIER:  Objection, Your Honor.  You have
7   issued a ruling about not talking about other products.
8        THE COURT:  Let's move on.
9        MR. MEUNIER:  I don't know if it involved a recall or
10   not.  Do you want to approach the bench?
11        MR. RISLEY:  The rule was not limited to recalls.  It
12   was as to any products.
13        MR. MEUNIER:  We can't talk about any products in
14   China?  That's a little strong.  I thought --
15        THE COURT:  Let's see where we are with this.  You
16   can make it as an illustration, but let's not go further than
17   that.  I'm not interested in shoes.  We are interested in
18   drywall.
19        THE WITNESS:  So do you want me to go on?
20        MR. MEUNIER:  If she could.
21        THE COURT:  Can't you illustrate it some other way?
22   What's the point that you are getting to?
23        THE WITNESS:  Just that when you ask for a specific
24   product or you ask for something to be made exactly like this,
25   that's exactly how they make it.

**ROSEMARY COATES - DIRECT**

16:01:18   1   BY MR. MEUNIER:

16:01:19   2   Q.   The next rule you reference in the chart is Rule 18 from

16:01:23   3   your book.  And we have talked about this, that you need to

16:01:26   4   visit and audit factories.

16:01:29   5        *Audit* is a special term of art in your business?

16:01:32   6   A.   Yes.  So auditing is a process that you would go through

16:01:35   7   to review everything, but you also need to do this during your

16:01:39   8   production run.  So you can't just show up on Wednesday and

16:01:43   9   say, Let me have a look at the factory.

16:01:46   10       If they're not actually building your product on that

16:01:49   11   day, then you're not going to get what you need from it.  So

16:01:52   12   you really need to audit during production.

16:01:54   13   Q.   Is smell an audit criteria during production?

16:01:59   14   A.   Yes.  So I would always include that as part of the audit

16:02:04   15   process, to determine if there are any chemical smells.  And

16:02:07   16   that's really related to ventilation in the factory.

16:02:11   17   Q.   In terms of asking for inspections or audits during

16:02:16   18   production, did you see evidence in this case that, in fact,

16:02:19   19   Interior Exterior did ask a Chinese manufacturer for presence

16:02:25   20   during the production process for Chinese drywall?

16:02:31   21   A.   Did they ask a Chinese manufacturer?

16:02:35   22   Q.   I'm not talking about KPT/TTP.  I'm talking anyone else.

16:02:41   23   A.   I'm sorry.  Ask the question again.

16:02:42   24   Q.   Did you see evidence in this case that Interior Exterior

16:02:44   25   asked another Chinese manufacturer, not KPT and TTP, to come

**ROSEMARY COATES - DIRECT**

| | |
|---|---|
| 16:02:49 | 1 |
| 16:02:52 | 2 |
| 16:02:55 | 3 |

16:02:49  1  inspect during the manufacturing process?

16:02:52  2  **A.**   Yes.  I believe they asked SGS at one point if they would

16:02:55  3  give them a quote on inspection during manufacturing.

16:03:00  4       **MR. DUPLANTIER:**  Your Honor, I need to object.  You

16:03:02  5  have struck that evidence.  That evidence has been excluded by

16:03:06  6  the Court.  He is referring to evidence --

16:03:16  7       **MR. MEUNIER:**  I don't believe it has.

16:03:17  8       **THE COURT:**  I will overrule the objection.

16:03:19  9  **BY MR. MEUNIER:**

16:03:20  10  **Q.**   Rule 19.  Again, we have talked about that you must tour

16:03:22  11  the plant?

16:03:25  12  **A.**   I think we lost the --

16:03:26  13  **Q.**   Sorry.  Rule 19: "You must tour the plant, audit records,

16:03:35  14  and perform due diligence."  I think we have covered this

16:03:39  15  already, how important that is.

16:03:41  16       You always give your clients advice, like Lumber

16:03:43  17  Liquidators, to go to the Chinese factories and actually do

16:03:47  18  this, correct?

16:03:48  19  **A.**   Yes.  Actually, Lumber Liquidators, I provided them an

16:03:51  20  audit document that will result in the report at the end of the

16:03:56  21  findings.

16:03:58  22  **Q.**   Rule 20.  You say:  "Even with policies and auditors there

16:04:00  23  are still many violations where it appears there is little

16:04:04  24  adherence to laws and codes."

16:04:06  25       Now, this is, again, specific to China?

**ROSEMARY COATES - DIRECT**

16:04:09  1  **A.**   Yes.

16:04:09  2  **Q.**   What do you mean by that?

16:04:13  3  **A.**   Well, there are worldwide standards that we have in

16:04:16  4  America.  But -- and we like to think that everybody goes by

16:04:22  5  those standards, but it's just not true in other countries.

16:04:26  6          So there could be safety violations.  There could

16:04:31  7  be -- there's all kinds of ventilation, hazardous materials.

16:04:40  8  Even like wearing safety goggles and steel-toed shoes and so

16:04:44  9  forth is not common practice in China.

16:04:47  10         So you have to -- you understand that there are world

16:04:51  11 standards, but you have to understand that China is still

16:04:55  12 developing and that those rules may apply when the government

16:04:58  13 shows up, and then the next day they don't apply anymore.

16:05:01  14 **Q.**   Would you include in that ASTM standards?

16:05:05  15 **A.**   Yes.

16:05:07  16 **Q.**   For drywall?

16:05:08  17 **A.**   Sure.  I think it's very inconsistently applied.

16:05:13  18 **Q.**   Rule 21.  You say:  "Be careful what you see.  You cannot

16:05:16  19 make assumptions or generalize from one viewpoint."

16:05:21  20         Why do you think that's relevant in this case?

16:05:23  21 **A.**   Well, sometimes in manufacturing plants the manufacturer

16:05:27  22 will put on a show for the auditor.  So you think you're

16:05:31  23 looking at their regular manufacturing, but you're escorted to

16:05:36  24 one other part of the plant where they do kind of a

16:05:38  25 demonstration for you.

ROSEMARY COATES - DIRECT

16:05:40  1          And so usually when I go with clients, we'll go one
16:05:43  2  day and then we'll come back the second day unannounced and ask
16:05:47  3  to see the same thing.  And that's where you might find that
16:05:50  4  there are issues.
16:05:53  5  Q.   The final rule you reference, Rule 42:  "Rules are thought
16:05:56  6  of as guidelines subject to interpretation in China.  Rules and
16:06:00  7  regulations are often broken.  Trust but verify."
16:06:04  8  A.   Yes.  Good advice, yes.
16:06:09  9  Q.   Interior Exterior has got boxes of documents that they can
16:06:14  10  show where it's just in plain English, this is ASTM-certified,
16:06:18  11  this is nondefective, all this paper.
16:06:22  12          How in the world can you tell this jury that due
16:06:26  13  diligence required them to do more with China?
16:06:30  14  A.   Well, as I said before, it's not just China.  Any time you
16:06:34  15  are buying from anybody in an industrial setting, you're not
16:06:39  16  going to just rely on one piece of paper.  You always would do
16:06:44  17  other -- it's just common practice.
16:06:46  18          It's good practice to -- you would always rely on
16:06:48  19  other pieces of information, not just a piece of paper.  You
16:06:51  20  would also check references and you would check your industry
16:06:55  21  counterparts and you would validate certain things.  It's trust
16:06:58  22  but verify.  That's the way you do business around the world.
16:07:02  23  Q.   If I gave you a million documents promising that this
16:07:07  24  product is made according to ASTM standards, would you ever
16:07:12  25  advise me, as a client, to skip the step of an audit during the

ROSEMARY COATES - DIRECT

| | | |
|---|---|---|
| 16:07:19 | 1 | manufacturing process? |
| 16:07:20 | 2 | A.   No, never, not in China. |
| 16:07:29 | 3 | Q.   Now, you are aware in this case that there were complaints |
| 16:07:31 | 4 | about brittleness and heaviness of both the Elephant Board and |
| 16:07:35 | 5 | then later the Chinese drywall? |
| 16:07:37 | 6 | A.   Yes. |
| 16:07:38 | 7 | Q.   Why do you consider -- what, if anything, do you consider |
| 16:07:43 | 8 | to be relevant in terms of the due diligence analysis, given |
| 16:07:47 | 9 | that experience of Interior Exterior with drywall? |
| 16:07:50 | 10 | MR. DUPLANTIER:  Judge, objection. |
| 16:07:52 | 11 | MR. RISLEY:  The Court has ruled on this already. |
| 16:07:54 | 12 | It's the third time with this witness he is going into areas |
| 16:07:57 | 13 | the Court has directed him not to go into. |
| 16:07:58 | 14 | MR. DUPLANTIER:  You made a specific ruling about |
| 16:08:00 | 15 | Ms. Luckevich's opinions and that she cannot testify about what |
| 16:08:04 | 16 | Ms. Luckevich reported to her. |
| 16:08:07 | 17 | MR. MEUNIER:  Judge, this is not a -- |
| 16:08:08 | 18 | MR. RISLEY:  Or about brittleness because she -- |
| 16:08:10 | 19 | THE COURT:  That's a different question now.  The |
| 16:08:11 | 20 | question is -- she's not being asked why it's brittle or why |
| 16:08:19 | 21 | it's done this.  That, I think, is outside of her expertise. |
| 16:08:25 | 22 | His question is a little more direct than that. |
| 16:08:32 | 23 | I'll overrule the objection. |
| 16:08:33 | 24 | BY MR. MEUNIER: |
| 16:08:33 | 25 | Q.   So, Ms. Coates, why is it relevant to you in your due |

**ROSEMARY COATES - DIRECT**

16:08:37  1   diligence analysis that there were these prior complaints about

16:08:40  2   imported drywall being heavy and brittle that were known by

16:08:44  3   Interior Exterior?

16:08:46  4   A.   If there were prior sort of red flags, you know, about

16:08:51  5   issues that had happened in the past, you would sort of sit up

16:08:55  6   and take notice and say, I should be extra cautious, I guess,

16:08:58  7   you know, if I am importing this stuff again.

16:09:08  8   Q.   Now, have I asked you to consider what we have referred to

16:09:16  9   in this case as red flags that would have been important in

16:09:23  10  terms of the due diligence requirements of Interior Exterior?

16:09:28  11  A.   Yes.

16:09:29  12        MR. MEUNIER:  Could we see the slide "Lack of Due

16:09:37  13  Diligence, 12 Red Flags."

16:09:43  14  BY MR. MEUNIER:

16:09:43  15  Q.   Flag 1 is no quality controls for drywall at

16:09:49  16  Interior Exterior itself.  Why is that important to you as a

16:09:53  17  red flag in this case?

16:09:55  18  A.   Well, if they were not doing due diligence or quality

16:10:00  19  checking at the manufacturing site, then all other things

16:10:04  20  aside, you would expect them to be the doing some kind of

16:10:07  21  quality check or quality control at destination, which would be

16:10:12  22  the InEx warehouses, before they shipped it to customers.

16:10:16  23        There was no evidence that they were doing anything

16:10:18  24  like that.

16:10:19  25  Q.   In fact, you're aware, aren't you, that they were

ROSEMARY COATES - DIRECT

16:10:22  1    commingling the Chinese drywall with the domestic drywall and

16:10:26  2    selling it without distinction to people?

16:10:28  3    A.   Yes.

16:10:29  4    Q.   Let's look at Red Flag 2.  We've talked about the customer

16:10:34  5    reports from 1999.  That's a red flag to you?

16:10:38  6    A.   Yes.  As I mentioned before, if you knew there had been a

16:10:42  7    history of problems with imported drywall, I would expect most

16:10:47  8    buyers to at least be a little more cautious than usual if they

16:10:53  9    were importing drywall again.

16:10:56  10   Q.   Red Flag 3, customer preferences between January 2006 and

16:11:01  11   March 2007, have you seen the invoices in which customers of

16:11:06  12   Interior Exterior made specific requests not to be sold Chinese

16:11:10  13   drywall, Knauf board, imported board?

16:11:13  14   A.   I have, yes.  And I think that's a third flag or signal

16:11:17  15   that there was an issue, there were things going wrong.

16:11:21  16   Q.   Now, Mr. Duplantier told the jury, Oh, but we have got

16:11:23  17   thousands of invoices, and we can only find 279 in which those

16:11:27  18   statements were made.  That's no big deal.

16:11:29  19        What's your response to that?

16:11:31  20   A.   I think, if there's just one, and you have a history,

16:11:33  21   you're going to be concerned or should be extra concerned.

16:11:40  22   Q.   Red Flag 4 is that there is a different business and

16:11:43  23   manufacturing culture in China.  And we have talked about that

16:11:47  24   as sort of an overriding issue here, correct?

16:11:50  25   A.   Yeah.  Once again, China is a very immature manufacturing

ROSEMARY COATES - DIRECT

16:11:59  1  environment.  There are not real senior people in engineering,

16:12:01  2  there are not senior people in management.  Their experience is

16:12:05  3  less than 25 years.  They just don't have the benefit of all

16:12:08  4  the things that we would see in American manufacturing.

16:12:11  5        So you have to take extra precautions and know and

16:12:17  6  understand that and look for things to make sure you are

16:12:19  7  getting the product that you expect.

16:12:21  8  **Q.**   You are not bashing China are you?

16:12:22  9  **A.**   No.  I go there a lot.  I like the Chinese people.  I have

16:12:28  10 lots of friends there.  I do a lot of work there.  I think

16:12:31  11 there's good work there, so it's not that.

16:12:34  12       It's just recognition that the culture is different

16:12:37  13 and the maturity level is very different compared to

16:12:40  14 manufacturing in the U.S. or North America and in Western

16:12:43  15 Europe.

16:12:44  16 **Q.**   Even the still lingering or continuing cultural difference

16:12:48  17 between me giving you a piece of paper because you asked for it

16:12:51  18 as opposed to it's really supposed to represent something is a

16:12:55  19 cultural difference?

16:12:56  20 **A.**   Yes, a big difference.  Yes.

16:12:59  21 **Q.**   The next red flag, Red Flag 5, is the no prior

16:13:04  22 relationship between Interior Exterior and either KPT or TTP.

16:13:09  23 Let's talk about KPT first.

16:13:13  24       Interior Exterior says, Wait a minute.  We have been

16:13:14  25 dealing with Knauf Insulation, part of this large Knauf family.

ROSEMARY COATES - DIRECT

16:13:20  1    How can you say we don't have a prior relationship with KPT in

16:13:23  2    China?

16:13:24  3    **A.**   I think the documents that I examined is they had a

16:13:26  4    relationship with Knauf Insulation in Indiana, which is a

16:13:31  5    domestic company.  And they had an open account, which means

16:13:34  6    they were buying stuff and paying them as a normal part of

16:13:39  7    their accounting process and just buying normal, normal things.

16:13:46  8          Knauf drywall, Knauf Plasterboard in China, is a

16:13:52  9    completely different company.  They didn't know each other.

16:13:55  10   KPT required a letter of credit, which is a way of doing

16:14:00  11   banking through a series of banks, which is done for the

16:14:06  12   convenience of parties that do not know each other.

16:14:10  13         So they don't have a trust relationship built.

16:14:13  14   There's no history, and so they use a letter of credit in that

16:14:16  15   regard, to do a transaction that way.

16:14:18  16         So there's just a lot of indicators that these were

16:14:22  17   completely different companies and different relationships.

16:14:25  18   **Q.**   So you are not saying they shouldn't have dealt with KPT

16:14:28  19   or that it's totally irrelevant KPT was related to Knauf

16:14:32  20   Insulation, but there was no history with KPT.  That's the

16:14:35  21   relevant point here?

16:14:37  22         **MR. RISLEY:**  Objection, Your Honor, leading, and it's

16:14:38  23   been that way --

16:14:39  24         **THE COURT:**  Let's not lead the witness.

16:14:41  25         **MR. MEUNIER:**  Thank you, Judge.

ROSEMARY COATES - DIRECT

16:14:45  1        THE COURT:  The fact that she's an expert doesn't
16:14:47  2  mean you can lead.
16:14:49  3  BY MR. MEUNIER:
16:14:49  4  Q.  What about the absence of the prior relationship with TTP?
16:14:52  5  What was relevant about that?
16:14:52  6  A.  There was no relationship with TTP.  I believe they were
16:14:55  7  introduced through a Canadian company that was sort of an agent
16:14:59  8  for TTP, an untested agent, so there was just no relationship
16:15:08  9  there.
16:15:08  10        So you would expect any company to take extra steps
16:15:14  11  in terms of due diligence to make sure they knew who they were
16:15:18  12  dealing with.  Were they qualified?  Did they check references?
16:15:21  13  You know, all of the normal things that you would find in a
16:15:23  14  buying environment.
16:15:29  15  Q.  The next red flag is -- well, let me dwell on this for a
16:15:35  16  minute.  I don't know if it comes up later, but Metro Resources
16:15:37  17  played a role in the selection of TTP, did it not?
16:15:40  18  A.  Yes.
16:15:42  19  Q.  Was it consistent with the high level of due diligence for
16:15:46  20  Interior Exterior to rely entirely on Metro Resources in order
16:15:51  21  to vet TTP as a source of Chinese drywall?
16:15:55  22  A.  From what I examined, the evidence I examined, it didn't
16:15:57  23  look like Metro Resources did any vetting either.
16:16:01  24        So there was a relationship between InEx and Metro
16:16:05  25  Resources.  Metro Resources had, as one of their principals, a

## ROSEMARY COATES - DIRECT

16:16:11    1   Chinese gentleman who had connections in China.  And so he

16:16:14    2   called or contacted Weida Freight and asked them to do some

16:16:24    3   research and see if they could find a drywall manufacturer.

16:16:27    4          So it wasn't like they worked the network and came up

16:16:30    5   with a recommendation.  They just sort of called them up.  And

16:16:33    6   my guess is they found them on the Internet.  So there was no,

16:16:37    7   like, business relationship history which, you know, isn't bad

16:16:40    8   in and of itself, as long as you take the additional steps to

16:16:45    9   vet the supplier.

16:16:46   10   Q.   What was the main business that you saw in the records you

16:16:49   11   reviewed, the main business of Metro Resources?

16:16:52   12   A.   I believe they are a plastics recycler.

16:16:59   13   Q.   Did you see in the evidence, the May 26, 2006 e-mail to

16:17:01   14   Jim Geary from Metro Resources saying that Metro Resources,

16:17:06   15   quote, Sooner or later we will enter into the building

16:17:10   16   materials industry, close quote.

16:17:11   17          Did you see that?

16:17:12   18   A.   Yes.  And I think the history was they do some kind of

16:17:16   19   recycling of plastics and were trying to get into the building

16:17:20   20   material business.  But they didn't have any other history in

16:17:23   21   gypsum manufacturing.

16:17:25   22   Q.   Red Flag 6 is, pertinent to the TTP drywall, it did not

16:17:32   23   have the name of the manufacturer on it.  Is that true?

16:17:35   24   A.   Yes, that's true.  As we mentioned before, I'm a licensed

16:17:40   25   U.S. Customs broker, so I deal a lot with importing into the

ROSEMARY COATES - DIRECT

16:17:46  1   United States.  And there's a requirement that items be labeled
16:17:48  2   with the country of origin for the ultimate consumer.  We saw
16:17:52  3   that it was labeled *Made in China*, which meets the customs
16:17:55  4   requirements.
16:17:56  5         In addition to that, there are building standards
16:17:58  6   that say the manufacturer also has to be on the building
16:18:04  7   product.  So it has to be stenciled on there or painted on
16:18:09  8   there and so forth.
16:18:09  9         In this case the manufacturer was not there.  It was
16:18:12  10  just the brand name of the product.
16:18:14  11  **Q.**   The ASTM labeling requirements are something that you have
16:18:17  12  looked at?
16:18:19  13  **A.**   In relation to this case, yes.
16:18:22  14  **Q.**   You know that Interior Exterior's position is that they
16:18:25  15  had an exception to the labeling requirement to put the name of
16:18:28  16  the manufacturer on the TTP drywall?
16:18:30  17  **A.**   I understand that there's an exception made if the
16:18:34  18  purchase order so states that you can do that.  But it's sort
16:18:37  19  of akin to, you know, E. Coli in spinach.  If you can't trace
16:18:44  20  the thing all the way back to the field where it's grown, if
16:18:46  21  you've got a problem with it, then it's a significant problem
16:18:52  22  trying to find what the origin is.
16:18:53  23        The same is true of building materials.  If you've
16:18:55  24  got a problem with it, you need to trace it all the way back to
16:18:58  25  the production run at the specific manufacturer.

**ROSEMARY COATES - DIRECT**

16:19:05  1   **Q.**   You were here and you have read the testimony of

16:19:08  2   Dr. Tompkins about his team's visit to the TTP plant?

16:19:15  3   **A.**   Yes, I have read that.

16:19:19  4   **Q.**   His team asked for verification of the ASTM data at that

16:19:23  5   plant, correct?

16:19:24  6   **A.**   Yes.  My understanding is he sent one of his American

16:19:28  7   managers and then three or four of the Chinese workers that

16:19:32  8   worked for him in China to the plant.  But the American didn't

16:19:37  9   go, so it was just the Chinese staff that went.

16:19:41  10          They asked for -- they had a meeting.  From what I

16:19:46  11   read, it was sort of in a conference room, and they asked for

16:19:49  12   some standards and some information, and they were not given

16:19:52  13   it, nor did they write a report at the end about what was

16:19:56  14   discussed.

16:19:59  15   **Q.**   If that was the response given to one of your clients in

16:20:02  16   the process of vetting that manufacturer for a source of a

16:20:07  17   product like drywall, what would your advice be?

16:20:12  18   **A.**   It just wouldn't be acceptable.  It just isn't -- it

16:20:15  19   wasn't an audit and there was no report and there was no

16:20:19  20   information.

16:20:20  21   **Q.**   Red Flag 7 references TTP as a government-owned plant and

16:20:27  22   testing there done by the Chinese government.

16:20:30  23          You became aware of that by the review of the

16:20:32  24   evidence in this case?

16:20:33  25   **A.**   I did.  And I'm familiar with state-owned enterprises or

ROSEMARY COATES - DIRECT

16:20:37   1   government-owned Chinese enterprises.

16:20:39   2   **Q.**   Is this unusual in China?

16:20:41   3   **A.**   Well, it's getting less usual.  So about 40, 45 percent of

16:20:48   4   the manufacturing sites in China are state-owned or owned by

16:20:52   5   the Communist party, which is the government of China.

16:20:56   6          And those state-owned enterprises are established to

16:21:01   7   produce products that are used internally in China.  So there

16:21:05   8   are a lot of things that are used for building infrastructure,

16:21:08   9   like building materials.  So the state wants to own those kind

16:21:11   10  of factories because they are trying to produce for their own

16:21:15   11  infrastructure, for their own growth, and they typically don't

16:21:19   12  export.

16:21:20   13         So the quality standards are not global in nature

16:21:24   14  because there's no reason to be.  They are just manufacturing

16:21:27   15  for the Chinese market.

16:21:28   16  **Q.**   So why is it a red flag here that the government had

16:21:33   17  controlling interest at the plant and did the testing?

16:21:35   18  **A.**   Because they produced a certificate.  So it's a

16:21:40   19  Chinese-owned plant, the Chinese government owned the plant,

16:21:44   20  and the Chinese government produced the certificate.  So they

16:21:47   21  are sort of the fox watching the henhouse.

16:21:52   22  **Q.**   Red Flag 8 I think we have talked about, which is that

16:21:56   23  there was no factory audit and no smell test.

16:22:01   24  **A.**   Yes.

16:22:01   25  **Q.**   We have covered that.

ROSEMARY COATES - DIRECT

16:22:03  1      Red Flag 9 I think we have also talked about.  Do you

16:22:08  2  agree that this is a red flag, that no qualified personnel

16:22:11  3  conducted or verified testing, quality testing?

16:22:14  4  A.   Right.  As we said before, they sent the freight forwarder

16:22:18  5  in to count and to prepare for the shipment of products, but no

16:22:22  6  one to qualify the plant or the materials.

16:22:25  7  Q.   In terms of looking for quality issues, you were here for

16:22:30  8  Mr. Duplantier's opening statement?

16:22:32  9  A.   I was, yes.

16:22:34  10  Q.   I'm going to try to quote him again.  He said, We

16:22:37  11  looked -- Interior Exterior -- We looked for the four defects

16:22:40  12  that the company has looked for in the past:  breakage, size,

16:22:43  13  paper bubbles, and peeling.

16:22:49  14      In dealing with China as a source of a product like

16:22:51  15  this, would you ever advise a company to limit its concern for

16:22:56  16  only those specific defects that it was familiar with in the

16:23:02  17  past for that product?

16:23:04  18  A.   No.  Those things are very cosmetic.  To me, they are the

16:23:11  19  outside container, if you will; they are kind of how things

16:23:14  20  look.  But it isn't really relevant to the actual product or

16:23:19  21  how it operates.  It's sort of like looking at the outside of a

16:23:23  22  shampoo bottle but not knowing --

16:23:24  23      MR. DUPLANTIER:  Objection, Your Honor.  She has

16:23:25  24  already testified that she has no qualifications to testify

16:23:28  25  about gypsum.  This is absurd.

ROSEMARY COATES - DIRECT

| | | |
|---|---|---|
| 16:23:31 | 1 | **THE COURT:**  She is not testifying.  Now, just a |
| 16:23:32 | 2 | moment, Counsel.  Just make your objection.  Don't make an |
| 16:23:36 | 3 | argument and don't tell me what's absurd. |
| 16:23:38 | 4 | **MR. DUPLANTIER:**  I'm objecting that the witness has |
| 16:23:40 | 5 | no foundation to testify. |
| 16:23:41 | 6 | **THE COURT:**  I understand your objection.  I will |
| 16:23:43 | 7 | overrule it. |
| 16:23:46 | 8 | **BY MR. MEUNIER:** |
| 16:23:47 | 9 | **Q.**   Red Flag 10.  Have you seen in this case an ASTM report |
| 16:23:58 | 10 | for the Chinese drywall that was made by KPT? |
| 16:24:03 | 11 | **A.**   I have, yes. |
| 16:24:06 | 12 | **Q.**   I'm not talking about TTP.  I'm talking about KPT. |
| 16:24:10 | 13 | **A.**   Oh, KPT.  No, not KPT.  Sorry. |
| 16:24:12 | 14 | **Q.**   Red Flag 11, the ASTM certifications for TTP do relate to |
| 16:24:23 | 15 | a written test report? |
| 16:24:24 | 16 | **A.**   Yes. |
| 16:24:25 | 17 | **Q.**   You have seen that test report? |
| 16:24:26 | 18 | **A.**   Yes. |
| 16:24:27 | 19 | **Q.**   Have you seen anything else, besides that one test report, |
| 16:24:31 | 20 | to factually support all of the boxes of documents and |
| 16:24:38 | 21 | certificates and promises and assurances that this was |
| 16:24:43 | 22 | nondefective and ASTM-compliant? |
| 16:24:46 | 23 | **A.**   No.  As far as I know, there's only one report. |
| 16:24:48 | 24 | **MR. MEUNIER:**  May we see that ASTM test report. |
| 16:24:52 | 25 | I think we wanted -- |

ROSEMARY COATES - DIRECT

| | | |
|---|---|---|
| 16:24:58 | 1 | **THE WITNESS:** That's it. |
| 16:25:14 | 2 | **MR. MEUNIER:** Excuse me, Judge. |
| 16:25:25 | 3 | BY MR. MEUNIER: |
| 16:25:25 | 4 | **Q.** You have seen this document, Ms. Coates? |
| 16:25:29 | 5 | It's been marked as Plaintiffs' Exhibit 1304-G. |
| 16:25:35 | 6 | **A.** Yes, I have. |
| 16:25:40 | 7 | **Q.** If I were your client, say it's Interior Exterior, and I |
| 16:25:46 | 8 | showed you this and asked you whether I should rely on this as |
| 16:25:50 | 9 | the basis for all the certificates of ASTM compliance for the |
| 16:25:56 | 10 | drywall for TTP, what kind of questions would you raise? |
| 16:26:07 | 11 | **A.** Can you go back to the full view. |
| 16:26:12 | 12 | First of all, there's some blanks, and that's |
| 16:26:14 | 13 | always -- a red flag to me is -- when a document has not been |
| 16:26:17 | 14 | completed, I always wonder, has the whole process been |
| 16:26:21 | 15 | completed? |
| 16:26:22 | 16 | The top one that's a blank says "Sampling Site." So |
| 16:26:28 | 17 | it doesn't even identify where they did this test. So that's |
| 16:26:35 | 18 | kind of one of those things where you would say, What did they |
| 16:26:39 | 19 | sample and why are they delivering this piece of paper to me? |
| 16:26:44 | 20 | The other blanks, there's a number they are asking |
| 16:26:50 | 21 | for, there's a sampling authority. There's just things that |
| 16:26:55 | 22 | look to me like it's incomplete and maybe the test wasn't |
| 16:26:59 | 23 | completed in some way or another. |
| 16:27:01 | 24 | **Q.** So just to be clear, you would advise Interior Exterior, |
| 16:27:03 | 25 | on getting this document, that everything is going to be based |

**ROSEMARY COATES - DIRECT**

16:27:08  1   on, so to speak, to fill in these blanks and ask questions

16:27:11  2   about it?

16:27:12  3   A.   Absolutely.  Absolutely, I wouldn't accept this.  Even at

16:27:14  4   the bottom, the bottom square says that the test report is

16:27:18  5   reasonable only for the sample delivered.  So they have only

16:27:24  6   tested a sample, not really the production run.  So it doesn't

16:27:29  7   really give me any evidence about the actual production of the

16:27:32  8   drywall.  It's just the sample.

16:27:35  9   Q.   What was the date of the production run here?

16:27:42  10  A.   I think it's further up.  February 16, 2006, is when it's

16:27:50  11  signed.  Yeah, that's when it's signed.

16:27:56  12  Q.   February of 2006?

16:27:57  13  A.   Uh-huh.

16:27:58  14  Q.   Have you seen any evidence in this case that the actual

16:28:01  15  TTP drywall that was purchased from TTP and brought here and

16:28:09  16  sold by Interior Exterior was drywall that was part of that

16:28:13  17  production run?

16:28:14  18  A.   No.  I'll tell you, this is pretty common in China, too,

16:28:18  19  where they produce one certificate and then they just duplicate

16:28:22  20  the certificate over and over again.  I have seen this in a lot

16:28:25  21  of different situations.  So it may have been a certificate

16:28:29  22  that was produced at some point in the past, and then they just

16:28:32  23  updated it with a new date.

16:28:37  24  Q.   There is a fax date, bottom left-hand corner.  It's upside

16:28:41  25  down on this version, but it's highlighted.  Do you see that?

**ROSEMARY COATES - DIRECT**

| | | |
|---|---|---|
| 16:28:45 | 1 | **A.**   Yes. |
| 16:28:45 | 2 | **Q.**   So Red Flag -- before I go to that, Red Flag 12, the final |
| 16:28:49 | 3 | of the 12, the ASTM test report, the actual test report they |
| 16:28:55 | 4 | are relying on, is it itself reliable? |
| 16:28:59 | 5 | **A.**   Not as it was presented here, no. |
| 16:29:01 | 6 | **MR. MEUNIER:**  Can we look at that fax date, please. |
| 16:29:03 | 7 | BY MR. MEUNIER: |
| 16:29:07 | 8 | **Q.**   What is the fax date shown on this ASTM test report from |
| 16:29:11 | 9 | Interior Exterior's records? |
| 16:29:13 | 10 | **A.**   October 25, 2004. |
| 16:29:16 | 11 | **Q.**   That is before the February 2006 test that it supposedly |
| 16:29:21 | 12 | reports? |
| 16:29:22 | 13 | **A.**   Well, it's before the signature date on this document.  So |
| 16:29:25 | 14 | when the test was done, I don't know -- or if it was done. |
| 16:29:34 | 15 | **Q.**   So Ms. Coates, based on all you know and your expertise |
| 16:29:38 | 16 | and the evidence you reviewed, do you believe that |
| 16:29:41 | 17 | Interior Exterior failed to obey the industry rules and |
| 16:29:46 | 18 | practices required of a prudent distributor and seller of |
| 16:29:52 | 19 | Chinese manufactured drywall? |
| 16:29:54 | 20 | **MR. RISLEY:**  Objection.  Her testimony has been about |
| 16:29:55 | 21 | her rules, not industry rules.  It's a completely different |
| 16:29:58 | 22 | line of questioning. |
| 16:30:00 | 23 | **THE COURT:**  I understand.  I overrule the objection. |
| 16:30:03 | 24 | You can answer. |
| 16:30:04 | 25 | **THE WITNESS:**  No, they did not follow standard |

ROSEMARY COATES - DIRECT

| | | |
|---|---|---|
| 16:30:05 | 1 | practice for the industry, no. |
| 16:30:06 | 2 | BY MR. MEUNIER: |
| 16:30:07 | 3 | Q.   Do you believe that Interior Exterior failed to do so as |
| 16:30:09 | 4 | to both KPT and TTP drywall? |
| 16:30:13 | 5 | A.   Yes. |
| 16:30:17 | 6 | Q.   Do you believe that Interior Exterior's insistence on |
| 16:30:20 | 7 | written documents and certificates and assurances that the KPT |
| 16:30:24 | 8 | and TTP drywall complied with ASTM standards satisfies the |
| 16:30:29 | 9 | requirements of due diligence in this case? |
| 16:30:34 | 10 | A.   No, not even close. |
| 16:30:35 | 11 | Q.   If I asked you to identify the most critical and important |
| 16:30:38 | 12 | violation of standards by Interior Exterior in this case, what |
| 16:30:42 | 13 | would it be? |
| 16:30:43 | 14 | A.   The most -- I'm sorry. |
| 16:30:46 | 15 | Q.   The most critical violation of standards. |
| 16:30:50 | 16 | A.   I think the most critical thing was they just didn't go |
| 16:30:52 | 17 | and visit the plant or send anybody to visit the plant. |
| 16:30:55 | 18 | Q.   During the production? |
| 16:30:56 | 19 | A.   During production, right. |
| 16:30:59 | 20 | Q.   Finally, if we took into account the domestic drywall |
| 16:31:03 | 21 | shortage that was prevailing at the time Interior Exterior |
| 16:31:06 | 22 | selected and sourced this Chinese drywall, does that influence |
| 16:31:11 | 23 | or change in any way your analysis? |
| 16:31:14 | 24 | A.   Yes, I think so.  You know, it's my understanding that |
| 16:31:17 | 25 | there were a lot of vendors offering all kinds of |

ROSEMARY COATES - DIRECT

| | |
|---|---|
| 16:31:20 | 1 |
| 16:31:25 | 2 |
| 16:31:28 | 3 |
| 16:31:31 | 4 |
| 16:31:35 | 5 |
| 16:31:37 | 6 |
| 16:31:41 | 7 |
| 16:31:46 | 8 |
| 16:31:49 | 9 |
| 16:31:50 | 10 |
| 16:31:52 | 11 |
| 16:32:08 | 12 |
| 16:32:10 | 13 |
| 16:32:13 | 14 |
| 16:32:17 | 15 |
| 16:32:21 | 16 |
| 16:32:24 | 17 |
| 16:32:28 | 18 |
| 16:32:31 | 19 |
| 16:32:35 | 20 |
| 16:32:39 | 21 |
| 16:32:43 | 22 |
| 16:32:46 | 23 |
| 16:32:46 | 24 |
| 16:32:50 | 25 |

1  reconstruction material after Katrina, and I would think that
2  you would do extra -- you would take extra care to make sure
3  you were dealing with a legitimate company rather than just
4  anybody showing up and knocking on the door saying, We can sell
5  you some stuff.
6       So, yes, I think they should have taken extra care.
7       **MR. MEUNIER:**  Thank you.  No more questions.
8       **THE COURT:**  We will go until 5:00 and take a break if
9  you are not finished.
10                  **CROSS-EXAMINATION**
11  BY MR. DUPLANTIER:
12  **Q.**  Hi, Ms. Coates, again.
13       Let me start by asking you one very important
14  question:  Have you seen any evidence that, had
15  Interior Exterior gone through all of these steps, that they
16  would have actually discovered the defect that's the issue in
17  this case, which is the chemical sulfur compound?  Have you
18  seen any evidence of that?
19  **A.**  Have I seen any evidence of it?  Well, if they had gone
20  through the process, my opinion is, yes, they would have.
21  **Q.**  But you have no reason to have -- strike that.
22       You don't have any experience with gypsum, do you?
23  **A.**  No.
24  **Q.**  You don't know what any manufacturer was testing for in
25  2005 and 2006, do you?

ROSEMARY COATES - CROSS

16:32:53   1   **A.**   Any manufacturer?

16:32:54   2   **Q.**   Correct.

16:32:55   3   **A.**   Of gypsum?

16:32:56   4   **Q.**   Correct.

16:32:56   5   **A.**   No, I don't know.

16:33:00   6   **Q.**   Do you have any evidence that any manufacturer of gypsum

16:33:04   7   around the world was testing for the sulfur contents of gypsum

16:33:09   8   in 2005 or 2006?

16:33:11   9   **A.**   I don't know.

