1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
6    LIABILITY LITIGATION

7                              CIVIL DOCKET NO. 09-MD-2047 "L"
                               NEW ORLEANS, LOUISIANA
08:52AM  8                     TUESDAY, NOVEMBER 27, 2012, 8:45 A.M.

9    THIS DOCUMENT RELATES TO
     ALL CASES
10

11   ****************************************************************

12                      **DAY 2 MORNING SESSION**
                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
13        HEARD BEFORE THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:        HERMAN HERMAN KATZ
18                              BY:  RUSS M. HERMAN, ESQUIRE
                                     LEONARD A. DAVIS, ESQUIRE
19                              820 O'KEEFE AVENUE
                                NEW ORLEANS LA  70113
20

21                              GAINSBURGH BENJAMIN DAVID MEUNIER
                                AND WARSHAUER
22                              BY:  GERALD E. MEUNIER, ESQUIRE
                                2800 ENERGY CENTRE
23                              1100 POYDRAS STREET, SUITE 2800
                                NEW ORLEANS LA  70163
24

25

                          **HOURLY TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                                  SEEGER WEISS
                                    BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 4                                        SCOTT A. GEORGE, ESQUIRE
                                    550 BROAD STREET, SUITE 920
 5                                  NEWARK, NJ  07102

 6

 7                                  WHITFIELD, BRYSON & MASON
                                    BY:  DANIEL K. BRYSON, ESQUIRE
 8                                  900 W. MORGAN STREET
                                    RALEIGH, NC  27603
 9

10                                  IRPINO LAW FIRM
11                                  BY:  ANTHONY IRPINO, ESQUIRE
                                    2216 MAGAZINE STREET
12                                  NEW ORLEANS, LA  70130

13

14
      FOR INTERIOR EXTERIOR
15    BUILDING SUPPLY, LP:          GALLOWAY JOHNSON TOMPKINS
                                    BURR & SMITH
16                                  BY:  RICHARD DUPLANTIER JR., ESQUIRE
                                         BENJAMIN R. GRAU, ESQUIRE
17                                       CARLINA C. EISELEN, ESQUIRE
                                    ONE SHELL SQUARE
18                                  701 POYDRAS STREET, SUITE 4040
                                    NEW ORLEANS, LA  70139
19

20
      FOR THE NORTH RIVER
21    INSURANCE COMPANY:            THOMPSON, COE, COUSINS & IRONS
                                    BY:  KEVIN RISLEY, ESQUIRE
22                                  ONE RIVERWAY, SUITE 1600
                                    HOUSTON, TX 77056
23

