1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE-MANUFACTURED   *        Docket 09-MD-2047
5        DRYWALL PRODUCTS         *
         LIABILITY LITIGATION     *        Section L
6                                 *
                                  *        New Orleans, Louisiana
7                                 *
Relates to:  All Cases           *        November 27, 2012
8   * * * * * * * * * * * * * * * *

9

10              DAY 2 - AFTERNOON SESSION
                JURY TRIAL BEFORE
11        THE HONORABLE ELDON E. FALLON
            UNITED STATES DISTRICT JUDGE
12

13

<u>Appearances</u>:
14

15   For the Plaintiffs:        Gainsburgh Benjamin David
                                   Meunier & Warshauer, LLC
16                              BY:  GERALD E. MEUNIER, ESQ.
                                1100 Poydras Street, Suite 2800
17                              New Orleans, Louisiana 70163

18

     For the Plaintiffs:        Seeger Weiss, LLP
19                              BY:  CHRISTOPHER SEEGER, ESQ.
                                   SCOTT ALAN GEORGE, ESQ.
20                              77 Water Street
                                New York, New York 10005

21

22   For the Plaintiffs:        Whitfield Bryson & Mason, LLP
                                BY:  DANIEL K. BRYSON, ESQ.
23                              900 W. Morgan Street
                                Raleigh, North Carolina 27603

24

25

```
 1   For the Plaintiffs:          Irpino Law Firm
                                  BY:  ANTHONY IRPINO, ESQ.
 2                                2216 Magazine Street
                                  New Orleans, Louisiana 70130
 3

 4   For Interior Exterior        Galloway Johnson Tompkins
     Building Supply, LP:           Burr & Smith
 5                                BY:  RICHARD DUPLANTIER JR., ESQ.
                                       BENJAMIN R. GRAU, ESQ.
 6                                     CARLINA C. EISELEN, ESQ.
                                  701 Poydras Street, 40th Floor
 7                                New Orleans, Louisiana 70139

 8
     For The North River          Thompson Coe Cousins & Irons, LLP
 9   Insurance Company:           BY:  KEVIN F. RISLEY, ESQ.
                                  One Riverway, Suite 1600
10                                Houston, Texas 77056

11
     For The North River          Lobman Carnahan Batt Angelle
12   Insurance Company:             & Nader
                                  BY:  SIDNEY J. ANGELLE, ESQ.
13                                400 Poydras Street, Suite 2300
                                  New Orleans, Louisiana 70130
14

15   Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                  500 Poydras Street, HB-406
16                                New Orleans, Louisiana 70130
                                  (504) 589-7778
17                                Toni_Tusa@laed.uscourts.gov

18

19
     Proceedings recorded by mechanical stenography using
20   computer-aided transcription software.

21

22

23

24

25
```

HOURLY TRANSCRIPT

1                           **I N D E X**

2                                                        PAGE

3   Glenn Lemm (By Deposition)
        Examination                                      393
4
    John Bush Sr. (By Deposition)
5       Examination                                      418

6   James W. Pate II
        Direct Examination By Mr. Seeger                 440
7       Cross-Examination By Mr. Duplantier              465
        Redirect Examination By Mr. Seeger               495
8
    Casey LeBlanc
9       Direct Examination By Mr. Seeger                 501

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOURLY TRANSCRIPT

|  |  |  |
|---|---|---|
| 12:43:29 | 1 | **AFTERNOON SESSION** |
| 12:43:29 | 2 | **(November 27, 2012)** |
| 12:56:16 | 3 | (The following proceedings were held in open court.) |
| 13:00:50 | 4 | **THE COURT:**  Be seated, please. |
| 13:00:52 | 5 | Members of the jury, at this stage we are going |

12:43:29   1   **AFTERNOON SESSION**

12:43:29   2   **(November 27, 2012)**

12:56:16   3   (The following proceedings were held in open court.)

13:00:50   4   **THE COURT:**  Be seated, please.

13:00:52   5   Members of the jury, at this stage we are going

13:00:56   6   to hear some depositions of witnesses.  I mentioned a little

13:00:58   7   bit about depositions to you at the outset, but let me go over

13:01:03   8   it again with you.

13:01:06   9   Prior to the trial, there's a period of time

13:01:08   10   where the lawyers are conducting what they call discovery.

13:01:14   11   They are exchanging documents, they are filing motions, and

13:01:18   12   they are also taking depositions.  A deposition is simply an

13:01:23   13   opportunity to examine and cross-examine the witness.  The

13:01:27   14   witness is noticed for deposition, sometimes subpoenaed.  The

13:01:31   15   lawyers show up.  One of them asks questions and then the other

13:01:36   16   cross-examines that particular witness.  A court reporter is

13:01:44   17   present.  They make objections during the testimony.  A court

13:01:46   18   reporter records everything, and I get it in a little booklet

13:01:50   19   form.

13:01:51   20   Depositions are taken really for several

13:01:54   21   purposes, two major ones.  Oftentimes, you take a deposition

13:01:58   22   early on in the litigation when the individual's mind is fresh,

13:02:01   23   and that's taken to preserve it.

13:02:04   24   If he takes the stand, you can at that point

13:02:07   25   remind him of what he said before and is different than what he

| | | |
|---|---|---|
| 13:02:12 | 1 | said at the time.  That is called impeachment. |
| 13:02:17 | 2 | Another purpose of taking a deposition is |
| 13:02:18 | 3 | perpetuation of testimony.  Some individuals are outside of the |
| 13:02:23 | 4 | subpoena power of the Court.  I have subpoena power for trials |
| 13:02:27 | 5 | throughout Louisiana.  These individuals live in Texas, so they |
| 13:02:31 | 6 | are outside of the scope of the subpoena. |
| 13:02:34 | 7 | When that happens, lawyers then introduce the |
| 13:02:38 | 8 | deposition in lieu of the live testimony, and they oftentimes |
| 13:02:43 | 9 | take the deposition by video, which is what will be done now. |
| 13:02:49 | 10 | With that background, the point is that you make |
| 13:02:51 | 11 | the decision on credibility and relevance from the standpoint |
| 13:02:56 | 12 | of what the meaning of the testimony is and how it fits into |
| 13:03:04 | 13 | the narrative that you are listening to, just as you would from |
| 13:03:09 | 14 | somebody on the stand. |
| 13:03:10 | 15 | So treat it just as if the individual were in |
| 13:03:13 | 16 | court and make the same credibility judgments and things of |
| 13:03:16 | 17 | that sort. |
| 13:03:18 | 18 | With that background, let's go with the |
| 13:03:21 | 19 | depositions. |
| 13:03:22 | 20 | MR. SEEGER:  Your Honor, we are going to play the |
| 13:03:24 | 21 | deposition testimony of Glenn Lemm and John Bush.  These are |
| 13:03:27 | 22 | two InEx customers that unknowingly purchased Chinese drywall. |
| 13:03:31 | 23 | THE COURT:  All right. |
| | 24 | |
| | 25 | |

| | | |
|---|---|---|
| 13:03:31 | 1 | **GLENN LEMM,** |
| 13:03:32 | 2 | having been duly sworn, testified by deposition as follows: |
| 13:03:46 | 3 | **EXAMINATION** |
| 13:03:46 | 4 | **BY MR. SEEGER:** |
| 13:03:46 | 5 | **Q.**   Can you state your name for the record, please. |
| 13:03:49 | 6 | **A.**   Glenn Lemm. |
| 13:03:51 | 7 | **Q.**   And what is your current address? |
| 13:03:55 | 8 | **A.**   3310 Fricke Road, Building B, Houston, Texas. |
| 13:04:02 | 9 | **Q.**   How much high school did you complete? |
| 13:04:04 | 10 | **A.**   Through the 11th. |
| 13:04:06 | 11 | **Q.**   Through the 11th grade? |
| 13:04:08 | 12 | **A.**   (Nods head.) |
| 13:04:09 | 13 | **Q.**   Did you have any training beyond high school, any |
| 13:04:12 | 14 | training -- any sort of, I guess, technical training beyond |
| 13:04:15 | 15 | high school? |
| 13:04:15 | 16 | **A.**   No, ma'am. |
| 13:04:16 | 17 | **Q.**   And what did you do after you left high school? |
| 13:04:18 | 18 | **A.**   I went directly into the drywall business. |
| 13:04:21 | 19 | **Q.**   That was back in 1941? |
| 13:04:24 | 20 | **A.**   1958. |
| 13:04:25 | 21 | **Q.**   Sorry.  So back in 1958. |
| 13:04:27 | 22 | And who did you work for? |
| 13:04:28 | 23 | **A.**   I worked for Jurischk Brothers Drywall, Incorporated. |
| 13:04:31 | 24 | **Q.**   That was here in Texas? |
| 13:04:32 | 25 | **A.**   Yes, ma'am. |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:04:33 | 1 | **Q.**  And what did you do for them? |
| 13:04:35 | 2 | **A.**  I was a laborer. |
| 13:04:36 | 3 | **Q.**  And can you explain that to me a little. |
| 13:04:39 | 4 | Did you hang the drywall? |
| 13:04:40 | 5 | **A.**  Well, I was finishing drywall -- |
| 13:04:42 | 6 | **Q.**  Okay. |
| 13:04:42 | 7 | **A.**  -- at first.  And then we went into all the rest of it. |
| 13:04:46 | 8 | **Q.**  And when you say *finishing drywall*, what does that mean? |
| 13:04:50 | 9 | **A.**  Taping and floating, bedding. |
| 13:04:52 | 10 | **Q.**  Did you do any texturing with that? |
| 13:04:55 | 11 | **A.**  No, ma'am. |
| 13:04:56 | 12 | **Q.**  And about how long did you do that for? |
| 13:04:58 | 13 | **A.**  Well, I did it up until about, probably, 1975. |
| 13:05:09 | 14 | **Q.**  Uh-huh.  And then -- |
| 13:05:12 | 15 | **A.**  And then I became a superintendent for the same company. |
| 13:05:15 | 16 | **Q.**  And as the superintendent, did you -- what were your |
| 13:05:22 | 17 | job -- what did you do as a superintendent? |
| 13:05:24 | 18 | **A.**  Running their jobs, you know, supervising the jobs. |
| 13:05:29 | 19 | **Q.**  Just for drywall? |
| 13:05:31 | 20 | **A.**  Very little office work.  Most of it was just supervision. |
| 13:05:34 | 21 | **Q.**  On the job site? |
| 13:05:36 | 22 | **A.**  Yes, ma'am. |
| 13:05:36 | 23 | **Q.**  And it was supervision of the people -- |
| 13:05:39 | 24 | **A.**  Hangers, finishers, yes, ma'am. |
| 13:05:42 | 25 | **Q.**  And then are you still with Jurischk Brothers? |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:05:45 | 1 | **A.**   Well, I acquired the company in '93 and changed the |
| 13:05:50 | 2 | company to Lemm Drywall d/b/a Jurischk Brothers. |
| 13:05:59 | 3 | **Q.**   And what is your position with the company now? |
| 13:06:02 | 4 | **A.**   Well, I'm the owner. |
| 13:06:10 | 5 | **Q.**   And what do you do as the owner? |
| 13:06:12 | 6 | **A.**   Well, the least as possible. |
| 13:06:15 | 7 | **Q.**   That's probably a good thing. |
| 13:06:17 | 8 | **A.**   No.  I bid jobs.  I bid jobs, and sometimes I go out on |
| 13:06:21 | 9 | the jobs.  You know if we get too much work going, I -- you |
| 13:06:26 | 10 | know, I have a couple of superintendents that work for me and I |
| 13:06:28 | 11 | kind of fill in, you know. |
| 13:06:30 | 12 | **Q.**   And how many superintendents -- the superintendents sort |
| 13:06:33 | 13 | of do the -- |
| 13:06:34 | 14 | **A.**   Well, I have one superintendent. |
| 13:06:36 | 15 | **Q.**   Okay.  And he's the one now that's sort of the day-to-day |
| 13:06:40 | 16 | on the job? |
| 13:06:41 | 17 | **A.**   Yeah, on the job, making sure everything is going right |
| 13:06:45 | 18 | and what have you. |
| 13:06:46 | 19 | **Q.**   And do you purchase drywall now? |
| 13:06:49 | 20 | **A.**   Yes, ma'am. |
| 13:06:50 | 21 | **Q.**   And who do you purchase drywall from? |
| 13:06:52 | 22 | **A.**   Well, about three or four different suppliers.  Do you |
| 13:06:56 | 23 | want the names? |
| 13:06:57 | 24 | **Q.**   Sure. |
| 13:06:57 | 25 | **A.**   Tejas Materials. |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:06:59 | 1 | **Q.**   Uh-huh. |
| 13:07:00 | 2 | **A.**   Wallboard Stockers.  Gulf Coast Supply. |
| 13:07:06 | 3 | Interior Exterior.  That's the four that I use right now. |
| 13:07:13 | 4 | **Q.**   And do you do commercial or residential? |
| 13:07:15 | 5 | **A.**   Residential. |
| 13:07:16 | 6 | **Q.**   Only residential? |
| 13:07:18 | 7 | **A.**   (Nods head.) |
| 13:07:18 | 8 | **Q.**   Have you always only done residential? |
| 13:07:21 | 9 | **A.**   Yes, ma'am, since I purchased the company. |
| 13:07:23 | 10 | **Q.**   So since 1993? |
| 13:07:24 | 11 | **A.**   Uh-huh. |
| 13:07:25 | 12 | **Q.**   How do you decide what drywall to purchase? |
| 13:07:28 | 13 | **A.**   Price.  Most of them are relative competitive -- |
| 13:07:39 | 14 | relatively competitive, you know.  But I like to use different |
| 13:07:43 | 15 | suppliers because in the past we have run into product |
| 13:07:48 | 16 | shortages.  And if you hadn't bought anything from them, they |
| 13:07:53 | 17 | won't sell you anything, you know? |
| 13:07:55 | 18 | **Q.**   So when you say *different suppliers*, do you mean of the |
| 13:07:57 | 19 | four companies that you listed earlier, Interior Exterior, |
| 13:08:00 | 20 | Gulf Coast, Wallboard, and Tejas? |
| 13:08:09 | 21 | **A.**   Tejas.  I try to spread it out, you know, and give each |
| 13:08:12 | 22 | one something. |
| 13:08:14 | 23 | **Q.**   And when you look to purchase drywall for a particular |
| 13:08:18 | 24 | project, kind of take me through that process. |
| 13:08:24 | 25 | **A.**   Well, I just call the supply company to give them the |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:08:28 | 1 | order and the address.  They ship it. |
| 13:08:33 | 2 | **Q.**   How do you pick which -- I know you said that you like to |
| 13:08:35 | 3 | spread it out, but how do you pick, you know, This time I'm |
| 13:08:38 | 4 | going to, you know, contact Gulf Coast or this time I'm going |
| 13:08:40 | 5 | to contact Wallboard?  Do you contact all four and get the |
| 13:08:45 | 6 | prices? |
| 13:08:45 | 7 | **A.**   No.  No. |
| 13:08:46 | 8 | **Q.**   So you just sort of just say, you know, This time it's -- |
| 13:08:49 | 9 | **A.**   Yes.  I'm giving this one -- this house to this supplier. |
| 13:08:55 | 10 | **Q.**   And do you have a preference, when you contact each of |
| 13:08:57 | 11 | these suppliers, of the type of drywall that you receive? |
| 13:09:01 | 12 | **A.**   No, ma'am. |
| 13:09:05 | 13 | **Q.**   Do you have a preference for U.S.-made board or foreign |
| 13:09:08 | 14 | board? |
| 13:09:09 | 15 | **A.**   No, ma'am. |
| 13:09:14 | 16 | **Q.**   Are you the individual that purchases all the drywall? |
| 13:09:16 | 17 | **A.**   Yes, ma'am. |
| 13:09:17 | 18 | **Q.**   And in the 2005 and 2006 time period, were you the person |
| 13:09:21 | 19 | that purchased all the drywall? |
| 13:09:23 | 20 | **A.**   Yes, ma'am. |
| 13:09:24 | 21 | **Q.**   Now, you mentioned that you do business with |
| 13:09:26 | 22 | Interior Exterior Building Supply. |
| 13:09:31 | 23 |          Do you know how long you have been working with them? |
| 13:09:33 | 24 | **A.**   With Interior Exterior? |
| 13:09:36 | 25 | **Q.**   Uh-huh. |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:09:37 | 1 | **A.**   I would say nine to ten years, just -- |
| 13:09:41 | 2 | **Q.**   And when you order drywall now from Interior Exterior, you |
| 13:09:46 | 3 | just give them a call and talk to Scott, place the order? |
| 13:09:49 | 4 | **A.**   Uh-huh. |
| 13:09:49 | 5 | **Q.**   And they deliver? |
| 13:09:51 | 6 | **A.**   Yes, ma'am. |
| 13:09:51 | 7 | **Q.**   Do you ever see the drywall? |
| 13:09:52 | 8 | **A.**   On the job site, yes, ma'am. |
| 13:09:59 | 9 | **Q.**   But they deliver it.  You don't deliver it; they deliver |
| 13:10:01 | 10 | it? |
| 13:10:02 | 11 | **A.**   They deliver it, yes, ma'am. |
| 13:10:03 | 12 | **Q.**   And then when it -- in the 2005 and 2006 time period, did |
| 13:10:09 | 13 | you see drywall from Interior Exterior that was delivered to |
| 13:10:12 | 14 | the job sites? |
| 13:10:16 | 15 | **A.**   Yes, ma'am. |
| 13:10:18 | 16 | **Q.**   Did you help install it or finish it or -- |
| 13:10:22 | 17 | **A.**   No, ma'am.  As far as to what brand it was? |
| 13:10:28 | 18 | **Q.**   Just anything different than it -- you normally -- when |
| 13:10:31 | 19 | you -- did it look any different from drywall that you had |
| 13:10:34 | 20 | gotten delivered prior to that period of time? |
| 13:10:36 | 21 | **A.**   No, ma'am. |
| 13:10:37 | 22 | **Q.**   Did you notice the brand of drywall? |
| 13:10:40 | 23 | **A.**   I -- not really. |
| 13:10:49 | 24 | **Q.**   And when you say *not really*, what do you mean by that? |
| 13:10:54 | 25 | **A.**   Well, I -- you know, it didn't matter to me whether it was |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:10:58 | 1 | USG, National Gypsum, or whatever.  You know, it was an |
| 13:11:02 | 2 | American-made product, I knew. |
| 13:11:04 | 3 | **Q.**   And how did you know it was an American-made product? |
| 13:11:07 | 4 | **A.**   By looking at the tabs on the end of the sheetrock. |
| 13:11:16 | 5 | **Q.**   And did you specify to Interior Exterior that you only |
| 13:11:19 | 6 | wanted U.S.-made products? |
| 13:11:21 | 7 | **A.**   No, I didn't. |
| 13:11:23 | 8 | **Q.**   If I told you I had some invoices for Lemm Drywall that |
| 13:11:31 | 9 | indicated that, quote, no Knauf was supposed to be used, do you |
| 13:11:36 | 10 | know why that would be on the invoices? |
| 13:11:38 | 11 | **A.**   Because I told them I didn't want any of that. |
| 13:11:41 | 12 | **Q.**   And why did you tell them that? |
| 13:11:43 | 13 | **A.**   Well, they had asked me if I wanted to try the board.  And |
| 13:11:49 | 14 | they shipped about 20 sheets to a house that -- with the other |
| 13:11:56 | 15 | rock that they had sent. |
| 13:11:57 | 16 | **Q.**   Uh-huh. |
| 13:11:58 | 17 | **A.**   And we tried it, and I told them I wanted no more of that. |
| 13:12:02 | 18 | **Q.**   And why was that? |
| 13:12:03 | 19 | **A.**   Because I didn't like the way the rock broke.  I didn't |
| 13:12:06 | 20 | like the way it scored.  I didn't like -- it was heavy.  It was |
| 13:12:10 | 21 | just something we were not used to.  It's different than what |
| 13:12:13 | 22 | we were used to using. |
| 13:12:15 | 23 | **Q.**   And did it make it more difficult to hang because it |
| 13:12:18 | 24 | was -- |
| 13:12:19 | 25 | **A.**   Well, the weight, yes, ma'am. |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:12:21 | 1 | **Q.**  Did the board smell at all? |
| 13:12:22 | 2 | **A.**  Not that I remember. |
| 13:12:26 | 3 | **Q.**  And -- excuse me. |
| 13:12:30 | 4 | **A.**  Of course, only one time using, you know, 20 sheets, |
| 13:12:34 | 5 | you -- |
| 13:12:35 | 6 | **Q.**  Did you end up using it in the home or -- those 20 sheets |
| 13:12:39 | 7 | that they sent, did you the end up using those 20 sheets? |
| 13:12:42 | 8 | **A.**  Yes, ma'am, we used it.  We used it in the garage of that |
| 13:12:46 | 9 | home. |
| 13:12:47 | 10 | **Q.**  And other than the fact that it -- you didn't like the way |
| 13:12:52 | 11 | that it broke and it was heavy, was there anything else about |
| 13:12:55 | 12 | that, those 20 sheets, that you did not like? |
| 13:12:57 | 13 | **A.**  Well, the core -- the core was kind of not uniform, |
| 13:13:01 | 14 | brittlely, like the inside of the gypsum part. |
| 13:13:05 | 15 | **Q.**  And does that make it break easier or just break |
| 13:13:13 | 16 | differently? |
| 13:13:13 | 17 | **A.**  Well, it breaks uneven. |
| 13:13:15 | 18 | **Q.**  Other than telling Interior Exterior, at that period of |
| 13:13:18 | 19 | time, that you didn't want any more of the Knauf board that |
| 13:13:20 | 20 | they had sent for you to try out, did you ever specify to them |
| 13:13:24 | 21 | a brand preference or any other sort of preference when you |
| 13:13:29 | 22 | ordered the drywall? |
| 13:13:31 | 23 | **A.**  No, ma'am. |
| 13:13:33 | 24 | **Q.**  In the -- and I tried to make you a drywaller for 20 more |
| 13:13:39 | 25 | years than you actually were. |

**GLENN LEMM - EXAMINATION**

13:13:41  1              But in the years that you have been working with

13:13:42  2    drywall, have you ever had issues with board that was -- that

13:13:45  3    had an odor to it?

13:13:48  4    A.   No, ma'am.

13:13:49  5    Q.   Anything that -- have you ever heard -- prior to the

13:13:54  6    drywall that's at issue here that was manufactured in China,

13:13:59  7    have you ever heard of any board that emitted sulfur?

13:14:03  8    A.   Not to my knowledge.

13:14:04  9    Q.   Or any that corroded metal?

13:14:07  10   A.   No, ma'am.

13:14:10  11   Q.   Other than the 20 sheets of Knauf board that

13:14:13  12   Interior Exterior had provided to you in 2005 and 2006, have

13:14:19  13   you ever used, to your knowledge, any sheetrock that was

13:14:23  14   manufactured not in the United States?

13:14:25  15   A.   Yes, ma'am.  1998, 1999, there was a board shortage

13:14:31  16   throughout the United States.  We were getting board from God

13:14:35  17   knows where.

13:14:40  18   Q.   Okay.

13:14:41  19   A.   Some of it, I can't even pronounce the name.  But it was

13:14:46  20   from Taiwan, I'm sure.  It was from, of course, Canada and

13:14:49  21   Mexico.  They're pretty much -- I would say just about local, I

13:14:54  22   guess.  But we were getting board from all over.

13:15:04  23   Q.   Was that board similar to the American-made board or was

13:15:07  24   it different?

13:15:08  25   A.   Well, there was a little difference, weight more than

**GLENN LEMM - EXAMINATION**

13:15:10  1  anything.  And then the score problem also.  You know, it broke

13:15:14  2  uneven and what have you not.

13:15:16  3          But back then, we didn't complain.  We just needed

13:15:19  4  something to hang on the wall.

13:15:23  5  Q.   And when you say you didn't complain back then because

13:15:26  6  there was the shortage, back in 2005 and 2006, were you not

13:15:30  7  experiencing a similar shortage, so that was why you told

13:15:35  8  Interior Exterior, We don't want anymore of this Knauf board?

13:15:39  9  A.   Right.  The way I understand it, the shortage was to the

13:15:44  10  east, and we didn't have a problem with -- we could get all the

13:15:48  11  board we wanted here in the Houston area.

13:15:50  12  Q.   So you were able to be a little bit more, I guess,

13:15:53  13  selective?

13:15:53  14  A.   Yes, ma'am.  I could pick and choose.

13:15:57  15  Q.   Were the problems that you had with the Knauf board in

13:16:01  16  2005 and 2006 similar to the problems you were having with the

13:16:04  17  board from -- the non-U.S. board back in 1998 to 1999?

13:16:09  18  A.   Well, you know, only using 20 sheets, you know, it's kind

13:16:12  19  of hard to compare the -- the deal.  But I would say it was

13:16:18  20  much different than some of the other foreign board.

13:16:24  21  Q.   The foreign board in 1998 to 1999, did it have an odor to

13:16:28  22  it?

13:16:29  23  A.   Not to my knowledge.

13:16:30  24  Q.   And to your knowledge, did that board corrode any metals

13:16:33  25  in the homes that it was used on?

GLENN LEMM - EXAMINATION

| | | |
|---|---|---|
| 13:16:35 | 1 | **A.**    Not to my knowledge.  Never had a complaint. |
| 13:16:37 | 2 | **Q.**    And did it emit any sulfur at all, to your knowledge? |
| 13:16:44 | 3 | **A.**    Not to my knowledge. |
| 13:16:45 | 4 | **Q.**    You've been dealing with InEx and getting drywall from |
| 13:16:49 | 5 | InEx for about, say, the past decade or so.  True? |
| 13:16:52 | 6 | **A.**    That's correct. |
| 13:16:54 | 7 | **Q.**    Did InEx represent itself as a bargain-basement |
| 13:17:01 | 8 | distributor or did they represent themselves as a higher-end |
| 13:17:06 | 9 | distributor? |
| 13:17:07 | 10 | **A.**    I would say higher-end distributor. |
| 13:17:12 | 11 | **Q.**    Okay.  Is it fair to state that in terms of your |
| 13:17:17 | 12 | expectations, from the drywall you expected to receive from |
| 13:17:21 | 13 | InEx, that it would be of a high quality? |
| 13:17:23 | 14 | **A.**    Correct. |
| 13:17:24 | 15 | **Q.**    Okay.  Now, you had talked about briefly to other counsel |
| 13:17:30 | 16 | that you experienced problems with drywall that was imported |
| 13:17:34 | 17 | from, say, Taiwan or outside of the U.S. back in, I think, 1998 |
| 13:17:42 | 18 | to 2000 time frame. |
| 13:17:44 | 19 | **A.**    Right. |
| 13:17:44 | 20 | **Q.**    Okay.  And that there was a shortage, at least here in and |
| 13:17:52 | 21 | around this area, and InEx and the other drywall suppliers that |
| 13:17:59 | 22 | you dealt with had gotten drywall from outside the |
| 13:18:02 | 23 | United States.  True? |
| 13:18:03 | 24 | **A.**    Correct. |
| 13:18:06 | 25 | **Q.**    Okay.  And that there were some problems that you |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:18:09 | 1 | personally experienced with that drywall that InEx and other |
| 13:18:16 | 2 | companies, suppliers from around this area, brought into the |
| 13:18:21 | 3 | country from outside the country, correct? |
| 13:18:24 | 4 | A.    Yes, sir. |
| 13:18:25 | 5 | Q.    Okay.  And some of those problems that you experienced |
| 13:18:30 | 6 | with that -- what we'll call imported drywall that InEx and the |
| 13:18:35 | 7 | other suppliers sold you in around 1998 to 2000 -- was that it |
| 13:18:41 | 8 | was heavier than the American drywall. |
| 13:18:46 | 9 | A.    Yes, sir. |
| 13:18:47 | 10 | Q.    Okay.  And that it -- I think you said it had some |
| 13:18:51 | 11 | problems with breaking or cutting? |
| 13:18:57 | 12 | A.    Yes, sir. |
| 13:18:58 | 13 | Q.    Okay.  And what, if any, opinions did you form about that |
| 13:19:01 | 14 | imported drywall at that time? |
| 13:19:11 | 15 | A.    Well, my opinion was I didn't like it, but I had to like |
| 13:19:15 | 16 | it.  It doesn't have the quality of the American board. |
| 13:19:27 | 17 | Q.    Okay.  Was it something that you only experienced or was |
| 13:19:32 | 18 | that something that was consistent at least through other |
| 13:19:36 | 19 | people -- |
| 13:19:36 | 20 | A.    It was throughout the industry. |
| 13:19:37 | 21 | Q.    Okay.  That there was -- potentially, that there was an |
| 13:19:43 | 22 | issue with lower quality of the imported board versus the |
| 13:19:47 | 23 | American board? |
| 13:19:48 | 24 | A.    Correct. |
| 13:19:48 | 25 | Q.    And that's -- I'm talking about that board that was |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:19:51 | 1 | imported that you use and were sold by InEx and other |
| 13:19:58 | 2 | distributors back in the '98 to 2000 time. |
| 13:20:01 | 3 | **A.** Right. |
| 13:20:02 | 4 | **Q.** Okay. Now, we are here today about the drywall that you |
| 13:20:06 | 5 | bought and purchased, and I think it started around 2006, okay, |
| 13:20:12 | 6 | after Hurricanes Katrina and Rita. All right? |
| 13:20:19 | 7 | But prior to that time, would it be fair to state |
| 13:20:22 | 8 | that your prior experience with this imported drywall and |
| 13:20:25 | 9 | having some problems with that at least gave you some |
| 13:20:28 | 10 | information about the potential problems with imported drywall. |
| 13:20:32 | 11 | True? |
| 13:20:33 | 12 | **A.** Yes, sir. |
| 13:20:36 | 13 | **Q.** As of that time -- and I'm talking about, let's just say |
| 13:20:39 | 14 | right before this Chinese drywall came in that |
| 13:20:43 | 15 | Interior Exterior was selling, right before that, say around |
| 13:20:47 | 16 | Hurricane Katrina, what knowledge did you have about Chinese |
| 13:20:51 | 17 | products in general? |
| 13:20:54 | 18 | And I'm not going to limit it to Chinese drywall, I'm |
| 13:20:56 | 19 | just saying products made in China in general around the 2005 |
| 13:21:00 | 20 | time frame, in terms of their quality or lack of quality. |
| 13:21:13 | 21 | **A.** I'm not a consumer of foreign products. I don't like |
| 13:21:21 | 22 | foreign products. I like to buy American. |
| 13:21:24 | 23 | **Q.** Okay. And is there any particular reason? |
| 13:21:26 | 24 | **A.** Well, because I think -- I think Chinese stuff is cheap. |
| 13:21:32 | 25 | You know, just -- it just doesn't have the quality. Anything |

**GLENN LEMM - EXAMINATION**

13:21:36  1   they make in China, not just concerning drywall.

13:21:39  2   Q.   Okay.  Fair to say, when you say *not as good*, though, it's

13:21:47  3   a poor quality?

13:21:48  4   A.   Poor quality, correct.

13:21:51  5   Q.   So you became aware after Hurricane Katrina, after

13:21:54  6   Hurricane Rita -- I'm going to suggest to you sometime in early

13:21:58  7   2006 -- that Interior Exterior had begun to offer to sell

13:22:02  8   Chinese-made drywall.  True?

13:22:07  9   A.   Correct.

13:22:08  10  Q.   Okay.  And my understanding from your testimony so far is

13:22:15  11  that Interior Exterior asked you if you would be interested in

13:22:21  12  trying Chinese-manufactured drywall that Interior Exterior was

13:22:25  13  selling.  True?

13:22:27  14  A.   Correct.

13:22:28  15  Q.   Okay.  And this was sometime in, say, the early 2006 time

13:22:33  16  frame.  True?

13:22:33  17  A.   Yes, sir.

13:22:35  18  Q.   And in fact, at that time, you had already had a prior bad

13:22:40  19  experience with imported drywall, true, from 1998 to 2000?

13:22:49  20  A.   Yes, sir.

13:22:50  21  Q.   Okay.  And my understanding is that that at least formed a

13:22:55  22  basis of your beliefs that you needed to be hesitant about

13:23:00  23  using or trying the Chinese-manufactured drywall in the early

13:23:03  24  2006 time frame.  True?

13:23:10  25  A.   Yes, sir.

**GLENN LEMM - EXAMINATION**

13:23:11  1   **Q.**   Okay.  So Interior Exterior asked you to try the Chinese
13:23:14  2   drywall, and you agreed to try about 20 sheets of the
13:23:17  3   Chinese-manufactured drywall that Interior Exterior was selling
13:23:21  4   in early 2006.  True?
13:23:22  5   **A.**   To my knowledge, that's correct.
13:23:30  6   **Q.**   Back in early 2006, when the Interior Exterior, or InEx,
13:23:35  7   sales reps were asking you to try the Chinese drywall, do you
13:23:39  8   remember what they were telling you about the Chinese drywall?
13:23:42  9   **A.**   Well, they -- they just asked me if I was interested in
13:23:46  10  using it.  We didn't talk about price or anything of that sort,
13:23:51  11  you know.
13:23:52  12  **Q.**   Okay.
13:23:53  13  **A.**   Just, Would you like to try it?
13:23:55  14  **Q.**   Okay.
13:23:57  15  **A.**   And I said, Well, I will, you know, try a few sheets and
13:24:00  16  see what I think about it.
13:24:01  17  **Q.**   And you are certain that InEx, Interior Exterior Building
13:24:06  18  Supply, delivered to you and provided you with approximately 20
13:24:09  19  sheets of Chinese-manufactured drywall in early --
13:24:13  20  **A.**   Correct.
13:24:13  21  **Q.**   -- in early 2006?
13:24:15  22  **A.**   Correct.
13:24:15  23  **Q.**   Well, let me ask you if you remember any of these things.
13:24:18  24          When telling you about the Chinese-manufactured
13:24:21  25  drywall and seeing if you wanted to try it back in early 2006,

**GLENN LEMM - EXAMINATION**

13:24:27  1    did the Interior Exterior sales rep warn you that the Chinese

13:24:30  2    drywall was more brittle than domestic drywall?

13:24:33  3    **A.**   No, sir.

13:24:34  4    **Q.**   Okay.  Back in 2006, when asking you to try the

13:24:40  5    Chinese-manufactured drywall, did the Interior Exterior sales

13:24:42  6    rep warn you that the Chinese drywall was more difficult to cut

13:24:46  7    than the domestic drywall?

13:24:48  8    **A.**   Not that I remember.

13:24:50  9    **Q.**   Okay.  Back in early 2006, when asking you to try the

13:24:54  10   Chinese-manufactured drywall, did the Interior Exterior sales

13:24:57  11   rep advise you that the Chinese drywall was heavier than the

13:25:00  12   domestic drywall?

13:25:02  13   **A.**   To my knowledge, no.

13:25:03  14   **Q.**   Okay.  Back in 2006, when seeing if you would agree to use

13:25:07  15   the Chinese-manufactured drywall, did the Interior Exterior

13:25:13  16   sales rep ever warn you that the Chinese drywall was harder to

13:25:19  17   handle than the domestic drywall?

13:25:21  18   **A.**   No, sir.

13:25:22  19   **Q.**   Okay.  Back in 2006, when they were asking you to try the

13:25:30  20   Chinese drywall, did the Interior Exterior sales rep ever

13:25:34  21   advise you that other InEx drywall customers had made

13:25:37  22   complaints about the quality of the Chinese drywall?

13:25:45  23   **A.**   Not to my knowledge.

13:25:46  24   **Q.**   Okay.  Back in early 2006, when the InEx sales rep was

13:25:52  25   asking you to try the Chinese drywall, did they ever advise you

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:25:57 | 1 | that other InEx customers who were purchasing drywall were |
| 13:26:01 | 2 | telling them that they didn't want the imported drywall? |
| 13:26:06 | 3 | **A.**   No, sir. |
| 13:26:10 | 4 | **Q.**   Okay.  Did they ever tell you, in early 2006 when asking |
| 13:26:15 | 5 | you to use the Chinese drywall, that other InEx customers were |
| 13:26:20 | 6 | telling them that they wanted domestic drywall only? |
| 13:26:23 | 7 | **A.**   No, sir. |
| 13:26:26 | 8 | **Q.**   Okay.  Did you receive any warnings at all or any advice |
| 13:26:30 | 9 | from the InEx sales rep in early 2006 about Chinese drywall? |
| 13:26:33 | 10 | **A.**   No, sir. |
| 13:26:38 | 11 | **Q.**   Okay.  All right.  So you got the 20 sheets.  And this is |
| 13:26:43 | 12 | what I understand.  I wrote them down.  This is what I |
| 13:26:45 | 13 | understand your experience with the Chinese drywall resulted |
| 13:26:49 | 14 | in. |
| 13:26:51 | 15 |         That back in early 2006, you experienced that the |
| 13:26:56 | 16 | Chinese drywall that Interior Exterior sold you was brittle. |
| 13:26:59 | 17 | True? |
| 13:27:02 | 18 | **A.**   Yes, sir. |
| 13:27:03 | 19 | **Q.**   Okay.  Back in early 2006, you experienced that the |
| 13:27:09 | 20 | Chinese drywall that Interior Exterior sold you was difficult |
| 13:27:11 | 21 | to score. |
| 13:27:13 | 22 | **A.**   I probably did mention something to them about it.  I'm |
| 13:27:15 | 23 | not sure. |
| 13:27:20 | 24 | **Q.**   Okay.  Well, back in early 2006, your experience was that |
| 13:27:23 | 25 | the Chinese drywall that Interior Exterior sold you was heavier |

GLENN LEMM - EXAMINATION

| | | |
|---|---|---|
| 13:27:27 | 1 | than the American-manufactured drywall? |
| 13:27:33 | 2 | A.   It probably was mentioned.  I'm not sure.  I wouldn't -- |
| 13:27:38 | 3 | you know, I wouldn't swear to it.  But -- |
| 13:27:46 | 4 | Q.   Okay.  Right now, I'm talking about your experience. |
| 13:27:49 | 5 | A.   Uh-huh. |
| 13:27:50 | 6 | Q.   My understanding from your testimony earlier was that the |
| 13:27:53 | 7 | 20 sheets of the Chinese drywall that Interior Exterior sold |
| 13:27:57 | 8 | you in early 2006 was more brittle than the domestic board; the |
| 13:28:03 | 9 | core was not uniform; it was heavier; it had a problem scoring, |
| 13:28:09 | 10 | or cutting; and it didn't break well. |
| 13:28:12 | 11 | A.   Correct. |
| 13:28:17 | 12 | Q.   Okay.  And I think the way you said -- one of the things |
| 13:28:21 | 13 | you said was that the Chinese drywall breaks uneven.  True? |
| 13:28:25 | 14 | A.   Correct. |
| 13:28:26 | 15 | Q.   Okay.  And regardless -- I'm not going to ask you about |
| 13:28:29 | 16 | each specific thing with this.  But you -- it is my |
| 13:28:35 | 17 | understanding that, after that experience, you relayed to |
| 13:28:38 | 18 | InEx -- to the InEx sales reps that you dealt with, that this |
| 13:28:42 | 19 | stuff was no good as far as you were concerned.  You didn't |
| 13:28:48 | 20 | want it.  True? |
| 13:28:48 | 21 | A.   Correct. |
| 13:28:55 | 22 | Q.   And you were clear about that, weren't you?  I mean, you |
| 13:28:58 | 23 | were very clear that you did not want this product? |
| 13:29:00 | 24 | A.   Yes, sir. |
| 13:29:01 | 25 | Q.   And you were clear that, in your mind, this was a poor |

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:29:04 | 1 | product, a poor quality product. |
| 13:29:06 | 2 | **A.**    Yes, sir. |
| 13:29:11 | 3 | **Q.**    Okay.  What I want to do now is show you what we will mark |
| 13:29:13 | 4 | as an in globo exhibit.  I'm going to give a copy to all the |
| 13:29:21 | 5 | counsel.  I'm going to give a copy to you. |
| 13:29:24 | 6 | I will state for the record what I'm marking as an |
| 13:29:28 | 7 | in globo exhibit are invoices that have been produced to us |
| 13:29:33 | 8 | from Interior Exterior that are sent to you for what we |
| 13:29:39 | 9 | understand to be drywall you purchased from Interior Exterior. |
| 13:29:41 | 10 | Okay? |
| 13:29:45 | 11 | **A.**    Okay. |
| 13:29:47 | 12 | **Q.**    The ones that were produced to us involve the 2006 time |
| 13:29:51 | 13 | frame and, specifically, June and July of 2006.  And these were |
| 13:29:57 | 14 | the invoices that we have that Interior Exterior sent to you |
| 13:30:00 | 15 | for drywall that you purchased from them.  Okay? |
| 13:30:03 | 16 | **A.**    (Nods head.) |
| 13:30:06 | 17 | **Q.**    For the record, the invoices -- there are 20 separate |
| 13:30:11 | 18 | invoices.  The dates range from June 21, 2006, to July -- the |
| 13:30:16 | 19 | purchase order dates range from July 21, 2006, to July 11, |
| 13:30:21 | 20 | 2006. |
| 13:30:25 | 21 | And if you will go toward the bottom left of the |
| 13:30:28 | 22 | invoice, there are three separate entries listed where -- and |
| 13:30:36 | 23 | I'll point to you here -- where it says, "No Knauf," "No |
| 13:30:42 | 24 | Knauf," "No Knauf." |
| 13:30:44 | 25 | Do you see that? |

**GLENN LEMM - EXAMINATION**

13:30:45  1   **A.**   Yes, sir.

13:30:45  2   **Q.**   Is that consistent with the type of message that you were

13:30:49  3   relaying to Interior Exterior sales reps about the type of

13:30:53  4   drywall you wanted and didn't want?

13:30:58  5   **A.**   I would say it -- that they knew I didn't want that brand.

13:31:02  6   I didn't specify any other brand.

13:31:04  7   **Q.**   Okay.  And did you understand the Knauf brand to be the

13:31:09  8   Chinese-manufactured drywall?

13:31:11  9   **A.**   Yes, sir.

13:31:12  10  **Q.**   Okay.  Were you aware of any other brand of

13:31:15  11  Chinese-manufactured drywall at that time?

13:31:18  12  **A.**   No, sir.

13:31:18  13  **Q.**   Is it fair to state, when we see *No Knauf* on your invoices

13:31:24  14  that, in other words, means no Chinese drywall?

13:31:30  15  **A.**   Correct.

13:31:31  16  **Q.**   As far as you were concerned?

13:31:33  17  **A.**   As far as I was concerned.

13:31:35  18  **Q.**   And as far as you were relaying to Interior Exterior, when

13:31:37  19  you said *No Knauf*, that meant no Chinese drywall?

13:31:41  20  **A.**   Correct.

13:31:43  21  **Q.**   Okay.  And is it fair to say that you did your best to

13:31:46  22  make that very clear to the Interior Exterior sales reps?

13:31:50  23  **A.**   Yes, sir.

13:31:53  24  **Q.**   And the second page which we will mark as 1-B, Lemm

13:31:58  25  Exhibit 1-B, is a one-page invoice Bates-numbered INT/EXT27730.

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:32:13 | 1 | And it is addressed to you, Lemm Drywall, Inc.  It's |
| 13:32:17 | 2 | from Interior Exterior Building Supply.  This is a separate |
| 13:32:20 | 3 | order from the prior one. |
| 13:32:22 | 4 | And although the purchase order date is the same, if |
| 13:32:27 | 5 | you see it up in the upper right-hand corner, June 21, 2006 -- |
| 13:32:33 | 6 | A.   Yes, sir. |
| 13:32:34 | 7 | Q.   -- it does seem like there was a different -- if you look |
| 13:32:38 | 8 | under "Instructions," a different sales rep's initials. |
| 13:32:41 | 9 | A.   Correct. |
| 13:32:41 | 10 | Q.   And this sales rep's initials are T, as in Tom; Y, as in |
| 13:32:47 | 11 | young; C, as in cat.  TYC. |
| 13:32:51 | 12 | Do you recall any sales rep with those initials? |
| 13:32:54 | 13 | A.   Yes, sir. |
| 13:32:55 | 14 | Q.   Do you know who that is? |
| 13:32:57 | 15 | A.   Trey.  I know him. |
| 13:32:59 | 16 | Q.   Okay.  That's Trey. |
| 13:33:01 | 17 | And would it be fair to say that at least two of the |
| 13:33:04 | 18 | sales reps that you dealt with at Interior Exterior are Trey |
| 13:33:08 | 19 | and Scott? |
| 13:33:09 | 20 | A.   Correct. |
| 13:33:10 | 21 | Q.   Okay.  And it at least looks like you dealt with Trey back |
| 13:33:15 | 22 | in the 2006 time frame.  True? |
| 13:33:18 | 23 | A.   Yes, sir. |
| 13:33:19 | 24 | Q.   And this was an order that you had placed.  And if you go |
| 13:33:22 | 25 | down toward the bottom of the invoice again, you will see, "No |

HOURLY TRANSCRIPT

**GLENN LEMM - EXAMINATION**

| | | |
|---|---|---|
| 13:33:28 | 1 | Knauf," "No Knauf," "No Knauf," and "No Knauf" a fourth time. |
| 13:33:33 | 2 | Do you see that? |
| 13:33:35 | 3 | A.   Yes, sir. |
| 13:33:36 | 4 | Q.   Okay.  Again, this is consistent with the messages that |
| 13:33:40 | 5 | you were delivering to the InEx sales reps about your problems |
| 13:33:44 | 6 | with the Chinese drywall and your desire not to have it? |
| 13:33:49 | 7 | A.   Yes, sir. |
| 13:33:54 | 8 | Q.   Let me ask you this:  Do you recall receiving invoices for |
| 13:33:57 | 9 | the drywall, invoices -- these invoices for the drywall you |
| 13:34:01 | 10 | purchased from Interior Exterior? |
| 13:34:02 | 11 | A.   Yes, sir. |
| 13:34:05 | 12 | Q.   We have got 1-A, and this is now 1-B. |
| 13:34:10 | 13 | These are the invoices you received? |
| 13:34:12 | 14 | A.   Yes, sir. |
| 13:34:15 | 15 | Q.   Because there are 20 invoices here over approximately a |
| 13:34:18 | 16 | three-week time frame in 2006. |
| 13:34:21 | 17 | But I will represent to you that 19 of these 20 |
| 13:34:25 | 18 | invoices state repeatedly on them, "No Knauf," "No Knauf," "No |
| 13:34:31 | 19 | Knauf."  Okay? |
| 13:34:33 | 20 | A.   Okay. |
| 13:34:34 | 21 | Q.   I will also represent to you that these invoices -- the |
| 13:34:38 | 22 | dates of these, at least the purchase order dates on these |
| 13:34:41 | 23 | invoices, range from June 21, 2006, to July 11, 2006.  Okay? |
| 13:34:47 | 24 | A.   Okay. |
| 13:34:49 | 25 | Q.   With respect to this, am I correct that all of these |

## GLENN LEMM - EXAMINATION

13:34:53  1  orders -- and when we see, "No Knauf," "No Knauf," "No Knauf"
13:35:00  2  on these invoices, that represents your statements to
13:35:02  3  Interior Exterior that you did not want Chinese drywall?
13:35:17  4  **A.**   Correct.
13:35:18  5  **Q.**   Okay.  And it's certainly consistent with your complaints
13:35:27  6  about the different problems you outlined regarding the Chinese
13:35:30  7  drywall in 2006.  True?
13:35:32  8  **A.**   True.
13:35:39  9  **Q.**   And that at least Trey was an Interior Exterior
13:35:43  10 salesperson that you made aware of these problems.  True?
13:35:48  11 **A.**   I'm not sure if I told -- I did tell each individual one,
13:35:54  12 but it was known to the organization over there that I didn't
13:35:58  13 want any.
13:36:00  14 **Q.**   What I'm trying to find out here, was this a -- these
13:36:03  15 problems you are talking about, was it -- were you able to see
13:36:06  16 them or did you spend, like, hours and hours looking
13:36:10  17 specifically for them?
13:36:12  18 **A.**   No, sir.  It was very apparent.
13:36:15  19 **Q.**   That's what I'm asking you.
13:36:17  20 **A.**   (Nods head.)
13:36:18  21 **Q.**   Okay.  Meaning this is something that popped out to you.
13:36:24  22 It wasn't something that you had --
13:36:25  23 **A.**   Correct.
13:36:25  24 **Q.**   -- to spend a lot of time looking for?
13:36:28  25 **A.**   I didn't have to dig into it.  It was there.

GLENN LEMM - EXAMINATION

| | | |
|---|---|---|
| 13:36:30 | 1 | **Q.**   The only thing we have to do on the record is identify the |
| 13:36:33 | 2 | exhibits. |
| 13:36:34 | 3 |        This is in globo Exhibit 1.  It is 23 pages.  The |
| 13:36:38 | 4 | Bates range is INT/EXT27730 to 27755, understanding that that's |
| 13:37:00 | 5 | a range and there are some numbers that are maybe skipped in |
| 13:37:03 | 6 | between, one or two.  So that's why I'm going to identify them |
| 13:37:05 | 7 | now. |
| 13:37:06 | 8 |        This Exhibit 1 represents 20 separate invoices from |
| 13:37:13 | 9 | Interior Exterior to Lemm Drywall, ranging from purchase order |
| 13:37:18 | 10 | dates of June 21, 2006, to July 11, 2006. |
| 13:37:24 | 11 |        The first page is INT/EXT27733.  That's marked |
| 13:37:35 | 12 | Lemm 1-A. |
| 13:37:36 | 13 |        The second one is Bates No. INT/EXT27730, and that is |
| 13:37:44 | 14 | Lemm 1-B.  So Lemm 1-B is INT/EXT27730, a one-page invoice from |
| 13:38:01 | 15 | Interior Exterior to Lemm Drywall, Inc. |
| 13:38:08 | 16 |        The third invoice is INT/EXT27734.  That's the Bates |
| 13:38:14 | 17 | number.  That's 1-C. |
| 13:38:24 | 18 |        1-D is INT/EXT27735, a one-page invoice from |
| 13:38:31 | 19 | Interior Exterior to Lemm Drywall. |
| 13:38:36 | 20 |        1-E is Bates number INT/EXT27729. |
| 13:38:45 | 21 |        1-F is a one-page Interior Exterior invoice, |
| 13:38:50 | 22 | Bates-numbered INT/EXT27731. |
| 13:38:55 | 23 |        1-G is Bates-numbered INT/EXT27732. |
| 13:39:02 | 24 |        1-H is INT/EXT27736. |
| 13:39:09 | 25 |        1-I is INT/EXT27743. |

GLENN LEMM - EXAMINATION

| | | |
|---|---|---|
| 13:39:14 | 1 | 1-J is INT/EXT27741. |
| 13:39:15 | 2 | 1-K is INT/EXT27742. |
| 13:39:30 | 3 | 1-L is INT/EXT27744. |
| 13:39:34 | 4 | 1-M is INT/EXT27745. |
| 13:39:41 | 5 | 1-N is INT/EXT27747. |
| 13:39:47 | 6 | 1-O is INT/EXT27748. |
| 13:39:54 | 7 | 1-P is INT/EXT27749. |
| 13:39:58 | 8 | 1-Q is INT/EXT27746. |
| 13:40:05 | 9 | 1-R is INT/EXT27750. |
| 13:40:14 | 10 | 1-S is INT/EXT27751. |
| 13:40:21 | 11 | 1-T is INT/EXT27752. |
| 13:40:25 | 12 | 1-U is INT/EXT27573. |
| 13:40:33 | 13 | 1-V is INT/EXT27574. |
| 13:40:36 | 14 | 1-W is INT/EXT27755. |
| 13:40:41 | 15 | Wonderful. |
| 13:40:42 | 16 | Mr. Lemm, these are all of Exhibit 1.  They are |
| 13:40:45 | 17 | invoices sent to you. |
| 13:40:47 | 18 | And the only thing I want to just make sure is |
| 13:40:51 | 19 | confirm that those are, in fact, Interior Exterior invoices |
| 13:40:53 | 20 | sent to you for drywall purchases that you made from |
| 13:40:57 | 21 | Interior Exterior during the 2006 time frame. |
| 13:41:06 | 22 | A.   Yes, sir. |
| 13:41:10 | 23 | MR. MEUNIER:  Your Honor, after that laborious |
| 13:41:13 | 24 | listing, we would want to move into evidence summarily all of |
| 13:41:17 | 25 | the referenced invoices.  I don't think there's an objection to |

13:41:22   1    the invoices.

13:41:24   2          MR. GRAU:  No, there's no objection, but I'm not sure

13:41:26   3    we have an exhibit for them.

13:41:29   4          THE COURT:  I'll admit it into evidence, but let's

13:41:31   5    give them an in globo.

13:41:34   6          MR. IRPINO:  In globo 1310.

13:41:37   7          MR. MEUNIER:  We will offer that in globo series of

13:41:39   8    invoices as Plaintiff's Exhibit 1310, Your Honor.

13:41:43   9          THE COURT:  Let it be admitted.

13:41:49   10         MR. MEUNIER:  Your Honor, we have another video to

13:41:51   11   play now of John Bush.

13:41:52   12         THE COURT:  Are y'all okay with another video?

13:41:54   13   Sorry.  Nobody is going to watch television tonight, right?

13:42:00   14              Let's play it.

13:42:06   15         MR. MEUNIER:  I'm sorry, Judge.  I'm told to give

13:42:08   16   that exhibit number as 1305.

13:42:12   17                    JOHN BUSH SR.

13:42:13   18   having been duly sworn, testified by deposition as follows:

13:42:13   19                     EXAMINATION

13:42:21   20   BY MR. MEUNIER:

13:42:21   21   Q.   Good afternoon.  Can you state your name, please.

13:42:22   22   A.   John Bush Sr.

13:42:25   23   Q.   And do you have any education after high school?

13:42:28   24   A.   I did not finish high school.

13:42:30   25   Q.   What year did you stop going to high school?

**JOHN BUSH SR. - EXAMINATION**

| | | |
|---|---|---|
| 13:42:33 | 1 | **A.**   I don't remember.  It's too long ago. |
| 13:42:36 | 2 | **Q.**   I understand.  I know the feeling. |
| 13:42:38 | 3 |       What did you do after high school? |
| 13:42:39 | 4 | **A.**   Oh, I did receive a GED and I became a police officer and |
| 13:42:44 | 5 | then went into construction. |
| 13:42:46 | 6 | **Q.**   All right.  And where were you a police officer? |
| 13:42:49 | 7 | **A.**   Houston. |
| 13:42:52 | 8 | **Q.**   How long were you an officer, a police officer, in |
| 13:42:54 | 9 | Houston? |
| 13:42:54 | 10 | **A.**   Roughly two years. |
| 13:42:56 | 11 | **Q.**   And about what years were those, if you can recall? |
| 13:42:59 | 12 | **A.**   I want to say '71, '72. |
| 13:43:01 | 13 | **Q.**   So what did you do then? |
| 13:43:03 | 14 | **A.**   I went into construction and became a superintendent. |
| 13:43:05 | 15 | **Q.**   Do you remember who it was you first worked for in the |
| 13:43:08 | 16 | construction industry? |
| 13:43:12 | 17 | **A.**   Oh, no.  No. |
| 13:43:15 | 18 | **Q.**   Have you been in the construction industry since that |
| 13:43:16 | 19 | time? |
| 13:43:16 | 20 | **A.**   Yes. |
| 13:43:17 | 21 | **Q.**   Okay.  So we are talking 40 years; is that right? |
| 13:43:21 | 22 | **A.**   How many? |
| 13:43:22 | 23 | **Q.**   About 40? |
| 13:43:25 | 24 | **A.**   Yeah.  Probably close, yeah. |
| 13:43:28 | 25 | **Q.**   What type of positions have you held while you've been in |

**JOHN BUSH SR. - EXAMINATION**

| | | |
|---|---|---|
| 13:43:31 | 1 | the construction business? |
| 13:43:32 | 2 | **A.**   Superintendent and then owner. |
| 13:43:36 | 3 | **Q.**   Okay.  What did you become the owner of? |
| 13:43:40 | 4 | **A.**   The first company was -- do you want the company name?  Is |
| 13:43:44 | 5 | that what you are looking for? |
| 13:43:45 | 6 | **Q.**   Sure. |
| 13:43:46 | 7 | **A.**   Phoenix. |
| 13:43:47 | 8 | **Q.**   Okay.  And what kind of construction work did Phoenix do? |
| 13:43:51 | 9 | **A.**   Metal studs and commercial drywall. |
| 13:43:56 | 10 | **Q.**   And when did you become the owner of Phoenix, as best you |
| 13:44:02 | 11 | can recall? |
| 13:44:02 | 12 | **A.**   That was March 1983. |
| 13:44:07 | 13 | **Q.**   So for the 11 years before that, does that mean that you |
| 13:44:09 | 14 | were a superintendent on different construction jobs at various |
| 13:44:12 | 15 | sites? |
| 13:44:13 | 16 | **A.**   Yes.  Superintendent and general foreman mostly. |
| 13:44:16 | 17 | **Q.**   Were those residential, commercial, or both? |
| 13:44:19 | 18 | **A.**   Industrial and commercial. |
| 13:44:21 | 19 | **Q.**   Okay.  How long were you with Phoenix? |
| 13:44:31 | 20 | **A.**   Phoenix still exists today.  It was never -- it was |
| 13:44:34 | 21 | just -- I never really ended.  I just quit doing work in the |
| 13:44:39 | 22 | commercial industry. |
| 13:44:40 | 23 | **Q.**   And when did you stop doing work under the name Phoenix? |
| 13:44:45 | 24 | **A.**   Probably '95, I want to say, somewhere in that |
| 13:44:47 | 25 | neighborhood. |

JOHN BUSH SR. - EXAMINATION

| | | |
|---|---|---|
| 13:44:48 | 1 | **Q.**   And then what did you do at that point? |
| 13:44:51 | 2 | **A.**   I had another company going at the same time that was |
| 13:44:54 | 3 | called Alvin Commercial, and I continued on with that. |
| 13:44:57 | 4 | **Q.**   Okay.  And did Alvin Commercial do primarily commercial |
| 13:45:01 | 5 | construction? |
| 13:45:02 | 6 | **A.**   It did all commercial construction. |
| 13:45:04 | 7 | **Q.**   How long did you either stay with or do business as Alvin |
| 13:45:07 | 8 | Commercial? |
| 13:45:08 | 9 | **A.**   That company stayed, and we formed Titan for residential |
| 13:45:14 | 10 | while that company was still in existence.  And then together, |
| 13:45:17 | 11 | they both became so large, it was too much to handle, that I |
| 13:45:21 | 12 | slowly just phased out the commercial.  It skill exists today |
| 13:45:25 | 13 | and it still is a corporation owned by me. |
| 13:45:27 | 14 | **Q.**   So for the last nine or 10 years, you've been doing |
| 13:45:30 | 15 | business under the name of Titan, correct? |
| 13:45:32 | 16 | **A.**   Strictly residential. |
| 13:45:34 | 17 | **Q.**   Is there a more complete name than Titan? |
| 13:45:38 | 18 | **A.**   It's Titan Drywall Inc. |
| 13:45:41 | 19 | **Q.**   And what do you do or what type of business does Titan |
| 13:45:44 | 20 | Drywall Inc. do? |
| 13:45:46 | 21 | **A.**   New residential drywall. |
| 13:45:48 | 22 | **Q.**   Does it do any part of the construction process other than |
| 13:45:50 | 23 | installing drywall? |
| 13:45:52 | 24 | **A.**   The only other part would be texture. |
| 13:45:55 | 25 | **Q.**   So you put it on the wall and you make it look pretty? |

**JOHN BUSH SR. - EXAMINATION**

| | | |
|---|---|---|
| 13:45:58 | 1 | **A.**   Yes, and texture it.  For some builders we texture, for |
| 13:46:04 | 2 | some we do not. |
| 13:46:05 | 3 | **Q.**   Is there a builder or a group of builders that Titan works |
| 13:46:07 | 4 | with on a regular basis? |
| 13:46:08 | 5 | **A.**   There's more than one, yes. |
| 13:46:10 | 6 | **Q.**   Who are some of your biggest contractors that you work |
| 13:46:13 | 7 | with? |
| 13:46:13 | 8 | **A.**   At what time? |
| 13:46:15 | 9 | **Q.**   Good question.  How about in the 2005-2006 time period? |
| 13:46:24 | 10 | **A.**   The biggest were probably Ashton Woods, Meritage.  It |
| 13:46:37 | 11 | could be one of two names, either Brighton in Texas or |
| 13:46:41 | 12 | K. Hovnanian, who is the parent company. |
| 13:46:45 | 13 | **Q.**   Okay. |
| 13:46:45 | 14 | **A.**   Trendmaker.  And probably five or six other custom |
| 13:46:50 | 15 | builders. |
| 13:46:54 | 16 | **Q.**   Who purchases drywall for Titan? |
| 13:46:56 | 17 | **A.**   I do. |
| 13:46:57 | 18 | **Q.**   Has that always been the case? |
| 13:46:58 | 19 | **A.**   Yes. |
| 13:47:02 | 20 | **Q.**   Where does Titan do business? |
| 13:47:03 | 21 | **A.**   What time period are you speaking of? |
| 13:47:06 | 22 | **Q.**   Well, let's go through the history of the company. |
| 13:47:10 | 23 | **A.**   That can be at five or six different places, and I can |
| 13:47:15 | 24 | go -- today it can be different. |
| 13:47:17 | 25 | **Q.**   Okay. |

JOHN BUSH SR. - EXAMINATION

13:47:18  1   A.   If you are speaking of today, today, I primarily buy from
13:47:22  2   three, one primary and two smaller.
13:47:25  3   Q.   Okay.  Actually, I think I asked you a different question.
13:47:28  4   Let me ask it again because I left a word out or two.
13:47:32  5            Where are the homes located that Titan works on?
13:47:35  6   A.   Houston and the surrounding areas.
13:47:39  7   Q.   Nothing outside of the state of Texas?
13:47:41  8   A.   Oh, no.
13:47:43  9   Q.   Are you familiar with a company called Interior Exterior
13:47:45  10  Building Supply?
13:47:46  11  A.   Yes.
13:47:47  12  Q.   Is there a shortened name that you use to refer to them?
13:47:51  13  A.   No.
13:47:52  14  Q.   When did you first become familiar with Interior Exterior?
13:47:57  15  A.   I don't know the year.
13:47:59  16  Q.   Do you recall how it is that you became familiar with
13:48:03  17  Interior Exterior?
13:48:03  18  A.   Yes.
13:48:03  19  Q.   And how is that?
13:48:04  20  A.   There was a salesperson who went from a supplier over to
13:48:09  21  Interior Exterior, who called me, who had been selling to me
13:48:13  22  for years, and asked me if I would buy from Interior Exterior.
13:48:18  23  I said yes.
13:48:19  24  Q.   Who is that salesman?
13:48:20  25  A.   Chris Long.

**JOHN BUSH SR. - EXAMINATION**

| | | |
|---|---|---|
| 13:48:21 | 1 | **Q.**   Are you still buying from Interior Exterior? |
| 13:48:23 | 2 | **A.**   No. |
| 13:48:23 | 3 | **Q.**   And why not? |
| 13:48:25 | 4 | **A.**   I don't remember the -- I don't -- we had a -- I know |
| 13:48:32 | 5 | there was a falling out over -- the gentleman who ran it and me |
| 13:48:37 | 6 | and a difference of the way things should be done, let's just |
| 13:48:40 | 7 | say. |
| 13:48:42 | 8 | **Q.**   All right. |
| 13:48:43 | 9 | **A.**   And I haven't purchased any since then. |
| 13:48:46 | 10 | **Q.**   And did the disagreement you had arise in the Houston |
| 13:48:48 | 11 | office? |
| 13:48:49 | 12 | **A.**   Yes.  Yes. |
| 13:48:50 | 13 | **Q.**   And what was the nature of that disagreement? |
| 13:48:52 | 14 | **A.**   Me and Joe got into an argument, and I don't remember -- I |
| 13:48:58 | 15 | think it was over something fairly small, but I don't remember |
| 13:49:01 | 16 | exactly what it was. |
| 13:49:03 | 17 | **Q.**   Okay. |
| 13:49:03 | 18 | **A.**   And then he called upon me later to do business with him, |
| 13:49:06 | 19 | and I never have. |
| 13:49:07 | 20 | **Q.**   All right.  Are you familiar with what's called Chinese |
| 13:49:10 | 21 | drywall? |
| 13:49:11 | 22 | **A.**   Oh, yeah.  I'm familiar with it, yeah. |
| 13:49:14 | 23 | **Q.**   Okay.  We are going to talk about that a little bit today. |
| 13:49:16 | 24 | Did the falling out you had with Joe at the Houston office of |
| 13:49:20 | 25 | Interior Exterior have anything to do with Chinese drywall? |

**JOHN BUSH SR. - EXAMINATION**

13:49:21  1    A.   No, not at that time, it did not.  At the time we had the

13:49:25  2    falling out, I didn't know anything about it.

13:49:27  3    Q.   After the time that you and Joe had this falling out about

13:49:29  4    whatever it was, have you had any other contact with Joe or

13:49:32  5    people at Interior Exterior about Chinese drywall?

13:49:34  6    A.   Yes.

13:49:35  7    Q.   Tell me what those communications or conversations were.

13:49:38  8    A.   It was -- the first conversation, I think, was I had a

13:49:46  9    phone call that someone was saying there was Chinese drywall in

13:49:53  10   one of my houses.

13:49:55  11         My words were, No, there's not.

13:49:57  12   Q.   And why did you say that?

13:49:59  13   A.   Because I never purchased any.

13:50:00  14   Q.   Okay.  And how are you sure that you never purchased any

13:50:07  15   Chinese drywall from Interior Exterior?

13:50:08  16   A.   Because I had standing orders at every supply house,

13:50:12  17   including Interior Exterior, including with Chris Long, that I

13:50:16  18   purchase no foreign sheetrock.  None.

13:50:20  19   Q.   And why did you have that standing order with all the

13:50:23  20   supply houses?

13:50:25  21   A.   It's called experience.  Way back in the commercial

13:50:29  22   industry, there was a time I purchased some board that came

13:50:31  23   from Poland when the sheetrock could not be found.  And it was

13:50:35  24   good board, but the stuff weighed like 75 pounds a sheet more

13:50:39  25   than regular sheetrock.

## JOHN BUSH SR. - EXAMINATION

| | | |
|---|---|---|
| 13:50:43 | 1 | The problem we had was, in commercial work you had |
| 13:50:46 | 2 | wire ceilings, and when we put it on the ceilings, of course, |
| 13:50:48 | 3 | the weight would pull it down.  So at that time, I decided it's |
| 13:50:52 | 4 | not worth ever again having those problems, just don't buy any |
| 13:50:57 | 5 | foreign board and you won't have those problems. |
| 13:50:59 | 6 | And so that's why I have a standing order from that |
| 13:51:01 | 7 | day since. |
| 13:51:03 | 8 | Q.   And the Polish board that you bought, was it -- other than |
| 13:51:07 | 9 | being heavy and pulling the roof down, did it work as it was |
| 13:51:11 | 10 | supposed to? |
| 13:51:12 | 11 | A.   Yeah.  We used it all on the -- as a matter of fact, we |
| 13:51:13 | 12 | used it on the wall.  Just it would kill your people trying to |
| 13:51:17 | 13 | hang it up there and tear the ceiling down.  It was just not a |
| 13:51:21 | 14 | good experience for me, and I don't believe in cutting corners. |
| 13:51:24 | 15 | And my company is always based on quality.  So I |
| 13:51:27 | 16 | said, No more foreign board at all. |
| 13:51:28 | 17 | And I've been that way ever since. |
| 13:51:31 | 18 | Q.   I'm going to hand you what has been marked as Exhibit 1 to |
| 13:51:33 | 19 | your deposition.  Do you recognize that document? |
| 13:51:36 | 20 | A.   Yes. |
| 13:51:38 | 21 | Q.   What do you recognize that to be? |
| 13:51:41 | 22 | A.   It's an invoice from Interior Exterior. |
| 13:51:43 | 23 | Q.   Okay.  Now, on that document -- |
| 13:51:45 | 24 | A.   Uh-huh. |
| 13:51:45 | 25 | Q.   -- there's a sentence that appears three times there in |

JOHN BUSH SR. - EXAMINATION

13:51:50  1    that box.  It says:  "No Knauf rock."

13:51:53  2    **A.**   Uh-huh.

13:51:54  3    **Q.**   Do you see that?

13:51:54  4    **A.**   Uh-huh.

13:51:55  5    **Q.**   Is that the kind of standing order you had?

13:51:57  6    **A.**   I have a standing order for any foreign board.

13:52:01  7    **Q.**   Do you have any idea why this particular document says "No

13:52:05  8    Knauf rock" instead of "No imported rock"?

13:52:08  9    **A.**   No, I don't.  This is the first time I ever noticed it, to

13:52:12  10   be honest with you.  I don't look at each individual invoice

13:52:14  11   when it's coming to me.  But I know that that was my standing

13:52:18  12   order, and it has always been that there will be no foreign

13:52:23  13   board.

13:52:23  14            Now, the stamp, I don't know why they stamped it with

13:52:25  15   that.

13:52:26  16   **Q.**   Well, let's go back to the 2005-2006 time period, if we

13:52:30  17   can.

13:52:30  18   **A.**   Uh-huh.

13:52:31  19   **Q.**   At that time, you were working as Titan doing only

13:52:35  20   residential drywall, correct?

13:52:37  21   **A.**   That is correct, sir.

13:52:37  22   **Q.**   Who were you buying sheetrock from at that time in

13:52:41  23   addition to Interior Exterior?

13:52:42  24   **A.**   Builders Gypsum Supply and, I believe, Action Gypsum

13:52:45  25   Supply.  And I want to say there was one little-bitty company

**JOHN BUSH SR. - EXAMINATION**

13:52:57  1   that I don't know the name of that I only bought a couple of

13:53:00  2   houses that year from them.  And that's it, pretty much.

13:53:02  3   **Q.**   Since you had multiple options of where to buy the

13:53:07  4   sheetrock --

13:53:07  5   **A.**   Uh-huh.

13:53:08  6   **Q.**   -- what made you decide to buy it from Interior Exterior

13:53:09  7   as opposed to the others on a certain occasion?

13:53:11  8   **A.**   I think I answered that for you.  Chris Long went from

13:53:15  9   Builders Gypsum Supply, who was still, even when I was

13:53:16  10  purchasing it at this time, my largest supplier.  He went from

13:53:19  11  there and he went to the employ of these people and asked me to

13:53:22  12  come over there and buy some from him.

13:53:24  13  **Q.**   In the 2005-2006 time period, were you buying most of your

13:53:28  14  sheetrock or drywall from Interior Exterior?

13:53:30  15  **A.**   No.

13:53:30  16  **Q.**   It varied, right?

13:53:31  17  **A.**   Yes, but never most of it.

13:53:34  18  **Q.**   Do you recall ever talking to Chris Long or anyone else at

13:53:37  19  Interior Exterior specifically about Chinese drywall or Knauf

13:53:41  20  drywall or Taishan drywall?

13:53:46  21  **A.**   I never -- I spoke with one individual, which was -- and I

13:53:50  22  always say that the owners had a first name for a last name --

13:53:53  23  one of the Gearys with Chris Long at a lunch.

13:53:58  24  **Q.**   Okay.

13:53:59  25  **A.**   The only -- I never knew what a name was for any Chinese

## JOHN BUSH SR. - EXAMINATION

13:54:04  1   board.  I didn't have any clue.  The only thing was I

13:54:07  2   reiterated again, No foreign board -- because Chinese board is

13:54:12  3   not the only foreign board in Houston even today -- I don't

13:54:15  4   want the Mexican board, I don't want any of it.

13:54:18  5   Q.   You have been in the business overall 40 years, I think?

13:54:21  6   A.   I've been in business over 30 years.  30 years in March.

13:54:24  7   Q.   You have had a strong preference all that time for buying

13:54:28  8   U.S. board instead of foreign board, right?

13:54:29  9   A.   I had a strong preference except when board -- the

13:54:33  10  commercial industry was unable to get it, and I went to the

13:54:36  11  Polish board.  And after that, I had an even stronger --

13:54:40  12  Q.   And that's because of the weight of the board and not

13:54:42  13  because it's somehow defective, right?

13:54:45  14  A.   Correct, but it didn't have anything to do with that.

13:54:47  15  Q.   Okay.  When did you have this lunch with -- I bet it was

13:54:51  16  Clay Geary and Chris Long?

13:54:55  17  A.   It was probably not long -- well, Chris was still there.

13:54:58  18  Chris didn't work there but about six months, so it was not

13:55:01  19  long after he went to work there.  I don't remember that year

13:55:04  20  or whatever.

13:55:05  21  Q.   Okay.  And what did you talk about at that lunch?

13:55:08  22  A.   It was just a -- he knew I was a big player and he was

13:55:11  23  glad I came and we had lunch, and basically I stressed the

13:55:15  24  point again that, Here's what I want.  I demand this pricing.

13:55:20  25  This is what I get.  I demand this type of service.  And I want

**JOHN BUSH SR. - EXAMINATION**

13:55:24  1   no foreign board ever on any of my projects.

13:55:26  2          And they all understood.  And Chris understood that

13:55:28  3   because he came from Builders Gyp where that was a standing

13:55:33  4   order.

13:55:33  5   **Q.**   Even though you never purchased Chinese-manufactured

13:55:35  6   drywall --

13:55:37  7   **A.**   That's correct.

13:55:37  8   **Q.**   -- do you have an understanding about what the issues are

13:55:40  9   with that board?

13:55:41  10  **A.**   I didn't until 2011 or 2010, because I didn't know that

13:55:47  11  they even had it.  So, yes, since that point in time, I

13:55:51  12  understand the issues with it.

13:55:53  13  **Q.**   In 2005 and 2006, you had standing orders with

13:55:56  14  Interior Exterior not to give you any foreign board, right?

13:56:00  15  **A.**   That's correct.

13:56:00  16  **Q.**   You now know and have learned, in 2010 and 2011, that

13:56:04  17  there are some problems with what's called Chinese drywall,

13:56:06  18  right?

13:56:07  19  **A.**   Oh, yes.

13:56:07  20  **Q.**   What's your understanding of what the problem is with

13:56:09  21  Chinese drywall?

13:56:12  22  **A.**   The only understanding -- I've never been out to see one

13:56:15  23  or investigate or do anything like that.  The only problem that

13:56:18  24  I have been told is just what I have been told and that is it

13:56:21  25  tends to have a sulfur smell, it tends to eat up wiring and

JOHN BUSH SR. - EXAMINATION

13:56:26   1   electrical.

13:56:27   2   **Q.**   Prior to hearing about this problem with the Chinese

13:56:29   3   drywall, had you ever heard of drywall having that kind of

13:56:32   4   problem before?

13:56:36   5   **A.**   No.

13:56:36   6   **Q.**   Okay.  And did your standard request to Interior Exterior

13:56:41   7   and your other suppliers --

13:56:42   8   **A.**   Uh-huh.

13:56:43   9   **Q.**   -- to give you no foreign drywall have anything to do with

13:56:46   10  the fear that it might have sulfur gas in it?

13:56:49   11  **A.**   No.

13:56:54   12  **Q.**   Do you now understand that you purchased Chinese drywall

13:56:56   13  and installed some Chinese drywall on the properties which you

13:57:00   14  constructed?

13:57:01   15  **A.**   No.  I still --

13:57:06   16  **Q.**   What was the answer?

13:57:09   17  **A.**   No, I still did not purchase any Chinese sheetrock.

13:57:12   18  **Q.**   Did you install any Chinese sheetrock?

13:57:15   19  **A.**   Apparently -- I don't want -- I mean, I'm not going to say

13:57:20   20  that because I wasn't --

13:57:22   21  **Q.**   Have you been told by anyone that Chinese sheetrock was

13:57:25   22  installed?

13:57:25   23  **A.**   Yes.

13:57:27   24  **Q.**   Do you know which properties -- how many properties have

13:57:31   25  had Chinese sheetrock installed allegedly by you and your

JOHN BUSH SR. - EXAMINATION

| | | |
|---|---|---|
| 13:57:36 | 1 | company? |
| 13:57:37 | 2 | **A.**   I don't know that count. |
| 13:57:40 | 3 | **Q.**   Okay.  Do you know which suppliers may have provided the |
| 13:57:44 | 4 | drywall that may be Chinese? |
| 13:57:46 | 5 | **A.**   Only one. |
| 13:57:48 | 6 | **Q.**   Okay. |
| 13:57:49 | 7 | **A.**   Interior Exterior. |
| 13:57:49 | 8 | **Q.**   And this is notwithstanding your expressed instructions |
| 13:57:53 | 9 | personally to one of the Geary brothers and the sales rep that |
| 13:57:57 | 10 | you want no foreign board, correct? |
| 13:58:00 | 11 | **A.**   That's correct. |
| 13:58:00 | 12 | **Q.**   Okay.  If I can show you what I'll mark as Exhibit 2. |
| 13:58:03 | 13 | This is a series of invoices from Interior Exterior. |
| 13:58:15 | 14 |         Do you want to mark that, Madam Reporter. |
| 13:58:29 | 15 |         There are a number of invoices, I think, to Titan |
| 13:58:29 | 16 | Drywall Inc. for various properties.  I'm looking at the first |
| 13:58:30 | 17 | one.  They are pretty much the same throughout.  At the top, |
| 13:58:32 | 18 | there are a number of instructions:  "No boom truck.  Hardhats |
| 13:58:36 | 19 | required.  Safety gases required." |
| 13:58:39 | 20 |         The other one says:  "No exceptions." |
| 13:58:41 | 21 | **A.**   Uh-huh. |
| 13:58:42 | 22 | **Q.**   Were those your instructions to Interior Exterior? |
| 13:58:44 | 23 | **A.**   Yes.  That's safety instructions. |
| 13:58:46 | 24 | **Q.**   Okay.  And those were important for you for them to |
| 13:58:49 | 25 | follow, correct? |

HOURLY TRANSCRIPT

**JOHN BUSH SR. - EXAMINATION**

13:58:50   1   **A.**   Yes.

13:58:51   2   **Q.**   Okay.  And at the bottom there, it says:  "Load only

13:58:55   3   American board.  No Knauf.  No Knauf.  No Knauf.  No Knauf."

13:58:57   4         Were those your instructions as well?

13:58:59   5   **A.**   No.

13:59:00   6   **Q.**   "Load only American board"?

13:59:03   7   **A.**   Oh, "Load only American board"?

13:59:05   8   **Q.**   Yes.

13:59:06   9   **A.**   Oh, that is my instruction.

13:59:08   10  **Q.**   As far as you know, did Interior Exterior follow that

13:59:10   11  instruction?

13:59:10   12  **A.**   Apparently not.

13:59:13   13  **Q.**   So you had a falling out, and then you had contact with

13:59:17   14  InEx later when you were told that Chinese drywall had been

13:59:20   15  installed in some of the homes?

13:59:23   16  **A.**   When I got a phone call saying that I had Chinese drywall

13:59:27   17  in my house, I said no.  My next phone call was to them.

13:59:30   18  **Q.**   Okay.  And what did they say to you?

13:59:33   19  **A.**   They would check into it.

13:59:34   20  **Q.**   And did they check into it?

13:59:35   21  **A.**   Apparently.  They called me back in a couple of days and

13:59:40   22  said, yes -- let me -- can I rephrase that?

13:59:43   23  **Q.**   Please.

13:59:43   24  **A.**   When I got the phone call about there being Chinese board

13:59:46   25  in a house, I then called all of the suppliers, Did you

**JOHN BUSH SR. - EXAMINATION**

13:59:53  1  purchase Chinese sheetrock?

13:59:54  2          The two said, No, never, just like we told you we

13:59:58  3  wouldn't.

13:59:59  4          I called Interior Exterior.  They said, Let us look

14:00:01  5  and see if we stocked that house.

14:00:03  6          They then called me back in a day or two and said,

14:00:05  7  yes, they did stock that house and that there was -- I believe

14:00:11  8  their statement was no Chinese board was delivered.  And

14:00:15  9  then -- but they did inform me at that time that they had

14:00:17  10  purchased Chinese board.

14:00:19  11  **Q.**    Okay.  So at that conversation, they still denied having

14:00:23  12  delivered Chinese board to that site, but they admitted to

14:00:27  13  having Chinese board in their warehouses at some point in time?

14:00:30  14  **A.**    It didn't really get into that.

14:00:33  15  **Q.**    Okay.

14:00:34  16  **A.**    At the time that I -- the first house was notified and I

14:00:37  17  made that phone call to them, it had been a long time when we

14:00:41  18  had that falling out, so I hadn't been doing business with

14:00:44  19  them.  So I wasn't looking forward to talking to Joe anyway.

14:00:46  20  And Joe got on the phone and said he would get back with me.

14:00:50  21          A day or two later, he got back to me and said, Yes,

14:00:52  22  we did deliver that house.

14:00:54  23          I said, Okay.  Did you have Chinese sheetrock?  Did

14:00:56  24  you purchase it?

14:00:58  25          Yes.  And give me the address, and we will take care

**JOHN BUSH SR. - EXAMINATION**

14:01:01  1   of it, check it through something.

14:01:03  2         And at that point in time, I notified my insurance

14:01:05  3   company.

14:01:06  4   **Q.**   Did you have any further conversations with

14:01:08  5   Interior Exterior?

14:01:09  6   **A.**   Yes.

14:01:10  7   **Q.**   And what was the next conversation you had?

14:01:12  8   **A.**   As I found other people telling me that there were other

14:01:15  9   houses, I would check to see if they had delivered -- it was so

14:01:19  10  old, our stuff was put away.  It was hard to go through it.  So

14:01:23  11  I would check with them first and say, Is this house -- and the

14:01:27  12  answer kept coming back, Yes, we delivered that house.

14:01:31  13  **Q.**   So these were a series of conversations you had as you

14:01:34  14  found new houses?

14:01:35  15  **A.**   I don't know about all these houses you have here.

14:01:38  16  **Q.**   I'm not going to ask you --

14:01:39  17  **A.**   Yeah.

14:01:40  18  **Q.**   -- to talk about --

14:01:40  19  **A.**   I can't --

14:01:40  20  **Q.**   That's fine.

14:01:41  21         Did you have any other conversations with

14:01:42  22  Interior Exterior aside from having them confirm that they

14:01:45  23  shipped to the site for construction?

14:01:47  24  **A.**   The only other conversations I have had with

14:01:49  25  Interior Exterior since we had the falling out, which was long

**JOHN BUSH SR. - EXAMINATION**

14:01:51  1  before the Chinese board, was that they would have called

14:01:54  2  recently, wanting me to start buying from them again, and

14:01:57  3  that's -- I pretty much told them that again.

14:02:01  4  **Q.**   Is part of that because they didn't follow your express

14:02:05  5  instructions?

14:02:05  6  **A.**   They didn't do what they told me they would do, which was

14:02:08  7  deliver American board, no foreign board.

14:02:11  8  **Q.**   Did any of the other suppliers that you mentioned you used

14:02:13  9  deliver imported board in the 2005-2006 time frame?

14:02:16  10  **A.**   I have never had any supplier deliver any foreign board to

14:02:19  11  any of my houses that I am aware of except Interior Exterior.

14:02:22  12  **Q.**   So none of the complaints that you received from homes in

14:02:27  13  which you installed the drywall -- none of them were supplied

14:02:29  14  from non-Interior Exterior --

14:02:32  15  **A.**   None of them purchased any Chinese sheetrock.  I was

14:02:39  16  informed that none of them ever purchased any Chinese.  That

14:02:42  17  comes all the way from the top.

14:02:44  18  **Q.**   Your experience with complaints toward Titan Drywall bore

14:02:48  19  that out?

14:02:48  20  **A.**   Yes.

14:02:51  21       **MR. RISLEY:**  I'm not sure I heard that question.

14:02:52  22  Could you repeat that?  Could you restate that?

14:02:54  23       (Question read back.)

14:03:03  24       **MR. RISLEY:**  I'm going to object to the form.  I'm

14:03:04  25  not sure I understand the question.

JOHN BUSH SR. - EXAMINATION

| | | |
|---|---|---|
| 14:03:06 | 1 | BY MR. MEUNIER: |
| 14:03:06 | 2 | Q.    Meaning none of the homes from which you received |
| 14:03:08 | 3 | complaints about Chinese drywall -- none of those homes were |
| 14:03:10 | 4 | supplied by drywall from any other supplier except |
| 14:03:15 | 5 | Interior Exterior. |
| 14:03:15 | 6 | A.    That is correct. |
| 14:03:16 | 7 | Q.    You said that you first got a call about somebody saying |
| 14:03:19 | 8 | there was Chinese drywall in a house you had put the drywall |
| 14:03:24 | 9 | in? |
| 14:03:24 | 10 | A.    Supposedly there was Chinese drywall. |
| 14:03:25 | 11 | Q.    Since that time, how many total houses have you gotten |
| 14:03:28 | 12 | calls about, saying there may be Chinese drywall in the house? |
| 14:03:31 | 13 | A.    I'm not sure.  And because -- when you throw these at me, |
| 14:03:37 | 14 | I know of four or five that I know of.  There were other ones, |
| 14:03:45 | 15 | and some of these invoices are to some of them, that I was |
| 14:03:51 | 16 | notified.  They were supposed to check and never got back with |
| 14:03:54 | 17 | us, never said, It had Chinese board, It didn't have Chinese |
| 14:03:59 | 18 | board, People weren't home, whatever. |
| 14:04:00 | 19 | So I don't know of those. |
| 14:04:03 | 20 | Now, I noticed that some of these addresses are -- |
| 14:04:05 | 21 | needless to say, there's more than four or five addresses here. |
| 14:04:09 | 22 | The only ones I am aware of that positively had Chinese |
| 14:04:13 | 23 | board -- that I was told positively had Chinese board is either |
| 14:04:16 | 24 | four or five.  That's all I am aware of. |
| 14:04:18 | 25 | Q.    I know you were just given this document, Exhibit 2.  Do |

JOHN BUSH SR. - EXAMINATION

14:04:21  1   you know whether any of the houses on these invoices are the
14:04:23  2   houses that may have Chinese drywall in them?
14:04:26  3   A.   Oh, yes, some of these are.  I think the Glen Abby one is
14:04:30  4   the first one, I think, that I was notified of.  That one, I
14:04:33  5   have seen numerous times.
14:04:36  6   Q.   During the time you were buying drywall from
14:04:40  7   Interior Exterior, did any of those subcontractors on any of
14:04:42  8   those projects ever tell you that the board smelled bad?
14:04:46  9   A.   No.
14:04:46  10  Q.   Did they ever tell you that the board was corroding metal?
14:04:51  11  A.   They wouldn't know that.
14:04:52  12  Q.   Okay.
14:04:53  13  A.   There's no way -- as soon as you install it -- I mean, it
14:04:55  14  takes one day to install a house, two at the max.
14:05:00  15  Q.   Did any of the subcontractors that Titan was working with
14:05:02  16  have complaints about the board that was purchased from
14:05:04  17  Interior Exterior at the time they were installing it or
14:05:07  18  working on it?
14:05:09  19  A.   No, but back in those years, no one would ever do that
14:05:12  20  because they were going through houses so fast.  Like I say, it
14:05:16  21  only takes a crew on a one-story house -- goes in one day and
14:05:21  22  they are gone.  They don't ever go back there.
14:05:24  23  Q.   But you never got complaints --
14:05:27  24  A.   No.
14:05:27  25  Q.   -- from any of the people installing Interior Exterior

JOHN BUSH SR. - EXAMINATION

14:05:29    1    drywall; is that right?

14:05:29    2    **A.**   Oh, no, never did.

14:05:32    3             THE COURT:  Is that it?  Does that complete the

14:06:02    4    deposition?

14:06:03    5             MR. MEUNIER:  That completes the testimony.  We may

14:06:04    6    have an offer, but we'll wait --

14:06:06    7             THE COURT:  Let's take a 15-minute break at this

14:06:07    8    time.  The Court will stand in recess.

14:06:09    9             (Recess.)

14:16:08   10             THE COURT:  Be seated, please.

14:24:35   11             MR. SEEGER:  Your Honor, we call Jim Pate.

14:24:37   12             MR. MEUNIER:  Before Mr. Pate testifies, let's offer

14:24:39   13    into evidence in connection with the last video played as

14:24:42   14    Plaintiffs' Exhibit 1306, an invoice -- an InEx invoice showing

14:24:49   15    the purchase by Titan Drywall dated March 16, 2006.

14:24:53   16             And as Plaintiffs' Exhibit 1307-1 through -11, a

14:25:01   17    series of invoices from March 2006, again Interior Exterior

14:25:09   18    invoices selling drywall to Titan Drywall.

14:25:13   19             MR. GRAU:  No objection.

14:25:15   20             THE COURT:  Let them be admitted.

14:25:20   21             MR. SEEGER:  Jim Pate, from Habitat for Humanity.

14:25:23   22                      JAMES W. PATE II,

14:25:23   23    having been duly sworn, testified as follows:

14:25:24   24             THE DEPUTY CLERK:  State your full name and correct

14:25:24   25    spelling for the record, please.

14:25:43  1          **THE WITNESS:**  Thank you.  My name is Jim Pate.  My

14:25:49  2    legal name is James W. Pate that's P, as in Peter, P-A-T-E, II.

14:25:57  3                           **DIRECT EXAMINATION**

14:26:01  4    **BY MR. SEEGER:**

14:26:01  5    **Q.**   Mr. Pate, I want the jury to get a little bit of a sense

14:26:05  6    of you, who you are, and Habitat.

14:26:08  7             Can you tell us a little bit about your background,

14:26:12  8    your educational background.

14:26:14  9             Do you have any degrees, things like that?

14:26:16  10   **A.**   I'm a graduate of Emory University in Atlanta.  I obtained

14:26:20  11   my juris doctorate degree from the University of Tennessee Law

14:26:25  12   School, practiced law for about 10 years.

14:26:31  13            During that time, I started working with Habitat for

14:26:33  14   Humanity as a volunteer.  I worked as a volunteer for about

14:26:37  15   eight years, and then was offered the position of what was

14:26:41  16   called deputy director, in essence, the executive director in

14:26:45  17   charge of administration for the Dallas, Texas, affiliate in

14:26:51  18   1992.  And I ran that affiliate 'til 2000 or late 1999, and I

14:27:00  19   came here in 2000.

14:27:01  20            I've been the executive director for the New Orleans

14:27:05  21   area Habitat for Humanity ever since.

14:27:08  22   **Q.**   You said you spent about eight years as a volunteer; is

14:27:10  23   that right?

14:27:11  24   **A.**   That's correct.

14:27:11  25   **Q.**   What does that mean, so people understand.  What do you do

**JAMES W. PATE II - DIRECT**

14:27:14  1  as a volunteer?

14:27:15  2  **A.**   Well, as a volunteer, you are out there actually working

14:27:18  3  on the houses doing projects.  I was what we call a core

14:27:24  4  volunteer.  And that is a volunteer who basically comes out a

14:27:26  5  lot.  We call it -- with our group we call it "infectious

14:27:30  6  habititis."  The first symptom is you start buying a lot of

14:27:36  7  hand tools.  And you know it's chronic when you get rid of your

14:27:40  8  sedan and get a Jeep to put all your tools in.

14:27:42  9  **Q.**   Are you still practicing law?

14:27:43  10  **A.**   No.

14:27:44  11  **Q.**   Did you give up your practice as a lawyer at some point?

14:27:48  12  **A.**   Yes, I did.

14:27:48  13  **Q.**   At what point did you do that, when you --

14:27:50  14  **A.**   I wound down my practice when I went to Texas.  I actually

14:27:54  15  maintained my Tennessee law license for about another 18 months

14:27:59  16  until everything was wound down.

14:28:00  17  **Q.**   What role did you have with Habitat for Humanity, let's

14:28:03  18  say in the time frame we have been more or less discussing with

14:28:07  19  the jury, 2005/2006?

14:28:08  20  **A.**   Right.  I was the executive -- continued to be the

14:28:10  21  executive director.

14:28:12  22  **Q.**   In your capacity as executive director, what do you do?

14:28:18  23  Do you oversee certain chapters?  Are you limited to

14:28:21  24  New Orleans?

14:28:21  25  **A.**   Habitat for Humanity, of course, is an international

JAMES W. PATE II - DIRECT

14:28:24  1   organization.  We have about 1600 -- what you just identified
14:28:31  2   as chapters, we call them affiliates -- in the United States
14:28:34  3   and Canada.  We used to be in 103 foreign countries.  We've
14:28:38  4   pulled out of a couple of countries since Arab Spring,
14:28:43  5   hopefully temporarily.
14:28:45  6       But each affiliate is a free-standing 501(c)(3)
14:28:49  7   nonprofit in the state in which we are registered, in our case,
14:28:52  8   Louisiana.  We are governed by a local board of governors.  All
14:28:57  9   of our fund-raising is done locally with a couple of
14:29:01  10  exceptions.  If an out-of-state organization contacts us to
14:29:06  11  make a donation, or more commonly to volunteer with us, we do
14:29:12  12  that.
14:29:13  13      In the time frame that we are talking about, which is
14:29:17  14  essentially post-Katrina, we grew significantly.  We were doing
14:29:22  15  about 14 houses a year.  Pre-Katrina, had done a total of 101
14:29:29  16  houses over the course of about 25, 26 years of existence.
14:29:34  17      Then Katrina hit.  Since that time, we have built or
14:29:41  18  rehabbed over 600, 650 houses.  We typically were not doing
14:29:48  19  rehabs pre-Katrina, but we have since.
14:29:53  20      What we do, our ministry is based on Exodus 22:25,
14:29:57  21  and I will paraphrase it.  It's roughly when you sell or lend
14:30:03  22  to the brothers or sisters in your community, make no profit
14:30:06  23  and charge no interest.
14:30:07  24      So the dynamic is that we go out and recruit families
14:30:12  25  who will ultimately be our homeowners.  We call them our

**JAMES W. PATE II - DIRECT**

14:30:16  1   partner families.  They -- we qualify, we do pretty extensive
14:30:20  2   financial underwriting, help them out with debt stuff if they
14:30:25  3   need it, that type of thing, put them in the program.
14:30:28  4        Part of the program is they must do 350 hours of
14:30:31  5   sweat equity, 250 hours working on other Habitat houses or our
14:30:39  6   ReStore, and the last 100 hours working on their own house.
14:30:42  7        When the house is completed, we sell it to the family
14:30:46  8   at cost, which is simply the land, the material, and the
14:30:51  9   licensed subcontractors.  There's nothing built in for
14:30:54  10  administrative overhead or anything.
14:30:57  11       Since we raise all the funds, the vast majority of
14:31:01  12  which are private funding, corporations, faith communities,
14:31:04  13  individuals, we are able to provide the permanent financing and
14:31:09  14  we charge zero interest.
14:31:12  15       To put that in post-Katrina context -- and HUD does
14:31:15  16  rental calculations every six months upon which they base
14:31:20  17  Section 8 voucher levels.
14:31:23  18       According to HUD numbers, the average cost of a
14:31:27  19  three-bedroom apartment post-Katrina is about $1,214.  Our home
14:31:32  20  owners are buying their own home with no interest -- the first
14:31:37  21  dollar is equity, of course.  But they are buying it with the
14:31:41  22  monthly payment that consists of five components:  That's
14:31:45  23  principal, no interest, real estate taxes, homeowner and flood
14:31:49  24  insurance, and an annual termite contract.  And their total of
14:31:54  25  those five components' monthly payment is about $600.  And in

**JAMES W. PATE II - DIRECT**

14:31:58  1   exchange they are getting, on average, an 1,100-square-foot

14:32:03  2   single-family detached home.

14:32:05  3   **Q.**   I'm going to interrupt you.

14:32:05  4   **A.**   Uh-huh.

14:32:05  5   **Q.**   I'm from New York, and I don't even speak as quickly as

14:32:08  6   you do.  But there's a lot there.  I want to go back and

14:32:10  7   unpack.

14:32:11  8   **A.**   Sure.

14:32:12  9   **Q.**   You mentioned that you were a 501(c)(3).  That means

14:32:15  10  you're a charity, right?

14:32:17  11  **A.**   That's correct.

14:32:18  12  **Q.**   Where do you get your fundraising from?  Where do you get

14:32:21  13  the money to do the things you just discussed with jury?

14:32:24  14  **A.**   The vast, vast majority is raised from donations from

14:32:28  15  corporations, foundations, faith communities.  We get a lot of

14:32:33  16  support from various churches, synagogues and so forth, and

14:32:38  17  individuals.

14:32:39  18         Since Katrina, for the first time -- and it was a

14:32:42  19  direct result of Katrina -- we are allowed to accept government

14:32:46  20  funding for direct construction of houses.  So we have

14:32:51  21  participated in a neighborhood stabilization program project

14:32:57  22  with the Louisiana Housing Finance Authority, under which we

14:33:00  23  built 28 houses.

14:33:02  24  **Q.**   Okay.  Now, you also mentioned the concept -- well, let's

14:33:06  25  talk about member families.

JAMES W. PATE II - DIRECT

14:33:10  1          How does someone become a member family?  What would
14:33:12  2  qualify somebody to buy a home built by Habitat?
14:33:15  3  A.   We basically, as I said, do financial underwriting.  The
14:33:18  4  fundamental criteria is that they must be between 30 and
14:33:23  5  60 percent of average median income for the area which, again,
14:33:27  6  is calculated annually.
14:33:30  7  Q.   Low-income families?
14:33:32  8  A.   Low-income families.  They have to either work or have
14:33:36  9  some other stable source of income.
14:33:38  10          We do some houses for retired folks that have a
14:33:41  11  stable combination of pension and social security that puts
14:33:45  12  them in that range.
14:33:47  13          As I said, we check.  We look for low or no credit or
14:33:52  14  a high credit score or no credit.  A lot of our families are
14:33:56  15  cash and carry, basically.  If they do have credit problems, we
14:33:59  16  have them -- try to help them out or put them with another
14:34:03  17  agency that helps them with that.
14:34:07  18          They have five classes they have to take in budgeting
14:34:11  19  and so forth as part of the process.
14:34:13  20          Then when they are accepted, as I said, they are a
14:34:16  21  partner family and we consider them our partners.
14:34:20  22  Q.   How many volunteers would you say are assisting Habitat in
14:34:23  23  the New Orleans area?
14:34:26  24  A.   Post-Katrina we have recruited and deployed over 150,000
14:34:31  25  volunteers, since Katrina.  Right now, we are probably running

JAMES W. PATE II - DIRECT

14:34:36  1  about 25,000 a year.

14:34:42  2  **Q.**   Now, when a low-income family buys a home through Habitat

14:34:49  3  on the terms you described, it was either low interest or zero

14:34:52  4  interest financing?

14:34:53  5  **A.**   Zero interest.

14:34:54  6  **Q.**   Zero interest financing.  Do they own the house?

14:34:58  7  **A.**   That's right.  They own the house.  The only string that

14:34:59  8  is attached to the house at all is that currently our costs --

14:35:02  9  land, material, licensed subcontractors -- is about $80,000.

14:35:08  10  Our houses typically appraise out between $110,000 and

14:35:12  11  $120,000.

14:35:14  12          So the difference between their first mortgage, the

14:35:18  13  cost and that appraised value at the time they buy the house,

14:35:25  14  we place into what we call a soft second mortgage.  They make

14:35:28  15  no payments on that mortgage.

14:35:30  16          If they sell the house -- sell it.  If they transfer

14:35:33  17  it through an estate or something, it's different.  But if they

14:35:36  18  sell it in the first five years, we recapture that

14:35:40  19  differential, that soft second.

14:35:45  20          After the fifth year, it is forgiven over the term of

14:35:45  21  the mortgage.  If they stay in the house for the 20 or 25 years

14:35:47  22  of the first mortgage, then they never pay on it at all.

14:35:52  23  **Q.**   But if they do sell and that money is recaptured, as you

14:35:54  24  described, what's that money used for?

14:35:56  25  **A.**   Not only the recaptured money, but also their principal

JAMES W. PATE II - DIRECT

14:36:02  1   payments can only be used to build more Habitat houses.  So
14:36:06  2   every year the overhead, administration, the nonconstruction
14:36:09  3   part of our operation, we have to go out and raise money for.
14:36:16  4   Q.   Let me just cut to the chase.  Is anybody at Habitat
14:36:18  5   profiting or making any money from the building or sale of
14:36:22  6   those homes?
14:36:23  7   A.   No.  There's no profit or anything in the construction of
14:36:25  8   the homes.
14:36:25  9   Q.   So in that respect, you are not like the defendant InEx in
14:36:30  10  this case.  Would you agree?
14:36:31  11  A.   That's correct.
14:36:32  12  Q.   Mr. Pate, you gave me a board you provided us --
14:36:37  13          MR. SEEGER:  We are not going to enter it into
14:36:39  14  evidence, Your Honor.  Is there any problem with me just
14:36:40  15  showing this to the jury?
14:36:42  16          THE COURT:  No.  Yes.
14:36:43  17  BY MR. SEEGER:
14:36:43  18  Q.   Mr. Pate, this has your mission.  It says:  "Our mission."
14:36:45  19  It says:  "To build houses in partnership with sponsors,
14:36:47  20  volunteers, communities."  It says:  "To eliminate poverty in
14:36:51  21  housing in the New Orleans area."
14:36:54  22          I don't have to read the whole thing.
14:36:54  23          I want to ask you:  As the representative for
14:36:57  24  Habitat, what does that mission statement mean to you?
14:37:00  25  A.   The mission is our whole reason for being.  That's why we

**JAMES W. PATE II - DIRECT**

14:37:04   1   do what we do.  It extends even beyond the simple construction
14:37:11   2   of the house.  That's only a part of what we do.
14:37:14   3          Part is the empowerment of our families.  There's
14:37:19   4   tremendous pride by our partner families in the fact that they
14:37:24   5   help build their own home.  That's why our foreclosure rate is
14:37:28   6   less than 1 percent.
14:37:31   7          They share that with their children.  Their kids see
14:37:34   8   Mom or Dad or both helping to build the house, or their aunt or
14:37:37   9   whatever.  It helps rebuild the community, because we build in
14:37:41   10  low-income communities, and we always strive to stabilize or
14:37:45   11  revitalize the community altogether.
14:37:48   12         And then ultimately what we are doing is, we are
14:37:51   13  building wealth.  Because for most Americans, the greatest
14:37:57   14  source of their individual and family wealth is home ownership.
14:38:00   15  We are providing low-income people a pathway to achieve wealth
14:38:07   16  in their family that ultimately will be handed down to their
14:38:10   17  children and grandchildren.
14:38:12   18  **Q.**   Mr. Pate, where do you live?
14:38:13   19  **A.**   I live in the Upper Ninth Ward in the Bywater community.
14:38:18   20  **Q.**   Is that a community that was, for the most part -- were
14:38:20   21  many of the homes there built by Habitat?
14:38:23   22  **A.**   In the Upper Ninth Ward, our signature project
14:38:27   23  post-Katrina was the Musicians' Village, which was built just a
14:38:30   24  few blocks from my house in the Upper Ninth Ward.  It was five
14:38:34   25  square blocks that at one time was a junior high school that

JAMES W. PATE II - DIRECT

14:38:38  1   had been vacant land for many, many years.  We bought it from

14:38:42  2   the Orleans Parish School Board.

14:38:44  3       We built 72 single-family homes, 10 elder-friendly

14:38:48  4   duplexes.  And then with the Ellis Marsalis Foundation, built

14:38:55  5   the Ellis Marsalis Center for Music.

14:38:59  6       But equally important from our point of view -- and

14:39:01  7   by the way, those 72 houses, virtually all of them now house

14:39:05  8   musicians, because we accepted people who were nonmusicians,

14:39:10  9   but not for that subdivision.  We put them in another

14:39:13  10  neighborhood.

14:39:15  11      But in the Upper Ninth Ward, the important thing to

14:39:18  12  realize is we have actually built more houses outside of the

14:39:21  13  five-square-block village than we built within the village

14:39:26  14  itself.  So we've built about 160, 170 houses in the Upper

14:39:29  15  Ninth Ward.

14:39:31  16  Q.   And I think you said this earlier, but you were in the

14:39:33  17  process of giving us a lot of information.

14:39:36  18      Go ahead.  You can get some water.

14:39:39  19      But since Katrina, how many homes has Habitat been

14:39:41  20  responsible for building in the New Orleans area?

14:39:44  21  A.   Our new construction, in other words, the classic Habitat

14:39:48  22  model, we have built about 450.

14:39:53  23      Post-Katrina is a different world.  We have done some

14:39:57  24  rehabs.  We have also remediated a number of our own homes due

14:40:01  25  to Chinese drywall.

**JAMES W. PATE II - DIRECT**

14:40:03   1        But in addition to that, we have expanded into what
14:40:05   2   we call A Brush with Kindness.  A lot of the families
14:40:09   3   post-Katrina lost things like wheelchair ramps and stuff like
14:40:15   4   that, attachments to houses.
14:40:16   5        They have trees that have been down in their yard
14:40:19   6   for -- since Katrina, rotting, bringing in rodents.
14:40:24   7        So part of what we've been doing with A Brush with
14:40:27   8   Kindness project is identifying those locations with the help
14:40:32   9   of the faith communities and community leaders, and then going
14:40:35   10  in and helping those families try to bring their house up to
14:40:39   11  snuff.
14:40:40   12       If the cost of doing that project exceeds $5,000, we
14:40:44   13  ask them to enter into a repayment agreement, again, at zero
14:40:49   14  interest and so forth.
14:40:53   15  Q.   Post-Katrina, with regard to these homes that Habitat was
14:40:56   16  involved in building, what was the primary source of the
14:41:00   17  drywall that you used in those homes when you were building
14:41:05   18  them?
14:41:05   19  A.   Up until March 2007, we obtained our drywall from
14:41:10   20  basically almost anywhere you could get it because it was very
14:41:15   21  difficult to find it, but one of our major suppliers was InEx.
14:41:21   22  Q.   Well, Mr. Pate, I want to also ask you, because people may
14:41:25   23  be curious:  Why are you here?
14:41:27   24       Now, the home -- Ms. LeBlanc is here, and she's going
14:41:30   25  to talk to the jury.  Why is Habitat in this courtroom?  What

JAMES W. PATE II - DIRECT

14:41:34  1  have you done with regard to her house?

14:41:37  2  **A.**   We had, as it ultimately developed, about 215 houses that

14:41:42  3  had Chinese drywall in them.  A large number of those actually

14:41:46  4  had Chinese drywall that we had sourced directly.  It wasn't

14:41:50  5  from InEx, but some were InEx.

14:41:53  6       We made the decision at the very beginning, as soon

14:41:58  7  as we discovered there was an issue and a problem, that our

14:42:01  8  job, our mission is to build decent, safe, and affordable

14:42:05  9  housing, and having all of your electrical systems go out and

14:42:09  10  break down is not decent housing.  So our commitment to our

14:42:15  11  families is an ongoing commitment.  It's not a one time, Here's

14:42:19  12  a bag of groceries we are giving you, and we won't see you

14:42:23  13  again.

14:42:23  14       We are in a true partnership with our families.  Our

14:42:27  15  families, because they are in 30 to 60 percent of median

14:42:33  16  income, they don't have giant savings accounts.  They can't

14:42:39  17  wait for insurance proceeds or for extensive litigation.

14:42:44  18       We felt like the most important thing for us to do,

14:42:47  19  once we knew we had a problem, was to go in and fix the houses.

14:42:51  20  And so we started immediately doing that.  In the course of

14:42:56  21  doing that, we took their claim as far as the drywall

14:42:59  22  remediation was.

14:43:01  23  **Q.**   You're here because you remediated Ms. LeBlanc's home?

14:43:06  24  **A.**   Absolutely.

14:43:06  25  **Q.**   Did Habitat wait for there to be system failures or

JAMES W. PATE II - DIRECT

14:43:10  1    appliance failures or problems related to the Chinese drywall?
14:43:12  2    Did you wait for those problems to occur?
14:43:16  3    A.    No.   We basically found out that there was an issue with
14:43:21  4    Chinese drywall, I think, when *The Wall Street Journal* article
14:43:24  5    came out.   That was a reprint of an article that a guy named
14:43:29  6    Aaron Keesler out of Sarasota Times Herald or something wrote,
14:43:34  7    and *The Wall Street Journal* picked it up.   Some other outlets
14:43:37  8    did as well.
14:43:39  9              One of my staff came in and said, Here's this article
14:43:43  10   about Chinese drywall.
14:43:44  11             And I said, Well, can you check and see what the
14:43:47  12   drywall we purchased in March 2007, which we bought independent
14:43:52  13   of InEx, what it is.
14:43:54  14             So we pulled out the sales contract and everything,
14:43:58  15   and it was denoted as Tai'an Taishan drywall.   So at that
14:44:05  16   point, we immediately stopped using the drywall, we stopped
14:44:11  17   donating it.   We had a very active donation program.   We
14:44:15  18   stopped selling any of it in the ReStore, which was a very,
14:44:17  19   very small amount that we sold through the ReStore.
14:44:21  20   Q.    Let me help explain some of that because you are not just
14:44:23  21   talking about InEx drywall.
14:44:24  22   A.    Right.
14:44:27  23   Q.    There was mention in the opening statement about Habitat
14:44:29  24   buying Crescent City drywall.   That also turned out to be
14:44:32  25   Chinese drywall, right?

JAMES W. PATE II - DIRECT

14:44:33   1   A.    The drywall we bought -- we were approached by a broker or
14:44:39   2   factor, whatever you want to call it, in early 2007.  What we
14:44:44   3   were told is that they had a warehouse of drywall that was --
14:44:51   4   had been imported for delivery to a distributor.  They didn't
14:44:57   5   identify the distributor, but they said that that distributor
14:45:00   6   was not in a position to accept it due to Katrina issues.  And
14:45:04   7   they were tired of paying the fee to keep it in the warehouse
14:45:09   8   and insure it and so forth, and would we be interested.
14:45:14   9        So we bought that drywall from them after doing the
14:45:18   10  appropriate due diligence on did they have the right to sell
14:45:21   11  it, sending people out to the factory to confirm it was there.
14:45:26   12       That drywall had stamped on it "Crescent City."  And
14:45:31   13  as an aside, Crescent City Lumber has been a longtime supplier
14:45:35   14  of building material to us, so we kind of assumed it was --
14:45:39   15  that was the ultimate destination for it.
14:45:44   16  Q.    Mr. Duplantier mentioned to the jury that you purchased
14:45:46   17  somewhere in the neighborhood of 100,000 sheets of Crescent
14:45:49   18  City drywall.  Is that correct?
14:45:51   19  A.    We purchased 100, and we got the factory to donate 20,000.
14:45:59   20       MR. DUPLANTIER:  Judge, I do have to object to him
14:46:04   21  leading the witness.  I've given him some leeway, but --
14:46:06   22       THE COURT:  Yes.  Please don't.
14:46:06   23       MR. MEUNIER:  That's fine.  No problem.
14:46:07   24  BY MR. SEEGER:
14:46:08   25  Q.    How many Crescent City boards of sheetrock did you buy?

454

## JAMES W. PATE II - DIRECT

14:46:10   1   **A.**   We bought a hundred thousand, and we convinced the factor

14:46:15   2   to donate -- there was 120 in the warehouse, and we said, We

14:46:19   3   will buy 100,000 and you donate the other 20,000.

14:46:22   4   **Q.**   Had Habitat ever before made a purchase like that?

14:46:25   5   **A.**   Oh, no.  We buy basically house-by-house.  Everything that

14:46:30   6   goes in a house we buy for that house and have it typically

14:46:34   7   delivered on site.  This was the first time we had ever tried

14:46:37   8   to buy that kind of bulk.

14:46:39   9        But the issue, as I said, was getting drywall

14:46:44   10   delivered, even getting it sometimes.  But the important thing

14:46:49   11   to remember is that we build our houses with volunteers and our

14:46:54   12   partner families.  So I've got, you know, a church group in of

14:46:58   13   30 people, and they are expecting to start work on Tuesday and

14:47:02   14   work all the way through Saturday.  And I've got subcontractors

14:47:06   15   that have to come in and get things done.

14:47:09   16        For example, our volunteers never hang the drywall or

14:47:12   17   have anything else to do with it.  That's done by

14:47:15   18   subcontractors.  But they do paint it and they do the trim-out.

14:47:21   19   So if their weeks' work included interior painting and

14:47:25   20   trim-out, then the material had to be there in time for the

14:47:31   21   subcontractor to hang it on the wall.

14:47:32   22        As I think one of the witnesses said in the video

14:47:35   23   deposition, it takes about a day to drywall a house.  So we

14:47:39   24   will have it scheduled for delivery on Thursday, they are going

14:47:42   25   to finish it Friday, the volunteers are going to paint and trim

## JAMES W. PATE II - DIRECT

14:47:46  1   Saturday.  If that doesn't happen, then I have 40 volunteers

14:47:49  2   standing around, looking at us, saying, How come you're not

14:47:52  3   ready for us?  Why can't we volunteer today?  And so forth.

14:47:55  4            So the point being that having consistent, steady

14:48:00  5   delivery when we need it was very, very important to us.

14:48:07  6   **Q.**   Since discovering the problem with Chinese drywall, now

14:48:09  7   tell us -- first of all, let's back up.

14:48:12  8            With regard to the Crescent City drywall, how was

14:48:14  9   that -- what did Habitat do with that drywall?

14:48:18  10  **A.**   The Crescent City drywall, we did three things with it.

14:48:22  11  We used it exclusively in our homes from the time we bought it.

14:48:31  12  We set up -- that's enough drywall for us to build houses for a

14:48:35  13  hundred years.  We were trying, along with many other worthy

14:48:38  14  nonprofits, to rebuild the city as quickly as possible.  So we

14:48:42  15  established a donor drywall program.  Through that program, we

14:48:49  16  gave away drywall to other nonprofits that were rehabbing or

14:48:53  17  fixing houses or whatever.  Catholic Charities, St. Bernard

14:48:59  18  Project, folks like that, we literally gave them the drywall.

14:49:02  19           At the beginning, we tried to do a deal where they

14:49:06  20  would tell us they are putting it in Aunt Hattie's house or

14:49:13  21  something at such-and-such address.  But they are so reputable,

14:49:16  22  and we worked with them so much over the last 25 years.  We

14:49:19  23  knew Catholic Charities' audience was the same as ours, so the

14:49:27  24  material was going to the same low-income folks who needed

14:49:30  25  affordable housing.

JAMES W. PATE II - DIRECT

14:49:31  1    We kept a small part -- we kind of had designated
14:49:34  2  20,000 donation, a small part that we wanted to sell through
14:49:38  3  our ReStore or otherwise to -- if I can go off on a rabbit
14:49:44  4  trail here.  The ReStore -- and almost every affiliate in the
14:49:48  5  country and Canada has one -- is a facility.  It's basically a
14:49:54  6  store that sells donated materials.  Those are both new and
14:50:01  7  used.  For example, if a Home Depot changes the packaging on
14:50:07  8  their widgets, they have to get rid of all the old widgets, and
14:50:13  9  they would donate it to us and we would sell it through the
14:50:16  10  ReStore.  All of the proceeds from sales at the ReStore are fed
14:50:20  11  back into the Habitat program to build houses and all.
14:50:24  12    In the case of the drywall that we were selling out
14:50:26  13  of ReStore, the intent was that that would cover or help
14:50:33  14  mitigate the expense at the warehouse.  And we had not only
14:50:38  15  rent, we had rent, insurance.  And because that isn't our
14:50:42  16  warehouse and it isn't our business to handle drywall, we paid
14:50:47  17  a 5-dollar pallet fee for their forklift folks to go put it on
14:50:52  18  the Catholic Charities flatbed so they could take it to a
14:50:58  19  house.
14:50:59  20    The stuff that we sold through the ReStore, even
14:51:01  21  that, in the sense of profit, except for the fact that it was
14:51:05  22  split up, donated, we sold it at cost.  If you averaged the
14:51:09  23  cost that we paid for the 100,000 -- over the full 120,000, we
14:51:15  24  sold it at cost or for less because all we were trying to do
14:51:18  25  was cut expenses.

457

**JAMES W. PATE II - DIRECT**

14:51:19  1   Q.   And the money made in the resale of that drywall, at cost,
14:51:22  2   went to what?
14:51:24  3   A.   Went to cover the cost of all of the drywall that we were
14:51:26  4   using and donating, storage, insurance, and so forth.  In other
14:51:32  5   words, it went back into our program.
14:51:34  6   Q.   Now, to date, do you know how many homes built by Habitat
14:51:38  7   have InEx drywall which was InEx-delivered Chinese drywall?
14:51:42  8   A.   We had about 44 houses.  And the reason I'm fairly precise
14:51:49  9   on that number is, when we started the project in the Musicians
14:51:52  10  Village -- that was not the first thing we built post-Katrina,
14:51:57  11  but it was early on -- by then, InEx was up and running also.
14:52:02  12         We built around the perimeter because there were no
14:52:05  13  interior streets.  So we had five houses on North Roman and
14:52:09  14  about 11 on each of the other blocks.  And also, it mathed out
14:52:18  15  to about that much.  We had, I think, a total of about 11 that
14:52:21  16  turned out to have corrosive drywall.
14:52:23  17  Q.   With regard to the 11 with the corrosive drywall, has
14:52:26  18  Habitat stepped in and done anything with those houses?
14:52:28  19  A.   We remediated every one of them.  As a matter of fact,
14:52:31  20  those were actually some of the first ones we remediated.
14:52:35  21  Q.   To date, how many homes has Habitat remediated of the
14:52:37  22  Chinese drywall?  Notwithstanding InEx, from wherever?
14:52:37  23  A.   Altogether?
14:52:38  24  Q.   Yeah.
14:52:40  25  A.   215 houses, at a cost of about $12 million.

JAMES W. PATE II - DIRECT

14:52:44  1    **Q.**   The $12 million, where did that come from?

14:52:46  2    **A.**   We raised it.  It came from donors.

14:52:50  3         **MR. RISLEY:**  Your Honor, objection.  He is putting

14:52:51  4    damages into the case.  We ask it be stricken.

14:52:54  5         **THE COURT:**  Let's move on.

14:52:54  6         **MR. RISLEY:**  That's all I have.

14:53:00  7    **BY MR. SEEGER:**

14:53:00  8    **Q.**   Mr. Pate, tell the jury what Habitat did the moment it

14:53:03  9    learned about reactive or corrosive or defective Chinese

14:53:08  10   drywall.  What did you do with what you had?

14:53:13  11   **A.**   The first thing we did is we did a -- as I said, an

14:53:16  12   immediate moratorium on using it, donating it, putting it into

14:53:21  13   the donated program, selling it, doing anything else.

14:53:24  14        We then approached a prominent environmental

14:53:28  15   engineering firm.  And there's an acronym, AESI [*sic*] or

14:53:33  16   something, but I don't remember it.  But they also -- that

14:53:37  17   particular firm specialized in sulfur compounds, so that's kind

14:53:43  18   of how we went, because, based on the article, it looked like

14:53:47  19   sulfur fumes had something to do with it.

14:53:49  20        So we went to them, told them what we were looking

14:53:54  21   at, and asked them to devise a protocol and to test it.  They

14:53:59  22   developed the protocol.  It was a gas bag or air bag, a passive

14:54:06  23   air bag sampling.  Their technicians came out to our warehouse

14:54:10  24   and did that.

14:54:11  25        The results, the bag itself was sent to a place

**JAMES W. PATE II - DIRECT**

14:54:16  1   called Columbia laboratories in California.  They analyzed it,

14:54:22  2   sent the results back.  The air bag testing was taken in the

14:54:26  3   warehouse and at a couple of our houses that were either

14:54:31  4   unfinished or for whatever reason unoccupied.  Sometimes we get

14:54:36  5   the house done before the family has finished their sweat

14:54:39  6   equity, so there might be a couple weeks there.  They all came

14:54:45  7   back with -- I think technically it's called "ND," but nothing

14:54:49  8   detectable.  In other words, they were not showing there was

14:54:51  9   any issue.

14:54:54  10          At that point -- and particularly since it was

14:54:55  11  alternative spring break, so all the nonprofits were covered

14:54:59  12  over with college kids -- we started activating our program.

14:55:03  13  We actually did the testing twice with that mechanism, and all

14:55:09  14  of it came back nonreactive.

14:55:13  15  **Q.**   Meaning, from that test, you couldn't tell there was a

14:55:15  16  problem.  Is that fair?

14:55:18  17  **A.**   That's right.

14:55:18  18  **Q.**   With regard to smells, did you have people complaining to

14:55:20  19  you at that time about smells?

14:55:21  20  **A.**   No, we did not.

14:55:24  21          I reiterate, our volunteers work inside the house and

14:55:28  22  paint and trim-out and all, but they do not hang the sheetrock

14:55:32  23  or float or texture it --

14:55:34  24  **Q.**   Who does that?

14:55:35  25  **A.**   -- but we also didn't hear anything at all from any of our

**JAMES W. PATE II - DIRECT**

14:55:38  1   subcontractors.

14:55:39  2   **Q.**   Okay.

14:55:39  3   **A.**   But as Mr. Buck or whoever noted, they were working as

14:55:44  4   hard as we could work them.  They were at one house one day and

14:55:49  5   another house the next day and so forth.

14:55:51  6   **Q.**   So the test was negative and no one smelled it.

14:55:54  7        How did you conclusively find out about Chinese

14:55:57  8   drywall in the Habitat homes?

14:55:59  9   **A.**   It's interesting.  We had actually had a couple of folks

14:56:04  10  outside of the Habitat home-ownership world that came to us

14:56:10  11  with issues -- one of them, in fact, sued us.  And we sent our

14:56:18  12  own staff over to check for what the indicators were, the

14:56:21  13  corrosion and so forth.  We really couldn't find any.

14:56:25  14       But we were also told that the house had a mixture of

14:56:27  15  Home Depot, Lowe's, and our drywall.  We turned that over to

14:56:31  16  our insurance company and did no more with it.

14:56:34  17       The real thing that happened is, we had Casey and

14:56:39  18  Riccardo Crespo -- both of whom were in houses supplied by

14:56:46  19  InEx -- contact us and say, We think we have an issue with the

14:56:50  20  Chinese drywall.  We would like you to check it out.

14:56:55  21       Our first response was, Well, that's not possible

14:56:57  22  because this is not the drywall, the Taishan from the

14:57:01  23  warehouse.  Your house was done with Interior Exterior drywall.

14:57:06  24       They said, Well, we still think we have a problem.

14:57:08  25       Then Riccardo also added, either then or when we met,

## JAMES W. PATE II - DIRECT

14:57:13  1   that he had opened the HVAC closet where the air handler, and

14:57:18  2   on the wall he could see "Made in China," which kind of made

14:57:23  3   the blood drain out of our face.

14:57:25  4   **Q.**   Let me stop you there and ask you:  What was your

14:57:27  5   understanding about what you were shipped from InEx?

14:57:33  6   **A.**   Well, on the Interior Exterior drywall, when the story

14:57:36  7   first broke with Keesler's article picked up in 2009, somewhere

14:57:44  8   around March of 2009, my purchasing people had reached out to

14:57:51  9   InEx and asked if they had ever used Chinese drywall.  This was

14:57:55  10  all verbal, and the only reason I can report it is because it

14:57:58  11  was at my request.

14:58:00  12      He came back and reported directly to me and said,

14:58:03  13  They said they never used Chinese drywall.

14:58:07  14      MR. DUPLANTIER:  Objection, Your Honor, it's hearsay.

14:58:10  15      THE COURT:  Let's rephrase the question.

14:58:13  16      MR. SEEGER:  Judge, would that be an admission

14:58:15  17  against interest?  It was reported directly to him.

14:58:18  18      MR. DUPLANTIER:  He doesn't even know who said it to

14:58:21  19  him.

14:58:21  20      THE COURT:  Who told you that?

14:58:22  21      THE WITNESS:  My own staff member.

14:58:23  22      MR. DUPLANTIER:  Which one?

14:58:25  23      MR. SEEGER:  Would you like to do your cross?

14:58:29  24      THE COURT:  Wait.  You're not asking questions.

14:58:30  25          The issue there is whether or not -- if InEx had

**JAMES W. PATE II - DIRECT**

| | | |
|---|---|---|
| 14:58:34 | 1 | told him, that would be an 801(d)(2).  His staff tells him, so |
| 14:58:41 | 2 | that doesn't satisfy. |
| 14:58:43 | 3 | THE WITNESS:  Let me add that -- |
| 14:58:45 | 4 | MR. SEEGER:  You can't.  The judge -- I'll ask you |
| 14:58:45 | 5 | about it. |
| 14:58:49 | 6 | THE WITNESS:  No, not on that.  I was talking about |
| 14:58:50 | 7 | the year later, when we inquired again. |
| 14:58:54 | 8 | BY MR. SEEGER: |
| 14:58:54 | 9 | Q.   Let me ask you.  Forget about the last question. |
| 14:58:57 | 10 | What happened a year later when you looked into the |
| 14:58:58 | 11 | Chinese drywall issue? |
| 14:59:00 | 12 | A.   Again, my staff, at my direction, made an inquiry about |
| 14:59:06 | 13 | Chinese drywall with InEx.  Again, we were told that -- |
| 14:59:12 | 14 | MR. DUPLANTIER:  Judge, it's the same objection. |
| 14:59:13 | 15 | THE WITNESS:  Okay.  Well, we received -- |
| 14:59:16 | 16 | THE COURT:  Let's move on. |
| 14:59:17 | 17 | BY MR. SEEGER: |
| 14:59:17 | 18 | Q.   Let me ask you this, Mr. Pate:  Today, is Habitat still |
| 14:59:23 | 19 | building homes in New Orleans? |
| 14:59:24 | 20 | A.   Yes, we are. |
| 14:59:24 | 21 | Q.   Do you buy drywall from InEx? |
| 14:59:26 | 22 | A.   Not right now, no. |
| 14:59:28 | 23 | Q.   Do you have any intention, as an executive director, to do |
| 14:59:31 | 24 | business with InEx with regard to buying drywall or any |
| 14:59:34 | 25 | building materials? |

## JAMES W. PATE II - DIRECT

14:59:36  1    **A.**   I would not expect so.  But, you know, they have been

14:59:40  2    around a long time.  They are a good company.  But no.

14:59:57  3    **Q.**   Did anybody at any point in time from InEx, through either

15:00:01  4    a letter or a telephone call, contact Habitat to let them know

15:00:05  5    that reactive Chinese defective drywall had been sold or

15:00:10  6    installed in any of those homes?

15:00:12  7    **A.**   No.  That never happened.

15:00:19  8    **Q.**   Now, Mr. Pate, you were here during -- you have been here

15:00:24  9    for the last few days.  Is that fair?

15:00:25  10   **A.**   Correct.

15:00:25  11   **Q.**   You have heard things that have been said in court.

15:00:28  12           How would it make you feel to compare Habitat in any

15:00:32  13   way to a commercial company like InEx?

15:00:36  14   **A.**   I'm not pleased with that comparison.  It's totally out of

15:00:39  15   line to say an organization that builds affordable houses with

15:00:48  16   volunteers in partnership with the ultimate homeowner, with a

15:00:52  17   mission to improve the lives of our families and our

15:00:59  18   communities, that because one time, the first time in our

15:01:03  19   history, we bought some bulk material -- we didn't go out to

15:01:07  20   China or anywhere and try to source it.  It was sitting in a

15:01:11  21   warehouse here at the Port of New Orleans.  We get contacted --

15:01:16  22   said, You have a chance to buy a bunch of it -- when the whole

15:01:21  23   city desperately needed drywall, including all of our nonprofit

15:01:26  24   friends, and we, in essence, either used it or gave it a way.

15:01:30  25           The little, minuscule amount we sold, about 23,000

**JAMES W. PATE II - DIRECT**

15:01:33  1   altogether, went solely back into the cost of having that

15:01:37  2   material and insuring it and storing it and paying the pallet

15:01:41  3   fees.  That's just not our business.

15:01:43  4         We don't -- the 42 rules that came up in earlier

15:01:48  5   testimony basically don't apply to us.  We don't go source

15:01:54  6   material like that.  We rely on our experts, in the case of the

15:02:00  7   testing, and we rely on the integrity of the person or the

15:02:04  8   entity from which we obtain the material, whether it's drywall

15:02:09  9   or "hardiboard" siding or anything else.

15:02:13  10        One of our issues with InEx is because we feel like

15:02:16  11  they were deceptive.  And contrarywise, as soon as we thought

15:02:20  12  there was an issue, we notified all of our families in writing,

15:02:24  13  all of our donor programs.

15:02:27  14  **Q.**   I was about to ask you that.  Let me ask you the question:

15:02:29  15  How did Ms. LeBlanc find out about having Chinese drywall in

15:02:32  16  her home?

15:02:34  17  **A.**   Well, she was, with Riccardo, one of the first ones that

15:02:40  18  contacted us.  So we called her, but she also got a letter

15:02:43  19  saying it's -- and I want to draw this distinction --

15:02:46  20  **Q.**   A letter from Habitat, right?

15:02:48  21  **A.**   Yes.  That was with her on the testing issue.

15:02:52  22        When we first got the test results back in February,

15:02:56  23  March 2009, we sent a letter to all our donor partners, all of

15:03:04  24  our homeowners, saying, Some of you have Chinese drywall in

15:03:10  25  your homes.

## JAMES W. PATE II - DIRECT

15:03:12  1        To the donor partners, we said, We have donated you
15:03:15  2   Chinese drywall.  Here is our test results.  We have had it
15:03:18  3   tested.
15:03:19  4        We actually sent the test results.  The homeowners
15:03:23  5   letter had the information on one side and the test results on
15:03:27  6   the other.
15:03:27  7   Q.   And the test result you described?
15:03:30  8   A.   Were nonreactive.
15:03:32  9   Q.   That was what type, just so we are clear on it?
15:03:34  10  A.   That was the air bag test.
15:03:36  11  Q.   Air bag test.  Okay.
15:03:37  12       MR. SEEGER:  I don't have any further questions.
15:03:38  13       THE WITNESS:  Which the experts told us to use.
15:03:40  14       MR. SEEGER:  No further questions.
15:03:42  15                   CROSS-EXAMINATION
15:03:43  16  BY MR. DUPLANTIER:
15:04:06  17  Q.   Good afternoon, Mr. Pate.
15:04:07  18  A.   Good afternoon.
15:04:08  19  Q.   Nice to see you again.  As you know, my name is Richard
15:04:11  20  Duplantier, and I represent Interior Exterior in this
15:04:15  21  litigation.
15:04:15  22  A.   Right.
15:04:17  23  Q.   Let me go back to your background just a little bit.
15:04:17  24  You're an attorney and you practiced law for a number of years;
15:04:21  25  is that right?

JAMES W. PATE II - CROSS

| | | |
|---|---|---|
| 15:04:21 | 1 | **A.**   Yes.  I call myself a recovering attorney. |
| 15:04:25 | 2 | **Q.**   I hope to be one of those one day too.  Maybe next week. |
| 15:04:39 | 3 | After you practiced law for about nine years, you |
| 15:04:40 | 4 | were a pension and trust specialist in the insurance business, |
| 15:04:45 | 5 | right -- the banking business? |
| 15:04:47 | 6 | **A.**   Yes. |
| 15:04:47 | 7 | **Q.**   You worked in the banking business.  You know how rules |
| 15:04:48 | 8 | and regulations work, right? |
| 15:04:52 | 9 | **A.**   Could you elaborate on that? |
| 15:04:53 | 10 | **Q.**   Did you have to follow banking rules when you were a |
| 15:04:56 | 11 | banker? |
| 15:04:57 | 12 | **A.**   Banking regulations? |
| 15:04:58 | 13 | **Q.**   Yes. |
| 15:04:58 | 14 | **A.**   Yes. |
| 15:05:00 | 15 | **Q.**   You knew there were some rules that applied to lawyers, |
| 15:05:03 | 16 | right? |
| 15:05:03 | 17 | **A.**   Yes. |
| 15:05:05 | 18 | **Q.**   You have been the executive director of Habitat for over a |
| 15:05:09 | 19 | decade here in New Orleans, right? |
| 15:05:10 | 20 | **A.**   That's correct. |
| 15:05:12 | 21 | **Q.**   Habitat, actually, in terms of the amount of houses they |
| 15:05:16 | 22 | built post-Katrina, considers itself and holds itself out as |
| 15:05:21 | 23 | one of the largest home builders in this community |
| 15:05:27 | 24 | post-Katrina; isn't that true? |
| 15:05:28 | 25 | **A.**   Yes.  We built more houses than anyone else. |

## JAMES W. PATE II - CROSS

15:05:31  1           I reiterate again, Joe or Jane Home Builder has crews
15:05:36  2   they pay to do their framing.  They have, you know, their
15:05:41  3   office people and their own supervisors and all.
15:05:44  4           We build our houses with volunteers and our partner
15:05:47  5   families, with only a modest staff to oversee and make sure the
15:05:51  6   construction is done correctly and to high quality standards.
15:05:54  7   Q.   Well, let me confirm something.  Habitat of New Orleans --
15:05:58  8   and we will shortcut it to New Orleans Area Habitat --
15:06:03  9   A.   You can call it Habitat.
15:06:05  10  Q.   Habitat New Orleans.  You are a licensed general
15:06:08  11  contractor in the state of Louisiana, correct?
15:06:10  12  A.   That's correct.
15:06:11  13  Q.   So you have to follow the same rules and regulations that
15:06:13  14  any licensed general contractor follows in the state of
15:06:15  15  Louisiana; is that correct?
15:06:17  16  A.   That's correct.
15:06:19  17  Q.   You do not suggest to this jury, because you're building
15:06:23  18  homes for low-income or modest-means families, that somehow the
15:06:29  19  rules don't apply to you, do you?
15:06:31  20  A.   Oh, absolutely not.  Not only that, we feel like, despite
15:06:34  21  the fact we build a modest, on average, 1,100 square-foot
15:06:40  22  house, that structurally our houses are as sound or sounder
15:06:43  23  than anything built, even if it's a million-dollar house.
15:06:48  24  Q.   How many employees did you have on your staff in 2006 when
15:06:52  25  you bought drywall from Interior Exterior?

JAMES W. PATE II - CROSS

15:06:54   1   A.   We probably -- at that point -- we had 11 staff
15:06:58   2   pre-Katrina.  I'm going to have to walk through this.
15:07:01   3   Q.   Sure.
15:07:02   4   A.   We had 11 staff pre-Katrina.  Post-Katrina, only four of
15:07:06   5   us came back.  We had started adding AmeriCorps and
15:07:15   6   InTrip (phonetic), which is a branch of AmeriCorps -- we call
15:07:21   7   them AmeriCorps SWAT teams -- started adding staff,
15:07:27   8   construction staff.  Probably, by 2006, probably had 10 to 12
15:07:33   9   staff.
15:07:35   10  Q.   At the height of the building process, how many employees
15:07:38   11  did you have on staff at Habitat of New Orleans?
15:07:41   12  A.   I want to say it was 2008 probably -- the bridge between
15:07:48   13  late 2007, 2008, we actually got up to about 60 employees.  We
15:07:53   14  were also -- that year, we also built 183 houses and ran
15:07:58   15  probably 40,000 volunteers.
15:08:01   16  Q.   Some of those staff members were actually people who had
15:08:05   17  experience and training in the construction business; isn't
15:08:07   18  that correct?
15:08:08   19  A.   The vast -- that is correct.  The vast majority --
15:08:11   20  however, the vast majority of our construction staff, the vast,
15:08:15   21  vast majority of them started with us as an AmeriCorps doing a
15:08:22   22  year of service with us, doing construction.  Now, some of them
15:08:25   23  used to help Dad or Uncle Fred in their construction business,
15:08:29   24  but basically these were kids out of college.  They come and do
15:08:33   25  a year of service with us.  If they liked it and we liked them,

JAMES W. PATE II - CROSS

15:08:36  1  they would stay over typically a second year, and we would hire

15:08:40  2  them on staff and bring them in at that point.

15:08:43  3  **Q.**   How about John Mezzenga?  What was his construction

15:08:46  4  experience?

15:08:47  5  **A.**   John Mezzenga wasn't construction.  He was purchasing.

15:08:51  6  But his background, as I recall, was that he was the purchasing

15:08:56  7  agent in the building materials industry, meaning that he, I

15:09:03  8  guess, purchased building materials for whoever distributed it.

15:09:09  9  **Q.**   He was an employee of Habitat of New Orleans, correct?

15:09:12  10  **A.**   That's correct.

15:09:12  11  **Q.**   He handled purchasing for Habitat of New Orleans; is that

15:09:15  12  correct?

15:09:16  13         And he was someone with significant experience in the

15:09:19  14  industry and the business of purchasing building products for

15:09:22  15  construction, right?

15:09:24  16  **A.**   To my knowledge, he knew what he was doing.  Now, to what

15:09:27  17  extent that spread, I don't know.  He may have been an expert

15:09:33  18  at buying lumber and not at buying shingles.  I don't know.

15:09:37  19  **Q.**   You haven't gone back to look at that issue, have you?

15:09:39  20  **A.**   I haven't gone back to check.

15:09:41  21  **Q.**   Have you read Mr. Mezzenga's deposition that we took in

15:09:45  22  Minnesota?

15:09:46  23  **A.**   No, I have not.

15:09:47  24  **Q.**   You were having some difficulty, you recall, getting

15:09:51  25  drywall in early 2007; isn't that correct?

JAMES W. PATE II - CROSS

15:09:54    1    **A.**    Yes.

15:09:57    2    **Q.**    You were approached -- Habitat for New Orleans was

15:10:00    3    approached to buy some drywall from Fly Systems; isn't that

15:10:03    4    correct?

15:10:03    5    **A.**    That's correct.  That's the drywall in the warehouse, not

15:10:07    6    the Interior Exterior.

15:10:10    7    **Q.**    Correct.  I'm going to show you a copy of an exhibit that

15:10:14    8    I think you have previously identified.

15:10:25    9         This is Interior Exterior Exhibit 78.  Do you recall

15:10:30    10   this letter from Fly Systems?

15:10:41    11   **A.**    Yes, I recall the letter.

15:10:42    12   **Q.**    You received that letter, and that was the letter through

15:10:44    13   which you made the decision to purchase the drywall from Fly

15:10:46    14   Systems; is that correct?

15:10:49    15   **A.**    Yes.  That was subject to some earlier due diligence, like

15:10:57    16   making sure that she had the right to sell it.

15:10:59    17   **Q.**    That they owned the drywall?

15:11:00    18   **A.**    Right.

15:11:01    19   **Q.**    They were a broker; isn't that correct?

15:11:02    20   **A.**    A broker or a factor.  I'm not sure what you'd call it.

15:11:04    21   **Q.**    Well, in your deposition you remember saying that you

15:11:08    22   considered them a broker?

15:11:09    23   **A.**    Yeah.

15:11:10    24        **MR. DUPLANTIER:**  I would like to offer, file, and

15:11:10    25   introduce Exhibit 78, Judge.

JAMES W. PATE II - CROSS

15:11:13  1              THE COURT:  Any objection on that?
15:11:18  2              MR. SEEGER:  Can I take a quick look to save a little
15:11:21  3      time?
15:11:23  4              MR. DUPLANTIER:  Sure.
15:11:26  5              MR. SEEGER:  Your Honor, the only objection is I
15:11:28  6      don't know if he testified to this.  I was reading.
15:11:32  7              MR. DUPLANTIER:  He just did.
15:11:33  8              MR. SEEGER:  If you got it, I have no objection.
15:11:36  9              THE COURT:  Admitted.
15:11:39  10     BY MR. DUPLANTIER:
15:11:39  11     Q.   So you had had some preliminary discussions with Fly
15:11:42  12     Systems about the drywall that you were going to purchase from
15:11:46  13     them.
15:11:46  14              Do you recall that?
15:11:49  15     A.   I think the total discussions and negotiations took
15:11:54  16     somewhere between two and three months.
15:11:56  17     Q.   This is in the middle of those negotiations.  Isn't
15:11:58  18     that -- this is before you agreed to buy it, right?
15:12:12  19     A.   Yeah.  It appears that this was before we actually bought
15:12:14  20     it.
15:12:14  21     Q.   Right.  In fact, you ended up paying more for the drywall
15:12:18  22     than is in this letter, correct?  You paid a million dollars;
15:12:22  23     isn't that right?
15:12:28  24     A.   It wasn't a million dollars round number.  I don't recall
15:12:30  25     exactly.  It was somewhere between, you know, this number and a

JAMES W. PATE II - CROSS

15:12:35  1   million, I would think.

15:12:36  2         MR. DUPLANTIER:  If we could go to page 2, Lori, and

15:12:40  3   highlight this letter.  There's a sentence that's after No. 4.

15:12:57  4   A.   Yes.

15:12:58  5   BY MR. DUPLANTIER:

15:12:59  6   Q.   The company, the broker, is telling you that what they're

15:13:02  7   selling you is a hundred thousand sheets of Tai'an Taishan

15:13:08  8   Plasterboard Company, Limited.

15:13:10  9         You knew this day, before you bought this drywall,

15:13:13  10  that it was, in fact, manufactured in China, correct?

15:13:17  11  A.   Yes, I did.

15:13:18  12  Q.   You knew this day that it was manufactured by this company

15:13:22  13  Tai'an Taishan Plasterboard Company, Limited?  You knew that,

15:13:26  14  right?

15:13:27  15  A.   Yes.  It was meaningless to me.  But, yeah, I knew it.

15:13:30  16  Q.   It was meaningless to you because you didn't know anything

15:13:33  17  about the company?

15:13:34  18  A.   Tai'an Taishan?

15:13:36  19  Q.   Correct.

15:13:37  20  A.   No.

15:13:37  21  Q.   Did you do any research about the company?

15:13:39  22  A.   No.

15:13:39  23  Q.   Did you talk to any other companies that were buying

15:13:45  24  Chinese drywall?

15:13:45  25  A.   No, I didn't.

HOURLY TRANSCRIPT

JAMES W. PATE II - CROSS

15:13:48   1   **Q.**   In March of 2007, did you call InEx and say, Have you

15:13:52   2   purchased any Chinese drywall?

15:13:54   3          In March of 2007, did you ask them that question?

15:13:59   4          **THE WITNESS:**  No.

15:13:59   5   BY MR. DUPLANTIER:

15:14:03   6   **Q.**   So you proceeded, on behalf of Habitat of New Orleans, to

15:14:10   7   purchase, and then they agreed to donate 120,000 sheets of

15:14:15   8   Tai'an Taishan plasterboard drywall; is that right?

15:14:18   9   **A.**   That's correct.

15:14:19   10   **Q.**   Then you proceeded to use it for yourselves, right?

15:14:23   11   Correct?

15:14:23   12   **A.**   (No verbal response.)

15:14:27   13   **Q.**   You also set up a donation program to a bunch of other

15:14:31   14   charitable organizations that were building homes; is that

15:14:33   15   correct?

15:14:34   16   **A.**   Or rehabbing homes.

15:14:35   17   **Q.**   You also sold some of it from the Habitat ReStore?

15:14:39   18   **A.**   Yes.

15:14:40   19   **Q.**   That is a retail outlet for the public.  I can walk into

15:14:45   20   the ReStore and buy a sheet of drywall -- or I could at the

15:14:48   21   time walk into the Habitat ReStore as Joe Public and buy a

15:14:53   22   sheet of drywall from the Habitat ReStore?

15:14:56   23   **A.**   Generally speaking, what you had to do was pay us for it,

15:15:00   24   get a dray slip saying that you had paid for it, go to the

15:15:03   25   Dupuy warehouse, and you were responsible for picking it up and

JAMES W. PATE II - CROSS

15:15:09   1   taking it away.

15:15:10   2   Q.   You told me in your deposition that the Habitat ReStore --

15:15:14   3   let me take a step back.  Let me do just a little bit of math

15:15:17   4   with you so that we can understand.

15:15:19   5         Because, you know, you talk about you sold the stuff

15:15:22   6   in the ReStore for your cost.  So if we do the math -- if we do

15:15:26   7   the math, you bought -- effectively, you got 120,000 sheets of

15:15:31   8   drywall for approximately a million dollars; is that correct?

15:15:36   9   A.   900-some-odd thousand.

15:15:38   10   Q.   That's about $9 a sheet; is that right?

15:15:40   11   A.   Right.

15:15:41   12   Q.   You sold, from the Habitat ReStore, $23,000 worth of that

15:15:48   13   drywall; is that correct?

15:15:49   14   A.   That's what I recall the number showing, yeah.

15:15:52   15   Q.   So if we assume that you sold it at your cost, which is

15:15:56   16   about $9, that's about 2,500 sheets of drywall.  Is that right?

15:16:02   17   A.   I haven't done the math, but I assume you are right.

15:16:04   18   Q.   That's enough to build -- that's enough drywall for

15:16:08   19   approximately 27 homes, isn't it?  You use about 80 sheets of

15:16:12   20   drywall per home?

15:16:13   21   A.   60 to 80.  Yes, that is correct.  Some of it was picked up

15:16:18   22   by faith communities or whatever, for bigger -- I mean, that's

15:16:22   23   what we put in a house, an 1,100-square-foot house.

15:16:27   24         We don't know how much was used in an 1,800-square-

15:16:32   25   foot house which may have been what they did, or a little

JAMES W. PATE II - CROSS

15:16:37  1    community church that was maybe 3,000 square feet, and they

15:16:41  2    came in and did it.

15:16:43  3              In other words, I don't think you can translate from

15:16:45  4    the amount we sold to say it's X number of houses.

15:16:49  5    Q.   But we can say that it's approximately 25 houses.  That

15:16:52  6    would be safe for us to say to this jury, wouldn't it, 25

15:16:57  7    houses?

15:16:58  8    A.   Okay.

15:16:58  9    Q.   So you sold 25 houses worth of Tai'an Taishan plasterboard

15:17:00  10   from the Habitat ReStore.

15:17:02  11             Now, you talked a few minutes ago with Mr. Seeger,

15:17:05  12   and you told him that Habitat has done the right thing and they

15:17:08  13   have rehabbed a total of 215 homes.

15:17:12  14   A.   Habitat homes.

15:17:14  15   Q.   Habitat homes.

15:17:14  16   A.   That's correct.

15:17:15  17   Q.   Have you rehabbed any of those homes that bought the

15:17:18  18   drywall from the ReStore?

15:17:19  19   A.   No, we have not.  Nor have we rehabbed any that were done

15:17:24  20   by the other nonprofits through the donor program.

15:17:28  21   Q.   You have only rehabbed Habitat of New Orleans homes.  You

15:17:31  22   haven't rehabbed any of the homes you sold the drywall to?

15:17:35  23   A.   That's correct.

15:17:44  24   Q.   Did you seek assistance from anybody in making the

15:17:46  25   decision to purchase the Tai'an Taishan plasterboard drywall?

JAMES W. PATE II - CROSS

| | | |
|---|---|---|
| 15:17:57 | 1 | **A.**   Not that I recall. |
| 15:17:58 | 2 | **Q.**   You had never dealt with Fly before, had you? |
| 15:18:01 | 3 | **A.**   Fly Systems? |
| 15:18:01 | 4 | **Q.**   Fly Systems. |
| 15:18:02 | 5 | **A.**   No, I had never dealt with them. |
| 15:18:03 | 6 | **Q.**   They were a company in Florida that had 120,000 sheets of |
| 15:18:09 | 7 | drywall sitting in a warehouse in New Orleans? |
| 15:18:11 | 8 | **A.**   Right. |
| 15:18:11 | 9 | **Q.**   Did you go and inspect the drywall? |
| 15:18:13 | 10 | **A.**   We went and looked at it, verified it was there. |
| 15:18:16 | 11 |         Taking chemical samples or anything, no. |
| 15:18:19 | 12 | **Q.**   Did you even test it for ASTM certification? |
| 15:18:22 | 13 | **A.**   No, we did not. |
| 15:18:24 | 14 | **Q.**   Did you ask for an ASTM certification of any kind about |
| 15:18:26 | 15 | that drywall? |
| 15:18:27 | 16 | **A.**   Nope.  It's outside of my knowledge or skill set. |
| 15:18:29 | 17 | **Q.**   I understand.  But Habitat was going to take possession of |
| 15:18:34 | 18 | 120,000 sheets of drywall, and they didn't ask for a test |
| 15:18:37 | 19 | report of any kind; is that correct? |
| 15:18:39 | 20 | **A.**   That is correct.  We build houses in partnership with our |
| 15:18:44 | 21 | families and volunteers.  We are not a building supply company. |
| 15:18:48 | 22 | And until this trial, I had no idea what ASTM standards meant |
| 15:18:52 | 23 | in the building industry. |
| 15:18:53 | 24 | **Q.**   Did you ask John Mezzenga if he knew what they meant? |
| 15:18:58 | 25 | **A.**   No, I did not. |

JAMES W. PATE II - CROSS

| | | |
|---|---|---|
| 15:19:00 | 1 | Q.   Did you talk with John Mezzenga, the person on your staff |
| 15:19:03 | 2 | who had experience in the building products, did you talk with |
| 15:19:04 | 3 | him about buying that drywall? |
| 15:19:06 | 4 | A.   I'm not positive that John was a staff member when we |
| 15:19:09 | 5 | bought it. |
| 15:19:10 | 6 | Q.   Did you talk to anybody on your staff that had |
| 15:19:12 | 7 | construction experience about, We are going to buy all of this |
| 15:19:18 | 8 | drywall? |
| 15:19:18 | 9 | A.   The only discussion that took place with my staff was, |
| 15:19:20 | 10 | We've got a chance to buy a bunch of drywall so you won't have |
| 15:19:25 | 11 | a problem.  What do you think? |
| 15:19:26 | 12 | That's a great idea. |
| 15:19:28 | 13 | Q.   Did you go to the plant in China? |
| 15:19:30 | 14 | A.   Oh, no. |
| 15:19:35 | 15 | Q.   You just had an employee go to the warehouse, look at the |
| 15:19:38 | 16 | space, do a general overview, Oh, look.  There's 120,000 sheets |
| 15:19:41 | 17 | of drywall.  Let's buy it. |
| 15:19:43 | 18 | And that's what you did, right? |
| 15:19:45 | 19 | A.   That's pretty essentially what we did, yeah.  I mean, |
| 15:19:48 | 20 | obviously, we did a count:  How many sheets per pallet, how |
| 15:19:52 | 21 | many pallets, so forth, so forth. |
| 15:19:55 | 22 | And it's also -- just as an aside, the Dupuy |
| 15:19:57 | 23 | warehouse is a huge warehouse.  It's got a bunch of stuff in |
| 15:20:01 | 24 | it. |
| 15:20:01 | 25 | Q.   I'm going to show you another exhibit, which we call |

JAMES W. PATE II - CROSS

15:20:06  1  the -- we refer to as a Habitat drywall time line.  It's InEx
15:20:14  2  Exhibit 79.
15:20:36  3       Mr.  Pate, can you tell me who prepared that time
15:20:40  4  line and why?
15:20:45  5  A.   It was largely prepared by one of my staff.  I'm
15:20:51  6  embarrassed to say I'm drawing a quick blank.  Elise Tusa.
15:20:56  7  Q.   Did she do that at your direction?
15:20:58  8  A.   Yes, she did.
15:20:59  9  Q.   Did she do that so that you and the other members of
15:21:02 10  Habitat would have a recollection about what the time line was
15:21:05 11  with regard to Chinese drywall?
15:21:09 12  A.   Yes.  And let me offer the caveat that, some of the early
15:21:13 13  stuff, Elise was not keeping the records at the time.  So she
15:21:16 14  had to go find any files we had on them and insert that data in
15:21:22 15  there.
15:21:22 16  Q.   But she went and did the research at your direction and
15:21:26 17  prepared that time line based on the documents that you had in
15:21:29 18  your office; is that correct?
15:21:31 19  A.   That is correct.  Let me point out that the bulk of this
15:21:39 20  starts, obviously, February 2009, when we found out about the
15:21:43 21  Taishan.  And it was probably two or three months after that
15:21:48 22  that essentially all documentation went through Elise.
15:21:53 23       MR. DUPLANTIER:  I would like to offer, file, and
15:21:53 24  introduce Exhibit InEx 79.
15:21:58 25       MR. SEEGER:  No objection.

JAMES W. PATE II - CROSS

| | | |
|---|---|---|
| 15:22:07 | 1 | **MR. DUPLANTIER:**  Lori, if you can pull up that |
| 15:22:10 | 2 | exhibit.  Just pull up the first five or six lines, if you |
| 15:22:13 | 3 | don't mind. |
| 15:22:14 | 4 | **BY MR. DUPLANTIER:** |
| 15:22:15 | 5 | **Q.**  Let me make sure that we all understand the process that |
| 15:22:18 | 6 | took place. |
| 15:22:22 | 7 | You bought the drywall in March 2007 and you |
| 15:22:26 | 8 | immediately began using it; isn't that true? |
| 15:22:28 | 9 | **A.**  That's correct. |
| 15:22:29 | 10 | **Q.**  So from March 2007 to February 2009, New Orleans Habitat |
| 15:22:35 | 11 | has no issue of any kind with regard to the Chinese drywall, |
| 15:22:39 | 12 | whether it's Knauf or Taishan; is that correct? |
| 15:22:43 | 13 | **A.**  You say -- we certainly had no issues.  We didn't even |
| 15:22:48 | 14 | have any questions about it. |
| 15:22:49 | 15 | **Q.**  So for approximately two years -- at least two years -- |
| 15:22:52 | 16 | there was no question about it; is that correct? |
| 15:22:54 | 17 | **A.**  That's correct. |
| 15:22:56 | 18 | **Q.**  Then in February of 2009, Habitat actually hears about the |
| 15:23:03 | 19 | media reports and they first become concerned about drywall; is |
| 15:23:08 | 20 | that right? |
| 15:23:09 | 21 | **A.**  That's correct. |
| 15:23:12 | 22 | **Q.**  This is also more than two years after InEx had sold you |
| 15:23:15 | 23 | drywall for the Musicians' Village; isn't that true? |
| 15:23:19 | 24 | **A.**  That's correct. |
| 15:23:21 | 25 | **Q.**  What Habitat does after they learn about all the media |

JAMES W. PATE II - CROSS

15:23:24  1  surrounding Chinese drywall, they hire a local company that are
15:23:29  2  experts in the field of chemical analysis; isn't that true?
15:23:32  3  A.   That's correct.
15:23:32  4  Q.   In fact, EASI conducts some studies for you.
15:23:38  5       And I'm going to show you another exhibit, which is
15:23:40  6  InEx 72, which is one of the EASI reports, and ask you if you
15:23:49  7  remember seeing this report.
15:25:04  8  A.   I'm sure I saw it when it came in, yes.
15:25:09  9  Q.   That report indicated to you that the drywall that you had
15:25:12  10 purchased from Tai'an Taishan Plasterboard was not a problem;
15:25:17  11 isn't that true?
15:25:26  12 A.   That's correct.  That is, you know, subject to the EASI
15:25:30  13 folks basically kind of explaining that it was no detectable,
15:25:33  14 yeah.
15:25:34  15 Q.   There was no detectable levels of sulfur when they
15:25:38  16 conducted their tests over your Taishan drywall?
15:25:40  17 A.   Correct.
15:25:40  18 Q.   In fact, you had them do some additional tests.  And I
15:25:44  19 will provide you InEx 73, which is the second group of tests,
15:25:48  20 and see if you remember.
15:25:49  21      Tell us who Mr. Bob Marye is.
15:25:53  22 A.   Bob Marye is on my staff.  At the time, he was in my
15:25:57  23 development department in charge of faith communities and major
15:26:02  24 gifts.
15:26:07  25 Q.   There was another test run in April of 2009.

JAMES W. PATE II - CROSS

15:26:10  1         Do you recall that?

15:26:18  2  A.   I know that one of the samples in the first round, the

15:26:20  3  protocol is that they're supposed to test it within a certain

15:26:25  4  number of hours.  And what was explained to me is that a lab

15:26:29  5  technician miscalculated the time difference between

15:26:34  6  New Orleans and the time zones in California, where the lab is.

15:26:38  7  So he tested it, like, an hour late.  So we had some more tests

15:26:42  8  done.

15:26:43  9  Q.   Is that a report of the additional tests that were run?

15:26:46  10  A.   Let me take a minute and look at it.

15:27:30  11         This looks like a follow-up test, yes.

15:27:33  12         MR. DUPLANTIER:  Your Honor, I'm going to offer,

15:27:33  13  file, and introduce Interior Exterior Exhibit 72 and

15:27:36  14  Interior Exterior Exhibit 73.

15:27:42  15         MR. SEEGER:  No objection.

15:27:43  16         THE COURT:  Let it be admitted.

15:27:44  17  BY MR. DUPLANTIER:

15:27:44  18  Q.   Let's make sure we understand one thing, Mr. Pate:  When

15:27:48  19  you got the media reports in February of 2009, for a period of

15:27:54  20  time, Habitat stopped using the Taishan drywall; isn't that

15:27:57  21  correct?

15:27:59  22  A.   That's correct.

15:27:59  23  Q.   After you got these test reports, you went back to using

15:28:03  24  it.  In 2009, you went back to using that Chinese drywall?

15:28:06  25  A.   That's correct.

JAMES W. PATE II - CROSS

15:28:07  1   Q.   Despite all the media reports, despite the information
15:28:14  2   that you had, you felt that you could go back to giving away
15:28:18  3   that drywall to other faith-based partners; isn't that correct?
15:28:24  4   A.   I thought that.  But the other thing is we gave them all
15:28:27  5   the test results and all the information.  If they -- they also
15:28:32  6   were privy to the same media information.  They certainly had
15:28:36  7   the opportunity to say, Well, we are uneasy about it, we don't
15:28:40  8   want any more of it.
15:28:41  9   Q.   Did anybody turn it away from you?
15:28:43  10  A.   I don't recall of anyone doing that.
15:28:46  11  Q.   Let's go back to the time line.  Because what you did
15:28:48  12  actually was, you sent an e-mail to all of your faith-based
15:28:52  13  partners in March of 2009.  And you told them not to worry
15:28:56  14  about the drywall that you had given through the donor program;
15:29:00  15  isn't that correct?
15:29:06  16  A.   I don't have the letter in front of me.  I would have to
15:29:08  17  see the exact language.  But I did give them the testing
15:29:11  18  results.  I probably put in that we were going to continue
15:29:15  19  using it ourselves.
15:29:33  20           MR. DUPLANTIER:  Let's go down further, Lori, if you
15:29:34  21  don't mind, to the end.
15:29:38  22  BY MR. DUPLANTIER:
15:29:39  23  Q.   So in 2010, isn't it true that, when you stopped using the
15:29:43  24  Taishan drywall, you started buying drywall from
15:29:46  25  Interior Exterior?  Isn't that correct?

JAMES W. PATE II - CROSS

| | | |
|---|---|---|
| 15:29:54 | 1 | **A.**   That's entirely possible at that time, yeah. |
| 15:29:56 | 2 | **Q.**   In fact, Interior Exterior sent you a letter? |
| 15:30:01 | 3 | **A.**   That we requested. |
| 15:30:02 | 4 | **Q.**   That you requested.  That at the time, in January of 2010, |
| 15:30:06 | 5 | that Interior Exterior was selling domestic drywall at that |
| 15:30:11 | 6 | time and had ceased selling Chinese drywall; isn't that |
| 15:30:14 | 7 | correct? |
| 15:30:16 | 8 | **A.**   As I recall -- and again, I don't have the letter in front |
| 15:30:20 | 9 | of me.  But as I recall, it was a letter faxed by InEx sales |
| 15:30:27 | 10 | staff.  And the letter that was faxed over was on National |
| 15:30:31 | 11 | Gypsum letterhead.  And it stated that they had never bought, |
| 15:30:41 | 12 | imported, or rebranded foreign drywall.  As I recall, it said |
| 15:30:48 | 13 | something like that. |
| 15:30:49 | 14 | They only sell national -- only sell domestic gypsum |
| 15:30:53 | 15 | products, and they have never brought in foreign product, this |
| 15:31:00 | 16 | National Gypsum letterhead. |
| 15:31:02 | 17 | **Q.**   I'm going to fast-forward.  Let's fast-forward to May of |
| 15:31:06 | 18 | 2010. |
| 15:31:08 | 19 | This is InEx Exhibit 83. |
| 15:31:16 | 20 | Let me show you this e-mail. |
| 15:31:41 | 21 | **THE COURT:**  Is that in evidence? |
| 15:31:42 | 22 | **MR. DUPLANTIER:**  You know what?  I'm sorry, |
| 15:31:44 | 23 | Your Honor.  I apologize. |
| 15:31:46 | 24 | **BY MR. DUPLANTIER:** |
| 15:31:46 | 25 | **Q.**   Did you write that e-mail to your board of directors, |

JAMES W. PATE II - CROSS

15:31:48  1   Mr. Pate?  I'm sorry.

15:31:55  2   A.   Yes, I did.

15:31:57  3        MR. DUPLANTIER:  I would like to offer, file, and

15:31:57  4   introduce Exhibit 83.

15:32:03  5        MR. SEEGER:  No objection, Your Honor.

15:32:04  6        THE COURT:  Let it be admitted.

15:32:11  7   BY MR. DUPLANTIER:

15:32:11  8   Q.   You wrote this e-mail to the board of directors of Habitat

15:32:12  9   of New Orleans --

15:32:13  10  A.   Let me interject.  I'm sorry.  It's not board of

15:32:14  11  directors, it's my executive committee.

15:32:16  12  Q.   Your executive committee.  Okay.

15:32:19  13       You wrote this letter to the executive committee, who

15:32:21  14  are outside individuals who consult with Habitat for

15:32:25  15  New Orleans.  They sit on a board or they provide you

15:32:29  16  assistance?

15:32:30  17  A.   No, they govern it.

15:32:32  18  Q.   They govern --

15:32:32  19  A.   They are, in effect -- I work for these people.

15:32:36  20  Q.   So you write them an e-mail.  Now, we are in May 2010.

15:32:40  21  And Habitat has had your drywall tested and they have gone back

15:32:44  22  to distributing it to faith-based partners; isn't that correct?

15:32:48  23  A.   Yeah.

15:32:49  24  Q.   When did you stop distributing it around the New Orleans

15:32:53  25  community?

JAMES W. PATE II - CROSS

15:32:54   1   **A.**   Well, let's see.  This is May of 2010?

15:32:59   2   **Q.**   Yes, sir.

15:33:00   3   **A.**   We had stopped using it or distributing it prior to this

15:33:02   4   date.

15:33:03   5   **Q.**   Do you know when you stopped that?

15:33:05   6   **A.**   Roughly mid to late October, or maybe the first week of

15:33:11   7   November 2009.

15:33:14   8   **Q.**   2009.  But you still believed and were reporting to your

15:33:18   9   executive committee and others that your drywall was

15:33:22   10   nonreactive; is that correct?

15:33:24   11   **A.**   Could you blow it up?  I can't read this.

15:33:27   12   **Q.**   Sure.  I'm going to highlight the second paragraph.  I

15:33:40   13   know it's -- you like to write, Mr. Pate.  I'll give you that.

15:33:46   14           **MR. DUPLANTIER:**  A little bit further down, Lori.

15:33:52   15           There we go.

15:33:52   16   **BY MR. DUPLANTIER:**

15:33:55   17   **Q.**   So in May of 2010, we are telling your executive

15:34:00   18   committee:  "As we have reported, we have yet to have credible

15:34:04   19   or verified evidence of a problem with our Chinese drywall."

15:34:09   20           And in fact, further in the e-mail, you accuse the

15:34:15   21   media of being in a frenzy with regard to Chinese drywall;

15:34:18   22   isn't that correct?

15:34:29   23   **A.**   That's in this paragraph?

15:34:30   24   **Q.**   It's in the next paragraph, I believe.

15:35:09   25           So the paragraph:  So it increasingly appears --

JAMES W. PATE II - CROSS

15:35:12  1          MR. DUPLANTIER:  Can you highlight that paragraph?

15:35:13  2  BY MR. DUPLANTIER:

15:35:14  3  Q.    -- that our Chinese drywall is good and noncorrosive.

15:35:22  4  This would be good news to us and to those who brought it from

15:35:26  5  the ReStore or got it through the donated program.

15:35:33  6  A.    The next sentence is:  The bad news is that we may have

15:35:38  7  had corrosive drywall in some of our houses that came from

15:35:42  8  local distributors.

15:35:43  9  Q.    Correct.  That would be the 11 houses from

15:35:46  10  Interior Exterior.  You are referring to the 11 houses you

15:35:53  11  bought drywall from Interior Exterior; is that correct?

15:35:57  12  A.    May 2010, I probably wasn't specifying them.

15:36:04  13  Q.    But you are also talking about the media frenzy and

15:36:08  14  reporting to the executive committee that not all Chinese

15:36:12  15  drywall is bad, because that's what you believed at the time.

15:36:18  16          And you still believe that, right?

15:36:20  17  A.    Well, I think when we brought up the Taishan Wuhu, or

15:36:25  18  whatever that you guys were talking about --

15:36:27  19  Q.    The Knauf Wuhu.

15:36:31  20  A.    -- the Knauf Wuhu that I believe -- I believe you stated

15:36:32  21  that none of that had tested corrosive.

15:36:38  22  Q.    That's correct.

15:36:39  23  A.    So that would be Chinese drywall that's not corrosive.

15:36:41  24  Q.    In fact, there were some Habitat houses that had Knauf

15:36:44  25  Wuhu drywall that didn't need to be remediated; isn't that

JAMES W. PATE II - CROSS

15:36:47  1   correct?

15:36:48  2   **A.**   I don't know if it was Wuhu.  But we had -- yes, we had

15:36:51  3   some Knauf that did not show signs of corrosion nor did they

15:36:55  4   test out corrosive.

15:37:06  5           **THE COURT:**  Let's get to a point where I can take a

15:37:09  6   quick break.

15:37:09  7           **MR. DUPLANTIER:**  Sure.  I'm going to move on to

15:37:09  8   another e-mail and we can take a break right here.

15:37:11  9           **THE COURT:**  Let's take a 10-minute break.  I have got

15:37:13  10  another conference.

15:37:15  11          **THE DEPUTY CLERK:**  All rise.

15:37:15  12          (Recess.)

15:53:41  13          **THE COURT:**  Be seated, please.  You may proceed.

15:53:43  14          You are still under oath, sir.

15:53:45  15          **THE WITNESS:**  Yes, sir.

15:53:46  16          **MR. DUPLANTIER:**  Thank you, Judge.

15:53:48  17  **BY MR. DUPLANTIER:**

15:53:49  18  **Q.**   Mr. Pate, I'm going to show you just a couple more quick

15:53:52  19  e-mails.  I'm going to show you Interior Exterior Exhibit 76

15:53:58  20  and ask if you sent that e-mail.

15:54:26  21  **A.**   Yes.

15:54:28  22          **MR. DUPLANTIER:**  Judge, I would like to offer, file,

15:54:31  23  and introduce Interior Exterior Exhibit 76.

15:54:34  24          **MR. SEEGER:**  No objection.

15:54:34  25          **THE COURT:**  Admitted.

**JAMES W. PATE II - CROSS**

| | | |
|---|---|---|
| 15:54:34 | 1 | **MR. DUPLANTIER:**  Lori, if you could pull it up. |
| 15:54:36 | 2 | **BY MR. DUPLANTIER:** |
| 15:54:37 | 3 | **Q.**   I'm going to ask you a quick couple questions about this |
| 15:54:40 | 4 | e-mail. |
| 15:54:40 | 5 | Who is Frank Vardeman? |
| 15:54:42 | 6 | **A.**   Frank was head of Presbyterian Disaster Services -- or |
| 15:54:48 | 7 | Mission, I think it's called. |
| 15:54:49 | 8 | **Q.**   He was one of the organizations that had gotten the |
| 15:54:54 | 9 | Taishan drywall from Habitat of New Orleans; is that correct? |
| 15:55:00 | 10 | **A.**   I'm not sure if he got any or if he was calling -- yeah, |
| 15:55:06 | 11 | he was probably somebody -- we got calls from other people |
| 15:55:11 | 12 | occasionally. |
| 15:55:13 | 13 | **Q.**   This is in September of 2009 that you were responding to |
| 15:55:17 | 14 | him; isn't that correct? |
| 15:55:18 | 15 | **A.**   That's correct. |
| 15:55:19 | 16 | **Q.**   In the first paragraph, you give him the details of the |
| 15:55:22 | 17 | extensive research and analysis that you have done with regard |
| 15:55:26 | 18 | to the Taishan drywall; is that correct? |
| 15:55:29 | 19 | **A.**   No.  What it says is:  "We did extensive testing using a |
| 15:55:33 | 20 | local lab as our technical adviser, and they in turn used a |
| 15:55:38 | 21 | high-tech lab in California." |
| 15:55:40 | 22 | **Q.**   Right.  And that they had not detected any problems with |
| 15:55:43 | 23 | the Taishan or the TTP -- that the plaintiffs want to call |
| 15:55:47 | 24 | it -- the TTP drywall, is that correct, in that first sentence? |
| 15:56:04 | 25 | **A.**   No, I don't see that statement in the first sentence.  It |

JAMES W. PATE II - CROSS

15:56:09  1    describes the testing they did and so forth.

15:56:11  2    **Q.**    "Our tests showed no detectable levels down to parts per

15:56:17  3    billion for 20 different sulfur compounds."

15:56:21  4    **A.**    Yeah, that's several lines in. Yes. I'm sorry. I --

15:56:23  5    **Q.**    You like to write, Mr. Pate, right?

15:56:27  6    **A.**    I wish I could read as well as I write.

15:56:30  7    **Q.**    "We tested several sites with installed sheetrock and

15:56:36  8    extensive testing on drywall that we had warehoused, all of it

15:56:41  9    purchased from a single source. Our tests showed no detectable

15:56:45  10   levels down to parts per billion for 20 different sulfur

15:56:50  11   compounds."

15:56:52  12   **A.**    Do you want me to verify that's in here?

15:56:54  13   **Q.**    That's what you are reporting to them?

15:56:57  14   **A.**    Yes.

15:56:58  15          I also note that they are using a handheld CIMA gas

15:57:03  16   detector.

15:57:05  17   **Q.**    You also report later on that you did a ton of research

15:57:09  18   into the issue so that you were educated -- you, as Habitat of

15:57:12  19   New Orleans, were educated enough to understand the tests;

15:57:18  20   isn't that true?

15:57:22  21   **A.**    I'm sorry. Could you point that out to me?

15:57:24  22   **Q.**    Sure. It's underlined. If you look on the screen,

15:57:29  23   Mr. Pate: "Obviously, we did a ton of research into the issue

15:57:33  24   on our own, so we were educated enough to understand the test."

15:57:38  25          That was what was happening in September of 2009?

JAMES W. PATE II - CROSS

15:57:41  1   **A.**   That's correct.

15:57:43  2   **Q.**   You had sophisticated construction employees on your staff

15:57:46  3   in September of 2009; isn't that true?

15:57:48  4   **A.**   It depends on what you call by *sophisticated*.  Because

15:57:51  5   they build a Habitat house?  Yeah, very well.

15:57:55  6   **Q.**   They were required to build a Habitat house in accordance

15:57:58  7   with the building code in the state of Louisiana?

15:58:01  8   **A.**   That's correct.

15:58:02  9   **Q.**   They had to understand the building code, because you're

15:58:04  10  the general contractor, right?

15:58:05  11  **A.**   That's correct.

15:58:06  12  **Q.**   If we could go to -- I'm going to show you

15:58:09  13  Interior Exterior Exhibit 80.  I'll be very quick with this.

15:58:27  14          Did you receive this e-mail in the ordinary course of

15:58:29  15  business from Mr. Marye and then respond to Bob Marye?

15:58:34  16  **A.**   Yes, I did.

15:58:41  17  **Q.**   He is putting together a statement for you, is that not

15:58:43  18  correct, or a response to an e-mail?

15:58:51  19  **A.**   That's kind of a yes and no.

15:58:52  20          He was responding -- Bob Marye, on my staff, is an

15:58:55  21  ordained Baptist minister, and I think he is a friend of

15:59:00  22  Allen Coe (phonetic) in that capacity, in a ministerial and

15:59:04  23  pastoral.  So Allen is checking with him because he had read

15:59:07  24  some of the media stuff, and Bob is responding.  Bob is just

15:59:12  25  checking with me.

JAMES W. PATE II - CROSS

15:59:13   1   **Q.**   You're telling him what to put into that response; isn't
15:59:15   2   that accurate?
15:59:16   3   **A.**   No, I add one component to it.  I didn't tell him to
15:59:21   4   change the rest of it.
15:59:23   5            MR. DUPLANTIER:  Judge, I would like to offer, file,
15:59:24   6   and introduce Interior Exterior Exhibit 80.
15:59:29   7            MR. SEEGER:  Just to be clear, Your Honor --
15:59:29   8            Are you going to just talk about the top part
15:59:31   9   that he was involved in writing and receiving?  Or are you
15:59:33   10  talking about --
15:59:34   11           MR. DUPLANTIER:  I'm going to show him just the top
15:59:36   12  part, but I'm introducing the entire exhibit into evidence.
15:59:39   13           MR. SEEGER:  I can only agree to the part that's
15:59:41   14  admissible.
15:59:42   15           THE COURT:  Right.
15:59:45   16           MR. SEEGER:  The top part is okay.
15:59:48   17           MR. DUPLANTIER:  Okay.
15:59:49   18           THE COURT:  Let's introduce the top part.
15:59:50   19           MR. DUPLANTIER:  We'll introduce the top part.
15:59:53   20  BY MR. DUPLANTIER:
15:59:53   21  **Q.**   With reference to the top part, though, tell the jury what
15:59:56   22  you were telling Mr. Marye to add to the response to this
15:59:59   23  person who is raising a concern about the e-mail.
16:00:02   24           MR. DUPLANTIER:  Lori, if you can pull that up, just
16:00:04   25  pull up that first little paragraph.

**JAMES W. PATE II - CROSS**

16:00:06  1   BY MR. DUPLANTIER:

16:00:21  2   Q.   What you are telling Mr. Marye is make sure that you

16:00:24  3   remind whoever he is telling us about we don't have a problem

16:00:27  4   drywall, the Chinese drywall has been imported and used in the

16:00:32  5   United States construction industry for many years without

16:00:34  6   problem or issue.

16:00:36  7        That was your understanding.  What's the date of that

16:00:37  8   e-mail?

16:00:43  9   A.   March 19, 2009.

16:00:47  10       I would just note that I didn't say we don't have any

16:00:55  11  problems.  Although I could have said it, we didn't say it

16:00:57  12  there.  But I did say that Chinese drywall has been imported

16:01:02  13  and used, as I understood it, for years.

16:01:09  14  Q.   Let's take a look at an e-mail from almost a year later,

16:01:12  15  April 2010.  And that's an InEx Exhibit 81.

16:01:23  16       Do you remember seeing this e-mail to Debbie Koehler?

16:01:39  17  A.   Yes.

16:01:40  18       MR. DUPLANTIER:  I would like to offer, file, and

16:01:41  19  introduce Interior Exterior Exhibit 81.

16:01:47  20       MR. SEEGER:  No objection, Your Honor.

16:01:49  21       THE COURT:  Let it be admitted.

16:01:52  22       MR. DUPLANTIER:  Lori, just pull it up, and let's

16:01:53  23  just highlight the date and the first line, if you don't mind.

16:01:56  24  BY MR. DUPLANTIER:

16:02:03  25  Q.   So this is in April of 2010; is that correct?

**JAMES W. PATE II - CROSS**

16:02:07  1   **A.**   Correct.

16:02:08  2   **Q.**   This is to Debbie Koehler, who is the client services

16:02:12  3   manager for the Archdiocese of New Orleans for the Operation

16:02:16  4   Helping Hands program; is that correct?

16:02:18  5   **A.**   That's correct.

16:02:20  6   **Q.**   You were telling her that you have no recourse to offer if

16:02:25  7   there is a problem with the drywall that they got from Habitat

16:02:28  8   of New Orleans; is that correct?

16:02:30  9   **A.**   That we have no recourse to offer.  Then I suggested she

16:02:36  10  join the multidistrict litigation.

16:02:39  11  **Q.**   Right.  You also tell her, in the next sentence, that in

16:02:41  12  April of 2010 it's still your position that you only had one

16:02:46  13  possible credible case of someone getting corrosive drywall

16:02:53  14  from the Habitat ReStore.

16:02:56  15          So a year later, from March 2009, you are still

16:03:02  16  reporting to your donor partners that there's not a problem?

16:03:14  17  **A.**   I would say, commenting that there was only one possible

16:03:16  18  credible case, which, to my knowledge, was true, which is not

16:03:19  19  saying I have no problem with our drywall.

16:03:21  20          I then go on to elaborate the circumstances of that

16:03:25  21  possible case and why I said "possibly credible."  They had

16:03:28  22  admitted having drywall from several different sources.  And,

16:03:31  23  in fact, by the time I had written this, they had gutted their

16:03:35  24  own house and replaced it.  So we couldn't even test it.

16:03:39  25  **Q.**   It was after this date when you found the 200 homes that

JAMES W. PATE II - CROSS

16:03:45  1  Habitat had bought the drywall for and used, right?  So after
16:03:50  2  this date, you found another 200 homes where there obviously
16:03:54  3  was some credible case.  You, Habitat, had used corrosive
16:03:58  4  drywall that you had bought from Fly Systems, right?
16:04:01  5  **A.**   After this date?
16:04:03  6  **Q.**   After this date.
16:04:04  7  **A.**   That's correct.
16:04:04  8        **MR. DUPLANTIER:**  Let's go back to the time line very
16:04:06  9  briefly, Lori, if you don't mind, and we will finish it.
16:04:11  10  **BY MR. DUPLANTIER:**
16:04:11  11  **Q.**   From March 2007 until March 2009, when you conducted the
16:04:17  12  first test, did you have any complaints of smells related to
16:04:21  13  the drywall that you had purchased from Tai'an Taishan
16:04:24  14  Plasterboard Company?
16:04:28  15  **A.**   I'm sorry.  Could you give me that range again.
16:04:30  16  **Q.**   March of 2007, when you bought the drywall, until
16:04:35  17  March 2009, did you have any complaints with regard to the
16:04:38  18  smells related to the Tai'an Taishan plasterboard that you had
16:04:42  19  purchased from Fly Systems?
16:04:45  20  **A.**   Complaints from the families?
16:04:47  21  **Q.**   From anybody.
16:04:48  22  **A.**   No.
16:04:48  23  **Q.**   Had anybody complained to you, that had gone to the
16:04:51  24  warehouse, that there was a smell coming from the warehouse
16:04:54  25  that had 100,000-plus sheets of the drywall?

JAMES W. PATE II - CROSS

16:04:56  1   A.   No.

16:04:59  2   Q.   Did you have any complaints of any corrosion coming

16:05:01  3   from -- occurring in those homes?

16:05:06  4   A.   We had none that we could verify anything of.

16:05:09  5   Q.   You had no complaints with corrosion in the warehouse,

16:05:11  6   where there was over 100,000 sheets of that drywall; isn't that

16:05:15  7   correct?

16:05:15  8   A.   It's a semi open-air warehouse.  But, no, we didn't have

16:05:20  9   anything.

16:05:20  10         Interestingly, one of the other materials stored in

16:05:25  11  that warehouse were copper plates.  They were moving them in

16:05:29  12  and out, and we didn't hear anything about it.

16:05:31  13  Q.   Never heard anything about it.

16:05:32  14         Thank you, Mr. Pate.  I appreciate your time.

16:05:34  15  A.   Certainly.  Thank you.

16:05:36  16         THE COURT:  Any redirect?

16:05:39  17         MR. SEEGER:  Yes.

16:05:39  18                REDIRECT EXAMINATION

16:05:39  19  BY MR. SEEGER:

16:05:39  20  Q.   Just to pick up on that last point, Mr. Pate.  The

16:05:43  21  warehouse -- just describe to the jury.  You said it's an

16:05:45  22  open-air warehouse?

16:05:47  23  A.   It's partially -- in other words, it's not temperature-

16:05:52  24  controlled in a big sense.

16:05:54  25         Warehouses like that, what they normally do is they

**JAMES W. PATE II - REDIRECT**

| | |
|---|---|
| 16:05:57 | 1 |
| 16:06:01 | 2 |
| 16:06:05 | 3 |
| 16:06:09 | 4 |
| 16:06:12 | 5 |
| 16:06:14 | 6 |
| 16:06:17 | 7 |
| 16:06:22 | 8 |
| 16:06:25 | 9 |
| 16:06:30 | 10 |
| 16:06:33 | 11 |
| 16:06:34 | 12 |
| 16:06:35 | 13 |
| 16:06:39 | 14 |
| 16:06:42 | 15 |
| 16:06:44 | 16 |
| 16:06:49 | 17 |
| 16:06:51 | 18 |
| 16:06:55 | 19 |
| 16:06:57 | 20 |
| 16:06:59 | 21 |
| 16:07:06 | 22 |
| 16:07:09 | 23 |
| 16:07:12 | 24 |
| 16:07:15 | 25 |

1  will heat up to a very low temperature floor.  They don't let
2  the temperature drop below freezing or below 40 degrees.  And
3  if it gets above 90 degrees, they will circulate air in there.
4  Q.   How is the drywall -- just to give us a visual, how is the
5  drywall stored there?  What does it look like?
6  A.   It's palletized.  It's much like the photos that were up
7  there without the broken drywall around it.  Some of it was
8  shrink-wrapped.  Some of it, I don't think was, because we had
9  them do -- test it.  And it's stacked.  I want to say it's like
10  two high, maybe three.
11  Q.   Shrink-wrapping means what?  What's your understanding?
12  A.   Plastic around it.
13  Q.   Now, do you have any special expertise in these tests that
14  you have been -- that are described in your letters, all over
15  your letters, and you have been asked about by --
16  A.   No.  We have always done what the experts told us.
17  Q.   Sitting here today, do you have an understanding about
18  whether those were the proper tests, were not the proper tests?
19  Do you have an understanding one way or another?
20  A.   What I understand now is that the air tests that were
21  recommended at first really are not useful, but the combustion
22  chamber testing that was introduced later and that we started
23  using is accurate.
24  Q.   That's not what's being described in your --
25  A.   No.

JAMES W. PATE II - REDIRECT

16:07:15   1    **Q.**    Now, my other question is -- you were asked questions

16:07:18   2    about Taishan, TTP drywall.  The Chinese Drywall that Habitat

16:07:24   3    purchased that is now in the warehouse, says what on it?

16:07:28   4    **A.**    It says "Crescent City."

16:07:28   5    **Q.**    Does it say "TTP or "Taishan"?

16:07:32   6    **A.**    It's a big stamp, kind of in an arch across.  It says

16:07:35   7    "Crescent City."

16:07:36   8    **Q.**    Does it say "Taishan" or "TTP" anywhere on it?

16:07:40   9    **A.**    It has "Made in China" on it.  Smaller, much smaller.

16:07:43   10    **Q.**    Of all the volunteers and people at Habitat, are any of

16:07:46   11    them experts in sourcing drywall or materials from China?

16:07:51   12    **A.**    None of my staff is and, to my knowledge, we've never had

16:07:54   13    volunteers.

16:07:55   14    **Q.**    Are you an expert?

16:07:56   15    **A.**    No.  No.

16:08:04   16    **Q.**    What's your understanding of -- typically, if construction

16:08:08   17    work is done on somebody's home, the homeowner pays for that

16:08:13   18    work.  Is that a fair assumption?

16:08:15   19    **A.**    That's correct.

16:08:15   20    **Q.**    Of the homes that Habitat has remediated, have you asked

16:08:19   21    the homeowners for any money?

16:08:19   22    **A.**    The homeowners are not paying anything.

16:08:22   23           Not only that, not only are they not paying --

16:08:24   24           **MR. DUPLANTIER:** Objection.  This isn't redirect.  I

16:08:26   25    didn't ask him a single question about that.

JAMES W. PATE II - REDIRECT

| | | |
|---|---|---|
| 16:08:28 | 1 | **THE WITNESS:** He went into -- |
| 16:08:29 | 2 | You did. You went into -- |
| 16:08:30 | 3 | **THE COURT:** Wait, wait. Don't talk to each other. I |
| 16:08:32 | 4 | heard enough on it. I think he at least went into it |
| 16:08:37 | 5 | partially. I'll allow it. |
| 16:08:39 | 6 | **MR. DUPLANTIER:** Thank you, Your Honor. Just this |
| 16:08:42 | 7 | one. |
| 16:08:42 | 8 | **THE WITNESS:** Our homeowners have not only not paid |
| 16:08:45 | 9 | for any remediation at all, we also paid storage fees, moving |
| 16:08:50 | 10 | costs, and their rent while they were out of the house so we |
| 16:08:55 | 11 | could remediate it. |
| 16:08:57 | 12 | The remediation -- you want to pull it up? |
| 16:09:00 | 13 | **BY MR. SEEGER:** |
| 16:09:00 | 14 | **Q.** Let me ask you questions. |
| 16:09:02 | 15 | Putting aside whether the tests were accurate or the |
| 16:09:04 | 16 | right tests, did you share your testing results with anybody |
| 16:09:08 | 17 | who wanted them? |
| 16:09:10 | 18 | **A.** Oh, yeah. We shared them -- everybody we could get them |
| 16:09:14 | 19 | out to reasonably. |
| 16:09:16 | 20 | **Q.** Has InEx sent you any testing results that they have done? |
| 16:09:18 | 21 | **A.** No, no. We have not heard any test results, any |
| 16:09:23 | 22 | information or statement that they ever used Chinese drywall at |
| 16:09:27 | 23 | all. |
| 16:09:29 | 24 | **Q.** Mr. Duplantier asked you questions about a letter that you |
| 16:09:32 | 25 | received from InEx back in August of 2009. Do you recall those |

JAMES W. PATE II - REDIRECT

| | | |
|---|---|---|
| 16:09:37 | 1 | questions?  You had mentioned it was from National Gypsum? |
| 16:09:42 | 2 | **A.**   Oh, yeah. |
| 16:09:42 | 3 | **Q.**   Do you recall the letter? |
| 16:09:43 | 4 | **A.**   Yes, I do. |
| 16:09:44 | 5 | MR. SEEGER:  Can we put that up?  No. |
| 16:09:50 | 6 | Do you have any objection to -- Your Honor, let |
| 16:09:54 | 7 | me show him the letter.  I believe it was shown to him. |
| 16:09:57 | 8 | **BY MR. SEEGER:** |
| 16:09:57 | 9 | **Q.**   Did you receive that letter? |
| 16:09:58 | 10 | **A.**   Yes, I did. |
| 16:10:01 | 11 | MR. SEEGER:  Any objections to moving it into |
| 16:10:03 | 12 | evidence? |
| 16:10:04 | 13 | **MR. DUPLANTIER:**  No. |
| 16:10:07 | 14 | **THE COURT:**  Let it be admitted. |
| 16:10:08 | 15 | MR. SEEGER:  Can we put it up? |
| 16:10:09 | 16 | I'm sorry.  It's 1212-001. |
| 16:10:19 | 17 | **BY MR. SEEGER:** |
| 16:10:19 | 18 | **Q.**   So based on the questions you were asked and the time line |
| 16:10:22 | 19 | we were looking at -- |
| 16:10:23 | 20 | MR. SEEGER:  Show us the very top of that letter. |
| 16:10:34 | 21 | **BY MR. SEEGER:** |
| 16:10:34 | 22 | **Q.**   Who sent you this communication?  Where did this come |
| 16:10:36 | 23 | from? |
| 16:10:37 | 24 | **A.**   This letter was faxed over by Interior Exterior.  I can't |
| 16:10:44 | 25 | tell you exactly who, but it was from someone in the sales |

JAMES W. PATE II - REDIRECT

16:10:47  1   department.

16:10:50  2   **Q.**   At the top, it's from National Gypsum; is that correct?

16:10:52  3   It's the letterhead of National Gypsum?

16:10:55  4   **A.**   Yeah.  The letter is on National Gypsum letterhead.  The

16:10:59  5   document was faxed to us from InEx.

16:11:01  6   **Q.**   Is InEx National Gypsum, or is that different company?

16:11:04  7   **A.**   No, National Gypsum is a different company.

16:11:10  8   **Q.**   Is there anywhere in this letter -- could you take a look

16:11:14  9   at it -- it's on the board -- where they acknowledge selling to

16:11:17  10  InEx Chinese drywall?

16:11:28  11  **A.**   It never says that they sold any Chinese drywall to InEx.

16:11:31  12  **Q.**   What do you interpret this as saying?  What does it mean

16:11:33  13  to you?  What kind of drywall are you --

16:11:35  14         **MR. DUPLANTIER:**  Objection, Your Honor.  I don't

16:11:36  15  think he can interpret a letter written by someone else.

16:11:39  16         **THE COURT:**  Except it was written to him.

16:11:42  17             What did you get out of it -- or faxed to him.

16:11:45  18  **BY MR. SEEGER:**

16:11:45  19  **Q.**   What's your understanding?

16:11:46  20  **A.**   My impression was that InEx was saying, We used National

16:11:50  21  Gypsum.  We have always used National Gypsum, and we never had

16:11:53  22  any Chinese drywall.

16:11:54  23  **Q.**   Thank you.

16:11:55  24  **A.**   I will add:  That's specifically is what we were kind of

16:11:59  25  asking.

| | | |
|---|---|---|
| 16:12:18 | 1 | **MR. SEEGER:**  I just have a couple more. |
| 16:12:18 | 2 | That's all I have.  Thank you, Mr. Pate. |
| 16:12:20 | 3 | Thank you, Your Honor. |
| 16:12:22 | 4 | **THE COURT:**  Thank you, Mr. Pate. |
| 16:12:24 | 5 | Call your next witness. |
| 16:12:26 | 6 | **MR. MEUNIER:**  Your Honor, I think we have one quick |
| 16:12:28 | 7 | witness, Casey LeBlanc. |
| 16:12:31 | 8 | **CASEY LEBLANC,** |
| 16:12:31 | 9 | having been duly sworn, testified as follows: |
| 16:12:40 | 10 | **THE DEPUTY CLERK:**  State your full name and correct |
| 16:12:40 | 11 | spelling for the record, please. |
| 16:13:06 | 12 | **THE WITNESS:**  Casey LeBlanc, C-A-S-E-Y, L-E, capital |
| 16:13:13 | 13 | B, L-A-N-C. |
| 16:13:15 | 14 | **DIRECT EXAMINATION** |
| 16:13:17 | 15 | BY MR. SEEGER: |
| 16:13:18 | 16 | **Q.**  Hi.  How are you, Ms. LeBlanc? |
| 16:13:18 | 17 | **A.**  I'm well. |
| 16:13:19 | 18 | **Q.**  Start by telling us something about yourself.  Do you have |
| 16:13:21 | 19 | any children? |
| 16:13:22 | 20 | **A.**  Yes.  I have two. |
| 16:13:24 | 21 | **Q.**  Where do you the currently live? |
| 16:13:26 | 22 | **A.**  I live at 1909 Alvar Street. |
| 16:13:29 | 23 | **Q.**  What's your educational background? |
| 16:13:32 | 24 | **A.**  I graduated from Louis Ernest Robouin High School.  After |
| 16:13:38 | 25 | completing high school, I went to Delgado Community College |

**CASEY LEBLANC - DIRECT**

16:13:41  1  where I received an associate's degree in accounting.
16:13:44  2  Currently, I am a student at the University of New Orleans.
16:13:47  3  I'm a senior.
16:13:48  4  **Q.**   What program are you studying?
16:13:50  5  **A.**   Business administration.
16:13:51  6  **Q.**   Are you currently employed?
16:13:53  7  **A.**   Yes.
16:13:53  8  **Q.**   Where are you employed?
16:13:55  9  **A.**   Tulane University.
16:13:58  10  **Q.**   Tell us a little bit about how you got involved with
16:14:01  11  Habitat.  What's your story there?
16:14:05  12  **A.**   Initially, after the hurricane, I was in Houston.  A
16:14:10  13  friend of mine told me about the program.  When I returned home
16:14:14  14  to New Orleans in about May of 2006, there was a local meeting
16:14:20  15  where my pastor had a Habitat representative come out to speak
16:14:25  16  to the congregation in reference to home owning.  At that time,
16:14:29  17  I turned in -- I think it's a $10 application fee and my
16:14:34  18  application.  I turned it in to the representative.
16:14:38  19  **Q.**   Are you a member family today of Mr. Pate?  Describe that.
16:14:42  20  **A.**   Yes.  Partner family, yes.
16:14:45  21  **Q.**   The home that you're in, is that a home that you own?
16:14:48  22  **A.**   Yes.
16:14:50  23  **Q.**   It was purchased and built by Habitat?
16:14:52  24  **A.**   Yes.
16:14:55  25  **Q.**   How did you find the process with Habitat, in terms of

**CASEY LEBLANC - DIRECT**

16:14:57   1   getting you into a home, accommodating?  Were you pleased with
16:15:01   2   it?
16:15:02   3   **A.**   It was very accommodating.  My situation was a little
16:15:06   4   different because I was kind of fast-tracked.  I want to say,
16:15:10   5   because the home that I live in was initially for someone else
16:15:16   6   who decided to drop out of the program because they moved away,
16:15:19   7   and that kind of pushed me up into my home quicker.
16:15:24   8   **Q.**   We heard a little bit about the concept of sweat equity.
16:15:30   9   **A.**   Yes.
16:15:30   10  **Q.**   Tell us what you did.  What was your sweat equity?
16:15:33   11  **A.**   I had to do 350 hours of sweat equity.  You can have
16:15:39   12  volunteers come out and work those hours for you.  A lot of my
16:15:44   13  hours came from volunteers.  Again, because my house was
16:15:48   14  already up, I did not do any work on my house.  But I did
16:15:53   15  complete the full 350 hours.
16:15:58   16  **Q.**   Did you spend time on other people's homes?
16:16:00   17  **A.**   I did.
16:16:01   18  **Q.**   Did you find that process -- in terms of not just getting
16:16:05   19  you in the home, but even the sweat equity, was it a satisfying
16:16:08   20  thing for you to be involved with?
16:16:10   21  **A.**   It was.
16:16:12   22  **Q.**   Can you explain why.
16:16:15   23  **A.**   I think home ownership is the American dream, and the fact
16:16:20   24  that you get to work and see how your home is being built, it
16:16:24   25  gives you a certain gratification.  It makes you proud.

CASEY LEBLANC – DIRECT

16:16:28   1   **Q.**   Thank you.

16:16:36   2            Let me show you a photo we have.  Could you identify

16:16:39   3   what I'm showing you for the Court and the jury.

16:16:42   4   **A.**   Yes.

16:16:42   5   **Q.**   What is that?

16:16:43   6   **A.**   This is my house.

16:16:45   7            **MR. SEEGER:**  Judge, I would like to move into

16:16:46   8   evidence a picture of Ms. LeBlanc's home.

16:16:49   9            **THE WITNESS:**  It's admitted.

16:16:49  10            **MR. SEEGER:**  Could we put this up, please.  It's

16:16:49  11   1239.

16:17:01  12   **BY MR. SEEGER:**

16:17:01  13   **Q.**   Is that your home, Ms. LeBlanc?

16:17:03  14   **A.**   Yes, it is.

16:17:09  15   **Q.**   How was it brought to your attention that you had

16:17:12  16   defective Chinese drywall in your home?

16:17:16  17   **A.**   Habitat actually came out to do testing on a home.

16:17:19  18   **Q.**   You found out through Habitat?

16:17:21  19   **A.**   Yes.

16:17:21  20   **Q.**   Were you ever contacted by anybody at InEx?

16:17:25  21   **A.**   I was not.

16:17:31  22   **Q.**   Do you remember specifically what you received?  Was it a

16:17:33  23   letter?  Did somebody knock on your door from Habitat to tell

16:17:36  24   you about the Chinese drywall?

16:17:45  25   **A.**   As far as the initial drywall situation, I received a

HOURLY TRANSCRIPT

CASEY LEBLANC - DIRECT

16:17:48  1  flyer in the mail.  I think it was a flyer that was placed in
16:17:50  2  all of the mailboxes in Musicians Village.  It was speaking
16:17:54  3  about the article that was written in reference to the drywall.
16:18:00  4  I skimmed it over and just put it to the side.
16:18:08  5  **Q.**   When it was confirmed to you that you had Chinese drywall,
16:18:10  6  what was your reaction?
16:18:12  7  **A.**   I don't really recall.
16:18:14  8  **Q.**   How long were you out of your house for, for the
16:18:16  9  remediation process?
16:18:18  10  **A.**   About four or five months maybe.
16:18:20  11  **Q.**   Where did you go during that time?
16:18:27  12  **A.**   I was relocated to the Muses Apartments.
16:18:29  13  **Q.**   You were relocated by the Habitat people?
16:18:31  14  **A.**   I was.
16:18:32  15  **Q.**   Ms. LeBlanc, did you ever smell anything funny while you
16:18:36  16  were in the house?
16:18:37  17  **A.**   I did not.
16:18:38  18  **Q.**   Did you ever ask anybody why you were unable to smell it?
16:18:41  19  Did it have anything to do with you or maybe candles you burned
16:18:45  20  in the house or anything like that?
16:18:46  21  **A.**   No.
16:18:46  22  **Q.**   You don't know.
16:18:46  23       None of your appliances broke down as a result of
16:18:49  24  this, right?
16:18:50  25  **A.**   No.

CASEY LEBLANC - DIRECT

16:18:51  1   Q.   But it was confirmed that you did, in fact, have defective
16:18:55  2   Chinese drywall?
16:18:55  3   A.   Yes.
16:18:58  4   Q.   Just to be clear on a few things.  It's difficult for you
16:19:00  5   to be here every day; is that right, Ms. LeBlanc?
16:19:03  6   A.   Yes.
16:19:03  7   Q.   Why is that?
16:19:05  8   A.   First and foremost, my job and my kids.  I'm under a
16:19:13  9   promotion for a new position that I'm training for, so that
16:19:17  10  takes me away from that.
16:19:23  11              MR. SEEGER:  Thank you.  That's all I have.
16:19:28  12              MR. DUPLANTIER:  We don't have any questions.  Thank
16:19:31  13  you, Ms. LeBlanc.
16:19:33  14              THE COURT:  Thank you.
16:19:33  15                  Is that it?
16:19:34  16                  Members of the jury, because of the hard work of
16:19:39  17  the lawyers, they have been able to finish the witnesses a
16:19:44  18  little early today.  I understand the plaintiff plans to rest
16:19:51  19  tomorrow.  So we are ahead of schedule.
16:19:54  20                  We are going to take the afternoon off.  I ask
16:19:59  21  that you come back at 8:30 tomorrow.  We will start at 8:30
16:20:09  22  tomorrow.
16:20:10  23                  Thank you very much.  Again, please don't talk
16:20:15  24  to anybody.  You need to know that the Court appreciates your
16:20:17  25  work.  The lawyers have commented to me about how much they

16:20:21   1   appreciate it also, the hard work you all are doing.  We are

16:20:29   2   all conscious of it.  We know the Court is taking you away from

16:20:32   3   your families and your jobs.  You are doing very good work, and

16:20:36   4   I want you to know that all of us appreciate it.

16:20:39   5            All rise as the jury leaves, please.  Court will

16:21:04   6   stand in recess.

16:21:06   7            (Proceedings adjourned.)

16:21:06   8                          * * *

           9                       **CERTIFICATE**

          10            I, Toni Doyle Tusa, CCR, FCRR, Official Court

          11   Reporter for the United States District Court, Eastern District

          12   of Louisiana, do hereby certify that the foregoing is a true

          13   and correct transcript, to the best of my ability and

          14   understanding, from the record of the proceedings in the

          15   above-entitled matter.

          16

          17

          18                              _s/ Toni Doyle Tusa_____
                                          Toni Doyle Tusa, CCR, FCRR
          19                              Official Court Reporter

          20

          21

          22

          23

          24

          25

HOURLY TRANSCRIPT

**$**

$1,214 [1] 443/19
$10 [1] 502/17
$110,000 [1] 446/10
$12 [2] 457/25 458/1
$12 million [2] 457/25 458/1
$120,000 [1] 446/11
$23,000 [1] 474/12
$5,000 [1] 450/12
$600 [1] 443/25
$80,000 [1] 446/9
$9 [2] 474/10 474/16

**'**

'71 [1] 419/12
'72 [1] 419/12
'93 [1] 395/1
'93 and [1] 395/1
'95 [1] 420/24
'98 [1] 405/2
'til [1] 440/18

**-**

-11 [1] 439/16

**0**

001 [1] 499/16
09-MD-2047 [1] 388/4

**1**

1 percent [1] 448/6
1,100 [1] 467/21
1,100-square-foot [2] 444/1 474/23
1,800-square [1] 474/24
1-A [1] 414/12
1-B [4] 412/24 414/12 416/14 416/14
1-C [1] 416/17
1-D [1] 416/18
1-E [1] 416/20
1-F [1] 416/21
1-G [1] 416/23
1-H [1] 416/24
1-I [1] 416/25
1-J [1] 417/1
1-K [1] 417/2
1-L [1] 417/3
1-M [1] 417/4
1-N [1] 417/5
1-O [1] 417/6
1-P [1] 417/7
1-Q [1] 417/8
1-R [1] 417/9
1-S [1] 417/10
1-T [1] 417/11
1-U [1] 417/12
1-V [1] 417/13
1-W [1] 417/14
10 [2] 449/3 468/8
10 years [2] 421/14 440/12
10-minute [1] 487/9
100 [2] 443/6 453/19
100,000 [4] 453/17 454/1 456/23 495/6
100,000-plus [1] 494/25
10005 [1] 388/20
101 [1] 442/15
103 [1] 442/3
11 [12] 411/19 414/23 416/10 420/13
439/16 457/14 457/15 457/17 468/1
468/4 486/9 486/10
1100 [1] 388/16
11th [2] 393/10 393/11
12 [1] 468/8
120 [1] 454/2

120,000 [6] 456/23 473/7 474/7 476/6
476/7 477/1
1212-001 [1] 499/16
1239 [1] 504/11
1305 [1] 418/16
1306 [1] 439/14
1307-1 [1] 439/16
1310 [2] 418/6 418/8
14 [1] 442/15
15-minute [1] 439/7
150,000 [1] 445/24
16 [1] 439/15
160 [1] 449/14
1600 [2] 389/9 442/1
170 [1] 449/14
18 [1] 441/15
183 [1] 468/14
19 [2] 414/17 492/9
1909 [1] 501/22
1941 [1] 393/19
1958 [2] 393/20 393/21
1975 [1] 394/13
1983 [1] 420/12
1992 [1] 440/18
1993 [1] 396/10
1998 [6] 401/15 402/17 402/21 403/17
404/7 406/19
1999 [4] 401/15 402/17 402/21 440/18

**2**

2,500 [1] 474/16
20 [19] 399/14 400/4 400/6 400/7 400/12
400/24 401/11 402/18 407/2 407/18
409/11 410/7 411/17 414/15 414/17
416/8 446/21 489/3 489/10
20,000 [3] 453/19 454/3 456/2
200 [2] 493/25 494/2
2000 [6] 403/18 404/7 405/2 406/19
440/18 440/19
2005 [7] 397/18 398/12 401/12 402/6
402/16 405/19 430/13
2005-2006 [4] 422/9 427/16 428/13
436/9
2005/2006 [1] 441/19
2006 [49] 397/18 398/12 401/12 402/6
402/16 405/5 406/7 406/15 406/24 407/4
407/6 407/21 407/25 408/4 408/9 408/14
408/19 408/24 409/4 409/9 409/15
409/19 409/24 410/8 411/12 411/13
411/18 411/19 411/20 413/5 413/22
414/16 414/23 414/23 415/7 416/10
416/10 417/21 422/9 427/16 428/13
430/13 436/9 439/15 439/17 441/19
467/24 468/8 502/14
2007 [11] 450/19 452/12 453/2 468/13
469/25 473/1 473/3 479/7 479/10 494/11
494/16
2008 [2] 468/12 468/13
2009 [20] 461/7 461/8 464/23 478/20
479/10 479/18 480/25 481/19 481/24
482/13 485/7 485/8 488/13 489/25 490/3
492/9 493/15 494/11 494/7 495/10
2010 [12] 430/10 430/16 482/23 483/4
483/18 484/20 485/1 485/17 486/12
492/15 492/25 493/12
2011 [2] 430/10 430/16
2012 [2] 388/7 391/2
2047 [1] 388/4
21 [5] 411/18 411/19 413/5 414/23
416/10
215 [3] 451/2 457/25 475/13
2216 [1] 389/2
22:25 [1] 442/20

23 [1] 416/3
2300 [1] 389/13
25 [5] 442/16 455/22 475/5 475/6 475/9
25 years [1] 446/21
25,000 [1] 446/1
250 [1] 443/5
26 years [1] 442/16
27 [3] 388/7 391/2 474/19
27603 [1] 388/23
27755 [1] 416/4
28 [1] 444/23
2800 [1] 388/16

**3**

3,000 [1] 475/1
30 [5] 429/6 429/6 445/4 451/15 454/13
3310 [1] 393/8
350 [3] 443/4 503/11 503/15

**4**

40 [4] 419/21 419/23 429/5 455/1
40 degrees [1] 496/2
40,000 [1] 468/15
400 [1] 389/13
406 [1] 389/15
40th [1] 389/6
418 [1] 390/5
42 [1] 464/4
44 [1] 457/8
450 [1] 449/22

**5**

5-dollar [1] 456/17
500 [1] 389/15
501 [2] 442/6 444/9
504 [1] 389/16
589-7778 [1] 389/16

**6**

60 [2] 468/13 474/21
60 percent [2] 445/5 451/15
600 [1] 442/18
650 [1] 442/18

**7**

701 [1] 389/6
70130 [3] 389/2 389/13 389/16
70139 [1] 389/7
70163 [1] 388/17
72 [4] 449/3 449/7 480/6 481/13
73 [2] 480/19 481/14
75 [1] 425/24
76 [2] 487/19 487/23
77 [1] 388/20
77056 [1] 389/10
77891 [1] 389/16
78 [2] 470/9 470/25
79 [2] 478/2 478/24

**8**

80 [4] 474/19 474/21 490/13 491/6
801 [1] 462/1
81 [2] 492/15 492/19
83 [2] 483/19 484/4
8:30 [2] 506/21 506/21

**9**

90 degrees [1] 496/3
900 [1] 388/23
900-some-odd [1] 474/9

**A**

Aaron [1] 452/6

Abby [1] 438/3
ability [1] 507/13
able [4] 402/12 415/15 443/13 506/17
about [133]
above [2] 496/3 507/15
above-entitled [1] 507/15
absolutely [2] 451/24 467/20
accept [2] 444/19 453/6
accepted [2] 445/20 449/8
accommodating [2] 503/1 503/3
accordance [1] 490/6
According [1] 443/18
accounting [1] 502/1
accounts [1] 451/16
accurate [3] 491/2 496/23 498/15
accuse [1] 485/20
achieve [1] 448/15
acknowledge [1] 500/9
acquired [1] 395/1
acronym [1] 458/15
across [1] 497/6
Action [1] 427/24
activating [1] 459/12
active [1] 452/17
actually [17] 400/25 423/3 441/2 441/14
449/12 451/3 457/20 459/13 460/9 465/4
466/21 468/13 468/16 471/19 479/18
482/12 504/17
add [4] 462/3 491/3 491/22 500/24
added [1] 460/25
adding [2] 468/5 468/7
addition [2] 427/23 450/1
additional [2] 480/18 481/9
address [4] 393/7 397/1 434/25 455/21
addressed [1] 413/1
addresses [2] 437/20 437/21
adjourned [1] 507/7
administration [3] 440/17 447/2 502/5
administrative [1] 443/10
admissible [1] 491/14
admission [1] 461/16
admit [1] 418/4
admitted [11] 418/9 434/12 439/20 471/9
481/16 484/6 487/25 492/21 493/22
499/14 504/9
advice [1] 409/8
advise [3] 408/11 408/21 408/25
adviser [1] 488/20
AESI [1] 458/15
affiliate [4] 440/17 440/18 442/6 456/4
affiliates [1] 442/2
affordable [3] 451/8 455/25 463/15
after [25] 393/17 405/6 406/5 406/5
410/17 417/23 418/23 419/3 425/3
429/11 429/19 446/20 453/9 466/3 472/3
478/21 479/22 479/25 481/23 493/25
494/1 494/5 494/6 501/24 502/12
afternoon [6] 388/10 391/1 418/21
465/17 465/18 506/20
again [22] 391/8 413/25 414/4 423/4
426/4 429/2 429/24 436/2 436/3 439/17
445/5 450/13 451/13 462/7 462/12
462/13 465/19 467/1 483/8 494/15
503/13 506/23
against [1] 461/17
agency [1] 445/17
agent [1] 469/7
ago [2] 419/1 475/11
agree [3] 408/14 447/10 491/13
agreed [2] 407/2 471/18 473/7
agreement [1] 450/13

ahead [2] 449/18 506/19
air [10] 458/22 458/23 459/2 461/1
465/10 465/11 495/8 495/22 496/3
496/20
ALAN [1] 388/19
all [79] 388/7 392/23 394/7 397/5 397/16
397/19 400/1 401/22 402/10 403/2 405/6
409/8 409/11 411/4 414/25 417/16
417/24 419/6 421/6 424/8 424/20 425/19
426/11 426/16 429/7 430/2 433/25
435/15 436/17 437/24 441/8 442/8
443/11 446/8 446/22 449/7 451/9 454/14
455/7 456/8 456/10 456/11 456/24 457/3
458/6 459/6 459/11 459/13 459/22
459/25 461/10 463/23 464/12 464/13
464/23 464/23 467/3 477/7 478/22 479/5
479/25 482/1 482/4 482/5 482/12 486/14
487/11 489/8 496/14 497/10 498/9
498/23 501/2 505/2 506/11 507/1 507/2
507/4 507/5
allegedly [1] 431/25
Allen [2] 490/22 490/23
Allen Coe [1] 490/22
allow [1] 498/5
allowed [1] 444/19
almost [3] 450/20 456/4 492/14
along [1] 455/13
already [2] 406/18 503/14
also [28] 391/12 402/1 414/21 444/24
446/25 449/24 450/22 452/24 457/11
457/14 458/16 459/25 460/14 460/25
464/18 468/14 468/14 473/13 473/17
477/22 479/22 482/5 486/13 489/15
489/17 493/11 498/9 507/1
alternative [1] 459/11
although [2] 413/4 492/11
altogether [3] 448/11 457/23 464/1
Alvar [1] 501/22
Alvin [3] 421/3 421/4 421/7
always [8] 396/8 422/18 426/15 427/12
428/22 448/10 496/16 500/21
am [5] 414/25 436/11 437/22 437/24
502/2
American [13] 399/2 399/3 401/23 404/8
404/16 404/23 405/22 410/1 433/3 433/6
433/7 436/7 503/23
American-made [3] 399/2 399/3 401/23
American-manufactured [1] 410/1
Americans [1] 448/13
AmeriCorps [4] 468/5 468/6 468/7
468/21
amount [4] 452/19 463/25 466/21 475/4
analysis [2] 480/2 488/17
analyzed [1] 459/1
Angelle [2] 389/11 389/12
annual [1] 445/6
annually [1] 445/6
another [15] 392/2 418/10 418/12 421/2
441/15 445/16 449/9 460/5 477/25 480/5
480/25 487/8 487/10 494/2 496/19
answer [2] 431/16 435/12
answered [1] 428/8
ANTHONY [1] 389/1
any [101] 393/13 393/13 393/14 394/10
398/19 399/11 400/19 400/21 401/7
401/9 401/13 402/24 403/2 404/13
405/23 407/23 409/8 409/8 412/6 412/10
413/12 415/13 418/23 421/22 424/9
425/4 425/13 425/14 426/4 427/6 427/7
428/25 429/1 429/4 430/1 430/14 431/17
431/18 435/4 435/21 436/8 436/10
436/10 436/11 436/15 436/16 437/4

438/1 438/7 438/7 438/15 438/25 440/9
440/13 462/23 462/24 463/3 463/6
463/12 465/12 467/14 471/1 472/21
472/23 473/2 475/17 475/19 475/22
476/14 476/19 478/14 479/11 479/14
482/8 488/10 488/22 492/10 494/12
494/7 495/2 495/22 495/16 496/13
497/10 497/21 498/9 498/20 498/21
498/21 499/6 499/11 500/11 500/22
501/19 503/14 506/12
anybody [11] 447/4 463/3 475/24 477/6
482/9 494/21 494/23 498/16 504/20
505/18 506/24
anymore [1] 402/8
anyone [4] 428/18 431/21 466/25 482/10
anything [31] 396/16 396/17 398/18
400/11 401/5 402/1 405/25 407/10
424/25 425/2 429/14 430/23 431/9
443/10 447/7 454/17 457/18 458/13
459/25 464/9 467/23 472/16 476/11
495/4 495/9 495/12 495/13 497/22
505/15 505/19 505/20
anyway [1] 434/19
anywhere [4] 450/20 463/20 497/8 500/8
apartment [1] 443/19
Apartments [1] 505/12
apologize [1] 483/23
apparent [1] 415/18
Apparently [3] 431/19 433/12 433/21
Appearances [1] 388/13
appears [3] 426/25 471/19 485/25
appliance [1] 452/1
appliances [1] 505/23
application [2] 502/17 502/18
applied [1] 466/15
apply [2] 464/5 467/19
appraise [1] 446/10
appraised [1] 446/13
appreciate [3] 495/14 507/1 507/4
appreciates [1] 506/24
approached [4] 453/1 458/14 470/2
470/3
appropriate [1] 453/10
approximately [6] 407/18 414/15 474/8
474/19 475/5 479/15
April [4] 480/25 492/15 492/25 493/12
April 2010 [1] 492/15
Arab [1] 442/4
arch [1] 497/6
Archdiocese [1] 493/3
are [127]
area [9] 402/11 403/21 404/2 440/21
445/5 445/23 447/21 449/20 467/8
areas [1] 423/6
argument [1] 424/14
arise [1] 424/10
around [13] 403/21 404/2 404/7 405/5
405/15 405/19 455/2 457/12 461/8 463/2
484/24 496/7 496/12
article [6] 452/4 452/5 452/9 458/18
461/7 505/3
as [109] 392/13 392/15 393/2 394/16
394/17 395/5 395/6 398/17 398/17 403/7
403/8 405/13 406/2 410/19 410/19 411/4
411/6 412/16 412/16 412/17 412/17
412/18 412/18 412/24 413/10 413/10
413/11 418/8 418/16 418/18 420/10
421/7 426/9 426/11 426/18 427/19 428/7
432/12 433/4 433/10 433/10 435/8
435/13 438/13 438/13 439/2 439/16
439/23 440/2 440/14 440/14 440/22
441/1 441/2 441/11 441/22 442/2 444/5

## A

as... [51] 444/5 445/3 445/13 445/19
445/20 446/23 447/23 451/2 451/6 451/7
451/21 451/21 452/8 452/15 453/13
454/9 454/22 455/14 455/14 455/23
457/19 458/11 460/3 460/3 460/4 462/23
464/11 464/11 465/19 466/22 467/22
468/21 469/6 473/21 477/22 478/1 483/8
483/9 483/12 485/18 488/20 489/6 489/6
489/18 492/13 500/12 501/9 504/25
504/25 505/23 507/5
Ashton [1] 422/10
aside [4] 435/22 453/13 477/22 498/15
ask [26] 407/23 410/15 414/8 423/4
435/16 447/23 450/13 450/22 458/4
461/4 462/4 462/9 462/18 464/14 464/14
473/3 476/14 476/18 476/24 480/6
487/20 488/3 497/25 498/14 505/18
506/20
asked [10] 399/13 406/11 407/1 407/9
423/3 423/22 428/11 458/21 461/9
496/15 497/1 497/20 498/24 499/18
asking [9] 407/7 408/4 408/9 408/19
408/25 409/4 415/19 461/24 500/25
asks [1] 391/15
assistance [2] 475/24 484/16
assisting [1] 445/22
associate's [1] 502/1
assume [2] 474/15 474/17
assumed [1] 453/14
assumption [1] 497/18
ASTM [3] 476/12 476/14 476/22
at [120] 391/5 391/7 391/24 392/1 394/7
399/4 400/1 400/18 401/6 403/2 403/20
404/14 404/18 405/9 406/18 406/21
409/8 412/11 413/17 413/18 413/21
414/22 415/9 420/14 421/1 421/2 422/8
422/23 424/24 425/1 425/1 425/5 425/16
426/3 426/16 427/10 427/19 427/22
428/10 428/18 428/23 429/21 432/16
432/17 433/2 434/9 434/11 434/13
434/16 435/2 437/13 438/14 438/17
439/7 441/11 441/13 443/8 446/8 446/13
446/22 447/4 448/25 450/13 451/6
452/15 455/2 455/19 455/21 456/10
456/14 456/22 456/24 457/1 457/25
458/21 459/3 459/10 459/19 459/25
460/4 461/11 462/12 463/3 463/21 468/1
468/10 468/11 469/2 469/18 469/18
469/19 473/20 474/15 476/10 477/15
478/7 478/13 478/16 479/15 480/22
481/10 483/1 483/4 483/5 486/15 492/14
496/21 497/10 498/4 498/9 498/22
499/19 500/2 500/9 501/22 502/2 502/16
504/20 506/21 506/21
Atlanta [1] 440/10
attached [1] 446/8
attachments [1] 450/4
attention [1] 504/15
attorney [2] 465/24 466/1
audience [1] 455/23
August [1] 498/25
aunt [2] 448/8 455/20
Authority [1] 444/22
average [4] 443/18 444/1 445/5 467/21
averaged [1] 456/22
aware [6] 406/5 412/10 415/10 436/11
437/22 437/24
away [8] 435/10 455/16 474/1 482/2
482/9 503/6 506/10 507/2

## B

back [53] 393/19 393/21 402/3 402/5
402/6 402/17 403/17 405/2 407/6 407/25
408/24 408/19 416/20 445/2
409/15 409/19 409/24 413/21 425/21
427/16 433/16 434/6 434/20 434/21
435/12 436/23 437/16 438/19 438/22
444/6 455/7 456/11 457/5 459/2 459/7
459/14 461/12 464/1 464/22 465/23
468/5 469/19 469/20 474/3 481/23
481/24 482/2 482/11 484/21 494/8
498/25 506/21
background [7] 392/10 392/18 440/7
440/8 465/23 469/6 501/23
bad [4] 406/18 438/8 486/6 486/15
bag [8] 451/12 458/22 458/22 458/23
458/25 459/2 465/10 465/11
banker [1] 466/11
banking [4] 466/5 466/7 466/10 466/12
Baptist [1] 490/21
bargain [1] 403/7
bargain-basement [1] 403/7
base [1] 443/16
based [8] 426/15 442/20 458/18 478/17
482/3 482/12 484/22 499/18
basement [1] 403/7
basically [11] 429/23 441/4 445/3 445/15
450/20 452/3 454/5 456/5 464/5 468/24
480/13
basis [2] 406/22 422/10
Bates [7] 412/25 416/4 416/13 416/16
416/20 416/22 416/23
Bates-numbered [3] 412/25 416/22
416/23
Batt [1] 389/11
be [57] 391/4 392/9 399/9 399/10 402/12
403/13 405/7 406/11 406/22 411/9 412/7
413/17 418/9 421/24 422/11 422/23
422/24 424/6 425/23 426/21 427/10
427/12 432/4 437/12 439/10 439/20
441/20 442/3 442/25 445/4 447/1 448/16
450/23 451/25 452/24 453/8 454/20
458/4 459/6 461/16 462/1 466/2 475/6
481/16 484/6 486/4 486/9 486/23 486/25
487/13 490/13 491/7 492/21 499/14
503/20 506/4 506/5
became [6] 394/15 406/5 419/4 419/14
421/11 423/16
because [49] 396/15 399/11 399/19
399/23 402/5 405/24 414/15 423/4
425/13 425/16 429/2 429/12 429/13
430/3 430/10 431/20 436/4 437/13
438/20 448/9 448/13 449/8 450/20
450/22 451/15 451/23 452/20 456/15
456/24 457/12 458/18 460/22 461/10
463/18 464/10 467/17 472/16 474/5
482/11 486/15 490/4 490/9 490/23 496/8
503/4 503/5 503/6 503/13 506/16
become [5] 420/3 420/10 423/14 445/1
479/19
bedding [1] 394/9
bedroom [1] 443/19
been [45] 393/2 397/23 401/1 403/4
411/7 418/18 419/18 419/25 421/14
422/18 423/21 426/17 426/18 427/12
429/5 429/6 430/22 430/24 430/24
431/21 433/14 434/17 434/18 439/23
440/20 441/18 449/1 449/19 450/5 450/7
453/4 453/13 463/1 463/5 463/8 463/11
466/18 469/17 474/25 492/4 492/12
496/14 496/15 501/9 506/17
before [14] 388/10 391/25 405/14 405/15
420/13 431/4 436/1 439/12 454/4 459/5
471/18 471/19 472/9 476/2
began [1] 479/8

beginning [2] 451/6 455/19
behalf [1] 473/6
being [7] 426/9 433/24 447/25 455/4
485/21 496/24 503/24
beliefs [1] 406/22
believe [8] 426/14 427/24 434/7 485/24
486/16 486/20 486/20 499/7
believed [2] 485/8 486/15
below [2] 496/2 496/2
Benjamin [2] 388/15 389/5
Bernard [1] 455/17
best [3] 412/21 420/10 507/13
bet [1] 429/15
between [8] 416/6 445/4 446/10 446/12
468/12 471/16 471/25 481/5
beyond [3] 393/13 393/14 448/1
bid [2] 395/8 395/8
big [3] 429/22 495/24 497/6
bigger [1] 474/22
biggest [2] 422/6 422/10
billion [2] 489/3 489/10
bit [10] 391/7 402/12 424/23 440/5 440/7
465/23 474/3 485/14 502/10 503/8
bitty [1] 427/25
blank [1] 478/6
block [1] 449/13
blocks [3] 448/24 448/25 457/14
blood [1] 461/3
blow [1] 485/11
board [75] 397/13 397/14 399/13 400/1
400/19 401/2 401/7 401/11 401/15
401/16 401/22 401/23 401/23 402/8
402/11 402/15 402/17 402/17 402/20
402/21 402/24 404/16 404/22 404/23
404/25 410/8 425/22 425/24 426/5 426/8
426/16 427/6 427/13 429/1 429/2 429/2
429/3 429/4 429/8 429/8 429/9 429/11
429/12 430/1 430/9 430/14 432/10 433/3
433/6 433/7 433/24 434/8 434/10 434/12
434/13 436/1 436/7 436/7 436/9 436/10
437/17 437/18 437/23 437/23 438/8
438/10 438/16 442/8 447/12 449/2
483/25 483/8 484/10 484/15 500/9
boards [1] 453/25
Bob [6] 480/21 480/22 490/15 490/20
490/24 490/24
booklet [1] 391/18
boom [1] 432/18
bore [1] 436/18
both [5] 420/17 421/11 448/8 456/6
460/18
bottom [3] 411/21 413/25 433/2
bought [23] 396/16 405/5 426/8 428/1
449/1 452/12 453/1 453/9 454/1 455/11
463/19 467/25 471/19 472/9 474/7
475/17 477/5 479/7 483/11 486/11 494/1
494/4 494/16
box [1] 427/1
branch [1] 468/6
brand [7] 398/17 398/22 400/21 412/5
412/6 412/7 412/10
break [9] 400/15 400/15 410/10 439/7
451/10 459/11 487/6 487/8 487/9
breaking [1] 404/11
breaks [2] 400/17 410/13
bridge [1] 468/12
briefly [2] 435/3 494/9
Brighton [1] 422/11
bring [2] 450/10 469/2
bringing [1] 450/6
brittle [3] 408/2 409/16 410/8
brittlely [1] 400/14

**B**

broke [5] 399/19 400/11 402/1 461/7 505/23
broken [1] 496/7
broker [5] 453/1 470/19 470/20 470/22 472/6
brothers [5] 393/23 394/25 395/2 432/9 442/22
brought [5] 404/2 483/15 486/4 486/17 504/15
Brush [2] 450/2 450/7
Bryson [2] 388/22 388/22
Buck [1] 460/3
budgeting [1] 445/18
build [15] 447/1 447/19 448/5 448/8 448/9 451/8 454/11 455/12 456/11 467/4 467/21 474/18 476/20 490/5 490/6
builder [2] 422/3 467/1
builders [7] 422/1 422/3 422/15 427/24 428/9 430/3 466/23
building [25] 389/4 393/8 397/22 407/17 413/2 420/10 447/5 448/13 449/20 450/16 450/17 453/14 462/19 462/25 467/17 468/10 469/7 469/8 469/14 473/14 476/21 476/23 477/2 490/7 490/9
builds [1] 463/15
built [21] 442/17 443/9 444/23 444/25 448/21 448/23 449/3 449/4 449/12 449/13 449/14 449/22 457/6 457/10 457/12 466/22 466/25 467/23 468/14 502/23 503/24
bulk [3] 454/8 463/19 478/19
burned [1] 505/19
Burr [1] 389/4
Bush [4] 392/21 418/11 418/17 418/22
business [22] 393/18 397/22 420/1 421/7 421/15 421/19 422/20 424/18 429/5 429/6 434/18 456/16 462/24 464/3 466/4 466/5 466/7 468/17 468/23 469/14 490/15 502/5
but [81] 391/7 396/14 397/3 398/9 401/1 401/19 401/22 402/3 402/19 404/5 405/7 410/3 410/16 414/17 415/12 418/2 418/4 424/15 425/24 427/11 428/17 429/14 429/18 434/9 434/12 438/19 438/23 439/6 442/6 442/19 443/21 444/6 446/17 446/23 446/25 449/6 449/9 449/11 449/14 449/19 450/1 450/21 451/5 453/5 453/21 454/9 454/10 454/18 455/21 457/11 458/16 458/16 459/7 459/22 459/25 460/3 460/14 463/1 463/2 464/18 468/24 469/6 472/15 474/17 475/5 476/17 478/16 482/4 482/17 483/9 485/8 486/13 487/2 491/12 492/12 495/8 496/21 499/25 503/14 503/19 506/1
buy [23] 405/22 423/1 423/22 426/4 428/3 428/6 428/12 445/24 446/13 453/25 454/3 454/5 454/6 454/8 462/21 463/22 470/3 471/18 473/20 473/21 477/7 477/10 477/17
buying [16] 424/1 427/22 428/13 429/7 436/2 438/6 441/6 443/20 443/21 452/24 462/24 469/18 469/19 477/3 477/3 482/24
buys [1] 446/2
Bywater [1] 448/19

**C**

C-A-S-E-Y [1] 501/12
calculated [1] 445/6
calculations [1] 443/16

California [3] 459/1 481/6 488/21
call [20] 391/16 414/13 415/3 419/7 425/9 433/16 433/17 433/24 434/17 437/7 439/11 441/3 441/5 441/5 442/2 442/25 446/14 450/2 453/2 463/4 466/1 467/9 468/6 470/20 473/1 477/25 488/23 490/4 501/5
called [18] 392/1 421/3 423/9 423/21 424/18 424/20 425/21 430/17 433/21 433/25 434/4 434/6 436/1 440/16 459/1 459/7 464/18 488/7
calling [1] 488/10
calls [2] 437/12 488/11
came [20] 405/14 425/22 429/23 430/3 440/19 452/5 452/9 458/2 458/23 459/6 459/14 460/10 461/12 464/4 468/5 475/2 480/8 486/7 503/13 504/17
can [36] 391/24 393/5 394/3 418/21 419/11 420/11 422/23 422/23 422/24 427/17 432/12 433/22 440/7 447/1 449/18 452/11 456/3 461/10 467/9 471/2 473/19 474/4 475/3 475/5 478/3 479/1 486/1 487/5 487/8 491/13 491/24 499/5 499/15 500/15 503/11 503/22
can't [7] 401/19 435/19 451/16 455/3 462/4 485/11 499/24
Canada [3] 401/20 442/3 456/5
candles [1] 505/19
capacity [1] 441/22 490/22
capital [1] 501/2
care [1] 434/25
CARLINA [1] 389/6
Carnahan [1] 389/11
Carolina [1] 388/23
carry [1] 445/15
case [10] 422/18 442/7 447/10 456/12 458/4 464/6 493/13 493/18 493/21 494/3
Cases [1] 388/7
Casey [4] 460/17 501/7 501/8 501/12
cash [1] 445/15
cat [1] 413/11
Catholic [3] 455/17 455/23 456/18
caveat [1] 478/12
CCR [3] 389/15 507/10 507/18
ceased [1] 483/6
ceiling [1] 426/13
ceilings [2] 426/2 426/2
Center [1] 449/1
certain [5] 407/17 428/7 441/23 481/3 503/25
certainly [4] 415/5 479/13 482/6 495/15
CERTIFICATE [1] 507/9
certification [2] 476/12 476/14
certify [1] 507/12
chamber [1] 496/22
chance [2] 463/22 477/10
change [1] 491/4
changed [1] 395/1
changes [1] 456/7
chapters [1] 441/23 442/2
charge [4] 440/17 442/23 443/14 480/23
charitable [1] 473/14
Charities [2] 455/17 456/18
Charities' [1] 455/23
charity [1] 444/10
chase [1] 447/4
cheap [1] 405/24
check [11] 433/19 433/20 435/1 435/9 435/11 437/16 445/13 452/11 460/12 460/20 469/20
checking [2] 490/23 490/25
chemical [2] 476/11 480/2
children [3] 448/7 448/17 501/19

China [9] 401/6 405/19 406/1 461/2 463/20 474/12 474/13 497/11
CHINESE [124]
Chinese-made [1] 406/8
CHINESE-MANUFACTURED [12] 388/4 406/12 406/23 407/3 407/19 407/24 408/5 408/10 408/15 412/8 412/11 430/5
choose [1] 402/14
Chris [9] 423/25 425/17 428/8 428/18 428/23 429/16 429/17 429/18 430/2
CHRISTOPHER [1] 388/19
chronic [1] 441/7
church [1] 454/12 475/1
churches [1] 444/16
CIMA [1] 489/15
circulate [1] 496/3
circumstances [1] 493/20
city [11] 452/24 453/12 453/13 453/18 453/25 455/8 455/10 455/14 463/23 497/4 497/7
claim [1] 451/21
classes [1] 445/18
classic [1] 449/21
Clay [1] 429/16
clear [7] 410/22 410/23 410/25 412/22 465/9 491/7 506/4
client [1] 493/2
close [1] 419/24
closet [1] 461/1
clue [1] 429/1
Coast [3] 396/2 396/20 397/4
code [2] 490/7 490/9
Coe [2] 389/8 490/22
college [3] 459/12 468/24 501/25
Columbia [1] 459/1
combination [1] 445/11
combustion [1] 496/21
come [9] 428/12 454/15 455/2 458/1 468/24 499/22 502/15 503/12 506/21
comes [2] 436/17 441/4
coming [4] 427/11 435/12 494/24 495/2
commented [1] 506/25
commenting [1] 493/17
commercial [15] 396/4 420/9 420/17 420/18 420/22 421/3 421/4 421/6 421/8 421/12 425/21 426/1 429/10 463/13
commitment [2] 451/10 451/11
committee [6] 484/11 484/12 484/13 485/9 485/18 486/14
commonly [1] 442/11
communication [1] 499/22
communications [1] 425/7
communities [8] 443/12 444/15 447/20 448/10 450/9 463/18 474/22 480/23
community [10] 442/22 448/9 448/11 448/19 448/20 450/9 466/23 475/1 484/25 501/25
companies [3] 396/19 404/2 472/23
company [35] 389/9 389/12 394/15 395/1 395/2 395/3 396/9 396/25 420/4 420/4 421/2 421/9 421/10 422/12 422/22 423/9 426/15 427/25 432/1 435/3 460/16 463/2 463/13 472/6 472/8 472/12 472/13 472/17 472/21 476/6 476/21 480/1 494/14 500/6 500/7
compare [2] 402/19 463/12
comparison [1] 463/14
competitive [2] 396/13 396/14
complain [2] 402/3 402/5
complained [1] 494/23
complaining [1] 459/18
complaint [1] 403/1

C

complaints [12] 408/22 415/5 436/12 436/18 437/3 438/16 438/23 494/12 494/17 494/20 495/2 495/5
complete [4] 393/9 421/17 439/3 503/15
completed [1] 443/7
completes [1] 439/5
completing [1] 501/25
component [1] 491/3
components [1] 443/22
components' [1] 443/25
compounds [3] 458/17 489/3 489/11
computer [1] 389/20
computer-aided [1] 389/20
concept [2] 444/24 503/8
concern [1] 491/23
concerned [4] 410/19 412/16 412/17 479/19
concerning [1] 406/1
conclusively [1] 460/7
conducted [2] 480/16 494/11
conducting [1] 391/10
conducts [1] 480/4
conference [1] 487/10
confirm [4] 417/19 435/22 453/11 467/7
confirmed [2] 505/5 506/1
congregation [1] 532/16
connection [1] 439/13
conscious [1] 507/2
consider [1] 445/21
considered [1] 470/22
considers [1] 466/22
consistent [5] 404/18 412/2 414/4 415/5 455/4
consists [1] 443/22
constructed [1] 431/14
construction [28] 419/5 419/14 419/16 419/18 420/1 420/8 420/14 421/5 421/6 421/22 435/23 444/20 447/7 448/1 449/21 467/6 468/8 468/17 468/20 468/22 468/23 469/3 469/5 469/15 477/7 490/2 492/5 497/16
consult [1] 484/14
consumer [1] 405/21
contact [8] 397/4 397/5 397/5 397/10 425/4 433/13 460/19 463/4
contacted [3] 463/21 464/18 504/20
contacts [1] 442/10
context [1] 443/15
continue [1] 482/18
continued [2] 421/3 441/20
contract [2] 443/24 452/14
contractor [3] 467/11 467/14 490/10
contractors [1] 422/6
contrarywise [1] 464/11
controlled [1] 495/24
conversation [3] 425/8 434/11 435/7
conversations [5] 425/7 435/4 435/13 435/21 435/24
convinced [1] 454/1
copper [1] 495/11
copy [3] 411/4 411/5 470/7
core [4] 400/13 400/13 410/9 441/3
corner [1] 413/5
corners [1] 426/14
corporation [1] 421/13
corporations [2] 443/12 444/15
correct [111] 403/6 403/14 403/24 404/3 404/24 406/4 406/9 406/14 407/5 407/20 407/22 410/11 410/14 410/21 412/15 412/20 413/9 413/20 414/25 415/4 415/23 421/15 427/20 427/21 429/14

430/7 430/15 432/10 432/11 432/25 453/18 463/10 466/20 467/11 467/12 467/15 467/16 468/18 468/19 469/9 469/10 469/12 469/25 470/4 470/5 470/7 470/14 470/19 471/22 472/10 472/19 472/9 473/11 473/15 474/8 474/13 474/21 475/16 475/23 476/19 476/20 478/18 478/19 479/9 479/12 479/16 479/17 479/21 479/24 480/3 480/12 480/17 481/21 481/22 481/25 482/3 482/15 482/25 483/7 484/22 485/10 485/22 486/9 486/11 486/22 487/1 488/9 488/14 488/15 488/18 488/24 490/1 490/8 490/11 490/18 492/25 493/1 493/4 493/5 493/8 494/7 495/7 497/19 500/2 501/10 507/13
correctly [1] 467/6
corrode [1] 402/24
corroded [1] 401/9
corroding [1] 438/10
corrosion [4] 460/13 487/3 495/2 495/5
corrosive [9] 457/16 457/17 458/9 486/7 486/21 486/23 487/4 493/13 494/3
cost [13] 443/8 443/18 446/13 450/12 456/22 456/23 456/24 457/1 457/3 457/25 464/1 474/6 474/15
costs [2] 446/8 498/10
could [27] 402/10 402/14 422/11 425/23 436/22 436/22 450/20 456/18 460/4 461/2 466/9 472/2 473/20 482/2 485/11 488/1 489/6 489/21 490/12 492/11 494/15 495/4 498/11 498/18 500/8 504/2 504/10
couldn't [3] 459/15 460/13 493/24
counsel [2] 403/15 411/5
count [2] 432/2 477/20
countries [2] 442/3 442/4
country [8] 404/3 404/3 456/5
couple [11] 395/10 428/1 433/21 442/4 442/9 459/3 459/6 460/9 487/18 488/3 501/1
course [8] 400/4 401/20 426/2 441/25 442/16 443/21 451/20 490/14
court [16] 388/1 389/15 391/3 391/16 391/17 392/4 392/16 439/8 463/11 504/3 506/24 507/2 507/5 507/10 507/11 507/19
courtroom [1] 450/25
Cousins [1] 389/8
cover [2] 456/13 457/3
covered [1] 459/11
credibility [2] 392/11 392/16
credible [5] 485/18 493/13 493/18 493/21 494/3
credit [4] 445/13 445/14 445/14 445/15
Crescent [9] 452/24 453/12 453/13 453/17 453/25 455/8 455/10 497/4 497/7
Crespo [1] 460/18
crew [1] 438/21
crews [1] 467/1
criteria [1] 445/4
cross [4] 391/13 391/16 461/23 465/15
CROSS-EXAMINATION [1] 465/15
cross-examine [1] 391/13
cross-examines [1] 391/16
curious [1] 450/23
current [1] 393/7
currently [4] 446/8 501/21 502/2 502/6
custom [1] 422/14
customers [4] 392/22 408/21 409/1 409/5
cut [3] 408/6 447/4 456/25

cutting [3] 404/11 410/10 426/14

d/b/a [1] 395/2
Dad [2] 448/8 468/23
Dallas [1] 440/17
damages [1] 458/4
DANIEL [1] 388/22
data [1] 478/14
date [10] 413/4 457/6 457/21 485/4 492/7 492/23 493/25 494/2 494/5 494/6
dated [1] 439/15
dates [5] 411/18 411/19 414/22 414/22 416/10
day [15] 388/10 395/15 395/15 426/7 434/6 434/21 438/14 438/21 454/23 460/4 460/5 466/2 472/9 472/12 506/5
day-to-day [1] 395/15
days [2] 433/21 463/9
deal [2] 402/19 455/19
dealing [1] 403/4
dealt [6] 403/22 410/18 413/18 413/21 476/2 476/5
Debbie [2] 492/16 493/2
debt [1] 443/2
decade [2] 403/5 466/19
decent [2] 451/8 451/10
deceptive [1] 464/11
decide [2] 396/12 428/6
decided [2] 426/3 503/6
decision [4] 392/11 451/6 470/13 475/25
defective [5] 429/13 458/9 463/5 504/16 506/1
defendant [1] 447/9
degree [2] 440/11 502/1
degrees [3] 440/9 496/2 496/3
Delgado [1] 501/25
deliver [9] 398/5 398/9 398/9 398/9 398/11 434/22 436/7 436/9 436/10
delivered [10] 398/13 398/20 407/18 434/8 434/12 435/9 435/12 454/7 454/10 457/7
delivering [1] 414/5
delivery [3] 453/4 454/24 455/5
demand [2] 429/24 429/25
denied [1] 434/11
denoted [1] 452/15
department [2] 480/23 500/1
depends [1] 490/4
deployed [1] 445/24
deposition [16] 390/4 391/12 391/14 391/21 392/2 392/8 392/9 392/21 393/2 418/18 426/19 439/4 454/23 469/21 470/21 474/2
depositions [5] 391/6 391/7 391/12 391/20 392/19
Depot [2] 456/7 460/15
deputy [1] 440/16
describe [2] 495/21 502/19
described [5] 446/3 446/24 465/7 496/14 496/24
describes [1] 489/1
designated [1] 452/1
desire [1] 414/6
desperately [1] 463/23
despite [3] 467/20 482/1 482/1
destination [1] 453/15
detached [1] 444/2
details [1] 488/16
detectable [5] 459/8 480/13 480/15 489/2 489/9
detected [1] 488/22

**D**

detector [1] 489/16
developed [2] 451/2 458/22
development [1] 480/23
devise [1] 458/21
did [178]
didn't [45] 398/25 399/7 399/11 399/19
 399/19 399/20 400/10 400/19 402/3
 402/5 402/10 404/15 407/10 409/2
 410/10 410/19 412/4 412/5 412/6 415/12
 415/25 425/2 429/1 429/14 429/18
 430/10 430/10 434/14 436/4 436/6
 437/17 453/4 459/25 463/19 472/16
 472/25 476/18 479/13 486/25 491/3
 492/10 492/11 495/8 495/12 497/25
difference [4] 401/25 424/6 446/12 481/5
different [24] 391/25 395/22 396/14
 396/18 398/18 398/19 399/21 401/24
 402/20 413/7 413/8 415/6 420/14 422/23
 422/24 423/3 444/17 449/23 489/3
 489/10 493/22 500/6 500/7 503/4
differential [1] 446/19
differently [1] 400/16
difficult [5] 399/23 408/6 409/20 450/21
 506/4
difficulty [1] 469/24
dig [1] 415/25
diligence [2] 453/10 470/15
direct [4] 440/3 444/19 444/20 501/14
direction [3] 462/12 478/7 478/16
directly [4] 393/18 451/4 461/12 461/17
director [7] 440/16 440/16 440/20 441/21
 441/22 462/23 466/18
directors [3] 483/25 484/8 484/11
disagreement [2] 424/10 424/13
Disaster [1] 488/6
discovered [1] 451/7
discovering [1] 455/6
discovery [1] 391/10
discussed [1] 444/13
discussing [1] 441/18
discussion [1] 477/9
discussions [2] 471/11 471/15
distinction [1] 464/19
distributed [1] 469/8
distributing [3] 484/22 484/24 485/3
distributor [6] 403/8 403/9 403/10 453/4
 453/5 453/5
distributors [2] 405/2 486/8
DISTRICT [5] 388/1 388/2 388/11
 507/11 507/11
do [147]
Docket [1] 388/4
doctorate [1] 440/11
document [5] 426/19 426/23 427/7
 437/25 500/5
documentation [1] 478/22
documents [2] 391/11 478/17
does [18] 394/8 400/15 413/7 420/13
 421/19 421/22 422/20 439/3 440/25
 443/15 445/1 447/24 459/24 479/25
 496/5 497/5 497/8 500/12
doesn't [6] 404/16 405/25 455/1 461/18
 462/2
doing [21] 420/21 420/23 421/14 427/19
 434/18 441/3 442/14 442/18 448/12
 450/7 450/12 451/20 451/21 453/9
 458/13 468/21 468/22 469/16 482/10
 507/1 507/3
dollar [3] 443/21 456/17 467/23
dollars [3] 471/22 471/24 474/8
domestic [8] 408/2 408/7 408/12 408/17
 409/6 410/8 483/5 483/14
don't [86] 398/11 398/25 399/6 400/18
 419/1 423/15 424/4 424/4 424/14 424/15
 426/4 426/14 427/9 427/10 427/14 428/1
 429/3 429/4 429/19 431/19 432/2 435/15
 437/19 438/22 444/5 447/22 451/16
 453/22 458/16 464/4 464/5 464/5 465/12
 467/19 469/17 469/18 471/6 471/24
 474/24 475/3 479/3 482/7 482/10 482/16
 482/21 483/8 487/2 488/25 492/3 492/10
 492/23 494/9 496/1 496/8 498/3 500/14
 505/7 505/22 506/12 506/2 506/2
donate [5] 453/19 454/2 454/3 456/9
 473/7
donated [5] 456/6 456/22 458/13 465/1
 486/5
donating [3] 452/17 457/4 458/12
donation [4] 442/11 452/17 456/2 473/13
donations [1] 444/14
done [21] 392/9 396/8 424/6 442/9
 442/15 449/23 451/1 454/15 454/17
 457/18 459/5 460/23 467/6 474/17
 475/12 475/19 481/8 488/17 496/16
 497/17 498/20
donor [7] 455/15 464/13 464/23 465/1
 475/20 482/14 493/16
donors [2] 458/2
door [1] 504/23
down [15] 409/12 413/25 426/3 426/9
 426/13 441/14 441/16 448/16 450/5
 451/10 482/20 485/14 489/2 489/10
 505/23
Doyle [4] 389/15 507/10 507/18 507/18
drain [1] 461/3
draw [1] 464/19
drawing [1] 478/6
dray [1] 473/24
dream [1] 503/23
drop [2] 496/2 503/6
drywall [287]
Drywall Inc [1] 432/16
drywaller [1] 400/24
due [4] 449/24 453/6 453/10 470/15
duly [4] 393/2 418/18 439/23 501/9
DUPLANTIER [4] 389/5 453/16 465/20
 498/24
duplexes [1] 449/4
Dupuy [2] 473/25 477/22
during [6] 391/17 417/21 438/6 440/13
 463/8 505/11
dynamic [1] 442/24

**E**

e-mail [15] 482/12 483/20 483/25 484/8
 484/20 485/20 487/8 487/20 488/4
 490/14 490/18 491/23 492/8 492/14
 492/16
e-mails [1] 487/19
each [8] 396/21 397/10 410/16 415/11
 427/10 442/6 457/14 498/3
earlier [5] 396/19 410/6 449/16 464/4
 470/15
early [22] 391/22 406/6 406/15 406/23
 407/4 407/6 407/19 407/21 407/25 408/9
 408/24 409/4 409/9 409/15 409/19
 409/24 410/8 453/2 457/11 469/25
 478/12 506/18
EASI [3] 480/4 480/6 480/12
easier [1] 400/15
east [1] 402/10
EASTERN [2] 388/2 507/11
eat [1] 430/25
educated [3] 489/18 489/19 489/24
education [1] 418/23
educational [2] 440/10 440/11
effect [1] 484/19
effectively [1] 474/7
eight [2] 440/16 440/22
EISELEN [1] 389/6
either [9] 421/7 422/11 437/23 445/8
 446/3 459/3 460/25 463/3 463/24
elaborate [2] 466/9 493/20
elder [1] 449/3
elder-friendly [1] 449/3
ELDON [1] 388/11
electrical [2] 431/1 451/9
eliminate [1] 447/20
Elise [3] 478/6 478/13 478/22
Ellis [2] 449/4 449/5
else [8] 400/11 428/18 454/17 458/13
 464/9 466/25 500/15 503/5
embarrassed [1] 478/6
emit [1] 403/2
emitted [1] 401/7
Emory [1] 440/10
employ [1] 428/11
employed [2] 502/6 502/8
employee [2] 469/9 477/15
employees [4] 467/24 468/10 468/13
 490/2
empowerment [1] 448/3
end [6] 399/4 400/6 400/7 403/8 403/10
 482/21
ended [2] 420/21 471/21
engineering [1] 458/15
enough [6] 455/12 474/18 474/18 489/19
 489/24 498/4
enter [2] 447/13 450/13
entire [1] 491/12
entirely [1] 483/1
entitled [1] 507/15
entity [1] 464/8
entries [1] 411/22
environmental [1] 458/14
equally [1] 449/6
equity [7] 443/5 443/21 459/6 503/8
 503/10 503/11 503/19
Ernest [1] 501/24
ESQ [10] 388/16 388/19 388/19 388/22
 389/1 389/5 389/5 389/6 389/9 389/12
essence [2] 440/16 463/24
essentially [3] 442/14 477/19 478/22
established [1] 455/15
estate [2] 443/23 446/17
even [16] 401/19 428/9 429/3 429/11
 430/5 430/11 444/5 448/1 454/10 456/20
 461/18 467/23 476/12 479/13 493/24
 503/19
ever [29] 398/7 400/20 401/2 401/5
 401/7 401/13 408/16 408/20 408/25
 409/4 426/4 426/17 427/9 428/18 430/1
 431/3 436/16 438/8 438/10 438/19
 438/22 440/21 454/4 454/7 461/9 498/22
 504/20 505/15 505/18
every [6] 425/16 443/16 447/2 456/4
 457/19 506/5
everybody [1] 498/18
everything [5] 391/18 395/17 441/16
 452/14 454/5
evidence [9] 417/24 418/4 439/13 447/14
 483/21 485/19 491/12 499/12 504/8
exact [1] 482/17
exactly [3] 424/16 471/25 499/25
Examination [7] 390/5 393/3 418/19
 440/3 465/15 495/18 501/14
examine [2] 391/13 391/13

**E**

examines [1] 391/16
example [2] 454/16 456/7
exceeds [1] 450/12
except [5] 429/9 436/11 437/4 456/21
500/16
exceptions [2] 432/20 442/10
exchange [1] 444/1
exchanging [1] 391/11
exclusively [1] 455/11
excuse [1] 400/3
executive [13] 440/16 440/20 441/20
441/21 441/22 462/23 466/18 484/11
484/12 484/13 485/9 485/17 486/14
exhibit [33] 411/4 411/7 412/25 416/3
416/8 417/16 418/3 418/8 418/16 426/18
432/12 437/25 439/14 439/16 470/7
470/9 470/25 477/25 478/2 478/24 479/2
480/5 481/13 481/14 483/19 484/4
487/19 487/23 490/13 491/6 491/12
492/15 492/19
Exhibit 1 [4] 416/3 416/8 417/16 426/18
Exhibit 1-B [1] 412/25
Exhibit 2 [2] 432/12 437/25
Exhibit 73 [1] 481/14
Exhibit 76 [1] 487/19
Exhibit 78 [1] 470/25
Exhibit 79 [1] 478/2
Exhibit 80 [2] 490/13 491/6
Exhibit 81 [2] 492/15 492/19
Exhibit 83 [2] 483/19 484/4
Exhibit InEx [1] 478/24
exhibits [1] 416/2
existence [2] 421/10 442/16
exists [2] 420/20 421/12
Exodus [1] 442/20
expanded [1] 450/1
expect [1] 463/1
expectations [1] 403/12
expected [1] 403/12
expecting [1] 454/13
expense [1] 456/14
expenses [1] 456/25
experience [14] 405/8 406/19 409/13
409/24 410/4 410/17 425/21 426/14
436/18 468/17 469/4 469/13 477/2 477/7
experienced [6] 403/16 404/1 404/5
404/17 409/15 409/19
experiencing [1] 402/7
expert [2] 469/17 497/14
expertise [1] 496/13
experts [5] 464/6 465/13 480/2 496/16
497/11
explain [3] 394/3 452/20 503/22
explained [1] 481/4
explaining [1] 480/13
express [1] 436/4
expressed [1] 432/8
EXT27573 [1] 417/12
EXT27574 [1] 417/13
EXT27729 [1] 416/20
EXT27730 [4] 412/25 416/4 416/13
416/14
EXT27731 [1] 416/22
EXT27732 [1] 416/23
EXT27733 [1] 416/11
EXT27734 [1] 416/16
EXT27735 [1] 416/18
EXT27736 [1] 416/24
EXT27741 [1] 417/1
EXT27742 [1] 417/2
EXT27743 [1] 416/25

EXT27744 [1] 417/3
EXT27745 [1] 417/4
EXT27746 [1] 417/8
EXT27747 [1] 417/5
EXT27748 [1] 417/6
EXT27749 [1] 417/7
EXT27750 [1] 417/9
EXT27751 [1] 417/10
EXT27752 [1] 417/11
EXT27755 [1] 417/14
extends [1] 448/1
extensive [5] 443/1 451/17 488/17
488/19 489/8
extent [1] 469/17
Exterior [96] 389/4 396/3 396/19 397/22
397/24 398/2 398/13 399/5 400/18
401/12 402/8 405/15 406/7 406/11
406/12 407/1 407/3 407/6 407/17 408/1
408/5 408/10 408/15 408/20 409/16
409/20 409/25 410/7 411/8 411/9 411/14
412/3 412/18 412/22 413/2 413/18
414/10 415/3 415/9 416/9 416/15 416/19
416/21 417/19 417/21 423/9 423/14
423/17 423/21 423/24 424/25 425/2
425/5 425/15 425/17 426/22 427/23
428/6 428/14 428/19 430/14 431/6 432/7
432/13 432/22 433/10 434/4 435/5
435/22 435/25 436/11 436/14 437/5
438/7 438/17 438/25 439/17 460/23
461/6 465/20 467/25 470/6 470/9 481/13
481/14 482/25 483/2 483/5 486/10
486/11 487/19 487/23 490/13 491/6
492/19 499/24

**F**

face [1] 461/3
facility [1] 456/5
fact [19] 400/10 406/18 417/19 426/11
448/4 456/21 457/19 460/11 467/21
471/21 472/10 480/4 480/18 483/2
485/20 486/24 493/23 503/23 506/1
factor [3] 453/2 454/1 470/20
factory [2] 453/11 453/19
failures [2] 451/25 452/1
fair [9] 403/11 405/7 406/2 412/13
412/21 413/17 459/16 463/9 497/18
fairly [2] 424/15 457/8
faith [8] 443/12 444/15 459/9 474/22
480/23 482/3 482/12 484/22
faith-based [3] 482/3 482/12 484/22
falling [7] 424/5 424/24 425/2 425/3
433/13 434/18 435/25
FALLON [1] 388/11
familiar [5] 423/9 423/14 423/16 424/20
424/22
families [21] 442/24 443/1 444/25 445/7
445/8 445/14 448/3 448/4 450/2 450/10
451/11 451/14 451/15 454/12 463/17
464/12 467/5 467/18 476/21 494/20
507/3
family [11] 443/7 444/2 445/1 445/21
446/2 448/14 448/16 449/3 459/5 502/19
502/20
far [9] 398/17 406/10 410/19 412/16
412/17 412/18 433/10 451/21 504/25
fast [4] 438/20 483/17 483/17 503/4
fast-forward [2] 483/17 483/17
fast-tracked [1] 503/4
faxed [5] 483/9 483/10 499/24 500/5
500/17
FCRR [3] 389/15 507/10 507/18
fear [1] 431/10
February [5] 464/22 478/20 479/10

479/18 481/19
federal [1] 478/10
fed [1] 456/10
fee [3] 453/7 456/17 502/17
feel [3] 463/12 464/10 467/20
feeling [1] 419/2
fees [2] 464/3 498/9
feet [1] 475/1
felt [2] 451/18 482/2
few [5] 407/15 448/24 463/9 475/11
506/4
field [1] 496/10
fifth [1] 446/20
file [7] 470/24 478/23 481/13 484/3
487/22 491/5 492/18
files [1] 478/14
filing [1] 391/11
fill [1] 395/11
Finance [1] 444/22
financial [2] 443/2 445/3
financing [3] 443/13 446/4 446/6
find [8] 415/14 450/21 460/7 460/13
464/15 478/14 502/25 503/18
fine [2] 435/20 453/23
finish [5] 398/16 418/24 454/25 494/9
506/17
finished [1] 459/5
finishers [1] 394/24
finishing [2] 394/5 394/8
firm [3] 389/1 458/15 458/17
first [41] 394/7 416/11 419/15 420/4
423/14 425/8 427/9 428/22 432/16
436/14 435/11 437/17 438/4 441/6 443/20
444/18 446/12 446/18 446/22 454/7
455/7 457/10 457/20 458/11 460/21
461/7 463/18 464/17 464/22 479/2
479/19 481/2 485/6 488/16 488/24
488/25 491/25 492/23 494/12 496/21
506/8
fits [1] 392/12
five [14] 422/14 422/23 437/14 437/21
437/24 443/22 443/25 445/18 446/18
448/24 449/13 457/13 479/2 505/10
five-square-block [1] 449/13
fix [1] 451/19
fixing [1] 455/17
flatbed [1] 456/18
float [1] 459/23
floating [1] 394/9
flood [1] 443/23
floor [2] 389/6 496/1
Florida [1] 476/6
Fly [9] 470/3 470/10 470/13 471/11
476/2 476/3 476/4 494/4 494/19
flyer [2] 505/1 505/1
folks [6] 445/10 455/18 455/24 456/17
460/9 480/13
follow [6] 432/25 433/10 436/4 466/10
467/13 481/11
follow-up [1] 481/11
following [1] 391/3
follows [5] 393/2 418/18 439/23 467/14
501/9
foot [4] 444/1 467/21 474/23 474/25
foreclosure [1] 448/5
foregoing [1] 507/12
foreign [22] 397/13 402/20 402/21
405/21 405/22 425/18 426/5 426/16
427/6 427/12 429/2 429/3 429/8 430/1
430/14 431/9 432/10 436/7 436/10 442/3
483/12 483/15
foreman [1] 420/16
foremost [1] 506/8

**F**

Forget [1]  462/9
forgiven [1]  446/20
forklift [1]  456/17
form [3]  391/19 404/13 436/24
formed [2]  406/21 421/9
forth [11]  444/16 445/19 450/14 453/8
455/3 457/4 460/5 460/13 477/21 477/21
489/1
forward [3]  434/19 483/17 483/17
found [8]  425/23 435/8 435/14 452/3
478/20 493/25 494/2 504/18
Foundation [1]  449/4
foundations [1]  444/15
four [9]  395/22 396/3 396/19 397/5
437/14 437/21 437/24 468/4 505/10
fourth [1]  414/1
frame [11]  403/18 405/20 406/16 406/24
411/13 413/22 414/16 417/21 436/9
441/18 442/13
framing [1]  467/2
Frank [2]  488/5 488/6
Fred [1]  468/23
free [1]  442/6
free-standing [1]  442/6
freezing [1]  496/2
frenzy [2]  485/21 486/13
fresh [1]  391/22
Fricke [1]  393/8
Friday [1]  454/25
friend [2]  490/21 502/13
friendly [1]  449/3
friends [1]  463/24
front [2]  482/16 483/8
full [4]  439/24 456/23 501/10 503/15
fumes [1]  458/19
fund [1]  442/9
fund-raising [1]  442/9
fundamental [1]  445/4
funding [2]  443/12 444/20
fundraising [1]  444/12
funds [1]  443/11
funny [1]  505/15
further [6]  435/4 465/12 465/14 482/20
485/14 485/20

**G**

Gainsburgh [1]  388/15
Galloway [1]  389/4
garage [1]  400/8
gas [3]  431/10 458/22 489/15
gases [1]  432/19
gave [6]  405/9 447/12 455/16 455/18
463/24 482/4
Geary [2]  429/16 432/9
Gearys [1]  428/23
GED [1]  419/4
general [7]  405/17 405/19 420/16 467/10
467/14 477/16 490/10
Generally [1]  473/23
gentleman [1]  424/5
GEORGE [1]  388/19
GERALD [1]  388/16
get [25]  391/18 395/9 397/5 402/10
429/10 429/25 434/14 434/20 440/5
441/7 441/8 444/12 444/12 444/15
449/18 450/20 454/15 456/8 459/4
463/21 473/24 487/5 498/18 500/17
503/24
gets [1]  496/3
getting [10]  401/16 401/22 403/4 444/1
454/9 454/10 469/24 493/13 503/1

503/18
gifts [1]  480/24
give [16]  396/21 396/25 398/3 411/4
411/5 418/5 418/15 430/14 431/9 434/25
441/11 482/17 485/13 488/16 494/15
496/4
given [3]  437/25 453/21 482/14
gives [1]  503/25
giving [4]  397/9 449/17 451/12 482/2
glad [1]  429/23
Glen [1]  438/3
Glenn [3]  392/21 393/1 393/6
globo [6]  411/4 411/7 416/3 418/5 418/6
418/7
go [35]  391/7 392/18 395/8 411/21
413/24 422/22 422/24 427/16 435/10
438/22 442/24 444/6 447/3 449/18 451/9
451/19 456/3 456/17 463/19 464/5
465/23 472/2 473/24 476/9 477/13
477/15 478/14 482/2 482/11 482/20
485/15 490/12 493/20 494/8 505/11
God [1]  401/16
goes [2]  438/21 454/6
going [47]  391/5 392/20 395/9 395/17
397/4 397/4 405/18 406/6 410/15 411/4
411/5 416/6 418/13 418/25 421/2 424/23
426/18 431/19 435/16 436/24 438/20
444/3 447/13 450/9 450/24 454/24
454/25 455/24 468/2 470/7 471/12
476/17 477/7 477/25 480/5 481/12
482/18 483/17 485/12 487/7 487/18
487/19 488/3 490/12 491/8 491/11
506/20
gone [3]  438/22 469/19 469/20 484/21
494/23
good [13]  395/7 406/2 410/19 418/21
422/9 425/24 426/14 463/2 465/17
465/18 486/3 486/4 507/3
got [28]  409/11 414/12 424/14 433/16
433/24 434/20 434/21 437/7 437/16
438/23 453/19 454/12 454/14 464/18
464/22 468/13 471/8 474/7 477/10
477/23 481/19 483/23 486/5 487/9
488/10 488/11 493/7 502/10
gotten [2]  398/20 403/22 437/11 488/8
govern [2]  484/17 484/18
governed [1]  442/8
government [1]  444/19
governors [1]  442/8
grade [1]  393/11
graduate [1]  440/10
graduated [1]  501/24
grandchildren [1]  448/17
gratification [1]  503/25
GRAU [1]  389/5
great [1]  477/12
greatest [1]  448/13
grew [1]  442/14
groceries [1]  451/12
group [4]  422/3 441/5 454/12 480/19
guess [4]  393/14 401/22 402/12 469/8
Gulf [3]  396/2 396/20 397/4
Gulf Coast [1]  396/20
gutted [1]  493/23
guy [1]  452/5
guys [1]  486/18
Gyp [1]  430/3
gypsum [16]  399/1 400/14 427/24
427/24 428/9 483/11 483/14 483/16
499/1 500/2 500/3 500/4 500/6 500/7
500/21 500/21

**H**

Habitat [84]  439/21 440/6 440/13 440/21
441/17 441/25 443/5 445/2 445/22 446/2
447/1 447/4 447/24 448/21 449/19
449/21 450/15 450/25 451/25 452/23
454/4 455/9 456/11 457/6 457/18 457/21
458/8 460/8 460/10 462/18 463/4 463/12
464/20 466/18 466/21 467/7 467/8 467/9
467/10 468/14 469/8 469/11 470/2 473/6
473/17 473/21 473/22 474/2 474/12
475/10 475/12 475/14 475/15 475/21
476/17 478/1 478/10 479/10 479/18
479/25 481/20 484/8 484/14 484/21
486/24 488/9 489/18 490/5 490/6 493/7
493/14 494/1 494/3 497/2 497/10 497/20
502/11 502/15 502/23 502/25 504/17
504/18 504/23 505/13
habititis [1]  441/6
had [160]
hadn't [2]  396/16 434/18
hand [3]  413/5 426/18 441/7
handed [1]  448/16
handheld [1]  489/15
handle [3]  408/17 421/11 456/16
handled [1]  469/11
handler [1]  461/1
Hands [1]  493/4
hang [7]  394/4 399/23 402/4 426/13
454/16 454/21 459/22
Hangers [1]  394/24
happen [1]  455/1
happened [3]  460/17 462/10 463/7
happening [1]  489/25
happens [1]  392/7
hard [5]  402/19 435/10 460/4 506/16
507/1
harder [1]  408/16
Hardhats [1]  432/18
hardiboard [1]  464/9
has [19]  422/18 426/18 427/12 447/18
449/19 453/13 456/5 457/17 457/21
459/5 467/1 475/12 479/11 484/21 492/4
492/12 497/9 497/20 498/20
Hattie's [1]  455/20
have [187]
haven't [5]  424/9 469/19 469/20 474/17
475/22
having [17]  393/2 402/16 405/9 418/18
426/4 431/3 434/11 434/13 435/22
439/23 451/9 455/4 464/1 464/15 469/24
493/22 501/9
HB [1]  389/15
HB-406 [1]  389/15
he [44]  391/24 391/25 391/25 424/18
428/10 428/11 429/19 429/22 429/22
430/3 434/20 434/21 458/3 461/1 461/2
461/12 461/18 469/5 469/6 469/7 469/9
469/11 469/13 469/16 469/16 469/17
471/6 471/7 476/24 480/22 481/7 488/8
488/10 488/10 488/11 490/17 490/20
490/21 490/23 491/9 492/3 498/1 498/4
500/15
he's [1]  395/15
head [5]  393/12 396/7 411/16 415/20
488/6
hear [3]  391/6 459/25 495/12
heard [9]  401/5 401/7 431/3 436/21
463/11 495/13 498/4 498/21 503/8
hearing [1]  431/2
hears [1]  479/18
hearsay [1]  461/14
heat [1]  496/1

**H**

heavier [4]  404/8 408/11 409/25 410/9
heavy [3]  399/20 400/11 426/9
height [1]  468/10
held [2]  391/3 419/25
help [8]  398/16 443/2 445/16 448/5
450/8 452/20 456/13 468/23
helping [3]  448/8 450/10 493/4
helps [2]  445/17 448/9
her [6]  451/1 464/16 464/18 464/21
493/6 493/11
Herald [1]  452/6
here [24]  393/24 401/6 402/11 403/20
405/4 411/23 414/15 415/14 435/15
437/21 440/19 450/23 450/24 451/23
456/4 463/8 463/8 463/21 465/2 466/19
487/8 489/12 496/17 506/5
Here's [3]  429/24 451/11 452/9
hereby [1]  507/12
hesitant [1]  406/22
Hi [1]  501/16
high [16]  393/9 393/13 393/15 393/17
403/13 418/23 418/24 418/25 419/3
445/14 448/25 467/6 488/21 496/10
501/24 501/25
high-tech [1]  488/21
higher [2]  403/8 403/10
higher-end [2]  403/8 403/10
highlight [4]  472/3 485/12 486/1 492/23
him [23]  391/25 413/15 424/18 428/12
453/20 453/21 461/17 461/19 462/1
462/1 475/12 477/3 488/14 488/16
490/23 491/1 491/3 491/11 497/25 499/7
499/7 500/16 500/17
hire [2]  469/1 480/1
his [3]  462/1 469/3 469/6
history [2]  422/22 463/19
hit [1]  442/17
holds [1]  466/22
home [34]  400/6 400/9 437/18 443/19
443/20 444/2 445/2 446/2 448/5 448/14
450/24 451/23 456/7 460/10 460/15
464/16 466/23 467/1 474/20 497/17
502/13 502/16 502/21 502/21 503/1
503/5 503/7 503/19 503/23 503/24 504/8
504/13 504/16 504/17
Home Depot [2]  456/7 460/15
home-ownership [1]  460/10
homeowner [3]  443/23 463/16 497/17
homeowners [6]  442/25 464/24 465/4
497/21 497/22 498/8
homes [36]  402/25 423/5 433/15 436/12
437/2 437/3 447/6 447/8 448/21 449/3
449/19 449/24 450/15 450/17 455/11
457/6 457/21 460/8 462/19 463/6 464/25
467/18 473/14 473/16 474/19 475/13
475/14 475/15 475/17 475/21 475/22
493/25 494/2 495/3 497/20 503/16
honest [1]  427/10
Honor [19]  392/20 417/23 418/8 418/10
439/11 447/14 458/3 461/14 471/5
481/12 483/23 484/5 491/7 492/20 498/6
499/6 500/14 501/3 501/6
HONORABLE [1]  388/11
hope [1]  466/2
hopefully [1]  442/5
hour [1]  481/7
hours [10]  415/16 415/16 443/4 443/5
443/6 481/4 503/11 503/12 503/13
503/25
house [57]  397/9 399/14 425/16 433/17
433/25 434/5 434/7 434/16 434/22

435/11 435/12 437/8 437/12 438/14
438/18 446/13 446/16 446/21 448/2 448/8
448/24 449/7 450/10 451/1 454/5 454/5
454/6 454/6 454/23 455/20 456/19 459/5
459/21 460/4 460/5 460/14 460/23
467/22 467/23 474/23 474/23 474/25
490/5 490/6 493/24 498/10 503/13
503/14 504/6 505/8 505/16 505/20
house-by-house [1]  454/5
houses [53]  425/10 425/20 428/2 435/9
435/14 435/15 436/11 437/11 438/1
438/2 438/20 441/3 442/15 442/16
442/18 443/5 444/20 444/23 445/10
446/10 447/1 447/19 449/7 449/12
449/14 450/4 451/2 451/19 454/11
455/12 455/17 456/11 457/8 457/13
457/18 457/25 459/3 460/18 463/15
466/21 466/25 467/4 467/22 468/14
475/4 475/5 475/7 475/9 476/20 486/7
486/9 486/10 486/24
housing [5]  444/22 447/21 451/9 451/10
455/25
Houston [10]  389/10 393/8 402/11 419/7
419/9 423/6 424/10 424/24 429/3 502/12
Hovnanian [1]  422/12
how [47]  392/12 393/9 394/12 395/12
396/12 397/2 397/3 397/23 399/3 419/8
419/22 420/19 421/7 422/9 423/16
423/19 425/14 431/24 437/11 445/1
445/22 449/19 453/25 455/2 455/8 457/6
457/21 458/18 460/7 463/12 464/15
466/7 467/24 468/10 469/3 474/24
477/20 477/20 496/4 496/4 501/16
502/10 502/25 503/24 504/15 505/8
506/25
however [1]  468/20
HUD [2]  443/15 443/18
huge [1]  442/7
huh [15]  394/14 396/1 396/11 397/25
398/4 399/16 410/5 426/24 427/2 427/4
427/18 428/5 431/8 432/21 444/4
Humanity [5]  439/21 440/14 440/21
441/17 441/25
hundred [3]  454/1 455/13 472/7
hurricane [4]  405/16 406/5 406/6 502/12
Hurricanes [1]  405/6
HVAC [1]  461/1

**I**

I'll [7]  411/23 418/4 432/12 462/4 485/13
490/13 498/5
I'm [71]  395/4 397/3 397/4 397/9 401/20
404/25 405/13 405/18 405/18 405/21
406/6 409/22 410/2 410/4 410/15 411/4
411/5 411/6 415/11 415/14 415/19 416/6
418/2 418/15 418/15 424/22 426/18
431/19 432/16 435/16 436/21 436/24
436/24 437/13 440/10 444/3 444/5 457/8
463/14 468/2 470/7 470/20 477/4 477/25
478/5 478/6 480/5 480/8 481/12 483/17
483/22 484/1 484/10 485/12 487/7
487/18 487/19 488/3 488/10 489/4
489/21 490/12 491/11 491/12 494/15
499/16 501/17 502/3 504/3 506/8 506/9
I've [7]  426/17 429/6 430/22 440/20
453/21 454/12 454/14
idea [3]  427/7 476/22 477/12
identified [2]  442/1 470/8
identify [4]  416/1 416/6 453/5 504/2
identifying [1]  450/8
if [68]  391/24 392/15 395/9 396/16 399/8
399/13 404/13 406/11 407/9 407/23

407/25 408/14 411/21 413/4 413/7
408/14 411/21 413/14 413/7
438/12 438/13 441/6 446/7 446/22 447/16
427/16 432/12 434/5 435/9 442/10 443/2
445/15 446/16 446/16 446/17 446/21
446/23 450/12 454/19 455/1 456/3 456/7
456/22 461/9 461/25 467/23 468/25
471/6 471/8 472/2 474/6 474/6 474/15
476/24 479/1 479/2 480/6 480/20 482/5
482/20 487/2 487/20 488/1 488/10
488/10 489/22 490/12 491/24 492/23
493/6 494/9 496/3 497/16
II [2]  432/22 440/2
immediate [1]  458/12
immediately [3]  451/20 452/16 479/8
impeachment [1]  392/1
important [6]  432/24 449/6 449/11
451/18 454/10 455/25
imported [15]  403/16 404/6 404/14
404/22 405/1 405/8 405/10 406/19 409/2
427/8 436/9 453/4 483/12 492/4 492/12
impression [1]  500/20
improve [1]  463/17
in [359]
in globo [6]  411/4 411/7 416/3 418/5
418/6 418/7
Inc [5]  413/1 416/15 421/18 421/20
432/16
included [1]  454/19
including [3]  425/17 425/17 463/23
income [10]  445/5 445/7 445/8 445/9
446/2 448/10 448/15 451/16 455/24
467/18
Incorporated [1]  393/23
increasingly [1]  485/25
independent [1]  452/12
indicated [2]  399/9 480/9
indicators [1]  460/12
individual [6]  392/15 397/16 415/11
427/10 428/21 448/14
individual's [1]  391/22
individuals [5]  392/3 392/5 443/13
444/17 484/14
Industrial [1]  420/18
industry [10]  404/20 419/16 419/18
420/22 425/22 429/10 469/7 469/14
476/23 492/5
InEx [58]  392/22 403/4 403/5 403/7
403/13 403/21 404/1 404/6 405/1 407/6
407/17 408/21 408/24 409/1 409/5 409/9
410/18 410/18 414/5 433/14 439/14
447/9 450/21 451/5 451/5 452/13 452/21
457/7 457/7 457/11 457/22 460/19 461/5
461/9 461/25 462/13 462/21 462/24
463/3 463/13 464/10 473/1 478/1 478/24
479/22 480/6 480/9 483/9 483/19
492/15 498/20 498/25 500/5 500/6
500/10 500/11 500/20 504/20
InEx-delivered [1]  457/7
infectious [1]  441/5
inform [1]  434/9
information [7]  405/10 449/17 465/5
482/1 482/5 482/6 498/22
informed [1]  436/16
initial [1]  504/25
initially [2]  502/12 503/5
initials [3]  413/8 413/10 413/12
inquired [1]  462/7
inquiry [1]  462/12
insert [1]  478/14
inside [2]  400/14 459/21
inspect [1]  476/9
install [4]  398/16 431/18 438/13 438/14
installed [7]  431/13 431/22 431/25

**I**

installed... [4] 433/15 436/13 463/6 489/7
installing [3] 421/23 438/17 438/25
instead [2] 427/8 429/8
instruction [2] 433/9 433/11
instructions [7] 413/8 432/8 432/18 432/22 432/23 433/4 436/5
insurance [9] 389/9 389/12 435/2 443/24 451/17 456/15 457/4 460/16 466/4
insure [1] 453/8
insuring [1] 464/2
INT [26] 412/25 416/4 416/11 416/13 416/14 416/16 416/18 416/20 416/22 416/23 416/24 416/25 417/1 417/2 417/3 417/4 417/5 417/6 417/7 417/8 417/9 417/10 417/11 417/12 417/13 417/14
INT/EXT27573 [1] 417/12
INT/EXT27574 [1] 417/13
INT/EXT27729 [1] 416/20
INT/EXT27730 [3] 412/25 416/4 416/14
INT/EXT27731 [1] 416/22
INT/EXT27732 [1] 416/23
INT/EXT27733 [1] 416/11
INT/EXT27734 [1] 416/16
INT/EXT27735 [1] 416/18
INT/EXT27736 [1] 416/24
INT/EXT27741 [1] 417/1
INT/EXT27742 [1] 417/2
INT/EXT27743 [1] 416/25
INT/EXT27744 [1] 417/3
INT/EXT27745 [1] 417/4
INT/EXT27746 [1] 417/8
INT/EXT27747 [1] 417/5
INT/EXT27748 [1] 417/6
INT/EXT27749 [1] 417/7
INT/EXT27750 [1] 417/9
INT/EXT27751 [1] 417/10
INT/EXT27752 [1] 417/11
INT/EXT27755 [1] 417/14
integrity [1] 464/7
intent [1] 456/13
intention [1] 462/23
interest [10] 442/23 443/14 443/20 443/23 446/3 446/4 446/5 446/6 450/14 461/17
interested [3] 406/11 407/9 453/8
interesting [1] 460/9
Interestingly [1] 495/10
interior [98] 389/4 396/3 396/19 397/22 397/24 398/2 398/13 399/5 400/18 401/12 402/8 405/15 406/7 406/11 406/12 407/1 407/3 407/6 407/17 408/1 408/5 408/10 408/15 408/20 409/16 409/20 409/25 410/7 411/8 411/9 411/14 412/3 412/18 412/22 413/2 413/18 414/10 415/3 415/9 416/15 416/19 416/21 417/19 417/21 423/9 423/14 423/17 423/21 423/22 424/1 424/25 425/5 425/15 425/17 426/22 427/23 428/6 428/14 428/19 430/14 431/6 432/7 432/13 432/22 433/10 434/4 435/5 435/22 435/25 436/11 436/14 437/5 438/7 438/17 438/25 439/17 454/19 457/13 460/23 461/6 465/20 467/25 470/6 470/9 481/13 481/14 482/24 482/25 483/2 483/6 483/5 486/10 486/11 487/19 487/23 490/13 491/6 492/19 499/24
Interior Exterior [93] 396/3 396/19 397/22 397/24 398/2 398/13 399/5 400/18 401/12 402/8 405/15 406/7 406/11 406/12 407/1 407/3 407/6 407/17 408/1 408/5 408/10 408/15 408/20
409/16 409/20 409/25 410/7 411/8 411/9 413/18 414/10 415/3 415/9 416/9 416/15 416/19 416/21 417/19 417/21 423/9 423/14 423/17 423/21 423/22 424/1 424/25 425/5 425/17 426/22 427/23 428/14 428/19 430/14 431/6 432/7 432/13 432/22 433/10 434/4 435/5 435/22 435/25 436/11 437/5 438/7 438/17 438/25 439/17 454/19 457/13 460/23 461/6 465/20 467/25 470/6 470/9 481/13 481/14 482/24 482/25 483/2 483/6 484/22 485/12 486/25 488/14 489/20 490/3 491/1 495/6 497/24
issue [16] 401/6 404/22 451/7 452/3 454/9 459/9 460/19 461/25 462/11 464/12 464/21 469/19 479/11 489/18 489/23 492/6
issues [7] 401/2 430/8 430/12 453/6 460/11 464/10 479/13
it [413]
it's [57] 397/8 399/21 402/18 406/2 413/1 415/5 419/1 421/18 425/21 426/3 426/22 427/11 429/13 441/7 442/21 446/17 451/11 456/5 459/7 460/9 461/14 462/14 463/14 464/8 464/19 467/23 475/4 475/5 476/16 477/22 477/23 478/1 479/12 484/10 484/11 485/13 485/24 488/7 489/22 493/12 495/8 495/21 495/23 495/23 496/6 496/6 496/9 496/9 497/6 499/16 500/2 500/3 500/9 502/17 504/9 504/10 506/4
itself [5] 403/7 449/14 458/25 466/22 466/22

into [38] 392/12 393/18 394/7 396/15 404/2 415/25 417/24 418/4 419/5 419/14 424/14 433/19 433/20 434/14 439/13 446/14 447/13 450/1 450/13 456/11 457/5 458/4 458/12 462/10 464/1 473/19 473/21 489/18 489/23 491/1 491/12 498/1 498/2 498/4 499/11 503/1 503/7 504/7
InTrip [1] 468/6
introduce [10] 392/7 470/25 478/24 481/13 484/4 487/23 491/6 491/18 491/19 492/19
introduced [1] 496/22
introducing [1] 491/12
investigate [1] 430/23
invoice [11] 411/22 412/25 413/25 416/14 416/16 416/18 416/21 426/22 427/10 439/14 439/14
invoices [28] 399/8 399/10 411/7 411/14 411/17 411/18 412/13 414/8 414/9 414/9 414/13 414/15 414/18 414/21 414/23 415/2 416/8 417/17 417/19 417/25 418/1 418/8 432/13 432/15 437/15 438/1 439/17 439/18
involve [1] 411/12
involved [4] 450/16 491/9 502/10 503/20
Irons [1] 389/8
Irpino [2] 389/1 389/1
is [258]
isn't [29] 456/15 456/16 466/24 468/17 469/25 470/3 470/19 471/17 471/23 474/19 479/8 479/23 480/2 480/11 481/20 482/3 482/15 482/23 482/25 483/6 484/22 485/22 486/25 488/14 489/20 490/3 491/1 495/6 497/24

409/16 409/20 409/25 410/7 411/8 411/9 413/18 414/10 415/3 415/9 416/9 416/15 416/19 416/21 417/19 417/21 423/9 423/14 423/17 423/21 423/22 424/1 424/25 425/5 425/15 425/17 426/22 427/23 428/14 428/19 430/14 431/6 432/7 432/13 432/22 433/10 434/4 435/5 435/22 435/25 436/11 437/5 438/7 438/17 438/25 439/17 454/19 457/13 460/23 461/6 465/20 467/25 470/6 470/9 481/13 481/14 482/24 482/25 483/2 483/6 484/22 485/12 486/25 488/14 489/20 490/3 491/1 495/6 497/24

**J**

JAMES [2] 439/22 440/2
Jane [1] 467/1
January [1] 483/4
Jeep [1] 441/8
Jim [3] 439/11 439/21 440/1
job [8] 394/17 394/21 395/16 395/17 398/8 398/14 451/8 506/8
jobs [7] 394/18 394/18 395/8 395/8 395/9 420/14 507/3
Joe [8] 424/14 424/24 425/3 425/4 434/19 434/20 467/1 473/21
John [9] 392/21 418/11 418/17 418/22 469/3 469/5 476/24 477/1 477/4
Johnson [1] 389/4
join [1] 493/10
Journal [2] 452/4 452/7
JR [1] 389/5
judge [11] 388/11 418/15 453/20 461/16 462/4 462/14 470/25 487/16 487/22 491/5 504/7
judgments [1] 392/16
July [6] 411/13 411/18 411/19 411/19 414/23 416/10
July 11 [3] 411/19 414/23 416/10
July 21 [1] 411/19
June [5] 411/13 411/18 413/5 414/23 416/10
June 21 [4] 411/18 413/5 414/23 416/10
junior [1] 448/25
juris [1] 440/11
Jurischk [3] 393/23 394/25 395/2
jury [16] 388/10 391/5 440/5 441/19 444/13 447/15 450/25 453/16 458/3 467/17 475/6 491/21 495/21 504/3 506/16 507/5
just [64] 392/13 392/15 394/19 394/20 396/25 397/8 397/8 398/1 398/3 398/18 399/21 400/15 401/21 402/3 405/13 405/19 405/25 405/25 406/1 407/9 407/13 417/18 420/21 420/21 421/12 424/6 426/4 426/12 426/13 429/22 430/24 434/2 437/25 442/1 444/13 447/4 447/14 448/23 452/20 464/3 465/9 465/23 471/7 474/3 477/15 477/22 479/2 487/18 490/24 491/7 491/8 491/11 491/24 492/10 492/22 492/23 495/20 495/21 496/4 498/6 501/1 503/18 505/4 506/4

**K**

K. [1] 422/12
K. Hovnanian [1] 422/12
Katrina [26] 405/6 405/16 406/5 442/14 442/15 442/17 442/19 443/15 443/19 444/18 444/19 445/24 445/25 448/23 449/19 449/23 450/3 450/6 450/15 453/6 457/10 466/22 466/24 468/2 468/4 468/4
keep [1] 453/7
keeping [1] 478/13
Keesler [1] 452/6
Keesler's [1] 461/7
kept [2] 435/12 456/1
KEVIN [1] 389/9
kids [4] 448/7 459/12 468/24 506/8
kill [1] 426/12
kind [22] 395/11 396/24 400/13 402/18 420/8 427/5 431/3 453/14 454/8 456/1 458/17 461/2 476/14 476/19 479/11 480/13 490/19 497/6 500/13 500/24 503/4 503/7
Kindness [1] 450/2 450/8

**K**

Knauf [33]  399/9 400/19 401/11 402/8
402/15 411/23 411/24 411/24 412/7
412/13 412/19 414/1 414/1 414/1 414/1
414/18 414/18 414/19 415/1 415/1 415/1
427/1 427/8 428/19 433/3 433/3 433/3
433/3 479/12 486/19 486/20 486/24
487/3
knew [13]  399/2 412/5 428/25 429/22
451/19 455/23 466/15 469/16 472/9
472/12 472/13 472/15 476/24
knock [1]  504/23
know [72]  394/18 395/9 395/10 395/11
396/14 396/17 396/21 397/2 397/3 397/4
397/8 397/23 398/25 399/1 399/3 399/10
400/4 402/1 402/18 402/18 405/25
407/11 407/15 410/3 413/14 413/15
419/2 423/15 424/4 425/2 427/11 427/14
428/1 430/10 430/16 431/24 432/2 432/3
433/10 435/15 437/14 437/14 437/19
437/25 438/1 438/11 441/7 454/12 457/6
461/18 463/1 463/4 465/19 466/7 467/2
469/7 469/18 471/6 471/25 472/10
474/5 474/24 480/12 481/2 483/22 485/5
485/13 487/2 505/22 506/24 507/2 507/4
knowledge [15]  401/8 401/13 402/23
402/24 403/1 403/2 403/3 405/16 407/5
408/13 408/23 469/16 476/16 493/18
497/12
known [1]  415/12
knows [1]  401/17
Koehler [2]  492/16 493/2

**L**

L-A-N-C [1]  501/13
L-E [1]  501/12
lab [4]  481/4 481/6 488/20 488/21
laboratories [1]  459/1
laborer [1]  394/2
laborious [1]  417/23
lack [1]  405/20
laed.uscourts.gov [1]  389/17
land [3]  443/8 446/9 449/1
language [1]  482/17
large [2]  421/11 451/3
largely [1]  478/5
largest [2]  486/10 466/23
last [8]  421/14 428/22 439/13 443/6
455/22 462/9 463/9 495/20
late [4]  440/18 468/13 481/7 485/6
later [9]  424/18 433/14 434/21 462/7
462/10 489/17 492/14 493/15 496/22
law [7]  389/1 440/11 440/12 441/9
441/15 465/24 466/3
lawyer [1]  441/11
lawyers [6]  391/10 391/15 392/7 466/15
506/17 506/25
leaders [1]  450/9
leading [1]  453/21
learn [1]  479/25
learned [2]  430/16 458/9
least [11]  395/6 403/20 404/18 405/9
406/21 413/17 413/21 414/22 415/9
479/15 498/4
leaves [1]  502/5
LeBlanc [10]  450/24 464/15 501/7 501/8
501/12 501/16 504/13 505/15 506/5
506/13
LeBlanc's [2]  451/23 504/8
leeway [1]  453/21
left [3]  393/17 411/21 423/4
legal [1]  440/2

Lemm [14]  392/21 393/1 393/6 395/2
399/10 412/14 413/25 416/21 416/21
416/14 416/15 416/19 417/16
Lemm 1-A [1]  416/12
lend [1]  442/21
less [3]  441/18 448/6 456/24
let [34]  391/7 407/23 414/8 418/9 423/4
433/22 434/4 439/20 447/4 452/20 461/4
462/3 462/9 462/18 463/4 464/14 465/23
467/7 474/3 474/3 478/12 478/19 479/5
481/10 481/16 483/20 484/6 484/10
492/21 496/1 498/14 499/6 499/14 504/2
let's [27]  392/18 405/13 418/4 418/14
422/22 424/6 427/16 439/7 439/12
441/17 444/24 455/7 458/5 461/15
462/16 477/17 481/18 482/11 482/20
483/17 485/1 485/7 487/9 491/18 492/14
492/22 494/8
letter [27]  463/4 464/18 464/20 464/23
465/5 470/10 470/11 470/12 470/12
471/22 472/3 482/16 483/2 483/8 483/9
483/10 484/13 498/24 499/3 499/7 499/9
499/20 499/24 500/4 500/8 500/15
504/23
letterhead [4]  483/11 483/16 500/3 500/4
letters [2]  492/16 496/15
levels [4]  443/17 480/15 489/2 489/10
LIABILITY [1]  388/5
license [1]  441/15
licensed [4]  443/9 446/9 467/10 467/14
lieu [1]  392/8
like [52]  396/14 397/2 399/19 399/20
399/20 400/10 400/12 400/14 404/15
404/15 405/21 405/22 407/13 413/7
413/21 415/16 425/24 430/23 434/2
438/20 440/9 447/9 450/3 450/3 451/18
454/4 455/18 458/18 460/20 461/23
463/13 464/6 464/10 467/20 470/15
470/24 478/23 481/7 481/11 483/13
484/3 485/13 487/22 489/5 491/5 492/18
495/25 496/5 496/6 496/9 504/7 505/20
liked [2]  468/25 468/25
limit [1]  405/18
limited [3]  441/23 472/8 472/13
line [9]  463/15 478/1 478/4 478/10
478/17 482/11 492/23 494/8 499/18
lines [2]  479/2 489/4
listed [2]  396/19 411/22
listening [1]  392/13
listing [1]  417/24
literally [1]  455/18
litigation [5]  388/5 391/22 451/17 465/21
493/10
little [21]  391/6 391/18 394/3 394/20
401/25 402/12 424/23 427/25 440/5
440/7 463/25 465/23 471/2 474/3 474/25
485/14 491/25 502/10 503/3 503/8
506/18
little-bitty [1]  427/25
live [7]  392/5 392/8 448/18 448/19
501/21 501/22 503/5
lives [1]  467/13
LLC [1]  388/15
LLP [3]  388/18 388/22 389/8
Load [3]  433/2 433/6 433/7
Lobman [1]  389/11
local [6]  401/21 442/8 480/1 486/8
488/20 502/14
locally [1]  442/9
located [1]  423/5
locations [1]  450/8
long [18]  394/12 397/23 419/1 419/8
420/19 421/7 423/25 425/17 428/8

Lombard [1]  392/4
longtime [1]  453/13
look [16]  396/23 398/19 413/7 421/25
427/10 434/4 445/13 469/19 471/2
477/15 477/16 481/10 489/22 492/14
496/5 500/8
looked [3]  458/18 462/10 476/10
looking [9]  399/4 415/16 415/24 420/5
432/16 434/19 455/2 458/20 499/19
looks [2]  413/21 481/11
Lori [8]  472/2 479/1 482/20 485/14 488/1
491/24 492/22 494/9
lost [1]  450/3
lot [9]  415/24 441/5 441/6 444/6 444/15
445/14 449/17 450/2 503/12
Louis [1]  501/24
LOUISIANA [14]  388/2 388/6 388/17
389/2 389/7 389/13 389/16 392/5 442/8
444/22 467/11 467/15 490/7 507/12
low [10]  445/7 445/8 445/13 446/2 446/3
448/10 448/15 455/24 467/18 496/1
low-income [7]  445/7 445/8 446/2 448/10
448/15 455/24 467/18
Lowe's [1]  460/15
lower [1]  404/22
LP [1]  389/4
lumber [2]  453/13 469/18
lunch [4]  428/23 429/15 429/21 429/23

**M**

ma'am [24]  393/16 393/25 394/11
394/22 394/24 395/20 396/9 397/12
397/15 397/17 397/20 398/6 398/8
398/11 398/15 398/17 398/21 399/25
400/8 400/23 401/4 401/10 401/15
402/14
Madam [1]  432/14
made [20]  397/13 399/2 399/3 399/6
401/23 405/19 406/8 408/21 415/10
417/20 428/6 434/17 451/6 454/4 457/1
461/2 461/2 462/12 470/13 497/9
Magazine [1]  389/2
mail [16]  482/12 483/20 483/25 484/8
484/20 485/20 487/8 487/20 488/4
490/14 490/18 491/23 492/8 492/14
492/16 505/1
mailboxes [1]  505/2
mails [1]  487/19
maintained [1]  441/15
major [3]  391/21 450/21 480/23
majority [5]  443/11 444/14 468/19
468/20 468/21
make [18]  391/17 392/10 392/16 399/23
400/15 400/24 406/1 412/22 417/18
421/25 442/11 442/22 446/14 463/12
467/5 479/5 481/18 492/2
makes [1]  503/25
making [4]  395/17 447/5 470/16 475/24
manager [1]  493/3
manufactured [17]  388/4 401/6 401/14
406/12 406/23 407/3 407/19 407/24
408/5 408/10 408/15 410/1 412/8 412/11
430/5 472/10 472/12
many [18]  395/12 419/22 431/24 437/11
445/22 448/21 449/1 449/1 449/19
453/25 455/13 457/6 457/21 467/24
468/10 477/20 477/21 492/5
March [19]  420/12 429/6 439/15 439/17
450/19 452/12 461/8 464/23 473/1 473/3
479/7 479/10 482/13 492/9 493/15
494/11 494/11 494/16 494/17
March 16 [1]  439/15

**M**

March 19 [1] 492/9
March 1983 [1] 420/12
March 2006 [1] 439/17
March 2007 [5] 450/19 452/12 479/7
 479/10 494/11
March 2009 [4] 464/23 493/15 494/11
 494/17
mark [4] 411/3 412/24 432/12 432/14
marked [2] 416/11 426/18
marking [1] 411/6
Marsalis [2] 449/4 449/5
Marye [7] 480/21 480/22 490/15 490/15
 490/20 491/22 492/2
Mason [1] 388/22
material [9] 443/8 446/9 453/14 454/20
 455/24 463/19 464/2 464/6 464/8
materials [7] 395/25 456/6 462/25 469/7
 469/8 495/10 497/11
math [4] 474/3 474/6 474/7 474/17
mathed [1] 457/14
matter [4] 398/25 426/11 457/19 507/15
max [1] 438/14
may [16] 432/3 432/4 437/12 438/2
 439/5 450/22 469/17 474/25 483/17
 484/20 485/1 485/17 486/6 486/12
 487/13 502/14
May 2010 [2] 484/20 486/12
maybe [7] 416/5 466/2 475/1 485/6
 496/10 505/10 505/19
MD [1] 388/4
me [70] 391/7 394/3 395/10 396/24
 398/25 399/13 400/3 407/9 407/23 414/8
 421/13 423/4 423/21 423/22
 424/5 424/14 424/18 425/7 426/14
 427/11 428/11 433/21 433/22 434/6
 434/9 434/20 434/21 434/25 435/8 436/2
 436/6 437/13 447/4 447/12 447/14
 452/20 461/4 461/12 462/3 462/9 462/18
 464/14 465/23 467/7 472/15 474/2 474/3
 474/3 478/3 478/12 478/19 479/5 481/4
 481/10 482/16 483/9 483/20 484/10
 489/12 489/21 490/25 494/15 498/14
 499/7 502/13 503/7 504/2 506/10 506/25
mean [12] 394/8 396/18 398/24 410/22
 420/13 431/19 438/13 440/25 447/24
 474/22 477/19 500/12
meaning [5] 392/12 415/21 437/2 459/15
 469/7
meaningless [2] 472/15 472/16
means [4] 412/14 444/9 467/18 496/11
meant [3] 412/19 476/22 476/24
mechanical [1] 389/19
mechanism [1] 459/13
media [8] 479/19 479/25 481/19 482/1
 482/6 485/21 486/13 490/24
median [2] 445/5 451/15
meeting [1] 502/14
member [5] 444/25 445/1 461/21 477/4
 502/19
members [4] 391/5 468/16 478/9 506/16
mention [2] 409/22 452/23
mentioned [8] 391/6 397/21 410/2 436/8
 444/9 444/24 453/16 499/1
Meritage [1] 422/10
message [1] 412/2
messages [1] 414/4
met [1] 460/25
metal [3] 401/9 420/9 438/10
metals [1] 402/24
Meunier [2] 388/15 388/16
Mexican [1] 429/4

Mexico [1] 401/21
Mezzenga [4] 469/3 469/25 471/8 471/21
Mezzenga's [1] 469/21
mid [1] 485/6
middle [1] 471/17
might [2] 431/10 459/6
million [7] 457/25 458/1 467/23 471/22
 471/24 472/1 474/8
million-dollar [1] 467/23
mind [4] 391/22 410/25 479/3 482/21
 492/23 494/9
mine [1] 502/13
minister [1] 490/21
ministerial [1] 490/22
ministry [1] 442/20
Minnesota [1] 469/22
minuscule [1] 463/25
minute [3] 439/7 481/10 487/9
minutes [1] 475/11
miscalculated [1] 481/5
mission [7] 447/18 447/18 447/24 447/25
 451/8 463/17 488/7
mitigate [1] 456/14
mixture [1] 460/14
model [1] 449/22
modest [3] 467/5 467/18 467/21
modest-means [1] 467/18
Mom [1] 448/8
moment [1] 458/8
money [8] 444/13 446/23 446/24 446/25
 447/3 447/5 457/1 497/21
monthly [2] 443/22 443/25
months [6] 429/18 441/15 443/16 471/16
 478/21 505/10
moratorium [1] 458/12
more [26] 399/17 399/23 400/19 400/24
 401/25 402/12 408/2 408/6 410/8 421/17
 422/5 425/24 426/16 437/21 441/18
 442/11 447/1 449/12 460/16 466/25
 471/21 479/22 481/7 482/8 487/18 501/1
Morgan [1] 388/23
mortgage [5] 446/12 446/14 446/15
 446/21 446/22
most [7] 394/20 396/13 428/13 428/17
 448/13 448/20 451/18
mostly [1] 391/11
motions [1] 391/11
move [5] 417/24 458/5 462/16 487/7
 504/7
moved [1] 503/6
moving [3] 495/11 498/9 499/11
Mr [5] 447/18 460/3 469/21 478/3 501/2
Mr. [27] 417/16 439/12 440/5 447/12
 448/18 450/22 453/16 458/8 462/18
 463/8 465/17 475/11 480/21 481/18
 484/1 485/13 487/18 489/5 489/23
 490/15 491/22 492/2 495/14 495/20
 498/24 501/4 502/19
Mr. Bob [1] 480/21
Mr. Duplantier [2] 453/16 498/24
Mr. Lemm [1] 417/16
Mr. Marye [3] 490/15 491/22 492/2
Mr. Pate [19] 439/12 440/5 447/12
 448/18 450/22 458/8 462/18 463/8
 465/17 481/18 484/1 485/13 487/18
 489/5 489/23 495/14 495/20 501/4
 502/19
Mr. Seeger [1] 475/11
Ms [1] 501/16
Ms. [8] 450/24 451/23 464/15 504/8
 504/13 505/15 506/5 506/13
Ms. LeBlanc [6] 450/24 464/15 504/13
 505/15 506/5 506/13

Ms. LeBlanc's [2] 451/23 504/8
much [15] 398/25 443/9 401/21 402/20
 421/11 428/2 432/17 436/3 455/22
 457/15 474/24 496/6 497/9 506/23
 506/25
multidistrict [1] 493/10
multiple [1] 428/3
Muses [1] 505/12
Music [1] 449/5
musicians [3] 449/8 457/9 505/2
Musicians' [2] 448/23 479/23
must [2] 443/4 445/4
my [60] 401/8 402/23 403/1 403/3
 404/15 406/10 406/21 407/5 408/13
 408/23 410/6 410/16 425/10 425/11
 426/15 427/11 428/10 430/1 433/9
 433/17 433/17 435/2 436/11 440/1 440/1
 440/11 441/14 441/15 448/24 452/9
 461/8 461/11 461/21 462/12 462/12
 465/19 469/16 476/16 477/9 478/5
 480/22 480/22 484/11 490/20 493/18
 497/1 497/12 497/12 500/20 502/15
 502/17 503/3 503/7 503/12 503/13
 503/14 504/6 506/8 506/8 507/13
myself [1] 466/1

**N**

Nader [1] 389/12
name [17] 393/5 401/19 418/21 420/4
 420/23 421/15 421/17 423/12 428/1
 428/22 428/22 428/25 439/24 440/1
 440/2 465/19 501/10
named [1] 452/5
names [2] 395/23 422/11
narrative [1] 392/13
national [12] 399/1 483/10 483/14
 483/16 499/1 500/2 500/3 500/4 500/6
 500/7 500/20 500/21
nature [1] 424/13
ND [1] 459/7
need [4] 443/3 455/5 486/25 506/24
needed [4] 402/3 406/22 455/24 463/23
needless [1] 437/21
negative [1] 460/6
negotiations [2] 471/15 471/17
neighborhood [4] 420/25 444/21 449/10
 453/17
never [29] 403/1 420/20 420/21 424/19
 425/13 425/14 428/17 428/21 428/25
 430/5 430/22 434/2 436/10 437/16
 437/17 438/23 439/2 446/22 454/16
 461/13 463/7 476/2 476/5 483/11 483/15
 495/13 497/12 500/11 500/21
new [43] 388/6 388/17 388/20 388/20
 389/2 389/7 389/13 389/16 421/21
 435/14 440/20 441/24 444/5 445/23
 447/21 449/20 449/21 456/6 462/19
 463/21 466/19 467/7 467/8 467/10
 468/11 469/9 469/11 470/2 473/6 475/21
 476/7 479/10 481/6 484/9 484/15 484/24
 488/9 489/19 493/3 493/8 502/2 502/14
 506/9
New Orleans [27] 440/20 441/24 445/23
 449/20 462/19 463/21 466/19 467/7
 467/8 467/10 468/11 469/9 469/11 470/2
 473/6 475/21 476/7 479/10 481/6 484/15
 484/24 488/9 489/19 493/3 493/8 502/2
 502/14
New York [1] 444/5
news [2] 486/4 486/6
next [8] 433/17 435/7 460/5 466/2
 485/24 486/6 493/11 501/5
Nice [1] 465/19

nine [3] 398/1 421/14 466/3
Ninth [5] 448/19 448/22 448/24 449/11 449/15
Ninth Ward [1] 449/15
no [156]
No. [2] 416/13 472/3
No. 4 [1] 472/3
No. INT/EXT27730 [1] 416/13
Nobody [1] 418/13
Nods [4] 393/12 396/7 411/16 415/20
non [2] 402/17 436/14
non-Interior Exterior [1] 436/14
non-U.S [1] 402/17
nonconstruction [1] 447/2
noncorrosive [1] 486/3
none [11] 425/18 436/12 436/13 436/15 436/16 437/2 437/3 486/21 495/4 497/12 505/23
nonmusicians [1] 449/8
nonprofit [2] 442/7 463/23
nonprofits [4] 455/14 455/16 459/11 475/20
nonreactive [3] 459/14 465/8 485/10
Nope [1] 476/16
nor [2] 475/19 487/3
normally [2] 398/18 495/25
North [4] 388/23 389/8 389/11 457/13
not [113] 398/23 398/24 399/21 400/2 400/12 400/13 401/8 401/14 402/2 402/6 402/23 403/1 403/3 405/18 405/21 406/1 406/2 408/8 408/23 409/23 410/2 410/9 410/15 410/23 414/6 415/3 415/11 418/2 418/24 422/2 424/3 425/1 425/1 425/11 425/23 426/4 426/13 429/3 429/12 429/17 429/18 430/14 431/17 431/19 433/12 435/16 436/21 436/25 437/13 442/18 446/25 447/9 447/13 449/9 451/10 451/11 452/20 453/6 455/2 456/14 457/10 459/8 459/20 459/22 460/21 460/22 461/24 461/25 462/6 462/22 463/1 463/14 464/3 467/17 467/20 467/25 469/18 469/23 470/5 470/20 475/19 476/1 476/13 476/21 476/25 477/4 478/13 480/10 482/13 484/10 486/14 486/23 487/3 488/10 488/22 490/17 493/16 493/18 495/23 496/18 496/21 496/24 497/22 497/23 497/23 497/23 498/8 498/18 498/21 503/14 503/18 504/21 505/17
note [2] 489/15 492/10
noted [1] 460/3
nothing [3] 423/7 443/9 459/7
notice [1] 398/22
noticed [3] 391/14 427/9 437/20
notified [5] 434/16 435/2 437/16 438/4 464/12
notwithstanding [2] 432/8 457/22
November [3] 388/7 391/2 485/7
November 2009 [1] 485/7
now [36] 392/9 395/3 395/15 395/19 396/3 397/21 398/2 403/15 405/4 410/4 411/3 414/12 416/7 418/11 426/23 427/14 430/16 431/12 437/20 444/24 445/25 446/2 449/7 450/24 455/6 457/6 462/22 463/8 468/22 469/16 475/11 484/20 496/19 496/20 497/1 497/3
number [14] 416/17 416/20 418/16 432/15 432/18 449/24 451/3 457/9 465/24 471/24 471/25 474/14 475/4 481/4
numbered [3] 412/25 416/22 416/23

numbers [2] 416/5 443/18
numerous [1] 438/5

O

oath [1] 487/14
object [2] 436/24 453/20
objection [17] 417/25 418/2 439/19 458/3 461/14 462/14 471/1 471/5 471/8 478/25 481/15 484/5 487/24 492/20 497/24 499/6 500/14
objections [2] 391/17 499/11
obtain [1] 464/8
obtained [2] 440/10 450/19
obviously [4] 477/20 478/20 489/23 494/2
occasion [1] 428/7
occasionally [1] 488/12
occur [1] 452/2
occurring [1] 495/3
October [1] 485/6
odd [1] 474/9
odor [2] 401/3 402/21
off [2] 456/3 506/20
offer [14] 406/7 418/7 439/6 439/12 470/24 478/12 478/23 481/12 484/3 487/22 491/5 492/18 493/6 493/9
offered [1] 440/15
office [5] 394/20 424/11 424/24 467/3 478/18
officer [4] 419/4 419/6 419/8 419/8
Official [3] 389/15 507/10 507/19
oftentimes [2] 391/21 392/8
Oh [15] 419/4 419/17 423/8 424/22 430/19 433/7 433/9 438/3 439/2 454/5 467/20 477/14 477/16 498/18 499/2
okay [86] 394/6 395/15 401/18 403/11 403/15 403/20 403/25 404/5 404/10 404/13 404/17 404/21 405/4 405/5 405/23 406/2 406/10 406/15 406/21 407/1 407/12 407/14 408/4 408/9 408/14 408/19 408/24 409/4 409/8 409/11 409/19 409/24 410/4 410/12 410/15 411/3 411/10 411/11 411/15 412/7 412/10 412/21 413/16 413/21 414/4 414/19 414/20 414/23 414/24 415/5 415/21 418/12 419/21 420/3 420/8 420/19 421/4 422/13 422/25 423/3 424/17 424/23 425/14 426/23 428/24 429/15 429/21 431/6 432/3 432/6 432/12 432/24 433/2 433/18 434/11 434/15 434/23 438/12 444/24 460/2 462/15 465/11 475/8 484/12 491/16 491/17
old [21] 435/10 456/8
on [106] 391/22 392/11 392/14 394/21 395/8 395/16 395/17 398/8 399/4 399/10 402/4 402/25 412/13 414/18 414/22 415/2 416/1 420/14 421/3 421/25 422/4 423/5 426/2 426/11 426/12 426/15 426/23 428/7 430/1 431/13 434/20 438/1 438/7 438/18 438/21 441/3 442/20 443/25 443/6 444/1 446/3 446/15 446/22 453/10 453/12 454/7 454/13 454/21 454/24 456/3 456/7 456/17 457/9 457/11 457/13 457/14 458/5 458/12 458/18 461/2 461/6 462/6 462/16 464/6 464/7 464/21 465/5 465/5 465/9 466/9 467/21 467/24 468/11 469/2 471/1 473/6 477/1 477/6 478/14 478/17 480/22 483/10 484/15 487/7 489/8 489/17 489/22 489/24 490/2 490/4 490/20 493/20 495/20 497/3 497/8 497/9 497/17 498/4 500/4 500/9 503/14 503/16 504/17 504/23 506/4
once [1] 451/19

one [66] 389/9 391/15 395/14 395/15 395/21 396/25 399/1 400/14 412/25 413/3 415/11 416/6 416/13 416/14 416/18 416/21 422/5 422/11 423/2 425/10 427/25 428/21 428/23 430/22 432/5 432/9 432/17 432/20 438/3 438/4 438/4 438/14 438/19 438/21 438/21 448/25 450/21 451/11 452/9 454/22 456/5 457/19 460/4 460/4 460/6 460/11 461/22 463/18 464/10 464/17 465/5 466/2 466/2 466/23 478/5 480/6 481/2 481/18 488/8 491/3 493/12 493/17 495/10 496/19 498/7 501/6
one-page [4] 412/25 416/14 416/18 416/21
one-story [1] 438/21
ones [6] 391/21 411/12 437/14 437/22 457/20 464/17
ongoing [1] 451/11
only [44] 396/6 396/8 399/5 400/4 402/18 404/17 409/6 416/17 417/18 421/24 427/19 428/1 428/25 429/1 429/3 430/22 430/23 432/5 432/2 433/6 433/7 435/24 437/22 438/21 446/7 446/25 447/1 448/2 456/14 461/10 467/5 467/20 468/4 471/5 475/21 477/9 483/14 483/14 491/13 493/12 493/17 497/23 497/23 498/8
open [3] 391/1 495/8 495/22
open-air [2] 495/8 495/22
opened [1] 461/1
opening [1] 452/23
operation [2] 447/3 493/3
opinion [1] 404/15
opinions [1] 404/13
opportunity [2] 391/13 482/7
opposed [1] 428/7
options [1] 428/3
or [143]
ordained [1] 490/21
order [15] 397/1 398/2 398/3 411/19 413/3 413/4 413/24 414/22 416/9 425/19 426/6 427/5 427/6 427/12 430/4
ordered [1] 400/22
orders [3] 415/1 425/16 430/13
ordinary [1] 490/14
organization [4] 415/12 442/1 442/10 463/15
organizations [2] 473/14 488/8
Orleans [36] 388/6 388/17 389/2 389/7 389/13 389/16 440/20 441/24 445/23 447/21 449/2 449/20 462/19 463/21 466/19 467/7 467/8 467/10 468/11 469/9 469/11 470/2 473/6 475/21 476/7 479/10 481/6 484/9 484/15 484/24 488/9 489/19 493/3 493/8 502/2 502/14
Orleans Parish [1] 449/2
other [57] 391/15 399/14 400/10 400/18 400/21 401/11 402/20 403/15 403/21 404/1 404/7 404/18 405/1 408/21 409/1 409/5 412/6 412/10 412/14 421/22 421/24 422/14 425/4 426/8 431/7 432/20 435/8 435/8 435/21 435/24 436/8 437/4 437/14 443/5 445/9 449/21 452/7 454/3 455/13 455/16 457/4 457/14 459/8 465/6 472/23 473/13 475/5 475/20 478/9 482/3 482/4 488/11 495/10 495/23 497/1 498/3 503/16
others [2] 428/7 485/9
otherwise [1] 456/3
our [75] 435/10 441/5 442/7 442/9 442/20 442/25 442/25 443/5 443/19 445/14 445/21 446/8 446/10 447/3

our... [61]  447/18 447/25 448/3 448/4
448/5 448/22 449/6 449/21 449/24
450/19 450/21 451/7 451/8 451/10
451/10 451/14 451/14 454/11 454/11
454/16 455/11 456/3 456/3 456/16
457/5 458/23 459/3 459/12 459/21
459/25 460/11 460/15 460/16 460/21
461/3 463/17 463/17 463/18 463/23
464/3 464/6 464/10 464/12 464/13
464/23 464/24 465/2 467/4 467/4 467/22
468/20 476/20 485/19 486/3 486/7
488/20 489/2 489/9 489/24 493/19 498/8
ours [1]  455/23
ourselves [1]  482/19
out [63]  395/8 396/21 397/3 400/20
415/14 415/21 421/12 423/4 424/5
424/24 425/2 425/3 430/22 433/13
434/18 435/25 436/19 441/2 441/4 442/4
442/10 442/24 443/2 445/16 446/10
447/3 451/9 452/3 452/5 452/6 452/14
452/24 453/11 454/18 454/20 456/12
457/14 457/16 458/23 459/22 460/7
460/20 461/3 461/8 463/14 463/19
464/15 466/22 468/24 478/19 478/20
487/4 489/21 495/12 498/10 498/19
500/17 502/15 503/6 503/12 504/17
504/18 505/8
out-of-state [1]  442/10
outlet [1]  473/19
outlets [1]  452/7
outlined [1]  415/6
outset [1]  391/7
outside [10]  392/3 392/6 403/17 403/22
404/3 423/7 449/12 460/10 476/16
484/14
over [26]  391/7 401/22 414/15 415/12
423/20 424/5 424/15 428/12 429/6
442/16 442/18 445/24 446/20 455/22
456/23 459/12 460/12 460/15 466/18
469/1 480/16 483/10 495/6 496/14
499/24 505/4
overall [1]  429/5
overhead [2]  443/10 447/2
oversee [2]  441/23 467/5
overview [1]  477/16
own [12]  443/6 443/20 446/6 446/7
448/5 449/24 460/12 461/21 467/3
489/24 493/24 502/21
owned [2]  421/13 470/17
owner [5]  395/4 395/5 420/2 420/3
420/10
owners [2]  428/22 443/20
ownership [1]  448/14 460/10 503/23
owning [1]  502/16

## P

P-A-T-E [1]  440/2
packaging [1]  456/7
page [8]  390/2 412/24 412/25 416/11
416/14 416/18 416/21 472/2
pages [1]  416/3
paid [6]  456/16 456/23 471/22 473/24
498/8 498/9
paint [3]  454/18 454/25 459/22
painting [1]  454/19
pallet [3]  456/17 464/2 477/20
palletized [1]  496/6
pallets [1]  477/21
paragraph [7]  485/12 485/23 485/24
485/25 486/1 488/16 491/25
paraphrase [1]  442/21

parent [1]  422/12
parish [1]  411/22
part [20]  400/14 421/22 421/24 436/4
443/4 445/19 447/3 448/2 448/3 448/20
450/7 456/1 456/2 491/8 491/12 491/13
491/16 491/19 491/19 491/21
partially [2]  495/23 498/5
participated [1]  444/21
particular [5]  391/16 396/23 405/23
427/7 458/17
particularly [1]  459/10
partner [6]  443/1 445/21 448/4 454/12
467/4 502/20
partners [7]  445/21 464/23 465/1 482/3
482/13 484/22 493/16
partnership [4]  447/19 451/14 463/16
476/20
parts [2]  489/2 489/10
passive [1]  458/22
past [2]  396/15 403/5
pastor [1]  502/15
pastoral [1]  490/23
Pate [27]  439/11 439/12 439/21 439/22
440/1 440/2 440/5 447/12 447/18 448/18
450/22 458/8 462/18 463/8 465/17 478/3
481/18 484/1 485/13 487/18 489/5
489/23 495/14 495/20 501/2 501/4
502/19
pathway [1]  448/15
pay [3]  446/22 467/2 473/23
paying [5]  453/7 464/2 471/21 497/22
497/23
payment [2]  443/22 443/25
payments [2]  446/15 447/1
pays [1]  497/17
pension [2]  445/11 466/4
people [22]  394/23 404/19 425/5 426/12
428/11 435/8 437/18 438/25 440/25
448/15 449/8 450/22 453/11 454/13
459/18 461/8 467/3 468/16 484/19
488/11 497/10 505/13
people's [1]  503/16
per [4]  474/20 477/20 489/2 489/10
percent [3]  445/5 448/6 451/15
perimeter [1]  457/12
period [10]  391/9 397/18 398/12 398/20
400/18 422/9 422/21 427/16 428/13
481/19
permanent [1]  443/13
perpetuation [1]  392/3
person [4]  397/18 464/7 477/1 491/23
personally [2]  404/1 432/9
Peter [1]  440/2
phased [1]  421/12
Phoenix [6]  420/7 420/8 420/10 420/19
420/20 420/23
phone [6]  425/9 433/16 433/17 433/24
434/17 434/20
phonetic [2]  468/6 490/22
photo [1]  504/2
photos [1]  496/6
pick [4]  397/2 397/3 402/14 495/20
picked [2]  452/7 461/7 474/21
picking [1]  473/25
picture [1]  504/8
place [5]  398/3 446/14 458/25 477/9
479/6
placed [1]  424/25 505/1
places [1]  422/23
plaintiff [1]  506/18
Plaintiff's [1]  418/8
plaintiffs [5]  388/15 388/18 388/22 389/1
488/23

Plaintiffs' [2]  439/14 439/16
plaintiffs' [1]  506/18
plant [1]  477/13
plasterboard [8]  472/8 472/13 473/8
475/9 475/25 480/10 494/14 494/18
Plastic [1]  496/12
plates [1]  495/11
play [3]  392/20 418/11 418/14
played [1]  439/13
player [1]  429/22
please [12]  391/4 393/5 418/21 433/23
439/10 439/25 453/22 487/13 501/11
504/10 506/23 507/5
pleased [2]  463/14 503/1
plus [1]  494/25
point [21]  391/24 392/10 411/23 421/1
429/24 430/11 434/13 435/2 441/11
441/13 449/6 452/16 454/4 459/10 463/3
468/1 469/2 478/19 487/5 489/21 495/20
Poland [1]  425/23
police [3]  419/4 419/6 419/8
Polish [2]  426/8 429/11
poor [4]  406/3 406/4 410/25 411/1
popped [1]  415/21
Port [1]  463/21
position [5]  395/3 440/15 453/6 493/12
506/9
positions [1]  419/25
positive [1]  477/4
positively [2]  437/22 437/23
possession [1]  476/17
possible [7]  395/6 455/14 460/21 483/1
493/13 493/17 493/21
possibly [1]  493/21
post [12]  442/14 443/15 443/19 445/24
448/23 449/23 450/3 450/15 457/10
466/22 466/24 468/4
post-Katrina [12]  442/14 443/15 443/19
445/24 448/23 449/23 450/3 450/15
457/10 466/22 466/24 468/4
potential [1]  405/10
potentially [1]  404/21
pounds [1]  425/24
poverty [1]  447/20
power [2]  392/4 392/4
Poydras [4]  388/16 389/6 389/13 389/15
practice [2]  441/11 441/14
practiced [3]  440/12 465/24 466/3
practicing [1]  441/9
pre [4]  442/15 442/19 468/2 468/4
pre-Katrina [4]  442/15 442/19 468/2
468/4
precise [1]  457/8
preference [6]  397/10 397/13 400/21
400/21 429/7 429/9
preliminary [1]  471/11
prepared [3]  478/3 478/5 478/17
Presbyterian [1]  488/6
present [1]  391/17
preserve [1]  391/23
pretty [7]  401/21 421/25 428/2 432/17
436/3 443/1 477/19
previously [1]  470/8
price [2]  396/13 407/10
prices [1]  397/6
pricing [1]  429/24
pride [1]  448/4
primarily [2]  421/4 423/1
primary [2]  423/2 450/16
principal [2]  443/23 446/25
prior [9]  391/9 398/20 401/5 405/7 405/8
406/18 413/3 431/2 485/3
private [1]  443/12

**P**

privy [1] 482/6
probably [19] 394/13 395/7 409/22 410/2
419/24 420/24 422/10 422/14 429/17
445/25 468/1 468/8 468/8 468/12 468/15
478/21 482/18 486/12 488/11
problem [23] 402/1 402/10 410/9 426/1
430/20 430/23 431/2 431/4 447/14 451/7
451/19 453/23 455/6 459/16 460/24
477/11 480/10 485/19 492/3 492/6 493/7
493/16 493/19
problems [20] 402/15 402/16 403/16
403/25 404/5 404/11 405/9 405/10 414/5
415/6 415/10 415/15 426/4 426/5 430/17
445/15 452/1 452/2 488/22 492/11
proceed [1] 487/13
proceeded [2] 473/6 473/10
proceedings [4] 389/19 391/3 507/7
507/14
proceeds [2] 451/17 456/10
process [9] 396/24 421/22 445/19
449/17 468/10 479/5 502/25 503/18
505/9
produced [2] 411/7 411/12
product [7] 396/15 399/2 399/3 410/23
411/1 411/1 483/15
products [9] 388/5 399/6 405/17 405/19
405/21 405/22 469/14 477/2 483/15
profit [3] 442/22 447/7 456/21
profiting [1] 447/5
program [18] 443/3 443/4 444/21 452/17
455/15 455/15 456/11 457/5 458/13
459/12 473/13 475/20 482/14 486/5
493/4 502/4 502/13 503/6
programs [1] 464/13
project [7] 396/24 444/21 448/22 450/8
450/12 455/18 457/9
projects [3] 430/1 438/8 441/3
prominent [1] 458/14
promotion [1] 506/9
pronounce [1] 401/19
proper [2] 496/18 496/18
properties [4] 431/13 431/24 431/24
432/16
protocol [3] 458/21 458/22 481/3
proud [1] 503/25
provide [3] 443/13 480/19 484/15
provided [4] 401/12 407/18 432/3 447/12
providing [1] 448/15
public [2] 473/19 473/21
pull [8] 426/3 479/1 479/2 488/1 491/24
491/25 492/22 498/12
pulled [2] 442/4 452/14
pulling [1] 426/9
purchase [18] 395/19 395/21 396/12
396/23 411/19 413/4 414/22 416/9
425/18 431/17 434/1 434/24 439/15
454/4 470/13 471/12 473/7 475/25
purchased [28] 392/22 396/9 397/19
405/5 411/9 411/15 414/10 424/9 425/13
425/14 425/22 430/5 431/12 434/10
436/15 436/16 438/16 452/12 453/16
453/19 469/8 473/2 480/10 489/9 494/13
494/19 497/3 502/23
purchases [3] 397/16 417/20 422/16
purchasing [7] 409/1 428/10 461/8 469/5
469/6 469/11 469/14
purpose [1] 392/2
purposes [1] 391/21
pushed [1] 503/7
put [17] 421/25 426/2 435/10 437/8
441/8 443/3 443/15 445/16 449/9 456/17

474/23 482/18 491/1 499/5 499/15
504/5 504/11
puts [1] 445/11
putting [5] 455/20 458/3 458/12 490/17
498/15

**Q**

qualify [2] 443/1 445/2
quality [12] 403/13 404/16 404/22 405/20
405/20 405/25 406/3 406/4 408/22 411/1
426/15 467/6
question [12] 422/9 423/3 436/21 436/23
436/25 461/15 462/9 464/14 473/3
479/16 497/1 497/25
questions [12] 391/15 461/24 465/12
465/14 479/14 488/3 497/1 498/14
498/24 499/1 499/18 506/12
quick [7] 471/2 478/6 487/6 487/18 488/3
490/13 501/6
quicker [1] 503/7
quickly [2] 444/5 455/14
quit [1] 420/21
quote [1] 399/9

**R**

rabbit [1] 456/3
raise [2] 443/11 447/3
raised [2] 444/14 458/2
raising [3] 442/9 491/23
Raleigh [1] 388/23
ramps [1] 450/3
ran [3] 424/5 440/18 468/14
range [7] 411/18 411/19 414/23 416/4
416/5 445/12 494/15
ranging [1] 416/9
rate [1] 448/5
RE [1] 388/4
reached [1] 461/8
reaction [1] 505/6
reactive [2] 458/9 463/5
read [6] 436/23 447/22 469/21 485/11
489/6 490/23
reading [1] 471/6
ready [1] 455/3
real [2] 443/23 460/17
realize [1] 449/13
really [8] 391/20 398/23 398/24 420/21
434/14 460/13 496/21 505/7
reason [5] 405/23 447/25 457/8 459/4
461/10
reasonably [1] 498/19
rebranded [1] 483/12
rebuild [2] 448/9 455/14
recall [22] 413/12 414/8 419/11 420/11
423/16 428/18 469/6 469/24 470/9
470/11 471/14 471/24 474/14 476/1
481/1 482/10 483/8 483/9 483/12 498/25
499/3 505/7
recapture [1] 446/18
recaptured [2] 446/23 446/25
receive [6] 397/11 403/12 409/8 419/4
490/14 499/9
received [9] 414/13 436/12 437/2 462/15
470/12 498/25 502/1 504/22 504/25
receiving [2] 414/8 491/9
recently [1] 436/2
recess [4] 439/8 439/9 487/12 507/6
recognize [2] 426/19 426/21
recollection [1] 478/10
recommended [1] 496/21
record [7] 393/5 411/6 411/17 416/1
439/25 501/11 507/14
recorded [1] 389/19

records [2] 391/18 478/13
recuse [2] 389/3 389/9
recovering [1] 466/1
recruit [1] 442/24
recruited [1] 445/24
redirect [3] 495/16 495/18 497/24
refer [2] 423/12 478/1
reference [3] 491/21 502/16 505/3
referenced [1] 417/25
referring [1] 410/15
regard [11] 450/15 451/1 455/8 457/17
459/18 462/24 478/11 479/11 485/21
488/17 494/17
regarding [1] 415/6
regardless [1] 410/15
registered [1] 442/7
regular [2] 422/4 425/25
regulations [3] 466/8 466/12 467/13
rehabbed [6] 442/18 475/13 475/17
475/19 475/21 475/22
rehabbing [2] 455/16 473/16
rehabs [3] 442/19 449/24
reiterate [2] 459/21 467/1
reiterated [1] 429/2
related [3] 452/1 494/12 494/18
Relates [1] 388/7
relative [1] 396/13
relatively [1] 396/14
relayed [1] 410/17
relaying [2] 412/3 412/18
relevance [1] 392/11
relocated [2] 505/12 505/13
rely [2] 464/6 464/7
remediate [1] 498/11
remediated [7] 449/24 451/23 457/19
457/20 457/21 486/25 497/20
remediation [4] 451/22 498/9 498/12
505/9
remember [17] 400/2 407/8 407/23 408/8
419/1 419/15 424/4 424/14 424/15
429/19 454/11 458/16 470/21 480/7
480/20 492/16 504/22
remind [2] 391/25 492/3
rent [3] 456/15 456/15 498/10
rental [1] 443/16
rep [9] 408/1 408/6 408/11 408/16
408/20 408/24 409/9 413/12 432/9
rep's [2] 413/8 413/10
repayment [1] 450/13
repeat [1] 436/22
repeatedly [1] 414/18
rephrase [2] 433/22 461/15
replaced [1] 493/24
report [6] 461/10 476/19 480/7 480/9
481/9 489/17
reported [3] 461/12 461/17 485/18
reporter [6] 389/15 391/16 391/18
432/14 507/11 507/19
reporting [4] 485/8 486/14 489/13 493/16
reports [5] 479/19 480/6 481/19 481/23
482/1
represent [5] 403/7 403/8 414/17 414/21
465/20
representative [3] 447/23 502/15 502/18
represents [2] 415/2 416/8
reprint [1] 452/5
reps [6] 407/7 410/18 412/3 412/22
413/18 414/5
reputable [1] 455/21
request [2] 431/6 461/11
requested [2] 483/3 483/4
required [3] 432/19 432/19 490/6
resale [1] 457/1

**R**

research [5]  472/21 478/16 488/17
  489/17 489/23
residential [9]  396/4 396/5 396/6 396/8
  420/17 421/9 421/16 421/21 427/20
respect [2]  414/25 447/9
respond [1]  490/15
responding [3]  488/13 490/20 490/24
response [5]  460/21 473/12 490/18
  491/1 491/22
responsible [2]  449/20 473/25
rest [3]  394/7 491/4 506/18
restate [1]  436/22
ReStore [20]  443/6 452/18 452/19 456/3
  456/4 456/10 456/10 456/13 456/20
  473/17 473/20 473/21 473/22 474/2
  474/6 474/12 475/10 475/18 486/5
  493/14
result [3]  444/19 465/7 505/23
resulted [1]  409/13
results [11]  458/25 459/2 464/22 465/2
  465/4 465/5 482/5 482/18 498/16 498/20
  498/21
retail [1]  473/19
retired [1]  445/10
returned [1]  502/13
revitalize [1]  448/11
Riccardo [3]  460/18 460/25 464/17
RICHARD [2]  389/5 465/19
rid [2]  441/7 456/8
right [69]  392/23 395/17 396/3 402/9
  403/19 405/3 405/6 405/14 405/15
  409/11 410/4 413/5 418/13 419/6 419/21
  424/8 424/20 428/16 429/8 429/13
  430/14 430/18 439/1 440/23 441/20
  444/10 445/25 446/7 452/22 452/25
  453/10 459/17 462/22 464/20 465/22
  465/25 466/5 466/8 466/16 466/19
  469/15 470/16 470/18 471/18 471/21
  471/23 472/14 473/8 473/10 474/10
  474/11 474/16 474/17 475/12 476/8
  477/18 479/20 486/16 487/8 488/22
  489/5 490/10 491/15 493/11 494/1 494/4
  498/16 505/24 506/5
right-hand [1]  413/5
rise [2]  487/11 507/5
RISLEY [1]  389/9
Rita [2]  405/6 406/6
River [2]  389/8 389/11
Riverway [1]  389/9
Road [1]  393/8
Robouin [1]  501/24
rock [5]  399/15 399/19 427/1 427/8
  427/8
rodents [1]  450/6
role [1]  441/17
Roman [1]  457/13
roof [1]  426/9
rotting [1]  450/6
roughly [3]  419/10 442/21 485/6
round [2]  471/24 481/2
rules [6]  464/4 466/7 466/10 466/15
  467/13 467/19
run [3]  396/15 480/25 481/9
running [3]  394/18 445/25 457/11

**S**

safe [2]  451/8 475/6
safety [2]  432/19 432/23
said [43]  391/25 392/1 397/2 404/10
  407/15 410/12 410/13 412/19 423/23
  426/16 433/17 433/22 434/2 434/4 434/6
  434/20 434/21 434/23 437/7 437/17
  440/23 443/15 446/25 449/20 449/21
  452/9 452/11 453/5 454/2 454/9 454/22
  458/11 460/24 461/12 461/13 461/18
  463/11 463/22 465/1 483/12 492/11
  493/21 495/21
sale [1]  447/5
sales [21]  407/7 408/1 408/5 408/10
  408/16 408/20 408/24 409/9 410/18
  412/3 412/22 413/8 413/10 413/12
  413/18 414/5 432/9 452/14 456/10 483/9
  499/25
salesman [1]  423/24
salesperson [2]  415/10 423/20
same [10]  392/16 394/15 413/4 421/2
  432/17 455/23 455/24 462/14 467/13
  482/6
samples [2]  476/11 481/2
sampling [1]  458/23
Sarasota [1]  452/6
satisfy [1]  462/2
satisfying [1]  503/19
Saturday [2]  454/14 455/1
save [1]  471/2
savings [1]  451/16
saw [1]  480/8
say [50]  394/8 396/18 397/8 398/1
  398/24 401/21 402/5 402/19 403/5
  403/10 403/17 405/13 405/15 406/2
  406/2 406/15 412/5 412/21 413/17
  419/12 420/24 424/7 425/12 427/25
  428/22 431/19 433/18 435/11 437/21
  438/20 441/18 445/22 460/19 463/15
  468/12 473/1 475/4 475/5 475/6 478/6
  479/13 482/7 482/10 492/11 492/12
  493/17 496/9 497/5 497/8 503/4
saying [5]  405/19 425/9 433/16 437/7
  437/12 455/2 464/19 464/24 470/21
  473/24 493/19 500/12 500/20
says [13]  411/23 427/1 427/7 432/20
  433/2 447/18 447/19 447/20 488/19
  497/3 497/4 497/6 500/11
schedule [1]  506/19
scheduled [1]  454/24
school [13]  393/9 393/13 393/15 393/17
  418/23 418/24 418/25 419/3 440/12
  448/25 449/2 501/24 501/25
scope [1]  392/6
score [3]  402/1 409/21 445/14
scored [1]  390/18
scoring [1]  410/9
SCOTT [3]  388/19 398/3 413/19
screen [1]  489/22
seated [3]  391/4 439/10 487/13
second [7]  412/24 416/13 446/14 446/19
  469/1 480/19 485/12
Section [2]  388/5 443/17
Section 8 [1]  443/17
security [1]  445/11
sedan [1]  441/8
see [24]  398/7 398/13 407/16 411/25
  412/13 413/5 413/25 414/2 415/1 415/15
  427/3 430/22 434/5 435/9 448/7 451/12
  452/11 461/2 465/19 480/20 482/17
  485/1 488/25 503/24
Seeger [3]  388/18 388/19 475/11
seek [1]  475/24
seem [1]  413/7
seen [1]  438/5
selective [1]  402/13
sell [14]  396/17 406/7 442/21 443/7
  446/16 446/16 446/18 446/23 453/10

sells [1]  456/6
semi [1]  495/8
sending [1]  453/11
senior [1]  502/3
sense [3]  440/5 456/21 495/24
sent [17]  399/15 400/7 400/20 411/8
  411/14 417/17 417/20 458/25 459/2
  460/11 464/23 465/4 482/12 483/2
  487/20 498/20 499/22
sentence [6]  426/25 472/3 486/6 488/24
  488/25 493/11
separate [4]  411/17 411/22 413/2 416/8
September [3]  488/13 489/25 490/3
series [4]  418/7 432/13 435/13 439/17
service [3]  429/25 468/22 468/25
services [2]  488/6 493/2
SESSION [2]  388/10 391/1
set [3]  455/12 473/13 476/16
several [4]  391/20 489/4 489/7 493/22
share [2]  448/7 498/16
shared [1]  498/18
she [9]  464/17 464/18 470/16 478/7
  478/8 478/9 478/13 478/16 493/9
she's [1]  450/24
sheet [4]  425/24 473/20 473/22 474/10
sheetrock [18]  399/4 401/13 425/18
  425/23 425/25 427/22 428/4 428/14
  431/17 431/18 431/21 431/25 434/1
  434/23 436/15 453/25 459/22 489/7
sheets [24]  399/14 400/4 400/6 400/7
  400/12 401/11 402/18 407/2 407/15
  407/19 409/11 410/7 453/17 472/7 473/7
  474/7 474/14 476/9 476/11 476/16 476/18
  477/16 477/20 494/25 495/6
shingles [1]  469/18
ship [1]  397/1
shipped [3]  399/14 435/23 461/5
shortage [5]  401/15 402/6 402/7 402/9
  403/20
shortages [1]  396/16
shortcut [1]  467/8
shortened [1]  423/12
should [1]  424/6
show [15]  391/15 411/3 432/12 470/7
  477/25 480/5 483/20 487/3 487/18
  487/19 490/12 491/11 499/7 499/20
  504/2
showed [2]  489/2 489/9
showing [5]  439/14 447/15 459/8 474/14
  504/3
shown [1]  499/7
shrink [2]  496/8 496/11
shrink-wrapped [1]  496/8
Shrink-wrapping [1]  496/11
sic [1]  458/15
side [2]  465/5 505/4
siding [1]  464/9
SIDNEY [1]  389/12
signature [1]  448/22
significant [1]  464/9
significantly [1]  442/14
signs [1]  487/3
similar [3]  401/23 402/7 402/16
simple [1]  448/1
simply [2]  391/12 443/8
since [21]  396/9 396/10 419/18 424/9
  426/7 426/17 428/3 430/11 435/25
  437/11 440/21 442/4 442/17 442/19
  443/11 444/18 445/25 449/19 450/6

S

since... [2] 457/18
single [4] 444/2 449/3 489/9 497/25
single-family [2] 444/2 449/3
sir [32] 404/4 404/9 404/12 405/12
 406/17 406/20 406/25 408/3 408/18
 409/3 409/7 409/10 409/18 410/24 411/2
 412/1 412/9 412/12 412/23 413/6 413/13
 413/23 414/3 414/7 414/11 414/14
 415/18 417/22 427/21 485/2 487/14
 487/15
sisters [1] 442/22
sit [1] 484/15
site [5] 394/21 398/8 434/12 435/23
 454/7
sites [3] 398/14 420/15 489/7
sitting [3] 463/20 476/7 496/17
situation [2] 503/3 504/25
six [5] 422/14 422/23 429/18 443/16
 479/2
skill [2] 421/12 476/16
skimmed [1] 505/4
skipped [1] 416/5
slip [1] 473/24
slowly [1] 421/12
small [4] 424/15 452/19 456/1 456/2
smaller [3] 423/2 497/9 497/9
smell [5] 400/1 430/25 494/24 505/15
 505/18
smelled [2] 438/8 460/6
smells [4] 459/18 459/19 494/12 494/18
Smith [1] 389/4
snuff [1] 450/11
so [111] 392/5 392/15 393/21 396/10
 396/18 397/8 402/7 402/12 403/5 406/5
 406/10 407/1 409/11 416/6 416/14
 419/13 419/21 420/13 421/11 421/14
 421/25 426/3 426/6 426/15 429/18
 430/11 433/13 434/11 434/18 434/19
 435/9 435/10 435/13 436/12 437/19
 438/20 440/25 442/24 444/16 444/20
 445/19 446/12 447/1 447/9 449/14 450/7
 450/14 451/10 451/20 452/14 452/15
 453/8 453/9 453/14 454/12 454/19
 454/23 455/3 455/4 455/14 455/21
 455/22 455/23 456/18 457/4 457/13
 458/17 458/20 459/6 459/11 460/5 460/6
 460/13 462/1 463/1 464/18 465/9 467/13
 471/11 473/6 474/4 474/6 474/15 475/9
 477/10 477/21 477/21 478/9 478/13
 479/10 479/15 481/7 481/7 482/23
 484/20 485/17 485/25 485/25 486/23
 489/1 489/18 489/24 490/23 492/25
 493/15 493/24 494/1 498/10 499/18
 506/9 506/19
social [1] 445/11
soft [2] 446/14 446/19
software [1] 389/20
sold [21] 404/7 405/1 409/16 409/20
 409/25 410/7 452/19 456/20 456/22
 456/24 463/5 463/25 473/17 474/5
 474/12 474/15 475/4 475/9 475/22
 479/22 500/11
solely [1] 464/1
some [57] 391/6 392/3 399/8 401/19
 402/20 403/25 404/5 404/10 405/9 405/9
 416/5 422/1 422/2 422/6 425/22 428/12
 430/17 431/13 433/15 434/13 437/15
 437/15 437/20 438/3 441/11 445/9
 445/10 449/18 449/23 451/5 452/7
 452/20 453/21 457/20 463/19 464/24
 466/15 468/16 468/22 469/24 470/3

470/15 471/11 473/17 474/9 474/21
 478/20 484/24 485/6 485/19 485/24
 487/3 490/24 494/3 496/7 496/8
somebody [5] 392/14 437/7 445/2
 488/11 504/23
somebody's [1] 497/17
somehow [2] 429/13 467/18
someone [7] 425/9 445/1 469/13 493/13
 499/25 500/15 503/5
something [18] 396/22 399/21 402/4
 404/17 404/18 409/22 415/21 415/22
 424/15 435/1 446/17 452/6 455/21
 458/16 458/19 467/7 483/13 501/18
sometime [2] 406/6 406/15
sometimes [4] 391/14 395/8 454/10
 459/4
somewhere [5] 420/24 453/17 461/7
 471/16 471/25
soon [3] 438/13 451/6 464/11
sophisticated [2] 490/2 490/4
sorry [10] 393/21 418/13 418/15 483/22
 484/1 484/10 489/4 489/21 494/15
 499/16
sort [7] 392/17 393/14 395/12 395/15
 397/8 400/21 407/10
sound [1] 467/22
sounder [1] 467/22
source [6] 445/9 448/14 450/16 463/20
 464/5 489/9
sourced [1] 451/4
sources [1] 493/22
sourcing [1] 497/11
space [1] 477/16
speak [2] 444/5 502/15
speaking [4] 422/21 423/1 473/23 505/2
special [1] 496/13
specialist [1] 466/4
specialized [1] 458/17
specific [1] 410/16
specifically [5] 411/13 415/17 428/19
 500/24 504/22
specify [3] 399/5 400/20 412/6
specifying [1] 486/12
spelling [2] 439/25 501/11
spend [3] 415/16 415/24 503/16
spent [1] 440/22
split [1] 456/22
spoke [1] 428/21
sponsors [1] 447/19
spread [3] 396/21 397/3 469/17
spring [2] 442/4 459/11
square [7] 444/1 448/25 449/13 467/21
 474/23 474/24 475/1
square-foot [1] 467/21
SR [2] 418/17 418/22
St. [1] 455/17
St. Bernard [1] 455/17
stabilization [1] 444/21
stabilize [1] 448/10
stable [2] 445/9 445/11
stacked [1] 496/9
staff [26] 452/9 460/12 461/21 462/1
 462/12 467/5 467/24 468/1 468/4 468/7
 468/8 468/9 468/11 468/16 468/20 469/2
 477/1 477/4 477/6 477/9 478/5 480/22
 483/10 490/2 490/20 497/12
stage [1] 391/5
stamp [2] 427/14 427/14
stamped [2] 427/14 453/12
stand [4] 391/24 392/14 439/8 507/6
standard [1] 431/6
standards [2] 467/6 476/22
standing [10] 425/16 425/19 426/6 427/5

427/6 427/11 430/3 430/13 442/6 455/2
 437/16 437/18 (To point at) 489/2
start [5] 436/2 441/6 454/13 501/18
 506/21
started [10] 405/5 440/13 451/20 457/9
 459/12 468/5 468/7 468/21 482/24
 496/22
starts [1] 478/20
state [15] 393/5 403/11 405/7 411/6
 412/13 414/18 418/21 423/7 439/24
 442/7 442/10 467/11 467/14 490/7
 501/10
stated [2] 483/11 486/20
statement [6] 434/8 447/24 452/23
 488/25 490/17 498/22
statements [1] 415/2
STATES [8] 388/1 388/11 401/14 401/16
 403/23 442/2 492/5 507/11
stay [3] 421/7 446/21 469/1
stayed [1] 421/9
steady [1] 455/4
stenography [1] 389/19
step [1] 474/3
stepped [1] 457/18
still [18] 394/25 420/20 421/10 421/13
 424/1 428/9 429/17 431/15 431/17
 434/11 441/9 460/24 462/18 485/8
 486/16 487/14 493/12 493/15
stock [1] 434/7
stocked [1] 434/5
Stockers [1] 396/2
stop [4] 418/25 420/23 461/4 484/24
stopped [7] 452/16 452/16 452/18
 481/20 482/23 485/3 485/5
storage [2] 457/4 498/9
store [1] 456/6
stored [2] 495/10 496/5
storing [1] 464/2
story [3] 438/21 461/6 502/11
Street [10] 388/16 388/20 388/23 389/2
 389/6 389/13 389/15 452/4 452/7 501/22
streets [1] 457/13
stressed [1] 429/23
stricken [1] 458/4
Strictly [1] 421/16
string [1] 446/7
strive [1] 448/10
strong [2] 429/7 429/9
stronger [1] 429/11
structurally [1] 467/22
student [1] 502/2
studies [1] 480/4
studs [1] 420/9
studying [1] 502/4
stuff [11] 405/24 410/19 425/24 435/10
 443/2 450/3 456/20 474/5 477/23 478/13
 490/24
subcontractor [1] 454/21
subcontractors [7] 438/7 438/15 443/9
 446/9 454/14 454/18 460/1
subdivision [1] 449/9
subject [2] 470/15 480/12
subpoena [3] 392/4 392/4 392/6
subpoenaed [1] 391/14
such [2] 455/21 455/21
such-and-such [1] 455/21
sued [1] 460/11
suggest [2] 406/6 467/17
suggested [1] 493/9
Suite [3] 388/16 389/9 389/13
sulfur [9] 401/7 403/2 430/25 431/10
 458/17 458/19 480/15 489/3 489/10
summarily [1] 417/24

**S**

superintendent [8] 394/15 394/16 394/17 395/14 419/14 420/2 420/14 420/16
superintendents [3] 395/10 395/12 395/12
supervising [1] 394/18
supervision [2] 394/20 394/23
supervisors [1] 467/3
supplied [3] 436/13 437/4 460/18
supplier [6] 397/9 423/20 428/10 436/10 437/4 453/13
suppliers [12] 395/22 396/15 396/18 397/11 403/21 404/2 404/7 431/7 432/3 433/25 436/8 450/21
supply [13] 389/4 396/2 396/25 397/22 407/18 413/2 423/10 425/16 425/20 427/24 427/25 428/9 476/21
support [1] 444/16
supposed [4] 399/9 426/10 437/16 481/3
Supposedly [1] 437/10
sure [27] 395/17 395/24 401/20 409/23 410/2 415/11 417/18 418/2 420/6 425/14 426/21 436/25 437/13 444/8 467/5 468/3 470/16 470/20 471/4 479/5 480/8 481/18 485/12 487/7 488/10 489/22 492/2
surrounding [2] 423/6 480/1
SWAT [1] 468/7
swear [1] 410/3
sweat [6] 443/5 459/5 503/8 503/10 503/11 503/19
sworn [4] 393/2 418/18 439/23 501/9
symptom [1] 441/6
synagogues [1] 444/16
system [1] 451/25
systems [9] 451/9 470/3 470/10 470/14 471/12 476/3 476/4 494/4 494/19

**T**

tabs [1] 399/4
Tai'an [10] 452/15 472/7 472/13 472/18 473/8 475/9 475/25 480/10 494/13 494/18
Taishan [24] 428/20 452/15 460/22 472/7 472/13 472/18 473/8 475/9 475/25 478/21 479/12 480/10 480/16 481/20 482/24 486/17 488/9 488/18 488/23 494/13 494/18 497/2 497/5 497/8
Taiwan [2] 401/20 403/17
take [17] 391/21 392/9 396/24 434/25 439/7 445/18 456/18 471/2 474/3 476/17 481/10 487/5 487/8 487/9 492/14 500/8 506/20
taken [3] 391/20 391/23 459/2
takes [5] 391/24 438/14 438/21 454/23 506/10
taking [5] 391/12 392/2 474/1 476/11 507/2
talk [15] 393/8 407/10 424/23 429/21 435/18 444/25 450/25 472/23 474/5 477/1 477/2 477/6 491/8 498/3 506/23
talked [2] 403/15 475/11
talking [13] 404/25 405/13 410/4 415/15 419/21 428/18 434/19 442/13 452/21 462/6 486/13 486/18 491/10
Taping [1] 394/9
taxes [1] 443/23
teams [1] 468/7
tear [1] 426/13
tech [1] 488/21
technical [1] 393/14 488/20
technically [1] 459/7
technician [1] 481/5

technicians [1] 458/23
Teja [3] 396/5 396/5 396/7
telephone [1] 463/4
television [1] 418/13
tell [20] 399/12 409/4 415/11 425/7 438/8 438/10 440/7 455/7 455/20 458/8 459/15 478/3 480/21 491/3 491/21 493/11 499/25 502/10 503/10 504/23
telling [14] 400/18 407/8 407/24 409/2 409/6 435/8 472/6 485/17 491/1 491/22 492/2 492/3 493/6 501/18
tells [1] 462/1
temperature [3] 495/23 496/1 496/2
temporarily [1] 442/5
ten [1] 398/1
ten years [1] 398/1
tends [2] 430/25 430/25
Tennessee [2] 440/11 441/15
term [1] 446/20
termite [1] 443/24
terms [6] 403/11 405/20 446/3 466/21 502/25 503/18
test [23] 458/21 459/15 460/6 464/22 465/2 465/4 465/5 465/7 465/10 465/11 476/12 476/18 480/25 481/3 481/11 481/23 482/5 487/4 489/24 493/24 494/12 496/9 498/21
tested [5] 465/3 481/7 484/21 486/21 489/7
testified [5] 393/2 418/18 439/23 471/6 501/9
testifies [1] 439/12
testimony [9] 391/17 392/3 392/8 392/12 392/21 406/10 410/6 439/5 464/5
testing [12] 459/2 459/13 464/7 464/21 482/17 488/19 489/1 489/8 496/22 498/16 498/20 504/17
tests [14] 480/16 480/18 480/19 481/7 481/9 489/2 489/9 489/19 496/13 496/18 496/18 496/20 498/15 498/16
Texas [8] 389/10 392/5 393/8 393/24 422/11 423/7 440/17 441/14
texture [4] 421/24 422/1 422/1 459/23
texturing [1] 394/10
than [28] 391/25 398/18 399/21 400/10 400/18 400/25 401/11 401/25 402/20 404/8 408/2 408/7 408/11 408/17 410/1 410/8 421/17 421/22 422/5 425/25 426/8 437/21 448/6 449/13 466/25 467/23 471/22 479/22
Thank [14] 440/1 487/16 495/14 495/15 498/6 500/23 501/2 501/3 501/4 504/1 506/11 506/12 506/14 506/23
that [704]
that's [91] 391/23 395/7 395/15 396/3 401/6 403/6 404/25 407/5 413/16 415/19 416/4 416/6 416/11 416/16 416/17 426/6 428/2 429/12 430/7 430/15 432/11 432/23 435/20 436/3 437/24 440/2 440/24 443/22 444/11 446/7 447/11 447/25 448/2 448/5 453/23 454/17 455/12 458/6 458/17 459/17 460/21 464/3 466/20 467/12 467/16 469/10 470/5 470/5 472/3 473/9 474/10 474/14 474/16 474/18 474/22 475/16 475/23 477/12 477/18 477/19 479/9 479/17 479/21 479/24 480/3 480/12 481/22 481/25 483/1 485/23 485/23 486/22 486/23 488/15 489/4 489/12 489/13 490/1 490/8 490/11 490/19 491/13 492/15 493/5 494/7 496/24 497/19 500/24 501/2 506/11
their [31] 394/18 405/20 434/8 434/13

443/6 443/20 443/24 446/12 446/25 447/2 448/3 448/7 448/11 448/14 448/16 448/16 450/5 450/10 451/21 454/19 456/8 456/17 458/23 459/5 467/2 467/2 467/3 468/23 480/16 493/23 498/10
them [87] 391/15 394/1 396/13 396/16 396/25 397/23 398/3 399/11 399/12 399/17 400/20 400/20 409/2 409/20 409/22 411/15 414/18 415/16 415/17 416/6 418/3 418/5 423/12 428/2 432/24 433/17 434/17 434/19 435/11 435/22 436/2 436/3 436/13 436/15 436/16 437/15 438/2 439/20 442/2 442/25 443/2 443/3 445/12 445/16 445/16 445/16 445/17 445/21 449/7 449/9 450/13 450/18 451/3 453/9 455/18 455/22 457/19 458/20 459/6 467/2 467/5 468/2 468/22 468/25 469/2 469/22 470/22 471/13 473/3 476/5 478/14 480/18 482/4 482/13 482/1 482/17 484/20 486/12 489/13 495/11 496/9 497/11 498/17 498/18 498/18 498/1
themselves [1] 403/8
then [40] 391/15 392/7 394/7 394/14 394/15 394/25 398/12 402/1 402/3 402/5 419/5 419/13 420/2 421/1 421/10 424/9 424/18 433/13 433/25 434/6 434/9 440/15 442/17 445/20 446/22 448/12 449/4 450/9 454/20 455/1 457/11 458/14 460/25 460/25 473/7 473/10 479/18 490/15 493/9 493/20
there [83] 400/11 401/15 401/25 402/6 403/20 403/25 404/21 404/21 405/23 411/17 411/22 413/7 414/15 415/12 415/25 416/5 421/17 422/3 423/12 423/20 424/5 425/9 425/22 426/13 426/25 427/12 427/25 428/11 428/12 429/17 429/18 429/19 430/17 432/15 432/18 433/2 433/24 434/7 435/8 437/8 437/10 437/12 437/14 438/22 441/2 444/6 447/14 448/21 451/7 451/25 452/3 452/23 453/11 454/2 454/20 457/12 459/6 459/6 459/8 459/15 461/4 461/25 464/12 466/15 476/10 478/15 479/16 480/15 480/25 485/15 486/24 492/12 493/7 493/17 494/2 494/24 495/6 496/3 496/5 496/7 500/8 502/11 502/14
there's [16] 391/9 417/25 418/2 422/5 425/11 426/25 437/21 438/13 443/9 444/6 447/7 448/3 458/15 472/3 477/16 493/16
these [29] 392/5 392/21 397/11 407/23 411/13 414/9 414/13 414/17 414/21 414/22 414/22 414/25 415/2 415/10 415/14 417/16 428/11 435/13 435/15 437/13 437/15 437/20 438/1 438/3 450/15 468/24 481/23 484/19 496/13
they [175]
they're [3] 401/21 472/6 481/3
thing [17] 395/7 410/16 416/1 417/18 429/1 443/3 447/22 449/11 451/18 454/10 457/10 458/11 460/17 475/12 481/18 482/4 503/20
things [11] 392/16 407/23 410/12 424/6 440/9 444/13 450/3 454/15 455/10 463/11 506/4
think [38] 403/17 404/10 405/5 405/24 405/24 407/16 410/12 417/25 423/3 424/15 425/8 428/8 429/5 432/15 438/3 438/4 449/16 452/4 454/22 457/15 459/7 460/19 460/24 470/8 471/15 472/1 475/12 477/11 486/17 488/7 490/21 496/8 498/4 500/15 501/6 502/17 503/23 505/1

**T**

third [1] 416/16
this [112] 391/5 397/3 397/4 397/8 397/9
397/9 397/9 402/8 403/21 404/2 405/8
405/14 406/15 409/11 409/12 410/16
410/18 410/23 410/25 413/2 413/10
413/24 414/4 414/8 414/12 414/25
415/14 415/21 416/3 416/8 425/3 427/7
427/9 428/10 429/15 429/24 429/25
429/25 431/2 432/8 432/13 435/11
437/25 439/7 447/10 447/15 447/18
449/16 450/25 452/9 454/7 460/22 461/9
462/18 464/19 465/20 466/23 467/17
468/2 470/9 470/10 471/6 471/17 471/18
471/19 471/22 471/25 472/3 472/9 472/9
472/12 472/12 475/6 476/22 477/7
478/19 479/22 480/7 481/11 483/15
483/19 483/20 484/8 484/13 485/1 485/3
485/11 485/23 486/4 488/3 488/13
490/13 490/14 491/22 492/16 492/25
493/2 493/23 493/25 494/2 494/5 494/6
497/24 498/6 499/22 499/22 499/24
500/8 500/12 504/6 504/10 505/24
Thompson [1] 389/8
those [40] 400/6 400/7 400/12 404/5
413/12 417/19 419/11 420/17 425/7
426/4 426/5 432/22 432/24 433/4 437/3
437/19 438/7 438/8 438/19 443/25 447/6
449/7 450/8 450/10 450/17 451/3 452/2
456/6 457/18 457/20 463/6 466/2 468/16
471/17 475/17 486/4 495/3 496/18
498/25 503/12
though [3] 406/2 430/5 491/21
thought [2] 464/11 482/4
thousand [3] 454/1 472/7 474/9
three [10] 395/22 411/22 414/16 423/2
426/25 443/19 455/10 471/16 478/21
496/10
three-bedroom [1] 443/19
three-week [1] 414/16
through [25] 393/10 393/11 396/24
404/18 422/22 435/1 435/10 438/20
439/16 446/2 446/17 452/19 454/14
455/15 456/2 456/9 456/20 463/3 468/2
470/12 475/20 478/22 482/14 486/5
504/18
throughout [4] 392/5 401/16 404/20
432/17
throw [1] 437/13
Thursday [1] 454/24
time [93] 391/9 392/1 397/3 397/4 397/8
397/18 398/12 398/20 400/4 400/19
403/18 404/14 405/2 405/7 405/13
405/20 406/15 406/18 406/24 411/12
412/11 412/22 414/1 414/16 415/24
417/21 419/19 421/2 422/8 422/9 422/21
425/1 425/1 425/3 425/22 426/3 427/9
427/16 427/19 427/22 428/10 428/13
429/7 430/11 434/9 434/13 434/16
434/17 435/2 436/9 437/11 438/6 438/17
439/8 440/13 441/18 442/13 442/17
444/18 446/13 448/25 451/11 454/7
454/20 455/11 459/19 463/2 463/3
463/18 463/18 471/3 473/21 478/1 478/3
478/10 478/13 478/17 480/22 481/5
481/6 481/20 482/11 483/1 483/4 483/6
486/15 493/23 494/8 495/14 499/18
502/16 503/16 505/11
times [3] 426/25 438/5 452/6
tired [1] 453/7
Titan [15] 421/9 421/15 421/17 421/18
421/19 422/3 422/16 422/20 423/5

427/19 432/15 436/18 438/15 439/15
439/20
today [13] 405/4 420/20 421/12 422/24
423/1 423/1 424/23 429/3 455/3 462/18
496/17 502/19 506/18
together [2] 421/10 490/17
told [26] 399/8 399/11 399/17 402/7
415/11 418/15 430/24 430/24 431/21
433/14 434/2 436/3 436/6 437/23 453/3
458/20 460/14 461/20 462/1 462/13
465/13 474/2 475/12 482/13 496/16
502/13
Tom [1] 413/10
tomorrow [3] 506/19 506/21 506/22
Tompkins [1] 389/4
ton [2] 489/17 489/23
Toni [5] 389/15 389/17 507/10 507/18
507/18
tonight [1] 418/13
too [4] 395/9 419/1 421/11 466/2
took [5] 451/21 469/21 471/15 477/9
479/6
tools [2] 441/7 441/8
top [10] 432/17 436/17 491/8 491/11
491/16 491/18 491/19 491/21 499/20
500/2
total [6] 437/11 442/15 443/24 457/15
471/15 475/13
totally [1] 463/14
toward [3] 411/21 413/25 436/18
tracked [1] 503/4
trail [1] 456/4
training [5] 393/13 393/14 393/14 468/17
506/9
transcript [1] 507/13
transcription [1] 389/20
transfer [1] 446/16
translate [1] 475/3
treat [1] 392/15
trees [1] 450/5
tremendous [1] 448/4
Trendmaker [1] 422/14
Trey [5] 413/15 413/16 413/18 413/21
415/9
trial [3] 388/10 391/9 476/22
trials [1] 392/4
tried [4] 399/17 400/24 454/7 455/19
trim [4] 454/18 454/20 454/25 459/22
trim-out [3] 454/18 454/20 459/22
truck [1] 432/18
true [27] 403/5 403/23 405/11 406/8
406/13 406/16 406/19 406/24 407/4
407/17 410/13 410/20 413/22 415/7
415/8 415/10 451/14 466/24 479/8
479/23 480/2 480/11 482/23 489/20
490/3 493/18 507/12
trust [1] 466/4
try [16] 396/21 399/13 400/20 407/1
407/2 407/7 407/13 407/15 407/25 408/4
408/9 408/19 408/25 445/16 450/10
463/20
trying [6] 406/12 406/23 415/14 426/12
455/13 456/24
TTP [5] 488/23 488/24 497/2 497/5
497/8
Tuesday [1] 454/13
Tulane [1] 502/9
turn [2] 482/9 488/20
turned [5] 452/24 457/16 460/15 502/17
502/18
Tusa [6] 389/15 389/17 478/6 507/10
507/18 507/18
twice [1] 459/13

two [19] 391/21 392/22 413/17 416/6
419/20 421/4 421/4 433/2 434/2 434/6
434/21 438/14 471/16 478/21 479/15
479/15 479/22 496/10 501/20
TYC [1] 413/11
type [8] 397/11 412/2 412/3 419/25
421/19 429/25 443/3 465/9
typically [5] 442/18 446/10 454/6 469/1
497/16

**U**

U.S [3] 402/17 403/17 429/8
U.S. [2] 397/13 399/6
U.S.-made [2] 397/13 399/6
Uh [15] 394/14 396/1 396/11 397/25
398/4 399/16 410/5 426/24 427/2 427/4
427/18 428/5 431/8 432/21 444/4
Uh-huh [15] 394/14 396/1 396/11 397/25
398/4 399/16 410/5 426/24 427/2 427/4
427/18 428/5 431/8 432/21 444/4
ultimate [2] 453/15 463/16
ultimately [4] 442/25 448/12 448/16
451/2
unable [2] 429/10 505/18
Uncle [1] 468/23
under [6] 413/8 420/23 421/15 444/22
487/14 506/8
underlined [1] 489/22
understand [19] 402/9 409/12 409/13
411/9 412/7 419/2 430/12 431/12 436/25
440/25 474/4 476/17 479/5 481/18
489/19 489/24 490/9 496/20 506/18
understanding [16] 406/10 406/21 410/6
410/17 416/4 430/8 430/20 430/22 461/5
492/7 496/11 496/17 496/19 497/16
500/19 507/14
understood [3] 430/2 430/2 492/13
underwriting [2] 443/2 445/3
uneasy [1] 482/7
uneven [3] 400/17 402/2 410/13
unfinished [1] 459/4
uniform [1] 400/13 410/9
UNITED [8] 388/1 388/11 401/14 401/16
403/23 442/2 492/5 507/11
United States [5] 401/14 401/16 403/23
442/2 492/5
University [4] 440/10 440/11 502/2 502/9
unknowingly [1] 392/22
unoccupied [1] 459/4
unpack [1] 444/7
until [7] 394/13 430/10 441/16 450/19
476/22 494/11 494/16
up [40] 391/15 394/13 400/6 400/7 413/5
426/13 430/25 441/11 450/10 450/19
452/7 455/7 455/12 456/22 457/11 461/7
464/4 468/13 471/21 473/13 473/25
474/21 479/1 479/2 481/11 485/11
486/17 488/1 491/24 491/25 492/22
495/20 496/1 496/8 498/12 499/5 499/15
503/7 503/14 504/10
upon [2] 424/18 443/16
upper [6] 413/5 448/19 448/22 448/24
449/11 449/14
us [41] 411/7 411/12 434/4 437/17 440/7
442/10 442/11 447/12 449/17 451/18
453/14 453/25 455/3 455/5 455/7 455/12
455/20 456/9 460/10 460/11 460/19
464/5 464/18 465/13 468/5 468/21
468/22 468/25 473/23 475/6 480/21
486/4 492/3 496/4 496/16 499/20 500/5
500/7 502/10 503/10 507/4
use [9] 396/3 396/14 405/1 408/14 409/5
423/12 465/13 473/10 474/19

**U**

used [29]  399/9 399/21 399/22 400/8 400/8 401/13 402/25 426/11 426/12 436/8 442/3 446/24 447/1 450/17 455/11 456/7 461/9 461/13 463/24 468/23 474/24 488/20 492/4 492/13 494/1 494/3 498/22 500/20 500/21
useful [1]  496/21
USG [1]  399/1
using [21]  389/19 399/22 400/4 400/6 400/7 402/18 406/23 407/10 452/16 457/4 458/12 479/8 481/20 481/23 481/24 482/19 482/23 485/3 488/19 489/15 496/23

**V**

vacant [1]  449/1
value [1]  446/13
Vardeman [1]  488/5
varied [1]  428/16
various [3]  420/14 432/16 444/16
vast [8]  443/11 444/14 444/14 468/19 468/19 468/20 468/20 468/21
verbal [2]  461/10 473/12
verified [2]  476/10 485/19
verify [2]  489/12 495/4
versus [1]  404/22
very [19]  394/20 410/23 412/22 415/18 450/20 451/6 452/17 452/18 452/19 455/5 455/5 490/5 490/13 494/8 496/1 499/20 503/3 506/23 507/3
video [5]  392/9 418/10 418/12 439/13 454/22
view [1]  449/6
village [6]  448/23 449/13 449/13 457/10 479/23 505/2
virtually [1]  449/7
visual [1]  496/4
volunteer [9]  440/14 440/14 440/22 441/1 441/2 441/4 441/4 442/11 455/3
volunteers [16]  445/22 445/25 447/20 454/11 454/16 454/25 455/1 459/21 463/16 467/4 468/15 476/21 497/10 497/13 503/12 503/13
voucher [1]  443/17

**W**

wait [7]  439/6 451/17 451/25 452/2 461/24 498/3 498/3
walk [3]  468/2 473/19 473/21
wall [7]  402/4 421/25 426/12 452/4 452/7 454/21 461/2
Wallboard [3]  396/2 396/20 397/5
want [39]  395/23 399/11 400/19 402/8 409/2 410/20 410/23 411/3 412/4 412/5 415/3 415/13 417/18 417/24 419/12 420/4 420/24 427/25 429/4 429/4 429/24 429/25 431/19 432/10 432/14 440/5 444/6 447/23 450/22 453/2 464/19 468/12 482/8 488/23 489/12 496/9 498/12 503/4 507/4
wanted [9]  399/6 399/13 399/17 402/11 407/25 409/6 412/4 456/2 498/17
wanting [1]  436/2
Ward [5]  448/19 448/22 448/24 449/11 449/15
warehouse [23]  453/3 453/7 454/2 456/14 456/16 458/23 459/3 460/23 463/21 470/5 473/25 476/7 477/15 477/23 477/23 494/24 494/24 495/5 495/8 495/11 495/21 495/22 497/3
warehoused [1]  489/8

warehouses [2]  434/13 495/25
warnings [2]  434/1 463/25
warnings [1]  409/8
Warshauer [1]  388/15
was [296]
wasn't [7]  415/22 431/20 434/19 451/4 469/5 471/24 486/12
watch [1]  418/13
water [2]  388/20 449/18
way [15]  399/19 399/20 400/10 402/9 410/12 424/6 425/21 426/17 436/17 438/13 449/7 454/14 463/13 463/24 496/19
we [345]
we'll [3]  404/6 439/6 491/19
we've [5]  442/3 449/14 450/7 477/10 497/12
wealth [3]  448/13 448/14 448/15
week [3]  414/16 466/2 485/6
weeks [1]  459/6
weeks' [1]  454/19
weighed [1]  425/24
weight [4]  399/25 401/25 426/3 429/12
Weiss [1]  388/18
well [44]  394/5 394/13 395/1 395/4 395/6 395/14 395/22 396/25 398/25 399/13 399/25 400/13 400/17 401/25 402/18 404/15 405/24 407/9 407/15 407/23 409/24 410/10 422/22 427/16 429/17 433/4 441/2 444/24 450/22 452/8 452/11 460/21 460/24 461/6 462/15 464/17 467/7 470/21 482/7 485/1 486/17 489/6 490/5 501/17
went [26]  393/18 394/7 419/5 419/14 423/20 428/8 428/10 428/11 429/10 429/19 441/14 457/2 457/3 457/5 458/18 458/20 464/1 476/10 478/16 478/22 481/23 481/24 498/1 498/2 498/4 501/25
were [137]
weren't [2]  410/22 437/18
what [141]
what's [11]  424/20 430/17 430/20 446/24 492/7 496/11 496/24 497/16 500/19 501/23 502/11
whatever [10]  399/1 425/4 429/20 437/18 448/9 453/2 455/17 459/4 474/22 486/18
wheelchair [1]  450/3
when [71]  391/22 392/7 394/8 396/18 396/23 397/10 398/2 398/12 398/18 398/24 400/21 402/5 406/2 407/6 407/24 408/4 408/9 408/14 408/19 408/24 409/4 412/13 412/18 415/1 420/10 420/23 423/14 425/23 426/2 427/11 428/9 429/9 429/15 433/14 433/16 433/24 434/17 437/13 441/7 441/13 441/14 442/21 443/7 445/20 446/12 450/17 452/4 455/23 457/9 460/25 461/6 462/7 462/10 463/22 464/22 466/10 467/24 477/4 478/20 480/8 480/15 481/18 482/23 484/24 485/5 486/17 493/25 494/11 494/16 502/13 505/5
where [26]  391/10 401/17 411/22 411/23 419/6 422/20 423/5 428/3 430/3 444/2 444/12 448/18 455/19 458/1 461/1 481/6 487/5 494/2 495/6 499/22 500/9 501/21 502/1 502/8 502/15 505/11
wherever [1]  457/22
whether [7]  398/25 438/1 461/25 464/8 479/12 496/18 498/15
which [36]  392/9 397/2 412/24 428/21 431/13 431/24 432/3 435/25 436/6 436/13 437/2 442/7 442/13 443/8 443/12

warehouses [2]  434/13 495/25
warnings [1]  409/8
443/16 444/22 445/5 448/23 452/12 453/18 457/1 460/6 463/24 465/13 468/6 470/13 474/15 474/25 477/25 480/5 480/6 480/19 493/18 493/18
while [4]  419/25 421/10 498/10 505/15
Whitfield [1]  388/22
who [37]  393/22 395/21 409/1 413/14 419/15 422/6 422/12 422/16 423/20 423/21 423/21 423/24 424/5 427/22 428/9 440/6 441/4 442/25 449/8 455/24 459/24 461/18 461/20 468/16 477/2 478/3 480/21 484/13 484/14 486/4 488/5 491/23 493/2 498/17 499/22 499/25 503/6
whoever [3]  460/3 469/8 492/3
whole [3]  447/22 447/25 463/22
whom [1]  460/18
why [21]  399/10 399/12 399/18 402/7 416/6 424/3 425/12 425/19 426/6 427/7 427/14 447/25 448/5 450/23 450/25 455/3 478/4 493/21 503/22 505/18 506/7
widgets [2]  456/8 456/8
will [26]  392/9 407/15 411/3 411/6 411/21 412/24 413/25 414/17 414/21 418/7 427/12 434/25 439/8 442/21 442/25 448/16 454/3 454/24 467/8 480/19 494/9 496/1 496/3 500/24 506/21 507/5
wire [1]  426/2
wiring [1]  430/25
wish [1]  489/6
within [2]  449/13 481/3
without [2]  492/5 496/7
witness [6]  391/13 391/14 391/16 453/21 501/5 501/7
witnesses [3]  391/6 454/22 506/17
won't [4]  396/17 426/5 451/12 477/10
Wonderful [1]  417/15
Woods [1]  422/10
word [1]  423/4
words [7]  412/14 425/11 449/21 457/5 459/8 475/3 495/23
work [29]  393/22 394/20 395/9 395/10 420/8 420/21 420/23 422/6 426/1 426/9 429/18 429/19 445/8 454/13 454/14 454/19 459/2 460/4 466/8 484/19 497/17 497/18 503/12 503/14 503/24 506/16 506/25 507/1 507/3
worked [5]  393/23 419/15 440/14 455/22 466/7
working [10]  397/23 401/1 427/19 438/15 438/18 440/13 441/2 443/5 443/6 460/3
works [2]  422/3 423/5
world [1]  449/23 460/10
worry [1]  482/13
worth [1]  426/4 474/12 475/9
worthy [1]  455/13
would [57]  392/13 398/1 399/10 401/21 402/19 403/10 403/13 405/7 406/11 407/13 408/14 412/5 413/17 417/24 421/24 423/22 426/3 426/12 433/19 434/20 435/9 435/11 436/1 436/6 438/19 445/1 445/22 447/10 453/8 455/20 456/9 456/9 456/13 460/20 461/16 461/23 462/1 463/1 463/12 469/1 469/1 470/24 472/1 475/6 478/10 478/23 482/16 484/3 486/4 486/9 486/23 487/22 491/5 492/10 492/18 493/17 504/7
wouldn't [5]  410/2 410/3 434/3 438/11 475/6
wound [2]  441/14 441/16
wrapped [1]  496/8
wrapping [2]  496/11

**W**

write [5]  483/25 484/20 485/13 489/5
489/6
writing [2]  464/12 491/9
written [4]  493/23 500/15 500/16 505/3
wrote [4]  409/12 452/6 484/8 484/13
Wuhu [5]  486/17 486/19 486/20 486/25
487/2

**Y**

y'all [1]  418/12
yard [1]  450/5
yeah [22]  395/17 419/24 419/24 424/22
424/22 426/11 435/17 457/24 470/23
471/19 472/15 474/14 477/19 480/14
483/1 484/23 488/10 489/4 490/5 498/18
499/2 500/4
year [16]  418/25 423/15 428/2 429/19
442/15 446/1 446/20 447/2 462/7 462/10
468/14 468/22 468/25 469/1 492/14
493/15
years [29]  398/1 400/25 401/1 419/10
419/11 419/21 420/13 421/14 423/22
429/5 429/6 429/6 438/19 440/12 440/15
440/22 442/16 446/18 446/21 449/1
455/13 455/22 465/24 466/3 479/15
479/15 479/22 492/5 492/13
yes [112]  393/25 394/22 394/24 395/20
396/9 397/9 397/17 397/20 398/6 398/8
398/11 398/15 399/25 400/8 401/15
402/14 404/4 404/9 404/12 405/12
406/17 406/20 406/25 409/18 410/24
411/2 412/1 412/9 412/23 413/6 413/13
413/23 414/3 414/7 414/11 414/14
417/22 419/20 420/16 422/1 422/5
422/19 423/11 423/18 423/23 424/12
424/12 425/6 426/20 428/17 430/11
430/19 431/23 432/23 433/1 433/8
433/22 434/7 434/21 434/25 435/6
435/12 436/20 438/3 441/12 447/16
453/22 462/20 464/21 466/1 466/6
466/13 466/14 466/17 466/25 470/1
470/11 470/15 472/4 472/11 472/15
473/18 474/21 478/8 478/12 480/8
481/11 484/2 485/2 487/2 487/15 487/21
489/4 489/14 490/16 490/19 492/17
495/17 499/4 499/10 501/20 502/7
502/20 502/20 502/22 502/24 503/9
504/4 504/14 504/19 506/3 506/6
yet [1]  485/18
York [3]  388/20 388/20 444/5
you [746]
you'd [1]  470/20
you're [9]  444/10 451/23 455/2 461/24
465/24 467/17 490/9 491/1 502/21
you've [3]  403/4 419/25 421/14
young [1]  413/11
your [117]  392/20 393/5 393/7 394/16
395/3 401/13 402/24 403/2 403/11 405/8
406/10 406/22 409/13 409/24 410/4
410/6 410/25 412/13 412/21 414/5 414/6
415/2 415/5 417/23 418/8 418/10 418/21
422/6 426/12 426/19 428/13 430/20
431/6 431/7 431/25 432/8 432/22 433/4
436/4 436/18 439/11 439/24 440/7 440/8
441/7 441/8 441/11 441/22 442/22
444/12 447/14 447/18 451/9 458/3
460/23 461/4 461/14 461/23 464/25
465/23 467/24 470/21 471/5 474/2 474/6
474/15 477/1 477/6 478/7 478/16 478/18
480/16 481/12 482/12 483/23 483/25
484/5 484/12 484/21 485/8 485/9 485/17
490/2 491/7 492/7 492/20 493/12 493/16
495/6 496/14 496/18 496/15 496/24
497/16 498/6 498/16 499/6 500/14
500/19 501/3 501/5 501/6 501/10 501/23
502/11 503/10 503/24 504/13 504/15
504/16 504/23 505/6 505/8 505/23
506/24 507/3 507/3
Your Honor [16]  392/20 417/23 418/8
418/10 439/11 458/3 461/14 471/5
481/12 483/23 484/5 492/20 498/6 499/6
500/14 501/6
yourself [1]  501/18
yourselves [1]  473/10

**Z**

zero [5]  443/14 446/3 446/5 446/6
450/13
zones [1]  481/6