1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
6    LIABILITY LITIGATION

7                        CIVIL DOCKET NO. 09-MD-2047 "L"
                         NEW ORLEANS, LOUISIANA
08:27AM  8               WEDNESDAY, NOVEMBER 28TH, 2012, 8:30 A.M.

9    THIS DOCUMENT RELATES TO
     ALL CASES
10

     ****************************************************************
11

12                      **DAY 3   MORNING SESSION**
                 TRANSCRIPT OF JURY TRIAL PROCEEDINGS
13        HEARD BEFORE THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE

14

15   APPEARANCES:

16

17   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:          HERMAN HERMAN KATZ
18                                BY:  RUSS M. HERMAN, ESQUIRE
                                  820 O'KEEFE AVENUE
19                                NEW ORLEANS LA  70113

20

                                  GAINSBURGH BENJAMIN DAVID MEUNIER
21                                   AND WARSHAUER
                                  BY:  GERALD E. MEUNIER, ESQUIRE
22                                2800 ENERGY CENTRE
                                  1100 POYDRAS STREET, SUITE 2800
23                                NEW ORLEANS LA  70163

24

25

                      **HOURLY TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                             SEEGER WEISS
                               BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 4                                   SCOTT A. GEORGE, ESQUIRE
                               550 BROAD STREET, SUITE 920
 5                             NEWARK, NJ  07102

 6

 7                             WHITFIELD, BRYSON & MASON
                               BY:  DANIEL K. BRYSON, ESQUIRE
 8                             900 W. MORGAN STREET
                               RALEIGH, NC  27603
 9

10                             IRPINO LAW FIRM
11                             BY:  ANTHONY IRPINO, ESQUIRE
                               2216 MAGAZINE STREET
12                             NEW ORLEANS, LA  70130

13

14    FOR INTERIOR EXTERIOR
      BUILDING SUPPLY, LP:      GALLOWAY JOHNSON TOMPKINS
15                             BURR & SMITH
                               BY:  RICHARD DUPLANTIER JR., ESQUIRE
16                                   BENJAMIN R. GRAU, ESQUIRE
                                     CARLINA C. EISELEN, ESQUIRE
17                             ONE SHELL SQUARE
                               701 POYDRAS STREET, SUITE 4040
18                             NEW ORLEANS, LA  70139

19

20    FOR THE NORTH RIVER
      INSURANCE COMPANY:        THOMPSON, COE, COUSINS & IRONS
21                             BY:  KEVIN RISLEY, ESQUIRE
                               ONE RIVERWAY, SUITE 1600
22                             HOUSTON, TX 77056

