1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:   CHINESE-MANUFACTURED   *        Docket 09-MD-2047
5          DRYWALL PRODUCTS         *
           LIABILITY LITIGATION     *        Section L
6                                   *
                                    *        New Orleans, Louisiana
7                                   *
Relates to:  All Cases             *        November 28, 2012
8   * * * * * * * * * * * * * * * *

9

10              DAY 3 - AFTERNOON SESSION
                 JURY TRIAL BEFORE
11          THE HONORABLE ELDON E. FALLON
             UNITED STATES DISTRICT JUDGE
12

13

Appearances:
14

15   For the Plaintiffs:      Gainsburgh Benjamin David
                                Meunier & Warshauer, LLC
16                            BY:  GERALD E. MEUNIER, ESQ.
                              1100 Poydras Street, Suite 2800
17                            New Orleans, Louisiana 70163

18

     For the Plaintiffs:      Seeger Weiss, LLP
19                            BY:  CHRISTOPHER SEEGER, ESQ.
                                   SCOTT ALAN GEORGE, ESQ.
20                            77 Water Street
                              New York, New York 10005
21

22   For the Plaintiffs:      Whitfield Bryson & Mason, LLP
                              BY:  DANIEL K. BRYSON, ESQ.
23                            900 W. Morgan Street
                              Raleigh, North Carolina 27603
24

25

HOURLY TRANSCRIPT

```
 1    For the Plaintiffs:          Irpino Law Firm
                                   BY:  ANTHONY IRPINO, ESQ.
 2                                 2216 Magazine Street
                                   New Orleans, Louisiana 70130
 3

 4    For Interior Exterior        Galloway Johnson Tompkins
      Building Supply, LP:           Burr & Smith
 5                                 BY:  RICHARD DUPLANTIER JR., ESQ.
                                        BENJAMIN R. GRAU, ESQ.
 6                                      CARLINA C. EISELEN, ESQ.
                                   701 Poydras Street, 40th Floor
 7                                 New Orleans, Louisiana 70139

 8
      For The North River          Thompson Coe Cousins & Irons, LLP
 9    Insurance Company:           BY:  KEVIN F. RISLEY, ESQ.
                                   One Riverway, Suite 1600
10                                 Houston, Texas 77056

11
      For The North River          Lobman Carnahan Batt Angelle
12    Insurance Company:             & Nader
                                   BY:  SIDNEY J. ANGELLE, ESQ.
13                                 400 Poydras Street, Suite 2300
                                   New Orleans, Louisiana 70130
14

15    Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                                   500 Poydras Street, HB-406
16                                 New Orleans, Louisiana 70130
                                   (504) 589-7778
17                                 Toni_Tusa@laed.uscourts.gov

18

19
      Proceedings recorded by mechanical stenography using
20    computer-aided transcription software.

21

22

23

24

25
```

HOURLY TRANSCRIPT

1                            **I N D E X**

2                                                          <u>PAGE</u>

3        Lori Streit
             Voir Dire By Mr. Seeger                        625
4            Traverse By Mr. Grau                           631
             Direct Examination By Mr. Seeger              641
5            Cross-Examination By Mr. Grau                 655
             Redirect Examination By Mr. Seeger            681
6
         Dean A. Rutila
7            Voir Dire By Mr. Bryson                       682
             Traverse By Mr. Duplantier                    696
8            Direct Examination By Mr. Bryson              699
             Cross-Examination By Mr. Duplantier           733
9            Redirect Examination By Mr. Bryson            744

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 13:10:12 | 1  | **AFTERNOON SESSION** |
| 13:10:12 | 2  | **(November 28, 2012)** |
| 13:10:21 | 3  | (The following proceedings were held in open court.) |
| 13:31:31 | 4  | THE COURT:  Be seated, please.  Good afternoon, |
| 13:31:33 | 5  | members of the jury.  Are you all okay?  Is it too cold, too |
| 13:31:36 | 6  | hot?  Okay now?  Let me know if you need anything. |
| 13:31:40 | 7  | MR. DUPLANTIER:  Just as a point of information, we |
| 13:31:42 | 8  | would like to formally offer the deposition and the video of |
| 13:31:45 | 9  | Mr. Halbach into evidence in the record.  I'm not sure if we |
| 13:31:49 | 10 | have to formally do it. |
| 13:31:51 | 11 | THE COURT:  No.  I make it a part of the record.  It |
| 13:31:53 | 12 | doesn't go to the jury as an exhibit because it's just like |
| 13:31:57 | 13 | other testimony. |
| 13:32:00 | 14 | MR. MEUNIER:  Just the testimony? |
| 13:32:02 | 15 | THE COURT:  Right. |
| 13:32:07 | 16 | Let's call your next witness, please. |
| 13:32:09 | 17 | MR. SEEGER:  Your Honor, we call Dr. Lori Streit. |
| 13:32:13 | 18 | **LORI STREIT,** |
| 13:32:13 | 19 | having been duly sworn, testified as follows: |
| 13:32:16 | 20 | THE DEPUTY CLERK:  State your full name and correct |
| 13:32:16 | 21 | spelling for the record, please. |
| 13:32:42 | 22 | THE WITNESS:  My name is Lori Ann Streit, L-O-R-I, |
| 13:32:46 | 23 | A-N-N, S-T-R-E-I-T. |
|         | 24 | |
|         | 25 | |

**VOIR DIRE**

BY MR. SEEGER:

**Q.**   Dr. Streit, would you please tell us a little something about your educational background.

**A.**   Sure.  I grew up in New Jersey, actually close to the shore, and I went to college at what is now The College of New Jersey.  Then it was Trenton State College.  I got my Bachelor of Science degree in chemistry with a minor in business.  And then went on to graduate school at Arizona State University, and four years later graduated with a Ph.D. in chemistry and materials analysis.

**Q.**   How would you describe generally what materials analysis is?

**A.**   It's using chemistry and chemistry principles to analyze the properties of things.  And in my case, it's mostly consumer products and chemical exposure.

**Q.**   Do you have any particular experience in your field with building products?

**A.**   I do.  I am often asked by either homeowners or manufacturers.  I do work for many of the air-conditioning manufacturers in the country.  I have worked on gypsum from time to time.  I do siding problems, roofing problems, some caulking issues.  So I do have experience with building materials as part of the global things that I have done in the past 25 years.

626

**LORI STREIT - VOIR DIRE**

13:34:24  1   **Q.**   With regard to building materials again, when you are
13:34:28  2   brought in, are you brought in when those materials are
13:34:31  3   developed or when they fail or when they are installed?
13:34:34  4   **A.**   Usually what happens is I get a call -- and, again, it
13:34:36  5   could be from a homeowner, it could be from an insurance
13:34:42  6   company, it could be a government entity, law firm,
13:34:44  7   manufacturer.   Typically what happens is when there's a
13:34:48  8   problem, I'm the person who gets a phone call.
13:34:51  9         So if there's a problem in production, something is
13:34:54  10  not acting correctly, they can't -- if it's a plastic, it's not
13:34:59  11  injecting into the mold or the electronics are contaminated or
13:35:03  12  something like that, all the way through the consumer returning
13:35:07  13  a product and saying, Hey, my smoke alarm is not working, or
13:35:12  14  This isn't the right color, or This chemical makes my eyes
13:35:16  15  burn, or whatever it could be.   I typically get it that way,
13:35:21  16  not so much from the product development side, other than when
13:35:25  17  there's a problem.
13:35:30  18  **Q.**   In connection with your expertise, you do spend time
13:35:32  19  testifying in court for lawyers; is that correct?
13:35:34  20  **A.**   Yes.   Not my favorite thing, but I do.   I would rather be
13:35:37  21  in the lab.
13:35:39  22  **Q.**   If somebody likes it, there's something wrong with them?
13:35:42  23  **A.**   That's correct.
13:35:43  24  **Q.**   Dr. Streit, with regard to the time you spend working for
13:35:48  25  lawyers, how much time do you spend working for plaintiffs, for

HOURLY TRANSCRIPT

LORI STREIT - VOIR DIRE

13:35:51  1    defendants?

13:35:52  2    **A.**    My practice is very varied.  I would say, at any given

13:35:55  3    time, it changes.  But typically, I actually do more industrial

13:35:59  4    work.  Of the legal work that I do, currently it's probably

13:36:05  5    60/40 defense/plaintiff.  And, of course, that just ranges

13:36:11  6    depending on what the problem is.  I really don't take into

13:36:15  7    account who it is.  As long as I am allowed to do my analysis

13:36:19  8    and I can try to solve the problem, that's my concern.

13:36:22  9    **Q.**    You have also done work for companies, right, big

13:36:24  10   commercial companies?

13:36:25  11   **A.**    I do lots of work for big commercial companies all over

13:36:29  12   the country.

13:36:30  13   **Q.**    Maybe give us a couple of examples of couple companies,

13:36:31  14   maybe a couple of products.

13:36:33  15   **A.**    Sure.  I actually have done work for USG.  I have done

13:36:36  16   work for Temple-Inland, another drywall manufacturer.  I do a

13:36:40  17   lot of work for YORK, Trane, Carrier.  I do a fair amount of

13:36:47  18   work for First Alert, for Kidde Smoke Alarms.  I have done

13:36:52  19   research in that area as well.  I worked for Motorola and just

13:36:54  20   lots of bigger name companies that I think everyone would

13:36:59  21   recognize.

13:37:00  22   **Q.**    There's a term that I have seen in materials I want to ask

13:37:03  23   you how it applies to you, *failure analysis*.  Can you tell us

13:37:08  24   what that is and is that something you do?

13:37:10  25   **A.**    Sure.  Failure analysis is kind of the area of chemistry

LORI STREIT - VOIR DIRE

13:37:15  1   that I have gotten into and it is just that.  It's when
13:37:18  2   something fails.  When something has gone wrong and my client
13:37:21  3   will come to me and say, Help me.  I don't understand what the
13:37:24  4   problem is.  Can you will clarify it for me, and then
13:37:27  5   potentially can you put me on the right path to fix it?
13:37:31  6   Q.   To be clear in exactly what your background is, you call
13:37:33  7   yourself a chemist; is that fair?
13:37:36  8   A.   I have a Ph.D. in chemistry and my specialty is in surface
13:37:40  9   analysis/materials analysis.
13:37:43  10  Q.   Now, I want to shift now to Chinese drywall.  Before you
13:37:53  11  ever got a call from any of the lawyers here to come in
13:37:58  12  and help out, you had experience with Chinese drywall; is that
13:38:01  13  fair?
13:38:01  14  A.   I did.
13:38:02  15  Q.   Could you tell us a little bit about it, when you first
13:38:04  16  got involved.
13:38:06  17  A.   Sure.  In the course of what I do, sometimes I'm called
13:38:12  18  upon by other colleagues who will say, Hey, I'm having a
13:38:17  19  problem.
13:38:18  20        In the Chinese drywall case, I actually helped one of
13:38:21  21  the Florida state toxicologists.  I was an adviser on his
13:38:25  22  thesis committee, and he became the Florida state toxicologist.
13:38:27  23  His name is Dr. David Krause.  He called me -- and this is
13:38:32  24  probably in the fall of 2008.  And he said, Lori, we are having
13:38:38  25  this issue.  Homeowners are smelling things in their house.

629

**LORI STREIT - VOIR DIRE**

13:38:42  1   They have this sulfur odor, and their air-conditioning coils
13:38:45  2   are failing.
13:38:46  3           He knew I had done work on air conditioning coils.
13:38:49  4           He said, We don't quite understand it.  Can you help
13:38:54  5   me?
13:38:54  6           And so I said, Send me some samples.  And he did.  I
13:38:57  7   just started to look at them, ran kind of a generic spread of
13:39:03  8   tests based on the fact that there was corrosion that was
13:39:05  9   occurring and there was an odor and ultimately produced a
13:39:09  10  report, which went back to the State of Florida and they put it
13:39:12  11  on the Internet.  And at that point then, of course, the phone
13:39:15  12  starts ringing because everyone reads it and they hope that I
13:39:19  13  can help as well.
13:39:21  14  **Q.**   You might have mentioned this, but I was looking at
13:39:23  15  something.  Did you mention the time frame when you were
13:39:25  16  contacted by Florida?
13:39:27  17  **A.**   Yeah.  The initial contact was in the fall of 2008.
13:39:31  18  **Q.**   From 2008 through now, have you done testing on Chinese
13:39:34  19  drywall?
13:39:36  20  **A.**   I've done a lot of testing on Chinese drywall.
13:39:38  21  **Q.**   Well, just because it might be important, can you quantify
13:39:41  22  what you mean by *a lot*?
13:39:43  23  **A.**   Yeah, sure.  I have probably been in somewhere between 150
13:39:46  24  and 200 houses doing inspections, taking samples, sending them
13:39:50  25  to the lab.  And I have probably done testing on maybe

**LORI STREIT - VOIR DIRE**

13:39:54  1   2,000 samples, at this point, in the last four years.

13:39:59  2   Q.    In those homes that you were in, did you the notice a

13:40:04  3   smell?

13:40:04  4   A.    Yeah.  When you walk into a home where there's no attempt

13:40:07  5   to mask the smell -- in other words, if they are burning

13:40:10  6   candles or incense or the windows are open, sometimes it's not

13:40:14  7   as noticeable.  But in a home that's been closed up or there's

13:40:18  8   no attempt to mask the smell, it's immediately noticeable when

13:40:21  9   you walk in.

13:40:23  10          In the other homes, sometimes you have to kind of

13:40:27  11  look for it a little, if you will.  You go to spaces that have

13:40:30  12  been closed up for a long time, like closets and things like

13:40:34  13  that.  And when you open them, you will smell it -- or you go

13:40:37  14  up in the attic or wherever is appropriate.

13:40:40  15  Q.    In connection with doing the testing of all these homes,

13:40:42  16  did you get to meet with homeowners?

13:40:45  17  A.    Many times, yes.

13:40:46  18  Q.    Do you have a rough idea of how many homeowners you

13:40:49  19  actually met with in inspecting their homes?

13:40:53  20  A.    Oh, I don't know.  Maybe a quarter of them, the homeowners

13:40:56  21  were there.

13:40:56  22  Q.    Would you ask them questions about smell and things like

13:40:58  23  that?

13:40:58  24  A.    Oh, sure.  I asked them what their first perception was,

13:41:03  25  when their house was built, when they first perceived the odor,

LORI STREIT - VOIR DIRE

13:41:10  1   where is it worse in the house, where is it not so bad.  And it
13:41:14  2   gives me an idea of where to start my investigation.  Where
13:41:18  3   should I look for the drywall?  Is it worse on the first floor
13:41:21  4   than the second?  Is it worse in one area of the house versus
13:41:24  5   another?  Do you have problems with your air-conditioning coil?
13:41:28  6   Do you have problems with your refrigerator; because it attacks
13:41:31  7   the copper in the refrigerator coils.  Do you have problems
13:41:34  8   with your wiring?  And that all helps me to understand
13:41:37  9   potentially what the problem is and take the appropriate
13:41:39  10  samples.
13:41:43  11  Q.   I understand your testimony about smell, but did you find,
13:41:46  12  in talking to homeowners, that there was some portion of them
13:41:49  13  that actually didn't report smelling the Chinese drywall?
13:41:52  14  A.   Yeah, there are.  There are not many but there are some
13:41:55  15  that, for one reason or another, just can't smell it.  That's
13:41:59  16  not really too surprising.  There's plenty of documentation and
13:42:03  17  research and so on to show that some people just can't smell
13:42:08  18  things better than others.  There's an odor perception.
13:42:13  19          MR. SEEGER:  Your Honor, at this point I think we can
13:42:14  20  offer Dr. Streit as an expert in chemical materials analysis.
13:42:19  21          THE COURT:  Any questions?
13:42:22  22          MR. GRAU:  Yes.
13:42:22  23                          TRAVERSE
13:42:25  24  BY MR. GRAU:
13:42:39  25  Q.   Good afternoon, Dr. Streit.

**LORI STREIT - TRAVERSE**

| | | |
|---|---|---|
| 13:42:40 | 1 | **A.**   Good afternoon. |
| 13:42:40 | 2 | **Q.**   As I understand it, you have a Ph.D. in chemistry, |
| 13:42:43 | 3 | correct? |
| 13:42:44 | 4 | **A.**   Correct. |
| 13:42:44 | 5 | **Q.**   As you just told us, you consider yourself an expert in |
| 13:42:48 | 6 | chemistry materials analysis and testing, right? |
| 13:42:50 | 7 | **A.**   That's right. |
| 13:42:51 | 8 | **Q.**   You have done, in association with Chinese drywall, you |
| 13:42:54 | 9 | have told us, extensive testing.  Over 2,000 samples you have |
| 13:42:57 | 10 | tested, correct? |
| 13:42:58 | 11 | **A.**   Yes, I think that's probably conservative. |
| 13:43:02 | 12 | **Q.**   The purpose of that testing is to determine the corrosive |
| 13:43:04 | 13 | effect of that drywall; is that correct? |
| 13:43:07 | 14 | **A.**   In some cases.  In other cases, it's to determine the |
| 13:43:13 | 15 | identity or the volatile nature of the material that's coming |
| 13:43:17 | 16 | off and then to quantify how much is coming off. |
| 13:43:21 | 17 | **Q.**   You understand in this case that there's been a |
| 13:43:23 | 18 | stipulation that the drywall that was installed in these |
| 13:43:25 | 19 | plaintiffs' homes did, in fact, cause some corrosion in those |
| 13:43:28 | 20 | homes, correct? |
| 13:43:29 | 21 | **A.**   I understand that has been stipulated to, yes. |
| 13:43:30 | 22 | **Q.**   You, then, are not here to testify to us about the |
| 13:43:33 | 23 | corrosive effect of the drywall in these plaintiffs' homes, |
| 13:43:39 | 24 | correct? |
| 13:43:39 | 25 | **A.**   I'll testify if someone asks me a question. |

LORI STREIT - TRAVERSE

| | |
|---|---|
| 13:43:41 | 1 |
| 13:43:42 | 2 |
| 13:43:44 | 3 |
| 13:43:45 | 4 |
| 13:43:46 | 5 |
| 13:43:49 | 6 |
| 13:43:53 | 7 |
| 13:43:57 | 8 |
| 13:43:58 | 9 |
| 13:44:00 | 10 |
| 13:44:03 | 11 |
| 13:44:06 | 12 |
| 13:44:11 | 13 |
| 13:44:15 | 14 |
| 13:44:18 | 15 |
| 13:44:21 | 16 |
| 13:44:24 | 17 |
| 13:44:28 | 18 |
| 13:44:30 | 19 |
| 13:44:34 | 20 |
| 13:44:38 | 21 |
| 13:44:44 | 22 |
| 13:44:48 | 23 |
| 13:44:50 | 24 |
| 13:44:54 | 25 |

**Q.**   I appreciate that.

You have prepared a report, though, that outlines some of your opinions, correct?

**A.**   I have.

**Q.**   You have a number of opinions relating to what smells someone would have smelled had they gotten on a plane and traveled to China and visited various facilities in China, correct?

**A.**   I have testified to that, yes.

**Q.**   You are not an expert in gypsum mining; is that correct?

**A.**   In the mining procedure, I would say no.  I do have a background in geochemistry and I do understand the fact that the elemental sulfur is in the rock and so on.  So I do have some understanding of that, but when it comes to how you pull the rock out, no, I'm not a mining expert.

**Q.**   You also are not an expert in wallboard manufacturing -- gypsum wallboard manufacturing, correct?

**A.**   Again, I would say the same thing.  When it comes to the question of the odors and where potentially they would come from and so on -- and we discussed this when I was deposed, that I have had lots of talks with a colleague, Ms. Luckevich, Lydia Luckevich.  And that's pretty common.  When you're doing an investigation, you talk to other colleagues, you do research, whatever you need to do to try to solve the problem.  So I do have an understanding of the manufacturing process.  I

LORI STREIT - TRAVERSE

| | | |
|---|---|---|
| 13:44:58 | 1 | understand from that perspective, from the chemical |
| 13:45:03 | 2 | perspective. |
| 13:45:04 | 3 | If you are going to go into areas of how much |
| 13:45:07 | 4 | additives do you put in and that kind of thing, no, I wouldn't |
| 13:45:11 | 5 | consider myself an expert in that area. |
| 13:45:13 | 6 | Q.   You have never been to a gypsum mine, correct? |
| 13:45:15 | 7 | A.   I have not been to a gypsum mine, that's correct. |
| 13:45:18 | 8 | Q.   Both in the United States or in China? |
| 13:45:19 | 9 | A.   That is correct. |
| 13:45:20 | 10 | Q.   You have never been to a drywall manufacturing facility, |
| 13:45:22 | 11 | correct? |
| 13:45:22 | 12 | A.   That is also correct. |
| 13:45:23 | 13 | Q.   Again, both here in the United States as well as in China? |
| 13:45:25 | 14 | A.   That's right. |
| 13:45:26 | 15 | Q.   So your opinions relating to what smells someone may have |
| 13:45:30 | 16 | smelled had they traveled to China at the right time and gone |
| 13:45:34 | 17 | to the right facilities is based exclusively on what |
| 13:45:38 | 18 | Ms. Luckevich has told you? |
| 13:45:39 | 19 | A.   Well, based on my knowledge of the chemistry of the |
| 13:45:42 | 20 | environment. |
| 13:45:42 | 21 | Q.   You rely exclusively on Ms. Luckevich for those opinions, |
| 13:45:47 | 22 | correct? |
| 13:45:47 | 23 | A.   No.  Again, Ms. Luckevich has explained to me the |
| 13:45:50 | 24 | manufacturing process because I have not been in a plant.  But |
| 13:45:53 | 25 | as far as the chemistry that goes on, yes, I understand all of |

LORI STREIT - TRAVERSE

13:45:57  1  that.  So I don't rely completely on her; I have my own

13:46:00  2  knowledge of the chemical environment.

13:46:03  3  **Q.**   You don't know what -- for example, you don't know what

13:46:06  4  the physical layout of any of the facilities in China were, do

13:46:09  5  you?

13:46:11  6  **A.**   I have not been to the Chinese plant.

13:46:15  7  **Q.**   As far as Ms. Luckevich's background is concerned, the

13:46:18  8  only thing you know about Ms. Luckevich and her credentials is

13:46:21  9  what she has told you; is that correct?

13:46:22  10  **A.**   That's correct.

13:46:22  11  **Q.**   You have not done any investigation into her background at

13:46:26  12  all, have you?

13:46:27  13  **A.**   No, I did not.

13:46:28  14  **Q.**   In all the work you have done in Chinese drywall

13:46:30  15  litigation, until October 17 of this year, a month and a half

13:46:35  16  ago, you had never once rendered any opinions relating to what

13:46:39  17  smells someone would have smelled had they gotten on a plane

13:46:43  18  and traveled to China?

13:46:45  19  **A.**   I had never been asked that question before.

13:46:46  20  **Q.**   You never took it upon yourself to render that opinion

13:46:49  21  either, did you?

13:46:51  22  **A.**   Because I had never been asked that question before.

13:46:53  23  **Q.**   Outside of what Ms. Luckevich has told you about common

13:46:56  24  smells in a manufacturing facility, a drywall manufacturing

13:46:58  25  facility, you don't know what common smells or what smells

HOURLY TRANSCRIPT

LORI STREIT - TRAVERSE

13:47:03  1   would normally be associated in that process, do you?

13:47:06  2   A.   I'm sorry.  I want to go back to your prior question just

13:47:12  3   for one second because the discussion about the mine and the

13:47:16  4   gypsum and where potentially the contamination may have come in

13:47:20  5   did come up when I was consulting with the EPA and the CPSC and

13:47:26  6   the Department of Housing.

13:47:29  7        As we had discussed when you had deposed me, I have

13:47:32  8   spent some time consulting with the government agencies on

13:47:35  9   that, and I did give them some insight as to, Could it have

13:47:40  10  come from the mine, it could have come from the materials

13:47:43  11  process.  It could have -- maybe happened in shipment and so on

13:47:46  12  down the line.  We talked about all those options.  So I just

13:47:50  13  wanted to make it clear that I have been involved in some other

13:47:52  14  discussions, just not -- it wasn't narrowly right with --

13:47:57  15  Q.   You have not read any articles or publications on smells

13:48:01  16  associated with the manufacturing of drywall, have you?

13:48:05  17  A.   We talked about that also.  The one instance would be

13:48:07  18  bacteria contamination.  In other words, I have read articles

13:48:14  19  where there was bacterial contamination, reduced sulfur

13:48:17  20  bacteria.  But with respect to potentially other cases of

13:48:20  21  elemental sulfur, the answer would be no.

13:48:22  22  Q.   My question is specific to smells.  You have not read any

13:48:25  23  articles or publications about what smells occur in a gypsum

13:48:29  24  wallboard manufacturing plant, have you?

13:48:30  25  A.   No.  If you are going to phrase it that way, the answer

LORI STREIT - TRAVERSE

13:48:33   1    would be no.

13:48:34   2    **Q.**   You haven't talked to any representatives of any drywall

13:48:36   3    manufacturers about the smells that are commonly associated in

13:48:39   4    their plants, have you?

13:48:41   5    **A.**   The person that I chose to rely on was Lydia Luckevich,

13:48:45   6    who is a consultant to the gypsum industry and who has been in

13:48:53   7    multiple gypsum plants.  So I think that was sufficient for my

13:48:56   8    needs.

13:48:58   9              MR. GRAU:  One second.

13:49:23   10   BY MR. GRAU:

13:49:24   11   **Q.**   You recall giving your deposition, don't you?

13:49:26   12   **A.**   I do.

13:49:26   13   **Q.**   Do you recall being asked in that deposition:  Do you know

13:49:28   14   what smells are commonly associated with the manufacture of

13:49:31   15   drywall?

13:49:32   16   **A.**   Yes, we did talk about that.

13:49:33   17   **Q.**   Do you know what your answer was?

13:49:35   18   **A.**   I actually gave two different answers in two different

13:49:38   19   places.  One of them was we talked about the papers smells.

13:49:41   20   And then later on you had asked me if there were other smells.

13:49:47   21   And at that point I said I really couldn't think of anything

13:49:50   22   else.