16:33:11   10   **Q.**   Do you have any evidence, if Interior Exterior had

16:33:13   11   conducted its own ASTM tests, that it would have, in fact,

16:33:18   12   discovered the sulfur content?

16:33:20   13   **A.**   I don't know.

16:33:23   14   **Q.**   Do you know anything about the process of buying drywall

16:33:27   15   from domestic manufacturers?

16:33:30   16   **A.**   I can tell you about the process of buying anything.

16:33:35   17   Drywall, specifically, I don't know that it's any different

16:33:37   18   from other building materials.

16:33:38   19   **Q.**   I'm going to ask you the question again.  I'm asking you a

16:33:41   20   very specific question:  Do you have any experience, knowledge,

16:33:44   21   or training as to the process of any distributor in the

16:33:49   22   building products industry in the United States -- do you know

16:33:52   23   the process that they go through for buying drywall?

16:33:56   24   **A.**   No.

16:34:05   25   **Q.**   Did you know that the drywall that's at issue in this case

**ROSEMARY COATES - CROSS**

16:34:07  1   actually passed some ASTM test conducted independent of the

16:34:14  2   companies?

16:34:16  3   **A.**   I'm not aware of that evidence, no.

16:34:20  4   **Q.**   Have the plaintiffs shared with you the fact that U.S.

16:34:25  5   Gypsum, the company in the United States, bought a piece of

16:34:30  6   drywall from Interior Exterior that was manufactured by Knauf

16:34:36  7   China and had it tested?  Are you aware of that?

16:34:39  8   **A.**   No.

16:34:40  9   **Q.**   So they had not disclosed to you that an American

16:34:43  10  manufacturer actually tested the Knauf drywall and didn't

16:34:48  11  discover the sulfur?  You're not aware of that?

16:34:52  12  **A.**   I don't recall seeing any evidence about that.

16:35:01  13  **Q.**   One of the things that you said during your testimony just

16:35:04  14  now is that the Chinese will meet with you and provide you

16:35:10  15  certification of their process and give you all this

16:35:13  16  information, and then after -- and then a month later change

16:35:19  17  their process; isn't that true?

16:35:21  18  **A.**   That's certainly possible, yes.

16:35:22  19  **Q.**   So Interior Exterior could have gone through all of these

16:35:25  20  steps that you're talking about.  They could have flown to

16:35:28  21  China, gone to the plant, monitored the manufacturing process;

16:35:32  22  and when they walked out of the plant, they could have changed

16:35:36  23  the entire process?

16:35:37  24  **A.**   That's possible.

16:35:38  25  **Q.**   That's, in fact, what they do?

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:35:42 | 1 | **A.**   Sometimes, yes. |
| 16:35:48 | 2 | **Q.**   So I want to talk about some of your 42 rules. |
| 16:36:01 | 3 | You talked about Mr. Tompkins and his staff's visit |
| 16:36:04 | 4 | to the Taishan plant? |
| 16:36:07 | 5 | **A.**   Yes. |
| 16:36:07 | 6 | **Q.**   You didn't try and visit the Taishan plant, did you? |
| 16:36:11 | 7 | **A.**   I did not. |
| 16:36:11 | 8 | **Q.**   You didn't try and visit the Knauf plants, did you? |
| 16:36:13 | 9 | **A.**   I did not. |
| 16:36:14 | 10 | **Q.**   Do you know why the Taishan employees would not turn over |
| 16:36:18 | 11 | the information to Mr. Tompkins and his staff? |
| 16:36:22 | 12 | **A.**   No.  I thought it very odd they didn't report on that. |
| 16:36:25 | 13 | They didn't say why and they didn't deliver a formal report. |
| 16:36:29 | 14 | **Q.**   Were you aware, by the time Mr. Tompkins' staff had |
| 16:36:33 | 15 | visited the plant, that there had already been a lawsuit filed |
| 16:36:36 | 16 | against that company? |
| 16:36:37 | 17 | **A.**   No. |
| 16:36:38 | 18 | **Q.**   You're not aware of that? |
| 16:36:39 | 19 | **A.**   I'm not aware of it. |
| 16:36:40 | 20 | **Q.**   So the visit that occurred after the litigation ensued -- |
| 16:36:45 | 21 | strike that.  Strike that.  Sorry.  Let's go back for a few |
| 16:36:49 | 22 | minutes. |
| 16:36:59 | 23 | You do not have any experience in what are the |
| 16:37:03 | 24 | standards applicable to manufacturing drywall; is that correct? |
| 16:37:05 | 25 | **A.**   Correct. |

**ROSEMARY COATES - CROSS**

16:37:06  1    **Q.**   Before this case, you had never looked at the ASTM

16:37:10  2    standards with regard to the manufacturing of drywall?

16:37:13  3    **A.**   Not with respect to drywall, although ASTM is used

16:37:16  4    commonly in manufacturing.

16:37:17  5    **Q.**   I understand that ASTM is used commonly, but before you

16:37:21  6    were hired in this case, you had not looked at the ASTM

16:37:24  7    standards with regard to drywall?

16:37:26  8    **A.**   Correct.

16:37:26  9    **Q.**   You have never studied the process of manufacturing

16:37:32  10   drywall; is that correct?

16:37:34  11   **A.**   Not prior to this case, right.

16:37:39  12   **Q.**   You don't employ anybody with a technical background that

16:37:42  13   can discuss the manufacturing process for drywall?

16:37:46  14   **A.**   Not that I know of.

16:37:52  15   **Q.**   You have not done any research to determine whether the

16:37:56  16   Knauf Tianjin plant was a quality manufacturing site in China,

16:38:01  17   have you?

16:38:01  18   **A.**   Whether or not it is today?

16:38:02  19   **Q.**   Correct.

16:38:03  20   **A.**   Well, you can read it on the Internet, and they say they

16:38:05  21   are world class, but --

16:38:07  22   **Q.**   I'm going to ask the question again.  I understand that

16:38:10  23   you may have read something on the Internet recently, but as

16:38:14  24   the expert consultant hired by these plaintiffs, you have not

16:38:17  25   done any research about the Knauf Tianjin plant and whether or

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:38:23 | 1 | not it's a quality manufacturing plant in China? |
| 16:38:26 | 2 | **A.**   I don't know its status today, no. |
| 16:38:28 | 3 | **Q.**   Do you know what its status was in 2005 and 2006? |
| 16:38:31 | 4 | **A.**   No. |
| 16:38:31 | 5 | **Q.**   So you have not done any of that research to be able to |
| 16:38:35 | 6 | answer those questions one way or the other? |
| 16:38:37 | 7 | **A.**   Correct. |
| 16:38:38 | 8 | **Q.**   The same questions:  You have not done any research to |
| 16:38:42 | 9 | determine whether the Tai'an Taishan plant that manufactured |
| 16:38:44 | 10 | the drywall at issue in this case -- whether they were in fact |
| 16:38:47 | 11 | a quality manufacturing site in China? |
| 16:38:50 | 12 | **A.**   Correct. |
| 16:38:51 | 13 | **Q.**   You haven't done the research, so you can't answer the |
| 16:38:55 | 14 | question? |
| 16:38:55 | 15 | **A.**   That's right. |
| 16:38:58 | 16 | **Q.**   So you can't attest to this jury as to whether or not |
| 16:39:02 | 17 | those plants were even capable of producing quality drywall in |
| 16:39:07 | 18 | 2005 and 2006? |
| 16:39:08 | 19 | **A.**   That's not the question I was asked to answer. |
| 16:39:11 | 20 | **Q.**   I understand, but I'm asking you the questions now. |
| 16:39:14 | 21 | **A.**   It's a different question, so no. |
| 16:39:18 | 22 | **Q.**   You could have done the research, could you not have? |
| 16:39:20 | 23 | **A.**   I could have, yes. |
| 16:39:22 | 24 | **Q.**   But you didn't? |
| 16:39:23 | 25 | **A.**   I did not. |

## ROSEMARY COATES - CROSS

16:39:27  1   **Q.**   Do you have any experience with J.W. Allen?

16:39:31  2   **A.**   Not that I can recall, although I've dealt with many

16:39:36  3   global freight forwarders over 25 years.  So it's possible I

16:39:40  4   have dealt with them in the past.

16:39:43  5   **Q.**   You cannot point to any differences in the manufacturing

16:39:45  6   process specific to drywall from Knauf Tianjin and the domestic

16:39:52  7   manufacturers, can you?

16:39:53  8   **A.**   No.

16:39:53  9   **Q.**   You cannot point to any differences in the manufacturing

16:39:58  10  process from Tai'an Taishan plasterboard versus domestic

16:40:02  11  manufacturers, can you?

16:40:03  12  **A.**   No.

16:40:08  13  **Q.**   You are not qualified to assess whether or not a product

16:40:10  14  is defective, are you?

16:40:14  15  **A.**   I'm not a quality engineer.  If that's what you are

16:40:17  16  asking, no.

16:40:19  17  **Q.**   You're not capable, as you sit here today, to telling us

16:40:23  18  whether or not this drywall was defective or not, are you?

16:40:27  19  **A.**   No, other than the evidence.

16:40:40  20  **Q.**   You will agree that there are many high-tech manufacturers

16:40:42  21  in China, right?

16:40:43  22  **A.**   Yes.

16:40:44  23  **Q.**   Many manufacturers who are fully capable of producing

16:40:49  24  products for the American market?

16:40:51  25  **A.**   Yes.

**ROSEMARY COATES - CROSS**

16:40:52  1   **Q.**   And that there are many manufacturers in China that are
16:40:54  2   capable of following the ASTM standards and producing the
16:40:58  3   drywall in accordance with ASTM standards?
16:41:01  4   **A.**   Yes.
16:41:06  5   **Q.**   There are some of the rules we seemed to skip over.  One
16:41:09  6   of the things I wanted to ask you, you wrote your book in 2009,
16:41:10  7   right?
16:41:10  8   **A.**   I did, yes.
16:41:11  9   **Q.**   So it wasn't available to Jim and Clay in 2005 and 2006,
16:41:15  10  was it?
16:41:16  11  **A.**   Nope.
16:41:17  12  **Q.**   There are no industry standards on global sourcing, are
16:41:21  13  there?
16:41:22  14  **A.**   Oh, yes, many, many.
16:41:23  15  **Q.**   You didn't talk about them just now, did you?  I didn't
16:41:28  16  hear, is there a specific reference where these are the
16:41:31  17  industry standards that you as a distributor need to follow?
16:41:33  18  **A.**   Yes.  There are many, many books written about it.  There
16:41:36  19  are professional organizations, The Institute for Supply
16:41:39  20  Management.  There's lots of research.  There are college
16:41:42  21  courses.  Yes, lots of information.
16:41:44  22  **Q.**   But there's no certification in that process, is there?
16:41:46  23  **A.**   Yes.  You can be a certified procurement manager, yes.
16:41:50  24  **Q.**   You're not one of those?
16:41:51  25  **A.**   I am not.

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:41:52 | 1 | **Q.**    You didn't talk about any of those other books; you talked |
| 16:41:55 | 2 | about your 42 rules, right? |
| 16:41:57 | 3 | **A.**    Yes. |
| 16:41:57 | 4 | **Q.**    So we are talking about your 42 rules that you wrote in |
| 16:42:00 | 5 | 2009? |
| 16:42:01 | 6 | **A.**    Yes. |
| 16:42:02 | 7 | **Q.**    We now know that the Chinese might -- that Jim and Clay |
| 16:42:08 | 8 | could have followed your rules, and it wouldn't have made a |
| 16:42:11 | 9 | difference; is that true? |
| 16:42:13 | 10 | **A.**    I do have a chapter on standards in the book and various |
| 16:42:16 | 11 | professional organizations that can assist.  So if they had |
| 16:42:19 | 12 | read those chapters, it might have helped. |
| 16:42:21 | 13 | **Q.**    Might have helped. |
| 16:42:22 | 14 |         But we still don't have any evidence that they would |
| 16:42:25 | 15 | have discovered the chemical defect in the drywall, correct? |
| 16:42:28 | 16 | **A.**    I don't know.  Depends. |
| 16:42:29 | 17 | **Q.**    One of your rules -- Rule 4, in fact -- is that they |
| 16:42:31 | 18 | needed to study the history of China? |
| 16:42:34 | 19 | **A.**    Yes. |
| 16:42:35 | 20 | **Q.**    So the fact that they didn't study the history of China |
| 16:42:37 | 21 | means they violated one of your 42 rules? |
| 16:42:40 | 22 | **A.**    Well, the rules are recommendations, and I always |
| 16:42:44 | 23 | recommend that people have some context, including the history, |
| 16:42:48 | 24 | before they go to China. |
| 16:42:49 | 25 | **Q.**    So the rules are not really rules; they are |

**ROSEMARY COATES - CROSS**

| | | |
|---|---|---|
| 16:42:52 | 1 | recommendations.  They are your opinion, right? |
| 16:42:53 | 2 | A.   Yes, they are my opinion. |
| 16:42:56 | 3 | Q.   And not everyone agrees with you, right? |
| 16:42:58 | 4 | A.   Not everyone agrees with me. |
| 16:43:01 | 5 | Q.   So some of the other rules that you talk about -- let's |
| 16:43:02 | 6 | see.  You must build -- and I'm going to mispronounce it |
| 16:43:11 | 7 | because my Chinese is -- |
| 16:43:11 | 8 | A.   *Guanxi*. |
| 16:43:13 | 9 | Q.   *Guanxi*.  And that is that you have to build a relationship |
| 16:43:16 | 10 | with the manufacturers that you are dealing with.  And, in |
| 16:43:18 | 11 | fact, in your book, the 42 rules, in Rule 9 you suggest that it |
| 16:43:24 | 12 | could take a year before you can develop that *guanxi* before you |
| 16:43:28 | 13 | could decide to buy from that company? |
| 16:43:30 | 14 | A.   I'm not sure whether it's decide to buy, but *guanxi* is the |
| 16:43:35 | 15 | process of developing a trusting relationship with the Chinese |
| 16:43:39 | 16 | partner.  Many companies will buy prior to getting that |
| 16:43:42 | 17 | relationship established, but it's key to long-term |
| 16:43:45 | 18 | relationships. |
| 16:43:46 | 19 | Q.   One of your other rules is simply that pollution is |
| 16:43:50 | 20 | inescapable in China? |
| 16:43:52 | 21 | A.   Yes. |
| 16:43:52 | 22 | Q.   So we just accept that as a fact? |
| 16:43:55 | 23 | A.   Yes.  Unfortunately. |
| 16:43:57 | 24 | Q.   That's one of your rules for sourcing, that you accept |
| 16:43:59 | 25 | that pollution is going to exist in China?  That's one of those |

ROSEMARY COATES - CROSS

16:44:03  1   42 rules?

16:44:04  2   A.   Yes, and that particular rule is related to personally

16:44:06  3   dealing with it, like wearing a mask if you need to or putting

16:44:10  4   a towel over the vents in the hotel room.  It's personal

16:44:14  5   pollution, dealing with it that way.

16:44:19  6   Q.   One of your other rules, Rule 23 -- because we got a list

16:44:22  7   of about eight rules that you talked about today.  But one of

16:44:25  8   the other rules in the 42 rules is that manufacturing bras and

16:44:28  9   panties is complicated?

16:44:29  10  A.   Yes.

16:44:30  11  Q.   So how does that 42 rule apply to drywall?

16:44:34  12  A.   That particular rule, I was trying to make the point that

16:44:37  13  there are highly sophisticated engineering capabilities in

16:44:43  14  China these days that can model even the most complicated

16:44:46  15  things to manufacture.  It just so happens that bras are very

16:44:52  16  difficult to manufacture because of the movement involved and

16:44:54  17  the materials and so forth.

16:44:55  18  Q.   One of your other 42 rules is suggesting that you build a

16:44:59  19  manufacturing facility in China?

16:45:01  20  A.   Yes.

16:45:03  21  Q.   So one of the 42 rules that Jim and Clay should have

16:45:08  22  considered is they should have built a plant in drywall to make

16:45:12  23  drywall?

16:45:12  24  A.   Well, I have a lot of clients who are building

16:45:15  25  manufacturing capability in China today to take advantage of

ROSEMARY COATES - CROSS

16:45:18  1  selling in the Chinese market.  It's become a big target market
16:45:23  2  for them.  It depends on what business they're in.  I think the
16:45:26  3  Gearys were not in the Chinese drywall market.
16:45:29  4  Q.   Are the Gearys in the business of manufacturing anything?
16:45:32  5  A.   No.  I believe they are distributors.
16:45:34  6  Q.   They are -- they don't make any products; is that correct?
16:45:37  7  A.   Right, right.
16:45:38  8  Q.   Did they take the Chinese products and relabel them as
16:45:41  9  their own products?
16:45:42 10  A.   No.  They resold them.
16:45:44 11  Q.   In fact, in their contracts with Knauf, Interior Exterior
16:45:51 12  required that the drywall be labeled as a Chinese product; is
16:45:55 13  that correct?
16:45:56 14  A.   Yes.  It has to be labeled *Made in China* to get through
16:46:01 15  U.S. customs.
16:46:02 16  Q.   I understand that, but Jim and Clay actually put that in
16:46:05 17  their contract as well, did they not?
16:46:07 18  A.   I didn't see their contract, so I don't have --
16:46:09 19  Q.   You didn't look at the contract between Knauf and
16:46:12 20  Interior Exterior?
16:46:13 21  A.   I don't recall seeing that contract, no.
16:46:15 22  Q.   Did you look at the contract between Interior Exterior and
16:46:19 23  Metro Resources?
16:46:22 24  A.   I don't remember if I looked at it or not.  I'm sorry.
16:46:25 25  There were many documents I reviewed, so I'm not sure.

**ROSEMARY COATES - CROSS**

| | | |
|---|---|---|
| 16:46:30 | 1 | **Q.**  Do you know the history of the Knauf companies? |
| 16:46:36 | 2 | **A.**  Not specifically, no. |
| 16:46:38 | 3 | **Q.**  Are you aware that the Knauf -- the owners of the Knauf |
| 16:46:43 | 4 | companies have been deposed in this litigation? |
| 16:46:46 | 5 | **A.**  No. |
| 16:46:47 | 6 | **Q.**  Are you aware that the people who actually operated that |
| 16:46:50 | 7 | plant in China for Knauf have been deposed? |
| 16:46:53 | 8 | **A.**  No.  I have not read those depositions. |
| 16:46:56 | 9 | **Q.**  So you didn't look at the testimony of the people who were |
| 16:46:58 | 10 | actually managing the Knauf plant on behalf of Knauf? |
| 16:47:07 | 11 | **A.**  No. |
| 16:47:07 | 12 | **Q.**  Did you look at the depositions of any of the Knauf |
| 16:47:09 | 13 | employees who had dealings with Interior Exterior? |
| 16:47:13 | 14 | **A.**  I don't think so.  I don't recall exactly.  I don't think |
| 16:47:16 | 15 | so, no. |
| 16:47:18 | 16 | **Q.**  So let's talk about Mr. Pate and Habitat for Humanity, |
| 16:47:22 | 17 | since they brought some Chinese drywall.  They bought the |
| 16:47:26 | 18 | Taishan drywall the same way Interior Exterior bought it; is |
| 16:47:30 | 19 | that right? |
| 16:47:31 | 20 | **A.**  I don't know.  This is the first time I really heard that |
| 16:47:34 | 21 | piece of information, this morning, so I'm not sure. |
| 16:47:35 | 22 | **Q.**  So you weren't aware that Habitat had used a third-party |
| 16:47:40 | 23 | broker in Fly Systems and bought 100,000 sheets of Taishan |
| 16:47:43 | 24 | drywall? |
| 16:47:44 | 25 | **A.**  I heard they bought it from a similar company to InEx. |

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:47:48 | 1 | **Q.**   In the sense of they bought some drywall from a third |
| 16:47:50 | 2 | party like -- from Taishan like InEx did? |
| 16:47:55 | 3 | **A.**   Yes. |
| 16:47:55 | 4 | **Q.**   So your 42 rules or your 12 red flags, those apply to |
| 16:48:01 | 5 | Habitat as well as they apply to Interior Exterior? |
| 16:48:02 | 6 | **A.**   No, no.  It would be whatever the distributor was they |
| 16:48:05 | 7 | bought it from.  So they are like an end user. |
| 16:48:09 | 8 | **Q.**   Were you aware that Habitat was reselling it to the |
| 16:48:11 | 9 | public? |
| 16:48:12 | 10 | **A.**   No, I didn't know that. |
| 16:48:13 | 11 | **Q.**   So they would become a distributor just like InEx, right? |
| 16:48:17 | 12 | **A.**   Well, not exactly. |
| 16:48:19 | 13 | **Q.**   Why are they different -- what's different about the way |
| 16:48:22 | 14 | they sell and the way they give the product for people to use |
| 16:48:25 | 15 | in their homes versus Interior Exterior selling their product? |
| 16:48:28 | 16 | **A.**   Well, they are still buying from a distributor who is the |
| 16:48:31 | 17 | importer -- I would assume they are the importer of record -- |
| 16:48:34 | 18 | and that's where the due diligence comes into play in terms of |
| 16:48:39 | 19 | buying things.  I would assume Habitat for Humanity has some |
| 16:48:44 | 20 | kind of buying rules also where they follow a similar process, |
| 16:48:48 | 21 | not all the way through to the manufacturer, but they probably |
| 16:48:52 | 22 | have some process they follow. |
| 16:48:54 | 23 | **Q.**   Are you telling me that before today, when I gave my |
| 16:48:57 | 24 | opening, no one had told you that Habitat had bought three |
| 16:49:01 | 25 | times the amount of Taishan drywall that Interior Exterior had |

ROSEMARY COATES - CROSS

16:49:04  1    bought and sold?  No one told you that?

16:49:07  2    **A.**   I remember seeing some information about Habitat having

16:49:13  3    some connection to this case, but that was not something I

16:49:16  4    focused on, no.

16:49:19  5    **Q.**   Again, if Habitat is buying this drywall from a broker and

16:49:22  6    then either distributing it to other companies or other

16:49:26  7    organizations or selling it in their ReStore, you would suggest

16:49:31  8    to this jury that those same rules apply to Habitat; isn't that

16:49:36  9    true?

16:49:37  10   **A.**   I would think that Habitat would have some rules around

16:49:43  11   buying, but the distributor in their supply chain would be the

16:49:47  12   one who would have parallel rules to InEx.

16:49:50  13   **Q.**   Like Metro Resources, I would think, right?

16:49:52  14   **A.**   Metro Resources apparently didn't do their due diligence

16:49:55  15   either.

16:50:11  16   **Q.**   Are you aware of the other building supply companies who

16:50:15  17   bought the Knauf drywall and distributed it around the

16:50:19  18   United States?

16:50:20  19   **A.**   Only what I have read in testimony, some statements about

16:50:25  20   it.  I was only asked to really focus on InEx in this case.

16:50:30  21   **Q.**   Have you been told that another company distributed twice

16:50:37  22   as much of this Knauf and Taishan drywall as Interior Exterior?

16:50:42  23   **A.**   I don't know if I was or not.  I don't remember.

16:50:45  24   **Q.**   Do you know who L&W is?

16:50:48  25   **A.**   No.

ROSEMARY COATES - CROSS

| | |
|---|---|
| 16:51:00 | 1 |
| 16:51:04 | 2 |
| 16:51:07 | 3 |
| 16:51:11 | 4 |
| 16:51:20 | 5 |
| 16:51:21 | 6 |
| 16:51:25 | 7 |
| 16:51:32 | 8 |
| 16:51:33 | 9 |
| 16:51:36 | 10 |
| 16:51:37 | 11 |
| 16:51:41 | 12 |
| 16:51:43 | 13 |
| 16:51:46 | 14 |
| 16:51:49 | 15 |
| 16:51:50 | 16 |
| 16:52:05 | 17 |
| 16:52:07 | 18 |
| 16:52:10 | 19 |
| 16:52:13 | 20 |
| 16:52:16 | 21 |
| 16:52:18 | 22 |
| 16:52:22 | 23 |
| 16:52:25 | 24 |
| 16:52:31 | 25 |

Q.   Lumber Liquidators, as I understand it, is manufacturing products in China, putting their name on those products and then selling them in the United States; isn't that true?

A.   Yes, they do brand the products as their products, yes.

     MR. DUPLANTIER:  I don't think I have any other questions.  Give me one minute, Your Honor, if you don't mind.

     THE COURT:  Sure.

     MR. DUPLANTIER:  I don't have any further questions. Mr. Risley may have some further questions.

                    CROSS-EXAMINATION

BY MR. RISLEY:

Q.   Ms. Coates, I won't be very long.

     How much time have you spent on this case?

A.   On this case?

Q.   How many hours?

A.   Hours?  Oh, I don't know.  Maybe a hundred or so, maybe 150.  I don't remember exactly.

Q.   In all the work that you have done, have you seen anything that indicates to you that Interior Exterior actually knew about the sulfur problem in the drywall itself?

A.   That they actually knew about it?

Q.   That they knew for a fact there was extra sulfur in that product that was going to cause problems?

A.   Well, to me, the sulfur is part of the gypsum, and there were a lot of red flags around the product --

HOURLY TRANSCRIPT

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:52:36 | 1 | **Q.**   Excuse me.  That's not my question. |
| 16:52:38 | 2 | **A.**   I'm not sure you can separate it. |
| 16:52:40 | 3 | **Q.**   So you can't answer the question did they have actual |
| 16:52:43 | 4 | knowledge as opposed to might they have found out if they had |
| 16:52:46 | 5 | done the things you said they should do?  You can't answer that |
| 16:52:49 | 6 | question; is that right? |
| 16:52:50 | 7 | **A.**   No.  I think they would have found out. |
| 16:52:52 | 8 | **Q.**   No, can you answer this simple question -- |
| 16:52:55 | 9 | **A.**   Okay. |
| 16:52:55 | 10 | **Q.**   In all the 100 or whatever hours it is that you spent on |
| 16:52:58 | 11 | this project, is there anything that shows you InEx knew there |
| 16:53:02 | 12 | was sulfur in the product that was going to release gases that |
| 16:53:06 | 13 | corrode copper and silver? |
| 16:53:09 | 14 | **A.**   Not specifically, no. |
| 16:53:11 | 15 | **Q.**   Now, can you look at a piece of drywall and tell if there |
| 16:53:15 | 16 | is sulfur that will be released when its put into a house? |
| 16:53:18 | 17 | **A.**   No, I cannot. |
| 16:53:19 | 18 | **Q.**   Do you know anybody that can? |
| 16:53:20 | 19 | **A.**   I don't know.  I'm not familiar with drywall experts. |
| 16:53:23 | 20 | **Q.**   Do you know if there's an ASTM standard for sulfur content |
| 16:53:26 | 21 | in drywall? |
| 16:53:30 | 22 | **A.**   I believe there is now, but I'm not sure. |
| 16:53:34 | 23 | **Q.**   Was there at the time this product was sold? |
| 16:53:35 | 24 | **A.**   I don't believe so. |
| 16:53:39 | 25 | **Q.**   We know more about sulfur in drywall now than we knew |

## ROSEMARY COATES - CROSS

16:53:43   1   about five or six years ago?

16:53:45   2   **A.**   Sure, absolutely.

16:53:46   3   **Q.**   Because before 2005 or so, no one had ever heard of the

16:53:48   4   risk of sulfur being released from drywall, had they?

16:53:51   5   **A.**   I don't know.  "No one" is a lot of people.

16:53:55   6   **Q.**   Do you know of any evidence from any source that, before

16:53:59   7   2005, anyone knew this could happen?

16:54:02   8   **A.**   I don't know.

16:54:08   9   **Q.**   Can you identify any test that existed in 2005 or 2006 to

16:54:13  10   test drywall for the possibility of sulfur being released that

16:54:16  11   will corrode metals?

16:54:18  12   **A.**   I don't know.

16:54:19  13   **Q.**   Do you know anybody that was testing for it at that time

16:54:21  14   anywhere in the world?

16:54:22  15   **A.**   No.

16:54:34  16   **Q.**   You were asked by Mr. Meunier some questions or some

16:54:37  17   comments about the smell test.  Do you remember that?

16:54:40  18   **A.**   Yes.

16:54:40  19   **Q.**   Between the time this drywall was made in China, shipped

16:54:43  20   to be delivered, arrived, and it was sold by InEx, did anyone

16:54:49  21   in that entire process indicate there were problems with the

16:54:53  22   drywall smelling like sulfur?

16:54:56  23   **A.**   Not in that part of the chain -- the supply chain that I

16:55:00  24   read about.  So nothing that I saw.

16:55:02  25   **Q.**   In fact, the smell issue didn't become known in the public

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:55:07 | 1 | until 2009, did it? |
| 16:55:08 | 2 | **A.**   I don't know when that happened. |
| 16:55:23 | 3 | **Q.**   Your real expertise in the way you handle your business is |
| 16:55:26 | 4 | with companies that have a long-term presence in China, isn't |
| 16:55:29 | 5 | it? |
| 16:55:31 | 6 | **A.**   Not all of them.  Some of them are brand-new, never |
| 16:55:36 | 7 | been -- I got a call from someone the other day who has never |
| 16:55:41 | 8 | sourced in China, and they want my help to start next week. |
| 16:55:44 | 9 | **Q.**   My question was:  Most of your business has been with |
| 16:55:47 | 10 | people who have long-term relationships in China, correct? |
| 16:55:52 | 11 | **A.**   No.  I wouldn't say most of my business, no. |
| 16:55:54 | 12 | **Q.**   Well, for example, the rule you have in your book about |
| 16:55:57 | 13 | *guanxi* or whatever it is. |
| 16:55:59 | 14 | **A.**   *Guanxi*, yes. |
| 16:56:01 | 15 | **Q.**   For someone who's buying a product one or two times, |
| 16:56:03 | 16 | that's not really an important consideration, is it? |
| 16:56:06 | 17 | **A.**   I think *guanxi* is always important.  But, yeah, it takes a |
| 16:56:10 | 18 | long time to develop a long-term relationship, yes. |
| 16:56:12 | 19 | **Q.**   Why does your book have 42 rules as opposed to 24 or 142? |
| 16:56:19 | 20 | **A.**   That's my publisher.  The whole series of books are called |
| 16:56:22 | 21 | 42 rules for something or another.  They are 25 books that are |
| 16:56:25 | 22 | called 42 rules for, and they -- it's 42 because it's the |
| 16:56:28 | 23 | number of the universe in the hitchhiker's guide to the |
| 16:56:31 | 24 | universe. |
| 16:56:32 | 25 | **Q.**   So you only get your book published if you come up with |

**ROSEMARY COATES - CROSS**

16:56:37  1    42 rules, not 41 or 43, right?

16:56:38  2    **A.**   Yes.  It's a bit formulaic, yes.  Correct.

16:56:40  3    **Q.**   I assume you tried to make your 42 rules the most

16:56:44  4    important rules for doing business in China.  Didn't you?

16:56:45  5    **A.**   They are my opinion on what is most important, yes.

16:56:50  6    **Q.**   I heard a little bit ago from Mr. Duplantier there was a

16:56:55  7    rule about how to make underwear, right?

16:56:57  8    **A.**   Yes, there is.

16:56:58  9    **Q.**   I think there's a rule about how to behave at a banquet.

16:57:02  10   Isn't there?

16:57:04  11   **A.**   Yes, there is.

16:57:04  12   **Q.**   Is there a rule about what to do when there's a vacation

16:57:04  13   and nobody's in the office in China?

16:57:07  14   **A.**   Yes.  The Chinese New Year is a problem, especially with

16:57:10  15   quality, yes.

16:57:10  16   **Q.**   Is there a rule about how to deal with products being

16:57:13  17   brought into the country that are subject to ASTM standards?

16:57:16  18   **A.**   Is there a rule about it?

16:57:18  19   **Q.**   Yes.

16:57:19  20   **A.**   There's a chapter about standards, yes.

16:57:20  21   **Q.**   Is there any mention in that chapter about ASTM standards

16:57:24  22   that apply to building products?

16:57:26  23   **A.**   I don't believe so.  Not to building products.

16:57:28  24   **Q.**   That's not in your book at all, is it?

16:57:29  25   **A.**   No.

**ROSEMARY COATES - CROSS**

16:57:34 | 1 | **Q.** There were some questions about the 12 red flags. I would
16:57:44 | 2 | like to go through a few of those, if I could.
16:57:49 | 3 | You talked about the smell test.
16:57:52 | 4 | You mentioned the TTP plant is a government-owned
16:57:56 | 5 | plant, and that's a red flag to you, correct?
16:57:58 | 6 | **A.** Yes.
16:57:59 | 7 | **Q.** Doesn't your book say that government-owned plants that
16:58:03 | 8 | export goods tend to be more reliable than other plants in
16:58:05 | 9 | China?
16:58:07 | 10 | **A.** No. So there's three levels. There's the state-owned
16:58:08 | 11 | enterprise, there's a combination company that does export as
16:58:14 | 12 | well as domestic. And then there are wholly owned foreign
16:58:18 | 13 | enterprises, WOFEs. And the WOFEs have the highest standards
16:58:25 | 14 | because they are dealing with the international market.
16:58:28 | 15 | The combination companies are usually a little bit
16:58:31 | 16 | better and a little bit more expensive.
16:58:32 | 17 | And then the state-owned enterprises, SOEs, that are
16:58:37 | 18 | owned by the Communist Chinese government, are usually the
16:58:39 | 19 | lowest quality. And they only have to generally adhere to the
16:58:42 | 20 | Chinese standards.
16:58:44 | 21 | **Q.** Do you have a copy in front of you?
16:58:46 | 22 | **A.** I do not.
16:58:47 | 23 | **Q.** Let me read this to you, and see if it sounds correct to
16:58:49 | 24 | you.
16:58:49 | 25 | **A.** Okay.

ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 16:58:59 | 1 | **Q.** "Factories that are completely export factories and |
| 16:59:03 | 2 | state-owned enterprises are more expensive, but require less |
| 16:59:06 | 3 | supervision over time and tend to be more reliable." |
| 16:59:07 | 4 | That's in your book, right? |
| 16:59:10 | 5 | **A.** That's for export factories, yes. |
| 16:59:12 | 6 | **Q.** Let's talk about Red Flag 2 and 3.  And that's customer |
| 16:59:16 | 7 | preferences and customer reports of gypsum.  Some people say |
| 16:59:21 | 8 | problems, some say complaints, but the fact that some people |
| 16:59:24 | 9 | don't like Chinese drywall as much as others. |
| 16:59:27 | 10 | Why are those red flags to you? |
| 16:59:29 | 11 | **A.** Why some people don't like it better than others? |
| 16:59:31 | 12 | **Q.** Why do you say those are red flags and should have caused |
| 16:59:35 | 13 | InEx to do something other than what it did? |
| 16:59:38 | 14 | **A.** Well, I think that's one of many things.  So what we were |
| 16:59:41 | 15 | discussing were there were at least 12 red flags that should |
| 16:59:45 | 16 | have caused some additional review of what was going on, and |
| 16:59:50 | 17 | that's one of them. |
| 16:59:52 | 18 | **Q.** That's actually two of them, I think. |
| 16:59:53 | 19 | **A.** Okay.  Two of them. |
| 16:59:54 | 20 | **Q.** My question is:  Why are those two on the list of 12? |
| 16:59:58 | 21 | **A.** Repeat which two you have. |
| 17:00:00 | 22 | **Q.** That there were customer reports of problems in 1999 and |
| 17:00:05 | 23 | 2000. |
| 17:00:05 | 24 | **A.** Yeah. |
| 17:00:05 | 25 | **Q.** And there were customer preferences in 2005 and 2006. |

**ROSEMARY COATES - CROSS**

17:00:09  1   **A.**   Yeah.

17:00:10  2   **Q.**   Why are those two items under your list of 12 red flags?

17:00:13  3   **A.**   Well, in 1999 was the imported product that caused

17:00:20  4   difficulty in hanging the drywall, as we heard testimony this

17:00:23  5   morning, that caused workers to work -- to leave the job, to

17:00:28  6   walk off the job because it was difficult to handle, which

17:00:31  7   indicates it's different in some way.  It's not like an

17:00:34  8   American-made product.  So that was certainly one issue.

17:00:41  9        The other -- I'm sorry.  The second question?

17:00:45  10  **Q.**   The preferences that were expressed on invoices in 2005

17:00:50  11  and 2006.

17:00:55  12  **A.**   Oh, yes.  So if you've got some prior history and now

17:00:56  13  you've got potential customers that are using the product and

17:00:59  14  don't like it, for some reason or another, they don't like the

17:01:03  15  way it works or operates or whatever, then you know, that would

17:01:04  16  be another indicator.

17:01:07  17       I mean, there were a lot of things happening that

17:01:08  18  would tell them, You better be cautious.

17:01:10  19  **Q.**   An indicator of what?

17:01:13  20  **A.**   I don't know.  And that's kind of the point.  They should

17:01:15  21  be cautious and take some additional steps to find out what.

17:01:19  22  **Q.**   I think that is the point.

17:01:22  23       If your customer doesn't like the product, you need

17:01:24  24  to find out why, don't you?

17:01:25  25  **A.**   Yes, you do.