24

25
```

**HOURLY TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3                                   LOBMAN CARNAHAN BATT ANGELLE
                                    & NADER
4                                   BY:  SIDNEY J. ANGELLE, ESQUIRE
                                    400 POYDRAS STREET, SUITE 2300
5                                   NEW ORLEANS, LA 70130

6

7

8   OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
                                CERTIFIED MERIT REPORTER
9                               500 POYDRAS STREET, ROOM B406
                                NEW ORLEANS, LA  70130
10                              (504) 589-7779
                                Cathy_Pepper@laed.uscourts.gov
11

12  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
13

14

15

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

**I N D E X**

                                                          PAGE


**WILLIAM S. APP, JR.**................................... 287

DIRECT EXAMINATION BY MR. MEUNIER.................... 287

CROSS-EXAMINATION BY MR. GRAU....................... 325

REDIRECT EXAMINATION BY MR. MEUNIER................. 347

**BERYL MUNDEE**........................................ 354

DIRECT EXAMINATION BY MR. MEUNIER................... 355

CROSS-EXAMINATION BY MS. EISELEN.................... 369

**WILLIAM J. GARCIA**.................................. 371

DIRECT EXAMINATION BY MR. MEUNIER................... 371

CROSS EXAMINATION BY MR. GRAU....................... 381

REDIRECT EXAMINATION BY MR. MEUNIER................. 385

LUNCHEON RECESS..................................... 386



**E X H I B I T S**


DESCRIPTION                                              PAGE


PLAINTIFFS' EXHIBIT 1304-G ......................... 286

PLAINTIFF'S EXHIBIT 215............................ 300

PLAINTIFFS' EXHIBIT 207-001........................ 312

1    PLAINTIFFS' EXHIBIT 198-002.......................... 317

2    PLAINTIFF EXHIBIT 201................................ 319

3    EXHIBIT 323......................................... 323

4    INEX EXHIBIT 39..................................... 332

5    EXHIBIT NUMBER 39................................... 333

6    EXHIBIT 43.......................................... 335

7    EXHIBIT 44 ......................................... 338

8    EXHIBIT 47.......................................... 341

9    EXHIBIT 49.......................................... 344

10   EXHIBIT 49.......................................... 345

11   PLAINTIFF'S EXHIBIT 316............................. 349

12   PLAINTIFF'S EXHIBIT 314-1........................... 351

13   PLAINTIFF'S EXHIBIT 1206-001........................ 362

14   PLAINTIFF EXHIBIT 1093-80........................... 369

15   PLAINTIFF EXHIBIT 1140.............................. 374

16   EXHIBIT 1206........................................ 375

17   PLAINTIFFS' EXHIBIT 1206-A.......................... 378

18   EXHIBIT 39.......................................... 333

19

20

21

22

23

24

25

1               **P-R-O-C-E-E-D-I-N-G-S**

2               TUESDAY, NOVEMBER 27, 2012

3               M O R N I N G   S E S S I O N

4               (COURT CALLED TO ORDER)

5

08:49AM    6

08:49AM    7          THE COURT SECURITY OFFICER:  All rise.

08:49AM    8          (WHEREUPON, at 8:49 a.m. the jury panel enters the

08:52AM    9   courtroom.)

08:52AM   10          THE DEPUTY CLERK:  All rise.

08:52AM   11          THE COURT:  Be seated, please.  Good morning, ladies

08:52AM   12   and gentlemen.

08:52AM   13          Okay, Members of the Jury, as you recall, we're

08:52AM   14   into the plaintiffs' case.  We've had several witnesses.

08:53AM   15          Call your next witness, please.

08:53AM   16          MR. MEUNIER:  Your Honor, the plaintiffs call

08:53AM   17   Billy App.  William App.

08:53AM   18          Your Honor, as Mr. App is taking the stand, we

08:53AM   19   neglected yesterday to offer into evidence a document that we

08:53AM   20   reviewed with Rosemary Coates.  It's been previously identified

08:53AM   21   as Plaintiffs' Exhibit 1304-G.  It is the ASTM test report.

08:53AM   22          We offer that into evidence.

08:53AM   23          MR. DUPLANTIER:  No objection.

08:53AM   24          THE COURT:  Come forward, please, sir.

08:53AM   25          THE DEPUTY CLERK:  Would you please raise your right

**HOURLY TRANSCRIPT**

1    hand.  Do you solemnly swear that the testimony which you are

2    about to give will be the truth, the whole truth and nothing

3    but the truth, so help you God?

4         THE WITNESS:  Yes.

5                     **WILLIAM S. APP, JR.**

6     was called as a witness and, after being first duly sworn by

7     the Clerk, was examined and testified on his oath as follows:

8              THE DEPUTY CLERK:  Please have a seat and state and

08:54AM 9    spell your name for the record.

08:54AM 10             THE WITNESS:  My name is William S. App, and I'm a

08:54AM 11   Junior.  That's W-I-L-L-I-A-M, S, App, A-P-P, Jr.

08:54AM 12                     DIRECT EXAMINATION

08:54AM 13   BY MR. MEUNIER:

08:54AM 14   Q.   Good morning, Mr. App.

08:54AM 15   A.   Good morning.

08:54AM 16   Q.   What is your address?

08:54AM 17   A.   My address is 200 -- my personal address or my company

08:54AM 18   address?

08:54AM 19   Q.   Company address.

08:54AM 20   A.   200 Crofton Road, Kenner, Louisiana.

08:54AM 21   Q.   And that's the business address of your company,

08:54AM 22   J.W. Allen?

08:54AM 23   A.   Yes, sir.

08:54AM 24   Q.   What is your occupation?

08:54AM 25   A.   I'm an international freight forwarder and a customs

                          **HOURLY TRANSCRIPT**

08:54AM  1   broker.

08:54AM  2   Q.   What does it mean to be a freight forwarder and customs

08:54AM  3   broker?

08:54AM  4   A.   The best way to explain freight forwarder, first, is that

08:54AM  5   we're -- first, we're licensed by the Federal Maritime

08:55AM  6   Commission, and we are logistics providers.  We -- first role

08:55AM  7   that we have is to prepare all documentation -- or to make sure

08:55AM  8   that all documentation to leave the country and to get in the

08:55AM  9   foreign country is taken care of.  And on the reverse side,

08:55AM 10   it's the same.

08:55AM 11        And forwarders also can do as much or as little as

08:55AM 12   the client wants the importer or the exporter.  We also can

08:55AM 13   arrange for transportation from door to door and from port to

08:55AM 14   port or whatever.  We're kind of like a travel agent for cargo.

08:55AM 15   We don't own ships.  We don't own -- most of us don't own

08:55AM 16   ships.  We don't own planes.  We don't own barge lines.  We

08:55AM 17   don't own docks.  But we're like travel agents and just make

08:55AM 18   arrangements for that.

08:55AM 19   Q.   You handle the movement and logistics of the cargo?

08:55AM 20   A.   We can.

08:55AM 21   Q.   And that was your business in 2005 and '6?

08:56AM 22   A.   Yes, it was.

08:56AM 23   Q.   Who is Rudy Remont?

08:56AM 24   A.   Rudy Remont is a -- was a vice-president of J.W. Allen &

08:56AM 25   Company.  Retired a few years ago.  And he and I worked very,

**HOURLY TRANSCRIPT**

08:56AM 1   very close together for probably almost 20 years in the

08:56AM 2   company.  He's been retired now for about four years.

08:56AM 3   Q.   And his background and training was in logistics of moving

08:56AM 4   cargo?

08:56AM 5   A.   Exactly the same, and he was very good at it.

08:56AM 6   Q.   Did he have any training whatsoever in conducting a

08:56AM 7   factory audit during the drywall manufacturing process?

08:56AM 8   A.   No.

08:56AM 9   Q.   Now, you have done work over the years with

08:56AM 10  Interior Exterior, correct?

08:56AM 11  A.   Yes.  And prior to that, King Wholesale.

08:56AM 12  Q.   So you've got a pretty long history with this company?

08:56AM 13  A.   Yes.

08:56AM 14  Q.   And in your history of working with them, did you work on

08:57AM 15  imported drywall prior to the shortage of 2005 and 2006?

08:57AM 16  A.   Yes.  In one period.

08:57AM 17  Q.   What was that period?

08:57AM 18  A.   I don't remember, but it was probably five years before

08:57AM 19  that we handled a lot of wallboard or gypsum board from

08:57AM 20  Malaysia.

08:57AM 21  Q.   Malaysia?

08:57AM 22  A.   I believe it was Malaysia.

08:57AM 23  Q.   What was your activity with respect to the Malaysian

08:57AM 24  board?

08:57AM 25  A.   With the Malaysian board, we simple acted as a customs

**HOURLY TRANSCRIPT**

08:57AM  1    broker.  The terms of sale that King Wholesale had with -- with

08:57AM  2    the seller was delivered New Orleans and unloaded onto the

08:57AM  3    dock.  We simply handled the facilitation of the documentation,

08:57AM  4    the clearance through customs in New Orleans.

08:57AM  5    Q.   So you didn't do anything to inspect the quality of that

08:57AM  6    imported drywall?

08:57AM  7    A.   No.

08:57AM  8    Q.   And so we're clear, King Wholesale that you referred to

08:58AM  9    was the earlier name of Interior Exterior?

08:58AM 10    A.   I would assume -- yes, of course.

08:58AM 11    Q.   Now, do you recall in late 2005 becoming involved with

08:58AM 12    Interior Exterior in connection with Chinese drywall?

08:58AM 13    A.   I do.

08:58AM 14    Q.   Describe for the jury how you became involved in it.

08:58AM 15    A.   Well, a phone call probably was the first thing I got from

08:58AM 16    Interior Exterior.  And they asked us if we could -- as we had

08:58AM 17    done in the past with the previous shipment, with the one we

08:58AM 18    handled for King Wholesale coming from Malaysia, if we could do

08:58AM 19    the same for them, which is basically clear customs for them.

08:58AM 20           And that the transportation and all to New Orleans

08:58AM 21    had already been arranged for, which we did.  And it was

08:58AM 22    handled very well and everybody was satisfied.

08:58AM 23    Q.   Now, are you familiar with Weida Freight System?

08:59AM 24    A.   I am.  Weida.

08:59AM 25    Q.   Weida.

**HOURLY TRANSCRIPT**

08:59AM 1    A.    W-E-I-D-A.

08:59AM 2    Q.    What was the role of Weida Freight System in connection

08:59AM 3    with the Chinese drywall being purchased by Interior Exterior?

08:59AM 4    A.    Weida Freight was a -- is a freight forwarder and a

08:59AM 5    customs broker in China.  We don't have offices in China.  And

08:59AM 6    we belong to a group, and we use Weida Freight Services for our

08:59AM 7    business coming out of China.

08:59AM 8    Q.    So did you introduce Weida Freight to Interior Exterior?

08:59AM 9    A.    They were introduced to Weida Freight through us making

08:59AM 10   the arrangements, etcetera.

08:59AM 11   Q.    Right.  So --

08:59AM 12   A.    And down the line, there was -- we introduced Weida

08:59AM 13   Freight to Interior Exterior.

08:59AM 14   Q.    Had you done any work with Weida Freight before these

08:59AM 15   events dealing with Chinese drywall?

08:59AM 16   A.    Small amounts of imported container business.

09:00AM 17   Q.    To your knowledge, had Interior Exterior ever done

09:00AM 18   business with them before?

09:00AM 19   A.    No.  I don't believe.

09:00AM 20   Q.    And Weida Freight's role, as I appreciate it, was the same

09:00AM 21   as yours, just that they were in China?

09:00AM 22   A.    They were in China, right.  And they had the contacts to

09:00AM 23   arrange to charter the vessels for us, part charter.

09:00AM 24   Q.    Are you aware, Mr. App, that ultimately Interior Exterior

09:00AM 25   purchased Chinese drywall from two different manufacturers in

**HOURLY TRANSCRIPT**

09:00AM 1   China?

09:00AM 2   A.   Was I aware of it?  I don't know whether --

09:00AM 3   Q.   Two different manufacturers.

09:00AM 4   A.   I believe I had heard it, but we weren't involved in it,

09:00AM 5   in the purchase of any Chinese -- the only involvement we had

09:00AM 6   with Interior Exterior was the purchase that they had made with

09:01AM 7   Knauf.

09:01AM 8   Q.   That's KPT, Knauf Plasterboard Tianjin?

09:01AM 9   A.   Knauf, K-N-A-U-F.

09:01AM 10  Q.   Did you ever hear them referred to as KPT or

09:01AM 11  Knauf Plasterboard Tianjin?

09:01AM 12  A.   It may have been in documentation, but it was always

09:01AM 13  referred to us as Knauf.

09:01AM 14  Q.   And that was your only involvement --

09:01AM 15  A.   In importing of Chinese drywall, right.

09:01AM 16  Q.   -- of Chinese drywall?  What were the total number of

09:01AM 17  shipments of Knauf Plasterboard Tianjin drywall that you or

09:01AM 18  your company were involved in?

09:01AM 19  A.   There were four part charters of vessels, part chartering

09:01AM 20  meaning that we didn't charter the whole vessel, but just parts

09:01AM 21  of it.

09:01AM 22  Q.   Over what period of time did those shipments occur?

09:01AM 23  A.   The shipments occurred -- we start -- the involvement

09:01AM 24  started in early December with, I believe, dialogue, and the

09:01AM 25  first shipment was made January, and I believe the last

**HOURLY TRANSCRIPT**

09:02AM 1    shipment -- the first shipment was loaded in early January.  I

09:02AM 2    don't -- we had four shipments starting in early December,

09:02AM 3    beginning December '05 and ending about September of '06.

09:02AM 4    Q.   Do you recall that the later shipments were a kind of

09:02AM 5    Chinese drywall called Knauf Wuhu?  Do you remember that?

09:02AM 6    A.   No.

09:02AM 7    Q.   During the period that you were involved with the

09:02AM 8    logistics of shipping this drywall, did a representative of

09:02AM 9    J.W. Allen visit The Knauf Plasterboard Tianjin manufacturing

09:02AM 10   facility in China?

09:02AM 11   A.   They did not.

09:02AM 12   Q.   Are do you recall sending Rudy to make a visit to the

09:02AM 13   Knauf office when he was in China?

09:02AM 14   A.   He made a visit to the Knauf general office.

09:02AM 15   Q.   Not the --

09:03AM 16   A.   Not the plant.  It could have been on the same property,

09:03AM 17   but he only visited the general offices.

09:03AM 18   Q.   Okay.  And who asked Rudy to visit the general offices of

09:03AM 19   Knauf Plasterboard Tianjin?

09:03AM 20   A.   I told Rudy to visit.

09:03AM 21   Q.   This was not a request made by Interior Exterior?

09:03AM 22   A.   No.

09:03AM 23   Q.   Why did you tell Rudy to visit that office?

09:03AM 24   A.   J.W. Allen is an 80-year-old freight forwarding company

09:03AM 25   with a tremendous reputation.  We were taking on a big piece of

**HOURLY TRANSCRIPT**

09:03AM 1    business for a local client, and I felt, as president of the

09:03AM 2    company, that we, J.W. Allen -- who hadn't done this type of

09:03AM 3    business yet with Weida Freight -- that we needed a person

09:03AM 4    there to be available to make sure that our customer's product

09:04AM 5    was going to be handled properly and get to New Orleans in good

09:04AM 6    shape.  It was my personal decision out of my pocket,

09:04AM 7    nothing -- that's -- that's what we do, and we do that often

09:04AM 8    with big pieces of business with clients.  It's to make sure

09:04AM 9    that everything goes right.

09:04AM 10   Q.   So Rudy Remont visited the office of KPT at your request

09:04AM 11   and at your expense?

09:04AM 12   A.   That's correct.

09:04AM 13   Q.   Not at the request or expense of Interior Exterior?

09:04AM 14   A.   You know, we're charging Interior Exterior for our

09:04AM 15   services, and, of course, you know, it's all part of the

09:04AM 16   package.  It wasn't just -- it's all part of the package,

09:04AM 17   right.

09:04AM 18   Q.   So Rudy visits the office, not the plant, and who did he

09:04AM 19   meet with?

09:04AM 20   A.   Cecelia was her name.  Most of the Chinese people have

09:04AM 21   Western names, but her name was Cecelia.  I don't know the last

09:05AM 22   name.  I have it in files, but her name was Cecelia.  He

09:05AM 23   visited Cecelia there.

09:05AM 24   Q.   And what was the outcome of the visit?

09:05AM 25   A.   It was more of a courtesy visit, let them know that he was

**HOURLY TRANSCRIPT**

09:05AM 1    there.  He was representing J.W. Allen & Company.  He was

09:05AM 2    representing the importer in the United States, and we were

09:05AM 3    available if he had any questions or anything.

09:05AM 4    Q.   And that was the only visit he made?

09:05AM 5    A.   That was the only visit he made, that one time.

09:05AM 6    Q.   A courtesy visit to the office?

09:05AM 7    A.   That's correct.

09:05AM 8    Q.   And just so we're clear, no one -- not you, not anyone

09:05AM 9    from Interior Exterior -- ever suggested that Rudy Remont go

09:05AM 10   make some sort of an audit or inspection during the

09:05AM 11   manufacturing process?

09:05AM 12             THE COURT:  Just a moment.

09:05AM 13             MR. GRAU:  Objection.  Leading, Your Honor.

09:05AM 14             THE COURT:  Well, it's a question of whether he has

09:05AM 15   this person under 611(c).

09:05AM 16             MR. MEUNIER:  Your Honor, I think he's got a close

09:05AM 17   relationship.

09:05AM 18             THE COURT:  Yeah, that's --

09:05AM 19             MR. MEUNIER:  That's really the issue.

09:05AM 20             THE COURT:  Members of the Jury, I talked to you

09:05AM 21   about leading questions and what it is, and we want the witness

09:06AM 22   to answer and not the attorney.

09:06AM 23             The situation is, under the Federal Rules of

09:06AM 24   Evidence, if a person's associated closely with the defendant,

09:06AM 25   then he is able to ask leading questions.  This gentleman was

**HOURLY TRANSCRIPT**

09:06AM 1    in the employ or at least an independent contractor of the

09:06AM 2    company at this particular time, so it seems to me that 611(c)

09:06AM 3    would be applicable and you can use leading questions.

09:06AM 4                          EXAMINATION

09:06AM 5    BY MR. MEUNIER:

09:06AM 6    Q.   But my question is, to be clear, neither you nor anyone,

09:06AM 7    to your knowledge, from Interior Exterior ever suggested that

09:06AM 8    Rudy Remont should conduct a factory audit during the KPT

09:06AM 9    manufacturing process; is that correct?

09:06AM 10   A.   That's correct.

09:06AM 11   Q.   Nor would he have been qualified to conduct such a factory

09:06AM 12   audit, Correct?

09:07AM 13   A.   That's correct.

09:07AM 14   Q.   To your knowledge, did anyone who was an employee or

09:07AM 15   representative of Weida Freight conduct an inspection of the

09:07AM 16   KPT manufacturing facility in China?

09:07AM 17   A.   No.

09:07AM 18   Q.   To your knowledge, did anyone with your company,

09:07AM 19   J.W. Allen, or with Interior Exterior, ever ask anyone

09:07AM 20   associated with Weida Freight to conduct an audit of the KPT

09:07AM 21   manufacturing process?

09:07AM 22   A.   The Knauf plant that I've been referring to?

09:07AM 23   Q.   Yes.

09:07AM 24   A.   No, sir, they did not.

09:07AM 25   Q.   In 2005 and '6, were you aware of a company called SGS?

                          **HOURLY TRANSCRIPT**

09:07AM 1   A.   Yes.

09:07AM 2   Q.   What is the nature of the business of SGS?

09:07AM 3   A.   SGS is a -- I believe that they -- they are -- they offer

09:08AM 4   preinspection services worldwide for countries.   And

09:08AM 5   additionally, they can do inspections for just about anybody.

09:08AM 6   But --

09:08AM 7   Q.   Inspections where?

09:08AM 8   A.   They can do inspections -- they've spun off from being an

09:08AM 9   inspector for -- to inspect cargo for countries who issued

09:08AM 10  import permits, to make sure that the country -- the person in

09:08AM 11  the country that's buying something is getting what they

09:08AM 12  ordered.   And they have spun off of that original thing to

09:08AM 13  become worldwide cargo inspectors or -- that's not a good word,

09:08AM 14  *inspectors*.   They can do anything.

09:08AM 15  Q.   They can do anything.   They can do factory audits, can't

09:08AM 16  they?

09:08AM 17  A.   Yeah.   You know, you're asking me if -- what they can do.

09:09AM 18  They can do a lot.   You ask them if they can do a factory

09:09AM 19  audit, I would assume they would.

09:09AM 20  Q.   How about quality testing or verifying the quality testing

09:09AM 21  of the product?

09:09AM 22  A.   I would -- yes, they would.

09:09AM 23  Q.   Are they a reputable company?

09:09AM 24  A.   Very.

09:09AM 25  Q.   To your knowledge, did Interior Exterior ever ask SGS to

**HOURLY TRANSCRIPT**

09:09AM 1    conduct a factory audit or inspection of the manufacturing

09:09AM 2    process of the KPT plant or the Knauf plant in China?

09:09AM 3    A.   For the -- I don't have any recollection of that.

09:09AM 4    Q.   To your knowledge, did Interior Exterior ever ask SGS to

09:09AM 5    perform any quality testing of KPT or Knauf drywall samples in

09:09AM 6    China?

09:09AM 7    A.   What do you mean by *quality*?

09:09AM 8    Q.   Testing a sample of drywall to assure its quality.

09:10AM 9    A.   Quality for what?

09:10AM 10   Q.   The quality of its raw material, let's say.

09:10AM 11   A.   The only -- as I recall, and from reading this, the only

09:10AM 12   quality that I was ever asked about was the quality of

09:10AM 13   dimensional, bubbling, peeling, and cracking.  Four points.

09:10AM 14   That's the only quality that I was ever involved in

09:10AM 15   conversation, more of the outside of the wallboard.

09:10AM 16   Q.   That's as a finished product while it's being loaded on a

09:10AM 17   ship?

09:10AM 18   A.   Not while it's being loaded, but while -- we're

09:10AM 19   speaking -- you asked me a question.  I want to make sure I'm

09:10AM 20   very clear with that.  We've got two things you asked me.  You

09:10AM 21   asked me about Knauf and then you asked me generally.  So what

09:11AM 22   are you asking me?

09:11AM 23   Q.   Let me get back to my question, which was about SGS, and

09:11AM 24   then we'll move into that area.

09:11AM 25   A.   Okay.

**HOURLY TRANSCRIPT**

09:11AM 1    Q.   My question was:  To your knowledge, did Interior Exterior

09:11AM 2    ever ask that SGS, the company we were talking about, conduct

09:11AM 3    any quality testing of Knauf Chinese drywall?  That was my

09:11AM 4    question.

09:11AM 5    A.   No.

09:11AM 6    Q.   Now, let's get to some of the information you just shared

09:11AM 7    with us.  You say you had some discussions about certain

09:11AM 8    aspects of quality of the Chinese drywall that

09:11AM 9    Interior Exterior was purchasing?

09:11AM 10   A.   From -- they were discussing purchasing from a supplier

09:11AM 11   other than Knauf.

09:11AM 12   Q.   We're going to get more into that.

09:11AM 13   A.   Okay.

09:11AM 14   Q.   Did you have any discussions with --

09:11AM 15   A.   SGS we're still on.  Go ahead.

09:12AM 16        SGS was the third or fourth -- like I said, you'll

09:12AM 17   have to ask that question a couple times.

09:12AM 18   Q.   Did you have any involvement with checking the quality, as

09:12AM 19   you just described it, peeling, cracking, of the Knauf or KPT

09:12AM 20   drywall?

09:12AM 21   A.   Involvement?  No.

09:12AM 22   Q.   Do you recall the general manager of Weida Freight in

09:12AM 23   December 2005 was Susan Li?

09:12AM 24   A.   I knew Susan Li only from communications by e-mail and

09:13AM 25   fax.  You tell me she's general manager, I didn't really know

**HOURLY TRANSCRIPT**

09:13AM 1    that, or I don't recall it right now, but she was an employee
09:13AM 2    of Weida Freight.
09:13AM 3    Q.   Did you receive a copy of an e-mail dated December 27,
09:13AM 4    2005, Susan Li to Rudy Remont?
09:13AM 5    A.   I'm sure I did.  If you're looking at it, I'm not going to
09:13AM 6    deny it, but I don't have it in front of me.  You mentioned
09:13AM 7    specific dates and things, but there was a lot of communication
09:13AM 8    that I was copied on or that I got direct.
09:13AM 9    Q.   I'm going to show you this, but I don't want you to
09:13AM 10   comment on the contents of it.  I'm going to show you the
09:13AM 11   e-mail.
09:13AM 12   A.   No problem.
09:13AM 13   Q.   This has been marked as Plaintiff's Exhibit 215.
09:13AM 14           MR. GRAU:  Your Honor, can we approach on that?
09:13AM 15           THE COURT:  Sure.
09:13AM 16           (WHEREUPON, at this point in the proceedings, there
09:14AM 17   was a conference held at the bench.)
09:14AM 18           MR. GRAU:  This exhibit is one of the ones that was
09:14AM 19   struck, Your Honor.
09:14AM 20           MR. MEUNIER:  He's copied on it, Your Honor.  And I'm
09:14AM 21   not going to ask him about the content of it, but is the
09:14AM 22   predicate, did he see this before I move on to some other
09:14AM 23   questions.  And I will only ask him about an e-mail that he
09:14AM 24   wrote, not about this.
09:14AM 25           MR. GRAU:  I understand.  The e-mail has been struck.

**HOURLY TRANSCRIPT**

09:14AM 1    By putting it in front of the witness, you're necessarily

09:14AM 2    refreshing his memory about what's included.

09:14AM 3                You struck it on prejudice grounds, you know,

09:14AM 4    Your Honor.

09:14AM 5           MR. MEUNIER:  No, it's not on prejudice.  It's

09:14AM 6    hearsay.

09:14AM 7           THE COURT:  I understand the issue.  This is one of

09:14AM 8    the ones that I -- okay.  You can't use it.

09:14AM 9           MR. MEUNIER:  I wasn't going to offer it into

09:14AM 10   evidence, Your Honor.  Let him refresh his memory.

09:14AM 11          THE COURT:  Let's move on.

09:14AM 12          (WHEREUPON, at this point in the proceedings, the

09:14AM 13   bench conference concluded.)

09:14AM 14                        EXAMINATION

09:14AM 15   BY MR. MEUNIER:

09:14AM 16   Q.   The question I had, Mr. App, is whether you recall -- let

09:15AM 17   me ask the question this way:  Do you recall Ms. Li of

09:15AM 18   Weida Freight being asked to do anything in connection with

09:15AM 19   finding Chinese drywall from a source other than KPT?

09:15AM 20   A.   Yes, sir, I do.

09:15AM 21   Q.   What was she asked to do?

09:15AM 22   A.   What was she asked to do?  Is that what you said?

09:15AM 23   Q.   Yes.

09:15AM 24   A.   She was asked to find, if possible, additional suppliers

09:15AM 25   of wallboard in China.

**HOURLY TRANSCRIPT**

09:15AM 1    Q.   In addition to Knauf?

09:15AM 2    A.   In addition to Knauf.

09:15AM 3    Q.   Who made that request of her?

09:15AM 4    A.   Interior Exterior.  Made it to us, and I think originally

09:15AM 5    we relayed that request to Weida Freight.

09:15AM 6    Q.   Was this at a time when Interior Exterior was not getting

09:15AM 7    enough drywall from KPT, Knauf?

09:16AM 8    A.   From Knauf, that's correct.

09:16AM 9    Q.   So before we move away from Knauf, I want to be sure we

09:16AM 10   understand what's been referred to as a *supply chain*.

09:16AM 11   Interior Exterior, KPT.

09:16AM 12   A.   Knauf.

09:16AM 13   Q.   Knauf.

09:16AM 14        J.W. Allen was a freight forwarder, a logistics

09:16AM 15   provider?

09:16AM 16   A.   Provider.

09:16AM 17   Q.   Weida Freight was the company you found in the network

09:16AM 18   that could do the sort of thing you did but in China?

09:16AM 19   A.   Right.  Weida Freight Service.

09:17AM 20   Q.   Just to clarify, SGS, to your knowledge, have any

09:17AM 21   involvement in this chain?

09:17AM 22   A.   (Witness shakes head negatively.)

09:17AM 23   Q.   Do you know --

09:17AM 24        THE COURT:  Wait, wait.  He's shaking his head,

09:17AM 25   meaning no?

**HOURLY TRANSCRIPT**

09:17AM 1          THE WITNESS:  I'm sorry.  No.

09:14AM 2                         EXAMINATION

09:14AM 3    BY MR. MEUNIER:

09:17AM 4    Q.   No SGS?

09:17AM 5    A.   No SGS.  Excuse me.

09:17AM 6    Q.   No SGS.

09:17AM 7          Who else -- what other entities were in, to your

09:17AM 8    knowledge, were in the supply chain between Interior Exterior

09:17AM 9    and KPT?  I'm talking about any involvement, any roles in

09:17AM 10   getting the Chinese drywall from the factory to

09:17AM 11   Interior Exterior?

09:17AM 12   A.   The steamship line who carried it.

09:17AM 13   Q.   The ship?

09:17AM 14   A.   The ship.  The vessel that carried the cargo from China to

09:17AM 15   New Orleans, Pan Ocean.

09:17AM 16   Q.   Anyone else?

09:17AM 17   A.   No.

09:18AM 18   Q.   So in the entire supply chain --

09:18AM 19   A.   No.

09:18AM 20   Q.   So in the entire supply chain between Interior Exterior

09:18AM 21   and Knauf Chinese drywall, no one was engaged or played any

09:18AM 22   role in doing a manufacturing process audit of this drywall; is

09:18AM 23   this true?

09:18AM 24   A.   That's correct.

09:18AM 25   Q.   Now let's talk about other sources of drywall.

**HOURLY TRANSCRIPT**

09:18AM 1          Weida Freight was asked to find another plant or

09:18AM 2    factory where INEX, Interior Exterior, could get

09:18AM 3    Chinese drywall?

09:18AM 4    A.    That's correct.

09:18AM 5    Q.    And who was it who worked with Weida Freight to see that

09:18AM 6    happen?

09:18AM 7    A.    Rudy and I, Rudy Remont and I, originally contacted

09:19AM 8    Weida Freight to see if they could find additional supply of

09:19AM 9    wallboard for our client.

09:19AM 10   Q.    And did you and Rudy share with Clay Geary at

09:19AM 11   Interior Exterior the results of Weida Freight's efforts?

09:19AM 12   A.    Yes, we did.

09:19AM 13   Q.    And what were the results of her efforts?

09:19AM 14   A.    Weida Freight -- and I think Susan was doing this -- found

09:19AM 15   two suppliers.

09:19AM 16   Q.    Who were the two suppliers?

09:19AM 17   A.    You know, Beijing -- Beijing -- they went by acronyms so

09:19AM 18   much, but Beijing New Materials -- Building Materials.

09:19AM 19   Q.    BNBM?

09:19AM 20   A.    Help me out.  Thank you.

09:19AM 21   Q.    Is that it?

09:19AM 22   A.    That's it.  That's one.

09:19AM 23   Q.    All right.  What was the other?

09:20AM 24   A.    It was a long name, but we went by Tianjin most of the

09:20AM 25   time, T-I-A-N-J-I-N, was the -- I think it was the middle name

**HOURLY TRANSCRIPT**

09:20AM 1    of the company.  That's who we referred to.

09:20AM 2    Q.   How about Taihe, do you remember that name?

09:20AM 3    A.   That's it.

09:20AM 4    Q.   That's it?

09:20AM 5    A.   Uh-huh.

09:20AM 6    Q.   So Weida Freight, at the request of Interior Exterior,

09:20AM 7    located two other places where Interior Exterior could get

09:20AM 8    Chinese drywall, besides Knauf?

09:20AM 9    A.   That's correct.

09:20AM 10   Q.   BNBM and Taihe?

09:20AM 11   A.   That's correct.

09:20AM 12   Q.   And what did the investigation uncover as to ASTM

09:20AM 13   licensing for these two things?

09:20AM 14          MR. GRAU:  Objection, Your Honor.  Hearsay, he's got

09:20AM 15   no firsthand knowledge of it.

09:20AM 16          THE COURT:  Did you know that?

09:20AM 17          THE WITNESS:  Why don't you ask that question again.

09:20AM 18   It wasn't clear.

09:20AM 19                      EXAMINATION

09:20AM 20   BY MR. MEUNIER:

09:20AM 21   Q.   When Susan did her investigation of other sources, that

09:20AM 22   information was shared with Clay, what was found out about the

09:21AM 23   ASTM certifications of BNBM and the Taihe factory?

09:21AM 24          MR. GRAU:  Same objection, Your Honor.

09:21AM 25          THE WITNESS:  I don't really -- I don't understand --

**HOURLY TRANSCRIPT**

09:21AM 1    I don't remember anything, really, that relates to what you're

09:21AM 2    asking me.

09:21AM 3              THE COURT:  All right.

09:21AM 4              THE WITNESS:  Unless I'm not being clear in

09:21AM 5    understanding what you're saying.

09:21AM 6                           EXAMINATION

09:21AM 7    BY MR. MEUNIER:

09:21AM 8    Q.   Do you know what ASTM is?

09:21AM 9    A.   ASTM, I understand it to be an industry standard for

09:21AM 10   wallboard.  ASTM 36, I think it is; is that correct?

09:21AM 11   Q.   Right.

09:21AM 12   A.   An industry standard for wallboard.

09:21AM 13   Q.   And do you remember being copied on information sent from

09:21AM 14   Rudy Remont to Clay Geary about BNBM and Taihe dealing with

09:21AM 15   ASTM certification?

09:21AM 16   A.   Yes.

09:21AM 17   Q.   And what was the difference between BNBM and Taihe when it

09:22AM 18   came to ASTM certification?

09:22AM 19             MR. GRAU:  Objection, Your Honor.

09:22AM 20             THE COURT:  Wait just a minute.

09:22AM 21             MR. GRAU:  This is all hearsay.  This is information

09:22AM 22   that he's reading from Ms. Li in e-mails or telephone

09:22AM 23   conversations with her.  It's not anything he has firsthand

09:22AM 24   knowledge of.

09:22AM 25             MR. MEUNIER:  Your Honor, may I approach?

**HOURLY TRANSCRIPT**

09:22AM 1          THE COURT:  Yes.  Let me see both of you all.

09:22AM 2          (WHEREUPON, at this point in the proceedings, there

09:22AM 3   was a conference held at the bench.)

09:22AM 4          MR. MEUNIER:  Judge, here is an e-mail that he's

09:22AM 5   copied on that goes from his guy, Rudy, to Clay.  And he's

09:22AM 6   sending all this information that they've gotten about the

09:22AM 7   Taihe factory does not have an ASTM license.  This guy, he,