23

24

25

                         HOURLY TRANSCRIPT
```

510

1    APPEARANCES CONTINUED:

2

3                                LOBMAN CARNAHAN BATT ANGELLE
                                 & NADER
4                                BY:  SIDNEY J. ANGELLE, ESQUIRE
                                 400 POYDRAS STREET, SUITE 2300
5                                NEW ORLEANS, LA 70130

6

7

8    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
9                                CERTIFIED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
10                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
11                               Cathy_Pepper@laed.uscourts.gov

12

13   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                                **I N D E X**

2

3                                          PAGE

4

5

6   **CHERYL D. GROSS**...................................... 512

7   DIRECT EXAMINATION BY MR. SEEGER..................... 513

8   CROSS-EXAMINATION BY MR. DUPLANTIER.................. 524

9   **MARTIN HALBACH** VIDEOTAPED DEPOSITION (THROUGH A

10  GERMAN INTERPRETER).................................. 526

11  LUNCHEON RECESS...................................... 620

12

13

14                            E X H I B I T S

15

16  DESCRIPTION                                    PAGE

17

18  EXHIBIT NUMBER 1139.................................. 515

19  INTERIOR EXTERIOR DRYWALL DELIVERY INVOICE ......... 524

20

21

22

23

24

25

                         **HOURLY TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

WEDNESDAY, NOVEMBER 28TH, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

THE COURT SECURITY OFFICER:  All rise.

(WHEREUPON, at 8:41 a.m. the jury panel enters the courtroom.)

THE DEPUTY CLERK:  All rise.

THE COURT:  Be seated, please.  Good morning, ladies and gentlemen.

Let's call your next witness, please.  We're still on the plaintiff's case.

MR. SEEGER:  Your Honor, we call Cheryl Gross.

THE DEPUTY CLERK:  Would you please raise your right hand.  Do you solemnly swear that the testimony which you are about to give will be the truth, the whole truth and nothing but the truth, so help you God?

THE WITNESS:  I do.

**CHERYL D. GROSS**

was called as a witness and, after being first duly sworn by the Clerk, was examined and testified on her oath as follows:

THE DEPUTY CLERK:  Please state and spell your name for the record.

**HOURLY TRANSCRIPT**

08:42AM 1          THE WITNESS:  My name is Cheryl D. Gross,

08:42AM 2   C-H-E-R-Y-L, D., G-R-O-S-S.

08:42AM 3                    DIRECT EXAMINATION

08:42AM 4   BY MR. SEEGER:

08:42AM 5   Q.   Good morning, Ms. Gross.

08:42AM 6   A.   Good morning.

08:42AM 7   Q.   Where do you live?

08:42AM 8   A.   I live at 400 Hay Place in Lakeview, New Orleans,

08:42AM 9   Louisiana.

08:42AM 10  Q.   Are you married?

08:42AM 11  A.   Yes, I am.

08:42AM 12  Q.   Is your spouse here?

08:42AM 13  A.   Yes, he is.

08:42AM 14  Q.   That's the big guy in the front row?

08:42AM 15  A.   Yes, David.

08:42AM 16  Q.   What does your husband do for a living?

08:42AM 17  A.   My husband is an engineer.  He went to Louisiana Tech.

08:42AM 18  He's a civil engineer specialized in construction, and he has a

08:43AM 19  general contractor's license as well.

08:43AM 20  Q.   And talk about him a little bit before we get to you.  In

08:43AM 21  the construction field, exactly what does he do?  What is his

08:43AM 22  job?

08:43AM 23  A.   Well, besides being a general contractor, he's about to

08:43AM 24  start a -- his own company.  He does a lot of engineering

08:43AM 25  estimation for construction companies, quantitative take-offs

**HOURLY TRANSCRIPT**

08:43AM 1   and a lot of mathematical calculations to know exactly how much

08:43AM 2   a job will cost to construct.

08:43AM 3   Q.   Is he involved with pricing?

08:43AM 4   A.   Yes.  He deals a lot with numbers and calculations and

08:43AM 5   pricing, yes.

08:43AM 6   Q.   All right.  Tell us a little something about yourself.

08:43AM 7   What's your educational background?

08:43AM 8   A.   I have a Bachelor's of Science degree in marketing from

08:43AM 9   the University of New Orleans.  I also have a Bachelor's of

08:43AM 10  Arts degree in communications from the University of

08:43AM 11  New Orleans.  I have a license in insurance for life, health

08:44AM 12  and accident.  And I'm also currently at the University of

08:44AM 13  New Orleans getting my Master's of Art in teaching to become an

08:44AM 14  English teacher.

08:44AM 15  Q.   And are you currently employed?

08:44AM 16  A.   Well, I'm an insurance agent.  I have about 30 clients,

08:44AM 17  and I attend graduate school two evenings a week.

08:44AM 18  Q.   And let me just --

08:44AM 19       MR. SEEGER:  Judge, if I can approach.

08:44AM 20                        EXAMINATION

08:44AM 21  BY MR. SEEGER:

08:44AM 22  Q.   And show you a photograph.  Would you just identify for

08:44AM 23  the record what that's a photograph of?

08:44AM 24  A.   This is my house at 400 Hay Place, New Orleans, in

08:44AM 25  Lakeview.

**HOURLY TRANSCRIPT**

08:44AM 1          MR. SEEGER:  Any objection to -- Mr. Duplantier?

08:44AM 2          MR. DUPLANTIER:  None.

08:44AM 3          MR. SEEGER:  Your Honor, may we move this in?

08:44AM 4          THE COURT:  Yes.  Let it be admitted.

08:44AM 5          (WHEREUPON, at this point in the proceedings, Exhibit

08:44AM 6  Number 1139 was received into evidence.)

08:44AM 7                          EXAMINATION

08:44AM 8  BY MR. SEEGER:

08:44AM 9  Q.   And just for the jury, is this a photograph of your house?

08:44AM 10  A.   Yes, sir.

08:44AM 11  Q.   Thank you very much.

08:45AM 12          How was your home affected by Hurricane Katrina?

08:45AM 13  A.   We live right around the corner from the 17th Street Canal

08:45AM 14  breach, so I would say it's about 1,000 feet away from where

08:45AM 15  the walls came down.  And we had 11 feet of water in our house,

08:45AM 16  and it was -- it was devastating.  It destroyed the entire

08:45AM 17  downstairs, and the smell was indescribable.  It was like the

08:45AM 18  bottom of a rotten marsh.  That's the best way I can put it.

08:45AM 19  It just had a horrible, horrible odor.  There was mold

08:45AM 20  everywhere, and it just looked like a nuclear war -- you know,

08:45AM 21  a bomb had been dropped.  It was awful.

08:45AM 22  Q.   Did the damage require that the whole house needed

08:45AM 23  renovation?

08:45AM 24  A.   Well, the entire downstairs was completely gutted.  And my

08:46AM 25  husband, because he had a general contractor's license -- we

                          **HOURLY TRANSCRIPT**

08:46AM 1    were in Houston for about six weeks living with my sister,

08:46AM 2    Karen, and he came back a little early on a pass and the

08:46AM 3    military let him in.  And he was able to get to our house and

08:46AM 4    go upstairs and open up the windows so that the mold would not

08:46AM 5    go upstairs as well, because it was creeping up the stairwell

08:46AM 6    because it was so enclosed and hot and humid, and so a lot of

08:46AM 7    that stuff had to, you know, be replaced going up the

08:46AM 8    stairwell.

08:46AM 9         And the military had come in and had tracked the mud

08:46AM 10   from the downstairs all up in the house so we had to rip a lot

08:46AM 11   of things out upstairs, and we were looted as well, so they

08:46AM 12   were upstairs as well.

08:46AM 13   Q.   At some point did you hire a contractor to do post-Katrina

08:46AM 14   renovations in your home?

08:46AM 15   A.   Well, because my husband is an engineer and knows about

08:47AM 16   construction and has contacts through subcontractors who handle

08:47AM 17   all those specialized jobs, he was the contractor to rebuild

08:47AM 18   our home.

08:47AM 19   Q.   Did he actually install the sheetrock himself or did he

08:47AM 20   hire somebody to?

08:47AM 21   A.   Oh, no, no, he hired people who knew what to do.

08:47AM 22   Q.   Were you and your husband present during most of the

08:47AM 23   construction that was being done in your home?  I'm talking now

08:47AM 24   after the hurricane.

08:47AM 25   A.   Well, for about nine months, we were out of our house

**HOURLY TRANSCRIPT**

08:47AM 1     living in a house in Metairie.  Some friends of ours were

08:47AM 2     transferred to Florida and -- for the year, so their kids were

08:47AM 3     in school there.  And they said, "Hey, why don't you rent our

08:47AM 4     house from us while you try to fix up yours," so that's what we

08:47AM 5     did.  And we did not live in the construction until later.  We

08:47AM 6     lived upstairs while we were re -- renovating the downstairs.

08:47AM 7     Q.   So you were there while they were installing the drywall?

08:48AM 8     A.   Yes.  We lived upstairs.

08:48AM 9     Q.   And did you notice anything, any smells during that period

08:48AM 10    of time?  I'm talking about during the construction phase.

08:48AM 11    A.   Sure.  There were so many smells.  There was -- you know,

08:48AM 12    the Katrina smell was all around us.  There was a house next

08:48AM 13    door that was not gutted, and so the wind would come through

08:48AM 14    and you'd still get all the Katrina smell.  There were houses

08:48AM 15    all around us who -- that -- that were not gutted.

08:48AM 16          Then the construction odors were everywhere.  I mean,

08:48AM 17    there was paint, there was glue, there was sheetrock mud.

08:48AM 18    There was stuff going in on the grout, on the tile.  I mean,

08:48AM 19    you couldn't differentiate one smell from another, and with all

08:48AM 20    the Katrina odor still flying all around, everything smelled

08:48AM 21    bad.  I mean, it was just hard to tell.

08:48AM 22    Q.   At some point did you become aware of a smell after

08:48AM 23    construction that -- you know, above all other smells that go

08:49AM 24    on in a house?

08:49AM 25    A.   Yes.  After all of the instruction ended -- and we started

**HOURLY TRANSCRIPT**

08:49AM 1    construction in about September of '06 -- a lot of the drywall

08:49AM 2    went in in October, so it was the fall and they were working

08:49AM 3    through the holidays.  And toward Thanksgiving a lot of that

08:49AM 4    stuff was finished and some of the appliances were going to be

08:49AM 5    put in.

08:49AM 6          Around the -- between Thanksgiving and Christmas I

08:49AM 7    started noticing something still smelled funny.  After all the

08:49AM 8    construction workers had left and it had died down and we were

08:49AM 9    cleaning the house and getting it organized for the holidays

08:49AM 10   and such, I started noticing something smelled funny.

08:49AM 11   Q.   What was the smell?  How would you describe it?

08:49AM 12   A.   Well, I was confused.  I thought, "This smells a little

08:50AM 13   like a rotten egg, but that -- could it still be Katrina

08:50AM 14   smell?"  Because my husband had had -- when everything was

08:50AM 15   gutted -- our church came and gutted our house for us, and when

08:50AM 16   everything was gutted, he had it soda blasted, all the wood

08:50AM 17   framing.

08:50AM 18         And then he had the wood encapsulated, which is a

08:50AM 19   type of special paint that would have, you know, prevented any

08:50AM 20   further rot or odor or anything like that, and everything

08:50AM 21   was -- was sprayed clean on the floors, as well.  And I was

08:50AM 22   just so confounded.  I didn't know what it was, but I knew

08:50AM 23   something -- something was wrong.

08:50AM 24         And, you know, a house is really important to a

08:50AM 25   woman, and I knew something was wrong.  I did not know what.

**HOURLY TRANSCRIPT**

08:50AM 1    And I went to him and he said, "Cheryl, I've done everything

08:51AM 2    for this house."  You know, it was sort of like, I guess, he

08:51AM 3    had tried so hard and he knew he had done his best, and maybe

08:51AM 4    he was a little bit miffed at me, but I said, "David,

08:51AM 5    something's not right."

08:51AM 6            And my sister, Gail, who's quite a character, came

08:51AM 7    over, and she'll tell you how it is.  And she was standing on

08:51AM 8    the landing to my husband's office, which was before Katrina a

08:51AM 9    double garage so it was not on flood elevation level.  You had

08:51AM 10   to walk down some steps to get to it.  And she stood there, and

08:51AM 11   she was there for Christmas, and she said, "Your house stinks."

08:51AM 12           MR. DUPLANTIER:  Objection, Your Honor, it's hearsay.

08:51AM 13           THE COURT:  It is.  Let's move on.

08:51AM 14           THE WITNESS:  Well, she told me and I was like --

08:51AM 15           MR. SEEGER:  The point that she told you, we can't

08:51AM 16   talk about.

08:51AM 17           THE WITNESS:  Oh, sorry.

08:51AM 18           THE COURT:  And let me explain, Members of the Jury,

08:51AM 19   the reason we don't allow hearsay in is that cross-examination

08:52AM 20   cannot be made of the person who makes the statement so you

08:52AM 21   don't know why or what they did or whether or not they did it.

08:52AM 22   So that's the reason.

08:52AM 23   Q.   These are just rules you have to live by, Miss Gross.

08:52AM 24   A.   Sorry.

08:52AM 25   Q.   But you can talk about your experience --

**HOURLY TRANSCRIPT**

08:52AM 1     A.    I'm sorry.

08:52AM 2     Q.    -- about what you -- what you know and what you smell.

08:52AM 3     A.    Right.

08:52AM 4     Q.    So let's talk about what you know.

08:52AM 5     A.    Well, it confirmed to me that I wasn't wrong, that

08:52AM 6     something was up.  And in between Thanksgiving and Christmas,

08:52AM 7     after my new dishwasher had been put in, and it was a nice

08:52AM 8     high-end dishwasher that I knew was a quality product, failed

08:52AM 9     on me, and I -- I just thought, "Well, you know, maybe I got a

08:52AM 10    lemon.  Maybe it was just, you know, a defect."

08:52AM 11          And it was still under warranty so I called the

08:52AM 12    repairman out and he fixed it.  But he said, "I've never seen

08:52AM 13    this before.  The whole -- the whole board is fried."  And he

08:52AM 14    said, "And it's brand-new, but don't worry, Mrs. Gross, we'll

08:53AM 15    replace everything."  But he had no idea.  He was just

08:53AM 16    confused.

08:53AM 17    Q.    Did you have problems with other appliances in your house,

08:53AM 18    then?

08:53AM 19    A.    Oh, then it all started.  In '07, that's when the

08:53AM 20    microwave broke, and again the repairman came out.  It was

08:53AM 21    under warranty because it was so new, a very quality product.

08:53AM 22    And the motherboard also on the panel, the button panel, was

08:53AM 23    fried.  And he said, "Well, let's replace it."  And so we did.

08:53AM 24    And it broke again.  And then I just -- it was going to

08:53AM 25    become -- it was too costly so I just got another microwave.

**HOURLY TRANSCRIPT**

08:53AM  1    Q.   Ms. Gross, do you and your husband like to entertain as

08:53AM  2    far as friends over at your house?

08:53AM  3    A.   Yes.  Oh, yeah, we are the -- we're the place where

08:53AM  4    everybody comes for the holidays.  And my husband likes to

08:53AM  5    make, you know, crawfish boils.  And we try to celebrate

08:53AM  6    people's birthdays and other people's special events are held

08:53AM  7    at our house and stuff.

08:54AM  8    Q.   Has your ability to entertain been impacted by the Chinese

08:54AM  9    drywall in the house?

08:54AM 10    A.   Yes.

08:54AM 11    Q.   If you could just tell us a minute or two about that.

08:54AM 12    A.   People will not come to my house.  When the news came out,

08:54AM 13    it clarified everything.  We were still -- up until the point

08:54AM 14    when it hit the media, it then made sense.  And we really,

08:54AM 15    really wracked our brains as to what was wrong, until that

08:54AM 16    happened.

08:54AM 17         I was so embarrassed.  I didn't want anyone to know.

08:54AM 18    And David, he's not as private as me, so he told some people,

08:54AM 19    and they would not allow their children to come over and play

08:54AM 20    with my children anymore because they felt like it would hurt

08:55AM 21    them.  They didn't know the physical ramifications of what it

08:55AM 22    could do.

08:55AM 23    Q.   All right, Ms. Gross, let me move on to another subject.

08:55AM 24    At some point did you and your husband attempt to -- to sell

08:55AM 25    your house?

**HOURLY TRANSCRIPT**

08:55AM 1    A.    Yes.

08:55AM 2    Q.    Could you tell us what happened with that.

08:55AM 3    A.    Well, before we knew we had Chinese drywall, we just knew

08:55AM 4    there was a smell --

08:55AM 5          MR. DUPLANTIER:  Objection, Your Honor, what's the

08:55AM 6    relevance of this?

08:55AM 7          THE COURT:  Well, I'm not sure.  I haven't heard it

08:55AM 8    yet, so let's go into it.  I'll overrule the objection.

08:55AM 9          MR. DUPLANTIER:  Your Honor, can we approach on this

08:55AM 10   because we know where this is heading?

08:55AM 11         THE COURT:  Sure.

08:55AM 12         (WHEREUPON, at this point in the proceedings, a

08:55AM 13   conference was held at the bench.)

08:55AM 14         THE COURT:  What is the relevance?  What is it?  What

08:55AM 15   is the relevance?

08:55AM 16         MR. SEEGER:  It's just -- it's just the impact on

08:55AM 17   them.  I mean, I thought we were doing the flavor on the

08:55AM 18   family.

08:55AM 19         MR. DUPLANTIER:  We did.  We've done the house.  We

08:55AM 20   did the flavor.

08:55AM 21         MR. SEEGER:  I wasn't going to get into pricing.

08:55AM 22         MR. DUPLANTIER:  And I gave you --

08:55AM 23         THE REPORTER:  One at a time.  I can't hear you over

08:55AM 24   there.

08:55AM 25         MR. SEEGER:  Well, he asked me the question so if I

**HOURLY TRANSCRIPT**

08:55AM 1    can answer.

08:56AM 2         MR. RISLEY:  They want to get into the fact that they

08:56AM 3    lost the sale of the house because of the presence of

08:56AM 4    Chinese drywall.

08:56AM 5         MR. SEEGER:  I wasn't going to ask about prices or

08:56AM 6    anything like that.

08:56AM 7         THE COURT:  Well, it's -- I think we've covered it

08:56AM 8    enough.  Let's go into it --

08:56AM 9         MR. SEEGER:  Okay.

08:56AM 10        THE COURT:  -- let's not go into it.

08:56AM 11             I'm worried, though, if this lady continues to

08:56AM 12   cry like this, we've got a problem.

08:56AM 13        MR. SEEGER:  Well, we're done.  We're done.

        14        THE COURT:  All right.

        15        (WHEREUPON, at this point in the proceedings, the

        16   bench conference was concluded.)

        17                          EXAMINATION

        18   BY MR. SEEGER:

08:56AM 19   Q.   One last thing, Ms. Gross, is this your address on this?

08:56AM 20   A.   Yes.

08:56AM 21        MR. SEEGER:  Your Honor, we would like to move into

08:56AM 22   evidence the invoice from Interior Exterior showing that the

08:56AM 23   drywall was bought and delivered to the Gross home.

08:57AM 24        THE COURT:  Any objection to that?

08:57AM 25        MR. DUPLANTIER:  No objection.

                          **HOURLY TRANSCRIPT**

08:57AM 1          THE COURT:  Let it be admitted.

08:57AM 2          (WHEREUPON, at this point in the proceedings,

08:57AM 3    Interior Exterior drywall delivery invoice was received into

08:57AM 4    evidence.)

08:57AM 5          MR. SEEGER:  Ms. Gross, thank you very much.

08:57AM 6          THE COURT:  Any cross?

08:57AM 7            Are you finished with direct?

08:57AM 8          MR. SEEGER:  Finished with direct, Your Honor.

08:57AM 9          THE COURT:  Any cross?  Anyone any cross?

02:26PM 10                    CROSS-EXAMINATION

08:57AM 11   BY MR. DUPLANTIER:

08:57AM 12   Q.   Hi, Ms. Gross.

08:57AM 13   A.   Hi.

08:57AM 14   Q.   I'm not going to keep you long.  I know you've had a rough

08:57AM 15   morning.  Did your husband ever contact Interior Exterior and

08:57AM 16   discuss the situation with them?

08:57AM 17   A.   No, because, as I said before, we did not pinpoint where

08:57AM 18   the smell was coming from.

08:57AM 19   Q.   Until 2009, when the media reports came out, right?

08:57AM 20   A.   And we lost the sale of our house because of it.

08:57AM 21   Q.   I understand.  But that was in 2009, right?

08:57AM 22   A.   Correct.

08:57AM 23          MR. DUPLANTIER:  Thank you, ma'am.

08:57AM 24          THE COURT:  All right.  Any redirect?

08:57AM 25          MR. SEEGER:  No questions.

**HOURLY TRANSCRIPT**

08:57AM 1          THE COURT:  You're excused.  Thank you, ma'am.

08:57AM 2          THE WITNESS:  Thank you, sir.

08:58AM 3          THE COURT:  Call your next witness.

08:58AM 4          MR. MEUNIER:  The next witness, Your Honor, is by

08:58AM 5   deposition, by video deposition.  His name is Masser [verbatim]

08:58AM 6   Halbach.

08:58AM 7          THE COURT:  Okay.

08:58AM 8          MR. SEEGER:  And as the Court knows, we -- the

08:58AM 9   plaintiffs will be playing a designated portion of that

08:58AM 10  videotaped testimony, and then I believe the defendants will

08:58AM 11  introduce their own portion.

08:58AM 12         THE COURT:  All right.  This is the way it works,

08:58AM 13  Members of the Jury.  As I mentioned to you before, depositions

08:58AM 14  are taken.  And then when a person is either unable or outside

08:58AM 15  the subpoena power of the Court or for some reason is not

08:58AM 16  available, then the depositions are put in.

08:58AM 17             The way they're put in is oftentimes the

08:58AM 18  plaintiff puts in their portion and the defendant puts in their

08:58AM 19  portion of the deposition, and that's what we're going to hear

08:58AM 20  now.

08:58AM 21         MR. MEUNIER:  I misspoke.  His first name is

08:58AM 22  Martin Halbach, H-A-L-B-A-C-H.  Thank you.

08:59AM 23         THE COURT:  And who is he, so that the jury knows?

08:59AM 24         MR. MEUNIER:  He's with Knauf Gips.  His deposition

08:59AM 25  was taken in New York.

**HOURLY TRANSCRIPT**

08:59AM  1        MR. DUPLANTIER:  He's the former plant manager of the

08:59AM  2  Tianjin plant, Your Honor.

08:59AM  3        THE COURT:  Okay.  Let's play it.

08:59AM  4        (WHEREUPON, at this point in the proceeding, the

08:59AM  5  videotaped deposition of Martin Halbach (through a German

08:59AM  6  interpreter) was played, as follows:)

08:59AM  7  Q.   Would you state your full name for the record, please?

08:59AM  8  A.   Martin Halbach.

08:59AM  9  Q.   What's the address -- your home address?

08:59AM 10  A.   Nordring, N-O-R-D-R-I-N-G, 53, 97464 Niederwern,

08:59AM 11  N-I-E-D-E-R-W-E-R-N.

09:00AM 12  Q.   Mr. Halbach, if you'll try to keep your voice up a little

09:00AM 13  louder.

09:00AM 14  A.   (In English without translation.)  Yes, okay.

09:00AM 15  Q.   Thank you.

09:00AM 16        How long have you lived there?

09:00AM 17  A.   Three, four -- five years.

09:00AM 18  Q.   And what was your prior address?

09:00AM 19  A.   In China.

09:00AM 20        (In English without translation.)  Yes.

09:00AM 21  Q.   What was the address there?  Just if you can give me the

09:00AM 22  town, that's fine.

09:00AM 23  A.   Tianjin.

09:00AM 24  Q.   How long did you live in Tianjin?

09:00AM 25  A.   Four and a half years.

**HOURLY TRANSCRIPT**

09:00AM  1   Q.   And what happens if things are not going the way you, a

09:00AM  2   Knauf Gips employee, want them to go?

09:00AM  3   A.   First of all, I call and ask them where the problems are,

09:00AM  4   what the problems are.  And if we cannot find a solution over

09:01AM  5   the telephone, I will go there and I will make suggestions to

09:01AM  6   the plant manager and the business manager on what they should

09:01AM  7   do.

09:01AM  8   Q.   If somebody from Knauf KPT -- who -- who is the person

09:01AM  9   that you communicate with at KPT?

09:01AM  10  A.   You mean now or --

09:01AM  11  Q.   In 2005.

09:02AM  12  A.   It was the then-plant manager, Mr. ChenJie.

09:02AM  13          SPEAKER:  C-H-E-N-J-E is usually the way it's

09:02AM  14  rendered in the e-mails that I've seen.

09:02AM  15          MS. GARVEY:  J-I-E.

09:02AM  16          SPEAKER:  J-I-E?  All right.  And Karin Garvey has

09:02AM  17  seen it as J-I-E.

09:02AM  18          SPEAKER:  I agree with Karin on this one.

09:02AM  19          SPEAKER:  Then that must be right.

09:02AM  20  Q.   So you communicated with the plant managers with the

09:02AM  21  different plants, correct?

09:02AM  22  A.   Correct.

09:02AM  23  Q.   You were responsible for the production of KPT for all

09:02AM  24  products, not just one this, true?

09:03AM  25  A.   No.  The sales department is responsible for the product.

**HOURLY TRANSCRIPT**

09:03AM 1  Q.  You were responsible for the production capabilities,

09:03AM 2  correct?

09:03AM 3  A.  (In English without translation.)  Yes.

09:03AM 4       (Through translator.)  Yes.

09:03AM 5  Q.  Weren't you involved, back in 2006, about the Knauf

09:03AM 6  problem in the United States?

09:03AM 7  A.  I got a call from China, from Dr. Yung.  And he described

09:03AM 8  to me what -- what was going on, and I called Mr. --

09:03AM 9  Professor Hummel and asked him whether he could take care of

09:03AM 10  this issue.

09:04AM 11  Q.  Why are you involved?

09:04AM 12  A.  I was and still am a consultant for this region, and

09:04AM 13  Mr. Yung called me because he didn't know anymore what to do or

09:04AM 14  didn't know what -- what had happened.

09:04AM 15       And at that time I was in the same situation as

09:04AM 16  Mr. Yung and, therefore, asked Professor Hummel to get

09:04AM 17  involved.

09:05AM 18  Q.  And you wanted Professor Hummel to investigate and find

09:05AM 19  out what happened, correct?

09:05AM 20  A.  First, I asked him about what it was possibly all about.

09:05AM 21  Q.  You're a mining engineer, correct?

09:05AM 22  A.  Yes.

09:05AM 23  Q.  You were told pretty early on that there was sulfur

09:05AM 24  emanating from the Knauf drywall, correct?

09:05AM 25  A.  I heard that there was a smell.

**HOURLY TRANSCRIPT**

09:05AM 1    Q.   Did you do anything to assess whether the sulfur problem

09:05AM 2    related to the production at KPT?

09:06AM 3    A.   Yep.

09:06AM 4    Q.   What did you do?

09:06AM 5    A.   Well, in a way I sort of sniffled it out with my nose.

09:06AM 6    Step by step.

09:06AM 7    Q.   And what did you figure out the problem was based on your

09:06AM 8    nose?

09:06AM 9    A.   There was -- there was no smell at this time.  That was in

09:06AM 10   November.  At this time there was no smell.

09:06AM 11   Q.   So what do you do next?

09:06AM 12   A.   The first thing we did --

09:06AM 13   Q.   Since the United States drywall problem, the drywall that

09:06AM 14   Knauf sold to the United States, has Knauf changed any of its

09:07AM 15   testing?

09:07AM 16   A.   We have people who do the smell test.

09:07AM 17   Q.   And that's -- you sniffed the drywall?

09:07AM 18   A.   You prepare the wall and then you use your nose.

09:07AM 19   Q.   Who is responsible for sniffing for Knauf?

09:07AM 20   A.   The local laboratory.

09:07AM 21   Q.   This was your report.  When you went to the KPT -- I think

09:07AM 22   you called it *sniff out*, whether or not there was presence of

09:07AM 23   sulfide at the plant, correct?

09:07AM 24   A.   Yes.

09:07AM 25        I answered that question previously?  And I -- and I

**HOURLY TRANSCRIPT**

09:08AM 1   said that I tried to reconstruct, in a way, what had happened.

09:08AM 2   Q.   But you were trying to determine whether a smell of

09:08AM 3   sulfide was present, correct?

09:08AM 4   A.   Yes.

09:08AM 5   Q.   And you were looking for signs of sulfur, correct?

09:08AM 6   A.   Yes.

09:08AM 7   Q.   And in the second section here where it begins *roher*

09:08AM 8   *stein*, which is raw stone?

09:08AM 9   A.   Yes.   Gypsum.

09:08AM 10   Q.   Gypsum?   Yes.

09:08AM 11       You said, in the first bullet point under that, that

09:08AM 12   smell is present in the raw stone warehouse absolutely

09:08AM 13   identical to the board sample from the U.S.

09:08AM 14   A.   There was a smell, written there, yes.

09:08AM 15   Q.   How did you know what the smell was from the board sample

09:08AM 16   from the U.S.?   Had you smelled the U.S. board?

09:08AM 17   A.   I got a sample -- I got a sample from Ulrich Hummel.

09:08AM 18   Q.   Did you smell it?

09:08AM 19   A.   I smelled it.

09:08AM 20   Q.   So you determined what -- what it smelled like?

09:08AM 21   A.   It was similar.   Yes, it was that smell.

09:08AM 22   Q.   How big a sample was it?

09:08AM 23   A.   (Indicating.)

09:09AM 24   Q.   And where was it obtained?

09:09AM 25   A.   It was a board sample from the United States.

**HOURLY TRANSCRIPT**

09:09AM 1    Q.   And then what did you do?

09:09AM 2    A.   I smelled it.

09:09AM 3    Q.   You just held it to your nose?

09:09AM 4    A.   Yes.

09:09AM 5    Q.   And then -- then you went to the -- when did you get this

09:09AM 6    sample?

09:09AM 7    A.   I don't remember.  But before -- before this.  Maybe in

09:09AM 8    October.

09:09AM 9    Q.   Was it -- was it before Professor Hummel had been to

09:09AM 10   Florida?

09:09AM 11   A.   No, it was -- I don't remember.

09:09AM 12   Q.   Where were you when you received it?

09:09AM 13   A.   In Germany.

09:09AM 14   Q.   And was it before you planned your trip to KPT?

09:09AM 15   A.   Yes.

09:09AM 16   Q.   Now, you went to the area where the gypsum was stored and

09:09AM 17   found the same smell, correct, at KPT?

09:09AM 18   A.   The smell -- the smell was there, yes.

09:10AM 19   Q.   And you went to the -- what's described as the raw gypsum

09:10AM 20   silo, right?

09:10AM 21   A.   I went to the process.

09:10AM 22   Q.   Right?

09:10AM 23   A.   Yes.

09:10AM 24   Q.   And you found the same smell there, too?

09:10AM 25   A.   Yes.

**HOURLY TRANSCRIPT**

09:10AM 1    Q.   Okay.  And you went to the mill area, and you found the

09:10AM 2    same smell, too, didn't you?

09:10AM 3    A.   Yes.

09:10AM 4    Q.   At any time in 2005 or 2006, did Mr. ChenJie report that

09:10AM 5    incoming rock was smelling of sulfur?

09:10AM 6    A.   No.

09:10AM 7    Q.   Let's go on to a different question now.

09:11AM 8              You traveled in November of 2006 to the KPT plant to

09:11AM 9    investigate the smell problem, correct?

09:11AM 10   A.   Yes.

09:11AM 11   Q.   Did you -- tell us how you investigated that.  What's the

09:11AM 12   first thing you did?

09:11AM 13   A.   It was as described in my report.  I followed the flow of

09:12AM 14   the material, starting with the deposits, crusher --

09:12AM 15   Q.   Before you go to the -- to tell us the flow, I want to

09:12AM 16   know where you started.

09:12AM 17             SPEAKER:  Let him answer the question.

09:12AM 18             SPEAKER:  Well, I want to know where he started.

09:12AM 19                          EXAMINATION

09:12AM 20   BY SPEAKER:

09:12AM 21   Q.   Tell me, where did you start?  Did you start at the front

09:12AM 22   gate?  Did you start at the raw material, receiving sections?

09:12AM 23   A.   Raw material, receiving section.

09:12AM 24   Q.   What does that look like?  Describe it for us.

09:12AM 25   A.   There is -- there is -- it's a hill, a small hill, if you

**HOURLY TRANSCRIPT**

09:12AM 1   want to, with two to 3,000 tons of gypsum.

09:12AM 2   Q.   Okay.  So you're -- you're then talking about in a raw

09:13AM 3   material receiving pile.

09:13AM 4   A.   Yes.

09:13AM 5   Q.   That's a 50-foot cube?

09:13AM 6   A.   Yes.

09:13AM 7   Q.   50 feet high?

09:13AM 8   A.   Yes.

09:13AM 9   Q.   50 feet across?

09:13AM 10  A.   Yes.

09:13AM 11  Q.   50 feet deep?

09:13AM 12  A.   Yes.

09:13AM 13  Q.   When you made your inspection in November of 2006, is that

09:13AM 14  where you began?

09:13AM 15  A.   Yes.

09:13AM 16  Q.   What did you do to inspect that material?

09:13AM 17  A.   I used -- honestly, I used -- I used my nose.

09:13AM 18  Q.   Were you able --

09:13AM 19       SPEAKER:  Wait.  Could you let him answer the

09:13AM 20  question.

09:13AM 21       SPEAKER:  Oh, I thought he answered.  I'm sorry.

09:13AM 22       THE WITNESS:  I was finished.

09:13AM 23       SPEAKER:  He was finished.

09:13AM 24       SPEAKER:  He said he was not finished.

09:13AM 25       THE WITNESS:  I'm finished.

**HOURLY TRANSCRIPT**

09:13AM  1          SPEAKER:  Keep your tie on.

09:13AM  2                       EXAMINATION

09:13AM  3    BY SPEAKER:

09:13AM  4    Q.   Okay.  You smelled it?

09:13AM  5    A.   Yes.

09:13AM  6    Q.   Were you -- what were -- what did it smell like?

09:13AM  7    A.   There was a smell.  But how to describe the smell, it's --

09:14AM  8    there was a smell.

09:14AM  9    Q.   Did it smell like the wallboard that you smelled that

09:14AM  10   Professor Hummel had sent to you?

09:14AM  11   A.   The cube had a smell.  The board was -- had a stinging

09:14AM  12   smell.

09:14AM  13   Q.   So the board had more smell than the -- than the pile?

09:14AM  14   A.   You can say it this way, yes.

09:14AM  15   Q.   Okay.  What did you do in the next step of your

09:14AM  16   investigation?

09:14AM  17   A.   I then went to the crusher.  I then went to the crusher

09:15AM  18   where I noticed the same smell.  I continued to the mill, which

09:15AM  19   also had a smell.  Always the same smell.

09:15AM  20   Q.   So you were able to smell the smell --

09:15AM  21   A.   I smell.

09:15AM  22   Q.   -- at the raw material area and you were able to smell it

09:15AM  23   at the beginning of the production process, right?

09:15AM  24          (WHEREUPON, at this point in the proceedings, the

09:15AM  25   videotaped deposition of Martin Halbach concluded.)

                          **HOURLY TRANSCRIPT**

09:15AM 1       MR. MEUNIER:  Your Honor, that completes the