13:49:51   23   **Q.**   Do you recall saying that, "Well, other than just the

13:49:55   24   discussion with Lydia -- because she's my reference for

13:49:58   25   manufacturing process because she's been doing that for

LORI STREIT - TRAVERSE

| | | |
|---|---|---|
| 13:50:01 | 1 | 20 years as a consultant to the manufacturers -- she tells me |
| 13:50:04 | 2 | that sulfur smells of that nature, reduced sulfer smells, any |
| 13:50:09 | 3 | type of reduced sulfur smells, whether it's from bacteria, |
| 13:50:11 | 4 | elemental sulfur, whatever it is, it would be noticeable"? |
| 13:50:16 | 5 | MR. SEEGER:  Your Honor, is that impeachment?  I'm |
| 13:50:18 | 6 | not sure what we are doing with reading the transcript while |
| 13:50:20 | 7 | she is on the stand. |
| 13:50:21 | 8 | THE COURT:  If it's consistent with what she says, |
| 13:50:23 | 9 | there's no impeachment.  If there is inconsistency, then you |
| 13:50:27 | 10 | have a right to do that. |
| 13:50:29 | 11 | MR. GRAU:  Sure.  I'll move on. |
| 13:50:36 | 12 | BY MR. GRAU: |
| 13:50:37 | 13 | Q.   What investigation did you do to determine the veracity of |
| 13:50:39 | 14 | Ms. Luckevich's comments to you about what smells would be |
| 13:50:43 | 15 | associated in the manufacturing facility? |
| 13:50:50 | 16 | A.   I'm sorry, I don't really understand your question.  Lydia |
| 13:50:54 | 17 | and I talk a lot, and so I had discussions with her.  I |
| 13:51:00 | 18 | consider her to be an expert in that field.  I rely upon her |
| 13:51:04 | 19 | opinion just like I rely on other colleagues for manufacturing |
| 13:51:10 | 20 | experts to solve problems every day. |
| 13:51:13 | 21 | Q.   Right. |
| 13:51:13 | 22 | A.   You go to the person you consider to be the expert. |
| 13:51:15 | 23 | Q.   We talked about this at your deposition and you told me |
| 13:51:18 | 24 | that you relied exclusively on Ms. Luckevich for that opinion, |
| 13:51:21 | 25 | correct? |

HOURLY TRANSCRIPT

**LORI STREIT - TRAVERSE**

| | | |
|---|---|---|
| 13:51:22 | 1 | **A.**   Yes, that is correct. |
| 13:51:24 | 2 | **Q.**   You did nothing to verify or confirm the accuracy of her |
| 13:51:27 | 3 | statement to you; is that correct? |
| 13:51:28 | 4 | **A.**   No, because I was relying on her. |
| 13:51:30 | 5 | **Q.**   You agreed with me that if Ms. Luckevich was wrong or |
| 13:51:35 | 6 | incorrect in her opinion, then you would necessarily be wrong |
| 13:51:38 | 7 | and incorrect in your opinion? |
| 13:51:39 | 8 | **A.**   Again, I'm relying on her.  So if something she said was |
| 13:51:43 | 9 | fundamentally not correct, then I think we would have to |
| 13:51:45 | 10 | discuss that. |
| 13:51:47 | 11 | **Q.**   What's the hourly rate you charge for your services in |
| 13:51:50 | 12 | this case? |
| 13:51:50 | 13 | **A.**   Unified Engineering, my company, charges $260 an hour for |
| 13:51:54 | 14 | my time. |
| 13:51:55 | 15 | **Q.**   How many hours have you spent working on Chinese |
| 13:51:57 | 16 | drywall-related matters for the plaintiffs? |
| 13:52:01 | 17 | **A.**   Oh, I would have no idea. |
| 13:52:03 | 18 | **Q.**   Can you give us an estimate? |
| 13:52:04 | 19 | **A.**   I couldn't even begin to give you an estimate.  I have no |
| 13:52:07 | 20 | idea. |
| 13:52:07 | 21 | **Q.**   1,000?  2,000? |
| 13:52:09 | 22 | **A.**   I don't think it would be 1,000.  I really have no idea. |
| 13:52:12 | 23 | I would just be guessing. |
| 13:52:13 | 24 | **Q.**   You have been to 200 homes? |
| 13:52:15 | 25 | **A.**   Correct.  But not all for the plaintiffs' steering |

**LORI STREIT - TRAVERSE**

| | | |
|---|---|---|
| 13:52:16 | 1 | committee. |
| 13:52:18 | 2 | Q.   How many of those homes have you been to for the |
| 13:52:20 | 3 | plaintiffs' steering committee? |
| 13:52:22 | 4 | A.   Again, I have no idea.  I would really have to go into my |
| 13:52:25 | 5 | database at work and I could break it down.  But as I sit here, |
| 13:52:27 | 6 | it would be a guess.  I have no idea. |
| 13:52:30 | 7 | Q.   You have no idea how much these lawyers have paid you for |
| 13:52:31 | 8 | your services for the last three years? |
| 13:52:33 | 9 | A.   I really don't keep track of that. |
| 13:52:36 | 10 | Q.   Ms. Luckevich was also retained by the plaintiffs' |
| 13:52:38 | 11 | steering committee; is that correct? |
| 13:52:41 | 12 | A.   I don't know what her situation is. |
| 13:52:43 | 13 | Q.   You don't know that she was hired by the plaintiffs' |
| 13:52:47 | 14 | lawyers in this case? |
| 13:52:48 | 15 | A.   I understand she was hired by the plaintiffs' lawyers for |
| 13:52:51 | 16 | some case.  I don't know if it was this particular case and -- |
| 13:52:54 | 17 | as an expert.  I think she's a consultant for me. |
| 13:52:58 | 18 | Q.   Do you know what her rate is, what she charged the |
| 13:53:00 | 19 | plaintiffs' steering committee? |
| 13:53:01 | 20 | A.   I have no idea. |
| 13:53:03 | 21 | Q.   Do you know how much money she has made from the |
| 13:53:04 | 22 | plaintiffs in this case to render the opinions that she has |
| 13:53:06 | 23 | provided to you? |
| 13:53:07 | 24 | A.   Again, I have no idea. |
| 13:53:09 | 25 |      **MR. GRAU:**  That's all for now. |

LORI STREIT - TRAVERSE

13:53:14  1    THE COURT:  I find that she's an expert in the

13:53:18  2  designated field and can testify as such.

13:53:21  3         Questions have been asked about facts and data

13:53:25  4  that experts utilize, you know, in -- other witnesses that are

13:53:33  5  nonexperts who look upon them to perceive the facts and not

13:53:39  6  have someone else tell them about the facts.  That's different

13:53:43  7  with an expert.  Under the Rules of Evidence, facts and data

13:53:48  8  upon which an expert bases an opinion may be those perceived by

13:53:52  9  the expert or made known to the expert.  So you take all of

13:54:00  10  that into consideration.  That is true with this witness as

13:54:03  11  well as any expert the defendant calls or may call.  That's the

13:54:07  12  rule for experts.

13:54:07  13         Let's proceed.

13:54:08  14              DIRECT EXAMINATION

13:54:09  15  BY MR. SEEGER:

13:54:09  16  Q.   Dr. Streit, let's just clarify a couple things.

13:54:13  17         Lydia Luckevich, what is her background?

13:54:16  18  A.   Lydia is a chemist.  She was educated in Canada and she

13:54:22  19  works now as an independent consultant, but she spent a pretty

13:54:29  20  good part of her career in a laboratory setting with a research

13:54:32  21  center in Canada.  Her primary area was in gypsum research.  So

13:54:38  22  she would be the one that was sent out to go to the plants,

13:54:42  23  talk with the clients, help them optimize their facility, help

13:54:48  24  them develop new products and things of that nature.

13:54:51  25  Q.   How long have you known her?

LORI STREIT - DIRECT

13:54:54  1   **A.**   Since spring of 2009.

13:55:00  2   **Q.**   Other than consulting with her or using her as a

13:55:03  3   consultant for you in this case, have you done anything else

13:55:07  4   with her?

13:55:08  5   **A.**   Yes.  I actually consider her to be a personal friend.  We

13:55:11  6   have situations where, as chemists, we talk to each other,

13:55:16  7   sometimes on drywall, sometimes not.  So I spend -- I have

13:55:22  8   spent some time talking to her.  In the drywall arena, we

13:55:27  9   actually spent a lot of time together because we were looking

13:55:30  10  at many, many houses and we wound up getting stuck at the

13:55:33  11  airport and actually driving three hours down to the site.  So

13:55:37  12  we have done a fair amount of discussion back and forth.

13:55:43  13  **Q.**   Let's go to your opinions in this case.

13:55:46  14         Do you hold an opinion one way or another about

13:55:48  15  whether the drywall that we are talking about here, the

13:55:52  16  defective Chinese drywall sold by InEx, that the smell from

13:55:57  17  that would have been detected in the manufacturing process?  Do

13:56:00  18  you have an opinion?

13:56:01  19         **MR. RISLEY:**  Your Honor, objection, if I could.  I

13:56:02  20  understand the Court qualified her as an expert, and under

13:56:06  21  Rule 703, an expert can reach opinions based upon data from

13:56:10  22  others.  That's not what the witness has done here.  She has

13:56:13  23  taken someone else's opinions and done nothing to verify them

13:56:17  24  and repeats them.  That's not relying upon the data, that's

13:56:20  25  just repeating someone else's opinion.

LORI STREIT - DIRECT

| | | |
|---|---|---|
| 13:56:22 | 1 | **THE COURT:** I understand the objection. I'll |
| 13:56:23 | 2 | overrule it. |
| 13:56:24 | 3 | **MR. RISLEY:** May we have a running objection to this |
| 13:56:26 | 4 | line of testimony? |
| 13:56:27 | 5 | **THE COURT:** Right. |
| 13:56:28 | 6 | **MR. RISLEY:** Thank you. |
| 13:56:30 | 7 | BY MR. SEEGER: |
| 13:56:31 | 8 | **Q.** Your opinion about whether the drywall would have smelled |
| 13:56:33 | 9 | in the manufacturing process, can you give your opinion to the |
| 13:56:36 | 10 | jury? |
| 13:56:36 | 11 | **A.** Yeah. I think that you would have smelt that in the raw |
| 13:56:41 | 12 | material and you would have smelt it in the manufacturing |
| 13:56:43 | 13 | process. You would have smelt it during the lab testing, just |
| 13:56:47 | 14 | as it comes over and you wind up smelling it in the homes. It |
| 13:56:53 | 15 | starts with the raw materials. So if the raw materials are |
| 13:56:55 | 16 | smelly, then it just goes all the way down the line to what is |
| 13:56:59 | 17 | perceived by the homeowner. |
| 13:57:02 | 18 | **Q.** I want to flesh out the basis for that opinion. So as a |
| 13:57:05 | 19 | chemist, if you could take us through the process where you |
| 13:57:07 | 20 | made that conclusion and you rendered that opinion. Talk us |
| 13:57:11 | 21 | through that. |
| 13:57:13 | 22 | **A.** We have gotten to the point, and it's taken several years |
| 13:57:16 | 23 | and a lot of research, to where now the understanding is that |
| 13:57:20 | 24 | what's causing the problem in the drywall is elemental sulfur |
| 13:57:25 | 25 | in the rock. I don't know if any of you have ever seen a chunk |

**LORI STREIT - DIRECT**

13:57:31  1   of sulfur.  It's a yellow chunk of material.  The elemental
13:57:38  2   sulfur is present in very small particles in the rock.  That
13:57:43  3   then comes from the mine, goes to the gypsum plant, gets
13:57:46  4   crushed.
13:57:48  5          And at that point, you heard testimony that when they
13:57:52  6   went to visit the plant, they smelled it in the raw material
13:57:55  7   when it was crushed.  It then gets milled down into a finer
13:58:00  8   powder and dried out in what's called the calcinator.  That
13:58:06  9   also was the point where they smelled a problem.
13:58:09  10         It then continues in the slurry, goes in between the
13:58:12  11  paper, winds up at the end, and then ultimately winds up being
13:58:19  12  shipped out to the consumer.  So those very, very fine
13:58:22  13  particles are trapped within that matrix and they are going to
13:58:27  14  continue to off-gas because there's nothing to stop them.
13:58:30  15  Q.   Now, with regard to the answer you just gave, is this new
13:58:34  16  science?  Is this consistent with how you would approach any
13:58:39  17  problem presented to you as a chemist?
13:58:42  18  A.   How you approach a problem as a chemist can vary from a
13:58:47  19  simple analysis to a more extensive approach like was taken in
13:58:52  20  these where, you know, actually the government wound up getting
13:58:56  21  involved, and there are numerous people who were studying this.
13:59:00  22         In this case, this was not a simple problem.  This
13:59:03  23  was actually, I think, a very unique problem that the drywall
13:59:07  24  industry had not seen before.  And so there was an enormous
13:59:12  25  effort to try to figure out what was going on.

LORI STREIT - DIRECT

| | |
|---|---|
| 13:59:15 | 1 |
| 13:59:18 | 2 |
| 13:59:18 | 3 |
| 13:59:21 | 4 |
| 13:59:23 | 5 |

**Q.**   It's a unique problem, is your testimony.  Was it discoverable?

**A.**   Oh, I think it was discoverable.

**Q.**   And how?

**A.**   Just exactly what had been testified to.  It's a situation where if someone had paid attention and gone to the plant and actually checked things out, I think that they would have smelled it.

**Q.**   We heard some testimony earlier where there were times when Mr. Halbach said he didn't smell it.  How would you explain that?

**A.**   In Mr. Halbach's testimony, he was at the facility prior to when the problem started.  So all of the last part of his testimony to where he is talking about walking through the plant and so on was prior to when the bad rock happened.

After he left the plant is when there was a problem, and they were not alerted to it by the people who were in the plant.  But when he was actually called upon to go back to the plant and did his inspection, that was what he noticed.  He noticed it in the rock.  He noticed it at the calcite machine.

**Q.**   Dr. Streit, we have heard talk in this case about ASTM standards.  Can you tell the jury what that is?

**A.**   Sure.  ASTM stands for the American Society of Testing and Materials.  It's a group of standards that are put out by experts in the field to help put out a product that is

646

**LORI STREIT - DIRECT**

14:00:55  1  consistent and of quality.  They are similar to UL standards.

14:01:01  2  Many of you have heard of UL standards for consumer products.

14:01:06  3  ANSI standards, those are another type of standards.  ASTM is

14:01:11  4  another group of standards.

14:01:13  5  **Q.**   Let me just show you what I have in my hand and maybe you

14:01:15  6  can identify these for the Court and the jury.  What are these

14:01:19  7  two documents I have just handed you?

14:01:22  8  **A.**   I need --

14:01:23  9  **Q.**   Glasses.  I can loan you mine.

14:01:26  10  **A.**   Okay.  These are -- what I'm looking at are two different

14:01:29  11  ASTM standards.  One of them is entitled "Standard

14:01:35  12  Specifications for Gypsum Board."  It's known as C1396.  Within

14:01:40  13  this standard -- this is kind of the overall standard.  This

14:01:46  14  standard references the specifics for how the testing is done

14:01:49  15  on the gypsum.

14:01:50  16        The standard I'm now looking at is called "Standard

14:01:53  17  Test Methods for Physical Testing of Gypsum Panel Products,"

14:01:56  18  and its designation is C473.  So this is a sub to the greater

14:02:02  19  one.

14:02:03  20  **Q.**   I'm going to -- are these things that you have relied upon

14:02:07  21  in giving your opinion?

14:02:07  22  **A.**   Yes.

14:02:08  23        **MR. SEEGER:**  Your Honor, would it be okay if we

14:02:10  24  display these?

14:02:12  25        **MR. GRAU:**  No objection.

**LORI STREIT - DIRECT**

14:02:13  1      THE COURT:  Let them be admitted.  Are you going to

14:02:15  2  admit them or not?

14:02:17  3      MR. SEEGER:  Yes, Your Honor.  The exhibit number is

14:02:25  4  1005 and 1006.

14:02:43  5  BY MR. SEEGER:

14:02:43  6  Q.   This is what you were just looking at in my hand; is that

14:02:45  7  right?

14:02:45  8  A.   That's right.

14:02:46  9  Q.   If you could just maybe in a minute -- not spend a lot of

14:02:48  10  time on this -- now that the jury has it in front of them, tell

14:02:52  11  us what these tell you to do.

14:02:55  12  A.   The standards tell you that there are certain tests that

14:02:58  13  have to be performed on the gypsum in order for it to be

14:03:02  14  acceptable as a product sold in the U.S. market.  They

14:03:09  15  relate -- these standards basically relate to physical

14:03:12  16  properties.  So strength, how hard it is to drive a nail in,

14:03:17  17  and how hard it is on the core, what the widths and the lengths

14:03:26  18  are.  Things that would really pertain to how the material is

14:03:29  19  used by a vendor.

14:03:31  20  Q.   If you wanted to sell drywall in the United States, would

14:03:33  21  these be the standards that would more or less apply?

14:03:36  22  A.   Those are some of them, yes.

14:03:37  23  Q.   You said one of these two rules -- one of these documents

14:03:41  24  I handed you actually laid out what test to do; which one is

14:03:45  25  that?

**LORI STREIT - DIRECT**

14:03:45  1   **A.**   That's C473.

14:03:46  2           **MR. SEEGER:**  Can we just have 1005 up there, Scott.

14:03:54  3   **BY MR. SEEGER:**

14:03:55  4   **Q.**   I wanted to ask you specifically:  When you look at

14:03:58  5   this -- and I can put my copy in front of you if you need it --

14:04:02  6   are there any tests outlined in here during which you believe,

14:04:06  7   if it were conducted, you would be able to smell the problem in

14:04:09  8   the defective Chinese drywall?

14:04:10  9   **A.**   Yes.  According to the standard, there are a certain

14:04:13  10  number of boards from each shipment that need to be tested in

14:04:19  11  order for it to be considered acceptable and they can put the

14:04:22  12  stamp that it's an ASTM-qualified product.

14:04:26  13          In one section of the testing, there is a test where

14:04:29  14  the sample is humidified.  So you cut out a 12-inch section of

14:04:36  15  the board and you place it in a chamber, shut the door.  You

14:04:43  16  raise the temperature to 90 degrees and 90 percent humidity for

14:04:51  17  48 hours, and then you open the door and you measure the amount

14:04:54  18  of sag, if you will, in the drywall, how much is it deflected.

14:04:58  19  And there's a certain standard for that, as to how much it's

14:05:01  20  allowed to sag before it's considered not acceptable.

14:05:05  21          When you do that and you open the door after it's

14:05:07  22  been humidified for 48 hours, there's no doubt in my mind that

14:05:14  23  you should have been able to smell the sulfur coming off from

14:05:18  24  that sample.  When I do testing on samples taken from homes and

14:05:23  25  I put them in a humidity chamber just a 3-by-3-inch square and

LORI STREIT - DIRECT

14:05:28  1   I let it sit for 48 hours at elevated temperature and humidity
14:05:33  2   and then I open it up, the smell is unmistakable.  So if
14:05:38  3   someone had gone over there to monitor the testing program,
14:05:43  4   when they opened that door, that should have been a perceivable
14:05:47  5   odor.
14:05:47  6   Q.   If you know the answer to this -- if you know, are there
14:05:50  7   companies that will actually be present -- are there people who
14:05:53  8   you can hire to be present while these tests are done?
14:05:57  9   A.   Yes, there are.  You can hire people to monitor the
14:06:00  10  production process.
14:06:01  11  Q.   Now, did you get a chance, Dr. Streit, to look at the ASTM
14:06:04  12  certificate that was produced in this case by InEx that they
14:06:07  13  got from one of the Chinese manufacturers?
14:06:11  14  A.   I did.
14:06:18  15  Q.   Would you please just take a look at this and tell me if
14:06:21  16  that's one of the documents you relied upon in rendering your
14:06:25  17  opinions in this case?
14:06:26  18  A.   Yes, this appears to be the ASTM test report that was
14:06:28  19  given to InEx.
14:06:30  20      MR. SEEGER:  Your Honor, we would like to move this
14:06:31  21  into evidence.  It's P-40.
14:06:37  22      THE COURT:  It's already been admitted.
14:06:40  23      MR. SEEGER:  Can we go ahead and put this up, P40.
14:06:44  24  BY MR. SEEGER:
14:06:45  25  Q.   Again, I will give you my copies, and if there are

**LORI STREIT - DIRECT**

14:06:46  1  sections of this you want to direct the jury to, just let me

14:06:50  2  know.  I have a laser pointer now.

14:06:53  3      Tell us what this is, if you know.

14:06:56  4  **A.**  Well, it appears to be captioned Test Report, and it talks

14:07:01  5  about testing of gypsum wallboard for a specific size.  It

14:07:07  6  shows that the manufacturer was identified as Tai'an Taishan

14:07:15  7  plasterboard.  It gives the delivered date; in other words, the

14:07:19  8  date that the sample was tested.  It gives the testing that was

14:07:24  9  done, so C473, in order to be in compliance ultimately with

14:07:31  10  C1396, which is the stamp that you want on the drywall when you

14:07:35  11  send it over to the U.S. so it's acceptable to the U.S.

14:07:38  12  consumer.

14:07:39  13  **Q.**  Just to go right to the heart of this, do you see any

14:07:42  14  problems with this?

14:07:42  15  **A.**  Yeah.  There are a couple problems with this.

14:07:45  16  **Q.**  Can you tell us what they are.

14:07:47  17  **A.**  Well, the first issue that kind of -- the main issue for

14:07:53  18  me is that there are blanks on the form.  When you are doing

14:07:59  19  testing and you take samples in, there's something that's known

14:08:03  20  as *chain of custody*.  What that means is that you know where

14:08:07  21  the samples came from.  Otherwise, you don't know what you are

14:08:11  22  testing.

14:08:12  23      In this case there is a blank for the sampling site,

14:08:16  24  so we have no idea where this sample came from.  There's a

14:08:21  25  blank for cardinal number.  I'm not going to pretend I know

LORI STREIT - DIRECT

14:08:25  1    what the cardinal number is, but it's blank.  So if that's
14:08:28  2    supposed to be the shipment, you know, they tested this
14:08:31  3    particular shipment, fine, but I have no way to track that.
14:08:35  4         There's a blank for whoever authorized the samples.
14:08:41  5         So there are major problems with this because I can't
14:08:45  6    trace it back to any particular drywall shipment or batch or
14:08:48  7    whatever you want to call it.
14:08:50  8         The other thing I thought was kind of odd is that the
14:08:52  9    fax date is 2004 October 25, but the testing wasn't done until
14:08:59  10   2006.  That's more of just kind of the red flag.  That seems
14:09:03  11   odd.
14:09:03  12   Q.   When you say it seems odd, what do you mean?
14:09:07  13   A.   Well, it was sent to somebody before supposedly it was
14:09:10  14   done.  So that just says, Gee, maybe there's something wrong
14:09:15  15   with this.  I should check it out.
14:09:18  16   Q.   Let me ask you a couple more questions.  Had you had an
14:09:23  17   opportunity to look at any testing that was done for Habitat
14:09:26  18   for Humanity?
14:09:33  19   A.   There was, I believe, a test that I was shown at my
14:09:35  20   deposition by the opposing counsel.
14:09:38  21        MR. GRAU:  Your Honor, I object to this.  This is new
14:09:41  22   testimony from Dr. Streit.  It's not included in any of her
14:09:45  23   reports.
14:09:45  24        MR. SEEGER:  Your Honor, that's correct, but they
14:09:46  25   showed this information to Dr. Streit at her deposition and

LORI STREIT - DIRECT

| | | |
|---|---|---|
| 14:09:48 | 1 | asked her questions about it. |
| 14:09:50 | 2 | MR. GRAU: The Federal Rules are clear, Your Honor: |
| 14:09:51 | 3 | If it's not in the report, it doesn't come in. |
| 14:09:56 | 4 | THE COURT: I'm the one to determine that, don't you |
| 14:09:58 | 5 | agree? |
| 14:09:59 | 6 | MR. GRAU: I appreciate that. |
| 14:10:02 | 7 | THE COURT: If it's been covered in the deposition, I |
| 14:10:03 | 8 | will allow it. |
| 14:10:04 | 9 | MR. SEEGER: Thank you, Your Honor. |
| 14:10:05 | 10 | BY MR. SEEGER: |
| 14:10:06 | 11 | Q. Have you had an opportunity, Dr. Streit, to look at the |
| 14:10:07 | 12 | testing that was done by Habitat for Humanity? |
| 14:10:14 | 13 | A. Briefly, yes. |
| 14:10:15 | 14 | Q. What did you think of it? |
| 14:10:16 | 15 | A. The testing that was done for Habitat was air sampling. |
| 14:10:21 | 16 | Q. Explain that to us, please. |
| 14:10:21 | 17 | A. Air sampling is when you go into a location, say, or |
| 14:10:26 | 18 | outside, and you set up a piece of equipment, you take a |
| 14:10:33 | 19 | sample, and then you send that to a laboratory for testing. |
| 14:10:36 | 20 | Q. Take a sample of what? |
| 14:10:37 | 21 | A. Of air. |
| 14:10:42 | 22 | Q. Air. |
| 14:10:42 | 23 | A. Air. Go ahead. |
| 14:10:43 | 24 | Q. What do you think about the reliability of a test that |
| 14:10:45 | 25 | samples air? |

LORI STREIT - DIRECT

| | | |
|---|---|---|
| 14:10:46 | 1 | A.   Here's the problem specifically with testing sulfur gases |
| 14:10:54 | 2 | in an environment in the air and the reason that people don't |
| 14:10:56 | 3 | use this.  It's not recommended by the government.  No one is |
| 14:11:00 | 4 | using this particular procedure.  The reason is that sulfur |
| 14:11:04 | 5 | gases are very transient, meaning that they are very hard to |
| 14:11:08 | 6 | capture in a sample and they degrade almost immediately.  In |
| 14:11:12 | 7 | fact, the testing was specified in that form to be done within |
| 14:11:17 | 8 | 24 hours.  So it's just not reliable. |
| 14:11:19 | 9 | The other problem with that particular test is I |
| 14:11:23 | 10 | didn't notice that there was a control or a spike sample sent. |
| 14:11:27 | 11 | So you're sending two samples, but if you don't send a |
| 14:11:31 | 12 | purposely spiked sample that you know the amount of, then you |
| 14:11:34 | 13 | have no idea whether it would have survived the transit.  In |
| 14:11:38 | 14 | other words, you could put a sample in the bag, but by the time |
| 14:11:41 | 15 | you got to the lab, it could have been gone. |
| 14:11:46 | 16 | Q.   What would have been the right test to do, in your |
| 14:11:48 | 17 | opinion? |
| 14:11:49 | 18 | A.   You test the drywall itself. |
| 14:11:51 | 19 | MR. RISLEY:  Your Honor, objection.  There's no time |
| 14:11:54 | 20 | reference for that. |
| 14:11:54 | 21 | THE COURT:  Let's make the time reference. |
| 14:11:56 | 22 | BY MR. SEEGER: |
| 14:11:56 | 23 | Q.   Let me ask it to you this way:  In all the testing you |
| 14:11:59 | 24 | have done from the date you got involved with Chinese drywall, |
| 14:12:01 | 25 | have you tested air or have you tested drywall? |

654

LORI STREIT - DIRECT

| | |
|---|---|
| 14:12:03 | 1 |
| 14:12:04 | 2 |
| 14:12:09 | 3 |
| 14:12:12 | 4 |
| 14:12:15 | 5 |
| 14:12:16 | 6 |
| 14:12:16 | 7 |
| 14:12:21 | 8 |
| 14:12:24 | 9 |
| 14:12:36 | 10 |
| 14:12:39 | 11 |
| 14:12:45 | 12 |
| 14:12:49 | 13 |
| 14:12:53 | 14 |
| 14:12:59 | 15 |
| 14:13:00 | 16 |
| 14:13:06 | 17 |
| 14:13:08 | 18 |
| 14:13:12 | 19 |
| 14:13:12 | 20 |
| 14:13:16 | 21 |
| 14:13:19 | 22 |
| 14:13:24 | 23 |
| 14:13:27 | 24 |
| 14:13:31 | 25 |

1  A.    No, we are testing drywall.

2  Q.    So just to be clear, an actual piece of this?

3  A.    Yes.

4        MR. SEEGER:  Could we go to the second page of this

5  ASTM test.

6        THE WITNESS:  Go ahead.

7  BY MR. SEEGER:

8  Q.    Anything you want to highlight for us on this second page,

9  Dr. Streit?  Any concerns?

10  A.    The only thing is it says *the sample*.  Since it's

11  singular, I'm assuming they tested one sample.  According to

12  the specification itself, you have to test .25 percent of the

13  shipment.  So if this is really only one sample, it doesn't --

14  it's not applicable to the -- to verifying that it actually met

15  the standard.