**ROSEMARY COATES - CROSS**

| | | |
|---|---|---|
| 17:01:26 | 1 | **Q.** And, in fact, in this case InEx knew why, didn't they? |
| 17:01:28 | 2 | **A.** I don't know.  Did they? |
| 17:01:29 | 3 | **Q.** Did you hear Mr. Stoltz' testimony today? |
| 17:01:34 | 4 | **A.** Well, what he said -- |
| 17:01:34 | 5 | **Q.** My question is:  Did hear his testimony today? |
| 17:01:36 | 6 | **A.** Yes, I did. |
| 17:01:37 | 7 | **Q.** Had you read his deposition before today? |
| 17:01:39 | 8 | **A.** Yes. |
| 17:01:40 | 9 | **Q.** I believe Mr. Stoltz said that his installers didn't like |
| 17:01:43 | 10 | it because it was heavy, they couldn't hang it as fast, meaning |
| 17:01:46 | 11 | they didn't get paid as much, and it dulled their knives. |
| 17:01:49 | 12 | Correct? |
| 17:01:50 | 13 | **A.** Yes. |
| 17:01:52 | 14 | **Q.** Did that have anything to do with a sulfur problem? |
| 17:01:55 | 15 | **A.** I don't know.  But it had characteristics that were |
| 17:02:00 | 16 | different from the drywall they were used to, which is a red |
| 17:02:02 | 17 | flag to me. |
| 17:02:03 | 18 | **Q.** It's a red flag because it's a difference, right? |
| 17:02:06 | 19 | **A.** It could be. |
| 17:02:07 | 20 | **Q.** You should find out what the difference is? |
| 17:02:09 | 21 | **A.** Yes.  I would recommend to my clients they go and |
| 17:02:11 | 22 | investigate the differences, yes. |
| 17:02:13 | 23 | **Q.** What if you know what the difference is? |
| 17:02:17 | 24 | **A.** Great.  Then you should know what to do to make a |
| 17:02:20 | 25 | decision. |

**ROSEMARY COATES - CROSS**

17:02:21  1  **Q.**   If you know that people don't like imported drywall

17:02:24  2  because it's heavier and doesn't cut as well, that's not a red

17:02:28  3  flag that there might be excess sulfur that can tarnish metal,

17:02:31  4  is it?

17:02:32  5  **A.**   Well, you don't know what the problem is.  You would have

17:02:34  6  to take another step to investigate.

17:02:37  7  **Q.**   So you are saying even though they would tell you, We

17:02:40  8  don't want that product because it's heavy, that should alert

17:02:43  9  you there might be a chemical problem in the board.

17:02:45  10          Is that your testimony?

17:02:47  11  **A.**   Yeah.  But those are symptoms.  You don't know what the

17:02:49  12  problem is.

17:02:50  13  **Q.**   Is that your testimony?  Yes or no.

17:02:52  14          **MR. MEUNIER:**  Your Honor, I would like the witness to

17:02:53  15  be able to finish her answer.

17:02:55  16          **MR. RISLEY:**  I would like her to answer a question,

17:02:58  17  Your Honor.

17:02:58  18          **THE COURT:**  Let her finish.  And if you are not, ask

17:03:00  19  it again.

17:03:02  20          **THE WITNESS:**  I think those are symptoms.  It's

17:03:03  21  important, when you see symptoms like that, to diagnose what

17:03:06  22  the problem is.

17:03:10  23  BY MR. RISLEY:

17:03:10  24  **Q.**   Once you diagnose the problem, that's not enough for you?

17:03:14  25  **A.**   I don't know whether it's enough.  It depends on what the

ROSEMARY COATES - CROSS

17:03:17  1   information tells you.

17:03:18  2   **Q.**   They had a history of people not liking drywall because it

17:03:22  3   was heavy and hard to cut.  And you're saying that's a red flag

17:03:25  4   that there could be a sulfur problem in the drywall?

17:03:29  5   **A.**   I didn't say that.  I said that those are symptoms and you

17:03:31  6   would want to investigate what the problem was from there.

17:03:36  7   **Q.**   Now, we talked a little bit at your deposition about

17:03:40  8   customer preferences, didn't we?

17:03:41  9   **A.**   Yes, we did.

17:03:41  10  **Q.**   I won't give you the examples we used.  But everybody has

17:03:43  11  preferences sometimes, don't they?

17:03:46  12  **A.**   Yes.

17:03:46  13  **Q.**   There's nothing unusual in the building industry about

17:03:49  14  customers having preferences, are there?

17:03:51  15  **A.**   As far as I know, no.

17:03:53  16  **Q.**   You would expect a good seller to find out why they have

17:03:58  17  those preferences, wouldn't you?

17:04:00  18  **A.**   Sure.

17:04:01  19  **Q.**   Do you know what InEx did or didn't do to respond to their

17:04:06  20  customers' preferences?

17:04:09  21  **A.**   Well, apparently nothing.  Because what we heard this

17:04:12  22  morning was they went ahead and shipped regardless of the

17:04:14  23  preferences.  They shipped Chinese drywall.

17:04:16  24  **Q.**   I'm not sure we heard that.  Did we?  I think we heard

17:04:19  25  that that customer had a preference and that he has heard that

## ROSEMARY COATES - CROSS

| | | |
|---|---|---|
| 17:04:23 | 1 | Chinese drywall may have been, but he didn't really know, did |
| 17:04:25 | 2 | he? |
| 17:04:26 | 3 | **A.**   I guess not. |
| 17:04:27 | 4 | **Q.**   In fact, the invoices had a product name on there, didn't |
| 17:04:30 | 5 | they? |
| 17:04:31 | 6 | **A.**   Yes. |
| 17:04:31 | 7 | **Q.**   So you completely discount the fact that that might have |
| 17:04:35 | 8 | been a mistake on a couple of pieces of drywall.  That's not a |
| 17:04:38 | 9 | possibility to you? |
| 17:04:40 | 10 | **A.**   Sure, it could have been.  But I think he also said there |
| 17:04:43 | 11 | were two customers who ended up with Chinese drywall, and they |
| 17:04:45 | 12 | trying to figure out -- that was the only way they could have |
| 17:04:48 | 13 | gotten it. |
| 17:04:50 | 14 | **Q.**   But that was the all -- I think Mr. Stoltz said he didn't |
| 17:04:52 | 15 | really know.  Right? |
| 17:04:53 | 16 | **A.**   I believe that's what he said, yes. |
| 17:04:55 | 17 | **Q.**   Have you read the Gearys' depositions? |
| 17:04:58 | 18 | **A.**   I have, yes. |
| 17:04:58 | 19 | **Q.**   Have you read the depositions of other InEx employees who |
| 17:05:01 | 20 | were in the sales department? |
| 17:05:03 | 21 | **A.**   Yes. |
| 17:05:03 | 22 | **Q.**   You understand it was InEx's practice, to the extent |
| 17:05:07 | 23 | possible, to reflect on the invoices what their customers' |
| 17:05:11 | 24 | preferences were? |
| 17:05:11 | 25 | **A.**   Yes.  I believe they put that into their computer system |

**ROSEMARY COATES - CROSS**

17:05:14  1   originally, yes.

17:05:15  2   **Q.**   If they knew they couldn't comply with their customers'

17:05:18  3   preferences, they would contact the customer and ask if they

17:05:21  4   could sell them any other type of product, right?

17:05:23  5   **A.**   I believe I read testimony where they just shipped Chinese

17:05:26  6   drywall.  They substituted it.

17:05:28  7   **Q.**   What testimony was that?

17:05:30  8   **A.**   I don't remember who it was.  Somebody in the warehouse.

17:05:39  9   **Q.**   You also raised as one of your red flags that on the TTP

17:05:43  10  board, instead of having the manufacturer's name, it had the

17:05:46  11  brand name "Taihe," correct?

17:05:49  12  **A.**   Yes.

17:05:49  13  **Q.**   And I think you finally said your understanding is that

17:05:52  14  that is allowed under the ASTM labeling standards if there's an

17:05:56  15  agreement between the parties.  Correct?

17:06:01  16  **A.**   Yes.  That's what it says, if there's an agreement under

17:06:03  17  the purchase order, though.  But I don't know if there are

17:06:05  18  other laws that apply that might supersede that.  I'm not sure.

17:06:08  19

17:06:10  20  **Q.**   Do you have any doubt that InEx knew who manufactured that

17:06:14  21  board?

17:06:16  22  **A.**   That's a good question.  I don't know, because there were

17:06:19  23  a group of companies that were owned in that state-owned

17:06:23  24  enterprise.  There was a Beijing company as well as the

17:06:28  25  Shandong company and the Taihe Taishan company.

ROSEMARY COATES - CROSS

17:06:33 | 1 | **Q.**   But there were documents between InEx and Metro Resources
17:06:37 | 2 | that identified the manufacturer, weren't there?
17:06:40 | 3 | **A.**   I think they went back and forth about that a little bit,
17:06:42 | 4 | yes.
17:06:43 | 5 | **Q.**   But there were documents that identified the manufacturer,
17:06:45 | 6 | weren't there?
17:06:46 | 7 | **A.**   Yes, I believe so.
17:06:59 | 8 | **Q.**   Can you tell us whether, if InEx had done everything you
17:07:04 | 9 | said they should have done, they would have found out that
17:07:07 | 10 | there was excess sulfur; it wouldn't have been put into houses
17:07:10 | 11 | in the Gulf Coast with off-gas and corrode metals?
17:07:13 | 12 | **A.**   I don't know what they would have found.  That's
17:07:14 | 13 | speculation.  But they surely would have found there were
17:07:17 | 14 | problems in the process.
17:07:19 | 15 | **Q.**   What problems in the process?  You haven't identified
17:07:21 | 16 | problems in the process.  You have talked about what you think
17:07:24 | 17 | the process should be.
17:07:25 | 18 |         Identify for me any problems in the process of
17:07:29 | 19 | manufacturing KPT or TTP drywall.
17:07:32 | 20 | **A.**   It's my understanding you can smell sulfur during the
17:07:34 | 21 | manufacturing process.
17:07:35 | 22 | **Q.**   You don't know that, do you?
17:07:37 | 23 | **A.**   Well, I'm relying on testimony of the experts.
17:07:40 | 24 | **Q.**   An expert outside of your field.  You are relying upon a
17:07:44 | 25 | chemist who is not here to testify, aren't you?

**ROSEMARY COATES - CROSS**

| | | |
|---|---|---|
| 17:07:46 | 1 | **A.**   Yes. |
| 17:07:46 | 2 | **MR. MEUNIER:**  Your Honor -- |
| 17:07:46 | 3 | **MR. RISLEY:**  Your Honor, I would ask that her |
| 17:07:47 | 4 | testimony about her understanding be stricken because it's |
| 17:07:50 | 5 | based upon -- |
| 17:07:50 | 6 | **THE COURT:**  I understand.  It's getting late. |
| 17:07:55 | 7 | **MR. MEUNIER:**  He opens the door and then -- |
| 17:07:57 | 8 | **MR. RISLEY:**  I did not open the door. |
| 17:08:01 | 9 | **THE COURT:**  Re-ask the question.  Let me hear it |
| 17:08:04 | 10 | again. |
| 17:08:04 | 11 | **BY MR. RISLEY:** |
| 17:08:04 | 12 | **Q.**   Ms. Coates, based on your personal knowledge and your |
| 17:08:08 | 13 | experience in your business, can you tell the jury, if InEx had |
| 17:08:12 | 14 | done everything you said they should do, they would have found |
| 17:08:14 | 15 | out that the drywall they purchased from China had excess |
| 17:08:18 | 16 | levels of sulfur in it? |
| 17:08:22 | 17 | **A.**   Again you're asking me to speculate. |
| 17:08:24 | 18 | **Q.**   I'm not -- if your answer is "I can't because of |
| 17:08:29 | 19 | speculation," that's a fine answer. |
| 17:08:30 | 20 | **A.**   I can't because I think it's speculation. |
| 17:08:32 | 21 | **MR. RISLEY:**  Thank you.  That's all the questions I |
| 17:08:35 | 22 | have. |
| 17:08:35 | 23 | **THE COURT:**  Let me see counsel on logistics.  I don't |
| 17:08:38 | 24 | need this on the record. |
| 17:08:41 | 25 | (Proceedings were held at the bench off the record.) |

**ROSEMARY COATES - CROSS**

17:08:59  1    **THE COURT:**  Members of the jury, I'm told that the

17:09:00  2  redirect is only about 10 minutes, so let's finish with this

17:09:07  3  witness, then we'll take our evening recess.

17:09:07  4                     **REDIRECT EXAMINATION**

17:09:09  5  **BY MR. MEUNIER:**

17:09:15  6  **Q.**  Ms. Coates, I will try to do this quickly.

17:09:20  7         Mr. Duplantier asked you if you knew that USG, a

17:09:25  8  Knauf competitor, did ASTM testing of KPT drywall and it passed

17:09:31  9  the test.

17:09:32  10        Do you remember that?

17:09:33  11 **A.**  Yes, I remember that.

17:09:34  12        **MR. MEUNIER:**  Could we see Plaintiffs' Exhibit 890,

17:09:37  13 please.

17:09:37  14 **BY MR. MEUNIER:**

17:09:41  15 **Q.**  Do you see this is a competitive report dated July 21,

17:09:45  16 2006?

17:09:47  17 **A.**  Okay.

17:09:49  18 **Q.**  What do you see written under the word *Knauf* for the test

17:09:54  19 results?

17:09:57  20 **A.**  "Major deficiency."

17:10:00  21 **Q.**  Under that, what else do you see?

17:10:01  22 **A.**  "Minor deficiencies."

17:10:04  23 **Q.**  That's not passing the test, is it?

17:10:07  24        **MR. DUPLANTIER:**  I'm going to object, Your Honor.

17:10:07  25 She's not qualified to interpret the test.  I asked her if she

**ROSEMARY COATES - REDIRECT**

| | | |
|---|---|---|
| 17:10:11 | 1 | was aware of it. |
| 17:10:13 | 2 | MR. MEUNIER:  No.  He opened -- |
| 17:10:14 | 3 | MR. DUPLANTIER:  No, I didn't. |
| 17:10:14 | 4 | THE COURT:  It's not a question of opening.  She |
| 17:10:16 | 5 | testified to that extent. |
| 17:10:18 | 6 | MR. MEUNIER:  I'm finished on that, Judge. |
| 17:10:21 | 7 | BY MR. MEUNIER: |
| 17:10:21 | 8 | Q.   The contents of your 42 rules book were known in 2005 and |
| 17:10:26 | 9 | 2006? |
| 17:10:27 | 10 | A.   Oh, sure.  It wasn't a secret. |
| 17:10:31 | 11 | Q.   About their expert Jim Tompkins' rule of six Ds or four Ds |
| 17:10:37 | 12 | or the elevated due diligence, was that known in 2005 and 2006? |
| 17:10:41 | 13 | A.   Sure.  I think all of us with experience in China would |
| 17:10:45 | 14 | say you have to do your due diligence, no matter what year it |
| 17:10:49 | 15 | was or is. |
| 17:10:50 | 16 | Q.   You have been asked a lot of questions by opposing counsel |
| 17:10:53 | 17 | about what are the differences in the process between the KPT |
| 17:10:56 | 18 | and TTP drywall manufacturing and the American drywall |
| 17:10:59 | 19 | manufacturing. |
| 17:11:00 | 20 | Given the outcome of sulfur off-gassing in the |
| 17:11:05 | 21 | Chinese drywall, do you, as a manufacturing expert, conclude |
| 17:11:08 | 22 | there was a difference in the processes? |
| 17:11:11 | 23 | MR. RISLEY:  Objection, Your Honor. |
| 17:11:12 | 24 | THE COURT:  I sustain the objection. |
| 17:11:16 | 25 | That's going too far. |

ROSEMARY COATES - REDIRECT

| | |
|---|---|
| 17:11:19 | 1 |
| 17:11:19 | 2 |
| 17:11:26 | 3 |
| 17:11:29 | 4 |
| 17:11:30 | 5 |
| 17:11:33 | 6 |
| 17:11:35 | 7 |
| 17:11:35 | 8 |
| 17:11:40 | 9 |
| 17:11:44 | 10 |
| 17:11:49 | 11 |
| 17:11:50 | 12 |
| 17:11:55 | 13 |
| 17:11:59 | 14 |
| 17:12:02 | 15 |
| 17:12:07 | 16 |
| 17:12:09 | 17 |
| 17:12:10 | 18 |
| 17:12:16 | 19 |
| 17:12:18 | 20 |
| 17:12:24 | 21 |
| 17:12:27 | 22 |
| 17:12:32 | 23 |
| 17:12:36 | 24 |
| 17:12:40 | 25 |

BY MR. MEUNIER:

Q.    You were asked about Habitat.  Did Habitat do anything in this case to source and select drywall from China?

A.    I don't know.

Q.    Do you know of thing they did to source and select drywall from China?

A.    I don't know.

Q.    Do your 42 rules apply to companies that source in China?

A.    Yes.

Q.    Finally, you were asked about discovering the sulfur problem.

        Would you have advised Interior Exterior, had they consulted with you, to do a factory audit at both of these Chinese facilities during the manufacturing process?

A.    Yes.  Either directly or through a service like SGS, yes.

Q.    A qualified service?

A.    A qualified service, yes.

Q.    Would smell have been an essential part of that audit during the manufacturing process?

A.    Yes.  The smell of a plant is always a component of your audit process:  What does it smell like?

Q.    If the raw material gypsum had too much shale in it that eventually would lead to the sulfur problem, and that could be smelled, would you advise the client to continue to source the material from that point?

|       |    |                                                                   |
|-------|----|-------------------------------------------------------------------|
| 17:12:41 | 1  | THE COURT:  Just a moment.                                      |
| 17:12:43 | 2  | MR. DUPLANTIER:  Objection, Your Honor.                         |
| 17:12:44 | 3  | THE COURT:  I sustain the objection.  That's                   |
| 17:12:46 | 4  | argument.                                                       |
| 17:12:49 | 5  | MR. MEUNIER:  Thank you.                                        |
| 17:12:49 | 6  | THE COURT:  Thank you very much.  You are excused,             |
| 17:12:52 | 7  | ma'am.                                                          |
| 17:12:52 | 8  | We will come back at 8:45 tomorrow.                            |
| 17:13:00 | 9  | Members of the jury, thank you for your work                   |
| 17:13:04 | 10 | today.  I know it's been very hard.  You folks have been here  |
| 17:13:04 | 11 | since about 6:30 in the morning, and it's been a day for you.  |
| 17:13:06 | 12 | Would you leave your tablets in the courtroom --              |
| 17:13:10 | 13 | in the jury room -- the marshal will secure them -- and come   |
| 17:13:14 | 14 | back tomorrow.  I appreciate all of your work.                 |
| 17:13:17 | 15 | Please don't talk to anyone about the case, and                |
| 17:13:20 | 16 | don't go on to the Internet or anything of that sort, for the  |
| 17:13:25 | 17 | reasons that I expressed to you.                               |
| 17:13:26 | 18 | Thank you very much.                                           |
| 17:13:27 | 19 | Court will stand in recess.                                    |
| 17:13:28 | 20 | THE DEPUTY CLERK:  All rise.                                    |
| 17:13:29 | 21 | (Proceedings adjourned.)                                       |
| 17:13:29 | 22 | * * *                                                          |
|       | 23 |                                                                   |
|       | 24 |                                                                   |
|       | 25 |                                                                   |

1          **<u>CERTIFICATE</u>**

2          I, Toni Doyle Tusa, CCR, FCRR, Official Court

3   Reporter for the United States District Court, Eastern District

4   of Louisiana, do hereby certify that the foregoing is a true

5   and correct transcript, to the best of my ability and

6   understanding, from the record of the proceedings in the

7   above-entitled matter.

8

9

10                              *s/ Toni Doyle Tusa*
                               Toni Doyle Tusa, CCR, FCRR
11                              Official Court Reporter

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$150,000 [1] 198/15
$19.95 [1] 154/4
$262,000 [1] 147/18
$38,000 [1] 198/19
$400 [1] 198/14
$5 [1] 183/3
$5,000 [1] 149/12

**'**

'06 [2] 178/19 178/21
'90s [1] 220/14

**0**

09-MD-2047 [1] 135/4

**1**

10 [4] 145/18 152/16 224/3 241/9
10 minutes [1] 276/2
10 years [3] 165/8 192/19 197/2
100 [1] 262/10
100,000 [1] 258/23
10005 [1] 135/20
10th [1] 143/6
11 [2] 143/24 241/14
1100 [1] 135/16
12 [6] 174/25 224/4 231/13 244/2 244/3
 259/4 266/1 267/15 267/20 268/2
1291 [1] 188/23
1299 [2] 161/17 161/23
13 [4] 177/3 177/8 178/19 178/21
1302-A [2] 178/19 179/6
1302-B [3] 178/21 179/11 179/13
1302-C [2] 178/23 179/17
1302-D [2] 178/25 179/22
1302-E [2] 179/2 180/2
1304-G [1] 242/5
142 [1] 264/19
15 [4] 140/13 208/23 220/13 221/8
150 [1] 261/17
16 [2] 222/9 243/10
1600 [1] 136/9
17 [4] 140/2 143/24 159/15 223/7
18 [6] 143/9 194/23 195/20 195/22 222/3
 226/2
1800 [1] 147/20
19 [2] 227/10 227/13
1900 [1] 147/20
1909 [1] 140/10
1969 [1] 143/7
1973 [1] 144/7
1980 [2] 144/12 196/14
1989 [1] 144/24
1991 [1] 146/4
1996 [1] 145/2
1999 [5] 182/20 219/6 232/5 267/22
 268/3

**2**

20 [4] 177/4 177/8 178/23 227/22
20 years [3] 147/9 201/21 221/9
2000 [3] 145/4 182/20 267/23
2000s [1] 220/15
2001 [1] 167/17
2004 [1] 244/10
2005 [17] 205/10 205/13 205/20 220/3
 220/11 246/25 247/8 251/3 251/18 253/9
 263/3 263/7 263/9 267/25 268/10 277/8
 277/12
2006 [39] 140/2 140/8 140/13 140/18
 145/8 145/18 146/13 146/14 149/18
 149/19 149/20 150/20 151/10 159/15
 177/3 178/23 178/25 179/3 205/10

205/13 205/20 220/3 220/11 232/10
236/11 246/14 247/10 251/14 251/24
247/8 251/2 251/18 253/9 263/9 267/25
268/11 276/16 277/9 277/12
2007 [2] 190/13 232/11
2008 [4] 152/20 156/2 156/11 156/15
2009 [7] 157/25 181/6 206/11 220/1
 253/6 254/5 264/1
2012 [3] 135/7 138/2 139/15
204 [1] 159/18
2047 [1] 135/4
21 [3] 146/4 228/18 276/15
22 [1] 178/25
220 [1] 188/16
2216 [1] 136/2
23 [1] 256/6
2300 [1] 136/13
24 [1] 264/19
25 [5] 191/7 208/24 244/10 252/3 264/21
25 years [1] 233/3
25-plus [1] 189/15
26 [5] 135/7 138/2 139/15 140/8 236/13
270 [1] 195/1
27603 [1] 135/23
279 [1] 232/17
2800 [1] 135/16

**3**

304 [3] 140/4 142/6 146/10
31 [1] 179/2
32 [1] 142/23
351 [1] 167/4
37 [1] 142/22
396 [1] 148/7

**4**

4-by-12 [1] 174/25
40 [1] 239/3
40 percent [1] 156/18
400 [2] 136/13 140/15
406 [1] 136/15
40th [1] 136/6
41 [2] 142/17 265/1
42 [25] 191/3 191/8 219/16 219/24
 220/23 222/3 229/5 249/2 254/2 254/4
 254/21 255/11 256/1 256/8 256/11
 256/18 256/21 259/4 264/19 264/21
 264/22 264/22 265/3 277/8 278/8
42 rules [1] 265/1
43 [2] 142/11 265/1
4321 [1] 140/19
45 percent [1] 239/3
4:00 [1] 208/24
4th [4] 150/22 150/22 151/2 164/11

**5**

500 [1] 136/15
504 [1] 136/16
55,000 [1] 144/21
589-7778 [1] 136/16
5:00 and [1] 246/8
5:00 or [1] 209/4
5:30 [1] 209/4

**6**

61 [1] 142/9
6:30 [1] 279/11

**7**

701 [1] 136/6
70117 [1] 140/10
70124 [1] 140/15
70130 [3] 136/2 136/13 136/16
70139 [1] 136/7

70163 [1] 135/17
70412 [1] 135/23
70458 [1] 167/4
77 [1] 135/20
77056 [1] 136/10
7778 [1] 136/16

**8**

80 [1] 199/23
840 [2] 159/4 159/11
890 [1] 276/12
8:45 [1] 279/8

**9**

900 [1] 135/23
911 [2] 145/17 145/25
95032 [1] 188/16

**A**

ability [1] 280/5
able [1] 145/17 145/21 147/6 148/5
 154/12 156/9 176/3 208/17 211/14 251/5
 270/15
about [163]
above [2] 158/2 280/7
above-entitled [1] 280/7
absence [1] 235/4
absolutely [6] 196/7 209/23 222/14 243/3
 243/3 263/2
absurd [2] 240/25 241/3
AC [2] 155/18 155/19
accept [5] 139/8 208/15 243/3 255/22
 255/24
acceptable [1] 238/18
accordance [1] 253/3
according [2] 223/22 229/24
account [4] 171/9 182/18 234/5 245/20
accounting [3] 189/25 189/25 234/7
accused [2] 152/13 153/16
accusing [1] 152/11
acquire [1] 145/17
across [3] 148/10 148/17 177/21
act [3] 146/13 164/12 164/14
actions [1] 220/2
active [1] 195/25
activity [1] 218/15
actual [10] 168/4 178/15 214/2 224/2
 224/8 240/20 243/7 243/14 244/3 262/3
actually [26] 144/21 149/9 152/11 157/9
 175/2 181/7 194/19 198/7 200/20 203/8
 215/7 215/8 217/22 219/5 226/10 227/17
 227/19 246/16 248/1 248/10 257/16
 258/6 258/10 261/19 261/21 267/18
addition [3] 153/17 217/24 237/5
additional [4] 195/21 236/8 267/16
 268/21
address [3] 167/3 188/15 209/10
adhere [1] 266/19
adherence [1] 227/24
adjacent [1] 148/10
adjourned [1] 279/21
adjunct [1] 196/21
administration [2] 145/23 201/5
admit [1] 179/5
Admitted [2] 159/12 161/24
adolescence [1] 221/11
adolescent [1] 221/13
adopted [1] 141/6
advance [1] 216/9
advantage [1] 256/25
advice [6] 191/17 195/14 215/12 227/16
 229/8 238/17
advise [4] 229/25 240/15 242/24 278/24

advised [2] 195/24 278/12
afford [2] 160/14 161/11
afraid [1] 155/7
after [16] 144/2 146/4 148/3 150/20
152/2 153/17 165/2 165/15 170/21
171/16 181/18 185/6 211/23 246/1
248/16 249/20
afternoon [9] 135/10 138/1 142/3 142/4
162/23 167/3 180/12 180/13 198/5
again [33] 150/23 153/19 155/14 155/25
156/3 156/22 156/24 162/12 164/16
164/23 184/7 184/17 185/12 186/22
198/5 198/13 207/16 208/16 226/23
227/10 227/25 231/7 232/9 232/25
240/10 243/20 246/12 247/19 250/22
260/5 270/19 275/10 275/17
against [3] 159/21 213/22 249/16
agent [2] 235/7 235/8
agents [1] 214/16
ago [5] 198/7 198/12 207/1 263/1 265/6
agree [4] 139/7 204/5 240/2 252/20
agreement [4] 139/4 178/11 273/15
273/16
agrees [2] 255/3 255/4
agricultural [1] 221/10
ahead [2] 199/17 271/22
aided [1] 136/20
air [4] 153/8 153/8 155/20 155/21
akin [1] 237/19
Al [1] 144/7
ALAN [1] 135/19
alarm [6] 153/20 153/21 153/22 153/23
153/25 154/1
alert [1] 270/8
Algiers [1] 144/16
all [55] 135/7 141/1 147/10 150/6 153/8
153/10 154/16 154/25 156/18 159/19
160/10 164/3 165/23 174/25 177/3 182/8
185/11 187/21 189/19 192/10 193/10
195/6 195/13 199/23 207/13 208/25
212/5 216/12 217/9 219/12 228/7 229/11
231/9 233/3 235/13 237/20 237/24
241/20 242/9 242/12 244/15 245/25
246/15 248/15 248/19 259/21 261/18
262/10 264/6 265/24 272/14 275/21
277/13 279/14 279/20
Allen [2] 215/2 252/1
allergies [1] 151/24
allow [1] 218/16
allowed [1] 273/14
allows [1] 196/15
almost [1] 167/13
along [2] 199/18 223/3
already [10] 146/19 148/1 148/2 198/15
200/17 215/4 227/15 230/11 240/24
249/15
also [21] 169/19 189/8 192/8 195/22
196/20 199/4 200/21 205/25 210/7
213/17 213/20 214/10 214/20 218/21
226/7 229/20 237/6 240/1 259/20 272/10
273/9
although [3] 213/20 250/3 252/2
Alvar [1] 140/10
always [20] 147/8 153/20 155/7 190/12
215/16 215/17 215/17 221/14 222/20
222/20 222/20 226/14 227/16 229/16
229/18 242/13 242/14 254/22 264/17
278/20
am [7] 185/3 194/14 196/12 205/8 216/6
231/7 253/25
Amazon.com [1] 191/2

America [5] 195/23 224/19 224/22 228/4
American [10] 191/17 191/19 204/22
233/4 238/6 238/8 248/9 252/24 268/8
277/18
American-made [1] 268/8
amount [2] 259/25
analogies [1] 193/11
analysis [4] 219/20 230/8 231/1 245/23
angel [1] 147/2
Angela [1] 142/13
Angelle [2] 136/11 136/12
another [16] 153/25 181/2 187/13 190/15
193/1 193/2 200/24 218/9 218/20 226/25
242/23 260/21 264/21 268/14 268/16
270/6
answer [8] 169/17 199/3 200/4 202/17
207/1 207/3 207/4 244/24 251/6 251/13
251/19 262/3 262/5 262/5 270/15 270/16
275/18 275/19
answered [1] 206/13
Answers [1] 190/4
ANTHONY [1] 136/1
any [116] 139/15 140/21 143/16 146/2
146/18 150/16 151/12 153/14 154/9
159/21 161/1 162/13 162/14 162/20
163/21 164/6 164/23 168/10 170/12
171/8 171/8 171/13 171/18 171/22
171/23 172/6 172/10 172/18 174/4 174/5
174/12 175/1 175/2 178/12 180/15 182/9
183/20 183/23 184/5 184/9 184/9 184/14
184/25 185/8 185/14 185/17 185/20
186/6 193/15 194/6 197/22 201/9 201/12
201/15 201/18 201/23 202/1 202/7 203/8
203/12 203/22 204/22 205/1 206/5 206/9
207/10 208/21 209/22 216/23 219/11
219/14 224/2 225/12 225/13 226/15
229/14 235/10 235/23 236/20 243/7
243/14 245/23 246/14 246/18 246/19
246/22 246/24 247/1 247/6 247/6 247/10
247/17 247/20 247/21 248/12 249/23
250/15 250/25 251/5 251/8 252/1 252/5
252/9 254/1 254/14 257/6 258/12 261/5
261/8 263/6 263/6 263/9 265/21 273/4
273/20 274/18
anybody [9] 156/6 202/5 202/11 229/15
245/17 246/4 250/12 262/18 263/13
anymore [2] 183/14 228/13
anyone [6] 160/1 202/12 226/22 263/7
263/20 279/15
anything [34] 151/16 153/15 154/23
156/1 156/7 163/23 164/2 164/20 169/3
169/8 169/13 170/10 170/13 172/10
178/15 178/16 180/17 184/20 204/14
208/13 216/5 221/21 222/16 230/7
231/23 241/19 247/14 247/16 257/4
261/18 262/11 269/14 278/22 279/16
anywhere [2] 210/12 263/14
apologize [4] 151/22 156/22 156/23
156/24
apparel [2] 210/18 215/16
apparently [2] 260/14 271/21
Appearances [1] 135/13
appeared [2] 191/21 193/17
appears [1] 227/23
appliance [1] 155/5
appliances [3] 149/24 153/18 154/13
applicability [2] 221/5 221/18
applicable [3] 205/12 220/11 249/24
applied [2] 220/22 228/17
applies [2] 210/7 210/11
apply [15] 205/9 209/11 209/21 219/20
220/19 221/14 228/12 228/13 256/11

259/4 259/5 260/8 265/22 273/18 278/8
associate [1] 142/8
approach [6] 138/5 157/5 160/9 173/14
176/24 225/10
approaching [1] 160/12
approximation [2] 143/25 144/1
April [7] 177/3 177/4 177/8 177/8 178/19
178/21 178/23
April 13 [4] 177/3 177/8 178/19 178/21
April 20 [3] 177/4 177/8 178/23
Archbishop [2] 146/6 146/8
Archbishop Schulte [1] 146/6
are [216]
Area [1] 140/8
areas [1] 230/12
aren't [2] 231/25 274/25
argument [2] 241/3 279/4
arguments [1] 151/20
around [20] 142/21 145/21 147/7 147/16
147/21 148/11 158/7 163/11 164/16
165/10 191/11 192/7 201/22 217/8
218/22 229/22 247/7 260/10 260/17
261/25
arrived [1] 263/20
art [1] 226/5
artificial [1] 157/25
as [142] 138/17 138/25 139/8 139/9
139/13 139/16 141/6 141/13 141/20
141/24 144/11 146/1 146/18 155/4
156/12 157/15 158/4 159/4 159/11
161/22 165/5 166/19 169/13 169/19
171/4 171/18 173/9 173/18 178/20
178/23 178/25 179/2 179/13 182/3 182/4
182/5 182/25 185/12 185/12 186/8 186/8
186/11 188/8 188/19 189/21 190/2 190/2
190/7 190/7 191/14 191/14 191/20
191/21 193/4 193/17 195/8 197/19
197/19 199/4 200/6 200/12 200/16
200/17 202/8 202/8 202/9 202/9 207/17
207/24 207/25 208/4 208/5 208/6 208/7
208/15 209/9 209/21 214/23 215/6 217/3
221/22 223/13 223/23 224/11 224/13
225/12 225/16 226/14 229/6 229/14
229/25 231/9 231/16 232/6 232/24
233/18 234/6 235/21 235/25 236/8 236/8
236/24 238/21 240/4 240/14 241/23
241/23 242/5 242/8 244/5 245/3 247/21
250/23 251/16 252/17 253/17 255/22
257/8 257/12 257/17 259/5 259/5 260/22
260/22 261/1 261/4 262/4 264/19 266/11
266/12 267/9 267/9 268/4 269/10 269/11
270/2 271/15 271/15 273/9 273/24
273/24 277/21
Ashley [1] 142/24
Asia [2] 170/6 170/11
Asian [1] 220/13
aside [2] 146/1 231/20
ask [34] 159/5 168/25 169/3 169/4
174/11 174/16 181/9 204/20 211/25
212/10 212/10 212/20 213/15 213/20
217/19 223/25 224/3 224/20 224/22
225/1 225/23 225/24 226/19 226/21
226/23 229/2 243/1 247/19 250/22 253/6
270/18 273/3 275/3 275/9
asked [40] 147/11 171/21 174/4 184/14
190/24 204/4 206/14 206/17 206/20
206/24 207/2 207/5 207/11 209/10 211/8
211/23 212/20 213/11 215/12 216/7
224/16 226/25 227/2 230/20 231/8
233/17 236/2 238/4 238/10 238/11 242/8
245/11 251/19 260/20 263/16 276/7
276/25 277/16 278/2 278/10
asking [10] 210/25 210/25 223/9 226/17