09:23AM 8   after this e-mail, sends Clay information, ASTM tests, Taihe,

09:23AM 9   BNBM.  I've got to be able to show him this to be able to

09:23AM 10  refresh his recollection.  And then I'm going to ask him the

09:23AM 11  e-mail that he sent, no one else, that he sent to Clay here.

09:23AM 12         MR. GRAU:  Two points:  First off, again, these are

09:23AM 13  e-mails and documents that were stricken by the Court.

09:23AM 14          Secondly, you can see from the very e-mail that

09:23AM 15  this is Ms. Li who is saying things about ASTM standards of

09:23AM 16  these plants.  No one has deposed Ms. Li.  No one knows the

09:23AM 17  basis or her statements or the veracity of this information

09:23AM 18  went to China.  They had an opportunity to depose Ms. Li.  They

09:23AM 19  chose not to.  They have no idea why she's saying that, where

09:23AM 20  the information is coming from.  Someone may have told her

09:23AM 21  that.  They may be three and four times hearsay.

09:23AM 22         MR. MEUNIER:  May I respond?

09:23AM 23         THE COURT:  Sure.

09:23AM 24         MR. MEUNIER:  I'm not offering this into evidence.  I

09:23AM 25  would like to show him this to refresh his recollection and ask

**HOURLY TRANSCRIPT**

09:23AM 1    him about this.

09:23AM 2              Judge, it's not offered for the truth of the

09:23AM 3    matter asserted.  It doesn't matter whether Susan Li was right

09:24AM 4    or wrong.  They were doing the due diligence.  They got

09:24AM 5    information about a plant named Taihe not being ASTM certified.

09:24AM 6    That goes to the heart of this case.

09:24AM 7              THE COURT:  Let's do it this way.  Let's ask him, as

09:24AM 8    a result of your conversation with her or the e-mail, did you

09:24AM 9    do anything.

09:24AM 10             MR. MEUNIER:  Can I show him just to refresh his

09:24AM 11   recollection?  I just want to ask him, I want to show him this

09:24AM 12   to refresh his recollection.

09:24AM 13             MR. GRAU:  It's a stricken document.

09:24AM 14             THE COURT:  I've already stricken that.

09:24AM 15             MR. MEUNIER:  I'm just going to refresh his

09:24AM 16   recollection, not offer it in evidence.

09:24AM 17             THE COURT:  Let's deal with it that way.  Let's ask

09:24AM 18   him, as a result of his e-mail whether he took any action or

09:24AM 19   sent any material to other party.

09:24AM 20             MR. MEUNIER:  Well, the question I want to ask him,

09:24AM 21   Judge, is whether he learned -- whether it's true or not, he

09:24AM 22   learned in the past -- information that there is no ASTM

09:24AM 23   certification for the Taihe plant.

09:24AM 24             MR. GRAU:  That's the truth of what she's asserting

09:24AM 25   in the e-mail.

**HOURLY TRANSCRIPT**

09:24AM 1          MR. MEUNIER:  It doesn't matter whether it's true or

09:24AM 2    not.

09:24AM 3          MR. GRAU:  Your Honor, what they are trying to is get

09:25AM 4    this in front of the jury.  If I can make one more point,

09:25AM 5    Your Honor --

09:25AM 6          THE COURT:  You don't need to make it.  I'm hearing

09:25AM 7    you.  It's all inclusive.

09:25AM 8          MR. GRAU:  I apologize.  The last point I would like

09:25AM 9    to make, Your Honor, is this is the classic confusion because

09:25AM 10   what Ms. Li is talking about is a factory called Shandong Taihe

09:25AM 11   Dong something.  It's a completely different plant than the

09:25AM 12   Tai'an Taishan plant at issue in this case.  They are both from

09:25AM 13   the region of Taihe.  They have no witness who will ever

09:25AM 14   connect these two.

09:25AM 15         MR. MEUNIER:  That's not true.

09:25AM 16         MR. GRAU:  It absolutely is true.  And that's the

09:25AM 17   problem, Your Honor.  That's not evidence.

09:25AM 18         MR. MEUNIER:  Your Honor, they put Taihe on the

09:25AM 19   board.

09:25AM 20         MR. GRAU:  It's a mountain in China.  And there are

09:25AM 21   plants surrounding the mountain and you have no basis to

09:25AM 22   conclude that this is the same plant.

09:25AM 23         MR. MEUNIER:  That's a great jury argument.  I can't

09:25AM 24   wait to make it.  I hope they let you make the argument.

09:25AM 25         THE COURT:  I understand the issue.  It's always a

**HOURLY TRANSCRIPT**

09:26AM 1    complicated situation when you're dealing with e-mails because

09:26AM 2    with the e-mails you're dealing with a couple of areas.  No

09:26AM 3    question e-mails are out-of-court statements, so they are

09:26AM 4    hearsay.

09:26AM 5           The issue is whether or not it's an exception to

09:26AM 6    the hearsay rule.  The two generally the courts and the

09:26AM 7    commentators write about, one is 801(d)(2) and the other one is

09:26AM 8    803(6), which is a business record.

09:26AM 9           The complicated part in this particular

09:26AM 10   situation is I've already struck some of these materials

09:26AM 11   because they didn't follow the rules, present them to each

09:26AM 12   other beforehand to give the other party an opportunity to

09:26AM 13   respond, so --

09:26AM 14          MR. MEUNIER:  Judge --

09:26AM 15          THE COURT:  What I'm going to do with it is ask the

09:27AM 16   question about whether he received information, and as a result

09:27AM 17   of his receiving the information from the -- whoever that lady

09:27AM 18   is, whether he took any action, sent any materials to

09:27AM 19   Interior Exterior, and let's see what his answer is.

09:27AM 20          MR. SEEGER:  At the first break -- if we could talk

09:27AM 21   to you at the first break.  We didn't give you our response.

09:27AM 22   They have always been [inaudible].

09:27AM 23          MR. MEUNIER:  We were not [inaudible].

09:27AM 24          THE COURT:  I already struck it.

09:27AM 25          MR. MEUNIER:  I guess we're asking you to reconsider,

**HOURLY TRANSCRIPT**

09:27AM 1   Your Honor.

09:27AM 2          THE COURT:  That's an issue.  Okay.  Let's do it this

09:27AM 3   way.

09:27AM 4          MR. MEUNIER:  I can use it to refresh his

09:27AM 5   recollection.

09:27AM 6          THE COURT:  Let's see what his response is.

09:27AM 7          (WHEREUPON, at this point in the proceedings, the

09:27AM 8   bench conference concluded.)

09:27AM 9          THE COURT:  Members of the Jury, you've got a big job

09:27AM 10  in processing all the information.  I don't want to impose on

09:28AM 11  you by having you also deal with evidentiary rulings.  I'm not

09:28AM 12  trying to keep anything from you, but it's my job as the judge.

09:28AM 13          It's your job as the judge to decide the facts.

09:28AM 14  It's my job as a judge to decide the law, and part of the law

09:28AM 15  involves the issues of evidence, and that's what I've been

09:28AM 16  dealing with here.  Not to keep anything from you or impose on

09:28AM 17  you in any way, but that's what I'm doing, so that's why I've

09:28AM 18  been visiting with counsel at the bench.

09:28AM 19                              EXAMINATION

09:28AM 20  BY MR. MEUNIER:

09:28AM 21  Q.  As a result of Weida Freight's investigation of the

09:28AM 22  facilities besides Knauf, what did you do?

09:29AM 23  A.  Say that again, please.

09:29AM 24  Q.  When you received the information from Susan Li at Weida

09:29AM 25  Freight about these two possible facilities, what did you do?

**HOURLY TRANSCRIPT**

09:29AM 1   A.   I passed the information to Interior Exterior.

09:29AM 2   Q.   Did the information you passed to them deal with ASTM

09:29AM 3   certification?

09:29AM 4   A.   When we asked Weida Freight to look for additional

09:29AM 5   wallboard supply, Interior Exterior told us that the ASTM 36

09:29AM 6   was the industry standard, and that was the wallboard that

09:29AM 7   they -- it had to have the certification for them to buy it, to

09:29AM 8   be interested.

09:30AM 9        And in the first report back from Weida, going by

09:30AM 10  memory, of course, in the early stages the BMB --

09:30AM 11  Q.   BNBM?

09:30AM 12  A.   -- BNBM had the 36 -- the ASTM 36 classification.  The

09:30AM 13  other plant did not have it.

09:30AM 14  Q.   The Taihe plant did not have it?

09:30AM 15  A.   And then later in the process, a few months later, the

09:30AM 16  other plant did come up with a certification.

09:30AM 17  Q.   It came up with a certification?

09:30AM 18  A.   Well, it was in additional documents that they sent us

09:30AM 19  that they were now certified.

09:30AM 20  Q.   I would like to show you an e-mail that you wrote to

09:30AM 21  Clay Geary dated April 5, 2006.

09:31AM 22       MR. MEUNIER:  It's been previously marked, Your

09:31AM 23  Honor, as Plaintiffs' Exhibit 207-001.

09:31AM 24       MR. GRAU:  Your Honor, on the list.

09:31AM 25       MR. MEUNIER:  This is an e-mail from Mr. Geary.

**HOURLY TRANSCRIPT**

09:31AM 1          THE COURT:  I'm going to allow that.  Ask him whether

09:31AM 2     that's done in the usual course of business and so forth.

09:31AM 3                              EXAMINATION

09:31AM 4     BY MR. MEUNIER:

09:31AM 5     Q.   Mr. App, looking at your e-mail to Clay Geary on April 5,

09:31AM 6     2006, is this the type of e-mail that you would send in the

09:31AM 7     normal course of business?

09:31AM 8     A.   Just to make it clear, my normal course of business is

09:31AM 9     moving freight, okay.  And what I did here, asked to get

09:32AM 10    involved and to try and locate other manufacturers.  I did

09:32AM 11    that, okay.  And this e-mail that I have here, I got some

09:32AM 12    additional information from the two plants we're discussing,

09:32AM 13    and I forwarded it to Clay Geary.

09:32AM 14    Q.   Would keeping a copy of your e-mail to Mr. Geary normally

09:32AM 15    be a record that you would keep in your normal course of doing

09:32AM 16    business?

09:32AM 17    A.   Yes.

09:32AM 18          MR. MEUNIER:  Your Honor, I'd like to offer just the

09:32AM 19    e-mail, not the rest of the string, but just the e-mail of

09:32AM 20    April 5, 2006, from Bill App to Clay Geary.  It's been marked

09:32AM 21    as Plaintiff's Exhibit 207.

09:32AM 22          THE COURT:  I'll allow it under 803(6), business

09:32AM 23    record exemption.

09:32AM 24          MR. MEUNIER:  Is there a way we can just display the

09:32AM 25    top portion that shows this e-mail is 207?

**HOURLY TRANSCRIPT**

09:33AM 1              THE COURT:  You can put it on the overhead, if you

09:33AM 2   would like.  It has to be faceup.

09:33AM 3   Q.   So on April 5, 2006, you sent Clay Geary everything,

09:33AM 4   right, three attachments?

09:33AM 5   A.   Yes, sir.

09:33AM 6   Q.   What do you recall sending him in regard to the first

09:33AM 7   attachment, which is Taihe factory document?

09:34AM 8   A.   What I remember is a -- some type of quality -- or some

09:34AM 9   type of certification in Chinese that had a translation

09:34AM 10  underneath from each of those plants, the BNBM and the Taihe.

09:34AM 11  As far as -- I don't know what it really contained because I

09:34AM 12  wasn't paying attention.  It was in Chinese and --

09:34AM 13              I don't know if it was titled "quality" or not, but

09:34AM 14  it was some type of certificate from each of those plants as to

09:34AM 15  their product, what -- what that was regarding the -- regarding

09:34AM 16  the product.

09:34AM 17  Q.   And what do you recall sending with regard to the ASTM

09:34AM 18  test report?

09:35AM 19  A.   That may have been the -- what I'm speaking to.  That may

09:35AM 20  have been the Chinese report.

09:35AM 21  Q.   For which plant?

09:35AM 22  A.   Both of them.

09:35AM 23  Q.   I thought you told us the Taihe factory did not have a

09:35AM 24  ASTM certification?

09:35AM 25  A.   When the -- in December or January was when this -- I have

**HOURLY TRANSCRIPT**

09:35AM 1    to speak with my hands, excuse me.  But when the original --

09:35AM 2    when the supply was critical, Knauf could not supply, they were

09:35AM 3    telling Geary or Interior Exterior.  At that time they asked us

09:35AM 4    if we could assist them in identifying other suppliers.

09:35AM 5              In December or January, we originally contacted

09:36AM 6    Weida.  The original information coming back was that BNBM was

09:36AM 7    certified ASTM 36 certified, Taihe was not.

09:36AM 8    Q.   That was in December of '05?

09:36AM 9    A.   Or January.  Right there.

09:36AM 10   Q.   Okay.

09:36AM 11   A.   And then four months later, when we received this

09:36AM 12   information, they had received certification.  I assume they

09:36AM 13   were certified.  It was on the documentation.

09:36AM 14   Q.   Are you saying that in the period between December '05 and

09:36AM 15   April '06, the Taihe factory got certified?

09:36AM 16   A.   I'm reading the same documents you are, and that's what it

09:36AM 17   says.

09:36AM 18   Q.   Is that your understanding?

09:36AM 19   A.   Weida Freight told us that they did not have it in

09:36AM 20   December or January, and in April, when that information came,

09:36AM 21   they had it.

09:36AM 22   Q.   What did they do in the four-month period to get ASTM

09:37AM 23   certified?

09:37AM 24   A.   I have no idea.  That's their business.

09:37AM 25   Q.   And what information did you send about the BNBM factory?

**HOURLY TRANSCRIPT**

09:37AM 1  A.   The same -- the same certification.  The same Chinese

09:37AM 2  document that -- that I don't know what it contained, but it

09:37AM 3  was definitely from those two plant -- from that plant as to

09:37AM 4  their product.

09:37AM 5  Q.   Do you recall that after you sent this information to

09:37AM 6  Clay Geary, Interior Exterior indicated that it only wanted

09:37AM 7  drywall from BNBM?

09:37AM 8  A.   I recall now.

09:37AM 9  Q.   And they only wanted the drywall from BNBM because they

09:37AM 10  only thought -- they thought only the BNBM plant would provide

09:37AM 11  a quality product, true?

09:38AM 12  A.   The "quality" word keeps getting me, okay.  The quality

09:38AM 13  that I understood was -- was dimensional, bubbling, cracking,

09:38AM 14  peeling.  That's the only quality.  But you keep mentioning

09:38AM 15  this quality to me, and that's the only quality you asked me

09:38AM 16  about quality.  That's the only quality that I'm talking about.

09:38AM 17       The Interior Exterior only wanted ASTM 36 product,

09:38AM 18  and, yes, the interest was placed mostly on BNBM.

09:38AM 19  Q.   And the interest was based placed on BNBM because

09:38AM 20  Interior Exterior thought that only BNBM could produce a

09:38AM 21  quality product; isn't that true?

09:39AM 22  A.   That is stated in communications, right.

09:39AM 23  Q.   It's actually stated in your communication --

09:39AM 24  A.   Yes.

09:39AM 25  Q.   -- isn't it?

**HOURLY TRANSCRIPT**

09:39AM  1    A.    Sure.   You're reading from it, and I recall reading the

09:39AM  2    same thing myself.

09:39AM  3    Q.    I show you, Mr. App, an e-mail that you wrote to Victor

09:39AM  4    Weida at Weida Freight --

09:39AM  5    A.    Uh-huh.

09:39AM  6    Q.    -- copy to the people including Rudy Remont and

09:39AM  7    Susan Li --

09:39AM  8    A.    Uh-huh.

09:39AM  9    Q.    -- and it's been previously marked as Plaintiffs'

09:39AM 10    Exhibit 198-002.

09:39AM 11         MR. GRAU:   Another e-mail that you previously

09:39AM 12    excluded.

09:39AM 13         MR. MEUNIER:   It's an e-mail that he wrote, Judge.

09:39AM 14    I'll lay the groundwork.

09:39AM 15         MR. GRAU:   The order is that these were stricken

09:39AM 16    because of prejudice to us.

09:39AM 17         THE COURT:   I've already reviewed those things, and

09:39AM 18    the reason I excluded it is because they weren't given the

09:39AM 19    defendant timely so the defendant couldn't act on it.  And I

09:40AM 20    understand it was extremely late, and I had no choice but to do

09:40AM 21    it.  And so once I do it, it's done.

09:40AM 22                              EXAMINATION

09:40AM 23    BY MR. MEUNIER:

09:40AM 24    Q.    I think you agreed with me that you did know and, in fact,

09:40AM 25    wrote an e-mail that Interior Exterior told you that they only

**HOURLY TRANSCRIPT**

09:40AM 1    wanted BNBM because they thought only that plant could provide

09:40AM 2    a good quality product; isn't that correct?

09:40AM 3    A.    Yes.

09:40AM 4    Q.    Thank you.  Did Interior Exterior -- did INEX -- did

09:41AM 5    Interior Exterior ultimately buy Chinese drywall from BNBM?

09:41AM 6    A.    Not that I know of.

09:41AM 7    Q.    What came about to prevent that happen from happening or

09:41AM 8    why did that not happen, if you know?

09:41AM 9    A.    There was a window closing after Katrina.  The supply of

09:41AM 10   wallboard in the United States dwindled.  I believe the gypsum

09:41AM 11   plant here in New Orleans went underwater that produced, like,

09:41AM 12   40 percent of all the wallboard gypsum in the United States.

09:41AM 13   It was destroyed.

09:41AM 14          There was a tremendous shortage, and there was a

09:41AM 15   window from like -- something like January to April that was

09:42AM 16   closing.  And the window closed before any -- before any wasn't

09:42AM 17   needed after the window closed.  And the window closed, that's

09:42AM 18   why they didn't buy any through me.

09:42AM 19          Now, you know, they -- they -- they can handle

09:42AM 20   business with other people, but through J.W. Allen & Company,

09:42AM 21   we handled no wallboard except the Knauf wallboard.

09:42AM 22   Q.    All right.  So you were not involved with the purchase of

09:42AM 23   wallboard from TTP?

09:42AM 24   A.    No.

09:42AM 25   Q.    Did you know that the brand name on the wallboard that

**HOURLY TRANSCRIPT**

09:42AM 1   Interior Exterior got from TTP was Taihe?

09:42AM 2   A.   No.

09:42AM 3   Q.   Do you know the relationship between the Taihe wallboard

09:43AM 4   and TTP and the Taihe factory --

09:43AM 5   A.   No.

09:43AM 6   Q.   -- that you and Susan Li talked about?

09:43AM 7              Before arrangements with BNBM ended, did

09:43AM 8   Interior Exterior make arrangements for an SGS inspection -- an

09:43AM 9   SGS inspection at BNBM -- or of BNBM wallboard?

09:43AM 10  A.   Did they make arrangements for an inspection of the

09:43AM 11  wallboard --

09:43AM 12  Q.   Yes.

09:43AM 13  A.   -- is that what you said?

09:43AM 14  Q.   Yes.

09:43AM 15  A.   No.  I did not know that.

09:43AM 16  Q.   Do you recall writing an e-mail to Susan Li on May 8,

09:43AM 17  2006, in which you discussed the fact that Interior Exterior

09:43AM 18  had decided to remove a clause in the agreement -- the written

09:43AM 19  agreements that were being considered with BNBM, to remove a

09:44AM 20  clause for SGS inspections?

09:44AM 21  A.   I do recall that.

09:44AM 22  Q.   I'm going to show you that e-mail, which is one that you

09:44AM 23  wrote, May 8, 2006, to Susan Li.  It's been marked as Plaintiff

09:44AM 24  Exhibit 201.

09:44AM 25              MR. MEUNIER:  Is this one of the excluded ones, as

**HOURLY TRANSCRIPT**

09:44AM 1    well?

09:44AM 2              MR. GRAU:  Again, Your Honor, an excluded exhibit.

09:44AM 3              Counsel keeps reading from the e-mails, as well,

09:44AM 4    Your Honor.  I appreciate he identifies the exhibits before he

09:44AM 5    reads from them when they're excluded.

09:44AM 6    Q.   If you know, why did Interior Exterior delete a clause in

09:44AM 7    the documents for an SGS inspection of BNBM?

09:45AM 8    A.   Why did they remove that request for documentation?

09:45AM 9    Q.   Yes.  Yes.

09:45AM 10   A.   You don't want me to assume, I'm sure, but I really don't

09:45AM 11   know.

09:45AM 12   Q.   Do you know?

09:45AM 13   A.   No, I don't know.

09:45AM 14   Q.   You don't.  You knew it happened, but you didn't know why?

09:45AM 15   A.   Yeah.

09:45AM 16   Q.   So we -- we were going to talk about the other supply

09:45AM 17   chain here between Interior Exterior and TTP.

09:45AM 18              THE WITNESS:  Can it be rolled a little bit?

09:45AM 19              MR. MEUNIER:  Sure.

09:45AM 20              THE WITNESS:  Thank you.

09:45AM 21                        EXAMINATION

09:45AM 22   BY MR. MEUNIER:

09:45AM 23   Q.   For this other column, J.W. Allen had no involvement --

09:45AM 24   A.   No involvement.

09:45AM 25   Q.   -- with TTP?

**HOURLY TRANSCRIPT**

09:45AM 1    A.   No.

09:45AM 2    Q.   You did not?

09:45AM 3    A.   No.  That's a supplier, right?

09:45AM 4    Q.   Right.

09:45AM 5    A.   No.  No involvement.

09:46AM 6    Q.   Mr. App, when the drywall that you were logistically

09:46AM 7    involved with from KPT is being looked at on the dock prior to

09:46AM 8    loading, is it shrink-wrapped?

09:46AM 9    A.   No, sir.

09:46AM 10   Q.   At what point is the drywall shrink-wrapped?

09:46AM 11   A.   None of the drywall that we imported from Knauf on the

09:46AM 12   dock was shrink-wrapped.

09:46AM 13   Q.   Is it shrink-wrapped at any time?

09:47AM 14   A.   Shrink-wrapped at any time.

09:47AM 15        The -- I'm going from photographs now, okay, but

09:47AM 16   the -- I recall that when the wallboard comes off onto pallets,

09:47AM 17   it is then shrink-wrapped.  We never see that, though, as

09:47AM 18   transportation.  Because at the plant they put around that

09:47AM 19   shrink-wrap damaged wallboard that was damaged in the plant.

09:47AM 20   They put it around the pallet, on top of the pallet, all four

09:47AM 21   sides of the pallet.  They put this wallboard around, on top of

09:47AM 22   the pallet, and then band it.  And that's how it's delivered to

09:47AM 23   the vessel.

09:48AM 24   Q.   So I'm a little confused.  When it comes from the KPT

09:48AM 25   plant, in this case, as drywall, and it goes to the vessel to

**HOURLY TRANSCRIPT**

09:48AM 1    be loaded, is it shrink-wrapped?

09:48AM 2    A.    No.  It's shrink-wrapped on the inside, but --

09:48AM 3    Q.    What does that mean?

09:48AM 4    A.    What I'm trying to say is, is that the cargo, when it

09:48AM 5    comes out of the plant goes onto a pallet.  And I'm going by

09:48AM 6    photographs only.  Okay.  It comes out of the plant, the 20

09:48AM 7    sheets, the wallboard go onto a pallet, or whatever it is, and

09:48AM 8    then they shrink-wrap it.  That's how I recall seeing the

09:48AM 9    photographs.

09:48AM 10           However, for further protection of the wallboard,

09:48AM 11   which is fragile cargo, they put around it damaged wallboard in

09:48AM 12   the plant, that broke or cracked or bubbled or something like

09:48AM 13   that.  Whatever they considered damaged that they can't sell,

09:48AM 14   they put it around the wallboard, fit tight and snug, just like

09:49AM 15   a package and then band it.  And that's how it's shipped.

09:49AM 16   That's how it's exported.

09:49AM 17   Q.    The part that is shrink-wrapped, and I guess that means a

09:49AM 18   plastic?

09:49AM 19   A.    Plastic.  Yeah, it's like a -- you put over food.

09:49AM 20   Q.    Are those the stacked boards themselves?

09:49AM 21   A.    No, no.  The boards are stacked individually on the

09:49AM 22   pallet.  And once you have a package, they -- from photographs,

09:49AM 23   I'm going by photographs now -- you know, they that shrink-wrap

09:49AM 24   it.  And -- they shrink-wrap it.

09:49AM 25   Q.    Okay.  Finally, we heard in this case that

**HOURLY TRANSCRIPT**

09:49AM 1    Interior Exterior had a long history with Knauf because of

09:49AM 2    Knauf Insulation.  Are you familiar with the history?

09:49AM 3    A.   No.

09:49AM 4    Q.   KPT or Knauf China was a company that Interior Exterior

09:49AM 5    had never dealt with before, true?

09:50AM 6    A.   Yes.  As far as my knowledge, I mean.

09:50AM 7    Q.   And, in fact, despite a history that Interior Exterior had

09:50AM 8    with the company in Indiana that was part of Knauf, they had

09:50AM 9    some problems dealing with KPT that you became aware of; isn't

09:50AM 10   that true?

09:50AM 11   A.   That's correct.  Problems?  Explain problems.

09:50AM 12   Q.   I'll maybe have you do that.

09:50AM 13        I want to show you an e-mail.  I believe this is in

09:50AM 14   evidence.  It's Plaintiff 323, e-mail from Billy App to

09:50AM 15   Clay Geary dated February 21, 2006.

09:50AM 16        I think I've got the green light on this one,

09:50AM 17   Your Honor.

09:50AM 18        Can we show that -- well, let me first have you -- is

09:50AM 19   that an e-mail that you wrote to Mr. Geary on that date?

09:50AM 20   A.   That's correct.

09:50AM 21        MR. MEUNIER:  May I offer into evidence, Judge, the

09:51AM 22   plaintiff exhibit that has been previously marked as

09:51AM 23   Exhibit 323.

09:51AM 24        THE COURT:  I'll admit it under the business records,

09:51AM 25   the same reason.

**HOURLY TRANSCRIPT**

09:51AM 1          (WHEREUPON, at this point in the proceedings, Exhibit

09:51AM 2   Number 323 was received into evidence.)

09:51AM 3                        EXAMINATION

09:51AM 4   BY MR. MEUNIER:

09:51AM 5   Q.   Can we focus on the top part of this.  I'm not going to

09:51AM 6   read aloud the second sentence.  You used sort of salty

09:51AM 7   language here.

09:51AM 8   A.   I speak like that sometimes.  Let me just read this,

09:51AM 9   because I haven't seen this --

09:51AM 10  Q.   This is you writing to Clay Geary, February 21.

09:51AM 11  A.   I realize that.  Let me read it real fast.

09:52AM 12          (Witness reviews the document.)

09:52AM 13          Okay, I wrote that.

09:52AM 14  Q.   What do you recall about why you were so upset the way

09:52AM 15  Knauf China was treating the Geary's at Interior Exterior?

09:52AM 16  A.   The only thing I remember and -- not the only thing,

09:52AM 17  but -- as I said before, this is six years ago, and I haven't

09:52AM 18  seen this in six years.

09:52AM 19          The Chinese -- the Chinese, as we deal with them, can

09:52AM 20  very often be difficult to deal with.  Okay.  And Cecilia -- I

09:53AM 21  believe her name was Cecilia, with Knauf -- was our only

09:53AM 22  contact there, was extremely difficult to deal with.  And when

09:53AM 23  I say *difficult to deal with*, I meant with communications and

09:53AM 24  requests for certain documentation or requests for something as

09:53AM 25  it appeared with documentation.  And just difficult to deal

**HOURLY TRANSCRIPT**

09:53AM 1    with.

09:53AM 2    Q.   And Interior Exterior had no prior working relationship

09:53AM 3    with that group, did they?

09:53AM 4    A.   They had -- not with the Chinese, but --

09:53AM 5               MR. MEUNIER:  Thank you, sir.  No further questions.

09:53AM 6               THE COURT:  Do you have any cross?

09:53AM 7               MR. GRAU:  Yes, Your Honor.

09:53AM 8               THE COURT:  Do you have a long cross?  Do you want to

09:53AM 9    take a break now or later?

09:54AM 10              MR. GRAU:  I don't think it's too lengthy.  It might

09:54AM 11   be 15 minutes or so.

09:54AM 12              THE COURT:  Let's do it.

09:54AM 13                          CROSS-EXAMINATION

09:54AM 14   BY MR. GRAU:

09:54AM 15   Q.   Good morning, Mr. App.  How are you?

09:54AM 16   A.   Very good, sir.

09:54AM 17   Q.   Good.  I want to first talk a little bit about this BNBM

09:54AM 18   transaction and the information from Ms. Li.

09:54AM 19              First, so we're clear, there was never a sale that

09:54AM 20   was completed with BNBM; is that correct?

09:54AM 21   A.   That's correct.

09:54AM 22   Q.   There was never a sale that you were involved in that was

09:54AM 23   completed with the Taihe company that was referenced either; is

09:54AM 24   that correct?

09:54AM 25   A.   That's correct.

**HOURLY TRANSCRIPT**

09:54AM 1    Q.   And regarding that Taihe company, there was, I think if I
09:54AM 2    understood your testimony, a point in time when Ms. Li had
09:54AM 3    reported to you that that factory was not certified, ASTM?
09:54AM 4    A.   That's right.  In the early communication.
09:54AM 5    Q.   You had no understanding of what her basis for that
09:55AM 6    conclusion was?
09:55AM 7    A.   I did not.
09:55AM 8    Q.   You didn't personally have any information to suggest
09:55AM 9    whether that plant was or was not ASTM certified?
09:55AM 10   A.   That's exactly right.
09:55AM 11   Q.   Then, if I understand you, three months later Ms. Li
09:55AM 12   informs you that, in fact, the Taihe factory now is certified;
09:55AM 13   is that right?
09:55AM 14   A.   When I read that documentation.
09:55AM 15   Q.   Right.  Again, you don't know the basis for her conclusion
09:55AM 16   as to that certification that may have occurred by that time;
09:55AM 17   is that correct?
09:55AM 18   A.   That's correct.
09:55AM 19   Q.   Just so we're clear, the Taihe that Ms. Li was speaking to
09:55AM 20   you about was a company called Shandong Taihe Dongxin Company,
09:55AM 21   Limited; is that correct?
09:55AM 22   A.   I can handle that.
09:55AM 23   Q.   That's correct, right?
09:55AM 24   A.   Yeah.
09:55AM 25   Q.   It was not a company called Tai'an Taishan Plasterboard

**HOURLY TRANSCRIPT**

09:55AM  1    Company, Limited; is that right?

09:55AM  2    A.    Yes.

09:55AM  3    Q.    Now, that's all the stuff that Ms. Li did that you don't

09:55AM  4    really have any knowledge about, right?

09:55AM  5    A.    That's correct.

09:55AM  6    Q.    Let's talk about what you do have knowledge of, freight

09:56AM  7    forwarding, right?

09:56AM  8    A.    Correct.

09:56AM  9    Q.    That was your role in this transaction, correct?

09:56AM 10    A.    That's exactly right.

09:56AM 11    Q.    In that role, as I understand it, J.W. Allen assisted

09:56AM 12    Interior Exterior in shipping this drywall from China to the

09:56AM 13    United States?

09:56AM 14    A.    That's correct.

09:56AM 15    Q.    And Mr. Meunier identified a couple of the entities

09:56AM 16    involved in that supply chain on the board over there, right?

09:56AM 17    A.    That's correct.

09:56AM 18    Q.    Now, to be fair, there were more people involved, right,

09:56AM 19    because there would have been stevedores who would have loaded

09:56AM 20    the ships in China, correct?

09:56AM 21    A.    Correct.

09:56AM 22    Q.    There were stevedores who unloaded the ship in

09:56AM 23    New Orleans, correct?

09:56AM 24    A.    Correct.

09:56AM 25    Q.    There were customs agents who would have cleared the cargo

**HOURLY TRANSCRIPT**

09:56AM 1    in New Orleans, correct?

09:56AM 2    A.   That's correct.

09:56AM 3    Q.   The drywall got from the port to Interior Exterior's

09:56AM 4    facilities, correct?

09:56AM 5    A.   That's correct.

09:56AM 6    Q.   It was shipped by truck or railcar?

09:56AM 7    A.   Truck and rail.

09:56AM 8    Q.   So there were persons who were involved in handling that

09:56AM 9    cargo to load it onto the truck or to the railcars, correct?

09:56AM 10   A.   Yes.

09:56AM 11   Q.   And then it eventually arrived at Interior Exterior's

09:57AM 12   warehouses; is that right?

09:57AM 13   A.   Correct.

09:57AM 14   Q.   How long is the journey from China to New Orleans by ship?

09:57AM 15   A.   For this cargo?  For this cargo, I believe the first

09:57AM 16   vessels were right around 30 days, and the other ones were

09:57AM 17   probably around 45 days.

09:57AM 18   Q.   So a month to a month and a half at sea is how long it

09:57AM 19   took?

09:57AM 20   A.   Yeah.  One may have been a little longer than that.  To be

09:57AM 21   on the safe side, I would say from one month -- less than

09:57AM 22   one month to probably a little under two months.

09:57AM 23   Q.   And this cargo was loaded onto oceangoing freight liners,

09:57AM 24   correct?

09:57AM 25   A.   Break bulk, correct.

**HOURLY TRANSCRIPT**

09:57AM 1   Q.   What does *break bulk* mean?

09:57AM 2   A.   So much cargo today is shipped in containers.  Okay?

09:57AM 3   Break bulk is when the individual cargo is pieces or delivered

09:57AM 4   pallets, in this case.  And the pallets are individually loaded

09:58AM 5   into the vessel where there's forklifts, for this cargo, where

09:58AM 6   they move the pallets in place, and that's -- no containers are

09:58AM 7   used.  Break bulk, piece loading.

09:58AM 8   Q.   So there a hold on the ship, which is just a big open

09:58AM 9   space on the ship, right?

09:58AM 10  A.   Right.

09:58AM 11  Q.   Right.  Kind of like a warehouse but inside the ship,

09:58AM 12  right?

09:58AM 13  A.   About twice this room.

09:58AM 14  Q.   About twice the size of this room.

09:58AM 15        In pallets that are 4 feet by 8 -- by 12 feet,

09:58AM 16  correct?

09:58AM 17  A.   You're going specifics on that.  I don't know if that was

09:58AM 18  around 12 feet, but, you know, it's -- yes.

09:58AM 19  Q.   Well, the drywall is 4 feet by 12 feet, so the pallets

09:58AM 20  would have been about that size?

09:58AM 21  A.   Right.  Exactly right.

09:58AM 22  Q.   And there's sheets of drywall stacked up on these pallets,

09:58AM 23  right?

09:58AM 24  A.   That's right.

09:58AM 25  Q.   And then the pallets are loaded into the hold, correct?

**HOURLY TRANSCRIPT**

| | | |
|---|---|---|
| 09:58AM | 1 | A.   That's exactly right. |
| 09:58AM | 2 | Q.   They are stacked up high? |