09:15AM 2   plaintiffs' submission of his testimony.

09:15AM 3       MR. DUPLANTIER:  May I explain to the jury?

09:15AM 4       THE COURT:  Sure.

09:15AM 5       MR. DUPLANTIER:  Mr. Halbach's deposition was very

09:15AM 6   lengthy.  It was two days.  The plaintiffs chose a very small

09:15AM 7   snippet.  We felt it was appropriate to play a much larger

09:16AM 8   version to give the jury an understanding --

09:16AM 9       MR. MEUNIER:  Your Honor, it was not a small snippet.

09:16AM 10       THE COURT:  Let me explain it.  Thank you very much,

09:16AM 11   Counsel.

09:16AM 12       Under Evidence Rule 106, when a writing or

09:16AM 13   recorded statement or part thereof is introduced by a party, an

09:16AM 14   adverse party may require the introduction at that time or any

09:16AM 15   other time of any other writing or recorded statement, which

09:16AM 16   ought, in fairness, to be considered contemporaneously with it.

09:16AM 17   That's the rule of evidence.

09:16AM 18       So the plaintiff put in a portion.  The

09:16AM 19   defendant now has a right to put in another portion.  So that's

09:16AM 20   what's being done now.

09:16AM 21       Okay.

09:16AM 22       (WHEREUPON, at this point in the proceedings, the

09:16AM 23   videotaped deposition of MARTIN HALBACH was played by the

09:16AM 24   defendants.)

09:16AM 25       EXAMINATION

**HOURLY TRANSCRIPT**

09:16AM 1    BY SPEAKER:

09:16AM 2    Q.   Would you state your full name for the record, please?

09:17AM 3    A.   Martin Halbach.

09:17AM 4    Q.   What's the address, your home address?

09:17AM 5    A.   Nordring, N-O-R-D-R-I-N-G, 53, 97464 Niederwerrn,

09:17AM 6    N-I-E-D-E-R W-E-R-R-N.

09:17AM 7    Q.   Mr. Halbach, if you'll try to keep your voice up a little

09:17AM 8    louder.

09:17AM 9    A.   Yes.

09:17AM 10   Q.   Okay?

09:17AM 11   A.   Yes.

09:17AM 12   Q.   Thank you.

09:17AM 13           How long have you lived there?

09:17AM 14   A.   For five years.

09:17AM 15   Q.   And what was your prior address?

09:17AM 16   A.   In China.

09:17AM 17   Q.   What was the address there?  Just if you can give me the

09:18AM 18   town, that's fine.

09:18AM 19   A.   Tianjin.

09:18AM 20   Q.   How long did you live in Tianjin?

09:18AM 21   A.   For four and a half years.

09:18AM 22   Q.   Did you get your degree as a mining engineer?

09:18AM 23   A.   Master in engineering.

09:18AM 24   Q.   Any other formal education?

09:18AM 25   A.   No.

**HOURLY TRANSCRIPT**

09:18AM 1   Q.   Did you go to work after you graduated and got your

09:18AM 2   degree?

09:18AM 3   A.   Yes.  Yep.

09:18AM 4   Q.   Have you ever practiced as an engineer?

09:18AM 5   A.   Yes.

09:18AM 6   Q.   Tell me about where that was.

09:18AM 7   A.   It was after I completed my studies.  My first employer

09:18AM 8   was a Knauf company, Gebruder Knauf.  I worked there as an

09:19AM 9   engineer, production engineer.

09:19AM 10   Q.   And how come you left there?

09:19AM 11   A.   I moved to a different Knauf company.

09:19AM 12   Q.   When did you first start with the first -- at the first

09:19AM 13   Knauf company?

09:19AM 14   A.   It was 1991.

09:19AM 15   Q.   And then in 1992 you move to which company?

09:19AM 16   A.   Knauf GMBH in Weissenbach, W-E-I-S-S-E-N-B-A-C-H

09:20AM 17   (verbatim), close to Liezen.

09:20AM 18   Q.   Why did you move from one -- from the first company to the

09:20AM 19   second one?

09:20AM 20   A.   I was asked whether I was interested in performing

09:20AM 21   additional tasks.

09:20AM 22   Q.   So it was a promotion of sorts?  So you were promoted from

09:20AM 23   the first Knauf company to the second Knauf company, correct?

09:20AM 24   A.   Yes.

09:20AM 25   Q.   Who made the decision for you to be promoted from the

**HOURLY TRANSCRIPT**

09:20AM  1    first company to the next one?

09:20AM  2    A.    I was asked by somebody from Iphofen.

09:20AM  3    Q.    Iphofen is the headquarters for the Knauf enterprise?

09:21AM  4    A.    It's the headquarters, yes.

09:21AM  5    Q.    When did you stop working for them?

09:21AM  6    A.    1999.

09:21AM  7    Q.    And do you get --

09:21AM  8    A.    In the -- I stopped working for them in the beginning of

09:21AM  9    2000.

09:21AM 10    Q.    So for the first Knauf company, Radolf Knauf, you were the

09:21AM 11    plant manager?

09:21AM 12    A.    Yes.

09:21AM 13           There was no change during my -- during my work at

09:22AM 14    Knauf GMBH.  I had the same job when I first started working

09:22AM 15    there as the last day I worked there.

09:22AM 16    Q.    As production manager?

09:22AM 17    A.    No, plant manager.

09:22AM 18    Q.    Okay.  You were plant manager at Knauf GMBH?

09:22AM 19    A.    Yep.

09:22AM 20    Q.    I'm sorry.

09:22AM 21           You were production engineer in the first company?

09:22AM 22    A.    Yes.

09:22AM 23    Q.    Did you get a different job in 2000?

09:22AM 24    A.    Yes.

09:22AM 25    Q.    Where did you go next?

**HOURLY TRANSCRIPT**

09:22AM 1    A.   I went to the next Knauf company, KPT, in China.

09:22AM 2    Q.   Tianjin?

09:22AM 3    A.   Tianjin.

09:22AM 4    Q.   Who made the decision for you to move from GMBH to KPT?

09:22AM 5    A.   The same as before, but I was asked and the decision was

09:23AM 6    by myself.  The same person.

09:23AM 7    Q.   Sure.  You made the decision to accept the job that was

09:23AM 8    offered?

09:23AM 9    A.   Yeah.

09:23AM 10   Q.   And the job was offered by Mr. Harro Seth?

09:23AM 11   A.   Yes.

09:23AM 12   Q.   At Knauf Gips?

09:23AM 13   A.   Yes.

09:23AM 14   Q.   What position did you take on at Knauf KPT?

09:23AM 15   A.   My job title in China was general manager of production.

09:23AM 16   Q.   Was that a promotion within the Knauf organization?

09:23AM 17   A.   Yes.

09:23AM 18   Q.   It was a promotion to go over to KPT, wasn't it?

09:23AM 19   A.   Yes.

09:23AM 20   Q.   You said that Mr. Harro Seth had decided to offer you a

09:23AM 21   promotion, correct?

09:23AM 22   A.   I don't know exactly how it worked, but I believe that he

09:24AM 23   proposed to the partners to offer this -- sorry, to offer this

09:24AM 24   position to me.

09:24AM 25   Q.   How would he know how well you were doing?

**HOURLY TRANSCRIPT**

09:24AM 1    A.   Of course, he -- he was informed.  He knew the data of

09:24AM 2    each company.

09:24AM 3    Q.   The data from each Knauf company goes to Knauf Gips,

09:24AM 4    correct?

09:24AM 5    A.   Yeah.  Informal reports.

09:24AM 6    Q.   It's -- Knauf Gips monitors and determination the

09:25AM 7    management positions of the other Knauf entities, correct?

09:25AM 8    A.   Yes.

09:25AM 9    Q.   That was true in 1991 to the 2000 time period, correct?

09:25AM 10        And that's a decision for Knauf Gips personnel to

09:25AM 11   make, correct?

09:25AM 12   A.   You can't generalize it.  Let's assume that the Chinese

09:25AM 13   need a manager.  On the one hand, the Chinese company will look

09:25AM 14   for somebody, or Knauf Gips says, well, we do have a candidate

09:25AM 15   who could do this job for you.

09:25AM 16   Q.   And if Knauf Gips finds a very good candidate, then

09:26AM 17   they'll tell the other Knauf entity to use that person,

09:26AM 18   correct?

09:26AM 19   A.   It's a decision taken in common, together.

09:26AM 20   Q.   Knauf Gips works with another Knauf entity and together

09:26AM 21   they decide who will fill the position at the other Knauf

09:26AM 22   entity?

09:26AM 23   A.   Yes.

09:26AM 24   Q.   You've moved on from Knauf KPT, correct?

09:26AM 25   A.   Yes.

**HOURLY TRANSCRIPT**

09:26AM 1    Q.   While you were at Knauf KPT, did you get -- did your

09:26AM 2    position ever change from being general manager of production?

09:27AM 3    A.   No.   During my entire time in China, I held that same

09:27AM 4    position.

09:27AM 5    Q.   When did you leave that position from Knauf KPT?

09:27AM 6    A.   (In English without translation.)   2000 and -- end of

09:27AM 7    2004, September 2004.

09:27AM 8    Q.   You were there from 2000 to 2004?

09:27AM 9    A.   Yes.

09:27AM 10   Q.   Where did you go in September of 2004?

09:27AM 11   A.   Back to Germany.

09:27AM 12   Q.   Did you get a job with another Knauf company?

09:27AM 13   A.   Yes.

09:27AM 14   Q.   Which Knauf company?

09:27AM 15   A.   Knauf Gips.

09:27AM 16   Q.   Who offered you that position at Knauf Gips?

09:27AM 17   A.   Harro Seth.

09:28AM 18   Q.   During the 2000-2004 time period, Mr. Seth was monitoring

09:28AM 19   your performance through KPT?

09:28AM 20   A.   (In English without translation.)   Yes.   Yes.

09:28AM 21             (Through translator.)   Yes.   Yes.

09:28AM 22   Q.   And you were in 2000-2004 general manager of production

09:28AM 23   for KPT?

09:28AM 24   A.   (In English without translation.)   Yes.

09:28AM 25   Q.   Was your role limited to KPT in 2000-2004?

**HOURLY TRANSCRIPT**

09:28AM 1   A.   (Answered in German without translation.)  At that time

09:28AM 2   there were three Chinese companies.  One was Knauf Tianjin, one

09:28AM 3   was Wuhu, and one was Dongguan.

09:28AM 4   Q.   When you say Tianjin, can we agree that that's KPT?

09:28AM 5   A.   (In English without translation.)  It's KPT, yes.

09:28AM 6   Q.   And so did you work for all three of those companies?

09:28AM 7   A.   Yes.

09:28AM 8   Q.   Okay.  When I asked you who you worked for in 2000 to 2004

09:29AM 9   time period, you told me KPT?

09:29AM 10  A.   (In English without translation.)  It is China -- it was

09:29AM 11  China.  But I was based in Tianjin with my family.

09:29AM 12  Q.   Okay.  Is there a company called Knauf China?

09:29AM 13  A.   (In English without translation.)  No.

09:29AM 14  Q.   What is Knauf China?

09:29AM 15  A.   Three separate companies.

09:29AM 16  Q.   Are they three separate competing companies?

09:29AM 17  A.   No.

09:29AM 18  Q.   Those companies don't compete with each other?

09:29AM 19  A.   I don't know why there were three separate companies.

09:29AM 20  Maybe it was because of when they were founded.  I don't know.

09:29AM 21  Q.   Were they, like, different divisions of the Knauf

09:29AM 22  organization?

09:29AM 23  A.   (In English without translation.)  It was China.

09:29AM 24  Q.   What was China?

09:29AM 25  A.   (In English without translation.)  These three companies.

**HOURLY TRANSCRIPT**

09:29AM 1    Q.   Were part of the Knauf enterprise and they were the

09:29AM 2    Chinese part of the Knauf enterprise?

09:30AM 3    A.   (In English without translation.)   Okay.   Yes.

09:30AM 4    Q.   And they work together --

09:30AM 5    A.   (In English without translation.)   Yes.

09:30AM 6    Q.   -- to make money for the Knauf organization?

09:30AM 7    A.   (In English without translation.)   Yes.

09:30AM 8    Q.   Any testimony that those three entities were competing

09:30AM 9    with each other would be -- would not be correct?

09:30AM 10   A.   Correct.

09:30AM 11   Q.   Yes, it would be incorrect?

09:30AM 12   A.   That would be incorrect.

09:30AM 13            (In English without translation.)   No competition.

09:30AM 14   No competition.

09:30AM 15   Q.   Okay.   And there is also no competition between Knauf

09:30AM 16   China and Knauf Gips?

09:30AM 17   A.   (In English without translation.)   No.

09:30AM 18   Q.   Those entities have one goal, correct?

09:30AM 19   A.   (In English without translation.)   Yes.

09:30AM 20   Q.   And that's true for all the companies within the Knauf

09:30AM 21   organization?

09:30AM 22   A.   All the same.

09:30AM 23   Q.   If it makes sense and it's profitable for the Knauf

09:30AM 24   enterprise, then one company will assist the other?

09:30AM 25            SPEAKER:   Objection.

**HOURLY TRANSCRIPT**

09:30AM 1   Q.   What's your position -- are you still at Knauf Gips?

09:31AM 2   A.   (In English without translation.)  Yes.

09:31AM 3   Q.   You've been there since 2004?

09:31AM 4   A.   (In English without translation.)  Yes.

09:31AM 5   Q.   And what's your position there?

09:31AM 6   A.   (No translation.  Answered in German.)  I took over from

09:31AM 7   Mr. Seth to work as a consultant, advisor, for East Europe --

09:31AM 8   for the East European area.

09:31AM 9            (In English without translation.)  And Near East.

09:31AM 10  Q.   What's your title?  Do you have a title?

09:31AM 11  A.   (In English without translation.)  Yeah, I'm the advisor

09:31AM 12  for these -- for these regions, technical --

09:31AM 13  Q.   Technical --

09:31AM 14            I'm sorry.

09:31AM 15  A.   (In English without translation.)  Technical advisor.

09:31AM 16  Q.   Did somebody replace Mr. Seth at Gips?

09:31AM 17  A.   (In English without translation.)  Yes.

09:31AM 18  Q.   Who was that?

09:31AM 19  A.   (In English without translation.)  Dr. Bibl.

09:31AM 20  Q.   Does he supervise you directly?

09:31AM 21  A.   NAME yes.

09:31AM 22  Q.   Does he have responsibilities for Knauf enterprise

09:32AM 23  companies all over the world?

09:32AM 24  A.   (No translation.  Answered in German.)  He also has

09:32AM 25  responsibilities for my areas and -- and a few more.

**HOURLY TRANSCRIPT**

09:32AM 1   Q.   Okay.  Who else is at your level at Knauf Gips for

09:32AM 2   different areas of the world?

09:32AM 3   A.   (In English without translation.)  Five people.

09:32AM 4   Q.   Five other people or five including you?  Let's skip the

09:32AM 5   math.

09:32AM 6        Do you want to just name them?

09:32AM 7   A.   (In English without translation.)  Huh?

09:32AM 8   Q.   Will you name them for me, please.

09:32AM 9   A.   Anton Peter, A-N-T-O-N, Peter like Peter, Russia -- (more

09:32AM 10  discussion in German.)

09:32AM 11       So Anton Peter responsible for Russia; Carlo Knauf,

09:34AM 12  Germany; Phillip Devogel, D-E-V-O-G-E-L, for France and North

09:34AM 13  Africa; Axel Hoell, H-O-E-L-L, for Northern Europe; and

09:34AM 14  Wolfgang Voigt, V-O-I-G-T, for Gips Fiberboards and

09:34AM 15  South America.

09:34AM 16  Q.   Are all these people being named responsible for

09:34AM 17  production at the various Knauf enterprise companies?

09:35AM 18  A.   (In English without translation.)  Yes.

09:35AM 19  Q.   Does everybody report to Dr. Bibl?

09:35AM 20  A.   (In English without translation.)  Yes.

09:35AM 21  Q.   Collectively, these people cover every Knauf enterprise

09:35AM 22  company on earth?

09:35AM 23  A.   From gypsum business, yes.

09:35AM 24  Q.   Did you get a work description when you were hired at

09:35AM 25  Gips?

**HOURLY TRANSCRIPT**

09:35AM 1    A.    No.

09:35AM 2    Q.    Who told you what your responsibilities would be?

09:35AM 3    A.    Harro Seth.

09:35AM 4    Q.    Pardon me?

09:35AM 5    A.    Harro Seth.

09:35AM 6          (Through translator.)  Harro Seth.

09:35AM 7    Q.    And what did he tell you those responsibilities to be?

09:35AM 8    A.    (In English without translation.)  He gave targets,

09:35AM 9    performance of plants.  Quality and cost.

09:35AM 10   Q.    Performance of plants, quality --

09:36AM 11   A.    (In English without translation.)  I mean, first of all,

09:36AM 12   quality, safety, cost.  And that is the whole performance of

09:36AM 13   the plant.

09:36AM 14   Q.    You're responsible for the performance of the Knauf plants

09:36AM 15   in Asia, correct?

09:36AM 16   A.    I assist Knauf enterprises in Asia.

09:36AM 17   Q.    Do you collect reports from anyone?

09:36AM 18   A.    (In English without translation.)  Yes.

09:36AM 19   Q.    Who do you collect reports from?

09:36AM 20   A.    (In English without translation.)  The -- the

09:36AM 21   production -- production statistics, I get every month.

09:37AM 22   Q.    From where?

09:37AM 23   A.    (In English without translation.)  From the companies.

09:37AM 24   Q.    Which companies?

09:37AM 25   A.    (In English without translation.)  KPT, Knauf Wuhu, and

**HOURLY TRANSCRIPT**

09:37AM 1    all the others.

09:37AM 2    Q.   All others where?

09:37AM 3    A.   (In English without translation.)  I told you this before.

09:37AM 4    In Asia --

09:37AM 5    Q.   In China?

09:37AM 6    A.   (In English without translation.)  Of course, yeah.  Three

09:37AM 7    in China and in Turkey and in Italy and --

09:37AM 8    Q.   Anyone else?

09:37AM 9    A.   (In English without translation.)  You have the regions:

09:37AM 10   Near East, Far East, and East Europe.

09:37AM 11   Q.   And what's the purpose of you collecting those statistics

09:37AM 12   reports?

09:37AM 13   A.   (In English without translation.)  To check --

09:37AM 14        (Answered in German.)  We see from these reports

09:38AM 15   whether things are going the way we want them to go in these

09:38AM 16   plants.

09:38AM 17   Q.   Who's "we"?

09:38AM 18   A.   (In English without translation.)  It's me.  I.

09:38AM 19   Q.   Knauf Gips?

09:38AM 20   A.   (In English without translation.)  I.

09:38AM 21   Q.   And you with work for Knauf Gips?

09:38AM 22   A.   (In English without translation.)  Correct.

09:38AM 23   Q.   And what happens if things are not going the way you, a

09:38AM 24   Knauf Gips employee, want them to go?

09:38AM 25   A.   First of all, I call and ask them where the problems are,

**HOURLY TRANSCRIPT**

09:38AM 1   what the problems are.  And if we cannot find a solution over

09:39AM 2   the telephone, I will go there and I will make suggestions to

09:39AM 3   the plant manager and the business manager on what they should

09:39AM 4   do.

09:39AM 5   Q.   If somebody from Knauf KPT -- who --

09:39AM 6            Who's the person that you communicate with at KPT?

09:39AM 7   A.   You mean now or --

09:39AM 8   Q.   In 2005.

09:39AM 9   A.   It was the then-plant manager, Mr. ChenJie.

09:40AM 10           SPEAKER:  C-H-E-N-J-E is usually the way it's

09:40AM 11  rendered in the e-mails that I've seen.

09:40AM 12           J-I-E?  All right.

09:40AM 13           And Karin Garvey has seen it as J-I-E.

09:40AM 14           SPEAKER:  I agree with Karin on this one.

09:40AM 15           SPEAKER:  Then that must be right.

09:40AM 16  Q.   So you -- you communicated with the plant managers at the

09:40AM 17  different plants, correct?

09:40AM 18  A.   And there was one person who replaced me in China after I

09:40AM 19  went back to Germany.

09:40AM 20  Q.   Who was that?

09:40AM 21  A.   Dr. Yung, Y-U-N-G.

09:41AM 22  Q.   Mr. Halbach, I'm going to hand you what's been previously

09:41AM 23  marked as Exhibit Number 3 to your deposition.  Do you

09:41AM 24  recognize this document?

09:41AM 25           THE TRANSLATOR:  I can read this document.

**HOURLY TRANSCRIPT**

09:41AM 1   A.   (Not translated.  Answered in German.)  I do not remember

09:41AM 2   it, but it looks as if I received it.

09:41AM 3   Q.   Okay.  Do you see where Mrs. Isabel Knauf asks you

09:41AM 4   about -- asks you to tell her what you can produce, product

09:41AM 5   capabilities, and what such extra capability would cost?  Do

09:41AM 6   you see that?

09:41AM 7   A.   (In English.)  Yes.

09:41AM 8            (Through translator.)  Yeah.

09:41AM 9   Q.   When she asked about you, who is she talking about?

09:41AM 10  A.   (In English.)  KPT.

09:41AM 11  Q.   Okay.  And you monitor KPT's production so you can tell

09:41AM 12  her what the production capabilities are for KPT, correct?

09:42AM 13  A.   I can make a suggestion to her what can be produced there.

09:42AM 14  Q.   Do you see where she asks you about product capabilities?

09:42AM 15  A.   Yes.

09:42AM 16  Q.   You typically answered questions like this to Ms. Knauf,

09:42AM 17  didn't you?

09:42AM 18  A.   Yes.

09:42AM 19           Is there anything to be said against that?

09:42AM 20  Q.   No.  That's a typical exchange, that's part of your job

09:43AM 21  function, correct?

09:43AM 22  A.   Neither I nor Mrs. Knauf are native English speakers so

09:43AM 23  may -- so I believe that some things are expressed in a way

09:43AM 24  that is different from what was intended.

09:43AM 25  Q.   Did you write back to Ms. Knauf and say, "I don't

**HOURLY TRANSCRIPT**

09:43AM 1   understand what your e-mail says"?

09:43AM 2   A.   I did understand what she meant.

09:43AM 3   Q.   Okay.  And she was --

09:43AM 4   A.   And she was not a native English speaker --

09:43AM 5         (Through translator.)  But maybe a native English

09:43AM 6   speaker such as you understood these words in a different way

09:44AM 7   and not the way they were meant.

09:44AM 8   Q.   I'm not a native English speaker.  It's my second language

09:44AM 9   as well.

09:44AM 10  A.   (In English without translation.)  Okay.

09:44AM 11  Q.   But let's see about what you understand.

09:44AM 12        That was part of your responsibility, to answer

09:44AM 13  Ms. Knauf and others about what KPT could produce, wasn't it?

09:44AM 14  A.   Yes.

09:44AM 15  Q.   And reports such as what extra capability would cost would

09:44AM 16  come from you, correct?

09:44AM 17  A.   This is not a matter of additional capacities.  It's about

09:45AM 18  a new product.  And in this e-mail, she asks me whether KPT is

09:45AM 19  in the position to produce this product.

09:45AM 20  Q.   Sure.  And you were responsible for the production of KPT

09:45AM 21  for all products, not just this one, true?

09:45AM 22  A.   No.  The sales department is in charge -- is responsible

09:45AM 23  for the product.

09:45AM 24  Q.   You were responsible for the production capabilities,

09:45AM 25  correct?

**HOURLY TRANSCRIPT**

09:45AM 1    A.    Yes.

09:45AM 2    Q.    And you --

09:45AM 3    A.    (By the interpreter) Sorry, my fault.  Not capacities, but

09:45AM 4    capabilities, yes.

09:45AM 5    Q.    And in order to be able to report on those, you had to

09:45AM 6    monitor production capabilities, correct?

09:46AM 7    A.    No.

09:46AM 8    Q.    You could report on those capabilities without monitoring

09:46AM 9    what the capacity was?

09:46AM 10   A.    There are two different questions:  One regards the

09:46AM 11   capacity, the other regards the capability.  (Through the

09:46AM 12   translator.)  Because I know the plant, I can say, yes, it

09:46AM 13   is -- we are capable to manufacture this product.

09:46AM 14   Q.    And when you say *we*, you mean the Knauf enterprise?

09:46AM 15   A.    (In English without translation.)  KPT.  KPT is able to

09:46AM 16   produce this product on this machine.

09:46AM 17   Q.    And when you use words like *we* -- when Ms. Knauf refers

09:46AM 18   to, *please tell me what you can produce* in this e-mail, what

09:47AM 19   did you understand that to be?

09:47AM 20   A.    (Through the translator.)  She means KPT.

09:47AM 21   Q.    That's what you understood?

09:47AM 22   A.    (Through the translator.)  I cannot -- I cannot produce.

09:47AM 23   Q.    Sure.  And you responded to her and you told her what KPT

09:47AM 24   could produce, right?

09:47AM 25   A.    (In English without translation.)  Yes.

**HOURLY TRANSCRIPT**

09:47AM 1    Q.   Because that was part of your job?

09:48AM 2    A.   (In English without translation.)  Yes.

09:48AM 3    Q.   Are you aware of any claims related to Knauf drywall being

09:48AM 4    stinky?

09:48AM 5    A.   (Through the translator.)  Yes, in the United States.

09:48AM 6    Q.   Have you had occasion to work with Professor Hummel?

09:48AM 7    A.   (Through the translator.)  Worked together with him, no.

09:48AM 8    Q.   Have you ever cooperated with Professor Hummel?

09:48AM 9    A.   (Through the translator.)  No.

09:48AM 10   Q.   Have you ever worked with Professor Hummel in resolving

09:48AM 11   the Knauf problem in the United States?

09:48AM 12   A.   (Through the translator.)  No.

09:48AM 13   Q.   Were you informed by anyone about the Knauf problem in the

09:48AM 14   United States?

09:48AM 15   A.   (In English without translation.)  Yes.

09:48AM 16   Q.   Have you had any discussions with Professor Hummel ever

09:48AM 17   about the Knauf problem in the United States?

09:48AM 18   A.   (Through the translator.)  I asked him to explain to me,

09:48AM 19   if he could, what happened in the United States.

09:48AM 20   Q.   Weren't you involved, back in 2006, about the Knauf

09:48AM 21   problem in the United States?

09:48AM 22   A.   (Through the translator.)  I got a call from China, from

09:48AM 23   Dr. Yung, and he described to me what was going on.  And I

09:49AM 24   called Mr. -- Professor Hummel and asked him whether he could

09:49AM 25   take care of this issue.

**HOURLY TRANSCRIPT**

09:49AM 1    Q.   Why are you involved?

09:49AM 2    A.   (Through the translator.)  I was and still am a consultant

09:49AM 3    for this region, and Mr. Yung called me because he didn't know

09:50AM 4    what to do or didn't know what -- what had happened.

09:50AM 5              And at that time, I was in the same situation as

09:50AM 6    Mr. Yung and, therefore, asked Professor Hummel to get

09:50AM 7    involved.

09:50AM 8    Q.   Who made the decision that you, on behalf of Knauf Gips,

09:50AM 9    would be involved?

09:50AM 10   A.   (Through the translator.)  This was a call for help.

09:50AM 11   Q.   So KPT called Gips and asked for help?

09:51AM 12   A.   (In English without translation.)  Me.

09:51AM 13   Q.   Called you?

09:51AM 14   A.   (In English without translation.)  Me.  Me.

09:51AM 15   Q.   Okay.  And did you just take it upon yourself to help?

09:51AM 16   A.   (Through the translator.)  Yes.  But I couldn't.  And

09:51AM 17   that's why I called Professor Hummel.

09:51AM 18   Q.   You made the decision to involve Professor Hummel?

09:51AM 19   A.   (Through the translator.)  I asked him for help.

09:51AM 20   Q.   That was your decision?

09:51AM 21   A.   (Speaking English)  It was a last chance.

09:51AM 22   Q.   I'm sorry?

09:51AM 23   A.   (In English without translation.)  That was my last chance

09:51AM 24   to involve him because it was completely new for me.

09:51AM 25   Q.   Sure.  But was this a KPT problem or was this a Gips

**HOURLY TRANSCRIPT**

09:52AM 1    problem?

09:52AM 2    A.   (In English without translation.)   It's a KPT problem.

09:52AM 3    Q.   Then why would you care to involve anybody?

09:52AM 4    A.   (In English without translation.)   Because I -- I have to

09:52AM 5    take care for this company in Asia, and it's a question of

09:52AM 6    money.   If they have problems like this, it's a problem for the

09:52AM 7    partners.

09:52AM 8    Q.   So you made the decision, on behalf of Gips, to get

09:52AM 9    Professor Hummel involved, correct?

09:52AM 10   A.   (Through the translator.)   I would not call it -- call it

09:52AM 11   making a decision.   I asked for help.

09:52AM 12   Q.   You decided to ask for help?

09:52AM 13   A.   (Through the translator.)   I asked for help.

09:52AM 14   Q.   In your role as an employee of Gips, correct?

09:52AM 15   A.   (In English without translation.)   Yes.

09:52AM 16   Q.   And you wanted Professor Hummel to investigate and find

09:52AM 17   out what happened, correct?

09:52AM 18   A.   (Through the translator.)   First asked him what it was

09:53AM 19   possibly all about.

09:53AM 20   Q.   You're a mining engineer, correct?

09:53AM 21   A.   (In English without translation.)   Yes.

09:53AM 22   Q.   You were told pretty early on that there was sulfur

09:53AM 23   emanating from the Knauf drywall, correct?

09:53AM 24   A.   (Through the translator.)   I heard that there was a smell.

09:53AM 25   Q.   Did you subsequently find out that the smell was due to

**HOURLY TRANSCRIPT**

09:53AM  1    sulfur emanating from the drywall?

09:53AM  2    A.   (Through the translator.)  I didn't find out anything.

09:53AM  3             (Speaking English)  It's not me.

09:53AM  4    Q.   You were never told what the cause of the problem was?

09:53AM  5    A.   (Through the translator.)  To tell you the truth, even

09:54AM  6    today I don't know.

09:54AM  7    Q.   Well, if it affected production, wouldn't you be curious

09:54AM  8    to find out what the problem was?

09:54AM  9    A.   (Through the translator.)  I'm still curious to know what

09:54AM 10    the cause was.  But I cannot investigate this matter because

09:54AM 11    I'm not a chemist.

09:54AM 12    Q.   You appointed Professor Hummel to investigate this

09:54AM 13    problem, correct?

09:54AM 14    A.   (In English without translation.)  I asked him for help.

09:54AM 15    Q.   You asked him for help to investigate this problem?

09:54AM 16    A.   (In English without translation.)  I asked him for help.

09:54AM 17    Q.   To investigate this problem?

09:54AM 18    A.   (In English without translation.)  For help.

09:54AM 19    Q.   To do what?

09:54AM 20    A.   (In English without translation.)  To help.  Maybe he has

09:54AM 21    an idea what's going on.

09:55AM 22    Q.   Sure.  And you never asked him what the answer was that he

09:55AM 23    found?

09:55AM 24    A.   (In English without translation.)  Of course.  We did.

09:55AM 25    But it's not for me an answer.

**HOURLY TRANSCRIPT**

09:55AM  1    Q.   What is it that he told you that you don't believe was an

09:55AM  2    answer?

09:55AM  3    A.   (Through the translator.)   I cannot say that the research,

09:55AM  4    the investigations that -- that were carried out were

09:55AM  5    incorrect, but even today I cannot answer the question for

09:55AM  6    myself of what happened and why it happened.

09:55AM  7    Q.   What did Professor Hummel tell you?

09:55AM  8    A.   (Through the translator.)   He talked about impurities in

09:56AM  9    the gypsum, bacteria.   That's it.

09:56AM 10    Q.   Did he ever mention the word *sulfur* to you?

09:56AM 11    A.   (Through the translator.)   Gypsum is a sulfur stone.

09:56AM 12    Q.   Yes.   And part of the composition of gypsum involves

09:56AM 13    sulfur, correct?

09:56AM 14    A.   (Through the translator.)   Sulfide, sulfur compound.

09:56AM 15    Q.   And in that particular composition in gypsum, it's stable

09:56AM 16    and there is no sulfur emanating from the drywall, correct?

09:57AM 17    A.   (Through the translator.)   I cannot -- I will not answer

09:57AM 18    the question because I'm not a chemist?

09:57AM 19    Q.   Do you believe that stable, normal, nondefective drywall

09:57AM 20    is supposed to give off sulfur?

09:57AM 21    A.   (In English without translation.)   I don't know.

09:57AM 22    Q.   And you've never heard the word *sulfur* in relation to the

09:57AM 23    problem related to Chinese drywall?

09:57AM 24    A.   (In English without translation.)   I've heard about this?

09:57AM 25    Q.   You've heard about sulfur?

**HOURLY TRANSCRIPT**

09:57AM 1    A.   (In English without translation.)  Of course.

09:57AM 2    Q.   That was in relation to the production from the KPT plant

09:57AM 3    in Tianjin, correct?

09:57AM 4    A.   (Speaking English)  Again, please.

09:57AM 5         (Through the translator.)  In relation to the

09:57AM 6    product, not in relation to the production.

09:57AM 7    Q.   Sure.  But it was limited to just what came out of the KPT

09:57AM 8    plant, not the Wuhu plant, correct?

09:57AM 9    A.   (In English without translation.)  Correct.

09:58AM 10   Q.   That smell was related solely to some drywall that came

09:58AM 11   out of that KPT plant?

09:58AM 12   A.   (In English without translation.)  Correct.

09:58AM 13   Q.   For a limited time period?

09:58AM 14   A.   (In English without translation.)  Correct.

09:58AM 15   Q.   And that's what gave off the smell that -- that was a bad

09:58AM 16   smell?

09:58AM 17   A.   (In English without translation.)  Yes, correct.

09:58AM 18   Q.   And Professor Hummel told you this?

09:58AM 19   A.   (In English without translation.)  Yes.

09:58AM 20   Q.   And KPT knew this?

09:58AM 21   A.   (In English without translation.)  Yes.

09:58AM 22   Q.   And Gips knew this?

09:58AM 23   A.   (In English without translation.)  Of course, yes.

09:58AM 24   Q.   In 2006 after the --

09:58AM 25   A.   (In English without translation.)  In 2006, at the end of

**HOURLY TRANSCRIPT**

09:58AM 1   2006.

09:58AM 2   Q.   Yes.  Because that's when Professor Hummel completed his

09:58AM 3   investigation, correct?

09:58AM 4   A.   (In English without translation.)  Yes.

09:58AM 5   Q.   Did you do anything to assess whether the sulfur problem

09:58AM 6   related to the production at KPT?

09:58AM 7   A.   (Through the translator.)  Yes.

09:58AM 8   Q.   What did you do?

09:59AM 9   A.   (Through the translator.)  Well, in a way I sort of

09:59AM 10  sniffled it out with my nose.

09:59AM 11          (Speaking English)  Step by step.

09:59AM 12  Q.   Okay.  And what did you figure out the problem was, based

09:59AM 13  on your nose?

09:59AM 14  A.   (In English without translation.)  Nothing.  Nothing.

09:59AM 15  There was no smell at this time.  That was in November.  At

09:59AM 16  this time there was no smell.

09:59AM 17  Q.   So what did you do next?

09:59AM 18  A.   (In English without translation.)  The first thing we

09:59AM 19  did --

09:59AM 20          (Through the translator.)  We changed the supplier.

09:59AM 21  Q.   When did that take place?

09:59AM 22  A.   (Through the translator.)  Right away, in October.

09:59AM 23  Q.   Of 2006?

10:00AM 24  A.   (In English without translation.)  Yes.

10:00AM 25  Q.   The supplier of what?

**HOURLY TRANSCRIPT**

10:00AM  1    A.   (Through the translator.)  Of the raw gypsum.  And we

10:00AM  2    mixed it with the chemical gypsum.

10:00AM  3    Q.   You changed the formula from 50 percent natural gypsum to

10:00AM  4    80 percent -- I'm sorry.  You reduced from 50 percent natural

10:00AM  5    gypsum to 20 percent natural gypsum?

10:00AM  6    A.   (In English without translation.)  Yes.

10:00AM  7    Q.   Who made that decision?

10:00AM  8    A.   (In English without translation.)  It was a recommendation

10:00AM  9    from -- from me.

10:00AM 10    Q.   Because you knew you had a problem with the natural gypsum

10:00AM 11    that was coming out of KPT plant?