16  Q.    Now, with regard to all these numbers, is that the only

17  data you would expect to see?  Or is there something else that

18  should be associated with all of the numbers that are reflected

19  on --

20  A.    Well, this is what is presented as the certificate.

21  Behind this there would be all what you would call the *raw*

22  *data*.  In fact, you heard Mr. Halbach's testimony this morning

23  that they keep file cabinets full of data.  Because you have to

24  be able to support your certificate, so you have all of the

25  data, and then you form basically the summary and you send out

LORI STREIT - DIRECT

14:13:36  1  a report, which is what this is.  But all of that data should

14:13:39  2  exist.

14:13:39  3  Q.   Now, based upon this one piece of paper we are looking at

14:13:42  4  now, this test provided by the Chinese to InEx, would you be

14:13:46  5  comfortable installing this drywall in hundreds of homes?

14:13:50  6  A.   The problem I have with this is this is completely

14:13:52  7  unacceptable based on the fact that I don't even know what they

14:13:56  8  tested.  It just doesn't pass the acceptability test.

14:14:02  9  Q.   Finally, Dr. Streit, the opinions that you have expressed

14:14:06  10  to the Court and this jury today, do you hold those to a

14:14:09  11  reasonable degree of scientific certainty?

14:14:12  12  A.   Yes, I do.

14:14:13  13        MR. SEEGER:  Thank you.  I reserve the rest for

14:14:15  14  redirect.

14:14:15  15                   CROSS-EXAMINATION

14:14:19  16  BY MR. GRAU:

14:14:48  17  Q.   Again, just so we are clear, your opinions related to the

14:14:51  18  smells that would have been smelled in the manufacturing plant

14:14:56  19  had Interior Exterior gotten on a plane and gone to China, you

14:15:00  20  have never spoken to anyone in the drywall manufacturing

14:15:03  21  industry about that, have you?

14:15:04  22  A.   I spoke to Lydia.

14:15:06  23  Q.   Right.  Lydia is not in the drywall manufacturing

14:15:08  24  industry, is she?

14:15:09  25  A.   She's a consultant to the drywall manufacturing industry.

LORI STREIT - CROSS

| | | |
|---|---|---|
| 14:15:13 | 1 | **Q.**   Right.  You didn't call up anyone else and ask them what |
| 14:15:16 | 2 | they thought about that; you just talked to your friend about |
| 14:15:19 | 3 | it? |
| 14:15:19 | 4 | **A.**   I talked to my colleague, yes. |
| 14:15:21 | 5 | **Q.**   Who is your personal friend? |
| 14:15:24 | 6 | **A.**   She is now my personal friend, yes. |
| 14:15:25 | 7 | **Q.**   You didn't go visit any manufacturing facilities to see |
| 14:15:28 | 8 | what smells were normally in there, correct? |
| 14:15:31 | 9 | **A.**   No, I did not. |
| 14:15:34 | 10 | **Q.**   Regarding the gypsum mine, again, you're talking about the |
| 14:15:39 | 11 | raw material facility from which Knauf or Tianjin received the |
| 14:15:44 | 12 | raw materials; is that right? |
| 14:15:49 | 13 | **A.**   Yes. |
| 14:15:49 | 14 | **Q.**   If Interior Exterior had gone to China and somehow made it |
| 14:15:54 | 15 | to the raw material mine, they would have smelled sulfur in |
| 14:15:56 | 16 | your opinion? |
| 14:15:57 | 17 | **A.**   I think that's a really good possibility, yes. |
| 14:15:58 | 18 | **Q.**   Don't gypsum mines typically smell like sulfur? |
| 14:16:01 | 19 | **A.**   No. |
| 14:16:01 | 20 |        If you recall in my discussion with you in the |
| 14:16:05 | 21 | deposition, when the plant people went to the mine, they |
| 14:16:12 | 22 | actually noted that there was a sign that said, We want you to |
| 14:16:15 | 23 | monitor for hydrogen sulfide, and for some reason they put that |
| 14:16:20 | 24 | in their report.  That must have stuck out in their mind, that |
| 14:16:25 | 25 | there was potentially a hydrogen sulfide problem which, at |

**LORI STREIT - CROSS**

| | | |
|---|---|---|
| 14:16:28 | 1 | certain levels can, of course, cause issues with the miners. |
| 14:16:32 | 2 | Q.   The report you're talking about is the report that |
| 14:16:33 | 3 | Mr. Halbach testified about earlier, correct? |
| 14:16:37 | 4 | A.   Yes. |
| 14:16:37 | 5 | Q.   That's the December 2006 visit to the LuNeng mine, |
| 14:16:40 | 6 | correct? |
| 14:16:41 | 7 | A.   That is correct. |
| 14:16:41 | 8 | Q.   You were here for Mr. Halbach's testimony this morning, |
| 14:16:44 | 9 | were you not? |
| 14:16:45 | 10 | A.   I was. |
| 14:16:46 | 11 | Q.   You recall, then, Mr. Halbach testifying that that was a |
| 14:16:48 | 12 | different part of the LuNeng mine than the gypsum came from |
| 14:16:54 | 13 | that was used in the defective drywall; is that correct? |
| 14:16:57 | 14 | A.   I don't recall him saying that. |
| 14:16:58 | 15 | Q.   Remember, he said that the mine -- it changed where they |
| 14:17:00 | 16 | got it from at the mine in October of 2006? |
| 14:17:05 | 17 | A.   My understanding of that was they changed where they got |
| 14:17:07 | 18 | it from the mine in order to stop the problem. |
| 14:17:09 | 19 | Q.   Right.  So when they went in December to the mine, they |
| 14:17:11 | 20 | were looking at where they were getting the new gypsum from? |
| 14:17:16 | 21 | A.   I don't know.  That's not my understanding.  I thought |
| 14:17:18 | 22 | they were going to the old one to try to find out what the |
| 14:17:22 | 23 | problem was. |
| 14:17:23 | 24 | Q.   Mr. Halbach testified that they were going to the mine in |
| 14:17:26 | 25 | December of 2006 to make sure they weren't having the same |

LORI STREIT - CROSS

14:17:29  1   problem with the gypsum from the area where they were getting

14:17:31  2   it?

14:17:33  3          MR. MEUNIER:  Your Honor, maybe you should just pull

14:17:34  4   the testimony because counsel is testifying.

14:17:37  5          THE COURT:  Ask her to assume.

14:17:38  6   BY MR. GRAU:

14:17:39  7   Q.   Assuming that is correct, that Mr. Halbach was going -- or

14:17:41  8   that the investigation that was outlined in that report was

14:17:45  9   undertaken to look at the new gypsum that was coming from a

14:17:49  10  different part of the LuNeng mine -- assuming that's right and

14:17:54  11  they had noticed some sulfur smell, that would suggest to you,

14:17:57  12  would it not, that sulfur smell is common in a mine?

14:18:00  13  A.   It may be.

14:18:01  14  Q.   So if Interior Exterior had gone to a mine and smelled

14:18:04  15  sulfur and that sulfur smell is common, why would they have any

14:18:08  16  reason to suspect there was a problem with that gypsum?

14:18:11  17  A.   Like I say, it may be common in the mine.  All I'm saying

14:18:15  18  is if you went and you smelled sulfur, that's one piece of the

14:18:19  19  puzzle.

14:18:19  20  Q.   But if it's a common smell, it's not really a piece of the

14:18:22  21  puzzle, is it?

14:18:24  22  A.   Again, I have not been to a mine.  And I think we've

14:18:27  23  already talked about this, that it seems to be that according

14:18:33  24  to certainly Mr. Halbach, this was not usual; this was

14:18:40  25  uncommon, not common.

LORI STREIT - CROSS

14:18:41  1    **Q.**   Well, Mr. Halbach also said that there's usually a smell
14:18:46  2    associated with the raw gypsum stone, right?
14:18:48  3    **A.**   But it's different from the reduced sulfur smell.  There
14:18:53  4    is a certain smell associated with stone, but it's different
14:18:57  5    from a reduced sulfur smell.
14:18:59  6    **Q.**   Mr. Halbach didn't say that, did he?
14:19:02  7    **A.**   I think he did.
14:19:03  8         **THE COURT:**  Well, Counsel, that's what her
14:19:05  9    understanding is.  You can ask the witness to assume something
14:19:08  10   and they can answer.  But if they say what they say, you are
14:19:12  11   not going to be able to argue with her.
14:19:15  12        **MR. GRAU:**  Sure, Your Honor.  I appreciate that.
14:19:16  13   **BY MR. GRAU:**
14:19:16  14   **Q.**   Dr. Streit, assume for me that Mr. Halbach testified that
14:19:19  15   there is always a smell associated with the raw gypsum stone.
14:19:24  16   Then, once again, that would suggest that had someone gone and
14:19:28  17   smelled this smell, they wouldn't have really had any concern
14:19:32  18   about it; isn't that right?
14:19:33  19   **A.**   Okay.  I understand that you're asking me to assume
14:19:36  20   something, and I think that there is a certain smell associated
14:19:39  21   with gypsum.  But I think that this is a different smell; it's
14:19:43  22   a reduced sulfur smell.
14:19:45  23   **Q.**   Well, the time at which you're talking about
14:19:47  24   Interior Exterior having gone to this mine or to the
14:19:51  25   manufacturing facility to smell these things, that's a period

660

**LORI STREIT - CROSS**

14:19:54  1  of time in which no one in the world knows anything about a

14:19:59  2  potential problem with drywall off-gassing sulfur gas.  Is that

14:20:03  3  right?

14:20:04  4  A.   I think that's correct.  There was no one who had

14:20:07  5  perceived this problem before.

14:20:08  6  Q.   So no one perceives this problem, and yet they should go

14:20:11  7  over there and smell something that may or may not be uncommon

14:20:15  8  to smell and they should have known there was a problem with

14:20:18  9  the drywall.  Is that your testimony?

14:20:23  10  A.   Correct.

14:20:23  11       What I'm trying to say is that if they had gone over

14:20:27  12  in the time frame that the drywall was being manufactured, to

14:20:30  13  the mine, it is more probable than not that they would have

14:20:34  14  smelled this reduced sulfur smell.  Now, whether that would

14:20:39  15  have told them, Oh, we are going to have a reduced sulfur smell

14:20:42  16  with a drywall problem, maybe not.  But it potentially would

14:20:47  17  have said, Hey, this is different from what gypsum smells like.

14:20:51  18  Let's look into this further.

14:20:53  19       That's all I'm saying.

14:20:54  20  Q.   Regarding the manufacturing facility, again, Mr. Halbach

14:20:57  21  testified about his trip to that manufacturing facility in

14:21:00  22  November of 2006.  Do you recall that?

14:21:03  23  A.   I do.

14:21:04  24  Q.   Again, this is late November 2006, months after the Knauf

14:21:10  25  plant has stopped producing defective drywall, correct?

LORI STREIT - CROSS

14:21:15  1    A.   I don't exactly recall the dates, but if that's true, then
14:21:19  2    that's true.
14:21:20  3    Q.   Assume for me that he said that the defective drywall was
14:21:22  4    produced for a six-month time period and we know that
14:21:25  5    Interior Exterior received its first shipment of defective
14:21:28  6    drywall from Knauf in January of 2006, after a month or two
14:21:36  7    trip at sea.
14:21:38  8         That would suggest that that defective drywall had
14:21:41  9    stopped being produced by the summer of 2006, correct?
14:21:45  10   A.   Well, is that correct?  When he went in November, he was
14:21:50  11   smelling the issue.
14:21:51  12   Q.   Well, that's exactly my point.  Four months after the
14:21:57  13   defective drywall was no longer being made at that plant, he
14:22:02  14   smelled sulfur at two parts of the KPT plant; is that right?
14:22:08  15   A.   How do we know the defective drywall was done being
14:22:12  16   manufactured at that point?
14:22:14  17   Q.   Do you have any reason to disagree with Mr. Halbach's
14:22:16  18   testimony on that point?
14:22:19  19        MR. SEEGER:  Objection.  Your Honor, we still have
14:22:21  20   counsel saying -- we need to get the testimony in.
14:22:24  21        THE COURT:  Members of the jury, let me tell you,
14:22:27  22   with regard to expert testimony, as I said before, they can
14:22:33  23   rely on material that they have perceived that other people
14:22:40  24   have perceived, and in questioning they can be asked to assume
14:22:44  25   certain facts.  But it's up to you to determine whether that

LORI STREIT - CROSS

14:22:48  1   assumption is accurate.  If you find the assumption is

14:22:51  2   accurate, then the testimony would be responsive to it.  If the

14:22:56  3   assumption is not accurate, then that's another issue.

14:22:59  4               That's what we are trying to deal with now.

14:23:02  5   Counsel is asking to assume, and then in some instances he is

14:23:06  6   making a statement.  That's the reason for the objections.

14:23:11  7           **MR. GRAU:**  I apologize, Your Honor.

14:23:12  8   **BY MR. GRAU:**

14:23:12  9   **Q.**   I thought I had said to you, Assuming that Mr. Halbach is

14:23:16  10   correct in that they only produced the defective drywall for

14:23:19  11   six months, then they would have stopped producing that

14:23:21  12   defective drywall four months before he went to the Knauf plant

14:23:27  13   and smelled sulfur.  Is that right?

14:23:30  14   **A.**   Right, I understand what you are saying, but I don't

14:23:31  15   understand how I can assume that.  In other words, how do we

14:23:35  16   know that what was coming out of that plant wasn't still

14:23:39  17   defective; it just wasn't being shipped to the U.S.?

14:23:42  18   **Q.**   I'm asking you to assume that fact.

14:23:44  19   **A.**   Okay.  Well, I don't agree with your assumption.

14:23:46  20   **Q.**   I understand you don't agree with that assumption, and the

14:23:48  21   jury heard Mr. Halbach's testimony at that point.

14:23:51  22             I'm asking you:  Assuming that's correct, Mr. Halbach

14:23:54  23   is at the plant four months after they have stopped producing

14:23:57  24   defective drywall and he still smells sulfur; is that right?

14:24:00  25   **A.**   That's what he said.

LORI STREIT - CROSS

14:24:01  1  **Q.**   Wouldn't that suggest to you, then, that sulfur is a

14:24:04  2  common smell in a drywall manufacturing facility?

14:24:08  3  **A.**   No.  In fact, he said -- he actually said it wasn't

14:24:12  4  common.

14:24:13  5  **Q.**   Didn't Mr. --

14:24:15  6          **THE COURT:**  Now you're beginning to argue.

14:24:19  7          **MR. GRAU:**  I'm sorry, Your Honor.  I'm moving to a

14:24:21  8  different area as well.

14:24:21  9  **BY MR. GRAU:**

14:24:22 10  **Q.**   Assume for me that the testimony from Mr. Halbach is that

14:24:24 11  he smelled a similar smell at the Knauf Wuhu plant.

14:24:31 12  **A.**   Okay.

14:24:31 13  **Q.**   And assume for me as well that Mr. Halbach testified that

14:24:34 14  they did not produce any defective drywall from the Knauf Wuhu

14:24:39 15  plant.

14:24:39 16  **A.**   Okay.

14:24:39 17  **Q.**   Assuming those two things, would that not again suggest to

14:24:43 18  you that a sulfur smell is common at a drywall manufacturing

14:24:47 19  facility whether or not they are producing defective drywall?

14:24:51 20  **A.**   I don't think that it is common.  I don't agree.

14:24:55 21  **Q.**   Is that because you don't agree with those assumptions

14:24:58 22  or --

14:24:58 23  **A.**   I don't agree with your assumption.

14:25:03 24  **Q.**   Assume for me also that Mr. Halbach testified that in

14:25:07 25  October of 2006, a month before his visit, that Knauf changed

LORI STREIT - CROSS

14:25:13   1   the mine or the area of the mine from which they brought the

14:25:18   2   raw gypsum.  And, again, he goes to that plant in November of

14:25:24   3   2006 and smells sulfur in the part of the mine where they are

14:25:27   4   dealing with that raw sulfur, the part of the factory where

14:25:31   5   they are dealing with that raw sulfur.

14:25:33   6   **A.**   Right.

14:25:33   7   **Q.**   Does that again suggest that sulfur smell is not uncommon

14:25:37   8   in the part of the factory where they are handling and

14:25:40   9   processing the raw gypsum?

14:25:41   10   **A.**   No.  He testified extensively that he would walk through

14:25:45   11   the plant while he was there and he would never smell anything.

14:25:51   12   He found his trip back in the 2006 time frame to be unusual.

14:25:59   13   **Q.**   The time period after which -- well, I will move on.

14:26:02   14          Can you tell the jury the physical layout of the

14:26:05   15   Knauf plant?

14:26:07   16   **A.**   Specifically the Knauf plant, no.

14:26:09   17   **Q.**   Can you tell the jury how open it is or how closed it is?

14:26:12   18   **A.**   I have no idea.

14:26:13   19   **Q.**   Can you tell the jury what type of ventilation equipment

14:26:16   20   is at that plant?

14:26:17   21   **A.**   I have no idea.

14:26:18   22   **Q.**   You agree with me that whether you smelled something or

14:26:20   23   not would be contingent upon the physical environments of that

14:26:25   24   plant?

14:26:26   25   **A.**   Absolutely.

LORI STREIT - CROSS

| | | |
|---|---|---|
| 14:26:27 | 1 | **Q.**   If it's all wide open with windows, you may not smell |
| 14:26:31 | 2 | anything; is that right? |
| 14:26:32 | 3 | **A.**   I think that's true. |
| 14:26:33 | 4 | **Q.**   If there's extensive ventilation equipment, high-tech |
| 14:26:37 | 5 | equipment maybe made in Germany, you might not smell anything |
| 14:26:42 | 6 | either; is that right? |
| 14:26:42 | 7 | **A.**   I think that's true. |
| 14:26:43 | 8 | **Q.**   You don't know any of those facts about the Knauf |
| 14:26:46 | 9 | facility? |
| 14:26:50 | 10 | **A.**   All I know is what has been testified to.  I have not been |
| 14:26:52 | 11 | at the Knauf plant.  So there were areas in the plant that |
| 14:26:56 | 12 | obviously it could be smelled. |
| 14:26:57 | 13 | **Q.**   Can you tell the jury about the physical layout of the |
| 14:27:01 | 14 | Tai'an Taishan plant? |
| 14:27:03 | 15 | **A.**   No.  I have not been there. |
| 14:27:04 | 16 | **Q.**   Can you tell the jury how big it is or how open it is? |
| 14:27:06 | 17 | **A.**   I have no idea. |
| 14:27:07 | 18 | **Q.**   Can you tell the jury about what ventilation equipment |
| 14:27:10 | 19 | might exist at the Tai'an Taishan plant? |
| 14:27:13 | 20 | **A.**   Again, I have no idea. |
| 14:27:15 | 21 | **Q.**   Again, at the Tai'an Taishan plant, the physical |
| 14:27:18 | 22 | environment of that plant would make a difference as to whether |
| 14:27:21 | 23 | you would smell anything; is that right? |
| 14:27:23 | 24 | **A.**   I think it does make a difference, sure. |
| 14:27:24 | 25 | **Q.**   Can you tell the jury what processes or procedures either |

LORI STREIT - CROSS

| | | |
|---|---|---|
| 14:27:27 | 1 | Knauf or Tianjin had in place to address ventilation of smells |
| 14:27:33 | 2 | in their facility? |
| 14:27:37 | 3 | **A.**   I have no idea. |
| 14:27:39 | 4 | **Q.**   Can you tell the jury whether, if you were invited into |
| 14:27:40 | 5 | either of those two plants, you would be asked to wear some |
| 14:27:43 | 6 | type of personal protection equipment? |
| 14:27:46 | 7 | **A.**   I don't know the answer to that. |
| 14:27:47 | 8 | **Q.**   You know it is common, when people travel to China, to |
| 14:27:51 | 9 | wear masks or respirators; is that right? |
| 14:27:54 | 10 | **A.**   I have seen people wear like a dime-store-bought mask.  I |
| 14:28:00 | 11 | have never seen anyone walk around with a full-face respirator. |
| 14:28:04 | 12 | **Q.**   Would you be surprised if someone went to visit those |
| 14:28:07 | 13 | plants and they were wearing some type of mask for protection? |
| 14:28:11 | 14 | **A.**   I wouldn't be surprised at anything.  That's up to the |
| 14:28:14 | 15 | plant. |
| 14:28:18 | 16 | **Q.**   Certainly if someone was wearing that type of mask, that |
| 14:28:21 | 17 | would impact whether they could smell something when they went |
| 14:28:22 | 18 | to this plant; is that right? |
| 14:28:24 | 19 | **A.**   If they are wearing that mask, there's a reason for it, |
| 14:28:26 | 20 | and I would hope that they can't smell anything. |
| 14:28:29 | 21 | **Q.**   So if they did wear that mask, then they wouldn't be able |
| 14:28:31 | 22 | to smell anything in the plant? |
| 14:28:33 | 23 | **A.**   That's the whole purpose of the mask. |
| 14:28:35 | 24 | **Q.**   Just to be clear, again, they would be going to the plant |
| 14:28:40 | 25 | at a point in time in which they would have no reason to be |

LORI STREIT - CROSS

| | | |
|---|---|---|
| 14:28:44 | 1 | suspicious of smells; isn't that right? |
| 14:28:46 | 2 | **A.**   I think that's likely true. |
| 14:28:48 | 3 | **Q.**   They are not going there to smell the plant, right -- |
| 14:28:51 | 4 | **A.**   That's probably right. |
| 14:28:52 | 5 | **Q.**   -- because no one knows about any problem of drywall |
| 14:28:54 | 6 | potentially releasing smells, right? |
| 14:28:56 | 7 | **A.**   Right.  But it probably would have been noticeable to the |
| 14:29:00 | 8 | people who knew what they were doing. |
| 14:29:01 | 9 | **Q.**   But not if they were wearing a mask? |
| 14:29:06 | 10 | **A.**   Not if they were wearing a mask, no.  At least not a |
| 14:29:10 | 11 | respirator. |
| 14:29:22 | 12 | **Q.**   You have also talked about what smells would be smelled |
| 14:29:24 | 13 | during ASTM testing of this drywall; is that right? |
| 14:29:30 | 14 | **A.**   Yes. |
| 14:29:30 | 15 | **Q.**   You are aware that U.S. Gypsum did some competitive |
| 14:29:33 | 16 | testing on Knauf drywall that they purchased from |
| 14:29:36 | 17 | Interior Exterior, correct? |
| 14:29:38 | 18 | **A.**   I am. |
| 14:29:39 | 19 | **Q.**   You are aware that that testing does not show any evidence |
| 14:29:46 | 20 | of sulfur smells being detected during that testing? |
| 14:29:49 | 21 | **A.**   There was no place on the form for it, and it was not |
| 14:29:51 | 22 | noted anywhere. |
| 14:29:52 | 23 | **Q.**   There were places on the form where people noted things, |
| 14:29:56 | 24 | right? |
| 14:29:56 | 25 | **A.**   There were -- there's a notation section in the bottom |

**LORI STREIT - CROSS**

| | | |
|---|---|---|
| 14:30:00 | 1 | where people noted certain things, right, but it's not |
| 14:30:02 | 2 | something that they are looking for. |
| 14:30:09 | 3 | Q.   Sulfur smell is not something that U.S. Gypsum would have |
| 14:30:11 | 4 | been looking for when they did the ASTM testing? |
| 14:30:14 | 5 | A.   No, I don't think so.  That is not part of the ASTM |
| 14:30:16 | 6 | testing.  It's just something that may have been noticed when |
| 14:30:18 | 7 | you open up the chamber.  Whether they noted it or not, that's |
| 14:30:21 | 8 | their choice. |
| 14:30:22 | 9 | Q.   You believe they should have noted it; is that right? |
| 14:30:24 | 10 | A.   I think they should have smelled it.  I think, if they |
| 14:30:26 | 11 | smelled it, they probably should had noted it as an |
| 14:30:31 | 12 | abnormality, yeah. |
| 14:30:33 | 13 | Q.   So U.S. Gypsum, a recognized quality manufacturer of |
| 14:30:36 | 14 | drywall, right? |
| 14:30:36 | 15 | A.   Yeah, absolutely. |
| 14:30:37 | 16 | Q.   Performs testing on Knauf drywall, correct? |
| 14:30:39 | 17 | A.   Correct. |
| 14:30:40 | 18 | Q.   They, in your opinion, should have smelled a strong sulfur |
| 14:30:45 | 19 | smell when they did that testing? |
| 14:30:47 | 20 | A.   I think that's true. |
| 14:30:48 | 21 | Q.   They didn't think it was important enough to note it on |
| 14:30:51 | 22 | the report? |
| 14:30:52 | 23 | A.   They already knew it smelled.  That was the problem. |
| 14:30:54 | 24 | Q.   How do you know that USG knew that it smelled when they |
| 14:30:57 | 25 | were doing that competitive testing? |

14:30:59  1    A.    Because that was the whole complaint in the first place.

14:31:02  2    Q.    What complaint?

14:31:03  3    A.    That the drywall smelled.

14:31:04  4    Q.    It's your understanding that when USG bought that drywall,

14:31:07  5    they were buying it to test it because they knew it smelled?

14:31:10  6    A.    No.  My understanding is they were testing the drywall

14:31:13  7    because there were complaints.

14:31:16  8    Q.    Did you review the deposition testimony of Mr. Fournier

14:31:19  9    from the United States Gypsum Company?

14:31:21  10   A.    I did not.

14:31:22  11   Q.    So you don't know why, then, USG was testing that drywall,

14:31:25  12   do you?

14:31:27  13   A.    No.  That was my understanding.

14:31:28  14   Q.    Mr. Fournier's deposition was never provided to you; is

14:31:30  15   that right?

14:31:31  16   A.    That's correct.