**A**

asking... [6] 242/20 246/13 247/19
251/20 252/16 275/17
aspect [2] 139/2 161/1
assess [1] 252/13
assignment [1] 146/8
assist [3] 207/22 207/23 254/11
assistance [1] 196/19
associated [3] 165/12 176/16 176/19
association [1] 184/9
assume [3] 259/17 259/19 265/3
assumptions [1] 228/19
assurances [2] 241/21 245/7
ASTM [35] 205/7 205/9 205/12 205/20
205/24 205/25 223/21 223/22 224/23
228/14 229/10 229/24 237/11 238/4
241/9 241/14 241/22 241/24 242/9 244/3
244/8 245/8 247/11 248/1 250/1 250/3
250/5 250/6 253/2 253/3 262/20 265/17
265/21 273/14 276/8
ASTM-certified [1] 229/10
ASTM-compliant [1] 241/22
at [138] 138/7 140/4 140/9 140/14
140/19 140/21 141/4 142/6 143/19 144/8
144/16 144/17 144/20 144/22 145/3
145/5 145/11 146/6 146/8 146/10 146/24
148/5 148/6 148/7 148/24 149/14 149/22
150/12 150/24 151/10 151/12 152/1
152/8 152/8 153/21 155/9 156/9 156/13
156/20 157/7 160/1 160/11 163/1 163/12
163/14 163/23 164/2 164/6 164/16
164/18 168/4 170/7 170/24 174/22
174/24 175/15 175/16 180/4 182/22
184/17 184/20 184/23 184/24 185/11
186/9 186/9 186/14 186/20 186/24 187/2
187/9 187/14 187/17 189/25 194/25
195/15 195/17 196/20 196/22 198/22
202/7 204/24 206/7 208/4 208/22 208/24
209/5 213/23 214/8 214/18 216/5 216/11
216/18 216/24 217/6 217/20 218/9
219/19 222/21 223/15 226/9 227/2
227/20 228/23 231/15 231/19 231/21
232/4 232/8 237/12 237/25 238/4 238/13
239/17 240/21 243/3 243/22 244/6
245/21 247/25 250/1 250/6 251/10
257/19 257/22 257/24 258/9 258/12
262/15 262/23 263/13 265/9 265/24
267/15 271/7 275/25 278/19 279/8
attempting [1] 195/21
attend [1] 156/10
attention [1] 155/17
attest [1] 251/16
attic [4] 150/7 150/8 157/25 158/2
attorneys [2] 206/18 206/21
attribute [1] 153/13
audit [19] 193/24 195/15 195/16 196/8
216/7 217/3 226/4 226/5 226/12 226/13
226/14 227/13 227/20 229/25 238/19
239/23 278/13 278/18 278/21
auditing [3] 196/4 196/5 226/6
auditor [1] 228/22
auditors [1] 227/22
audits [2] 193/20 226/17
aunt's [1] 148/14
authored [1] 191/2
authority [1] 242/21
automotive [3] 190/23 199/5 199/11
available [4] 187/4 218/15 220/7 253/9
Avenue [1] 146/25
aversion [1] 182/15
aware [17] 163/2 181/9 230/3 231/25
238/23 248/3 248/7 248/11 249/14

249/18 249/19 258/6 258/22 259/8
260/7 264/7 272/18
away [3] 161/13 172/11 209/5

**B**

B-E-C-K-E-N-D-O-R-F [1] 141/24
bachelor's [1] 201/2
back [27] 145/7 145/13 148/21 148/21
148/23 149/17 150/3 150/22 151/4
152/15 157/9 164/9 164/12 164/24
182/20 186/22 208/24 219/6 222/1 229/2
237/20 237/24 242/11 249/21 274/3
279/8 279/14
back-to-back [1] 148/21
background [9] 143/5 144/3 144/19
144/23 202/6 202/10 203/2 217/17
250/12
bad [5] 147/3 160/19 184/1 185/15 236/7
bag [3] 158/1 158/1 158/4
bank [1] 142/23
banking [1] 234/11
banks [1] 234/11
banquet [1] 265/9
baptize [1] 149/7
Baronne [1] 144/18
based [13] 168/22 169/8 169/12 180/16
184/7 187/24 210/4 212/14 220/12
242/25 244/15 275/8 275/12
bashing [1] 233/8
basic [2] 156/16 221/23
basically [2] 145/23 162/7
basics [1] 221/25
basis [3] 182/3 214/20 242/9
bathroom [1] 150/1
Batt [1] 136/11
batteries [1] 155/15
be [92] 138/4 141/14 147/16 149/15
154/24 159/18 160/19 162/2 162/16
162/25 165/11 166/9 177/18 178/12
192/24 192/24 193/1 193/2 193/3 193/17
194/4 196/9 207/25 208/20 209/2 209/15
210/6 210/16 210/17 210/18 210/25
211/2 211/8 211/14 216/19 217/9 217/13
218/11 220/11 221/15 222/16 222/24
223/5 223/16 223/17 224/6 224/13
224/14 224/15 225/24 228/6 228/7
228/18 230/8 231/6 231/20 231/21 232/8
232/12 232/21 232/21 237/1 237/6 237/7
238/17 238/18 239/14 242/24 242/25
245/13 251/5 253/23 257/12 257/14
259/6 260/11 261/12 262/16 263/20
266/8 267/3 268/16 268/18 268/21
269/19 270/3 270/9 270/15 271/4 274/17
275/4 278/23
became [4] 145/2 156/20 181/13 238/23
because [64] 138/9 150/1 150/2 151/25
152/3 152/11 152/15 153/7 153/21 154/7
154/11 154/22 154/25 155/3 155/6
155/25 156/5 156/24 159/21 166/8
168/14 168/16 178/11 182/19 182/23
183/12 184/17 186/6 187/3 187/13
187/25 196/24 199/3 203/18 206/14
206/23 209/20 216/1 217/8 218/24
221/23 224/15 230/18 233/17 239/10
239/14 239/18 255/7 256/6 256/16 263/3
264/22 266/14 268/6 269/10 269/18
270/2 270/8 271/2 271/21 273/22 275/4
275/18 275/20
Beckendorf [18] 140/4 141/17 141/18
141/19 141/23 142/8 142/14 142/17
142/20 150/9 151/15 156/21 157/19
158/18 161/7 161/19 162/23 165/23
become [4] 144/24 257/1 259/11 263/25

bed [1] 153/22
bedroom [1] 153/22
bedrooms [4] 149/4 149/4 149/6
142/11 145/22 147/1 147/1 147/2 158/7
158/19 159/4 164/4 166/19 167/12
169/19 176/4 178/7 181/23 187/2 188/8
188/19 189/20 190/12 190/23 192/18
194/10 198/18 199/5 199/18 201/21
202/19 204/2 207/15 213/16 214/4 216/2
220/7 221/8 227/5 231/9 232/6 233/24
234/23 242/5 242/13 242/14 243/21
244/20 249/15 258/4 258/7 260/21 264/7
264/9 272/1 272/8 272/10 274/10 277/16
278/18 279/10 279/10 279/11
before [35] 135/10 138/25 149/6 152/16
163/6 163/16 164/14 164/14 165/7
167/14 167/18 167/21 184/10 193/17
217/14 221/9 221/21 223/24 229/14
231/22 232/6 236/24 240/4 244/2 244/11
244/13 250/1 250/5 254/24 255/12
255/12 259/23 263/6 269/7
began [1] 151/20
begin [1] 209/20
beginning [5] 144/7 186/9 186/12 210/11
220/14
behalf [6] 173/5 188/19 189/22 196/16
222/15 258/10
behave [1] 265/9
Beijing [1] 273/24
being [15] 148/25 149/3 151/9 172/19
173/7 185/13 185/22 187/3 187/10
214/23 230/20 231/2 263/4 263/10
265/16
believe [22] 171/11 180/21 186/20 219/7
219/8 220/19 227/2 227/7 235/6 236/12
244/16 245/3 245/6 257/5 262/22 262/24
265/23 269/9 272/16 272/25 273/5 274/7
belong [1] 197/13
bench [8] 138/7 138/23 157/7 157/13
160/11 161/5 225/10 275/25
benefit [1] 233/3
Benjamin [2] 135/15 136/5
Beryl [1] 140/19
besides [1] 241/19
best [5] 154/14 155/2 191/11 192/10
280/5
better [3] 266/16 267/11 268/18
between [19] 139/4 152/11 172/19
185/23 188/1 193/7 193/14 202/13
203/15 232/10 233/17 233/22 235/24
257/19 257/22 263/19 273/15 274/1
277/17
beyond [1] 204/9
big [7] 190/10 216/16 218/20 219/1
232/18 233/20 257/1
bigger [1] 156/12
bins [1] 216/20
biopsy [1] 162/9
birth [1] 142/18
bit [10] 195/16 213/3 217/16 223/8 265/2
265/6 266/15 266/16 271/7 274/3
blank [1] 242/16
blanks [3] 242/12 242/20 243/1
blessed [1] 154/11
Blue [2] 188/25 189/3
board [49] 168/13 169/14 170/4 170/8
170/12 170/15 170/16 172/7 172/23
172/24 173/1 174/17 175/2 175/6 175/17
175/19 178/12 182/16 182/16 182/19
182/20 182/23 183/1 183/5 183/6 183/14
183/21 183/23 184/1 184/4 184/9 184/18
186/5 186/7 186/10 186/11 186/14
186/14 187/3 187/14 193/18 219/6 219/8
230/4 232/13 232/13 270/9 273/10

**B**

board... [1] 273/21
Bob [1] 155/8
Bob Breck [1] 155/8
Bond [8] 177/21 177/21 177/23 179/10
179/14 179/21 180/1 180/6
book [25] 165/9 165/9 190/14 191/2
191/6 191/8 204/21 219/15 219/24 220/1
220/1 220/10 220/12 222/9 226/3 253/6
254/10 255/11 264/12 264/19 264/25
265/24 266/7 267/4 277/8
books [6] 191/7 220/4 253/18 254/1
264/20 264/21
born [1] 151/25
both [14] 139/4 139/6 160/25 182/3
186/14 190/6 190/8 192/13 220/24
220/25 221/2 230/4 245/4 278/13
bother [1] 214/5
bottle [2] 201/1 240/22
bottles [1] 200/25
bottom [3] 243/4 243/4 243/24
bought [20] 147/9 154/7 154/14 155/1
155/8 158/23 173/4 213/8 213/11 221/21
248/5 258/17 258/18 258/23 258/25
259/1 259/7 259/24 260/1 260/17
box [6] 211/7 211/11 212/20 213/17
213/17 217/24
boxes [3] 218/8 229/9 241/20
brand [6] 154/5 154/14 237/10 261/4
264/6 273/11
brand-new [2] 154/14 264/6
brands [1] 173/7
Brandyn [3] 172/1 174/11 174/14
bras [2] 256/8 256/15
Brazil [1] 195/23
bread [1] 172/7
break [4] 152/5 192/14 208/22 246/8
breakage [1] 240/12
Breck [1] 155/8
brittle [2] 230/20 231/2
brittleness [5] 169/9 169/23 205/19 230/4
230/18
broke [1] 154/3
broken [3] 217/7 217/8 229/7
broker [4] 196/11 236/25 258/23 260/5
broker's [1] 196/14
brokers [1] 196/18
Brookstone [1] 180/5
brought [6] 171/21 206/5 225/5 243/15
258/17 265/17
Brown [5] 140/4 142/6 146/10 148/7
161/19
Bryson [2] 135/22 135/22
bubbles [1] 240/13
build [7] 147/6 147/12 199/4 199/13
255/6 255/9 256/18
builder [9] 147/22 148/9 150/17 158/20
158/23 159/7 169/10 180/24 180/25
builders [2] 170/14 179/2
building [37] 136/4 141/6 147/15 148/3
158/25 167/6 167/9 167/22 167/23
181/13 181/23 182/5 182/5 185/19 192/7
194/17 195/3 195/10 199/1 199/7 199/9
209/24 226/10 236/15 236/19 237/5
237/6 237/23 239/8 239/9 247/18 247/22
256/24 260/16 265/22 265/23 271/13
builds [1] 199/6
built [10] 147/8 148/7 148/18 148/20
148/25 149/3 151/6 151/6 234/13 256/22
bullet [1] 215/10
bureau [2] 144/12 218/20
Burr [1] 136/4

**B** (cont.)

business [37] 178/13 189/2 190/13
196/20 198/7 198/11 199/23 201/4 201/5
201/5 201/7 201/8 201/19 204/22 211/5
211/14 211/14 212/6 213/5 213/14
213/25 215/12 215/20 223/13 226/5
229/22 232/22 236/7 236/10 236/11
236/20 257/2 257/4 264/3 264/9 264/11
265/4 275/13
businesses [3] 191/17 191/19 191/20
businessman [1] 224/11
businesspeople [2] 191/9 191/10
but [99] 138/9 138/14 145/14 146/21
148/19 149/24 150/5 150/6 151/5 151/19
151/23 152/14 153/24 155/12 155/17
158/24 160/12 160/19 161/1 161/3 164/6
164/9 165/4 174/11 174/20 181/1 187/8
189/13 192/8 194/10 195/5 195/20
197/25 203/3 203/22 204/10 204/21
204/22 208/9 208/16 212/21 213/20
214/7 214/10 214/19 214/22 215/6
219/10 220/4 221/14 223/23 224/7
225/16 226/7 228/4 228/5 228/11 228/23
229/7 229/22 232/16 234/20 235/16
236/20 237/18 238/8 240/5 240/20
240/22 243/25 246/21 250/5 250/21
250/23 251/20 251/24 253/22 254/14
255/14 255/17 256/7 257/16 259/21
260/3 260/11 262/22 264/17 267/2 267/8
269/15 270/11 271/10 272/1 272/10
272/14 273/17 274/1 274/5 274/13
butter [1] 172/7
buy [11] 153/25 154/12 154/14 155/2
155/13 170/11 186/6 200/21 255/13
255/14 255/16
buyer [3] 167/20 211/2 211/4
buyers [3] 206/1 210/9 232/8
buying [30] 146/19 170/8 171/19 186/3
201/1 204/5 205/23 210/16 210/16
210/17 210/18 210/19 211/3 214/14
214/16 214/17 217/14 229/15 234/6
234/7 235/14 247/14 247/16 247/23
259/16 259/19 259/20 260/5 260/11
264/15
buys [1] 200/17

**C**

C-H-I-N [1] 158/6
C-O-A-T-E-S [1] 188/12
California [3] 188/16 196/21 196/22
call [11] 141/16 165/17 166/12 166/16
166/17 174/14 188/5 197/4 208/3 213/9
264/7
called [19] 155/2 155/20 155/21 165/4
167/22 169/21 173/24 174/3 191/3 191/8
197/5 207/25 208/21 219/16 222/2 236/2
236/5 264/20 264/22
calls [1] 173/13
came [9] 144/3 150/22 157/22 170/5
181/4 184/13 186/6 219/10 236/4
can [48] 139/19 139/24 140/23 162/9
169/17 179/8 202/9 202/18 203/12
203/15 205/12 205/19 208/4 208/7 214/8
214/8 214/15 215/23 225/16 229/9
229/12 232/17 234/1 235/2 237/18
242/11 244/6 244/24 246/4 247/16
250/13 250/20 252/2 252/7 252/11
253/23 254/11 255/12 256/14 262/2
262/8 262/15 262/18 263/9 270/3 274/8
274/20 275/13
can't [22] 153/7 160/14 160/19 161/13
177/20 181/7 196/24 202/11 202/12
208/5 218/24 222/17 225/13 225/21
226/8 237/19 251/13 251/16 262/3 262/5

**C** (cont.)

275/18 275/20
cancer [3] 156/15 156/16 162/6
candle [1] 165/12
candles [1] 153/7
cannot [7] 153/9 161/11 228/18 230/15
252/5 252/9 262/17
capabilities [2] 212/10 256/13
capability [2] 218/12 256/25
capable [4] 251/17 252/17 252/23 253/2
carcinogens [1] 152/3
carcinoma [1] 156/17
care [3] 152/7 246/2 246/6
careful [1] 228/18
CARLINA [1] 136/6
Carnahan [1] 136/11
Carolina [1] 135/23
carpet [1] 151/18
Carrollton [1] 146/25
case [57] 138/9 146/23 157/11 160/1
160/3 182/3 184/11 188/19 191/12
193/18 198/7 198/9 198/16 198/20
198/23 203/11 203/24 205/11 209/9
210/20 216/19 217/6 218/11 219/4
220/20 221/6 221/18 222/13 223/17
223/18 225/4 226/18 226/24 228/20
230/3 231/9 231/17 237/9 237/13 238/24
241/9 243/14 245/9 245/12 246/17
247/25 250/1 250/6 250/11 251/10 260/3
260/20 261/13 261/14 269/1 278/3
279/15
cases [4] 135/7 216/8 218/14 221/25
Casey [1] 140/9
Catholic [3] 146/5 146/5 146/6
caught [2] 154/23 155/17 155/17 186/22
cause [2] 148/19 261/23
caused [10] 152/4 152/4 169/23 170/13
170/17 182/10 267/12 267/16 268/3
268/5
causing [2] 184/4 185/17
cautious [4] 231/6 232/8 268/18 268/21
CCR [3] 136/15 280/2 280/10
cell [1] 156/16
cells [1] 199/6
certain [8] 139/4 139/5 139/18 149/10
169/3 187/6 212/11 229/21
certainly [6] 163/20 212/17 220/22
222/25 248/18 268/8
certificate [9] 224/12 224/23 224/24
239/18 239/20 243/19 243/20 243/21
280/1
certificates [3] 241/21 242/9 245/7
certification [2] 248/15 253/22
certifications [1] 241/14
certified [2] 229/10 253/23
certify [1] 280/4
chain [21] 181/18 189/4 189/5 189/15
190/5 192/14 192/17 192/18 192/22
193/4 193/6 193/8 197/3 197/4 197/5
197/19 207/17 218/15 260/11 263/23
263/23
chain-related [1] 197/4
chains [1] 190/15
Chalmette [1] 155/22
chance [3] 138/14 156/18 161/11
change [5] 138/14 147/18 155/15 245/23
248/16
changed [4] 186/18 186/20 216/23
248/22
changes [6] 156/2 204/6 204/7 204/17
204/18 221/13
changing [4] 154/19 207/3 207/4 221/15
chapter [3] 254/10 265/20 265/21

C

chapters [1] 254/12
characteristics [2] 169/14 269/15
characterize [1] 221/16
charge [1] 145/3
charged [2] 187/3 187/10
Charles [3] 145/16 145/18 146/2
chart [4] 209/14 209/18 210/11 226/2
check [12] 213/6 213/7 214/11 215/3
216/8 216/10 217/4 223/15 229/20
229/20 231/21 235/12
checked [2] 213/17 217/17
checking [5] 214/5 215/6 215/7 218/6
231/19
checks [1] 213/9
chemical [7] 163/2 182/9 206/7 226/15
246/17 254/15 270/9
chemist [1] 274/25
chemistry [1] 201/15
chemo [1] 156/25
Cheryl [1] 140/14
Chevron [2] 200/1 200/2
Chico's [1] 200/22
child [2] 142/16 142/19
childhood [2] 146/21 146/22
children [2] 142/15 142/16
China [128] 139/17 139/21 140/1 140/6
140/11 140/16 158/7 190/12 190/12
190/13 190/14 190/15 190/18 190/19
190/20 190/24 191/1 191/3 191/15
191/18 191/24 192/3 194/3 194/23
195/11 195/13 195/19 195/22 196/1
196/2 197/11 197/12 197/14 197/16
197/17 199/21 199/24 200/3 200/8 200/9
200/12 200/25 202/15 202/20 202/22
203/3 203/6 203/13 203/16 203/23
203/25 204/2 204/6 204/7 204/16 204/18
204/23 205/23 205/24 209/12 210/7
210/12 212/5 218/21 219/16 219/24
220/14 221/3 221/8 221/14 221/21
221/23 222/17 224/11 225/5 225/14
227/25 228/9 228/11 229/6 229/13
229/14 230/2 232/3 232/25 233/8 234/2
234/8 236/1 237/3 238/8 239/2 239/4
239/5 239/7 240/14 243/18 248/7 248/21
250/16 251/1 251/11 252/21 253/1
254/18 254/24 255/24 255/25 255/25
256/14 256/19 256/25 257/14 258/7
261/2 263/19 264/4 264/8 264/10 265/4
265/13 266/9 275/15 277/13 278/3 278/6
278/8
CHINESE [114] 135/4 140/22 140/25
141/3 141/4 156/5 156/8 156/10 157/20
157/24 158/9 158/14 158/18 158/22
158/23 159/6 159/16 159/22 160/18
161/9 166/5 166/9 171/19 171/21 171/25
172/3 172/13 172/19 172/2 173/11
173/20 174/4 174/17 175/9 176/3 176/8
177/18 177/20 177/25 178/3 178/7
180/17 181/5 181/10 181/17 184/10
184/13 184/24 184/25 185/23 187/8
187/9 187/14 187/19 191/14 195/15
196/8 197/17 197/21 198/10 203/9
206/10 206/16 207/19 210/20 215/14
215/18 219/9 219/13 223/24 224/13
224/20 225/1 226/19 226/20 226/21
226/25 227/17 230/5 232/1 232/12 233/9
235/21 236/1 238/7 238/9 238/22 239/1
239/15 239/19 239/19 239/20 241/10
244/19 245/22 248/14 254/7 255/7
255/15 257/1 257/3 257/8 257/12 258/17
265/14 266/18 266/20 267/9 271/23

272/1 272/11 273/5 277/21 278/14
197/21 207/19
Chinese-owned [1] 239/19
choice [1] 204/22
choose [2] 147/25 211/21
chosen [2] 148/1 208/16
CHRISTOPHER [1] 135/19
Church [1] 146/7
cigarette [8] 152/3 152/4 152/18 165/5
165/7 165/8 165/11 165/14
cigarettes [1] 166/11
city [1] 148/15
claims [2] 159/21 160/1
clarification [1] 160/16
class [2] 197/7 250/21
classic [1] 200/15
Clay [4] 253/9 254/7 256/21 257/16
clean [2] 216/13 216/17
cleanliness [1] 223/8
clear [7] 162/25 172/2 180/14 181/5
182/15 220/23 242/24
clicked [1] 155/5
client [15] 193/25 194/1 195/2 199/5
199/9 199/11 199/21 205/22 206/5
215/13 216/3 218/14 229/25 242/7
278/24
clients [18] 189/5 197/15 197/16 199/4
199/19 199/20 199/23 200/6 201/21
213/9 215/24 218/23 222/21 227/16
229/1 238/15 256/24 269/21
clock [5] 153/20 153/22 153/23 153/25
154/1
clocks [1] 153/21
close [3] 153/10 236/16 245/10
closed [1] 167/18
clothing [2] 200/23
Coast [2] 190/1 274/11
coated [1] 156/3
Coates [19] 188/6 188/7 188/11 188/15
188/22 188/25 197/19 198/3 204/20
205/7 209/9 216/3 230/25 242/4 244/15
246/12 261/12 275/12 276/6
code [2] 141/5 141/7
codes [1] 227/24
Coe [1] 136/8
coils [5] 155/25 155/25 156/3 156/3
156/5
Coli [1] 237/19
college [3] 143/21 197/1 253/20
colleges [1] 196/23
combination [3] 190/6 266/11 266/15
come [18] 141/18 150/4 152/13 153/12
155/12 155/14 158/11 168/7 173/9
173/18 176/2 208/24 223/14 226/25
229/2 264/25 279/8 279/13
comes [8] 139/12 155/10 156/2 162/6
165/7 202/19 235/16 259/18
comfortable [1] 145/12
coming [2] 145/13 220/16
commence [1] 139/14
comments [1] 263/17
commercially [1] 196/16
commingling [1] 232/1
common [9] 165/13 181/13 194/1 195/6
210/23 211/6 228/9 229/17 243/18
commonly [2] 250/4 250/5
communicate [1] 171/4
communications [2] 145/23 145/25
Communist [2] 239/5 266/18
companies [20] 162/6 200/25 204/22
213/7 215/15 218/2 218/16 218/18
218/20 234/17 248/2 255/16 258/1 258/4

260/6 260/16 264/4 266/15 273/23 278/8
140/12 140/17 167/22 172/2 172/12
173/21 173/24 173/25 174/2 176/2 176/8
177/22 179/15 182/4 189/3 200/15
200/23 202/5 210/19 215/3 219/1 222/17
234/5 234/9 235/7 235/10 240/12 240/15
246/3 248/5 249/16 255/13 258/25
260/21 266/11 273/24 273/25 273/25
company's [1] 200/18
compare [1] 211/21
compared [1] 233/13
competitive [1] 276/15
competitor [1] 276/8
complain [5] 165/20 166/3 166/7 166/12
166/12
complaints [18] 169/9 169/13 183/8
183/20 183/23 184/1 184/4 184/9 185/8
185/11 185/12 185/14 185/17 185/20
185/21 230/3 231/1 267/8
complete [2] 164/18 193/6
completed [4] 206/25 242/14 242/15
242/23
completely [5] 234/9 234/17 244/21
267/7 272/7
complex [1] 223/2
compliance [1] 242/9
compliant [1] 241/22
complicated [2] 256/9 256/14
complied [1] 245/8
comply [2] 212/11 273/2
component [3] 192/25 210/18 278/20
components [1] 223/14
compound [1] 246/17
computer [2] 136/20 272/25
computer-aided [1] 136/20
computers [1] 154/6
concern [1] 240/15
concerned [3] 160/17 232/21 232/21
conclude [1] 277/21
concrete [1] 150/5
condition [1] 163/11
conditioner [1] 153/8
conditioners [1] 155/20
conditioning [1] 155/21
conditions [1] 222/11
conducted [4] 193/20 240/3 247/11
248/1
cone [1] 156/16
conference [4] 138/23 157/13 161/5
238/11
confirm [2] 157/19 158/14
confirmation [1] 157/22
confirmed [1] 158/18
connected [1] 224/25
Connecticut [1] 142/24
connection [2] 190/21 260/3
connections [1] 236/1
consider [3] 230/7 230/7 231/8
consideration [1] 264/16
considered [2] 141/14 256/22
consistent [1] 235/19
consolidated [1] 144/16
constantly [2] 147/10 196/2
construction [21] 146/12 146/16 146/17
146/18 147/13 147/22 147/24 148/4
148/5 149/2 149/12 149/21 149/22
150/21 151/17 199/10 201/9 201/19
201/22 202/6 202/10
consult [1] 189/4
consultant [4] 188/18 188/18 189/4
250/24
consulted [1] 278/13

**C**

consulting [6]  188/25 189/3 189/16 190/1 190/5 190/14
consumer [1]  237/2
contact [2]  170/7 273/3
contacted [4]  155/23 168/4 219/8 236/2
contacts [1]  211/15
container [1]  240/19
containers [3]  215/5 215/5 215/9
contemporaneous [2]  181/20 185/12
content [2]  247/12 262/20
contents [2]  247/7 277/8
context [1]  254/23
continue [4]  162/7 170/24 171/2 278/24
continued [3]  152/21 152/22 152/23
continuing [2]  170/10 233/16
contract [8]  178/16 213/22 213/23 257/17 257/18 257/19 257/21 257/22
contractor [2]  147/22 148/2
contracts [1]  257/11
control [2]  217/11 231/21
controlling [1]  239/17
controls [2]  214/6 231/15
convenience [1]  234/12
conversation [2]  171/25 181/4
conversations [5]  150/16 171/19 172/17 181/16 181/17
cop [1]  155/11
copper [4]  139/20 139/25 140/24 262/13
copy [2]  159/8 266/21
corner [6]  142/21 147/16 148/11 165/11 218/22 243/24
correct [91]  141/21 143/4 151/11 163/3 163/4 163/7 163/8 163/12 163/13 163/14 164/15 164/24 165/2 166/20 177/3 179/16 180/18 180/19 180/21 181/2 181/3 182/24 183/2 183/7 183/16 184/12 184/16 184/19 185/2 185/3 185/4 186/12 186/18 186/19 186/23 187/1 187/20 188/9 189/1 189/17 189/18 191/4 198/16 198/17 198/21 198/24 198/25 199/2 200/8 200/9 200/13 200/14 201/3 201/4 201/6 202/16 203/9 204/4 204/6 204/17 206/14 206/15 206/24 210/13 210/22 214/13 219/17 223/18 227/18 232/24 238/5 247/2 247/4 249/24 249/25 250/8 250/10 250/19 251/7 251/12 254/15 257/6 257/13 264/10 265/2 266/5 266/23 269/12 273/11 273/15 280/5
corrode [6]  139/20 139/25 140/24 262/13 263/11 274/11
corroded [1]  155/25
corrosion [3]  182/10 184/4 185/17
cosmetic [1]  240/18
cost [1]  173/2
could [50]  148/13 148/14 148/14 148/22 150/4 150/9 150/25 151/8 151/25 152/1 152/1 152/15 152/17 154/9 157/5 160/9 162/5 165/10 168/12 174/11 192/14 193/12 195/7 200/4 212/10 217/20 222/16 225/20 228/6 228/8 231/12 236/3 248/19 248/20 248/22 251/22 251/22 251/23 254/8 255/12 255/13 263/7 266/2 269/19 271/4 272/10 272/12 273/4 276/12 278/23
couldn't [6]  150/7 150/24 158/6 164/9 269/10 273/2
counsel [7]  139/12 157/14 204/9 241/2 275/23 277/16
counselor [1]  166/8
count [3]  218/7 223/15 240/5
counted [1]  215/5

counterparts [1]  229/21
countries [1]  228/5
country [3]  206/6 237/2 265/17
couple [6]  154/8 155/19 155/20 192/1 192/2 272/8
courses [9]  143/16 143/17 143/18 143/19 143/21 197/3 197/7 197/9 253/21
court [15]  135/1 136/15 138/3 139/11 157/10 160/16 162/5 208/24 227/6 230/11 230/13 279/19 280/2 280/3 280/11
courthouse [1]  145/24
courtroom [1]  279/12
cousin's [1]  144/7
cousins [2]  136/8 144/4
covered [3]  150/12 227/14 239/25
covers [1]  222/6
created [1]  152/10
credential [1]  196/22
credible [1]  208/12
credit [2]  234/10 234/14
criminal [2]  143/18 145/24
criteria [2]  226/13
critical [3]  245/11 245/15 245/16
Cronvich [1]  144/7
cross [8]  162/20 162/21 180/9 180/10 204/10 204/11 246/10 261/10
cross-examination [6]  162/21 180/10 204/10 204/11 246/10 261/10
cross-examine [1]  180/9
cultural [2]  233/16 233/19
culturally [1]  223/24
culture [6]  215/19 224/13 224/20 225/1 232/23 233/12
cultures [1]  224/22
currently [5]  145/15 146/8 167/6 190/17 196/23
custom [1]  151/6
customary [1]  168/19
customer [11]  193/3 232/4 232/10 267/6 267/7 267/22 267/25 268/23 271/8 271/25 273/3
customers [17]  170/17 172/10 173/11 173/20 176/7 177/24 185/8 185/9 185/14 190/7 197/14 200/22 231/22 232/11 268/13 271/14 272/11
customers' [3]  271/20 272/23 273/2
customs [5]  196/10 196/14 236/25 237/3 257/15
cut [3]  187/25 270/2 271/3
CV [1]  188/22

**D**

dad [1]  144/4
damaged [1]  216/23
damages [2]  157/8 157/16
Danbury [1]  142/25
DANIEL [1]  135/22
data [1]  238/4
date [10]  149/16 159/15 159/16 198/19 243/9 243/23 243/24 244/6 244/8 244/13
dated [3]  177/3 177/4 276/15
dates [1]  177/5
daughter [5]  142/6 143/3 147/15 148/1 152/8
daughter-in-law [3]  147/15 148/1 152/8
David [5]  135/15 140/14 176/20 177/14 179/4 180/4
day [15]  135/10 149/6 149/8 149/15 152/24 153/5 156/23 157/4 163/6 226/11 228/13 229/2 229/2 264/7 279/11
days [5]  143/24 151/3 151/19 152/16

256/14
256/14[?]
deal [10]  157/17 160/25 162/13 170/24 171/2 215/15 220/5 232/18 236/25 265/16
dealing [15]  182/8 183/20 212/8 215/14 220/13 221/21 221/23 233/25 235/12 240/14 246/3 255/10 256/3 256/5 266/14
dealings [3]  167/24 168/1 258/13
dealt [3]  234/18 252/2 252/4
December [2]  146/4 157/24
December 21 [1]  146/4
decide [2]  255/13 255/14
decided [3]  154/8 190/11 190/12
decision [1]  269/25
defecating [1]  157/2
defect [6]  142/18 163/2 182/9 184/25 246/16 254/15
defective [4]  141/3 160/19 252/14 252/18
defects [3]  194/6 240/11 240/16
defendants [2]  139/12 141/10
defendants' [1]  192/13
deficiencies [1]  276/22
deficiency [1]  276/20
definitely [1]  212/25
definition [1]  210/21
degree [2]  201/2 201/5
deliver [6]  213/11 213/12 213/12 213/13 213/23 249/13
delivered [5]  140/22 154/16 185/13 243/5 263/20
delivering [3]  185/9 213/22 242/19
Dells [1]  154/8
demonstration [1]  228/25
deodorant [1]  153/9
department [3]  196/15 218/7 272/20
depends [3]  254/16 257/2 270/25
deposed [2]  258/4 258/7
deposit [2]  146/12 149/11
deposition [4]  176/21 200/23 269/7 271/7
depositions [4]  258/8 258/12 272/17 272/19
describing [1]  193/16
design [2]  190/6 201/23
designated [2]  169/19 208/16
desktop [1]  154/7
despite [1]  174/16
destination [1]  231/21
Destrehan [1]  147/6
detail [2]  161/4 161/7
detective [2]  144/12 144/12
deteriorate [1]  155/4
determine [9]  194/5 194/8 207/23 208/10 213/10 217/21 226/15 250/15 251/9
determined [1]  177/16
develop [3]  192/20 255/12 264/18
developed [1]  192/19
developing [2]  228/12 255/15
development [2]  190/6 190/25
diagnose [2]  270/21 270/24
diagnosed [1]  156/15
did [137]  139/20 139/25 143/14 143/15 144/2 144/9 144/14 146/10 147/17 147/25 149/12 150/16 150/19 151/12 151/15 153/13 153/17 153/25 157/19 157/20 158/14 163/18 163/24 164/7 165/17 165/20 166/4 167/14 167/21 167/23 168/7 168/10 168/11 168/16 169/9 169/13 170/10 170/18 170/24 171/2 171/4 171/7 171/11 171/13 171/18 172/2 172/3 172/12 172/12 172/15 172/18 172/22 173/9 173/18 173/23 174/10 174/14 174/19 174/22 174/24

**D**

did... [77]  175/4 175/8 175/21 175/21
176/2 176/7 182/3 184/1 185/20 186/9
187/9 193/9 198/12 199/9 199/10 203/2
203/3 203/6 206/19 206/20 207/8 207/10
213/11 213/11 213/12 213/13 218/7
219/4 219/10 219/11 219/22 226/18
226/19 226/21 226/24 235/12 235/17
235/23 236/13 236/17 236/22 238/13
238/25 239/17 242/17 242/18 244/25
247/25 249/6 249/7 249/8 249/9 251/25
253/8 253/15 257/8 257/17 257/22
258/12 259/2 262/3 263/20 264/1 267/13
269/2 269/3 269/5 269/6 269/14 271/9
271/19 271/24 272/1 275/8 276/8 278/2
278/5
didn't [63]  148/19 148/23 151/3 155/5
156/1 163/21 163/23 164/1 164/6 164/23
166/3 168/13 170/12 170/20 171/8 172/6
173/8 175/23 183/23 183/23 184/20
185/8 185/20 186/6 187/14 203/3 203/6
206/23 219/13 219/14 234/9 235/22
236/20 238/8 245/16 248/10 249/6 249/8
249/12 249/13 249/13 251/24 253/15
253/15 254/1 254/20 257/18 257/19
258/9 259/10 260/14 263/25 265/4 269/1
269/9 269/11 271/5 271/8 271/19 272/1
272/4 272/14 277/3
died [1]  143/8
difference [13]  172/19 193/7 202/13
208/8 208/21 233/16 233/19 233/20
254/9 269/18 269/20 269/23 277/22
differences [8]  185/22 186/1 203/12
203/15 252/5 252/9 269/22 277/17
different [29]  153/21 187/2 187/10 192/2
197/5 202/18 209/22 211/16 212/6
212/17 215/19 215/19 215/20 223/25
230/19 232/22 233/12 233/13 234/9
234/17 234/17 243/21 244/21 247/17
251/21 259/13 259/13 268/7 269/16
difficult [3]  152/10 256/16 268/6
difficulty [1]  268/4
Diggs [4]  176/20 177/14 179/4 180/4
digital [1]  154/1
digress [1]  151/21
diligence [20]  209/11 210/4 212/23
219/21 222/5 222/5 227/14 229/13 230/8
231/1 231/10 231/13 231/18 235/11
235/19 245/9 259/18 260/14 277/12
277/14
dinner [1]  153/12
DIRE [1]  188/13
direct [5]  142/1 157/9 167/1 209/7
230/22
directed [1]  230/13
directly [4]  148/10 148/17 182/5 278/15
director [1]  145/18
dirty [1]  216/15
discipline [1]  201/8
disclosed [1]  248/9
discount [1]  272/7
discover [2]  175/8 248/11
discovered [3]  246/16 247/12 254/15
discovering [1]  278/10
discuss [1]  250/13
discussed [1]  238/14
discussing [1]  267/15
discussions [1]  152/14
disease [1]  156/19
dissipate [1]  153/10
distinction [1]  232/2
distinguishes [1]  193/14

distribute [1]  192/21
distributed [1]  192/21
distributing [2]  199/24 260/6
distribution [4]  189/7 190/3 193/3 195/1
distributor [9]  200/16 212/2 244/18
247/21 253/17 259/6 259/11 259/16
260/11
distributors [1]  257/5
DISTRICT [5]  135/1 135/2 135/11 280/3
280/3
do [167]
Docket [1]  135/4
document [5]  227/20 242/4 242/13
242/25 244/13
documents [9]  174/22 229/9 229/23
234/3 241/20 245/7 257/25 274/1 274/5
does [12]  192/16 195/10 196/13 202/5
220/24 222/23 223/10 245/22 256/11
264/19 266/11 278/21
doesn't [12]  153/4 155/12 175/12 218/25
223/6 224/1 235/1 242/17 243/6 266/7
268/23 270/2
doing [12]  162/24 162/24 170/20 172/8
196/8 197/14 213/24 231/18 231/20
231/23 234/10 265/4
dollars [1]  161/12
Dolorosa [1]  146/24
domestic [26]  168/15 171/15 172/19
172/24 173/1 175/5 175/7 175/8 175/16
175/18 175/20 177/22 179/15 185/23
186/11 186/14 186/21 186/24 187/3
232/1 234/5 245/20 247/15 252/6 252/10
266/12
don't [105]  149/16 153/3 160/12 169/24
174/20 174/20 175/1 180/15 183/13
186/4 186/5 187/6 187/8 187/12 187/13
188/2 193/15 193/23 195/4 195/5 200/4
201/9 201/12 201/15 201/18 201/23
202/1 202/9 203/10 203/11 203/22 205/1
205/18 205/21 206/3 216/4 218/23 225/9
227/7 228/13 233/3 234/1 234/13 235/16
239/11 241/2 241/3 244/14 246/22
246/24 247/5 247/9 247/13 247/17
248/12 250/12 251/2 254/14 254/16
257/6 257/18 257/21 257/24 258/14
258/14 258/14 258/20 260/23 260/23
261/5 261/6 261/8 261/16 261/17 262/19
262/24 263/5 263/8 263/12 264/2 265/23
267/9 267/11 268/14 268/14 268/20
268/24 269/2 269/15 270/1 270/5 270/8
270/11 270/25 271/11 273/8 273/17
273/22 274/12 274/22 275/23 278/4
278/7 279/15 279/16
done [28]  138/11 151/12 158/13 177/22
178/14 189/2 190/11 190/14 212/21
213/4 217/16 218/16 230/21 234/11
238/22 244/14 244/14 250/15 250/25
251/5 251/8 251/13 251/22 261/18 262/5
274/8 274/9 275/14
door [5]  152/14 161/21 246/4 275/7
275/8
doors [3]  153/10 154/21 217/5
doubt [1]  273/20
down [12]  146/12 148/22 149/11 149/11
158/5 158/5 183/10 192/15 211/6 217/7
217/8 243/25
downstairs [1]  158/8
Doyle [4]  136/15 280/2 280/10 280/10
Dozens [1]  193/23
Dr. [6]  192/13 193/7 193/9 195/5 222/2
238/2
Dr. Tompkins [6]  192/13 193/7 193/9