| 09:58AM | 3 | A.   They are stacked up, yes.  High?  Maybe four, five. |
| 09:58AM | 4 | Q.   Four or five pallets on top of one another? |
| 09:59AM | 5 | A.   Whatever is safe and doesn't crush the bottom couple. |
| 09:59AM | 6 | Q.   And then they are spread out across the hold as well? |
| 09:59AM | 7 | A.   They completely fill that hold up. |
| 09:59AM | 8 | Q.   Fill it up.  So twice the size of this courtroom, five |
| 09:59AM | 9 | pallets high, so maybe not quite to the ceiling, spread all the |
| 09:59AM | 10 | way across; is that right? |
| 09:59AM | 11 | A.   That's correct. |
| 09:59AM | 12 | Q.   So it would fill up two of these courtrooms with |
| 09:59AM | 13 | sheetrock? |
| 09:59AM | 14 | A.   Close enough. |
| 09:59AM | 15 | Q.   And then that -- loaded on that ship and then that ship |
| 09:59AM | 16 | travels across the ocean for one to two months; is that right? |
| 09:59AM | 17 | A.   That's correct. |
| 09:59AM | 18 | Q.   Now, as part of J.W. Allen's services, J.W. Allen provided |
| 09:59AM | 19 | some visual observation inspection of the cargo; is that right? |
| 09:59AM | 20 | A.   Yes. |
| 09:59AM | 21 | Q.   J.W. Allen, in fact, sent a representative, Mr. Remont, |
| 09:59AM | 22 | over to China, correct -- |
| 09:59AM | 23 | A.   That's correct. |
| 09:59AM | 24 | Q.   -- for the first shipment? |
| 09:59AM | 25 |         And he was there to observe the cargo; is that right? |

**HOURLY TRANSCRIPT**

09:59AM 1    A.   He was there to observe a number of things, just making

09:59AM 2    sure that my interest, which is also Interior Exterior's

09:59AM 3    interest, is taken care of.

10:00AM 4    Q.   He was there for two weeks, right?

10:00AM 5    A.   About that.

10:00AM 6    Q.   And as part of that, you've already told us, that he went

10:00AM 7    to the Knauf facility; is that right?

10:00AM 8    A.   Courtesy call.  A courtesy call.

10:00AM 9    Q.   A courtesy call to the Knauf facility, right?

10:00AM 10   A.   To the Knauf general offices.

10:00AM 11   Q.   And you don't know where those general offices are

10:00AM 12   located, do you?

10:00AM 13   A.   No, I don't.

10:00AM 14   Q.   You don't know if those offices are located at the

10:00AM 15   manufacturing facility or not, do you?

10:00AM 16   A.   I don't know.

10:00AM 17   Q.   Now, when Mr. Remont was there, he observed a pallet of

10:00AM 18   drywall, right?

10:00AM 19   A.   One pallet.

10:00AM 20   Q.   They brought out a pallet for him to look at, right?

10:00AM 21   A.   They brought out one pallet for him to look at.

10:00AM 22   Q.   Do you know why they would have a pallet of drywall at

10:00AM 23   their general offices --

10:00AM 24   A.   You asked me a specific question that I don't know.  I

10:00AM 25   don't know whether it was the manufacturing facility or a

**HOURLY TRANSCRIPT**

10:00AM 1    warehouse.

10:00AM 2         But the general office that was there, in the -- part

10:00AM 3    of the discussion they said, let me bring out a pallet and show

10:00AM 4    you the cargo, because Rudy was asking about the packaging.

10:00AM 5    Q.   So I'm not trying to trick you up or anything.

10:00AM 6    A.   Okay, just ask your questions.

10:01AM 7    Q.   I'm just trying to be clear, that they were able to bring

10:01AM 8    out a pallet of this cargo --

10:01AM 9    A.   That's correct.

10:01AM 10   Q.   -- while he was meeting with them.

10:01AM 11        Mr. Allen -- Mr. App, let me show you an e-mail dated

10:01AM 12   November 23rd.  It's INEX Exhibit 39.

10:01AM 13        Do you recognize that e-mail, Mr. App?

10:01AM 14   A.   Let me take a quick look.

10:01AM 15   Q.   Sure.

10:02AM 16   A.   (Witness reviews the document.)

10:02AM 17        Okay.  And your question?

10:02AM 18   Q.   Yeah.  This is an e-mail that you sent to Mr. Geary

10:02AM 19   November 23, 2005, correct?

10:02AM 20   A.   It is.

10:02AM 21   Q.   And you're reporting to Mr. Geary about what Mr. Remont,

10:02AM 22   Rudy, is doing over in China, right?

10:02AM 23   A.   That's correct.

10:02AM 24   Q.   And tell Mr. Geary, in Item Number 1 there, that Rudy is

10:02AM 25   leaving for China tomorrow and he'll return on December 7th.

**HOURLY TRANSCRIPT**

10:02AM 1   So that's about two weeks, right?

10:02AM 2   A.   Okay.

10:02AM 3   Q.   And you say that he's going over there to learn as much as

10:02AM 4   he can on how business is done in China, correct?

10:02AM 5   A.   That's exactly right.

10:02AM 6   Q.   That's part of why he went to the Knauf facility?

10:02AM 7   A.   That's exactly right.

10:02AM 8   Q.   To find out how they do business in China?

10:02AM 9   A.   Exactly.

10:02AM 10          THE COURT:  Let's admit it.

10:02AM 11          MR. GRAU:  I would like to offer, file and introduce

10:02AM 12   Exhibit 39.

10:02AM 13          THE COURT:  It's admitted.  But let's get it admitted

10:02AM 14   before you show the jury.

15          MR. GRAU:  Yes, sir.

16          (WHEREUPON, at this point in the proceedings, Exhibit

17   Numbers 39 was received into evidence.)

18                         EXAMINATION

19   BY MR. GRAU:

10:02AM 20   Q.   You also indicate in this e-mail that Rudy has that

10:02AM 21   appointment to visit Knauf on November 28th; is that right?

10:02AM 22   A.   That's correct.

10:02AM 23   Q.   Now, Mr. Remont reported back to you about what took place

10:03AM 24   at that meeting; is that right?

10:03AM 25   A.   That's correct.

**HOURLY TRANSCRIPT**

10:03AM 1    Q.   Mr. Remont never reported to you that there was any

10:03AM 2    discussion of that meeting about any potential defects in the

10:03AM 3    Knauf drywall, did he?

10:03AM 4    A.   That's correct.

10:03AM 5    Q.   He never reported that the Knauf representative said, hey,

10:03AM 6    you may smell something with this drywall, but don't worry

10:03AM 7    about it?

10:03AM 8    A.   No. Never.

10:03AM 9    Q.   He never reported back that the Knauf representative said,

10:03AM 10   we've had some other complaints about our drywall, but don't

10:03AM 11   worry about it?

10:03AM 12   A.   That's correct.

10:03AM 13   Q.   No issues of any complaints whatsoever came up about that

10:03AM 14   drywall?

10:03AM 15   A.   Exactly.

10:03AM 16   Q.   Now, Mr. Remont, as a representative of Interior Exterior

10:03AM 17   also looked at a pallet of drywall at that facility, right?

10:03AM 18   A.   That's correct.

10:03AM 19   Q.   And again, he didn't report that he smelled anything funny

10:03AM 20   or different in association with that pallet of drywall they

10:03AM 21   showed him; is that right?

10:03AM 22   A.   That's correct.

10:03AM 23   Q.   Mr. Remont, also while he's in China, observed the drywall

10:03AM 24   being moved from the storage facility to the ship; is that

10:03AM 25   right?

**HOURLY TRANSCRIPT**

10:03AM 1    A.    That's correct.

10:03AM 2    Q.    He observed the drywall the being readied on the dock to

10:04AM 3    be loaded onto the ship?

10:04AM 4    A.    That's correct.

10:04AM 5    Q.    And then ultimately he observed the drywall on the ship

10:04AM 6    itself; is that right?

10:04AM 7    A.    That's correct.

10:04AM 8    Q.    And J.W. Allen was there, again, to observe those things

10:04AM 9    and report back to Interior Exterior on any problems that they

10:04AM 10   saw; is that right?

10:04AM 11   A.    To better understand how this product is handled in China.

10:04AM 12   Q.    Now, on December 7th, Mr. Remont wrote back to you, I

10:04AM 13   believe, and I'm going to show you another exhibit, Exhibit 43.

10:04AM 14   If you can take a look at that, can you identify that as an

10:04AM 15   e-mail that you sent?

10:04AM 16   A.    No.  It's an e-mail I received.

10:04AM 17   Q.    It's an e-mail that Mr. Remont sent that you received?

10:04AM 18   A.    That's exactly right.

10:04AM 19   Q.    Dated December 7, 2005?

10:04AM 20   A.    Correct.

10:04AM 21        MR. GRAU:  I would like to offer, file and introduce

10:04AM 22   Exhibit 43, Your Honor.

10:04AM 23        THE COURT:  I'll admit it.

10:05AM 24        MR. GRAU:  Thank you.

10:05AM 25        (WHEREUPON, at this point in the proceedings, Exhibit

**HOURLY TRANSCRIPT**

10:05AM 1    Number 43 was received into evidence.)

10:05AM 2                          EXAMINATION

10:05AM 3    BY MR. GRAU:

10:05AM 4    Q.    Now, this is December 7, 2005.  Mr. Remont is writing to

10:05AM 5    you because he's about to leave China; is that right?

10:05AM 6    A.    Yes.

10:05AM 7    Q.    The first cargo of Knauf drywall has been loaded onto the

10:05AM 8    ship; is that right?

10:05AM 9    A.    That's correct.

10:05AM 10   Q.    It's ready to set sail for its month-long journey to

10:05AM 11   New Orleans; is that right?

10:05AM 12   A.    That's correct.

10:05AM 13   Q.    Mr. Remont reports to you on that day that the stowage

10:05AM 14   looked very good; is that correct?

10:05AM 15   A.    That's correct.

10:05AM 16   Q.    He also says that he did not observe any pallets that were

10:05AM 17   broken or that could be claused.  Do you see that?

10:05AM 18   A.    That's correct.

10:05AM 19   Q.    What does *claused* mean?

10:05AM 20            MR. MEUNIER:  For the record, we have to object to

10:05AM 21   hearsay because this is the basis on which they kept out

10:05AM 22   important e-mails written to this man by others.  So for the

10:05AM 23   record, we object to them getting to talk about hearsay.

10:06AM 24            THE COURT:  There's two issues with the e-mails:  One

10:06AM 25   is the issue of hearsay.  The issue of hearsay is whether or

**HOURLY TRANSCRIPT**

10:06AM  1    not this is a business record or whether or not it is

10:06AM  2    admissible under 801(d)(2).

10:06AM  3              There is another issue, however, with regard

10:06AM  4    with your e-mails.  You failed to indicate that you would be

10:06AM  5    using them at a certain time.

10:06AM  6              The way I see it, is that this has to do with

10:06AM  7    business activity.  It's an e-mail kept in the regular course

10:06AM  8    of business.  It's dealing with the business of this particular

10:06AM  9    issue, so I see that this is a business record, and I'll allow

10:06AM  10   it under 803(6).

10:06AM  11        THE WITNESS:  Ask your question again because I got a

10:06AM  12   little distracted.

10:06AM  13                       EXAMINATION

10:06AM  14   BY MR. GRAU:

10:06AM  15   Q.   I was asking, what does it mean when it says that he

10:06AM  16   didn't observe any pallets that were broken or could be

10:06AM  17   claused?

10:06AM  18   A.   The letter of credit requires a clean bill of lading.  A

10:07AM  19   clean bill of lading is not that it has coffee stains on it or

10:07AM  20   anything like that.  It means that it's free of any exceptions

10:07AM  21   or any -- to cause this cargo -- for instance, to say that

10:07AM  22   pallets were cracked and broken or wet or something like that.

10:07AM  23              If that was -- that was -- as a cargo was going

10:07AM  24   onboard the vessel, the mate would make a clause on the mate's

10:07AM  25   receipt that is eventually exchanged for a bill of lading.  The

**HOURLY TRANSCRIPT**

10:07AM 1    cargo was clean.  It was free of exceptions, totally free of

10:07AM 2    exceptions, so we could get a clean bill of lading.

10:07AM 3            Have I been clear or am I talking to --

10:07AM 4    Q.   I think you've been clear, so -- I think what you're

10:07AM 5    saying is that Mr. Remont did not observe any conditions with

10:07AM 6    the drywall that would have made it unacceptable under the

10:07AM 7    terms of the letter of credit; is that correct?

10:07AM 8    A.   That's correct.

10:07AM 9    Q.   Now, Mr. Remont did not report to you on December 7, 2005,

10:08AM 10   in his e-mail about any smells that he observed at any time

10:08AM 11   while he was in China?

10:08AM 12   A.   That's correct.

10:08AM 13   Q.   No report of any smells on the ship, even, correct?

10:08AM 14   A.   No smells.

10:08AM 15   Q.   With all that cargo stacked up in the hold?

10:08AM 16   A.   Correct.

10:08AM 17   Q.   Let me next show you Exhibit 44.  This is an e-mail from

10:08AM 18   you to Mr. Geary dated December 8, 2005; is that correct?

10:08AM 19   A.   Let me see.  From me to Jim Geary.

10:08AM 20   Q.   Jim Geary; is that right?

10:08AM 21   A.   That's right.

10:08AM 22   Q.   Okay?  And on this date --

10:08AM 23          MR. GRAU:  I'm sorry, Your Honor, I'd like to offer,

10:08AM 24   file and introduce Exhibit 44 into the record, please.

10:08AM 25          THE COURT:  It's admitted.

**HOURLY TRANSCRIPT**

10:08AM  1            THE WITNESS:  I see I'm correct, it's to Jim Geary,

10:09AM  2   right?

10:09AM  3                       EXAMINATION

10:09AM  4   BY MR. GRAU:

10:09AM  5   Q.   Yes, from Bill App to Jim Geary December 8, 2005, correct?

10:09AM  6   A.   Correct.

10:09AM  7   Q.   This is the next day after you got the e-mail from

10:09AM  8   Mr. Remont, correct?

10:09AM  9   A.   Yes, sir.

10:09AM 10   Q.   On this day you're sending Mr. Geary some photos from

10:09AM 11   China; is that right?

10:09AM 12   A.   Photos received from Rudy Remont.

10:09AM 13   Q.   Right.  So that's photos of cargo loaded on the ship,

10:09AM 14   right?

10:09AM 15   A.   That's correct.

10:09AM 16   Q.   And here you tell -- you say "Clay."  Even though the

10:09AM 17   e-mail was to Jim, you say, "Clay, looks good"?

10:09AM 18   A.   Yeah, I do say that.  That's -- yeah, that's correct.

10:09AM 19   Q.   All right.  So what did you mean by "looks good"?

10:09AM 20   A.   That the cargo looks good.

10:09AM 21   Q.   Rudy didn't see any problems with the cargo?

10:09AM 22   A.   No -- no problems with the cargo.

10:09AM 23   Q.   You again -- in this e-mail to Mr. Geary, reporting back

10:09AM 24   on the finding from the trip to China, there's no report of any

10:09AM 25   smells that were detected at any point?

**HOURLY TRANSCRIPT**

10:09AM 1    A.    That's correct.

10:09AM 2    Q.    Now, J.W. Allen also observed the shipment of Knauf

10:10AM 3    drywall when it arrived in New Orleans; is that right?

10:10AM 4    A.    That's correct.

10:10AM 5    Q.    And with respect to cargo in New Orleans, J.W. Allen

10:10AM 6    observed all four shipments of cargo when it got here; is that

10:10AM 7    correct?

10:10AM 8    A.    That's correct.

10:10AM 9    Q.    And either you or Mr. Remont were personally there on the

10:10AM 10   dock to observe that cargo?

10:10AM 11   A.    From the time the hatch was open until the last pallet

10:10AM 12   came out.

10:10AM 13   Q.    Okay.  And again, observing all that cargo, four separate

10:10AM 14   shipments as it's coming off the ships in New Orleans, there

10:10AM 15   was never any report of any smells or odors associated with

10:10AM 16   that drywall; is that correct?

10:10AM 17   A.    That's correct.

10:10AM 18   Q.    In fact, you personally never observed any smells or

10:10AM 19   odors; is that right?

10:10AM 20   A.    That's correct.

10:10AM 21   Q.    So the cargo's been locked up in a hold on an oceangoing

10:10AM 22   freighter for one to two months in humid conditions at sea, and

10:10AM 23   there's no report of any smells or odors associated with the

10:10AM 24   drywall?

10:10AM 25   A.    That's correct.

**HOURLY TRANSCRIPT**

10:10AM 1    Q.   At no point in time did J.W. Allen ever observe any

10:11AM 2    conditions that would suggest that the cargo was not fit under

10:11AM 3    the terms of the letter of credit; is that right?

10:11AM 4    A.   That's correct.

10:11AM 5    Q.   Let me show you Exhibit 47.

10:11AM 6    A.   (Witness reviews the document.)

10:11AM 7    Q.   This is an e-mail from you; is that correct?

10:11AM 8    A.   No.

10:11AM 9    Q.   I'm sorry, I don't have a copy in front of me.

10:11AM 10   A.   You took it.  It's from Jerry Becnel.

10:11AM 11   Q.   To you; is that right?

10:11AM 12   A.   To Clay Geary.  Dated January 17th.

10:11AM 13   Q.   Okay.  I'm sorry, I got a copy now.  You're cc'd on this

10:11AM 14   e-mail; is that right?

10:11AM 15   A.   I'm cc'd, right.

10:11AM 16   Q.   Okay.

10:11AM 17   A.   Rudy and I are cc'd.

10:12AM 18   Q.   All right.  Jerry Becnel, he works for J.W. Allen, as

10:12AM 19   well; is that right?

10:12AM 20   A.   He is -- he does.

10:12AM 21        MR. GRAU:  Okay.  Your Honor, at this time I would

10:12AM 22   like to offer, introduce and file into the record Exhibit 47.

10:12AM 23        THE COURT:  Does it have to do with his business?

10:12AM 24        MR. GRAU:  It has to do with the shipment of drywall,

10:12AM 25   Your Honor.

**HOURLY TRANSCRIPT**

10:12AM 1                    THE WITNESS:  Yes, sir.

10:12AM 2                    THE COURT:  I'll admit it.

10:12AM 3             MR. GRAU:  Thank you, Your Honor.

10:12AM 4                         EXAMINATION

10:12AM 5   BY MR. GRAU:

10:12AM 6   Q.   Mr. Becnel writes to you on December 17, 2006, about the

10:12AM 7   fresh shipment of Knauf drywall; is that right?

10:12AM 8   A.   That's correct.

10:12AM 9   Q.   All right.  And he advises that the shipment's been placed

10:12AM 10  on a manifest hold by customs?

10:12AM 11  A.   That's correct.

10:12AM 12  Q.   And that customs will examine the cargo upon discharge; is

10:12AM 13  that right?

10:12AM 14  A.   That's correct.

10:12AM 15  Q.   All right.  So am I to understand that when the cargo is

10:12AM 16  off-loaded on the ships, the cargo goes through a customs

10:12AM 17  inspection; is that right?

10:12AM 18  A.   Of course.  Yes, when the cargo comes off of the ship,

10:12AM 19  we -- we do a lot of work before the vessel gets in.  Give it

10:13AM 20  all to customs electronically.  They review the documentation

10:13AM 21  that we've given them electronically, and they make a decision

10:13AM 22  whether to release it before it's unloaded or to hold it for

10:13AM 23  some reason.

10:13AM 24  Q.   In this case, they held it for some reason?

10:13AM 25  A.   That's correct.

**HOURLY TRANSCRIPT**

10:13AM 1    Q.   And then they performed an inspection of the cargo --

10:13AM 2    examined the cargo, that is, when it was off-loaded; is that

10:13AM 3    right?

10:13AM 4    A.   That's correct.

10:13AM 5    Q.   Did the customs agents ever report to anyone with

10:13AM 6    J.W. Allen that there were any problems with the cargo when

10:13AM 7    they examined it?

10:13AM 8    A.   No, they did not.

10:13AM 9    Q.   Do they examine the cargo for markings on the cargo?  Is

10:13AM 10   that one of the things they looked at?

10:13AM 11   A.   That's one of the things they looked at.

10:13AM 12   Q.   When you say "markings on the cargo," does that mean

10:13AM 13   markings on the drywall itself?

10:13AM 14   A.   That means "Made in China."

10:13AM 15   Q.   So they would have to look at the drywall to see if it was

10:13AM 16   marked "Made in China"; is that right?

10:13AM 17   A.   That's correct.

10:13AM 18   Q.   To do that, they would have to open up the pallets; is

10:13AM 19   that right?

10:13AM 20   A.   That's correct.  But I'm not -- I'm not doing this for

10:14AM 21   customs.  I'm not there.  They do this on their own.

10:14AM 22   Q.   I understand that.

10:14AM 23   A.   So I'm not going to -- you know, they -- that's correct.

10:14AM 24   Q.   Right.  But that's your --

10:14AM 25   A.   That's the role that they have.

**HOURLY TRANSCRIPT**

10:14AM 1   Q.   Your --

10:14AM 2   A.   If they want to physically look at the cargo, they have

10:14AM 3   to -- right, they have to break the outside -- all that

10:14AM 4   wallboard that's around it to see the physical cargo and then

10:14AM 5   check for markings or whatever else they're looking for.

10:14AM 6   Q.   As a -- as a -- I think you're a licensed customs

10:14AM 7   broker --

10:14AM 8   A.   Broker, right.

10:14AM 9   Q.   -- is that right?  As a licensed customs broker, you

10:14AM 10  understand that one of the things they're looking for is that

10:14AM 11  "Made in China" stamp on the board?

10:14AM 12  A.   That's exactly right.

10:14AM 13  Q.   And again, after customs completed this examination of

10:14AM 14  this shipment of Knauf drywall, there was never any reports to

10:14AM 15  J.W. Allen that there were any problems with that cargo; is

10:14AM 16  that right?

10:14AM 17  A.   That's correct.

10:14AM 18  Q.   There was never any of reports from the customs agents

10:14AM 19  after they looked at the drywall to see that it was made --

10:14AM 20  stamped "Made in China," that the drywall smelled; is that

10:14AM 21  right?

10:14AM 22  A.   That's correct.

10:14AM 23  Q.   Let me show you what's been marked as Exhibit 49.  Can you

10:15AM 24  identify that document for us, Mr. App?

10:15AM 25  A.   Yes.  It's an invoice from J.W. Allen & Company, and the

**HOURLY TRANSCRIPT**

10:15AM 1    back of the invoice has our terms and conditions.

10:15AM 2    Q.   It's an invoice from J.W. Allen to Interior Exterior; is

10:15AM 3    that correct?

10:15AM 4    A.   That's correct.

10:15AM 5    Q.   And that's for the first shipment of Knauf drywall; is

10:16AM 6    that correct?

10:16AM 7    A.   That's for the ocean freight for the first shipment --

10:16AM 8    first shipment, yes.

10:16AM 9         MR. GRAU:  I would like to offer, introduce into

10:16AM 10    evidence Exhibit 49, Your Honor.

10:16AM 11         THE COURT:  Admitted.

10:16AM 12                        EXAMINATION

10:16AM 13    MR. GRAU:

10:16AM 14    Q.   Can you tell the jury what the total charge was for the

10:16AM 15    ocean freight for the first shipment of Knauf drywall?

10:16AM 16    A.   The first shipment of drywall, the ocean freight was

10:16AM 17    $475,712.25.

10:16AM 18    Q.   That's the amount of money that it cost to just ship the

10:16AM 19    drywall on the vessel across the ocean; is that right?

10:16AM 20    A.   No.  That also included the carriage from one port to the

10:16AM 21    next.  That also included -- that freight also included a

10:16AM 22    discharge onto the dock.

10:16AM 23    Q.   Does it include the loading, as well?

10:17AM 24    A.   I'm not sure.  It could have, but I'm not sure.  It could

10:17AM 25    have, but I'm not sure.

**HOURLY TRANSCRIPT**

10:17AM 1   Q.   At least the shipment on the -- on the ocean vessel on the

10:17AM 2   unloading at the dock when it gets to New Orleans; is that

10:17AM 3   right?

10:17AM 4   A.   That's correct.

10:17AM 5   Q.   Does it include J.W. Allen's charges?

10:17AM 6   A.   No, it did not.

10:17AM 7   Q.   Do you know what J.W. Allen charges were for the shipment

10:17AM 8   of drywall?

10:17AM 9   A.   You know, I'm not sure.  It was too cheap to start off

10:17AM 10  with, I'll tell you that, after this.  But no, seriously, I'm

10:17AM 11  sorry, it was probably somewhere in the neighborhood for the

10:17AM 12  customs entry of somewhere a thousand, fifteen hundred dollars.

10:17AM 13  Q.   Okay.  This $475,000, is that approximately what each of

10:17AM 14  the four shipments of Knauf drywall cost?

10:17AM 15  A.   No, it got more expensive as it went down.  At what,

10:17AM 16  $72.75 a cubic meter, it was more expensive.  It got more

10:17AM 17  expensive.

10:17AM 18  Q.   So it got more expensive over time?

10:17AM 19  A.   That's correct.

10:17AM 20  Q.   So the four shipments of drywall costing Interior Exterior

10:18AM 21  close to the $2 million to ship it over here; is that right?

10:18AM 22  A.   You going by -- it's somewhere in that neighborhood.

10:18AM 23        MR. GRAU:  Thank you, Mr. App.  That's all I have.

10:18AM 24        THE COURT:  Redirect?

10:18AM 25        MR. MEUNIER:  Just a few questions, Your Honor.

**HOURLY TRANSCRIPT**

10:18AM 1                    REDIRECT EXAMINATION

10:18AM 2    BY MR. MEUNIER:

10:18AM 3    Q.   Mr. App, Rudy Remont was sent to China by you and at your

10:18AM 4    request, not by or at the request of Interior Exterior,

10:18AM 5    correct?

10:18AM 6    A.   No.  That's correct.  They didn't say, "I want Rudy to go

10:18AM 7    to China."

10:18AM 8    Q.   He was on a mission for you?

10:18AM 9    A.   He was on a mission for J.W. Allen to protect our

10:18AM 10   interest.

10:18AM 11   Q.   And you said you did that so that he could find out,

10:18AM 12   quote, how business is done in China, right?

10:18AM 13   A.   To better understand how business is done in China.

10:18AM 14   Q.   But when you say that, sir, you're limiting the "how

10:18AM 15   business is done in China" part to the logistics of getting

10:18AM 16   cargo from China to the United States, right?

10:19AM 17   A.   That's correct.

10:19AM 18   Q.   You're not talking about cultural differences that may

10:19AM 19   exist and how certificates are handled, right?

10:19AM 20   A.   Cultural differences for sure, to understand how to deal

10:19AM 21   with Chinese people, but, you know, no, not as you said.

10:19AM 22   Q.   Well, since you mentioned that, what cultural differences

10:19AM 23   did you learn about, or Mr. Remont?

10:19AM 24   A.   Well, it's hard to explain.  They just do business a

10:19AM 25   little differently than we do here.  That --

**HOURLY TRANSCRIPT**

10:19AM 1        You want to take a break if you want me to go into

10:19AM 2   this?  You know, just cultural differences to better understand

10:19AM 3   people.

10:19AM 4        To go off the subject, we do business with bringing

10:19AM 5   cargo in from Vietnam.

10:19AM 6   Q.   Correct.

10:19AM 7   A.   Okay, I was in Viet -- I was in Thailand and I wanted to

10:19AM 8   better understand how they do this business in Vietnam, so

10:20AM 9   while in Thailand I flew to Vietnam, just to see the folks, to

10:20AM 10  see how they do business, to better understand them.  I had

10:20AM 11  dinner at their homes.  Just to better understand how you do

10:20AM 12  business.

10:20AM 13  Q.   Right.  You did that for your purposes?

10:20AM 14  A.   Exactly as Rudy did here, to better understand the

10:20AM 15  cultures.

10:20AM 16  Q.   To your knowledge, did Interior Exterior ever do it for

10:20AM 17  their purposes?

10:20AM 18  A.   You'd have to ask them.

10:20AM 19  Q.   Do you know of anyone that they sent over there, like you

10:20AM 20  sent Rudy, in order to better understand how business is the

10:20AM 21  done in China?

10:20AM 22  A.   I don't know.  But again, too, I don't know -- that's not,

10:20AM 23  you know -- I don't know the clear -- I don't know them.  The

10:20AM 24  transportation is I handle.  Where they go and what they do, I

10:20AM 25  don't know.

**HOURLY TRANSCRIPT**

10:20AM 1   Q.   All right.   Now, when Rudy was at the office at Knauf, you

10:20AM 2   said they brought out a pallet?

10:20AM 3   A.   A pallet.

10:20AM 4   Q.   This is a loaded pallet of drywall?

10:20AM 5   A.   A pallet of drywall.   I spoke to him last night.   A pallet

10:20AM 6   of drywall that's simply packaged for export.

10:21AM 7   Q.   It's a finished product?

10:21AM 8   A.   It's a finished product, as I explained earlier, wrapped

10:21AM 9   with damaged -- or wallboard that came through the process

10:21AM 10  damaged.

10:21AM 11  Q.   I'd like to show you a picture and maybe we could

10:21AM 12  illustrate that for the jury.   It's been marked as Plaintiff's

10:21AM 13  Exhibit 316.   Is that what you understand to be a picture of

10:21AM 14  how the Knauf board was being packaged?

10:21AM 15  A.   That's correct.

10:21AM 16       MR. MEUNIER:   I'd like to offer that into evidence,

10:21AM 17  Your Honor, as Plaintiff's Exhibit 316?

10:21AM 18       THE COURT:   Admitted.

10:21AM 19       MR. MEUNIER:   May we show it?

10:21AM 20                    EXAMINATION

10:21AM 21  BY MR. MEUNIER:

10:21AM 22  Q.   316.   That's not the -- I should given have given you

10:21AM 23  the -- it's a series of pictures of 316.   This is 316-11.   I'm

10:21AM 24  sorry.

10:22AM 25       Is this how the Knauf board was packaged, and this is

**HOURLY TRANSCRIPT**

10:22AM 1   what Rudy Remont would have seen when they brought that out to

10:22AM 2   him?

10:22AM 3   A.   (Witness reviews the document.)

10:22AM 4   Q.   Mr. App?

10:22AM 5   A.   Yeah, I'm looking.

10:22AM 6        I'm sorry, can I look up here?

10:22AM 7   Q.   Yes, you can look up here.

10:22AM 8   A.   The packaging on the -- that wrap, I'm trying to see if

10:22AM 9   that's -- if that's wallboard or plywood -- not plywood, but

10:22AM 10  like some type of kraft paper or something like that.

10:23AM 11       Well, what's your point?  So maybe we can get it --

10:23AM 12  Q.   Right.  Right.  I'm trying to give the jury some visual

10:23AM 13  image of what the pallet of packaged wallboard from Knauf would

10:23AM 14  have looked like, that you say Rudy had to look at and that

10:23AM 15  ultimately got loaded.

10:23AM 16  A.   If that is spent wallboard that came through the factory

10:23AM 17  and got damaged, that's what it would look like.  But it looks

10:23AM 18  very similar to that.

10:23AM 19  Q.   So on the inside, you'd have the stacked board that's

10:23AM 20  shrink-wrapped?

10:23AM 21  A.   That's correct, yes, sir.

10:23AM 22  Q.   Wrapped in plastic?

10:23AM 23  A.   That's correct.

10:23AM 24  Q.   And then you'd have bands of wire that are holding used or

10:23AM 25  damaged -- or wallboard they're not going to sell to cover?

**HOURLY TRANSCRIPT**

10:23AM 1   A.   To protect.  Outside coverage to protect it.

10:23AM 2   Q.   Okay.  Rudy certainly didn't see or witness anything

10:23AM 3   dealing with raw material or the manufacturing process, did he?

10:23AM 4   A.   He did not.

10:23AM 5   Q.   And then I think Counsel asked you, "Well, now, when it's

10:23AM 6   on the ship and it's even in humid conditions and no one can

10:24AM 7   smell it," did J.W. Allen post someone in the hold of the

10:24AM 8   vessels when they were coming over to be down there with the

10:24AM 9   material?

10:24AM 10  A.   No.

10:24AM 11  Q.   Let me show you another photo which has been marked as

10:24AM 12  Plaintiff's Exhibit 314-1.  And I'll ask you if that is a

10:24AM 13  photograph of how this drywall that starts out on a pallet is

10:24AM 14  ultimately loaded by crane into the vessel for shipping?

10:24AM 15       MR. GRAU:  Objection, Your Honor.  This exhibit has

10:24AM 16  been withdrawn by the plaintiffs.

10:24AM 17       MR. MEUNIER:  Is there an objection?

10:24AM 18       MR. GRAU:  Yes, there is an objection.

10:25AM 19       MR. MEUNIER:  It would have been a good picture, but

10:25AM 20  I have to take it back.

10:25AM 21       MR. DUPLANTIER:  Can we see it, Jerry?  We don't have

10:25AM 22  a copy with us.  We don't know.

10:25AM 23       THE WITNESS:  I have questions on that picture, then.

10:25AM 24            Go ahead.

10:25AM 25       MR. MEUNIER:  Wait.  Give me this one.  Thank you.

**HOURLY TRANSCRIPT**

                              EXAMINATION

10:25AM 1

10:25AM 2   BY MR. MEUNIER:

10:25AM 3   Q.   Let me just ask, without a picture, then, when the

10:25AM 4   material is taken off the pallet, it's kept in the banded --

10:25AM 5   shrink-wrapped on the inside, and that's what's loaded into the

10:25AM 6   holds of the vessel?

10:25AM 7   A.   The pallet and the wallboard is a total unit.

10:26AM 8   Q.   Right.  So that -- that unit is loaded into the hold of a

10:26AM 9   vessel?

10:26AM 10  A.   That's correct.

10:26AM 11  Q.   And then other units are loaded with it in the hold?

10:26AM 12  A.   That's correct.

10:26AM 13  Q.   And it's kept that way until it gets here?

10:26AM 14  A.   Until it's discharged.

10:26AM 15  Q.   The final question I want to ask is counsel says the Taihe

10:26AM 16  factory that you talked about earlier that at first didn't have

10:26AM 17  ASTM certified, and you think later got it, you gave the name

10:26AM 18  as Shandong Taihe Dongxin.  You seemed to be familiar with that

10:26AM 19  name.

10:26AM 20  A.   Uh, you'd have to show me.

10:27AM 21  Q.   Shandong Taihe Dongxin, that's the Taihe factory that

10:27AM 22  Weida Freight found as a possible source and Interior Exterior

10:27AM 23  said, no, we want BNBM instead, right?

10:27AM 24  A.   They wanted BNBM.

10:27AM 25  Q.   They wanted BNBM for quality reasons, true?

                         **HOURLY TRANSCRIPT**

10:27AM 1    A.    You're putting -- you know, the -- the only quality that I

10:27AM 2    ever discussed was dimensional, breaking, bubbling, cracking,

10:28AM 3    peeling.  When you keep saying quality, that's the only

10:28AM 4    quality.

10:28AM 5    Q.    Yes, sir.  But you sent them an ASTM report, as well,

10:28AM 6    didn't you?

10:28AM 7    A.    That I forwarded to them.

10:28AM 8    Q.    You forwarded.  You do know that the TTP board that was

10:28AM 9    ultimately purchased had the brand name Taihe?

10:28AM 10   A.    No, I did not.

10:28AM 11   Q.    Has anyone ever told you that Shandong Taihe Dongxin is a

10:28AM 12   parent company of TTP?

10:28AM 13              MR. GRAU:  Objection, Your Honor, no foundation for

10:28AM 14   that question.  He's already said he doesn't know.

10:28AM 15              THE COURT:  He's asking him.  I'll overrule the

10:28AM 16   objection.

10:28AM 17                            EXAMINATION

10:28AM 18   BY MR. MEUNIER:

10:28AM 19   Q.    I said has anyone ever told you that?

10:28AM 20   A.    No.

10:28AM 21   Q.    Do you know about the relationship between the Taihe brand