10:00AM 12    A.   (In English without translation.)  Could only be this

10:00AM 13    problem, yes.

10:00AM 14    Q.   Did you consult with Professor Hummel before you did that?

10:00AM 15    A.   (In English without translation.)  Yes.

10:00AM 16    Q.   And he agreed with you?

10:00AM 17    A.   (In English without translation.)  Yes.

10:00AM 18    Q.   And you told KPT they should change their production,

10:00AM 19    correct?

10:01AM 20    A.   (In English without translation.)  Raw material.  I said,

10:01AM 21    if we change the raw material, we will not have this problem

10:01AM 22    anymore.

10:01AM 23    Q.   Sure.  In October of 2006, KPT knew that the production

10:01AM 24    that they had shipped to the United States was defective,

10:01AM 25    correct?

**HOURLY TRANSCRIPT**

10:01AM 1   A.   (In English without translation.)  Yes.

10:01AM 2   Q.   Mark Norris knew this at that time, correct?

10:01AM 3   A.   (Through the translator.)  I would like to clarify

10:01AM 4   something.  It was not a question of deliveries that went

10:01AM 5   exclusively to the United States.  It was a question of a

10:01AM 6   certain time period.  And within this time period, products

10:01AM 7   were delivered to the United States, yes, but also to other

10:02AM 8   clients.

10:02AM 9   Q.   Sure.  It wasn't limited to a U.S. problem, it was a

10:02AM 10  problem in other places as well?

10:02AM 11  A.   (Through the translator.)  No.

10:02AM 12  Q.   Okay.  Please explain.

10:02AM 13  A.   (Through the translator.)  The deliveries that were

10:02AM 14  sent -- the products that were sent to the United States were

10:02AM 15  produced in a time period of about six months.  But not all the

10:02AM 16  production within the six months went to the United States.

10:02AM 17          Roughly, I would say, that 50 -- about 50 percent of

10:02AM 18  the production went to the United States, and the other

10:02AM 19  50 percent went to the local market.  But the problem only

10:03AM 20  existed in the United States.

10:03AM 21  Q.   Well, the sulfur could be emanating in the local market,

10:03AM 22  but nobody has done anything about it, correct?  Do you know?

10:03AM 23  A.   (Speaking English)  No.  There was no smell.

10:03AM 24  Q.   Did you do something to check the local market?

10:03AM 25  A.   (In English without translation.)  They checked the local

**HOURLY TRANSCRIPT**

10:03AM 1   market, KPT.

10:03AM 2   Q.   When did they do their check?

10:03AM 3   A.   (In English without translation.)  When the first

10:03AM 4   information came from the U.S. there is something wrong.

10:03AM 5   Q.   In 2006?

10:03AM 6   A.   (In English without translation.)  Yes.

10:03AM 7   Q.   And they -- the local market had no problem?

10:03AM 8   A.   (In English without translation.)  Nothing.

10:03AM 9   Q.   But in the U.S. there was a problem?

10:03AM 10  A.   (In English without translation.)  Yes.

10:03AM 11  Q.   And KPT and Gips knew in 2006?

10:03AM 12  A.   (In English without translation.)  Yes.

10:03AM 13  Q.   And in October of 2006, both Gips and KPT thought it was

10:03AM 14  necessary to change the supplier at KPT, correct?

10:04AM 15  A.   (In English without translation.)  Yes.

10:04AM 16  Q.   What exactly were the Knaufs, Nicolas and Baldwin, told,

10:04AM 17  in January of 2007?

10:04AM 18  A.   (Through the translator.)  That boards have been installed

10:04AM 19  in the United States, and the houses where they had been

10:04AM 20  installed had a bad smell.

10:04AM 21  Q.   Are you aware of a directive from Baldwin Knauf to give no

10:04AM 22  written statements related to the drywall problem in the

10:04AM 23  United States?

10:04AM 24  A.   (In English without translation.)  Is that written there?

10:04AM 25  Q.   I'm going to show you in a second, but I'm first asking

**HOURLY TRANSCRIPT**

10:04AM 1    whether you're aware of such a directive?

10:04AM 2    A.   (In English without translation.)  I do not remember,

10:04AM 3    really.

10:04AM 4    Q.   Do you remember whether they ever asked you not to put

10:05AM 5    anything in writing on this topic?

10:05AM 6    A.   (In English without translation.)  Yes.

10:05AM 7    Q.   They did ask you?

10:05AM 8    A.   (In English without translation.)  Yes.

10:05AM 9    Q.   And that's something they asked of all -- all the people

10:05AM 10   involved?

10:05AM 11   A.   (In English without translation.)  Yes.

10:05AM 12   Q.   Was to not put anything in writing?

10:05AM 13   A.   (In English without translation.)  Yes.

10:05AM 14   Q.   Do you remember the name Banner Supply?

10:05AM 15   A.   (Through the translator.)  I've heard of it.

10:05AM 16   Q.   In what context have you heard of it?

10:05AM 17   A.   (Through the translator.)  That he delivered boards from

10:05AM 18   us that went through him.

10:05AM 19   Q.   And how did you hear that?

10:05AM 20   A.   (Through the translator.)  The name was mentioned, and I

10:05AM 21   asked who it was, who that was.

10:05AM 22   Q.   And that was back in 2006, when --

10:05AM 23   A.   (Through the translator.)  I don't recall.  It was at the

10:06AM 24   change of years, and I don't know whether certain things were

10:06AM 25   said and happened in November, December or in January of the

**HOURLY TRANSCRIPT**

10:06AM 1    following year.

10:06AM 2    Q.   But it was during that time frame?

10:06AM 3    A.   (In English without translation.)   It was this -- time

10:06AM 4    frame, yes.

10:06AM 5    Q.   Do you recall anybody other than Professor Hummel talking

10:06AM 6    about a strategy of telling others in the United States that

10:06AM 7    this was just a natural smell and nothing to worry about?

10:06AM 8    A.   (In English without translation.)   No.

10:06AM 9    Q.   Have you ever seen any report from Professor -- from

10:06AM 10   Professor Hummel that says, "I can try to tell people in the

10:06AM 11   United States that it was just a natural smell and nothing to

10:06AM 12   worry about"?

10:06AM 13   A.   (In English without translation.)   No.

10:06AM 14   Q.   If you'd seen such reports, you'd probably object and say,

10:07AM 15   "That's not correct," right?

10:07AM 16   A.   (Not translated.  Answered in German.)   I never -- I never

10:07AM 17   experienced a smell, and that's why I cannot say -- if certain

10:07AM 18   people say this is -- the smell was this or that, I cannot say

10:07AM 19   that it was so, that it was not so.

10:07AM 20   Q.   And you knew that Professor Hummel was hiring different

10:07AM 21   institutes in Germany to perform an investigation about whether

10:07AM 22   there were any problems with the drywall, correct?

10:07AM 23   A.   (In English without translation.)   Yes, there was an

10:07AM 24   institute involved, yes.

10:07AM 25   Q.   The Fraunhofer Institute?

**HOURLY TRANSCRIPT**

10:07AM 1    A.   (In English without translation.)  I think so.

10:07AM 2    Q.   When you heard in 2006 that sulfur was coming out of this

10:07AM 3    drywall, did you do anything to investigate whether the sulfur

10:08AM 4    from that drywall could cause corrosion?

10:08AM 5    A.   (In English without translation.)  I was not in the U.S.

10:08AM 6    I was not involved in this.  I don't know what they -- what

10:08AM 7    they tried and test.  I don't know.

10:08AM 8    Q.   But you understood that if sulfur was emanating in a

10:08AM 9    house, circulating around with the air conditioning, that

10:08AM 10   that's probably something that should be checked, correct?

10:08AM 11   A.   (In English without translation.)  I never thought about

10:08AM 12   this.

10:08AM 13   Q.   Sure.  But as an engineer, you understand that sulfur

10:08AM 14   could have an impact on the metals if it's circulating around a

10:08AM 15   house, correct?

10:08AM 16   A.   (In English without translation.)  Yes.

10:08AM 17   Q.   You knew that, internally, Knauf employees were saying,

10:08AM 18   "This could be a huge problem for us in the U.S.," didn't you?

10:08AM 19   A.   I never discussed that with anybody.

10:09AM 20   Q.   But it was an important enough problem for Knauf -- for

10:09AM 21   the Knauf enterprise that you went and informed Nicholas and

10:09AM 22   Baldwin, correct?

10:09AM 23   A.   (In English without translation.)  Yes.

10:09AM 24   Q.   Is there anybody higher up in the Knauf organization that

10:09AM 25   we don't know about?

**HOURLY TRANSCRIPT**

10:09AM 1    A.   (In English without translation.)  Isabel.

10:09AM 2    Q.   They are the top, right?

10:09AM 3    A.   (No translation.)  (Witness nods head affirmatively.)

10:09AM 4    Q.   And they knew about this either in January or -- 2007 or

10:09AM 5    earlier, correct?

10:09AM 6    A.   (In English without translation.)  Yes.

10:09AM 7    Q.   You don't go to Nicholas or Baldwin with any little thing

10:09AM 8    that comes up, do you?

10:09AM 9    A.   (In English without translation.)  No.

10:09AM 10   Q.   You just go to them with important problems?

10:09AM 11   A.   (In English without translation.)  Yes.

10:09AM 12   Q.   And their response was, "Don't put anything in writing and

10:09AM 13   let's keep investigating"; is that right?

10:09AM 14   A.   (In English without translation.)  I think this is the

10:09AM 15   response, this meeting, I guess.

10:09AM 16   Q.   And you understood that Professor Hummel had received some

10:10AM 17   results of the investigation that he and an independent

10:10AM 18   institute had conducted, correct?

10:10AM 19   A.   (In English without translation.)  Yes.

10:10AM 20   Q.   Were you involved at all with any entity conducting an

10:10AM 21   investigation in the United States in the 2006-2007 time frame?

10:10AM 22   A.   No.

10:10AM 23   Q.   Have you ever heard of a company called CTEH?

10:10AM 24   A.   (In English without translation.)  No.

10:10AM 25   Q.   Center for Toxicology and Environmental Health?

**HOURLY TRANSCRIPT**

10:10AM 1   A.  (In English without translation.)  No.

10:10AM 2   Q.  Were you aware that lawyers for Knauf KPT hired their own

10:10AM 3   investigative team to conduct an investigation in the

10:10AM 4   United States?

10:10AM 5   A.  (In English without translation.)  No.

10:10AM 6         THE COURT:  This is a good time.  Let's take a

10:11AM 7   15-minute break at this time.  Court will stand in recess.

10:11AM 8         THE COURT SECURITY OFFICER:  All rise.

10:11AM 9         (WHEREUPON, at 10:11 a.m. the jury panel leaves the

10:34AM 10   courtroom and then a brief recess was taken.)

10:34AM 11         THE DEPUTY CLERK:  All rise.

10:34AM 12         THE COURT:  Bring them in.

10:34AM 13         (WHEREUPON, at 10:34 a.m. the jury panel enters the

10:34AM 14   courtroom.)

10:34AM 15         THE COURT:  Be seated, please.  We've asked to put

10:34AM 16   the air conditioner up a little bit, meaning the heat, so -- I

10:34AM 17   notice everybody is cold, so I'll do that.  We've done that

10:35AM 18   hopefully.  If it gets too hot, somebody give me a nod to put

10:35AM 19   it down.

10:35AM 20         (WHEREUPON, at this point in the proceedings, there

10:35AM 21   was a conference held at the bench.)

10:35AM 22         MR. SEEGER:  This is a little unusual.  I think I'm

10:35AM 23   right about this.  Someone alerted us that the mother of a

10:35AM 24   juror is sitting in the back of the courtroom.  Next to a

10:35AM 25   North River lawyer or negotiator.  And there is no wrongdoing,

**HOURLY TRANSCRIPT**

10:35AM 1   I don't say there is.  I think we want to avoid any kind of a

10:35AM 2   problem.

10:35AM 3           MR. DUPLANTIER:  I asked who the person was sitting

10:35AM 4   next to her and she didn't know.

10:35AM 5           MR. SEEGER:  That's good.  We don't want --

10:35AM 6           MR. MEUNIER:  Let me add a fact about it.  One of the

10:35AM 7   jurors is like a 23-year-old who lives with her parents in

10:35AM 8   Mandeville.  I think this is the mother of that juror.  I think

10:36AM 9   she's probably driving her in every day and driving home with

10:36AM 10  her.  I'm not saying they are talking about the case, but mom

10:36AM 11  is here.  And to the extent, mom is here --

10:36AM 12          MR. SEEGER:  Keep the lawyers away.

10:36AM 13          MR. MEUNIER:  Mom may be overhearing things that get

10:36AM 14  talked about.

10:36AM 15          THE COURT:  Which one is she?

10:36AM 16          MR. SEEGER:  I don't want to turn around.

10:36AM 17          THE COURT:  How do you all suggest I handle it?

10:36AM 18          MR. SEEGER:  I think you have to tell the lawyers at

10:36AM 19  the break, paralegals, everybody with the teams to stay away or

10:36AM 20  keep their mouths quiet.

10:36AM 21              You would want this from us as well.  I haven't

10:36AM 22  seen anything go --

10:36AM 23          MR. RISLEY:  I appreciate that.

10:36AM 24          THE COURT:  What do you-all suggest?

10:36AM 25          MR. DUPLANTIER:  Why don't you just ask her to move?

**HOURLY TRANSCRIPT**

10:36AM 1          MR. SEEGER:  That's a good start.  And we're going to

10:36AM 2    tell everyone on our team to stay away.

10:36AM 3          MR. DUPLANTIER:  I don't know there is anything else

10:36AM 4    we can do.

10:36AM 5          THE COURT:  I'll alert at the end of the day, I'll

10:36AM 6    tell the jurors and anybody associated with the jurors, driver

10:37AM 7    or family member --

10:37AM 8          MR. MEUNIER:  Actually, I heard about this yesterday.

10:37AM 9    Denise told me they thought this was the mom, and she's

10:37AM 10   hanging out in the hall and she's hearing lawyers talk and

10:37AM 11   hearing other people talk.  I asked Denise, just let us know if

10:37AM 12   we're talking near her so we can separate ourselves from it.

10:37AM 13         MR. DUPLANTIER:  I try not to talk in the hallways.

10:37AM 14         MR. SEEGER:  We'll be super careful now.

10:37AM 15         MR. ANGELLE:  Judge, let's have two minutes.  I can

10:37AM 16   talk to Brian Martin and he can then talk to the -- and have

10:37AM 17   her move altogether.

10:37AM 18         MR. DUPLANTIER:  I wouldn't have her just move.

10:37AM 19   Have -- just sit there quietly until this is done.  And then

10:37AM 20   have her move next time.  Don't highlight the issue.

10:37AM 21         MR. MEUNIER:  Don't make that a big deal.

10:37AM 22         THE COURT:  Okay.  Thanks.

10:37AM 23         MR. GRAU:  Judge, I think Dean told you, it's exactly

10:37AM 24   an hour and a half.

10:37AM 25              (WHEREUPON, at this point in the proceedings, the

**HOURLY TRANSCRIPT**

10:38AM 1    bench conference concluded.)

10:38AM 2                THE COURT:  Are we ready?

10:38AM 3                MR. GRAU:  Yes, Your Honor.

10:38AM 4                THE COURT:  All right.

10:38AM 5                (WHEREUPON, at this point in the proceedings, the

10:38AM 6    videotaped deposition of MARTIN HALBACH resumed.)

10:38AM 7                            EXAMINATION

10:38AM 8    SPEAKER:

10:38AM 9    Q.   When it says under Number 1, last sentence, *these*

10:38AM 10   *complaint board samples are tested again in our laboratory*, do

10:38AM 11   you know what laboratory that's referring to?

10:38AM 12   A.   (In English without translation.)  It's a laboratory from

10:38AM 13   Dongguan plant.

10:39AM 14   Q.   What kind of laboratory did Dongguan have for testing

10:39AM 15   board samples?  What kind of lab did it have?

10:39AM 16   A.   (Through the translator.)  It's a production lab where

10:39AM 17   these boards are being tested.

10:39AM 18   Q.   What kind of tests were being run there?  What's the

10:39AM 19   capability of that lab?

10:39AM 20   A.   (In English without translation.)  To test according to

10:39AM 21   the standards.

10:39AM 22   Q.   Do you know if any of those plants test for sulfur

10:39AM 23   content?

10:39AM 24   A.   (In English without translation.)  No.

10:39AM 25   Q.   You don't know?

                              **HOURLY TRANSCRIPT**

10:39AM 1   A.   (In English without translation.)  No, they don't have.

10:39AM 2   Q.   They don't do testing?

10:39AM 3   A.   (In English without translation.)  No.

10:39AM 4   Q.   Do you know if a test for sulfur is possible?

10:40AM 5   A.   (In English without translation.)  I'm not a chemist.

10:40AM 6   Q.   I understand, sir.

10:40AM 7   A.   (In English without translation.)  I don't know.

10:40AM 8   Q.   Have you, as head of production for Knauf Gips, ever

10:40AM 9   checked to see whether there's a test that can be done for

10:40AM 10  sulfur emissions from drywall?

10:40AM 11  A.   (In English without translation.)  No, I didn't.

10:40AM 12  Q.   Are you aware if anybody else within the Knauf enterprise

10:40AM 13  has?

10:40AM 14  A.   (In English without translation.)  Professor Hummel.

10:40AM 15  Q.   Have you had any discussion with him about that?

10:40AM 16  A.   (In English without translation.)  No.

10:40AM 17  Q.   Have you -- do they have the ability to test for any

10:40AM 18  impurities?

10:40AM 19  A.   (In English without translation.)  Yes.

10:40AM 20  Q.   Which ones?

10:40AM 21  A.   (In English without translation.)  Salt, clay, calcium

10:40AM 22  carbonate, and magnesium.

10:40AM 23  Q.   Did they do any testing related to the drywall problem in

10:40AM 24  reference -- that came to the United States?

10:40AM 25  A.   (In English without translation.)  I don't know.

**HOURLY TRANSCRIPT**

10:41AM 1    Q.   Since the United States drywall problem, the drywall that

10:41AM 2    Knauf sold to the United States, has Knauf changed any of its

10:41AM 3    testing?

10:41AM 4    A.   (In English without translation.)  We have people who do

10:41AM 5    the smell test.

10:41AM 6    Q.   And that's you sniff the drywall?

10:41AM 7    A.   (In English without translation.)  You prepare the wall

10:41AM 8    and then you use your nose.

10:41AM 9    Q.   Who is responsible for sniffing for Knauf?

10:41AM 10   A.   (In English without translation.)  The local laboratory.

10:41AM 11   Q.   So is there a local laboratory at KPT?

10:41AM 12   A.   (In English without translation.)  Yes.

10:41AM 13   Q.   Was it in existence if 2006?

10:41AM 14   A.   (In English without translation.)  Yes.

10:41AM 15   Q.   Do you know what kind of testing they did?

10:41AM 16   A.   (In English without translation.)  What I said before,

10:41AM 17   not -- not the smell test, only impurities, salt and clay

10:41AM 18   and -- purity.

10:41AM 19   Q.   When was --

10:41AM 20   A.   (In English without translation.)  And see the finished

10:42AM 21   product, of course.

10:42AM 22   Q.   When was this smell test implemented?

10:42AM 23   A.   (In English without translation.)  One year ago.

10:42AM 24   Q.   At whose instruction?

10:42AM 25   A.   (In English without translation.)  The test was developed

**HOURLY TRANSCRIPT**

10:42AM 1    by Hummel.

10:42AM 2    Q.   At whose instruction was it implemented by the Knauf

10:42AM 3    enterprises Chinese plants?

10:42AM 4    A.   (In English without translation.)  I asked them to make

10:42AM 5    these tests.

10:42AM 6    Q.   So it was at your instruction?

10:42AM 7    A.   (In English without translation.)  Recommendation is to

10:42AM 8    avoid further problems, and that it would be good to implement

10:42AM 9    this test.

10:42AM 10    Q.   Do you see where in this production report it talks about

10:42AM 11    *tight supply*?

10:42AM 12    A.   (In English without translation.)  What supply?

10:42AM 13    Q.   Tight.

10:42AM 14         Under Number 2.  I'll direct you to the last sentence

10:42AM 15    of the first paragraph in Number 2.

10:42AM 16    A.   (In English without translation.)  Yeah.

10:42AM 17    Q.   You knew until 2006 that the supply was tight?

10:43AM 18    A.   (In English without translation.)  Uh-huh (affirmative

10:43AM 19    response).

10:43AM 20    Q.   Is it true that as a result you used less quality gypsum?

10:43AM 21    A.   (In English without translation.)  I don't know.  The

10:43AM 22    gypsum was short.  That is what I know.

10:43AM 23    Q.   Did the suppliers change in 2006 at all for the gypsum?

10:43AM 24    A.   (In English without translation.)  No.

10:43AM 25    Q.   Other than in October of 2006?

**HOURLY TRANSCRIPT**

10:43AM 1    A.   (Through the translator.)  No.

10:43AM 2    Q.   There were supply issues, however, in 2006, correct?

10:44AM 3    A.   (Through the translator.)  Apparently, that's what it says

10:44AM 4    here.

10:44AM 5    Q.   That's an e-mail that you received in 2005?

10:44AM 6    A.   (In English without translation.)  Yes.

10:44AM 7    Q.   And you understood that Knauf enterprise was focusing to

10:44AM 8    target the U.S. market for drywall sales, correct?

10:44AM 9    A.   (In English without translation.)  Yes.

10:44AM 10   Q.   And the portion that's particularly relevant to you is to

10:44AM 11   make sure that the Chinese plants that Knauf has are ready,

10:44AM 12   capacity-wise, to send drywall to the United States if the need

10:44AM 13   arises, correct?

10:44AM 14   A.   (In English without translation.)  Yes.

10:44AM 15   Q.   Did you, in your capacity in charge of production for the

10:44AM 16   Asian Knauf plants, think that anybody should be reviewed or

10:44AM 17   adversely impacted as a result of the Knauf fiasco in the

10:44AM 18   United States?

10:45AM 19   A.   (Through the translator.)  Yes.  But that person is not

10:45AM 20   any longer with the company.

10:45AM 21   Q.   Who was that person?

10:45AM 22   A.   (In English without translation.)  ChenJie.

10:45AM 23   Q.   What did ChenJie do that you believe was bad?

10:45AM 24   A.   (Through the translator.)  If it -- if it had been the

10:45AM 25   case -- if it was the case that this problem was an internal

**HOURLY TRANSCRIPT**

10:45AM 1    problem, this should have caused problems -- problems for him.

10:45AM 2            If the problem were in the plant during production,

10:46AM 3    then he should have a problem.

10:46AM 4    Q.   Do you know if he did have a problem?

10:46AM 5    A.   (In English without translation.)  I don't know.

10:46AM 6    Q.   Did you check?

10:46AM 7    A.   (In English without translation.)  No.  It was -- I was

10:46AM 8    aware about this in October, November.  That was the first

10:46AM 9    time.

10:46AM 10   Q.   Of 2006?

10:46AM 11   A.   (In English without translation.)  Yes.

10:46AM 12   Q.   And did you do anything, in your capacity, to let anybody

10:46AM 13   know that this person should be reprimanded?

10:46AM 14   A.   Back then it was not clear at all what the cause of this

10:46AM 15   problem was, and we can't judge somebody before we know what

10:46AM 16   really happened.

10:46AM 17   Q.   When did it become clear to Knauf what this problem was,

10:46AM 18   what the cause of the problem was?

10:46AM 19   A.   (Not translated.  Answered in German.)  At the end of

10:46AM 20   2007.

10:46AM 21   Q.   I'm a little confused by that because in October of 2006,

10:47AM 22   Knauf takes action and changes the composition of the board,

10:47AM 23   correct?

10:47AM 24   A.   (In English without translation.)  Yes.

10:47AM 25   Q.   If it doesn't find out what the cause of the problem was

**HOURLY TRANSCRIPT**

10:47AM 1    until the end of 2007, how is it that in 2006 it had already

10:47AM 2    responded?

10:47AM 3    A.   We did not find out the cause of the problem in 2006.  We

10:47AM 4    just knew that we had delivered bad material, and we tried to

10:48AM 5    deal with the problems.  We -- we ran several tests --

10:48AM 6    actually, Professor Hummel ran several tests.  But the reason

10:48AM 7    for this whole problem did not become clear until 2007.

10:48AM 8    Q.   I'll show you what's been marked as Exhibit 27.  It's

10:48AM 9    KPT 24088-94.  In response to the problems that you were

10:48AM 10   hearing about in the United States, Knauf started doing an

10:48AM 11   investigation, correct?

10:48AM 12   A.   I remember that very well because it was the first call

10:49AM 13   for help by Mark Norris.

10:49AM 14              (In English.)  For real help.

10:49AM 15              (Through translator.)  For real help.

10:49AM 16              In English.)  For real help.

10:49AM 17   Q.   How do you distinguish real help from just help?

10:49AM 18   A.   (In English without translation.)  There was a --

10:49AM 19              (Answered in German.)  It started out with houses

10:49AM 20   smelling.  So Mark called us and said, "This and this happened.

10:49AM 21   Maybe we need your help."  He traveled to the United States,

10:49AM 22   and then it turned out that there were more cases than had been

10:49AM 23   indicated over the phone at first, so that's when he rang the

10:49AM 24   alarm.

10:49AM 25   Q.   And the alarm Mr. Norris sounded was, "Please let me know,

**HOURLY TRANSCRIPT**

10:50AM 1    as these Americans are crazy when it comes to suing each other

10:50AM 2    in court, and I do not want Knauf dragged into a court case,"

10:50AM 3    right?

10:50AM 4    A.   That's what he said.

10:50AM 5    Q.   And your response to that was, "Everybody has to stay away

10:50AM 6    from this.  This will be handled by Professor Hummel."

10:50AM 7    Correct?

10:50AM 8    A.   (Not translated.)  That's right.  And I didn't mean it the

10:50AM 9    way it sounds.  Well, all of a sudden things went wild, the

10:50AM 10   information -- different information came from the left and the

10:51AM 11   right, from above and below, and I called Professor Hummel and

10:51AM 12   asked him to help, and he said yes, he was going to help.

10:51AM 13           And then I said -- and maybe I didn't express myself

10:51AM 14   very clearly.  I wanted to say that the informations were only

10:51AM 15   going to be received from Mr. -- from Professor Hummel and

10:51AM 16   nobody else.

10:52AM 17   Q.   Sure.  And this was an instance where you're giving

10:52AM 18   instructions to everybody to stay away from this, right?

10:52AM 19   A.   (In English without translation.)  Yeah.

10:52AM 20   Q.   And that was an instruction to KPT, correct?  Mark Norris?

10:52AM 21   A.   Yes.

10:52AM 22   Q.   ChenJie?

10:52AM 23   A.   (In English without translation.)  Yes.  It's written

10:52AM 24   here.  It's written here.

10:52AM 25   Q.   Do you recognize Exhibit 38, KPT 40544?  You received this

**HOURLY TRANSCRIPT**

10:52AM 1    e-mail, right?

10:52AM 2    A.   (In English without translation.)  Yes.  It's written

10:52AM 3    here.

10:52AM 4    Q.   As of November 10, 2006, Professor Hummel knew that Knauf

10:52AM 5    had a serious problem, correct?

10:52AM 6    A.   (In English without translation.)  It's written here.

10:52AM 7    Q.   And you knew that Knauf had a serious problem with the

10:52AM 8    U.S. -- the board that went into the U.S.?

10:52AM 9    A.   Yes.

10:52AM 10   Q.   At this time Knauf is aware that there's a problem, and

10:52AM 11   yet Professor Hummel is discussing with Isabel convincing the

10:52AM 12   companies that the odor is no problem; is that your

10:53AM 13   understanding?

10:53AM 14   A.   (In English without translation.)  You have to ask -- you

10:53AM 15   have to ask Professor Hummel this.

10:53AM 16   Q.   Well, you work for Knauf Gips, right?

10:53AM 17   A.   (In English without translation.)  Yes.

10:53AM 18   Q.   And you worked for Knauf Gips in November of 2006,

10:53AM 19   correct?

10:53AM 20   A.   (In English without translation.)  Yes.

10:53AM 21   Q.   And at that time you knew that there was a problem, and

10:53AM 22   you also saw Professor Hummel's proposal that he convinced the

10:53AM 23   companies that this is a 100 percent natural problem and no

10:53AM 24   problem, correct?

10:53AM 25   A.   (In English without translation.)  It's written here.

**HOURLY TRANSCRIPT**

10:53AM 1    Yes, it's written here.

10:53AM 2    Q.   Did you write back to Professor Hummel and say --

10:53AM 3    A.   (In English without translation.)  No.

10:53AM 4    Q.   Let me finish my question, please.

10:53AM 5         -- "You shouldn't try to convince them that this

10:53AM 6    isn't hazardous and it's a 100 percent natural product until we

10:53AM 7    first do an investigation and find out if there is a problem"?

10:53AM 8    A.   (Not translated.  Answered in German.)  I did not respond

10:53AM 9    to that e-mail.

10:53AM 10   Q.   Are you familiar with a company named Interior Exterior

10:54AM 11   Building Supply?

10:54AM 12   A.   No.

10:54AM 13   Q.   Have you ever heard that Interior Exterior Building Supply

10:54AM 14   was a customer of some of the Knauf entities?

10:54AM 15   A.   No.

10:54AM 16   Q.   I'm going to hand you what's been previously marked as

10:54AM 17   Exhibit Number 40.  At this deposition it's Knauf Gips 32131,

10:54AM 18   and that includes a translation that I had had done.  If you'll

10:54AM 19   look at that, please, along with your counsel.

10:54AM 20        Do you recall receiving this on November 21st, 2006?

10:54AM 21   A.   (In English without translation.)  Yes.

10:54AM 22   Q.   And this is you getting partial results of

10:54AM 23   Professor Hummel's investigation?

10:54AM 24   A.   (In English without translation.)  Yes.

10:54AM 25   Q.   Is that a yes, sir?

**HOURLY TRANSCRIPT**

10:54AM 1   A.   (In English without translation.)  Yes.

10:54AM 2   Q.   And where was he getting this information from, do you

10:55AM 3   know?

10:55AM 4   A.   I don't know.

10:55AM 5   Q.   You were in China at the time of this e-mail?

10:55AM 6   A.   (In English without translation.)  Yes.  I was on my way.

10:55AM 7   Q.   On your way.  What was the purpose of you going to China

10:55AM 8   for that trip?

10:55AM 9   A.   (In English without translation.)  To look -- the

10:55AM 10  situation -- the current situation in that plant and --

10:55AM 11         (Through translator.)  I went there in order to try

10:55AM 12  to understand and find some evidence for what had happened.

10:55AM 13  Q.   Sure.  You were investigating the U.S. drywall fiasco,

10:55AM 14  Knauf fiasco, correct?

10:55AM 15  A.   (In English without translation.)  Yes.

10:55AM 16  Q.   Who made the decision that you were going to do that in

10:55AM 17  China in November of 2006?

10:55AM 18  A.   (No translation.  Answered in German.)  I was asked to do

10:56AM 19  that by the shareholders.

10:56AM 20  Q.   When were you asked to do that by the shareholders?

10:56AM 21  A.   Maybe one week before.

10:56AM 22  Q.   And you had that discussion with them about a week before

10:56AM 23  this e-mail, correct?

10:56AM 24  A.   (No translation.  Answered in German.)  No.  We didn't

10:56AM 25  have the discussion.  I was asked to travel to China to

**HOURLY TRANSCRIPT**

10:56AM 1  investigate what had happened and to find some evidence of what

10:56AM 2  had occurred.

10:56AM 3  Q.   Who asked you to do that?

10:56AM 4  A.   (In English without translation.)   Hummel.

10:56AM 5  Q.   Professor Hummel asked you?

10:56AM 6  A.   (In English without translation.)   Yes.

10:56AM 7  Q.   As of November 21st, 2006, you suspected that the

10:56AM 8  LuNeng Mine was the problem, correct?

10:56AM 9  A.   (In English without translation.)   Yes.

10:56AM 10  Q.   Do you know that the LuNeng Mine was the problem?

10:57AM 11  A.   (In English without translation.)   We -- we -- we -- we

10:57AM 12  assumed.

10:57AM 13  Q.   Why was that your assumption?

10:57AM 14  A.   (No translation.  Answered in German.)   Well, if

10:57AM 15  Professor Hummel talks about sulfur, the only possible way of

10:57AM 16  introducing sulfur is through the gypsum.

10:57AM 17  Q.   And you knew at this point that the gypsum at issue was

10:57AM 18  the one that was coming from the LuNeng Mine, correct?

10:57AM 19  A.   Not this gypsum, no.  No.  Because this gypsum comes from

10:57AM 20  after we introduce changes, made changes.

10:57AM 21  Q.   So why are you investigating this gypsum?

10:58AM 22  A.   This was a different gypsum, and we wanted to make sure

10:58AM 23  that with this newer gypsum we wouldn't have the same problems

10:58AM 24  we had earlier.

10:58AM 25  Q.   But you had a -- where was -- where did the new supplier

**HOURLY TRANSCRIPT**

10:58AM  1    get its gypsum from?

10:58AM  2    A.   I don't know.  I just know that it was a different gypsum.

10:58AM  3    Q.   If you're getting different -- was that different

10:58AM  4    gypsum -- that different gypsum was not from the LuNeng Mine,

10:58AM  5    correct?

10:58AM  6    A.   LuNeng is a large company in China with its headquarters

10:58AM  7    in the Shandong province.  The Shandong province has a size of

10:59AM  8    400 by 400 kilometers, approximately.  And geologically

10:59AM  9    speaking, it's a huge basin.  And this basin was the

10:59AM 10    prerequisite for this gypsum to exist.

10:59AM 11         And this is the area where the main supplies of

10:59AM 12    gypsum in China are coming from.  And if you drive through this

11:00AM 13    area, you see a mine just about every 5 kilometers, and most of

11:00AM 14    these mines belong to LuNeng.

11:00AM 15         And when these problems first occurred in the

11:00AM 16    United States, we changed the mine, but it was still a mine of

11:00AM 17    LuNeng.

11:00AM 18    Q.   So when is it your testimony that you believe you were in

11:00AM 19    China?

11:00AM 20    A.   I was in China on November 20th, 21st, and 22nd of 2006.

11:00AM 21    Q.   So this LuNeng Mine report came after your investigation

11:01AM 22    and visit to China; is that correct?

11:01AM 23    A.   (In English without translation.)  That's correct.

11:01AM 24    Q.   Do you know why the report that is Exhibit 41 that was

11:01AM 25    forwarded to you in December of 2006, why somebody was

**HOURLY TRANSCRIPT**

11:01AM 1    investigating the mine that is referenced in that report?

11:01AM 2    A.   (No translation.  Answered in German.)  Well, as I

11:01AM 3    testified earlier, we assumed that the problems in the

11:01AM 4    United States had to do with the gypsum.