14:31:32  17   Q.    Where he explains the purpose of that testing?

14:31:34  18   A.    Again, I haven't seen it.

14:31:35  19         MR. SEEGER:  Objection.  Withdrawn.

14:31:42  20   BY MR. GRAU:

14:31:43  21   Q.    The testing that was done by New Orleans Habitat for

14:31:46  22   Humanity, that testing was done at a period of time when there

14:31:54  23   were complaints about smells associated with Chinese drywall,

14:31:54  24   right?

14:31:55  25   A.    Yes.

LORI STREIT - CROSS

14:31:56  1   **Q.**   New Orleans Area Habitat for Humanity was specifically
14:32:00  2   testing that board to determine whether it had the chemical
14:32:03  3   defects such that it off-gassed sulfur gas; is that right?
14:32:07  4   **A.**   No, sir.  They did not test the board.  They tested the
14:32:09  5   environment; they did not test the board.
14:32:11  6   **Q.**   They took samples near the board, air samples, right up
14:32:17  7   against the board in both houses and in their warehouse; is
14:32:20  8   that right?
14:32:21  9   **A.**   I don't know that.  All it says is there was an air sample
14:32:24  10  taken in the warehouse and there was an air sample taken in the
14:32:27  11  house.  I have no idea where they took their samples from
14:32:30  12  beyond that.
14:32:31  13  **Q.**   Did you read the deposition of Mr. Pate?
14:32:33  14  **A.**   I did not.
14:32:34  15  **Q.**   Was that provided to you by the attorneys?
14:32:36  16  **A.**   It was not.
14:32:36  17  **Q.**   Assume for me that they took samples by putting a suction
14:32:40  18  cup against the board in both houses and in the warehouse, and
14:32:44  19  the purpose of that testing was to determine whether that
14:32:47  20  drywall had the exact same defect this case is about.
14:32:49  21  **A.**   Okay.
14:32:51  22  **Q.**   They didn't find that defect, right?
14:32:54  23  **A.**   They found nothing in their -- they didn't detect
14:32:58  24  anything.
14:32:58  25  **Q.**   But later they learned that that drywall was, in fact,

LORI STREIT - CROSS

| | | |
|---|---|---|
| 14:33:00 | 1 | defective, correct? |
| 14:33:03 | 2 | **A.**   That's correct. |
| 14:33:03 | 3 | **Q.**   They went to a lab to do this testing, right? |
| 14:33:05 | 4 | **A.**   They sent the samples to the laboratory that I send a lot |
| 14:33:08 | 5 | of my samples to. |
| 14:33:10 | 6 | **Q.**   That's Columbia Analytical? |
| 14:33:13 | 7 | **A.**   Yeah.  Now it's ALS. |
| 14:33:15 | 8 | **Q.**   But they also hired a company to do the actual samples. |
| 14:33:17 | 9 | It's not like Mr. Pate went and took the samples, right? |
| 14:33:19 | 10 | **A.**   Right.  And that's the thing.  I mean, they hired a |
| 14:33:21 | 11 | company.  Why are they taking air samples?  If they knew what |
| 14:33:23 | 12 | they were doing, they would have done drywall testing. |
| 14:33:27 | 13 | **Q.**   You know who EASI is, right? |
| 14:33:31 | 14 | **A.**   No, I don't think so. |
| 14:33:32 | 15 | **Q.**   You've never done any work with EASI? |
| 14:33:34 | 16 | **A.**   I have not. |
| 14:33:35 | 17 | **Q.**   So you can't tell us whether that's a quality company or |
| 14:33:39 | 18 | not? |
| 14:33:39 | 19 | **A.**   I don't know who they are. |
| 14:33:39 | 20 | **Q.**   But at least at that time, New Orleans Area Habitat for |
| 14:33:44 | 21 | Humanity thinks they have a problem with their drywall.  They |
| 14:33:48 | 22 | go to who they believe is an expert in testing, and that expert |
| 14:33:51 | 23 | is unable to find that problem in the drywall, correct? |
| 14:33:54 | 24 | **A.**   Because they did the wrong testing. |
| 14:33:56 | 25 | **Q.**   But Interior Exterior should have done testing two years |

LORI STREIT - CROSS

14:33:59   1   earlier which would have revealed that defect; is that right?

14:34:03   2   A.    I think that they should have been prudent and sent

14:34:06   3   someone over to vet the process from the mining all the way

14:34:11   4   through.

14:34:12   5           They chose -- the funny thing about it is they send

14:34:20   6   someone over there because they don't trust them to count the

14:34:24   7   boards, but they take a sheet with blanks on it that the sample

14:34:27   8   is actually useable.  I just find that odd.

14:34:32   9   Q.    Do you know -- I'm curious about this.  Do you know

14:34:39  10   whether domestic manufacturers of drywall provide test reports

14:34:42  11   for the ASTM testing they perform on their boards?

14:34:46  12   A.    I'm sure they do.

14:34:46  13   Q.    So you believe that if I went to USG as a distributor and

14:34:50  14   bought drywall from them, USG would give me a test report for

14:34:53  15   the production of drywall that I purchased from them?

14:34:55  16   A.    If you went to USG with this form with the blanks and you

14:34:59  17   say, I don't trust this form, I want to see your test results,

14:35:03  18   yes, they would.

14:35:03  19   Q.    That's not my question, Dr. Streit.  My question is:  If I

14:35:06  20   as a distributor of drywall go to USG to buy my normal shipment

14:35:10  21   of drywall, will they normally give me a test report for that

14:35:14  22   shipment?

14:35:14  23   A.    No.  They will give you an ASTM certification.

14:35:17  24   Q.    The same thing with National Gypsum?  If I go to National

14:35:20  25   Gypsum, will they give me a test report with all that data on

673

**LORI STREIT - CROSS**

14:35:23  1    it?

14:35:23  2    **A.**    Again, they will give you an ASTM certification.  And I

14:35:28  3    will tell you, I will bet it will be filled out properly.

14:35:32  4    **Q.**    You are saying that based on your experience as a chemist,

14:35:35  5    right?

14:35:35  6    **A.**    Yes.

14:35:36  7    **Q.**    It's not based upon any experience you have had in working

14:35:38  8    with distributors purchasing product from manufacturers?

14:35:40  9    **A.**    No.  It's based on my experience as a chemist.

14:35:43  10   **Q.**    Would you defer to someone who actually has worked with

14:35:46  11   and for manufacturers and distributors of drywall as to what

14:35:50  12   documentation is routinely provided to them when they make

14:35:53  13   purchases?

14:35:54  14   **A.**    I'm sure that that's not routinely provided.  I think they

14:35:57  15   provide a certification.

14:35:58  16   **Q.**    Which would just be a written document that says, I

14:36:01  17   certify this product is ASTM-compliant?

14:36:05  18   **A.**    That's properly completed, yes.

14:36:07  19   **Q.**    So an actual test report is what you think -- you're

14:36:11  20   certain they would provide?

14:36:12  21   **A.**    Again, they are going to provide an ASTM certification.

14:36:15  22   Whether there's anything else with it or not, I don't know.

14:36:17  23   But they have to provide the certification.

14:36:25  24   **Q.**    How many chemical elements are there in the world?

14:36:27  25   **A.**    Well, that depends on which time frame you want to talk

HOURLY TRANSCRIPT

LORI STREIT - CROSS

14:36:30  1   about.  The table continually changes.
14:36:33  2   **Q.**   The periodic tables changed a bit since I was in high
14:36:37  3   school.
14:36:37  4   **A.**   It keeps changing.  So it varies between 114 and 128,
14:36:39  5   depending on the time frame.
14:36:43  6   **Q.**   So between 114 and 128 chemical elements, correct?
14:36:47  7   **A.**   Correct.
14:36:47  8   **Q.**   Which of those 128 chemical elements should
14:36:51  9   Interior Exterior have tested this drywall for?
14:36:55  10  **A.**   Interior Exterior I don't think should have tested for
14:36:59  11  anything.  I think that they should have gone and monitored the
14:37:03  12  process to see what's going on in the plant, ensure themselves
14:37:08  13  that, in fact, everything was on -- was correct.  They could
14:37:12  14  have hired someone to go through and checked the background
14:37:15  15  material for this.  They could have had someone go through the
14:37:18  16  plant and see if the plant is maintained properly, if they do
14:37:24  17  smell any odd odors, if all the paperwork is in order.  It's my
14:37:27  18  understanding based on other people's testimony that that's
14:37:30  19  routinely done.
14:37:31  20  **Q.**   That's the point I was just going to try and make with
14:37:34  21  you.  That's all based on somebody else's opinion, right?
14:37:37  22  **A.**   Right, but you asked the question.
14:37:39  23  **Q.**   I asked which element they should test for and I guess
14:37:41  24  your answer is none; is that right?
14:37:43  25  **A.**   I don't think they need to specifically test for anything

**LORI STREIT - CROSS**

14:37:46  1   beyond what's in the ASTM standard.

14:37:51  2   **Q.**   You did testing on the plaintiffs' homes; isn't that

14:37:55  3   right?

14:37:55  4   **A.**   I did.

14:37:56  5   **Q.**   Just so we are clear, the reduced sulfur gas that gives

14:38:00  6   the rotten egg smell that we have heard people talk about is a

14:38:04  7   gas called hydrogen sulfide; is that right?

14:38:07  8   **A.**   For people who perceive the rotten egg smell, that would

14:38:12  9   be the dominant gas.  There are actually two other gases that

14:38:15  10  show up either on their own or probably more in combination

14:38:17  11  that most people perceive it as a kind of burnt firework kind

14:38:22  12  of smell.

14:38:23  13  **Q.**   There's a whole science around smells, right?

14:38:25  14  **A.**   Yes.

14:38:26  15  **Q.**   There's a science that talks about at what level a

14:38:29  16  particular gas has to be to be recognizable to a human; is that

14:38:36  17  right?

14:38:36  18  **A.**   Yes.  It's kind of an average.  I mean, there are people

14:38:39  19  who can smell things much lower and there's people who can't

14:38:41  20  smell it until it's much higher.

14:38:43  21  **Q.**   As I understand it, based upon what you have told me --

14:38:46  22  because you've educated me on this because I didn't know

14:38:48  23  anything about it before -- that's called a recognition

14:38:51  24  threshold, right?

14:38:52  25  **A.**   No, that's call a detection threshold.  The recognition

LORI STREIT - CROSS

| | |
|---|---|
| 14:38:55 | 1 |
| 14:38:58 | 2 |
| 14:38:59 | 3 |
| 14:39:01 | 4 |
| 14:39:03 | 5 |
| 14:39:05 | 6 |
| 14:39:10 | 7 |
| 14:39:15 | 8 |
| 14:39:15 | 9 |
| 14:39:19 | 10 |
| 14:39:21 | 11 |
| 14:39:24 | 12 |
| 14:39:27 | 13 |
| 14:39:31 | 14 |
| 14:39:33 | 15 |
| 14:39:34 | 16 |
| 14:39:40 | 17 |
| 14:39:42 | 18 |
| 14:39:43 | 19 |
| 14:39:46 | 20 |
| 14:39:51 | 21 |
| 14:39:54 | 22 |
| 14:39:58 | 23 |
| 14:40:01 | 24 |
| 14:40:05 | 25 |

threshold is where there's enough of it that they can actually discern what it is.

**Q.**   That's kind of what I thought I was asking you.  If I wasn't clear, I apologize.

A recognition threshold is the level at which a gas needs to be for someone to smell the odor and know that it is whatever they think it is, rotten eggs, for example?

**A.**   Right.  That's correct.

**Q.**   If it's below that threshold, then you wouldn't smell it as rotten eggs?

**A.**   No, I don't know if that's necessarily true.  I think you might smell it, you might just not be able to, in your mind, discern what it is with -- you know, positively.

**Q.**   You can't identify what it is?

**A.**   I think that's fair.

**Q.**   The level for hydrogen sulfide is 4.7 parts per billion; is that right?

**A.**   That is my understanding.

**Q.**   The samples that you took of the plaintiffs' homes when you tested them for hydrogen sulfide, did you obtain any samples that were above 4.7 parts per billion?

**A.**   I don't think that there were any samples from that 3-by-3 piece of drywall that was tested that came out higher -- up to that level.  That doesn't necessarily mean that at some point in time, those levels don't exist slightly higher in the home

LORI STREIT - CROSS

14:40:09  1   because the gases are transient.

14:40:11  2   **Q.**   But at least with respect to the tests that you did when

14:40:13  3   you opened up that testing chamber, you would not have smelled

14:40:17  4   hydrogen sulfide from that sample; is that --

14:40:21  5   **A.**   You would have smelt it, but you may not have known what

14:40:23  6   it was.

14:40:23  7   **Q.**   You wouldn't have noticed that it smells like rotten eggs;

14:40:27  8   is that right?

14:40:28  9   **A.**   No.  What I'm saying is you would have smelt something.

14:40:32  10  Okay?  You would have perceived that smell.  You may not have

14:40:36  11  been able to say, Oh, that's hydrogen sulfide.

14:40:39  12  **Q.**   You might not -- or you would not be offended by that

14:40:45  13  smell; is that right?

14:40:46  14  **A.**   Well, that's up to everyone's personal opinion, I suppose.

14:40:50  15  **Q.**   You also gave us an article about annoyance factors

14:40:55  16  relating to smells; is that right?

14:40:59  17  **A.**   Did I?

14:41:01  18        **MR. GRAU:**   If I can approach, Your Honor?

14:41:03  19  BY MR. GRAU:

14:41:03  20  **Q.**   This is page 10 of an article you gave us.  Do you recall

14:41:10  21  that?

14:41:10  22  **A.**   Oh, yes, I do.

14:41:12  23  **Q.**   That's part of your reliance materials; is that right?

14:41:15  24  **A.**   It is.

14:41:21  25  **Q.**   Just so the record is clear -- I think I have it here --

**LORI STREIT - CROSS**

| | | |
|---|---|---|
| 14:41:24 | 1 | this is from a paper entitled "Hydrogen Sulfide:  Evaluation of |
| 14:41:29 | 2 | Current California Air Quality Standards with Respect to the |
| 14:41:29 | 3 | Protection of Children."  Is that right? |
| 14:41:33 | 4 | A.   Yes. |
| 14:41:33 | 5 | Q.   What we have here is a table that tells us with respect to |
| 14:41:38 | 6 | hydrogen sulfide, the percentage of people able to detect an |
| 14:41:41 | 7 | odor as well as the percentage of people annoyed by an odor for |
| 14:41:46 | 8 | various levels of hydrogen sulfide; is that right? |
| 14:41:49 | 9 | A.   Correct. |
| 14:41:50 | 10 | Q.   Ranging from .5 parts per billion to 200 parts per |
| 14:41:51 | 11 | billion; is that right? |
| 14:41:54 | 12 | A.   That's correct. |
| 14:41:55 | 13 | Q.   At 4 parts per billion, if I understand this correctly, |
| 14:41:59 | 14 | the percentage of people able to detect the smell is |
| 14:42:09 | 15 | 30 percent; is that right? |
| 14:42:10 | 16 | A.   That's correct. |
| 14:42:11 | 17 | Q.   And the percentage of people who would be annoyed by that |
| 14:42:14 | 18 | smell would be 5 percent; is that right? |
| 14:42:16 | 19 | A.   That's correct. |
| 14:42:17 | 20 | Q.   5 percent of the human population would be annoyed by that |
| 14:42:21 | 21 | smell? |
| 14:42:21 | 22 | A.   That's the average. |
| 14:42:22 | 23 | Q.   Down here if we look at 1 percent -- well, 2 percent, you |
| 14:42:26 | 24 | would have 14 percent of the population of all humans would |
| 14:42:30 | 25 | actually be able to smell anything, right? |

LORI STREIT - CROSS

14:42:31  1   **A.**   Yes, of that particular gas, that's correct.

14:42:33  2   **Q.**   You would have 2 percent of the population who would be

14:42:39  3   annoyed by that smell; is that right?

14:42:42  4   **A.**   That's what the table says, yes.

14:42:43  5   **Q.**   You don't have any reason to disagree with that, right?

14:42:46  6   **A.**   I do not.

14:42:48  7   **Q.**   So if we look at your test report for the NOAHH residence

14:42:57  8   of Ms. LeBlanc, can you tell us what the level of hydrogen

14:43:05  9   sulfide was for her test?

14:43:06  10   **A.**   That's 1.1 parts per billion for a 3-inch sample.

14:43:09  11   **Q.**   1.1 parts per billion, which is down here close to the

14:43:14  12   1 part per billion for which only 6 percent of the population

14:43:19  13   would even be able to detect it and 1 percent of the population

14:43:22  14   would be annoyed by it; is that right?

14:43:24  15   **A.**   That's what the table says.

14:43:26  16   **Q.**   If we look at your test report from Ms. Mundee's property,

14:43:29  17   here we are at 2.1 parts per billion hydrogen sulfide, right?

14:43:35  18   **A.**   Correct.

14:43:36  19   **Q.**   Again, down in the range where only maybe 2 percent of the

14:43:39  20   population would be annoyed by that, right?

14:43:41  21   **A.**   That's correct.

14:43:42  22   **Q.**   Let me show you the test report for Mr. Gross's property.

14:43:47  23   This test shows when you took a sample, you didn't even find

14:43:50  24   any hydrogen sulfide; is that right?

14:43:52  25   **A.**   That's right.  We had to do a second sample for his house.

LORI STREIT - CROSS

| | | |
|---|---|---|
| 14:43:56 | 1 | **Q.**   Well, you did a second sample and that one too showed no |
| 14:43:59 | 2 | hydrogen sulfide; is that right? |
| 14:44:01 | 3 | **A.**   No, that's not the hydrogen sulfide test. |
| 14:44:04 | 4 | **Q.**   That's the -- sorry.  The second sample shows 1.4 parts |
| 14:44:10 | 5 | per billion; is that right? |
| 14:44:12 | 6 | **A.**   That's right. |
| 14:44:12 | 7 | **Q.**   Again, way down there in that low level, right? |
| 14:44:15 | 8 | **A.**   Correct. |
| 14:44:16 | 9 | **Q.**   You did two test reports for Mr. Beckendorf's property, |
| 14:44:20 | 10 | one showed 1.8 parts per billion; is that right? |
| 14:44:24 | 11 | **A.**   Yes. |
| 14:44:24 | 12 | **Q.**   Where only about 2 percent of the public is going to be |
| 14:44:27 | 13 | annoyed by that, right? |
| 14:44:28 | 14 | **A.**   Right. |
| 14:44:28 | 15 | **Q.**   And then another report that shows 1.1 percent; is that |
| 14:44:31 | 16 | right? |
| 14:44:32 | 17 | **A.**   Yes. |
| 14:44:33 | 18 | **Q.**   Despite the actual testing that you did, Dr. Streit, you |
| 14:44:37 | 19 | believe that if Interior Exterior had had testing performed on |
| 14:44:42 | 20 | this drywall, they would have smelled the hydrogen sulfide? |
| 14:44:46 | 21 | **A.**   I think you've completely missed the point.  Those -- that |
| 14:44:51 | 22 | particular test is for hydrogen sulfide only, but there's two |
| 14:44:54 | 23 | other gases that are present at much higher levels which you |
| 14:44:56 | 24 | didn't show the jury and so you have all of those gases |
| 14:45:00 | 25 | together.  You can't just pick out one. |

14:45:02  1   **Q.**   This is the rotten egg smell, right?

14:45:04  2   **A.**   This is the rotten egg smell, correct.

14:45:07  3           **MR. GRAU:**  Thank you, Dr. Streit.  That's all I have.

14:45:10  4           **THE COURT:**  Any redirect?

14:45:11  5           **MR. SEEGER:**  Just a couple questions, Your Honor.

14:45:13  6                    **REDIRECT EXAMINATION**

14:45:14  7   BY MR. SEEGER:

14:45:18  8   **Q.**   Dr. Streit, just to avoid any confusion, I'm going to hand

14:45:22  9   you the testing documents regarding Habitat for Humanity

14:45:27  10  because you were asked some questions about it.  Not to spend a

14:45:31  11  lot of time on this, but would you just go through those and

14:45:35  12  satisfy yourself as to whether those are air tests or whether

14:45:38  13  they tested drywall?

14:45:40  14          Or better asked, is there anything in those tests

14:45:43  15  that show they actually tested the drywall?

14:45:45  16  **A.**   Well, this one clearly says, right on the front, "air

14:45:47  17  samples."  And in this one in the chain of custody, all the

14:45:57  18  samples that were tested were air, so there's no drywall

14:46:00  19  testing.

14:46:01  20  **Q.**   Thank you.  I will take those back.

14:46:03  21          And now let's go to the USG test that counsel was

14:46:10  22  asking you questions about.  Is there anywhere on those forms

14:46:13  23  to note -- is there even a box to note sulfur smells or

14:46:18  24  anything of that nature?

14:46:19  25  **A.**   There's no particular area to note that, no.

| | | |
|---|---|---|
| 14:46:21 | 1 | **MR. SEEGER:**  That's all I have, Your Honor.  Thank |
| 14:46:22 | 2 | you. |
| 14:46:23 | 3 | **THE COURT:**  You're excused.  Thank you very much. |
| 14:46:24 | 4 | We will take a 15-minute break at this time. |
| 14:46:27 | 5 | Court will stand in recess for 15 minutes. |
| 14:46:32 | 6 | (Recess.) |
| 15:10:00 | 7 | **THE COURT:**  Be seated, please.  Call your next |
| 15:10:03 | 8 | witness, please. |
| 15:10:08 | 9 | **MR. BRYSON:**  Thank you, Your Honor.  The plaintiffs |
| 15:10:10 | 10 | call Dean Rutila. |
| 15:10:12 | 11 | **DEAN A. RUTILA,** |
| 15:10:12 | 12 | having been duly sworn, testified as follows: |
| 15:10:13 | 13 | **THE DEPUTY CLERK:**  State your full name and correct |
| 15:10:13 | 14 | spelling for the record, please. |
| 15:10:36 | 15 | **THE WITNESS:**  Dean A. Rutila, D-E-A-N, A, last name |
| 15:10:43 | 16 | R-U-T-I-L-A. |
| 14:10:15 | 17 | **VOIR DIRE** |
| | 18 | **BY MR. BRYSON:** |
| 15:10:48 | 19 | **Q.**   Good afternoon, Mr. Rutila. |
| 15:10:49 | 20 | **A.**   Good afternoon. |
| 15:10:50 | 21 | **Q.**   Where do you work, Mr. Rutila? |
| 15:10:52 | 22 | **A.**   I work for a firm called Simpson Gumpertz & Heger. |
| 15:10:58 | 23 | **Q.**   If we refer to that firm as SGH, would that be okay for |
| 15:11:01 | 24 | you during the course of your testimony? |
| 15:11:03 | 25 | **A.**   That's fine with me. |

**DEAN A. RUTILA - VOIR DIRE**

| | | |
|---|---|---|
| 15:11:04 | 1 | **Q.**   How long have you worked at Simpson Gumpertz & Heger? |
| 15:11:06 | 2 | **A.**   A bit over 25 years. |
| 15:11:07 | 3 | **Q.**   What is your position with that company? |
| 15:11:10 | 4 | **A.**   My primary position there is senior principal. |
| 15:11:15 | 5 | **Q.**   Where is that company located, Mr. Rutila? |
| 15:11:17 | 6 | **A.**   Our headquarters are in Waltham, Massachusetts, which is a |
| 15:11:22 | 7 | suburb of Boston.  We also have offices in Washington, D.C., |
| 15:11:27 | 8 | New York City, San Francisco, and Los Angeles. |
| 15:11:30 | 9 | **Q.**   In what business is SGH engaged? |
| 15:11:34 | 10 | **A.**   We are engineers and scientists, and we are engaged in the |
| 15:11:39 | 11 | business of consulting on design, investigation, and |
| 15:11:44 | 12 | rehabilitation of buildings and structures of virtually all |
| 15:11:48 | 13 | types. |
| 15:11:49 | 14 | **Q.**   Mr. Rutila, let me hand you a document that has been |
| 15:11:52 | 15 | marked 1289.  Can you just identify that document, please? |
| 15:11:59 | 16 | **A.**   Yes.  This is a copy of my CV, my résumé.  That's what it |
| 15:12:04 | 17 | is. |
| 15:12:05 | 18 | **Q.**   Is it up to date? |
| 15:12:08 | 19 | **A.**   It is. |
| 15:12:09 | 20 | **MR. BRYSON:**  Your Honor, we would move Exhibit 1289 |
| 15:12:11 | 21 | into evidence. |
| 15:12:12 | 22 | **THE COURT:**  Any issue with that? |
| 15:12:16 | 23 | **MR. DUPLANTIER:**  No objection. |
| 15:12:16 | 24 | **THE COURT:**  Let it be admitted. |
| | 25 | |

DEAN A. RUTILA - VOIR DIRE

15:12:18   1   BY MR. BRYSON:
15:12:19   2   Q.   Mr. Rutila, can you explain to the jury your educational
15:12:22   3   background.
15:12:24   4   A.   Yes.  My bachelor's degree, I received that at the
15:12:29   5   University of Michigan in 1978 in the subject matter of civil
15:12:37   6   engineering.  And then I continued at the University of
15:12:39   7   Michigan and received a master's degree in civil engineering,
15:12:41   8   concentrating in structural engineering, in 1979.  So that's my
15:12:46   9   formal education.
15:12:47   10          And since that time, as part of my many professional
15:12:51   11   licenses, I have to keep continuing education, which I do about
15:12:56   12   30 hours a year, combination of taking courses, teaching
15:13:01   13   courses, which are continuing education as well.
15:13:06   14   Q.   Can you explain briefly for the jury your work experience?
15:13:09   15   A.   Yes.  Since my bachelor's degree, I first took a position,
15:13:14   16   which was intended as a short-term position, knowing that I was
15:13:18   17   going to continue on with my education, at a company, Spalding
15:13:22   18   DeDecker Associates, in Southfield, Michigan.  And there I
15:13:26   19   worked as a structural engineer designing two structures for
15:13:31   20   municipalities around the Detroit area.
15:13:34   21          After that, I attended the University of Michigan for
15:13:38   22   my graduate work, and then I took a position with a large
15:13:42   23   architectural and engineering firm in a suburb of Detroit
15:13:45   24   called Southfield, Michigan.  I worked there for about eight
15:13:49   25   years.  My work there began primarily as a young structural

DEAN A. RUTILA - VOIR DIRE

| | | |
|---|---|---|
| 15:13:55 | 1 | engineer, and by the time I left, I was a fairly senior |
| 15:13:59 | 2 | structural engineer with about a hundred engineers working |
| 15:14:03 | 3 | under my direction.  At that time I was designing buildings and |
| 15:14:06 | 4 | investigating various types of buildings and working on the |
| 15:14:09 | 5 | commissioning of a nuclear power plant outside of Detroit. |
| 15:14:12 | 6 | Q.   Now, within your résumé do you give some examples of some |
| 15:14:16 | 7 | of the types of projects that you have worked upon? |
| 15:14:19 | 8 | A.   Yes, and they are just examples.  I've worked on more than |
| 15:14:22 | 9 | a hundred projects a year for all these years.  I just put |
| 15:14:27 | 10 | selective examples of the types of projects so that folks get |
| 15:14:29 | 11 | an idea of what I do, not everything that I do. |
| 15:14:33 | 12 | Q.   Now, can you give some examples of some projects that SGH, |
| 15:14:39 | 13 | the company -- some examples of some projects that the company |
| 15:14:42 | 14 | has worked on for the jury? |
| 15:14:44 | 15 | A.   Sure.  Examples include a few years ago one of my partners |
| 15:14:48 | 16 | investigated water leakage and condensation problems at the Air |
| 15:14:52 | 17 | and Space Museum of the Smithsonian in Washington, D.C.  That's |
| 15:14:59 | 18 | an example of a fairly high profile investigative job. |
| 15:15:03 | 19 | Another one of my partners was the lead structural |
| 15:15:06 | 20 | engineer for the investigation of the 9/11 collapse of the |
| 15:15:09 | 21 | Pentagon, another sort of high profile project. |
| 15:15:15 | 22 | Locally one of my partners was an investigator for |
| 15:15:18 | 23 | the roofing damage caused by Hurricane Katrina at the Superdome |
| 15:15:23 | 24 | here in New Orleans.  That same partner did quite a few other |
| 15:15:28 | 25 | investigations post-Katrina, for example. |

DEAN A. RUTILA - VOIR DIRE

15:15:31  1          Those are just examples.