195/5 222/2 238/2
distribute [1]  192/21
260/21
driveway [1]  150/1 150/5
drop [1]  182/3
dropped [1]  143/6
dryer [1]  154/19
dryers [1]  154/14
drywall [218]
Ds [6]  222/2 222/3 222/3 222/4 277/11
277/11
due [20]  209/11 210/4 212/23 219/21
222/4 222/5 227/14 229/12 230/8 230/25
231/10 231/12 231/18 235/11 235/19
245/9 259/18 260/14 277/12 277/14
Dufrene [2]  167/6 167/12
dull [2]  168/14 183/10
dulled [1]  269/11
dulling [2]  183/7 183/19
duly [3]  141/20 166/19 188/8
DUPLANTIER [4]  136/5 232/16 265/6
276/7
Duplantier's [1]  194/15 240/8
duplicate [1]  243/19
during [20]  143/12 150/21 152/7 162/3
167/16 196/6 226/7 226/12 226/13
226/17 226/20 227/1 227/3 229/25
245/18 245/19 248/13 274/20 278/14
278/19
duties [2]  146/1 146/3
duty [2]  221/22 222/1
dwell [1]  235/15

**E**

E-D-W-A-R-D [1]  141/23
e-mail [2]  222/17 236/13
each [4]  160/20 193/5 234/9 234/12
earlier [3]  157/16 186/20 206/13
early [3]  145/8 145/13 145/14
EASTERN [2]  135/2 280/3
easy [1]  213/14
economy [1]  221/10
Ed [1]  140/3
education [5]  201/9 201/12 201/15
207/25 208/12
educational [2]  143/5 143/17
EDWARD [4]  141/19 141/23 142/20
142/20
effectively [1]  200/5
eight [1]  256/7
EISELEN [1]  136/6
either [10]  202/17 207/24 208/11 211/12
223/14 233/22 235/23 260/6 260/15
278/15
ELDON [1]  135/11
electronics [1]  209/24
element [1]  154/19
Elephant [14]  170/4 170/8 170/12 172/7
182/16 182/19 182/20 183/21 183/23
184/1 184/4 184/18 219/5 230/4
elevated [1]  277/12
else [12]  160/1 180/23 208/13 210/12
226/22 241/19 276/21
emits [2]  139/19 139/23
emitted [1]  140/23
employ [2]  202/5 250/12
employed [4]  144/6 145/15 167/5 167/6
employee [2]  171/4 173/10
employees [3]  249/10 258/13 272/19
enclosures [1]  199/13
end [10]  138/23 151/10 157/13 161/5
189/6 189/6 214/5 227/20 238/13 259/7
end-to-end [1]  189/6

**E**

ended [2] 177/24 272/11
energy [1] 154/15
enforcement [2] 143/18 144/3
engage [1] 194/1
engaged [2] 194/4 216/7
engineer [1] 252/15
engineering [3] 201/12 233/1 256/13
English [1] 229/10
enough [11] 146/20 147/4 153/7 153/9
154/12 158/7 214/25 222/19 222/20
270/24 270/25
ensued [1] 249/20
enter [1] 236/15
Entergy [5] 144/24 144/25 145/4 145/6
145/14
enterprise [2] 266/11 273/24
enterprises [6] 238/25 239/1 239/6
266/13 266/17 267/2
entire [3] 186/2 248/23 263/21
entirely [1] 235/20
entitled [2] 160/20 280/7
entity [1] 210/25
environment [7] 192/12 204/18 204/25
215/19 223/24 233/1 235/14
environments [2] 199/7 199/14
equates [1] 165/8
equipment [3] 217/4 217/7 223/8
equity [1] 161/12
ERP [1] 189/16
escorted [1] 228/23
especially [1] 265/14
ESQ [10] 135/16 135/19 135/19 135/22
136/1 136/5 136/5 136/6 136/9 136/12
essential [1] 278/18
essentially [5] 189/6 189/20 195/23
211/2 221/9
established [2] 239/6 255/17
Europe [1] 233/15
European [1] 191/19
evaluate [5] 194/2 194/4 194/5 194/7
195/8
even [15] 166/4 187/9 202/22 203/8
210/1 215/15 227/22 228/8 233/16
242/17 243/3 245/10 251/17 256/14
270/7
evening [1] 276/3
eventually [2] 145/7 278/23
ever [19] 147/8 149/13 150/16 153/5
156/6 165/17 165/20 175/21 178/3 182/8
182/13 205/22 206/5 206/9 215/11
215/14 229/24 240/15 263/3
every [7] 152/24 153/10 156/23 157/4
190/22 196/1 203/25
everybody [2] 228/4 271/10
everyone [2] 255/3 255/4
everything [8] 147/8 151/4 156/19
182/16 226/7 242/25 274/8 275/14
everywhere [1] 216/15
evidence [32] 138/11 139/1 139/1 139/2
139/8 159/10 161/22 178/18 207/23
219/4 226/18 226/24 227/5 227/5 227/6
231/23 235/22 236/13 238/24 243/7
243/14 244/16 246/14 246/18 246/19
247/6 247/10 248/3 248/12 252/19
254/14 263/6
exact [1] 144/1
exactly [9] 176/5 200/4 210/14 224/17
225/24 225/25 258/14 259/12 261/17
examination [12] 142/1 162/21 166/1
167/1 180/10 187/22 204/10 204/11
209/7 246/10 261/10 276/4

examine [2] 180/9 218/9
examined [2] 165/22 235/22
example [4] 199/5 199/25 225/3 264/12
examples [1] 271/10
exception [2] 237/15 237/17
excess [3] 270/3 274/10 275/15
excluded [1] 227/5
Excuse [2] 242/2 262/1
excused [3] 166/15 188/4 279/6
Exhibit [12] 159/4 159/11 161/17 161/23
178/19 178/21 178/23 178/25 179/2
188/23 242/5 276/12
exist [2] 152/21 255/25
existed [4] 171/16 186/1 186/4 263/9
existence [1] 139/7
existing [1] 146/19
exit [1] 217/5
expand [1] 197/15
expanding [1] 190/24
expect [7] 206/1 217/21 231/20 232/7
233/7 235/10 271/16
expectations [1] 196/4
expected [4] 213/13 213/14 218/8
218/11
expensive [3] 154/4 266/16 267/2
experience [37] 168/19 168/22 169/8
169/12 184/7 187/24 189/15 190/17
194/16 196/25 198/21 198/23 199/1
201/18 201/22 201/23 202/1 204/17
206/5 207/25 208/12 210/5 212/13 213/3
213/10 213/16 214/15 220/13 221/12
230/9 233/2 246/22 247/20 249/23 252/1
275/13 277/13
experiences [1] 138/9
expert [26] 169/20 169/22 188/19 191/21
192/13 193/18 194/13 197/19 197/20
202/18 203/19 207/18 207/24 207/25
208/6 208/7 208/15 208/21 209/9 209/21
223/3 235/1 250/24 274/24 277/11
277/21
expertise [6] 169/16 197/20 207/18
230/21 244/15 264/3
experts [3] 207/20 262/19 274/23
explain [5] 161/8 162/5 168/12 172/12
189/19
explanation [1] 219/11
export [5] 239/12 266/8 266/11 267/1
267/5
exporting [1] 197/9
exposed [1] 149/24
expressed [2] 268/10 279/17
extended [1] 155/1
extensive [1] 184/7
extent [2] 272/22 277/5
Exterior [90] 136/4 158/20 158/21 158/24
159/5 159/11 159/16 165/17 166/3 166/4
166/12 167/24 168/5 168/7 170/3 170/7
170/18 170/25 171/19 171/24 172/17
172/20 173/5 173/6 173/10 173/20 175/5
176/4 176/22 177/2 177/17 177/19 178/1
178/8 178/20 178/22 178/24 179/1 179/3
179/19 179/24 180/4 182/4 183/17
184/14 184/24 185/7 185/9 185/14 186/3
186/13 200/16 218/11 219/4 219/12
219/21 226/19 226/24 229/9 230/9 231/3
231/10 231/13 232/12 233/22 233/24
235/20 240/11 242/7 242/24 243/16
244/17 245/3 245/12 245/21 246/15
247/10 248/6 248/19 257/11 257/20
257/22 258/13 258/18 259/5 259/15
259/25 260/22 261/19 278/12
Exterior's [3] 237/14 244/9 245/6
extinguishers [1] 217/5

extra [8] 231/6 232/21 233/5 235/10
241/2 241/6 256/16
ExxonMobil [1] 200/1
eye [3] 155/17 163/21 163/22

**F**

F-U-C-H-S [1] 142/13
face [1] 214/9
facilities [2] 195/15 278/14
facility [1] 256/19
fact [31] 139/7 139/9 151/25 173/10
173/19 175/6 175/8 177/17 178/6 204/19
207/10 207/22 207/23 226/18 231/25
235/1 247/11 248/4 248/25 251/10
254/17 254/20 255/11 255/22 257/11
261/22 263/25 267/8 269/1 272/4 272/7
factories [6] 226/4 227/17 239/10 267/1
267/1 267/5
factory [11] 211/12 216/24 216/25
217/18 217/19 219/9 219/10 226/9
226/16 239/23 278/13
facts [2] 139/4 141/14
factually [2] 244/17 245/3
failed [2] 244/17 245/3
fair [1] 193/17
faith [1] 224/25
FALLON [1] 135/11
familiar [5] 205/7 205/9 238/25 240/16
262/19
family [3] 156/21 161/9 233/25
famous [1] 225/4
fan [1] 153/9
far [7] 175/12 186/8 202/8 202/9 241/23
271/15 277/25
fast [1] 269/10
faster [1] 168/15
favorite [2] 193/10 193/11
fax [3] 243/24 244/6 244/8
faxed [1] 175/1
FCRR [3] 136/15 280/2 280/10
February [4] 167/17 243/10 243/12
244/11
February 16 [1] 243/10
February 2006 [1] 244/11
feed [1] 152/1
feeding [1] 157/2
feel [2] 208/11 208/13
feeling [1] 157/1
feet [2] 147/20 147/21
fell [1] 158/5
few [12] 151/3 182/1 197/23 197/25
213/7 217/13 217/20 218/18 219/22
220/21 249/21 266/2
field [9] 169/16 201/10 201/13 201/15
202/6 208/16 208/16 237/20 274/24
fifth [1] 146/24
fighting [1] 156/19
figure [1] 272/12
figured [1] 153/24
filed [1] 249/15
fill [1] 243/1
final [3] 193/3 229/5 244/2
finally [6] 162/2 180/2 197/11 245/20
273/13 278/10
finance [1] 189/14
find [19] 173/23 174/7 174/10 174/24
175/4 175/21 176/7 211/10 211/12
211/18 229/3 232/17 235/13 236/3
237/22 268/21 268/24 269/20 271/16
finding [1] 191/12
findings [1] 227/21
fine [4] 162/24 163/25 193/15 275/19
fingerprinted [1] 144/21

**F**

finish [4] 209/6 270/15 270/18 276/2
finished [2] 246/9 277/6
fire [3] 154/23 217/5 217/6
firm [2] 136/1 190/1
first [24] 149/5 149/13 149/15 156/6
157/20 157/23 163/6 165/1 182/13
186/10 192/23 194/19 198/20 211/8
211/9 212/22 215/10 216/12 219/12
221/5 221/7 233/23 242/12 258/20
firsthand [2] 222/10 222/23
fish [1] 156/12
fit [2] 141/1 223/5
five [8] 145/5 151/19 155/13 193/8
193/12 202/8 207/1 263/1
five-part [1] 193/12
fix [1] 194/8
fixed [2] 155/2 155/23
fixture [1] 154/20
flag [28] 182/18 231/15 231/17 232/4
232/5 232/10 232/14 232/22 233/21
233/21 235/15 236/22 238/21 239/16
239/22 240/1 240/2 241/9 241/14 242/13
244/2 244/2 266/5 267/6 269/17 269/18
270/3 271/3
flagged [2] 171/9 175/2
flags [11] 231/4 231/9 231/13 259/4
261/25 266/1 267/10 267/12 267/15
268/2 273/9
flip [1] 165/9
floor [3] 136/6 148/18 164/3
flooring [1] 194/21
flown [1] 248/20
Fly [1] 258/23
focus [3] 190/13 221/15 260/20
focused [2] 189/13 260/4
folks [4] 143/2 160/17 209/5 279/10
follow [4] 244/25 253/17 259/20 259/22
followed [1] 254/8
following [5] 138/3 138/7 157/7 160/11
253/2
follows [4] 139/16 141/20 166/19 188/8
foot [1] 183/4
footage [1] 147/19
forecasting [1] 189/7
foregoing [1] 280/4
foreign [1] 266/2
foremost [1] 221/7
forklifts [1] 217/8
form [2] 162/15 208/1
formal [1] 249/13
forms [1] 193/6
formulaic [1] 265/2
forth [6] 152/15 218/25 228/9 237/8
256/17 274/3
fortunate [3] 146/20 147/4 149/7
fortunately [2] 154/11 154/25
forward [1] 141/18
forwarder [2] 223/4 240/4
forwarders [1] 252/3
forwarding [1] 215/2
found [10] 155/22 176/5 212/3 236/6
262/4 262/7 274/9 274/12 274/13 275/14
foundation [2] 169/15 241/5
four [15] 147/7 148/21 151/19 154/3
177/2 177/10 190/9 193/8 193/12 194/20
199/6 222/3 238/7 240/11 277/11
four-step [1] 193/8
fox [1] 239/21
freezer [2] 154/16 154/20
freight [6] 189/22 215/2 223/4 236/2
240/4 252/3

French [1] 154/21
Friday [1] 270/15
friend [2] 143/8 211/13
friend's [1] 143/8
friends [2] 150/3 233/10
front [5] 154/1 154/15 161/21 194/8
266/21
fronts [2] 212/6 212/6
froze [2] 155/19 155/20
fruition [1] 219/10
fry [1] 156/13
Fuchs [1] 142/13
full [5] 141/21 156/25 166/20 188/9
242/11
fully [1] 252/23
funny [1] 199/3
further [9] 138/19 180/8 188/3 204/14
212/23 225/16 243/10 261/8 261/9

**G**

Gainsburgh [1] 135/15
Galloway [1] 136/4
garbage [2] 216/15 216/16
gas [2] 183/24 274/11
gases [5] 139/19 139/24 140/23 206/10
262/12
gassed [2] 163/2 182/10
gassing [3] 183/24 184/20 277/20
Gatos [1] 188/16
gave [4] 138/8 158/21 229/23 259/23
Geary [1] 236/14
Gearys [2] 257/3 257/4
Gearys' [1] 272/17
GED [1] 143/14
Geek [1] 155/2
general [5] 167/8 189/13 191/10 200/21
211/17
generalize [1] 228/19
generally [4] 191/6 212/12 220/4 266/19
generic [1] 210/15
gentleman [1] 236/1
GEORGE [2] 135/19 141/24
GERALD [1] 135/16
get [26] 143/14 147/4 148/23 149/10
150/7 150/24 151/2 151/3 153/3 154/9
155/9 157/3 164/9 177/5 182/25 209/5
218/7 218/16 224/4 224/21 225/2 226/11
236/19 257/14 264/25 269/11
getting [7] 222/6 225/22 233/7 239/3
242/25 255/16 275/6
girl [1] 155/7
give [14] 190/20 191/10 208/17 211/15
224/1 224/12 224/14 227/3 227/16 243/7
248/15 259/14 261/6 271/10
given [10] 139/5 156/9 156/17 170/2
195/14 202/7 230/8 238/12 238/15
277/20
giving [3] 191/24 215/12 233/17
glass [2] 200/25 201/1
global [17] 188/18 189/4 190/5 190/15
192/14 192/16 194/24 195/17 197/19
204/24 207/17 218/20 218/21 219/1
239/13 252/3 253/12
go [61] 150/17 151/3 151/4 153/7 153/25
154/9 161/1 161/4 175/21 175/23 192/9
192/20 193/11 194/7 199/17 203/3 203/6
203/25 206/23 207/5 207/8 207/10
207/11 210/9 212/23 214/17 215/4
215/16 215/23 215/23 215/24 215/25
216/3 216/8 216/10 216/12 218/23
222/14 222/22 222/21 223/24 224/11
225/16 225/19 226/6 227/17 229/1 229/1
230/13 233/9 238/9 242/11 244/2 245/16

246/8 247/23 249/21 254/24 266/2
God [1] 154/22
goes [2] 158/2 228/4
goggles [1] 228/8
going [55] 148/4 149/10 149/14 151/1
151/21 152/13 152/15 155/9 155/12
160/21 161/7 164/20 165/12 166/6
167/13 175/11 184/8 185/7 196/4 196/5
200/12 204/9 204/9 208/15 211/3 214/5
214/22 214/22 216/4 216/9 219/25 222/1
222/7 222/15 223/12 224/1 224/14
224/21 225/2 226/11 229/16 230/12
232/15 232/21 240/10 242/25 247/19
250/22 255/6 255/25 261/23 262/12
267/16 276/24 277/25
Gold [8] 177/21 177/21 177/22 179/10
179/14 179/21 180/1 180/6
gone [7] 180/16 193/24 206/13 246/15
246/19 248/19 248/21
good [22] 138/22 142/3 142/4 151/7
157/1 162/23 162/25 167/3 180/12
180/13 192/9 198/5 214/25 217/1 217/12
222/19 222/20 229/8 229/18 233/11
271/16 273/22
goods [3] 205/23 205/23 266/8
got [17] 143/9 152/13 153/21 156/5
160/22 175/16 176/3 196/14 223/21
229/9 232/16 237/21 237/24 256/6 264/7
268/12 268/13
gotten [4] 153/2 176/8 201/20 272/13
government [11] 228/12 238/21 238/22
239/1 239/5 239/16 239/19 239/20 266/4
266/7 266/18
government-owned [4] 238/21 239/1
266/4 266/7
grabbed [1] 158/1
grade [2] 143/6 146/24
graduate [2] 145/9 189/21
graduated [2] 145/9 145/11
granddaughters [1] 142/25
grandkids [1] 148/16
grandma's [1] 148/15
grandson [2] 149/8 151/24
grandsons [4] 147/15 148/20 148/22
152/12
grapevine [1] 185/19
GRAU [1] 136/5
great [6] 161/7 222/18 222/18 222/19
223/23 269/24
green [1] 212/20
Gross [1] 140/14
ground [1] 196/2
grounds [1] 138/10
group [2] 190/4 273/23
grow [1] 162/7
grown [1] 237/20
growth [1] 239/11
guanxi [9] 255/8 255/9 255/12 255/14
264/13 264/14 264/17
guess [5] 143/25 195/7 231/6 236/6
272/3
guide [1] 264/23
guidelines [2] 191/11 229/6
Gulf [1] 274/11
guy [2] 148/12 155/21
guys [1] 156/4
gypsum [29] 168/23 193/18 194/13
201/23 202/2 202/13 202/14 202/19
202/20 202/21 202/24 203/13 203/17
203/18 210/1 216/20 220/25 223/17
223/18 236/21 240/25 246/22 247/3
247/6 247/7 248/5 261/24 267/7 278/22

## H

Habitat [13]  140/8 258/16 258/22 259/5
259/8 259/19 259/24 260/2 260/5 260/8
260/10 278/2 278/2
had [142]  138/13 141/3 143/16 144/24
145/6 145/9 145/11 145/20 147/8 147/9
147/10 148/1 148/2 148/6 148/9 148/17
149/5 149/7 150/2 151/3 151/5 151/6
153/15 153/15 153/20 153/24 154/2
154/5 154/6 154/8 154/10 154/16 154/24
155/11 155/19 156/12 156/15 156/19
156/19 156/22 157/24 158/12 158/13
158/14 158/19 161/15 163/2 163/5
163/16 164/4 164/4 166/4 171/21 171/21
171/22 171/22 171/24 172/6 172/17
173/10 173/20 173/24 174/3 174/4 174/4
174/12 174/17 175/5 175/8 176/4 176/8
178/7 178/11 181/16 181/18 182/8
182/13 182/22 183/12 184/18 184/24
186/22 187/15 190/11 190/12 192/2
194/16 194/24 195/20 195/22 195/25
196/1 198/20 198/23 199/1 199/18
199/22 205/22 206/5 217/5 218/19 219/7
221/12 225/5 231/5 232/6 234/3 234/5
235/25 236/1 237/15 238/10 239/16
246/14 246/19 247/10 248/7 248/9
249/14 249/15 250/1 250/6 254/11
258/13 258/22 259/24 259/24 259/25
262/4 263/3 263/4 269/7 269/15 271/2
271/25 272/4 273/10 274/8 275/13
275/15 278/12 278/22
hadn't [1]  206/13
hair [1]  152/2
half [2]  174/25 190/19
half-inch [1]  174/25
hand [3]  180/21 211/7 243/24
handed [1]  177/2
handle [2]  264/3 268/6
handshake [1]  178/14
hang [4]  168/14 183/1 183/6 269/10
hangers [6]  168/13 168/16 169/11
182/22 182/25 183/12
hanging [1]  268/4
happen [2]  153/4 263/7
happened [2]  231/5 264/2
happening [2]  221/16 268/17
happens [3]  193/11 224/17 256/15
happily [1]  142/11
happy [1]  151/8
hard [5]  168/13 183/9 187/24 271/3
279/10
hardness [1]  168/22
has [43]  141/5 147/1 147/1 147/2 151/24
152/19 152/23 169/16 169/19
182/16 191/7 192/18 193/7 205/25 210/5
213/16 216/25 220/1 221/5 221/8 221/17
224/2 227/5 227/7 229/9 230/11 230/13
237/6 237/7 240/12 240/23 240/24 241/4
242/13 242/14 244/20 257/14 259/19
264/7 264/9 271/10 271/25
have [326]
haven't [7]  138/13 160/14 202/21 202/24
204/2 251/13 274/15
having [15]  141/20 148/7 151/20 162/8
166/19 177/25 180/16 181/17 188/8
194/6 199/20 200/7 260/2 271/14 273/10
Hay [1]  140/15
Hay Place [1]  140/15
hazardous [1]  228/7
HB [1]  136/15
HB-406 [1]  136/15
he [52]  142/20 142/22 142/23 142/24
148/3 148/4 148/5 155/22 155/23 156/2
156/3 156/4 158/24 159/25 160/7 162/18
162/16 169/10 169/17 169/17 169/19
169/21 170/20 171/11 171/13 172/15
172/16 174/6 174/19 175/12 175/22
175/12 175/13 193/11 193/14 194/16
204/12 208/4 227/6 230/12 236/1 238/6
240/10 269/4 271/25 272/1 272/2 272/10
272/14 272/16 275/7 277/2
he's [1]  204/9
head [2]  205/18 205/21
headaches [1]  153/3
headquartered [1]  194/22
hear [10]  139/1 141/15 146/21 183/20
183/23 185/20 253/16 269/3 269/5 275/9
heard [19]  138/24 180/23 181/18 182/9
182/13 184/8 184/10 187/18 206/9 208/4
258/20 258/25 263/3 265/6 268/4 271/21
271/24 271/24 271/25
hearsay [1]  173/13
heated [1]  152/14
heavier [1]  270/2
heaviness [3]  169/9 183/19 230/4
heavy [7]  168/13 182/23 183/5 231/2
269/10 270/8 271/3
held [5]  138/3 138/7 157/7 160/11
275/25
help [4]  190/25 194/7 225/3 264/8
helped [1]  254/12 254/13
helpful [1]  209/15
helping [2]  196/3 197/14
henhouse [1]  239/21
her [19]  142/13 147/11 147/12 152/2
152/12 156/23 156/24 197/24 197/25
230/16 230/21 244/20 244/21 270/15
270/16 270/18 275/3 275/4 276/25
here [24]  149/2 149/4 156/23 162/2
162/17 200/1 210/11 210/23 212/14
216/1 219/20 220/22 221/22 232/24
234/21 238/1 239/16 240/7 243/9 243/15
244/5 252/17 274/25 279/10
hereby [1]  280/4
herein [2]  139/12 139/14
Hewlett [1]  189/21 189/23
Hewlett-Packard [2]  189/21 189/23
Hi [1]  246/12
high [4]  143/6 143/7 235/19 252/20
high-tech [1]  252/20
higher [2]  172/25 173/1
highest [1]  266/13
highlighted [1]  243/25
highly [1]  256/13
him [13]  152/4 152/6 155/23 157/9 169/1
170/12 171/7 171/8 174/5 174/16 230/13
238/8 240/10
hired [7]  144/19 198/7 198/11 198/20
198/23 250/6 250/24
his [14]  142/20 142/24 152/4 169/10
204/10 230/22 238/2 238/4 238/6 249/3
249/11 269/5 269/7 269/9
history [13]  232/7 232/20 234/14 234/20
236/7 236/18 236/20 254/18 254/20
254/23 258/1 268/12 271/2
hit [1]  198/4
hitchhiker's [1]  264/23
home [22]  143/2 144/3 146/10 146/16
147/6 147/8 147/9 147/13 148/6 149/2
149/15 150/23 151/19 154/13 156/7
156/21 158/19 158/25 159/7 159/19
165/18 209/6
Homeland [1]  196/18
homeowners [1]  188/20
homes [32]  139/19 139/19 139/23
139/24 140/23 140/25 148/9 175/22
176/19 176/22 177/6 177/9 177/12
178/20 178/23 178/25 180/15 180/16
180/17 181/5 181/16 181/21 182/1
184/5 187/7 187/18 259/15
homework [3]  214/10 216/9 217/16
homicide [1]  144/13
Honor [38]  138/5 141/9 141/11 141/12
141/16 151/21 157/5 159/2 159/10
159/25 160/9 161/15 162/10 168/24
169/15 173/13 176/24 178/18 188/3
197/18 197/23 204/8 205/2 205/4 207/13
219/25 225/6 227/4 234/22 240/23 261/6
270/14 270/17 275/2 275/3 276/24
277/23 279/2
HONORABLE [1]  135/11
hooked [1]  149/25
hopefully [1]  217/18
hotel [1]  256/4
hour [1]  198/14
hourly [1]  198/13
hours [3]  261/15 261/16 262/10
house [55]  146/19 147/15 147/17 147/19
147/23 148/14 148/14 148/15 148/17
148/20 148/20 148/24 149/14 149/14
149/17 149/19 150/18 150/21 151/4
151/10 151/15 152/9 152/12 152/17
152/21 152/25 153/5 153/14 153/19
154/17 157/21 157/24 160/6 160/14
160/18 161/9 161/11 161/12 161/16
164/1 164/10 164/14 164/18 164/18
164/20 165/2 165/6 165/21 262/16
houses [4]  148/21 168/3 174/5 274/10
Houston [1]  136/10
how [48]  142/8 142/10 143/23 147/17
155/18 157/19 162/23 162/24 167/12
173/23 174/7 174/12 175/14 176/5 176/6
176/12 186/4 190/20 193/22 194/8
195/19 196/25 198/18 200/4 202/17
203/13 211/10 212/3 213/4 214/21 215/5
215/9 216/14 216/21 216/21 216/22
225/25 261/3 262/3 224/1 240/19
240/21 256/11 261/13 261/15 265/7
265/9 265/16
HP [1]  154/9
huh [2]  200/24 243/13
human [1]  145/23
Humanity [3]  140/8 258/16 259/19
hundred [3]  161/12 209/5 261/16
hung [3]  150/14 163/14 163/18
Hurricane [2]  171/16 185/6

## I

I'll [3]  173/15 230/23 243/18
I'm [77]  144/3 145/16 145/22 146/15
148/12 149/17 151/21 153/4 154/11
155/11 157/9 160/17 160/21 162/8 167/6
169/2 170/6 174/3 177/5 182/15 186/6
187/11 188/18 189/4 194/15 196/20
196/23 196/24 199/17 202/17 202/17
203/10 203/18 205/18 206/19 206/22
207/4 208/15 214/22 214/22 219/25
223/3 224/14 225/17 226/22 226/22
226/23 226/24 238/25 240/10 241/4
241/12 241/12 245/14 247/24 247/19
248/3 249/19 250/22 251/20 252/15
255/6 255/14 257/24 257/25 258/21
262/2 262/19 262/22 268/9 271/24
277/6
I've [9]  142/11 143/9 158/7 189/20

I
I've... [5] 190/23 199/15 203/24 205/11 252/2
idea [4] 153/15 190/20 202/13 213/2
identified [4] 219/19 274/2 274/5 274/15
identify [6] 176/3 178/17 242/17 245/11 263/9 274/18
if [96] 154/9 156/4 156/23 159/5 160/19 165/12 165/12 166/6 169/4 169/8 169/12 169/17 170/10 171/21 173/8 174/4 174/12 175/1 177/20 178/3 183/5 187/9 194/5 207/21 208/11 210/1 214/4 215/23 223/25 224/7 224/11 224/22 225/11 225/9 225/20 226/10 226/15 227/2 229/23 230/7 231/4 231/7 231/18 232/6 232/8 232/20 235/16 236/3 237/17 237/19 237/20 237/23 238/15 240/19 242/7 244/14 245/11 245/20 246/8 246/19 247/10 252/15 254/11 256/3 257/24 260/5 260/23 261/6 262/4 262/15 262/20 269/23 270/1 270/18 273/2 273/3 273/14 273/16 273/17 274/8 275/13 275/18 276/7 276/25 278/22
III [2] 141/19 141/24
illustrate [2] 209/15 225/21
illustrates [1] 209/14
illustration [1] 225/16
immature [1] 232/25
immediately [2] 151/17 156/10
implementation [2] 190/8 190/10
implementations [1] 189/8
implies [1] 224/23
import [10] 171/23 172/23 175/2 178/12 182/15 183/13 186/7 196/16 197/17 217/23
important [21] 147/14 208/14 209/21 212/5 213/6 216/14 217/3 220/22 222/5 222/12 224/9 227/15 231/9 231/16 245/11 246/13 264/16 264/17 265/4 265/5 270/21
imported [16] 168/8 168/10 170/3 170/11 171/5 171/8 171/9 174/16 184/9 186/10 186/14 231/2 232/12 268/3 270/1
importer [2] 259/17 259/17
importers [4] 196/17 196/19 200/21 200/22
importing [5] 197/9 215/16 231/7 232/9 236/25
impressed [2] 148/5 148/8
impression [1] 172/15
in [576]
Inc [2] 140/8 190/4
inch [1] 174/25
include [5] 197/3 220/24 223/10 226/14 228/14
included [1] 190/2
including [2] 191/24 254/23
incomplete [1] 242/22
inconsistently [1] 228/17
independent [1] 248/1
Indiana [1] 234/4
Indianapolis [1] 210/8
indicate [1] 263/21
indicated [1] 186/20
indicates [2] 261/19 268/7
indicator [4] 216/14 217/3 268/16 268/19
indicators [2] 217/9 234/16
individuals [1] 139/20
Indonesian [1] 219/8
industrial [5] 143/20 211/2 211/4 214/14
229/15
industrialized [1] 263/4
industries [1] 199/19
industry [17] 167/10 181/14 181/23 184/8 185/19 211/13 212/13 214/7 229/20 236/16 244/17 244/21 245/1 247/22 253/12 253/17 271/13
inescapable [1] 255/20
InEx [29] 139/12 139/13 139/18 139/23 140/2 140/7 140/12 140/17 160/24 175/1 176/8 218/19 231/22 235/24 258/25 259/2 259/11 260/12 260/20 262/11 263/20 267/13 269/1 271/19 272/19 273/20 274/1 274/8 275/13
InEx's [2] 160/22 272/22
influence [2] 162/14 245/22
information [19] 162/13 172/18 172/22 180/20 202/15 203/22 212/9 212/16 212/18 220/12 229/19 238/12 238/20 248/16 249/11 253/21 258/21 260/2 271/1
infrastructure [2] 239/8 239/11
initial [1] 141/24
initially [2] 144/15 154/10
injuries [3] 157/11 157/16 162/14
Inland [1] 177/23
inside [1] 199/7 199/13
insistence [1] 245/6
insofar [1] 169/13
inspect [3] 164/14 216/4 227/1
inspection [10] 157/22 158/12 158/13 158/14 164/13 218/10 219/5 219/9 223/13 227/3
inspections [2] 151/12 226/17
installed [12] 139/18 139/23 140/3 140/9 140/13 140/18 140/22 140/25 150/12 159/7 159/18 159/19
installers [3] 168/16 168/19 269/9
instances [1] 183/12
instead [1] 273/10
Institute [1] 253/19
insulation [7] 158/3 158/4 158/5 158/5 233/25 234/4 234/20
Insurance [2] 139/6 136/12
insurer [1] 139/13
intended [2] 141/1 191/9
interactive [1] 193/5
interacts [1] 193/5
interest [1] 239/17
interested [5] 151/1 184/14 190/12 225/17 225/17
Interior [93] 136/4 158/20 158/21 158/24 159/5 159/11 159/16 165/17 166/3 166/4 166/12 167/24 168/5 168/7 170/3 170/7 170/18 170/25 171/19 171/24 172/17 172/20 173/5 173/6 173/10 173/20 175/5 176/4 176/22 177/2 177/17 177/19 177/11 178/8 178/20 178/22 178/24 179/1 179/3 179/19 179/24 180/4 182/4 184/14 184/24 185/7 185/9 185/14 186/3 186/13 200/16 218/11 219/4 219/12 219/21 226/19 226/24 229/9 230/9 231/3 231/10 231/16 232/12 233/22 233/24 235/20 237/14 244/9 244/17 245/2 243/16 244/9 244/17 245/3 245/6 245/12 245/21 246/15 247/10 248/6 248/19 257/11 257/20 257/22 258/13 258/18 259/5 259/15 259/25 260/22 261/19 278/12
Interior Exterior [87] 158/20 158/21 158/24 159/5 159/11 159/16 165/17 166/3 166/4 166/12 167/24 168/5 168/7 170/18 170/25 171/19 171/24 172/17
172/20 173/5 173/6 173/10 173/20 175/5 176/4 176/22 177/2 177/17 177/19 178/1 178/8 178/20 178/22 178/24 179/1 179/3 179/19 179/24 180/4 182/4 183/7 184/14 184/24 185/7 185/9 185/14 186/3 186/13 200/16 218/11 219/4 219/12 219/21 226/19 226/24 229/9 230/9 231/3 231/10 231/16 232/12 233/22 233/24 235/20 240/1 242/6 242/7 242/24 243/16 244/1 244/5 245/12 246/15 247/10 248/6 248/19 257/1 257/20 257/22 258/13 258/18 259/5 259/15 259/25 260/22 261/19 278/12
Interior Exterior's [3] 237/14 244/9 245/6
internally [1] 239/7
international [3] 141/5 218/25 266/14
Internet [5] 211/12 236/6 250/20 250/23 279/16
interpret [1] 276/25
interpretation [2] 224/5 229/6
interpreted [2] 224/13 224/18
interview [1] 149/4
interviewed [1] 149/9
interviews [1] 149/6
into [40] 144/25 149/13 149/15 150/17 151/10 151/15 151/19 152/9 152/13 152/17 153/19 154/14 154/17 156/19 159/10 161/1 161/4 161/7 161/22 163/1 163/9 165/2 178/18 192/9 193/24 196/16 197/16 206/6 221/20 230/12 230/13 236/15 236/19 236/25 245/20 259/18 262/16 265/17 272/25 274/10
introduced [1] 235/7
inventory [1] 216/21
investigate [3] 269/22 270/6 271/6
investigating [2] 222/6 223/16
investigation [2] 206/25 221/20
investigations [2] 144/20 144/23
invoice [13] 159/5 159/6 159/11 159/15 178/19 178/21 178/23 178/25 179/3 179/8 179/20 179/24 180/4
invoices [20] 173/6 175/2 175/3 175/7 176/22 177/3 177/5 177/10 177/11 177/15 177/16 177/21 177/24 180/15 213/24 232/11 232/17 268/10 272/4 272/23
involve [1] 206/3
involved [3] 178/15 225/9 256/16
involving [7] 180/14 181/4 181/10 182/15 184/13 193/18 219/21
IRC [1] 141/5
Irons [1] 136/8
Irpino [2] 136/1 136/1
irrelevant [1] 234/19
irritant [1] 156/21
irritants [1] 155/16
irritated [1] 157/3
is [326]
isn't [16] 199/21 200/8 200/16 201/2 201/5 203/9 203/20 217/1 236/7 238/18 240/20 248/17 260/8 261/3 264/4 265/10
issue [18] 157/16 160/1 173/15 180/14 182/15 182/22 182/25 183/5 184/13 185/5 207/24 232/15 232/24 246/16 247/25 251/10 263/25 268/8
issued [1] 225/7
issues [13] 145/20 172/6 181/4 181/10 182/9 183/19 183/20 184/18 192/14 194/6 229/4 231/5 240/7
it [270]
it's [110] 146/23 146/24 147/20 154/18 154/22 155/9 158/1 159/17 160/13 160/18 162/16 189/13 191/7 191/12