10:28AM 22   of TTP and the Taihe factory that you sent information to the

10:28AM 23   Gearys about?

10:28AM 24   A.    No.

10:28AM 25              MR. MEUNIER:  Thank you.  No further questions.

**HOURLY TRANSCRIPT**

10:29AM 1          THE COURT:  All right, you're excused.  We'll take a

10:29AM 2   15-minute break at this time.  Court will stand in recess.

10:29AM 3          THE COURT SECURITY OFFICER:  All rise.

10:29AM 4          (WHEREUPON, at 10:29 a.m. the jury panel leaves the

10:52AM 5   courtroom and there was a brief recess taken.)

10:52AM 6          THE DEPUTY CLERK:  All rise.

10:52AM 7          THE COURT:  Let's bring them in.

10:52AM 8          (WHEREUPON, at this point in the proceedings, the

10:52AM 9   jury enters the courtroom.)

10:52AM 10         THE COURT SECURITY OFFICER:  All rise.  Be seated,

10:52AM 11  please.

10:52AM 12         THE COURT:  Call your next witness.

10:52AM 13         MR. MEUNIER:  My next witness is Plaintiff

10:52AM 14  Beryl Mundee.

15                 THE DEPUTY CLERK:  Would you please raise your right

16   hand.  Do you solemnly swear that the testimony which you are

17   about to give will be the truth, the whole truth and nothing

18   but the truth, so help you God?

19                 THE WITNESS:  I do.

20                             **BERYL MUNDEE**

21    was called as a witness and, after being first duly sworn by

10:53AM 22    the Clerk, was examined and testified on her oath as follows:

10:53AM 23         THE DEPUTY CLERK:  Please have a seat and state and

10:53AM 24  spell your name.

10:53AM 25         THE WITNESS:  My name is Beryl Mundee, B-E-R-Y-L,

**HOURLY TRANSCRIPT**

10:53AM 1    M-U-N-D-E-E.

10:53AM 2                          DIRECT EXAMINATION

10:53AM 3    BY MR. MEUNIER:

10:53AM 4    Q.   Good morning, Ms. Mundee.

10:53AM 5    A.   Good morning.

10:53AM 6    Q.   What is your address?

10:53AM 7    A.   4321 South Liberty Street, New Orleans.

10:53AM 8            THE COURT:  Pull the microphone up a little closer.

10:53AM 9                          EXAMINATION

10:53AM 10   BY MR. MEUNIER:

10:53AM 11   Q.   How long have you lived on South Liberty?

10:53AM 12   A.   Thirty-eight years, since 1974.

10:54AM 13   Q.   Where were you born?

10:54AM 14   A.   I was born in the U.K., Kenton, Middlesex, England.

10:54AM 15   Q.   How did you come to leave England?

10:54AM 16   A.   Well, it's rather a long story.  I was evacuated to Canada

10:54AM 17   during the war as a six-year-old.

10:54AM 18   Q.   During World War II --

10:54AM 19   A.   Yes.

10:54AM 20   Q.   -- when you say "the war"?

10:54AM 21   A.   Yes, World War II.  I hoped you wouldn't think it was

10:54AM 22   World War I.

10:54AM 23   Q.   I shouldn't have assumed it was World War I.

10:54AM 24   A.   I spent -- I was evacuated, as I say, and we were told --

10:54AM 25   my parents were told it would be three or four months' duration

**HOURLY TRANSCRIPT**

10:54AM 1   most probably.  And as you know, there was a great effort to

10:54AM 2   remove children out of danger.  It turned out that it was

10:54AM 3   almost five years, and I came back at age 11.

10:55AM 4        And so that gave me a sense of the other side of the

10:55AM 5   Atlantic, spending five years in my childhood there in Canada.

10:55AM 6   It was Riverside, Ontario, where I lived.  But my first job out

10:55AM 7   of business school was with Swiss Airlines, and I was in the

10:55AM 8   travel business for several years of my employment and worked

10:55AM 9   for the director -- sales director of Swiss Airlines in London.

10:55AM 10       He went into business with an existing travel agency

10:55AM 11  which was a business travel -- thank you -- and he asked me to

10:55AM 12  join him in that enterprise, which I did.  I did a lot of

10:55AM 13  traveling as -- having an executive position with the company.

10:56AM 14  And on one occasion, TWA, Trans World Airlines, invited me to

10:56AM 15  fly on their inaugural Super G Constellation flight from London

10:56AM 16  to Renfrew, Scotland, directly to Iceland, to Winnipeg to

10:56AM 17  refuel, and down the Pacific Northwest Coast at dawn.  Just

10:56AM 18  magnificent.

10:56AM 19       I spent a few days in San Francisco, returned to

10:56AM 20  London via New York and spent about a week there.  And I think,

10:56AM 21  when I got back to London, I just felt comfortable in New York

10:56AM 22  for some reason, and I decided I would apply for my green card

10:56AM 23  and try my hand at finding a job and living in New York for,

10:56AM 24  say, nine months, perhaps, or a year.

10:56AM 25  Q.   So how old were you when you moved to the United States?

**HOURLY TRANSCRIPT**

10:56AM 1    A.    Twenty-four.

10:56AM 2    Q.    And what did you do for a living?

10:57AM 3    A.    Well, I -- my first job was with Seaboard & Western

10:57AM 4    Airlines, laughingly called Seaboard World Airlines.  They were

10:57AM 5    an old cargo carrier.  I worked for the vice-president, did

10:57AM 6    quite a bit of traveling back and forth to Washington, DC,

10:57AM 7    because we were lobbying for the military transport services

10:57AM 8    contract.

10:57AM 9          And that job was taxing inasmuch as I had to work

10:57AM 10   from Idlewild Airport, as it was then called -- JFK now -- and

10:57AM 11   I was living in Manhattan on the east side.  I used to walk to

10:57AM 12   the Carey Limousine terminal to catch a limo out to Idlewild,

10:57AM 13   and they would drop me off at the Seaboard building.  And then

10:58AM 14   I'd have to do the same thing in reverse.

10:58AM 15         So perhaps I'd leave the office at 5:30, 6 o'clock,

10:58AM 16   and I would be traveling back on the carrier that leaves at

10:58AM 17   7:30 or 8:00, which was not a happy situation.  And so I did

10:58AM 18   decide that I ought to get a job in Manhattan, so I did.

10:58AM 19   Q.    And eventually did you meet the man who would become your

10:58AM 20   husband in New York?

10:58AM 21   A.    Yes, indeed, I did.  Let's see, I worked for Aeroexpress

10:58AM 22   and then for Richards and Merrill.  I met my husband on the

10:58AM 23   sixth-story walkup on East 65th Street.  And he insisted that I

10:58AM 24   had purposely dropped my glove and that I knocked on his door

10:58AM 25   across the hall, but that wasn't the case.  He knocked on my

**HOURLY TRANSCRIPT**

10:58AM 1   door and said, "Did you lose your glove?"  But that was the

10:59AM 2   start of it.

10:59AM 3   Q.   So you were married.  And your husband was, his name was?

10:59AM 4   A.   Charles Roy Mundee.

10:59AM 5   Q.   Charles.  And how did you and Charles come to reside in

10:59AM 6   New Orleans?

10:59AM 7   A.   He was asked to take a position here with Pan American

10:59AM 8   Life Insurance Company.  At the time they were trying to start

10:59AM 9   a pension department, and that was -- I called him Roy -- that

10:59AM 10  was Roy's specialty.  He had worked for Connecticut General in

10:59AM 11  New York, and that was his main specialty.  So we decided to

10:59AM 12  come down, take the job here.

10:59AM 13  Q.   Now, your husband is deceased, correct?

10:59AM 14  A.   Yes.

10:59AM 15  Q.   When did he pass away?

10:59AM 16  A.   He died on July the 31st, 2007.

10:59AM 17  Q.   And you and he were married for how long?

11:00AM 18  A.   Since 1963, 44 years.

11:00AM 19  Q.   And did you have children?

11:00AM 20  A.   We have two children, a daughter and a son.

11:00AM 21  Q.   And where are they and --

11:00AM 22  A.   My daughter, Jennifer, she's in Seattle.  She's an

11:00AM 23  architect and an urban planner.  And my son, he has his own

11:00AM 24  advertising/graphic design business here in New Orleans.

11:00AM 25  Q.   So you live on South Liberty by yourself?

**HOURLY TRANSCRIPT**

11:00AM 1    A.    I do.

11:00AM 2    Q.    And you are now retired?

11:00AM 3    A.    I am.

11:00AM 4    Q.    What was your employment just prior to retirement?

11:00AM 5    A.    Prior to Katrina -- and Katrina was the reason for my

11:00AM 6    retirement.  It wasn't my intention to retire at the time.  But

11:00AM 7    prior to Katrina, I was working for 15 and a half years for

11:00AM 8    Waggonner & Ball Architects.

11:00AM 9    Q.    Did any part of -- what was your job with Waggonner?

11:00AM 10   A.    Well, I think I had best describe it as administrator.  I

11:01AM 11   did everything except actual drafting.  Did all the financial

11:01AM 12   stuff, had a lot of contact with clients, invoices, did payroll

11:01AM 13   and --

11:01AM 14          MR. MEUNIER:  We're getting a feed of something.

11:01AM 15   Q.    Excuse me, Miss Mundee, did any part of your work for

11:01AM 16   Waggonner involve the selection or evaluation of building

11:01AM 17   materials?

11:01AM 18   A.    No, it did not.

11:01AM 19   Q.    Did you ever have any dealings while at Waggonner --

11:01AM 20   dealings of any kind with Interior Exterior?

11:01AM 21   A.    No, not at all.

11:01AM 22   Q.    Was South Liberty -- 4321 South Liberty the first house

11:01AM 23   that you and your former husband owned?

11:02AM 24   A.    Yes.

11:02AM 25   Q.    When was that house built?

**HOURLY TRANSCRIPT**

11:02AM  1    A.    It was built in 1894, and it was converted from a shotgun

11:02AM  2    double to a single-family residence in 1961.

11:02AM  3    Q.    When Hurricane Katrina struck in late August of 2005, did

11:02AM  4    you and your husband evacuate?

11:02AM  5    A.    Yes.  We had evacuated on the 29th of August, I guess.

11:02AM  6    Q.    And where did you go?

11:02AM  7    A.    We went to North Carolina.

11:02AM  8    Q.    And how long were you there?

11:02AM  9    A.    My recollection is until about October 5th, perhaps.  We

11:02AM  10   were there a long time.

11:02AM  11   Q.    Can you briefly describe for the jury the damage that was

11:02AM  12   done to your residence on South Liberty Street in

11:03AM  13   Hurricane Katrina?

11:03AM  14   A.    Yes.  We had 4 foot 7 inches of floodwater in the street,

11:03AM  15   and hard to say exactly how much was in the house, but it

11:03AM  16   varied inasmuch as the house was wracked by two ancient -- so

11:03AM  17   I'd say they were over 60-foot -- cedar trees.  And these trees

11:03AM  18   came down and wracked the house on its piers like this so, of

11:03AM  19   course, after that damage, the house was not level.  So perhaps

11:03AM  20   we had 14 inches of water in one room and 2 feet in another.  I

11:03AM  21   really don't know exactly.

11:03AM  22   Q.    And when did your repair of the property in the home begin

11:03AM  23   after Hurricane Katrina?

11:04AM  24   A.    I'm not sure exactly, but I think I'm remembering probably

11:04AM  25   in November we started the shoring process, which, of course,

**HOURLY TRANSCRIPT**

11:04AM 1    was the initial work that had to be accomplished.

11:04AM 2            I really don't remember the exact dates.

11:04AM 3    Q.   But that would have been November of 2005?

11:04AM 4    A.   Yes.

11:04AM 5    Q.   And when was the repair work completed?

11:04AM 6    A.   We moved back into the home on June 27, 2007.

11:04AM 7    Q.   It took about a year and a half for you to get back in the

11:04AM 8    home?

11:04AM 9    A.   Yes, I think so.

11:04AM 10   Q.   During the repairs for Katrina, which contractor did you

11:04AM 11   hire to do the work?

11:04AM 12   A.   I hired G&G Contractor, owned by Mr. William Garcia.

11:04AM 13   Q.   Had Mr. Garcia worked for you before?

11:05AM 14   A.   He had worked for me since 1990 approximately.  I met him

11:05AM 15   through the architecture firm, and I would call upon him for

11:05AM 16   any maintenance work that my husband or I could not accomplish

11:05AM 17   ourselves.  So yes, I knew him well, and he'd done excellent

11:05AM 18   work for me.

11:05AM 19   Q.   And how much did you and your husband end up paying for

11:05AM 20   your Katrina repairs?

11:05AM 21   A.   Structurally --

11:05AM 22            MR. RISLEY:  Your Honor, objection.  That's outside

11:05AM 23   of the scope of the issues.  The damages are not to be part of

11:05AM 24   this trial.

11:05AM 25            THE COURT:  What's the relevance of that?

**HOURLY TRANSCRIPT**

11:05AM 1          MR. MEUNIER:  Well, we were telling the story.

11:05AM 2          THE COURT:  All right, I'll sustain the objection.

11:05AM 3     Q.   Did the Katrina repairs to the home require new drywall to

11:05AM 4     be installed?

11:05AM 5     A.   Oh, indeed.

11:05AM 6     Q.   Throughout the home?

11:05AM 7     A.   Throughout.

11:05AM 8     Q.   Who selected the drywall for that work?

11:05AM 9     A.   My contractor.

11:05AM 10    Q.   That was Mr. Garcia?

11:06AM 11    A.   Yes.

11:06AM 12    Q.   Did you give Mr. Garcia any instructions or preferences

11:06AM 13    for the selection of the drywall?

11:06AM 14    A.   Not at all.  Not at all.

11:06AM 15    Q.   And did you reimburse him for the purchase of the drywall

11:06AM 16    that he obtained?

11:06AM 17    A.   Certainly.

11:06AM 18    Q.   I want to show you what's been previously identified,

11:06AM 19    Ms. Mundee, as Plaintiff's Exhibit 1206-001.  And ask you if

11:06AM 20    that is an invoice from Interior Exterior for the sale of the

11:06AM 21    drywall to Mr. Garcia's company that eventually was put in your

11:06AM 22    home?

11:06AM 23    A.   Yes, indeed.

11:06AM 24         MR. MEUNIER:  Your Honor, I'll offer into evidence

11:06AM 25    that Plaintiff exhibit that's been previously filed.

**HOURLY TRANSCRIPT**

| | | |
|---|---|---|
| 11:07AM | 1 | MR. RISLEY:  No objection. |
| 11:07AM | 2 | THE COURT:  Admitted. |
| 11:07AM | 3 | Q.   Were you present at 4321 South Liberty when the new |
| 11:07AM | 4 | drywall was being stored or installed? |
| 11:07AM | 5 | A.   No. |
| 11:07AM | 6 | Q.   Do you remember ever seeing the drywall before it was |
| 11:07AM | 7 | installed? |
| 11:07AM | 8 | A.   No. |
| 11:07AM | 9 | Q.   Were you aware at the time of the Katrina repairs that |
| 11:07AM | 10 | Chinese-manufactured drywall had been sold by Interior Exterior |
| 11:07AM | 11 | and installed in your home? |
| 11:07AM | 12 | A.   No. |
| 11:07AM | 13 | Q.   Now, after the repairs were completed -- I think you said |
| 11:07AM | 14 | in June of 2007? |
| 11:07AM | 15 | A.   Correct. |
| 11:07AM | 16 | Q.   -- you and your husband moved back into the house? |
| 11:07AM | 17 | A.   We did. |
| 11:07AM | 18 | Q.   How long after moving back in did he pass away? |
| 11:08AM | 19 | A.   We moved back in on June 27th, and he died on July 31st. |
| 11:08AM | 20 | Q.   Did you experience any appliance or equipment problems in |
| 11:08AM | 21 | the home after you moved back in? |
| 11:08AM | 22 | A.   Yes. |
| 11:08AM | 23 | Q.   Could you tell the jury about those, please. |
| 11:08AM | 24 | A.   In November of 2009, my microwave failed.  I couldn't |
| 11:08AM | 25 | understand it. |

**HOURLY TRANSCRIPT**

11:08AM 1          In September of 2010, the coil on my brand-new HVAC

11:08AM 2    system failed.  It failed.  It was replaced.  It failed again

11:08AM 3    in July of 2011.  And failed yet again in July of 2012.

11:08AM 4          I since had computer failures, a desktop and a

11:09AM 5    laptop.

11:09AM 6    Q.   Now, Ms. Mundee, it is true that after moving back into

11:09AM 7    the home following the Katrina repairs you did not detect any

11:09AM 8    unusual smell, that's true?

11:09AM 9    A.   You know, my home is a very old home and it's always had

11:09AM 10   tendency to an old-house odor.  I noticed it if I've been away

11:09AM 11   for a period of time and I come back and it just has a slight

11:09AM 12   odor, but that's always there, so I didn't -- I wasn't aware of

11:09AM 13   a strange odor, really.

11:09AM 14         But I was aware that the air in my house was not

11:09AM 15   right.  And the reason I tell you that is because, as you can

11:09AM 16   probably hear, I've been suffering from persistent hoarseness

11:09AM 17   now for a very long time.  It doesn't get better.  It gets

11:09AM 18   worse.  And my vocal cords are inflamed.  I can no longer sing

11:09AM 19   a note, which is very distressing when you go to church and you

11:10AM 20   can't sing a note.

11:10AM 21         MR. RISLEY:  Your Honor, I object.  I ask that all

11:10AM 22   the testimony be stricken.  The judge has ruled that will not

11:10AM 23   be part of the trial, and ask the jury to disregard that

11:10AM 24   testimony.

11:10AM 25         THE COURT:  Ma'am, we are just focusing, on this

**HOURLY TRANSCRIPT**

11:10AM 1    trial, on the property damage and the issues of that sort.

11:10AM 2            THE WITNESS:  I understand, Your Honor.

11:10AM 3            THE COURT:  So, Members of the Jury, I will instruct

11:10AM 4    you just to disregard that aspect of her testimony.

11:10AM 5                          EXAMINATION

11:10AM 6    BY MR. MEUNIER:

11:10AM 7    Q.   When and how did you first become aware, Ms. Mundee that

11:10AM 8    Chinese drywall had been installed in your home?

11:10AM 9    A.   I received a legal notice in July of 2011.

11:10AM 10   Q.   And what happened after you got that notice?

11:10AM 11   A.   I was in total shock.  I had never considered the

11:10AM 12   possibility of this happening.  So I immediately -- the notice

11:10AM 13   was addressed to Mr. William Garcia at my home address.  So I

11:11AM 14   immediately called my contractor and said, "What in the world

11:11AM 15   is this all about?"

11:11AM 16          And so he came over very soon thereafter, and cut the

11:11AM 17   back of a closet wall, and, of course, took that piece of

11:11AM 18   Sheetrock out, and it was stamped on the back, huge letters,

11:11AM 19   "Made in China."

11:11AM 20   Q.   Made in China?

11:11AM 21   A.   "Made in China."

11:11AM 22          And so I knew at that point there was no question

11:11AM 23   about it.

11:11AM 24   Q.   So what arrangements did you then make for the repair of

11:11AM 25   the Chinese drywall problem?

**HOURLY TRANSCRIPT**

A.   As I say, I was in total shock, so I did not do anything

immediately.  I discussed the matter with my contractor

firstly.  And then secondly, I realized I would have to have

legal advice, and at that time I signed a retainer agreement

with Gainsburgh Benjamin.

I had absolutely nowhere to move to.  I certainly

couldn't afford a hotel room or even rent.  I had been out of

my home for two years and I knew what rents were like, and I

knew I couldn't manage it.  So it was rather a case of

procrastination trying to think, where could I move in order to

have this remediation work done.  And at the time I really

couldn't come up with a solution.

However, my contractor suggested this, he recommended

that he could work on two bedrooms that were not in use for

sleeping, remediate them, and seal them off, of course, during

this work.  And the Chinese Sheetrock was disposed of literally

through windows in those rooms into the side alleyway so that

nothing had to be brought through the house.

And the idea being that we took the furniture from

those two bedrooms, moved it into the attic to free the room

for the work.  And thereafter, when they were completed, the

idea was to move furniture from the remaining rooms in the home

into those rooms for storage so that he could undertake the

remainder of the remediation.

But, of course, during that time, it became evident,

**HOURLY TRANSCRIPT**

11:13AM 1    my voice was so bad, my throat was so bad, that I could not

11:13AM 2    remain in that atmosphere.

11:13AM 3         And great fortune came upon me at that point because

11:13AM 4    my son's in-laws owned a guesthouse on their property of their

11:13AM 5    home, and that had formally been occupied by one of their sons.

11:14AM 6    And he -- the timing was perfect.  In December he was able to

11:14AM 7    move across the street to the grandmother's home, the

11:14AM 8    grandmother having passed away about two years sooner, prior,

11:14AM 9    at age 90 something, and so that freed up this cottage.

11:14AM 10        And I just appealed to the family, "I need a roof

11:14AM 11   over my head."  And they, of course, invited me, then, to stay

11:14AM 12   in the cottage.

11:14AM 13   Q.   So Mr. Garcia is the contractor that you used to do the

11:14AM 14   Chinese drywall remediation?

11:14AM 15   A.   Exactly.

11:14AM 16   Q.   And he removed all of the Chinese drywall that was in your

11:14AM 17   home?

11:14AM 18   A.   Yes.

11:14AM 19   Q.   When was that work completed?

11:14AM 20   A.   Let me think.  I think I moved back in -- oh, I moved back

11:15AM 21   in end of May.

11:15AM 22   Q.   Of which year?  This year?  2012?

11:15AM 23   A.   I'm confused now.  Let me think.  Yes.  Yes.  Certainly.

11:15AM 24   Q.   Has the Chinese drywall remediation work in your house

11:15AM 25   been totally completed?

**HOURLY TRANSCRIPT**

11:15AM 1    A.   Unfortunately not.  I was not aware at the time -- I'm not

11:15AM 2    an electrician.  I did not understand that if you were to

11:15AM 3    remove wiring behind the Chinese drywall, that that wouldn't

11:15AM 4    suffice to contain the contamination, the corrosion.  But I now

11:15AM 5    realize, having had inspections, that the corrosion has

11:15AM 6    continued within the electrical system.

11:16AM 7            MS. EISELEN:  Objection, Your Honor.  This is outside

11:16AM 8    of the scope.

11:16AM 9            MR. RISLEY:  The witness is not qualified to enter

11:16AM 10   opinions on the remediation project.

11:16AM 11           THE COURT:  I understand the objection.  I'll

11:16AM 12   overrule it.

11:16AM 13                          EXAMINATION

11:16AM 14   BY MR. MEUNIER:

11:16AM 15   Q.   So as owner of the house, you understand that more

11:16AM 16   remediation work has to be done?

11:16AM 17   A.   Unfortunately, I understand that, yes.

11:16AM 18   Q.   And you're living in the house?

11:16AM 19   A.   I'm living in the house.

11:16AM 20   Q.   Why are you still in the house?

11:16AM 21   A.   I have nowhere else to go.  It's my home.  I have worked

11:16AM 22   for seven years to put my home back together.

11:16AM 23   Q.   And your house has not yet been inspected or certified to

11:16AM 24   be free from all Chinese drywall?

11:16AM 25   A.   It has not.

**HOURLY TRANSCRIPT**

11:16AM 1          MR. MEUNIER:  Your Honor, in the case of

11:16AM 2   Mr. Beckendorf, we were allowed to offer just a picture of the

11:16AM 3   front of the house.  Is there an objection?

11:16AM 4          MS. EISELEN:  No objection.

11:16AM 5                        EXAMINATION

11:16AM 6   BY MR. MEUNIER:

11:17AM 7   Q.   Mrs. Mundee, let me show you a photograph, which has been

11:17AM 8   previously marked as Plaintiff 1093-80, and ask if that is a

11:17AM 9   picture of your home?

11:17AM 10  A.   It is.

11:17AM 11  Q.   May we see it on the screen.  Plaintiff Exhibit 1093-80.

11:17AM 12  This is the front of the home on South Liberty?

11:17AM 13          Ms. Mundee, the front of the house on South Liberty?

11:17AM 14  A.   Yes.

11:17AM 15          MR. MEUNIER:  I'll offer that into evidence,

11:17AM 16  Your Honor.

11:17AM 17          THE COURT:  Admitted.

11:17AM 18          (WHEREUPON, at this point in the proceedings, Exhibit

11:17AM 19  Number 1093-80 was received into evidence.)

11:17AM 20          MR. MEUNIER:  Thank you, Ms. Mundee.

11:17AM 21              No further questions.

11:17AM 22          THE COURT:  Any cross?

11:17AM 23          MS. EISELEN:  Yes, Your Honor.

11:17AM 24                     CROSS-EXAMINATION

11:17AM 25  BY MS. EISELEN:

**HOURLY TRANSCRIPT**

11:17AM 1    Q.   Good morning, Ms. Mundee.  It's nice to see you again.

11:17AM 2    A.   Good morning.  Thank you.

11:17AM 3    Q.   I should be very brief, Ms. Mundee.

11:17AM 4         You moved in after the repair -- after the repair of

11:18AM 5    your home from Katrina damage, you moved into your home after

11:18AM 6    two years of repair; is that correct?

11:18AM 7    A.   Correct.

11:18AM 8    Q.   And after those two years, you didn't experience any

11:18AM 9    smells; is that correct?

11:18AM 10   A.   I thought it was -- speaking formally, the house has

11:18AM 11   always had a smell, an old house does.  But to -- I did not --

11:18AM 12   I was not aware that the house had a different odor.

11:18AM 13   Q.   And those two years, you didn't experience any problems

11:18AM 14   with your electrical appliances at that time, correct?

11:18AM 15   A.   I don't know which two years you're referring to, I'm

11:18AM 16   sorry.

11:18AM 17   Q.   After you moved into your home, after the Katrina repairs,

11:18AM 18   you did not have any electrical problems for two years,

11:18AM 19   correct?

11:19AM 20   A.   As far as I can remember, right.

11:19AM 21        MS. EISELEN:  Thank you.

11:19AM 22        THE COURT:  Any redirect?

11:19AM 23        MR. MEUNIER:  No, Your Honor.

11:19AM 24        THE COURT:  You're excused.  Thank you, ma'am.

11:19AM 25        MR. MEUNIER:  Next witness, Your Honor?

**HOURLY TRANSCRIPT**

11:19AM 1        THE COURT:  Yes.

11:19AM 2        MR. MEUNIER:  The plaintiffs call William Garcia.

11:19AM 3        THE DEPUTY CLERK:  Would you please raise your right

4    hand.  Do you solemnly swear that the testimony which you are

5    about to give will be the truth, the whole truth and nothing

6    but the truth, so help you God?

7        THE WITNESS:  Yes, I do.

8                    **WILLIAM J. GARCIA**

9     was called as a witness and, after being first duly sworn by

10    the Clerk, was examined and testified on his oath as follows:

11:19AM 11        THE DEPUTY CLERK:  Please have a seat and state and

11:19AM 12    spell your name.

11:19AM 13        THE WITNESS:  William J. Garcia.  W-I-L-L-I-A-M, J.,

11:20AM 14    G-A-R-C-I-A.

11:20AM 15                    DIRECT EXAMINATION

11:20AM 16    BY MR. MEUNIER:

11:20AM 17    Q.  Good morning, Mr. Garcia.

11:20AM 18    A.  Good morning.

11:20AM 19    Q.  What is your address?

11:20AM 20    A.  3820 Civic Street, Metairie, Louisiana.

11:20AM 21    Q.  Mr. Garcia, what is your occupation?

11:20AM 22    A.  I'm a contractor.  Residential contractor.

11:20AM 23    Q.  And in connection with your occupation, what licenses do

11:20AM 24    you hold?

11:20AM 25    A.  I'm certified by the State of Louisiana, and I hold a

**HOURLY TRANSCRIPT**

11:20AM 1   license in Jefferson Parish.  Contracting license.

11:20AM 2   Q.   And how long have you been a contractor?

11:20AM 3   A.   About 25 years.

11:20AM 4   Q.   By whom are you employed?

11:20AM 5   A.   I'm self-employed.

11:20AM 6   Q.   What's the name of your company?

11:20AM 7   A.   G & G Contractors.

11:20AM 8   Q.   Does G & G do residential as well as commercial

11:21AM 9   construction?

11:21AM 10  A.   No, only residential.

11:21AM 11  Q.   Only residential.

11:21AM 12       How long have you known Beryl Mundee?

11:21AM 13  A.   Probably about 20 years, maybe a little longer.

11:21AM 14  Q.   How did you come to know Ms. Mundee?

11:21AM 15  A.   That I don't recall.  Probably through somebody else, a

11:21AM 16  friend of hers.

11:21AM 17  Q.   Have you done work for her over the years?

11:21AM 18  A.   Oh, yes.  Yeah.

11:21AM 19  Q.   Where have you done this work for her?

11:21AM 20  A.   Well, it's all interior and exterior work.  I think

11:21AM 21  initially it was some outside repairs, and then at some point

11:21AM 22  did some interior repairs.  And then after Katrina, we did the

11:21AM 23  remodel of the house.

11:21AM 24  Q.   All of this work has been done at her home at 4321 South

11:21AM 25  Liberty; is that true?

**HOURLY TRANSCRIPT**

11:21AM 1    A.    That's correct.

11:21AM 2    Q.    After the storm, after Katrina damaged the house, just

11:21AM 3    generally describe what you and your company did to repair it.

11:21AM 4    A.    We did the initial demolition.  I think she had her

11:22AM 5    daughter, and her son maybe, helped out with the furniture and

11:22AM 6    things like that.  But we did the initial demolition.

11:22AM 7    Q.    When you say *demolition*, you mean walls?

11:22AM 8    A.    Removal of the drywall, yes.

11:22AM 9    Q.    Because of flood damage?

11:22AM 10   A.    She had, I don't remember, two or three feet of water in

11:22AM 11   her house, yes.

11:22AM 12   Q.    And after you had done the demolition and repairs to that

11:22AM 13   extent, are you the contractor who installed new drywall in the

11:22AM 14   home?

11:22AM 15   A.    I contacted a couple of guys who actually worked for me

11:22AM 16   before.  She had called me about doing the repairs, and I

11:22AM 17   believe at the time I was busy doing some other work in

11:22AM 18   Jefferson Parish.  So I contacted a couple of guys -- or,

11:22AM 19   actually, they may have called me asking for work.  So I

11:22AM 20   referred them to the Ms. Mundee to do the Sheetrock work, the

11:23AM 21   drywall.

11:23AM 22   Q.    So the men who actually installed it were subbed under you

11:23AM 23   to do that?

11:23AM 24   A.    Right.  Right.

11:23AM 25   Q.    But you did obtain the drywall that they installed?

**HOURLY TRANSCRIPT**

11:23AM 1   A.   Yes, I did.

11:23AM 2   Q.   And where did you buy that drywall from?

11:23AM 3   A.   From INEX.

11:23AM 4   Q.   Had you bought drywall from INEX before that purchase?

11:23AM 5   A.   Yes, I had.

11:23AM 6   Q.   How often?  How many times had you done that?

11:23AM 7   A.   At least twice.

11:23AM 8   Q.   And on those occasions when you had previously bought

11:23AM 9   drywall from them, was it domestic drywall?

11:23AM 10   A.   I'm pretty sure, yes.

11:23AM 11   Q.   Did you obtain drywall from INEX after the Katrina -- when

11:23AM 12   Katrina rebuilding was going on, did you obtain drywall from

11:23AM 13   INEX for any other homeowners or customers besides

11:23AM 14   Beryl Mundee?

11:23AM 15   A.   No, I did not.

11:24AM 16         MR. MEUNIER:  Could we show the invoice, the

11:24AM 17   plaintiff exhibit invoice, please.

11:24AM 18         THE COURT:  Is that admitted?

11:24AM 19         MR. MEUNIER:  It's been admitted.

11:24AM 20          Plaintiff Exhibit 1140.  Could we blow it up a

11:24AM 21   little bit, please, for the witness.

11:24AM 22                   EXAMINATION

11:24AM 23   BY MR. MEUNIER:

11:24AM 24   Q.   Mr. Garcia, do you recognize this as the purchase invoice

11:24AM 25   for your purchase of the drywall to go into Ms. Mundee's home

**HOURLY TRANSCRIPT**

11:24AM 1    at 4321 South Liberty?

11:24AM 2         MR. GRAU:  Your Honor, you've got the wrong invoice.

11:24AM 3    The one on the screen is the wrong invoice.

11:25AM 4         MR. MEUNIER:  Exhibit 1206.  Is that better?

11:25AM 5         MR. GRAU:  Great.

11:25AM 6         MR. MEUNIER:  Sorry.

11:25AM 7                        EXAMINATION

11:25AM 8    BY MR. MEUNIER:

11:25AM 9    Q.   Plaintiff Exhibit 1206, do you recognize this, Mr. Garcia,

11:25AM 10   as the invoice that reflects the purchase of the drywall that

11:25AM 11   you put in Ms. Mundee's home?

11:25AM 12   A.   Yes, I do.

11:25AM 13   Q.   Now, did you examine -- this says you bought 60 pieces of

11:25AM 14   4 by 12, half-inch thick, it's called -- it says here, "Regular

11:25AM 15   Sheetrock."  Do you see that?

11:25AM 16   A.   That's correct.  Yes.

11:25AM 17   Q.   By the way, Sheetrock, is that a band name for an American

11:25AM 18   company?

11:26AM 19   A.   I believe it is.  But it's more than Sheetrock.  It's -- I

11:26AM 20   can't remember the rest of the name, but there is a brand, I

11:26AM 21   believe, that says --

11:26AM 22   Q.   You bought these 60 pieces of drywall that was labeled on

11:26AM 23   the invoice "Regular Sheetrock."  Did you inspect any of these

11:26AM 24   pieces of drywall at the time of purchase?

11:26AM 25   A.   No.  No.

                              **HOURLY TRANSCRIPT**

11:26AM 1   Q.   Did you notice any marks or brands or anything on the

11:26AM 2   drywall?

11:26AM 3   A.   No, sir.

11:26AM 4   Q.   Now, at the time of this purchase, was there a domestic

11:26AM 5   drywall shortage in the New Orleans area?

11:26AM 6   A.   Yes, there was.

11:26AM 7   Q.   When you were making this purchase of drywall for

11:26AM 8   Ms. Mundee, do you recall the name of the employee at

11:26AM 9   Interior Exterior that you dealt with?

11:26AM 10  A.   Not the one that I dealt with at that particular time,

11:26AM 11  only the one that I dealt with before, but I don't believe that

11:27AM 12  he was there at the time, that day.

11:27AM 13  Q.   The one that you dealt with on this occasion, whatever his

11:27AM 14  name --

11:27AM 15  A.   Yes.

11:27AM 16  Q.   -- did you have any discussion with that individual about

11:27AM 17  whether the drywall you were buying was domestic or Chinese

11:27AM 18  manufactured or imported or anything like that?

11:27AM 19  A.   I don't believe so, no.

11:27AM 20  Q.   So he didn't tell you you were buying Chinese drywall?

11:27AM 21  A.   I don't -- I don't think so, no.

11:27AM 22  Q.   Did you ask that representative any questions about the

11:27AM 23  quality of the drywall that you were purchasing?

11:27AM 24  A.   No.  I didn't think I had to.  No.

11:27AM 25  Q.   And when you looked at the invoice for the drywall, it