11:01AM 5    Q.   And the mine that is referenced in the internal Knauf

11:01AM 6    report --

11:01AM 7    A.   (No translation.  Answered in German.)  As I said earlier,

11:01AM 8    I do not know whether the gypsum came from the mine that is

11:01AM 9    mentioned here.  I only know that the gypsum came from the

11:01AM 10   general area.

11:01AM 11   Q.   What was the result of that investigation that you

11:01AM 12   conducted in November of 2006 related to the United States

11:02AM 13   Knauf problem?

11:02AM 14   A.   Which investigation do you refer to?

11:02AM 15   Q.   The one where you went to China and met with people trying

11:02AM 16   to investigate what the problem was.

11:02AM 17   A.   (No translation.  Answered in German.)  As I said earlier,

11:02AM 18   I tried to understand and to re -- to understand what had

11:02AM 19   happened there, and I did not find a parallel to what had

11:02AM 20   happened in the United States.

11:02AM 21   Q.   Okay.  Was there -- did you reach any conclusions as a

11:02AM 22   result of your investigation?

11:02AM 23   A.   For me, the product, the way it was manufactured there,

11:03AM 24   was okay.

11:03AM 25   Q.   The test that you're conducting since last year for

**HOURLY TRANSCRIPT**

11:03AM 1    sulfur, it was something that the technology for which existed

11:03AM 2    prior to 2006, correct?

11:03AM 3    A.   No.   There was no possibility to determine sulfur in the

11:03AM 4    gypsum.   It was just a sniff test.

11:03AM 5    Q.   And that sniff test was not done prior to 2006, correct?

11:04AM 6    A.   (No translation.  Answered in German.)   No.

11:04AM 7    Q.   It was possible for it to have been done; just nobody was

11:04AM 8    doing it, right?

11:04AM 9    A.   What had happened in 2006 was unknown, was not known to

11:04AM 10   anybody in our company.

11:04AM 11   Q.   Did you tell anybody that you had discovered that the

11:04AM 12   drywall that you sold to the United States was defective, in

11:04AM 13   2006 or 2007?

11:04AM 14   A.   (No translation.  Answered in German.)   No.

11:04AM 15   Q.   Did you tell anyone that the drywall that you sold to the

11:04AM 16   United States contained sulfur that was emanating from that

11:04AM 17   drywall?

11:04AM 18   A.   (In English without translation.)   No.

11:04AM 19   Q.   In the 2006-2007 time frame?

11:04AM 20   A.   (In English without translation.)   No.

11:04AM 21   Q.   There was a decision made internally to keep all of that

11:05AM 22   information confidential, correct?

11:05AM 23   A.   (In English without translation.)   Maybe.

11:05AM 24        (Through the translator.)   I never talked about it

11:05AM 25   because I never came to the United States.  I never smelled it.

**HOURLY TRANSCRIPT**

11:05AM 1   I didn't see it, I didn't smell it, so I don't talk about it.

11:05AM 2   Q.   You were aware that there was an instruction given to

11:05AM 3   Knauf employees to keep that information hush-hush?

11:05AM 4   A.   (In English.)  "Hush-hush," what is that?

11:05AM 5   Q.   Quiet.

11:05AM 6   A.   I did not talk about it.

11:05AM 7   Q.   My question is a little different, sir.  You're aware that

11:05AM 8   there was an instruction given within the Knauf organization to

11:05AM 9   keep it confidential and quiet and not tell anyone that there

11:05AM 10  was -- that the drywall was defective and that sulfur emanated

11:05AM 11  from it?

11:05AM 12  A.   (No translation.  Answered in German.)  Yeah, there must

11:05AM 13  be some written piece of paper which says that this was

11:06AM 14  determined.

11:06AM 15  Q.   And you were aware of that, right?

11:06AM 16  A.   (No translation.  Answered in German.)  I -- yes, I

11:06AM 17  testified to that yesterday.

11:06AM 18  Q.   So the answer is yes, sir?

11:06AM 19  A.   Yes, I said -- I said that yesterday.  It should be in

11:06AM 20  the -- in the protocol --

11:06AM 21  Q.   Thank you.

11:06AM 22  A.   -- in the minutes.

11:06AM 23  Q.   Is it Knauf's policy to sell defective products?

11:06AM 24  A.   (In English without translation.)  No.

11:06AM 25  Q.   If you sell a defective product, is it Knauf's policy

**HOURLY TRANSCRIPT**

11:06AM  1    to -- does it feel -- does Knauf feel that it has an obligation

11:06AM  2    to replace that defective product with a nondefective product?

11:06AM  3    A.   (Through the translator.)  We are to make up for the

11:06AM  4    defect, for the damage.

11:06AM  5    Q.   It wouldn't be fair to just -- for Knauf to say, well, I'm

11:07AM  6    only going to replace two of the ten boards, correct?

11:07AM  7    A.   (Through the translator.)  Up until today, we do not know

11:07AM  8    how many boards are affected.  The only thing we did up until

11:07AM  9    now is that we are -- we are facing the situation.

11:07AM 10         We said, yes, we -- we supplied defective product.

11:07AM 11    Q.   You're aware that the first time Knauf made that statement

11:07AM 12    was late last year?

11:07AM 13    A.   (Through the translator.)  I don't know.

11:07AM 14    Q.   You're aware that in 2006 Knauf did not acknowledge its

11:07AM 15    responsibilities and admit that the drywall was -- it had sold

11:08AM 16    was defective, right?

11:08AM 17    A.   (Through the translator.)  You can't admit something when

11:08AM 18    you don't know what caused the defect.  And at that point in

11:08AM 19    time, we did not know that.

11:08AM 20         But we went with people who are experts in the field

11:08AM 21    to -- to the site, to the location, and tried to find out what

11:08AM 22    was the cause.

11:08AM 23    Q.   But you never told the people that you did business with,

11:08AM 24    or the people that bought your product, that it was defective

11:08AM 25    in 2006 or 2007, correct?

**HOURLY TRANSCRIPT**

11:08AM 1   A.   (In English without translation.)  I'm not in touch with

11:08AM 2   customers.

11:08AM 3   Q.   You're aware that it was Knauf's policy in 2006 to deny

11:08AM 4   that its boards were defective, even though it knew that they

11:08AM 5   were defective, aren't you?

11:08AM 6   A.   (Through the translator.)  I don't know that.

11:08AM 7   Q.   And you acknowledge your responsibility to the suppliers

11:09AM 8   that took the defective drywall that came from your company,

11:09AM 9   correct.

11:09AM 10  A.   (Through the translator.)  We feel responsible for the

11:09AM 11  damage.

11:09AM 12  Q.   You accept responsibility for causing the problem, but you

11:09AM 13  just don't know how much that should cost, correct?

11:09AM 14  A.   (Through the translator.)  We feel responsible for the

11:09AM 15  damage.

11:09AM 16  Q.   Whatever that damage is, correct?

11:09AM 17  A.   (Through the translator.)  Yes.

11:09AM 18  Q.   I show you Exhibit No. 48.  It's KPT 47300-1.

11:10AM 19       I'm also going to show you what's been previously

11:10AM 20  marked as Exhibit No. 49.  I'm going to ask you some questions

11:10AM 21  about both of those.  49 is GIPS 21085.

11:10AM 22       You received both of these exhibits at about the time

11:10AM 23  described on those exhibits?

11:10AM 24  A.   (Through the translator.)  Yes.

11:10AM 25  Q.   And the first one, Exhibit 48, you understood that Banner

**HOURLY TRANSCRIPT**

11:10AM 1    was negotiating with Knauf about the Knauf fiasco related to

11:10AM 2    the drywall sold in the United States?

11:10AM 3    A.   (In English without translation.)  It's written in here,

11:10AM 4    yes.

11:10AM 5    Q.   And you knew that in December of 2006, correct?

11:11AM 6    A.   (In English without translation.)  That's what it says,

11:11AM 7    yes.

11:11AM 8    Q.   Okay.  Do you know if Professor Hummel shared the results

11:11AM 9    of the Knauf investigations in 2006 with Banner?

11:11AM 10   A.   (In English without translation.)  I don't know.

11:11AM 11   Q.   You understand that it was company policy not to share

11:11AM 12   those reports?

11:11AM 13   A.   (In English without translation.)  Yes, but I don't know.

11:11AM 14   Q.   Thank you.

11:11AM 15           Take a look at, just quickly, Exhibit 42, please.

11:11AM 16   This was the -- this was the document that contained, I

11:11AM 17   believe, reports that you sent on or about December 15, 2006,

11:11AM 18   to Baldwin Knauf, Isabel Knauf, and Harro Seth, concerning your

11:11AM 19   trips to China to visit the C and K facility and also the KPT,

11:11AM 20   correct?

11:11AM 21   A.   (In English without translation.)  Yes.

11:12AM 22   Q.   And turn to -- and again, for the record, it's Knauf Gips

11:12AM 23   16490 through 16494.

11:12AM 24           If you turn to 16493, which is the second to last

11:12AM 25   page of that, Mr. Halbach.

**HOURLY TRANSCRIPT**

11:12AM 1          This was your report when you went to the KPT plant

11:12AM 2    to -- I think you called it *sniff out* whether or not there was

11:12AM 3    presence of sulfide at the plant, correct?

11:12AM 4    A.   (In English without translation.)  Yes.

11:12AM 5          (Through the translator.)  I answered this question

11:12AM 6    previously.  And I said that I tried to reconstruct, in a way,

11:12AM 7    what had happened.

11:12AM 8    Q.   But you were trying to determine whether a smell of

11:13AM 9    sulfide was present, correct?

11:13AM 10   A.   (In English without translation.)  Yes.

11:13AM 11   Q.   And you were looking for signs of sulfur, correct?

11:13AM 12   A.   (In English without translation.)  Yes.

11:13AM 13   Q.   And in the second section here where it begins *roher*

11:13AM 14   *stein*, which is raw stone?

11:13AM 15   A.   (In English without translation.)  Yes.  Gypsum.

11:13AM 16   Q.   Gypsum?  Yes.

11:13AM 17          You said in the first bullet point under that, that

11:13AM 18   smell is present in the raw stone warehouse absolutely

11:13AM 19   identical to the board sample from the U.S.?

11:13AM 20   A.   (In English without translation.)  There was a smell,

11:13AM 21   written there, yes.

11:13AM 22   Q.   How did you know what the smell was from the board sample

11:13AM 23   from the U.S.?  Had you smelled the U.S. board?

11:13AM 24   A.   (In English without translation.)  I got a sample -- I got

11:13AM 25   a sample from Ulrich Hummel.

**HOURLY TRANSCRIPT**

11:13AM 1    Q.   And did you smell it?

11:13AM 2    A.   (In English without translation.)  I smelled it.

11:13AM 3    Q.   So you determine what it smelled like?

11:13AM 4    A.   (In English without translation.)  It was similar.  Yes,

11:13AM 5    it was that smell.

11:13AM 6    Q.   How big of a sample was it?

11:13AM 7    A.   (Indicating.)

11:13AM 8    Q.   And where was it obtained?

11:13AM 9    A.   (Through the translator.)  It was a board sample from the

11:13AM 10   United States.

11:13AM 11   Q.   And then what did you do?

11:14AM 12   A.   (In English without translation.)  I smelled it.

11:14AM 13   Q.   You just held it to your nose?

11:14AM 14   A.   (In English without translation.)  Yes.

11:14AM 15   Q.   And then -- then you went to the -- when did you get this

11:14AM 16   sample?

11:14AM 17   A.   (In English without translation.)  I don't remember.  But

11:14AM 18   before -- before this.  Maybe in October.

11:14AM 19   Q.   Was it -- was it before Professor Hummel had been to

11:14AM 20   Florida?

11:14AM 21   A.   (In English without translation.)  No.  It was -- I don't

11:14AM 22   remember.

11:14AM 23   Q.   Where were you when you received it?

11:14AM 24   A.   (In English without translation.)  In Germany.

11:14AM 25   Q.   And was it before you planned your trip to KPT?

**HOURLY TRANSCRIPT**

11:14AM 1   A.   (In English without translation.)  Yes.

11:14AM 2   Q.   Now, you went to the area where the gypsum was stored and

11:14AM 3   found the same smell, correct, at KPT?

11:14AM 4   A.   (In English without translation.)  The smell -- the smell

11:14AM 5   was there, yes.

11:14AM 6   Q.   And you went to the -- what's described as the raw gypsum

11:14AM 7   silo, right?

11:14AM 8   A.   (In English without translation.)  I went to the process.

11:15AM 9   Q.   Right.  And you found the same smell there, too?

11:15AM 10  A.   (In English without translation.)  Yes.

11:15AM 11  Q.   And you went to the mill area and you found the same

11:15AM 12  smell, too, didn't you?

11:15AM 13  A.   (In English without translation.)  Yes.

11:15AM 14  Q.   And then you had -- you recalled, in the next section

11:15AM 15  under this here, you recalled that the smell in the raw stone

11:15AM 16  area has been known for years, correct?

11:15AM 17  A.   (In English without translation.)  In this area.  Yes.

11:15AM 18  Q.   And you also note the smell was present at Wuhu; was it

11:15AM 19  not?

11:15AM 20  A.   (In English without translation.)  Similar.

11:15AM 21  Q.   Did you report what you found to Professor Hummel?

11:15AM 22  A.   (In English without translation.)  Of course.  He knows

11:15AM 23  about this.

11:15AM 24  Q.   Did you discuss this with Professor Hummel?

11:15AM 25  A.   (In English without translation.)  Yes.

**HOURLY TRANSCRIPT**

11:15AM 1   Q.   What did you tell Professor Hummel?

11:15AM 2   A.   (In English without translation.)  I told nothing.  I gave

11:15AM 3   him the report.

11:15AM 4   Q.   What did Professor Hummel say?

11:15AM 5   A.   (In English without translation.)  He said it could be

11:15AM 6   that the -- that whatever it is disappears in the mill.

11:16AM 7   Q.   Did this raise any concern to you, that you had the same

11:16AM 8   smell identical to the board sample at the KPT facility in

11:16AM 9   November 22nd?

11:16AM 10  A.   But we had no smell in the finished product.

11:16AM 11                        EXAMINATION

11:16AM 12  BY SPEAKER:

11:16AM 13  Q.   Mr. Halbach, good afternoon.  My name is Fred Longer.  I

11:16AM 14  represent the Plaintiffs' Steering Committee, which is a

11:16AM 15  court-appointed committee appointed by Judge Fallon to

11:16AM 16  represent the plaintiffs, who are mostly homeowners in the

11:16AM 17  United States, who are in litigation against builders,

11:16AM 18  suppliers, and Knauf, among other manufacturers.

11:16AM 19            At any point in time have you ever been to the

11:16AM 20  United States?

11:16AM 21  A.   (In English without translation.)  Yes.

11:16AM 22  Q.   Apart from today and yesterday?

11:16AM 23  A.   (In English without translation.)  I told you this

11:16AM 24  morning, yes.  Six years ago, five years ago.

11:16AM 25  Q.   Have you ever been to the Libertyville facility of U.S.

**HOURLY TRANSCRIPT**

11:17AM 1    Gypsum?

11:17AM 2    A.    (In English without translation.)   No.

11:17AM 3    Q.    Are you aware of the research and development department

11:17AM 4    that U.S. Gypsum maintains there?

11:17AM 5    A.    (In English without translation.)   No.

11:17AM 6    Q.    Have you ever been in contact with the U.S. Gypsum

11:17AM 7    research and development in your capacity at the technical

11:17AM 8    department at the Gips?

11:17AM 9    A.    (In English without translation.)   I was -- I was a few

11:17AM 10   times together with one guy of USG.   And that was during that

11:17AM 11   visit we said before in Portland and New York.

11:17AM 12   Q.    And what were you doing with this gentleman?

11:17AM 13   A.    (In English without translation.)   Technical exchange, how

11:17AM 14   to do some things and new equipment.

11:17AM 15              (Through the translator.)   An exchange of

11:17AM 16   experiences.

11:17AM 17   Q.    Is this a regular activity, to exchange information with

11:17AM 18   USG?

11:17AM 19   A.    (In English without translation.)   Yes.   Yes.

11:17AM 20   Q.    How frequently are you in contact with the persons at USG

11:18AM 21   to make these types of exchanges that you're describing?

11:18AM 22   A.    (Through the translator.)   I only met with them once in

11:18AM 23   five years.

11:18AM 24   Q.    But you have other regular exchanges with the research and

11:18AM 25   development department of USG?

**HOURLY TRANSCRIPT**

11:18AM 1    A.    (In English without translation.)  No.  No.

11:18AM 2    Q.    Perhaps I misunderstood your testimony.

11:18AM 3          You said that you had regular exchanges?

11:18AM 4    A.    (In English without translation.)  Not me personally, but

11:18AM 5    there is a regular exchange between Knauf and USG.  And

11:18AM 6    sometimes I'm traveling to --

11:18AM 7          (Through the translator.)  Once it was me who

11:18AM 8    traveled to the United States for this information meeting.

11:18AM 9    Other times other people came to the United States, or

11:19AM 10   sometimes they come to Germany.

11:19AM 11   Q.    And that's part of the interrelationship between the Knauf

11:19AM 12   group and USG, correct?

11:19AM 13   A.    (In English without translation.)  Yes.

11:19AM 14   Q.    That's a function -- are you aware that there's an

11:19AM 15   ownership interest of Knauf in USG?

11:19AM 16   A.    (In English without translation.)  Yes.

11:19AM 17   Q.    Is that a yes?

11:19AM 18   A.    (In English without translation.)  Yes.

11:19AM 19   Q.    Thank you.

11:19AM 20         And as a result of that relationship, there's this

11:19AM 21   interchange of information regularly as you've described right

11:19AM 22   now?

11:19AM 23   A.    (Through the translator.)  Yes.

11:19AM 24   Q.    Well, let me -- let me see what we can agree to.  From my

11:19AM 25   understanding in speaking with Dr. Hummel in a deposition in

**HOURLY TRANSCRIPT**

11:19AM 1   this very office, he explained that shale rock was involved.

11:19AM 2          Do you know what shale rock is?

11:19AM 3   A.   (Through the translator.)   Yes.

11:19AM 4   Q.   You're an engineer, correct?

11:20AM 5   A.   (In English without translation.)   Yes.

11:20AM 6   Q.   And you understand that shale rock is porous?

11:20AM 7   A.   (Through the translator.)   Shale is not porous.   It's the

11:20AM 8   layers that make up the shale which are porous.

11:20AM 9   Q.   And that was the condition that Dr. Hummel identified in

11:20AM 10  the LuNeng mine?

11:20AM 11  A.   (Through the translator.)   Dr. Hummel never was at the

11:20AM 12  mine.   He made this identification based on the report.   This

11:20AM 13  was his interpretation of Dr. Yung's report.

11:21AM 14  Q.   Dr. Yung identified there was a porous material between

11:21AM 15  the shale rock, right?

11:21AM 16  A.   (Through the translator.)   I will have to look.   Where do

11:21AM 17  I find that?

11:21AM 18          That's what it says.

11:21AM 19  Q.   All right.   So what's the problem with that material?

11:21AM 20  A.   (Through the translator.)   Well, that was -- has already

11:21AM 21  been discussed.   Professor Hummel explained that to you.

11:21AM 22  Q.   Yes.   But from your perspective as an engineer.

11:21AM 23  A.   (Through the translator.)   If there were empty cavities

11:21AM 24  within this shale and gas developed in these places, then I'm

11:22AM 25  sure that's how it was.   I can't explain that any further.

**HOURLY TRANSCRIPT**

11:22AM  1    Q.   All right.  So gas can penetrate those cavities, right,

11:22AM  2    those gaps?

11:22AM  3    A.   (Through the translator.)  Yes.

11:22AM  4    Q.   And in this case, it was sulfurous gas that was in there?

11:22AM  5    A.   (Through the translator.)  I did not check that.

11:22AM  6    Q.   All right.  But that's what you understand, based on your

11:22AM  7    review of all the materials and the documents?

11:22AM  8    A.   (In English without translation.)  Yes.

11:22AM  9    Q.   All right.  And that's something that, therefore, became

11:22AM 10    inherent within the product itself?

11:22AM 11    A.   (Through the translator.)  Yes.

11:22AM 12    Q.   And it wasn't taken out by Knauf, right?

11:22AM 13    A.   (Through the translator.)  Apparently not.

11:23AM 14    Q.   And it was sold that way?

11:23AM 15    A.   (Through the translator.)  No, it was processed that way.

11:23AM 16    Q.   Processed that way and then it ended up being in the

11:23AM 17    drywall?

11:23AM 18    A.   (Through the translator.)  That's how it must have been.

11:23AM 19    Q.   And it was transported that way?

11:23AM 20    A.   (Through the translator.)  What's transported?

11:23AM 21    Q.   Shipped from one place to another.

11:23AM 22    A.   (Through the translator.)  It can't be any -- any

11:23AM 23    different.

11:23AM 24    Q.   Right.  And this was not a defect that was obvious; it's

11:23AM 25    what's called a latent defect, right?

**HOURLY TRANSCRIPT**

11:24AM 1    A.   (Through the translator.)   I have not seen the material

11:24AM 2    when it was processed.   That's why I cannot say whether it was

11:24AM 3    latent or not.

11:24AM 4    Q.   Do you know what latent means?

11:24AM 5    A.   (In English without translation.)   Yes.

11:24AM 6    Q.   What does it mean to you?

11:24AM 7    A.   (Through the translator.)   Hidden -- hidden not visible.

11:24AM 8    Q.   If it were visible, do you think somebody from Knauf would

11:24AM 9    have taken it out?

11:24AM 10   A.   (Through the translator.)   That's an assumption.   And if

11:24AM 11   so, that would have been the responsibility of the plant

11:24AM 12   manager.

11:24AM 13   Q.   Okay.   But we've established a few things.   One, the

11:24AM 14   material had an inherent problem, correct?

11:24AM 15   A.   (Through the translator.)   Okay.

11:24AM 16   Q.   The 50,000 tons that were sent to the United States, to

11:24AM 17   your knowledge, were all defective, correct?

11:25AM 18   A.   (In English without translation.)   Yes.

11:25AM 19   Q.   And the problem was latent with that drywall?

11:25AM 20   A.   (In English without translation.)   Yes.

11:25AM 21   Q.   Okay.   Let's talk about -- and that's an opinion you have

11:25AM 22   as an engineer, correct?

11:25AM 23   A.   (In English without translation.)   Yes.

11:25AM 24   Q.   Within a reasonable degree of engineering probability?

11:25AM 25   A.   (In English without translation.)   Yes.

**HOURLY TRANSCRIPT**

11:25AM  1    Q.    Now, in late 2006, starting around November of 2006 and

11:25AM  2    maybe even October 2006, you became involved in the

11:25AM  3    investigation of the smelly drywall because Banner --

11:25AM  4    A.    (In English without translation.) What number?

11:25AM  5    Q.    No, it's not a document.  It's just me talking right now.

11:25AM  6          -- Banner had told Knauf there were some issues

11:25AM  7    involving the drywall that was sold by Knauf.

11:25AM  8          Do you remember that?

11:25AM  9    A.    (Through the translator.)  They informed Mark Norris about

11:26AM 10    that problem.

11:26AM 11    Q.    And Mark Norris got you involved?

11:26AM 12    A.    (Through the translator.)  Yes.

11:26AM 13    Q.    Knauf has a very good reputation, doesn't it?

11:26AM 14    A.    (Through the translator.)  I hope so.

11:26AM 15    Q.    It's a very well-respected building supply company?

11:26AM 16    A.    (Through the translator.)  Yes, I hope so.

11:26AM 17    Q.    The corporation takes pride in its German engineering?

11:26AM 18    A.    (Through the translator.)  It's not only German

11:26AM 19    engineering that is applied.

11:26AM 20    Q.    Right.  Worldwide?

11:26AM 21    A.    (Through the translator.)  It is not only German

11:26AM 22    engineering which --

11:26AM 23    Q.    Yes.  It's well-respected worldwide?

11:26AM 24    A.    Yes.

11:26AM 25    Q.    And it's certainly if -- you would expect people to

**HOURLY TRANSCRIPT**

11:26AM 1   receive good products from Knauf?

11:26AM 2   A.   Yes.  And we want to deliver good products.

11:26AM 3   Q.   And if a product is defective, if it damages parts of a

11:27AM 4   home, that's certainly not a good product?

11:27AM 5   A.   That's when we -- that's when it is replaced.

11:27AM 6           SPEAKER:  Okay.  We've now marked, as Exhibit 58,

11:27AM 7   three pages.  The first page is in English.

11:27AM 8   Q.   And the document states, "Introduction to

11:27AM 9   Knauf Plasterboard Tianjin Company, Ltd."  And then when you go

11:27AM 10  to it is says, "Knauf Plasterboard Tianjin Company, Ltd.," and

11:27AM 11  the first paragraph states, "The Knauf family of Germany

11:27AM 12  started producing gypsum products in 1932.  Today they have

11:27AM 13  more than 100 companies around the world and are a major global

11:27AM 14  manufacturer of gypsum products."

11:27AM 15          Do you agree with that statement?

11:27AM 16  A.   (In English without translation.)  Yes.

11:27AM 17  Q.   "Relying on their advanced techniques, Knauf has always

11:27AM 18  been at the forefront of producing such products.  Their

11:27AM 19  production technology is widely used around the world."

11:27AM 20          Do you agree with that statement?

11:28AM 21  A.   (In English without translation.)  Yes.

11:28AM 22  Q.   "Knauf has built plants in Tianjin and Wuhu, China, with

11:28AM 23  total production capacity reaching 16 million annually.  They

11:28AM 24  have also established sales offices in Shanghai, Nanjing,

11:28AM 25  Beijing, Shenyang, Guangzhou, Wuhan, Chengdu, and established a

**HOURLY TRANSCRIPT**

11:28AM 1   robust sales network.  Their timely helpful technical service

11:28AM 2   provides powerful support for their sales network, satisfying

11:28AM 3   many needs."

11:28AM 4          Do you agree with that statement?

11:28AM 5   A.   (In English without translation.)  Yes.

11:28AM 6   Q.   Is that a yes?

11:28AM 7          Thank you.

11:28AM 8          Next paragraph.  "Knauf Plasterboard Tianjin Company,

11:28AM 9   Ltd., is a wholly owned subsidiary company of the German Knauf

11:28AM 10  international corporation and has a total investment of

11:28AM 11  USD 60 million.  The company's products have top-rate quality

11:28AM 12  and high-quality paper services.  It uses natural gypsum that

11:28AM 13  is more than 85 percent pure, and it makes use of a complete

11:28AM 14  high-tech German computer-controlled production line."

11:28AM 15         Do you agree with that statement?

11:28AM 16  A.   (In English without translation.)  Yes.

11:28AM 17  Q.   Next statement:  "German engineers are responsible for

11:29AM 18  quality control at our production base, and all personnel are

11:29AM 19  trained by the Germans."

11:29AM 20         Do you agree with that statement?

11:29AM 21  A.   (In English without translation.)  Yeah.  Yes.  Yes, sir.

11:29AM 22  Q.   Next:  "We have set up a professional lab to test raw

11:29AM 23  materials and product quality, forming a stringent quality

11:29AM 24  control system."

11:29AM 25         Do you agree with that statement?

**HOURLY TRANSCRIPT**

11:29AM 1    A.   (In English without translation.)  Yes.

11:29AM 2    Q.   So as far as you know, everything on that page is

11:29AM 3    truthful?  Yes?

11:29AM 4    A.   (In English without translation.)  Yes.

11:29AM 5    Q.   Okay.  Thank you.

11:29AM 6         The next one I will show you, which we will mark as a

11:29AM 7    Composite Exhibit 59 -- it will be the same drill -- is going

11:29AM 8    to be Knauf Plasterboard Wuhu Company, Ltd., in production.

11:29AM 9         Were all those statements we just went through true

11:29AM 10   in 2005?

11:29AM 11   A.   (In English without translation.)  Pardon me?

11:29AM 12   Q.   Were those statements that we just went through, that was

11:29AM 13   all true in 2005?

11:29AM 14   A.   (In English without translation.)  Yes.

11:29AM 15   Q.   And in 2006?

11:29AM 16   A.   (In English without translation.)  Yes.

11:29AM 17   Q.   And in 2007?

11:29AM 18   A.   (In English without translation.)  Yes.

11:29AM 19   Q.   And in 2008?

11:30AM 20   A.   (In English without translation.)  Yes.

11:30AM 21   Q.   And in 2009?

11:30AM 22   A.   (In English without translation.)  Yes.

11:30AM 23   Q.   And currently true?

11:30AM 24   A.   Yes.

11:30AM 25   Q.   And in 2006, 2007, 2008, if anybody in Asia had a

**HOURLY TRANSCRIPT**

11:30AM 1    technical concern, they could contact you or Dr. Hummel in

11:30AM 2    Germany?

11:30AM 3    A.   I was the person to contact as to technical problems.

11:30AM 4    Q.   And for research and development issues, Dr. Hummel?

11:30AM 5    A.   Yes.

11:30AM 6    Q.   And those are resources that were always available to the

11:30AM 7    Knauf Group in Asia?

11:30AM 8    A.   (In English without translation.)  Yes.

11:30AM 9    Q.   You all worked as one team?

11:30AM 10   A.   Not -- not personally.  If we couldn't personally go there

11:30AM 11   to help, we made sure that somebody qualified would go there to

11:31AM 12   help.

11:31AM 13   Q.   And that's the philosophy -- the Knauf philosophy

11:31AM 14   worldwide?

11:31AM 15   A.   (In English without translation.)  Yes.

11:31AM 16   Q.   And that's what allows Knauf to maintain --

11:31AM 17   A.   Are we just talking about the production part?  I don't

11:31AM 18   know whether, in sales, they apply to the same strategy.

11:31AM 19   Q.   Production is fine.

11:31AM 20        And then that's what guaranties quality control

11:31AM 21   worldwide, right?

11:31AM 22        You also, sir, had German production quality

11:31AM 23   standards that had to be met by the Chinese plants that were

11:31AM 24   established by Knauf Gips, correct?

11:31AM 25   A.   (Translation started and then answered in English.)  Those

**HOURLY TRANSCRIPT**

11:31AM 1    are internal standards.

11:31AM 2                (Through the translator.)  Those are internal

11:31AM 3    standards.

11:31AM 4    Q.   That's what I mean.  Knauf internal quality control

11:32AM 5    standards that you established?

11:32AM 6    A.   (In English without translation.)  Yes.  Yes.

11:32AM 7    Q.   You also from time to time modified or improved on those

11:32AM 8    quality control standards?

11:32AM 9    A.   (No translation.  Answered in German.)  They are adjusted.

09:25AM 10                           EXAMINATION

09:25AM 11   BY SPEAKER:

11:32AM 12   Q.   Mr. Halbach, you have been answering questions for almost

11:32AM 13   two days by various lawyers around this table, all of whom

11:32AM 14   represent clients who have claims against KPT and Knauf Gips.

11:32AM 15                Do you understand that?

11:32AM 16   A.   (In English without translation.)  Yes.

11:32AM 17   Q.   Now it's my turn, as the lawyer for KPT and Knauf Gips, to

11:32AM 18   follow up on some of the questions you were asked by the other

11:32AM 19   lawyers.  And do you understand that?

11:32AM 20   A.   (In English without translation.)  Yep.

11:32AM 21   Q.   Would you tell us, please, the process by which the raw

11:33AM 22   material goes from a mine -- in this case, the LuNeng Mine --

11:33AM 23   to the plant.

11:33AM 24   A.   The supply -- the supply chain is as follows:  The gypsum

11:33AM 25   is -- the raw material is delivered by truck from the mine to

11:33AM 1    the plant, and the plant has a gypsum storage facility.  From

11:33AM 2    there, the gypsum is put by a wheel loader into a crusher.

11:33AM 3         (In English.)  And then out of the crusher in the --

11:34AM 4    in the mill.  And then the milled material -- the milled and

11:34AM 5    dry material, it's a powder, it's going into a calcination.

11:34AM 6    Q.   And what is a calcination?

11:34AM 7    A.   Is it possible to bring in a chemical formulation of

11:34AM 8    gypsum?

11:34AM 9    Q.   A what?

11:34AM 10   A.   Chemical formulation of gypsum.  Gypsum is a calcium

11:34AM 11   sulfur, CaSO4, with two molecules of water.  That is gypsum.

11:34AM 12   Whether it's natural gypsum or FGD, it's the same.

11:34AM 13   Q.   I'm sorry, I didn't mean to interrupt you.

11:34AM 14        I want to know, what does the calcinator do?

11:34AM 15   A.   (In English without translation.)  The calcination creates

11:35AM 16   or produce the stucco, what we need for the further process.

11:35AM 17   Q.   How does it do that?

11:35AM 18   A.   (In English without translation.)  In this process, we

11:35AM 19   heat -- we heat the raw gypsum to a certain temperature, and

11:35AM 20   then the molecule -- part -- parts of the molecule water

11:35AM 21   evaporates.

11:35AM 22        And after the kettle, we have a -- we have a stucco

11:35AM 23   that is the same material everybody knows, what we get on a

11:35AM 24   broken leg or arm, that is called stucco.  That is the same

11:35AM 25   calcium sulfate, but only with half a molecule of water.

**HOURLY TRANSCRIPT**

11:35AM 1      And in the further process, we do this -- this stucco

11:35AM 2 into a mixer with water and with some other raw materials, and

11:35AM 3 we create a slurry.

11:35AM 4      And this slurry is -- is -- is produced on a -- it's

11:35AM 5 a top paper and a face paper on a -- on a second belt

11:35AM 6 covered -- the gypsum is covered by these two papers and it

11:36AM 7 starts a rehydration process.  So the molecule of water we took

11:36AM 8 out in calcination, the gypsum takes back during this process.

11:36AM 9      So it is after three minutes on this setting belt,

11:36AM 10 the same that it was before, but it has still some more water

11:36AM 11 that we put in the mixer to keep it more -- more liquid.

11:36AM 12      And this -- it's an endless Strang (asked for a

11:36AM 13 German word) -- strain.  We cut it and then the single piece is

11:36AM 14 going into -- into the board dryer, where we evaporate the

11:36AM 15 additional water, what we put in the mixer before.

11:36AM 16      And after this -- after this drying process, it's a

11:36AM 17 stucco and the product is finished.

11:36AM 18 Q.  Was all the drywall that was made from the raw material

11:37AM 19 you got from LuNeng in 2005 to 2006 made by the same process?

11:37AM 20 A.  (In English without translation.)  Yes.

11:37AM 21      SPEAKER:  Object to the form.

11:37AM 22 Q.  Tell us, please, what -- where was the drywall that went

11:37AM 23 through that process at that time, where was it sold?