15:15:32  2  Q.   So when there was a problem with the Superdome, it was SGH

15:15:35  3  that was called to come in and look at that?

15:15:38  4  A.   That's right.  We were called to evaluate that problem.

15:15:40  5  Q.   I believe you said, with regard -- after 9/11, when there

15:15:43  6  was a collapse at the Pentagon from the plane crash, it was

15:15:47  7  your company that was called to investigate that?

15:15:49  8  A.   That's right.

15:15:51  9          The primary civil engineering body in the

15:15:55  10 United States, the American Society of Civil Engineers,

15:15:55  11 appointed Donald Dusenberry, one of my partners, to lead that

15:16:03  12 investigation.

15:16:03  13 Q.   Let's look at a few, if we could, examples of some of the

15:16:08  14 projects you specifically have worked on.  We will talk about a

15:16:12  15 few in more detail, but can we highlight a few for the jury?

15:16:15  16          What is this one, Mr. Rutila?

15:16:20  17 A.   I'm sorry.  Were you pointing to any particular one?

15:16:23  18 Q.   The Patrick Henry Middle School.

15:16:26  19 A.   That was a middle school outside of Detroit, and it

15:16:31  20 suffered some cracking which was inexplicable to the owners of

15:16:35  21 the school.  I investigated that, and it turned out to be a

15:16:40  22 very interesting but damaging problem with the building where

15:16:45  23 the inside masonry and the outside masonry were actually moving

15:16:50  24 differently due to different forces of nature.

15:16:53  25          The building structure was doing something entirely

**DEAN A. RUTILA - VOIR DIRE**

15:16:56    1    different.  The structure was actually incompatible.  It ended

15:17:00    2    up we came up with a repair plan, but it was actually less

15:17:04    3    expensive to tear the school down and start over.  That's what

15:17:08    4    the school ended up doing.  That's an example.

15:17:10    5    Q.    How about the University of Alabama, their indoor practice

15:17:13    6    facility?

15:17:13    7    A.    That was a roof leak.  I have a lot of experience with

15:17:16    8    roofing problems.  That was a roof leak that the University of

15:17:19    9    Alabama had hired a number of different consultants to try to

15:17:23    10   solve.  They had gone out there and made repairs, and it kept

15:17:27    11   leaking on the football team and other people in the building.

15:17:32    12        I went down there and spent about a day investigating

15:17:35    13   it, and I realized the problem with the building was that the

15:17:39    14   structure actually had a flaw and because of just modest winds,

15:17:44    15   it was going back and forth.  The wind was actually tearing the

15:17:48    16   roof.  And that's why when they would fix it, it would tear

15:17:51    17   again.

15:17:51    18        I realized the building was unsafe until it was

15:17:54    19   repaired, so that very next day I condemned the building.

15:17:56    20   Nobody could use the building until it got fixed.  We fixed it,

15:18:00    21   and it's still in use today.

15:18:03    22   Q.    Let's scroll down a little bit, if we could, to the

15:18:04    23   University of Massachusetts Medical Center.  Can you highlight

15:18:09    24   that just briefly for the jury?

15:18:12    25   A.    Sure.  The University of Massachusetts Medical School is

DEAN A. RUTILA - VOIR DIRE

15:18:15  1   the primary medical school in Massachusetts.  It's well known
15:18:22  2   worldwide.  They called me a few years ago because they
15:18:25  3   perceived, in the 20-year-old facade, that there was some gaps
15:18:30  4   or cracks appearing to be opened up.  So I investigated it, and
15:18:34  5   I realized that what was happening was the stone -- and these
15:18:38  6   are large stone pieces that are fastened to the outside of the
15:18:42  7   building, about 8-foot by 8-foot by about 3 inches thick,
15:18:47  8   several thousand pounds each or more than a thousand pounds
15:18:50  9   each.  And they were behaving in an unstable way.
15:18:54  10         I made some emergency repairs with the contractor to
15:18:57  11  keep the building safe, and then I helped the Commonwealth of
15:19:02  12  Massachusetts, the owner of the building, keep the building
15:19:05  13  safe and used until about two years went by, when the
15:19:08  14  legislature was able to fund a recladding, which then I
15:19:12  15  designed the recladding of the building.  So now all that stone
15:19:15  16  is gone, and it's a whole new facade because of that.
15:19:20  17  Q.   Let's go to the second page of your résumé and highlight
15:19:22  18  just a couple.
15:19:30  19         There's the Polk County Justice Complex in Florida.
15:19:33  20  Can you tell the jury briefly about that particular problem?
15:19:34  21  A.   Polk County Courthouse, as I know it, is a 10-story
15:19:39  22  building in Bartow, Florida.  I was hired because they had
15:19:42  23  experienced leakage and various problems that they weren't able
15:19:47  24  to understand.
15:19:48  25         The building was only about a year old.  I

DEAN A. RUTILA - VOIR DIRE

15:19:51  1  investigated it, found all sorts of different problems that
15:19:55  2  eventually led to complete reskinning of the building.  That's
15:19:59  3  replacing the brick masonry on the outside, replacing the
15:20:03  4  roofing, replacing the air-conditioning system, which was
15:20:07  5  actually part of the problem, and replacing all of the gypsum
15:20:11  6  wallboard in the building because there were fireproofing
15:20:15  7  issues associated with the gypsum wallboard.
15:20:18  8          So it was a fairly substantial reconstruction of the
15:20:21  9  building, took about two years.  And now the building has been
15:20:26  10  back to the citizens of Polk County ever since.
15:20:31  11  Q.   Let's go to page 3, if we can.  I see one that's a
15:20:35  12  Hangar 19, Andrews Air Force Base.  Can you explain to the jury
15:20:40  13  what that is?
15:20:41  14  A.   Hangar 19 is where the Air Force keeps and maintains the
15:20:48  15  planes we know as Air Force One.  There are actually many of
15:20:51  16  them, there's more than one plane, but that's where they keep
15:20:54  17  and maintain them.
15:20:54  18          That building had a sudden wind failure of the
15:20:58  19  roofing system, and I was hired to help explain what the cause
15:21:03  20  was so that when we fixed the building, the Air Force could be
15:21:10  21  confident that the new roofing system would actually perform in
15:21:14  22  expected winds.  There was a big windstorm, but it was not a
15:21:18  23  hurricane or anything like that.  It should not have failed.
15:21:20  24  We explained the problem and came up with a solution for it.
15:21:24  25  Q.   So when the hangar that housed the President's plane had a

DEAN A. RUTILA - VOIR DIRE

| | | |
|---|---|---|
| 15:21:27 | 1 | problem, you were the one that they hired to look at that? |
| 15:21:30 | 2 | **A.**   That's correct. |
| 15:21:30 | 3 | **Q.**   Let's look at just one more.  Can we go down under Design, |
| 15:21:34 | 4 | a few examples.  Under the Pentagon basement, what's that? |
| 15:21:37 | 5 | **A.**   A few years ago -- and this is before 9/11 in 2001, but |
| 15:21:42 | 6 | this goes back a couple years before that.  When the Pentagon |
| 15:21:45 | 7 | rehabilitation program was being put in place, I was hired by |
| 15:21:49 | 8 | the Army Corps of Engineers to consult with them on |
| 15:21:54 | 9 | waterproofing issues.  They actually extended the basement down |
| 15:21:59 | 10 | further into the water table, so there were waterproofing |
| 15:22:01 | 11 | issues associated with that. |
| 15:22:03 | 12 |     Then outside the Pentagon there's a large -- I will |
| 15:22:06 | 13 | call it parade ground, which has an underground building |
| 15:22:10 | 14 | underneath it.  That had to be excavated and re-waterproofed. |
| 15:22:15 | 15 | So I consulted with the Army Corps of Engineers to help them |
| 15:22:17 | 16 | understand how they could fix it and then during construction |
| 15:22:19 | 17 | to help them deal with issues that came up.  I even spent time |
| 15:22:24 | 18 | teaching the Army Corps of Engineers how to inspect |
| 15:22:28 | 19 | waterproofing because it's a passion and something I do quite a |
| 15:22:31 | 20 | bit of. |
| 15:22:32 | 21 | **Q.**   Thank you. |
| 15:22:33 | 22 |     Now, Mr. Rutila, you talked about some buildings, but |
| 15:22:36 | 23 | in the course of your work and SGH's work, do they also test |
| 15:22:40 | 24 | products, building products or other types of products? |
| 15:22:43 | 25 | **A.**   Yes.  Testing is an inherent part of our business for lots |

DEAN A. RUTILA - VOIR DIRE

15:22:47  1   of different reasons.  First off, every time we are working on

15:22:52  2   a building, lots of materials come up that have to be tested.

15:22:57  3          Simple things is the sand used in mortar to place

15:23:04  4   brick, that sand needs specific properties.  It's a simple

15:23:09  5   test.  You can run the test in two minutes, but it needs to be

15:23:13  6   done so that you can have confidence that your sand actually

15:23:16  7   will work, because if you have the wrong sand, it can actually

15:23:22  8   act more like ball bearings than as part of an adhesive system.

15:23:27  9          So all of these different materials in buildings are

15:23:29  10  commonly tested on project after project.  And we also test

15:23:33  11  them associated with new materials.

15:23:39  12         An example, the Air Force was looking for a new

15:23:42  13  fabric for radar, the cover over a radar installation.  So we

15:23:51  14  worked with Raytheon on the development of a new fabric.  It's

15:23:56  15  a great fabric, but it's just too expensive for anything but

15:24:00  16  radar domes.  But that was something we tested and developed

15:24:03  17  with them and tested.

15:24:03  18         That goes on for everything from plastic pipes used

15:24:08  19  underground to pipes used for fire protection systems.  Any of

15:24:12  20  the materials of construction that you can imagine -- things in

15:24:16  21  this room are things that are tested at some point in time, and

15:24:20  22  we are engaged in that type of testing.

15:24:23  23  Q.   Can you give some examples of some other building

15:24:26  24  components that the company has done testing on through the

15:24:28  25  years, or you in particular?

DEAN A. RUTILA - VOIR DIRE

15:24:30  1    **A.**    Many examples.  The one that comes to mind, because of my
15:24:35  2    work on the exterior of buildings, I have a specialty related
15:24:40  3    to the envelope or the enclosure of buildings.  One of those
15:24:44  4    examples are stones.  A lot of the higher profile buildings,
15:24:51  5    instead of using brick on the outside, they choose to use
15:24:54  6    stone.  Those stones, because they are not commonly used,
15:25:01  7    because they come from all over the world, is a product that I
15:25:05  8    often investigate and test.
15:25:09  9         I test a lot of roofing materials because of my
15:25:13  10   interest and experience and expertise in the enclosures of
15:25:16  11   buildings.  I test roofing materials virtually all the time.  I
15:25:20  12   have roofing materials being tested today, while I'm here
15:25:23  13   today.  It's very common for our work.  It's a very common part
15:25:27  14   of my particular practice.
15:25:31  15   **Q.**    I know we will talk some more -- there's been testing you
15:25:33  16   have done of drywall through the years; is that correct?
15:25:37  17   **A.**    Oh, yes, I have done testing of drywall.
15:25:42  18   **Q.**    What is typically involved when SGH tests a product?  What
15:25:46  19   procedures do you follow?
15:25:48  20   **A.**    Well, it varies with the product and the need.  The
15:25:51  21   example that I gave you of the sand, there is a standard for
15:25:55  22   sand used in brick masonry.  One of the common tests of
15:26:03  23   interest with the sand is just how big the particles are.  It
15:26:07  24   turns out that sand in masonry, you want some really small
15:26:11  25   particles and you want some not-so-small particles, a

DEAN A. RUTILA - VOIR DIRE

15:26:16  1   little-bit-bigger particles, a little-bit-bigger particles, a
15:26:19  2   little-bit-bigger particles so that when you put them in the
15:26:22  3   mortar, they actually compact in with cement around them to
15:26:26  4   form strong mortar.
15:26:28  5          So there's a test, an ASTM standard test, that you
15:26:31  6   stack up some sieves of different size, put the sand in and
15:26:35  7   shake them down and then just weigh the different bits of sand
15:26:42  8   so that you know you have the right quantity of each of the
15:26:45  9   sand particles and so that you can get durable mortar.  That's
15:26:51  10  just a very simple example of a test.
15:26:54  11  Q.   You mentioned ASTM testing.  Is that the common type of
15:26:57  12  testing you do on building products?
15:26:59  13  A.   That is the most common type of testing.  It's called ASTM
15:27:02  14  International now; they have changed their name.  It is a
15:27:07  15  standard producing body that creates test standards and
15:27:12  16  material standards for a wide range of products that we use.
15:27:18  17  Virtually everything in this room will have some related ASTM
15:27:24  18  standard associated with either the materials used in it or the
15:27:30  19  actual product used.
15:27:31  20         THE COURT:  Counsel, let's move on.
15:27:33  21  BY MR. BRYSON:
15:27:33  22  Q.   Is product testing important, Mr. Rutila?
15:27:36  23  A.   Oh, yes, product testing is very important.
15:27:39  24  Q.   Now, excluding Chinese drywall, has SGH ever tested
15:27:44  25  products that were manufactured in another country?

**DEAN A. RUTILA - VOIR DIRE**

15:27:46  1   **A.**   Oh, yes.  I've been involved with several of such test

15:27:51  2   plans.

15:27:54  3   **Q.**   What are some examples, very quickly, of some products

15:27:56  4   that were tested by SGH that originated or were manufactured in

15:28:01  5   another country?

15:28:02  6   **A.**   I'll give two examples.  One, some stones, some limestone

15:28:08  7   from France that a client wished to use on a building.  We got

15:28:17  8   samples of those and ran standard tests, and then, based on

15:28:20  9   those results and our observations, we ran additional tests.

15:28:26  10         Another example is a client called with some

15:28:30  11  galvanized or thought-to-be galvanized steel used on the

15:28:34  12  outside of a building.  The client was concerned about the

15:28:38  13  galvanizing.  So I got a sample, brought it to the laboratory,

15:28:44  14  and one of the technicians ran a very standard ASTM test on

15:28:48  15  that galvanizing.

15:28:49  16         He called me up and said, Dean, you have to come look

15:28:52  17  at this.  He said, I want to redo the test and have you watch

15:28:56  18  it.

15:28:57  19         So he just dropped a piece of galvanizing in some

15:28:59  20  hydrochloric acid.  It usually bubbles really fast.  This

15:29:04  21  bubbled really slowly.  So I recognized immediately that the

15:29:08  22  test of galvanizing was being run properly, but the material

15:29:13  23  wasn't galvanized.  So I did further tests to further explore

15:29:18  24  that.

15:29:19  25         Those are the kind of routine things that happen.

DEAN A. RUTILA - VOIR DIRE

| | | |
|---|---|---|
| 15:29:21 | 1 | **THE COURT:** Let's move faster, Counsel. |
| 15:29:25 | 2 | **MR. BRYSON:** Okay, Your Honor. |
| 15:29:26 | 3 | BY MR. BRYSON: |
| 15:29:26 | 4 | **Q.** Mr. Rutila, we will go into detail on a couple of those |
| 15:29:30 | 5 | things you just mentioned in a few minutes, after I tender you |
| 15:29:33 | 6 | as an expert. |
| 15:29:34 | 7 | Are you familiar with building codes as well? |
| 15:29:37 | 8 | **A.** Yes. I'm a professional engineer, and I design buildings |
| 15:29:42 | 9 | and design repairs to the buildings. Part of that work is an |
| 15:29:47 | 10 | obligation to the community that the building is being built in |
| 15:29:50 | 11 | to be familiar with the local code and to apply that building |
| 15:29:54 | 12 | code. So I apply building codes all over the country. |
| 15:29:57 | 13 | **Q.** SGH has tested Chinese drywall as well? |
| 15:30:01 | 14 | **A.** Yes, we have done tests on Chinese drywall. |
| 15:30:04 | 15 | **Q.** In about how many homes have you been in containing |
| 15:30:07 | 16 | Chinese drywall? |
| 15:30:07 | 17 | **A.** How many homes I have been to? I have been to about |
| 15:30:10 | 18 | 20 homes that I have been personally to. My staff has been to |
| 15:30:14 | 19 | not quite 100 homes. |
| 15:30:16 | 20 | **MR. BRYSON:** Your Honor, at this time we would tender |
| 15:30:18 | 21 | Mr. Rutila as an engineering expert in multidisciplinary |
| 15:30:24 | 22 | investigations of building products and assemblies. |
| 15:30:28 | 23 | **THE COURT:** Any questions? |
| 15:30:30 | 24 | **MR. DUPLANTIER:** Just a few, Your Honor. |
| | 25 | |

| | | |
|---|---|---|
| 15:30:31 | 1 | **TRAVERSE** |
| 15:30:32 | 2 | BY MR. DUPLANTIER: |
| 15:30:34 | 3 | Q.   I'm not going to ask you a lot of questions about your |
| 15:30:37 | 4 | background, but I have a couple of important ones. |
| 15:30:40 | 5 |        First, you talked about the University of Alabama |
| 15:30:43 | 6 | case.  My question about that:  Why was it a bad thing that the |
| 15:30:46 | 7 | roof was leaking on the Alabama football team? |
| 15:30:50 | 8 |        (Laughter.) |
| 15:30:51 | 9 |        MR. DUPLANTIER:  Strike that. |
| 15:30:51 | 10 |        THE WITNESS:  Because they said so. |
| 15:30:54 | 11 |        MR. MEUNIER:  We join in the question. |
| 15:30:58 | 12 | BY MR. DUPLANTIER: |
| 15:30:58 | 13 | Q.   I just had to ask.  Sorry. |
| 15:31:00 | 14 |        Your experience is in building curtain-wall windows, |
| 15:31:06 | 15 | cladding, waterproofing, roofing; isn't that correct? |
| 15:31:10 | 16 | A.   The enclosure, the building enclosure, yes, sir. |
| 15:31:15 | 17 | Q.   Your experience, your training focuses on the exterior of |
| 15:31:20 | 18 | the building, right? |
| 15:31:21 | 19 | A.   Yeah.  I'm going to make sure that we are clear.  The |
| 15:31:23 | 20 | enclosure, that includes the entire wall-roof assembly.  But |
| 15:31:27 | 21 | that's right. |
| 15:31:28 | 22 | Q.   No one ever uses drywall on the outside of a building, do |
| 15:31:33 | 23 | they? |
| 15:31:33 | 24 | A.   It's not true, depending on where you call the outside of |
| 15:31:35 | 25 | the building.  The drywall is commonly used -- very commonly |

**DEAN A. RUTILA - TRAVERSE**

15:31:40  1  used in the exterior assembly of buildings.  It's used on the
15:31:43  2  inside surface, and it's very commonly used today on the
15:31:46  3  outside surface right behind that brick or other stucco or
15:31:49  4  other material you see on the outside.
15:31:51  5          Drywall in its various forms are very commonly used
15:31:56  6  in exterior assemblies.
15:31:58  7  **Q.**   You have never conducted any tests on any drywall in
15:32:02  8  accordance with the ASTM's testing standards; isn't that
15:32:06  9  correct?
15:32:08  10 **A.**   In terms of the ASTM testing standards for manufacturing
15:32:14  11 of drywall, that's correct.  I have done many tests of drywall
15:32:19  12 based on other ASTM standards, just to be clear.
15:32:21  13 **Q.**   Right.  But on the manufacturing, the chemical makeup of
15:32:25  14 drywall, you have never conducted an ASTM test on that drywall;
15:32:30  15 is that correct?
15:32:32  16 **A.**   Again, I have never conducted tests of the chemical makeup
15:32:36  17 based on, in particular, ASTM C22, which is related to
15:32:41  18 manufacturing.  We have done other ASTM tests of chemical
15:32:46  19 makeup of drywall, but just to make sure we are not unclear in
15:32:50  20 any way.
15:32:50  21 **Q.**   I understand.  But you have never worked with a gypsum
15:32:53  22 manufacturer, have you?
15:33:04  23 **A.**   I have never worked for a gypsum manufacturer.  I have
15:33:09  24 never consulted on the manufacturing of gypsum with a
15:33:13  25 manufacturer.  I have worked on gypsum manufacturers to deal

**DEAN A. RUTILA - TRAVERSE**

15:33:17  1    with product submittals and so on and so forth, again, just to

15:33:22  2    be clear.

15:33:22  3    Q.   Just to be clear, but you have never worked with a gypsum

15:33:25  4    manufacturer with regard to the manufacturing of gypsum?

15:33:28  5    A.   That's correct.

15:33:30  6    Q.   You have never worked for a distributor who buys and sells

15:33:35  7    drywall, have you?

15:33:41  8    A.   I have worked with distributors that buy and sell

15:33:44  9    everything.  I have never worked with a distributor whose job

15:33:47  10   it is to buy and sell drywall.  I have worked for lumber yards,

15:33:53  11   for example, that also have drywall.  But again, to be clear,

15:33:55  12   not for somebody who is a distributor of drywall.

15:34:06  13   Q.   You have actually never seen a full sheet of drywall, have

15:34:08  14   you?

15:34:09  15   A.   Oh, that's not true.  I have carried many in my hands.  I

15:34:10  16   grew up on a contractor's knee, as a third son, and I was a

15:34:15  17   physical laborer more often than you can imagine.

15:34:17  18   Q.   Let me be more specific.  You have actually never seen a

15:34:19  19   full sheet of Chinese drywall, have you?

15:34:21  20   A.   Oh, that's not true either.  I have seen one.

15:34:24  21   Q.   When did you see that, Mr. Rutila?

15:34:28  22   A.   During our investigations of homes of Chinese drywall, we

15:34:33  23   had full sheets removed of walls.  I don't remember the

15:34:38  24   particular home, but we have had full sheets removed, and I

15:34:41  25   have seen them with my own eyes.

DEAN A. RUTILA - TRAVERSE

15:34:43  1   **Q.**   Have you ever seen a full sheet of drywall before it was
15:34:46  2   installed, of the Chinese drywall?
15:34:49  3   **A.**   No.
15:34:57  4   **Q.**   The testing of the drywall that you performed was to
15:35:00  5   determine the corrosive effect of the drywall; isn't that
15:35:02  6   correct?
15:35:04  7   **A.**   No.  The principal purpose of the testing that we
15:35:08  8   performed was really basic research to understand what goes on
15:35:14  9   with the drywall that then we could use to understand corrosive
15:35:20  10  effects.  We were looking at the minerals within the drywall to
15:35:25  11  find -- to learn what Chinese drywall was.
15:35:30  12          This was before there were published reports or
15:35:34  13  anything like that that you could read to tell you what we
15:35:36  14  learned.  So there was basic research that we did.
15:35:41  15  **Q.**   The tests are not a standard test performed as part of the
15:35:45  16  ASTM certification process, are they?
15:35:46  17  **A.**   Not ASTM certification of drywall, no, they were not.
15:35:51  18          **MR. DUPLANTIER:**  Thank you, Mr. Rutila.
15:35:52  19          **THE COURT:**  The Court will accept him in the chosen
15:35:56  20  field as an expert.
15:35:57  21          **MR. BRYSON:**  Thank you, Your Honor.
15:35:57  22                  **DIRECT EXAMINATION**
15:35:58  23  BY MR. BRYSON:
15:35:59  24  **Q.**   Mr. Rutila, has SGH ever investigated a building product
15:36:03  25  that passed the ASTM test but then the product failed for some

**DEAN A. RUTILA - DIRECT**

15:36:07  1    other reason?

15:36:08  2    **A.**   Oh, yes.  I can think of examples that I have done

15:36:11  3    personally.

15:36:12  4    **Q.**   Can you give two examples?  We won't go through all of

15:36:15  5    them.

15:36:15  6    **A.**   I started actually with both of them.  One was the French

15:36:20  7    limestone.  We ran the standard ASTM tests for structural

15:36:26  8    strength.  You see how strong it is under certain tests.  We

15:36:29  9    ran standard ASTM tests for water absorption that just sees how

15:36:34  10   wet it gets.  Passed both of those tests.

15:36:38  11   **Q.**   So it passed the ASTM tests?

15:36:41  12   **A.**   It did.

15:36:41  13   **Q.**   In what --

15:36:42  14   **A.**   But we observed -- my engineer who was in charge of that

15:36:46  15   testing for me observed that there was a very fine brown vein

15:36:52  16   in the stone.

15:36:52  17   **Q.**   Who informed you of that?

15:36:54  18   **A.**   My engineer, the engineer that I put in charge of the

15:36:57  19   testing --

15:36:57  20   **Q.**   Okay.

15:36:58  21   **A.**   -- made that observation in the laboratory and he said,

15:37:01  22   This is unusual in limestone.  And I agreed.