**I**

it's... [96]  192/6 192/7 193/4 193/16
194/2 194/3 194/3 194/19 195/6 198/5
203/13 207/15 208/18 209/23 209/24
210/1 210/7 210/7 210/8 211/3 213/19
213/20 215/8 216/15 216/17 216/22
217/8 217/12 218/3 218/5 219/16 221/11
222/20 223/2 223/22 224/9 224/18 228/5
228/17 229/14 229/17 229/18
229/21 230/12 230/20 230/21 233/11
233/12 233/18 234/19 234/22 237/18
237/20 237/21 239/3 239/18 240/21
242/5 242/7 242/22 243/8 243/10 243/10
243/11 243/24 243/25 244/13 244/21
245/24 247/17 251/1 251/21 252/3
255/14 255/17 256/4 257/1 264/22
264/22 265/2 268/7 268/7 269/18 269/18
270/2 270/8 270/20 270/25 274/20 275/4
275/6 275/20 277/4 279/10 279/11
items [4]  192/8 192/25 237/1 268/2
its [10]  141/1 212/15 218/12 218/12
221/11 240/15 247/11 251/2 251/3
262/16
itself [8]  150/6 196/6 213/20 214/2
231/16 236/8 244/4 261/20

**J**

J.W. [2]  215/2 252/1
J.W. Allen [2]  215/2 252/1
January [2]  144/7 232/10
January 1973 [1]  144/7
January 2006 [1]  232/10
Jefferson [4]  144/5 144/6 144/9 144/11
Jim [6]  236/14 253/9 254/7 256/21
257/16 277/11
job [11]  145/17 145/19 149/11 167/7
167/19 168/20 175/17 182/23 183/13
268/5 268/6
jobs [11]  168/16 170/13 170/16 171/9
171/22 171/23 174/6 174/12 176/5
177/22 178/12
Joe [1]  169/5
Johnson [1]  136/4
join [2]  138/17 143/10
joined [1]  189/24
JR [1]  136/5
JUDGE [8]  135/11 175/13 178/17 230/10
230/17 234/25 242/2 277/6
July [10]  140/8 145/18 146/13 146/14
150/22 150/23 151/2 151/10 164/11
276/15
July 10 [1]  145/18
July 2006 [1]  151/10
July 21 [1]  276/15
July 26 [1]  140/8
June [2]  156/15 178/25
June 2008 [1]  156/15
June 22 [1]  178/25
jury [29]  135/10 138/24 139/8 141/13
157/10 157/15 160/17 161/8 162/5
162/10 162/12 168/12 169/2 189/2
190/20 192/15 194/16 200/7 207/21
207/23 208/13 229/12 232/16 251/16
260/8 275/13 276/1 279/9 279/13
just [84]  138/16 147/16 151/17 153/25
154/22 154/23 155/1 155/14 156/24
160/3 161/7 161/13 162/12 162/16
162/25 163/23 169/10 170/15 170/16
172/6 172/9 174/25 177/15 178/17
180/14 180/15 181/5 185/19 186/4 186/7
187/12 187/15 187/17 192/7 197/17
197/23 203/25 207/20 208/9 212/16

**J** (continued, second column)

212/18 213/24 215/8 219/23 220/23
229/10 229/14 229/16 229/17 229/19
232/20 233/3 233/12 234/7 234/16 235/8
236/5 237/10 238/9 238/18 238/18
239/14 241/1 241/2 242/21 242/24 243/8
243/19 243/22 245/16 246/3 248/13
253/15 255/22 256/15 259/11 273/5
279/1
justice [1]  143/19

**K**

K-A-S-E-Y [1]  142/25
K-E-R-I-L-Y-N-N [1]  142/17
K-L-I-N-T [1]  142/20
Kasey [3]  142/23 142/25 145/9
Katrina [4]  148/4 171/16 185/6 246/1
keep [3]  169/2 177/15 216/18
Kelly [1]  152/7
Kerilynn [1]  142/16
KEVIN [1]  136/9
key [3]  151/2 151/4 255/17
keys [1]  196/7
kind [25]  153/11 154/5 155/1 155/16
164/5 183/9 189/2 194/6 196/7 199/9
210/15 214/1 217/9 217/22 222/3 224/5
228/24 231/20 236/18 239/9 240/19
242/10 242/18 259/20 268/20
kinds [3]  212/5 228/7 245/25
Klint [3]  142/19 145/11 152/8
Knauf [31]  139/17 140/1 140/6 158/16
203/3 232/13 233/25 233/25 234/4 234/4
234/8 234/19 248/6 248/10 249/8 250/16
250/25 252/6 257/11 257/19 258/1 258/3
258/3 258/7 258/10 258/10 258/12
260/17 260/22 276/8 276/18
knew [15]  152/15 176/9 220/11 232/6
235/11 261/19 261/21 261/22 262/11
262/25 263/7 269/1 273/2 273/20 276/7
knife [2]  183/10 183/10
knives [4]  168/14 183/7 183/19 269/11
knocking [1]  246/4
know [130]  148/12 148/15 149/16 150/2
150/14 151/1 152/18 153/19 153/24
154/15 154/18 154/21 154/21 154/22
155/9 155/14 156/4 161/2 166/4 169/24
170/5 173/8 175/1 175/12 177/16 178/3
178/5 183/13 184/20 185/4 186/4 186/4
186/5 187/6 187/6 187/6 187/8 187/12
187/13 187/14 187/15 187/17 188/2
192/10 193/23 194/5 194/21 195/4 195/5
200/4 202/8 202/9 203/10 205/21 212/1
213/4 216/5 216/6 217/1 221/12 222/16
223/2 223/23 225/9 231/4 231/7 233/5
234/9 234/12 235/13 235/16 236/7
237/14 237/19 241/23 244/14 244/15
245/24 246/24 247/5 247/9 247/13
247/14 247/17 247/22 247/25 249/10
250/14 251/2 251/3 254/7 254/16 258/1
258/20 259/10 260/23 260/24 261/16
262/18 262/19 262/20 262/25 263/5
263/6 263/8 263/12 263/13 264/2 268/15
268/20 269/2 269/15 269/23 269/24
270/1 270/5 270/11 270/25 271/15
271/19 272/1 272/15 273/17 273/22
274/12 274/22 278/4 278/5 278/7 279/10
knowing [5]  152/12 174/12 184/8 186/8
240/22
knowledge [11]  159/20 160/23 160/24
165/13 180/16 181/1 181/13 207/22
247/20 262/4 275/12
known [7]  140/21 141/3 206/7 231/2
263/25 277/8 277/12

**K** (continued, third column)

knows [1]  169/17
knew [1]  169/17
KPT [24]  139/18 140/2 140/7 158/16
158/19 210/20 226/22 226/25 233/22
233/23 234/1 234/10 234/18 234/19
234/20 241/10 241/12 241/13 241/13
245/4 245/7 274/19 276/8 277/17
KPT/TTP [1]  226/22

**L**

L-E-E [1]  143/1
lab [3]  217/25 218/12 218/16
labeled [2]  237/1 237/3 257/12 257/14
labeling [3]  237/11 237/15 273/14
labs [1]  218/22
lack [4]  221/23 221/24 221/24 231/12
laed.uscourts.gov [1]  136/17
Lane [1]  167/4
laptop [1]  156/2
large [5]  189/8 189/25 194/24 218/18
233/25
Las [1]  188/16
last [6]  167/17 167/18 198/22 198/22
217/15 221/8
late [5]  149/18 149/19 149/20 150/20
275/6
Lately [1]  190/22
later [10]  143/18 147/7 154/4 162/2
166/9 186/17 230/5 235/16 236/15
248/16
laughed [1]  150/1
law [7]  136/1 143/18 144/3 145/12
147/15 148/1 152/8
laws [2]  227/24 273/18
lawsuit [1]  249/15
lawyer [1]  169/6
lawyers [2]  139/6 207/6
lay [2]  189/19 192/15
lead [3]  234/24 235/2 278/23
leading [3]  168/25 169/5 234/22
leap [1]  224/25
learned [5]  166/9 173/9 173/18 178/6
206/16
learning [1]  206/16
least [4]  186/9 209/5 232/8 267/15
leave [3]  190/12 268/5 279/12
leaves [1]  156/2
leaving [1]  152/14
LeBlanc [1]  140/9
Lee [1]  143/1
leeway [1]  138/8
left [7]  143/10 144/11 156/16 170/21
190/4 211/7 243/24
left-hand [2]  211/7 243/24
legitimate [3]  212/4 214/11 246/3
less [7]  147/6 152/16 156/17 173/2 233/3
239/3 267/2
let [18]  149/18 150/2 150/4 155/9 178/17
181/9 204/20 207/20 209/20 216/1 224/9
226/9 235/15 246/13 266/23 270/18
275/9 275/23
let's [23]  138/9 138/10 141/15 157/14
160/2 160/25 161/1 161/3 169/25 177/5
209/6 219/23 225/8 225/15 225/16 232/4
233/23 234/24 249/21 255/5 258/16
267/6 276/2
letter [2]  234/10 234/14
letters [1]  158/6
level [5]  197/1 218/9 218/24 233/13
235/19
levels [2]  266/10 275/16
LG [1]  154/14
LIABILITY [1]  135/5

**L**

Liberty [1] 140/20
license [1] 196/14
licensed [2] 196/10 236/24
life [8] 143/18 146/20 147/5 148/13
156/9 157/4 158/8 167/9
lifetime [1] 196/22
light [6] 144/15 154/20 165/11 165/12
165/13 191/9
lighting [1] 166/11
like [65] 147/20 151/7 151/18 152/18
154/3 154/18 155/1 155/8 155/13 163/18
164/3 164/20 165/6 173/14 175/18
178/15 178/16 180/17 182/4 197/18
204/11 208/9 209/5 211/3 215/16 216/18
218/14 220/25 222/3 223/1 225/24
227/16 228/4 228/8 231/24 233/9 235/23
236/4 236/7 238/17 239/9 240/14 240/21
242/22 256/3 259/2 259/2 259/7 259/11
260/13 263/22 266/2 267/9 267/11 268/7
268/14 268/14 268/23 269/9 270/1
270/14 270/16 270/21 278/15 278/21
liked [1] 148/18
likes [1] 221/1
liking [1] 271/2
limine [1] 160/13
limit [1] 240/15
limited [6] 139/13 139/22 140/12 140/17
206/17 225/11
line [1] 178/13 244/22
lingerie [1] 221/1
lingering [1] 233/16
link [5] 192/24 192/24 193/1 193/2 193/3
links [2] 192/20 192/23
Liquidators [16] 194/21 195/2 195/10
195/14 195/17 195/24 198/21 198/24
200/6 201/20 205/22 205/25 206/2
227/17 227/19 261/1
list [5] 216/8 216/10 256/6 267/20 268/2
lit [2] 165/7 165/13
literal [3] 224/5 224/20 225/1
literally [1] 153/9
litigation [7] 135/5 166/5 198/10 198/10
204/3 249/20 258/4
little [15] 155/16 157/3 213/3 217/16
218/22 220/5 225/14 227/23 230/22
232/8 265/6 266/15 266/16 271/7 274/3
live [5] 142/24 148/7 204/24 206/1 209/5
lived [3] 143/21 155/22 165/16
lives [2] 142/17 142/20
living [8] 143/2 148/24 157/2 158/2
160/18 160/19 161/2 191/16
LLC [1] 135/15
LLP [3] 135/18 135/22 136/8
loaded [1] 214/23
loaders [1] 154/15
loading [1] 219/5
Lobman [1] 136/11
located [4] 140/4 140/9 140/14 140/19
locked [2] 150/24 217/6
logistics [8] 189/21 190/1 197/6 201/2
201/8 214/21 223/4 275/23
logistics/freight [1] 223/4
long [17] 142/10 143/23 167/12 181/24
183/6 186/4 198/7 207/15 216/8 216/10
236/8 255/17 261/12 264/4 264/10
264/18 264/18
long-term [4] 255/17 264/4 264/10
264/18
longer [2] 186/24 220/5
look [28] 148/5 148/6 150/25 156/4
163/18 174/22 212/17 216/11 216/13

216/16 216/18 216/24 217/6 217/20
221/20 242/6 243/17 243/20 244/2
240/20 242/22 244/6 257/19 257/22
258/9 258/12 262/15
looked [10] 151/7 175/18 208/4 237/12
240/11 240/11 240/12 250/1 250/6
257/24
looking [10] 140/23 174/24 175/15
175/16 194/25 196/20 214/18 228/23
240/7 240/21
Loop [5] 140/4 142/7 146/11 148/7
161/20
Los [1] 188/16
losing [1] 161/11
lost [3] 154/6 169/10 227/12
lot [27] 146/21 148/4 178/13 190/11
190/22 197/16 202/7 212/17 212/23
213/8 213/15 216/6 216/9 221/12 221/14
233/9 233/10 236/14 236/25 239/8
243/20 245/25 256/24 261/25 263/5
268/17 277/16
lots [6] 193/23 193/23 203/2 233/10
253/20 253/21
LOUISIANA [46] 135/2 135/6 135/17
136/2 136/7 136/13 136/16 140/5 140/10
140/15 140/20 141/6 142/7 142/22
144/15 145/7 146/9 147/12 167/4 167/15
167/19 167/21 170/22 170/24 171/4
171/18 172/3 173/5 173/10 173/11
173/19 173/21 174/3 175/4 176/2 176/7
177/25 178/7 178/20 178/22 178/24
179/1 179/3 185/13 186/2 280/4
lowest [1] 266/19
LP [2] 136/4 144/24
Luckevich [1] 230/16
Luckevich's [1] 230/15
lumber [43] 167/15 167/19 167/21
170/22 170/24 171/4 171/18 172/3 172/9
173/5 173/10 173/11 173/19 173/21
174/3 175/4 176/2 176/7 177/25 178/7
178/20 178/22 178/24 179/1 179/3
185/13 186/2 194/20 195/2 195/10
195/14 195/17 195/24 198/21 198/24
200/6 201/20 205/25 205/25 206/2
227/16 227/19 261/1

**M**

M-A-Y-C-O [1] 147/24
ma'am [2] 209/3 279/7
machines [1] 153/8
mad [1] 172/10
made [31] 143/9 147/16 151/9 158/16
159/21 191/18 198/15 199/20 200/8
200/12 200/17 200/24 205/24 209/11
209/22 210/12 215/21 215/22 223/22
225/24 229/24 230/14 232/12 232/18
237/3 237/17 241/10 254/8 257/14
263/19 268/8
Madisonville [5] 140/5 142/7 142/21
146/11 147/13
Magazine [1] 136/2
maiden [1] 142/13
mail [2] 222/17 236/13
main [3] 182/18 236/10 236/11
mainly [2] 170/15 172/8
maintained [1] 216/22
major [6] 145/16 145/22 146/1 156/21
201/7 276/20
majority [1] 177/22
make [31] 138/16 160/23 172/2 172/10
194/21 199/9 199/10 199/16 212/4 212/7
214/11 216/17 216/22 217/4 222/18
224/9 224/24 225/16 225/25 228/19

233/6 235/11 241/2 241/2 246/2 256/12
259/23 263/23 270/22 270/25 277/20/24
making [2] 147/5 199/23
man [2] 155/22 169/16
manage [2] 189/8 216/22
managed [3] 189/22 190/1 196/18
management [5] 189/16 189/16 197/3
233/2 253/20
manager [4] 145/5 167/8 189/22 253/23
managers [1] 238/7
managing [2] 216/14 258/10
Mandeville [1] 146/9
Manhattan [1] 143/21
manufacture [4] 203/23 205/10 256/15
256/16
manufactured [18] 135/4 139/17 139/21
140/1 140/6 140/11 140/16 171/20 193/1
197/21 203/13 206/7 207/19 210/17
244/19 248/6 251/9 273/20
manufacturer [25] 196/8 200/17 201/1
212/15 212/20 222/8 225/4 226/19
226/21 226/25 228/21 236/3 236/23
237/6 237/9 237/16 237/25 238/16
246/24 247/1 247/6 248/10 259/21 274/2
274/5
manufacturer's [1] 273/10
manufacturers [11] 200/21 210/20
210/23 220/13 247/15 252/7 252/11
252/20 252/23 253/1 255/10
manufacturing [101] 189/6 189/6 190/2
190/18 190/25 191/3 191/14 191/25
192/3 192/4 192/6 192/7 192/9 192/11
193/2 193/20 193/24 194/2 194/4 194/7
194/10 194/23 195/9 195/12 195/15
196/6 197/6 197/7 199/7 199/13 202/1
202/14 202/15 202/18 202/20 202/21
202/24 203/13 203/16 203/18 204/16
205/23 212/12 214/19 215/7 215/8
215/11 215/18 216/2 216/5 216/6 216/7
216/16 217/11 218/3 219/16 219/24
220/24 221/25 222/15 222/21 223/1
223/5 223/12 223/24 227/1 227/3 228/21
228/23 230/1 231/19 232/23 232/25
233/4 233/14 236/21 239/4 239/14
248/21 249/24 250/2 250/4 250/9 250/13
250/16 251/1 251/11 252/5 252/9 256/8
256/19 256/25 257/4 261/1 274/19
274/21 277/18 277/19 277/21 278/14
278/19
many [28] 174/7 174/12 176/5 176/6
193/21 193/22 195/19 196/25 199/3
200/25 215/5 215/9 218/17 221/25
221/25 227/23 252/2 252/20 252/23
253/1 253/14 253/14 253/18 253/18
255/16 257/25 261/15 267/14
March [3] 140/2 159/15 232/11
March 17 [2] 140/2 159/15
March 2007 [1] 232/11
Marino [3] 176/11 176/15 176/19
Marist [1] 145/9
marked [2] 159/4 242/5
market [7] 197/17 239/15 252/24 257/1
257/1 257/3 266/14
married [4] 142/10 142/11 146/20 146/22
marshal [1] 279/13
Marvin [1] 199/15
Marwick [1] 189/24
Mary [1] 146/8
mask [2] 153/11 256/3
Mason [1] 135/22
master's [1] 201/5
match [3] 152/18 165/10 165/13
matches [4] 165/9 165/10 166/10 166/11

**M**

Mater [1] 146/24
material [11] 181/13 181/23 182/5 199/9
  199/10 209/24 223/10 236/20 246/1
  278/22 278/25
materials [20] 167/6 167/9 192/9 192/24
  195/10 199/8 210/17 211/5 216/19 218/4
  223/14 223/16 223/19 228/7 236/16
  237/23 239/9 240/6 247/18 256/17
matter [3] 219/13 277/14 280/7
maturity [1] 233/13
may [26] 138/5 146/13 149/18 149/19
  149/20 150/20 159/2 159/13 161/17
  176/24 179/16 179/11 180/9 187/7 188/22
  207/25 208/1 209/18 220/17 228/12
  236/13 241/24 243/21 250/23 261/9
  272/1
May 2006 [4] 149/18 149/19 149/20
  150/20
May 26 [1] 256/14
maybe [5] 148/21 225/3 242/22 261/16
  261/16
Mayco [12] 147/24 147/25 148/18
  150/16 155/22 158/20 158/21 158/23
  158/24 159/7 159/21 165/20
MBA [2] 189/10 189/13
McCoy's [7] 167/22 167/23 168/4 168/8
  168/10 170/7 170/21
MD [1] 135/4
me [54] 143/9 144/24 145/1 145/4 147/2
  149/18 155/11 165/8 169/10 172/16
  173/24 174/3 174/4 175/16 178/17 181/9
  190/24 194/1 196/15 200/23 202/8 204/5
  204/20 207/20 209/20 215/24 216/1
  223/1 224/9 224/12 225/19 226/9 229/25
  233/17 235/15 240/18 241/3 242/2
  242/13 242/19 242/22 243/7 246/13
  255/4 259/23 261/6 261/24 262/1 266/23
  269/17 274/18 275/9 275/17 275/23
mean [17] 156/14 156/25 174/20 178/11
  178/14 192/16 196/5 196/13 206/22
  210/14 213/18 216/15 222/6 224/1 228/2
  235/2 268/17
meaning [2] 224/14 269/10
meaningful [1] 193/8
means [4] 189/19 208/17 234/5 254/21
measures [1] 218/2
mechanical [1] 136/19
media [3] 181/10 181/18 184/10
meet [4] 214/5 218/25 223/19 248/14
meeting [1] 238/10
meets [2] 212/15 237/3
melted [1] 154/23
melts [1] 154/21
member [1] 197/11
members [8] 138/24 141/13 157/15
  162/12 169/2 207/21 276/1 279/9
mentally [1] 142/18
mention [1] 265/21
mentioned [10] 138/25 139/3 141/13
  156/6 157/15 176/18 223/23 232/6
  236/24 266/4
met [1] 146/24
metal [1] 270/3
metals [2] 263/11 274/11
Metro [12] 235/16 235/20 235/23 235/24
  235/25 236/11 236/14 236/14 257/23
  260/13 260/14 274/1
Meunier [4] 135/15 135/16 203/25
  263/16
Mexico [1] 194/3
mid [1] 220/15

middle [3] 141/23 142/25 144/25
midsection [1] 196/23
might [20] 187/2 192/24 192/24 193/1
  193/2 210/16 210/17 210/18 211/13
  211/14 211/18 229/3 254/7 254/12
  254/13 262/4 270/3 270/9 272/7 273/18
Mike [1] 176/11
miles [1] 209/5
million [1] 229/23
Millwork [1] 172/9
mind [2] 160/12 261/6
Minnesota [1] 199/16
Minor [1] 276/22
minute [4] 214/4 233/24 235/16 261/6
minutes [5] 207/1 208/23 208/24 249/22
  276/2
Miradas [1] 188/16
mispronounce [1] 255/6
mistake [1] 272/8
mistrial [1] 138/10
model [1] 256/14
moment [3] 216/1 241/2 279/1
Monday [3] 139/14 143/10 149/9
money [3] 147/5 147/6 154/12
monitored [1] 248/21
month [1] 248/16
months [6] 143/24 154/18 154/19 190/22
  194/20 194/20
more [13] 160/23 170/12 170/13 224/7
  229/13 230/22 238/8 246/7 262/25 266/8
  266/16 267/2 267/3
Morgan [1] 135/23
morning [3] 138/22 215/1 258/21 268/5
  271/22 279/11
most [20] 143/20 165/13 190/14 194/21
  197/24 204/10 213/6 215/25 218/2
  221/11 232/7 245/11 245/14 245/15
  245/16 256/14 264/9 264/11 265/3 265/5
mostly [1] 197/15
mother's [5] 143/8 149/6 149/8 149/15
  163/6
motion [2] 138/13 138/17
move [5] 147/11 157/14 160/2 169/25
  225/8
moved [15] 145/7 151/10 152/9 152/17
  153/17 153/19 153/20 154/11 155/6
  160/6 160/14 161/9 163/1 163/6 165/15
movement [1] 189/22
movements [1] 189/22
moving [5] 151/12 151/15 165/2 199/24
  217/8
Mr [1] 205/3
Mr. [40] 141/18 142/8 150/9 151/15
  157/19 158/18 161/7 161/19 162/23
  165/23 167/3 168/7 170/10 170/18 171/2
  171/5 172/2 172/12 173/9 173/18 177/2
  180/7 180/12 187/21 187/24 194/15
  203/25 232/16 240/8 249/3 249/11
  249/14 258/16 261/9 263/16 265/6 269/3
  269/9 272/14 276/7
Mr. Beckendorf [10] 141/18 142/8 150/9
  151/15 157/19 158/18 161/7 161/19
  162/23 165/23
Mr. Duplantier [3] 232/16 265/6 276/7
Mr. Duplantier's [2] 194/15 240/8
Mr. Meunier [2] 203/25 263/16
Mr. Pate [1] 258/16
Mr. Risley [1] 261/9
Mr. Smith [2] 172/2 172/12
Mr. Stoltz [11] 167/3 168/7 173/9 173/18
  177/2 180/7 180/12 187/21 187/24 269/9
  272/14
Mr. Stoltz' [1] 269/3

Mr. Tompkins [2] 249/3 249/11
Mr. Tompkins's [1] 249/14
Mr. Wahl [4] 170/10 170/18 171/2 171/5
Ms. [18] 188/15 188/22 188/25 197/19
  198/3 204/20 205/7 209/9 216/3 230/15
  230/16 230/25 242/4 244/15 246/12
  261/12 275/12 276/6
Ms. Coates [15] 188/15 188/22 188/25
  198/3 204/20 205/7 209/9 216/3 230/25
  242/4 244/15 246/12 261/12 275/12
  276/6
Ms. Luckevich [1] 230/16
Ms. Luckevich's [1] 230/15
Ms. Rosemary [1] 197/19
much [11] 147/17 155/5 196/24 198/18
  260/22 261/13 267/9 269/11 278/22
  279/6 279/18
Mundee [1] 140/19
must [4] 139/8 227/10 227/13 255/6
my [78] 142/6 142/6 143/8 144/3 144/4
  146/8 146/20 146/22 147/1 147/1 147/1
  148/12 148/13 148/14 148/15 148/19
  149/6 149/7 152/20 153/22 155/11
  156/22 157/4 158/8 158/8 159/17 159/20
  162/7 163/22 165/13 166/7 166/8 166/8
  166/10 166/13 177/15 178/12 178/13
  190/13 190/14 190/19 191/7 191/8
  191/12 196/14 197/16 197/24 199/3
  199/11 201/7 201/22 205/18 205/21
  213/8 214/15 214/24 215/24 218/23
  219/19 222/21 236/6 238/6 245/24
  246/20 255/2 255/7 259/23 262/1 264/8
  264/9 264/11 264/20 265/5 267/20 269/5
  269/21 274/20 280/5
myself [2] 144/21 151/14

**N**

Nader [1] 136/12
name [17] 141/21 142/12 142/13 143/1
  155/22 166/20 169/4 169/5 170/2 188/9
  236/23 237/10 237/15 261/2 272/4
  273/10 273/11
nature [2] 141/3 239/13
Navy [4] 143/11 143/12 143/23 144/2
necessarily [2] 208/18 213/19
necessary [1] 138/19
need [17] 156/4 160/16 161/2 174/6
  191/13 208/11 211/25 226/3 226/7
  226/11 226/12 227/4 237/24 253/17
  256/3 268/23 275/24
needed [1] 254/18
network [3] 197/11 197/12 236/4
never [18] 155/17 176/5 184/8 193/17
  194/10 200/15 200/18 203/8 215/14
  216/2 219/10 219/10 222/20 230/2 250/1
  250/9 264/6 264/7
new [45] 135/6 135/17 135/20 135/20
  136/2 136/7 136/13 136/16 140/7 140/10
  140/15 140/20 143/21 143/22 144/4
  144/5 145/5 145/13 146/16 146/17
  146/18 147/11 147/12 148/12 148/13
  148/24 151/17 151/18 153/20 154/7
  154/12 154/12 154/13 154/13 154/14
  155/7 155/24 156/12 200/2 210/8 210/8
  220/15 243/23 264/6 265/14
New Orleans [13] 140/7 140/10 140/15
  140/20 144/4 144/5 145/13 148/12
  148/13 155/7 156/12 200/2 210/8
New York [9] 143/21 143/22 145/5
  147/11 148/24 153/20 154/12 154/13
  210/8
news [2] 181/10 206/10
next [22] 142/19 149/17 150/20 166/16

**N**

next... [18] 188/5 192/24 211/23 213/1
213/17 214/12 214/14 217/13 217/24
219/23 220/17 222/9 223/7 226/2 228/13
233/21 235/15 264/8
nice [2] 198/5 198/6
night [1] 152/2
no [184]
nobody's [1] 265/13
nondefective [2] 229/11 241/22
none [2] 141/2 149/24
nonexpert [1] 208/3
nonstandard [1] 193/15
nonstandardized [1] 220/25
Nope [1] 253/11
NOPSI [3] 144/17 144/17 144/25
nor [1] 238/13
normal [4] 234/6 234/7 234/7 235/13
north [6] 135/23 136/8 136/11 139/13
155/6 233/14
nosebleeds [1] 153/3
not [213]
nothing [6] 154/23 155/15 184/24 263/24
271/13 271/21
notice [2] 151/15 231/6
noticed [2] 153/13 165/1
November [4] 135/7 138/2 139/15
140/18
November 26 [1] 139/15
November 7 [1] 140/18
now [42] 138/25 139/1 139/11 146/10
153/17 154/4 165/4 170/21 171/15 173/5
181/23 185/6 187/6 191/2 192/13 193/17
196/10 196/23 196/24 197/16 201/19
202/9 212/3 219/15 221/16 223/21 225/3
227/25 230/3 230/19 231/8 232/16 241/1
248/14 251/20 253/15 254/7 262/15
262/22 262/25 268/12 271/7
nuclear [3] 144/21 144/22 145/5
number [11] 144/17 146/25 153/24
197/13 199/25 200/20 209/22 215/18
218/8 242/20 264/23

**O**

oath [1] 209/3
obey [1] 244/17
object [3] 219/25 227/4 276/24
objecting [1] 241/4
objection [23] 138/19 159/25 168/24
169/15 169/18 173/13 173/16 175/11
193/16 225/6 227/8 230/10 230/23
234/22 240/23 241/2 241/6 244/20
244/23 277/23 277/24 279/2 279/3
objections [1] 204/13
observation [2] 222/23 222/24
observe [5] 222/14 222/15 222/24 223/1
223/4
observing [2] 222/10 223/8
obviously [2] 158/24 203/2
occasion [1] 163/9
occasions [1] 163/6
occupation [2] 144/2 188/17
occurred [1] 249/20
October [2] 179/2 244/10
October 25 [1] 179/2
October 31 [1] 179/2
odd [1] 249/12
odor [1] 152/21
off [17] 157/2 163/2 168/16 168/20
182/10 182/23 183/13 183/24 184/20
199/6 205/18 205/21 211/3 268/6 274/11
275/25 277/20

off-gas [1] 274/11
off-gassed [3] 183/24 264/24
off-gassing [3] 183/24 184/20 277/20
offer [4] 159/10 161/22 178/18 178/18
offering [2] 186/14 245/25
office [9] 144/6 144/7 144/10 144/11
144/17 145/17 146/2 149/4 265/13
offices [1] 214/16
Official [3] 136/15 280/2 280/11
often [4] 190/20 216/6 224/17 229/7
Oh [11] 152/22 164/3 181/12 195/25
212/25 232/16 241/13 253/14 261/16
268/12 277/10
Okay [7] 174/8 175/16 214/9 262/9
266/25 267/19 276/17
old [5] 142/8 142/17 147/9 148/12 154/8
oldest [2] 142/16 142/19
on [175]
once [6] 213/2 215/4 217/15 222/2
232/25 270/24
one [73] 136/9 139/2 140/10 148/11
149/5 154/3 154/3 155/8 172/23 172/24
176/16 176/18 177/14 181/2 183/7
187/12 187/13 190/15 191/7 193/5
193/14 193/16 196/7 200/1 200/24
200/25 212/16 212/18 216/25 218/19
218/20 219/2 219/3 227/2 228/19 228/24
229/1 229/16 232/20 235/25 238/6
238/15 240/6 241/19 241/23 242/16
242/18 243/19 246/13 248/13 251/6
253/5 253/24 254/17 254/21 255/19
255/24 255/25 256/6 256/7 256/18
256/21 259/24 260/1 260/12 261/6 263/3
263/5 264/15 267/14 267/17 268/8 273/9
ones [3] 154/7 154/8 177/6
only [27] 147/7 150/25 151/3 180/20
187/6 192/7 192/18 205/11 205/23
206/20 208/7 212/22 214/17 215/22
221/8 224/7 232/17 240/16 241/23 243/5
243/5 260/19 260/20 264/25 266/19
272/12 276/2
open [6] 138/3 149/14 152/14 218/8
234/5 275/8
opened [1] 277/2
opening [6] 138/25 194/15 215/2 240/8
259/24 277/4
opens [1] 275/7
operated [1] 258/6
operates [2] 240/21 268/15
operating [1] 217/7
operations [6] 190/24 192/4 192/6 197/6
200/2 222/11
opinion [12] 204/20 204/21 208/1 208/1
208/5 208/7 208/17 208/18 246/20 255/1
255/2 265/5
opinions [3] 191/24 197/25 230/15
opportunity [3] 148/6 149/5 149/7
opposed [4] 146/19 233/18 262/4 264/19
opposing [1] 277/16
opposite [1] 148/21
or [170]
Oracle [1] 190/8
ordained [1] 146/5
order [6] 148/23 160/13 212/1 235/20
237/18 273/17
ordered [1] 151/5
orders [1] 174/25
ordinary [2] 141/1 168/15
organization [1] 145/21
organizations [6] 197/13 211/16 212/6
253/19 254/11 260/7
organized [1] 216/17
origin [2] 237/2 237/22

originally [3] 144/19 146/12 273/1
others [4] 255/15 255/17 270/2 136/7
136/13 136/16 140/7 140/10 140/15
140/20 144/4 144/5 145/13 148/12
148/13 155/7 156/12 200/2 210/8
other [60] 139/15 143/16 146/2 147/14
148/11 150/6 154/7 183/19 183/20
187/12 192/24 193/5 199/18 199/18
201/19 203/1 203/24 205/1 206/2 206/6
206/10 207/10 207/21 208/9 210/2
211/15 213/7 213/10 213/15 225/7
225/21 228/5 228/24 229/17 229/19
231/19 234/9 234/12 236/20 242/20
247/18 251/6 252/19 254/1 255/5 255/19
256/6 256/8 256/18 260/6 260/6 260/16
261/5 264/7 266/8 267/13 268/9 272/19
273/4 273/18
others [5] 187/7 187/18 213/5 267/9
267/11
Otherwise [1] 222/16
our [41] 142/16 142/19 142/19 142/19
142/23 142/25 145/8 147/5 147/14 148/1
148/16 148/20 148/22 149/15 150/3
151/23 152/7 152/8 152/12 154/6 155/3
155/17 155/17 156/7 158/2 168/2 170/12
170/13 170/17 171/9 171/9 171/9 171/22
171/23 172/7 172/10 174/25 177/22
178/13 193/10 193/10 276/3
ours [1] 143/8
out [37] 143/6 152/5 153/7 153/10 154/9
155/2 155/22 155/23 155/24 156/2 160/6
160/14 161/9 173/23 174/7 174/10
174/24 175/4 175/21 176/5 176/7 177/18
189/21 214/5 219/22 220/16 220/21
248/22 262/4 268/7 268/21 268/24
269/20 271/16 272/12 274/9 275/15
outcome [1] 277/20
outside [6] 150/2 214/23 230/21 240/19
240/21 274/24
outsourcing [1] 190/18
over [17] 152/13 153/12 164/3 175/1
190/22 192/1 192/18 199/22 201/21
215/3 243/20 243/20 249/10 252/3 253/5
256/4 267/3
overriding [1] 232/24
overrule [7] 169/17 173/16 204/13 227/8
230/23 241/7 244/23
overview [1] 216/12
own [13] 190/13 195/12 200/7 200/10
200/12 211/5 218/12 218/12 239/9
239/10 239/11 247/11 257/9
owned [21] 140/3 140/9 140/14 140/19
238/21 238/25 239/1 239/4 239/4 239/6
239/19 239/19 266/4 266/7 266/10
266/12 266/17 266/18 267/2 273/23
273/23
owner [8] 173/24 173/25 174/2 174/3
180/22 180/23 180/25 180/25
owners [1] 258/3