**HOURLY TRANSCRIPT**

11:27AM 1   told you that you had just bought regular sheetrock?

11:27AM 2   A.   That's correct.

11:27AM 3   Q.   "Chinese manufactured," "Chinese made" is nowhere on that

11:28AM 4   invoice, true?

11:28AM 5   A.   Correct.

11:28AM 6   Q.   Were you present when this drywall was delivered to the

11:28AM 7   home site for installation?

11:28AM 8   A.   I don't believe so, no.

11:28AM 9   Q.   Were you present when your subcontractor installed this

11:28AM 10  drywall?

11:28AM 11  A.   At times I was, yes.

11:28AM 12  Q.   Were there any problems associated with the installation

11:28AM 13  of this drywall that you became aware of?

11:28AM 14  A.   Only complaints about not being able to cut the sheetrock

11:28AM 15  cleanly, the sheets of drywall.  In other words, when you mark

11:28AM 16  it on one side, you snap it in half, and they were complaining

11:28AM 17  about not being a clean -- a clean cut.

11:28AM 18  Q.   Now, have you highlighted for us all the areas of

11:29AM 19  Mrs. Mundee's home where the new drywall, the 60 pieces, were

11:29AM 20  installed?

11:29AM 21  A.   That's correct, yes.

11:29AM 22        MR. MEUNIER:  May I see that exhibit from his

11:29AM 23  deposition?

11:29AM 24        MR. RISLEY:  Your Honor, I'm not sure what the

11:29AM 25  relevance of this testimony is so we object.

**HOURLY TRANSCRIPT**

11:29AM 1          MR. MEUNIER:  It's just to show where the drywall was

11:29AM 2    installed.

11:29AM 3          THE COURT:  I'll overrule the objection because

11:29AM 4    that's fair.

11:29AM 5                    EXAMINATION BY

11:29AM 6    MR. MEUNIER:

11:29AM 7    Q.   Are we looking at -- let's give the number of this.  It's

11:29AM 8    Plaintiffs' Exhibit 1206-A, previously marked as 1206-A.  Do

11:29AM 9    you recognize this as a floor plan for the Mundee home?

11:29AM 10   A.   Yes, I do.

11:29AM 11   Q.   Have you highlighted on this exhibit, and you did so at

11:29AM 12   your deposition, the areas where the drywall was installed?

11:29AM 13   A.   Yes, I did.

11:29AM 14   Q.   Could you describe just generally where the drywall was

11:29AM 15   put in the home?

11:29AM 16   A.   Pretty much every wall, interior and exterior wall.

11:30AM 17   Q.   So every -- every room shown on the floor plan?

11:30AM 18   A.   Every room.  Yes, every room of the house, sir.

11:30AM 19          MR. MEUNIER:  Your Honor, we'll offer into evidence

11:30AM 20   this exhibit.

11:30AM 21          THE COURT:  I'll admit the exhibit.  It's consistent

11:30AM 22   with the photograph.

11:30AM 23   Q.   Now, Mr. Garcia, when and how did you first learn that the

11:30AM 24   drywall that you had purchased from Interior Exterior and put

11:30AM 25   into Ms. Mundee's home was, in fact, Chinese manufactured

**HOURLY TRANSCRIPT**

11:30AM 1    drywall?

11:30AM 2    A.   I got a phone call from Ms. Mundee in reference to a

11:30AM 3    letter that she got in the mail, and even then I did not really

11:30AM 4    know for sure that the drywall in her house was Chinese.  So

11:30AM 5    after a few days, I went to her house and decided on a closet

11:31AM 6    and cut a section of drywall, and that's when we found out that

11:31AM 7    it was Chinese.

11:31AM 8    Q.   And did Ms. Mundee then hire you to remove the

11:31AM 9    Chinese drywall?

11:31AM 10   A.   That's correct.

11:31AM 11   Q.   How did you go about locating the areas where you had put

11:31AM 12   this Chinese drywall in?

11:31AM 13   A.   Well, we knew from -- obviously, remembered that, which

11:31AM 14   areas of the house we had installed the drywall.  And also she

11:31AM 15   had pictures of when the house was -- when the drywall was

11:31AM 16   originally removed.  We knew exactly basically where the

11:31AM 17   drywall was put in.

11:31AM 18   Q.   And the drywall had to be demolished and taken out of the

11:31AM 19   house?

11:31AM 20   A.   Right.

11:31AM 21   Q.   Were you personally present when the demolition and

11:31AM 22   removal of the drywall took place?

11:31AM 23   A.   I did the first two rooms.  We decided that the best thing

11:31AM 24   to do was to do a couple of the bedrooms first so that she

11:32AM 25   could store the rest of the furniture.  And so I was present

**HOURLY TRANSCRIPT**

11:32AM  1    for those first -- the first two rooms of that, yes.

11:32AM  2    Q.   And you have experience with the demolition and removal of

11:32AM  3    drywall?

11:32AM  4    A.   Right.  Correct.

11:32AM  5    Q.   Did you notice, at the time of removing this drywall,

11:32AM  6    anything different about it?

11:32AM  7    A.   Not really, no.  It just crumbled.  It base -- well, when

11:32AM  8    you remove it, you're not trying to remove it cleanly because

11:32AM  9    you simply pull it with your hands.  And so it simply crumbles

11:32AM 10    like it was wet or something like that.  Not, you know, the

11:32AM 11    typical sheet -- not drywall that's basically dry and hard, and

11:32AM 12    this apparently didn't seem to be that.

11:32AM 13    Q.   All right.  So when you -- just to make sure we're clear

11:32AM 14    on this, when you were there for the removal of this drywall,

11:32AM 15    was it different than other drywall that you removed?

11:32AM 16    A.   Probably so.  It's really hard to say, but that

11:33AM 17    appeared -- the color was definitely different.

11:33AM 18    Q.   How was the color different?

11:33AM 19    A.   It seems to be a little darker gray than the standard

11:33AM 20    drywall that we normally installed.

11:33AM 21    Q.   And did it seem to crumble more easily?

11:33AM 22    A.   Right.

11:33AM 23    Q.   Have you purchased drywall from Interior Exterior on

11:33AM 24    behalf of any clients since this experience with Ms. Mundee's

11:33AM 25    property?

**HOURLY TRANSCRIPT**

11:33AM  1   A.   No, I haven't.

11:33AM  2        MR. MEUNIER:  Thank you, sir.  I have no further

11:33AM  3   questions.

11:33AM  4                    CROSS EXAMINATION

11:33AM  5   BY MR. GRAU:

11:33AM  6   Q.   Good morning, Mr. Garcia.

11:33AM  7   A.   Good morning.

11:33AM  8   Q.   I just have a few questions for you.  Are you aware that

11:33AM  9   the drywall that you purchased for Ms. Mundee's house was

11:33AM 10   marked -- stamped "Made in China"?

11:33AM 11   A.   Yes.

11:33AM 12   Q.   You're aware of that?  That's right on the back of the

11:33AM 13   board?  It was stamped there, right?

11:33AM 14   A.   Right.  Once we removed it, yes.

11:34AM 15   Q.   But you didn't see it when it was delivered?

11:34AM 16   A.   No.

11:34AM 17   Q.   You didn't inspect it so you didn't notice --

11:34AM 18   A.   No.

11:34AM 19   Q.   -- that there was a marking on it, but it was there,

11:34AM 20   right?

11:34AM 21   A.   Right.

11:34AM 22   Q.   Regarding sheetrock, you understand that the term

11:34AM 23   "sheetrock" just refers to drywall, don't you?

11:34AM 24   A.   Sure.

11:34AM 25   Q.   That's the common word that that's used in the industry,

**HOURLY TRANSCRIPT**

11:34AM 1   right?

11:34AM 2   A.   Right.

11:34AM 3   Q.   You've got 25 years experience in construction, right?

11:34AM 4   A.   Right.

11:34AM 5   Q.   You've called it sheetrock plenty of times, haven't you?

11:34AM 6   A.   Right.

11:34AM 7   Q.   Talking about your 25 years of experience in the

11:34AM 8   construction industry, prior to these issues involving

11:34AM 9   Chinese drywall, you had never heard about any problems with

11:34AM 10  drywall releasing gasses that caused problems in people's

11:34AM 11  houses, did you?

11:34AM 12  A.   No, I have not.

11:34AM 13  Q.   Now, I know you weren't present for the day the drywall

11:34AM 14  was installed.  But the drywall took about what -- the

11:34AM 15  drywall's delivered.  You weren't present that day?

11:34AM 16  A.   Right.

11:34AM 17  Q.   But the drywall took about two to three weeks to be

11:34AM 18  installed?

11:34AM 19  A.   Yes.  Probably longer, yes.

11:34AM 20  Q.   And you were present in the house on several occasions

11:34AM 21  during that time period, right?

11:34AM 22  A.   That's correct.

11:34AM 23  Q.   Watched the installers, you saw the installers hanging it

11:35AM 24  at that time; is that right?

11:35AM 25  A.   That's correct, yes.

**HOURLY TRANSCRIPT**

383

11:35AM  1   Q.   Not once during that time period when they were cutting

11:35AM  2   sheetrock and hanging it, you didn't smell any odors in the

11:35AM  3   house, did you?

11:35AM  4   A.   No, I did not.

11:35AM  5   Q.   No -- no sulfur smells associated with the drywall?

11:35AM  6   A.   No.

11:35AM  7   Q.   And you told us that the hangers actually complained to

11:35AM  8   you that, you know, it was hard to cut or cut differently; is

11:35AM  9   that right?

11:35AM 10   A.   That's correct, yes.

11:35AM 11   Q.   And they told you that and you told them, "Hang it up on

11:35AM 12   the wall anyway"?

11:35AM 13   A.   Yes.  I didn't think much of it, right.

11:35AM 14   Q.   Again, based on your 25 years of experience in the

11:35AM 15   construction industry, the fact that they said it was hard to

11:35AM 16   cut didn't give you any concerns at all about using it in

11:35AM 17   Mrs. Mundee's house, did it?

11:35AM 18   A.   No.

11:35AM 19   Q.   Now, you were talking a bit about when you removed the

11:35AM 20   drywall, and I want to be clear the timing of that.  That's

11:35AM 21   2010; is that right?

11:35AM 22   A.   Right.

11:35AM 23   Q.   That's four years after it's been installed in

11:35AM 24   Ms. Mundee's house, or thereabouts?

11:35AM 25   A.   That's about right.

**HOURLY TRANSCRIPT**

11:35AM 1    Q.   You didn't see it when it was being installed, though,

11:35AM 2    right?

11:35AM 3    A.   No.

11:35AM 4    Q.   Well, you saw it but you didn't handle it yourself, right?

11:35AM 5    A.   Correct.

11:35AM 6    Q.   The hangers never complained to you that it looked like a

11:36AM 7    different color, did they?

11:36AM 8    A.   I don't believe so, no.

11:36AM 9    Q.   The hangers never said to you, "Hey, this stuff smells

11:36AM 10   bad"?

11:36AM 11   A.   Not that I recall, no.

11:36AM 12   Q.   The hangers never said, "There's a strong sulfur smell

11:36AM 13   when we're working with this drywall"?

11:36AM 14   A.   No, not that I recall.

11:36AM 15   Q.   You, again, had no concerns about using that drywall; is

11:36AM 16   that right?

11:36AM 17   A.   That's correct.

11:36AM 18   Q.   Now, the issue about that drywall being heavy, that's not

11:36AM 19   something you ever told Interior Exterior, is it?

11:36AM 20   A.   No.

11:36AM 21   Q.   The drywall being hard to cut, I mean?

11:36AM 22   A.   That's correct, yes.

11:36AM 23   Q.   Again, you never told that to the Interior Exterior; is

11:36AM 24   that right?

11:36AM 25   A.   Right.  Right.

**HOURLY TRANSCRIPT**

11:36AM 1    Q.    So 30 -- 25 years in the construction industry, never

11:36AM 2    heard of this problem, and you had no problem using it in

11:36AM 3    Ms. Mundee's house; is that right?

11:36AM 4    A.    That's correct.

11:36AM 5         MR. GRAU:  Thank you, Mr. Garcia.

11:36AM 6         MR. MEUNIER:  One more question, Your Honor.

11:36AM 7                    REDIRECT EXAMINATION

11:36AM 8    BY MR. MEUNIER:

11:36AM 9    Q.   Mr. Garcia, based on all of your experience, would you

11:36AM 10   consider, quote, regular sheetrock, close quote, on an invoice

11:36AM 11   to be fair notification that you were buying Chinese

11:36AM 12   manufactured drywall?

11:36AM 13        MR. ANGELLE:  Objection to the form, Your Honor.

11:37AM 14        THE COURT:  Restate the question.  Just restate the

11:37AM 15   question, please.

11:37AM 16   Q.   Did the invoice reference to, quote, regular sheetrock,

11:37AM 17   close quote, tell you in any way that you were purchasing

11:37AM 18   Chinese manufactured drywall?

11:37AM 19   A.    No.

11:37AM 20        MR. MEUNIER:  Thank you, sir.

11:37AM 21        THE COURT:  You're excused.  Thank you, sir.

11:37AM 22             Let me see Counsel on logistics for a moment.

11:37AM 23             (WHEREUPON, at this point in the proceedings, there

11:37AM 24   was a conference held at the bench outside the presence of the

11:37AM 25   court reporter.)

**HOURLY TRANSCRIPT**

11:39AM  1    THE COURT:  Members of the Jury, we have some

11:39AM  2  depositions that will be played, but I think maybe the right

11:39AM  3  thing to do is take an early lunch.

11:39AM  4    We'll stop here at 11:30 and come back at

11:39AM  5  1 o'clock.  Then we'll have two depositions and then a couple

11:39AM  6  of more witnesses today.

11:39AM  7    All right.  Thank you very much.

11:39AM  8    All rise as the jury leaves, please.

11:39AM  9    THE COURT SECURITY OFFICER:  All rise.

11:39AM 10    (WHEREUPON, at 11:39 a.m. the jury panel leaves the

11:40AM 11  courtroom.)

11:40AM 12    THE COURT:  Do y'all want this on the record?

11:40AM 13    MR. SEEGER:  Judge, we can talk about it, and then we

11:40AM 14  can make a record later.

11:40AM 15    (WHEREUPON, at this point in the proceedings, there

16  was a conference held at the bench outside the presence of the

17  court reporter, and then at 11:51 a.m. the Court was in

18  luncheon recess.)

19    *    *    *

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                           REPORTER'S CERTIFICATE

2

3       I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                            **HOURLY TRANSCRIPT**

**$**

**$475,000** [1] - 346:13
**$475,712.25** [1] - 345:17
**$72.75** [1] - 346:16

**'**

**'05** [3] - 293:3, 315:8, 315:14
**'06** [2] - 293:3, 315:15

**0**

**07102** [1] - 282:5
**09-MD-2047** [1] - 281:7

**1**

**1** [2] - 332:24, 386:5
**1093-80** [3] - 369:8, 369:11, 369:19
**1093-80**.....................
.......[1] - 285:14
**10:29** [1] - 354:4
**11** [1] - 356:3
**1100** [1] - 281:23
**1140** [1] - 374:20
**1140**............................
...[1] - 285:15
**11:30** [1] - 386:4
**11:39** [1] - 386:10
**11:51** [1] - 386:17
**12** [4] - 329:15, 329:18, 329:19, 375:14
**1206** [2] - 375:4, 375:9
**1206-001** [1] - 362:19
**1206-001**..........................
.....[1] - 285:13
**1206-A** [2] - 378:8
**1206-A**..........................
...[1] - 285:17
**1206**..............................
...............[1] - 285:16
**1304-G** [2] - 284:23, 286:21
**14** [1] - 360:20
**15** [2] - 325:11, 359:7
**15-minute** [1] - 354:2
**1600** [1] - 282:22
**17** [1] - 342:6
**17th** [1] - 341:12
**1894** [1] - 360:1
**1961** [1] - 360:2

**1963** [1] - 358:18
**1974** [1] - 355:12
**198-002** [1] - 317:10
**198-002**.......................
...[1] - 285:1
**1990** [1] - 361:14

**2**

**2** [3] - 281:11, 346:21, 360:20
**20** [3] - 289:1, 322:6, 372:13
**200** [2] - 287:17, 287:20
**2005** [14] - 288:21, 289:15, 290:11, 296:25, 299:23, 300:4, 332:19, 335:19, 336:4, 338:9, 338:18, 339:5, 360:3, 361:3
**2006** [9] - 289:15, 312:21, 313:6, 313:20, 314:3, 319:17, 319:23, 323:15, 342:6
**2007** [3] - 358:16, 361:6, 363:14
**2009** [1] - 363:24
**201** [1] - 319:24
**201**...............................
...[1] - 285:2
**2010** [2] - 364:1, 383:21
**2011** [2] - 364:3, 365:9
**2012** [4] - 281:8, 286:2, 364:3, 367:22
**207** [2] - 313:21, 313:25
**207-001** [1] - 312:23
**207-001**.........................
.........[1] - 284:25
**21** [2] - 323:15, 324:10
**215** [1] - 300:13
**215**...............................
...[1] - 284:24
**2216** [1] - 282:11
**23** [1] - 332:19
**2300** [1] - 283:4
**23rd** [1] - 332:12
**25** [5] - 372:3, 382:3, 382:7, 383:14, 385:1
**27** [4] - 281:8, 286:2, 300:3, 361:6
**27603** [1] - 282:8
**27th** [1] - 363:19
**2800** [2] - 281:22, 281:23

**286** [1] - 284:23
**287** [2] - 284:5, 284:6
**28th** [1] - 333:21
**29th** [1] - 360:5

**3**

**30** [2] - 328:16, 385:1
**300** [1] - 284:24
**312** [1] - 284:25
**314-1** [1] - 351:12
**314-1**.............................
...[1] - 285:12
**316** [4] - 349:13, 349:17, 349:22, 349:23
**316-11** [1] - 349:23
**316**.............................
.....[1] - 285:1
**317** [1] - 285:1
**319** [1] - 285:2
**31st** [2] - 358:16, 363:19
**323** [4] - 285:3, 323:14, 323:23, 324:2
**323**.............................
.............[1] - 285:3
**325** [1] - 284:7
**332** [1] - 285:4
**333** [2] - 285:5, 285:18
**335** [1] - 285:6
**338** [1] - 285:7
**341** [1] - 285:8
**344** [1] - 285:9
**345** [1] - 285:10
**347** [1] - 284:8
**349** [1] - 285:11
**351** [1] - 285:12
**354** [1] - 284:9
**355** [1] - 284:10
**36** [6] - 306:10, 312:5, 312:12, 315:7, 316:17
**362** [1] - 285:13
**369** [2] - 284:11, 285:14
**371** [2] - 284:12, 284:13
**374** [1] - 285:15
**375** [1] - 285:16
**378** [1] - 285:17
**381** [1] - 284:14
**3820** [1] - 371:20
**385** [1] - 284:15
**386** [1] - 284:16
**39** [3] - 332:12, 333:12, 333:17
**39**..............................

**....** [1] - 285:5
**39**...............................
**......** [1] - 285:4
**39**...............................
...........[1] - 285:18

**4**

**4** [4] - 329:15, 329:19, 360:14, 375:14
**40** [1] - 318:12
**400** [1] - 283:4
**4040** [1] - 282:18
**43** [3] - 335:13, 335:22, 336:1
**43**...............................
...[1] - 285:6
**4321** [5] - 355:7, 359:22, 363:3, 372:24, 375:1
**44** [4] - 285:7, 338:17, 338:24, 358:18
**45** [1] - 328:17
**47** [2] - 341:5, 341:22
**47**...............................
...........[1] - 285:8
**49** [2] - 344:23, 345:10
**49**...............................
...........[2] - 285:9, 285:10

**5**

**5** [4] - 312:21, 313:5, 313:20, 314:3
**500** [1] - 283:9
**504** [1] - 283:10
**550** [1] - 282:4
**589-7779** [1] - 283:10
**5:30** [1] - 357:15
**5th** [1] - 360:9

**6**

**6** [3] - 288:21, 296:25, 357:15
**60** [3] - 375:13, 375:22, 377:19
**60-foot** [1] - 360:17
**611(c** [1] - 296:2
**611(c)** [1] - 295:15
**65th** [1] - 357:23

**7**

**7** [4] - 335:19, 336:4, 338:9, 360:14

**701** [1] - 282:18
**70113** [1] - 281:19
**70130** [3] - 282:12, 283:5, 283:9
**70139** [1] - 282:18
**70163** [1] - 281:23
**77056** [1] - 282:22
**7:30** [1] - 357:17
**7th** [2] - 332:25, 335:12

**8**

**8** [5] - 319:16, 319:23, 329:15, 338:18, 339:5
**80-year-old** [1] - 293:24
**801(d)(2** [1] - 310:7
**801(d)(2)** [1] - 337:2
**803(6** [2] - 310:8, 313:22
**803(6)** [1] - 337:10
**820** [1] - 281:19
**8:00** [1] - 357:17
**8:45** [1] - 281:8
**8:49** [1] - 286:8

**9**

**90** [1] - 367:9
**900** [1] - 282:8
**920** [1] - 282:4

**A**

**A.M** [1] - 281:8
**a.m** [4] - 286:8, 354:4, 386:10, 386:17
**ability** [1] - 387:8
**able** [6] - 295:25, 307:9, 332:7, 367:6, 377:14
**above-entitled** [1] - 387:9
**absolutely** [2] - 309:16, 366:6
**accomplish** [1] - 361:16
**accomplished** [1] - 361:1
**acronyms** [1] - 304:17
**act** [1] - 317:19
**acted** [1] - 289:25
**action** [2] - 308:18, 310:18
**activity** [1] - 289:23, 337:7

actual [1] - 359:11
addition [2] - 302:1, 302:2
additional [5] - 301:24, 304:8, 312:4, 312:18, 313:12
additionally [1] - 297:5
address [9] - 287:16, 287:17, 287:18, 287:19, 287:21, 355:6, 365:13, 371:19
addressed [1] - 365:13
administrator [1] - 359:10
admissible [1] - 337:2
admit [5] - 323:24, 333:10, 335:23, 342:2, 378:21
admitted [9] - 333:13, 338:25, 345:11, 349:18, 363:2, 369:17, 374:18, 374:19
advertising/graphic [1] - 358:24
advice [1] - 366:4
advises [1] - 342:9
Aeroexpress [1] - 357:21
afford [1] - 366:7
age [2] - 356:3, 367:9
agency [1] - 356:10
agent [1] - 288:14
agents [4] - 288:17, 327:25, 343:5, 344:18
ago [2] - 288:25, 324:17
agreed [1] - 317:24
agreement [2] - 319:18, 366:4
agreements [1] - 319:19
ahead [2] - 299:15, 351:24
air [1] - 364:14
Airlines [5] - 356:7, 356:9, 356:14, 357:4
Airport [1] - 357:10
ALL [1] - 281:9
Allen [26] - 287:22, 288:24, 293:9, 293:24, 294:2, 295:1, 296:19, 302:14, 318:20, 320:23, 327:11,

330:18, 330:21, 332:11, 335:8, 340:2, 340:5, 341:1, 341:18, 343:6, 344:15, 344:25, 345:2, 346:7, 347:9, 351:7
Allen's [2] - 330:18, 346:5
alleyway [1] - 366:17
allow [3] - 313:1, 313:22, 337:9
allowed [1] - 369:2
almost [2] - 289:1, 356:3
aloud [1] - 324:6
American [2] - 358:7, 375:17
amount [1] - 345:18
amounts [1] - 291:16
ancient [1] - 360:16
AND [1] - 281:21
ANGELLE [2] - 283:3, 283:4, 385:13
answer [2] - 295:22, 310:19
ANTHONY [1] - 282:11
anyway [1] - 383:12
apologize [1] - 309:8
App [21] - 286:17, 286:18, 287:10, 287:11, 287:14, 291:24, 301:16, 313:5, 313:20, 317:3, 321:6, 323:14, 325:15, 332:11, 332:13, 339:5, 344:24, 346:23, 347:3, 350:4
APP [3] - 284:5, 287:5, 287:11
appealed [1] - 367:10
APPEARANCES [3] - 281:15, 282:1, 283:1
appeared [2] - 324:25, 380:17
appliance [1] - 363:20
appliances [1] - 370:14
applicable [1] - 296:3
apply [1] - 356:22
appointment [1] - 333:21
appreciate [2] - 291:20, 320:4
approach [2] - 300:14, 306:25
April [7] - 312:21, 313:5, 313:20,

314:3, 315:15, 315:20, 318:15
architect [1] - 358:23
Architects [1] - 359:8
architecture [1] - 361:15
area [2] - 298:24, 376:5
areas [5] - 310:2, 377:18, 378:12, 379:11, 379:14
argument [2] - 309:23, 309:24
arrange [2] - 288:13, 291:23
arranged [1] - 290:21
arrangements [6] - 288:18, 291:10, 319:7, 319:8, 319:10, 365:24
arrived [2] - 328:11, 340:3
aspect [1] - 365:4
aspects [1] - 299:8
asserted [1] - 308:3
asserting [1] - 308:18
assist [1] - 315:4
assisted [1] - 327:11
associated [6] - 295:24, 296:20, 340:15, 340:23, 377:12, 383:5
association [1] - 334:20
assume [4] - 290:10, 297:19, 315:12, 320:10
assumed [1] - 355:23
assure [1] - 298:8
ASTM [25] - 286:21, 305:12, 305:23, 306:8, 306:9, 306:10, 306:15, 306:18, 307:7, 307:8, 307:15, 308:5, 308:22, 312:2, 312:5, 312:12, 314:17, 314:24, 315:7, 315:22, 316:17, 326:3, 326:9, 352:17, 353:5
Atlantic [1] - 356:5
atmosphere [1] - 367:2
attachment [1] - 314:7
attachments [1] - 314:4
attention [1] - 314:12
attic [1] - 366:20

attorney [1] - 295:22
audit [8] - 289:7, 295:10, 296:8, 296:12, 296:20, 297:19, 298:1, 303:22
audits [1] - 297:15
August [2] - 360:3, 360:5
available [2] - 294:4, 295:3
AVENUE [1] - 281:19
aware [13] - 291:24, 292:2, 296:25, 323:9, 363:9, 364:12, 364:14, 365:7, 368:1, 370:12, 377:13, 381:8, 381:12

## B

B406 [1] - 283:9
background [1] - 289:3
bad [1] - 367:1, 384:10
Ball [1] - 359:8
band [2] - 321:22, 322:15, 375:17
banded [1] - 352:4
bands [1] - 350:24
barge [1] - 288:16
base [1] - 380:7
based [3] - 316:19, 383:14, 385:9
basis [5] - 307:17, 309:21, 326:5, 326:15, 336:21
BATT [1] - 283:3
became [4] - 290:14, 323:9, 366:25, 377:13
Beckendorf [1] - 369:2
Becnel [3] - 341:10, 341:18, 342:6
become [3] - 297:13, 357:19, 365:7
becoming [1] - 290:11
bedrooms [3] - 366:14, 366:20, 379:24
BEFORE [1] - 281:12
beforehand [1] - 310:12
begin [1] - 360:22
beginning [1] - 293:3
behalf [1] - 380:24
behind [1] - 368:3

Beijing [3] - 304:17, 304:18
belong [1] - 291:6
bench [7] - 300:17, 301:13, 307:3, 311:8, 311:18, 385:24, 386:16
Benjamin [1] - 366:5
BENJAMIN [2] - 281:21, 282:16
BERYL [3] - 284:9, 354:20, 354:25
Beryl [4] - 354:14, 354:25, 372:12, 374:14
best [4] - 288:4, 359:10, 379:23, 387:8
better [10] - 335:11, 347:13, 348:2, 348:8, 348:10, 348:11, 348:14, 348:20, 364:17, 375:4
between [7] - 303:8, 303:20, 306:17, 315:14, 319:3, 320:17, 353:21
big [4] - 293:25, 294:8, 311:9, 329:8
Bill [2] - 313:20, 339:5
bill [4] - 337:18, 337:19, 337:25, 338:2
Billy [2] - 286:17, 323:14
bit [5] - 320:18, 325:17, 357:6, 374:21, 383:19
blow [1] - 374:20
BMB [1] - 312:10
BNBM [29] - 304:19, 305:10, 305:23, 306:14, 306:17, 307:9, 312:11, 312:12, 314:10, 315:6, 315:25, 316:7, 316:9, 316:10, 316:18, 316:19, 316:20, 318:1, 318:5, 319:7, 319:9, 319:19, 320:7, 325:17, 325:20, 352:23, 352:24, 352:25
board [11] - 289:19, 289:24, 289:25, 309:19, 327:16, 344:11, 349:14, 349:25, 350:19,

353:8, 381:13
**boards** [2] - 322:20,
322:21
**born** [2] - 355:13,
355:14
**bottom** [1] - 330:5
**bought** [5] - 374:4,
374:8, 375:13,
375:22, 377:1
**brand** [5] - 318:25,
353:9, 353:21,
364:1, 375:20
**brand-new** [1] - 364:1
**brands** [1] - 376:1
**break** [10] - 310:20,
310:21, 325:9,
328:25, 329:1,
329:3, 329:7, 344:3,
348:1, 354:2
**breaking** [1] - 353:2
**brief** [2] - 354:5, 370:3
**briefly** [1] - 360:11
**bring** [3] - 332:3,
332:7, 354:7
**bringing** [1] - 348:4
**BROAD** [1] - 282:4
**broke** [1] - 322:12
**broken** [3] - 336:17,
337:16, 337:22
**broker** [7] - 288:1,
288:3, 290:1, 291:5,
344:7, 344:8, 344:9
**brought** [5] - 331:20,
331:21, 349:2,
350:1, 366:18
**BRYSON** [2] - 282:7,
282:7
**bubbled** [1] - 322:12
**bubbling** [3] - 298:13,
316:13, 353:2
**building** [2] - 357:13,
359:16
**BUILDING** [1] - 282:15
**Building** [1] - 304:18
**built** [2] - 359:25,
360:1
**bulk** [4] - 328:25,
329:1, 329:3, 329:7
**BURR** [1] - 282:15
**business** [40] -
287:21, 288:21,
291:7, 291:16,
291:18, 294:1,
294:3, 294:8, 297:2,
310:8, 313:2, 313:7,
313:8, 313:16,
313:22, 315:24,
318:20, 323:24,
333:4, 333:8, 337:1,
337:7, 337:8, 337:9,

341:23, 347:12,
347:13, 347:15,
347:24, 348:4,
348:8, 348:10,
348:12, 348:20,
356:7, 356:8,
356:10, 356:11,
358:24
**busy** [1] - 373:17
**buy** [4] - 312:7, 318:5,
318:18, 374:2
**buying** [4] - 297:11,
376:17, 376:20,
385:11
**BY** [51] - 281:18,
281:22, 282:3,
282:7, 282:11,
282:16, 282:21,
283:4, 283:12,
283:12, 284:6,
284:7, 284:8,
284:10, 284:11,
284:13, 284:14,
284:15, 287:13,
296:5, 301:15,
303:3, 305:20,
306:7, 311:20,
313:4, 317:23,
320:22, 324:4,
325:14, 333:19,
336:3, 337:14,
339:4, 342:5, 347:2,
349:21, 352:2,
353:18, 355:3,
355:10, 365:6,
368:14, 369:6,
369:25, 371:16,
374:23, 375:8,
378:5, 381:5, 385:8

---

# C

**CALLED** [1] - 286:4
**Canada** [2] - 355:16,
356:5
**card** [1] - 356:22
**care** [2] - 288:9, 331:3
**Carey** [1] - 357:12
**cargo** [50] - 288:14,
288:19, 289:4,
297:9, 297:13,
303:14, 322:4,
322:11, 327:25,
328:9, 328:15,
328:23, 329:2,
329:3, 329:5,
330:19, 330:25,
332:4, 332:8, 336:7,
337:21, 337:23,
338:1, 338:15,

339:13, 339:20,
339:21, 339:22,
340:5, 340:6,
340:10, 340:13,
341:2, 342:12,
342:15, 342:16,
342:18, 343:1,
343:2, 343:6, 343:9,
343:12, 344:2,
344:4, 344:15,
347:16, 348:5, 357:5
**cargo's** [1] - 340:21
**CARLINA** [1] - 282:17
**CARNAHAN** [1] -
283:3
**Carolina** [1] - 360:7
**carriage** [1] - 345:20
**carried** [2] - 303:12,
303:14
**carrier** [2] - 357:5,
357:16
**case** [10] - 286:14,
308:6, 309:12,
321:25, 322:25,
329:4, 342:24,
357:25, 366:9, 369:1
**CASES** [1] - 281:9
**catch** [1] - 357:12
**Cathy** [2] - 387:3,
387:13
**CATHY** [1] - 283:7
Cathy_Pepper@laed
.uscourts.gov [2] -
283:10, 387:15
**caused** [1] - 382:10
**cc'd** [3] - 341:13,
341:15, 341:17
**CCR** [2] - 283:7,
387:13
**Cecelia** [4] - 294:20,
294:21, 294:22,
294:23
**Cecilia** [2] - 324:20,
324:21
**cedar** [1] - 360:17
**ceiling** [1] - 330:9
**CENTRE** [1] - 281:22
**certain** [3] - 299:7,
324:24, 337:5
**certainly** [4] - 351:2,
362:17, 366:6,
367:23
**certificate** [1] - 314:14
**CERTIFICATE** [1] -
387:1
**certificates** [1] -
347:19
**certification** [12] -
306:15, 306:18,
308:23, 312:3,

312:7, 312:16,
312:17, 314:9,
314:24, 315:12,
316:1, 326:16
**certifications** [1] -
305:23
**CERTIFIED** [2] -
283:8, 283:8
**Certified** [3] - 387:3,
387:4, 387:13
**certified** [13] - 308:5,
312:19, 315:7,
315:13, 315:15,
315:23, 326:3,
326:9, 326:12,
352:17, 368:23,
371:25
**certify** [1] - 387:7
**chain** [7] - 302:10,
302:21, 303:8,
303:18, 303:20,
320:17, 327:16
**charge** [1] - 345:14
**charges** [2] - 346:5,
346:7
**charging** [1] - 294:14
**Charles** [3] - 358:4,
358:5
**charter** [3] - 291:23,
292:20
**chartering** [1] - 292:19
**charters** [1] - 292:19
**cheap** [1] - 346:9
**check** [1] - 344:5
**checking** [1] - 299:18
**childhood** [1] - 356:5
**children** [3] - 356:2,
358:19, 358:20
**China** [47] - 291:5,
291:7, 291:21,
291:22, 292:1,
293:10, 293:13,
296:16, 298:2,
298:6, 301:25,
302:18, 303:14,
307:18, 309:20,
323:4, 324:15,
327:12, 327:20,
328:14, 330:22,
332:22, 332:25,
333:4, 333:8,
334:23, 335:11,
336:5, 338:11,
339:11, 339:24,
343:14, 343:16,
344:11, 344:20,
347:3, 347:7,
347:12, 347:13,
347:15, 347:16,
348:21, 365:19,

365:20, 365:21,
381:10
**CHINESE** [1] - 281:5
**Chinese** [46] - 290:12,
291:3, 291:15,
291:25, 292:5,
292:15, 292:16,
293:5, 294:20,
299:3, 299:8,
301:19, 303:10,
303:21, 304:3,
305:8, 314:9,
314:12, 314:20,
316:1, 318:5,
324:19, 325:4,
347:21, 363:10,
365:8, 365:25,
366:16, 367:14,
367:16, 367:24,
368:3, 368:24,
376:17, 376:20,
377:3, 378:25,
379:4, 379:7, 379:9,
379:12, 382:9,
385:11, 385:18
**CHINESE-
MANUFACTURED**
[1] - 281:5
**Chinese-
manufactured** [1] -
363:10
**choice** [1] - 317:20
**chose** [1] - 307:19
**CHRISTOPHER** [1] -
282:3
**church** [1] - 364:19
**Civic** [1] - 371:20
**CIVIL** [1] - 281:7
**clarify** [1] - 302:20
**classic** [1] - 309:9
**classification** [1] -
312:12
**clause** [4] - 319:18,
319:20, 320:6,
337:24
**claused** [3] - 336:17,
336:19, 337:17
**Clay** [17] - 304:10,
305:22, 306:14,
307:5, 307:8,
307:11, 312:21,
313:5, 313:13,
313:20, 314:3,
316:6, 323:15,
324:10, 339:16,
339:17, 341:12
**clean** [6] - 337:18,
337:19, 338:1,
338:2, 377:17
**cleanly** [2] - 377:15,

380:8

**clear** [16] - 290:8, 290:19, 295:8, 296:6, 298:20, 305:18, 306:4, 313:8, 325:19, 326:19, 332:7, 338:3, 338:4, 348:23, 380:13, 383:20

**clearance** [1] - 290:4

**cleared** [1] - 327:25

**CLERK** [8] - 286:10, 286:25, 287:8, 354:6, 354:15, 354:23, 371:3, 371:11

**Clerk** [3] - 287:7, 354:22, 371:10

**client** [3] - 288:12, 294:1, 304:9

**clients** [3] - 294:8, 359:12, 380:24

**close** [6] - 289:1, 295:16, 330:14, 346:21, 385:10, 385:17

**closed** [3] - 318:16, 318:17

**closely** [1] - 295:24

**closer** [1] - 355:8

**closet** [2] - 365:17, 379:5

**closing** [2] - 318:9, 318:16

**Coast** [1] - 356:17

**Coates** [1] - 286:20

**COE** [1] - 282:21

**coffee** [1] - 337:19

**coil** [1] - 364:1

**color** [3] - 380:17, 380:18, 384:7

**column** [1] - 320:23

**comfortable** [1] - 356:21

**coming** [6] - 290:18, 291:7, 307:20, 315:6, 340:14, 351:8

**comment** [1] - 300:10

**commentators** [1] - 310:7

**commercial** [1] - 372:8

**Commission** [1] - 288:6

**COMMITTEE** [1] - 281:17

**common** [1] - 381:25

**communication** [3] - 300:7, 316:23, 326:4

**communications** [3] - 299:24, 316:22, 324:23

**Company** [7] - 288:25, 295:1, 318:20, 326:20, 327:1, 344:25, 358:8

**company** [27] - 287:17, 287:19, 287:21, 289:2, 289:12, 292:18, 293:24, 294:2, 296:2, 296:18, 296:25, 297:23, 299:2, 302:17, 305:1, 323:4, 323:8, 325:23, 326:1, 326:20, 326:25, 353:12, 356:13, 362:21, 372:6, 373:3, 375:18

**COMPANY** [1] - 282:21

**complained** [2] - 383:7, 384:6

**complaining** [1] - 377:16

**complaints** [3] - 334:10, 334:13, 377:14

**completed** [8] - 325:20, 325:23, 344:13, 361:5, 363:13, 366:21, 367:19, 367:25

**completely** [2] - 309:11, 330:7

**complicated** [2] - 310:1, 310:9

**computer** [1] - 364:4

**COMPUTER** [1] - 283:12

**concerns** [2] - 383:16, 384:15

**conclude** [1] - 309:22

**concluded** [2] - 301:13, 311:8

**conclusion** [2] - 326:6, 326:15

**conditions** [5] - 338:5, 340:22, 341:2, 345:1, 351:6

**conduct** [6] - 296:8, 296:11, 296:15, 296:20, 298:1, 299:2

**conducting** [1] - 289:6

**conference** [6] - 300:17, 301:13, 307:3, 311:8, 385:24, 386:16

**confused** [2] - 321:24, 367:23

**confusion** [1] - 309:9

**connect** [1] - 309:14

**Connecticut** [1] - 358:10

**connection** [4] - 290:12, 291:2, 301:18, 371:23

**consider** [1] - 385:10

**considered** [3] - 319:19, 322:13, 365:11

**consistent** [1] - 378:21

**Constellation** [1] - 356:15

**construction** [5] - 372:9, 382:3, 382:8, 383:15, 385:1

**contact** [2] - 324:22, 359:12

**contacted** [4] - 304:7, 315:5, 373:15, 373:18

**contacts** [1] - 291:22

**contain** [1] - 368:4

**contained** [2] - 314:11, 316:2

**container** [1] - 291:16

**containers** [2] - 329:2, 329:6

**contamination** [1] - 368:4

**content** [1] - 300:21

**contents** [1] - 300:10

**CONTINUED** [2] - 282:1, 283:1

**continued** [1] - 368:6

**contract** [1] - 357:8

**contracting** [1] - 372:1

**contractor** [11] - 296:1, 361:10, 362:9, 365:14, 366:2, 366:13, 367:13, 371:22, 372:2, 373:13

**Contractor** [1] - 361:12

**Contractors** [1] - 372:7

**conversation** [2] - 298:15, 308:8

**conversations** [1] - 306:23

**converted** [1] - 360:1

**copied** [4] - 300:8, 300:20, 306:13, 307:5

**copy** [6] - 300:3, 313:14, 317:6, 341:9, 341:13, 351:22

**cords** [1] - 364:18

**correct** [133] - 289:10, 294:12, 295:7, 296:9, 296:10, 296:13, 302:8, 303:24, 304:4, 305:9, 305:11, 306:10, 318:2, 323:11, 323:20, 325:20, 325:21, 325:24, 325:25, 326:17, 326:18, 326:21, 326:23, 327:5, 327:8, 327:9, 327:14, 327:17, 327:20, 327:21, 327:23, 327:24, 328:1, 328:2, 328:4, 328:5, 328:9, 328:13, 328:24, 328:25, 329:16, 329:25, 330:11, 330:17, 330:22, 330:23, 332:9, 332:19, 332:23, 333:4, 333:22, 333:25, 334:4, 334:12, 334:18, 334:22, 335:1, 335:4, 335:7, 335:20, 336:9, 336:12, 336:14, 336:15, 336:18, 338:7, 338:8, 338:12, 338:13, 338:16, 338:18, 339:1, 339:5, 339:6, 339:8, 339:15, 339:18, 340:1, 340:4, 340:7, 340:8, 340:16, 340:17, 340:20, 340:25, 341:4, 341:7, 342:8, 342:11, 342:14, 342:25, 343:4, 343:17, 343:20, 343:23, 344:17, 344:22, 345:3, 345:4, 345:6, 346:4, 346:19, 347:5, 347:6, 347:17, 348:6, 349:15, 350:21, 350:23, 352:10, 352:12, 358:13, 363:15, 370:6, 370:7, 370:9, 370:14, 370:19,

373:1, 375:16, 377:2, 377:5, 377:21, 379:10, 380:4, 382:22, 382:25, 383:10, 384:5, 384:17, 384:22, 385:4, 387:7

**Correct** [1] - 296:12

**corrosion** [2] - 368:4, 368:5

**cost** [2] - 345:18, 346:14

**costing** [1] - 346:20

**cottage** [2] - 367:9, 367:12

**counsel** [3] - 311:18, 320:3, 352:15

**Counsel** [2] - 351:5, 385:22

**countries** [2] - 297:4, 297:9

**country** [4] - 288:8, 288:9, 297:10, 297:11

**couple** [8] - 299:17, 310:2, 327:15, 330:5, 373:15, 373:18, 379:24, 386:5

**course** [15] - 290:10, 294:15, 312:10, 313:2, 313:7, 313:8, 313:15, 337:7, 342:18, 360:19, 360:25, 365:17, 366:15, 366:25, 367:11

**COURT** [73] - 281:1, 283:7, 286:4, 286:7, 286:11, 286:24, 295:12, 295:14, 295:18, 295:20, 300:15, 301:7, 301:11, 302:24, 305:16, 306:3, 306:20, 307:1, 307:23, 308:7, 308:14, 308:17, 309:6, 309:25, 310:15, 310:24, 311:2, 311:6, 311:9, 313:1, 313:22, 314:1, 317:17, 323:24, 325:6, 325:8, 325:12, 333:10, 333:13, 335:23, 336:24, 338:25, 341:23, 342:2, 345:11, 346:24, 349:18,

**HOURLY TRANSCRIPT**

353:15, 354:1, 354:3, 354:7, 354:10, 354:12, 355:8, 361:25, 362:2, 363:2, 364:25, 365:3, 368:11, 369:17, 369:22, 370:22, 370:24, 371:1, 374:18, 378:3, 378:21, 385:14, 385:21, 386:1, 386:9, 386:12