11:37AM 24 A.  (In English without translation.)  It was sold in -- of

11:37AM 25 course, in China.  I think in -- in -- in Malaysia.  We have

**HOURLY TRANSCRIPT**

11:37AM 1   some small exports -- or KPT has some small exports into East

11:37AM 2   Asia.  And, of course, there's quantities into -- into the U.S.

11:37AM 3   Q.   Now, the drywall that went to China, Asia, and Malaysia,

11:37AM 4   was that made from the same truckloads of raw material as the

11:37AM 5   drywall that was made and sold in the United States?

11:38AM 6   A.   (No translation.  Answered in German.)  I want to go --

11:38AM 7   come back to the calculation that I presented to you earlier

11:38AM 8   regarding the 50,000 tons of gypsum.  And that means that all

11:38AM 9   products that we manufactured in that time period, it doesn't

11:38AM 10  matter where they were sold, were made out of that gypsum.

11:38AM 11  Q.   So it was all made from the rock that came out of the

11:38AM 12  LuNeng Mine?

11:38AM 13  A.   Correct, sir.

11:38AM 14       SPEAKER:  Object to form.

11:38AM 15  Q.   All right.  Now, did you receive any complaints of smelly

11:39AM 16  drywall from customers in Malaysia?

11:39AM 17  A.   No.

11:39AM 18  Q.   Did you receive any complaints of smelly drywall from any

11:39AM 19  of the customers in China?

11:39AM 20  A.   (In English without translation.)  No.

11:39AM 21  Q.   So half of what went through the plant went off to the

11:39AM 22  United States, half stayed in Asia?

11:39AM 23  A.   (In English without translation.)  Yes.

11:39AM 24  Q.   All right.

11:39AM 25  A.   (No translation.  Answered in German.)  So six million

**HOURLY TRANSCRIPT**

11:39AM 1   were shipped to America, but at the same time, six million

11:39AM 2   remained in China.

11:39AM 3   Q.   Were the six million that were made in the United -- that

11:39AM 4   were sent to the United States made at a certain, and I'll use

11:39AM 5   the word discrete, Separate period of time from the six million

11:40AM 6   square meters that went to China and Malaysia?

11:40AM 7   A.   The manufacturing of these boards was done --

11:40AM 8            (In English.) -- parallelly.

11:40AM 9            (Through translator.)  -- simultaneously.  One day --

11:40AM 10           (In English.)  Not simultaneously.

11:40AM 11           (Through translator.) -- parallely.

11:40AM 12           THE INTERPRETER:  I don't know how to say that in

11:40AM 13  English exactly.

11:40AM 14  A.   One day we manufactured certain kind of boards that went

11:40AM 15  to China, and the next day we manufactured the boards that went

11:40AM 16  to the United States.

11:40AM 17  Q.   And were the boards manufactured on one day made from the

11:40AM 18  same raw material source as the boards manufactured on the next

11:40AM 19  day?

11:40AM 20  A.   Yes.

11:40AM 21  Q.   It all came from the same place?

11:41AM 22  A.   (In English without translation.)  Yes.

11:41AM 23  Q.   Now, you say you had no complaints about smelly board from

11:41AM 24  China or Malaysia?

11:41AM 25  A.   (In English without translation.)  No.  No complaints.

**HOURLY TRANSCRIPT**

11:41AM 1   Q.   Are you sure about that?

11:41AM 2   A.   (In English without translation.)  Yes.

11:41AM 3   Q.   You said that you had some complaints about smelly board

11:41AM 4   that went to the United States, right?

11:41AM 5   A.   (In English without translation.)  Yes.

11:41AM 6   Q.   Who brought that complaint to the attention of the

11:41AM 7   company?

11:41AM 8   A.   The homeowners.

11:41AM 9   Q.   So the homeowners complained of the smell?

11:41AM 10  A.   (In English without translation.)  Yes.

11:41AM 11  Q.   Did all the homeowners who had gotten the drywall that KPT

11:42AM 12  manufactured and that went to the United States, did they all

11:42AM 13  complain that they had smelly drywall in their home?

11:42AM 14  A.   No.

11:42AM 15  Q.   Could you -- could you describe for us the rate at which

11:42AM 16  these complaints came to your attention?

11:42AM 17  A.   By the end of 2006, there were very few complaints.  Maybe

11:42AM 18  five, maybe six, maybe seven.  And months later, this number

11:42AM 19  increased.

11:42AM 20  Q.   Now, when somebody complained, did you offer to give them

11:43AM 21  replacement drywall?

11:43AM 22  A.   As I testified earlier, it was the approach and philosophy

11:43AM 23  of our company that if we deliver a bad product, the product is

11:43AM 24  replaced by -- with a good product.

11:43AM 25          And the complaint, what made the product bad, was the

**HOURLY TRANSCRIPT**

11:43AM 1  bad smell.  And it's easy to -- to determine this fact, either

11:43AM 2  it smells or it doesn't smell.  There's nothing hidden.  And --

11:43AM 3  and if somebody complained about the bad smell, we replaced

11:43AM 4  that drywall with a good product.

11:43AM 5       SPEAKER:  Objection.

11:43AM 6  Q.  Let me -- I want to go back now and ask you --

11:43AM 7       SPEAKER:  I'm sorry.  What was your question?

11:43AM 8       SPEAKER:  See, you owe me one.

11:44AM 9  Q.  Did you believe that all of the drywall that was sent to

11:44AM 10 the United States smelled of sulfur?

11:44AM 11 A.  (No translation.  Answered in German.)  No.

11:44AM 12 Q.  Why not?

11:44AM 13 A.  (No translation.  Answered in German.)  You would have

11:44AM 14 smelled it.  And those same boards would have smelled in other

11:44AM 15 places, too.  So as of now you can only say that those drywalls

11:45AM 16 are affected by smell.

11:45AM 17 Q.  Now, there were pictures of shale in the rock in

11:45AM 18 Exhibit 41 that I believe Mr. Diaz showed you, right?

11:45AM 19 A.  (In English without translation.)  Yes.

11:45AM 20 Q.  And you said the black areas are shale?

11:45AM 21 A.  Yes.

11:45AM 22 Q.  Did all the rock that came out of the LuNeng Mine in 2005

11:45AM 23 and 2006 look like that with large areas of black shale?

11:45AM 24 A.  (In English without translation.)  No.

11:45AM 25 Q.  Did some of the rock look that way?

**HOURLY TRANSCRIPT**

11:45AM 1    A.   (In English without translation.)  Yes.

11:45AM 2    Q.   Do you believe it was obvious as to which rock had the

11:45AM 3    black shale in it and which one did not?

11:46AM 4    A.   (Through the translator.)  Some rocks had these black --

11:46AM 5    this black stuff in them, this black layers in them, and others

11:46AM 6    did not.

11:46AM 7    Q.   Did the rock with the black layers meet KPT's raw material

11:46AM 8    standard?

11:46AM 9    A.   (In English without translation.)  Yes.

11:46AM 10   Q.   The rock that had the black layers?

11:46AM 11   A.   (In English without translation.)  Yes.

11:46AM 12   Q.   If the rock with the black layers smelled, would that have

11:46AM 13   been acceptable raw material?

11:46AM 14   A.   (Through the translator.)  Gypsum always smelled.  Every

11:46AM 15   product has a certain smell.

11:46AM 16   Q.   If the raw material that came into the plant stunk the way

11:47AM 17   you described the product that you smelled, would that have

11:47AM 18   been acceptable raw material?

11:47AM 19   A.   (Through the translator.)  If that had smelled as badly as

11:47AM 20   the end product, I would not have used that gypsum.

11:47AM 21   Q.   That would have been rejected?

11:47AM 22   A.   (In English without translation.)  Yes.

11:47AM 23   Q.   And it would have been rejected because it smelled?

11:47AM 24   A.   (In English without translation.)  Yes.

11:47AM 25   Q.   Okay.  Now, who has the responsibility of inspecting the

**HOURLY TRANSCRIPT**

11:47AM 1   raw material that comes into the KPT plant?

11:47AM 2   A.   (Through the translator.)   Ultimately, the laboratory and

11:47AM 3   the plant manager.

11:47AM 4   Q.   At any time in 2005 and 2006 did Mr. ChenJie report that

11:48AM 5   incoming rock was smelling of sulfur?

11:48AM 6   A.   (In English without translation.)   No.

11:48AM 7   Q.   Let's go on to a different question now.

11:49AM 8          You traveled in November of 2006 to the KPT plant to

11:49AM 9   investigate the smell problem, correct?

11:49AM 10  A.   (In English without translation.)   Yes.

11:49AM 11  Q.   Did you -- tell us how you investigated that.  What's the

11:49AM 12  first thing you did?

11:49AM 13  A.   (Through the translator.)   It was as described in my

11:49AM 14  report.  I followed the flow of the material, starting with the

11:49AM 15  deposits, crusher --

11:50AM 16  Q.   Before you go to the -- tell us the flow, I want to

11:50AM 17  know --

11:50AM 18          SPEAKER:  Let him answer the question.

11:50AM 19          SPEAKER:  I want to know where he started.

11:50AM 20  BY SPEAKER:

11:50AM 21  Q.   Tell me, where did you start?  Did you start at the front

11:50AM 22  gate?  Did you start at the raw material receiving section?

11:50AM 23  A.   (In English without translation.)   So, raw material

11:50AM 24  receiving section.

11:50AM 25  Q.   Okay.  What does that look like?  Describe it for us.

**HOURLY TRANSCRIPT**

11:50AM  1    A.   (Through the translator.)  It's a hill, small hill, if you

11:50AM  2    want to, with two to 3,000 tons of gypsum.

11:50AM  3    Q.   Okay.  So you're -- you're then talking about a raw

11:50AM  4    material receiving pile?

11:50AM  5    A.   (In English without translation.)  Yes.

11:50AM  6    Q.   That's a 50-foot cube?

11:50AM  7    A.   (In English without translation.)  Yes.

11:50AM  8    Q.   50 feet high?

11:51AM  9    A.   (In English without translation.)  Yes.

11:51AM 10    Q.   50 feet across?

11:51AM 11    A.   (In English without translation.)  Yes.

11:51AM 12    Q.   50 feet deep?

11:51AM 13    A.   (In English without translation.)  Yes.

11:51AM 14    Q.   When you -- when you made your inspection in November of

11:51AM 15    2006, is that where you began?

11:51AM 16    A.   (In English without translation.)  Yes.

11:51AM 17    Q.   And what did you do to inspect that material?

11:51AM 18    A.   (In English without translation.)  I used -- honestly, I

11:51AM 19    used --

11:51AM 20         (Through the translator.)  I used my nose.

11:51AM 21    Q.   Were you able --

11:51AM 22         SPEAKER:  Could you let him answer the question?

11:51AM 23         SPEAKER:  I thought he answered.  I'm sorry.

11:51AM 24         THE WITNESS:  (In English without translation.)

11:51AM 25    Finished.

**HOURLY TRANSCRIPT**

11:51AM 1          SPEAKER:  He was finished.

11:51AM 2          SPEAKER:  He said he's not finished.

11:51AM 3          THE WITNESS:  (In English without translation.)  I'm

11:51AM 4    finished.

11:51AM 5          SPEAKER:  Keep your tie on.

11:51AM 6                     EXAMINATION

11:51AM 7    BY SPEAKER:

11:51AM 8    Q.   Okay.  You smelled it?

11:51AM 9    A.   (In English without translation.)  Yes.

11:51AM 10   Q.   Were you -- what were -- what did it smell like?

11:51AM 11   A.   (In English without translation.)  There was a smell.  But

11:51AM 12   how to describe the smell, it's --

11:51AM 13          (Through the translator.)  There was a smell.

11:51AM 14   Q.   Did it smell like the wallboard that you smelled that

11:52AM 15   Professor Hummel had sent you?

11:52AM 16   A.   (Through the translator.)  The cube had a smell.  The

11:52AM 17   board were -- had a stinging smell.

11:52AM 18   Q.   So the board had more smell than -- than the pile?

11:52AM 19   A.   (In English without translation.)  You can say it this

11:52AM 20   way, yes.

11:52AM 21   Q.   Okay.  What did you do in the next step of your

11:52AM 22   investigation?

11:52AM 23   A.   (Through the translator.)  I then went to the crusher.  I

11:52AM 24   then went to the crusher where I noticed the same smell.  I

11:52AM 25   continued to the mill, which also had a smell.  Always the same

**HOURLY TRANSCRIPT**

11:53AM  1    smell.

11:53AM  2            Then it goes from a mill through a filter.  And from

11:53AM  3    there -- that point on the smell that I smelled previously was

11:53AM  4    gone.

11:53AM  5            And from there -- from this belt into the cooker, it

11:53AM  6    goes from the conveyor into the cooker.  And, again, the smell

11:53AM  7    was not there.  Then I went further to what this -- what came

11:53AM  8    out of this kettle without any smell.

11:54AM  9            And then I went upstairs to -- upstairs to the silos

11:54AM  10   where the stucco was being stored.  No smell.  Then I continued

11:54AM  11   to the dosage aggregates, no smell.

11:54AM  12           Then I went to what I described before, to the mixer

11:54AM  13   where the gypsum and the water and all that comes out of.  I

11:54AM  14   took some of the material, sampled the material, it had no

11:54AM  15   smell.

11:55AM  16           Then I went further where the boards go into the

11:55AM  17   dryer.  I took off a piece, which at that point is soft, which

11:55AM  18   you can break off easily.  No smell.

11:55AM  19           Then I went to the place where the boards leave the

11:55AM  20   dryer, which is, basically, the finished product, which had no

11:55AM  21   smell.

11:55AM  22           Then I went to the storage facility and smelled the

11:55AM  23   finished product without any smell.

11:55AM  24   Q.   When you say you went to the *storage facility*, do you mean

11:55AM  25   the warehouse?

**HOURLY TRANSCRIPT**

11:55AM 1    A.    (In English without translation.)   The warehouse.

11:55AM 2              (Through the translator.)   The warehouse.

11:55AM 3    Q.    And that's where the finished board is?

11:55AM 4    A.    (In English without translation.)   Yes.

11:55AM 5    Q.    So you were able to smell the smell?

11:56AM 6    A.    (In English without translation.)   A smell.

11:56AM 7    Q.    At the raw material area and you were able to smell it at

11:56AM 8    the beginning of the production process, right?

11:56AM 9    A.    (In English without translation.)   Yes.

11:56AM 10   Q.    But not after the beginning of the production process?

11:56AM 11   A.    (In English without translation.)   No.

11:56AM 12   Q.    Were you ever -- were you ever able to produce wallboard,

11:56AM 13   during your inspection, that smelled like the wallboard that

11:56AM 14   Professor Hummel had received when he was in Florida and had

11:56AM 15   sent to you?

11:56AM 16   A.    (Through the translator.)   The board in the warehouse did

11:56AM 17   not smell the way the board smelled that Professor Hummel sent

11:56AM 18   to me.

11:56AM 19   Q.    No.  I'm going to -- I'm going to ask you.  I'm going to

11:56AM 20   ask you certain questions about what these duties and

11:56AM 21   responsibilities were when you lived there, okay?

11:56AM 22   A.    (In English without translation.)   Yes.

11:56AM 23   Q.    First of all, how far from the Tianjin plant did you live?

11:57AM 24   A.    (In English without translation.)   It depends on the

11:57AM 25   traffic.

**HOURLY TRANSCRIPT**

11:57AM 1        (Through the translator.)  It took me between

11:57AM 2  30 minutes and two hours to get there, depending on traffic.

11:57AM 3  Q.   Maybe you can tell us how many kilometers?

11:57AM 4  A.   (In English without translation.)  20.

11:57AM 5  Q.   20 kilometers.  Okay.

11:57AM 6        On the days that you were in Tianjin, did you

11:57AM 7  normally go to the -- go to the KPT plant every day?

11:57AM 8  A.   (In English without translation.)  Yes.

11:57AM 9  Q.   Where was your office?

11:57AM 10 A.   (In English without translation.)  It was in the

11:57AM 11 administration building.

11:57AM 12 Q.   How far from the administration building is the factory

11:57AM 13 building?

11:57AM 14 A.   (In English without translation.)  150 meters.

11:57AM 15 Q.   Was it your habit to go into the factory --

11:57AM 16 A.   (Through the translator.)  From my office I could see from

11:58AM 17 a window -- I could see the plant from my office.  And when

11:58AM 18 I -- but when I didn't see smoke coming out of the --

11:58AM 19       (Speaking English)  Steam.  Steam.

11:58AM 20       (Through the translator.)  -- steam coming out of the

11:58AM 21 factory, I knew there was a problem.

11:58AM 22 Q.   Why was that?

11:58AM 23 A.   (In English without translation.)  Because then there is

11:58AM 24 no production.  When there is no steam coming out of the oven,

11:58AM 25 then I know they have -- they have a problem.  They do not

**HOURLY TRANSCRIPT**

11:58AM 1    produce.

11:58AM 2    Q.   Something must be shut down?

11:58AM 3    A.   (In English without translation.)  Yes.  It's the very

11:58AM 4    reason.

11:58AM 5    Q.   All right.  Was it your habit to walk the plant factory

11:58AM 6    during the course of your day?

11:58AM 7    A.   (Through the translator.)  Yes.  In principal, I did that

11:58AM 8    the way I just described it every morning.  It's not that I

11:58AM 9    smelled -- smelled everything.  But, basically, I went with the

11:59AM 10   same process that I described earlier, that I went through

11:59AM 11   during the inspection.

11:59AM 12   Q.   When -- I'm sorry, I thought you were done.  Finish,

11:59AM 13   please.

11:59AM 14   A.   (Through the translator.)  The entire process from the

11:59AM 15   calcination and the entire production through the drying

11:59AM 16   process is controlled by temperature.  And after breaking up a

11:59AM 17   piece, as I described earlier --

11:59AM 18             (Speaking English)  No.  No.  After the crusher, I

12:00PM 19   went to the -- took it to the calcination plant and looked at

12:00PM 20   the modules.  And there was a whole process and you could see

12:00PM 21   the temperatures and the set points and the variations and so

12:00PM 22   on.

12:00PM 23             (Through the translator.)  And from the temperature

12:00PM 24   and the amount of air that is being moved, you can tell whether

12:00PM 25   the process is functioning or not.  And what I explained

**HOURLY TRANSCRIPT**

12:00PM 1    earlier as to the chemical formula, that we evaporate 1.5
12:00PM 2    molecules of water in the steamer, there's a value, a number,
12:01PM 3    that the operator has to measure.  And looking at this number
12:01PM 4    tells me exactly whether the gypsum that they produced is good
12:01PM 5    or bad.
12:01PM 6           Then I went to the mixer and on the monitor you see
12:01PM 7    the formula, the recipe.  Then I walked along the setting belt,
12:01PM 8    walked back through the warehouse, and if we had a quality
12:01PM 9    problem, I could read the delivery had been stopped.
12:02PM 10          (Speaking English)  So if they become aware there was
12:02PM 11   a delay in the warehouse, quality check, so it was stopped --
12:02PM 12   stopped for deliveries.
12:02PM 13          (Through the translator.)  From there I went to the
12:02PM 14   laboratory and looked at the test values of the boards that
12:02PM 15   were, let's say, produced during that previous night.  And with
12:02PM 16   experience, you -- you can tell from the numbers whether the
12:02PM 17   product is okay or not.
12:02PM 18          And this whole process that I just described took
12:02PM 19   about 45 minutes.  And during this 45 minutes, I didn't only
12:03PM 20   see the things I just described, but many other small things.
12:03PM 21   I saw dirt, I saw a motor being -- an engine being oiled; many,
12:03PM 22   many small things that were going on.
12:03PM 23          I took note of them, I wrote them down.  And we had
12:03PM 24   weekly meetings and we went through this list and we made a
12:03PM 25   plan when certain repair works were going to be done,

**HOURLY TRANSCRIPT**

12:03PM  1   et cetera.

12:03PM  2          So I was involved in the entire process.  We improved

12:03PM  3   the process.  And we were not equipped with CAD, for instance,

12:04PM  4   all that didn't exist.

12:04PM  5   Q.   With that?

12:04PM  6   A.   (In English without translation.)  With CAD drawings.  CAD

12:04PM  7   drawings.

12:04PM  8          (Through the translator.)  So it was a lot of fun.

12:04PM  9   And when I had suggestions for rebuilding or restructuring or

12:04PM 10   modifications, I took a piece of paper, I made a drawing, and

12:04PM 11   then I went right there and watched when these modifications,

12:05PM 12   changes were -- were made.

12:05PM 13          And the Chinese enjoyed that and they also saw the

12:05PM 14   outcome, the success of these measures.  And in that -- in

12:05PM 15   those years, I really wanted to change this plant to use

12:05PM 16   natural gas.

12:05PM 17   Q.   Did quality control include inspection of the incoming raw

12:05PM 18   materials?

12:05PM 19   A.   (In English without translation.)  Yes.

12:05PM 20   Q.   How did you perform the job of quality control of the

12:05PM 21   incoming raw materials?

12:05PM 22   A.   For every incoming material, whether it's gypsum or

12:06PM 23   cardboards or anything, there is a -- an inspection form,

12:06PM 24   and -- and certain parameters were checked off and were -- were

12:06PM 25   filed in a filing cabinet.

**HOURLY TRANSCRIPT**

12:06PM 1    Q.   Did you inspect the quality control reports?

12:06PM 2    A.   (In English without translation.)  Yes.

12:06PM 3    Q.   Who actually performs the quality control tests?

12:06PM 4    A.   The laboratory.

12:06PM 5    Q.   Does the laboratory do that -- withdrawn.

12:06PM 6              When you were in charge, did the laboratory do that

12:07PM 7    on a daily basis?

12:07PM 8    A.   Not every day, raw material is coming in.

12:07PM 9    Q.   Did the laboratory inspect the raw materials each time a

12:07PM 10   new delivery of raw materials came?

12:07PM 11   A.   (In English without translation.)  Correct.

12:07PM 12   Q.   So on the days when new trucks came in and dumped the

12:07PM 13   load, the lab went out and inspected?

12:07PM 14   A.   (In English without translation.)  Yes.

12:07PM 15   Q.   How do they inspect it?

12:07PM 16   A.   (Through the translator.)  There's a testing method which

12:07PM 17   they used.

12:07PM 18   Q.   Is it -- I'm sorry.  Go ahead.

12:07PM 19   A.   (Through the translator.)  They tested the purity, the

12:07PM 20   components which I mentioned earlier, calcium carbonate, clay,

12:08PM 21   salt -- sodium -- salt.

12:08PM 22   Q.   If the raw material did not meet specifications, what --

12:08PM 23   was there a procedure to follow?

12:08PM 24   A.   It was not accepted.  It was sent back.  It was put in a

12:08PM 25   separate area, and we negotiated with the supplier.

**HOURLY TRANSCRIPT**

12:08PM 1    THE COURT:  Is that it?

12:08PM 2    MR. GRAU:  Yes, sir.

12:08PM 3    THE COURT:  Okay.  All right.  We'll stop here,

12:08PM 4 Members of the Jury, and come back at, let's see, about 1:30 --

12:09PM 5 1:30.  The Court will stand in recess until then.

12:09PM 6    THE COURT SECURITY OFFICER:  All rise.

12:09PM 7    (WHEREUPON, at 12:09 p.m. the jury panel leaves the

8 courtroom, and the Court was in luncheon recess.)

9         *   *   *

10

11       REPORTER'S CERTIFICATE

12

13   I, Cathy Pepper, Certified Realtime Reporter, Registered

14 Merit Reporter, Certified Court Reporter of the State of

15 Louisiana, Official Court Reporter for the United States

16 District Court, Eastern District of Louisiana, do hereby

17 certify that the foregoing is a true and correct transcript to

18 the best of my ability and understanding from the record of the

19 proceedings in the above-entitled and numbered matter.

20

21       *s/Cathy Pepper*

22       Cathy Pepper, CRR, RMR, CCR
        Certified Realtime Reporter
23       Registered Merit Reporter
        Official Court Reporter
24       United States District Court
        Cathy_Pepper@laed.uscourts.gov
25

        **HOURLY TRANSCRIPT**

**'**

**'06** [1] - 11:1
**'07** [1] - 13:19

## 0

**07102** [1] - 2:5
**09-MD-2047** [1] - 1:7

## 1

**1** [1] - 62:9
**1,000** [1] - 8:14
**1.5** [1] - 110:1
**10** [1] - 70:4
**100** [3] - 70:23, 71:6, 91:13
**106** [1] - 28:12
**10:11** [1] - 59:9
**10:34** [1] - 59:13
**11** [1] - 8:15
**1100** [1] - 1:22
**1139** [1] - 8:6
**1139**...........................
......[1] - 4:18
**12:09** [1] - 113:7
**15** [1] - 80:17
**15-minute** [1] - 59:7
**150** [1] - 108:14
**16** [1] - 91:23
**1600** [1] - 2:21
**16490** [1] - 80:23
**16493** [1] - 80:24
**16494** [1] - 80:23
**17th** [1] - 8:13
**1932** [1] - 91:12
**1991** [2] - 30:14, 33:9
**1992** [1] - 30:15
**1999** [1] - 31:6
**1:30** [2] - 113:4, 113:5

## 2

**2** [2] - 65:14, 65:15
**20** [3] - 52:5, 108:4, 108:5
**2000** [6] - 31:9, 31:23, 33:9, 34:6, 34:8, 35:8
**2000-2004** [3] - 34:18, 34:22, 34:25
**2004** [6] - 34:7, 34:8, 34:10, 35:8, 37:3
**2005** [9] - 20:11, 25:4, 41:8, 66:5, 93:10, 93:13, 97:19,

**101:22, 103:4**
**2006** [53] - 21:5, 25:4, 25:8, 26:13, 45:20, 50:24, 50:25, 51:1, 51:23, 52:23, 54:5, 54:11, 54:13, 55:22, 57:2, 64:13, 65:17, 65:23, 65:25, 66:2, 67:10, 67:21, 68:1, 68:3, 70:4, 70:18, 71:20, 72:17, 73:7, 74:20, 74:25, 75:12, 76:2, 76:5, 76:9, 76:13, 78:14, 78:25, 79:3, 80:5, 80:9, 80:17, 90:1, 90:2, 93:15, 93:25, 97:19, 100:17, 101:23, 103:4, 103:8, 104:15
**2006-2007** [2] - 58:21, 76:19
**2007** [9] - 54:17, 58:4, 67:20, 68:1, 68:7, 76:13, 78:25, 93:17, 93:25
**2008** [2] - 93:19, 93:25
**2009** [3] - 17:19, 17:21, 93:21
**2012** [2] - 1:8, 5:2
**20th** [1] - 74:20
**21085** [1] - 79:21
**21st** [3] - 71:20, 73:7, 74:20
**2216** [1] - 2:11
**22nd** [2] - 74:20, 84:9
**23-year-old** [1] - 60:7
**2300** [1] - 3:4
**24088-94** [1] - 68:9
**27** [1] - 68:8
**27603** [1] - 2:8
**2800** [2] - 1:22, 1:22
**28TH** [2] - 1:8, 5:2

## 3

**3** [2] - 1:11, 41:23
**3,000** [2] - 26:1, 104:2
**30** [2] - 7:16, 108:2
**32131** [1] - 71:17
**38** [1] - 69:25

## 4

**40** [1] - 71:17
**400** [5] - 3:4, 6:8, 7:24, 74:8
**4040** [1] - 2:17
**40544** [1] - 69:25
**41** [2] - 74:24, 101:18

**42** [1] - 80:15
**45** [2] - 110:19
**47300-1** [1] - 79:18
**48** [2] - 79:18, 79:25
**49** [2] - 79:20, 79:21

## 5

**5** [1] - 74:13
**50** [11] - 26:7, 26:9, 26:11, 52:3, 52:4, 53:17, 53:19, 104:8, 104:10, 104:12
**50,000** [2] - 89:16, 98:8
**50-foot** [2] - 26:5, 104:6
**500** [1] - 3:9
**504** [1] - 3:10
**512** [1] - 4:6
**513** [1] - 4:7
**515** [1] - 4:18
**524** [2] - 4:8, 4:19
**526** [1] - 4:10
**53** [2] - 19:10, 29:5
**550** [1] - 2:4
**58** [1] - 91:6
**589-7779** [1] - 3:10
**59** [1] - 93:7

## 6

**60** [1] - 92:11
**620** [1] - 4:11

## 7

**701** [1] - 2:17
**70113** [1] - 1:19
**70130** [3] - 2:12, 3:5, 3:10
**70139** [1] - 2:18
**70163** [1] - 1:23
**77056** [1] - 2:22

## 8

**80** [1] - 52:4
**820** [1] - 1:18
**85** [1] - 92:13
**8:30** [1] - 1:8
**8:41** [1] - 5:8

## 9

**900** [1] - 2:8

**920** [1] - 2:4
**97464** [2] - 19:10, 29:5

## A

**a.m** [3] - 5:8, 59:9, 59:13
**A.M** [1] - 1:8
**ability** [3] - 14:8, 63:17, 113:18
**able** [10] - 9:3, 26:18, 27:20, 27:22, 44:5, 44:15, 104:21, 107:5, 107:7, 107:12
**above-entitled** [1] - 113:19
**absolutely** [2] - 23:12, 81:18
**accept** [2] - 32:7, 79:12
**acceptable** [2] - 102:13, 102:18
**accepted** [1] - 112:24
**accident** [1] - 7:12
**according** [1] - 62:20
**acknowledge** [2] - 78:14, 79:7
**action** [1] - 67:22
**activity** [1] - 85:17
**add** [1] - 60:6
**additional** [3] - 30:21, 43:17, 97:15
**address** [9] - 16:19, 19:9, 19:18, 19:21, 29:4, 29:15, 29:17
**adjusted** [1] - 95:9
**administration** [2] - 108:11, 108:12
**admit** [2] - 78:15, 78:17
**admitted** [2] - 8:4, 17:1
**advanced** [1] - 91:17
**adverse** [1] - 28:14
**adversely** [1] - 66:17
**advisor** [3] - 37:7, 37:11, 37:15
**affected** [4] - 8:12, 48:7, 78:8, 101:16
**affirmatively** [1] - 58:3
**Africa** [1] - 38:13
**afternoon** [1] - 84:13
**agent** [1] - 7:16
**aggregates** [1] - 106:11
**ago** [2] - 64:23, 84:24
**agree** [12] - 20:18, 35:4, 41:14, 86:24, 91:15, 91:20, 92:4,

92:15, 92:20, 92:25
**agreed** [1] - 52:16
**ahead** [1] - 112:18
**air** [3] - 57:9, 59:16, 109:24
**alarm** [2] - 68:24, 68:25
**alert** [1] - 61:5
**alerted** [1] - 59:23
**ALL** [1] - 1:9
**allow** [2] - 12:19, 14:19
**allows** [1] - 94:16
**almost** [1] - 95:12
**altogether** [1] - 61:17
**America** [2] - 38:15, 99:1
**Americans** [1] - 69:1
**amount** [1] - 109:24
**AND** [1] - 1:21
**ANGELLE** [3] - 3:3, 3:4, 61:15
**annually** [1] - 91:23
**answer** [12] - 16:1, 25:17, 26:19, 43:12, 48:22, 48:25, 49:2, 49:5, 49:17, 77:18, 103:18, 104:22
**answered** [6] - 22:25, 26:21, 42:16, 81:5, 94:25, 104:23
**Answered** [24] - 35:1, 37:6, 37:24, 40:14, 42:1, 56:16, 67:19, 68:19, 71:8, 72:18, 72:24, 73:14, 75:2, 75:7, 75:17, 76:6, 76:14, 77:12, 77:16, 95:9, 98:6, 98:25, 101:11, 101:13
**answering** [1] - 95:12
**ANTHONY** [1] - 2:11
**Anton** [2] - 38:9, 38:11
**ANTON** - 38:9
**apart** [1] - 84:22
**APPEARANCES** [3] - 1:15, 2:1, 3:1
**appliances** [2] - 11:4, 13:17
**applied** [1] - 90:19
**apply** [1] - 94:18
**appointed** [3] - 48:12, 84:15
**appreciate** [1] - 60:23
**approach** [3] - 7:19, 15:9, 100:22
**appropriate** [1] - 28:7
**area** [13] - 24:16, 25:1, 27:22, 37:8, 74:11, 74:13, 75:10, 83:2,

83:11, 83:16, 83:17, 107:7, 112:25
**areas** [4] - 37:25, 38:2, 101:20, 101:23
**arises** [1] - 66:13
**arm** [1] - 96:24
**Art** [1] - 7:13
**Arts** [1] - 7:10
**Asia** [9] - 39:15, 39:16, 40:4, 47:5, 93:25, 94:7, 98:2, 98:3, 98:22
**Asian** [1] - 66:16
**assess** [2] - 22:1, 51:5
**assist** [2] - 36:24, 39:16
**associated** [1] - 61:6
**assume** [1] - 33:12
**assumed** [2] - 73:12, 75:3
**assumption** [2] - 73:13, 89:10
**attempt** [1] - 14:24
**attend** [1] - 7:17
**attention** [2] - 100:6, 100:16
**available** [2] - 18:16, 94:6
**AVENUE** [1] - 1:18
**avoid** [2] - 60:1, 65:8
**aware** [17] - 10:22, 45:3, 54:21, 55:1, 59:2, 63:12, 67:8, 70:10, 77:2, 77:7, 77:15, 78:11, 78:14, 79:3, 85:3, 86:14, 110:10
**awful** [1] - 8:21
**Axel** [1] - 38:13

## B

**B406** [1] - 3:9
**Bachelor's** [2] - 7:8, 7:9
**background** [1] - 7:7
**bacteria** [1] - 49:9
**bad** [10] - 10:21, 50:15, 54:20, 66:23, 68:4, 100:23, 100:25, 101:1, 101:3, 110:5
**badly** [1] - 102:19
**Baldwin** [5] - 54:16, 54:21, 57:22, 58:7, 80:18
**Banner** [5] - 55:14, 79:25, 80:9, 90:3, 90:6

**base** [1] - 92:18
**based** [5] - 22:7, 35:11, 51:12, 87:12, 88:6
**basin** [2] - 74:9
**basis** [1] - 112:7
**BATT** [1] - 3:3
**became** [2] - 88:9, 90:2
**become** [6] - 7:13, 10:22, 13:25, 67:17, 68:7, 110:10
**BEFORE** [1] - 1:12
**began** [2] - 26:14, 104:15
**beginning** [4] - 27:23, 31:8, 107:8, 107:10
**begins** [2] - 23:7, 81:13
**behalf** [2] - 46:8, 47:8
**Beijing** [1] - 91:25
**belong** [1] - 74:14
**below** [1] - 69:11
**belt** [4] - 97:5, 97:9, 106:5, 110:7
**bench** [4] - 15:13, 16:16, 59:21, 62:1
**BENJAMIN** [2] - 1:20, 2:16
**best** [3] - 8:18, 12:3, 113:18
**between** [7] - 11:6, 13:6, 36:15, 86:5, 86:11, 87:14, 108:1
**Bibl** [2] - 37:19, 38:19
**big** [4] - 6:14, 23:22, 61:21, 82:6
**birthdays** [1] - 14:6
**bit** [3] - 6:20, 12:4, 59:16
**black** [9] - 101:20, 101:23, 102:3, 102:4, 102:5, 102:7, 102:10, 102:12
**blasted** [1] - 11:16
**board** [24] - 13:13, 23:13, 23:15, 23:16, 23:25, 27:11, 27:13, 62:10, 62:15, 67:22, 70:8, 81:19, 81:22, 81:23, 82:9, 84:8, 97:14, 99:23, 100:3, 105:17, 105:18, 107:3, 107:16, 107:17
**boards** [15] - 54:18, 55:17, 62:17, 78:6, 78:8, 79:4, 99:7, 99:14, 99:15, 99:17, 99:18, 101:14,

106:16, 106:19, 110:14
**boils** [1] - 14:5
**bomb** [1] - 8:21
**bottom** [1] - 8:18
**bought** [2] - 16:23, 78:24
**brains** [1] - 14:15
**brand** [1] - 13:14
**brand-new** [1] - 13:14
**breach** [1] - 8:14
**break** [3] - 59:7, 60:19, 106:18
**breaking** [1] - 109:16
**Brian** [1] - 61:16
**brief** [1] - 59:10
**bring** [2] - 59:12, 96:7
**BROAD** [1] - 2:4
**broke** [2] - 13:20, 13:24
**broken** [1] - 96:24
**brought** [1] - 100:6
**BRYSON** [2] - 2:7, 2:7
**builders** [1] - 84:17
**building** [4] - 90:15, 108:11, 108:12, 108:13
**BUILDING** [1] - 2:14
**Building** [2] - 71:11, 71:13
**built** [1] - 91:22
**bullet** [2] - 23:11, 81:17
**BURR** [1] - 2:15
**business** [4] - 20:6, 38:23, 41:3, 78:23
**button** [1] - 13:22
**BY** [24] - 1:18, 1:21, 2:3, 2:7, 2:11, 2:15, 2:21, 3:4, 3:12, 3:13, 4:7, 4:8, 6:4, 7:21, 8:8, 16:18, 17:11, 25:20, 27:3, 29:1, 84:12, 95:11, 103:20, 105:7

## C

**cabinet** [1] - 111:25
**CAD** [3] - 111:3, 111:6
**calcination** [6] - 96:5, 96:6, 96:15, 97:8, 109:15, 109:19
**calcinator** [1] - 96:14
**calcium** [4] - 63:21, 96:10, 96:25, 112:20
**calculation** [1] - 98:7
**calculations** [2] - 7:1, 7:4

**CALLED** [1] - 5:4
**Canal** [1] - 8:13
**candidate** [2] - 33:14, 33:16
**cannot** [12] - 12:20, 20:4, 41:1, 44:22, 48:10, 49:3, 49:5, 49:17, 56:17, 56:18, 89:2
**capabilities** [8] - 21:1, 42:5, 42:12, 42:14, 43:24, 44:4, 44:6, 44:8
**capability** [4] - 42:5, 43:15, 44:11, 62:19
**capable** [1] - 44:13
**capacities** [2] - 43:17, 44:3
**capacity** [7] - 44:9, 44:11, 66:12, 66:15, 67:12, 85:7, 91:23
**capacity-wise** [1] - 66:12
**carbonate** [2] - 63:22, 112:20
**cardboards** [1] - 111:23
**care** [4] - 21:9, 45:25, 47:3, 47:5
**careful** [1] - 61:14
**CARLINA** [1] - 2:16
**Carlo** [1] - 38:11
**CARNAHAN** [1] - 3:3
**carried** [1] - 49:4
**CaSO4** [1] - 96:11
**case** [7] - 5:14, 60:10, 66:25, 69:2, 88:4, 95:22
**cases** [1] - 68:22
**CASES** [1] - 1:9
**CATHY** [1] - 3:8
**Cathy** [2] - 113:13, 113:22
**Cathy_Pepper@laed .uscourts.gov** [2] - 3:11, 113:24
**caused** [2] - 67:1, 78:18
**causing** [1] - 79:12
**cavities** [2] - 87:23, 88:1
**CCR** [2] - 3:8, 113:22
**celebrate** [1] - 14:5
**Center** [1] - 58:25
**CENTRE** [1] - 1:22
**certain** [10] - 53:6, 55:24, 56:17, 96:19, 99:4, 99:14, 102:15, 107:20, 110:25, 111:24

**certainly** [2] - 90:25, 91:4
**CERTIFICATE** [1] - 113:11
**CERTIFIED** [2] - 3:8, 3:9
**Certified** [3] - 113:13, 113:14, 113:22
**certify** [1] - 113:17
**cetera** [1] - 111:1
**chain** [1] - 95:24
**chance** [2] - 46:21, 46:23
**change** [8] - 31:13, 34:2, 52:18, 52:21, 54:14, 55:24, 65:23, 111:15
**changed** [5] - 22:14, 51:20, 52:3, 64:2, 74:16
**changes** [4] - 67:22, 73:20, 111:12
**character** [1] - 12:6
**charge** [3] - 43:22, 66:15, 112:6
**check** [6] - 40:13, 53:24, 54:2, 67:6, 88:5, 110:11
**checked** [4] - 53:25, 57:10, 63:9, 111:24
**chemical** [4] - 52:2, 96:7, 96:10, 110:1
**chemist** [3] - 48:11, 49:18, 63:5
**Chengdu** [1] - 91:25
**CHENJE** [2] - 20:13, 41:10
**ChenJie** [7] - 20:12, 25:4, 41:9, 66:22, 66:23, 69:22, 103:4
**Cheryl** [3] - 5:15, 6:1, 12:1
**children** [2] - 14:19, 14:20
**China** [36] - 19:19, 21:7, 29:16, 32:1, 32:15, 34:3, 35:10, 35:11, 35:12, 35:14, 35:23, 35:24, 36:16, 40:5, 40:7, 41:18, 45:22, 72:5, 72:7, 72:17, 72:25, 74:6, 74:12, 74:19, 74:20, 74:22, 75:15, 80:19, 91:22, 97:25, 98:3, 98:19, 99:2, 99:6, 99:15, 99:24
**CHINESE** [1] - 1:5

Chinese [12] - 14:8, 15:3, 16:4, 33:12, 33:13, 35:2, 36:2, 49:23, 65:3, 66:11, 94:23, 111:13