15:37:06  23         We subsequently tested it and learned that it was a

15:37:10  24   bit of iron in there.  But more importantly, we recognized that

15:37:16  25   that iron vein could be a durability problem.  So we ran a very

DEAN A. RUTILA - DIRECT

15:37:24   1   simple, standard freeze/thaw test.  Got the stone wet, froze
15:37:24   2   it, did that a couple of times.  We call those freeze/thaw
15:37:27   3   cycles.  And the stone basically started to fall apart after a
15:37:30   4   couple of cycles.
15:37:32   5   Q.   It was not used?
15:37:33   6   A.   No.  We advised our client not to use it and they ended up
15:37:36   7   getting a stone from Texas instead.  It just was not durable.
15:37:40   8   Q.   The stone had come from France, I believe you said?
15:37:43   9   A.   It had.  It had been used for a long time in France.  It
15:37:46  10   just hadn't been used in the environment intended in the
15:37:49  11   United States.
15:37:49  12   Q.   Had you ever seen that problem before, or was that the
15:37:51  13   first time that it popped up?
15:37:52  14   A.   Oh, no.  We had never seen that before.  We are
15:37:56  15   experienced with stone, experienced with tests, and we saw
15:38:00  16   something that looked unusual to us and we acted upon it.
15:38:02  17   Q.   Can you give another example?
15:38:04  18   A.   The other example was the testing of the zinc coating that
15:38:10  19   I started to describe where --
15:38:12  20   Q.   On what type of building product?
15:38:14  21   A.   This is on a light gauge -- we call them steel studs and
15:38:19  22   light gauge framing.
15:38:20  23   Q.   Is that commonly used in thousands of buildings throughout
15:38:23  24   the United States?
15:38:24  25   A.   Oh, yes.  This is one of the most common structural

**DEAN A. RUTILA - DIRECT**

15:38:29  1  framing materials used in this country.  We call them steel
15:38:32  2  studs and other light gauge elements.
15:38:34  3  **Q.**   When you performed the ASTM test, did it pass?
15:38:38  4  **A.**   It did.  It didn't behave normally, but if you just
15:38:42  5  followed the letter of the test, put it in the acid, let it
15:38:46  6  stop bubbling, take it out and weigh it, it passed the test.
15:38:50  7  **Q.**   So what happened then?
15:38:51  8  **A.**   Again, my technician -- and this is a fellow that I hired
15:38:55  9  20 years ago right out of high school, but he is a technician.
15:39:00  10  He has run the test many times for me.  He recognized that it
15:39:04  11  didn't look right, so he called me and said, "This doesn't look
15:39:09  12  right."
15:39:09  13       So I had him rerun the test and I agreed with him.
15:39:13  14  It was very clear that the test has an assumption in it that
15:39:16  15  you're testing the zinc coating that is actually a zinc
15:39:20  16  coating.
15:39:22  17       So I just had a different test run to find out what
15:39:25  18  the chemistry of the coating was.  And it turned out that it
15:39:30  19  was essentially a paint that had a bit of zinc in it.  And the
15:39:36  20  product had been sold as galvanized, which has a standard for
15:39:38  21  how much zinc you have to have, like 90 percent zinc to be
15:39:42  22  called galvanized.
15:39:43  23       So I very quickly called the client and said, This is
15:39:46  24  not the product that you thought you bought.  This is not
15:39:50  25  galvanized steel.  This is painted steel, and we acted

**DEAN A. RUTILA - DIRECT**

15:39:55  1    accordingly.

15:39:57  2    **Q.**   That product was rejected?

15:39:58  3    **A.**   That product was rejected.

15:40:00  4    **Q.**   During the course of performing standardized ASTM testing,

15:40:02  5    you discovered other problems that were unforeseen that you had

15:40:06  6    never, ever seen before?

15:40:08  7    **A.**   That's right.  This is just part of being an observant

15:40:13  8    tester.

15:40:14  9    **Q.**   This is what your company is hired to do, test products?

15:40:16  10   **A.**   That's one of the things we are hired to do.

15:40:18  11   **Q.**   What types of people hire you to test these products?

15:40:22  12   **A.**   The one example was -- the zinc was an architect who was

15:40:30  13   worried.  The stone from France was a building owner.  She

15:40:33  14   happened to be an architect as well, but basically a building

15:40:36  15   owner in Philadelphia.  Manufacturers hire us.  The federal

15:40:41  16   government hires us.

15:40:44  17   **Q.**   Do distributors hire you?

15:40:46  18   **A.**   Distributors do hire us.  All manner of people and

15:40:49  19   entities hire us to do tests because it's one of the things

15:40:53  20   that we are capable of doing well.

15:40:55  21   **Q.**   Why do they hire you?

15:40:56  22   **A.**   Because we are capable of doing it well.

15:40:59  23   **Q.**   Before you did the testing on those products, did you know

15:41:02  24   anything at the beginning about a steel stud or a limestone or

15:41:07  25   a lot of these other products?  At the beginning, did you know

**DEAN A. RUTILA - DIRECT**

15:41:10   1   anything about it?  Did you have any particular expertise in

15:41:14   2   that particular product?

15:41:16   3   A.   I've worked with galvanized steel all my life.  I had

15:41:21   4   never had that particular question asked of me before.  The

15:41:26   5   testing of the zinc coating is certainly common enough, but

15:41:29   6   that question had never been asked before.  The French

15:41:32   7   limestone, I had never seen a piece of French limestone in my

15:41:38   8   life.  I had seen Indiana limestone many times.

15:41:41   9   Q.   Why did you feel you were competent as a company to do

15:41:45   10   that type of testing?

15:41:46   11   A.   Because it's fundamental to my training right down to the

15:41:50   12   undergraduate level of doing laboratory work at the University

15:41:54   13   of Michigan of learning how to do tests and how to be an

15:41:59   14   observer in a test.  And it's fundamental to all of the

15:42:03   15   engineers that we employ, fundamental to the scientists we

15:42:07   16   employ.  And it's fundamental to the things that we teach our

15:42:11   17   technicians like this young man from Arlington High School I

15:42:14   18   hired 20 years ago.  It's part of what a testing laboratory --

15:42:22   19   part of what you do in a testing laboratory.

15:42:24   20   Q.   Have you ever heard the expression, "You can't judge a

15:42:26   21   book by its cover"?

15:42:28   22   A.   I have.

15:42:28   23   Q.   What does that mean to you?

15:42:30   24   A.   It means that just -- sometimes a book has a pretty

15:42:34   25   picture or a nice title on the cover, and it's only when you

**DEAN A. RUTILA - DIRECT**

15:42:39  1   open it up and dig into it do you find out if you like the book

15:42:43  2   or not.

15:42:43  3   Q.   How does that expression apply to these examples you have

15:42:48  4   just provided?

15:42:48  5   A.   That zinc is an example -- or both the limestone and the

15:42:53  6   zinc, both of them looked great.  The limestone from France

15:42:58  7   looked beautiful.  The zinc looked like zinc coating.  But only

15:43:03  8   by going deeper than just what it looked like do you actually

15:43:07  9   understand that neither of them were fit to be used on the

15:43:10  10  buildings that people wished to use them on.

15:43:13  11  Q.   Now, the Chinese drywall houses that you went into, did

15:43:15  12  they smell?

15:43:16  13  A.   Oh, yes.

15:43:17  14  Q.   Did you ever go into a house containing Chinese drywall

15:43:21  15  that did not smell?

15:43:23  16  A.   Only after we opened enough windows and doors to well

15:43:28  17  ventilate it.  Whenever I walked into a house that the doors

15:43:33  18  were closed, it smelled, all 20 of them.

15:43:37  19  Q.   Did you ever inquire of the owner whether they noticed the

15:43:40  20  smell or not?

15:43:41  21  A.   I did.  Whenever the owner was present, I would ask them

15:43:45  22  to describe the smell to me, is how I would do it.  And

15:43:49  23  sometime they were able to; sometimes they were unaware of the

15:43:55  24  smell.  It just depended on the individual.

15:43:58  25  Q.   But you would be able to smell it?

DEAN A. RUTILA - DIRECT

| | | |
|---|---|---|
| 15:44:00 | 1 | **A.**   Oh, yeah.  I smelled every one and even -- I will tell |
| 15:44:05 | 2 | you, my tongue would actually react.  That's my personal |
| 15:44:10 | 3 | reaction. |
| 15:44:10 | 4 | **MR. BRYSON:**  Your Honor, with regard to the -- |
| 15:44:12 | 5 | **MR. DUPLANTIER:**  Judge, can I object to the relevancy |
| 15:44:13 | 6 | of this testimony with this witness? |
| 15:44:14 | 7 | **THE COURT:**  Well, it may have some relevance. |
| 15:44:16 | 8 | BY MR. BRYSON: |
| 15:44:16 | 9 | **Q.**   Mr. Rutila, with regard to the Chinese drywall that was |
| 15:44:18 | 10 | installed in these houses, were there building codes that |
| 15:44:21 | 11 | applied? |
| 15:44:22 | 12 | **A.**   Oh, yes. |
| 15:44:24 | 13 | **Q.**   I hand you what's been marked 1066.  Can you just identify |
| 15:44:31 | 14 | that document, please? |
| 15:44:33 | 15 | **A.**   Yes.  This is the International Residential Code, the |
| 15:44:41 | 16 | applicable building code for the homes we are discussing here |
| 15:44:46 | 17 | today specifically. |
| 15:44:49 | 18 | **Q.**   This is the building code that would have applied here in |
| 15:44:52 | 19 | Louisiana for the gypsum in these houses? |
| 15:44:54 | 20 | **A.**   That's correct. |
| 15:44:55 | 21 | **MR. BRYSON:**  Your Honor, we would move 1066 into |
| 15:44:57 | 22 | evidence. |
| 15:44:57 | 23 | **THE COURT:**  Any objection to that? |
| 15:45:00 | 24 | **MR. DUPLANTIER:**  No, Your Honor. |
| 15:45:00 | 25 | **THE COURT:**  Admitted. |

DEAN A. RUTILA - DIRECT

15:45:02  1   BY MR. BRYSON:

15:45:03  2   Q.   Mr. Rutila, if you would go to page 3 of this document.

15:45:27  3   Can you identify this section, please, Mr. Rutila?

15:45:30  4   A.   Yes, it's -- there it's clear.

15:45:33  5         That's Paragraph R -- for residential -- 702.3,

15:45:39  6   Gypsum Board, and specifically R702.3.1, Materials.  That gives

15:45:48  7   us the standards required by the building code for gypsum

15:45:55  8   board.  And that is what we have been commonly calling in my

15:45:58  9   testimony *gypsum wallboard*.  And the specific standard that is

15:46:03  10  relevant is the C1396.  Other of these standards apply to

15:46:10  11  certain particular products.  Others of them have actually been

15:46:15  12  abandoned by ASTM International, but the one in particular is

15:46:20  13  C1396.

15:46:22  14  Q.   So pursuant to the building code, this section,

15:46:25  15  ASTM C1396, would have applied to these homes?

15:46:29  16  A.   That's correct.

15:46:30  17  Q.   Is the building code optional?

15:46:33  18  A.   No, no.  This is required for constructing homes in

15:46:39  19  Louisiana at this time.

15:46:40  20  Q.   Is it a minimum or maximum standard?

15:46:42  21  A.   It's a minimum standard.  You can go beyond it, but you

15:46:46  22  have to meet this as a minimum.

15:46:50  23  Q.   Let me hand you Exhibit 1006, which is already in

15:46:53  24  evidence.  Is this a copy of the ASTM 1396?

15:46:57  25  A.   It is.

DEAN A. RUTILA - DIRECT

15:46:59   1   Q.   Now, does this particular document contain some
15:47:04   2   information in it with regard to how the drywall is to be
15:47:08   3   labeled?
15:47:09   4   A.   Yes, it does.  It's got several things.  First off, it
15:47:14   5   defines several different types of drywall.  And that's
15:47:17   6   important to know that there's Type X, which is a
15:47:21   7   fire-resistant, and others, but it has different types and
15:47:24   8   then --
15:47:26   9   Q.   If we can go to page 6.
15:47:28  10   A.   At page 6, it has some specific information about the
15:47:31  11   requirements for that.  Here we go.  Paragraph 14.
15:47:38  12   Q.   What does that section pertain to within this ASTM?
15:47:42  13   A.   This is, unfortunately, altogether too common in the ASTM
15:47:45  14   International, they refer you to another document.  In this
15:47:49  15   instance, for the purposes of marking, among other things, you
15:47:54  16   refer to ASTM specification C1264.
15:47:59  17   Q.   Let me hand you a document that's been marked Exhibit 980.
15:48:03  18   Can you identify that document, please?
15:48:06  19   A.   Yes.  This is a copy of ASTM C1264, the 2005 version.
15:48:15  20   This is the document being referred to in 1396.
15:48:21  21         MR. BRYSON:  We would move this document into
15:48:22  22   evidence.
15:48:23  23         THE COURT:  Admitted.
15:48:25  24   BY MR. BRYSON:
15:48:25  25   Q.   Could you go, please, to -- in particular to Section 6.1.

**DEAN A. RUTILA - DIRECT**

15:48:31  1    Can you indicate or explain that section to the jury?

15:48:39  2    **A.**   Yes.  This gives the requirements -- this is specifically

15:48:40  3    what has been referred to in C1396 under "Marking" of that

15:48:47  4    Paragraph 14.1.  That's what we are interested here, marking

15:48:53  5    it.

15:48:54  6          It reads:  "Unless otherwise specified in the

15:48:58  7    purchase agreement, each gypsum panel product or package shall

15:49:01  8    have, in legible marking thereon, the following."

15:49:04  9          And then it goes on:  "The thickness, the name of the

15:49:07  10   producer or supplier, the brand name, if any, and the ASTM

15:49:11  11   specifications for the product."

15:49:13  12   **Q.**   What's the purpose of this marking or packaging

15:49:17  13   requirement?

15:49:18  14   **A.**   The purpose is very simple, that anybody who needs to know

15:49:24  15   what the product is can identify it.  This goes to building

15:49:29  16   officials; this goes to me.  If I go out to a job site when

15:49:36  17   they are putting up drywall, it takes me two seconds to look at

15:49:38  18   one piece.  I see the markings and I expect -- I know it's the

15:49:44  19   proper type for the application and then I move on.  The

15:49:46  20   marking is important for our ability to recognize that we have

15:49:51  21   the right product being installed on the building.

15:49:56  22   **Q.**   Is labeling of building products common, particularly with

15:50:01  23   regard to products incorporated into a house?

15:50:04  24   **A.**   Oh, yeah.  The labeling -- all the products we use are

15:50:07  25   labeled in one way, shape, or form.  Some of them are labeled

**DEAN A. RUTILA - DIRECT**

15:50:10  1  on packages that get discarded.  Like asphalt shingles, all the
15:50:14  2  labeling is on the outside.  Once you rip off that package and
15:50:18  3  put the shingles up on the roof, you don't have any labeling
15:50:22  4  anymore on it.  But they are all labeled because only there do
15:50:25  5  we know -- does the contractor know, do I know as a designer --
15:50:30  6  that the shingle actually meets the standard everybody has
15:50:33  7  agreed upon that's going to be used in the building.
15:50:35  8  Q.   Let me hand you what's been marked as Exhibit 369, and
15:50:38  9  there's two more photographs.  To save multiple trips up here,
15:50:45  10  I'm handing you the other two.
15:50:48  11       Can you identify just the first photograph?  It's
15:50:53  12  369.  Can you just identify that very quickly?
15:50:55  13  A.   Yes, it's a photograph that I recognize of the TTP drywall
15:51:05  14  in a shipping condition in an exhibit that I have seen before.
15:51:12  15       MR. BRYSON:  We would move that into evidence.
15:51:13  16       THE COURT:  Any objection on that?
15:51:16  17       MR. DUPLANTIER:  No, Judge.
15:51:18  18       THE COURT:  Let it be admitted.
15:51:19  19  BY MR. BRYSON:
15:51:20  20  Q.   Can you kind of very quickly orient the jury to what we
15:51:23  21  are looking at?
15:51:24  22  A.   Yes.  We are looking at some sort of a shipping container.
15:51:31  23  Stacked on it are pallets, at least three high on the left,
15:51:37  24  which have drywall stacked.  Then on the right are some drywall
15:51:44  25  sheets that are stacked on end.  We recognize these that they

**DEAN A. RUTILA - DIRECT**

15:51:48   1   are typically shipped in the manner where two pieces are taped

15:51:53   2   together so that you -- it's actually easier to carry them --

15:51:58   3   without breaking, to carry two of them.  So that's how they are

15:52:01   4   commonly provided.

15:52:04   5   **Q.**   This is for TT board?

15:52:07   6   **A.**   This is TT board.  This is Tai'an Taishan plasterboard.

15:52:14   7            We can see on these -- besides some Chinese writing

15:52:18   8   which I'm not able to read, we can also see a name on the tape,

15:52:25   9   Taihe, which is not TTP or any part of TTP.

15:52:38   10  **Q.**   Is Exhibit 1084 -- what's Exhibit 1084 and Exhibit 1164,

15:52:44   11  those two photographs, can you identify those?

15:52:47   12  **A.**   These are photographs of drywall that has been removed in

15:52:58   13  one of the plaintiffs' homes.

15:53:01   14           **MR. BRYSON:**  We'd move 1084 and 1164 into evidence.

15:53:05   15           **THE COURT:**  Admitted.

15:53:07   16  **BY MR. BRYSON:**

15:53:08   17  **Q.**   1084, I believe, is that -- can you identify what that is?

15:53:13   18  **A.**   You can't see the entire name there, but that's that same

15:53:17   19  name, Taihe, that we see on the previous exhibit.  That's part

15:53:27   20  of the name Taihe.

15:53:29   21  **Q.**   That's what you are seeing on the end tape?

15:53:33   22  **A.**   That's right.  You are only seeing sort of the bottom

15:53:36   23  half, if you will, of the name.

15:53:38   24  **Q.**   T-A-H-I-E?

15:53:49   25           **MR. MEUNIER:**  No.

**DEAN A. RUTILA - DIRECT**

15:53:50  1        **MR. BRYSON:**  Excuse me.  My Chinese isn't very good.

15:54:03  2   **BY MR. BRYSON:**

15:54:04  3   **Q.**   If we can go to the next photograph, Exhibit 1164, can you

15:54:06  4   identify what that information is?

15:54:06  5   **A.**   Yes, this is labeling also from a photo from a plaintiff's

15:54:09  6   home.  And consistent with the samples that we saw, this is --

15:54:17  7   how they are labeled is consistent with other documents we have

15:54:21  8   seen about how the TTP drywall is labeled.  It says, as you can

15:54:26  9   read, "Made in China.  Meets or exceeds ASTM C" -- and you

15:54:30  10  can't read the entire thing, but it's C1396.

15:54:36  11  **Q.**   Now, Exhibit 40 -- let me hand you Exhibit 40.

15:54:39  12       **MR. BRYSON:**  And I believe it was referenced earlier

15:54:41  13  that Exhibit 40 has been offered into evidence and accepted,

15:54:43  14  but our records didn't quite show that.  So we would officially

15:54:46  15  offer Exhibit 40 into evidence at this time.

15:54:49  16       **THE COURT:**  Admitted.

15:54:51  17       **MR. DUPLANTIER:**  Yours or ours?

15:54:54  18       **MR. BRYSON:**  It's ours.

15:54:54  19  **BY MR. BRYSON:**

15:54:55  20  **Q.**   Now, if we could look, who does this show as the

15:54:59  21  manufacturer of this product?

15:55:01  22  **A.**   It reads:  "Manufacturer:  Tai'an Taishan Plasterboard

15:55:03  23  Company, Limited."

15:55:09  24  **Q.**   I'm taking this with me.

15:55:33  25       Is that the manufacturer?

**DEAN A. RUTILA - DIRECT**

15:55:34  1   **A.**   That's the manufacturer of the board that this test report

15:55:36  2   applies to.

15:55:37  3   **Q.**   Now, to your knowledge, is that manufacturer's name listed

15:55:43  4   anywhere on any of the TTP sheets that were used in the

15:55:48  5   plaintiffs' houses?

15:55:49  6   **A.**   No, certainly not in English that I can read.

15:55:54  7   **Q.**   Now, was the Taihe labeling that is on the end of the end

15:55:59  8   tape, what is that?  Is that the brand name?

15:56:06  9   **A.**   I have heard and come to believe that it's a brand name.

15:56:12  10  I haven't heard any independent -- nor have I read testimony to

15:56:16  11  the contrary, but it's -- so I understand it to be a brand

15:56:22  12  name.

15:56:23  13  **Q.**   Let me hand you what's been marked as Exhibit 60 and

15:56:26  14  Exhibit 55.

15:56:29  15      **MR. BRYSON:**  There's been no objection noted to these

15:56:31  16  exhibits.

15:56:32  17      **THE COURT:**  Admitted.

15:56:34  18  **BY MR. BRYSON:**

15:56:34  19  **Q.**   Exhibit 60, which has been admitted, can you identify that

15:56:37  20  document, please?

15:56:40  21  **A.**   Exhibit 60 is a packing list.  It's from Metro Resources

15:56:44  22  Corporation, and it describes the packing of a shipment of

15:56:52  23  drywall to -- that's sold to Interior Exterior Building Supply,

15:56:55  24  LP and being shipped to New Orleans.  Then it shows that there

15:57:05  25  are 6,600 pieces of drywall in this shipment.

**DEAN A. RUTILA - DIRECT**

15:57:15  1    **Q.**   It says that each set is labeled with the manufacturer

15:57:17  2    brand name; is that correct?

15:57:18  3    **A.**   That's correct.

15:57:21  4    **Q.**   What would the brand name be?

15:57:23  5    **A.**   I understand it to be Taihe.

15:57:27  6    **Q.**   It would also have this additional information on there;

15:57:29  7    is that correct?

15:57:30  8    **A.**   That's right.  "Made in China.  Meets or exceeds ASTM

15:57:34  9    C1396-04 standard."

15:57:38  10   **Q.**   Exhibit 55?

15:57:41  11   **A.**   Exhibit 55 is a certification, that is to say from Metro

15:57:51  12   Resources to Interior Exterior Building Supply.  And I call it

15:57:54  13   a certification because of the language I recognize.  They say

15:57:58  14   "We hereby certify" and then they certify various things about

15:58:05  15   the drywall, including that each sheet is marked, as I

15:58:11  16   previously described, from the packing list.

15:58:13  17   **Q.**   Now, if we could go back to Exhibit 980.  Now, on

15:58:22  18   Exhibit 980, it says:  "Unless otherwise specified in the

15:58:27  19   purchase agreement, each panel product shall have the

15:58:30  20   thickness" -- and what was the thickness of this board?

15:58:32  21   **A.**   We know it to be one-half inch.

15:58:34  22   **Q.**   Is that marked on the board, to your knowledge?

15:58:36  23   **A.**   No, sir.  It's on the packing list, but it's not marked on

15:58:39  24   the board.

15:58:39  25   **Q.**   "The name of the producer or supplier" -- what was the

**DEAN A. RUTILA - DIRECT**

15:58:46  1   name of the producer or supplier?

15:58:48  2   **A.**   Tai'an Taishan Plasterboard Company, Limited.

15:58:52  3   **Q.**   "The brand name, if any."

15:58:56  4            This has a brand name, correct?

15:58:57  5   **A.**   That's what we understand Taihe to be.

15:59:00  6   **Q.**   But the producer or supplier, that information is not on

15:59:04  7   the TTP drywall, is it?

15:59:07  8   **A.**   That's correct.

15:59:07  9   **Q.**   Then "the ASTM specifications for the product," that is on

15:59:10  10  there, correct?

15:59:11  11  **A.**   It is indeed.

15:59:12  12  **Q.**   Have you looked at the Metro Resources purchase agreement

15:59:16  13  that they had with InEx?

15:59:17  14  **A.**   I have.

15:59:18  15  **Q.**   Have you looked at some of the addenda that have been

15:59:22  16  marked as exhibits to that contract?

15:59:23  17  **A.**   I have.

15:59:24  18  **Q.**   Have you seen anything in those documents which said that

15:59:27  19  the name of the manufacturer could be omitted in contravention

15:59:31  20  of this ASTM?

15:59:33  21  **A.**   No, sir.

15:59:35  22  **Q.**   Now, even if the purchase agreement said, Omit the

15:59:40  23  manufacturer or Omit some of this information, would that be

15:59:43  24  permissible for that to happen?

15:59:46  25  **A.**   They could agree to have no markings on the drywall and it

**DEAN A. RUTILA - DIRECT**

15:59:51  1   wouldn't bother me and it wouldn't be a problem until you
15:59:56  2   installed it in a building.  And that would be a problem
15:59:59  3   because if I go out to a building and see no label on the
16:00:03  4   drywall, you're not going to continue installing it.
16:00:06  5   **Q.**   So in your opinion, is it a violation of the building code
16:00:11  6   in Louisiana to not have the manufacturer or producer's name on
16:00:15  7   this drywall?
16:00:16  8   **A.**   Oh, it is.
16:00:26  9   **Q.**   Let's talk a little bit about --
16:00:27  10           **MR. BRYSON:**  If we could, bring Exhibit 40 back up.
16:00:30  11  BY MR. BRYSON:
16:00:30  12  **Q.**   Now, I believe we have heard some testimony from some of
16:00:34  13  the other experts and we are not going to go back over that,
16:00:39  14  but do you ever receive -- in your business in testing
16:00:42  15  products, do you ever receive test reports like this?
16:00:44  16  **A.**   I receive them all the time.  For the sand that I talk
16:00:49  17  about, for the stone I talk about, I see things like this all
16:00:52  18  the time.
16:00:52  19  **Q.**   Who provides them to you?
16:00:54  20  **A.**   They are typically provided through the chain of command,
16:00:57  21  if you will, in construction.  A supplier provides them to a
16:01:02  22  subcontractor; subcontractor provides them to the general
16:01:06  23  contractor, who provides them in turn to me.
16:01:09  24  **Q.**   Do you get them from manufacturers sometimes?
16:01:11  25  **A.**   I do.  Usually not directly because of the chain of

**DEAN A. RUTILA - DIRECT**

16:01:15  1    command; but oftentimes, when I don't get them initially, the

16:01:20  2    manufacturers will shortcut the chain of command and just send

16:01:23  3    me an e-mail with them.

16:01:24  4    **Q.**   When you get test reports like this, what do you typically

16:01:27  5    do with them?

16:01:27  6    **A.**   I read them.  I read them because I evaluate them for

16:01:33  7    their veracity.  Do they make sense to me?  Are they applicable

16:01:39  8    to the product that I have in mind?  And things like that,

16:01:42  9    because oftentimes you get test reports that have nothing to do

16:01:47  10   with the product you have in mind.

16:01:49  11   **Q.**   Is this test report adequate for the TTP drywall, in your

16:01:54  12   opinion?

16:01:55  13            **MR. RISLEY:**  Objection, Your Honor, I don't know what

16:01:57  14   *adequate* means in that context.

16:01:59  15            **THE COURT:**  I'll let you do that on cross.

16:02:03  16            **THE WITNESS:**  I wouldn't accept it on face value.

16:02:05  17   Therefore, the answer is:  No, it's not adequate.  I recognize

16:02:10  18   in it that there's a date conflict, which I would have to have

16:02:14  19   explained, and then I would have to be confident before using

16:02:19  20   it of what it actually was applying to.  Does this test report

16:02:27  21   actually relate to the product that's intended to be applied to

16:02:32  22   the building?  Those are questions I would have, but it's not

16:02:35  23   adequate on face value.