**P**

Packard [2] 189/21 189/23
page [2] 137/2 196/20
paid [5] 175/5 175/8 182/25 198/18
269/11
pain [1] 157/1
paint [1] 164/4
painted [1] 237/7
pallets [1] 215/5
panties [1] 256/9
paper [17] 170/15 178/15 187/25 188/1
216/20 223/25 224/1 224/4 224/7 224/15
224/23 229/11 229/16 229/19 233/17

P

paper... [2]  240/13 242/19
paperwork [2]  149/12 158/21
papillomas [1]  162/6
parallel [1]  260/12
parallel rules [1]  260/12
Parish [7]  144/5 144/6 144/9 144/11
  145/16 145/18 146/2
part [18]  147/14 193/5 193/12 193/12
  195/8 199/4 206/25 212/22 217/3 223/13
  226/14 228/24 233/25 234/6 243/16
  261/24 263/23 278/18
particular [12]  138/8 148/2 156/13
  197/20 198/9 203/1 207/18 210/19
  220/20 221/17 256/2 256/12
particularly [4]  212/5 215/14 220/14
  223/2
parties [3]  139/9 234/12 273/15
partner [1]  255/16
parts [4]  192/25 202/19 210/18 214/1
party [3]  239/5 258/22 259/2
passed [2]  248/1 276/8
passing [1]  276/23
past [12]  190/22 192/1 192/18 197/5
  201/21 213/5 218/19 231/5 240/12
  240/17 243/22 252/4
pastor [1]  166/8
Pate [1]  258/16
patriotic [1]  143/9
pause [1]  216/1
pay [2]  147/17 224/7
paying [1]  234/6
Peace [1]  146/9
Peat [1]  189/24
peeling [1]  240/13
people [22]  144/21 146/21 153/12
  194/21 202/8 214/16 214/19 232/2 233/1
  233/2 233/9 254/23 258/6 258/9 259/14
  263/5 264/10 267/7 267/8 267/11 270/1
  271/2
people's [3]  182/10 213/10 213/16
per [3]  183/4 194/11 194/13
per se [2]  194/11 194/13
percent [2]  156/18 239/3
perfect [1]  147/16
perform [1]  227/14
perhaps [1]  186/21
period [4]  186/2 186/13 186/17 186/21
person [6]  139/5 147/2 168/4 210/25
  214/21 223/4
personal [8]  138/9 157/10 157/16 162/13
  180/16 181/1 256/4 275/12
personally [1]  256/2
personnel [3]  144/20 145/20 240/2
pertinent [1]  236/22
phase [1]  149/21
Pheasant [1]  167/4
phone [1]  155/11
phonetic [1]  200/24
photograph [2]  161/16 161/19
physical [2]  169/14 178/16
physically [4]  150/14 170/16 175/23
  203/8
pick [1]  219/22
picked [1]  220/21
pictures [1]  150/3
piece [13]  212/16 223/25 224/1 224/7
  224/14 224/23 229/16 229/19 233/17
  242/19 248/5 258/21 262/15
pieces [5]  159/18 212/17 224/4 229/19
  272/8
place [6]  140/15 181/6 181/8 181/18

181/20 220/3
placement [1]
plain [1]  229/10
Plains [1]  145/4
plaintiff [6]  139/23 140/7 140/14 140/19
  141/17 188/20
Plaintiff's [9]  159/4 159/11 161/17 161/23
  178/19 178/21 178/23 178/25 179/2
plaintiffs [19]  135/15 135/18 135/22
  136/1 139/12 139/25 140/3 140/21 141/1
  141/2 141/8 141/16 160/20 160/23
  198/11 198/15 209/9 248/4 250/24
plaintiffs' [6]  188/23 206/18 206/21 207/5
  242/5 276/12
plan [1]  148/19
planning [1]  189/7 193/1
plant [43]  144/21 144/22 194/10 202/20
  203/3 203/6 214/22 214/24 215/11
  215/17 216/2 216/3 216/13 216/15
  222/22 227/11 227/13 228/24 238/2
  238/5 238/8 238/21 239/17 239/19
  239/19 240/6 245/17 245/17 248/21
  248/22 249/4 249/6 249/15 250/16
  250/25 251/1 251/9 256/22 258/7 258/10
  266/4 266/5 278/20
plants [17]  145/5 193/24 195/19 195/21
  195/22 195/24 204/2 206/14 206/23
  207/5 207/8 223/12 228/21 249/8 251/17
  266/7 266/8
plasterboard [5]  139/22 140/12 140/17
  234/8 252/10
plastic [1]  154/23
plastics [4]  209/23 210/18 236/12 236/19
play [1]  259/18
played [1]  235/17
please [17]  138/4 141/18 141/22 166/16
  166/21 168/25 179/17 188/5 188/10
  209/2 209/17 209/18 220/17 224/11
  244/6 276/13 279/15
Plenty [1]  163/17
plug [1]  155/15
plus [1]  189/15
point [22]  147/4 150/12 156/10 187/17
  203/12 203/15 204/24 215/10 216/5
  222/4 223/15 224/10 225/22 227/2
  234/21 243/22 252/5 252/9 256/12
  268/20 268/22 278/25
policeman [1]  144/4
policemen [1]  144/5
policies [1]  227/22
polite [2]  224/14 224/15
pollution [3]  255/19 255/25 256/5
polyps [1]  162/7
port [2]  150/2 150/4
port-o-let [2]  150/2 150/4
position [3]  167/7 167/19 237/14
possibility [2]  263/10 272/9
possible [7]  156/10 211/18 211/18
  248/18 248/24 252/3 272/23
potential [3]  138/10 184/25 268/13
potentially [1]  219/9
Power [1]  144/15
Poydras [4]  135/16 136/6 136/13 136/15
practice [7]  190/2 190/5 228/9 229/17
  229/18 245/1 272/22
practices [3]  191/11 192/10 244/18
precautions [2]  221/19 233/5
predicate [1]  220/6
preference [1]  184/23 271/25
preferences [12]  232/10 267/7 267/25
  268/10 271/8 271/11 271/14 271/17
  271/20 271/23 272/24 273/3
preparation [1]  144/22

prepare [1]  240/5
prepared [2]  269/12
presence [2]  226/19 264/4
presented [1]  244/5
president [2]  142/24 188/25
pretty [4]  149/10 151/7 178/9 243/18
prevailing [1]  245/21
previously [1]  165/5
price [11]  172/18 175/4 175/7 175/9
  175/15 175/18 185/22 186/1 186/11
  186/12 186/15
prices [9]  172/23 186/5 186/6 186/8
  187/3 187/10 187/15 187/16 187/17
primarily [2]  191/19 195/23
primer [1]  164/4
principals [1]  235/25
prior [11]  184/17 199/15 206/10 231/1
  231/4 233/21 234/1 235/4 250/11 255/16
  268/12
probably [8]  204/24 216/19 216/20 217/1
  217/2 218/13 224/6 259/21
problem [24]  148/19 154/5 156/10 166/8
  168/17 170/13 170/17 170/20 216/16
  237/21 237/21 237/24 261/20 265/14
  269/14 270/5 270/9 270/12 270/22
  270/24 271/4 271/6 278/11 278/13
problems [18]  145/20 154/6 154/10
  163/21 168/10 169/1 171/13 194/6 225/5
  232/7 261/23 263/21 267/8 267/22
  274/14 274/15 274/16 274/18
procedure [1]  162/8
proceeding [1]  139/15
proceedings [9]  136/19 138/3 138/7
  157/7 160/11 220/2 275/25 279/21 280/6
process [83]  190/6 192/8 193/2 193/12
  193/12 193/14 193/15 193/20 193/25
  194/2 194/5 194/7 195/9 195/17 195/21
  196/6 202/14 202/21 202/24 203/12
  203/20 203/22 204/5 204/16 204/16
  209/10 209/14 209/20 209/21 209/25
  210/1 210/6 210/9 211/7 212/12 212/14
  212/19 212/22 213/21 214/3 214/6 215/7
  216/4 217/12 222/16 223/1 223/5 226/6
  226/15 226/20 227/1 230/1 234/7 238/16
  242/14 246/20 247/14 247/16 247/21
  247/23 248/15 248/17 248/21 248/23
  250/9 250/13 252/6 252/10 253/22
  255/15 259/20 259/22 263/21 274/14
  274/15 274/16 274/17 274/18 274/21
  277/17 278/14 278/19 278/21
processes [10]  189/5 190/7 192/7
  192/11 195/15 196/3 202/18 203/15
  223/9 277/22
processing [1]  192/9
procure [1]  200/9
procured [1]  192/25
procurement [3]  189/7 195/18 253/23
procuring [3]  192/8 210/9 211/5
produce [3]  239/7 239/10 243/19
produced [4]  215/4 239/18 239/20
  243/22
produces [1]  211/9
producing [5]  196/9 217/11 251/17
  252/23 253/2
product [58]  168/10 192/20 192/21 196/9
  199/20 199/23 199/24 200/11 200/11
  200/17 200/18 206/6 209/11 210/2 210/5
  210/12 211/10 211/10 212/15 213/19
  213/23 214/2 214/4 215/4 215/7 215/8
  217/12 217/22 218/3 223/2 223/3 224/12
  225/24 226/10 229/24 233/7 237/7
  237/10 238/17 240/14 240/17 240/20
  252/13 257/12 259/14 259/15 261/23

## P

product... [11] 261/25 262/12 262/23 264/15 268/3 268/8 268/13 268/23 270/8 272/4 273/4
production [1] 211/6 214/12 226/8 226/12 226/13 226/18 226/20 237/25 243/6 243/7 243/9 243/17 245/18 245/19
products [44] 135/5 190/3 191/18 194/17 194/22 195/2 195/3 197/21 199/1 200/7 200/10 200/21 201/24 202/2 204/6 207/19 209/22 210/10 210/17 211/5 213/13 215/21 218/7 220/25 222/19 224/3 224/4 225/7 225/12 225/13 239/7 240/5 247/22 252/24 257/6 257/8 257/9 261/2 261/2 261/4 261/4 265/16 265/22 265/23
professional [3] 211/16 253/19 254/11
professor [1] 196/21
program [1] 195/25
progress [1] 151/8
progressing [1] 151/5
project [3] 189/16 194/24 262/11
projects [3] 190/10 190/11 199/25
promised [1] 147/11
promises [1] 241/21
promising [1] 229/23
promoted [1] 145/22
properties [1] 178/4
property [4] 140/3 140/9 140/13 140/18
proved [2] 139/9 141/14
provide [2] 196/19 248/14
provided [3] 159/9 173/20 227/19
providing [1] 196/3
provisions [1] 219/19
prudent [2] 210/6 244/18
psychology [1] 143/20
public [2] 259/9 263/25
published [2] 220/1 264/25
publisher [2] 191/7 264/20
pungent [1] 216/25
purchase [8] 146/10 158/25 159/6 174/22 174/25 177/17 237/18 273/17
purchased [13] 140/2 140/7 140/12 140/17 141/2 141/4 145/6 158/19 168/2 174/4 185/13 243/15 275/15
purchases [1] 168/5
purchasing [3] 145/24 187/14 214/16
purifier [1] 153/8
purpose [1] 141/2
purposes [1] 139/13
pursue [1] 161/3
put [18] 146/12 149/11 149/11 153/7 153/9 154/3 154/16 155/21 155/24 155/24 156/18 182/18 228/22 237/15 257/16 262/16 272/25 274/10
puts [1] 156/3
putting [2] 256/3 261/2

## Q

qualifications [6] 197/22 197/24 204/9 204/13 204/14 240/24
qualified [11] 207/24 208/6 217/15 222/24 222/25 235/12 240/2 252/13 276/25 278/16 278/17
qualify [5] 194/9 195/21 212/1 212/4 240/6
qualifying [2] 191/13 214/18
quality [35] 195/17 213/13 213/18 213/19 213/21 214/2 214/3 214/6 217/21 217/25 218/2 218/9 218/10 219/9 223/6 223/9 223/15 223/16 223/20 224/12 225/5 231/15 231/18 231/21 231/21 239/13
quantities [1] 213/12
quantity [1] 159/18
quarter [1] 196/1
Queen [1] 146/9
question [41] 160/3 169/4 169/5 169/12 177/15 199/3 200/4 206/13 209/10 211/8 211/23 213/1 213/20 214/1 214/12 217/13 224/13 224/18 226/23 230/19 230/20 230/22 246/14 247/19 247/20 250/22 251/14 251/19 251/21 262/1 262/3 262/6 262/8 264/9 267/20 268/9 269/5 270/16 273/22 275/9 277/4
questioning [1] 244/22
questions [25] 169/3 180/8 188/3 197/22 197/24 197/25 204/10 205/1 210/23 211/1 211/6 213/15 242/10 243/1 246/7 251/6 251/8 251/20 261/6 261/8 261/9 263/16 266/1 275/21 277/16
quickly [2] 205/4 276/6
quit [3] 152/19 152/20 153/23
quite [4] 165/16 170/6 182/1 195/16
quote [6] 194/15 194/16 227/3 236/15 236/16 240/10

## R

R-A-Y-M-O-N-D [1] 166/22
R-E-E-C-E [1] 151/24
R-O-S-E-M-A-R-Y [1] 188/11
radiation [1] 156/25
radio [1] 154/1
radios [1] 155/9
raise [1] 242/10
raised [2] 182/22 273/9
Raleigh [1] 135/23
ran [2] 190/5 190/9
range [1] 205/16
rank [1] 144/9
rapidly [4] 204/6 204/7 204/17 204/18
rate [1] 198/13
rather [1] 246/3
raw [11] 192/9 192/24 210/17 211/5 216/19 216/20 218/4 223/10 223/14 223/16 278/22
Ray [1] 164/13
RAYMOND [2] 166/18 166/22
RE [2] 135/4 275/9
Re-ask [1] 275/9
reaction [1] 178/6
read [19] 138/14 174/25 193/9 205/11 207/15 238/1 238/3 238/11 250/20 250/23 254/12 258/8 260/19 263/24 266/23 269/7 272/17 272/19 273/5
readily [1] 187/4
reading [1] 191/10
ready [1] 215/4
real [2] 233/1 264/3
reality [1] 166/6
really [40] 146/23 148/18 150/25 151/1 152/10 154/11 155/4 155/5 156/20 157/23 174/11 174/20 174/20 181/7 192/18 192/19 204/8 215/6 216/5 216/14 217/10 218/18 220/12 220/22 221/20 221/22 222/6 222/6 226/12 226/16 233/18 240/20 243/6 243/7 254/25 258/20 260/20 264/16 272/1 272/15
reason [9] 146/18 160/2 169/10 182/18 207/10 219/14 239/14 246/21 268/14
reasonable [3] 147/5 210/6 243/5
reasonably [1] 217/11
reasons [4] 172/5 172/12 215/18 279/17
recall [14] 139/3 171/15 173/4 174/20 174/21 176/21 181/7 185/24 186/1 225/9 recalls [1] 225/11
receipt [2] 158/22 159/8
receive [4] 172/18 172/22 185/8 218/3
received [4] 180/17 187/7 187/8 187/18
receiving [6] 185/6 218/4 218/5 218/7 223/12 223/13
recently [2] 143/20 250/23
recess [3] 209/1 276/3 279/19
recognition [1] 233/12
recollection [1] 148/13
recommend [3] 222/21 254/23 269/21
recommendation [2] 211/15 236/5
recommendations [2] 254/22 255/1
reconstruction [1] 246/1
record [9] 141/22 166/21 178/18 188/10 213/4 259/17 275/24 275/25 280/6
recorded [1] 136/19
records [5] 145/24 219/11 227/13 236/10 244/9
recycler [1] 236/12
recycling [1] 236/19
red [37] 211/11 231/4 231/9 231/13 231/17 232/4 232/5 232/10 232/22 233/21 233/21 235/15 236/22 238/21 239/16 239/22 240/1 240/2 241/9 241/14 242/13 244/2 244/2 259/4 261/25 266/1 266/5 267/6 267/10 267/12 267/15 268/2 269/16 269/18 270/2 271/3 273/9
redirect [5] 165/25 166/1 187/22 276/2 276/4
Reece [7] 151/24 151/24 151/25 152/1 152/1 152/7 152/15
refer [1] 138/9
reference [6] 213/9 222/9 223/7 226/2 229/5 253/16
references [7] 213/7 213/17 217/17 220/19 229/20 235/12 238/21
referrals [1] 211/13
referred [4] 165/5 199/5 215/1 231/8
referring [1] 227/6
refineries [1] 200/1
reflect [1] 272/23
reflecting [1] 177/17
reflects [1] 224/24
refrigerator [2] 154/16 154/20
refrigerator/freezer [2] 154/16 154/20
regard [6] 138/13 139/8 197/25 234/15 250/2 250/7
regardless [2] 209/23 271/22
regional [1] 189/21
regular [3] 163/19 214/20 228/23
regularly [1] 214/17
regulations [1] 229/7
reimbursed [1] 158/24
relabel [1] 257/8
relate [3] 169/9 169/13 241/14
related [12] 168/23 177/24 183/17 189/5 191/15 192/11 197/4 197/14 199/19 226/16 234/19 256/2
Relates [1] 135/7
relation [2] 203/11 237/13
relationship [17] 203/1 205/11 219/7 224/2 233/22 234/1 234/4 234/13 235/4 235/6 235/8 235/24 236/7 255/9 255/15 255/17 264/18
relationships [3] 234/17 255/18 264/10
relaying [1] 180/20
release [1] 262/12
released [5] 206/6 206/10 262/16 263/4 263/10
relevance [1] 220/1

**R**

relevant [8] 220/21 222/12 228/20 230/8
230/25 234/21 235/5 240/20
reliable [3] 244/4 266/8 267/3
rely [8] 208/10 208/11 208/18 222/17
229/16 229/18 235/20 242/8
relying [3] 244/4 274/23 274/24
remember [12] 198/18 202/9 203/11
205/18 257/24 260/2 260/23 261/17
263/17 273/8 276/10 276/11
remind [1] 157/10
remove [1] 162/8
removed [1] 178/3
rented [1] 147/8
repair [1] 160/15
repaired [1] 154/24
Repeat [1] 267/21
report [18] 217/18 223/21 227/20 238/13
238/19 241/9 241/15 241/17 241/19
241/23 241/24 243/4 244/3 244/3 244/8
249/12 249/13 276/15
reported [1] 230/16
Reporter [3] 136/15 280/3 280/11
reports [7] 181/10 181/18 184/10 232/5
244/12 267/7 267/22
represent [1] 233/18
representative [2] 171/18 173/19
request [5] 170/19 171/11 174/16 212/9
219/19
requesting [1] 217/25
requests [1] 232/12
require [1] 267/2
required [4] 229/13 234/10 244/18
257/12
requirement [2] 237/1 237/15
requirements [5] 191/14 231/10 237/4
237/11 245/9
requires [1] 212/23
resale [1] 211/6
research [11] 203/2 211/11 211/17 236/3
250/15 250/25 251/5 251/8 251/13
251/22 253/20
reseller [2] 218/5
reselling [1] 259/8
reserve [1] 197/24
reside [2] 142/5 142/6
Residence [1] 141/5
residences [1] 148/3
residential [1] 141/6
resold [1] 257/10
resources [14] 145/24 156/18 235/16
235/20 235/23 235/25 235/25 236/11
236/14 236/14 257/23 260/13 260/14
274/1
respect [4] 156/7 192/8 222/7 250/3
respond [1] 271/19
response [2] 232/19 238/15
responsibilities [2] 146/1 146/3
responsible [1] 145/22
ReStore [1] 260/7
restructuring [1] 190/7
result [1] 227/20
results [2] 224/8 276/19
retailer [1] 218/4
retailers [1] 200/20
retained [1] 188/19
retarded [1] 142/18
retired [1] 145/6
retirement [3] 145/8 145/13 145/14
returned [1] 147/12
reverse [1] 150/10
review [4] 216/7 226/7 238/23 267/16

reviewed [3] 236/11 244/16 257/25
reviewing [1] 191/2
RICHARD [1] 136/5
right [64] 147/15 148/3 148/9 156/17
160/10 161/2 163/9 164/10 164/12
164/18 164/21 165/5 169/4 175/20
180/23 181/6 181/11 181/14 181/18
181/21 181/24 182/1 182/6 182/17 183/6
183/15 184/15 185/1 185/10 187/4 187/5
194/15 196/23 196/24 198/21 202/8
211/19 212/14 213/12 213/23 213/24
213/24 217/14 240/4 245/19 250/11
251/15 252/21 253/7 254/2 255/1 255/3
257/7 257/7 258/19 259/11 260/13 262/6
265/1 265/7 267/4 269/18 272/15 273/4
rise [2] 208/25 279/20
riser [2] 158/2 158/3
risk [1] 263/4
RISLEY [3] 136/9 205/3 261/9
River [3] 136/8 136/11 139/13
Riverway [1] 136/9
rock [2] 147/1 168/15
role [1] 235/17
rolls [1] 216/20
Roman [1] 146/5
roof [2] 147/20 147/21
room [5] 153/10 158/2 238/11 256/4
279/13
Rosemary [4] 188/6 188/7 188/11 197/19
roughly [1] 220/14
Royal [16] 176/12 176/13 176/14 176/19
176/22 177/6 177/8 177/12 178/20
178/22 178/24 180/14 181/5 181/16
187/7 187/18
rule [29] 220/19 221/5 221/17 222/9
222/9 222/23 223/7 225/11 226/2 226/2
227/10 227/13 227/22 228/18 229/5
229/5 254/17 255/11 256/2 256/6 256/11
256/12 264/12 265/7 265/9 265/12
265/16 265/18 277/11
Rule 16 [1] 222/9
Rule 20 [1] 227/22
Rule 21 [1] 228/18
Rule 23 [1] 256/6
Rule 9 [1] 255/11
ruled [1] 230/11
rules [53] 191/3 191/8 219/16 219/19
219/20 219/22 219/24 220/10 220/10
220/23 221/7 221/24 222/3 228/12 229/5
229/6 244/17 244/21 244/21 249/2 253/5
254/2 254/4 254/8 254/17 254/21 254/22
254/25 254/25 255/5 255/11 255/19
255/24 256/1 256/6 256/7 256/8 256/8
256/18 256/21 259/4 259/20 260/8
260/10 260/12 264/19 264/21 264/22
265/1 265/3 265/4 277/8 278/8
ruling [2] 225/7 230/14
run [7] 153/8 218/22 226/8 237/25 243/6
243/9 243/17
running [1] 217/10
Russell [1] 170/9
résumé [1] 196/20

**S**

S-T-O-L-T-Z [1] 166/23
safety [3] 217/4 228/6 228/8
said [29] 150/4 155/25 158/7 158/8
158/10 158/11 174/6 174/8 175/12
180/25 180/25 183/13 206/2 206/23
221/22 229/14 240/4 240/10 248/13
262/5 269/4 269/9 271/5 272/10 272/14
272/16 273/13 274/9 275/14
said he [1] 175/12

saint [1] 156/24
sake [2] 140/6 166/24
181/21
sales [1] 272/20
salesman [2] 171/24 172/18
same [18] 148/22 165/11 175/6 186/10
186/12 186/14 208/20 210/1 211/14
215/6 218/8 221/13 224/18 229/3 237/23
251/8 258/18 260/8
sample [4] 242/19 243/5 243/6 243/8
samples [5] 217/13 217/19 217/20
217/24 217/25
sampling [2] 242/16 242/21
SAP [2] 190/8 190/9
satisfactory [1] 214/13
satisfies [1] 245/8
save [3] 154/12 154/15 204/10
saw [8] 157/23 158/5 163/11 180/15
208/4 236/10 237/2 263/24
sawdust [1] 164/3
say [41] 146/21 150/9 156/12 160/20
166/3 170/6 193/10 195/7 196/5 204/21
210/4 210/14 210/23 211/9 211/25
212/18 214/9 214/22 215/10 222/1
222/10 222/19 223/19 224/11 226/9
227/22 228/18 231/6 234/1 237/6 242/7
242/18 249/13 250/20 264/11 266/7
267/7 267/8 267/12 271/5 277/14
saying [8] 175/16 212/15 214/7 234/18
236/14 246/4 270/7 271/3
says [9] 139/11 177/21 204/9 215/11
222/18 223/24 242/16 243/4 273/16
scheduled [1] 139/14
school [7] 143/6 143/7 145/10 145/12
146/25 152/8 189/21
Schulte [1] 146/6
scientific [1] 207/21
score [2] 183/9 187/25
SCOTT [1] 135/19
screen [1] 159/13
se [2] 194/11 194/13
seated [2] 138/4 209/2
second [4] 164/9 212/19 229/2 268/9
secret [1] 277/10
section [2] 135/5 144/16
secure [1] 279/13
security [5] 144/18 145/2 145/3 145/5
196/18
see [47] 149/2 150/10 151/8 154/9 156/4
158/6 158/11 161/17 163/21 163/23
175/22 179/6 179/11 188/22 198/5 198/6
209/18 215/23 215/24 215/24 216/13
219/4 219/11 219/14 219/23 220/17
225/15 226/18 226/24 228/18 229/3
231/12 233/4 236/3 236/13 236/17
241/24 243/25 255/6 257/18 266/23
270/21 275/23 276/12 276/15 276/18
276/21
Seeger [2] 135/18 135/19
seeing [3] 248/12 257/21 260/2
seeking [1] 191/18
seem [2] 170/18 171/13
seemed [1] 253/5
seen [13] 163/16 203/8 232/11 241/9
241/17 241/19 242/4 243/14 243/20
241/24 246/18 246/19 261/18
select [2] 278/3 278/5
selected [2] 211/23 245/22
selecting [1] 209/11
selection [2] 210/14 235/17
sell [6] 197/16 200/12 212/7 246/4
259/14 273/4
seller [2] 244/18 271/16

S

selling [10] 168/8 172/9 184/7 186/10
191/2 232/2 257/1 259/15 260/7 261/3
sells [1] 200/17
send [4] 215/23 215/24 217/20 245/17
senior [3] 167/20 233/1 233/2
sense [2] 147/16 259/1
sent [6] 150/3 155/2 155/23 215/3 238/6
240/4
separate [7] 172/23 186/5 186/8 187/15
187/16 187/17 262/2
September [1] 140/13
September 15 [1] 140/13
sergeant [1] 144/12
series [4] 191/7 218/2 234/11 264/20
served [1] 146/6
service [3] 278/15 278/16 278/17
services [1] 218/15
SESSION [2] 135/10 138/1
set [2] 155/24 187/15
setting [1] 229/15
several [1] 201/21
SGS [9] 218/18 219/2 219/3 219/5 219/7
219/8 219/12 227/2 278/15
shale [1] 278/22
shampoo [1] 240/22
Shandong [1] 273/25
shape [2] 151/7 162/14
shared [1] 248/4
she [22] 142/17 142/17 142/18 147/1
147/1 147/2 151/25 152/1 152/2 155/7
156/23 158/10 208/4 208/17 225/20
230/15 230/18 240/23 240/24 241/1
276/25 277/4
she's [3] 230/20 235/1 276/25
sheet [1] 183/3
sheetrock [2] 149/23 175/1
sheets [1] 258/23
shelf [1] 211/4
shelves [1] 151/6
sheriff [2] 144/8 149/10
sheriff's [7] 144/6 144/7 144/9 144/11
145/17 146/2 149/4
ship [1] 217/10
shipment [4] 178/22 178/24 182/3 240/5
shipments [1] 215/3
shipped [7] 179/1 179/3 231/22 263/19
271/22 271/23 273/5
ships [1] 214/24
shoe [1] 225/4
shoes [2] 225/17 228/8
shore [1] 155/6
short [1] 171/3
shortage [3] 171/15 186/24 245/21
should [18] 223/16 223/19 231/6 232/21
242/8 246/6 256/21 256/22 262/5 267/12
267/15 268/20 269/20 269/24 270/8
274/9 274/17 275/14
shouldn't [1] 234/18
show [7] 159/2 159/4 161/15 162/16
226/8 228/22 229/10
showed [2] 176/21 242/8
shower [1] 152/2
showing [1] 246/4
shown [2] 159/18 244/8
shows [2] 228/13 262/11
shy [1] 172/10
side [11] 148/21 150/10 153/22 154/21
154/21 156/16 156/17 158/3 172/8 172/9
211/7
side-by-side [1] 154/21
sides [3] 139/4 139/6 160/25

sidewalk [1] 148/22
SIDING [1] 135/4
Siemens [1] 198/22
signal [1] 232/14
signature [1] 244/13
signed [4] 149/12 213/21 243/11 243/11
significant [1] 237/21
signs [1] 216/25
Silk [2] 188/25 189/3
silver [4] 139/20 139/25 140/24 262/13
similar [4] 154/2 211/14 258/25 259/20
simple [1] 262/8
simply [4] 161/8 208/17 222/17 255/19
since [6] 146/7 146/25 152/19 190/15
258/17 279/11
sir [61] 142/3 142/4 143/4 143/13 143/15
144/1 145/8 145/15 145/16 146/4 146/15
146/17 149/1 149/20 150/11 150/13
150/15 150/19 151/14 152/22 152/22
153/1 153/3 156/12 158/13 158/15
158/17 158/22 159/1 159/20 159/23
160/7 161/21 162/2 162/4 162/19 162/24
163/8 163/10 163/13 163/15 164/8
164/13 164/17 164/22 164/25 165/3
165/19 165/22 166/13 166/15 167/11
167/25 170/23 171/1 175/20 175/23
176/6 177/15 178/2 188/4
sit [2] 231/5 252/17
site [10] 146/13 214/18 214/19 215/11
216/7 218/4 231/19 242/16 250/16
251/11
sites [4] 194/23 195/12 195/13 239/4
situation [3] 152/11 166/6 206/9
situations [1] 243/21
six [8] 144/13 154/19 190/22 202/8 222/2
222/3 263/1 277/11
size [2] 147/19 240/12
skill [1] 207/25
skin [1] 152/4
skip [3] 215/13 229/25 253/5
slide [3] 219/23 220/17 231/12
Slidell [2] 148/3 167/4
small [1] 155/16
smallest [1] 215/15
smell [34] 151/17 151/18 152/17 152/17
153/2 153/6 153/13 153/15 153/17
156/22 164/1 164/6 164/23 165/1 165/4
165/5 165/8 165/15 165/16 165/18
165/20 166/4 166/7 217/1 217/2 226/13
239/23 263/17 263/25 266/3 274/20
278/18 278/20 278/21
smelled [2] 165/18 278/24
smelling [2] 152/10 165/15 184/1 263/22
smells [8] 164/4 164/5 164/6 164/6
164/23 165/5 185/15 226/15
Smith [10] 136/4 169/5 172/1 172/2
172/12 172/18 174/14 176/11 177/13
179/1
smoke [3] 152/3 152/3 152/4
smoked [1] 165/8
smoker [1] 151/23
smoking [6] 152/1 152/12 152/19 152/20
157/3 165/6
so [231]
SOEs [1] 266/17
software [2] 139/20 189/9
sold [19] 139/18 139/22 159/6 159/16
166/4 170/3 172/19 173/7 173/11 174/17
176/4 177/25 178/7 182/1 232/12 243/16
260/1 262/23 263/20
solely [1] 139/14
some [80] 138/8 139/19 139/20 139/25
140/1 140/6 140/11 140/16 145/20 147/5

147/5 147/18 148/2 149/24 152/13 162/8
169/23 171/4 174/6 174/10 180/9 182/5
185/22 187/7 187/17 187/19 190/20
191/10 198/12 199/24 206/6 209/4 210/1
211/11 211/17 216/3 216/19 216/20
217/18 217/19 218/6 218/9 224/25
225/21 231/20 236/2 236/18 238/12
238/12 242/12 242/23 243/22 246/5
248/1 249/2 253/5 254/23 255/5 258/17
259/1 259/19 259/22 260/2 260/3 260/10
260/19 261/9 263/16 263/16 264/6 266/1
267/7 267/8 267/8 267/11 267/16 267/8
268/12 268/14 268/21
somebody [6] 147/9 152/18 155/23
166/7 210/16 273/8
somebody's [1] 218/23
someone [11] 180/23 210/5 211/4 215/3
215/23 222/14 222/24 222/25 223/1
264/7 264/15
someone's [1] 165/6
something [16] 172/8 180/25 181/1
181/20 191/8 211/3 215/16 224/21 225/2
225/24 233/18 237/11 250/23 260/3
264/21 267/13
sometimes [8] 191/19 211/13 211/18
215/24 215/25 228/21 249/1 271/11
somewhere [2] 147/21 216/21
son [8] 142/19 142/19 142/23 143/8
145/9 147/14 148/1 152/8
sons [1] 142/21
Sooner [1] 236/15
sophisticated [1] 256/13
sorry [17] 146/15 149/17 153/4 174/3
177/5 177/12 199/17 203/10 205/18
206/19 226/23 227/13 241/13 245/14
249/21 257/24 268/9
sort [16] 191/9 193/5 208/5 216/19 218/6
221/11 231/4 231/5 232/24 235/7 236/5
237/18 238/11 239/21 240/21 279/16
sounds [2] 204/11 266/23
source [12] 191/18 195/10 195/19
211/24 235/21 238/16 240/14 263/6
278/3 278/5 278/8 278/24
sourced [2] 245/22 264/8
sources [2] 191/12 211/12
sourcing [16] 191/3 191/12 191/24 192/3
194/25 197/15 197/20 204/6 207/18
210/5 219/16 219/24 220/23 220/24
253/12 255/24
South [5] 140/4 140/19 142/7 144/25
195/23
South America [1] 195/23
Southern [1] 145/11
speak [1] 243/1
special [1] 226/5
specialized [2] 190/17 207/22
specific [13] 191/11 205/16 221/3 224/6
225/23 227/25 230/14 232/12 237/25
240/16 247/20 252/6 253/15
specifically [5] 156/7 203/18 247/17
258/2 262/14
Specification [1] 179/13
specified [4] 173/6 173/8 179/8 179/19
specifies [2] 179/24 180/5
specs [1] 195/8
speculate [1] 275/17
speculation [3] 274/13 275/19 275/20
spelling [3] 141/22 166/21 188/10
spend [2] 151/3 190/19
spent [5] 144/17 194/19 195/16 261/13
262/10
spinach [1] 237/19
Squad [1] 155/2