**court** [4] - 310:3, 354:2, 385:25, 386:17

**Court** [7] - 307:13, 386:17, 387:4, 387:5, 387:6, 387:14, 387:15

**courtesy** [5] - 294:25, 295:6, 331:8, 331:9

**courtroom** [5] - 286:9, 330:8, 354:5, 354:9, 386:11

**courtrooms** [1] - 330:12

**courts** [1] - 310:6

**COUSINS** [1] - 282:21

**cover** [1] - 350:25

**coverage** [1] - 351:1

**cracked** [2] - 322:12, 337:22

**cracking** [4] - 298:13, 299:19, 316:13, 353:2

**crane** [1] - 351:14

**credit** [3] - 337:18, 338:7, 341:3

**critical** [1] - 315:2

**Crofton** [1] - 287:20

**cross** [3] - 325:6, 325:8, 369:22

**CROSS** [6] - 284:7, 284:11, 284:14, 325:13, 369:24, 381:4

**CROSS-EXAMINATION** [4] - 284:7, 284:11, 325:13, 369:24

**CRR** [2] - 283:7, 387:13

**crumble** [1] - 380:21

**crumbled** [1] - 380:7

**crumbles** [1] - 380:9

**crush** [1] - 330:5

**cubic** [1] - 346:16

**cultural** [4] - 347:18, 347:20, 347:22,

348:2

**cultures** [1] - 348:15

**customer's** [1] - 294:4

**customers** [1] - 374:13

**customs** [18] - 287:25, 288:2, 289:25, 290:4, 290:19, 291:5, 327:25, 342:10, 342:12, 342:16, 342:20, 343:5, 343:21, 344:6, 344:9, 344:13, 344:18, 346:12

**cut** [8] - 365:16, 377:14, 377:17, 379:6, 383:8, 383:16, 384:21

**cutting** [1] - 383:1

## D

**damage** [5] - 360:11, 360:19, 365:1, 370:5, 373:9

**damaged** [9] - 321:19, 322:11, 322:13, 349:9, 349:10, 350:17, 350:25, 373:2

**damages** [1] - 361:23

**danger** [1] - 356:2

**DANIEL** [1] - 282:7

**darker** [1] - 380:19

**date** [2] - 323:19, 338:22

**dated** [7] - 300:3, 312:21, 323:15, 332:11, 335:19, 338:18, 341:12

**dates** [2] - 300:7, 361:2

**daughter** [3] - 358:20, 358:22, 373:5

**DAVID** [1] - 281:21

**DAVIS** [1] - 281:18

**dawn** [1] - 356:17

**DAY** [1] - 281:11

**days** [4] - 328:16, 328:17, 356:19, 379:5

**DC** [1] - 357:6

**deal** [9] - 308:17, 311:11, 312:2, 324:19, 324:20, 324:22, 324:23, 324:25, 347:20

**dealing** [8] - 291:15,

306:14, 310:1, 310:2, 311:16, 323:9, 337:8, 351:3

**dealings** [2] - 359:19, 359:20

**dealt** [5] - 323:5, 376:9, 376:10, 376:11, 376:13

**deceased** [1] - 358:13

**December** [19] - 292:24, 293:2, 293:3, 299:23, 300:3, 314:25, 315:5, 315:8, 315:14, 315:20, 332:25, 335:12, 335:19, 336:4, 338:9, 338:18, 339:5, 342:6, 367:6

**decide** [3] - 311:13, 311:14, 357:18

**decided** [5] - 319:18, 356:22, 358:11, 379:5, 379:23

**decision** [2] - 294:6, 342:21

**defects** [1] - 334:2

**defendant** [3] - 295:24, 317:19

**definitely** [2] - 316:3, 380:17

**delete** [1] - 320:6

**delivered** [6] - 290:2, 321:22, 329:3, 377:6, 381:15, 382:15

**demolished** [1] - 379:18

**demolition** [6] - 373:4, 373:6, 373:7, 373:12, 379:21, 380:2

**deny** [1] - 300:6

**department** [1] - 358:9

**depose** [1] - 307:18

**deposed** [1] - 307:16

**deposition** [2] - 377:23, 378:12

**depositions** [2] - 386:2, 386:5

**DEPUTY** [8] - 286:10, 286:25, 287:8, 354:6, 354:15, 354:23, 371:3, 371:11

**describe** [5] - 290:14, 359:10, 360:11, 373:3, 378:14

**described** [1] - 299:19

**DESCRIPTION** [1] -

284:21

**design** [1] - 358:24

**desktop** [1] - 364:4

**despite** [1] - 323:7

**destroyed** [1] - 318:13

**detect** [1] - 364:7

**detected** [1] - 339:25

**dialogue** [1] - 292:24

**died** [2] - 358:16, 363:19

**difference** [1] - 306:17

**differences** [4] - 347:18, 347:20, 347:22, 348:2

**different** [10] - 291:25, 292:3, 309:11, 334:20, 370:12, 380:6, 380:15, 380:17, 380:18, 384:7

**differently** [2] - 347:25, 383:8

**difficult** [4] - 324:20, 324:22, 324:23, 324:25

**diligence** [1] - 308:4

**dimensional** [3] - 298:13, 316:13, 353:2

**dinner** [1] - 348:11

**DIRECT** [6] - 284:6, 284:10, 284:13, 287:12, 355:2, 371:15

**direct** [1] - 300:8

**directly** [1] - 356:16

**director** [2] - 356:9

**discharge** [2] - 342:12, 345:22

**discharged** [1] - 352:14

**discussed** [3] - 319:17, 353:2, 366:2

**discussing** [2] - 299:10, 313:12

**discussion** [3] - 332:3, 334:2, 376:16

**discussions** [2] - 299:7, 299:14

**display** [1] - 313:24

**disposed** [1] - 366:16

**disregard** [2] - 364:23, 365:4

**distracted** [1] - 337:12

**distressing** [1] - 364:19

**District** [3] - 387:6, 387:15

**DISTRICT** [3] - 281:1, 281:2, 281:13

**dock** [7] - 290:3, 321:7, 321:12, 335:2, 340:10, 345:22, 346:2

**DOCKET** [1] - 281:7

**docks** [1] - 288:17

**document** [9] - 286:19, 308:13, 314:7, 316:2, 324:12, 332:16, 341:6, 344:24, 350:3

**DOCUMENT** [1] - 281:9

**documentation** [10] - 288:7, 288:8, 290:3, 292:12, 315:13, 320:8, 324:24, 324:25, 326:14, 342:20

**documents** [4] - 307:13, 312:18, 315:16, 320:7

**dollars** [1] - 346:12

**domestic** [3] - 374:9, 376:4, 376:17

**done** [21] - 289:9, 290:17, 291:14, 291:17, 294:2, 313:2, 317:21, 333:4, 347:12, 347:13, 347:15, 348:21, 360:12, 361:17, 366:11, 368:16, 372:17, 372:19, 372:24, 373:12, 374:6

**Dong** [1] - 309:11

**Dongxin** [1] - 326:20, 352:18, 352:21, 353:11

**door** [4] - 288:13, 357:24, 358:1

**double** [1] - 360:2

**down** [6] - 291:12, 346:15, 351:8, 356:17, 358:12, 360:18

**drafting** [1] - 359:11

**drop** [1] - 357:13

**dropped** [1] - 357:24

**dry** [1] - 380:11

**DRYWALL** [1] - 281:5

**drywall** [147] - 289:7, 289:15, 290:6, 290:12, 291:3, 291:15, 291:25, 292:15, 292:16, 292:17, 293:5, 293:8, 298:5, 298:8, 299:3, 299:8,

299:20, 301:19, 302:7, 303:10, 303:21, 303:22, 303:25, 304:3, 305:8, 316:7, 316:9, 318:5, 321:6, 321:10, 321:11, 321:25, 327:12, 328:3, 329:19, 329:22, 331:18, 331:22, 334:3, 334:6, 334:10, 334:14, 334:17, 334:20, 334:23, 335:2, 335:5, 336:7, 338:6, 340:3, 340:16, 340:24, 341:24, 342:7, 343:13, 343:15, 344:14, 344:19, 344:20, 345:5, 345:15, 345:16, 345:19, 346:8, 346:14, 346:20, 349:4, 349:5, 349:6, 351:13, 362:3, 362:8, 362:13, 362:15, 362:21, 363:4, 363:6, 363:10, 365:8, 365:25, 367:14, 367:16, 367:24, 368:3, 368:24, 373:8, 373:13, 373:21, 373:25, 374:2, 374:4, 374:9, 374:11, 374:12, 374:25, 375:10, 375:22, 375:24, 376:2, 376:5, 376:7, 376:17, 376:20, 376:23, 376:25, 377:6, 377:10, 377:13, 377:15, 377:19, 378:1, 378:12, 378:14, 378:24, 379:1, 379:4, 379:6, 379:9, 379:12, 379:14, 379:15, 379:17, 379:18, 379:22, 380:3, 380:5, 380:11, 380:14, 380:15, 380:20, 380:23, 381:9, 381:23, 382:9, 382:10, 382:13, 382:14, 382:17, 383:5, 383:20, 384:13, 384:15, 384:18, 384:21,

385:12, 385:18
**drywall's** [1] - 382:15
**due** [1] - 308:4
**duly** [3] - 287:6, 354:21, 371:9
**DUPLANTIER** [3] - 282:16, 286:23, 351:21
**duration** [1] - 355:25
**during** [11] - 289:7, 293:7, 295:10, 296:8, 355:17, 355:18, 361:10, 366:15, 366:25, 382:21, 383:1
**dwindled** [1] - 318:10

# E

**e-mail** [45] - 299:24, 300:3, 300:11, 300:23, 300:25, 307:4, 307:8, 307:11, 307:14, 308:8, 308:18, 308:25, 312:20, 312:25, 313:5, 313:6, 313:11, 313:14, 313:19, 313:25, 317:3, 317:11, 317:13, 317:25, 319:16, 319:22, 323:13, 323:14, 323:19, 332:11, 332:13, 332:18, 333:20, 335:15, 335:16, 335:17, 337:7, 338:10, 338:17, 339:7, 339:17, 339:23, 341:7, 341:14
**e-mails** [9] - 306:22, 307:13, 310:1, 310:2, 310:3, 320:3, 336:22, 336:24, 337:4
**early** [6] - 292:24, 293:1, 293:2, 312:10, 326:4, 386:3
**easily** [1] - 380:21
**east** [1] - 357:11
**East** [1] - 357:23
**EASTERN** [1] - 281:2
**Eastern** [1] - 387:6
**effort** [1] - 356:1
**efforts** [2] - 304:11, 304:13
**eight** [1] - 355:12

**EISELEN** [6] - 282:17, 368:7, 369:4, 369:23, 369:25, 370:21
**EISELEN.................. .** [1] - 284:11
**either** [2] - 325:23, 340:9
**ELDON** [1] - 281:12
**electrical** [3] - 368:6, 370:14, 370:18
**electrician** [1] - 368:2
**electronically** [2] - 342:20, 342:21
**employ** [1] - 296:1
**employed** [2] - 372:4, 372:5
**employee** [3] - 296:14, 300:1, 376:8
**employment** [2] - 356:8, 359:4
**end** [2] - 361:19, 367:21
**ended** [1] - 319:7
**ending** [1] - 293:3
**ENERGY** [1] - 281:22
**engaged** [1] - 303:21
**England** [2] - 355:14, 355:15
**enter** [1] - 368:9
**enterprise** [1] - 356:12
**enters** [2] - 286:8, 354:9
**entire** [2] - 303:18, 303:20
**entities** [2] - 303:7, 327:15
**entitled** [1] - 387:9
**entry** [1] - 346:12
**equipment** [1] - 363:20
**ESQUIRE** [12] - 281:18, 281:18, 281:22, 282:3, 282:4, 282:7, 282:11, 282:16, 282:16, 282:17, 282:21, 283:4
**etcetera** [1] - 291:10
**evacuate** [1] - 360:4
**evacuated** [3] - 355:16, 355:24, 360:5
**evaluation** [1] - 359:16
**events** [1] - 291:15
**eventually** [4] - 328:11, 337:25, 357:19, 362:21
**Evidence** [1] - 295:24

**evidence** [18] - 286:19, 286:22, 301:10, 307:24, 308:16, 309:17, 311:15, 323:14, 323:21, 324:2, 333:17, 336:1, 345:10, 349:16, 362:24, 369:15, 369:19, 378:19
**evident** [1] - 366:25
**evidentiary** [1] - 311:11
**exact** [1] - 361:2
**exactly** [17] - 289:5, 326:10, 327:10, 329:21, 330:1, 333:5, 333:7, 333:9, 334:15, 335:18, 344:12, 348:14, 360:15, 360:21, 360:24, 367:15, 379:16
**examination** [1] - 344:13
**EXAMINATION** [42] - 284:6, 284:7, 284:8, 284:10, 284:11, 284:13, 284:14, 284:15, 287:12, 296:4, 301:14, 303:2, 305:19, 306:6, 311:19, 313:3, 317:22, 320:21, 324:3, 325:13, 333:18, 336:2, 337:13, 339:3, 342:4, 345:12, 347:1, 349:20, 352:1, 353:17, 355:2, 355:9, 365:5, 368:13, 369:5, 369:24, 371:15, 374:22, 375:7, 378:5, 381:4, 385:7
**examine** [3] - 342:12, 343:9, 375:13
**examined** [5] - 287:7, 343:2, 343:7, 354:22, 371:10
**excellent** [1] - 361:17
**except** [2] - 318:21, 359:11
**exception** [1] - 310:5
**exceptions** [3] - 337:20, 338:1, 338:2
**exchanged** [1] - 337:25
**excluded** [5] - 317:12,

317:18, 319:25, 320:2, 320:5
**excuse** [3] - 303:5, 315:1, 359:15
**excused** [3] - 354:1, 370:24, 385:21
**executive** [1] - 356:13
**exemption** [1] - 313:23
**Exhibit** [30] - 286:21, 300:13, 312:23, 313:21, 317:10, 319:24, 323:23, 324:1, 332:12, 333:12, 333:16, 335:13, 335:22, 335:25, 338:17, 338:24, 341:5, 341:22, 344:23, 345:10, 349:13, 349:17, 351:12, 362:19, 369:11, 369:18, 374:20, 375:4, 375:9, 378:8
**EXHIBIT** [21] - 284:23, 284:24, 284:25, 285:1, 285:2, 285:3, 285:4, 285:5, 285:6, 285:7, 285:8, 285:9, 285:10, 285:11, 285:12, 285:13, 285:14, 285:15, 285:16, 285:17, 285:18
**exhibit** [11] - 300:18, 320:2, 323:22, 335:13, 351:15, 362:25, 374:17, 377:22, 378:11, 378:20, 378:21
**exhibits** [1] - 320:4
**exist** [1] - 347:19
**existing** [1] - 356:10
**expense** [2] - 294:11, 294:13
**expensive** [4] - 346:15, 346:16, 346:17, 346:18
**experience** [9] - 363:20, 370:8, 370:13, 380:2, 380:24, 382:3, 382:7, 383:14, 385:9
**explain** [3] - 288:4, 323:11, 347:24
**explained** [1] - 349:8
**export** [1] - 349:6
**exported** [1] - 322:16
**exporter** [1] - 288:12
**extent** [1] - 373:13

**HOURLY TRANSCRIPT**

**Exterior** [66] - 289:10, 290:9, 290:12, 290:16, 291:3, 291:8, 291:13, 291:17, 291:24, 292:6, 293:21, 294:13, 294:14, 295:9, 296:7, 296:19, 297:25, 298:4, 299:1, 299:9, 302:4, 302:6, 302:11, 303:8, 303:11, 303:20, 304:2, 304:11, 305:6, 305:7, 310:19, 312:1, 312:5, 315:3, 316:6, 316:17, 316:20, 317:25, 318:4, 318:5, 319:1, 319:8, 319:17, 320:6, 320:17, 323:1, 323:4, 323:7, 324:15, 325:2, 327:12, 334:16, 335:9, 345:2, 346:20, 347:4, 348:16, 352:22, 359:20, 362:20, 363:10, 376:9, 378:24, 380:23, 384:19, 384:23
**EXTERIOR** [1] - 282:14
**exterior** [2] - 372:20, 378:16
**Exterior's** [3] - 328:3, 328:11, 331:2
**extremely** [2] - 317:20, 324:22

## F

**faceup** [1] - 314:2
**facilitation** [1] - 290:3
**facilities** [3] - 311:22, 311:25, 328:4
**facility** [9] - 293:10, 296:16, 331:7, 331:9, 331:15, 331:25, 333:6, 334:17, 334:24
**fact** [8] - 317:24, 319:17, 323:7, 326:12, 330:21, 340:18, 378:25, 383:15
**factory** [22] - 289:7, 296:8, 296:11, 297:15, 297:18,

298:1, 303:10, 304:2, 305:23, 307:7, 309:10, 314:7, 314:23, 315:15, 315:25, 319:4, 326:3, 326:12, 350:16, 352:16, 352:21, 353:22
**facts** [1] - 311:13
**failed** [6] - 337:4, 363:24, 364:2, 364:3
**failures** [1] - 364:4
**fair** [3] - 327:18, 378:4, 385:11
**FALLON** [1] - 281:12
**familiar** [3] - 290:23, 323:2, 352:18
**family** [2] - 360:2, 367:10
**far** [3] - 314:11, 323:6, 370:20
**fast** [1] - 324:11
**fax** [1] - 299:25
**February** [2] - 323:15, 324:10
**Federal** [2] - 288:5, 295:23
**feed** [1] - 359:14
**feet** [7] - 329:15, 329:18, 329:19, 360:20, 373:10
**felt** [2] - 294:1, 356:21
**few** [6] - 288:25, 312:15, 346:25, 356:19, 379:5, 381:8
**fifteen** [1] - 346:12
**file** [4] - 333:11, 335:21, 338:24, 341:22
**filed** [1] - 362:25
**files** [1] - 294:22
**fill** [3] - 330:7, 330:8, 330:12
**final** [1] - 352:15
**finally** [1] - 322:25
**financial** [1] - 359:11
**finished** [3] - 298:16, 349:7, 349:8
**firm** [1] - 361:15
**FIRM** [1] - 282:10
**first** [35] - 287:6, 288:4, 288:5, 288:6, 290:15, 292:25, 293:1, 307:12, 310:20, 310:21, 312:9, 314:6, 323:18, 325:17, 325:19, 328:15, 330:24, 336:7,

345:5, 345:7, 345:8, 345:15, 345:16, 352:16, 354:21, 356:6, 357:3, 359:22, 365:7, 371:9, 378:23, 379:23, 379:24, 380:1
**firsthand** [1] - 305:15, 306:23
**firstly** [1] - 366:3
**fit** [2] - 322:14, 341:2
**five** [6] - 289:18, 330:3, 330:4, 330:8, 356:3, 356:5
**flew** [1] - 348:9
**flight** [1] - 356:15
**flood** [1] - 373:9
**floodwater** [1] - 360:14
**floor** [2] - 378:9, 378:17
**fly** [1] - 356:15
**focus** [1] - 324:5
**focusing** [1] - 364:25
**folks** [1] - 348:9
**follow** [1] - 310:11
**following** [1] - 364:7
**follows** [3] - 287:7, 354:22, 371:10
**food** [1] - 322:19
**foot** [1] - 360:14
**FOR** [3] - 281:17, 282:14, 282:20
**foregoing** [1] - 387:7
**foreign** [1] - 288:9
**forklifts** [1] - 329:5
**form** [1] - 385:13
**formally** [2] - 367:5, 370:10
**former** [1] - 359:23
**forth** [2] - 313:2, 357:6
**fortune** [1] - 367:3
**forward** [1] - 286:24
**forwarded** [3] - 313:13, 353:7, 353:8
**forwarder** [5] - 287:25, 288:2, 288:4, 291:4, 302:14
**forwarders** [1] - 288:11
**forwarding** [2] - 293:24, 327:7
**foundation** [1] - 353:13
**four** [17] - 289:2, 292:19, 293:2, 298:13, 307:21, 315:11, 315:22, 321:20, 330:3,

330:4, 340:6, 340:13, 346:14, 346:20, 355:25, 357:1, 383:23
**four-month** [1] - 315:22
**fourth** [1] - 299:16
**fragile** [1] - 322:11
**Francisco** [1] - 356:19
**free** [5] - 337:20, 338:1, 366:20, 368:24
**freed** [1] - 367:9
**Freight** [27] - 290:23, 291:2, 291:4, 291:6, 291:8, 291:9, 291:13, 291:14, 294:3, 296:15, 296:20, 299:22, 300:2, 301:18, 302:5, 302:17, 302:19, 304:1, 304:5, 304:8, 304:14, 305:6, 311:25, 312:4, 315:19, 317:4, 352:22
**freight** [13] - 287:25, 288:2, 288:4, 291:4, 293:24, 302:14, 313:9, 327:6, 328:23, 345:7, 345:15, 345:16, 345:21
**Freight's** [3] - 291:20, 304:11, 311:21
**freighter** [1] - 340:22
**fresh** [1] - 342:7
**friend** [1] - 372:16
**front** [7] - 300:6, 301:1, 309:4, 341:9, 369:3, 369:12, 369:13
**funny** [1] - 334:19
**furniture** [4] - 366:19, 366:22, 373:5, 379:25

## G

**G&G** [1] - 361:12
**G-A-R-C-I-A** [1] - 371:14
**GAINSBURGH** [1] - 281:21
**Gainsburgh** [1] - 366:5
**GALLOWAY** [1] - 282:15

**Garcia** [16] - 361:12, 361:13, 362:10, 362:12, 365:13, 367:13, 371:2, 371:13, 371:17, 371:21, 374:24, 375:9, 378:23, 381:6, 385:5, 385:9
**GARCIA** [1] - 371:8
**Garcia's** [1] - 362:21
**GARCIA.................. ...............** [1] - 284:12
**gasses** [1] - 382:10
**Geary** [25] - 304:10, 306:14, 312:21, 312:25, 313:5, 313:13, 313:14, 313:20, 314:3, 315:3, 316:6, 323:15, 323:19, 324:10, 332:18, 332:21, 332:24, 338:18, 338:19, 338:20, 339:1, 339:5, 339:10, 339:23, 341:12
**Geary's** [1] - 324:15
**Gearys** [1] - 353:23
**general** [9] - 293:14, 293:17, 293:18, 299:22, 299:25, 331:10, 331:11, 331:23, 332:2
**General** [1] - 358:10
**generally** [4] - 298:21, 310:6, 373:3, 378:14
**gentleman** [1] - 295:25
**gentlemen** [1] - 286:12
**GEORGE** [1] - 282:4
**GERALD** [1] - 281:22
**given** [4] - 317:18, 342:21, 349:22
**glove** [2] - 357:24, 358:1
**God** [3] - 287:3, 354:18, 371:6
**grandmother** [1] - 367:8
**grandmother's** [1] - 367:7
**GRAU** [46] - 282:16, 295:13, 300:14, 300:18, 300:25, 305:14, 305:24, 306:19, 306:21, 307:12, 308:13, 308:24, 309:3, 309:8, 309:16,

309:20, 312:24, 317:11, 317:15, 320:2, 325:7, 325:10, 325:14, 333:11, 333:15, 333:19, 335:21, 335:24, 336:3, 337:14, 338:23, 339:4, 341:21, 341:24, 342:3, 342:5, 345:9, 345:13, 346:23, 351:15, 351:18, 353:13, 375:2, 375:5, 381:5, 385:5

GRAU...................... [2] - 284:7, 284:14

**gray** [1] - 380:19

**great** [4] - 309:23, 356:1, 367:3, 375:5

**green** [2] - 323:16, 356:22

**grounds** [1] - 301:3

**groundwork** [1] - 317:14

**group** [2] - 291:6, 325:3

**guess** [3] - 310:25, 322:17, 360:5

**guesthouse** [1] - 367:4

**guy** [2] - 307:5, 307:7

**guys** [2] - 373:15, 373:18

**gypsum** [3] - 289:19, 318:10, 318:12

## H

**half** [5] - 328:18, 359:7, 361:7, 375:14, 377:16

**half-inch** [1] - 375:14

**hall** [1] - 357:25

**hand** [4] - 287:1, 354:16, 356:23, 371:4

**handle** [5] - 288:19, 318:19, 326:22, 348:24, 384:4

**handled** [8] - 289:19, 290:3, 290:18, 290:22, 294:5, 318:21, 335:11, 347:19

**handling** [1] - 328:6

**hands** [2] - 315:1, 380:9

**Hang** [1] - 383:11

**hangers** [4] - 383:7, 384:6, 384:9, 384:12

**hanging** [2] - 382:23, 383:2

**happy** [1] - 357:17

**hard** [7] - 347:24, 360:15, 380:11, 380:16, 383:8, 383:15, 384:21

**hatch** [1] - 340:11

**head** [3] - 302:22, 302:24, 367:11

**hear** [2] - 292:10, 364:16

**HEARD** [1] - 281:12

**heard** [4] - 292:4, 322:25, 382:9, 385:2

**hearing** [1] - 309:6

**hearsay** [10] - 301:6, 305:14, 306:21, 307:21, 310:4, 310:6, 336:21, 336:23, 336:25

**heart** [1] - 308:6

**heavy** [1] - 384:18

**held** [5] - 300:17, 307:3, 342:24, 385:24, 386:16

**help** [4] - 287:3, 304:20, 354:18, 371:6

**helped** [1] - 373:5

**hereby** [1] - 387:6

**HERMAN** [3] - 281:17, 281:18

**high** [3] - 330:2, 330:3, 330:9

**highlighted** [2] - 377:18, 378:11

**hire** [2] - 361:11, 379:8

**hired** [1] - 361:12

**history** [5] - 289:12, 289:14, 323:1, 323:2, 323:7

**hoarseness** [1] - 364:16

**hold** [10] - 329:8, 329:25, 330:6, 330:7, 338:15, 340:21, 342:10, 342:22, 351:7, 352:8, 352:11, 371:24, 371:25

**holding** [1] - 350:24

**holds** [1] - 352:6

**home** [34] - 360:22, 361:6, 361:8, 362:3, 362:6, 362:22, 363:11, 363:21,

364:7, 364:9, 365:8, 365:13, 366:8, 366:22, 367:5, 367:7, 367:17, 368:21, 368:22, 369:9, 369:12, 370:5, 370:17, 372:24, 373:14, 374:25, 375:11, 377:7, 377:19, 378:9, 378:15, 378:25

**homeowners** [1] - 374:13

**homes** [1] - 348:11

**Honor** [51] - 286:16, 286:18, 295:13, 295:16, 300:14, 300:19, 300:20, 301:4, 301:10, 305:14, 305:24, 306:19, 306:25, 309:3, 309:5, 309:9, 309:17, 309:18, 311:1, 312:23, 312:24, 313:18, 320:2, 320:4, 323:17, 325:7, 335:22, 338:23, 341:21, 341:25, 342:3, 345:10, 346:25, 349:17, 351:15, 353:13, 361:22, 362:24, 364:21, 365:2, 368:7, 369:1, 369:16, 369:23, 370:23, 370:25, 375:2, 377:24, 378:19, 385:6, 385:13

**HONORABLE** [1] - 281:12

**hope** [1] - 309:24

**hoped** [1] - 355:21

**hotel** [1] - 366:7

**house** [36] - 359:22, 359:25, 360:15, 360:16, 360:18, 360:19, 363:16, 364:10, 364:14, 366:18, 367:24, 368:15, 368:18, 368:19, 368:20, 368:23, 369:3, 369:13, 370:10, 370:11, 370:12, 372:23, 373:2, 373:11, 378:18, 379:4, 379:5,

379:14, 379:15, 379:19, 381:9, 382:20, 383:3, 383:17, 383:24, 385:3

**houses** [1] - 382:11

**HOUSTON** [1] - 282:22

**huge** [1] - 365:18

**humid** [2] - 340:22, 351:6

**hundred** [1] - 346:12

**Hurricane** [3] - 360:3, 360:13, 360:23

**husband** [9] - 357:20, 357:22, 358:3, 358:13, 359:23, 360:4, 361:16, 361:19, 363:16

**HVAC** [1] - 364:1

## I

**Iceland** [1] - 356:16

**idea** [4] - 307:19, 315:24, 366:19, 366:22

**identified** [3] - 286:20, 327:15, 362:18

**identifies** [1] - 320:4

**identify** [2] - 335:14, 344:24

**identifying** [1] - 315:4

**Idlewild** [2] - 357:10, 357:12

**II** [2] - 355:18, 355:21

**illustrate** [1] - 349:12

**image** [1] - 350:13

**immediately** [3] - 365:12, 365:14, 366:2

**import** [1] - 297:10

**important** [1] - 336:22

**imported** [5] - 289:15, 290:6, 291:16, 321:11, 376:18

**importer** [2] - 288:12, 295:2

**importing** [1] - 292:15

**impose** [2] - 311:10, 311:16

**IN** [1] - 281:5

**in-laws** [1] - 367:4

**inasmuch** [2] - 357:9, 360:16

**inaudible]** [2] - 310:22, 310:23

**inaugural** [1] - 356:15

**inch** [1] - 375:14

**inches** [2] - 360:14, 360:20

**include** [2] - 345:23, 346:5

**included** [4] - 301:2, 345:20, 345:21

**including** [1] - 317:6

**inclusive** [1] - 309:7

**indeed** [3] - 357:21, 362:5, 362:23

**independent** [1] - 296:1

**Indiana** [1] - 323:8

**indicate** [2] - 333:20, 337:4

**indicated** [1] - 316:6

**individual** [2] - 329:3, 376:16

**individually** [2] - 322:21, 329:4

**industry** [7] - 306:9, 306:12, 312:6, 381:25, 382:8, 383:15, 385:1

**INEX** [8] - 285:4, 304:2, 318:4, 332:12, 374:3, 374:4, 374:11, 374:13

**inflamed** [1] - 364:18

**information** [25] - 299:6, 305:22, 306:13, 306:21, 307:6, 307:8, 307:17, 307:20, 308:5, 308:22, 310:16, 310:17, 311:10, 311:24, 312:1, 312:2, 313:12, 315:6, 315:12, 315:20, 315:25, 316:5, 325:18, 326:8, 353:22

**informs** [1] - 326:12

**initial** [3] - 361:1, 373:4, 373:6

**inside** [4] - 322:2, 329:11, 350:19, 352:5

**insisted** [1] - 357:23

**inspect** [4] - 290:5, 297:9, 375:23, 381:17

**inspected** [1] - 368:23

**inspection** [10] - 295:10, 296:15, 298:1, 361:8, 319:9, 319:10, 320:7, 330:19, 342:17,

343:1
**inspections** [5] -
297:5, 297:7, 297:8,
319:20, 368:5
**inspector** [1] - 297:9
**inspectors** [2] -
297:13, 297:14
**installation** [2] -
377:7, 377:12
**installed** [18] - 362:4,
363:4, 363:7,
363:11, 365:8,
373:13, 373:22,
373:25, 377:9,
377:20, 378:2,
378:12, 379:14,
380:20, 382:14,
382:18, 383:23,
384:1
**installers** [2] - 382:23
**instance** [1] - 337:21
**instead** [1] - 352:23
**instruct** [1] - 365:3
**instructions** [1] -
362:12
**Insulation** [1] - 323:2
**INSURANCE** [1] -
282:21
**Insurance** [1] - 358:8
**intention** [1] - 359:6
**interest** [5] - 316:18,
316:19, 331:2,
331:3, 347:10
**interested** [1] - 312:8
**Interior** [69] - 289:10,
290:9, 290:12,
290:16, 291:3,
291:8, 291:13,
291:17, 291:24,
292:6, 293:21,
294:13, 294:14,
295:9, 296:7,
296:19, 297:25,
298:4, 299:1, 299:9,
302:4, 302:6,
302:11, 303:8,
303:11, 303:20,
304:2, 304:11,
305:6, 305:7,
310:19, 312:1,
312:5, 315:3, 316:6,
316:17, 316:20,
317:25, 318:4,
318:5, 319:1, 319:8,
319:17, 320:6,
320:17, 323:1,
323:4, 323:7,
324:15, 325:2,
327:12, 328:3,
328:11, 331:2,

334:16, 335:9,
345:2, 346:20,
347:4, 348:16,
352:22, 359:20,
362:20, 363:10,
376:9, 378:24,
380:23, 384:19,
384:23
**INTERIOR** [1] - 282:14
**interior** [3] - 372:20,
372:22, 378:16
**international** [1] -
287:25
**introduce** [6] - 291:8,
333:11, 335:21,
338:24, 341:22,
345:9
**introduced** [2] -
291:9, 291:12
**investigation** [3] -
305:12, 305:21,
311:21
**invited** [1] - 356:14,
367:11
**invoice** [15] - 344:25,
345:1, 345:2,
362:20, 374:16,
374:17, 374:24,
375:2, 375:3,
375:10, 375:23,
376:25, 377:4,
385:10, 385:16
**invoices** [1] - 359:12
**involve** [1] - 359:16
**involved** [13] - 290:11,
290:14, 292:4,
292:18, 293:7,
298:14, 313:10,
318:22, 321:7,
325:22, 327:16,
327:18, 328:8
**involvement** [10] -
292:5, 292:14,
292:23, 299:18,
299:21, 302:21,
303:9, 320:23,
320:24, 321:5
**involves** [1] - 311:15
**involving** [1] - 382:8
**IRONS** [1] - 282:21
**IRPINO** [2] - 282:10,
282:11
**issue** [11] - 295:19,
301:7, 309:12,
309:25, 310:5,
311:2, 336:25,
337:3, 337:9, 384:18
**issued** [1] - 297:9
**issues** [6] - 311:15,
334:13, 336:24,

361:23, 365:1, 382:8
**Item** [1] - 332:24
**itself** [2] - 335:6,
343:13

## J

**J.W** [27] - 287:22,
288:24, 293:9,
293:24, 294:2,
295:1, 296:19,
302:14, 318:20,
320:23, 327:11,
330:18, 330:21,
335:8, 340:2, 340:5,
341:1, 341:18,
343:6, 344:15,
344:25, 345:2,
346:5, 346:7, 347:9,
351:7
**January** [8] - 292:25,
293:1, 314:25,
315:5, 315:9,
315:20, 318:15,
341:12
**Jefferson** [2] - 372:1,
373:18
**Jennifer** [1] - 358:22
**Jerry** [3] - 341:10,
341:18, 351:21
**JFK** [1] - 357:10
**Jim** [5] - 338:19,
338:20, 339:1,
339:5, 339:17
**job** [11] - 311:9,
311:12, 311:13,
311:14, 356:6,
356:23, 357:3,
357:9, 357:18,
358:12, 359:9
**JOHNSON** [1] -
282:15
**join** [1] - 356:12
**journey** [2] - 328:14,
336:10
**Jr** [1] - 287:11
**JR** [2] - 282:16, 287:5
**JR.............................**
**.... [1] - 284:5
**JUDGE** [1] - 281:13
**Judge** [3] - 308:21,
317:13, 323:21
**judge** [8] - 307:4,
308:2, 310:14,
311:12, 311:13,
311:14, 364:22,
386:13
**July** [5] - 358:16,
363:19, 364:3, 365:9

**June** [3] - 361:6,
363:14, 363:19
**Junior** [1] - 287:11
**jury** [15] - 286:8,
290:14, 309:4,
309:23, 333:14,
345:14, 349:12,
350:12, 354:4,
354:9, 360:11,
363:23, 364:23,
386:8, 386:10
**JURY** [1] - 281:12
**Jury** [5] - 286:13,
295:20, 311:9,
365:3, 386:1

## K

**K-N-A-U-F** [1] - 292:9
**Katrina** [18] - 318:9,
359:5, 359:7, 360:3,
360:13, 360:23,
361:10, 361:20,
362:3, 363:9, 364:7,
370:5, 370:17,
372:22, 373:2,
374:11, 374:12
**KATZ** [1] - 281:17
**keep** [5] - 311:12,
311:16, 313:15,
316:14, 353:3
**keeping** [1] - 313:14
**keeps** [2] - 316:12,
320:3
**Kenner** [1] - 287:20
**Kenton** [1] - 355:14
**kept** [4] - 336:21,
337:7, 352:4, 352:13
**KEVIN** [1] - 282:21
**kind** [4] - 288:14,
293:4, 329:11,
359:20
**King** [4] - 289:11,
290:1, 290:8, 290:18
**Knauf** [56] - 292:7,
292:8, 292:9,
292:11, 292:13,
292:17, 293:5,
293:9, 293:13,
293:14, 293:19,
296:22, 298:2,
298:5, 298:21,
299:3, 299:11,
299:19, 302:1,
302:2, 302:7, 302:8,
302:9, 302:12,
302:13, 303:21,
305:8, 311:22,
315:2, 318:21,

321:11, 323:1,
323:2, 323:4, 323:8,
324:15, 324:21,
331:7, 331:9,
331:10, 333:6,
333:21, 334:3,
334:5, 334:9, 336:7,
340:2, 342:7,
344:14, 345:5,
345:15, 346:14,
349:1, 349:14,
349:25, 350:13
**knocked** [2] - 357:24,
357:25
**knowledge** [15] -
291:17, 296:7,
296:14, 296:18,
297:25, 298:4,
299:1, 302:20,
303:8, 305:15,
306:24, 323:6,
327:4, 327:6, 348:16
**known** [1] - 372:12
**knows** [1] - 307:16
**KPT** [17] - 292:8,
292:10, 294:10,
296:8, 296:16,
296:20, 298:2,
298:5, 299:19,
301:19, 302:7,
302:11, 303:9,
321:7, 321:24,
323:4, 323:9
**kraft** [1] - 350:10

## L

**LA** [6] - 281:19,
281:23, 282:12,
282:18, 283:5, 283:9
**labeled** [1] - 375:22
**ladies** [1] - 286:11
**lading** [4] - 337:18,
337:19, 337:25,
338:2
**lady** [1] - 310:17
**language** [1] - 324:7
**laptop** [1] - 364:5
**last** [5] - 292:25,
294:21, 309:8,
340:11, 349:5
**late** [3] - 290:11,
317:20, 360:3
**laughingly** [1] - 357:4
**law** [2] - 311:14
**LAW** [1] - 282:10
**laws** [1] - 367:4
**lay** [1] - 317:14
**Leading** [1] - 295:13

**leading** [3] - 295:21, 295:25, 296:3
**learn** [3] - 333:3, 347:23, 378:23
**learned** [2] - 308:21, 308:22
**least** [3] - 296:1, 346:1, 374:7
**leave** [4] - 288:8, 336:5, 355:15, 357:15
**leaves** [4] - 354:4, 357:16, 386:8, 386:10
**leaving** [1] - 332:25
**legal** [2] - 365:9, 366:4
**lengthy** [1] - 325:10
**LEONARD** [1] - 281:18
**less** [1] - 328:21
**letter** [4] - 337:18, 338:7, 341:3, 379:3
**letters** [1] - 365:18
**level** [1] - 360:19
**Li** [20] - 299:23, 299:24, 300:4, 301:17, 306:22, 307:15, 307:16, 307:18, 308:3, 309:10, 311:24, 317:7, 319:6, 319:16, 319:23, 325:18, 326:2, 326:11, 326:19, 327:3
**LIABILITY** [1] - 281:6
**Liberty** [11] - 355:7, 355:11, 358:25, 359:22, 360:12, 363:3, 369:12, 369:13, 372:25, 375:1
**license** [3] - 307:7, 372:1
**licensed** [3] - 288:5, 344:6, 344:9
**licenses** [1] - 371:23
**licensing** [1] - 305:13
**Life** [1] - 358:8
**light** [1] - 323:16
**Limited** [2] - 326:21, 327:1
**limiting** [1] - 347:14
**limo** [1] - 357:12
**Limousine** [1] - 357:12
**line** [2] - 291:12, 303:12
**liners** [1] - 328:23
**lines** [1] - 288:16

**list** [1] - 312:24
**literally** [1] - 366:16
**LITIGATION** [1] - 281:6
**live** [1] - 358:25
**lived** [2] - 355:11, 356:6
**living** [5] - 356:23, 357:2, 357:11, 368:18, 368:19
**load** [1] - 328:9
**loaded** [20] - 293:1, 298:16, 298:18, 322:1, 327:19, 328:23, 329:4, 329:25, 330:15, 335:3, 336:7, 339:13, 342:16, 343:2, 349:4, 350:15, 351:14, 352:5, 352:8, 352:11
**loading** [1] - 321:8, 329:7, 345:23
**lobbying** [1] - 357:7
**LOBMAN** [1] - 283:3
**local** [1] - 294:1
**locate** [1] - 313:10
**located** [3] - 305:7, 331:12, 331:14
**locating** [1] - 379:11
**locked** [1] - 340:21
**logistically** [1] - 321:6
**logistics** [7] - 288:6, 288:19, 289:3, 293:8, 302:14, 347:15, 385:22
**London** [4] - 356:9, 356:15, 356:20, 356:21
**look** [11] - 312:4, 331:20, 331:21, 332:14, 335:14, 343:15, 344:2, 350:6, 350:7, 350:14, 350:17
**looked** [9] - 321:7, 334:17, 336:14, 343:10, 343:11, 344:19, 350:14, 376:25, 384:6
**looking** [6] - 300:5, 313:5, 344:5, 344:10, 350:5, 378:7
**looks** [4] - 339:17, 339:19, 339:20, 350:17
**lose** [1] - 358:1
**LOUISIANA** [1] - 281:2, 281:7
**Louisiana** [5] -

287:20, 371:20, 371:25, 387:5, 387:6
**LP** [1] - 282:15
**lunch** [1] - 386:3
**LUNCHEON** [1] - 284:16
**luncheon** [1] - 386:18

# M

**M-U-N-D-E-E** [1] - 355:1
**ma'am** [2] - 364:25, 370:24
**MAGAZINE** [1] - 282:11
**magnificent** [1] - 356:18
**mail** [46] - 299:24, 300:3, 300:11, 300:23, 300:25, 307:4, 307:8, 307:11, 307:14, 308:8, 308:18, 308:25, 312:20, 312:25, 313:5, 313:6, 313:11, 313:14, 313:19, 313:25, 317:3, 317:11, 317:13, 317:25, 319:16, 319:22, 323:13, 323:14, 323:19, 332:11, 332:13, 332:18, 333:20, 335:15, 335:16, 335:17, 337:7, 338:10, 338:17, 339:7, 339:17, 339:23, 341:7, 341:14, 379:3
**mails** [9] - 306:22, 307:13, 310:1, 310:2, 310:3, 320:3, 336:22, 336:24, 337:4
**main** [1] - 358:11
**maintenance** [1] - 361:16
**Malaysia** [4] - 289:20, 289:21, 289:22, 290:18
**Malaysian** [2] - 289:23, 289:25
**man** [2] - 336:22, 357:19
**manage** [1] - 366:9
**manager** [2] - 299:22, 299:25

**Manhattan** [2] - 357:11, 357:18
**manifest** [1] - 342:10
**manufactured** [6] - 363:10, 376:18, 377:3, 378:25, 385:12, 385:18
**MANUFACTURED** [1] - 281:5
**manufacturers** [3] - 291:25, 292:3, 313:10
**manufacturing** [11] - 289:7, 293:9, 295:11, 296:9, 296:16, 296:21, 298:1, 303:22, 331:15, 331:25, 351:3
**Maritime** [1] - 288:5
**mark** [1] - 377:15
**marked** [1] - 300:13, 312:22, 313:20, 317:9, 319:23, 323:22, 343:16, 344:23, 349:12, 351:11, 369:8, 378:8, 381:10
**marking** [1] - 381:19
**markings** [4] - 343:9, 343:12, 343:13, 344:5
**marks** [1] - 376:1
**married** [2] - 358:3, 358:17
**MASON** [1] - 282:7
**mate** [1] - 337:24
**mate's** [1] - 337:24
**material** [5] - 298:10, 308:19, 351:3, 351:9, 352:4
**Materials** [2] - 304:18
**materials** [3] - 310:10, 310:18, 359:17
**matter** [5] - 308:3, 309:1, 366:2, 387:9
**mean** [11] - 288:2, 298:7, 322:3, 323:6, 329:1, 336:19, 337:15, 339:19, 343:12, 373:7, 384:21
**meaning** [1] - 292:20, 302:25
**means** [3] - 322:17, 337:20, 343:14
**meant** [1] - 324:23
**MECHANICAL** [1] - 283:12
**meet** [2] - 294:19,

357:19
**meeting** [3] - 332:10, 333:24, 334:2
**Members** [5] - 286:13, 295:20, 311:9, 365:3, 386:1
**memory** [3] - 301:2, 301:10, 312:10
**men** [1] - 373:22
**mentioned** [2] - 300:6, 347:22
**mentioning** [1] - 316:14
**Merit** [2] - 387:4, 387:14
**MERIT** [1] - 283:8
**Merrill** [1] - 357:22
**met** [2] - 357:22, 361:14
**Metairie** [1] - 371:20
**meter** [1] - 346:16
**MEUNIER** [85] - 281:21, 281:22, 286:16, 287:13, 295:16, 295:19, 296:5, 300:20, 301:5, 301:9, 301:15, 303:3, 305:20, 306:7, 306:25, 307:4, 307:22, 307:24, 308:10, 308:15, 308:20, 309:1, 309:15, 309:18, 309:23, 310:14, 310:23, 310:25, 311:4, 311:20, 312:22, 312:25, 313:4, 313:18, 313:24, 317:13, 317:23, 319:25, 320:19, 320:22, 323:21, 324:4, 325:5, 336:20, 346:25, 347:2, 349:16, 349:19, 349:21, 351:17, 351:19, 351:25, 352:2, 353:18, 353:25, 354:13, 355:3, 355:10, 359:14, 362:1, 362:24, 365:6, 368:14, 369:1, 369:6, 369:15, 369:20, 370:23, 370:25, 371:2, 371:16, 374:16, 374:19, 374:23, 375:4, 375:6, 375:8,

377:22, 378:1, 378:6, 378:19, 381:2, 385:6, 385:8, 385:20

**Meunier** [1] - 327:15

**MEUNIER**................ [2] - 284:8, 284:15

**MEUNIER**................ . [3] - 284:6, 284:10, 284:13

**microphone** [1] - 355:8

**microwave** [1] - 363:24

**middle** [1] - 304:25

**Middlesex** [1] - 355:14

**might** [1] - 325:10

**military** [1] - 357:7

**million** [1] - 346:21

**minute** [1] - 306:20

**minutes** [1] - 325:11

**Miss** [1] - 359:15

**mission** [2] - 347:8, 347:9

**moment** [2] - 295:12, 385:22

**money** [1] - 345:18

**month** [6] - 315:22, 328:18, 328:21, 328:22, 336:10

**month-long** [1] - 336:10

**months** [7] - 312:15, 315:11, 326:11, 328:22, 330:16, 340:22, 356:24

**months'** [1] - 355:25

**MORGAN** [1] - 282:8

**morning** [12] - 286:11, 287:14, 287:15, 325:15, 355:4, 355:5, 370:1, 370:2, 371:17, 371:18, 381:6, 381:7

**MORNING** [1] - 281:11

**most** [4] - 288:15, 294:20, 304:24, 356:1

**mostly** [1] - 316:18

**mountain** [2] - 309:20, 309:21

**move** [9] - 298:24, 300:22, 301:11, 302:9, 329:6, 366:6, 366:10, 366:22, 367:7

**moved** [12] - 334:24, 356:25, 361:6, 363:16, 363:19, 363:21, 366:20,

367:20, 370:4, 370:5, 370:17

**movement** [1] - 288:19

**moving** [4] - 289:3, 313:9, 363:18, 364:6

**MR** [145] - 284:6, 284:7, 284:8, 284:10, 284:13, 284:14, 284:15, 286:16, 286:23, 287:13, 295:13, 295:16, 295:19, 296:5, 300:14, 300:18, 300:20, 300:25, 301:5, 301:9, 301:15, 303:3, 305:14, 305:20, 305:24, 306:7, 306:19, 306:21, 306:25, 307:4, 307:12, 307:22, 307:24, 308:10, 308:13, 308:15, 308:20, 308:24, 309:1, 309:3, 309:8, 309:15, 309:16, 309:18, 309:20, 309:23, 310:14, 310:20, 310:23, 310:25, 311:4, 311:20, 312:22, 312:24, 312:25, 313:4, 313:18, 313:24, 317:11, 317:13, 317:15, 317:23, 319:25, 320:2, 320:19, 320:22, 323:21, 324:4, 325:5, 325:7, 325:10, 325:14, 333:11, 333:15, 333:19, 335:21, 335:24, 336:3, 336:20, 337:14, 338:23, 339:4, 341:21, 341:24, 342:3, 342:5, 345:9, 345:13, 346:23, 346:25, 347:2, 349:16, 349:19, 349:21, 351:15, 351:17, 351:18, 351:19, 351:21, 351:25, 352:2, 353:13, 353:18, 353:25, 354:13, 355:3, 355:10, 359:14, 361:22, 362:1, 362:24,

363:1, 364:21, 365:6, 368:9, 368:14, 369:1, 369:6, 369:15, 369:20, 370:23, 370:25, 371:2, 371:16, 374:16, 374:19, 374:23, 375:2, 375:4, 375:5, 375:6, 375:8, 377:22, 377:24, 378:1, 378:6, 378:19, 381:2, 381:5, 385:6, 385:8, 385:13, 385:20, 386:13