CHINESE-MANUFACTURED [1] - 1:5
chose [1] - 28:6
Christmas [3] - 11:6, 12:11, 13:6
CHRISTOPHER [1] - 2:3
church [1] - 11:15
circulating [2] - 57:9, 57:14
CIVIL [1] - 1:7
civil [1] - 6:18
claims [2] - 45:3, 95:14
clarified [1] - 14:13
clarify [1] - 53:3
clay [3] - 63:21, 64:17, 112:20
clean [1] - 11:21
cleaning [1] - 11:9
clear [3] - 67:14, 67:17, 68:7
clearly [1] - 69:14
CLERK [4] - 5:10, 5:16, 5:24, 59:11
Clerk [1] - 5:23
clients [3] - 7:16, 53:8, 95:14
close [1] - 30:17
COE [1] - 2:20
cold [1] - 59:17
collect [2] - 39:17, 39:19
collecting [1] - 40:11
collectively [1] - 38:21
coming [9] - 17:18, 52:11, 57:2, 73:18, 74:12, 108:18, 108:20, 108:24, 112:8
Committee [1] - 84:14
COMMITTEE [1] - 1:17
committee [1] - 84:15
common [1] - 33:19
communicate [2] - 20:9, 41:6
communicated [2] - 20:20, 41:16
communications [1] - 7:10
companies [16] - 6:25, 35:2, 35:6, 35:15, 35:16, 35:18, 35:19, 35:25, 36:20, 37:23,

38:17, 39:23, 39:24, 70:12, 70:23, 91:13
COMPANY [1] - 2:20
company [32] - 6:24, 30:8, 30:11, 30:13, 30:15, 30:18, 30:23, 31:1, 31:10, 31:21, 32:1, 33:2, 33:3, 33:13, 34:12, 34:14, 35:12, 36:24, 38:22, 47:5, 58:23, 66:20, 71:10, 74:6, 76:10, 79:8, 80:11, 90:15, 92:9, 100:7, 100:23
Company [4] - 91:9, 91:10, 92:8, 93:8
company's [1] - 92:11
compete [1] - 35:18
competing [2] - 35:16, 36:8
competition [3] - 36:13, 36:14, 36:15
complain [1] - 100:13
complained [3] - 100:9, 100:20, 101:3
complaint [3] - 62:10, 100:6, 100:25
complaints [7] - 98:15, 98:18, 99:23, 99:25, 100:3, 100:16, 100:17
complete [1] - 92:13
completed [2] - 30:7, 51:2
completely [2] - 8:24, 46:24
completes [1] - 28:1
components [1] - 112:20
Composite [1] - 93:7
composition [3] - 49:12, 49:15, 67:22
compound [1] - 49:14
COMPUTER [1] - 3:13
computer [1] - 92:14
computer-controlled [1] - 92:14
concern [2] - 84:7, 94:1
concerning [1] - 80:18
concluded [2] - 16:16, 27:25, 62:1
conclusions [1] - 75:21
condition [1] - 87:9
conditioner [1] - 59:16
conditioning [1] - 57:9
conduct [1] - 59:3

conducted [2] - 58:18, 75:12
COMPANY [1] - 2:20
conducting [2] - 58:20, 75:25
conference [4] - 15:13, 16:16, 59:21, 62:1
confidential [2] - 76:22, 77:9
confirmed [1] - 13:5
confounded [1] - 11:22
confused [2] - 11:12, 13:16, 67:21
considered [1] - 28:16
construct [1] - 7:2
construction [1] - 6:18, 6:21, 6:25, 9:16, 9:23, 10:5, 10:10, 10:16, 10:23, 11:1, 11:8
consult [1] - 52:14
consultant [2] - 21:12, 37:7, 46:2
contact [5] - 17:15, 85:6, 85:20, 94:1, 94:3
contacts [1] - 9:16
contained [2] - 76:16, 80:16
contemporaneously [1] - 28:16
content [1] - 62:23
context [1] - 55:16
continued [3] - 27:18, 55:25, 106:10
CONTINUED [2] - 2:1, 3:1
continues [1] - 16:11
contractor [3] - 6:23, 9:13, 9:17
contractor's [2] - 6:19, 8:25
control [2] - 92:18, 92:24, 94:20, 95:4, 95:8, 111:17, 111:20, 112:1, 112:3
controlled [2] - 92:14, 109:16
conveyor [1] - 106:6
convince [1] - 71:5
convinced [1] - 70:22
convincing [1] - 70:11
cooker [2] - 106:5, 106:6
cooperated [1] - 45:8
corner [1] - 8:13
corporation [2] - 90:17, 92:10
correct [100] - 17:22,

20:21, 20:22, 21:2, 21:19, 21:21, 21:24, 22:23, 23:3, 23:5, 24:17, 25:9, 30:23, 32:21, 33:4, 33:7, 33:9, 33:11, 33:18, 33:24, 36:9, 36:10, 36:18, 39:15, 40:22, 41:17, 42:12, 42:21, 43:16, 43:25, 44:6, 47:9, 47:14, 47:17, 47:20, 47:23, 48:13, 49:13, 49:16, 50:3, 50:8, 50:9, 50:12, 50:14, 50:17, 51:3, 52:19, 52:25, 53:2, 53:22, 54:14, 56:15, 56:22, 57:10, 57:15, 57:22, 58:5, 58:18, 66:2, 66:8, 66:13, 67:23, 68:11, 69:7, 69:20, 70:5, 70:19, 70:24, 72:14, 72:23, 73:8, 73:18, 74:5, 74:22, 74:23, 76:2, 76:5, 76:22, 78:6, 78:25, 79:9, 79:13, 79:16, 80:5, 80:20, 81:3, 81:9, 81:11, 83:3, 83:16, 86:12, 87:4, 89:14, 89:17, 89:22, 94:24, 98:13, 103:9, 112:11, 113:17
corrosion [1] - 57:4
cost [6] - 7:2, 39:9, 39:12, 42:5, 43:15, 79:13
costly [1] - 13:25
Counsel [1] - 28:11
counsel [1] - 71:19
course [10] - 33:1, 40:6, 48:24, 50:1, 50:23, 64:21, 83:22, 97:25, 98:2, 109:6
Court [9] - 18:8, 18:15, 113:5, 113:8, 113:14, 113:15, 113:16, 113:23, 113:24
court [4] - 59:7, 69:2, 84:15
COURT [41] - 1:1, 3:8, 5:4, 5:7, 5:11, 8:4, 12:13, 12:18, 15:7, 15:11, 15:14, 16:7, 16:10, 16:14, 16:24, 17:1, 17:6, 17:9, 17:24, 18:1, 18:3, 18:7, 18:12, 18:23,

19:3, 28:4, 28:10, 59:6, 59:8, 59:12, 59:15, 60:15, 60:17, 60:24, 61:5, 61:22, 62:2, 62:4, 113:1, 113:3, 113:6
court-appointed [1] - 84:15
courtroom [5] - 5:9, 59:10, 59:14, 59:24, 113:8
COUSINS [1] - 2:20
cover [1] - 38:21
covered [1] - 16:7, 97:6
crawfish [1] - 14:5
crazy [1] - 69:1
create [1] - 97:3
creates [1] - 96:15
creeping [1] - 9:5
cross [4] - 12:19, 17:6, 17:9
CROSS [2] - 4:8, 17:10
cross-examination [1] - 12:19
CROSS-EXAMINATION [2] - 4:8, 17:10
CRR [2] - 3:8, 113:22
crusher [9] - 25:14, 27:17, 96:2, 96:3, 103:15, 105:23, 105:24, 109:18
cry [1] - 16:12
CTEH [1] - 58:23
cube [4] - 26:5, 27:11, 104:6, 105:16
curious [2] - 48:7, 48:9
current [1] - 72:10
customer [1] - 71:14
customers [3] - 79:2, 98:16, 98:19
cut [1] - 97:13

## D

daily [1] - 112:7
damage [5] - 8:22, 78:4, 79:11, 79:15, 79:16
damages [1] - 91:3
DANIEL [1] - 2:7
data [2] - 33:1, 33:3
David [3] - 6:15, 12:4, 14:18
DAVID [1] - 1:20
DAY [1] - 1:11

**days** [4] - 28:6, 95:13, 108:6, 112:12
**deal** [2] - 61:21, 68:5
**deals** [1] - 7:4
**Dean** [1] - 61:23
**December** [4] - 55:25, 74:25, 80:5, 80:17
**decide** [1] - 33:21
**decided** [2] - 32:20, 47:12
**decision** [14] - 30:25, 32:4, 32:5, 32:7, 33:10, 33:19, 46:8, 46:18, 46:20, 47:8, 47:11, 52:7, 72:16, 76:21
**deep** [2] - 26:11, 104:12
**defect** [5] - 13:10, 78:4, 78:18, 88:24, 88:25
**defective** [14] - 52:24, 76:12, 77:10, 77:23, 77:25, 78:2, 78:10, 78:16, 78:24, 79:4, 79:5, 79:8, 89:17, 91:3
**defendant** [2] - 18:18, 28:19
**defendants** [2] - 18:10, 28:24
**degree** [5] - 7:8, 7:10, 29:22, 30:2, 89:24
**delay** [1] - 110:11
**deliver** [2] - 91:2, 100:23
**delivered** [5] - 16:23, 53:7, 55:17, 68:4, 95:25
**deliveries** [3] - 53:4, 53:13, 110:12
**DELIVERY** [1] - 4:19
**delivery** [3] - 17:3, 110:9, 112:10
**Denise** [2] - 61:9, 61:11
**deny** [1] - 79:3
**department** [5] - 20:25, 43:22, 85:3, 85:8, 85:25
**DEPOSITION** [1] - 4:9
**deposition** [12] - 18:5, 18:19, 18:24, 19:5, 27:25, 28:5, 28:23, 41:23, 62:6, 71:17, 86:25
**depositions** [2] - 18:13, 18:16
**deposits** [2] - 25:14, 103:15

**DEPUTY** [4] - 5:10, 5:16, 5:24, 59:11
**describe** [6] - 11:11, 25:24, 27:7, 100:15, 103:25, 105:12
**described** [15] - 21:7, 24:19, 25:13, 45:23, 79:23, 83:6, 86:21, 102:17, 103:13, 106:12, 109:8, 109:10, 109:17, 110:18, 110:20
**describing** [1] - 85:21
**DESCRIPTION** [1] - 4:16
**description** [1] - 38:24
**designated** [1] - 18:9
**destroyed** [1] - 8:16
**determination** [1] - 33:6
**determine** [5] - 23:2, 76:3, 81:8, 82:3, 101:1
**determined** [2] - 23:20, 77:14
**devastating** [1] - 8:16
**developed** [2] - 64:25, 87:24
**development** [4] - 85:3, 85:7, 85:25, 94:4
**Devogel** [1] - 38:12
**DEVOGEL** [1] - 38:12
**Diaz** [1] - 101:18
**died** [1] - 11:8
**different** [20] - 20:21, 25:7, 30:11, 31:23, 35:21, 38:2, 41:17, 42:24, 43:6, 44:10, 56:20, 69:10, 73:22, 74:2, 74:3, 74:4, 77:7, 88:23, 103:7
**differentiate** [1] - 10:19
**DIRECT** [2] - 4:7, 6:3
**direct** [3] - 17:7, 17:8, 65:14
**directive** [2] - 54:21, 55:1
**directly** [1] - 37:20
**dirt** [1] - 110:21
**disappears** [1] - 84:6
**discovered** [1] - 76:11
**discrete** [1] - 99:5
**discuss** [2] - 17:16, 83:24
**discussed** [2] - 57:19, 87:21
**discussing** [1] - 70:11
**discussion** [4] -

38:10, 63:15, 72:22, 72:25
**discussions** [1] - 45:16
**dishwasher** [2] - 13:7, 13:8
**distinguish** [1] - 68:17
**District** [3] - 113:16, 113:24
**DISTRICT** [3] - 1:1, 1:2, 1:13
**divisions** [1] - 35:21
**DOCKET** [1] - 1:7
**document** [5] - 41:24, 41:25, 80:16, 90:5, 91:8
**DOCUMENT** [1] - 1:9
**documents** [1] - 88:7
**done** [17] - 9:23, 12:1, 12:3, 15:19, 16:13, 28:20, 53:22, 59:17, 61:19, 63:9, 71:18, 76:5, 76:7, 99:7, 109:12, 110:25
**Dongguan** [3] - 35:3, 62:13, 62:14
**door** [1] - 10:13
**dosage** [1] - 106:11
**double** [1] - 12:9
**down** [6] - 8:15, 11:8, 12:10, 59:19, 109:2, 110:23
**downstairs** [4] - 8:17, 8:24, 9:10, 10:6
**Dr** [12] - 21:7, 37:19, 38:19, 41:21, 45:23, 86:25, 87:9, 87:11, 87:13, 87:14, 94:1, 94:4
**dragged** [1] - 69:2
**drawing** [1] - 111:10
**drawings** [1] - 111:6, 111:7
**drill** [1] - 93:7
**drive** [1] - 74:12
**driver** [1] - 61:6
**driving** [2] - 60:9
**dropped** [1] - 8:21
**dry** [1] - 96:5
**dryer** [3] - 97:14, 106:17, 106:20
**drying** [2] - 97:16, 109:15
**drywall** [52] - 10:7, 11:1, 14:9, 15:3, 16:4, 16:23, 17:3, 21:24, 22:13, 22:17, 45:3, 47:23, 48:1, 49:16, 49:19, 49:23, 50:10, 54:22, 56:22,

57:3, 57:4, 63:10, 63:23, 64:1, 64:6, 66:8, 66:12, 72:13, 76:12, 76:15, 76:17, 77:10, 78:15, 79:8, 80:2, 88:17, 89:19, 90:3, 90:7, 97:18, 97:22, 98:3, 98:5, 98:16, 98:18, 100:11, 100:13, 100:21, 101:4, 101:9
**DRYWALL** [2] - 1:5, 4:19
**drywalls** [1] - 101:15
**due** [1] - 47:25
**duly** [1] - 5:22
**dumped** [1] - 112:12
**Duplantier** [1] - 8:1
**DUPLANTIER** [18] - 2:15, 8:2, 12:12, 15:5, 15:9, 15:19, 15:22, 16:25, 17:11, 17:23, 19:1, 28:3, 28:5, 60:3, 60:25, 61:3, 61:13, 61:18
**DUPLANTIER.............** [1] - 4:8
**during** [16] - 9:22, 10:9, 10:10, 31:13, 34:3, 34:18, 56:2, 67:2, 85:10, 97:8, 107:13, 109:6, 109:11, 110:15, 110:19
**duties** [1] - 107:20

# E

**e-mail** [8] - 43:1, 43:18, 44:18, 66:5, 70:1, 71:9, 72:5, 72:23
**e-mails** [2] - 20:14, 41:11
**early** [3] - 9:2, 21:23, 47:22
**earth** [1] - 38:22
**easily** [1] - 106:18
**East** [7] - 37:7, 37:8, 37:9, 40:10, 98:1
**EASTERN** [1] - 1:2
**Eastern** [1] - 113:16
**easy** [1] - 101:1
**education** [1] - 29:24
**educational** [1] - 7:7
**egg** [1] - 11:13
**EISELEN** [1] - 2:16
**either** [3] - 18:14, 58:4, 101:1

**ELDON** [1] - 1:12
**elevation** [1] - 12:9
**emanated** [1] - 77:10
**emanating** [7] - 21:24, 47:23, 48:1, 49:16, 53:21, 57:8, 76:16
**embarrassed** [1] - 14:17
**emissions** [1] - 63:10
**employed** [1] - 7:15
**employee** [3] - 20:2, 40:24, 47:14
**employees** [2] - 57:17, 77:3
**employer** [1] - 30:7
**empty** [1] - 87:23
**encapsulated** [1] - 11:18
**enclosed** [1] - 9:6
**end** [8] - 13:8, 34:6, 50:25, 61:5, 67:19, 68:1, 100:17, 102:20
**ended** [2] - 10:25, 88:16
**endless** [1] - 97:12
**ENERGY** [1] - 1:22
**engine** [1] - 110:21
**engineer** [14] - 6:17, 6:18, 9:15, 21:21, 29:22, 30:4, 30:9, 31:21, 47:20, 57:13, 87:4, 87:22, 89:22
**engineering** [6] - 6:24, 29:23, 89:24, 90:17, 90:19, 90:22
**engineers** [1] - 92:17
**English** [316] - 7:14, 19:14, 19:20, 21:3, 34:6, 34:20, 34:24, 35:5, 35:10, 35:13, 35:23, 35:25, 36:3, 36:5, 36:7, 36:13, 36:17, 36:19, 37:2, 37:4, 37:9, 37:11, 37:15, 37:17, 37:19, 38:3, 38:7, 38:18, 38:20, 39:8, 39:11, 39:18, 39:20, 39:23, 39:25, 40:3, 40:6, 40:9, 40:13, 40:18, 40:20, 40:22, 42:7, 42:10, 42:22, 43:4, 43:5, 43:8, 43:10, 44:15, 44:25, 45:2, 45:15, 46:12, 46:14, 46:21, 46:23, 47:2, 47:4, 47:15, 47:21, 48:3, 48:14, 48:16, 48:18, 48:20, 48:24, 49:21, 49:24, 50:1,

50:4, 50:9, 50:12, 50:14, 50:17, 50:19, 50:21, 50:23, 50:25, 51:4, 51:11, 51:14, 51:18, 51:24, 52:6, 52:8, 52:12, 52:15, 52:17, 52:20, 53:1, 53:23, 53:25, 54:3, 54:6, 54:8, 54:10, 54:12, 54:15, 54:24, 55:2, 55:6, 55:8, 55:11, 55:13, 56:3, 56:8, 56:13, 56:23, 57:1, 57:5, 57:11, 57:16, 57:23, 58:1, 58:6, 58:9, 58:11, 58:14, 58:19, 58:24, 59:1, 59:5, 62:12, 62:20, 62:24, 63:1, 63:3, 63:5, 63:7, 63:11, 63:14, 63:16, 63:19, 63:21, 63:25, 64:4, 64:7, 64:10, 64:12, 64:14, 64:16, 64:20, 64:23, 64:25, 65:4, 65:7, 65:12, 65:16, 65:18, 65:21, 65:24, 66:6, 66:9, 66:14, 66:22, 67:5, 67:7, 67:11, 67:24, 68:14, 68:16, 68:18, 69:19, 69:23, 70:2, 70:6, 70:14, 70:17, 70:20, 70:25, 71:3, 71:21, 71:24, 72:1, 72:6, 72:9, 72:15, 73:4, 73:6, 73:9, 73:11, 74:23, 76:18, 76:20, 76:23, 77:4, 77:24, 79:1, 80:3, 80:6, 80:10, 80:13, 80:21, 81:4, 81:10, 81:12, 81:15, 81:20, 81:24, 82:2, 82:4, 82:12, 82:14, 82:17, 82:21, 82:24, 83:1, 83:4, 83:8, 83:10, 83:13, 83:17, 83:20, 83:22, 83:25, 84:2, 84:5, 84:21, 84:23, 85:2, 85:5, 85:9, 85:13, 85:19, 86:1, 86:4, 86:13, 86:16, 86:18, 87:5, 88:8, 89:5, 89:18, 89:20, 89:23, 89:25, 90:4, 91:7, 91:16, 91:21, 92:5, 92:16, 92:21, 93:1, 93:4, 93:11, 93:14, 93:16, 93:18, 93:20, 93:22, 94:8,

94:15, 94:25, 95:6, 95:16, 95:20, 96:3, 96:15, 96:18, 97:20, 97:24, 98:20, 98:23, 99:8, 99:10, 99:13, 99:22, 99:25, 100:2, 100:5, 100:10, 101:19, 101:24, 102:1, 102:9, 102:11, 102:22, 102:24, 103:6, 103:10, 103:23, 104:5, 104:7, 104:9, 104:11, 104:13, 104:16, 104:18, 104:24, 105:3, 105:9, 105:11, 105:19, 107:1, 107:4, 107:6, 107:9, 107:11, 107:22, 107:24, 108:4, 108:8, 108:10, 108:14, 108:19, 108:23, 109:3, 109:18, 110:10, 111:6, 111:19, 112:2, 112:11, 112:14
**enjoyed** [1] - 111:13
**enterprise** [11] - 31:3, 36:1, 36:2, 36:24, 37:22, 38:17, 38:21, 44:14, 57:21, 63:12, 66:7
**enterprises** [2] - 39:16, 65:3
**enters** [2] - 5:8, 59:13
**entertain** [2] - 14:1, 14:8
**entire** [6] - 8:16, 8:24, 34:3, 109:14, 109:15, 111:2
**entities** [4] - 33:7, 36:8, 36:18, 71:14
**entitled** [1] - 113:19
**entity** [4] - 33:17, 33:20, 33:22, 58:20
**Environmental** [1] - 58:25
**equipment** [1] - 85:14
**equipped** [1] - 111:3
**ESQUIRE** [11] - 1:18, 1:21, 2:3, 2:4, 2:7, 2:11, 2:15, 2:16, 2:16, 2:21, 3:4
**established** [5] - 89:13, 91:24, 91:25, 94:24, 95:5
**estimation** [1] - 6:25
**et** [1] - 111:1

**Europe** [3] - 37:7, 38:13, 40:10
**European** [1] - 37:8
**evaporate** [2] - 97:14, 110:1
**evaporates** [1] - 96:21
**evenings** [1] - 7:17
**events** [1] - 14:6
**everywhere** [2] - 8:20, 10:16
**Evidence** [1] - 28:12
**evidence** [6] - 8:6, 16:22, 17:4, 28:17, 72:12, 73:1
**exactly** [7] - 6:21, 7:1, 32:22, 54:16, 61:23, 99:13, 110:4
**EXAMINATION** [14] - 4:7, 4:8, 6:3, 7:20, 8:7, 16:17, 17:10, 25:19, 27:2, 28:25, 62:7, 84:11, 95:10, 105:6
**examination** [1] - 12:19
**examined** [1] - 5:23
**exchange** [5] - 42:20, 85:13, 85:15, 85:17, 86:5
**exchanges** [3] - 85:21, 85:24, 86:3
**exclusively** [1] - 53:5
**excused** [1] - 18:1
**Exhibit** [13] - 8:5, 41:23, 68:8, 69:25, 71:17, 74:24, 79:18, 79:20, 79:25, 80:15, 91:6, 93:7, 101:18
**EXHIBIT** [1] - 4:18
**exhibits** [2] - 79:22, 79:23
**exist** [2] - 74:10, 111:4
**existed** [2] - 53:20, 76:1
**existence** [1] - 64:13
**expect** [1] - 90:25
**experience** [2] - 12:25, 110:16
**experienced** [1] - 56:17
**experiences** [1] - 85:16
**experts** [1] - 78:20
**explain** [6] - 12:18, 28:3, 28:10, 45:18, 53:12, 87:25
**explained** [3] - 87:1, 87:21, 109:25
**exports** [2] - 98:1
**express** [1] - 69:13

**expressed** [1] - 42:23
**extent** [1] - 60:11
**EXTERIOR** [2] - 2:14, 4:19
**Exterior** [5] - 16:22, 17:3, 17:15, 71:10, 71:13
**extra** [2] - 42:5, 43:15

# F

**face** [1] - 97:5
**facility** [6] - 80:19, 84:8, 84:25, 96:1, 106:22, 106:24
**facing** [1] - 78:9
**fact** [3] - 16:2, 60:6, 101:1
**factory** [4] - 108:12, 108:15, 108:21, 109:5
**failed** [1] - 13:8
**fair** [1] - 78:5
**fairness** [1] - 28:16
**fall** [1] - 11:2
**Fallon** [1] - 84:15
**FALLON** [1] - 1:12
**familiar** [1] - 71:10
**family** [4] - 15:18, 35:11, 61:7, 91:11
**Far** [1] - 40:10
**far** [4] - 14:2, 93:2, 107:23, 108:12
**fault** [1] - 44:3
**feet** [8] - 8:14, 8:15, 26:7, 26:9, 26:11, 104:8, 104:10, 104:12
**felt** [2] - 14:20, 28:7
**few** [4] - 37:25, 85:9, 89:13, 100:17
**FGD** [1] - 96:12
**fiasco** [2] - 66:17, 72:13, 72:14, 80:1
**Fiberboards** [1] - 38:14
**field** [2] - 6:21, 78:20
**figure** [2] - 22:7, 51:12
**filed** [1] - 111:25
**filing** [1] - 111:25
**fill** [1] - 33:21
**filter** [1] - 106:2
**fine** [3] - 19:22, 29:18, 94:19
**finish** [2] - 71:4, 109:12
**finished** [17] - 11:4, 17:7, 17:8, 26:22, 26:23, 26:24, 26:25,

64:20, 84:10, 97:17, 104:25, 105:1, 105:2, 105:4, 106:20, 106:23, 107:3
**FIRM** [1] - 2:10
**first** [36] - 5:22, 18:21, 20:3, 21:20, 22:12, 23:11, 25:12, 30:7, 30:12, 30:18, 30:23, 31:1, 31:10, 31:14, 31:21, 39:11, 40:25, 47:18, 51:18, 54:3, 54:25, 65:15, 67:8, 68:12, 68:23, 71:7, 74:15, 78:11, 79:25, 81:17, 91:7, 91:11, 103:12, 107:23
**five** [8] - 19:17, 29:14, 38:3, 38:4, 84:24, 85:23, 100:18
**fix** [1] - 10:4
**fixed** [1] - 13:12
**flavor** [2] - 15:17, 15:20
**flood** [1] - 12:9
**floors** [1] - 11:21
**Florida** [4] - 10:2, 24:10, 82:20, 107:14
**flow** [4] - 25:13, 25:15, 103:14, 103:16
**flying** [1] - 10:20
**focusing** [1] - 66:7
**follow** [2] - 95:18, 112:23
**followed** [2] - 25:13, 103:14
**following** [1] - 56:1
**follows** [3] - 5:23, 19:6, 95:24
**FOR** [3] - 1:17, 2:14, 2:20
**forefront** [1] - 91:18
**foregoing** [1] - 113:17
**form** [3] - 97:21, 98:14, 111:23
**formal** [1] - 29:24
**former** [1] - 19:1
**forming** [1] - 92:23
**formula** [3] - 52:3, 110:1, 110:7
**formulation** [2] - 96:7, 96:10
**forwarded** [1] - 74:25
**founded** [1] - 35:20
**four** [3] - 19:17, 19:25, 29:21
**frame** [4] - 56:2, 56:4, 58:21, 76:19
**framing** [1] - 11:17

**France** [1] - 38:12
**Fraunhofer** [1] - 56:25
**Fred** [1] - 84:13
**frequently** [1] - 85:20
**fried** [2] - 13:13, 13:23
**friends** [2] - 10:1, 14:2
**front** [3] - 6:14, 25:21, 103:21
**full** [2] - 19:7, 29:2
**fun** [1] - 111:8
**function** [2] - 42:21, 86:14
**functioning** [1] - 109:25
**funny** [2] - 11:7, 11:10

## G

**G-R-O-S-S** [1] - 6:2
**Gail** [1] - 12:6
**GAINSBURGH** [1] - 1:20
**GALLOWAY** [1] - 2:14
**gaps** [1] - 88:2
**garage** [1] - 12:9
**GARVEY** [1] - 20:15
**Garvey** [2] - 20:16, 41:13
**gas** [4] - 87:24, 88:1, 88:4, 111:16
**gate** [2] - 25:22, 103:22
**Gebruder** [1] - 30:8
**general** [7] - 6:19, 6:23, 8:25, 32:15, 34:2, 34:22, 75:10
**generalize** [1] - 33:12
**gentleman** [1] - 85:12
**gentlemen** [1] - 5:12
**geologically** [1] - 74:8
**GEORGE** [1] - 2:4
**GERALD** [1] - 1:21
**GERMAN** [1] - 4:10
**German** [34] - 19:5, 35:1, 37:6, 37:24, 38:10, 40:14, 42:1, 56:16, 67:19, 68:19, 71:8, 72:18, 72:24, 73:14, 75:2, 75:7, 75:17, 76:6, 76:14, 77:12, 77:16, 90:17, 90:18, 90:21, 92:9, 92:14, 92:17, 94:22, 95:9, 97:13, 98:6, 98:25, 101:11, 101:13
**Germans** [1] - 92:19
**Germany** [9] - 24:13, 34:11, 38:12, 41:19,

56:21, 82:24, 86:10, 91:11, 94:2
**GIPS** [1] - 79:21
**Gips** [37] - 18:24, 20:2, 32:12, 33:3, 33:6, 33:10, 33:14, 33:16, 33:20, 34:15, 34:16, 36:16, 37:1, 37:16, 38:1, 38:14, 38:25, 40:19, 40:21, 40:24, 46:8, 46:11, 46:25, 47:8, 47:14, 50:22, 54:11, 54:13, 63:8, 70:16, 70:18, 71:17, 80:22, 85:8, 94:24, 95:14, 95:17
**given** [2] - 77:2, 77:8
**global** [1] - 91:13
**glue** [1] - 10:17
**GMBH** [4] - 30:16, 31:14, 31:18, 32:4
**goal** [1] - 36:18
**God** [1] - 5:19
**graduate** [1] - 7:17
**graduated** [1] - 30:1
**GRAU** [4] - 2:16, 61:23, 62:3, 113:2
**Gross** [1] - 5:15, 6:1, 6:5, 12:23, 13:14, 14:1, 14:23, 16:19, 16:23, 17:5, 17:12
**GROSS** [1] - 5:21
**GROSS......................
............... [1] - 4:6
**Group** [1] - 94:7
**group** [1] - 86:12
**grout** [1] - 10:18
**Guangzhou** [1] - 91:25
**guaranties** [1] - 94:20
**guess** [2] - 12:2, 58:15
**gutted** [6] - 8:24, 10:13, 10:15, 11:15, 11:16
**guy** [2] - 6:14, 85:10
**Gypsum** [3] - 85:1, 85:4, 85:6
**gypsum** [62] - 23:9, 23:10, 24:16, 24:19, 26:1, 38:23, 49:9, 49:11, 49:12, 49:15, 52:1, 52:2, 52:3, 52:5, 52:10, 65:20, 65:22, 65:23, 73:16, 73:17, 73:19, 73:21, 73:22, 73:23, 74:1, 74:2, 74:4, 74:10, 74:12, 75:4, 75:8, 75:9, 76:4, 81:15, 81:16, 83:2, 83:6,

91:12, 91:14, 92:12, 95:24, 96:1, 96:2, 96:8, 96:10, 96:11, 96:12, 96:19, 97:6, 97:8, 98:8, 98:10, 102:14, 102:20, 104:2, 106:13, 110:4, 111:22

## H

**H-A-L-B-A-C-H** [1] - 18:22
**habit** [2] - 108:15, 109:5
**HALBACH** [3] - 4:9, 28:23, 62:6
**Halbach** [12] - 18:6, 18:22, 19:5, 19:8, 19:12, 27:25, 29:3, 29:7, 41:22, 80:25, 84:13, 95:12
**Halbach's** [1] - 28:5
**half** [6] - 19:25, 29:21, 61:24, 96:25, 98:21, 98:22
**hall** [1] - 61:10
**hallways** [1] - 61:13
**hand** [4] - 5:17, 33:13, 41:22, 71:16
**handle** [2] - 9:16, 60:17
**handled** [1] - 69:6
**hanging** [1] - 61:10
**hard** [2] - 10:21, 12:3
**Harro** [7] - 32:10, 32:20, 34:17, 39:3, 39:5, 39:6, 80:18
**Hay** [2] - 6:8, 7:24
**hazardous** [1] - 71:6
**head** [2] - 58:3, 63:8
**heading** [1] - 15:10
**headquarters** [3] - 31:3, 31:4, 74:6
**health** [1] - 7:11
**Health** [1] - 58:25
**hear** [3] - 15:23, 18:19, 55:19
**HEARD** [1] - 1:12
**heard** [12] - 15:7, 21:25, 47:24, 49:22, 49:24, 49:25, 55:15, 55:16, 57:2, 58:23, 61:8, 71:13
**hearing** [3] - 61:10, 61:11, 68:10
**hearsay** [2] - 12:12, 12:19
**heat** [3] - 59:16, 96:19

**held** [6] - 14:6, 15:13, 24:3, 34:3, 59:21, 82:13
**help** [24] - 5:19, 46:10, 46:11, 46:15, 46:19, 47:11, 47:12, 47:13, 48:14, 48:15, 48:16, 48:18, 48:20, 68:13, 68:14, 68:15, 68:16, 68:17, 68:21, 69:12, 94:11, 94:12
**helpful** [1] - 92:1
**hereby** [1] - 113:16
**HERMAN** [3] - 1:17, 1:18
**hi** [2] - 17:12, 17:13
**hidden** [3] - 89:7, 101:2
**high** [5] - 13:8, 26:7, 92:12, 92:14, 104:8
**high-end** [1] - 13:8
**high-quality** [1] - 92:12
**high-tech** [1] - 92:14
**higher** [1] - 57:24
**highlight** [1] - 61:20
**hill** [4] - 25:25, 104:1
**himself** [1] - 9:19
**hire** [2] - 9:13, 9:20
**hired** [3] - 9:21, 38:24, 59:2
**hiring** [1] - 56:20
**hit** [1] - 14:14
**Hoell** [1] - 38:13
**HOELL** [1] - 38:13
**holidays** [3] - 11:3, 11:9, 14:4
**home** [10] - 8:12, 9:14, 9:18, 9:23, 16:23, 19:9, 29:4, 60:9, 91:4, 100:13
**homeowners** [4] - 84:16, 100:8, 100:9, 100:11
**honestly** [2] - 26:17, 104:18
**Honor** [12] - 5:15, 8:3, 12:12, 15:5, 15:9, 16:21, 17:8, 18:4, 19:2, 28:1, 28:9, 62:3
**HONORABLE** [1] - 1:12
**hope** [2] - 90:14, 90:16
**hopefully** [1] - 59:18
**horrible** [2] - 8:19
**hot** [2] - 9:6, 59:18
**hour** [1] - 61:24
**hours** [1] - 108:2

**house** [27] - 7:24, 8:9, 8:15, 8:22, 9:3, 9:10, 9:25, 10:1, 10:4, 10:12, 10:24, 11:9, 11:15, 11:24, 12:2, 12:11, 13:17, 14:2, 14:7, 14:9, 14:12, 14:25, 15:19, 16:3, 17:20, 57:9, 57:15
**houses** [3] - 10:14, 54:19, 68:19
**Houston** [1] - 9:1
**HOUSTON** [1] - 2:22
**huge** [2] - 57:18, 74:9
**humid** [1] - 9:6
**Hummel** [54] - 21:9, 21:16, 21:18, 23:17, 24:9, 27:10, 45:6, 45:8, 45:10, 45:16, 45:24, 46:6, 46:17, 46:18, 47:9, 47:16, 48:12, 49:7, 50:18, 51:2, 52:14, 56:5, 56:10, 56:20, 58:16, 63:14, 65:1, 68:6, 69:6, 69:11, 69:15, 70:4, 70:11, 70:15, 71:2, 73:4, 73:5, 73:15, 80:8, 81:25, 82:19, 83:21, 83:24, 84:1, 84:4, 86:25, 87:9, 87:11, 87:21, 94:1, 94:4, 105:15, 107:14, 107:17
**Hummel's** [2] - 70:22, 71:23
**Hurricane** [1] - 8:12
**hurricane** [1] - 9:24
**hurt** [1] - 14:20
**husband** [10] - 6:16, 6:17, 8:25, 9:15, 9:22, 11:14, 14:1, 14:4, 14:24, 17:15
**husband's** [1] - 12:8
**hush** [2] - 77:3, 77:4
**hush-hush** [2] - 77:3, 77:4

## I

**idea** [2] - 13:15, 48:21
**identical** [3] - 23:13, 81:19, 84:8
**identification** [1] - 87:12
**identified** [2] - 87:9, 87:14
**identify** [1] - 7:22
**impact** [2] - 15:16,

**HOURLY TRANSCRIPT**

57:14

**impacted** [2] - 14:8, 66:17

**implement** [1] - 65:8

**implemented** [2] - 64:22, 65:2

**important** [3] - 11:24, 57:20, 58:10

**improved** [2] - 95:7, 111:2

**impurities** [3] - 49:8, 63:18, 64:17

**IN** [1] - 1:5

**include** [1] - 111:17

**includes** [1] - 71:18

**including** [1] - 38:4

**incoming** [5] - 25:5, 103:5, 111:17, 111:21, 111:22

**incorrect** [3] - 36:11, 36:12, 49:5

**increased** [1] - 100:19

**independent** [1] - 58:17

**indescribable** [1] - 8:17

**indicated** [1] - 68:23

**Indicating** [1] - 23:23

**indicating** [1] - 82:7

**informal** [1] - 33:5

**information** [9] - 54:4, 69:10, 72:2, 76:22, 77:3, 85:17, 86:8, 86:21

**informations** [1] - 69:14

**informed** [4] - 33:1, 45:13, 57:21, 90:9

**inherent** [2] - 88:10, 89:14

**inspect** [5] - 26:16, 104:17, 112:1, 112:9, 112:15

**inspected** [1] - 112:13

**inspecting** [1] - 102:25

**inspection** [6] - 26:13, 104:14, 107:13, 109:11, 111:17, 111:23

**install** [1] - 9:19

**installed** [2] - 54:18, 54:20

**installing** [1] - 10:7

**instance** [2] - 69:17, 111:3

**institute** [2] - 56:24, 58:18

**Institute** [1] - 56:25

**institutes** [1] - 56:21

**instruction** [7] - 10:25, 64:24, 65:2, 65:6, 69:20, 77:2, 77:8

**instructions** [1] - 69:18

**INSURANCE** [1] - 2:20

**insurance** [2] - 7:11, 7:16

**intended** [1] - 42:24

**interchange** [1] - 86:21

**interest** [1] - 86:15

**interested** [1] - 30:20

**Interior** [5] - 16:22, 17:3, 17:15, 71:10, 71:13

**INTERIOR** [2] - 2:14, 4:19

**internal** [5] - 66:25, 75:5, 95:1, 95:2, 95:4

**internally** [2] - 57:17, 76:21

**international** [1] - 92:10

**interpretation** [1] - 87:13

**interpreter** [2] - 19:6, 44:3

**INTERPRETER** [1] - 99:12

**INTERPRETER)........** ..........................  [1] - 4:10

**interrelationship** [1] - 86:11

**interrupt** [1] - 96:13

**introduce** [2] - 18:11, 73:20

**introduced** [1] - 28:13

**introducing** [1] - 73:16

**Introduction** [1] - 91:8

**introduction** [1] - 28:14

**investigate** [11] - 21:18, 25:9, 47:16, 48:10, 48:12, 48:15, 48:17, 57:3, 73:1, 75:16, 103:9

**investigated** [2] - 25:11, 103:11

**investigating** [4] - 58:13, 72:13, 73:21, 75:1

**investigation** [15] - 27:16, 51:3, 56:21, 58:17, 58:21, 59:3, 68:11, 71:7, 71:23,

74:21, 75:11, 75:14, 75:22, 90:3, 105:22

**investigations** [2] - 49:4, 80:9

**investigative** [1] - 59:3

**investment** [1] - 92:10

**invoice** [2] - 16:22, 17:3

**INVOICE** [1] - 4:19

**involve** [1] - 46:18, 46:24, 47:3

**involved** [17] - 7:3, 21:5, 21:11, 21:17, 45:20, 46:1, 46:7, 46:9, 47:9, 55:10, 56:24, 57:6, 58:20, 87:1, 90:2, 90:11, 111:2

**involves** [1] - 49:12

**involving** [1] - 90:7

**Iphofen** [2] - 31:2, 31:3

**IRONS** [1] - 2:20

**IRPINO** [2] - 2:10, 2:11

**Isabel** [4] - 42:3, 58:1, 70:11, 80:18

**issue** [4] - 21:10, 45:25, 61:20, 73:17

**issues** [3] - 66:2, 90:6, 94:4

**Italy** [1] - 40:7

**itself** [1] - 88:10

## J

**J-I-E** [3] - 20:15, 20:17, 41:13

**January** [3] - 54:17, 55:25, 58:4

**JIE** [2] - 20:16, 41:12

**job** [12] - 6:22, 7:2, 31:14, 31:23, 32:7, 32:10, 32:15, 33:15, 34:12, 42:20, 45:1, 111:20

**jobs** [1] - 9:17

**JOHNSON** [1] - 2:14

**JR** [1] - 2:15

**judge** [4] - 7:19, 61:15, 61:23, 67:15

**Judge** [1] - 84:15

**JUDGE** [1] - 1:13

**juror** [2] - 59:24, 60:8

**jurors** [3] - 60:7, 61:6

**jury** [8] - 5:8, 8:9, 18:23, 28:3, 28:8, 59:9, 59:13, 113:7

**Jury** [3] - 12:18, 18:13,

113:4

**JURY** [1] - 1:12

## K

**Karen** [1] - 9:2

**Karin** [4] - 20:16, 20:18, 41:13, 41:14

**Katrina** [7] - 8:12, 9:13, 10:12, 10:14, 10:20, 11:13, 12:8

**KATZ** [1] - 1:17

**keep** [12] - 17:14, 19:12, 27:1, 29:7, 58:13, 60:12, 60:20, 76:21, 77:3, 77:9, 97:11, 105:5

**kettle** [2] - 96:22, 106:8

**KEVIN** [1] - 2:21

**kids** [1] - 10:2

**kilometers** [4] - 74:8, 74:13, 108:3, 108:5

**kind** [6] - 60:1, 62:14, 62:15, 62:18, 64:15, 99:14

**Knauf** [147] - 18:24, 20:2, 20:8, 21:5, 21:24, 22:14, 22:19, 30:8, 30:11, 30:13, 30:16, 30:23, 31:3, 31:10, 31:14, 31:18, 32:1, 32:12, 32:14, 32:16, 33:3, 33:6, 33:7, 33:10, 33:14, 33:16, 33:17, 33:20, 33:21, 33:24, 34:1, 34:5, 34:12, 34:14, 34:15, 34:16, 35:2, 35:12, 35:14, 35:21, 36:1, 36:2, 36:6, 36:15, 36:16, 36:20, 36:23, 37:1, 37:22, 38:1, 38:11, 38:17, 38:21, 39:14, 39:16, 39:25, 40:19, 40:21, 40:24, 41:5, 42:3, 42:16, 42:22, 42:25, 43:13, 44:14, 44:17, 45:3, 45:11, 45:13, 45:17, 45:20, 46:8, 47:23, 54:21, 57:17, 57:20, 57:21, 57:24, 59:2, 63:8, 63:12, 64:2, 64:9, 65:2, 66:7, 66:11, 66:16, 66:17, 67:17, 67:22, 68:10, 69:2, 70:4, 70:7, 70:10, 70:16, 70:18, 71:14, 71:17,

72:14, 75:5, 75:13, 77:3, 77:8, 78:1, 78:5, 78:11, 78:14, 80:1, 80:9, 80:18, 80:22, 84:18, 86:5, 86:11, 86:15, 88:12, 89:8, 90:6, 90:7, 90:13, 91:1, 91:9, 91:10, 91:11, 91:17, 91:22, 92:8, 92:9, 93:8, 94:7, 94:13, 94:16, 94:24, 95:4, 95:14, 95:17

**Knauf's** [3] - 77:23, 77:25, 79:3

**Knaufs** [1] - 54:16

**knowledge** [1] - 89:17

**known** [2] - 76:9, 83:16

**knows** [5] - 9:15, 18:8, 18:23, 83:22, 96:23

**KPT** [66] - 20:8, 20:9, 20:23, 22:2, 22:21, 24:14, 24:17, 25:8, 32:1, 32:4, 32:14, 32:18, 33:24, 34:1, 34:5, 34:19, 34:23, 34:25, 35:4, 35:5, 35:9, 39:25, 41:5, 41:6, 42:10, 42:12, 43:13, 43:18, 43:20, 44:15, 44:20, 44:23, 46:11, 46:25, 47:2, 50:2, 50:7, 50:11, 50:20, 51:6, 52:11, 52:18, 52:23, 54:1, 54:11, 54:13, 54:14, 59:2, 64:11, 68:9, 69:20, 69:25, 79:18, 80:19, 81:1, 82:25, 83:3, 84:8, 95:14, 95:17, 98:1, 100:11, 103:1, 103:8, 108:7

**KPT's** [2] - 42:11, 102:7

## L

**LA** [6] - 1:19, 1:23, 2:12, 2:18, 3:5, 3:10

**lab** [5] - 62:15, 62:16, 62:19, 92:22, 112:13

**laboratory** [13] - 22:20, 62:10, 62:11, 62:12, 62:14, 64:10, 64:11, 103:2, 110:14, 112:4, 112:5, 112:6, 112:9

**ladies** [1] - 5:11

**lady** [1] - 16:11

**Lakeview** [2] - 6:8, 7:25
**landing** [1] - 12:8
**language** [1] - 43:8
**large** [2] - 74:6, 101:23
**larger** [1] - 28:7
**last** [9] - 16:19, 31:15, 46:21, 46:23, 62:9, 65:14, 75:25, 78:12, 80:24
**late** [2] - 78:12, 90:1
**latent** [4] - 88:25, 89:3, 89:4, 89:19
**LAW** [1] - 2:10
**lawyer** [2] - 59:25, 95:17
**lawyers** [6] - 59:2, 60:12, 60:18, 61:10, 95:13, 95:19
**layers** [5] - 87:8, 102:5, 102:7, 102:10, 102:12
**leave** [1] - 34:5, 106:19
**leaves** [2] - 59:9, 113:7
**left** [3] - 11:8, 30:10, 69:10
**leg** [1] - 96:24
**lemon** [1] - 13:10
**lengthy** [1] - 28:6
**less** [1] - 65:20
**level** [2] - 12:9, 38:1
**LIABILITY** [1] - 1:6
**Libertyville** [1] - 84:25
**license** [3] - 6:19, 7:11, 8:25
**Liezen** [1] - 30:17
**life** [1] - 7:11
**limited** [4] - 34:25, 50:7, 50:13, 53:9
**line** [1] - 92:14
**liquid** [1] - 97:11
**list** [1] - 110:24
**LITIGATION** [1] - 1:6
**litigation** [1] - 84:17
**live** [8] - 6:7, 6:8, 8:13, 10:5, 12:23, 19:24, 29:20, 107:23
**lived** [5] - 10:6, 10:8, 19:16, 29:13, 107:21
**lives** [1] - 60:7
**living** [3] - 6:16, 9:1, 10:1
**load** [1] - 112:13
**loader** [1] - 96:2
**LOBMAN** [1] - 3:3
**local** [8] - 22:20, 53:19, 53:21, 53:24,

53:25, 54:7, 64:10, 64:11
**location** [1] - 78:21
**look** [9] - 25:24, 33:13, 71:19, 72:9, 80:15, 87:16, 101:23, 101:25, 103:25
**looked** [3] - 8:20, 109:19, 110:14
**looking** [3] - 23:5, 81:11, 110:3
**looks** [1] - 42:2
**looted** [1] - 9:11
**lost** [2] - 16:3, 17:20
**louder** [2] - 19:13, 29:8
**Louisiana** [4] - 6:9, 6:17, 113:15, 113:16
**LOUISIANA** [2] - 1:2, 1:7
**LP** [1] - 2:14
**Ltd** [4] - 91:9, 91:10, 92:9, 93:8
**luncheon** [1] - 113:8
**LUNCHEON** [1] - 4:11
**LuNeng** [13] - 73:8, 73:10, 73:18, 74:4, 74:6, 74:14, 74:17, 74:21, 87:10, 95:22, 97:19, 98:12, 101:22

**M**

**ma'am** [2] - 17:23, 18:1
**machine** [1] - 44:16
**MAGAZINE** [1] - 2:11
**magnesium** [1] - 63:22
**mail** [8] - 43:1, 43:18, 44:18, 66:5, 70:1, 71:9, 72:5, 72:23
**mails** [2] - 20:14, 41:11
**main** [1] - 74:11
**maintain** [1] - 94:16
**maintains** [1] - 85:4
**major** [1] - 91:13
**Malaysia** [5] - 97:25, 98:3, 98:16, 99:6, 99:24
**management** [1] - 33:7
**manager** [17] - 19:1, 20:6, 20:12, 31:11, 31:16, 31:17, 31:18, 32:15, 33:13, 34:2, 34:22, 41:3, 41:9, 89:12, 103:3

**managers** [2] - 20:20, 41:16
**Mandeville** [1] - 60:8
**manufacture** [1] - 44:13
**MANUFACTURED** [1] - 1:5
**manufactured** [7] - 75:23, 98:9, 99:14, 99:15, 99:17, 99:18, 100:12
**manufacturer** [1] - 91:14
**manufacturers** [1] - 84:18
**manufacturing** [1] - 99:7
**Mark** [5] - 68:13, 68:20, 69:20, 90:9, 90:11
**mark** [2] - 53:2, 93:6
**marked** [5] - 41:23, 68:8, 71:16, 79:20, 91:6
**market** [6] - 53:19, 53:21, 53:24, 54:1, 54:7, 66:8
**marketing** [1] - 7:8
**married** [1] - 6:10
**marsh** [1] - 8:18
**Martin** [6] - 18:22, 19:5, 19:8, 27:25, 29:3, 61:16
**MARTIN** [3] - 4:9, 28:23, 62:6
**MASON** [1] - 2:7
**Masser** [1] - 18:5
**master** [1] - 29:23
**Master's** [1] - 7:13
**material** [37] - 25:14, 25:22, 25:23, 26:3, 26:16, 27:22, 52:20, 52:21, 68:4, 87:14, 87:19, 89:1, 89:14, 95:22, 95:25, 96:4, 96:5, 96:23, 97:18, 98:4, 99:18, 102:7, 102:13, 102:16, 102:18, 103:1, 103:14, 103:22, 103:23, 104:4, 104:17, 106:14, 107:7, 111:22, 112:8, 112:22
**materials** [7] - 88:7, 92:23, 97:2, 111:18, 111:21, 112:9, 112:10
**math** [1] - 38:5
**mathematical** [1] - 7:1

**matter** [4] - 43:17, 48:10, 98:10, 113:19
**mean** [13] - 10:16, 10:18, 10:21, 15:17, 20:10, 39:11, 41:7, 44:14, 69:8, 89:6, 95:4, 96:13, 106:24
**meaning** [1] - 59:16
**means** [3] - 44:20, 89:4, 98:8
**meant** [2] - 43:2, 43:7
**measure** [1] - 110:3
**measures** [1] - 111:14
**MECHANICAL** [1] - 3:12
**media** [2] - 14:14, 17:19
**meet** [2] - 102:7, 112:22
**meeting** [2] - 58:15, 86:8
**meetings** [1] - 110:24
**member** [1] - 61:7
**Members** [3] - 12:18, 18:13, 113:4
**mention** [1] - 49:10
**mentioned** [4] - 18:13, 55:20, 75:9, 112:20
**Merit** [2] - 113:14, 113:23
**MERIT** [1] - 3:9
**met** [3] - 75:15, 85:22, 94:23
**Metairie** [1] - 10:1
**metals** [1] - 57:14
**meters** [2] - 99:6, 108:14
**method** [1] - 112:16
**MEUNIER** [1] - 1:20, 1:21, 18:4, 18:21, 18:24, 28:1, 28:9, 60:6, 60:13, 61:8, 61:21
**microwave** [2] - 13:20, 13:25
**miffed** [1] - 12:4
**military** [2] - 9:3, 9:9
**mill** [7] - 25:1, 27:18, 83:11, 84:6, 96:4, 105:25, 106:2
**milled** [2] - 96:4
**million** [6] - 91:23, 92:11, 98:25, 99:1, 99:3, 99:5
**mine** [10] - 74:13, 74:16, 75:1, 75:5, 75:8, 87:10, 87:12, 95:22, 95:25
**Mine** [8] - 73:8, 73:10, 73:18, 74:4, 74:21,

95:22, 98:12, 101:22
**mines** [1] - 74:14
**mining** [3] - 21:21, 29:22, 47:20
**minute** [1] - 14:11
**minutes** [6] - 61:15, 77:22, 97:9, 108:2, 110:19
**Miss** [1] - 12:23
**misspoke** [1] - 18:21
**misunderstood** [1] - 86:2
**mixed** [1] - 52:2
**mixer** [5] - 97:2, 97:11, 97:15, 106:12, 110:6
**modifications** [2] - 111:10, 111:11
**modified** [1] - 95:7
**modules** [1] - 109:20
**mold** [2] - 8:19, 9:4
**molecule** [4] - 96:20, 96:25, 97:7
**molecules** [2] - 96:11, 110:2
**mom** [4] - 60:10, 60:11, 60:13, 61:9
**money** [2] - 36:6, 47:6
**monitor** [3] - 42:11, 44:6, 110:6
**monitoring** [2] - 34:18, 44:8
**monitors** [1] - 33:6
**month** [1] - 39:21
**months** [4] - 9:25, 53:15, 53:16, 100:18
**MORGAN** [1] - 2:8
**morning** [6] - 5:11, 6:5, 6:6, 17:15, 84:24, 109:8
**MORNING** [1] - 1:11
**most** [2] - 9:22, 74:13
**mostly** [1] - 84:16
**mother** [2] - 59:23, 60:8
**motherboard** [1] - 13:22
**motor** [1] - 110:21
**mouths** [1] - 60:20
**move** [11] - 8:3, 12:13, 14:23, 16:21, 30:15, 30:18, 32:4, 60:25, 61:17, 61:18, 61:20
**moved** [3] - 30:11, 33:24, 109:24
**MR** [61] - 4:7, 4:8, 5:15, 6:4, 7:19, 7:21, 8:1, 8:2, 8:3, 8:8, 12:12, 12:15, 15:5, 15:9, 15:16, 15:19,

15:21, 15:22, 15:25, 16:2, 16:5, 16:9, 16:13, 16:18, 16:21, 16:25, 17:5, 17:8, 17:11, 17:23, 17:25, 18:4, 18:8, 18:21, 18:24, 19:1, 28:1, 28:3, 28:5, 28:9, 59:22, 60:3, 60:5, 60:6, 60:12, 60:13, 60:16, 60:18, 60:23, 60:25, 61:1, 61:3, 61:8, 61:13, 61:14, 61:15, 61:18, 61:21, 61:23, 62:3, 113:2