16:02:37  24   **BY MR. BRYSON:**

16:02:37  25   **Q.**   On the second page of this report, there's some data

**DEAN A. RUTILA - DIRECT**

16:02:43  1   referenced.  Would you seek and obtain any of the backup
16:02:45  2   information for this data?
16:02:47  3   A.   Not necessarily, depends on how things washed out.  If
16:02:52  4   this came to me from, say, a contractor wishing to install this
16:02:58  5   drywall, I would start asking questions.
16:03:01  6   Q.   If it came to you from U.S. Gypsum, would you have asked
16:03:06  7   questions?  If you this would have been a U.S. Gypsum test
16:03:09  8   report, would you have asked questions?
16:03:12  9   A.   Oh, yes, I would ask questions.
16:03:13  10          Depending on how those questions go, that just
16:03:17  11  dictates what happens next.  You can't be certain whether you
16:03:20  12  would use the data until you got those questions answered.
16:03:23  13  Q.   Other than these two pieces of paper, have you ever seen
16:03:27  14  any other test reports for the TTP or Tai'an Taishan
16:03:32  15  Plasterboard, Inc. testing technical data to substantiate this
16:03:40  16  product other than this?
16:03:42  17  A.   No, I have only seen different versions of the same test
16:03:45  18  report.
16:03:45  19  Q.   Now, for the KPT drywall, have you ever seen -- for any of
16:03:49  20  the KPT drywall, have you ever seen a 1396 test report like
16:03:54  21  this for these houses at issue?
16:03:57  22  A.   I haven't seen any.
16:04:08  23  Q.   Now, in your experience, Mr. Rutila, have you ever been
16:04:12  24  involved with reports or read about testing on products where
16:04:18  25  the labeling on that product is questionable?

DEAN A. RUTILA - DIRECT

16:04:23  1    A.    Oh, yes, I have definitely seen that.

16:04:25  2    Q.    Can you give us one example of that?

16:04:28  3    A.    One of my jobs -- as I testified earlier, my principal job

16:04:32  4    at Simpson Gumpertz & Heger is the senior principal.  One of my

16:04:36  5    other jobs there is I'm the safety director.  I'm responsible

16:04:40  6    for the safety and training of all of our staff, our 450-plus

16:04:44  7    employees.  And one of the things that I do is monitor

16:04:47  8    construction safety documents.

16:04:49  9          I came across, in 2004, a report in one of the

16:04:54  10   magazines I read that I followed up upon about UL, Underwriters

16:05:02  11   Laboratory, reporting on counterfeit extension cords and I

16:05:06  12   wanted my employees to be protected against that.  I didn't

16:05:10  13   want them to use extension cords that weren't proven safe.  So

16:05:15  14   I read up on it and caused all of my employees, all 450 of

16:05:19  15   them, to understand what I was expecting of them when they came

16:05:22  16   across an extension cord.  Because there were counterfeit

16:05:26  17   extension cords being sold to the construction industry, and I

16:05:28  18   wanted to make sure that nobody from my team got hurt from it.

16:05:33  19   Q.    Were those imported cords?

16:05:33  20   A.    They were.  I never became sure where they are imported

16:05:37  21   from, but they are definitely not domestically produced.

16:05:40  22   Q.    When you're testing a product and you're looking at the

16:05:43  23   data, is that something that you need to be attuned to?  Is

16:05:45  24   that why you are asking questions about the report and the

16:05:48  25   data?

DEAN A. RUTILA - DIRECT

16:05:50  1    A.   You're looking for -- you're trying to verify that it's
16:05:56  2    real, and it goes to as simple as I've seen test reports for
16:05:59  3    the sand in the mortar I described.  And when I dig into it,
16:06:04  4    it's a test report from 12 years ago.  Well, that doesn't mean
16:06:07  5    a whole lot for sand that's being mined today.
16:06:11  6         So you are always looking for the test reports to
16:06:13  7    convince yourself that they are real.  One of the things you do
16:06:18  8    is just to go through them and look for anything that's
16:06:22  9    inconsistent, not necessarily trying to find a counterfeit but
16:06:26  10   to find if these test reports really apply to the product or
16:06:31  11   the material you're dealing with.
16:06:33  12   Q.   Let me hand you what's been marked as Exhibit 890 and 891,
16:06:36  13   and I believe these are the U.S. Gypsum test reports that have
16:06:41  14   been referred to earlier.
16:06:43  15        MR. BRYSON:  So we would move both of those into
16:06:45  16   evidence.
16:06:47  17        THE COURT:  Any objection to that?
16:06:49  18        MR. DUPLANTIER:  No objection, Your Honor.
16:06:50  19        THE COURT:  Let it be admitted.
16:06:55  20   BY MR. BRYSON:
16:06:55  21   Q.   Now, with regard to these test reports -- and let's look
16:06:57  22   at the first one that's been discussed -- can you explain --
16:07:01  23   what, if any, opinions do you have with regard to these
16:07:04  24   reports?
16:07:06  25        This is a test -- and let's make sure the jury

**DEAN A. RUTILA - DIRECT**

| | | |
|---|---|---|
| 16:07:09 | 1 | understands.  This is the testing of some Knauf board that was |
| 16:07:11 | 2 | performed by someone at U.S. Gypsum; is that correct? |
| 16:07:15 | 3 | A.    That's correct.  U.S. Gypsum acquired some Knauf board, |
| 16:07:20 | 4 | ran some standard tests, compared the test results with their |
| 16:07:26 | 5 | own USG specifications -- they call it, on the second page, USG |
| 16:07:33 | 6 | spec.  And then on the front they apply -- give us some notes |
| 16:07:36 | 7 | about their conclusions. |
| 16:07:38 | 8 | Q.    Now, it says Competitive Report.  Do you know what that |
| 16:07:40 | 9 | refers to? |
| 16:07:42 | 10 | A.    Well, I understand it to be a comparison.  You have got |
| 16:07:46 | 11 | two manufacturers who are competitors in the marketplace.  I |
| 16:07:50 | 12 | understand they are looking at a competition, if you will, how |
| 16:07:55 | 13 | do they stack up. |
| 16:07:57 | 14 | Q.    Now, down here, with regard to the Knauf board, have you |
| 16:08:01 | 15 | seen any similar testing for TTP, or Tai'an Taishan |
| 16:08:05 | 16 | plasterboard, that was done by U.S. Gypsum? |
| 16:08:09 | 17 | A.    I have not. |
| 16:08:10 | 18 | Q.    Now, with regard to the Knauf board and the testing, what |
| 16:08:13 | 19 | did they find? |
| 16:08:14 | 20 | A.    There's lots of data which we can go to, but they put some |
| 16:08:17 | 21 | key things on the front page.  One is they identify what they |
| 16:08:21 | 22 | describe as a major deficiency; that is, when they did a nail |
| 16:08:25 | 23 | pull -- there's actually a standard test for a nail-pull |
| 16:08:28 | 24 | test -- that they found it to be the below USG requirements. |
| 16:08:36 | 25 | They considered that a major deficiency. |

**DEAN A. RUTILA - DIRECT**

16:08:39  1          Then they describe other things as minor

16:08:42  2   deficiencies, and in particular, the one that I see is the

16:08:48  3   bottom one that says *low core purity*.  They don't tell us what

16:08:58  4   they are meaning by *low core purity*.  There is a standard

16:09:06  5   ASTM C22, which goes to a test of core purity, and that's where

16:09:15  6   you look at the chemical makeup of the gypsum core.  You're

16:09:19  7   looking for a minimum -- I think it's 70 percent of calcium

16:09:24  8   sulfate in that gypsum core.

16:09:28  9   Q.   This isn't a testing company that's doing this report, is

16:09:30  10  it?

16:09:31  11  A.   No.  This is a manufacturer who is doing it by its own

16:09:34  12  resources.

16:09:35  13  Q.   If you, in your capacity as a testing company, had gotten

16:09:39  14  these kind of results from some Knauf board, would you have

16:09:42  15  done further testing?

16:09:45  16  A.   I would have asked questions that would likely have led to

16:09:49  17  further questions, in particular relative to core purity,

16:09:54  18  because the statement of core purity in this test report isn't

16:10:02  19  explained.

16:10:03  20          The test numbers show a core purity by C22 that looks

16:10:09  21  acceptable, and yet U.S. Gypsum finds it to be low core purity.

16:10:20  22  I would want to understand that.  The simplest way to

16:10:24  23  understand that might be to do this test, just look under a

16:10:26  24  microscope and see for yourself, which is what I did when I

16:10:29  25  first got some Chinese drywall.

**DEAN A. RUTILA - DIRECT**

16:10:31  1  **Q.**   Asked further questions similar to what you did with the
16:10:35  2  French limestone or with the light-gauge steel studs that
16:10:37  3  passed the ASTM tests?  Asked further questions?
16:10:40  4  **A.**   That's right.  You start questioning what you have got.
16:10:42  5  **Q.**   But here there were major deficiencies.  This wasn't just
16:10:45  6  a passing of the ASTM test.  There were major deficiencies that
16:10:49  7  were found?
16:10:52  8  **A.**   By U.S. Gypsum's interpretation, absolutely.
16:10:56  9  **Q.**   Going to 891, this was another test that was done on some
16:11:00  10 Knauf board on a different date; is that correct?
16:11:03  11 **A.**   That's correct.
16:11:08  12 **Q.**   Now, if we could go to the next exhibit.  Again, for the
16:11:12  13 Knauf board, what are they finding?
16:11:15  14 **A.**   They are looking at a similar comparison between the Knauf
16:11:22  15 board and what they expect for their own product and their own
16:11:26  16 standards, and then they list here what they find are
16:11:30  17 deficiencies both with the Knauf board -- I'm going to cough,
16:11:34  18 excuse me for a second.  Excuse me.
16:11:39  19          They find both minor deficiencies with the Knauf
16:11:42  20 board and their own product.  Again, the one of particular
16:11:49  21 interest that I identify is the low core purity and low core
16:11:54  22 rehydrated purity.
16:11:57  23 **Q.**   Further questions needed to be asked by a testing company?
16:12:00  24 **A.**   That's correct.
16:12:03  25 **Q.**   Now, to your understanding, did InEx have the opportunity

DEAN A. RUTILA - DIRECT

16:12:08  1    or consider hiring a testing company?

16:12:10  2    **A.**   Yes, I know that they did have the opportunity and did

16:12:15  3    consider it.

16:12:18  4    **Q.**   Let me hand you what I have marked as -- or what's been

16:12:21  5    previously marked as Exhibit 32.

16:12:24  6          **MR. BRYSON:**  There is no objection noted on that

16:12:27  7    exhibit at all of any type, so we would move it into evidence.

16:12:32  8          **THE COURT:**  I'll admit it.

16:12:34  9    **BY MR. BRYSON:**

16:12:35  10   **Q.**   Now, Exhibit 32, if we could go to the second page,

16:12:38  11   starting at the bottom, from Clay Geary to Richard Shentu.

16:12:51  12         Now, it says:  "You received an e-mail from Collin

16:13:00  13   Jia that was sent on our behalf.  We are trying to get an

16:13:03  14   inspection of quality, condition, and count done on some gypsum

16:13:07  15   board that was being produced in China."

16:13:10  16         Now, it also states:  "The material is being produced

16:13:13  17   by Taihe Shandong plant."

16:13:17  18         I think we have learned the drywall did not come from

16:13:19  19   that plant.  Is that your understanding?

16:13:20  20   **A.**   That is my understanding.

16:13:22  21   **Q.**   This initial inquiry from Mr. Geary, what does that

16:13:25  22   indicate to you?

16:13:31  23   **A.**   It indicates, as I previously testified, that there

16:13:34  24   certainly is an opportunity and a consideration of testing and

16:13:38  25   inspection being done based on this product.

**DEAN A. RUTILA - DIRECT**

| | | |
|---|---|---|
| 16:13:41 | 1 | **Q.**   For quality, condition, and count, correct? |
| 16:13:43 | 2 | **A.**   That's correct. |
| 16:13:45 | 3 | **Q.**   If we could go to the top of this document. |
| 16:13:52 | 4 |        What does the first sentence say, from Mr. Geary? |
| 16:13:54 | 5 | **A.**   It says:  "We have signed an inspection request |
| 16:13:57 | 6 | application with SGS today." |
| 16:14:01 | 7 | **Q.**   To your understanding, who is SGH [*sic*], not to be |
| 16:14:07 | 8 | confused with your company SGH? |
| 16:14:10 | 9 | **A.**   SGS is a company, from testimony and what I have read, is |
| 16:14:15 | 10 | a global provider of services relative to import/export and |
| 16:14:21 | 11 | other services related to import and export. |
| 16:14:28 | 12 | **Q.**   It's a company that does testing? |
| 16:14:30 | 13 | **A.**   They do do testing as part of their work.  That's very |
| 16:14:33 | 14 | clear. |
| 16:14:34 | 15 | **Q.**   Exhibit 31 is a copy of that application, is it not? |
| 16:14:37 | 16 |        **MR. BRYSON:**  To which there is no objection, and we |
| 16:14:39 | 17 | would move it into evidence. |
| 16:14:40 | 18 |        **THE COURT:**  Admitted. |
| 16:14:42 | 19 | **BY MR. BRYSON:** |
| 16:14:42 | 20 | **Q.**   Now, is this a copy of the SGH [*sic*] application form?  Is |
| 16:14:52 | 21 | that correct, Mr. Rutila? |
| 16:14:53 | 22 | **A.**   That's correct. |
| 16:14:53 | 23 | **Q.**   It's been completed by, at the top, the client |
| 16:14:56 | 24 | Interior Exterior; is that correct? |
| 16:14:58 | 25 | **A.**   That's correct. |

**DEAN A. RUTILA - DIRECT**

| | | |
|---|---|---|
| 16:15:02 | 1 | **Q.**   If you go on down, it says the importer information, |
| 16:15:06 | 2 | J.W. Allen, correct? |
| 16:15:09 | 3 | **A.**   That's correct. |
| 16:15:09 | 4 | **Q.**   We have heard from Mr. App.  He testified? |
| 16:15:12 | 5 | **A.**   That's right.  I read his testimony. |
| 16:15:14 | 6 | **Q.**   Now, we don't know -- it's still blank as to the supplier |
| 16:15:18 | 7 | and the exporter, correct? |
| 16:15:19 | 8 | **A.**   That's correct. |
| 16:15:20 | 9 | **Q.**   Now, if you will go to the second page and go to the very |
| 16:15:23 | 10 | bottom, it has the signature of Clayton Geary; is that correct? |
| 16:15:28 | 11 | **A.**   Yeah.  It's typed, but under the signature line, that's |
| 16:15:30 | 12 | correct. |
| 16:15:31 | 13 | **Q.**   The date is November 22, 2005 -- |
| 16:15:33 | 14 | **A.**   That's right. |
| 16:15:33 | 15 | **Q.**   -- is that correct? |
| 16:15:34 | 16 | **A.**   That's, I think, the day before that previous exhibit. |
| 16:15:36 | 17 | That's correct. |
| 16:15:37 | 18 | **Q.**   So you have got Mr. Geary, who is completing this |
| 16:15:40 | 19 | application, correct? |
| 16:15:42 | 20 | **A.**   That's right. |
| 16:15:42 | 21 | **Q.**   Now, if you would scroll up just a little bit to Other |
| 16:15:46 | 22 | Services Requested.  Under Services Requested, what does it say |
| 16:15:51 | 23 | under Laboratory Testing? |
| 16:15:56 | 24 | **A.**   It says "NA."  It's not checked to provide that service. |
| 16:16:00 | 25 | **Q.**   If you go town to Scope of Testing, what does it say? |

DEAN A. RUTILA - DIRECT

| | | |
|---|---|---|
| 16:16:07 | 1 | Scroll down to Scope of Testing.  What does it say? |
| 16:16:10 | 2 | A.    "NA." |
| 16:16:15 | 3 | Q.    That's not applicable? |
| 16:16:18 | 4 | A.    That's correct. |
| 16:16:19 | 5 | Q.    Is that a service laboratory testing and -- scope of |
| 16:16:23 | 6 | testing, is that a service that SGH provides for people who are |
| 16:16:28 | 7 | buying products and want to hire them to do that? |
| 16:16:31 | 8 | A.    Just to be clear, I'm not sure if you said SGS or SGH, but |
| 16:16:36 | 9 | my understanding is certainly SGH does it, and my understanding |
| 16:16:40 | 10 | is SGS does it as well. |
| 16:16:42 | 11 | Q.    Now, what did they say in this document, Scope of |
| 16:16:45 | 12 | Inspection?  We have heard it.  Dents, cracks, paper peel, and |
| 16:16:50 | 13 | bubbles, that's what they wanted inspected, correct? |
| 16:16:53 | 14 | A.    That's correct. |
| 16:16:53 | 15 | Q.    Would you agree that InEx made the decision not to do any |
| 16:16:56 | 16 | laboratory testing? |
| 16:16:58 | 17 | A.    That's right.  As of that particular date, on that |
| 16:17:02 | 18 | document, that's what they decided. |
| 16:17:11 | 19 | Q.    To finish this point, if you will go to Exhibit 359. |
| 16:17:17 | 20 | MR. BRYSON:  There's no objection, Your Honor, to |
| 16:17:19 | 21 | Exhibit 359. |
| 16:17:21 | 22 | THE COURT:  Admitted. |
| 16:17:25 | 23 | BY MR. BRYSON: |
| 16:17:25 | 24 | Q.    Now, on Exhibit 359, let's start here in the e-mail chain. |
| 16:17:30 | 25 | This is from a Mr. Cisneros at SGS? |

728

**DEAN A. RUTILA - DIRECT**

16:17:37   1   **A.**   Yes, it is.

16:17:40   2   **Q.**   Read this section here:  "You mentioned below testing.

16:17:45   3   Please be advised no testing will be conducted by SGS.  If any

16:17:52   4   testing will be conducted by the factory, we can make

16:17:55   5   arrangements to witness these and review that procedures are

16:17:58   6   followed and results are as required.  Again, it's a question

16:18:01   7   of time allowed."

16:18:03   8           Was that what SGH [*sic*] was communicating to Mr. Clay

16:18:09   9   Geary and Mr. Jim Geary?

16:18:12   10  **A.**   That's what SGS was communicating.

16:18:14   11  **Q.**   SGS.

16:18:17   12          Now, it says here:  "For inspection during production

16:18:21   13  job, it's expected to require a minimum of three man days."

16:18:24   14          Do you know if that service was requested?

16:18:31   15  **A.**   I want to see where we are at.

16:18:40   16          I'm uncertain, but my understanding is that's what

16:18:42   17  was done.

16:18:44   18  **Q.**   Well, production would be during manufacturing?

16:18:46   19  **A.**   Oh, manufacturing, no.  It's the random inspection, excuse

16:18:50   20  me.  That's correct.  I have no knowledge that that was done.

16:18:53   21  **Q.**   If we could scroll up on the top, what was Mr. Geary's

16:19:01   22  response to this inquiry from SGS?  Right here where it says

16:19:07   23  "We are not looking," if you can read that into the record.

16:19:09   24  **A.**   "We are not looking for you to do any testing," and that's

16:19:14   25  in quotes, "of the product, just a random review, as you

**DEAN A. RUTILA - DIRECT**

16:19:18  1   mentioned, of dimensions, overall condition, damages,

16:19:21  2   construction, and visual external verification of

16:19:25  3   specifications."

16:19:31  4   **Q.**   So InEx had reached out to a company who was willing to do

16:19:34  5   some laboratory-type testing, correct?

16:19:37  6   **A.**   That's correct.

16:19:37  7   **Q.**   And they made the decision to not do any type of testing

16:19:42  8   of the product.  The only thing they wanted was a random review

16:19:44  9   of dimensions, overall conditions, damages, etc., correct?

16:19:52 10   **A.**   That's correct.  That's what this document says.

16:19:54 11   **Q.**   Is that appropriate due diligence, in your opinion,

16:19:57 12   Mr. Rutila?

16:19:57 13   **A.**   Not for a new product that you are importing that you

16:20:02 14   haven't used before.

16:20:04 15   **Q.**   In your opinion, Mr. Rutila, did InEx exercise the

16:20:06 16   requisite due diligence when it decided to import wallboard

16:20:10 17   from other countries?

16:20:12 18        **MR. DUPLANTIER:**  Objection, Your Honor.  This is

16:20:12 19   outside the scope of his expert report.

16:20:16 20        **THE COURT:**  I thought that's what he was called for.

16:20:20 21        **MR. DUPLANTIER:**  He is not an import expert.  He

16:20:22 22   wasn't identified as an import expert, Your Honor.  He wasn't

16:20:26 23   qualified as an import expert.

16:20:27 24        **THE COURT:**  I didn't understand that.

16:20:29 25        Rephrase the question.  I didn't understand it

**DEAN A. RUTILA - DIRECT**

| | | |
|---|---|---|
| 16:20:31 | 1 | as to being import/export. |
| 16:20:33 | 2 | BY MR. BRYSON: |
| 16:20:34 | 3 | Q.   In your opinion, did InEx exercise the requisite due |
| 16:20:37 | 4 | diligence when it decided to import or buy drywall from other |
| 16:20:42 | 5 | countries? |
| 16:20:42 | 6 |          MR. RISLEY:  Your Honor, we object.  He has already |
| 16:20:44 | 7 | indicated the answer is that as an importer -- |
| 16:20:45 | 8 |          THE COURT:  Take out the import, and restate the |
| 16:20:47 | 9 | question, please. |
| 16:20:48 | 10 | BY MR. BRYSON: |
| 16:20:48 | 11 | Q.   In your opinion, did InEx exercise the requisite due |
| 16:20:51 | 12 | diligence when it decided to buy wallboard from other |
| 16:20:54 | 13 | countries? |
| 16:20:56 | 14 |          MR. DUPLANTIER:  Same objection, Your Honor.  He has |
| 16:20:59 | 15 | not been qualified as that. |
| 16:21:02 | 16 |          THE COURT:  That's what he has been qualified for, is |
| 16:21:05 | 17 | somebody who is making inspections.  I overrule the objection. |
| 16:21:14 | 18 |          THE WITNESS:  No, they did not. |
| 16:21:16 | 19 | BY MR. BRYSON: |
| 16:21:17 | 20 | Q.   In your opinion, if a testing company had performed proper |
| 16:21:21 | 21 | due diligence, would they have discovered the problem? |
| 16:21:25 | 22 | A.   If we take Ms. Coates' testimony of -- |
| 16:21:30 | 23 |          THE COURT:  Wait, wait, wait. |
| 16:21:31 | 24 |          MR. DUPLANTIER:  Hold on. |
| 16:21:33 | 25 |              Judge -- |

DEAN A. RUTILA - DIRECT

| | | |
|---|---|---|
| 16:21:35 | 1 | **MR. BRYSON:**  That's in his report.  That's in his |
| 16:21:36 | 2 | rebuttal report.  It's part of his opinions from which they -- |
| 16:21:38 | 3 | **THE COURT:**  Let me see counsel. |
| 16:21:48 | 4 | (The following proceedings were held at the bench.) |
| 16:21:48 | 5 | **THE COURT:**  As I understand, this fellow, whether you |
| 16:21:50 | 6 | agree with him or not, he has been qualified as an expert |
| 16:21:54 | 7 | tester. |
| 16:21:56 | 8 | **MR. DUPLANTIER:**  Expert tester. |
| 16:22:01 | 9 | **THE COURT:**  That's not what he has just asked him. |
| 16:22:03 | 10 | He asked him if the person that he hired had tested it, could |
| 16:22:09 | 11 | they have found it? |
| 16:22:12 | 12 | Isn't that the question? |
| 16:22:15 | 13 | **MR. BRYSON:**  Yes. |
| 16:22:18 | 14 | **THE COURT:**  That's his opinion.  Everything is |
| 16:22:21 | 15 | speculative in opinion. |
| 16:22:49 | 16 | **MR. DUPLANTIER:**  We are not a testing company. |
| 16:22:51 | 17 | **THE COURT:**  His point is you should have hired a |
| 16:22:53 | 18 | testing company.  He says, You hired a testing company, and you |
| 16:22:57 | 19 | limited the test on a testing company. |
| 16:22:59 | 20 | His question is, if they had not limited that |
| 16:23:03 | 21 | test and that testing company had done due diligence, would |
| 16:23:08 | 22 | they have discovered it? |
| 16:23:12 | 23 | **MR. RISLEY:**  The question was *could they*. |
| 16:23:14 | 24 | **THE COURT:**  He says, "would they."  Come on. |
| 16:23:18 | 25 | **MR. ANGELLE:**  It depends what test we are talking |

HOURLY TRANSCRIPT

DEAN A. RUTILA - DIRECT

| | | |
|---|---|---|
| 16:23:21 | 1 | about. |
| 16:23:21 | 2 | MR. MEUNIER:  They can cross-examine him. |
| 16:23:24 | 3 | THE COURT:  I understand the objection.  I overrule |
| 16:23:24 | 4 | it.  Let's go. |
| 16:23:26 | 5 | (End of bench conference.) |
| 16:23:41 | 6 | THE COURT:  What's the question?  Let's restate. |
| 16:23:43 | 7 | Would you read it back to us, Ms. Reporter. |
| 17:00:17 | 8 | (Record read.) |
| 16:24:00 | 9 | THE COURT:  The question is a testing company. |
| 16:24:02 | 10 | What's your opinion? |
| 16:24:04 | 11 | THE WITNESS:  They would have -- had they |
| 16:24:09 | 12 | participated in the test that Dr. Streit described of the |
| 16:24:13 | 13 | humidified test, had they done the testing and had been |
| 16:24:21 | 14 | observant, similar to what U.S. Gypsum did, and had they done |
| 16:24:26 | 15 | the work that Ms. Coates described, they would have discovered |
| 16:24:30 | 16 | the problem. |
| 16:24:32 | 17 | MR. BRYSON:  Thank you, Mr. Rutila.  No further |
| 16:24:34 | 18 | questions. |
| 16:24:35 | 19 | THE COURT:  Let's take a 10-minute break at this time |
| 16:24:37 | 20 | and come back.  The Court will stand in recess. |
| 16:24:40 | 21 | (Recess.) |
| 16:35:58 | 22 | THE COURT:  Be seated, please. |
| 16:35:59 | 23 | You may cross-examine. |
| | 24 | |
| | 25 | |

**CROSS-EXAMINATION**

**BY MR. DUPLANTIER:**

16:36:00   1

16:36:05   2

16:36:06   3    **Q.**   Mr. Rutila, my name is Richard Duplantier, and I represent

16:36:09   4    Interior Exterior.  Let me start with the end, and then I will

16:36:12   5    work my way back.

16:36:15   6        You will agree with me that the test for core purity

16:36:19   7    has nothing to do with testing the drywall for sulfur content;

16:36:23   8    isn't that true?

16:36:25   9    **A.**   Nothing to do with testing it for what we might call

16:36:29  10    reactive sulfur.  Just to be clear, it is testing sulfur but

16:36:34  11    just not the reactive sulfur of interest here.