**S**

squamous [1] 156/16
square [5] 147/19 147/20 147/20 183/4 243/4
St. [3] 145/16 145/18 146/2
St. Charles [3] 145/16 145/18 146/2
stacked [1] 216/21
staff [3] 238/9 249/11 249/14
staff's [1] 249/3
stage [4] 149/21 156/16 156/17 212/19
Stage 1 [1] 156/17
stairs [1] 150/7
stand [2] 214/23 279/19
standard [10] 193/14 205/12 205/19 209/24 210/9 214/5 214/8 224/23 244/25 262/20
standardized [4] 195/3 195/4 195/7 220/24
standards [42] 195/8 205/7 205/9 205/20 205/24 205/25 206/3 209/11 209/16 209/21 212/11 212/15 212/21 218/21 218/25 228/11 228/14 229/24 237/5 238/12 239/13 245/8 245/12 245/15 249/24 250/2 250/7 253/2 253/3 253/12 253/17 254/10 265/17 265/20 265/21 266/13 266/20 273/14
standing [1] 165/10
start [3] 190/13 246/13 264/8
started [5] 145/18 152/9 155/4 165/15 190/4
state [12] 141/6 141/21 166/20 188/9 238/25 239/4 239/6 239/9 266/10 266/17 267/2 273/23
state-owned [7] 238/25 239/4 239/6 266/10 266/17 267/2 273/23
statement [1] 240/8
statements [4] 138/25 215/2 232/18 260/19
states [14] 135/1 135/11 143/10 196/10 196/16 202/25 203/14 237/1 237/18 247/22 248/5 260/18 261/3 280/3
statistics [1] 189/13
status [2] 251/2 251/3
stay [1] 150/4
staying [1] 152/6
steadfast [1] 221/7
steel [1] 228/8
steel-toed [1] 228/8
stenciled [1] 237/7
stenography [1] 136/19
step [8] 193/8 214/14 215/10 215/13 217/15 218/10 229/25 270/6
steps [5] 235/10 236/8 246/15 248/20 268/21
stick [1] 172/8
still [12] 152/25 160/18 160/21 161/2 196/19 204/2 206/22 227/23 228/11 233/16 254/14 259/16
stipulate [3] 139/6 139/7 139/16
stipulated [1] 139/9
stipulation [5] 139/2 139/3 139/8 141/8 141/10
stocked [1] 168/2
stolen [1] 216/23
Stoltz [14] 166/17 166/18 166/22 167/3 168/7 173/9 173/18 177/2 180/7 180/12 187/21 187/24 269/9 272/14
Stoltz' [1] 269/3
stop [4] 149/18 177/21 209/4 212/14
stopped [1] 155/14
stores [1] 195/1

strategizing [1] 191/17
strategy [1] 191/24
streak [1] 143/9
street [15] 135/16 135/20 135/23 136/2 136/6 136/13 136/15 140/10 140/20 144/18 148/11 148/17 148/19 148/23 165/11
stricken [1] 275/4
strike [6] 165/10 202/4 204/19 246/21 249/21 249/23
striking [3] 152/18 166/10 166/11
strong [1] 225/14
struck [1] 227/5
structure [1] 150/6
studied [4] 202/21 202/24 203/24 250/9
study [2] 254/18 254/20
stuff [11] 145/24 153/11 155/3 158/7 187/25 214/23 218/5 221/13 231/7 234/6 246/5
subcontractors [1] 202/7
subject [4] 204/3 205/24 229/6 265/17
subjects [1] 191/22
subsequently [1] 145/22
substitute [1] 222/10
substituted [1] 273/6
success [1] 154/9
such [4] 182/10 200/6 200/16 224/13
suffering [1] 217/2
sufficient [1] 208/13
suggest [2] 255/11 260/7
suggested [1] 215/12
suggesting [1] 256/18
Suite [3] 135/16 136/9 136/13
sulfur [46] 139/19 139/24 140/23 152/10 152/17 153/6 153/13 153/15 156/20 156/21 163/3 164/6 164/23 165/1 165/4 165/7 165/7 165/15 182/10 183/24 184/21 206/6 206/10 246/17 247/7 247/12 248/11 261/20 261/22 261/24 262/12 262/16 262/20 262/25 263/4 263/10 263/22 269/14 270/3 271/4 274/10 274/20 275/16 277/20 278/10 278/23
Sunday [2] 143/10 149/8
super [2] 222/5 222/5
superintendent [1] 145/2
supersede [1] 273/18
supervision [1] 267/3
supplier [6] 190/23 194/5 194/9 210/15 211/10 236/9
suppliers [4] 191/1 191/14 195/22 196/3
supply [26] 136/4 167/22 167/23 182/6 186/21 186/21 188/18 189/4 189/5 189/15 190/5 190/15 192/14 192/16 192/18 193/8 197/3 197/4 197/5 197/19 207/17 218/15 253/19 260/11 260/16 263/23
support [2] 147/1 241/20
Suppose [1] 214/21
supposed [1] 233/18
supposedly [1] 244/11
sure [37] 138/6 138/12 138/16 160/18 170/6 186/6 187/11 189/20 202/17 203/3 206/22 212/4 212/7 214/11 216/7 216/22 217/4 220/8 223/3 224/9 228/17 233/6 235/11 246/2 255/14 257/25 258/21 261/7 262/2 262/22 263/2 271/18 271/24 272/10 273/18 277/10 277/13
surely [2] 221/19 274/13
surgical [1] 162/8
surviving [1] 156/18
Susan [16] 140/4 142/13 147/1 148/18 151/1 151/19 151/23 151/25 152/1

152/1 153/16 153/20 154/2 155/6
suspected [1] 157/24
sustain [3] 175/11 277/24 279/3
sweetheart [2] 146/21 146/22
sworn [3] 141/20 166/19 188/8
sympathetic [1] 160/23
symptoms [4] 270/11 270/20 270/21 271/5
system [4] 155/18 155/19 155/21 272/25
systems [5] 189/8 189/9 189/16 190/7 258/23

**T**

tablets [1] 279/12
Tai'an [5] 139/21 140/11 140/16 251/9 252/10
Taihe [3] 273/11 273/25
Taiku [1] 200/24
Taishan [15] 139/22 140/12 140/17 203/6 249/4 249/6 249/10 251/9 252/10 258/18 258/23 259/2 259/25 260/22 273/25
take [23] 148/5 161/11 165/9 200/11 200/11 208/22 214/8 214/8 216/12 220/4 221/19 231/6 233/5 235/10 236/8 246/2 246/8 255/12 256/25 257/8 268/21 270/6 276/3
taken [1] 246/6
takes [1] 264/17
taking [2] 145/13 183/5
talk [17] 138/10 192/6 192/14 192/16 192/22 202/18 203/20 217/25 225/13 233/23 249/2 253/15 254/1 255/5 258/16 267/6 279/15
talked [18] 166/7 185/22 193/7 219/12 219/15 223/7 226/3 227/10 232/4 232/23 239/22 240/1 249/3 254/1 256/7 266/3 271/7 274/16
talking [11] 193/9 200/7 214/19 220/2 225/7 226/22 226/22 241/12 241/12 248/20 254/4
talks [1] 192/19
target [1] 257/1
tarnish [1] 270/3
taught [2] 197/7 197/9
teach [2] 196/22 197/3
teaching [1] 196/24 196/25
team [4] 195/17 195/18 196/1 238/4
team's [1] 238/2
tech [1] 252/20
technical [5] 201/9 201/12 202/5 207/21 250/12
teenagers [1] 221/12
tell [24] 142/5 165/17 170/10 171/7 174/13 174/19 177/20 179/8 189/2 191/6 205/12 205/19 207/20 214/15 218/23 229/12 241/3 243/18 247/16 262/15 268/18 270/7 274/8 275/13
telling [5] 184/23 208/20 215/21 252/17 259/23
tells [4] 155/11 156/4 216/3 271/1
telltale [1] 216/25
Temple [1] 177/23
Temple-Inland [1] 177/23
ten [1] 193/12
ten-part [1] 193/12
tend [2] 266/8 267/3
tender [4] 197/18 205/3 207/14 207/17
term [9] 192/18 195/4 195/5 210/15 226/5 255/17 264/4 264/10 264/18
terms [12] 143/16 147/19 179/8 189/19 192/15 192/23 226/17 230/8 231/10

T
terms... [3]  235/11 240/7 259/18
test [26]  199/6 223/21 224/2 224/8
 239/23 241/15 241/17 241/19 241/24
 242/17 242/22 243/4 244/3 244/8 244/8
 244/11 244/14 248/1 263/9 263/10
 263/17 266/3 276/9 276/18 276/23
 276/25
tested [3]  243/6 248/7 248/10
testified [7]  141/20 166/19 188/8 192/1
 192/4 240/24 277/5
testify [9]  169/6 208/1 208/4 208/5 208/7
 230/15 240/24 241/5 274/25
testifying [1]  241/1
testimony [19]  139/5 208/10 208/11
 208/17 209/16 238/1 244/20 248/13
 258/9 260/19 268/4 269/3 269/5 270/10
 270/13 273/5 273/7 274/23 275/4
testing [14]  217/25 218/1 218/12 218/16
 218/18 218/24 238/22 239/17 240/3
 240/3 246/24 247/7 263/13 276/8
tests [2]  224/24 247/11
Texas [1]  136/10
than [25]  143/16 147/7 150/6 152/16
 156/17 168/15 170/13 183/19 201/19
 203/1 203/24 206/2 207/10 212/23 220/5
 225/16 230/22 232/8 233/3 246/3 252/19
 262/25 266/8 267/11 267/13
thank [18]  138/21 154/22 161/4 161/14
 162/19 165/23 166/14 166/15 180/7
 187/21 188/4 234/25 246/7 275/21 279/5
 279/6 279/9 279/18
Thanksgiving [1]  153/12
that [672]
that's [110]  143/4 143/25 144/1 145/6
 147/7 147/13 149/11 159/15 161/21
 162/12 162/14 163/4 165/23 166/11
 169/5 175/11 177/8 178/14 179/15
 184/12 187/21 189/6 190/23 193/4
 193/15 194/1 195/5 196/7 198/21 198/25
 199/3 200/14 200/15 201/4 201/22 204/4
 207/13 208/1 208/2 208/7 208/20 208/21
 208/21 211/4 211/13 212/16 212/18
 212/22 214/24 218/4 222/19 223/23
 224/4 224/15 224/17 224/21 225/2
 225/14 225/25 226/16 228/20 229/3
 229/22 230/19 232/5 232/14 232/18
 234/20 236/24 242/1 242/12 242/16
 242/17 243/11 246/16 247/25 248/18
 248/24 248/25 251/15 251/19 252/15
 255/24 255/25 259/18 262/1 264/16
 264/20 265/24 266/5 267/4 267/5 267/6
 267/14 267/17 267/18 268/20 270/2
 270/24 271/3 272/8 272/16 273/16
 273/22 274/12 275/19 275/21 276/23
 277/25 279/9
their [61]  140/22 148/6 160/24 168/14
 183/7 183/10 190/1 190/24 190/25
 190/25 190/25 194/25 194/25 195/1
 195/9 195/17 195/18 199/4 200/7 200/9
 200/12 206/1 208/10 208/11 212/10
 212/12 212/12 213/3 213/4 213/9 214/17
 217/1 217/17 217/17 218/5 223/13
 228/23 233/2 234/7 235/25 239/10
 239/11 248/15 248/17 256/9 257/11
 257/17 257/18 259/15 259/15 260/7
 260/11 260/14 261/2 261/4 269/11
 271/19 272/23 272/25 273/2 277/11
them [57]  148/10 148/10 148/18 148/21
 150/3 152/7 165/17 167/16 167/17 168/2
 171/22 183/6 184/15 184/17 191/10
 191/13 194/25 196/3 199/23 200/19

209/6 212/1 212/3 212/4 212/10 212/11
 213/20 214/11 216/9 217/23 219/2 219/3
 219/13 221/22 223/25 224/3 227/3
 227/19 229/13 231/20 234/6 236/2 236/5
 236/6 252/4 253/15 257/2 257/8 257/10
 261/3 264/6 264/6 267/17 267/18 267/19
 268/18 273/4 279/13
themselves [1]  215/25
then [46]  144/14 145/7 146/7 146/25
 149/9 151/10 155/13 158/12 158/24
 186/17 187/2 189/24 190/4 190/9 190/11
 190/16 192/24 211/25 213/2 213/3
 214/19 216/10 216/18 217/1 217/19
 219/13 223/19 226/11 228/13 229/2
 230/5 231/19 237/21 238/7 243/19
 243/22 248/16 248/16 260/6 261/3
 266/12 266/17 268/15 269/24 275/7
 276/3
there [158]
there's [41]  158/2 159/25 176/19 177/8
 178/14 178/15 214/1 214/2 216/15 218/6
 218/6 218/10 220/15 221/12 224/4 225/4
 228/7 232/20 233/11 234/14 234/16
 237/1 237/17 239/14 241/23 242/12
 242/20 242/21 242/21 253/20 253/22
 262/20 265/9 265/12 265/20 266/10
 266/10 266/11 271/13 273/14 273/16
these [32]  155/8 159/19 160/17 160/20
 177/15 177/20 178/4 180/14 181/5
 181/16 181/18 187/7 187/18 195/2
 209/21 210/25 217/9 218/16 218/20
 218/22 220/2 220/19 224/3 231/1 234/16
 243/1 246/15 248/19 250/24 253/16
 256/14 278/13
they [279]
they're [3]  223/13 226/10 257/2
thing [11]  150/25 155/13 165/11 172/9
 211/9 212/18 215/6 229/3 237/20 245/16
 278/5
things [39]  145/25 151/5 151/18 155/4
 155/8 192/8 192/11 193/10 193/16 197/5
 208/4 210/16 216/9 216/10 216/18 217/9
 220/25 221/1 221/14 222/18 229/21
 231/19 232/15 233/4 233/6 234/7 235/13
 239/8 240/18 240/19 242/18 242/21
 248/13 253/6 256/15 259/19 262/5
 267/14 268/17
think [71]  147/20 155/5 156/1 157/2
 158/9 160/20 161/1 163/5 175/13 192/2
 192/23 193/16 194/15 194/21 195/5
 198/19 199/22 200/23 202/9 202/11
 202/12 204/8 204/21 213/6 215/1 219/20
 221/5 221/17 222/4 223/23 227/12
 227/14 228/4 228/17 228/20 228/22
 230/21 232/14 232/20 233/10 234/3
 236/18 239/22 240/1 241/25 243/10
 245/16 245/24 246/1 246/6 257/2 258/14
 258/14 260/10 260/13 261/5 262/7
 264/17 265/9 267/14 267/18 268/22
 270/20 271/24 272/10 272/14 273/13
 274/3 274/16 275/20 277/13
third [7]  155/24 164/12 180/21 230/12
 232/14 258/22 259/1
third-hand [1]  180/21
third-party [1]  258/22
this [199]
Thompson [1]  136/8
those [63]  141/14 145/21 145/25 149/5
 155/4 155/16 162/9 164/5 164/6 168/1
 168/5 168/12 169/13 174/24 176/10
 176/16 177/5 177/16 177/24 180/17
 181/17 181/21 183/12 184/9 185/20
 186/1 195/12 195/15 195/24 200/22

206/3 216/8 218/14 218/23 219/20 224/3
 225/3 226/2 229/23 231/8 239/20 240/16
 240/18 242/18 251/6 251/17 253/24
 254/1 254/12 255/25 258/8 259/4 260/8
 261/2 266/2 267/10 267/12 267/20 268/2
 270/11 270/20 271/5 271/17
though [2]  270/7 273/17
thought [10]  154/7 166/10 175/5 182/23
 193/4 207/1 220/21 225/14 229/5 249/12
thousand [1]  161/12
thousands [1]  232/17
Thrasher [5]  140/4 142/7 146/10 148/7
 161/20
three [16]  142/15 142/16 143/2 143/24
 148/21 153/23 154/18 163/5 177/11
 177/12 192/2 194/19 211/18 238/7
 259/24 266/10
throat [3]  156/15 156/16 162/7
through [27]  139/11 149/18 150/25
 173/21 176/8 177/25 180/22 182/4
 185/19 186/2 187/7 196/3 210/9 211/12
 211/15 220/15 226/6 234/11 235/7
 246/15 246/20 247/23 248/19 257/14
 259/21 266/2 278/15
throughout [2]  190/24 191/1
throwing [1]  157/1
Tianjin [3]  250/16 250/25 252/6
tickets [1]  186/23
tight [1]  217/10
time [81]  140/22 141/4 144/8 144/16
 146/6 147/10 148/24 149/13 149/14
 149/15 149/17 149/22 150/21 150/24
 151/12 152/7 153/9 153/10 156/3 156/6
 156/13 156/20 157/20 157/23 163/1
 163/6 163/12 163/14 164/1 164/2 164/7
 164/9 164/10 164/12 164/16 164/18
 164/24 165/16 168/7 171/3 173/9 173/18
 176/2 181/24 182/13 182/22 184/17
 184/20 184/23 184/24 186/2 186/13
 186/17 186/21 186/25 187/2 187/9
 187/14 189/25 190/19 195/16 198/7
 202/7 206/7 208/22 209/6 213/11 213/23
 215/25 222/2 229/14 230/12 245/21
 249/14 258/20 261/3 262/23 263/13
 263/19 264/18 267/3
timer [1]  154/1
times [9]  147/3 147/3 149/6 153/21
 155/19 155/20 163/17 259/25 264/15
tiny [1]  218/22
Toano [1]  194/22
today [18]  156/23 165/4 196/18 197/4
 202/11 202/12 204/25 208/21 250/18
 251/2 252/17 256/7 256/25 259/23 269/3
 269/5 269/7 279/10
toed [1]  228/8
together [1]  192/20
told [24]  150/3 158/8 163/5 165/1 169/10
 170/12 171/8 171/22 174/5 180/20
 184/15 184/17 194/16 200/23 201/19
 203/25 214/4 216/1 222/16 232/16
 259/24 260/1 260/21 276/1
tomorrow [2]  279/8 279/14
Tompkins [9]  136/4 192/13 193/7 193/9
 195/5 222/22 238/2 249/3 249/11
Tompkins' [2]  249/14 277/11
Toni [5]  136/15 136/17 280/2 280/10
 280/10
Tony [3]  176/11 176/15 176/19
too [8]  155/5 175/12 182/23 183/6 198/6
 243/18 277/25 278/22
took [14]  143/18 143/20 145/8 145/14
 148/20 150/2 152/2 152/7 181/6 181/7
 181/17 181/20 220/2 245/20

**T**

top [4]  191/2 205/18 205/21 242/16
top-selling [1]  191/2
topic [1]  191/11
topics [2]  191/15 197/4
tore [1]  158/4
tornado [2]  155/10 155/12
tornadoes [1]  155/7
totally [1]  234/19
touch [3]  151/25 152/1 190/15
tough [1]  147/2
tour [6]  215/11 216/3 216/12 217/19
  227/10 227/13
toured [1]  217/18
touring [1]  214/19
towel [1]  256/4
town [2]  144/16 150/22
toys [3]  209/24 210/18 215/16
trace [2]  237/19 237/24
track [1]  213/4
training [4]  146/4 201/18 207/24 247/21
transaction [1]  234/15
transcript [1]  280/5
transcription [1]  136/20
transferred [3]  144/24 145/1 145/4
travel [2]  149/2 190/20
traveled [1]  149/4
traveling [1]  196/24
traverse [3]  148/23 198/1 205/5
Treasury [1]  196/15
tree [1]  157/25
trial [17]  135/10 139/12 139/14 139/15
  139/23 139/24 140/3 140/7 140/14
  140/19 140/21 141/1 141/2 160/24 162/3
  203/1 217/24
trials [1]  192/2
tried [1]  265/3
trier [1]  207/22
trip [1]  155/24
triple [2]  221/22 222/1
trips [1]  149/5
trouble [1]  153/18
true [24]  139/4 146/23 146/24 164/2
  189/10 191/22 194/18 194/19 199/21
  200/16 203/20 218/1 218/12 221/3
  221/14 228/5 236/23 236/24 237/23
  248/17 254/9 260/9 261/3 280/4
trust [5]  214/7 214/9 229/7 229/21
  234/13
trusting [1]  255/15
truthful [1]  215/22
try [9]  153/11 174/7 174/10 209/6 217/13
  240/10 249/6 249/8 276/6
trying [9]  157/9 169/2 197/15 197/16
  236/19 237/22 239/10 256/12 272/12
TTP [25]  210/20 219/10 226/22 226/25
  233/22 235/4 235/6 235/8 235/17 235/21
  236/22 237/16 238/2 238/21 241/12
  241/14 242/10 243/15 243/15 245/4
  245/8 266/4 273/9 274/19 277/18
tube [1]  157/2
Tulane [2]  143/19 145/11
turn [2]  145/21 249/10
turned [3]  147/7 158/1 177/18
turning [1]  197/23
Tusa [5]  136/15 136/17 280/2 280/10
  280/10
twice [1]  260/21
two [30]  142/21 148/9 153/20 167/13
  172/23 176/9 176/16 177/12 182/22
  183/12 186/5 186/6 186/8 187/2 187/10
  187/15 187/15 187/17 190/22 203/25

**U**

type [8]  150/17 179/9 179/13 179/19
  179/24 180/5 210/2 273/4
types [1]  145/25
typically [3]  199/20 214/14 239/11

**U**

U.S [13]  194/2 195/1 196/10 196/14
  197/14 197/15 200/18 202/14 203/16
  233/14 236/25 248/4 257/15
Uh [2]  200/24 243/13
Uh-huh [2]  200/24 243/13
ultimate [1]  237/2
ultimately [1]  157/19
unannounced [1]  229/2
uncle [2]  144/4 218/23
under [16]  147/20 147/21 154/25 155/3
  196/15 196/18 205/20 209/2 217/11
  222/6 222/23 268/2 273/14 273/16
  276/18 276/21
undergraduate [1]  201/7
undersigned [1]  139/11
understand [32]  138/17 138/18 160/25
  162/11 162/18 165/16 169/21 170/18
  173/15 182/25 186/9 193/9 204/12
  207/23 212/7 217/16 218/19 220/4 224/9
  228/10 228/11 233/6 237/17 241/6
  244/23 250/5 250/22 251/20 257/16
  261/1 272/22 275/6
understanding [11]  159/17 191/13
  192/10 221/24 222/7 238/6 245/24
  273/13 274/20 275/4 280/6
understood [4]  170/2 171/11 172/15
  172/16
underwear [1]  265/7
unfairly [1]  152/14
Unfortunately [1]  255/23
UNITED [3]  135/1 135/11 143/10
  196/10 196/16 202/25 203/14 237/1
  247/22 248/5 260/18 261/3 280/3
universe [2]  264/23 264/24
universities [1]  196/23
University [2]  143/19 145/12
unlike [1]  205/22
unloading [1]  170/16
untested [1]  235/8
until [4]  166/5 167/17 246/8 264/1
unusual [3]  151/16 239/2 271/13
up [37]  142/24 145/6 149/23 149/23
  149/25 150/7 150/7 150/9 153/21 154/12
  155/19 155/20 157/1 157/25 159/13
  163/14 177/24 181/4 183/1 184/13
  186/22 194/8 206/1 208/9 208/19 213/9
  220/15 226/8 228/13 231/5 235/16 236/4
  236/5 243/10 246/4 264/25 272/11
up-front [1]  194/8
updated [2]  220/15 243/23
upon [6]  180/16 208/10 212/14 222/2
  274/24 275/5
upset [2]  158/9 243/24
upside [2]  158/5 243/24
us [28]  142/5 142/18 142/21 148/23
  154/25 155/6 155/9 155/19 155/20 156/7
  158/21 159/9 163/5 165/1 168/3 170/20
  179/8 180/20 190/4 191/6 201/19 205/12
  205/19 216/1 221/11 252/17 274/8
  277/13
use [9]  153/3 193/11 195/8 202/7 217/22
  219/1 219/13 234/14 259/14

**U**

until [11]  153/2 199/10 203/23 219/5
  271/10
user [1]  259/7
uses [1]  195/5
USG [1]  276/7
using [2]  136/19 268/13
usual [2]  232/8 239/3
usually [4]  218/8 229/1 266/15 266/18
Utilities [1]  144/25

**V**

vacation [1]  265/12
valid [1]  208/12
validate [5]  213/18 214/10 215/20 218/24
  229/21
validation [1]  223/15
value [1]  214/9
various [4]  191/21 192/20 211/15 254/10
vendor [14]  195/13 210/14 210/15
  211/10 212/1 212/9 212/20 213/2 213/8
  213/11 213/16 214/15 214/18 217/16
vendors [9]  200/9 210/21 211/17 211/19
  213/10 214/17 215/15 218/5 245/25
ventilation [4]  216/24 217/1 226/16 228/7
vents [1]  256/4
verbal [1]  178/11
verification [2]  223/22 238/4
verified [1]  240/3
verify [4]  214/8 223/19 229/7 229/22
Veritas [1]  218/20
version [2]  220/15 243/25
versus [4]  202/14 203/13 252/10 259/15
very [28]  145/12 154/1 154/4 182/13
  194/1 194/24 195/25 205/4 215/19 224/5
  224/6 224/17 224/20 224/20 225/1 225/4
  228/17 232/25 233/13 240/18 246/13
  247/20 249/12 256/15 261/12 279/6
  270/10 279/18
vet [2]  235/21 236/9
vetting [2]  235/23 238/16
vice [1]  142/23
Vietnam [3]  143/7 143/8 143/12
view [1]  242/11
viewed [1]  148/2
viewpoint [1]  228/19
vigilant [1]  221/15
violated [1]  254/21
violation [3]  160/13 245/12 245/15
violations [2]  227/23 228/6
viral [1]  162/6
Virginia [1]  194/22
visit [18]  150/23 195/24 195/25 214/15
  214/17 214/20 214/22 214/24 215/10
  215/17 226/4 238/2 245/17 245/17 249/3
  249/6 249/8 249/20
visited [3]  150/21 163/5 249/15
visiting [1]  214/18
visualization [1]  192/22
visually [1]  157/23
VOIR [1]  188/13

**W**

Wahl [5]  170/9 170/10 170/18 171/2
  171/5
Wait [2]  214/4 233/24
Walgreens [1]  155/9
walk [10]  148/14 148/14 148/14 148/22
  161/13 168/16 168/20 182/23 183/12
  268/6
walked [6]  149/13 149/15 149/18 163/11
  164/16 248/22
walkthrough [1]  150/20

wall [1]  163/14
walls [1]  163/18
Walmart [3]  154/5 211/3 211/4
want [34]  138/15 138/16 148/19 151/3
 155/12 168/14 169/5 170/6 170/12 171/8
 172/3 172/6 172/13 177/16 183/13
 193/13 196/8 212/7 213/3 214/10 215/20
 217/13 217/22 217/23 222/4 222/25
 223/3 224/15 225/10 225/19 249/2 264/8
 270/8 271/6
wanted [10]  146/18 148/15 161/15
 162/10 162/25 171/22 171/23 224/7
 241/25 253/6
wanting [1]  144/20
wants [1]  239/9
War [2]  143/7 143/12
warehouse [1]  273/8
warehouses [1]  231/22
warehousing [2]  190/2 193/2
warranties [1]  155/1
warranty [2]  154/25 155/3
Warroad [1]  199/16
Warshauer [1]  135/15
was [274]
washed [1]  152/2
washer [1]  154/14
washer/dryers [1]  154/14
wasn't [9]  154/4 172/7 181/20 206/25
 236/4 238/19 242/22 253/9 277/10
watching [2]  152/6 239/21
Water [1]  135/20
Waterford [4]  144/20 144/22 145/1 145/3
Waterford 3 [1]  144/20
way [42]  138/14 153/14 161/1 162/14
 169/3 174/11 174/12 181/2 187/12
 187/13 190/15 193/16 199/18 212/7
 213/6 213/24 215/20 215/21 215/22
 216/23 221/16 224/18 224/25 225/21
 229/22 234/10 234/15 234/23 237/20
 237/24 242/23 245/23 251/6 256/5
 258/18 259/13 259/14 259/21 264/3
 268/7 268/15 272/12
ways [1]  211/16
we [223]
we'll [4]  208/22 229/1 229/2 276/3
we're [1]  194/1
We've [1]  232/4
wearing [2]  228/8 256/3
Wednesday [3]  162/3 162/8 226/8
week [3]  162/2 165/1 264/8
weekend [6]  149/16 150/22 150/23 151/2
 163/7 164/11
weeks [5]  153/23 154/4 155/13 190/23
 203/25
Weida [1]  236/2
weight [3]  205/13 205/14 205/16
Weiss [1]  135/18
well [63]  138/17 148/12 151/5 155/11
 162/6 165/7 174/6 174/14 174/25 182/5
 189/13 189/20 190/2 190/7 191/14
 191/20 195/4 196/14 197/13 199/22
 201/21 202/7 203/12 204/9 205/25
 206/23 206/25 210/15 211/2 212/16
 214/7 214/21 216/6 216/14 221/19
 222/25 223/23 228/3 228/21 229/14
 231/18 235/15 239/3 244/13 246/19
 250/20 254/22 256/24 257/17 259/5
 259/12 259/16 261/24 264/12 266/12
 267/14 268/3 269/4 270/2 270/5 271/21
 273/24 274/23
went [23]  143/6 144/5 144/15 144/25

147/13 150/23 154/13 154/14 155/8
 158/3 163/19 164/24 164/24 167/2 167/2
 170/21 190/9 196/1 224/24 225/4 238/9
 271/22 274/3
were [143]  138/3 138/7 143/12 143/23
 144/4 145/12 145/21 146/25 147/4 147/5
 147/6 147/15 148/6 148/8 148/9 148/24
 149/6 149/17 151/1 151/5 151/6 151/7
 151/8 152/6 152/6 152/8 152/12 153/22
 154/8 154/10 154/12 154/18 155/25
 156/9 156/9 157/7 159/18 160/11 163/1
 164/1 165/12 167/16 167/23 168/1 168/4
 168/12 169/11 170/15 172/5 172/8 172/8
 172/9 175/2 177/17 177/22 181/17
 184/14 185/6 186/8 186/10 187/3 187/10
 187/15 195/20 195/22 196/1 198/7 198/7
 198/11 198/20 198/23 199/19 200/25
 201/1 205/24 206/17 206/20 207/5
 209/10 210/20 213/10 213/14 213/14
 215/6 217/5 217/5 220/21 221/21 230/3
 231/1 231/2 231/4 231/18 231/23 231/25
 232/9 232/15 232/18 234/6 234/16 235/6
 235/11 235/12 236/19 238/1 238/12
 240/7 242/7 245/25 246/3 249/14 250/6
 251/10 251/17 257/3 257/25 258/9 259/8
 261/25 263/16 263/21 266/1 267/14
 267/15 267/15 267/22 267/25 268/10
 268/17 269/15 269/16 272/11 272/20
 272/24 273/22 273/23 274/1 274/5
 274/13 275/25 277/8 278/2 278/10
 weren't [9]  170/16 187/13 206/14 206/24
 207/1 207/11 258/22 274/2 274/6
West [1]  190/1
West Coast [1]  190/1
Western [2]  224/22 233/14
what [160]
what business [1]  257/2
what's [16]  159/4 160/2 160/22 184/8
 194/8 205/3 207/14 212/12 216/9 221/15
 222/7 222/15 225/22 232/19 241/3
 259/13
whatever [10]  138/14 183/3 193/13
 210/19 218/6 222/4 259/6 262/10 264/13
 268/15
whatsoever [1]  201/18
wheeze [1]  152/4
when [77]  139/6 143/21 146/10 147/4
 147/11 147/12 149/3 149/9 149/11 150/9
 150/20 151/24 152/2 152/6 152/7 152/9
 152/16 153/11 153/13 153/19 154/10
 154/11 154/13 155/10 155/11 156/25
 157/19 164/23 167/18 167/23 168/7
 170/7 173/4 173/9 173/18 176/2 178/6
 181/7 183/9 185/6 186/5 186/9 186/13
 186/21 187/9 187/24 192/6 192/16
 192/22 195/20 196/5 196/8 196/14
 198/20 198/23 202/19 208/3 210/4 210/9
 210/14 213/10 218/3 221/22 222/1
 225/23 228/12 229/1 242/13 243/10
 243/11 244/14 248/22 259/23 262/16
 264/2 265/12 270/21
where [33]  142/5 145/6 147/5 151/8
 156/9 170/5 182/4 182/9 183/12 186/17
 190/5 194/15 203/2 206/9 212/5 215/10
 215/22 216/18 218/14 225/4 225/15
 227/23 228/24 229/3 229/10 237/20
 242/17 242/18 243/19 253/16 259/18
 259/20 273/5
wherever [1]  210/8
whether [32]  173/5 174/16 175/4 175/22
 177/16 184/14 185/4 186/1 186/8 187/8
 194/2 203/10 208/10 209/23 210/7
 210/12 217/10 217/10 217/21 218/3

242/8 250/15 250/18 250/25 251/9
 251/20 251/22 253/8 253/10 255/14
 270/25 274/8
which [42]  139/19 139/24 140/23 145/23
 153/25 162/7 172/25 173/25 174/2 176/3
 176/7 176/10 176/18 177/6 178/19
 179/24 186/2 188/22 189/24 190/2 190/5
 194/21 200/22 200/22 216/13 219/20
 222/10 231/21 232/11 232/17 234/4
 234/5 234/10 234/11 236/7 237/3 239/5
 239/22 246/17 267/21 268/25 269/16
while [1]  196/9
White [1]  145/4
Whitfield [1]  135/22
who [44]  139/13 147/2 147/22 150/14
 155/21 166/11 167/14 167/21 168/4
 170/7 171/24 177/24 199/5 200/20
 205/22 205/23 206/5 209/5 210/5 210/25
 211/9 211/17 212/7 213/2 221/20 222/25
 235/11 236/1 252/23 256/24 258/6 258/9
 258/13 259/16 260/12 260/16 260/24
 264/7 264/10 272/11 272/19 273/8
 273/20 274/25
who's [1]  264/15
whole [7]  164/1 167/9 193/4 213/21
 213/24 242/14 264/20
wholly [1]  266/12
whom [1]  167/5
why [41]  146/18 147/13 147/25 158/10
 159/24 160/8 160/14 160/17 160/20
 161/2 161/8 161/8 162/5 162/16 178/10
 214/5 219/11 219/14 221/17 222/12
 222/12 228/20 230/7 230/20 230/20
 230/25 231/16 239/16 242/19 249/10
 249/13 259/13 264/19 267/10 267/11
 267/12 267/20 268/2 268/24 269/1
 271/16
wife [12]  142/6 142/20 142/24 143/2
 152/19 152/20 156/22 157/3 158/8 166/8
 166/10 166/13
wife's [1]  142/12
will [36]  139/1 139/3 159/5 160/17
 160/23 161/22 162/2 162/3 162/4 179/5
 197/24 204/5 207/22 207/22 208/20
 208/24 209/4 215/24 224/13 225/3 227/8
 227/20 228/22 236/15 240/19 241/6
 246/8 248/14 252/20 255/16 262/16
 263/11 276/6 279/8 279/13 279/19
windows [4]  150/25 151/7 199/15 199/16
wiring [2]  149/24 149/25
within [2]  201/7 210/21
without [2]  161/7 232/2
witness [19]  159/2 166/16 168/25 169/6
 188/5 191/21 207/17 207/24 208/3 208/3
 208/6 208/6 209/15 209/6 230/12 234/24
 241/4 270/14 276/3
witnesses [2]  141/15 208/9
WOFEs [2]  266/13 266/13
woman [1]  156/24
won't [3]  161/4 261/12 271/10
wonder [2]  160/17 242/14
word [5]  178/14 208/2 209/20 220/24
 276/18
work [22]  144/15 144/20 147/10 152/8
 164/20 167/14 167/17 167/21 170/21
 178/13 190/9 190/14 190/21 198/12
 199/25 204/24 233/10 233/11 261/18
 268/5 279/9 279/14
worked [15]  144/12 144/13 153/24 167/9
 167/22 182/4 182/6 189/20 199/15
 200/15 200/18 200/20 218/19 236/4
 238/8
workers [3]  217/2 238/7 268/5

**W**

working [12]  144/17 153/23 155/14
155/15 167/16 190/23 194/20 196/2
198/22 199/6 202/8 219/13
works [2]  155/13 268/15
world [10]  197/7 202/19 214/17 218/15
228/10 229/12 229/22 247/7 250/21
263/14
worldwide [7]  189/5 190/3 190/10 192/10
194/25 199/23 228/3
would [137]  139/5 141/2 147/12 150/17
153/25 156/23 157/10 159/10 165/9
165/9 165/11 166/7 166/11 168/14
172/10 172/10 173/14 178/11 178/18
182/9 183/9 183/10 189/19 193/3 194/4
194/7 195/4 197/4 197/18 199/22 209/15
210/25 211/2 211/9 211/11 211/12
211/16 211/21 211/25 211/25 212/9
212/10 212/14 212/17 212/18 213/3
213/7 213/9 213/20 216/12 216/13
216/16 216/18 216/19 216/24 217/4
217/6 217/9 217/13 217/19 217/20
218/11 218/23 219/1 220/7 221/19
221/19 221/20 223/3 223/5 223/17 224/6
226/6 226/14 227/2 228/14 229/16
229/18 229/20 229/20 229/21 229/24
231/5 231/9 231/20 231/21 232/7 233/4
235/10 235/13 238/17 240/15 242/10
242/18 242/24 245/13 246/1 246/2 246/2
246/16 246/20 247/11 249/10 254/14
259/6 259/11 259/17 259/19 260/7
260/10 260/10 260/11 260/12 260/13
262/7 266/1 268/15 268/18 269/21 270/5
270/7 270/14 270/16 271/6 271/16 273/3
274/9 274/12 274/13 275/3 275/14
277/13 278/12 278/18 278/23 278/24
279/12
wouldn't [9]  155/14 162/16 166/12
238/18 243/3 254/8 264/11 271/17
274/10
wrapped [1]  215/4
write [1]  238/13
written [8]  191/16 202/4 219/15 223/21
241/15 245/7 253/18 276/18
wrong [3]  163/23 194/8 232/15
wrote [4]  190/13 220/10 253/6 254/4

**Y**

yard [1]  172/9
yeah [9]  163/23 164/3 222/18 232/25
243/11 264/17 267/24 268/1 270/11
year [14]  167/13 167/18 167/18 181/7
194/20 198/12 198/22 198/22 201/20
220/5 220/16 255/12 265/14 277/14
years [25]  142/11 142/17 143/24 144/13
144/17 147/7 147/9 153/24 165/8 167/13
167/16 182/1 182/8 190/9 192/1 192/19
197/2 199/6 201/21 220/13 221/9 221/13
233/3 252/3 263/1
years' [2]  189/15 196/25
yes [241]
yet [2]  138/14 161/9
York [11]  135/20 135/20 143/21 143/22
145/5 147/11 148/24 153/20 154/12
154/13 210/8
you [846]
you're [22]  156/25 157/1 157/2 161/2
168/25 180/20 181/9 185/4 194/13
226/11 228/22 228/23 229/15 231/25
232/21 248/11 248/20 249/18 252/17
253/24 271/3 275/17
you've [6]  184/8 194/10 237/21 237/23

268/12 268/13
your [142] 142/23 147/4 149/7 151/12
your [184]
Your Honor [30]  138/5 141/9 141/11
141/12 141/16 151/21 157/5 159/2
159/10 159/25 160/9 161/15 168/24
169/15 173/13 176/24 178/18 188/3
197/18 204/8 205/2 207/13 219/25 225/6
227/4 261/6 270/14 275/3 277/23 279/2
yourself [2]  193/20 206/17

**Z**

zillions [1]  218/21