**MS** [6] - 284:11, 368:7, 369:4, 369:23, 369:25, 370:21

**Mundee** [21] - 354:14, 354:25, 355:4, 358:4, 359:15, 362:19, 364:6, 365:7, 369:7, 369:13, 369:20, 370:1, 370:3, 372:12, 372:14, 373:20, 374:14, 376:8, 378:9, 379:2, 379:8

**MUNDEE** [1] - 354:20

**Mundee's** [9] - 374:25, 375:11, 377:19, 378:25, 380:24, 381:9, 383:17, 383:24, 385:3

**MUNDEE**................ ....................... [1] - 284:9

# N

**NADER** [1] - 283:3

**name** [24] - 287:9, 287:10, 290:9, 294:20, 294:21, 294:22, 304:24, 304:25, 305:2, 318:25, 324:21, 352:17, 352:19, 353:9, 354:24, 354:25, 358:3, 371:12, 372:6, 375:17, 375:20, 376:8, 376:14

**named** [1] - 308:5

**names** [1] - 294:21

**nature** [1] - 297:2

**NC** [1] - 282:8

**necessarily** [1] - 301:1

**need** [2] - 309:6, 367:10

**needed** [2] - 294:3, 318:17

**negatively** [1] - 302:22

**neglected** [1] - 286:19

**neighborhood** [2] - 346:11, 346:22

**network** [1] - 302:17

**never** [19] - 321:17, 323:5, 325:19, 325:22, 334:1, 334:5, 334:8, 334:9, 340:15, 340:18, 344:14, 344:18, 365:11, 382:9, 384:6, 384:9, 384:12, 384:23, 385:1

**new** [5] - 362:3, 363:3, 364:1, 373:13, 377:19

**NEW** [7] - 281:7, 281:19, 281:23, 282:12, 282:18, 283:5, 283:9

**New** [24] - 290:2, 290:4, 290:20, 294:5, 303:15, 304:18, 318:11, 327:23, 328:1, 328:14, 336:11, 340:3, 340:5, 340:14, 346:2, 355:7, 356:20, 356:21, 356:23, 357:20, 358:6, 358:11, 358:24, 376:5

**NEWARK** [1] - 282:5

**next** [7] - 286:15, 338:17, 339:7, 345:21, 354:12, 354:13, 370:25

**nice** [1] - 370:1

**night** [1] - 349:5

**nine** [1] - 356:24

**NJ** [1] - 282:5

**NO** [1] - 281:7

**none** [1] - 321:11

**normal** [3] - 313:7, 313:8, 313:15

**normally** [2] - 313:14, 380:20

**NORTH** [1] - 282:20

**North** [1] - 360:7

**Northwest** [1] - 356:17

**note** [2] - 364:19, 364:20

**nothing** [5] - 287:2, 294:7, 354:17, 366:18, 371:5

**notice** [6] - 365:9, 365:10, 365:12, 376:1, 380:5, 381:17

**noticed** [1] - 364:10

**notification** [1] - 385:11

**NOVEMBER** [2] - 281:8, 286:2

**November** [6] - 332:12, 332:19, 333:21, 360:25, 361:3, 363:24

**nowhere** [3] - 366:6, 368:21, 377:3

**NUMBER** [1] - 285:5

**number** [3] - 292:16, 331:1, 378:7

**Number** [4] - 324:2, 332:24, 336:1, 369:19

**numbered** [1] - 387:9

**Numbers** [1] - 333:17

# O

**o'clock** [2] - 357:15, 386:5

**O'KEEFE** [1] - 281:19

**oath** [3] - 287:7, 354:22, 371:10

**object** [4] - 336:20, 336:23, 364:21, 377:25

**objection** [19] - 286:23, 295:13, 305:14, 305:24, 306:19, 351:15, 351:17, 351:18, 353:13, 353:16, 361:22, 362:2, 363:1, 368:7, 368:11, 369:3, 369:4, 378:3, 385:13

**observation** [1] - 330:19

**observe** [8] - 330:25, 331:1, 335:8, 336:16, 337:16, 338:5, 340:10, 341:1

**observed** [8] - 331:17, 334:23, 335:2, 335:5, 338:10, 340:2, 340:6, 340:18

**observing** [1] - 340:13

**obtain** [3] - 373:25, 374:11, 374:12

**obtained** [1] - 362:16
**obviously** [1] - 379:13
**occasion** [2] - 356:14, 376:13
**occasions** [2] - 374:8, 382:20
**occupation** [3] - 287:24, 371:21, 371:23
**occupied** [1] - 367:5
**occur** [1] - 292:22
**occurred** [2] - 292:23, 326:16
**ocean** [6] - 330:16, 345:7, 345:15, 345:16, 345:19, 346:1
**Ocean** [1] - 303:15
**oceangoing** [2] - 328:23, 340:21
**October** [1] - 360:9
**odor** [4] - 364:10, 364:12, 364:13, 370:12
**odors** [4] - 340:15, 340:19, 340:23, 383:2
**OF** [2] - 281:2, 281:12
**off-loaded** [2] - 342:16, 343:2
**offer** [17] - 286:19, 286:22, 297:3, 301:9, 308:16, 313:18, 323:21, 333:11, 335:21, 338:23, 341:22, 345:9, 349:16, 362:24, 369:2, 369:15, 378:19
**offered** [1] - 308:2
**offering** [1] - 307:24
**office** [9] - 293:13, 293:14, 293:23, 294:10, 294:18, 295:6, 332:2, 349:1, 357:15
**OFFICER** [4] - 286:7, 354:3, 354:10, 386:9
**offices** [7] - 291:5, 293:17, 293:18, 331:10, 331:11, 331:14, 331:23
**Official** [2] - 387:5, 387:14
**OFFICIAL** [1] - 283:7
**often** [3] - 294:7, 324:20, 374:6
**old** [6] - 355:17, 356:25, 357:5, 364:9, 364:10,

370:11
**old-house** [1] - 364:10
**onboard** [1] - 337:24
**once** [4] - 317:21, 322:22, 381:14, 383:1
**one** [41] - 289:16, 290:17, 295:5, 295:8, 300:18, 301:7, 303:21, 304:22, 307:11, 307:16, 309:4, 310:7, 319:22, 319:25, 323:16, 328:20, 328:21, 328:22, 330:4, 330:16, 331:19, 331:21, 336:24, 340:22, 343:10, 343:11, 344:10, 345:20, 351:6, 351:25, 356:14, 360:20, 367:5, 375:3, 376:10, 376:11, 376:13, 377:16, 385:6
**ONE** [2] - 282:17, 282:22
**ones** [4] - 300:18, 301:8, 319:25, 328:16
**Ontario** [1] - 356:6
**open** [3] - 329:8, 340:11, 343:18
**opinions** [1] - 368:10
**opportunity** [2] - 307:18, 310:12
**ORDER** [1] - 286:4
**order** [3] - 317:15, 348:20, 366:10
**ordered** [1] - 297:12
**original** [3] - 297:12, 315:1, 315:6
**originally** [4] - 302:4, 304:7, 315:5, 379:16
**ORLEANS** [7] - 281:7, 281:19, 281:23, 282:12, 282:18, 283:5, 283:9
**Orleans** [18] - 290:2, 290:4, 290:20, 294:5, 303:15, 318:11, 327:23, 328:1, 328:14, 336:11, 340:3, 340:5, 340:14, 346:2, 355:7, 358:6, 358:24, 376:5
**ought** [1] - 357:18
**ourselves** [1] - 361:17

**out-of-court** [1] - 310:3
**outcome** [1] - 294:24
**outside** [8] - 298:15, 344:3, 351:1, 361:22, 368:7, 372:21, 385:24, 386:16
**overhead** [1] - 314:1
**overrule** [3] - 353:15, 368:12, 378:3
**own** [8] - 288:15, 288:16, 288:17, 343:21, 358:23
**owned** [3] - 359:23, 361:12, 367:4
**owner** [1] - 368:15

## P

**Pacific** [1] - 356:17
**package** [4] - 294:16, 322:15, 322:22
**packaged** [4] - 349:6, 349:14, 349:25, 350:13
**packaging** [2] - 332:4, 350:8
**PAGE** [2] - 284:3, 284:21
**pallet** [26] - 321:20, 321:21, 321:22, 322:5, 322:7, 322:22, 331:17, 331:19, 331:20, 331:21, 331:22, 332:3, 332:8, 334:17, 334:20, 340:11, 349:2, 349:3, 349:4, 349:5, 350:13, 351:13, 352:4, 352:7
**pallets** [14] - 321:16, 329:4, 329:6, 329:15, 329:19, 329:22, 329:25, 330:4, 330:9, 336:16, 337:16, 337:22, 343:18
**Pan** [2] - 303:15, 358:7
**panel** [3] - 286:8, 354:4, 386:10
**paper** [1] - 350:10
**parent** [1] - 353:12
**parents** [1] - 355:25
**Parish** [2] - 372:1, 373:18
**part** [19] - 291:23,

292:19, 294:15, 294:16, 310:9, 311:14, 322:17, 323:8, 324:5, 330:18, 331:6, 332:2, 333:6, 347:15, 359:9, 359:15, 361:23, 364:23
**particular** [4] - 296:2, 310:9, 337:8, 376:10
**parts** [1] - 292:20
**party** [2] - 308:19, 310:12
**pass** [2] - 358:15, 363:18
**passed** [3] - 312:1, 312:2, 367:8
**past** [2] - 290:17, 308:22
**paying** [2] - 314:12, 361:19
**payroll** [1] - 359:12
**peeling** [4] - 298:13, 299:19, 316:14, 353:3
**pension** [1] - 358:9
**people** [6] - 294:20, 317:6, 318:20, 327:18, 347:21, 348:3
**people's** [1] - 382:10
**PEPPER** [1] - 283:7
**Pepper** [3] - 387:3, 387:12, 387:13
**percent** [1] - 318:12
**perfect** [1] - 367:6
**perform** [1] - 298:5
**performed** [1] - 343:1
**perhaps** [4] - 356:24, 357:15, 360:9, 360:19
**period** [9] - 289:16, 289:17, 292:22, 293:7, 315:14, 315:22, 364:11, 382:21, 383:1
**permits** [1] - 297:10
**persistent** [1] - 364:16
**person** [3] - 294:3, 295:15, 297:10
**person's** [1] - 295:24
**personal** [2] - 287:17, 294:6
**personally** [4] - 326:8, 340:9, 340:18, 379:21
**persons** [1] - 328:8
**phone** [2] - 290:15, 379:2

**photo** [1] - 351:11
**photograph** [3] - 351:13, 369:7, 378:22
**photographs** [5] - 321:15, 322:6, 322:9, 322:22, 322:23
**photos** [3] - 339:10, 339:12, 339:13
**physical** [1] - 344:4
**physically** [1] - 344:2
**picture** [7] - 349:11, 349:13, 351:19, 351:23, 352:3, 369:2, 369:9
**pictures** [2] - 349:23, 379:15
**piece** [3] - 293:25, 329:7, 365:17
**pieces** [6] - 294:8, 329:3, 375:13, 375:22, 375:24, 377:19
**piers** [1] - 360:18
**place** [3] - 329:6, 333:23, 379:22
**placed** [3] - 316:18, 316:19, 342:9
**places** [1] - 305:7
**plaintiff** [5] - 323:22, 369:11, 374:17, 374:20, 375:9
**PLAINTIFF** [3] - 285:2, 285:14, 285:15
**Plaintiff** [5] - 319:23, 323:14, 354:13, 362:25, 369:8
**PLAINTIFF'S** [4] - 284:24, 285:11, 285:12, 285:13
**Plaintiff's** [6] - 300:13, 313:21, 349:12, 349:17, 351:12, 362:19
**plaintiffs** [3] - 286:16, 351:16, 371:2
**PLAINTIFFS'** [5] - 281:17, 284:23, 284:25, 285:1, 285:17
**plaintiffs'** [1] - 286:14
**Plaintiffs** [4] - 286:21, 312:23, 317:9, 378:8
**plan** [2] - 378:9, 378:17
**planes** [1] - 288:16
**planner** [1] - 358:23
**plant** [27] - 293:16, 294:18, 296:22,

298:2, 304:1, 308:5, 308:23, 309:11, 309:12, 309:22, 312:13, 312:14, 312:16, 314:21, 316:3, 316:10, 318:1, 318:11, 321:18, 321:19, 321:25, 322:5, 322:6, 322:12, 326:9

**plants** [5] - 307:16, 309:21, 313:12, 314:10, 314:14

**Plasterboard** [6] - 292:8, 292:11, 292:17, 293:9, 293:19, 326:25

**plastic** [3] - 322:18, 322:19, 350:22

**played** [2] - 303:21, 386:2

**plenty** [1] - 382:5

**plywood** [2] - 350:9

**pocket** [1] - 294:6

**point** [21] - 300:16, 301:12, 307:2, 309:4, 309:8, 311:7, 321:10, 324:1, 326:2, 333:16, 335:25, 339:25, 341:1, 350:11, 354:8, 365:22, 367:3, 369:18, 372:21, 385:23, 386:15

**points** [2] - 298:13, 307:12

**port** [4] - 288:13, 288:14, 328:3, 345:20

**portion** [1] - 313:25

**position** [2] - 356:13, 358:7

**possibility** [1] - 365:12

**possible** [3] - 301:24, 311:25, 352:22

**post** [1] - 351:7

**potential** [1] - 334:2

**POYDRAS** [4] - 281:23, 282:18, 283:4, 283:9

**predicate** [1] - 300:22

**preferences** [1] - 362:12

**preinspection** [1] - 297:4

**prejudice** [3] - 301:3, 301:5, 317:16

**prepare** [1] - 288:7

**presence** [2] - 385:24, 386:16

**present** [9] - 310:11, 363:3, 377:6, 377:9, 379:21, 379:25, 382:13, 382:15, 382:20

**president** [2] - 288:24, 294:1, 357:5

**pretty** [3] - 289:12, 374:10, 378:16

**prevent** [1] - 318:7

**previous** [1] - 290:17

**previously** [10] - 286:20, 312:22, 317:9, 317:11, 323:22, 362:18, 362:25, 369:8, 374:8, 378:8

**problem** [5] - 300:12, 309:17, 365:25, 385:2

**problems** [14] - 323:9, 323:11, 335:9, 339:21, 339:22, 343:6, 344:15, 363:20, 370:13, 370:18, 377:12, 382:9, 382:10

**proceedings** [12] - 300:16, 301:12, 307:2, 311:7, 324:1, 333:16, 335:25, 354:8, 369:18, 385:23, 386:15, 387:9

**PROCEEDINGS** [3] - 281:12, 283:12, 286:1

**process** [10] - 289:7, 295:11, 296:9, 296:21, 298:2, 303:22, 312:15, 349:9, 351:3, 360:25

**processing** [1] - 311:10

**procrastination** [1] - 366:10

**produce** [1] - 316:20

**produced** [1] - 318:11

**PRODUCED** [1] - 283:12

**product** [13] - 294:4, 297:21, 298:16, 314:15, 314:16, 316:4, 316:11, 316:17, 316:21, 335:11, 349:7, 349:8

**PRODUCTS** [1] -

281:5

**project** [1] - 368:10

**properly** [1] - 294:5

**property** [5] - 293:16, 360:22, 365:1, 367:4, 380:25

**protect** [3] - 347:9, 351:1

**protection** [1] - 322:10

**provide** [2] - 316:10, 318:1

**provided** [1] - 330:18

**provider** [2] - 302:15, 302:16

**providers** [1] - 288:6

**pull** [2] - 355:8, 380:9

**purchase** [11] - 292:5, 292:6, 318:22, 362:15, 374:4, 374:24, 374:25, 375:10, 375:24, 376:4, 376:7

**purchased** [6] - 291:3, 291:25, 353:9, 378:24, 380:23, 381:9

**purchasing** [4] - 299:9, 299:10, 376:23, 385:17

**purposely** [1] - 357:24

**purposes** [2] - 348:13, 348:17

**put** [15] - 309:18, 314:1, 321:18, 321:20, 321:21, 322:11, 322:14, 322:19, 362:21, 368:22, 375:11, 378:15, 378:24, 379:11, 379:17

**putting** [2] - 301:1, 353:1

## Q

**qualified** [2] - 296:11, 368:9

**quality** [31] - 290:5, 297:20, 298:5, 298:7, 298:8, 298:9, 298:10, 298:12, 298:14, 299:3, 299:8, 299:18, 314:8, 314:13, 316:11, 316:12, 316:14, 316:15, 316:16, 316:21, 318:2, 352:25,

353:1, 353:3, 353:4, 376:23

**questions** [14] - 295:3, 295:21, 295:25, 296:3, 300:23, 325:5, 332:6, 346:25, 351:23, 353:25, 369:21, 376:22, 381:3, 381:8

**quick** [1] - 332:14

**quite** [2] - 330:9, 357:6

**quote** [5] - 347:12, 385:10, 385:16, 385:17

## R

**rail** [1] - 328:7

**railcar** [1] - 328:6

**railcars** [1] - 328:9

**raise** [3] - 286:25, 354:15, 371:3

**RALEIGH** [1] - 282:8

**rather** [2] - 355:16, 366:9

**raw** [2] - 298:10, 351:3

**RE** [1] - 281:5

**read** [4] - 324:6, 324:8, 324:11, 326:14

**readied** [1] - 335:2

**reading** [6] - 298:11, 306:22, 315:16, 317:1, 320:3

**reads** [1] - 320:5

**ready** [1] - 336:10

**real** [1] - 324:11

**realize** [2] - 324:11, 368:5

**realized** [1] - 366:3

**really** [14] - 295:19, 299:25, 305:25, 306:1, 314:11, 320:10, 327:4, 360:21, 361:2, 364:13, 366:11, 379:3, 380:7, 380:16

**Realtime** [2] - 387:3, 387:13

**REALTIME** [1] - 283:8

**reason** [7] - 317:18, 323:25, 342:23, 342:24, 356:22, 359:5, 364:15

**reasons** [1] - 352:25

**rebuilding** [1] - 374:12

**receipt** [1] - 337:25

**receive** [1] - 300:3

**received** [12] - 310:16, 311:24, 315:11, 315:12, 324:2, 333:17, 335:16, 335:17, 336:1, 339:12, 365:9, 369:19

**receiving** [1] - 310:17

**recess** [2] - 354:2, 354:5, 386:18

**RECESS...................
..................** [1] -
284:16

**recognize** [4] - 332:13, 374:24, 375:9, 378:9

**recollection** [8] - 298:3, 307:10, 307:25, 308:11, 308:12, 308:16, 311:5, 360:9

**recommended** [1] - 366:13

**reconsider** [1] - 310:25

**record** [13] - 287:9, 310:8, 313:15, 313:23, 336:20, 336:23, 337:1, 337:9, 338:24, 341:22, 386:12, 386:14, 387:8

**RECORDED** [1] - 283:12

**records** [1] - 323:24

**REDIRECT** [4] - 284:8, 284:15, 347:1, 385:7

**redirect** [2] - 346:24, 370:22

**reference** [2] - 379:2, 385:16

**referenced** [1] - 325:23

**referred** [6] - 290:8, 292:10, 292:13, 302:10, 305:1, 373:20

**referring** [2] - 296:22, 370:15

**refers** [1] - 381:23

**reflects** [1] - 375:10

**refresh** [7] - 301:10, 307:10, 307:25, 308:10, 308:12, 308:15, 311:4

**refreshing** [1] - 301:2

**refuel** [1] - 356:17

**regard** [3] - 314:6, 314:17, 337:3

**regarding** [4] -

314:15, 326:1, 381:22
**region** [1] - 309:13
**Registered** [1] - 387:3
**registered** [1] - 387:14
**Regular** [2] - 375:14, 375:23
**regular** [4] - 337:7, 377:1, 385:10, 385:16
**reimburse** [1] - 362:15
**RELATES** [1] - 281:9
**relates** [1] - 306:1
**relationship** [4] - 295:17, 319:3, 325:2, 353:21
**relayed** [1] - 302:5
**release** [1] - 342:22
**releasing** [1] - 382:10
**relevance** [2] - 361:25, 377:25
**remain** [1] - 367:2
**remainder** [1] - 366:24
**remaining** [1] - 366:22
**remediate** [1] - 366:15
**remediation** [6] - 366:11, 366:24, 367:14, 367:24, 368:10, 368:16
**remember** [12] - 289:18, 293:5, 305:2, 306:1, 306:13, 314:8, 324:16, 361:2, 363:6, 370:20, 373:10, 375:20
**remembered** [1] - 379:13
**remembering** [1] - 360:24
**remodel** [1] - 372:23
**Remont** [28] - 288:23, 288:24, 294:10, 295:9, 296:8, 300:4, 304:7, 306:14, 317:6, 330:21, 331:17, 332:21, 333:23, 334:1, 334:16, 334:23, 335:12, 335:17, 336:4, 336:13, 338:5, 338:9, 339:8, 339:12, 340:9, 347:3, 347:23, 350:1
**removal** [4] - 373:8, 379:22, 380:2, 380:14
**remove** [8] - 319:18, 319:19, 320:8, 356:2, 368:3, 379:8,

380:8
**removed** [5] - 367:16, 379:16, 380:15, 381:14, 383:19
**removing** [1] - 380:5
**Renfrew** [1] - 356:16
**rent** [1] - 366:7
**rents** [1] - 366:8
**repair** [7] - 360:22, 361:5, 365:24, 370:4, 370:6, 373:3
**repairs** [1] - 361:10, 361:20, 362:3, 363:9, 363:13, 364:7, 370:17, 372:21, 372:22, 373:12, 373:16
**replaced** [1] - 364:2
**report** [13] - 286:21, 312:9, 314:18, 314:20, 334:19, 335:9, 338:9, 338:13, 339:24, 340:15, 340:23, 343:5, 353:5
**reported** [5] - 326:3, 333:23, 334:1, 334:5, 334:9
**reporter** [2] - 385:25, 386:17
**REPORTER** [3] - 283:7, 283:8, 283:8
**Reporter** [7] - 387:3, 387:4, 387:5, 387:13, 387:14, 387:14
**REPORTER'S** [1] - 387:1
**reporting** [2] - 332:21, 339:23
**reports** [3] - 336:13, 344:14, 344:18
**representative** [7] - 293:8, 296:15, 330:21, 334:5, 334:9, 334:16, 376:22
**representing** [2] - 295:1, 295:2
**reputable** [1] - 297:23
**reputation** [1] - 293:25
**request** [9] - 293:21, 294:10, 294:13, 302:3, 302:5, 305:6, 320:8, 347:4
**requests** [2] - 324:24
**require** [1] - 362:3
**requires** [1] - 337:18
**reside** [1] - 358:5

**residence** [2] - 360:2, 360:12
**residential** [4] - 371:22, 372:8, 372:10, 372:11
**respect** [2] - 289:23, 340:5
**respond** [2] - 307:22, 310:13
**response** [2] - 310:21, 311:6
**rest** [3] - 313:19, 375:20, 379:25
**restate** [2] - 385:14
**result** [4] - 308:8, 308:18, 310:16, 311:21
**results** [2] - 304:11, 304:13
**retainer** [1] - 366:4
**retire** [1] - 359:6
**retired** [3] - 288:25, 289:2, 359:2
**retirement** [2] - 359:4, 359:6
**return** [1] - 332:25
**returned** [1] - 356:19
**reverse** [2] - 288:9, 357:14
**review** [1] - 342:20
**reviewed** [2] - 286:20, 317:17
**reviews** [4] - 324:12, 332:16, 341:6, 350:3
**RICHARD** [1] - 282:16
**Richards** [1] - 357:22
**rise** [2] - 286:7, 286:10, 354:3, 354:6, 354:10, 386:8, 386:9
**RISLEY** [6] - 282:21, 361:22, 363:1, 364:21, 368:9, 377:24
**RIVER** [1] - 282:20
**Riverside** [1] - 356:6
**RIVERWAY** [1] - 282:22
**RMR** [2] - 283:7, 387:13
**Road** [1] - 287:20
**role** [7] - 288:6, 291:2, 291:20, 303:22, 327:9, 327:11, 343:25
**roles** [1] - 303:9
**rolled** [1] - 320:18
**roof** [1] - 367:10
**room** [8] - 329:13, 329:14, 360:20,

366:7, 366:20, 378:17, 378:18
**ROOM** [1] - 283:9
**rooms** [5] - 366:17, 366:22, 366:23, 379:23, 380:1
**Rosemary** [1] - 286:20
**Roy** [2] - 358:4, 358:9
**Roy's** [1] - 358:10
**Rudy** [32] - 288:23, 288:24, 293:12, 293:18, 293:20, 293:23, 294:10, 294:18, 295:9, 296:8, 300:4, 304:7, 304:10, 306:14, 307:5, 317:6, 332:4, 332:22, 332:24, 333:20, 339:12, 339:21, 341:17, 347:3, 347:6, 348:14, 348:20, 349:1, 350:1, 350:14, 351:2
**rule** [1] - 310:6
**ruled** [1] - 364:22
**Rules** [1] - 295:23
**rules** [1] - 310:11
**rulings** [1] - 311:11
**RUSS** [1] - 281:18

## S

**s/Cathy** [1] - 387:12
**safe** [2] - 328:21, 330:5
**sail** [1] - 336:10
**sale** [4] - 290:1, 325:19, 325:22, 362:20
**sales** [1] - 356:9
**salty** [1] - 324:6
**sample** [2] - 298:8
**samples** [1] - 298:5
**San** [1] - 356:19
**satisfied** [1] - 290:22
**saw** [3] - 335:10, 382:23, 384:4
**school** [1] - 356:7
**scope** [2] - 361:23, 368:8
**Scotland** [1] - 356:16
**SCOTT** [1] - 282:4
**screen** [2] - 369:11, 375:3
**sea** [2] - 328:18, 340:22
**Seaboard** [3] - 357:3, 357:4, 357:13

**seal** [1] - 366:15
**seat** [3] - 287:8, 354:23, 371:11
**seated** [2] - 286:11, 354:10
**Seattle** [1] - 358:22
**second** [1] - 324:6
**secondly** [2] - 307:14, 366:3
**section** [1] - 379:6
**SECURITY** [4] - 286:7, 354:3, 354:10, 386:9
**see** [30] - 300:22, 304:5, 304:8, 307:1, 307:14, 310:19, 311:6, 321:17, 336:17, 337:6, 337:9, 338:19, 339:1, 339:21, 343:15, 344:4, 344:19, 348:9, 348:10, 350:8, 351:2, 351:21, 357:21, 369:11, 370:1, 375:15, 377:22, 381:15, 384:1, 385:22
**SEEGER** [4] - 282:3, 282:3, 310:20, 386:13
**seeing** [2] - 322:8, 363:6
**seem** [2] - 380:12, 380:21
**selected** [1] - 362:8
**selection** [2] - 359:16, 362:13
**self** [1] - 372:5
**self-employed** [1] - 372:5
**sell** [2] - 322:13, 350:25
**seller** [1] - 290:2
**send** [2] - 313:6, 315:25
**sending** [5] - 293:12, 307:6, 314:6, 314:17, 339:10
**sends** [1] - 307:8
**sense** [1] - 356:4
**sent** [17] - 306:13, 307:11, 308:19, 310:18, 312:18, 314:3, 316:5, 330:21, 332:18, 335:15, 335:17, 347:3, 348:19, 348:20, 353:5, 353:22
**sentence** [1] - 324:6

**separate** [1] - 340:13
**September** [2] - 293:3, 364:1
**series** [1] - 349:23
**seriously** [1] - 346:10
**Service** [1] - 302:19
**Services** [1] - 291:6
**services** [4] - 294:15, 297:4, 330:18, 357:7
**SESSION** [1] - 281:11
**set** [1] - 336:10
**seven** [1] - 368:22
**several** [3] - 286:14, 356:8, 382:20
**SGS** [17] - 296:25, 297:2, 297:3, 297:25, 298:4, 298:23, 299:2, 299:15, 299:16, 302:20, 303:4, 303:5, 303:6, 319:8, 319:9, 319:20, 320:7
**shakes** [1] - 302:22
**shaking** [1] - 302:24
**Shandong** [5] - 309:10, 326:20, 352:18, 352:21, 353:11
**shape** [1] - 294:6
**share** [1] - 304:10
**shared** [2] - 299:6, 305:22
**sheet** [1] - 380:11
**sheetrock** [9] - 330:13, 377:1, 377:14, 381:22, 381:23, 382:5, 383:2, 385:10, 385:16
**Sheetrock** [7] - 365:18, 366:16, 373:20, 375:15, 375:17, 375:19, 375:23
**sheets** [3] - 322:7, 329:22, 377:15
**SHELL** [1] - 282:17
**ship** [20] - 298:17, 303:13, 303:14, 327:22, 328:14, 329:8, 329:9, 329:11, 330:15, 334:24, 335:3, 335:5, 336:8, 338:13, 339:13, 342:18, 345:18, 346:21, 351:6
**shipment** [16] - 290:17, 292:25, 293:1, 330:24,

340:2, 341:24, 342:7, 344:14, 345:5, 345:7, 345:8, 345:15, 345:16, 346:1, 346:7
**shipment's** [1] - 342:9
**shipments** [9] - 292:17, 292:22, 292:23, 293:2, 293:4, 340:6, 340:14, 344:14, 346:20
**shipped** [3] - 322:15, 328:6, 329:2
**shipping** [3] - 293:8, 327:12, 351:14
**ships** [5] - 288:15, 288:16, 327:20, 340:14, 342:16
**shock** [2] - 365:11, 366:1
**shoring** [1] - 360:25
**shortage** [3] - 289:15, 318:14, 376:5
**shotgun** [1] - 360:1
**show** [26] - 300:9, 300:10, 307:9, 307:25, 308:10, 308:11, 312:20, 317:3, 319:22, 323:13, 323:18, 332:3, 332:11, 333:14, 335:13, 338:17, 341:5, 344:23, 349:11, 349:19, 351:11, 352:20, 362:18, 369:7, 374:16, 378:1
**showed** [1] - 334:21
**shown** [1] - 378:17
**shows** [1] - 313:25
**shrink** [15] - 321:8, 321:10, 321:12, 321:13, 321:14, 321:17, 321:19, 322:1, 322:2, 322:8, 322:17, 322:23, 322:24, 350:20, 352:5
**shrink-wrap** [4] - 321:19, 322:8, 322:23, 322:24
**shrink-wrapped** [11] - 321:8, 321:10, 321:12, 321:13, 321:14, 321:17, 322:1, 322:2, 322:17, 350:20, 352:5
**side** [6] - 288:9,

328:21, 356:4, 357:11, 366:17, 377:16
**sides** [1] - 321:21
**SIDNEY** [1] - 283:4
**signed** [1] - 366:4
**similar** [1] - 350:18
**simple** [1] - 289:25
**simply** [4] - 290:3, 349:6, 380:9
**sing** [2] - 364:18, 364:20
**single** [1] - 360:2
**single-family** [1] - 360:2
**site** [1] - 377:7
**situation** [4] - 295:23, 310:1, 310:10, 357:17
**six** [3] - 324:17, 324:18, 355:17
**six-year-old** [1] - 355:17
**sixth** [1] - 357:23
**sixth-story** [1] - 357:23
**size** [3] - 329:14, 329:20, 330:8
**sleeping** [1] - 366:15
**slight** [1] - 364:11
**small** [1] - 291:16
**smell** [6] - 334:6, 351:7, 364:8, 370:11, 383:2, 384:12
**smelled** [2] - 334:19, 344:20
**smells** [10] - 338:10, 338:13, 338:14, 339:25, 340:15, 340:18, 340:23, 370:9, 383:5, 384:9
**SMITH** [1] - 282:15
**snap** [1] - 377:16
**snug** [1] - 322:14
**sold** [1] - 363:10
**solemnly** [1] - 287:1, 354:16, 371:4
**solution** [1] - 366:12
**someone** [2] - 307:20, 351:7
**sometimes** [1] - 324:8
**somewhere** [3] - 346:11, 346:12, 346:22
**son** [3] - 358:20, 358:23, 373:5
**son's** [1] - 367:4
**sons** [1] - 367:5
**soon** [1] - 365:16

**sooner** [1] - 367:8
**sorry** [9] - 303:1, 338:23, 341:9, 341:13, 346:11, 349:24, 350:6, 370:16, 375:6
**sort** [4] - 295:10, 302:18, 324:6, 365:1
**source** [1] - 301:19, 352:22
**sources** [2] - 303:25, 305:21
**South** [11] - 355:7, 355:11, 358:25, 359:22, 360:12, 363:3, 369:12, 369:13, 372:24, 375:1
**space** [1] - 329:9
**speaking** [4] - 298:19, 314:19, 326:19, 370:10
**specialty** [2] - 358:10, 358:11
**specific** [2] - 300:7, 331:24
**specifics** [1] - 329:17
**spell** [3] - 287:9, 354:24, 371:12
**spending** [1] - 356:5
**spent** [4] - 350:16, 355:24, 356:19, 356:20
**spread** [2] - 330:6, 330:9
**spun** [2] - 297:8, 297:12
**SQUARE** [1] - 282:17
**stacked** [7] - 322:20, 322:21, 329:22, 330:2, 330:3, 338:15, 350:19
**stages** [1] - 312:10
**stains** [1] - 337:19
**stamp** [1] - 344:11
**stamped** [4] - 344:20, 365:18, 381:10, 381:13
**stand** [2] - 286:18, 354:2
**standard** [4] - 306:9, 306:12, 312:6, 380:19
**standards** [1] - 307:15
**start** [4] - 292:23, 346:9, 358:2, 358:8
**started** [2] - 292:24, 360:25
**starting** [1] - 293:2
**starts** [1] - 351:13

**state** [3] - 287:8, 354:23, 371:11
**State** [2] - 371:25, 387:4
**statements** [2] - 307:17, 310:3
**STATES** [2] - 281:1, 281:13
**States** [8] - 295:2, 318:10, 318:12, 327:13, 347:16, 356:25, 387:5, 387:15
**stay** [1] - 367:11
**steamship** [1] - 303:12
**STEERING** [1] - 281:17
**STENOGRAPHY** [1] - 283:12
**stevedores** [2] - 327:19, 327:22
**still** [2] - 299:15, 368:20
**stop** [1] - 386:4
**storage** [2] - 334:24, 366:23
**store** [1] - 379:25
**stored** [1] - 363:4
**storm** [1] - 373:2
**story** [3] - 355:16, 357:23, 362:1
**stowage** [1] - 336:13
**strange** [1] - 364:13
**STREET** [7] - 281:23, 282:4, 282:8, 282:11, 282:18, 283:4, 283:9
**Street** [4] - 355:7, 357:23, 360:12, 371:20
**street** [2] - 360:14, 367:7
**stricken** [5] - 307:13, 308:13, 308:14, 317:15, 364:22
**string** [1] - 313:19
**strong** [1] - 384:12
**struck** [6] - 300:19, 300:25, 301:3, 310:10, 310:24, 360:3
**structurally** [1] - 361:21
**stuff** [3] - 327:3, 359:12, 384:9
**subbed** [1] - 373:22
**subcontractor** [1] - 377:9
**subject** [1] - 348:4

**suffering** [1] - 364:16
**suffice** [1] - 368:4
**suggest** [2] - 326:8, 341:2
**suggested** [3] - 295:9, 296:7, 366:13
**SUITE** [5] - 281:23, 282:4, 282:18, 282:22, 283:4
**sulfur** [2] - 383:5, 384:12
**Super** [1] - 356:15
**supplier** [2] - 299:10, 321:3
**suppliers** [4] - 301:24, 304:15, 304:16, 315:4
**SUPPLY** [1] - 282:15
**supply** [11] - 302:10, 303:8, 303:18, 303:20, 304:8, 312:5, 315:2, 318:9, 320:16, 327:16
**surrounding** [1] - 309:21
**Susan** [11] - 299:23, 299:24, 300:4, 304:14, 305:21, 308:3, 311:24, 317:7, 319:6, 319:16, 319:23
**sustain** [1] - 362:2
**swear** [3] - 287:1, 354:16, 371:4
**Swiss** [2] - 356:7, 356:9
**sworn** [3] - 287:6, 354:21, 371:9
**system** [2] - 364:2, 368:6
**System** [2] - 290:23, 291:2

**T**

**Tai'an** [2] - 309:12, 326:25
**Taihe** [34] - 305:2, 305:10, 305:23, 306:14, 306:17, 307:7, 307:8, 308:5, 308:23, 309:10, 309:13, 309:18, 312:14, 314:7, 314:10, 314:23, 315:7, 315:15, 319:1, 319:3, 319:4, 325:23, 326:1, 326:12, 326:19,

326:20, 352:15, 352:18, 352:21, 353:9, 353:11, 353:21, 353:22
**Taishan** [2] - 309:12, 326:25
**taxing** [1] - 357:9
**telephone** [1] - 306:22
**tendency** [1] - 364:10
**term** [1] - 381:22
**terminal** [1] - 357:12
**terms** [4] - 290:1, 338:7, 341:3, 345:1
**test** [2] - 286:21, 314:18
**testified** [3] - 287:7, 354:22, 371:10
**testimony** [8] - 287:1, 326:2, 354:16, 364:22, 364:24, 365:4, 371:4, 377:25
**testing** [5] - 297:20, 298:5, 298:8, 299:3
**tests** [1] - 307:8
**Thailand** [2] - 348:7, 348:9
**THE** [98] - 281:12, 281:17, 282:20, 286:7, 286:10, 286:11, 286:24, 286:25, 287:4, 287:8, 287:10, 295:12, 295:14, 295:18, 295:20, 300:15, 301:7, 301:11, 302:24, 303:1, 305:16, 305:17, 305:25, 306:3, 306:4, 306:20, 307:1, 307:23, 308:7, 308:14, 308:17, 309:6, 309:25, 310:15, 310:24, 311:2, 311:6, 311:9, 313:1, 313:22, 314:1, 317:17, 320:18, 320:20, 323:24, 325:6, 325:8, 325:12, 333:10, 333:13, 335:23, 336:24, 337:11, 338:25, 339:1, 341:23, 342:1, 342:2, 345:11, 346:24, 349:18, 351:23, 353:15, 354:1, 354:3, 354:6, 354:7, 354:10, 354:12,

354:15, 354:19, 354:23, 354:25, 355:8, 361:25, 362:2, 363:2, 364:25, 365:2, 365:3, 368:11, 369:17, 369:22, 370:22, 370:24, 371:1, 371:3, 371:7, 371:11, 371:13, 374:18, 378:3, 378:21, 385:14, 385:21, 386:1, 386:9, 386:12
**themselves** [1] - 322:20
**thereabouts** [1] - 383:24
**thereafter** [2] - 365:16, 366:21
**they've** [2] - 297:8, 307:6
**thick** [1] - 375:14
**third** [1] - 299:16
**thirty** [1] - 355:12
**thirty-eight** [1] - 355:12
**THIS** [1] - 281:9
**THOMPSON** [1] - 282:21
**thousand** [1] - 346:12
**three** [6] - 307:21, 314:4, 326:11, 355:25, 373:10, 382:17
**throat** [1] - 367:1
**throughout** [2] - 362:6, 362:7
**Tianjin** [6] - 292:8, 292:11, 292:17, 293:9, 293:19, 304:24
**TIANJIN** [1] - 304:25
**tight** [1] - 322:14
**timely** [1] - 317:19
**timing** [2] - 367:6, 383:20
**titled** [1] - 314:13
**TO** [2] - 281:9, 286:4
**today** [2] - 329:2, 386:6
**together** [2] - 289:1, 368:22
**tomorrow** [1] - 332:25
**TOMPKINS** [1] - 282:15
**took** [11] - 308:18, 310:18, 328:19, 333:23, 341:10, 361:7, 365:17,

366:19, 379:22, 382:14, 382:17
**top** [5] - 313:25, 321:20, 321:21, 324:5, 330:4
**total** [5] - 292:16, 345:14, 352:7, 365:11, 366:1
**totally** [2] - 338:1, 367:25
**training** [2] - 289:3, 289:6
**Trans** [1] - 356:14
**transaction** [2] - 325:18, 327:9
**transcript** [1] - 387:7
**TRANSCRIPT** [2] - 281:12, 283:12
**translation** [1] - 314:9
**transport** [1] - 357:7
**transportation** [4] - 288:13, 290:20, 321:18, 348:24
**travel** [5] - 288:14, 288:17, 356:8, 356:10, 356:11
**traveling** [3] - 356:13, 357:6, 357:16
**travels** [1] - 330:16
**treating** [1] - 324:15
**trees** [2] - 360:17
**tremendous** [2] - 293:25, 318:14
**TRIAL** [1] - 281:12
**trial** [3] - 361:24, 364:23, 365:1
**trick** [1] - 332:5
**trip** [1] - 339:24
**truck** [3] - 328:6, 328:7, 328:9
**true** [15] - 303:23, 308:21, 309:1, 309:15, 309:16, 316:11, 316:21, 323:5, 323:10, 352:25, 364:6, 364:8, 372:25, 377:4, 387:7
**truth** [11] - 287:2, 287:3, 308:2, 308:24, 354:17, 354:18, 371:5, 371:6
**try** [2] - 313:10, 356:23
**trying** [10] - 309:3, 311:12, 322:4, 332:5, 332:7, 350:8, 350:12, 358:8, 366:10, 380:8
**TTP** [8] - 318:23, 319:1, 319:4,

366:19, 379:22, 382:14, 382:17
**top** [5] - 313:25,

320:17, 320:25, 353:8, 353:12, 353:22
**TUESDAY** [2] - 281:8, 286:2
**turned** [1] - 356:2
**TWA** [1] - 356:14
**twenty** [1] - 357:1
**twenty-four** [1] - 357:1
**twice** [4] - 329:13, 329:14, 330:8, 374:7
**two** [36] - 291:25, 292:3, 298:20, 304:15, 304:16, 305:7, 305:13, 307:12, 309:14, 310:6, 311:25, 313:12, 316:3, 328:22, 330:12, 330:16, 331:4, 333:1, 336:24, 340:22, 358:20, 360:16, 366:8, 366:14, 366:20, 367:8, 370:6, 370:8, 370:13, 370:15, 370:18, 373:10, 379:23, 380:1, 382:17, 386:5
**TX** [1] - 282:22
**type** [6] - 294:2, 313:6, 314:8, 314:9, 314:14, 350:10
**typical** [1] - 380:11

**U**

**U.K** [1] - 355:14
**ultimately** [6] - 291:24, 318:5, 335:5, 350:15, 351:14, 353:9
**unacceptable** [1] - 338:6
**uncover** [1] - 305:12
**under** [10] - 295:15, 295:23, 313:22, 323:24, 328:22, 337:2, 337:10, 338:6, 341:2, 373:22
**underneath** [1] - 314:10
**understood** [2] - 316:13, 326:2
**undertake** [1] - 366:23
**underwater** [1] - 318:11
**unfortunately** [2] - 368:1, 368:17

**HOURLY TRANSCRIPT**

unit [2] - 352:7, 352:8
United [8] - 295:2,
318:10, 318:12,
327:13, 347:16,
356:25, 387:5,
387:15
UNITED [2] - 281:1,
281:13
units [1] - 352:11
unless [1] - 306:4
unloaded [3] - 290:2,
327:22, 342:22
unloading [1] - 346:2
unusual [1] - 364:8
up [21] - 312:16,
312:17, 329:22,
330:2, 330:3, 330:7,
330:8, 330:12,
332:5, 334:13,
338:15, 340:21,
343:18, 350:6,
350:7, 355:8,
361:19, 366:12,
367:9, 374:20,
383:11
upset [1] - 324:14
urban [1] - 358:23
usual [1] - 313:2

**V**

varied [1] - 360:16
veracity [1] - 307:17
verifying [1] - 297:20
vessel [12] - 292:20,
303:14, 321:23,
321:25, 329:5,
337:24, 342:19,
345:19, 346:1,
351:14, 352:6, 352:9
vessels [4] - 291:23,
292:19, 328:16,
351:8
via [1] - 356:20
vice [2] - 288:24,
357:5
vice-president [2] -
288:24, 357:5
Victor [1] - 317:3
Viet [1] - 348:7
Vietnam [3] - 348:5,
348:8, 348:9
visit [12] - 293:9,
293:12, 293:14,
293:18, 293:20,
293:23, 294:24,
294:25, 295:4,
295:5, 295:6, 333:21
visited [3] - 293:17,

294:10, 294:23
visiting [1] - 311:18
visits [1] - 294:18
visual [2] - 330:19,
350:12
vocal [1] - 364:18
voice [1] - 367:1

**W**

W-E-I-D-A [1] - 291:1
Waggonner [4] -
359:8, 359:9,
359:16, 359:19
wait [5] - 302:24,
306:20, 309:24,
351:25
walk [1] - 357:11
walkup [1] - 357:23
wall [4] - 365:17,
378:16, 383:12
wallboard [31] -
289:19, 298:15,
301:25, 304:9,
306:10, 306:12,
312:5, 312:6,
318:10, 318:12,
318:21, 318:23,
318:25, 319:3,
319:9, 319:11,
321:16, 321:19,
321:21, 322:7,
322:10, 322:11,
322:14, 344:4,
349:9, 350:9,
350:13, 350:16,
350:25, 352:7
walls [1] - 373:7
wants [1] - 288:12
war [2] - 355:17,
355:20
War [4] - 355:18,
355:21, 355:22,
355:23
warehouse [2] -
329:11, 332:1
warehouses [1] -
328:12
WARSHAUER [1] -
281:21
Washington [1] -
357:6
watched [1] - 382:23
water [2] - 360:20,
373:10
week [1] - 356:20
weeks [3] - 331:4,
333:1, 382:17
Weida [35] - 290:23,

290:24, 290:25,
291:2, 291:4, 291:6,
291:8, 291:9,
291:12, 291:14,
291:20, 294:3,
296:15, 296:20,
299:22, 300:2,
301:18, 302:5,
302:17, 302:19,
304:1, 304:5, 304:8,
304:11, 304:14,
305:6, 311:21,
311:24, 312:4,
312:9, 315:6,
315:19, 317:4,
352:22
WEISS [1] - 282:3
Western [2] - 294:21,
357:3
wet [2] - 337:22,
380:10
whatsoever [2] -
289:6, 334:13
WHEREUPON [14] -
286:8, 300:16,
301:12, 307:2,
311:7, 324:1,
333:16, 335:25,
354:4, 354:8,
369:18, 385:23,
386:10, 386:15
WHITFIELD [1] -
282:7
whole [4] - 287:2,
292:20, 354:17,
371:5
Wholesale [4] -
289:11, 290:1,
290:8, 290:18
WILLIAM [6] - 284:5,
284:12, 287:5,
287:11, 371:8,
371:13
William [6] - 286:17,
287:10, 361:12,
365:13, 371:2,
371:13
window [5] - 318:9,
318:15, 318:16,
318:17
windows [1] - 366:17
Winnipeg [1] - 356:16
wire [1] - 350:24
wiring [1] - 368:3
withdrawn [1] -
351:16
Witness [5] - 302:22,
324:12, 332:16,
341:6, 350:3
witness [13] - 286:15,

287:6, 295:21,
301:1, 309:13,
351:2, 354:12,
354:13, 354:21,
368:9, 370:25,
371:9, 374:21
WITNESS [17] - 287:4,
287:10, 303:1,
305:17, 305:25,
306:4, 320:18,
320:20, 337:11,
339:1, 342:1,
351:23, 354:19,
354:25, 365:2,
371:7, 371:13
witnesses [2] -
286:14, 386:6
word [3] - 297:13,
316:12, 381:25
words [1] - 377:15
works [1] - 341:18
world [1] - 365:14
World [6] - 355:18,
355:21, 355:22,
355:23, 356:14,
357:4
worldwide [2] - 297:4,
297:13
worry [2] - 334:6,
334:11
worse [1] - 364:18
wracked [2] - 360:16,
360:18
wrap [5] - 321:19,
322:8, 322:23,
322:24, 350:8
wrapped [13] - 321:8,
321:10, 321:12,
321:13, 321:14,
321:17, 322:1,
322:2, 322:17,
349:8, 350:20,
350:22, 352:5
write [1] - 310:7
writes [1] - 342:6
writing [3] - 319:16,
324:10, 336:4
written [2] - 319:18,
336:22
wrote [9] - 300:24,
312:20, 317:3,
317:13, 317:25,
319:23, 323:19,
324:13, 335:12
Wuhu [1] - 293:5

**Y**

y'all [1] - 386:12

year [5] - 355:17,
356:24, 361:7,
367:22
years [29] - 288:25,
289:1, 289:2, 289:9,
289:18, 324:17,
324:18, 355:12,
356:3, 356:5, 356:8,
358:18, 359:7,
366:8, 367:8,
368:22, 370:6,
370:8, 370:13,
370:15, 370:18,
372:3, 372:13,
372:17, 382:3,
382:7, 383:14,
383:23, 385:1
yesterday [1] - 286:19
York [5] - 356:20,
356:21, 356:23,
357:20, 358:11
yourself [2] - 358:25,
384:4