**MS** [1] - 20:15

**mud** [2] - 9:9, 10:17

**must** [5] - 20:19, 41:15, 77:12, 88:18, 109:2

## N

**N-I-E-D-E-R-W-E-R-N** [1] - 19:11

**NADER** [1] - 3:3

**NAME** [1] - 37:21

**name** [11] - 5:24, 6:1, 18:5, 18:21, 19:7, 29:2, 38:6, 38:8, 55:14, 55:20, 84:13

**named** [2] - 38:16, 71:10

**Nanjing** [1] - 91:24

**native** [4] - 42:22, 43:4, 43:5, 43:8

**natural** [11] - 52:3, 52:4, 52:5, 52:10, 56:7, 56:11, 70:23, 71:6, 92:12, 96:12, 111:16

**NC** [1] - 2:8

**near** [2] - 40:10, 61:12

**Near** [1] - 37:9

**necessary** [1] - 54:14

**need** [4] - 33:13, 66:12, 68:21, 96:16

**needed** [1] - 8:22

**needs** [1] - 92:3

**negotiated** [1] - 112:25

**negotiating** [1] - 80:1

**negotiator** [1] - 59:25

**network** [2] - 92:1, 92:2

**never** [13] - 13:12, 48:4, 48:22, 49:22, 56:16, 57:11, 57:19, 76:24, 76:25, 78:23,

87:11

**NEW** [7] - 1:7, 1:19, 1:23, 2:12, 2:18, 3:5, 3:10

**New** [7] - 6:8, 7:9, 7:11, 7:13, 7:24, 18:25, 85:11

**new** [9] - 13:7, 13:14, 13:21, 43:18, 46:24, 73:25, 85:14, 112:10, 112:12

**NEWARK** [1] - 2:5

**newer** [1] - 73:23

**news** [1] - 14:12

**next** [21] - 5:13, 10:12, 18:3, 18:4, 22:11, 27:15, 31:1, 31:25, 32:1, 51:17, 59:24, 60:4, 61:20, 83:14, 92:8, 92:17, 92:22, 93:6, 99:15, 99:18, 105:21

**nice** [1] - 13:7

**Nicholas** [2] - 57:21, 58:7

**Nicolas** [1] - 54:16

**NIEDER** [1] - 29:6

**Niederwern** [1] - 19:10

**Niederwerrn** [1] - 29:5

**night** [1] - 110:15

**nine** [1] - 9:25

**NJ** [1] - 2:5

**NO** [1] - 1:7

**nobody** [3] - 53:22, 69:16, 76:7

**nondefective** [1] - 49:19, 78:2

**none** [1] - 8:2

**Nordring** [2] - 19:10, 29:5

**NORDRING** [2] - 19:10, 29:5

**normal** [1] - 49:19

**normally** [1] - 108:7

**Norris** [6] - 53:2, 68:13, 68:25, 69:20, 90:9, 90:11

**NORTH** [1] - 2:20

**North** [2] - 38:12, 54:3

**Northern** [1] - 38:13

**nose** [10] - 22:5, 22:8, 22:18, 24:3, 26:17, 51:10, 51:13, 64:8, 82:13, 104:20

**note** [2] - 83:18, 110:23

**nothing** [8] - 5:18, 51:14, 54:8, 56:7,

56:11, 84:2, 101:2

**notice** [2] - 10:9, 59:17

**noticed** [2] - 27:18, 105:24

**noticing** [2] - 11:7, 11:10

**November** [17] - 22:10, 25:8, 26:13, 51:15, 55:25, 67:8, 70:4, 70:18, 71:20, 72:17, 73:7, 74:20, 75:12, 84:9, 90:1, 103:8, 104:14

**NOVEMBER** [2] - 1:8, 5:2

**nuclear** [1] - 8:20

**NUMBER** [1] - 4:18

**Number** [6] - 8:6, 41:23, 62:9, 65:14, 65:15, 71:17

**number** [4] - 90:4, 100:18, 110:2, 110:3

**numbered** [1] - 113:19

**numbers** [2] - 7:4, 110:16

## O

**O'KEEFE** [1] - 1:18

**oath** [1] - 5:23

**Object** [2] - 97:21, 98:14

**object** [1] - 56:14

**Objection** [1] - 101:5

**objection** [7] - 8:1, 12:12, 15:5, 15:8, 16:24, 16:25, 36:25

**obligation** [1] - 78:1

**obtained** [2] - 23:24, 82:8

**obvious** [2] - 88:24, 102:2

**occasion** [1] - 45:6

**occurred** [2] - 73:2, 74:15

**October** [10] - 11:2, 24:8, 51:22, 52:23, 54:13, 65:25, 67:8, 67:21, 82:18, 90:2

**odor** [4] - 8:19, 10:20, 11:20, 70:12

**odors** [1] - 10:16

**OF** [2] - 1:2, 1:12

**offer** [4] - 32:20, 32:23, 100:20

**offered** [3] - 32:8, 32:10, 34:16

**office** [2] - 12:8, 87:1,

108:9, 108:16, 108:17

**OFFICER** [3] - 5:7, 59:8, 113:6

**offices** [1] - 91:24

**Official** [2] - 113:15, 113:23

**OFFICIAL** [1] - 3:8

**offs** [1] - 6:25

**oftentimes** [1] - 18:17

**oiled** [1] - 110:21

**once** [2] - 85:22, 86:7

**one** [35] - 10:19, 15:23, 16:19, 20:18, 20:24, 30:18, 30:19, 31:1, 33:13, 35:2, 35:3, 36:18, 36:24, 41:14, 41:18, 43:21, 44:10, 60:6, 60:15, 64:23, 72:21, 73:18, 75:15, 79:25, 85:10, 88:21, 89:13, 93:6, 94:9, 99:9, 99:14, 99:17, 101:8, 102:3

**ONE** [2] - 2:17, 2:21

**ones** [1] - 63:20

**open** [1] - 9:4

**operator** [1] - 110:3

**opinion** [1] - 89:21

**ORDER** [1] - 5:4

**order** [2] - 44:5, 72:11

**organization** [6] - 32:16, 35:22, 36:6, 36:21, 57:24, 77:8

**organized** [1] - 11:9

**ORLEANS** [7] - 1:7, 1:19, 1:23, 2:12, 2:18, 3:5, 3:10

**Orleans** [5] - 6:8, 7:9, 7:11, 7:13, 7:24

**ought** [1] - 28:16

**ourselves** [1] - 61:12

**outcome** [1] - 111:14

**outside** [1] - 18:14

**oven** [1] - 108:24

**overhearing** [1] - 60:13

**overrule** [1] - 15:8

**owe** [1] - 101:8

**own** [3] - 6:24, 18:11, 59:2

**owned** [1] - 92:9

**ownership** [1] - 86:15

## P

**p.m** [1] - 113:7

**PAGE** [2] - 4:3, 4:16

**page** [3] - 80:25, 91:7,

93:2

**pages** [1] - 91:7

**paint** [2] - 10:17, 11:19

**panel** [6] - 5:8, 13:22, 59:9, 59:13, 113:7

**paper** [5] - 77:13, 92:12, 97:5, 111:10

**papers** [1] - 97:6

**paragraph** [3] - 65:15, 91:11, 92:8

**paralegals** [1] - 60:19

**parallel** [1] - 75:19

**parallelly** [1] - 99:8

**parallely** [1] - 99:11

**parameters** [1] - 111:24

**pardon** [2] - 39:4, 93:11

**parents** [1] - 60:7

**part** [10] - 28:13, 36:1, 36:2, 42:20, 43:12, 45:1, 49:12, 86:11, 94:17, 96:20

**partial** [1] - 71:22

**particular** [1] - 49:15

**particularly** [1] - 66:10

**partners** [2] - 32:23, 47:7

**parts** [2] - 91:3, 96:20

**party** [2] - 28:13, 28:14

**pass** [1] - 9:2

**penetrate** [1] - 88:1

**people** [19] - 9:21, 14:12, 14:18, 22:16, 38:3, 38:4, 38:16, 38:21, 55:9, 56:10, 56:18, 61:11, 64:4, 75:15, 78:20, 78:23, 78:24, 86:9, 90:25

**people's** [2] - 14:6

**Pepper** [3] - 113:13, 113:21, 113:22

**PEPPER** [1] - 3:8

**percent** [6] - 52:3, 52:4, 52:5, 53:17, 53:19, 70:23, 71:6, 92:13

**perform** [2] - 56:21, 111:20

**performance** [5] - 34:19, 39:9, 39:10, 39:12, 39:14

**performing** [1] - 30:20

**performs** [1] - 112:3

**perhaps** [1] - 86:2

**period** [10] - 10:9, 33:9, 34:18, 35:9, 50:13, 53:6, 53:15,

98:9, 99:5
**person** [12] - 12:20, 18:14, 20:8, 32:6, 33:17, 41:6, 41:18, 60:3, 66:19, 66:21, 67:13, 94:3
**personally** [3] - 86:4, 94:10
**personnel** [2] - 33:10, 92:18
**persons** [1] - 85:20
**perspective** [1] - 87:22
**Peter** [4] - 38:9, 38:11
**phase** [1] - 10:10
**Phillip** [1] - 38:12
**philosophy** [3] - 94:13, 100:22
**phone** [1] - 68:23
**photograph** [3] - 7:22, 7:23, 8:9
**physical** [1] - 14:21
**pictures** [1] - 101:17
**piece** [5] - 77:13, 97:13, 106:17, 109:17, 111:10
**pile** [4] - 26:3, 27:13, 104:4, 105:18
**pinpoint** [1] - 17:17
**Place** [2] - 6:8, 7:24
**place** [5] - 14:3, 51:21, 88:21, 99:21, 106:19
**places** [3] - 53:10, 87:24, 101:15
**plaintiff** [2] - 18:18, 28:18
**plaintiff's** [1] - 5:14
**plaintiffs** [1] - 18:9, 28:6, 84:16
**Plaintiffs'** [1] - 84:14
**PLAINTIFFS'** [1] - 1:17
**plaintiffs'** [1] - 28:2
**plan** [1] - 110:25
**planned** [2] - 24:14, 82:25
**plant** [40] - 19:1, 19:2, 20:6, 20:12, 20:20, 22:23, 25:8, 31:11, 31:17, 31:18, 39:13, 41:3, 41:9, 41:16, 44:12, 50:2, 50:8, 50:11, 52:11, 62:13, 67:2, 72:10, 81:1, 81:3, 89:11, 95:23, 96:1, 98:21, 102:16, 103:1, 103:3, 103:8, 107:23, 108:7, 108:17, 109:5, 109:19, 111:15

**plants** [12] - 20:21, 39:9, 39:10, 39:14, 40:16, 41:17, 62:22, 65:3, 66:11, 66:16, 91:22, 94:23
**Plasterboard** [4] - 91:9, 91:10, 92:8, 93:8
**play** [3] - 14:19, 19:3, 28:7
**played** [2] - 19:6, 28:23
**playing** [1] - 18:9
**point** [22] - 8:5, 9:13, 10:22, 12:15, 14:13, 14:24, 15:12, 16:15, 17:2, 19:4, 23:11, 27:24, 28:22, 59:20, 61:25, 62:5, 73:17, 78:18, 81:17, 84:19, 106:3, 106:17
**points** [1] - 109:21
**policy** [4] - 77:23, 77:25, 79:3, 80:11
**porous** [4] - 87:6, 87:7, 87:8, 87:14
**portion** [7] - 18:9, 18:11, 18:18, 18:19, 28:18, 28:19, 66:10
**Portland** [1] - 85:11
**position** [10] - 32:14, 32:24, 33:21, 34:2, 34:4, 34:5, 34:16, 37:1, 37:5, 43:19
**positions** [1] - 33:7
**possibility** [1] - 76:3
**possible** [4] - 63:4, 73:15, 76:7, 96:7
**possibly** [2] - 21:20, 47:19
**post** [1] - 9:13
**post-Katrina** [1] - 9:13
**powder** [1] - 96:5
**power** [1] - 18:15
**powerful** [1] - 92:2
**POYDRAS** [4] - 1:22, 2:17, 3:4, 3:9
**practiced** [1] - 30:4
**prepare** [2] - 22:18, 64:7
**prerequisite** [1] - 74:10
**presence** [3] - 16:3, 22:22, 81:3
**present** [6] - 9:22, 23:3, 23:12, 81:9, 81:18, 83:18
**presented** [1] - 98:7
**pretty** [2] - 21:23, 47:22

**prevented** [1] - 11:19
**previous** [1] - 110:15
**previously** [6] - 22:25, 41:22, 71:16, 79:19, 81:6, 106:3
**prices** [1] - 16:5
**pricing** [3] - 7:3, 7:5, 15:21
**pride** [1] - 90:17
**principal** [1] - 109:7
**private** [1] - 14:18
**probability** [1] - 89:24
**problem** [68] - 16:12, 21:6, 22:1, 22:7, 22:13, 25:9, 45:11, 45:13, 45:17, 45:21, 46:25, 47:1, 47:2, 47:6, 48:4, 48:8, 48:13, 48:15, 48:17, 49:23, 51:5, 51:12, 52:10, 52:13, 52:21, 53:9, 53:10, 53:19, 54:7, 54:9, 54:22, 57:18, 57:20, 60:2, 63:23, 64:1, 66:25, 67:1, 67:2, 67:3, 67:4, 67:15, 67:17, 67:18, 67:25, 68:3, 68:7, 70:5, 70:7, 70:10, 70:12, 70:21, 70:23, 70:24, 71:7, 73:8, 73:10, 75:13, 75:16, 79:12, 87:19, 89:14, 89:19, 90:10, 103:9, 108:21, 108:25, 110:9
**problems** [17] - 13:17, 20:3, 20:4, 40:25, 41:1, 47:6, 56:22, 58:10, 65:8, 67:1, 68:5, 68:9, 73:23, 74:15, 75:3, 94:3
**procedure** [1] - 112:23
**proceeding** [1] - 19:4
**proceedings** [10] - 8:5, 15:12, 16:15, 17:2, 27:24, 28:22, 59:20, 61:25, 62:5, 113:19
**PROCEEDINGS** [3] - 1:12, 3:12, 5:1
**process** [22] - 24:21, 27:23, 83:8, 95:21, 96:16, 96:18, 97:1, 97:7, 97:8, 97:16, 97:19, 97:23, 107:8, 107:10, 109:10, 109:14, 109:16, 109:20, 109:25, 110:18, 111:2, 111:3

**processed** [3] - 88:15, 88:16, 89:2
**produce** [10] - 42:4, 43:13, 43:19, 44:16, 44:18, 44:22, 44:24, 96:16, 107:12, 109:1
**PRODUCED** [1] - 3:13
**produced** [5] - 42:13, 53:15, 97:4, 110:4, 110:15
**producing** [2] - 91:12, 91:18
**product** [36] - 13:8, 13:21, 20:25, 42:4, 42:14, 43:18, 43:19, 43:23, 44:13, 44:16, 50:6, 64:21, 71:6, 75:23, 77:25, 78:2, 78:10, 78:24, 84:10, 88:10, 91:3, 91:4, 92:23, 97:17, 100:23, 100:24, 100:25, 101:4, 102:15, 102:17, 102:20, 106:20, 106:23, 110:17
**production** [43] - 20:23, 21:1, 22:2, 27:23, 30:9, 31:16, 31:21, 32:15, 34:2, 34:22, 38:17, 39:21, 42:11, 42:12, 43:20, 43:24, 44:6, 48:7, 50:2, 50:6, 51:6, 52:18, 52:23, 53:16, 53:18, 62:16, 63:8, 65:10, 66:15, 67:2, 91:19, 91:23, 92:14, 92:18, 93:8, 94:17, 94:19, 94:22, 107:8, 107:10, 108:24, 109:15
**PRODUCTS** [1] - 1:5
**products** [12] - 20:24, 43:21, 53:6, 53:14, 77:23, 91:1, 91:2, 91:12, 91:14, 91:18, 92:11, 98:9
**professional** [1] - 92:22
**Professor** [48] - 21:9, 21:16, 21:18, 24:9, 27:10, 45:6, 45:8, 45:10, 45:16, 45:24, 46:6, 46:17, 46:18, 47:9, 47:16, 48:12, 49:7, 50:18, 51:2, 52:14, 56:5, 56:9, 56:10, 56:20, 58:16, 63:14, 68:6, 69:6,

69:11, 69:15, 70:4, 70:11, 70:15, 70:22, 71:2, 71:23, 73:5, 73:15, 80:8, 82:19, 83:21, 83:24, 84:1, 84:4, 87:21, 105:15, 107:14, 107:17
**profitable** [1] - 36:23
**promoted** [2] - 30:22, 30:25
**promotion** [4] - 30:22, 32:16, 32:18, 32:21
**proposal** [1] - 70:22
**proposed** [1] - 32:23
**protocol** [1] - 77:20
**provides** [1] - 92:2
**province** [2] - 74:7
**pure** [1] - 92:13
**purity** [2] - 64:18, 112:19
**purpose** [2] - 40:11, 72:7
**put** [16] - 8:18, 11:5, 13:7, 18:16, 18:17, 28:18, 28:19, 55:4, 55:12, 58:12, 59:15, 59:18, 96:2, 97:11, 97:15, 112:24
**puts** [2] - 18:18

**Q**

**qualified** [1] - 94:11
**quality** [21] - 13:8, 13:21, 39:9, 39:10, 39:12, 65:20, 92:11, 92:12, 92:18, 92:23, 94:20, 94:22, 95:4, 95:8, 110:8, 110:11, 111:17, 111:20, 112:1, 112:3
**quantitative** [1] - 6:25
**quantities** [1] - 98:2
**questions** [7] - 17:25, 42:16, 44:10, 79:20, 95:12, 95:18, 107:20
**quickly** [1] - 80:15
**quiet** [3] - 60:20, 77:5, 77:9
**quietly** [1] - 61:19
**quite** [1] - 12:6

**R**

**Radolf** [1] - 31:10
**raise** [2] - 5:16, 84:7
**RALEIGH** [1] - 2:8
**ramifications** [1] - 14:21

**ran** [2] - 68:5, 68:6
**rang** [1] - 68:23
**rate** [2] - 92:11, 100:15
**raw** [37] - 23:8, 23:12, 24:19, 25:22, 25:23, 26:2, 27:22, 52:1, 52:20, 52:21, 81:14, 81:18, 83:6, 83:15, 92:22, 95:21, 95:25, 96:19, 97:2, 97:18, 98:4, 99:18, 102:7, 102:13, 102:16, 102:18, 103:1, 103:22, 103:23, 104:3, 107:7, 111:17, 111:21, 112:8, 112:9, 112:10, 112:22
**re** [2] - 10:6, 75:18
**RE** [1] - 1:5
**reach** [1] - 75:21
**reaching** [1] - 91:23
**read** [2] - 41:25, 110:9
**ready** [2] - 62:2, 66:11
**real** [4] - 68:14, 68:15, 68:16, 68:17
**really** [6] - 11:24, 14:14, 14:15, 55:3, 67:16, 111:15
**REALTIME** [1] - 3:8
**Realtime** [2] - 113:13, 113:22
**reason** [5] - 12:19, 12:22, 18:15, 68:6, 109:4
**reasonable** [1] - 89:24
**rebuild** [1] - 9:17
**rebuilding** [1] - 111:9
**recalled** [2] - 83:14, 83:15
**receive** [3] - 91:1, 98:15, 98:18
**received** [11] - 8:6, 17:3, 24:12, 42:2, 58:16, 66:5, 69:15, 69:25, 79:22, 82:23, 107:14
**receiving** [7] - 25:22, 25:23, 26:3, 71:20, 103:22, 103:24, 104:4
**recess** [4] - 59:7, 59:10, 113:5, 113:8
**RECESS..................
...............** [1] - 4:11
**recipe** [1] - 110:7
**recognize** [2] - 41:24, 69:25
**recommendation** [2] - 52:8, 65:7

**reconstruct** [2] - 23:1, 81:6
**record** [6] - 5:25, 7:23, 19:7, 29:2, 80:22, 113:18
**recorded** [2] - 28:13, 28:15
**RECORDED** [1] - 3:12
**redirect** [1] - 17:24
**reduced** [1] - 52:4
**refer** [1] - 75:14
**reference** [1] - 63:24
**referenced** [2] - 75:1, 75:5
**referring** [1] - 62:11
**refers** [1] - 44:17
**regarding** [1] - 98:8
**regards** [2] - 44:10, 44:11
**region** [2] - 21:12, 46:3
**regions** [2] - 37:12, 40:9
**Registered** [1] - 113:13
**registered** [1] - 113:23
**regular** [4] - 85:17, 85:24, 86:3, 86:5
**regularly** [1] - 86:21
**rehydration** [1] - 97:7
**rejected** [2] - 102:21, 102:23
**related** [9] - 22:2, 45:3, 49:23, 50:10, 51:6, 54:22, 63:23, 75:12, 80:1
**RELATES** [1] - 1:9
**relation** [4] - 49:22, 50:2, 50:5, 50:6
**relationship** [1] - 86:20
**relevance** [3] - 15:6, 15:14, 15:15
**relevant** [1] - 66:10
**relying** [1] - 91:17
**remained** [1] - 99:2
**remember** [10] - 24:7, 24:11, 42:1, 55:2, 55:4, 55:14, 68:12, 82:17, 82:22, 90:8
**rendered** [2] - 20:14, 41:11
**renovating** [1] - 10:6
**renovation** [1] - 8:23
**renovations** [1] - 9:14
**rent** [1] - 10:3
**repair** [1] - 110:25
**repairman** [1] - 13:12, 13:20
**replace** [5] - 13:15,

13:23, 37:16, 78:2, 78:6
**replaced** [5] - 9:7, 41:18, 91:5, 100:24, 101:3
**replacement** [1] - 100:21
**report** [19] - 22:21, 25:4, 25:13, 38:19, 44:5, 44:8, 56:9, 65:10, 74:21, 74:24, 75:1, 75:6, 81:1, 83:21, 84:3, 87:12, 87:13, 103:4, 103:14
**REPORTER** [4] - 3:8, 3:8, 3:9, 15:23
**Reporter** [7] - 113:13, 113:14, 113:15, 113:22, 113:23, 113:23
**REPORTER'S** [1] - 113:11
**reports** [11] - 17:19, 33:5, 39:17, 39:19, 40:12, 40:14, 43:15, 56:14, 80:12, 80:17, 112:1
**represent** [3] - 84:14, 84:16, 95:14
**reprimanded** [1] - 67:13
**reputation** [1] - 90:13
**require** [2] - 8:22, 28:14
**research** [5] - 49:3, 85:3, 85:7, 85:24, 94:4
**resolving** [1] - 45:10
**resources** [1] - 94:6
**respected** [2] - 90:15, 90:23
**respond** [1] - 71:8
**responded** [2] - 44:23, 68:2
**response** [4] - 58:12, 58:15, 68:9, 69:5
**response)** [1] - 65:19
**responsibilities** [6] - 37:22, 37:25, 39:2, 39:7, 78:15, 107:21
**responsibility** [5] - 43:12, 79:7, 79:12, 89:11, 102:25
**responsible** [14] - 20:23, 20:25, 21:1, 22:19, 38:11, 38:16, 39:14, 43:20, 43:22, 43:24, 64:9, 79:10, 79:14, 92:17
**restructuring** [1] -

111:9
**result** [5] - 65:20, 66:17, 75:11, 75:22, 86:20
**results** [3] - 58:17, 71:22, 80:8
**resumed** [1] - 62:6
**review** [1] - 88:7
**reviewed** [1] - 66:16
**RICHARD** [1] - 2:15
**rip** [1] - 9:10
**rise** [5] - 5:7, 5:10, 59:8, 59:11, 113:6
**RISLEY** [3] - 2:21, 16:2, 60:23
**River** [1] - 59:25
**RIVER** [1] - 2:20
**RIVERWAY** [1] - 2:21
**RMR** [2] - 3:8, 113:22
**robust** [1] - 92:1
**rock** [14] - 25:5, 87:1, 87:2, 87:6, 87:15, 98:11, 101:17, 101:22, 101:25, 102:2, 102:7, 102:10, 102:12, 103:5
**rocks** [1] - 102:4
**roher** [2] - 23:7, 81:13
**role** [2] - 34:25, 47:14
**ROOM** [1] - 3:9
**rot** [1] - 11:20
**rotten** [2] - 8:18, 11:13
**rough** [1] - 17:14
**roughly** [1] - 53:17
**row** [1] - 6:14
**Rule** [1] - 28:12
**rule** [1] - 28:17
**rules** [1] - 12:23
**run** [1] - 62:18
**RUSS** [1] - 1:18
**Russia** [2] - 38:9, 38:11

**S**

**s/Cathy** [1] - 113:21
**safety** [1] - 39:12
**sale** [2] - 16:3, 17:20
**sales** [7] - 20:25, 43:22, 66:8, 91:24, 92:1, 92:2, 94:18
**salt** [4] - 63:21, 64:17, 112:21
**sample** [5] - 23:13, 23:15, 23:17, 23:22, 23:25, 24:6, 81:19, 81:22, 81:24, 81:25, 82:6, 82:9, 82:16,

84:8
**sampled** [1] - 106:14
**samples** [2] - 62:10, 62:15
**satisfying** [1] - 92:2
**saw** [4] - 70:22, 110:21, 111:13
**school** [2] - 7:17, 10:3
**Science** [1] - 7:8
**SCOTT** [1] - 2:4
**seated** [2] - 5:11, 59:15
**second** [8] - 23:7, 30:19, 30:23, 43:8, 54:25, 80:24, 81:13, 97:5
**section** [6] - 23:7, 25:23, 81:13, 83:14, 103:22, 103:24
**sections** [1] - 25:22
**SECURITY** [3] - 5:7, 59:8, 113:6
**See** [1] - 101:8
**see** [18] - 40:14, 42:3, 42:6, 42:14, 43:11, 63:9, 64:20, 65:10, 74:13, 77:1, 86:24, 108:16, 108:17, 108:18, 109:20, 110:6, 110:20, 113:4
**SEEGER** [29] - 2:3, 2:3, 5:15, 6:4, 7:19, 7:21, 8:1, 8:3, 8:8, 12:15, 15:16, 15:21, 15:25, 16:5, 16:9, 16:13, 16:18, 16:21, 17:5, 17:8, 17:25, 18:8, 59:22, 60:5, 60:12, 60:16, 60:18, 61:1, 61:14
**SEEGER....................
.............** [1] - 4:7
**sell** [3] - 14:24, 77:23, 77:25
**send** [1] - 66:12
**sense** [2] - 14:14, 36:23
**sent** [11] - 27:10, 53:14, 80:17, 89:16, 99:4, 101:9, 105:15, 107:15, 107:17, 112:24
**sentence** [2] - 62:9, 65:14
**separate** [5] - 35:15, 35:16, 35:19, 61:12, 112:25
**Separate** [1] - 99:5
**September** [3] - 11:1, 34:7, 34:10

**serious** [2] - 70:5, 70:7
**service** [1] - 92:1
**services** [1] - 92:12
**SESSION** [1] - 1:11
**set** [2] - 92:22, 109:21
**Seth** [10] - 32:10, 32:20, 34:17, 34:18, 37:7, 37:16, 39:3, 39:5, 39:6, 80:18
**setting** [2] - 97:9, 110:7
**seven** [1] - 100:18
**several** [2] - 68:5, 68:6
**shale** [11] - 87:1, 87:2, 87:6, 87:7, 87:8, 87:15, 87:24, 101:17, 101:20, 101:23, 102:3
**Shandong** [2] - 74:7
**Shanghai** [1] - 91:24
**share** [1] - 80:11
**shared** [1] - 80:8
**shareholders** [2] - 72:19, 72:20
**sheetrock** [2] - 9:19, 10:17
**SHELL** [1] - 2:17
**Shenyang** [1] - 91:25
**shipped** [3] - 52:24, 88:21, 99:1
**short** [1] - 65:22
**show** [6] - 7:22, 54:25, 68:8, 79:18, 79:19, 93:6
**showed** [1] - 101:18
**showing** [1] - 16:22
**shut** [1] - 109:2
**SIDNEY** [1] - 3:4
**signs** [2] - 23:5, 81:11
**silo** [2] - 24:20, 83:7
**silos** [1] - 106:9
**similar** [3] - 23:21, 82:4, 83:20
**simultaneously** [2] - 99:9, 99:10
**single** [1] - 97:13
**sister** [2] - 9:1, 12:6
**sit** [1] - 61:19
**site** [1] - 78:21
**sitting** [2] - 59:24, 60:3
**situation** [6] - 17:16, 21:15, 46:5, 72:10, 78:9
**six** [9] - 9:1, 53:15, 53:16, 84:24, 98:25, 99:1, 99:3, 99:5, 100:18
**size** [1] - 74:7

**skip** [1] - 38:4
**slurry** [2] - 97:3, 97:4
**small** [8] - 25:25, 28:6, 28:9, 98:1, 104:1, 110:20, 110:22
**smell** [105] - 8:17, 10:12, 10:14, 10:19, 10:22, 11:11, 11:14, 13:2, 15:4, 17:18, 21:25, 22:9, 22:10, 22:16, 23:2, 23:12, 23:14, 23:15, 23:18, 23:21, 24:17, 24:18, 24:24, 25:2, 25:9, 27:6, 27:7, 27:8, 27:9, 27:11, 27:12, 27:13, 27:18, 27:19, 27:20, 27:21, 27:22, 47:24, 47:25, 50:10, 50:15, 50:16, 51:15, 51:16, 53:23, 54:20, 56:7, 56:11, 56:17, 56:18, 64:5, 64:17, 64:22, 77:1, 81:8, 81:18, 81:20, 81:22, 82:1, 82:5, 83:3, 83:4, 83:9, 83:12, 83:15, 83:18, 84:8, 84:10, 100:9, 101:1, 101:2, 101:3, 101:16, 102:15, 103:9, 105:10, 105:11, 105:12, 105:13, 105:14, 105:16, 105:17, 105:18, 105:24, 105:25, 106:1, 106:3, 106:6, 106:8, 106:10, 106:11, 106:15, 106:18, 106:21, 106:23, 107:5, 107:6, 107:7, 107:17
**smelled** [30] - 10:20, 11:7, 11:10, 23:16, 23:19, 23:20, 24:2, 27:4, 27:9, 76:25, 81:23, 82:2, 82:3, 82:12, 101:10, 101:14, 102:12, 102:14, 102:17, 102:19, 102:23, 105:8, 105:14, 106:3, 106:22, 107:13, 107:17, 109:9
**smelling** [3] - 25:5, 68:20, 103:5
**smells** [5] - 10:9, 10:11, 10:23, 11:12,

101:2
**smelly** [6] - 90:3, 98:15, 98:18, 99:23, 100:3, 100:13
**SMITH** [1] - 2:15
**smoke** [1] - 108:18
**sniff** [5] - 22:22, 64:6, 76:4, 76:5, 81:2
**sniffed** [1] - 22:17
**sniffing** [2] - 22:19, 64:9
**sniffled** [2] - 22:5, 51:10
**snippet** [2] - 28:7, 28:9
**soda** [1] - 11:16
**sodium** [1] - 112:21
**soft** [1] - 106:17
**sold** [12] - 22:14, 64:2, 76:12, 76:15, 78:15, 80:2, 88:14, 90:7, 97:23, 97:24, 98:5, 98:10
**solely** [1] - 50:10
**solemnly** [1] - 5:17
**solution** [2] - 20:4, 41:1
**someone** [1] - 59:23
**something's** [1] - 12:5
**sometimes** [2] - 86:6, 86:10
**Sorry** [1] - 44:3
**sorry** [14] - 12:17, 12:24, 13:1, 26:21, 31:20, 32:23, 37:14, 46:22, 52:4, 96:13, 101:7, 104:23, 109:12, 112:18
**sort** [3] - 12:2, 22:5, 51:9
**sorts** [1] - 30:22
**sounded** [1] - 68:25
**sounds** [1] - 69:9
**source** [1] - 99:18
**South** [1] - 38:15
**SPEAKER** [36] - 20:13, 20:16, 20:18, 20:19, 25:17, 25:18, 25:20, 26:19, 26:21, 26:23, 26:24, 27:1, 27:3, 29:1, 36:25, 41:10, 41:14, 41:15, 62:8, 84:12, 91:6, 95:11, 97:21, 98:14, 101:5, 101:7, 101:8, 103:18, 103:19, 103:20, 104:22, 104:23, 105:1, 105:2, 105:5, 105:7
**speaker** [3] - 43:4,

43:6, 43:8
**speakers** [1] - 42:22
**speaking** [4] - 46:21, 74:9, 86:25, 108:19
**Speaking** [6] - 48:3, 50:4, 51:11, 53:23, 109:18, 110:10
**special** [2] - 11:19, 14:6
**specialized** [2] - 6:18, 9:17
**specifications** [1] - 112:22
**spell** [1] - 5:24
**spouse** [1] - 6:12
**sprayed** [1] - 11:21
**SQUARE** [1] - 2:17
**square** [1] - 99:6
**stable** [2] - 49:15, 49:19
**stairwell** [2] - 9:5, 9:8
**stand** [2] - 59:7, 113:5
**standard** [1] - 102:8
**standards** [6] - 62:21, 94:23, 95:1, 95:3, 95:5, 95:8
**standing** [1] - 12:7
**start** [9] - 6:24, 25:21, 25:22, 30:12, 61:1, 103:21, 103:22
**started** [12] - 10:25, 11:7, 11:10, 13:19, 25:16, 25:18, 31:14, 68:10, 68:19, 91:12, 94:25, 103:19
**starting** [3] - 25:14, 90:1, 103:14
**starts** [1] - 97:7
**State** [1] - 113:14
**state** [3] - 5:24, 19:7, 29:2
**statement** [11] - 12:20, 28:13, 28:15, 78:11, 91:15, 91:20, 92:4, 92:15, 92:17, 92:20, 92:25
**statements** [3] - 54:22, 93:9, 93:12
**states** [2] - 91:8, 91:11
**STATES** [2] - 1:1, 1:13
**States** [53] - 21:6, 22:13, 22:14, 23:25, 45:5, 45:11, 45:14, 45:17, 45:19, 45:21, 52:24, 53:5, 53:7, 53:14, 53:16, 53:18, 53:20, 54:19, 54:23, 56:6, 56:11, 58:21, 59:4, 63:24, 64:1, 64:2, 66:12, 66:18,

68:10, 68:21, 74:16, 75:4, 75:12, 75:20, 76:12, 76:16, 76:25, 80:2, 82:10, 84:17, 84:20, 86:8, 86:9, 89:16, 98:5, 98:22, 99:4, 99:16, 100:4, 100:12, 101:10, 113:15, 113:24
**statistics** [2] - 39:21, 40:11
**stay** [4] - 60:19, 61:2, 69:5, 69:18
**stayed** [1] - 98:22
**Steam** [1] - 108:19
**steam** [3] - 108:19, 108:20, 108:24
**steamer** [1] - 110:2
**Steering** [1] - 84:14
**STEERING** [1] - 1:17
**stein** [2] - 23:8, 81:14
**STENOGRAPHY** [1] - 3:12
**Step** [1] - 51:11
**step** [5] - 22:6, 27:15, 51:11, 105:21
**steps** [1] - 12:10
**still** [13] - 5:14, 10:14, 10:20, 11:7, 11:13, 13:11, 14:13, 21:12, 37:1, 46:2, 48:9, 74:16, 97:10
**stinging** [2] - 27:11, 105:17
**stinks** [1] - 12:11
**stinky** [1] - 45:4
**stone** [6] - 23:8, 23:12, 49:11, 81:14, 81:18, 83:15
**stood** [1] - 12:10
**stop** [2] - 31:5, 113:3
**stopped** [4] - 31:8, 110:9, 110:11, 110:12
**storage** [3] - 96:1, 106:22, 106:24
**stored** [2] - 24:16, 83:2, 106:10
**strain** [1] - 97:13
**Strang** [1] - 97:12
**strategy** [2] - 56:6, 94:18
**Street** [1] - 8:13
**STREET** [7] - 1:22, 2:4, 2:8, 2:11, 2:17, 3:4, 3:9
**stringent** [1] - 92:23
**stucco** [6] - 96:16, 96:22, 96:24, 97:1, 97:17, 106:10

**HOURLY TRANSCRIPT**

**studies** [1] - 30:7
**stuff** [5] - 9:7, 10:18, 11:4, 14:7, 102:5
**stunk** [1] - 102:16
**subcontractors** [1] - 9:16
**subject** [1] - 14:23
**submission** [1] - 28:2
**subpoena** [1] - 18:15
**subsequently** [1] - 47:25
**subsidiary** [1] - 92:9
**success** [1] - 111:14
**sudden** [1] - 69:9
**suggest** [2] - 60:17, 60:24
**suggestion** [1] - 42:13
**suggestions** [3] - 20:5, 41:2, 111:9
**suing** [1] - 69:1
**SUITE** [5] - 1:22, 2:4, 2:17, 2:21, 3:4
**sulfate** [1] - 96:25
**sulfide** [5] - 22:23, 23:3, 49:14, 81:3, 81:9
**sulfur** [33] - 21:23, 22:1, 23:5, 25:5, 47:22, 48:1, 49:10, 49:11, 49:13, 49:14, 49:16, 49:20, 49:22, 49:25, 51:5, 53:21, 57:2, 57:3, 57:8, 57:13, 62:22, 63:4, 63:10, 73:15, 73:16, 76:1, 76:3, 76:16, 77:10, 81:11, 96:11, 101:10, 103:5
**sulfurous** [1] - 88:4
**super** [1] - 61:14
**supervise** [1] - 37:20
**supplied** [1] - 78:10
**supplier** [5] - 51:20, 51:25, 54:14, 73:25, 112:25
**suppliers** [3] - 65:23, 79:7, 84:18
**supplies** [1] - 74:11
**SUPPLY** [1] - 2:14
**supply** [7] - 65:11, 65:12, 65:17, 66:2, 90:15, 95:24
**Supply** [3] - 55:14, 71:11, 71:13
**support** [1] - 92:2
**supposed** [1] - 49:20
**suspected** [1] - 73:7
**swear** [1] - 5:17
**sworn** [1] - 5:22
**system** [1] - 92:24

**T**

**table** [1] - 95:13
**take-offs** [1] - 6:25
**talks** [2] - 65:10, 73:15
**target** [1] - 66:8
**targets** [1] - 39:8
**tasks** [1] - 30:21
**teacher** [1] - 7:14
**teaching** [1] - 7:13
**team** [3] - 59:3, 61:2, 94:9
**teams** [1] - 60:19
**tech** [1] - 92:14
**Tech** [1] - 6:17
**technical** [8] - 37:12, 37:13, 37:15, 85:7, 85:13, 92:1, 94:1, 94:3
**techniques** [1] - 91:17
**technology** [2] - 76:1, 91:19
**telephone** [2] - 20:5, 41:2
**temperature** [3] - 96:19, 109:16, 109:23
**temperatures** [1] - 109:21
**ten** [1] - 78:6
**test** [17] - 22:16, 57:7, 62:20, 62:22, 63:4, 63:9, 63:17, 64:5, 64:17, 64:22, 64:25, 65:9, 75:25, 76:4, 76:5, 92:22, 110:14
**tested** [3] - 62:10, 62:17, 112:19
**testified** [4] - 5:23, 75:3, 77:17, 100:22
**testimony** [6] - 5:17, 18:10, 28:2, 36:8, 74:18, 86:2
**testing** [7] - 22:15, 62:14, 63:2, 63:23, 64:3, 64:15, 112:16
**tests** [5] - 62:18, 65:5, 68:5, 68:6, 112:3
**Thanksgiving** [3] - 11:3, 11:6, 13:6
**THE** [57] - 1:12, 1:17, 2:20, 5:7, 5:10, 5:11, 5:16, 5:20, 5:24, 6:1, 8:4, 12:13, 12:14, 12:17, 12:18, 15:7, 15:11, 15:14, 15:23, 16:7, 16:10, 16:14, 16:24, 17:1, 17:6, 17:9, 17:24, 18:1,
18:2, 18:3, 18:7, 18:12, 18:23, 19:3, 26:22, 26:25, 28:4, 28:10, 41:25, 59:6, 59:8, 59:11, 59:12, 59:15, 60:15, 60:17, 60:24, 61:5, 61:22, 62:2, 62:4, 99:12, 104:24, 105:3, 113:1, 113:3, 113:6
**then-plant** [2] - 20:12, 41:9
**therefore** [3] - 21:16, 46:6, 88:9
**thereof** [1] - 28:13
**THIS** [1] - 1:9
**THOMPSON** [1] - 2:20
**three** [10] - 35:2, 35:6, 35:15, 35:16, 35:19, 35:25, 36:8, 40:6, 91:7, 97:9
**Three** [1] - 19:17
**THROUGH** [1] - 4:9
**Tianjin** [17] - 19:2, 19:23, 19:24, 29:19, 29:20, 32:2, 32:3, 35:2, 35:4, 35:11, 50:3, 91:9, 91:10, 91:22, 92:8, 107:23, 108:6
**tie** [2] - 27:1, 105:5
**tight** [3] - 65:11, 65:13, 65:17
**tile** [1] - 10:18
**timely** [1] - 92:1
**title** [3] - 32:15, 37:10
**TO** [2] - 1:9, 5:4
**today** [5] - 48:6, 49:5, 78:7, 84:22, 91:12
**together** [5] - 33:19, 33:20, 36:4, 45:7, 85:10
**TOMPKINS** [1] - 2:14
**tons** [4] - 26:1, 89:16, 98:8, 104:2
**took** [10] - 37:6, 79:8, 97:7, 106:14, 106:17, 108:1, 109:19, 110:18, 110:23, 111:10
**top** [3] - 58:2, 92:11, 97:5
**top-rate** [1] - 92:11
**topic** [1] - 55:5
**total** [2] - 91:23, 92:10
**touch** [1] - 79:1
**toward** [1] - 11:3
**town** [2] - 19:22, 29:18
**Toxicology** [1] - 58:25
**tracked** [1] - 9:9
**traffic** [2] - 107:25, 108:2
**trained** [1] - 92:19
**TRANSCRIPT** [2] - 1:12, 3:12
**transcript** [1] - 113:17
**transferred** [1] - 10:2
**translated** [5] - 42:1, 56:16, 67:19, 69:8, 71:8
**Translation** [1] - 94:25
**translation** [312] - 19:14, 19:20, 21:3, 34:6, 34:20, 34:24, 35:1, 35:5, 35:10, 35:13, 35:23, 35:25, 36:3, 36:5, 36:7, 36:13, 36:17, 36:19, 37:2, 37:4, 37:6, 37:9, 37:11, 37:15, 37:17, 37:19, 37:24, 38:3, 38:7, 38:18, 38:20, 39:8, 39:11, 39:18, 39:20, 39:23, 39:25, 40:3, 40:6, 40:9, 40:13, 40:18, 40:20, 40:22, 43:10, 44:15, 44:25, 45:2, 45:15, 46:12, 46:14, 46:23, 47:2, 47:4, 47:15, 47:21, 48:14, 48:16, 48:18, 48:20, 48:24, 49:21, 49:24, 50:1, 50:9, 50:12, 50:14, 50:17, 50:19, 50:21, 50:23, 50:25, 51:4, 51:14, 51:18, 51:24, 52:6, 52:8, 52:12, 52:15, 52:17, 52:20, 53:1, 53:25, 54:3, 54:6, 54:8, 54:10, 54:12, 54:15, 54:24, 55:2, 55:6, 55:8, 55:11, 55:13, 56:3, 56:8, 56:13, 56:23, 57:1, 57:5, 57:11, 57:16, 57:23, 58:1, 58:3, 58:6, 58:9, 58:11, 58:14, 58:19, 58:24, 59:1, 59:5, 62:12, 62:20, 62:24, 63:1, 63:3, 63:5, 63:7, 63:11, 63:14, 63:16, 63:19, 63:21, 63:25, 64:4, 64:7, 64:10, 64:12, 64:14, 64:16, 64:20, 64:23, 64:25, 65:4, 65:7, 65:12, 65:16, 65:18, 65:21, 65:24,
66:6, 66:9, 66:14, 66:22, 67:5, 67:7, 67:11, 67:24, 68:18, 69:19, 69:23, 70:2, 70:6, 70:14, 70:17, 70:20, 70:25, 71:3, 71:18, 71:21, 71:24, 72:1, 72:6, 72:9, 72:15, 72:18, 72:24, 73:4, 73:6, 73:9, 73:11, 73:14, 74:23, 75:2, 75:7, 75:17, 76:6, 76:14, 76:18, 76:20, 76:23, 77:12, 77:16, 77:24, 79:1, 80:3, 80:6, 80:10, 80:13, 80:21, 81:4, 81:10, 81:12, 81:15, 81:20, 81:24, 82:2, 82:4, 82:12, 82:14, 82:17, 82:21, 82:24, 83:1, 83:4, 83:8, 83:10, 83:13, 83:17, 83:20, 83:22, 83:25, 84:2, 84:5, 84:21, 84:23, 85:2, 85:5, 85:9, 85:13, 85:19, 86:1, 86:4, 86:13, 86:16, 86:18, 87:5, 88:8, 89:5, 89:18, 89:20, 89:23, 89:25, 90:4, 91:16, 91:21, 92:5, 92:16, 92:21, 93:1, 93:4, 93:11, 93:14, 93:16, 93:18, 93:20, 93:22, 94:8, 94:15, 95:6, 95:9, 95:16, 95:20, 96:15, 96:18, 97:20, 97:24, 98:6, 98:20, 98:23, 98:25, 99:22, 99:25, 100:2, 100:5, 100:10, 101:11, 101:13, 101:19, 101:24, 102:1, 102:9, 102:11, 102:22, 102:24, 103:6, 103:10, 103:23, 104:5, 104:7, 104:9, 104:11, 104:13, 104:16, 104:18, 104:24, 105:3, 105:9, 105:11, 105:19, 107:1, 107:4, 107:6, 107:9, 107:11, 107:22, 107:24, 108:4, 108:8, 108:10, 108:14, 108:23, 109:3, 111:6,

111:19, 112:2,
112:11, 112:14
**TRANSLATOR** [1] -
41:25
**translator** [116] - 21:4,
34:21, 39:6, 42:8,
43:5, 44:12, 44:20,
44:22, 45:5, 45:7,
45:9, 45:12, 45:18,
45:22, 46:2, 46:10,
46:16, 46:19, 47:10,
47:13, 47:18, 47:24,
48:2, 48:5, 48:9,
49:3, 49:8, 49:11,
49:14, 49:17, 50:5,
51:7, 51:9, 51:20,
51:22, 52:1, 53:3,
53:11, 53:13, 54:18,
55:15, 55:17, 55:20,
55:23, 62:16, 66:1,
66:3, 66:19, 66:24,
68:15, 72:11, 76:24,
78:3, 78:7, 78:13,
78:17, 79:6, 79:10,
79:14, 79:17, 79:24,
81:5, 82:9, 85:15,
85:22, 86:7, 86:23,
87:3, 87:7, 87:11,
87:16, 87:20, 87:23,
88:3, 88:5, 88:11,
88:13, 88:15, 88:18,
88:20, 88:22, 89:1,
89:7, 89:10, 89:15,
90:9, 90:12, 90:14,
90:16, 90:18, 90:21,
95:2, 99:9, 99:11,
102:4, 102:14,
102:19, 103:2,
103:13, 104:1,
104:20, 105:13,
105:16, 105:23,
107:2, 107:16,
108:1, 108:16,
108:20, 109:7,
109:14, 109:23,
110:13, 111:8,
112:16, 112:19
**transported** [2] -
88:19, 88:20
**travel** [1] - 72:25
**traveled** [4] - 25:8,
68:21, 86:8, 103:8
**traveling** [1] - 86:6
**TRIAL** [1] - 1:12
**tried** [7] - 12:3, 23:1,
57:7, 68:4, 75:18,
78:21, 81:6
**trip** [3] - 24:14, 72:8,
82:25
**trips** [1] - 80:19

**truck** [1] - 95:25
**truckloads** [1] - 98:4
**trucks** [1] - 112:12
**true** [9] - 20:24, 33:9,
36:20, 43:21, 65:20,
93:9, 93:13, 93:23,
113:17
**truth** [4] - 5:18, 5:19,
48:5
**truthful** [1] - 93:3
**try** [8] - 10:4, 14:5,
19:12, 29:7, 56:10,
61:13, 71:5, 72:11
**trying** [3] - 23:2,
75:15, 81:8
**Turkey** [1] - 40:7
**turn** [4] - 60:16, 80:22,
80:24, 95:17
**turned** [1] - 68:22
**two** [12] - 7:17, 14:11,
26:1, 28:6, 44:10,
61:15, 78:6, 95:13,
96:11, 97:6, 104:2,
108:2
**TX** [1] - 2:22
**type** [1] - 11:19
**types** [1] - 85:21
**typical** [1] - 42:20
**typically** [1] - 42:16

## U

**U.S** [19] - 23:13, 23:16,
53:9, 54:4, 54:9,
57:5, 57:18, 66:8,
70:8, 72:13, 81:19,
81:23, 84:25, 85:4,
85:6, 98:2
**Ulrich** [2] - 23:17,
81:25
**ultimately** [1] - 103:2
**unable** [1] - 18:14
**under** [8] - 13:11,
13:21, 23:11, 28:12,
62:9, 65:14, 81:17,
83:15
**understood** [6] - 43:6,
44:21, 57:8, 58:16,
66:7, 79:25
**United** [54] - 21:6,
22:13, 22:14, 23:25,
45:5, 45:11, 45:14,
45:17, 45:19, 45:21,
52:24, 53:5, 53:7,
53:14, 53:16, 53:18,
53:20, 54:19, 54:23,
56:6, 56:11, 58:21,
59:4, 63:24, 64:1,
64:2, 66:12, 66:18,

68:10, 68:21, 74:16,
75:4, 75:12, 75:20,
76:12, 76:16, 76:25,
80:2, 82:10, 84:17,
84:20, 86:8, 86:9,
89:16, 98:5, 98:22,
99:3, 99:4, 99:16,
100:4, 100:12,
101:10, 113:15,
113:24
**UNITED** [2] - 1:1, 1:13
**University** [3] - 7:9,
7:10, 7:12
**unknown** [1] - 76:9
**unusual** [1] - 59:22
**up** [20] - 9:4, 9:5, 9:7,
9:10, 10:4, 13:6,
14:13, 19:12, 29:7,
57:24, 58:8, 59:16,
78:3, 78:7, 78:8,
87:8, 88:16, 92:22,
95:18, 109:16
**upstairs** [8] - 9:4, 9:5,
9:11, 9:12, 10:6,
10:8, 106:9
**USD** [1] - 92:11
**uses** [1] - 92:12
**USG** [7] - 85:10,
85:18, 85:20, 85:25,
86:5, 86:12, 86:15

## V

**value** [1] - 110:2
**values** [1] - 110:14
**variations** [1] - 109:21
**various** [2] - 38:17,
95:13
**verbatim** [2] - 18:5,
30:17
**version** [1] - 28:8
**video** [1] - 18:5
**VIDEOTAPED** [1] - 4:9
**videotaped** [5] -
18:10, 19:5, 27:25,
28:23, 62:6
**visible** [2] - 89:7, 89:8
**visit** [3] - 74:22, 80:19,
85:11
**voice** [2] - 19:12, 29:7
**Voigt** [1] - 38:14
**VOIGT** [1] - 38:14

## W

**W-E-R-R-N** [1] - 29:6
**wait** [1] - 26:19
**walk** [2] - 12:10, 109:5
**walked** [2] - 110:7,

110:8
**wall** [2] - 22:18, 64:7
**wallboard** [4] - 27:9,
105:14, 107:12,
107:13
**walls** [1] - 8:15
**war** [1] - 8:20
**warehouse** [8] -
23:12, 81:18,
106:25, 107:1,
107:2, 107:16,
110:8, 110:11
**warranty** [2] - 13:11,
13:21
**WARSHAUER** [1] -
1:21
**watched** [1] - 111:11
**water** [10] - 8:15,
96:11, 96:20, 96:25,
97:2, 97:7, 97:10,
97:15, 106:13, 110:2
**WEDNESDAY** [2] -
1:8, 5:2
**week** [3] - 7:17, 72:21,
72:22
**weekly** [1] - 110:24
**weeks** [1] - 9:1
**WEISS** [1] - 2:3
**Weissenbach** [1] -
30:16
**WEISSENBACH** [1] -
30:16
**well-respected** [2] -
90:15, 90:23
**wheel** [1] - 96:2
**WHEREUPON** [14] -
5:8, 8:5, 15:12,
16:15, 17:2, 19:4,
27:24, 28:22, 59:9,
59:13, 59:20, 61:25,
62:5, 113:7
**WHITFIELD** [1] - 2:7
**whole** [8] - 5:18, 8:22,
13:13, 39:12, 68:7,
109:20, 110:18
**wholly** [1] - 92:9
**widely** [1] - 91:19
**wild** [1] - 69:9
**wind** [1] - 10:13
**window** [1] - 108:17
**windows** [1] - 9:4
**wise** [1] - 66:12
**withdrawn** [1] - 112:5
**Witness** [1] - 58:3
**witness** [4] - 5:13,
5:22, 18:3, 18:4
**WITNESS** [9] - 5:20,
6:1, 12:14, 12:17,
18:2, 26:22, 26:25,
104:24, 105:3

**Wolfgang** [1] - 38:14
**woman** [1] - 11:25
**wood** [2] - 11:16,
11:18
**word** [4] - 49:10,
49:22, 97:13, 99:5
**words** [2] - 43:6,
44:17
**workers** [1] - 11:8
**works** [3] - 18:12,
33:20, 110:25
**world** [4] - 37:23,
38:2, 91:13, 91:19
**worldwide** [4] - 90:20,
90:23, 94:14, 94:21
**worried** [1] - 16:11
**worry** [3] - 13:14,
56:7, 56:12
**wracked** [1] - 14:15
**write** [2] - 42:25, 71:2
**writing** [5] - 28:12,
28:15, 55:5, 55:12,
58:12
**written** [12] - 23:14,
54:22, 54:24, 69:23,
69:24, 70:2, 70:6,
70:25, 71:1, 77:13,
80:3, 81:21
**wrongdoing** [1] -
59:25
**wrote** [1] - 110:23
**Wuhan** [1] - 91:25
**Wuhu** [6] - 35:3,
39:25, 50:8, 83:18,
91:22, 93:8

## Y

**Y-U-N-G** [1] - 41:21
**year** [5] - 10:2, 56:1,
64:23, 75:25, 78:12
**years** [10] - 19:17,
19:25, 29:14, 29:21,
55:24, 83:16, 84:24,
85:23, 111:15
**yesterday** [4] - 61:8,
77:17, 77:19, 84:22
**York** [2] - 18:25, 85:11
**you-all** [1] - 60:24
**yourself** [2] - 7:6,
46:15
**Yung** [8] - 21:7, 21:13,
21:16, 41:21, 45:23,
46:3, 46:6, 87:14
**Yung's** [1] - 87:13