16:36:38  12    **Q.**   The test for core purity would not have discovered the

16:36:41  13    problem with the drywall that's caused the problems for these

16:36:44  14    plaintiffs, right?

16:36:45  15    **A.**   As long as we are talking about the ASTM C22 test for core

16:36:50  16    purity, the answer is correct.

16:36:55  17    **Q.**   I'm going to ask you the question a specific way:  Can you

16:36:58  18    tell me whether or not low core purity is an indicator of

16:37:02  19    excess sulfur off-gassing?

16:37:08  20    **A.**   No, not in and of itself.

16:37:11  21    **Q.**   You know that U.S. Gypsum is the biggest -- the No. 1

16:37:15  22    manufacturer of drywall in the United States.  You understand

16:37:19  23    that, right?

16:37:19  24    **A.**   I do.

16:37:20  25    **Q.**   And the test that you're suggesting that should have been

DEAN A. RUTILA - CROSS

| | | |
|---|---|---|
| 16:37:23 | 1 | done on the Chinese drywall is the exact same test that we were |
| 16:37:28 | 2 | looking at that USG actually did on the Chinese drywall; isn't |
| 16:37:31 | 3 | that true? |
| 16:37:34 | 4 | A.   That's one test that I suggest should have been done. |
| 16:37:39 | 5 | Q.   But that's a test being done by the biggest manufacturer |
| 16:37:42 | 6 | of drywall in the United States? |
| 16:37:44 | 7 | A.   That's true. |
| 16:37:46 | 8 | Q.   And that test did not reveal the sulfur off-gassing defect |
| 16:37:51 | 9 | in this drywall; isn't that true? |
| 16:37:54 | 10 | A.   Oh, that's true, it did not. |
| 16:37:58 | 11 | Q.   So the testing that you are saying that Interior Exterior |
| 16:38:00 | 12 | should have done is this exact test and it didn't find the |
| 16:38:04 | 13 | defect, right? |
| 16:38:05 | 14 | A.   That's correct.  It identified something to look into, but |
| 16:38:08 | 15 | it did not find the defect. |
| 16:38:19 | 16 | Q.   Let's take a step back, Mr. Rutila.  You have been working |
| 16:38:22 | 17 | in this litigation with the plaintiffs' steering committee for |
| 16:38:25 | 18 | a number of years; isn't that true? |
| 16:38:26 | 19 | A.   Oh, yes.  I think three years and five to 6,000 hours of |
| 16:38:30 | 20 | time from our company. |
| 16:38:30 | 21 | Q.   Three years and a million dollars later, right, because |
| 16:38:32 | 22 | you have been paid over a million dollars? |
| 16:38:34 | 23 | A.   Not just with these people but with the different |
| 16:38:36 | 24 | companies that we have worked with, the different litigation |
| 16:38:39 | 25 | cases, some with the plaintiffs' steering committee, some with |

DEAN A. RUTILA - CROSS

16:38:43    1    other attorneys, total for our firm is approximately a million
16:38:46    2    dollars.
16:38:46    3    Q.    You have been paid in excess of a million dollars to
16:38:48    4    analyze the drywall?
16:38:50    5    A.    I don't know about in excess, but we'll call it a million
16:38:54    6    dollars.  I think that's the right number, sir.
16:39:01    7    Q.    The first time that you ever talked about the labeling
16:39:04    8    issues in the three years that you have been analyzing this
16:39:09    9    drywall -- the first time you ever mentioned the label was in
16:39:12   10    your September 2012 report for this particular trial; isn't
16:39:16   11    that true?
16:39:19   12    A.    It depends on what you mean by *labeling issues*.  We
16:39:22   13    documented labeling from the beginning.  In terms of labeling
16:39:26   14    issues, that is specific issues relative to building code that
16:39:35   15    was in this matter.
16:39:37   16    Q.    You have issued over 20 reports related to Chinese
16:39:41   17    drywall; isn't that accurate?
16:39:44   18    A.    I would call it over 20 reports.  We would have to agree
16:39:47   19    on what a report is, but by my definition, yes.
16:39:50   20    Q.    Going back to 2009; isn't that true?
16:39:54   21    A.    Yes, sir.  Our first report was in December 31, 2009.
16:39:59   22    Q.    And this time in September, when you issued this report in
16:40:02   23    September of 2012 was the first time that you ever said that
16:40:05   24    this drywall was mislabeled for any reason, right?
16:40:10   25    A.    That's correct.

**DEAN A. RUTILA - CROSS**

| | | |
|---|---|---|
| 16:40:11 | 1 | **Q.**    Has there been any concern raised in any of the |
| 16:40:17 | 2 | plaintiffs' homes or any home whatsoever that the size of the |
| 16:40:20 | 3 | drywall was improper? |
| 16:40:24 | 4 | **A.**    No. |
| 16:40:28 | 5 | **Q.**    Have you been unable to trace the manufacturer of that |
| 16:40:31 | 6 | drywall because it didn't have the manufacturer's name on it? |
| 16:40:39 | 7 | **A.**    With the benefit of the process of litigation, we have |
| 16:40:43 | 8 | been able to trace it. |
| 16:40:44 | 9 | **Q.**    We have been able to identify who the manufacturer of the |
| 16:40:47 | 10 | drywall is in every one of these homes; isn't that true? |
| 16:40:50 | 11 | **A.**    That's correct. |
| 16:40:51 | 12 | **Q.**    You didn't analyze the Knauf labeling at all, did you? |
| 16:40:58 | 13 | **A.**    I don't know what you mean by that.  I certainly did |
| 16:41:01 | 14 | document it and I did consider it, absolutely.  I don't know |
| 16:41:05 | 15 | what you mean by *analyze* it. |
| 16:41:07 | 16 | **Q.**    Was the labeling on the Knauf products proper and in |
| 16:41:09 | 17 | accordance with ASTM standards? |
| 16:41:13 | 18 | **A.**    The Knauf labels that I have seen are only absent in the |
| 16:41:17 | 19 | thickness on the back.  My recollection is on the banding, no. |
| 16:41:24 | 20 | **Q.**    It is on the end tape? |
| 16:41:28 | 21 | **A.**    That is my recollection, that the Knauf board is not |
| 16:41:31 | 22 | violating the code. |
| 16:41:37 | 23 | **Q.**    In accordance with the ASTM standards, if |
| 16:41:39 | 24 | Interior Exterior specified what were the markings that they |
| 16:41:42 | 25 | wanted on the drywall, that would be acceptable according to |

**DEAN A. RUTILA - CROSS**

16:41:48  1   the ASTM standard that we were looking at?  If they asked for

16:41:51  2   specific markings, right?

16:41:56  3   **A.**   Yeah, under the standard, they could ask for no marking,

16:41:59  4   for example.  It would be acceptable under the standard, under

16:42:04  5   C1264.

16:42:07  6   **Q.**   Well, it wouldn't have been acceptable, though, would it?

16:42:09  7   Would that have been acceptable to you if they had asked for no

16:42:12  8   markings?

16:42:13  9   **A.**   It would not have been acceptable under the building code.

16:42:20  10  **Q.**   It would have -- if they asked for no markings, would it

16:42:23  11  have complied with the building code?

16:42:26  12  **A.**   No.

16:42:27  13  **Q.**   But they didn't do that, did they?

16:42:32  14  **A.**   No.

16:42:33  15  **Q.**   They asked for specific markings in their contract with

16:42:36  16  both Knauf and Metro Resources; isn't that true?

16:42:39  17  **A.**   They asked for some specific markings, that's correct.

16:42:42  18  **Q.**   They asked that it be labeled with the ASTM certification;

16:42:45  19  isn't that correct?

16:42:46  20  **A.**   They did.

16:42:47  21  **Q.**   They asked that it be labeled with the brand name; isn't

16:42:51  22  that correct?

16:42:51  23  **A.**   They did.

16:42:52  24  **Q.**   They asked that it be labeled "Made in China"; isn't that

16:42:55  25  correct?

DEAN A. RUTILA - CROSS

16:42:56  1   **A.**   They did.

16:42:57  2   **Q.**   It was all marked that way; isn't that correct?

16:43:00  3   **A.**   That's correct.

16:43:08  4   **Q.**   So if the drywall came in and it was marked exactly the

16:43:11  5   way Interior Exterior would have expected, that's not a red

16:43:15  6   flag, is it?

16:43:16  7   **A.**   Oh, no, it's a red flag.

16:43:19  8   **Q.**   If it's labeled the way Interior Exterior expected it to

16:43:23  9   be labeled, why is that a red flag?

16:43:27  10  **A.**   It's a red flag to me as an engineer or a builder because

16:43:30  11  it doesn't have the proper labeling on it.

16:43:33  12  **Q.**   But, again, according to the standards, Interior Exterior

16:43:37  13  can ask for the label to contain specific information and, in

16:43:40  14  fact, they did?

16:43:42  15  **A.**   I agree with that.

16:43:44  16  **Q.**   So they complied with the standards; isn't that correct?

16:43:51  17  **A.**   The standard allows them to do that which they did do.

16:43:55  18  That's not the same as complying with the standard, though.

16:44:00  19  The standard still requires them to have the producer's name on

16:44:06  20  it.

16:44:07  21  **Q.**   Actually, the standard says, Unless you agree by a

16:44:12  22  contract, you have to have these conditions on the label,

16:44:14  23  right?

16:44:16  24          **MR. DUPLANTIER:**  Let's pull it up.

16:44:18  25          **THE WITNESS:**  That's what it says.

DEAN A. RUTILA - CROSS

16:44:19   1   BY MR. DUPLANTIER:
16:44:19   2   Q.   You agree with me?  They say, Unless you agree by
16:44:22   3   contract, you have to have these?
16:44:23   4        And Interior Exterior put in their contracts how they
16:44:27   5   wanted it labeled, so they actually met the standard; isn't
16:44:28   6   that right?
16:44:29   7   A.   They put things that they wanted on their label.
16:44:32   8   Q.   It came labeled that way?
16:44:34   9   A.   It came labeled that way.
16:44:35  10   Q.   That meets the standard?
16:44:37  11   A.   It's permitted under the standard.
16:44:40  12   Q.   If the contractor didn't like the way it was labeled --
16:44:44  13   like, for example, if it didn't have the size -- the contractor
16:44:47  14   could have rejected that board and sent it back to
16:44:50  15   Interior Exterior, could they not have?
16:44:52  16   A.   They could have depending on what their contract read with
16:44:55  17   Interior Exterior, but I would generally expect that would be
16:44:57  18   within their ability to do so.
16:44:59  19   Q.   In fact, the contractor is the one that's responsible for
16:45:04  20   ensuring compliance with the building code during the
16:45:08  21   construction of residential property; isn't that correct?
16:45:12  22   A.   That is true.  It's actually whoever takes out the
16:45:13  23   building permit that is required, so that's the way it's done.
16:45:18  24   So, for example, it's generally the contractor, but a homeowner
16:45:23  25   could do it -- could take the building permit itself.

DEAN A. RUTILA - CROSS

| | | |
|---|---|---|
| 16:45:26 | 1 | **Q.**   The person responsible for adhering to the building code |
| 16:45:29 | 2 | is the contractor, and if they felt the drywall was not |
| 16:45:32 | 3 | properly labeled, they should have rejected it and sent it back |
| 16:45:36 | 4 | to Interior Exterior, right? |
| 16:45:39 | 5 | **A.**   You didn't listen to my answer.  It's the person that |
| 16:45:40 | 6 | takes the building permit.  Sometimes the subcontractor who |
| 16:45:45 | 7 | buys it and the contractor, a general contractor, is the one |
| 16:45:48 | 8 | responsible.  But the point of it is that the responsible |
| 16:45:54 | 9 | person or party could have rejected it. |
| 16:46:00 | 10 | **Q.**   The responsible party is not Interior Exterior because |
| 16:46:03 | 11 | they are not taking out the building code, are they? |
| 16:46:05 | 12 | **A.**   Not in terms of the building permit, that's correct. |
| 16:46:08 | 13 | **Q.**   And, in fact, for example -- I don't know if you were here |
| 16:46:11 | 14 | yesterday for Mr. Pate's testimony.  Were you here? |
| 16:46:15 | 15 | **A.**   I was not here. |
| 16:46:15 | 16 | **Q.**   Assume for the purposes of my question that Habitat for |
| 16:46:18 | 17 | Humanity is using some drywall they bought from China and it's |
| 16:46:23 | 18 | mislabeled, but they are also the contractor, so it's their |
| 16:46:27 | 19 | responsibility to ensure that that drywall complies with the |
| 16:46:32 | 20 | building code when it's installed in the house, correct? |
| 16:46:34 | 21 | **A.**   They absolutely have that responsibility. |
| 16:46:37 | 22 | **Q.**   If they felt that it didn't comply, they either shouldn't |
| 16:46:41 | 23 | have used it or sent it back to whoever they bought it from? |
| 16:46:47 | 24 | **A.**   I think those are the same, but yes. |
| 16:46:56 | 25 | **Q.**   One of the other questions that I have is -- were you here |

DEAN A. RUTILA - CROSS

| | | |
|---|---|---|
| 16:47:03 | 1 | for Dr. Streit's testimony at least? |
| 16:47:05 | 2 | **A.**   Yes, sir. |
| 16:47:05 | 3 | **Q.**   You heard Dr. Streit, who is the chemist, saying that |
| 16:47:07 | 4 | there was not an ASTM test that would have revealed the sulfur |
| 16:47:15 | 5 | defect in this drywall.  You agree with her, right? |
| 16:47:22 | 6 | **MR. SEEGER:**  Objection, Your Honor. |
| 16:47:23 | 7 | **THE COURT:**  Why don't you ask it again.  Rephrase |
| 16:47:24 | 8 | your question. |
| 16:47:25 | 9 | **BY MR. DUPLANTIER:** |
| 16:47:26 | 10 | **Q.**   You do agree that there was no ASTM test that would have |
| 16:47:31 | 11 | tested -- for drywall that would have tested for the sulfur |
| 16:47:35 | 12 | condition that is the defect in this case? |
| 16:47:39 | 13 | **A.**   Just to make sure I am clear with the question, there's no |
| 16:47:43 | 14 | standard test for drywall that would have revealed it.  There |
| 16:47:49 | 15 | are other ASTM tests that could and that's why I would need to |
| 16:47:53 | 16 | make that clarification. |
| 16:47:55 | 17 | **Q.**   I understand that, but there's no standard test for |
| 16:47:57 | 18 | drywall, correct? |
| 16:47:57 | 19 | **A.**   No standard -- there's no standard test for drywall that |
| 16:48:00 | 20 | would have revealed the sulfur off-gassing. |
| 16:48:03 | 21 | **Q.**   So if Interior Exterior had received the test report and |
| 16:48:06 | 22 | rejected it and said, Do the test again according to the ASTM |
| 16:48:13 | 23 | drywall standards, it would -- this drywall would have never |
| 16:48:18 | 24 | been tested for the sulfur condition that's the problem in this |
| 16:48:20 | 25 | case, right? |

DEAN A. RUTILA - CROSS

16:48:23  1  **A.**   That's correct.

16:48:24  2          Now, Dr. Streit also said, however, that an observer

16:48:29  3  during those tests would have become aware of it.

16:48:32  4  **Q.**   An observer during those tests would have become aware of

16:48:36  5  it?

16:48:36  6  **A.**   Would have become aware of the sulfur off-gassing.

16:48:39  7  **Q.**   A chemist who was observing the test somehow would have

16:48:43  8  become aware of it during the test, right?

16:48:45  9  **A.**   I don't think it has to be a chemist.  It's more like that

16:48:47  10 high school student I saw that's done a test before and

16:48:52  11 recognizes something is different.

16:48:54  12 **Q.**   And you're aware that this drywall was tested by Knauf on

16:48:58  13 a regular basis and they never detected the sulfur content;

16:49:02  14 isn't that true?

16:49:07  15 **A.**   I'm not as aware of Knauf's testing.  I know they issued

16:49:14  16 what I will call *certifications*, but I'm not aware of the

16:49:17  17 testing behind those certifications.

16:49:18  18 **Q.**   Well, did you sit in the courtroom, like the rest of us,

16:49:22  19 and listen to the three hours of Mr. Martin Halbach's

16:49:27  20 testimony?

16:49:28  21 **A.**   No, I listened to about an hour of it.

16:49:30  22 **Q.**   Then you walked out of the room?

16:49:32  23 **A.**   That's right.  I had things to do.

16:49:35  24 **Q.**   Assume for the purposes of my question that Mr. Halbach

16:49:38  25 and other Knauf employees who worked in China at the Knauf

**DEAN A. RUTILA - CROSS**

| | | |
|---|---|---|
| 16:49:42 | 1 | manufacturing plant have testified that they regularly tested |
| 16:49:46 | 2 | this drywall and that they never discovered that defect. |
| 16:49:51 | 3 | Assume for the purposes of my question -- do you understand? |
| 16:49:56 | 4 | A.   I understand.  I'm with you. |
| 16:49:58 | 5 | Q.   Can you point to any person at the time, in 2005 or 2006, |
| 16:50:04 | 6 | who discovered the sulfur defect in the drywall? |
| 16:50:09 | 7 | A.   No. |
| 16:50:15 | 8 | Q.   Are you aware, Mr. Rutila -- strike that for a second. |
| 16:50:22 | 9 | The labeling issues that you raise, that has nothing |
| 16:50:25 | 10 | to do with the chemical makeup of the drywall, does it? |
| 16:50:31 | 11 | A.   Depends on which labeling issue we are talking about.  In |
| 16:50:38 | 12 | terms of compliance with the building code, that has nothing to |
| 16:50:43 | 13 | do with the chemical makeup.  I've also written and testified |
| 16:50:50 | 14 | separately on the subject of the relationship between the test |
| 16:50:56 | 15 | report in Exhibit-- I have too many exhibits here, I |
| 16:51:12 | 16 | apologize -- Plaintiffs' Exhibit 40 and the relationship |
| 16:51:20 | 17 | between that document that is the test report and the labeling |
| 16:51:25 | 18 | where you don't know that those two are related documents -- |
| 16:51:31 | 19 | the test and the drywall itself, you don't know that those two |
| 16:51:35 | 20 | are connected. |
| 16:51:39 | 21 | Q.   Are you aware of anyone in the building products industry |
| 16:51:43 | 22 | in 2005 or 2006 that was testing drywall for the sulfur |
| 16:51:52 | 23 | condition that caused the defect in this drywall? |
| 16:51:54 | 24 | A.   No. |
| 16:51:56 | 25 | MR. DUPLANTIER:  Thank you. |

| | | |
|---|---|---|
| 16:52:01 | 1 | **THE COURT:**  Any redirect? |
| 16:52:02 | 2 | **MR. BRYSON:**  Very briefly. |
| 16:52:02 | 3 | **REDIRECT EXAMINATION** |
| 16:52:03 | 4 | BY MR. BRYSON: |
| 16:52:19 | 5 | **Q.**   Mr. Rutila, Mr. Duplantier asked you about the omission of |
| 16:52:22 | 6 | the manufacturer's name from this TTP drywall.  Do you recall |
| 16:52:27 | 7 | those questions? |
| 16:52:28 | 8 | **A.**   I do. |
| 16:52:29 | 9 | **Q.**   Did you see anything in any of the purchase agreements |
| 16:52:32 | 10 | that TTP had with Metro Resources that said, Omit the |
| 16:52:36 | 11 | manufacturer's name? |
| 16:52:37 | 12 | **A.**   No, it's silent on that. |
| 16:52:40 | 13 | **Q.**   Does this board, without having the manufacturer's name on |
| 16:52:43 | 14 | it, does it comply with the building code in Louisiana? |
| 16:52:47 | 15 | **A.**   No, sir. |
| 16:52:48 | 16 | **Q.**   So is InEx selling drywall to contractors -- TTP board |
| 16:52:54 | 17 | that did not comply with the building code? |
| 16:52:56 | 18 | **A.**   That's correct.  That's what they did. |
| 16:53:02 | 19 | **Q.**   Mr. Rutila, Mr. Duplantier asked you about Mr. Halbach and |
| 16:53:04 | 20 | some questions about regularly testing for drywall over some |
| 16:53:07 | 21 | period of time; is that correct?  Do you remember those |
| 16:53:10 | 22 | questions? |
| 16:53:11 | 23 | **A.**   I do. |
| 16:53:12 | 24 | **Q.**   Has InEx or did Mr. Duplantier show you a single piece of |
| 16:53:17 | 25 | paper, a single test report from Knauf that Knauf did showing |

**DEAN A. RUTILA - REDIRECT**

| | |
|---|---|
| 16:53:23 | 1 |
| 16:53:28 | 2 |
| 16:53:30 | 3 |
| 16:53:34 | 4 |
| 16:53:39 | 5 |
| 16:53:42 | 6 |
| 16:53:44 | 7 |
| 16:53:44 | 8 |
| 16:53:45 | 9 |
| 16:53:59 | 10 |
| 16:54:00 | 11 |
| 16:54:00 | 12 |
| 16:54:01 | 13 |
| 16:54:03 | 14 |
| 16:54:07 | 15 |
| 16:54:10 | 16 |
| 16:54:14 | 17 |
| 16:54:17 | 18 |
| 16:54:18 | 19 |
| 16:54:19 | 20 |
| 16:54:21 | 21 |
| 16:54:30 | 22 |
| 16:54:34 | 23 |
| 16:54:37 | 24 |
| 16:54:39 | 25 |

1  how this wallboard was in compliance with the ASTMs?

2  **A.**   No, no one has.

3  **Q.**   To your understanding, did they sell the KPT drywall

4  without having received a single ASTM 1396 report, any ASTM

5  compliance reports?

6  **A.**   That's correct.  I haven't seen any evidence that they had

7  any.

8             MR. BRYSON:  No further questions.

9             THE COURT:  You are excused.  Thank you, sir.

10            MR. MEUNIER:  May we approach?

11            THE COURT:  Yes.

12            (The following proceedings were held at the bench.)

13            MR. MEUNIER:  Judge, the plaintiffs are prepared to

14  rest but only if we hear counsel say in front of you what they

15  have told me, which is that -- because you change back and

16  forth on this.  We want to be sure before we rest that they are

17  calling Jim Tompkins, a will-call witness, as part of their

18  case.

19            MR. DUPLANTIER:  Absolutely.

20            MR. MEUNIER:  Well, on that assurance, we will rest.

21            THE COURT:  Now, let's talk about logistics first.

22  When you rest, do you still want to call the witness or do you

23  want me to have the witness come back tomorrow?

24            MR. DUPLANTIER:  It's too late.  I don't want to be

25  keeping them past 5:00.

16:54:42  1       **THE COURT:**  I have to start at 9:00 tomorrow because

16:54:44  2  I have a criminal docket that I want to deal with.  I want to

16:54:52  3  make sure -- I don't really care.  If you are ready to do it

16:54:56  4  now, I'll take it, but if you are not --

16:54:58  5       **MR. RISLEY:**  I can do it more efficiently in the

16:55:00  6  morning.  This afternoon changed a few things.

16:55:04  7       **THE COURT:**  Let's make clear that counsel has an

16:55:09  8  opportunity to make the motions and that it will be considered

16:55:16  9  that he makes them at the appropriate time, whenever we deal

16:55:19 10  with that.

16:55:22 11       **MR. MEUNIER:**  So we will rest now.

16:55:24 12       **THE COURT:**  We will rest.

16:55:24 13       **MR. MEUNIER:**  I have a couple of exhibits to offer.

16:55:27 14       **MR. ANGELLE:**  Will we have to move our stuff for your

16:55:31 15  docket?

16:55:32 16       **THE COURT:**  Just give me a little space because I

16:55:34 17  have a couple of defendants.

16:55:42 18       **MR. DUPLANTIER:**  Be here for 9:00?

16:55:46 19       **THE COURT:**  Yes.

16:55:47 20       (End of bench conference.)

16:55:56 21       **MR. MEUNIER:**  Your Honor, that concludes the evidence

16:56:03 22  in the plaintiffs' case.  Before resting, we would like to

16:56:05 23  offer into evidence as Plaintiffs' Exhibit 1291 the CV of

16:56:11 24  Rosemary Coates.

16:56:14 25       **MR. DUPLANTIER:**  No objection to her CV.

| | |
|---|---|
| 16:56:17 | 1 |
| 16:56:21 | 2 |
| 16:56:22 | 3 |
| 16:56:24 | 4 |
| 16:56:25 | 5 |
| 16:56:27 | 6 |
| 16:56:31 | 7 |
| 16:56:35 | 8 |
| 16:56:39 | 9 |
| 16:56:41 | 10 |
| 16:56:48 | 11 |
| 16:56:52 | 12 |
| 16:56:58 | 13 |
| 16:57:04 | 14 |
| 16:57:08 | 15 |
| 16:57:12 | 16 |
| 16:57:14 | 17 |
| 16:57:20 | 18 |
| 16:57:27 | 19 |
| 16:57:33 | 20 |
| 16:57:38 | 21 |
| 16:57:42 | 22 |
| 16:57:47 | 23 |
| 16:57:52 | 24 |
| 16:57:54 | 25 |

1    **MR. MEUNIER:**  And as 1290, the CV of Lori Streit.

2    **THE COURT:**  I'll admit them.

3    **MR. MEUNIER:**  With that, plaintiffs rest their case

4    in chief.

5    **THE COURT:**  Members of the jury, we are going to stop

6    here and I ask you to come back tomorrow at 9:00.  I have a

7    brief criminal docket that I have to deal with early on, so

8    I'll start with this case at 9:00.

9    Again, please don't talk with anyone about the

10   case.  You haven't heard the whole story, so to speak, yet.  At

11   this juncture, the plaintiffs have rested and now we will start

12   the defendants' case tomorrow.  I think we are moving along

13   fairly well, and I hope that we not only keep our timetable but

14   exceed it and get the case to you earlier than we had thought

15   or anticipated.

16   Again, I remind you:  When you are outside of

17   the courtroom -- and this goes for relatives, family, friends

18   who may be coming with you or looking on -- please, be

19   conscious of the fact that you have to not be exposed to either

20   side talking about the case.  So let's position yourselves,

21   when you are outside of the courtroom, so that nobody talks

22   about the case in front of you and the same way with any

23   spectators who are relatives of yours.

24   All right.  Thank you very much.  Court will

25   stand in recess until 9:00.

16:57:59  1          **THE DEPUTY CLERK:**  All rise.

16:58:00  2              (Proceedings adjourned.)

16:58:00  3                          * * *

4                      <u>CERTIFICATE</u>

5          I, Toni Doyle Tusa, CCR, FCRR, Official Court

6  Reporter for the United States District Court, Eastern District

7  of Louisiana, do hereby certify that the foregoing is a true

8  and correct transcript, to the best of my ability and

9  understanding, from the record of the proceedings in the

10  above-entitled matter.

11

12

13                              *s/ Toni Doyle Tusa*
                                Toni Doyle Tusa, CCR, FCRR
14                              Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

                         HOURLY TRANSCRIPT