1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    ****************************************************************

5    IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
6    LIABILITY LITIGATION

7                              CIVIL DOCKET NO. 09-MD-2047 "L"
                               NEW ORLEANS, LOUISIANA
08:52AM 8                      THURSDAY, NOVEMBER 29, 2012, 8:30 A.M.

9    THIS DOCUMENT RELATES TO
     ALL CASES
10
     ****************************************************************
11

12                      **DAY 4 MORNING SESSION**
                    TRANSCRIPT OF JURY TRIAL PROCEEDINGS
13           HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
14

15
     APPEARANCES:
16

17

18   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:        HERMAN HERMAN KATZ
19                              BY:  LEONARD DAVIS, ESQUIRE
                                820 O'KEEFE AVENUE
20                              NEW ORLEANS LA  70113

21
                                GAINSBURGH BENJAMIN DAVID MEUNIER
22                              AND WARSHAUER
                                BY:  GERALD E. MEUNIER, ESQUIRE
23                              2800 ENERGY CENTRE
                                1100 POYDRAS STREET, SUITE 2800
24                              NEW ORLEANS LA  70163

25

                        **HOURLY TRANSCRIPT**

```
 1   APPEARANCES CONTINUED:

 2

 3                                    SEEGER WEISS
                                     BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 4                                         SCOTT A. GEORGE, ESQUIRE
                                     550 BROAD STREET, SUITE 920
 5                                   NEWARK, NJ  07102

 6

 7                                   WHITFIELD, BRYSON & MASON
                                     BY:  DANIEL K. BRYSON, ESQUIRE
 8                                   900 W. MORGAN STREET
                                     RALEIGH, NC  27603
 9

10                                   IRPINO LAW FIRM
11                                   BY:  ANTHONY IRPINO, ESQUIRE
                                     2216 MAGAZINE STREET
12                                   NEW ORLEANS, LA  70130

13

14
     FOR INTERIOR EXTERIOR
15   BUILDING SUPPLY, LP:            GALLOWAY JOHNSON TOMPKINS
                                     BURR & SMITH
16                                   BY:  RICHARD DUPLANTIER JR., ESQUIRE
                                          BENJAMIN R. GRAU, ESQUIRE
17                                        CARLINA C. EISELEN, ESQUIRE
                                     ONE SHELL SQUARE
18                                   701 POYDRAS STREET, SUITE 4040
                                     NEW ORLEANS, LA  70139
19

20

21   FOR THE NORTH RIVER
     INSURANCE COMPANY:              THOMPSON, COE, COUSINS & IRONS
22                                   BY:  KEVIN RISLEY, ESQUIRE
                                     ONE RIVERWAY, SUITE 1600
23                                   HOUSTON, TX 77056

24

25

                          HOURLY TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                              LOBMAN CARNAHAN BATT ANGELLE
                             & NADER
4                            BY:  SIDNEY J. ANGELLE, ESQUIRE
                             400 POYDRAS STREET, SUITE 2300
5                            NEW ORLEANS, LA 70130

6

7

8    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
9                                CERTIFIED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
10                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
11                               Cathy_Pepper@laed.uscourts.gov

12

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
13   PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                              **I N D E X**

2

3                                        PAGE

4

5    THE PLAINTIFFS HAVE RESTED........................... 754

6    MOTIONS UNDER FEDERAL RULE 50....................... 754

7    MR. RISLEY.......................................... 754

8    MR. DUPLANTIER...................................... 765

9    MR. MEUNIER......................................... 765

10   MR. RISLEY.......................................... 767

11   THE COURT........................................... 769

12   MR. RISLEY.......................................... 771

13   THE COURT........................................... 772

14   MR. RISLEY.......................................... 772

15   THE COURT........................................... 773

16   **CLAYTON GEARY**...................................... 774

17   DIRECT EXAMINATION BY MR. DUPLANTIER................ 774

18   CROSS-EXAMINATION BY MR. SEEGER..................... 823

19   REDIRECT EXAMINATION BY MR. DUPLANTIER.............. 849

20   LUNCHEON RECESS..................................... 853

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                           E X H I B I T S

2

3       DESCRIPTION                                           PAGE

4

5       EXHIBIT NUMBERS 14 AND 15............................ 790

6       EXHIBIT NUMBER 26................................... 794

7       EXHIBIT NUMBER 25................................... 795

8       EXHIBIT NUMBER 28................................... 797

9       EXHIBIT NUMBER 31................................... 799

10      EXHIBIT NUMBER 7.................................... 802

11      EXHIBIT NUMBER 8.................................... 806

12      EXHIBIT NUMBER 70.................................. 811

13      EXHIBIT NUMBER 32.................................. 820

14      EXHIBIT NUMBER 53.................................. 821

15      EXHIBIT NUMBER 1302............................... 832

16      EXHIBIT NUMBER 17.................................. 846

17      EXHIBIT NUMBER 60.................................. 851

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

**P-R-O-C-E-E-D-I-N-G-S**

THURSDAY, NOVEMBER 29, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)


(WHEREUPON, at this point in the proceedings, the jury panel is out of the courtroom.)

09:07AM    THE DEPUTY CLERK:  All rise.

09:07AM    THE COURT:  Be seated, please.  The jury is out of the courtroom.  The lawyers are present.  The plaintiffs have rested.  It's appropriate now to ask if there are any motions.

09:08AM    Any motions?

09:08AM    MR. RISLEY:  Good morning, Your Honor.  On behalf of North River, we would like to move for judgment as a matter of law, I believe, under Federal Rule 50.

09:08AM    As this court is aware, the standard of that rule is when the Court finds that a reasonable jury will not have a legally sufficient evidentiary basis to find in favor of the party, the Court can grant a directed verdict and will release the party on that issue.

09:08AM    This is a single-issue trial.  It's an issue on which the plaintiffs have the burden of proof and need a favorable finding.

09:08AM    The Court has ruled that the issue is whether

**HOURLY TRANSCRIPT**

09:08AM 1    INEX, at the time it was selling Chinese-manufactured drywall,

09:08AM 2    knew or should have known that the drywall contained the sulfur

09:08AM 3    defect that's at issue in this case.

09:08AM 4           The parties have stipulated that the drywall was

09:08AM 5    defective, that there was a sulfur condition in the board that

09:08AM 6    will, in some conditions, release sulfur gas that can corrode

09:09AM 7    silver and copper.

09:09AM 8           Now, I would like to address the actual

09:09AM 9    knowledge standard and should have known standard separately.

09:09AM 10          I think on the actual knowledge standard it's a

09:09AM 11   very simple motion.  There isn't any evidence of actual

09:09AM 12   knowledge.  In fact, the evidence is absolutely unanimous that

09:09AM 13   nobody knew of this condition at the time that INEX was selling

09:09AM 14   drywall, and it wouldn't be for ten years and there would never

09:09AM 15   be any such evidence.

09:09AM 16          So instead of saying all the things not there,

09:09AM 17   let me say, as far as actual knowledge, there has been no

09:09AM 18   attempt to establish actual knowledge by INEX.  And for that

09:09AM 19   reason, a directed verdict on the issue of whether INEX

09:09AM 20   actually knew of the defect is appropriate.

09:09AM 21        THE COURT:  Let me just respond to that.

09:09AM 22          I look to the evidence that has been adduced,

09:09AM 23   and I do believe that it's appropriate to not rule on that

09:10AM 24   particular motion.  I cite the drafters' suggestions and their

09:10AM 25   notes, which they say as follows:

**HOURLY TRANSCRIPT**

09:10AM 1          Often it appears to the Court, or to the moving

09:10AM 2    party, that a motion for judgment as a matter of law made at

09:10AM 3    the close of the evidence should be reserved for a post-verdict

09:10AM 4    decision.  This is so because a jury verdict for the moving

09:10AM 5    party moots the issue and because a pre-verdict ruling gambles

09:10AM 6    that a reversal may result in a new trial that might have been

09:10AM 7    avoided.

09:10AM 8          For these reasons, the Court may often wisely

09:10AM 9    decline to rule on a motion for judgment as a matter of law

09:10AM 10   made at the close of the evidence, and it is not inappropriate

09:10AM 11   for the moving party to suggest such a postponement of the

09:10AM 12   ruling until after the verdict has been reached.

09:11AM 13         With regard to the actual knowledge, I'm going

09:11AM 14   to wisely hold that in abeyance till we see what the jury does.

09:11AM 15   I intend to give the jury a verdict form that invites them to

09:11AM 16   decide actual knowledge and then constructive knowledge, two

09:11AM 17   different ones.  And perhaps it's moot.  If it's not mooted,

09:11AM 18   then I will take it up and I'll give each side an opportunity,

09:11AM 19   perhaps, to brief it, if that's necessary.

09:11AM 20         What's our other one?

09:11AM 21     MR. RISLEY:  Addressing the question of *should have*

09:11AM 22   *known* knowledge.  Of course, the Court's aware our position is

09:11AM 23   that it is not the standard and we won't be waiving that

09:11AM 24   position by addressing this motion.

09:11AM 25         But the cases that have allowed a constructive

**HOURLY TRANSCRIPT**

09:11AM  1    or *should have known* knowledge standard under redhibition fall

09:12AM  2    into three categories:

09:12AM  3              One is where the seller has, in fact, modified

09:12AM  4    or altered the product.

09:12AM  5              I recall a case where someone added another axle

09:12AM  6    to a truck or where someone put a new windshield into a car,

09:12AM  7    and in those cases, even though they were not only the seller,

09:12AM  8    they were treated as the manufacturer because of their conduct

09:12AM  9    in creating the defect at issue.

09:12AM 10              Now, there are also a few cases where a seller

09:12AM 11    has, in fact, done an inspection and discovered something that

09:12AM 12    put that seller on notice of the defect itself, not just

09:12AM 13    generally, but there may be something wrong with the product,

09:12AM 14    but notice of the actual defect.  And in those cases, the

09:12AM 15    courts have held that you cannot ignore what you see.  So if

09:12AM 16    you see the defect, you're charged with knowledge of it.

09:12AM 17              And there is a third line of cases, and I

09:12AM 18    mention these just because they were in the Court's order and

09:12AM 19    reasons issued last week, that involved used cars.  And if you

09:12AM 20    go back through those and you see the rationale is that the

09:13AM 21    courts will presume that someone buying and selling a used car

09:13AM 22    inspects it so you know how much to pay for it and how much to

09:13AM 23    sell it for, and because they do an actual inspection, they are

09:13AM 24    charged with knowledge of defects found during the inspection.

09:13AM 25              Now, of course, none of those three situations

**HOURLY TRANSCRIPT**

09:13AM 1    apply here.

09:13AM 2              INEX did not do anything to modify or alter the

09:13AM 3    product.

09:13AM 4              INEX did not do an actual inspection of the

09:13AM 5    chemical composition of the property or the product.  It did

09:13AM 6    not find the sulfur condition.  And we're not dealing with a

09:13AM 7    used car.

09:13AM 8              So whether you call it *should have known* or

09:13AM 9    *constructive knowledge*, under existing Louisiana redhibition

09:13AM 10   law, there is no basis for letting the jury go forward to ask

09:13AM 11   about should have known because it doesn't go within Louisiana

09:13AM 12   law.

09:13AM 13             Now, what the plaintiffs are really asking this

09:13AM 14   court to do is go beyond existing law and rewrite Louisiana law

09:13AM 15   in a way that no court has ever done before.

09:13AM 16             They want to impose a general duty on a seller,

09:14AM 17   not just to inspect or test a product, but to go wherever in

09:14AM 18   the world the product is being made and monitor the

09:14AM 19   manufacturing process, investigate every step of the process

09:14AM 20   before they can sell a product.

09:14AM 21             Now, I think there is a reason the courts have

09:14AM 22   never imposed such a burden.  It's, obviously, not realistic in

09:14AM 23   all cases, and there is no evidence that it should have been

09:14AM 24   done in this case, other than Rosemary Coates, a person who

09:14AM 25   makes her living off of doing just that, saying it should be

**HOURLY TRANSCRIPT**

09:14AM 1    done all the time.

09:14AM 2              The Court recognized in its order and reasons

09:14AM 3    last week that Louisiana courts have been unanimous in holding

09:14AM 4    that there is no general duty to inspect.  It's only if there

09:14AM 5    is something about the product that comes to the attention of

09:14AM 6    the seller that the duty to inspect may arise.

09:14AM 7              But the evidence is unanimous.  You can go

09:14AM 8    through Mr. Stoltz, Mr. Lemm, Mr. Pate, and Mr. Halbach, all of

09:14AM 9    them, all the people who know about gypsum and drywall, who

09:15AM 10   testified that prior to 2009, when this problem became

09:15AM 11   generally known, no one had ever heard of drywall releasing

09:15AM 12   sulfur at levels that could corrode metals.

09:15AM 13             It's also undisputed that this particular defect

09:15AM 14   having to do with the chemical composition of the drywall is

09:15AM 15   not noticeable from a pure physical observation of the product.

09:15AM 16             So, basically, what the plaintiffs are asking

09:15AM 17   you to do is say that the jury can be allowed to answer the

09:15AM 18   question that INEX should have known in 2005 and 2006 something

09:15AM 19   that nobody in the world knew.

09:15AM 20             Now, we disagree with the reasonable standard

09:15AM 21   that the Court has incorporated into the redhibition language,

09:15AM 22   but even applying that, there is no evidence that a reasonable

09:15AM 23   seller of drywall in 2005 and 2006 would have had the ability

09:15AM 24   to foresee the future and know something nobody else knew.

09:16AM 25             So even under reasonable standard, no reasonable

**HOURLY TRANSCRIPT**

09:16AM 1     person can be expected to know something that no one in the

09:16AM 2     world, no scientist, no building personnel, no homeowner, no

09:16AM 3     contractor, that nobody knows.

09:16AM 4          I do want to go through the specific evidence

09:16AM 5     just a little bit.  You remember during Mr. Meunier's opening

09:16AM 6     he tried to pitch this case really as a battle between

09:16AM 7     Ms. Coates and Mr. Tompkins.  He pitched Ms. Coates as his star

09:16AM 8     witnesses basically.

09:16AM 9          Now, she has no experience in the gypsum

09:16AM 10    business.  I understand she's an import expert.  Of course,

09:16AM 11    INEX is not being sued as an importer in the case.  Under the

09:16AM 12    redhibition statute, which is the only claim at issue, they are

09:16AM 13    judged as their conduct of a seller.

09:16AM 14         Now, Ms. Coates, while she said that INEX should

09:16AM 15    have gone to the plant and observed, could not herself identify

09:16AM 16    any single physical characteristic INEX would have observed

09:17AM 17    that would put them on notice of this defect.

09:17AM 18         Instead, her position is, everyone should go

09:17AM 19    every time.  But that's, obviously, then imposing a general

09:17AM 20    duty to inspect, which the Court has recognized is not proper

09:17AM 21    under Louisiana law.

09:17AM 22         But I think there are four reasons that

09:17AM 23    Mrs. Coates' testimony is of no real value here:

09:17AM 24         First, she finally admitted that her 42 steps,

09:17AM 25    which formed the basis of her testimony, are really just her

**HOURLY TRANSCRIPT**

09:17AM 1    opinions, and it's 42 steps because that's what the publisher

09:17AM 2    requires.  She did not say those were accepted standards in the

09:17AM 3    building industry.  And, in fact, they are not.  No one has

09:17AM 4    said that they are.

09:17AM 5           Now, the only actual testimony on this -- and

09:17AM 6    she also talked about not doing more of a test.  The actual

09:17AM 7    evidence on this testimony came from Mr. App, who was a freight

09:17AM 8    forwarder and licensed custom broker just like Ms. Coates, who

09:18AM 9    handled the drywall, at least the drywall that INEX bought.

09:18AM 10    And he was not at all bothered by the fact that there was not

09:18AM 11    more testing done.  His experience has been that, based upon

09:18AM 12    the documentation and the processes done by the freight

09:18AM 13    forwarder, that is sufficient to meet the obligation of a

09:18AM 14    seller.

09:18AM 15           In fact, I asked Mrs. Coates, can you identify a

09:18AM 16    single company in the world that was doing what you said they

09:18AM 17    should be doing in 2005 or 2006?  And she said she couldn't.

09:18AM 18    So while they are her opinions, they are not customs and

09:18AM 19    practices in the building material industry.

09:18AM 20           And I think perhaps the most important part

09:18AM 21    about her testimony, she fought hard not to say this, but she

09:18AM 22    finally admitted that even if INEX had done everything that she

09:18AM 23    said they should do, she couldn't tell the jury that INEX would

09:18AM 24    have found the defect.

09:18AM 25           So while she might have an opinion about what

**HOURLY TRANSCRIPT**

09:18AM 1    she thinks the appropriate testing protocol should be, it's all

09:19AM 2    kind of relevant if testing that she says should have been done

09:19AM 3    would not have revealed the defect that's at issue in this

09:19AM 4    case.

09:19AM 5              But we do have in this case evidence about

09:19AM 6    testing that was done on this board.  We have Habitat for

09:19AM 7    Humanity, who in 2009 tested the TTP drywall, specifically

09:19AM 8    because of concerns of releasing sulfur gases.  And using the

09:19AM 9    best testing lab they could find and doing what I think they

09:19AM 10   called *a ton of research*, their conclusion was that the

09:19AM 11   finished product did not off gas sulfur in detectable levels.

09:19AM 12             So if they had done the testing that was

09:19AM 13   available at that time, it would not have disclosed the defect.

09:19AM 14             We also have USG, who did what was called a

09:19AM 15   *comparative test*.  And while that was not specifically looking

09:19AM 16   for excess levels of sulfur, it was looking to compare the

09:19AM 17   Knauf product to the USG product.  And during that testing,

09:20AM 18   there was no notation of any problem with sulfur being released

09:20AM 19   from the product.

09:20AM 20             With Ms. Coates, then, we go to the two experts

09:20AM 21   that were presented yesterday afternoon, Dr. -- and I can't

09:20AM 22   remember if it's Streit or Street or Straight -- and

09:20AM 23   Mr. Rutila.  I think there was some confusing and some

09:20AM 24   conflicting testimony yesterday.

09:20AM 25             For example, Mr. Rutila said that if INEX had

**HOURLY TRANSCRIPT**

09:20AM 1    done the testing that Dr. Streit had recommended, he thinks

09:20AM 2    INEX would have found the defect.  But Dr. Streit actually

09:20AM 3    said, no, she was not saying INEX should have done any testing.

09:20AM 4            Mr. Rutila also admitted that there was no

09:20AM 5    testing under the ASTM standards protocol for excess sulfur in

09:20AM 6    2005 and 2006, and that those were the standards in the

09:20AM 7    industry.  So the ASTM testing would not have disclosed the

09:21AM 8    defect that's at issue in this case.

09:21AM 9            We know that when the product was tested two

09:21AM 10   times, it's shown no evidence of this defect.

09:21AM 11           Now, both Dr. Streit and Mr. Rutila made some

09:21AM 12   reference to a chamber test that they said would have made it

09:21AM 13   clear to INEX or an expert or anyone in the room where the

09:21AM 14   testing was done, that sulfur gas was being released.

09:21AM 15           Now, there's three deficiencies in that

09:21AM 16   testimony:  First, even though they said that testing would

09:21AM 17   have disclosed the defect, there is no indication that that

09:21AM 18   testing is comparable to the conditions that exist when drywall

09:21AM 19   is placed into a house.  I don't know how taking a piece of

09:21AM 20   drywall and subjecting it to extreme heat in a short period of

09:21AM 21   time tells anybody how the drywall performs when it's installed

09:22AM 22   in a house.  So the test that they are saying is not similar to

09:22AM 23   the conditions that existed in the real world.

09:22AM 24           Secondly, even though that test might have

09:22AM 25   showed that under extreme conditions sulfur gas could be

**HOURLY TRANSCRIPT**

09:22AM 1  released from drywall, that did not show by itself that that

09:22AM 2  sulfur gas in a household environment would corrode silver and

09:22AM 3  metal.

09:22AM 4          In fact, we know that it doesn't do that in all

09:22AM 5  cases, because you heard testimony that half of the Knauf

09:22AM 6  drywall was used in China with no reports of corrosion.  And we

09:22AM 7  know that it in this case, I believe it's Ms. LeBlanc's house

09:22AM 8  has not had problems.  She was not aware of any issue until

09:22AM 9  Habitat came to her and said we need to test your house.

09:22AM 10          So the fact that under some conditions the

09:22AM 11  drywall released the sulfur does not prove to anybody that when

09:22AM 12  you put it in a house under different conditions, metal will

09:23AM 13  corrode.

09:23AM 14          And finally, while Dr. Streit and Mr. Rutila

09:23AM 15  suggested that if INEX had done this type of test or had

09:23AM 16  someone do it for them, they might have discovered the defect,

09:23AM 17  no one said that a reasonable seller in INEX's position would

09:23AM 18  do that.

09:23AM 19          So in terms of the issue in this case, the

09:23AM 20  chamber test is not similar, it's not conclusive, and there is

09:23AM 21  no evidence that a reasonable person would have done it.

09:23AM 22          Now, I think it's pretty obvious that if

09:23AM 23  plaintiffs could go that last step and have someone say, and

09:23AM 24  this test would have been done by a reasonable seller and given

09:23AM 25  them notice of a potential defect, they would provide it to

**HOURLY TRANSCRIPT**

09:23AM 1    you.

09:23AM 2                 The reason they can't comes back to the basic

09:23AM 3    fact that this jury is going to be asked to find, if the Court

09:23AM 4    does not grant this motion, that INEX was unreasonable in not

09:24AM 5    knowing a defect that the best scientific minds in the world

09:24AM 6    didn't know.

09:24AM 7                 And, in fact, when this question of corrosion

09:24AM 8    came up, it still took the experts months and months, or a year

09:24AM 9    or two, to figure out the cause of it.

09:24AM 10                So to put that burden of inquiry on INEX is not

09:24AM 11   a reasonable thing to do; and therefore, even under a *should*

09:24AM 12   *have known* standard, there is no evidence that INEX acted

09:24AM 13   improperly.  And for those reasons, we ask that a judgment as a

09:24AM 14   matter of law be entered.

09:24AM 15             THE COURT:  Thank you very much.

09:24AM 16             MR. DUPLANTIER:  Judge, on behalf of

09:24AM 17   Interior Exterior, we join in the motion that was just made by

09:24AM 18   North River.

09:24AM 19             THE COURT:  You may respond briefly.

09:24AM 20             MR. MEUNIER:  May it please the Court, Jerry Meunier

09:24AM 21   for the Plaintiffs.  The Court previously has decided in a

09:24AM 22   ruling on *Motions in Limine* that the questions be answered by

09:24AM 23   the fact finders here as to whether INEX knew or should have

09:24AM 24   known of the defectiveness of the Chinese Drywall at the time

09:24AM 25   of the sale to the four plaintiffs, and we believe that

**HOURLY TRANSCRIPT**

09:24AM 1    standard is entirely correct and consistent with the language

09:24AM 2    of Article 2545 and the case law thereunder.

09:25AM 3               Your Honor, in regard to either actual or

09:25AM 4    constructive knowledge, I hope it's not necessary for me now to

09:25AM 5    give preview of my closing argument and I won't do so.  I'll be

09:25AM 6    very brief.

09:25AM 7               The critical fact here is that INEX chose to

09:25AM 8    source and sell the product from China.  And, you know, the

09:25AM 9    constructive knowledge fault of a seller has to be a factually

09:25AM 10   determinable issue.  If you're selling eggs, that's different

09:25AM 11   from selling explosives.  If you're selling eggs locally,

09:25AM 12   that's different from selling eggs from a source that might be

09:25AM 13   problematic.

09:25AM 14              So Counsel's efforts to try to say constructive

09:25AM 15   knowledge cases can only fall into this, that, or the other

09:25AM 16   category is flawed because the facts have to determine what a

09:25AM 17   seller knew or should have known, and what a seller should have

09:25AM 18   known has to be determined by what is being sold and under what

09:25AM 19   circumstances.

09:25AM 20              You know, there's ample evidence presented by

09:26AM 21   the plaintiffs that in this case, both by the rules enunciated

09:26AM 22   by Rosemary Coates and by the rules you're going to hear

09:26AM 23   enunciated by Dr. James Tompkins, INEX failed to act reasonably

09:26AM 24   and pursuantly in sourcing Chinese drywall both as to KPT and

09:26AM 25   TTP, and that had it done so -- had it done so, it is more

**HOURLY TRANSCRIPT**

09:26AM 1   likely than not they would have discovered the defect of this

09:26AM 2   product based not on fancy but technological testing so much as

09:26AM 3   the simple factory audit conducted with the human nose.

09:26AM 4        And arguably had they done so, this product

09:26AM 5   never would have left China, never would have entered the homes

09:26AM 6   of these four plaintiffs.  And, therefore, we think the jury

09:26AM 7   reasonably may find from the evidence that the defendant should

09:26AM 8   have known that this drywall was defective at the time it was

09:26AM 9   sold.

09:26AM 10       Your Honor, as to the actual knowledge, we

09:26AM 11  certainly don't see the evidence in that regard as strong as

09:26AM 12  the evidence on constructive knowledge.  But, just for record,

09:27AM 13  there is evidence in this case that the defendant had actual

09:27AM 14  knowledge of gypsum quality problems associated with the

09:27AM 15  imported drywall, and the Chinese drywall in particular, and

09:27AM 16  based on complaints of heaviness and brittleness.  And

09:27AM 17  certainly the jury may also infer that there was a smell

09:27AM 18  associated with the drywall at the time INEX was selling it.

09:27AM 19       Since all of that deals with the quality of the

09:27AM 20  gypsum, I think there is a basis for the jury to conclude that

09:27AM 21  INEX knew it at the time it sold it.  So for all those reasons,

09:27AM 22  we don't think the standards are met here for the granting of

09:27AM 23  the motion that's urged by the defendant.

09:27AM 24       MR. RISLEY:  Can I make three quick points,

09:27AM 25  Your Honor?  Number 1, I'm not sure I agree with Mr. Meunier's

**HOURLY TRANSCRIPT**

09:27AM 1    eggs or explosives example, but I think it makes a good point.

09:27AM 2    Obviously, if you're importing explosives, you know they can

09:27AM 3    cause damage.  How you handle explosives, how you store them,

09:27AM 4    how you transfer them is different than how you transfer and

09:28AM 5    store eggs.

09:28AM 6            Well, in this case nobody knew that drywall

09:28AM 7    could do what this drywall did.  So in terms of reasonableness,

09:28AM 8    which is his language, drywall was not considered to be a

09:28AM 9    problem material so no one could have anticipated this.

09:28AM 10           Number 2 -- and I think this is really one of

09:28AM 11   the main defects in their case -- I know Mr. Meunier was being

09:28AM 12   brief and will probably have more to say at a different time,

09:28AM 13   but he pointed to the questions about smell and brittleness to

09:28AM 14   say there were quality problems in the drywall.

09:28AM 15           Well, the evidence is that while some installers

09:28AM 16   don't like that as much, it still is drywall that serves its

09:28AM 17   intended purpose.  It can be used.  None of that goes to the

09:28AM 18   defect in this case.  So their constructive knowledge argument

09:28AM 19   has now expanded yet another step, not constructive knowledge

09:28AM 20   of this defect, but constructive knowledge of a reason some

09:28AM 21   people don't like a product and, therefore, that's somehow

09:29AM 22   supposed to put us on notice of a completely different issue

09:29AM 23   with the board.

09:29AM 24           Number 3, as I listened to his argument, it's

09:29AM 25   become clear that the plaintiffs never intended to try a

**HOURLY TRANSCRIPT**

09:29AM 1    redhibition case in this courtroom.  They have tried to turn

09:29AM 2    this into a negligence case.  They've abandoned that cause of

09:29AM 3    action.  And if the Court allows them to try a negligence case

09:29AM 4    without allowing INEX to have the defenses available, including

09:29AM 5    proportionate responsibility and the responsibility of Knauf or

09:29AM 6    TTP determined, then we've not tried the case the Court wanted

09:29AM 7    us to try.

09:29AM 8              THE COURT:  Thank you very much.

09:29AM 9              The issue really comes out of the difficulty

09:29AM 10   with Article 2545.  It uses the term *knowledge* and adopts the

09:29AM 11   concept called *redhibition*, which we inherited from the Roman

09:30AM 12   law as filtered through the Napoleonic code.  The question is

09:30AM 13   what's included knowledge?  And there's a plethora of cases

09:30AM 14   that I have read that expands the concept of knowledge to

09:30AM 15   include not only actual knowledge, but constructive knowledge.

09:30AM 16              Now, true, the fact patterns are different than

09:30AM 17   this fact pattern.  I didn't find any case that had a drywall

09:30AM 18   as its fact pattern.  But there is enough diversity in the fact

09:30AM 19   patterns and the language used in those cases to convince me

09:30AM 20   that the proper standard is *know or should have known*, that is

09:30AM 21   to say, actual knowledge as well as constructive knowledge.

09:30AM 22              With regard to the *should have known* aspect of

09:30AM 23   the case which we're focused on now, it's to me the question of

09:30AM 24   what a person knew.  What a person knew may be factually based,

09:30AM 25   but what they should have known is a little more problematic.

**HOURLY TRANSCRIPT**

09:31AM  1    You can't say that they should have known something without

09:31AM  2    having some kind of standard for it, and the standard to me is

09:31AM  3    reasonableness.

09:31AM  4            What is reasonable?  What is reasonable to

09:31AM  5    expect a seller to check on their product before they sell

09:31AM  6    their product?

09:31AM  7            The whole concept of redhibition is to focus on

09:31AM  8    the ultimate consumer, to make the consumer at least receive

09:31AM  9    some remuneration from purchasing a defective product.  It's

09:31AM 10    not a *caveat emptor* concept.

09:31AM 11            Reasonableness is really factually based.  It's

09:31AM 12    pregnant with facts.  What is reasonable is pregnant with

09:31AM 13    facts.  It's in the eye of the beholder.

09:32AM 14            The evidence in this case clearly is that INEX

09:32AM 15    had some prior experience with defective drywall.  Different

09:32AM 16    defect.  Brittleness, bubbling of the paper, totally completely

09:32AM 17    different defect.  But they did have some bad experience with

09:32AM 18    foreign or Chinese drywall in the past.

09:32AM 19            Maybe it was for that reason that they sent

09:32AM 20    somebody over or suggested that somebody go over or have

09:32AM 21    somebody go over.  But when they went over and they're there,

09:32AM 22    either at the factory or in the vicinity of the factory -- the

09:32AM 23    evidence is not really clear -- they don't do anything other

09:32AM 24    than pay a courtesy call basically.

09:32AM 25            Also, they have an opportunity to -- they're

**HOURLY TRANSCRIPT**

09:33AM 1   brought over for them to inspect a pallet.  One would wonder,

09:33AM 2   well -- I'm sure we'll hear this in closing argument -- whether

09:33AM 3   or not at that point the person should have taken a sample back

09:33AM 4   and said, "Thank you for letting me see it, but now let me take

09:33AM 5   a little piece of it back on the plane and see how it

09:33AM 6   functions."

09:33AM 7          I don't know whether that's reasonable or not

09:33AM 8   reasonable, but I do see that there is an opportunity there.  I

09:33AM 9   look at the witness testifying yesterday, and she says that she

09:33AM 10  finds it odd that INEX went over to count the boards and took a

09:33AM 11  certificate that had some blanks that were not filled in and

09:33AM 12  does not take back a sample.

09:33AM 13         Her opinion is that INEX should have gone to the

09:33AM 14  plant, monitored the process.  If they had done that, in her

09:34AM 15  opinion, they would have found something.

09:34AM 16         Now, I make no judgment on that, that's not my

09:34AM 17  job, but it seems to me that that that scenario introduces into

09:34AM 18  the record at least a fact or some facts that have to be

09:34AM 19  weighed by a competent jury.

09:34AM 20         So for all of those reasons, as well as the

09:34AM 21  reasons that I wrote in my opinion dealing with the standard,

09:34AM 22  I'm going to deny that motion.

09:34AM 23      MR. RISLEY:  Can I make three quick points,

09:34AM 24  Your Honor, less than a minute?

09:34AM 25         THE COURT:  Sure.

**HOURLY TRANSCRIPT**

09:34AM 1      MR. RISLEY:  First, you just referenced Dr. Streit's

09:34AM 2 testimony.  She's a chemist.  She is not an importer.  She's

09:34AM 3 not a gypsum expert.  So her opinion, if that's what the

09:34AM 4 Court's relying on, is outside of the area of her designation.

09:34AM 5      THE COURT:  Okay.

09:34AM 6      MR. RISLEY:  Number 2, the Court mentioned that INEX

09:34AM 7 had prior experience with defective drywall.  We respectfully

09:34AM 8 disagree with that.  They had prior experience with the drywall

09:34AM 9 that was heavy and brittle, but it's not defective.  Defective

09:35AM 10 makes it (indicating) so it can't be used for its intended

09:35AM 11 purpose.  That drywall works just fine.  It's not defective

09:35AM 12 drywall.

09:35AM 13      THE COURT:  It works just fine if you don't put it on

09:35AM 14 a ceiling.  If you put it on a ceiling, it falls off the

09:35AM 15 ceiling.  Now, it may not break when it falls off.  It

09:35AM 16 probably -- if nobody was there, it doesn't hit them.  But I

09:35AM 17 wouldn't think that that would qualify as not defective, if it

09:35AM 18 falls off the ceiling when you put it up.

09:35AM 19      MR. RISLEY:  If this case were about drywall falling

09:35AM 20 off the ceiling, I'd be addressing that differently.

09:35AM 21      THE COURT:  Sure.

09:35AM 22      MR. RISLEY:  The point is that the heavy brittle

09:35AM 23 drywall was used and did not release sulfur gasses, so far from

09:35AM 24 being notice of a defect, that shows actually that those

09:35AM 25 qualities in drywall is not proof of a defect.

**HOURLY TRANSCRIPT**

09:35AM 1          THE COURT:  Sure.

09:35AM 2          MR. RISLEY:  Finally, I would also point out that

09:35AM 3     under the redhibition statute, that not just the seller has

09:35AM 4     liability.  The statute makes a difference between the seller

09:35AM 5     and the manufacturer and imposes constructive knowledge on the

09:36AM 6     manufacturer.

09:36AM 7               That's the decision the Legislature made, and

09:36AM 8     I'm afraid what the Court has done has now put every seller in

09:36AM 9     the position of a manufacturer.

09:36AM 10         THE COURT:  Well, that's why we have the

09:36AM 11    Fifth Circuit.  If they agree with you, then I understand it.

09:36AM 12    If they don't, then hopefully you'll understand it.

09:36AM 13         MR. RISLEY:  Thank you for listening to me,

09:36AM 14    Your Honor.

09:36AM 15         THE COURT:  Sure.  Thank you very much.

09:36AM 16              I'll take a five-minute break.

09:36AM 17         THE DEPUTY CLERK:  All rise.

09:45AM 18         (WHEREUPON, at 9:36 a.m. the Court took a recess.)

09:45AM 19         THE COURT SECURITY OFFICER:  All rise.

09:45AM 20         (WHEREUPON, at 9:45 a.m. the jury panel enters the

09:45AM 21    courtroom.)

09:45AM 22         THE DEPUTY CLERK:  All rise.

09:45AM 23         THE COURT:  Be seated, please.  Good morning, ladies

09:45AM 24    and gentlemen.

09:45AM 25              I'm sorry we're a little late.  As I mentioned

**HOURLY TRANSCRIPT**

09:45AM 1   to you, I had a criminal docket this morning, but after that, I

09:45AM 2   worked with the lawyers on various motions that I had to deal

09:45AM 3   with, so we were not just wasting time.  We were all getting

09:46AM 4   some work done.

09:46AM 5        As you will recall, the plaintiff has rested,

09:46AM 6   and now we'll hear from the defendant.

09:46AM 7        MR. DUPLANTIER:  Thank you, Your Honor.  We are going

09:46AM 8   to call Clay Geary to the stand.

09:46AM 9        THE DEPUTY CLERK:  Would you please raise your right

10   hand.  Do you solemnly swear that the testimony you are about

11   to give will be the truth, the whole truth and nothing but the

12   truth, so help you God?

13        THE WITNESS:  I do.

14                         **CLAYTON GEARY**

15    was called as a witness and, after being first duly sworn by

16    the Clerk, was examined and testified on his oath as follows:

17        THE DEPUTY CLERK:  Please have a seat and state and

18   spell your name for the record.

09:46AM 19        THE WITNESS:  Clayton Geary, C-L-A-Y-T-O-N,

09:46AM 20   G-E-A-R-Y.

09:46AM 21                      DIRECT EXAMINATION

09:46AM 22   BY MR. DUPLANTIER:

09:46AM 23   Q.   Good morning, Clay.

09:46AM 24   A.   Good morning.

09:46AM 25   Q.   Can you, just to give us some background, tell the jury a

                         **HOURLY TRANSCRIPT**

09:46AM 1    little bit about yourself personally.

09:47AM 2    A.   Married, three children.  I went to school at LSU.  Got a

09:47AM 3    BS in finance.  Then went on to Tulane, got an MBA.  And then I

09:47AM 4    started in this business.  That was 1986 when I started in this

09:47AM 5    business.

09:47AM 6    Q.   What year did you get your MBA, Mr. Geary?

09:47AM 7    A.   '86.

09:47AM 8    Q.   And when you say you *started in this business*, what

09:47AM 9    business did you start in when you finished your MBA?

09:47AM 10   A.   In the drywall, acoustical supply business.

09:47AM 11   Q.   Tell us a little bit about the business.  We know that

09:47AM 12   it's been called *Interior Exterior Building Supply* during this

09:47AM 13   trial.  Tell us a little bit about the background of the

09:47AM 14   business.

09:47AM 15   A.   There was a predecessor company that started in 1965.  My

09:47AM 16   dad started the company.  And there was a family reorganization

09:47AM 17   and my sister got out, and so we had a name change and a new

09:47AM 18   company was actually formed in 2001.  But, you know, the same

09:48AM 19   type of operation since 1965.

09:48AM 20   Q.   What was your father's name?

09:48AM 21   A.   Cyril Geary.

09:48AM 22   Q.   He operated the company before you and your brothers took

09:48AM 23   over?

09:48AM 24   A.   Actually, he did not.  He had a man who ran it for him.

09:48AM 25   He was a contractor himself.

**HOURLY TRANSCRIPT**

09:48AM 1    Q.   When you got involved in the company in 1986, were any of

09:48AM 2    your brothers and sisters involved in the company?

09:48AM 3    A.   Jim had already been there.

09:48AM 4    Q.   Jim?

09:48AM 5    A.   My brother.

09:48AM 6    Q.   And where were you located when you began working with the

09:48AM 7    company in 1986?

09:48AM 8    A.   Well, we had actually just moved.  We were right by the

09:48AM 9    Superdome.  Actually, there is a building there and the state

09:48AM 10   appropriated the land, and we moved to another building on

09:48AM 11   Tulane Avenue and been there ever since.

09:48AM 12   Q.   Tell me where the company is located.

09:48AM 13   A.   We're right off the corner of Tulane and Carrollton, about

09:48AM 14   two blocks from that intersection as you're heading towards

09:49AM 15   downtown.

09:49AM 16   Q.   And that's where you've been since which year?

09:49AM 17   A.   Since 1986.

09:49AM 18   Q.   In 1986 when you started with the company, was it just

09:49AM 19   your brother Jim that was involved in the company at that point

09:49AM 20   or did it change?

09:49AM 21   A.   No.  Jim was involved at that time.

09:49AM 22   Q.   How about any of your other brothers?

09:49AM 23   A.   No, no.  Always Jim and I.

09:49AM 24   Q.   When you started with the company in 1986, how many

09:49AM 25   branches did you have?

**HOURLY TRANSCRIPT**

09:49AM 1    A.   We had three.  We had New Orleans, which is where it all

09:49AM 2    started, and we had opened up Baton Rouge in 1982.  And then

09:49AM 3    Mobile was opened in 1985.  So we had three when I started.

09:49AM 4    Q.   And over the years the company has grown?

09:49AM 5    A.   It has.  It has.  Currently we have 14 branches covering

09:49AM 6    parts of Texas, Louisiana, Mississippi, and Alabama.  At the

09:50AM 7    time when all this was occurring, we had eight branches.

09:50AM 8    Q.   How about in 1999?  There has been some discussion in 1999

09:50AM 9    and 2000.  Was the company in Texas at that time?

09:50AM 10   A.   No, we were not.  We were not in Houston, Texas.

09:50AM 11        I know a gentleman talked about bringing in Polish

09:50AM 12   board, I think he said from Poland.  We did not bring in any

09:50AM 13   Polish board.  We were not even in Houston, Texas, at that

09:50AM 14   time, so we couldn't have possibly sold any imported board at

09:50AM 15   that time.

09:50AM 16   Q.   But you have sold imported board before the Chinese board?

09:50AM 17   A.   We did.  We bought -- in 1999, 2000 there was a hard

09:50AM 18   allocation.  An allocation is when a manufacturer basically

09:50AM 19   can't produce enough product.  It's a supply and demand

09:50AM 20   problem.

09:50AM 21        So we bought from a company called *Boral Gypsum*, some

09:50AM 22   product out of Indonesia.  And we bought from a company called

09:50AM 23   *SCT*, a product out of Thailand.

09:51AM 24        And everybody is talking about this heaviness issue.

09:51AM 25   We knew it going in.  It was a heavier product.  We were aware

**HOURLY TRANSCRIPT**

09:51AM 1    of it.  We had to know that because we had to transport the

09:51AM 2    product from the dock to our warehouses, so we had to figure

09:51AM 3    out how much weight we could carry on a truck, on an

09:51AM 4    18-wheeler.  So it wasn't a surprise to us it was heavier.

09:51AM 5          My understanding is that the brittleness is caused by

09:51AM 6    more gypsum in the product.  In the United States they've tried

09:51AM 7    to make the product lighter, so that people, when they are

09:51AM 8    hanging it, it's easier to hang.  They don't have to hold it

09:51AM 9    up.  It's not very fun to pick up a piece of drywall.

09:51AM 10         My understanding is they've added fillers to it,

09:51AM 11   where there is more gypsum in the product from overseas.

09:51AM 12   Q.   Let's -- I don't want to just focus on drywall for the

09:51AM 13   moment.  Talk to the jury about the scope of the products that

09:51AM 14   you sell as a company, Interior Exterior Building Supply, what

09:51AM 15   do you sell?

09:52AM 16   A.   They center predominantly around four different product

09:52AM 17   lines:  They sell drywall.  They sell acoustical ceilings.  We

09:52AM 18   sell metal studs.  And we sell insulation.

09:52AM 19         Going into that, you have a lot of -- multitude of

09:52AM 20   products.  You know, there are a lot more types of drywall than

09:52AM 21   you probably want to hear about.  There is fire code drywall.

09:52AM 22   There is regular drywall that you're talking about here.  There

09:52AM 23   is exterior sheathing.  There is moisture resistance, different

09:52AM 24   sizes, different thickness.

09:52AM 25         There's steel studs, different widths, lengths,

**HOURLY TRANSCRIPT**

09:52AM 1    gauges of steel.

09:52AM 2            Then you have acoustical ceilings.  Obviously,

09:52AM 3    different, you know, properties of those tiles, 2 by 2, 2 by 4,

09:52AM 4    12 by 12 thicknesses, patterns.

09:52AM 5            Insulation, you know, we predominantly handle the

09:52AM 6    commercial and residential insulation -- paper faced that you

09:52AM 7    might use in your home, foil faced, fireproof.

09:52AM 8            Then you have ancillary products like joint

09:52AM 9    treatment, mud that you put on the wall for drywall.  We have

09:52AM 10   corner bead.  We have nails and screws and fasteners of all

09:53AM 11   types.

09:53AM 12           So we'll really have those four product lines, but

09:53AM 13   you have a lot of ancillary products that go along with it.

09:53AM 14   Q.   All building -- all products used in the construction of a

09:53AM 15   building?

09:53AM 16   A.   Yeah.  It's mainly -- mainly an interior construction, a

09:53AM 17   little bit of exterior, but mainly interior construction.  We

09:53AM 18   don't sell predominantly to, say, a general contractor.  We

09:53AM 19   sell more to a subcontractor, to the guy who comes into this

09:53AM 20   courtroom and is doing this -- the walls or the ceilings is

09:53AM 21   mainly -- is our focus, is walls and ceilings.

09:53AM 22   Q.   Does Interior Exterior make any of its own products?  Do

09:53AM 23   you manufacturer any of your own products?

09:53AM 24   A.   We don't manufacturer any products.  We never have.  We

09:53AM 25   don't fabricate anything.  We don't cut.  We don't paint even.

**HOURLY TRANSCRIPT**

09:53AM 1          We're a strict, I guess what you would call a

09:53AM 2    distributor.  We buy product, we warehouse it, and then we send

09:53AM 3    it out on our trucks.

09:53AM 4          One thing we do is we have -- a big part of our

09:54AM 5    business has become a service business where you use labor to

09:54AM 6    go out and *stock a job*, we call it, whether that's a house or a

09:54AM 7    high-rise building.

09:54AM 8          They may want 100 sheets of drywall on the first

09:54AM 9    floor and 50 sheets on the second floor or, you know,

09:54AM 10   12th floor.  One Shell Square might need 80 sheets because they

09:54AM 11   are redoing the floor.

09:54AM 12         So it is a bit of a service industry as well.

09:54AM 13   Q.   The service industry to the contractors that you're

09:54AM 14   selling, is that you're actually putting the drywall on certain

09:54AM 15   floors, is that my understanding?

09:54AM 16   A.   Yes.  And then we also have specialized equipment.  We

09:54AM 17   have a boom -- we call it a *boom truck*, which is these trucks

09:54AM 18   that will boom up into the air, that will get up to probably

09:54AM 19   the eighth floor of a building, so that a guy doesn't have to

09:54AM 20   get into an elevator or carry it up the stairs.  He's trying

09:54AM 21   to -- it's an easier way to get it into the building without

09:54AM 22   physically manhandling it.

09:54AM 23   Q.   Are you familiar with the other building supply companies

09:55AM 24   in this region?

09:55AM 25   A.   Yes.

**HOURLY TRANSCRIPT**

09:55AM  1    Q.    How are -- why are you familiar with them?

09:55AM  2    A.    Well, we compete with them.  You know, USG has been

09:55AM  3    mentioned.  You know, they are a manufacturer and also a

09:55AM  4    competitor.  They, through their subsidiary, L&W Supply, are

09:55AM  5    the largest drywall distributor in the country.  They bought

09:55AM  6    quite a bit of this KPT board as well.

09:55AM  7         We compete with them in numerous markets.  I believe

09:55AM  8    at one time they had 260 branches throughout the country.

09:55AM  9         The product -- you have to understand, the product we

09:55AM 10    sell is very freight intense.  It's very heavy.  So I can't

09:55AM 11    put, you know, 200 -- it's also very inexpensive relatively, so

09:55AM 12    I can't put, you know, 100 sheets of drywall and send it to

09:55AM 13    Memphis and make any money.  If you go more than a couple hours

09:55AM 14    radius from your branch, it's -- you can't make money doing it.

09:55AM 15    Q.    And is that one of the reasons why the company has kind of

09:56AM 16    branched out across the Gulf South, to have branches in those

09:56AM 17    locations?

09:56AM 18    A.    Exactly.  We have branches, you know, New Orleans and

09:56AM 19    Mandeville.  That's pretty close.  You know, Baton Rouge we

09:56AM 20    have a branch.  So it's just, like I said, a very

09:56AM 21    freight-intensive product.  It doesn't make sense to deliver it

09:56AM 22    too far.  I doesn't pay to do that.

09:56AM 23    Q.    How is the company structured?  Are you personally

09:56AM 24    involved in the company?  How is the company structured?  How

09:56AM 25    do you do business?

**HOURLY TRANSCRIPT**

09:56AM 1    A.    How do we do business?

09:56AM 2    Q.    Yes.

09:56AM 3    A.    Well, we have branches, and the main structure is at a

09:56AM 4    branch we will have a branch manager.  We'll have outside

09:56AM 5    salesmen, inside salesmen.  We'll have warehousemen, the

09:56AM 6    laborers and drivers.  And then in New Orleans, we have what we

09:56AM 7    call our, I guess, our corporate office.  That's on

09:56AM 8    Tulane Avenue.  And we have our accounting department, our

09:56AM 9    credit department.  We have a purchasing agent.  We have an HR

09:57AM 10   person, safety manager, and then Jim and I.

09:57AM 11   Q.    Are you and Jim actively involved in the business?

09:57AM 12   A.    Every day.

09:57AM 13   Q.    And does that involve, not just the New Orleans branch,

09:57AM 14   but other branches?

09:57AM 15   A.    Yeah.  I mean, for a long time Jim and I were on the sales

09:57AM 16   floor in New Orleans.  As a matter of fact, when I first

09:57AM 17   started, I would say probably -- I started '86.  I would say

09:57AM 18   probably '88 we lost a manager in Baton Rouge, and I remember

09:57AM 19   commuting back and forth because we didn't have someone that we

09:57AM 20   felt comfortable in that position, so we commuted back and

09:57AM 21   forth to be the branch manager there until we hired someone

09:57AM 22   else.

09:57AM 23         But we oversee the branch -- the branch managers run

09:57AM 24   the branches themselves.  And then they call us and they bounce

09:57AM 25   things off of us, ask our opinion, ask questions, and so forth,

**HOURLY TRANSCRIPT**

09:57AM 1    we try and help them along.

09:57AM 2    Q.   Each branch has its own warehouse; is that correct?

09:57AM 3    A.   They do.  They do.  They vary in sizes depending on the

09:58AM 4    branch.  We have very small branches.  We have one in Foley,

09:58AM 5    Alabama, which is very small.  New Orleans tends to be a little

09:58AM 6    bigger branch than some of the others.

09:58AM 7             So they're kind of all different sizes depending on

09:58AM 8    how big the market is and how much market share we have in that

09:58AM 9    locale.

09:58AM 10   Q.   Where is the warehouse actually located for the

09:58AM 11   New Orleans branch?

09:58AM 12   A.   It's on Tulane Avenue.  And we're right, like I said, off

09:58AM 13   the corner of Tulane and Carrollton.  On one side of the

09:58AM 14   building we have the sales office and the warehousing

09:58AM 15   operations, and on the other side of the building, I guess,

09:58AM 16   what I call corporate.  It's not like a huge corporate company.

09:58AM 17   I can tell you, we probably have 16 people or 18 people in what

09:58AM 18   we call corporate, and, as I mentioned, was accountants,

09:58AM 19   accounting people and purchasing, credit, HR, and so forth.

09:58AM 20   Q.   Are you able to go into the warehouse from your office?

09:58AM 21   A.   Yes.  Yes.

09:58AM 22   Q.   How often?

09:59AM 23   A.   It's one building.  And we built out one side for -- like

09:59AM 24   I said, for the sales office on one side of the building.

09:59AM 25   We're on the other side of the building.  So Jim and I are --

**HOURLY TRANSCRIPT**

09:59AM 1    you know, access to the warehouse anytime we want to go down

09:59AM 2    there.

09:59AM 3    Q.   How often are you in there?

09:59AM 4    A.   We go there quite a bit, whether it's just to go across to

09:59AM 5    talk to the branch manager or talk to the warehouse manager.

09:59AM 6    So we're in and out of there a decent bit.

09:59AM 7    Q.   Well, let's talk about drywall.  How long have you been

09:59AM 8    selling drywall?

09:59AM 9    A.   Since -- I can't go back to '65, but since I've been there

09:59AM 10   we have been selling drywall.

09:59AM 11   Q.   What are the characteristics that you're looking for when

09:59AM 12   you purchase drywall?

09:59AM 13   A.   When they unload an 18-wheeler -- we get most of our loads

09:59AM 14   by 18-wheeler.  In some branches we get railcars, but that's

09:59AM 15   not very much in the big picture.  So, basically, for the

10:00AM 16   visual, no problems with it.  Is it beat up?  Was there

10:00AM 17   forklift damaged when it was loaded at the plant?  Are there

10:00AM 18   any bubbles or paper peeling or out of square, anything like

10:00AM 19   that?

10:00AM 20          But it's -- you know, it's all visual.  It's visual

10:00AM 21   inspection.

10:00AM 22   Q.   How many brands of drywall have you sold over the years?

10:00AM 23   A.   Numerous.  Numerous.  Sold USG.  We sold American Gypsum,

10:00AM 24   National Gypsum, Temple-Inland, CertainTeed, Panel Rey.  We

10:00AM 25   imported, like I said, Boral Gypsum and SCT.  But, once again,

**HOURLY TRANSCRIPT**

10:00AM  1    that was a very small window in '99, 2000.

10:00AM  2    Q.   Typically are you able to get the drywall from U.S.

10:00AM  3    manufacturers?

10:00AM  4    A.   Yes.  It's actually a very simple process.  It's -- you

10:00AM  5    know, in normal time, what you do is you'd call -- a purchasing

10:01AM  6    agent will call on Monday and the product will be delivered in

10:01AM  7    a couple days literally.  You call on Monday, you could have it

10:01AM  8    on Wednesday or Thursday.

10:01AM  9         The freight is included in the price.  So we price it

10:01AM 10    per square foot.  They give us a price list.  We say, all

10:01AM 11    right, it's going to be $0.15 a square foot, and so the invoice

10:01AM 12    said $0.15 a square foot.  The freight has nothing to do with

10:01AM 13    our purchase price.  The manufacturer picks that up, so we just

10:01AM 14    get a delivered price of $0.15 a square foot.

10:01AM 15    Q.   Do you work with anyone at the companies that you purchase

10:01AM 16    products through?  How does that work?

10:01AM 17    A.   They have sales reps and, you know, they'll call on us.

10:01AM 18    And some have stayed there longer; some have changed.  So the

10:01AM 19    relationships have been built through the years with those

10:01AM 20    sales reps.

10:01AM 21    Q.   Let me ask you this question.  Over the years, if you had

10:02AM 22    some issue with a product on a job site, how does the company

10:02AM 23    handle those issues that arise when there is a problem with one

10:02AM 24    of the products that you sold?

10:02AM 25    A.   Well, I would say we have two types of problems:  One

**HOURLY TRANSCRIPT**

10:02AM 1     would be, you know, if our guys go in and take a -- carry in a

10:02AM 2     bundle of two and they hit a doorjamb, you know, that's our

10:02AM 3     fault.  That's our problem.  We take care of it.  We don't get

10:02AM 4     anybody else involved.

10:02AM 5           If there is a problem with the product out of square,

10:02AM 6     meaning, you know, it's not at a 90-degree angle, for some

10:02AM 7     reason it's out of square, if the paper is peeling, if it's

10:02AM 8     bubbling, if there a crack in it, then we would call the

10:02AM 9     manufacturer's rep.

10:02AM 10          Normally what would happen, the customer would call

10:02AM 11    us or the drywall installer would call our salesman and say,

10:02AM 12    hey, this is what happened.  And we would call the

10:02AM 13    manufacturer's rep, call National Gypsum, call Kelly, Kelly,

10:03AM 14    can you go take a look at this house at 123 Elm Street?

10:03AM 15          So Kelly goes out and Kelly looks at it and she says,

10:03AM 16    yes, it's cracked.  It must be an issue.  She would send it up

10:03AM 17    the ladder, issue a credit to us.  We would credit the

10:03AM 18    customer.

10:03AM 19          I will tell you, that's pretty few and far between.

10:03AM 20    Doesn't happen very much.  I would tell you, maybe earlier on

10:03AM 21    in my career you had those kind of problems here and there, but

10:03AM 22    you really don't get them very often anymore.

10:03AM 23    Q.   Let's talk about Katrina.  Where do you live personally?

10:03AM 24    A.   I'm at 450 Fairway Drive, right off of Metairie Road.

10:03AM 25    Q.   Was your -- did you suffer any Katrina damage?

**HOURLY TRANSCRIPT**

10:03AM 1   A.   I did.  I'm kind of right by the Metairie Road bridge that

10:03AM 2   goes into Metairie, right by the 17th Street Canal.  And yeah,

10:03AM 3   we had about four and a half feet of water.  It wasn't right by

10:04AM 4   the breach, but, obviously, it flows in that direction.

10:04AM 5   Q.   What about the company, was there damage to the company,

10:04AM 6   to the facility in New Orleans?

10:04AM 7   A.   Yeah.  The company is actually -- we're, like I said, off

10:04AM 8   of Tulane and Carrollton, and we have a raised warehouse.  It's

10:04AM 9   probably about four, four and a half feet, I would say,

10:04AM 10  roughly, raised, so it's raised off the ground.  And the water

10:04AM 11  came up just about -- probably about 10 or 11 inches above

10:04AM 12  that.

10:04AM 13      So you would think actually that, hey, you know, not

10:04AM 14  all of your inventory got wet, but what happened was the water

10:04AM 15  came in and degraded the product because it sat there so long.

10:04AM 16  So a lot of the drywall, for instance, collapsed upon the

10:04AM 17  weight of itself.  Obviously, the steel studs were underwater.

10:04AM 18  We got rid of that product.  I would say we probably had to get

10:04AM 19  rid of about 70 percent of our product.

10:04AM 20      And I should say our offices were on the

10:04AM 21  ground floor for the most part.  We had -- some of our offices

10:05AM 22  were upstairs so our ground floor was flooded as well.  So when

10:05AM 23  we relocated, we leased another building out in Elmwood and we

10:05AM 24  sent a lot of our people over to our Mandeville office, and

10:05AM 25  that's where Jim and I went over there too, and we had an

**HOURLY TRANSCRIPT**

10:05AM 1   office over there and the sales office and warehouses went out

10:05AM 2   to Elmwood.

10:05AM 3   Q.   So you worked for a short period of time out of the

10:05AM 4   Mandeville office?

10:05AM 5   A.   We did.  We did.

10:05AM 6   Q.   How did you get notice about the shortage in drywall?

10:05AM 7   A.   Well, actually, before Katrina it was -- it was tight.  It

10:05AM 8   wasn't as bad, but it was tight.  And, you know, I guess I

10:05AM 9   would call it *soft allocation*.  And they wouldn't -- you know,

10:05AM 10  you couldn't get as much as you wanted, but you could kind of

10:05AM 11  keep your head above water.

10:05AM 12          And then when Katrina hit, you know, it just broke

10:06AM 13  loose.  And first of all, we lost a ton of inventory so we had

10:06AM 14  to replenish our inventory, and obviously the demand was

10:06AM 15  tremendous.

10:06AM 16          People think demand was just here.  It was the

10:06AM 17  building boom around the country so you couldn't steal it from

10:06AM 18  Ohio and bring it down to New Orleans.  It was just busy

10:06AM 19  everywhere so the manufacturers just couldn't keep up.

10:06AM 20  Q.   So what did the manufacturers do?

10:06AM 21  A.   They put you on allocation.  So if you bought, you know,

10:06AM 22  20 trucks a day, then you got 20 trucks a day.  And they used

10:06AM 23  different formulas.  They would base it on, you know, the past

10:06AM 24  year or the past six months average or whatever time frame.

10:06AM 25  And each manufacturer did it a little bit different, but they

**HOURLY TRANSCRIPT**

10:06AM 1    based on it some formula that they had.

10:06AM 2    Q.   A formula that had existed before Katrina; is that right?

10:06AM 3    A.   Yes.  Yes.

10:06AM 4    Q.   The amounts that you were buying before Katrina?

10:06AM 5    A.   Exactly.  So, you know, we bought, like I said, you know,

10:07AM 6    ten trucks a day before Katrina for the past six months, then

10:07AM 7    they might give us ten trucks a day.

10:07AM 8    Q.   Did you do anything to try and resolve that with the

10:07AM 9    domestic manufacturers of drywall?

10:07AM 10   A.   We did.  We contacted every one of them.  I wrote an

10:07AM 11   extensive letter.  I think I produced it during this discovery

10:07AM 12   process.  I wrote an extensive letter to National Gypsum, who

10:07AM 13   was one of our biggest suppliers, about the problems in the

10:07AM 14   community and the damage that had occurred and pleaded

10:07AM 15   basically with them to get us as much product as they possibly

10:07AM 16   could.

10:07AM 17   Q.   I'm going to show you Exhibit Number 14.

10:07AM 18        MR. DUPLANTIER:  Judge, I've given Mr. Geary the

10:07AM 19   exhibits that have not been objected to.  I'm going to ask him

10:07AM 20   to take a look at those.

10:07AM 21   Q.   If you can just take a look at Exhibit 14 and 15,

10:07AM 22   Mr. Geary.

10:08AM 23        MR. SEEGER:  No objection.

10:08AM 24        THE COURT:  Okay.

10:08AM 25        MR. DUPLANTIER:  Your Honor, we're going to offer,

**HOURLY TRANSCRIPT**

10:08AM 1    file and introduce Exhibit 14 and 15, which are just some of

10:08AM 2    the solicitations that the companies --

10:08AM 3                              EXAMINATION

10:08AM 4    BY MR. DUPLANTIER:

10:08AM 5    Q.   What is this?

10:08AM 6              THE COURT:  Let it be admitted.

10:08AM 7              (WHEREUPON, at this point in the proceedings, Exhibit

10:08AM 8    Numbers 14 and 15 were admitted into evidence.)

10:08AM 9    Q.   What is this, Clay?

10:08AM 10   A.   After Katrina we had numerous people, individual brokers,

10:08AM 11   so forth, come contact us -- we were in Mandeville, as I said,

10:08AM 12   we relocated -- contact us about, you know, do we handle

10:08AM 13   drywall and to see if they could sell us drywall from overseas.

10:08AM 14   And we had people -- numerous people come see us regarding to

10:08AM 15   try to sell us drywall from overseas.

10:08AM 16   Q.   Did you just simply start buying drywall from anyone that

10:09AM 17   came along?

10:09AM 18   A.   No.  I can tell you these are two exhibits, but, you know,

10:09AM 19   I talked to numerous, numerous people about buying drywall.

10:09AM 20             And we -- Jim got a call shortly after Katrina.  I'm

10:09AM 21   not sure exactly the date, but he got a call from some

10:09AM 22   gentleman by the name of Jeff Brisley, who is -- I'm not sure

10:09AM 23   his exact title, but to me he was kind of a national sales

10:09AM 24   manager for Knauf Insulation, who we'd dealt with for 15 or

10:09AM 25   20 years.

                              **HOURLY TRANSCRIPT**

10:09AM 1          Actually, they opened up their Lanett plant --

10:09AM 2     Lanett, Alabama, plant, and I know we were -- if not one of

10:09AM 3     their first, we were right there as far as bringing their

10:09AM 4     product from Alabama, as far as insulation.

10:09AM 5          And he got a call from Jeff Brisley with Knauf, and

10:09AM 6     Jeff says, "Hey, how are you guys doing?"

10:09AM 7          "I'm fine, I'm fine.  We're trying to -- you know,

10:10AM 8     trying to get things rebuilt like everybody else."

10:10AM 9          And he said -- he approached Jim about, "We think we

10:10AM 10    may have an opportunity to sell you some board from overseas."

10:10AM 11         And actually, '99 and 2000, they had approached us

10:10AM 12    about buying drywall from overseas, as well.  It was after we

10:10AM 13    had already initiated and brought in or were in the process of

10:10AM 14    bringing in the product from Thailand and Indonesia.

10:10AM 15         So I said, "Look, it's too late.  We can't."

10:10AM 16         So this was a company, frankly, that we had dealt

10:10AM 17    with literally for 15, 20 years.  This is not -- I'll tell you

10:10AM 18    this is not a huge, you know, corporation that has no face on

10:10AM 19    it.  This is owned by the Knaufs.  I met Keith Knauf on a trip

10:10AM 20    up to Shelbyville, Indiana, one time.

10:10AM 21         This is a family business that's huge.  It is, you

10:10AM 22    know, much larger than United States Gypsum.  That's my

10:11AM 23    understanding.  They're either the largest or one of the

10:11AM 24    largest of all manufacturers in the world, so they are a huge

10:11AM 25    company.

**HOURLY TRANSCRIPT**

10:11AM 1    Q.   Tell me what you knew about the company at the time that

10:11AM 2    you were approached by Mr. Brisley about buying some board from

10:11AM 3    them from overseas.

10:11AM 4    A.   Well, like I said, I had been up -- you know, they invited

10:11AM 5    distributors up to their U.S. office in Shelbyville, Indiana,

10:11AM 6    previously.  And I'd been up there -- gosh, I can't tell you

10:11AM 7    what year, but probably, you know, 2000 or '98 or something

10:11AM 8    like that, so it's been some time.

10:11AM 9         And that was for a meeting and I met Thies Knauf, and

10:11AM 10   they -- you know, they -- actually, one of the gifts they gave

10:11AM 11   us -- actually not a gift -- was -- was a book.  It was a book

10:11AM 12   about the Knauf companies.  And it was in a hardbound book that

10:11AM 13   would show you, you know, where all of their manufacturing

10:12AM 14   operations are around the world.

10:12AM 15        They don't just handle drywall either.  They handle a

10:12AM 16   multitude of other products.  And like I said, we've been

10:12AM 17   dealing with them for 15 or 20 years.

10:12AM 18   Q.   When Mr. Brisley approached you, did he discuss with you

10:12AM 19   specifically drywall from the Knauf Chinese operations or did

10:12AM 20   he mention a specific location?

10:12AM 21        MR. SEEGER:  Your Honor, I have to object.  I'm

10:12AM 22   trying to be patient.  It's just that the hearsay, we let it go

10:12AM 23   the last time.  Got the corporate -- Mr. Brisley is on his

10:12AM 24   witness list.

10:12AM 25        THE COURT:  Yes.  It's a question of whether or not

**HOURLY TRANSCRIPT**

10:12AM 1  that's for the truth or not.  Let's see if you can approach it

10:12AM 2  another way.

10:12AM 3          MR. DUPLANTIER:  Sure.

10:12AM 4                          EXAMINATION

10:12AM 5  BY MR. DUPLANTIER:

10:12AM 6  Q.   Did you ask Mr. Brisley for drywall from the Knauf China

10:12AM 7  operations?  What did you discuss with him when -- after he

10:12AM 8  approached you?

10:12AM 9  A.   No, we didn't specify any region of the world.

10:13AM 10 Q.   Were you -- did you have an understanding of the different

10:13AM 11 locations where they were manufacturing drywall?

10:13AM 12 A.   In general, I knew -- I would tell you at the outset, I

10:13AM 13 would tell you China didn't enter our mind as far as that.  I

10:13AM 14 would have thought Europe because he was in Europe.  That's

10:13AM 15 where they're based, in Germany.  I came to find out later that

10:13AM 16 they have a South American operation as well.  To me, you think

10:13AM 17 it would be easier to come from South America or Europe than

10:13AM 18 China, but, no, at the time I didn't know -- we didn't specify

10:13AM 19 where we wanted the product.

10:13AM 20         MR. DUPLANTIER:  I'm going to use Exhibit 24, which

10:13AM 21 you have not objected to.

10:13AM 22         THE WITNESS:  Rick, I don't see 24 in here.

10:13AM 23         MR. DUPLANTIER:  Well, I'm sorry.  Do you know what,

10:13AM 24 I apologize, it's 26.  I apologize.

10:14AM 25         MR. SEEGER:  No objection.

**HOURLY TRANSCRIPT**

10:14AM 1          THE COURT:  Let it be admitted, 26.

10:14AM 2          (WHEREUPON, at this point in the proceedings, Exhibit

10:14AM 3    Number 26 was admitted into evidence.)

10:14AM 4                         EXAMINATION

10:14AM 5    BY MR. DUPLANTIER:

10:14AM 6    Q.   Clay, I have a general question, kind of taking a step

10:14AM 7    back.  We have a lot of -- we've seen a lot of e-mails from the

10:14AM 8    company.  This -- that we've seen a couple of e-mails from your

10:14AM 9    Yahoo account.  Why do we see this from your Yahoo account?

10:14AM 10   A.   Well, what happened was after the storm when we went to

10:14AM 11   Mandeville, our e-mail server was housed in New Orleans, and,

10:14AM 12   fortunately, it was on the second floor, but we had water all

10:14AM 13   around the building so we couldn't get into it.

10:14AM 14          So for a while we were trying to rebuild a network

10:14AM 15   for the entire -- for the company, not just for New Orleans.

10:14AM 16   We were building it for the whole company in Mandeville.  So we

10:15AM 17   had to go via the Internet, so I established a Yahoo account.

10:15AM 18          And you'll see some what are incomplete e-mails

10:15AM 19   because the Yahoo account was basically used for some of these

10:15AM 20   e-mails back and forth with Knauf and China, and what ended up

10:15AM 21   happening is that's the only thing I used it for, so after this

10:15AM 22   whole process was over, I never used the e-mail again, and the

10:15AM 23   account got removed or whatever because of lack of use.

10:15AM 24   Q.   Was this one of the early notifications that you received

10:15AM 25   that they were going to supply you from -- drywall from China,

**HOURLY TRANSCRIPT**

10:15AM 1    or how did you come to know that they were supplying you

10:15AM 2    drywall from China?

10:15AM 3    A.   As I recall, we got -- we got a price list.  Once again,

10:15AM 4    we didn't have faxing and so forth, and there was a price list

10:16AM 5    that was delivered to Jim by Kurt Heider, who's a sales rep

10:16AM 6    from Knauf, that was sent from Jeff Brisley at Knauf to Jim --

10:16AM 7    I'm sorry, from Jeff Brisley at Knauf to his sales rep, who was

10:16AM 8    Kurt Heider, and then that was hand-delivered to Jim because we

10:16AM 9    didn't have our network up and running.

10:16AM 10            MR. DUPLANTIER:  If you would go to Exhibit 25.  Is

10:16AM 11   there an objection to 25?

10:16AM 12            MR. SEEGER:  That's the e-mail --

10:16AM 13            MR. DUPLANTIER:  -- with the price list.

10:16AM 14            MR. SEEGER:  No objection.

10:16AM 15            THE COURT:  Let it be admitted, 25.

10:16AM 16            MR. DUPLANTIER:  Offer, file and introduce

10:16AM 17   Exhibit 25.

10:16AM 18            THE COURT:  Admitted.

10:16AM 19            (WHEREUPON, at this point in the proceedings, Exhibit

10:16AM 20   Number 25 was admitted into evidence.)

10:16AM 21                         EXAMINATION

10:16AM 22   BY MR. DUPLANTIER:

10:16AM 23   Q.   Is this the price list that you were referring to that was

10:16AM 24   hand-delivered to Interior Exterior?

10:16AM 25   A.   Yes, it is.

**HOURLY TRANSCRIPT**

10:16AM 1    Q.   And again, who is Mr. Brisley?

10:16AM 2    A.   Oh, I would tell you my understanding was he was -- he was

10:16AM 3    the national sales manager.

10:16AM 4    Q.   For Knauf in the United States?

10:17AM 5    A.   For Knauf in U.S., yes.

10:17AM 6    Q.   And who is Mr. Heider?

10:17AM 7    A.   Mr. Heider was our local sales rep.  He handled probably,

10:17AM 8    maybe, Louisiana and Mississippi.  I'm not sure of the exact

10:17AM 9    territory, but he handled Louisiana and Mississippi for Knauf.

10:17AM 10   Q.   And it was Mr. Heider who delivered this to you and your

10:17AM 11   offices in Mandeville?

10:17AM 12   A.   Yes, he delivered it to Jim, hand-delivered.  Like I said,

10:17AM 13   we didn't have printers or faxes, I guess, probably at the

10:17AM 14   time.  That's why he hand-delivered it.

10:17AM 15   Q.   And was it at this point in time that you decided to

10:17AM 16   pursue the process of buying drywall from Knauf?

10:17AM 17   A.   Well, we didn't actually use this price list.  But, you

10:17AM 18   know, this kind of began the process and there was a lot of

10:17AM 19   back and forth.  But, yes, this is kind of the beginning.

10:17AM 20         MR. DUPLANTIER:  You're going to go to Exhibit 28.

10:18AM 21         MR. SEEGER:  No objection.

10:18AM 22         MR. DUPLANTIER:  Pull up 28.

10:18AM 23         THE COURT:  Let it be admitted.

10:18AM 24         MR. DUPLANTIER:  Offer, file and introduce

10:18AM 25   Exhibit 28.

**HOURLY TRANSCRIPT**

10:18AM  1          THE COURT:  Admitted.

10:18AM  2          (WHEREUPON, at this point in the proceedings, Exhibit

10:18AM  3  Number 28 was admitted into evidence.)

10:18AM  4                         EXAMINATION

10:18AM  5  BY MR. DUPLANTIER:

10:18AM  6  Q.   This is, again, part of the discussions you are now

10:18AM  7  discussing.  Who's John Davis; do you recall?

10:18AM  8  A.   Yeah, John Davis was kind of -- my impression was he was

10:18AM  9  the salesman for Knauf in China.  And he is -- yeah, he's --

10:18AM 10  he's on this e-mail, yes.

10:18AM 11  Q.   And in this e-mail, he's confirming your discussions and

10:18AM 12  the information that he had sent you, correct, about the type

10:18AM 13  of drywall they could supply to Interior Exterior; is that

10:18AM 14  correct?

10:18AM 15  A.   Yes.

10:18AM 16  Q.   One of the things about this purchase that was different

10:19AM 17  had to do with freight.  Tell the jury about what happened

10:19AM 18  about the freight and shipping.

10:19AM 19  A.   Well, I mentioned to you earlier that it's very easy,

10:19AM 20  frankly, for us to order drywall domestically.  On Monday, you

10:19AM 21  call them up and it comes on Thursday.  And if there's an

10:19AM 22  allocation, they say, "Hey, you can only get X amount."  Then

10:19AM 23  it may be pushed out a little bit, but it's still a delivery

10:19AM 24  price of whatever, price $0.15 a square foot, as my example.

10:19AM 25          So what we had to do is Knauf at this point did not

**HOURLY TRANSCRIPT**

10:19AM 1    want to handle the shipping so what we had to do is we had to

10:19AM 2    engage a freight forwarder.  So we -- we talked back and forth

10:19AM 3    with Knauf and -- as far as negotiating a price and so forth.

10:19AM 4           And then they produced the product.  We had our

10:19AM 5    freight forwarder handle the shipping of the product, unloading

10:19AM 6    of the product in New Orleans.  It had to be stored in the

10:20AM 7    wharf -- at the warehouse at the wharf in New Orleans.

10:20AM 8           Then you had to logistically get 18-wheelers, a lot

10:20AM 9    of 18-wheelers, to pick up the product and bring it to our

10:20AM 10   various locations, unload the product, warehouse it in

10:20AM 11   New Orleans, and then, obviously, delivered to the customer.

10:20AM 12   So it was a lot more detail to the process.

10:20AM 13   Q.   It's not typically how you had to buy drywall?

10:20AM 14   A.   It is not.

10:20AM 15   Q.   Well, let's talk about -- we heard some discussion about

10:20AM 16   the four characteristics and the four issues that you're

10:20AM 17   looking for when you're -- when you're buying drywall.  What

10:20AM 18   are those four things -- four things that you're looking for

10:20AM 19   condition-wise with regard to drywall?

10:20AM 20   A.   It's really visual.  As I mentioned, particularly, you

10:20AM 21   know, when they were loading it onto the truck at the plant, it

10:20AM 22   was:  Did a forklift bang it in the side?  Is there a crack in

10:21AM 23   it?  Is there paper peeling off of it?  Is it dimensionally

10:21AM 24   square, as I mentioned?  That's really, you know, visually,

10:21AM 25   what we're looking for.

**HOURLY TRANSCRIPT**

10:21AM 1    Q.   So are your employees trained to look for those

10:21AM 2    conditions?

10:21AM 3    A.   They look for it as it's coming off of the 18-wheelers.

10:21AM 4    Q.   Do they also look for that as it's going out?

10:21AM 5    A.   Yes.

10:21AM 6    Q.   Have you ever had an occasion or a reason to test any

10:21AM 7    drywall for the chemical makeup of the drywall ever?

10:21AM 8    A.   We've never tested drywall.  We've never tested metal

10:21AM 9    studs, insulation, acoustical ceilings.  We've never tested

10:21AM 10   anything, to my knowledge, any of our products that we sell.

10:21AM 11   We're a classic distributor.

10:21AM 12   Q.   Do you rely --

10:21AM 13   A.   We buy the product and we sell it.

10:21AM 14   Q.   Do you rely on the manufacturers to perform that testing?

10:21AM 15   A.   Yes, we do.

10:21AM 16        MR. SEEGER:  I object.  Your Honor, I just have to

10:21AM 17   object to a leading question.

10:21AM 18        THE COURT:  He's already answered it.

10:21AM 19        MR. DUPLANTIER:  Exhibit 31.

10:22AM 20        MR. SEEGER:  No objection.

10:22AM 21        (WHEREUPON, at this point in the proceedings, Exhibit

10:22AM 22   Number 31 was admitted into evidence.)

10:22AM 23                       EXAMINATION

10:22AM 24   BY MR. DUPLANTIER:

10:22AM 25   Q.   Mr. Geary, we're looking at page 1 of a multi-page

**HOURLY TRANSCRIPT**

10:22AM 1   document.  Can you take a look at that and tell the jury what

10:22AM 2   this is and how this came about?

10:22AM 3   A.   There were a lot of e-mails back and forth about

10:22AM 4   requirements, what we needed and so forth and what Knauf wanted

10:22AM 5   and so forth, so this is kind of a culmination of that.  This

10:22AM 6   is a letter of credit.  That's done through the

10:22AM 7   Whitney National Bank, and it's telling the terms basically, I

10:22AM 8   guess, of the sale:  The price -- beneficiary, price, date of

10:22AM 9   shipment, description of goods, where it's coming from, and

10:22AM 10  then, you know, the requirements that we had with regard to the

10:22AM 11  product.

10:22AM 12          MR. DUPLANTIER:  Can you go to page 2.

10:22AM 13                     EXAMINATION

10:22AM 14  BY MR. DUPLANTIER:

10:22AM 15  Q.   You placed certain obligations on Knauf as to what you

10:23AM 16  wanted sold to the company and delivered?

10:23AM 17          MR. SEEGER:  Objection.

10:23AM 18          THE COURT:  Sustained.

10:23AM 19          MR. DUPLANTIER:  Sorry, I apologize.

10:23AM 20                     EXAMINATION

10:23AM 21  BY MR. DUPLANTIER:

10:23AM 22  Q.   Did Interior Exterior place certain conditions of the sale

10:23AM 23  on Knauf as part of the letter of credit?

10:23AM 24  A.   We did.

10:23AM 25  Q.   What were some of those conditions?

**HOURLY TRANSCRIPT**

10:23AM 1    A.   Well, let's see.  Part of, actually, the -- the freight

10:23AM 2    forwarder Billy App needed some of these and we needed others.

10:23AM 3    He wanted to make sure that we had a complete, clean set of

10:23AM 4    onboard ocean bills of lading, for instance.

10:23AM 5          Number 4, "Mill certificate indicating that the

10:23AM 6    half-inch gypsum boards were manufactured in accordance to

10:23AM 7    ASTM C36."  So we required a mill certificate of them.

10:23AM 8    Q.   Do you typically require the manufacturer of drywall to

10:24AM 9    provide you test reports or certificates?

10:24AM 10   A.   Actually, I've never seen, that I recall, an ASTM test

10:24AM 11   report from a domestic manufacturer ever.  In their booklet and

10:24AM 12   their catalog, it says that our half-inch gypsum wallboard

10:24AM 13   complies with ASTM C36, and we've never had anyone question

10:24AM 14   that or ask us for a copy of the test report ever.

10:24AM 15   Q.   We can go to the next page, if you don't mind.  Page 3 of

10:24AM 16   the letter of credit.

10:24AM 17         There were some additional conditions that you placed

10:24AM 18   upon Knauf; is that correct?

10:24AM 19   A.   There are.  One of the things we were concerned about is

10:24AM 20   it's -- you know, you wouldn't think of it, but gypsum board is

10:24AM 21   kind of a fragile product.  It's coming from overseas, and so,

10:24AM 22   we -- you know, we wanted to make sure that it was properly

10:24AM 23   palletized, wrapped, sealed to protect against damage in

10:25AM 24   shipment.

10:25AM 25         Let's see.  It says, "Packaging of each 70-piece

**HOURLY TRANSCRIPT**

10:25AM 1   pallet consisted of wrapping them with six pieces of rejected

10:25AM 2   board on each side to protect against damage."  Wrapped in

10:25AM 3   plastic sheets, obviously, for moisture concerns.  And the

10:25AM 4   gypsum boards have end tape.

10:25AM 5           We wanted a certificate of quantity, quality and

10:25AM 6   condition issued by Knauf Plasterboard.  And we wanted a

10:25AM 7   certificate of warranty certifying that the gypsum boards that

10:25AM 8   were manufactured and sold to Interior Exterior Building Supply

10:25AM 9   are warranted to be free from defects in material and

10:25AM 10  workmanship.

10:25AM 11  Q.   Well, I'm going to skip just briefly ahead.  No, let's go

10:25AM 12  back, actually.  Back to Exhibit No. 7.

10:26AM 13          MR. DUPLANTIER:  Do you have an objection to 7?

10:26AM 14  Seven is the invoices and the certificate that came with the

10:26AM 15  invoices.

10:26AM 16          MR. SEEGER:  No objection.

10:26AM 17          THE COURT:  Let 7 be admitted.

10:26AM 18          MR. DUPLANTIER:  Thank you.

10:26AM 19          (WHEREUPON, at this point in the proceedings, Exhibit

10:26AM 20  Number 7 was received into evidence.)

10:26AM 21                          EXAMINATION

10:26AM 22  BY MR. DUPLANTIER:

10:26AM 23  Q.   What is this, Mr. Geary?

10:26AM 24  A.   That's the invoice, commercial invoice from Knauf.

10:26AM 25  Q.   Was this for the first shipment that you received?

**HOURLY TRANSCRIPT**

10:27AM 1    A.   I believe it was.

10:27AM 2    Q.   The invoice is dated November of 2005.  When did you

10:27AM 3    actually get the drywall?

10:27AM 4    A.   It was at or around January 20th.

10:27AM 5    Q.   Of 2006?

10:27AM 6    A.   2006.

10:27AM 7    Q.   Did each shipment -- how many shipments did you get from

10:27AM 8    Knauf Tianjin?

10:27AM 9    A.   Well, there were four orders.  It turned out that they put

10:27AM 10   orders three and four together on the same ship, but there are

10:27AM 11   actually four separate invoices.

10:27AM 12        I should say, that we also got one other shipment

10:27AM 13   from the Knauf Wuhu factory where we got 68,000 sheets, and

10:27AM 14   there haven't been any issues with that product.

10:27AM 15   Q.   But with this commercial invoice, with each shipment there

10:27AM 16   were documents included; is that correct?

10:27AM 17   A.   Yes, sir.

10:27AM 18   Q.   Can we go to page 2 of this exhibit.

10:28AM 19        What types of documents came with the shipments?

10:28AM 20   A.   The certifying -- this one right here is the warranty,

10:28AM 21   warranty to be free from defects in materials and workmanship.

10:28AM 22        The next one is a beneficiary certificate.

10:28AM 23        I don't know if you want me to go through all of

10:28AM 24   them.  This one is an ASTM certificate, in accordance to ASTM

10:28AM 25   C36.  This is their certificate stamped by Knauf that the

**HOURLY TRANSCRIPT**

10:28AM 1    product is in good condition.

10:28AM 2            Another mill certificate saying that it was

10:28AM 3    manufactured in accordance with ASTM C36.

10:28AM 4    Q.   Can you enlarge that top, please.

10:28AM 5            Is this the type of certificate that you get from

10:28AM 6    domestic manufacturers?

10:28AM 7    A.   No.   We -- they have a catalog and -- you know, like I

10:28AM 8    said, in it, it says that certain products comply to certain

10:28AM 9    ASTM standards.   And we don't ever get any of this paperwork.

10:29AM 10            And I will tell you, actually, this warranty, I don't

10:29AM 11   have this warranty with National Gypsum or United States

10:29AM 12   Gypsum.   Their warranty does not -- is not this

10:29AM 13   all-encompassing.

10:29AM 14   Q.   So you got more from the Knauf Chinese operations than you

10:29AM 15   do from domestic manufacturers?

10:29AM 16   A.   Yes, we did.

10:29AM 17   Q.   And these certificates came with every single shipment; is

10:29AM 18   that correct?

10:29AM 19   A.   Yes, they did.

10:29AM 20   Q.   Did you -- you know, when that first shipment came in,

10:29AM 21   were you aware that this board was going to be heavier than

10:29AM 22   domestic board?

10:29AM 23   A.   Yes.   Like I said, we -- you know, we had to find that out

10:29AM 24   for trucking purposes.   We needed to know how many sheets we

10:29AM 25   could put on the truck to bring it to our warehouses from the

**HOURLY TRANSCRIPT**

10:29AM 1    wharf.

10:29AM 2              We're talking about a lot of product.  We don't

10:29AM 3    usually buy this much product at one time.  And freight is a

10:30AM 4    big cost of getting the product.  We're talking about the

10:30AM 5    freight to our warehouses from the wharf.  That's a big

10:30AM 6    expense.  So if you can get 60 extra sheets on a truck, it

10:30AM 7    might be a decent amount of money when you add up as many

10:30AM 8    18-wheelers as we had.

10:30AM 9    Q.   When the drywall was -- arrived at the port, did you and

10:30AM 10   Jim do anything?

10:30AM 11   A.   Well, we went out there.  We went out.  It's in -- I think

10:30AM 12   as Billy App testified, it's in the hold of a ship.  It's

10:30AM 13   pretty interesting to see, actually, if you've never seen it.

10:30AM 14   They have these huge doors that open up.  It's down on the

10:30AM 15   ground, and they've stacked them, I'm not sure, three or four

10:30AM 16   high, three or four pallets high.  And then you look down there

10:30AM 17   and it's just a tremendous amount of drywall that they pull out

10:30AM 18   by crane.

10:30AM 19   Q.   Did you monitor the unloading of the ship at all?

10:30AM 20   A.   We had J. W. Allen do that for us.  They were out there

10:31AM 21   for the entire process.  As Billy testified, they were there

10:31AM 22   when they opened the doors to the hold of the ship to when they

10:31AM 23   closed the doors.  So they monitored every pallet that got off

10:31AM 24   because they wanted to see how it discharged in New Orleans,

10:31AM 25   and make sure there wasn't any damage.

**HOURLY TRANSCRIPT**

10:31AM 1    Q.   Did J. W. Allen do that for each one of the shipments?

10:31AM 2    A.   Yes.

10:31AM 3    Q.   Let's go to Exhibit No. 8.

10:31AM 4         MR. DUPLANTIER:  Any objection, gentlemen?

10:31AM 5         MR. SEEGER:  No.

10:31AM 6         THE COURT:  Let it be admitted.

10:31AM 7         (WHEREUPON, at this point in the proceedings, Exhibit

10:31AM 8    Number 8 was received into evidence.)

10:31AM 9                           EXAMINATION

10:31AM 10   BY MR. DUPLANTIER:

10:31AM 11   Q.   This is a large group of documents.  Mr. Geary, what is

10:31AM 12   Exhibit No. 8?

10:31AM 13   A.   Exhibit No. 8 is the Taihe board that we brought in.  This

10:31AM 14   is documents associated with the Taihe board.

10:31AM 15   Q.   Why did you begin searching for alternate sources besides

10:32AM 16   the Knauf board?  What happened?

10:32AM 17   A.   Well, what had happened is it became more -- they said

10:32AM 18   that their production was getting tight over in China.  And

10:32AM 19   they -- actually, that's when they switched us and asked us to

10:32AM 20   buy from their Wuhu factory, which is another factory in China.

10:32AM 21         So we ended up buying a shipment from Wuhu, which was

10:32AM 22   a little more difficult, because it was apparently an inland

10:32AM 23   plant, so they had to -- they got the product from the plant to

10:32AM 24   the Port of Shanghai, and then we got the product from there.

10:32AM 25         So we got that product from Wuhu, and then they just

                          **HOURLY TRANSCRIPT**

10:32AM 1    said, hey, our production is just too tight, so they said they

10:32AM 2    couldn't supply any more product for us.  So we began

10:32AM 3    investigating other sources.

10:32AM 4    Q.   In May of 2006 when you entered into the sales contract

10:32AM 5    with Metro Resources, was the domestic supply still tight?

10:33AM 6    A.   Yes, it was.

10:33AM 7    Q.   Did you require any certifications from Metro Resources?

10:33AM 8    A.   We did.  We required the same certifications that were

10:33AM 9    required of Knauf, ASTM certified, met the same warranty, same

10:33AM 10   standards, same certiations.

10:33AM 11   Q.   Can we go a few pages forward.  There is a number of

10:33AM 12   pages.

10:33AM 13         What was -- was there anything different about the

10:33AM 14   shipment with Metro of the Chinese drywall?

10:33AM 15   A.   With the Metro shipment, we went through a broker.  And I

10:33AM 16   will tell you, with the Knauf shipment -- can I go back a

10:33AM 17   second and clarify one other thing?

10:33AM 18   Q.   Sure.

10:33AM 19   A.   Knauf handled the shipment -- with the Wuhu shipment only,

10:33AM 20   Knauf handled the shipment to the United States.  They didn't

10:33AM 21   handle the shipping to the United States for the Tianjin

10:34AM 22   product, but they handled it for the Wuhu product.  So I just

10:34AM 23   wanted to clarify that.

10:34AM 24         When I say *handled* it, they handled it to the port

10:34AM 25   and we took it from the Port of New Orleans.

**HOURLY TRANSCRIPT**

10:34AM 1          With Metro, Metro was a broker that we dealt with,

10:34AM 2    and Metro brought the product in for us by container to

10:34AM 3    New Orleans, so we took possession of the product at our

10:34AM 4    warehouse in New Orleans.  So we opened the door and took

10:34AM 5    possession of the product.

10:34AM 6          We were able to visually inspect the product as we

10:34AM 7    opened the container.  We had nothing to do with, you know,

10:34AM 8    loading the product onto a ship or into the container or

10:34AM 9    anything.  It came to us to our warehouse at that time in

10:34AM 10   Elmwood, because we're relocated at Elmwood, and that's when we

10:34AM 11   took possession.

10:34AM 12   Q.   As I understand it, there was certain insurance

10:35AM 13   requirements in the contract; is that accurate?

10:35AM 14   A.   Yes, there were.

10:35AM 15   Q.   And tell me about those insurance requirements in the

10:35AM 16   Metro contract?

10:35AM 17   A.   My understanding is the product was insured, as was the

10:35AM 18   Knauf product.  There was an insurance policy on the product in

10:35AM 19   case there was any damage to it.

10:35AM 20   Q.   And you did get, in fact, certain certifications from

10:35AM 21   Metro Resources with regard to the contracts that you signed

10:35AM 22   with them; is that correct?

10:35AM 23   A.   Yes, we did.  We got the same warranty that we got from

10:35AM 24   Knauf, warranty to be free from defects in materials and

10:35AM 25   workmanship.  We got ASTM certifications from them.  We got

**HOURLY TRANSCRIPT**

10:35AM 1    everything else, I believe, that we got from Knauf that we

10:35AM 2    asked for.

10:35AM 3    Q.    Have you ever been told that the Knauf board was not ASTM

10:35AM 4    compliant?

10:35AM 5    A.    I have not.

10:35AM 6    Q.    Have you ever been told that the Taishan board was not

10:36AM 7    compliant with ASTM 1396?

10:36AM 8    A.    I have not.

10:36AM 9    Q.    Did the company also ask for specific labeling

10:36AM 10   requirements on the board?

10:36AM 11   A.    We did.

10:36AM 12   Q.    What did you ask for?

10:36AM 13   A.    Well, we were under the impression from our freight

10:36AM 14   forwarder everything had to be marked *Made in China*, so we put

10:36AM 15   *Made in China*.

10:36AM 16          As a matter of fact, there is one e-mail to Knauf

10:36AM 17   where they said, do you want us to put two made in Chinas.  We

10:36AM 18   said, no, it's not a duplicate.  I just want to make sure you

10:36AM 19   are putting *Made in China* on it.

10:36AM 20          We required them to put the ASTM number on it, my

10:36AM 21   understanding.  It had the brand name of the product.  And I

10:36AM 22   can't remember all the specifics.

10:36AM 23   Q.    Mr. Geary, can you tell us what your warehouse personnel

10:36AM 24   did when the Taishan board arrived?

10:36AM 25   A.    Well, this was a little different in that it was in

**HOURLY TRANSCRIPT**

10:37AM 1    containers.  And we only brought in -- and I know it sounds

10:37AM 2    like a lot -- but we only brought in 33,000 sheets of Taihe

10:37AM 3    board in relation to Knauf where we brought in 411,000 from

10:37AM 4    Tianjin and 68,000 from Wuhu.

10:37AM 5          So it was 33,000 sheets, but it was in containers.

10:37AM 6    It wasn't break bulk.  Break bulk, it's in a pallet.  As I

10:37AM 7    explained earlier, you take a forklift, you pick up the pallet

10:37AM 8    and you put it on the truck.

10:37AM 9          Well, this was in a container that had to be -- parts

10:37AM 10   of it had been to hand unloaded.  So they would physically have

10:37AM 11   to pull out the board and visually check it when they are

10:37AM 12   pulling out, you know, a lot of boards.

10:37AM 13   Q.   You have had experience for many years with customers who

10:38AM 14   have brand preferences.  I'm sorry, that's leading.

10:38AM 15         Mr. Geary, has the company had experience with

10:38AM 16   suppliers with regard to the types of products they want to

10:38AM 17   use?

10:38AM 18   A.   Yes, we have.  You know, for whatever reason, be it

10:38AM 19   drywall or mud, one guy says, well, I really want USG, and the

10:38AM 20   other guy says, I only buy National Gypsum.  It's just a

10:38AM 21   preference, and I think it's more on the -- usually probably

10:38AM 22   more a finisher who likes the texture of one product versus the

10:38AM 23   other and so forth.

10:38AM 24   Q.   So did you at some point --

10:39AM 25         MR. DUPLANTIER:  Gentlemen, I'm going to go to

**HOURLY TRANSCRIPT**

10:39AM  1    Exhibit No. 7.  Any objection?  70.  I'm sorry.

10:39AM  2            MR. SEEGER:  No objection.

10:39AM  3            THE COURT:  Let it be admitted.

10:39AM  4            MR. DUPLANTIER:  Admitted, Judge?

10:39AM  5            THE COURT:  Yes.

10:39AM  6            (WHEREUPON, at this point in the proceedings, Exhibit

10:39AM  7    Number 70 was received into evidence.)

10:39AM  8                            EXAMINATION

10:39AM  9    BY MR. DUPLANTIER:

10:39AM 10    Q.   There is a few invoices that are kind of together as part

10:39AM 11    of Exhibit No. 70.  Could you tell us what these are,

10:39AM 12    Mr. Geary?

10:39AM 13    A.   These are invoices from -- to our customers.  This is

10:39AM 14    pre-Chinese drywall.  And these are preferences the customers

10:39AM 15    had put -- that our salesmen, at the request of customers, have

10:39AM 16    put on the invoices.

10:39AM 17            The first one, for instance, says, "Must be

10:39AM 18    Gold Bond.  Gold Bond.  Gold Bond."

10:40AM 19    Q.   What about the next one?

10:40AM 20    A.   The next one, "Must be Gold Bond -- Rock must be

10:40AM 21    Gold Bond.  Rock must be Gold Bond."

10:40AM 22    Q.   And the next one?

10:40AM 23    A.   "All rock must be Gold Bond."

10:40AM 24    Q.   And the next one?

10:40AM 25    A.   "USG only.  USG only.  USG only.  USG only."

**HOURLY TRANSCRIPT**

10:40AM 1    Q.   And is that the type of thing that you see with regard to

10:40AM 2    customer preferences before Chinese drywall was bought?

10:40AM 3    A.   Yes.  Yes.

10:40AM 4    Q.   And does the company try and honor those requests when

10:40AM 5    possible?

10:40AM 6    A.   We do.

10:40AM 7    Q.   Are there occasions when you can't honor that request?

10:40AM 8    A.   There are.

10:40AM 9    Q.   What does the company do?

10:40AM 10   A.   Usually what will happen is the warehouse manager will

10:40AM 11   call up the customer and say, look, I don't have any USG board.

10:40AM 12   Can you take National?  And then the guy will say, yes or no.

10:40AM 13   And we'll ship it out or not ship it out.

10:40AM 14   Q.   In fact, when you renovated your house, did you have a

10:41AM 15   preference for brand?

10:41AM 16   A.   I did.  I requested USG.

10:41AM 17   Q.   Why is that?

10:41AM 18   A.   I have a personal relationship with the local USG guy, and

10:41AM 19   it's just my preference.  I --

10:41AM 20   Q.   I'm sorry.  Go ahead.

10:41AM 21        Did your preference have anything to do with any

10:41AM 22   condition of the Chinese drywall?

10:41AM 23        MR. SEEGER:  Objection.  Leading.

10:41AM 24        MR. DUPLANTIER:  Strike that.

10:41AM 25        THE COURT:  What was the preference based on?

**HOURLY TRANSCRIPT**

10:41AM 1      THE WITNESS:  It was just my preference based on --

10:41AM 2 like I said, the manufacturer's rep I dealt with for a long

10:41AM 3 time.  It was just my preference.

10:41AM 4      I will tell you, that we -- I did not think

10:41AM 5 there was anything wrong with the Chinese drywall.  I sold it

10:41AM 6 to my first cousin.  I sold it to my 85-year-old uncle.  I sold

10:41AM 7 it to our employees.  And I wouldn't have sold it to them if I

10:41AM 8 thought there was any problem.  I wouldn't have sold it to

10:41AM 9 anybody else either if we thought there was any problem.

10:41AM 10      You need to understand one other thing, is that

10:41AM 11 we like to say we're not car salesmen.  The contractors we deal

10:42AM 12 with come in Monday, then they come in Wednesday, then they

10:42AM 13 come in Thursday and then the following Tuesday.  They are

10:42AM 14 repeat customers.

10:42AM 15      THE COURT:  Let's let the counsel ask you questions,

10:42AM 16 please.

10:42AM 17                        EXAMINATION

10:42AM 18 BY MR. DUPLANTIER:

10:42AM 19 Q.   What kind of relationship do you have with your customers?

10:42AM 20 A.   It's a lot of repeat business.  As I just said, the

10:42AM 21 customers are repeat customers.

10:42AM 22      If you understand our business, we sell commercial

10:42AM 23 products.  We sell to a ceiling contractor.  We sell to the

10:42AM 24 drywall contractor for commercial buildings.  We'll also sell

10:42AM 25 hotels, schools, hospitals.

                          **HOURLY TRANSCRIPT**

10:42AM  1          Residentially we'll sell to the homebuilder.  We sell

10:42AM  2     to the drywall hanger.  We sell to the guy that puts the mud on

10:42AM  3     the drywall.

10:42AM  4          And as I said, these guys come in, you know, day

10:42AM  5     after day, week after week.  I usually don't sell to

10:43AM  6     Mrs. Smith.  We will if she calls us.  If Mrs. Smith wants

10:43AM  7     100 sheets for her house, we'll sell it to her, but that isn't

10:43AM  8     the market we go after.  We usually target the builders and the

10:43AM  9     contractors.

10:43AM 10     Q.   Do you recall hearing some complaints from customers about

10:43AM 11     the board, the Chinese board or the Knauf board being heavy?

10:43AM 12     A.   We did.  And as I said earlier, it was not a surprise to

10:43AM 13     us, because we had to figure out the trucking, so we had to

10:43AM 14     know what the weight was prior to even bringing it in.

10:43AM 15     Q.   Did -- the complaints about the board being heavy or maybe

10:43AM 16     brittle or hard, did that raise any concerns that there was a

10:43AM 17     defect in the board?

10:43AM 18     A.   It did not.

10:43AM 19     Q.   Why not?

10:43AM 20     A.   Well, you know, the hardness, like I said, was my

10:43AM 21     understanding of more gypsum in the product rather than fillers

10:43AM 22     that the domestic manufacturers used.

10:44AM 23          As far as weight differences, there are weight

10:44AM 24     differences in domestic manufacturers.  There are some that are

10:44AM 25     heavier than others.  We did not have any trouble in 1999,

**HOURLY TRANSCRIPT**

10:44AM 1    2000.

10:44AM 2             And I would also say that the gentleman who testified

10:44AM 3    about the Polish board, the weight of the product, he said it

10:44AM 4    was like 160 pounds.  The board we brought in was nowhere near

10:44AM 5    that.  And you could have put it on the ceiling, and it was, in

10:44AM 6    many applications, put on a ceiling and it did not fall down.

10:44AM 7    Q.   Do you recall how many sheets of the board you imported

10:44AM 8    back in '99 and 2000?

10:44AM 9    A.   I don't recall exactly, but it was hundreds of thousands.

10:44AM 10   Q.   Did anyone return any of that drywall to

10:44AM 11   Interior Exterior?

10:44AM 12   A.   They did not.

10:44AM 13   Q.   Do you have returns on drywall on occasion?

10:44AM 14   A.   We do.  We do.  And, you know, usually what happens is the

10:44AM 15   a guy orders -- you know, a builder orders a hundred sheets and

10:45AM 16   we need ninety so he asks us to pick up the other ten.  Usually

10:45AM 17   it's just another order.

10:45AM 18   Q.   So that if the com -- if someone orders a hundred sheets

10:45AM 19   and they don't need to use a hundred sheets, you'll take them

10:45AM 20   back?

10:45AM 21   A.   We will.  Assuming they're not damaged, you know, beaten

10:45AM 22   up.

10:45AM 23   Q.   Let's talk about the Chinese drywall.  Did you actually

10:45AM 24   handle the Chinese drywall yourself?

10:45AM 25   A.   As far as carrying it?

**HOURLY TRANSCRIPT**

10:45AM 1   Q.   Yes.

10:45AM 2   A.   I did not.

10:45AM 3   Q.   Were you present in the warehouse when it was being

10:45AM 4   unloaded on occasion?

10:45AM 5   A.   On occasion, yes.

10:45AM 6   Q.   Did you personally ever experience a smell with regard to

10:45AM 7   the Chinese drywall, either Knauf or the Taishan?

10:45AM 8   A.   I did not.  To explain to you, like I said, when they take

10:45AM 9   it off the ship, you put it in a warehouse.  And you're talking

10:45AM 10  about some of these shipments were almost 140,000 sheets that

10:46AM 11  was in a warehouse.  It had a couple overhead doors, but it was

10:46AM 12  in a warehouse so it had a mammoth amount of drywall in one

10:46AM 13  warehouse, and we did not smell it at that time, nor did we

10:46AM 14  smell it at any of our warehouses, nor did anybody ever said

10:46AM 15  that they smelled it in any of our warehouses.

10:46AM 16  Q.   Well, let me ask you specifically about that.  You have

10:46AM 17  warehouse personnel who -- do they handle the dry -- did they

10:46AM 18  handle the drywall on a daily basis?

10:46AM 19  A.   Yes.

10:46AM 20  Q.   You had drivers who were delivering that, as well; is that

10:46AM 21  correct?

10:46AM 22  A.   Yes, we did.

10:46AM 23  Q.   Did -- did Interior Exterior ever receive any complaints

10:46AM 24  from any employee that the drywall was selling -- smelling?

10:46AM 25  A.   No.

**HOURLY TRANSCRIPT**

10:46AM 1    Q.   Did Interior Exterior ever receive any complaints from a

10:46AM 2    contractor that the drywall smelled?

10:46AM 3    A.   No.

10:46AM 4    Q.   Did any con -- did any installer ever complain to

10:46AM 5    Interior Exterior that the drywall was smelling?

10:47AM 6    A.   No.

10:47AM 7    Q.   Did any homeowner -- prior to 2009, did any homeowner ever

10:47AM 8    call Interior Exterior and complain about the smell of the

10:47AM 9    drywall in their homes?

10:47AM 10   A.   No.

10:47AM 11   Q.   When did you learn about this potential sulfur defect?

10:47AM 12   When did you hear about it for the first time?

10:47AM 13   A.   It was January -- latter part of January 2009 when someone

10:47AM 14   forwarded us the *Wall Street Journal* article.

10:47AM 15   Q.   So had you -- had you stopped selling the Chinese drywall

10:47AM 16   by then?

10:47AM 17   A.   We -- we ended up sell -- we believe that we finished

10:47AM 18   selling it in March of 2007 with -- probably I think there are

10:47AM 19   23 invoices that went subsequent to that, that were all

10:48AM 20   completed by May of 2007, so almost two years since we sold our

10:48AM 21   last piece.

10:48AM 22   Q.   At what point did you receive your last shipment of

10:48AM 23   Chinese drywall?  When did that come in?

10:48AM 24   A.   I would say September, I believe.  I'm not exactly sure of

10:48AM 25   the date.

**HOURLY TRANSCRIPT**

10:48AM 1    Q.   September of what year?

10:48AM 2    A.   I'm sorry.  September of '06.

10:48AM 3    Q.   Why did you stop importing the board?

10:48AM 4    A.   Because the product domestically had freed up and you

10:48AM 5    could get what you needed domestically.

10:48AM 6    Q.   Were you still on allocation by then?

10:48AM 7    A.   Not by that point.

10:48AM 8    Q.   Did you stop selling the drywall because of any of the

10:48AM 9    complaints about the drywall?

10:48AM 10   A.   We did not.

10:48AM 11   Q.   Did anyone ever return any of the drywall to

10:48AM 12   Interior Exterior because they could not use it in the

10:48AM 13   installation of a home?

10:48AM 14   A.   No.

10:48AM 15   Q.   Let me ask you this, Mr. Geary, did you ever get notice

10:48AM 16   from Knauf that they had a customer in Florida that had

10:49AM 17   complained to them in November of 2006?

10:49AM 18   A.   We did not.

10:49AM 19   Q.   Did you ever get notification from Knauf about any

10:49AM 20   problems with regard to the drywall that you had purchased from

10:49AM 21   Knauf?

10:49AM 22   A.   We did not.

10:49AM 23   Q.   How about Taishan and Metro, did anyone from Metro ever

10:49AM 24   advise you that there was a problem with the drywall?

10:49AM 25   A.   We did not -- I mean, no, they did not.

**HOURLY TRANSCRIPT**

10:49AM 1    Q.   How about Taishan, did they ever advise you that there was

10:49AM 2    a problem with the drywall?

10:49AM 3    A.   They did not.

10:49AM 4    Q.   What did you do in November of 2009 after you learned

10:49AM 5    about a problem with the drywall?

10:49AM 6    A.   You mean in January of 2009?

10:49AM 7    Q.   In January of 2009, I'm sorry.

10:49AM 8    A.   Well, we -- Jim called our local sales rep, Kurt Heider,

10:49AM 9    and it went up the chain.  And the notification we got was to

10:50AM 10   call Knauf's attorney, Doug Sanders.

10:50AM 11         MR. SEEGER:  Objection, Your Honor.  I think he's

10:50AM 12   testifying as to what somebody else did.

10:50AM 13         THE COURT:  Yes, I agree with that.  I sustain the

10:50AM 14   objection.  Disregard that answer, Members of the Jury.

10:50AM 15                          EXAMINATION

10:50AM 16   BY MR. DUPLANTIER:

10:50AM 17   Q.   Mr. Geary, at some point towards the end of when you were

10:50AM 18   selling the Knauf drywall, did you write an e-mail to Knauf?

10:50AM 19   A.   I did.

10:50AM 20   Q.   And why did you do that?

10:50AM 21   A.   Actually, I was kind of spurred on to do that by the local

10:50AM 22   sales rep, Kurt Heider.

10:50AM 23   Q.   Do you remember why he was telling you to do that?

10:50AM 24   A.   I think he just wanted to --

10:51AM 25         MR. SEEGER:  Objection, Your Honor.

**HOURLY TRANSCRIPT**

| | | |
|---|---|---|
| 10:51AM | 1 | THE COURT:  Sustained.  Speculation. |
| 10:51AM | 2 | EXAMINATION |
| 10:51AM | 3 | BY MR. DUPLANTIER: |
| 10:51AM | 4 | Q.   Well, let me show you the e-mail, Mr. Geary. |
| 10:51AM | 5 | A.   Okay. |
| 10:51AM | 6 | THE COURT:  Are we getting close to the end? |
| 10:51AM | 7 | MR. DUPLANTIER:  A few minutes, Your Honor. |
| 10:51AM | 8 | THE COURT:  I'll take a break after you finish. |
| 10:51AM | 9 | MR. DUPLANTIER:  Okay. |
| 10:51AM | 10 | Sorry, Your Honor, there's a lot of documents and |
| 10:52AM | 11 | we're trying to sift through them as quickly as we can. |
| 10:52AM | 12 | EXAMINATION |
| 10:52AM | 13 | BY MR. DUPLANTIER: |
| 10:53AM | 14 | Q.   You can go to Exhibit 12, Mr. Geary -- 32. |
| 10:53AM | 15 | MR. DUPLANTIER:  Sorry about that.  32, gentlemen. |
| 10:53AM | 16 | There it is. |
| 10:53AM | 17 | Any objection? |
| 10:53AM | 18 | MR. SEEGER:  No objection. |
| 10:53AM | 19 | THE COURT:  Let it be admitted. |
| 10:53AM | 20 | (WHEREUPON, at this point in the proceedings, Exhibit |
| 10:53AM | 21 | Number 32 was admitted into evidence.) |
| 10:53AM | 22 | EXAMINATION |
| 10:53AM | 23 | BY MR. DUPLANTIER: |
| 10:53AM | 24 | Q.   You wrote to Mr. Brisley and to Mr. Heider at Knauf; is |
| 10:53AM | 25 | that correct? |

**HOURLY TRANSCRIPT**

10:53AM 1    A.   Yes, I did.

10:53AM 2    Q.   And what -- what were you trying to communicate to him?

10:53AM 3    A.   Well, I was basically expressing our appreciation for all

10:53AM 4    of their efforts in helping us acquire product from overseas.

10:53AM 5    Q.   And that was in December of 2006?

10:53AM 6    A.   Yes, it was.

10:53AM 7    Q.   And after you had sent that e-mail, did you get any

10:54AM 8    response from Mr. Brisley or Mr. Heider saying, "Oops, we sold

10:54AM 9    you some smelly drywall"?

10:54AM 10   A.   I did not get a response.

10:54AM 11   Q.   And, in fact, the company itself has never given you any

10:54AM 12   response like that?

10:54AM 13   A.   Correct.

10:54AM 14          MR. DUPLANTIER:  One second, Your Honor.

10:54AM 15                              EXAMINATION

10:54AM 16   BY MR. DUPLANTIER:

10:54AM 17   Q.   Do you recall when the shipment of Wuhu came in,

10:54AM 18   Mr. Geary?

10:54AM 19   A.   I'm not positive.  I would think it was August, September.

10:54AM 20   I'm not positive.

10:55AM 21   Q.   Would you go to Exhibit 53.

10:55AM 22          MR. DUPLANTIER:  Any objection, gentlemen?

10:55AM 23          MR. SEEGER:  No, sir.

10:55AM 24          THE COURT:  Let it be admitted.

10:55AM 25          (WHEREUPON, at this point in the proceedings, Exhibit

**HOURLY TRANSCRIPT**

10:55AM 1    Number 53 was admitted into evidence.)

10:55AM 2                        EXAMINATION

10:55AM 3    BY MR. DUPLANTIER:

10:55AM 4    Q.   Can you tell the jury what this is, Clay?

10:55AM 5    A.   This is the Wuhu contract.

10:55AM 6    Q.   And the date of this Wuhu contract is when?

10:55AM 7    A.   July 5, 2006.

10:55AM 8    Q.   And the date of the expected shipment?

10:55AM 9    A.   I'm not sure if I understand.

10:55AM 10   Q.   What would be the shipping date on this contract?

10:56AM 11   A.   The shipping date.  I'm sorry.  Before July 30th.

10:56AM 12   Q.   And it's your recollection that it shipped approximately

10:56AM 13   around that time.  And when did it arrive?

10:56AM 14   A.   I don't recall exactly, but I thought it was September.

10:56AM 15   Q.   We have seen some invoices where U.S. Gypsum came in and

10:56AM 16   bought some Knauf drywall.  Do you recall those invoices?

10:56AM 17   A.   Yes, I do.

10:56AM 18   Q.   Is that something that happens on occasion?

10:56AM 19   A.   It does.  Through the years.  When I was on the sales

10:56AM 20   floor, they come in and they pick up two sheets of each of

10:56AM 21   their competitors' boards.  And, you know, they have a plant in

10:56AM 22   New Orleans, and they would go back and, I guess, test the

10:56AM 23   product.

10:56AM 24   Q.   Did they ever share those tests with you?

10:56AM 25   A.   No, they did not.

**HOURLY TRANSCRIPT**

10:56AM 1    Q.   But they came in in March and asked specifically for a

10:56AM 2    piece of the Knauf drywall that you had in March of 2006; isn't

10:56AM 3    that true?

10:57AM 4    A.   I don't remember the date, but they did get two sheets

10:57AM 5    from us, yes.

10:57AM 6         MR. DUPLANTIER:  I don't have any other questions,

10:57AM 7    Your Honor.

10:57AM 8         THE COURT:  Let's take a 15-minute break.  Court will

10:57AM 9    stand in recess at this time.

10:57AM 10        THE COURT SECURITY OFFICER:  All rise.

10:57AM 11        (WHEREUPON, at 10:57 a.m. the jury panel leaves the

11:13AM 12   courtroom and then the Court took a recess.)

11:13AM 13        THE COURT SECURITY OFFICER:  All rise.

11:13AM 14        (WHEREUPON, at 11:13 a.m. the jury panel enters the

11:13AM 15   courtroom.)

11:14AM 16        THE COURT:  Be seated, please.

11:14AM 17             You may cross-examine.

11:14AM 18                  CROSS-EXAMINATION

11:14AM 19   BY MR. SEEGER:

11:14AM 20   Q.   Mr. Geary, how are you today?

11:14AM 21   A.   Good morning.

11:14AM 22   Q.   Good morning.

11:14AM 23        I'm going to kind of start in reverse just to avoid

11:14AM 24   some confusion on a few things.  You spent some time at the end

11:14AM 25   talking about Knauf Wuhu.  Do you recall those questions?

**HOURLY TRANSCRIPT**

11:14AM 1    A.   Yes, I do.

11:14AM 2    Q.   But Knauf Wuhu is not KPT?

11:14AM 3    A.   That's correct.  It's a different plant.

11:14AM 4    Q.   Yes.  When we talk about KPT, you're clear that we're

11:14AM 5    talking about a different board, right?

11:14AM 6    A.   It came from -- it's a different plant than Knauf.

11:14AM 7    Q.   And it's not TTP, or is it Taishan board, right?

11:14AM 8    A.   It's not from the Tianjin plant.

11:14AM 9    Q.   And none of the Knauf Wuhu board is in any of homes of the

11:14AM 10   plaintiffs that have been in this case, right?

11:14AM 11   A.   I don't know.

11:14AM 12   Q.   You also said before that you had -- when you talked to

11:14AM 13   the jury, you told them that you had sold the Chinese drywall

11:14AM 14   to certain family members, right?

11:14AM 15   A.   Yes, we have.

11:14AM 16   Q.   You're being sued by your cousin, too, aren't you?

11:15AM 17   A.   Yes.

11:15AM 18   Q.   It makes family get-togethers a little difficult, doesn't

11:15AM 19   it?

11:15AM 20   A.   Actually, he called us and said, what do we do?

11:15AM 21   Q.   Well, if you want us to call them, we can do that.

11:15AM 22        So let me start back with Knauf, some of the Knauf

11:15AM 23   questions about China.  You were asked by your attorney about,

11:15AM 24   did you ask Mr. Brisley about drywall from Knauf China.  Do you

11:15AM 25   recall that question?

**HOURLY TRANSCRIPT**

11:15AM 1    A.   I'm sorry.  Say that again.

11:15AM 2    Q.   Did you ask Mr. Brisley -- that was your contact at Knauf

11:15AM 3    USA, right?

11:15AM 4    A.   Yes.

11:15AM 5    Q.   Jeff Brisley was your contact at --

11:15AM 6    A.   Well, he was the national sales manager.  We didn't talk

11:15AM 7    to him on a daily basis.  It was a local sales rep,

11:15AM 8    Kurt Heider.

11:15AM 9    Q.   Well, let's just talk about who he is, Jeff Brisley.

11:15AM 10   A.   Okay.

11:15AM 11   Q.   Because that's who you talked about.

11:15AM 12        He's with Knauf USA, right?

11:15AM 13   A.   Yes, he is.

11:15AM 14   Q.   You said when you spoke to him, you didn't specifically

11:15AM 15   ask for Chinese board.  There was no real discussion about

11:15AM 16   Chinese board.  It was Knauf that directed you that way, isn't

11:15AM 17   that what you said?

11:15AM 18   A.   Actually, Jim had the conversation with Mr. Brisley.

11:16AM 19   Q.   Okay.  But your answer to your lawyer's question today was

11:16AM 20   that -- you said, I will tell you, at the outset -- I will tell

11:16AM 21   you, China didn't enter into our mind as far as that.  I would

11:16AM 22   have thought Europe.  That's where they are based, in Germany.

11:16AM 23   I found out later they have South American operations as well.

11:16AM 24   To me, you would think it would be easier to come from

11:16AM 25   South America or Europe than China, but at no time did we

**HOURLY TRANSCRIPT**

11:16AM 1    specify we wanted the product.

11:16AM 2             That was your answer just today, wasn't it?

11:16AM 3    A.   Yes.

11:16AM 4    Q.   Because I'm reading the transcript.

11:16AM 5             Now, give me the time frame when you started talking

11:16AM 6    to Knauf about getting board, drywall.  Was that September,

11:16AM 7    October 2005; is that fair?

11:16AM 8    A.   I don't recall the exact date, but it was after Katrina.

11:16AM 9    Q.   And Katrina -- when was Katrina?

11:16AM 10   A.   The 29th of September.

11:16AM 11   Q.   Sounds right.

11:16AM 12            THE COURT:  August.

11:16AM 13            THE WITNESS:  August.  I'm sorry.

11:16AM 14                          EXAMINATION

11:16AM 15   BY MR. SEEGER:

11:16AM 16   Q.   August, yeah.

11:16AM 17            So it would be somewhere in the September, early

11:16AM 18   October time frame.  Does that sound about right to you?

11:17AM 19   A.   Yes.

11:17AM 20   Q.   Okay.

11:17AM 21            MR. SEEGER:  Counsel, would you have any objection to

11:17AM 22   me -- is this already in, INEX 25?

11:17AM 23            MR. DUPLANTIER:  Yes.

11:17AM 24                          EXAMINATION

11:17AM 25   BY MR. SEEGER:

**HOURLY TRANSCRIPT**

11:17AM 1    Q.   Could we put INEX 25 up, please.  And, Scott, could you

11:17AM 2    just highlight the top where the date is and the names.

11:17AM 3            Okay.  You were looking at this.  So the date of this

11:17AM 4    e-mail is October 12, 2005, right?

11:17AM 5    A.   Yes.

11:17AM 6    Q.   And let's go down to the first -- let's just blow up the

11:17AM 7    whole top paragraph there.  Scott, if you can go along where it

11:17AM 8    says:

11:17AM 9            "Please provide this information to Jim for me" --

11:17AM 10           And that's your brother, right?

11:17AM 11   A.   Yes.

11:17AM 12   Q.   -- "I have the actual correspondence from John Davis, our

11:17AM 13   general manager for Knauf wallboard plants in China."

11:17AM 14          Did I read that correctly?

11:17AM 15   A.   Yes, you did.

11:17AM 16   Q.   So on October 12th, 2005, you understood that you were

11:17AM 17   going to get drywall from Knauf in China; is that right, sir?

11:17AM 18   A.   Yes.

11:17AM 19   Q.   Also there is a name mentioned, where it says, "Jim can

11:18AM 20   contact Cecillia Wang."

11:18AM 21          Do you see that?

11:18AM 22   A.   Yes.

11:18AM 23   Q.   She's from KPT, that's China, right?

11:18AM 24   A.   Yes.

11:18AM 25   Q.   Chinese last name, Wang.  I guess we can assume that.

**HOURLY TRANSCRIPT**

11:18AM 1          Now, let's talk a little bit about who

11:18AM 2   Metro Resources is.  That's a broker you use; is that fair?

11:18AM 3   A.   Yes, it is.

11:18AM 4   Q.   Now, you and your brother understood -- forget about your

11:18AM 5   brother.  He's going to testify.  Let me stick with you.

11:18AM 6          You understood when you used Metro Resources that

11:18AM 7   they had never been involved in the business -- building

11:18AM 8   materials business until you hired them; is that right?

11:18AM 9   A.   Jim handled more of the details of that transaction.

11:18AM 10  Q.   But, sir, you knew they were carpet recyclers and they

11:18AM 11  handled plastics.  You knew that?

11:19AM 12  A.   Actually I did not know.

11:19AM 13  Q.   You did not know?

11:19AM 14  A.   No, I didn't know that.

11:19AM 15  Q.   You don't know that sitting here today?

11:19AM 16  A.   I've looked at the Dun & Bradstreet that we got for

11:19AM 17  Metro Resources, and I see that on it now, yes.

11:19AM 18  Q.   So the Dun & Bradstreet told you that, that they were

11:19AM 19  plastics and carpet recyclers?

11:19AM 20  A.   I believe that's where I saw it.

11:19AM 21  Q.   Now, let's talk about quality control.  You talked about

11:19AM 22  that.  Your testimony today -- well, your lawyer, in his

11:19AM 23  opening statement, said that quality control is you and your

11:19AM 24  brother Jim.  Do you agree with that?

11:19AM 25  A.   Yes.

**HOURLY TRANSCRIPT**

11:19AM 1   Q.   You are responsible, the buck stops with you, right, sir?

11:19AM 2   A.   Yes.

11:19AM 3   Q.   And you said today, I think, in response to that, that you

11:19AM 4   are involved in everyday operations; is that right?

11:19AM 5   A.   Yes.

11:19AM 6   Q.   Now, you were deposed in this case, right?

11:20AM 7   A.   Yes, I was.

11:20AM 8   Q.   All right.

11:20AM 9          And can I put this on the Elmo.  Excuse my

11:20AM 10  handwriting.

11:20AM 11         MR. DUPLANTIER:  Objection, Your Honor.  He's not

11:20AM 12  allowed to do this.

11:20AM 13         MR. SEEGER:  What's the objection?

11:20AM 14         THE COURT:  Ask the question first.

11:20AM 15         MR. DUPLANTIER:  What's the question?

11:20AM 16         MR. SEEGER:  Okay.  Here it is.

11:20AM 17                        EXAMINATION

11:20AM 18  BY MR. SEEGER:

11:20AM 19  Q.   Your testimony --

11:20AM 20         You're right, Your Honor.

11:20AM 21         Your testimony today --

11:20AM 22         Relax.

11:20AM 23         -- is that you're involved in everyday operations for

11:20AM 24  the company, you are the quality control people, you and Jim,

11:20AM 25  right?

**HOURLY TRANSCRIPT**

11:20AM 1    A.   Well, I'll tell you that I don't take sales orders.

11:20AM 2    Q.   Can you just answer that one yes or no for me just so we

11:20AM 3    can get my next question?

11:20AM 4    A.   Not way you phrased it.

11:20AM 5    Q.   Are you involved in quality control?

11:20AM 6    A.   Yes, I am.

11:20AM 7    Q.   Are you involved in everyday operations of company?

11:20AM 8    A.   Yes.

11:20AM 9    Q.   And do you recall being deposed in this case and being

11:20AM 10   asked questions to that effect and you gave a different answer?

11:20AM 11   A.   I think the question was whether we had a formalized

11:20AM 12   quality control process.

11:21AM 13   Q.   Well, actually --

11:21AM 14   A.   Formal process.  We don't have a formal process, no.

11:21AM 15   Q.   Actually, you were asked -- let me try to trigger your

11:21AM 16   memory before we go to this.  You were asked questions about,

11:21AM 17   did you ever pick up the phone and ask your customers why they

11:21AM 18   didn't want Knauf board or why they didn't want Chinese board.

11:21AM 19   Do you recall a series of questions in the deposition before

11:21AM 20   this trial?

11:21AM 21   A.   I do.

11:21AM 22   Q.   Do you remember your answer?

11:21AM 23   A.   Yes.

11:21AM 24   Q.   What was your answer?

11:21AM 25   A.   Well, my answer was, I'm not on the sales floor taking

**HOURLY TRANSCRIPT**

11:21AM 1   these orders.  Jim and I don't take these sales orders.  We

11:21AM 2   used to, but we don't anymore.

11:21AM 3   Q.   You said you weren't involved in the day to day.  Isn't

11:21AM 4   that --

11:21AM 5   A.   When I'm talking about day to day, meaning I go to the

11:21AM 6   office every day and I do my job.  I'm not overlooking someone

11:21AM 7   taking a sales order on the sales floor.

11:21AM 8   Q.   But if somebody is complaining to a salesperson, you're

11:21AM 9   going to want to know about that, aren't you?

11:21AM 10  A.   Yes.

11:21AM 11  Q.   So the buck stops with you?

11:21AM 12  A.   Yes.

11:21AM 13  Q.   So you are not on top of the sales force with regard to

11:21AM 14  why people are telling them they don't want Chinese board;

11:22AM 15  isn't that correct?

11:22AM 16  A.   We were not under the impression that it was a big problem

11:22AM 17  as far as the weight and the brittleness.  It was a small

11:22AM 18  portion of the invoices -- I'm sorry, a small portion of the

11:22AM 19  complaints in relation to the number of orders that we had.

11:22AM 20          MR. SEEGER:  Do you have any objection to

11:22AM 21  Exhibit 1302?

11:22AM 22          MR. DUPLANTIER:  No.  No.  No.  Not at all.

11:22AM 23          MR. SEEGER:  Your Honor, could we move into evidence

11:22AM 24  Exhibit 1302.

11:22AM 25          THE COURT:  Let it be admitted.

**HOURLY TRANSCRIPT**

11:22AM 1          (WHEREUPON, at this point in the proceedings, Exhibit

11:22AM 2    Number 1302 was received into evidence.)

11:22AM 3                              EXAMINATION

11:22AM 4    BY MR. SEEGER:

11:22AM 5    Q.   I'm not going to waste a lot of time on this.  Does this

11:22AM 6    look like only a few people say they don't want Chinese board,

11:22AM 7    no imported board?

11:22AM 8    A.   Well, my understanding, is this is 270 something or 290,

11:22AM 9    and we did 16,000 invoices during this time frame.

11:22AM 10   Q.   But you're a relatively small company.  You care about

11:22AM 11   200, 300 people telling you that they don't want something.

11:22AM 12   You would care about that, wouldn't you?

11:22AM 13   A.   I do.  And if they didn't want the product because it was

11:23AM 14   too heavy, they could have returned it.

11:23AM 15   Q.   But you wouldn't know because with you weren't involved in

11:23AM 16   the day to day and talking to your sales force?

11:23AM 17   A.   But if the salesman was asked to return the product

11:23AM 18   because, I didn't like it, it was too heavy or it was too

11:23AM 19   brittle, he would have taken the product back.

11:23AM 20   Q.   Sir, returning the product, that's another thing I have to

11:23AM 21   take a break on, because did you really expect the homeowners,

11:23AM 22   when the drywall was delivered to their house, and we've heard

11:23AM 23   testimony that it's installed within two days, and once it's

11:23AM 24   nailed to the wall -- I'm sorry, this is a long question, but

11:23AM 25   it's all part of it -- it gets spackled and painted, right?

**HOURLY TRANSCRIPT**

11:23AM 1    A.   I would tell you, it's not always in two days.  You're

11:23AM 2    talking to a guy who's, from my understanding, he's kind of a

11:23AM 3    tract builder.  It could sit there for a couple weeks before it

11:23AM 4    got installed.

11:23AM 5            But no, the homeowner is not going to take it back.

11:23AM 6    What they are going to do is they are going to tell the

11:23AM 7    builder, and the builder is going to say, I don't want this

11:23AM 8    stuff, and I'm going to send it back.

11:23AM 9    Q.   In fact, the homeowners are suing you in this case and

11:23AM 10   they want you to take it back.  Isn't that what they want?

11:23AM 11   They do want you to take it back, Mr. Geary, don't they?

11:23AM 12   A.   I understand.

11:24AM 13   Q.   Now, I want to talk to you also a little bit about the

11:24AM 14   inspections.  Now, let's just try to do the timeline.  Katrina

11:24AM 15   hits.  You go to Knauf and you want -- you're trying to make up

11:24AM 16   for the supply you can't get, right?

11:24AM 17   A.   Yes.

11:24AM 18   Q.   There's a big selling opportunity at that moment because

11:24AM 19   there is a lot of construction work being done; is that fair,

11:24AM 20   Mr. Geary?

11:24AM 21   A.   There is a lot of demand, yes.

11:24AM 22   Q.   A lot of demand.

11:24AM 23            You wanted to meet the demand, right?

11:24AM 24   A.   We wanted to -- I mean, the community is trying to

11:24AM 25   rebuild.  We need a product.

**HOURLY TRANSCRIPT**

11:24AM 1   Q.   Well, you weren't giving it away, Mr. Geary.  You were

11:24AM 2   selling it?

11:24AM 3   A.   We are a for-profit enterprise.  We're not Habitat for

11:24AM 4   Humanity.

11:24AM 5   Q.   So at the time -- let's get the time frame straight.

11:24AM 6   Knauf is shipping you the board for a period of time, and then

11:24AM 7   they tell you, "We can't continue to ship it," right?

11:24AM 8   A.   Right.

11:24AM 9   Q.   "We don't have the available board to continue shipping

11:25AM 10  it," right?

11:25AM 11  A.   Yes.

11:25AM 12  Q.   So you've got to look to other alternatives?

11:25AM 13  A.   Well, of course, they switched us to the Wuhu plant, and

11:25AM 14  we end up getting product from their Wuhu plant.

11:25AM 15  Q.   But then at some point in time you're looking at a Chinese

11:25AM 16  entity called *BNBM*, correct?

11:25AM 17  A.   We looked at BNBM after that.  It was relatively early on.

11:25AM 18  Q.   Okay.  Relatively early on.  But when you were looking at

11:25AM 19  BNBM, you guys were very much on top of your due diligence and

11:25AM 20  you were concerned about actually inspecting manufacturing

11:25AM 21  facilities, weren't you?

11:25AM 22  A.   No, we're never concerned with inspecting.  We were

11:25AM 23  talking about bubbles, out of square, visual observations of

11:25AM 24  the product.  That was our concern.

11:25AM 25  Q.   You were never concerned with inspecting; you were

**HOURLY TRANSCRIPT**

11:25AM 1   concerned with paper peeling and bubbles, correct?

11:25AM 2           MR. SEEGER:  Counsel, any objection to 199?

11:25AM 3           MR. DUPLANTIER:  On the stricken list.

11:25AM 4           MR. SEEGER:  Not on my mine.

11:25AM 5           MR. DUPLANTIER:  Okay.

11:25AM 6                           EXAMINATION

11:25AM 7   BY MR. SEEGER:

11:26AM 8   Q.   Mr. Geary, let me ask you some questions.  Check that for

11:26AM 9   me.

11:26AM 10          MR. SEEGER:  Thank you.  Sorry, Your Honor.

11:26AM 11          MR. DUPLANTIER:  Judge, can we approach?

11:26AM 12          THE COURT:  Sure.

11:26AM 13          (WHEREUPON, at this point in the proceedings, a

11:26AM 14  conference was held at the bench.)

11:26AM 15          MR. DUPLANTIER:  I really need you to ask him to stop

11:26AM 16  doing this.

11:26AM 17          MR. SEEGER:  I really don't have it on my list.  I'm

11:26AM 18  sorry if you're right.

11:26AM 19          MR. DUPLANTIER:  I understand that.  If you're not

11:26AM 20  prepared, it's not my problem.

11:26AM 21          THE COURT:  What is this issue?

11:26AM 22          MR. DUPLANTIER:  He continues to start talking about

11:26AM 23  documents that have been stricken.  He's waving the document in

11:26AM 24  front of the jury --

11:26AM 25          MR. SEEGER:  He's a liar.

                        **HOURLY TRANSCRIPT**

11:26AM 1       MR. DUPLANTIER:  He's waving a document that you

11:26AM 2  struck from the record.

11:26AM 3       MR. SEEGER:  No, we're waving it and asking

11:26AM 4  questions.

11:26AM 5       MR. RISLEY:  We object to the violation of the

11:26AM 6  Court's rulings.

11:26AM 7       MR. DUPLANTIER:  Make sure you don't do that.

11:26AM 8       MR. SEEGER:  I really do check.  If it's an error, I

11:27AM 9  apologize.

11:27AM 10       MR. RISLEY:  It's happened a lot, though, is our

11:27AM 11  concern.

11:27AM 12       (WHEREUPON, at this point in the proceedings, the

11:27AM 13  bench conference was concluded.)

11:27AM 14                          EXAMINATION

11:27AM 15  BY MR. SEEGER:

11:27AM 16  Q.   Do you know who Victor Wei is?

11:27AM 17  A.   I believe he's the owner of Weida Freight, or an employee.

11:27AM 18  I think he's the owner of Weida Freight.

11:27AM 19  Q.   And you -- Victor Wei was going to assist you from

11:27AM 20  purchasing drywall from Weida and BNBM?

11:27AM 21  A.   Actually, J.W. Allen hired Weida Freight to observe the

11:27AM 22  loading of the product and some of the shipments and to make

11:27AM 23  sure there was no damage to those shipments.  And then he also

11:27AM 24  went on to try and develop a relationship with us, with some of

11:27AM 25  the other drywall manufacturers in China.

**HOURLY TRANSCRIPT**

11:27AM 1    Q.   Mr. Geary, did you have a conversation in any form with

11:28AM 2    Victor Wei where you said to him, "I want somebody to inspect

11:28AM 3    the entire manufacturing process at BNBM"?  In fact, you want a

11:28AM 4    thousand boards inspected as it's produced?

11:28AM 5    A.   I can tell you there was never any intent for us to

11:28AM 6    inspect the product.

11:28AM 7    Q.   Did you have that conversation?

11:28AM 8    A.   We wouldn't have known how to inspect the product.  We

11:28AM 9    didn't have that expertise.

11:28AM 10   Q.   No, no, you -- okay, I will accept that.  You don't.

11:28AM 11        But you wanted to have someone involved in inspecting

11:28AM 12   the manufacturing process at BNBM and inspecting, in fact,

11:28AM 13   1,000 boards?

11:28AM 14   A.   We wanted someone to visually look at the product and see

11:28AM 15   if there was any problem with the four things I've mentioned:

11:28AM 16   Paper peeling, cracks --

11:28AM 17   Q.   With 1,000 boards, though, right?

11:28AM 18        MR. DUPLANTIER:  Judge --

11:28AM 19        THE COURT:  Well, he's under cross.  Let him finish

11:28AM 20   that answer first.

11:28AM 21        MR. SEEGER:  I'd like to apologize if you would stop

11:28AM 22   talking.  I'd like to apologize for --

11:28AM 23        THE WITNESS:  Paper peeling, cracks, dimensionally

11:28AM 24   square, bubbles, except we didn't have the expertise to test

11:29AM 25   for the product.

**HOURLY TRANSCRIPT**

                              EXAMINATION

BY MR. SEEGER:

Q.   But you did have a --

A.   We wanted to.

Q.   But you did have a conversation where you said, "We would

like to have somebody there for the entire manufacturing

process to inspect a thousand boards while they're being

manufactured," right?

A.   We wanted someone to visually inspect the boards coming

off of the line or before they were put on pallets or whatever.

We wanted them to visually inspect the boards for the four

things I've just mentioned.

Q.   And to do that, that person would have had to actually

have been -- at BNBM would have had to be present during the

manufacturing process, right, over in China?

A.   Well, I guess what you define "a manufacturing process"

because you wouldn't be looking at it during the manufacturing

process.  You'd be looking at it after it came out.

Q.   Okay.  But you didn't -- you actually did not wind up

buying from BNBM?

A.   We did not.

Q.   You wound up buying from another company, TTP?

A.   Yes, we did.

Q.   And you were told -- you and your brother were told at

some point by one of the agents that you talked to -- I think

                          **HOURLY TRANSCRIPT**

11:29AM 1    the name is Susan Li -- that BNBM did have ASTM certification,

11:30AM 2    but the Shandong plant did not have certification?  You were

11:30AM 3    told that, weren't you?

11:30AM 4    A.   I don't know if I were -- I was told that.  I remember

11:30AM 5    seeing an e-mail about that.

11:30AM 6    Q.   And TTP -- now, BNBM you understood, had a very good

11:30AM 7    reputation in China; they were a big facility, correct?

11:30AM 8    A.   I knew BNBM was big.  I knew Taihe was big.  I knew they

11:30AM 9    were big manufacturers in China.

11:30AM 10   Q.   And you had never -- when you switched to looking at BNBM

11:30AM 11   to TTP, the Chinese company you ultimately bought the drywall

11:30AM 12   from, you had no relationship with TTP, correct?

11:30AM 13   A.   No.

11:30AM 14   Q.   Yet when the Board was manufactured in TTP, you did not

11:30AM 15   send somebody to the plant to inspect a thousand boards as it

11:30AM 16   came out of the facility, did you?

11:30AM 17   A.   But it was a different process.  We used a broker and the

11:30AM 18   broker handled the -- the whole process.  They handled the

11:30AM 19   shipping.  We didn't even handle it at the port.

11:31AM 20          It came to our warehouse in a container and we un --

11:31AM 21   opened up the container and there was the product.  It was as

11:31AM 22   if the manufacturer domestically had shipped it to us.  It was

11:31AM 23   right there.  It wasn't -- we didn't handle any of the

11:31AM 24   logistical issues with regard to shipping.

11:31AM 25   Q.   Right.  But you did have -- you did have a relationship

**HOURLY TRANSCRIPT**

11:31AM 1   with a company called *SGS* that could have gone there and

11:31AM 2   inspected it.  And, in fact, they had offered to be available

11:31AM 3   during testing over in China for you, didn't they?

11:31AM 4   A.   SGS -- we were not buying through a broker, so I don't

11:31AM 5   know -- we didn't have access to -- I don't know if we would

11:31AM 6   have had access to the manufacturing plant if we had wanted to

11:31AM 7   do that.

11:31AM 8   Q.   I didn't ask you that, though, Mr. Geary, I'm sorry.  I'm

11:31AM 9   really trying to get through this quickly.  The question I

11:31AM 10  asked you, you did have a relationship with their company, SGS,

11:31AM 11  that offered to be -- to be in China inspecting the operations

11:31AM 12  and would even be available during testing of the product?

11:31AM 13          Didn't you get that offer from SGS?

11:31AM 14  A.   We had talked to SGS in the fall.

11:32AM 15  Q.   Yes or no?  Did they offer to be available during testing,

11:32AM 16  yes or no?

11:32AM 17  A.   There was a document where we were going to visually

11:32AM 18  inspect the BNBM plant back in December -- not the plan.  We

11:32AM 19  were going to inspect the product.  We were going to look at --

11:32AM 20  visually look at the product for the four things I've said.

11:32AM 21  Q.   Were you told by anyone at SGS that "If there's the

11:32AM 22  testing to be conducted, we could make arrangement to witness

11:32AM 23  these and review on behalf of your company"?  Weren't you told

11:32AM 24  that?

11:32AM 25  A.   I'm sorry.  Could you repeat that?

**HOURLY TRANSCRIPT**

11:32AM  1    Q.   Weren't you told by somebody at SGS that they could be --

11:32AM  2    if testing is going to be done of the product, the drywall,

11:32AM  3    they could be available during that testing to review that

11:32AM  4    process?  They told you they'd do that for you, didn't they?

11:32AM  5    A.   Once again, there was never any thought of inspection.

11:32AM  6    Q.   Okay.  But did they offer to do that for you?

11:32AM  7    A.   They are an inspection service -- or an evaluation

11:32AM  8    service.  I guess they could have done anything we asked.

11:32AM  9    Q.   Did they offer --

11:32AM 10          THE COURT:  The question is whether or not they

11:32AM 11    called and offered you that review service.

11:33AM 12          THE WITNESS:  They offered to inspect.

11:33AM 13          MR. SEEGER:  Any objection?

11:33AM 14          THE WITNESS:  Maybe I don't understand, Your Honor.

11:33AM 15          THE COURT:  Okay.  Let's ask him the question again.

11:33AM 16    He said he didn't understand.

11:33AM 17          MR. SEEGER:  Oh, I'm sorry.  I'm sorry, I was

11:33AM 18    talking.

11:33AM 19                        EXAMINATION

11:33AM 20    BY MR. SEEGER:

11:33AM 21    Q.   Mr. Geary, were you -- was it offered by a Carlos Cisnaros

11:33AM 22    (spelled phonetically) at SGS where he said, "If any testing

11:33AM 23    will be conducted by the factory, we can make arrangements to

11:33AM 24    witness these and review those procedures as follows" --

11:33AM 25    A.   Yes.

**HOURLY TRANSCRIPT**

11:33AM 1    Q.   -- "and results as required"?

11:33AM 2    A.   Yes, I think they did offer, yes.

11:33AM 3    Q.   They did.  And you said, "We're not looking to" -- the

11:33AM 4    company told him, "We're not looking to you to do any testing

11:33AM 5    of the product"; is that right?

11:33AM 6    A.   Yes.

11:33AM 7    Q.   Whose -- whose "Bubba" board -- oh, wait, let me back up.

11:33AM 8    I'm sorry.

11:34AM 9         So you have -- you -- I want to be clear.  With TTP,

11:34AM 10   you actually -- you didn't do any -- you didn't have anyone

11:34AM 11   available while testing -- I'm sorry.

11:34AM 12        With TTP, they produced an ASTM certificate which

11:34AM 13   represented that they tested the board, but you didn't have

11:34AM 14   anybody there while that testing was done; is that fair?

11:34AM 15   A.   We did not.

11:34AM 16   Q.   Okay.  Instead of having somebody available at the

11:34AM 17   manufacturing process or available during the testing, you

11:34AM 18   relied on one sheet --

11:34AM 19        MR. SEEGER:  May I have P 40?

11:34AM 20                          EXAMINATION

11:34AM 21   BY MR. SEEGER:

11:34AM 22   Q.   You relied on one sheet of paper before you brought into

11:34AM 23   the country and sold to customers thousands of sheets of

11:34AM 24   sheetrock, and that's the piece of paper you relied on, right?

11:34AM 25   A.   Well, actually, not just that.  We had a letter of credit

**HOURLY TRANSCRIPT**

11:34AM 1   where they certified the product was ASTM certified.

11:34AM 2   Q.   You say "they" --

11:34AM 3   A.   They also -- they also said it was warranted to be free

11:34AM 4   from defects and material and workmanship in the letter of

11:34AM 5   credit.

11:34AM 6   Q.   Well, that was good for you because you could get your

11:34AM 7   money back if there was a problem.  That doesn't necessarily

11:34AM 8   help the plaintiffs in this case, does it?

11:34AM 9           MR. ANGELLE:  Objection, that's argumentative.

11:35AM 10          THE COURT:  Yes, that is argument.

11:35AM 11                          EXAMINATION

11:35AM 12  BY MR. SEEGER:

11:35AM 13  Q.   Okay.  Let me ask you another question.  Those things you

11:35AM 14  just spoke about, warranties and certification, it's really no

11:35AM 15  different from that piece of paper?  That's just the company

11:35AM 16  saying, "We promise our product is good," right?

11:35AM 17  A.   The certification is -- is a mill certificate.  They

11:35AM 18  stamped it and said that they -- you know.

11:35AM 19  Q.   Well, I could give you a certificate right here.  I could

11:35AM 20  stamp it "Chris Seeger," and it would just be worth the paper

11:35AM 21  it's written on at the end of the day, correct?

11:35AM 22  A.   Yes, that's correct.

11:35AM 23  Q.   Okay.  And that's what you had when you brought thousands

11:35AM 24  of sheets into the country and when you sold it to these people

11:35AM 25  who were rebuilding their homes with it, right?

**HOURLY TRANSCRIPT**

11:35AM 1    A.   I guess maybe that's the same thing with Knauf, too.

11:35AM 2    That's all we had.

11:35AM 3    Q.   Well, I mean, with -- with Knauf, you had absolutely no

11:35AM 4    relationship with KPT when you brought that board in, right?

11:35AM 5    A.   We also dealt with a broker who was handling the process.

11:35AM 6    Q.   Right.  And tell me, where is the A -- where is the test

11:35AM 7    that looks like this that Knauf gave you?  Where is that?  I

11:35AM 8    couldn't find it.

11:35AM 9    A.   Actually, I don't think that the test was a requirement of

11:35AM 10   our letter of credit.  It was a certification.

11:35AM 11   Q.   More promises --

11:35AM 12   A.   It was certified.

11:35AM 13   Q.   More promises --

11:35AM 14   A.   The test was actually not a requirement of ours.

11:35AM 15   Q.   More promises from another Chinese company you had never

11:36AM 16   done business with before?

11:36AM 17   A.   You mean Knauf?

11:36AM 18   Q.   You never did business with KPT?

11:36AM 19   A.   We had never done business with K -- with who?

11:36AM 20   Q.   KPT.

11:36AM 21   A.   We had never done -- we'd dealt with Knauf for 20 years.

11:36AM 22   Q.   Knauf Plasterboard Tianjin, you had never done business

11:36AM 23   with, yes or no?

11:36AM 24   A.   That entity, we had not.

11:36AM 25   Q.   Knauf USA, Knauf Insulation, you had done business with

**HOURLY TRANSCRIPT**

11:36AM 1   for years?

11:36AM 2   A.   Yes, we had.

11:36AM 3   Q.   No problem?

11:36AM 4   A.   Yes.

11:36AM 5   Q.   In fact, with Knauf Insulation, Knauf USA, you had what's

11:36AM 6   called *an open account*?  You just bought and as the product was

11:36AM 7   delivered, you paid them, fair?

11:36AM 8   A.   That's correct.

11:36AM 9   Q.   But Knauf KPT, the Chinese entity, said, "That's not good

11:36AM 10  enough for us.  We want a letter of credit."  Yes or no?

11:36AM 11  A.   My understanding is the letter of credit is done on --

11:36AM 12  anytime you import products.

11:36AM 13  Q.   But you had an open account, fuzzy warm relationship with

11:36AM 14  Knauf USA, Knauf Insulation.  That didn't translate to KPT.

11:36AM 15  They wanted a letter of credit from your bank; isn't that what

11:36AM 16  they wanted?  Yes or no?

11:36AM 17  A.   They wanted a letter of credit, my understanding is,

11:36AM 18  because it was required.

11:36AM 19  Q.   And the letter of credit protects them in case you don't

11:37AM 20  pay, right?  They wanted that protection?

11:37AM 21  A.   Yes.

11:37AM 22  Q.   Who is "Bubba" board?

11:37AM 23  A.   "Bubba" board, I think, was another -- another product

11:37AM 24  that some -- someone tried to talk to us about.

11:37AM 25  Q.   So you got a solicitation from a company saying, "We want

**HOURLY TRANSCRIPT**

11:37AM 1   to sell you 'Bubba' board," right?

11:37AM 2   A.   Apparently so, yes.

11:37AM 3   Q.   And they sent you what appears to be an ASTM test report

11:37AM 4   for their board that they wanted to sell you, also, didn't

11:37AM 5   they?

11:37AM 6   A.   I don't recall, but I'm sure they did.  If you have it,

11:37AM 7   I'm sure they did.

11:37AM 8   Q.   Okay.

11:37AM 9         MR. SEEGER:  So, Scott, I want to at some point show

11:37AM 10  both, but I want to just put up 17, INEX 17.

11:37AM 11               Wait, wait, wait.  Time out.

11:37AM 12               Is there any objection, INEX 17?

11:37AM 13        MR. DUPLANTIER:  No.

11:37AM 14        MR. SEEGER:  INEX 17.

11:37AM 15        THE COURT:  Let it be admitted.

11:37AM 16        (WHEREUPON, at this point in the proceedings, Exhibit

11:37AM 17  Number 17 was admitted into evidence.)

11:37AM 18        MR. SEEGER:  Let's show that.  Go to page 35.

11:37AM 19                    EXAMINATION

11:37AM 20  BY MR. SEEGER:

11:37AM 21  Q.   Wow, does that look familiar to you, Mr. Geary?

11:37AM 22        THE COURT:  Let's calm down now.

11:38AM 23        MR. SEEGER:  Sorry, Your Honor.  It surprised me.

11:38AM 24        THE WITNESS:  Yes, it does.

11:38AM 25                    EXAMINATION

**HOURLY TRANSCRIPT**

11:38AM 1   BY MR. SEEGER:

11:38AM 2   Q.   What does that remind you of?

11:38AM 3   A.   It looks similar to the test report that we got from TTP.

11:38AM 4   Q.   Similar or does it look exact?

11:38AM 5   A.   I can't tell you if it's exact.  It looks very similar.

11:38AM 6         MR. SEEGER:  Okay.  Let's put up this, and can we put

11:38AM 7   up Plaintiff 40.

11:38AM 8                          EXAMINATION

11:38AM 9   BY MR. SEEGER:

11:38AM 10  Q.   Okay.  Now, the one on the right is the one we've been

11:38AM 11  talking about most of this trial, right?  Plaintiff's 40 on the

11:38AM 12  right.  I don't have the -- this is the one that you were given

11:38AM 13  from TTP right here, right, sir?

11:38AM 14  A.   Okay.

11:38AM 15  Q.   Okay.  And right here it says, "Tai'an Taishan

11:38AM 16  Plasterboard," right?  Now, look over here.  Look at how that

11:38AM 17  has been blackened out.  You see that, Mr. Geary?

11:38AM 18  A.   Uh-huh (affirmative response).

11:38AM 19  Q.   Does that raise any red flags in your mind when you got an

11:39AM 20  ASTM certificate from "Bubba" board with that name blacked out

11:39AM 21  and you had another one in your file for TTP?

11:39AM 22  A.   We didn't buy "Bubba" board and, no, I didn't connect the

11:39AM 23  two at the time.

11:39AM 24  Q.   Thank you.

11:39AM 25         Mr. Geary, I want to ask you -- in opening statement,

**HOURLY TRANSCRIPT**

11:39AM 1    Mr. Duplantier made a comment.  I wanted to know if you agreed

11:39AM 2    with it.  He said, "Drywall is drywall."

11:39AM 3           Do you agree with that comment?

11:39AM 4    A.   I can tell you it's a very generic product.  They are all

11:39AM 5    very similar.  Obviously, in the case, there are some very real

11:39AM 6    differences.

11:39AM 7    Q.   Thank you for that.  But do you generally agree with the

11:39AM 8    comment that drywall is drywall?

11:39AM 9    A.   In general, yes.

11:39AM 10   Q.   But not to you, Mr. Geary, right, because you didn't want

11:39AM 11   just drywall for your house; you wanted U.S.-made drywall for

11:39AM 12   your house, right, sir?

11:39AM 13   A.   Actually, I specified USG, not National Gypsum, not

11:40AM 14   Temple, not American Gypsum.  I specified USG.

11:40AM 15   Q.   And USG is a company that's been around about a hundred

11:40AM 16   years; is that right?

11:40AM 17   A.   It's been around a long time.

11:40AM 18   Q.   So you didn't just want U.S. product?  You wanted the

11:40AM 19   cream of the crop U.S. product for your house, right, sir?

11:40AM 20   A.   I wanted -- USG was my preference.  I had a relationship

11:40AM 21   with the sales rep.  I got USG product.

11:40AM 22   Q.   The best product in the country when it comes to

11:40AM 23   sheetrock, is that fair?

11:40AM 24   A.   Different people will say different things.

11:40AM 25   Q.   What will you say?

**HOURLY TRANSCRIPT**

11:40AM  1    A.   I'd say it's --

11:40AM  2    Q.   The best?

11:40AM  3    A.   -- it's good.  I wouldn't necessarily say it's the best.

11:40AM  4    It's a good product.

11:40AM  5           MR. SEEGER:  That's all I have, Your Honor.  Thank

11:40AM  6    you.

11:40AM  7           THE COURT:  Any redirect?

11:40AM  8                    REDIRECT EXAMINATION

11:40AM  9    BY MR. DUPLANTIER:

11:41AM  10   Q.   Mr. Geary, I would like you to look at the --

11:41AM  11          MR. DUPLANTIER:  Do you have the 200 invoices that

11:41AM  12   you've introduced, the exhibit that introduced the 200

11:41AM  13   invoices?

11:41AM  14            This is the invoice that the plaintiffs are

11:41AM  15   suggesting to us that are statistically significant.

11:41AM  16          MR. SEEGER:  Your Honor, I didn't say the word

11:41AM  17   *statistical significance*.

11:41AM  18          MR. DUPLANTIER:  That the plaintiffs have asked you

11:41AM  19   to address.

11:41AM  20                       EXAMINATION

11:41AM  21   BY MR. DUPLANTIER:

11:41AM  22   Q.   Do those invoices represent 200 different customers?

11:41AM  23   A.   No.

11:41AM  24   Q.   Why -- what happens when a salesperson puts a note on an

11:42AM  25   invoice for a particular customer?

                            **HOURLY TRANSCRIPT**

A.   I guess you can do it two ways:  When a salesman takes an order, he can put a note on a specific order or he can put a note on a specific account.  So if he puts an account -- a note on ABC Contracting Company that they don't -- they want USG board or they don't want cutoff board or whatever, then it would stay on that account until sometime -- until it's changed.

Q.   And so once your salesperson puts that on the account, will that show up on every invoice for that customer?

A.   Yes, it will until it's taken off of the account.

Q.   During the relevant time frame that they selected this group of invoices, from January of 2006 until April of 2007, how many invoices from Interior Exterior contained sales for 4 by 12 by half-inch drywall?

A.   Sixteen thousand, approximately.

        MR. DUPLANTIER:  Your Honor, I'm just going to use this for demonstrative purposes.  I will not introduce the five boxes.

        THE COURT:  I hope not.

                              EXAMINATION

BY MR. DUPLANTIER:

Q.   I'll just introduce the -- we'll just pull out the -- one of the first ones.

        Mr. Geary, tell the jury what this first page of these five boxes are.

**HOURLY TRANSCRIPT**

11:43AM 1    A.   This is an order for a hundred sheets of 12 by 12

11:43AM 2    half-inch and then another product.

11:43AM 3    Q.   And is it your understanding -- what is your understanding

11:43AM 4    that these five boxes represent?

11:43AM 5    A.   My understanding is those are the -- I think it was

11:43AM 6    16,000, roughly, invoices from the time we brought in the

11:44AM 7    Chinese drywall in -- which was January 26th, I believe, is

11:44AM 8    when we first started selling it, to March 31st of '07,

11:44AM 9    16,000 invoices.

11:44AM 10   Q.   Of those invoices that the plaintiff showed you, the 200

11:44AM 11   that they showed you in those invoices, did any of those

11:44AM 12   customers ever ask to return any drywall to Interior Exterior

11:44AM 13   because they thought it was defective?

11:44AM 14   A.   They did not.

11:44AM 15   Q.   Mr. Geary, I'm going to show you what is Interior Exterior

11:44AM 16   Exhibit No. 60.

11:44AM 17          MR. DUPLANTIER:  Gentlemen, any objection?

11:45AM 18          MR. SEEGER:  No objection.

11:45AM 19          THE COURT:  Let it be admitted.  Let 60 be admitted.

11:45AM 20          (WHEREUPON, at this point in the proceedings, Exhibit

11:45AM 21   Number 60 was received into evidence.)

11:45AM 22                              EXAMINATION

11:45AM 23   BY MR. DUPLANTIER:

11:45AM 24   Q.   I'll show you a copy of it.  It's been admitted into

11:45AM 25   evidence.

**HOURLY TRANSCRIPT**

11:45AM  1           Can you tell the jury what that is?

11:45AM  2    A.    This is a Dun & Bradstreet report on Metro Resources.

11:45AM  3    Q.    And did the company obtain that at the time they decided

11:45AM  4    to do business with Metro Resources?

11:45AM  5           MR. SEEGER:  Objection, leading.

11:45AM  6           THE WITNESS:  Yes.

11:45AM  7                        EXAMINATION

11:45AM  8    BY MR. DUPLANTIER:

11:45AM  9    Q.    And what information does this document reflect on page 2

11:45AM 10    as the business of Metro Resources?  Page 3.

11:45AM 11    A.    Page 3?

11:45AM 12    Q.    I'm sorry.  Here at the bottom, if I could highlight it.

11:45AM 13    A.    It says, "Wholesale building and construction materials,

11:45AM 14    25 percent."

11:45AM 15    Q.    Dun & Bradstreet is reporting about the business, and they

11:46AM 16    are indicating that 25 percent of their business is building

11:46AM 17    and construction material?

11:46AM 18    A.    That's correct.

11:46AM 19    Q.    And you had this material before you decided to do

11:46AM 20    business with Metro Resources?

11:46AM 21    A.    Yes.

11:46AM 22    Q.    Was the Metro transaction different than the Knauf

11:46AM 23    transaction?

11:46AM 24    A.    It was different in that we used a broker.  We used

11:46AM 25    Metro Resources.  They got the product.  They shipped the

**HOURLY TRANSCRIPT**

11:46AM  1    product over.  And as I said, it came to our warehouse and it
11:46AM  2    was in containers and we opened up the containers and looked at
11:46AM  3    the product before we -- as we were pulling it out of the
11:46AM  4    containers and putting it in our warehouse.
11:46AM  5              MR. DUPLANTIER:  Thank you, Mr. Geary.  I think
11:46AM  6    you're done for today.
11:46AM  7              THE COURT:  All right.  You're excused, sir.
11:46AM  8                   Let's take an early lunch at this time.  We'll
11:46AM  9    stop here and come back at 1:15.
11:46AM 10                   The Court will stand in recess.
11:47AM 11              THE COURT SECURITY OFFICER:  All rise.
11:47AM 12              (WHEREUPON, at 11:47 a.m. the jury panel leaves the
       13    courtroom and then the Court was in luncheon recess.)
       14                        *   *   *
       15
       16                   REPORTER'S CERTIFICATE
       17
       18      I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Certified Court Reporter of the State of
       19    Louisiana, Official Court Reporter for the United States
             District Court, Eastern District of Louisiana, do hereby
       20    certify that the foregoing is a true and correct transcript to
             the best of my ability and understanding from the record of the
       21    proceedings in the above-entitled and numbered matter.
       22                        s/Cathy Pepper
                                 Cathy Pepper, CRR, RMR, CCR
       23                        Certified Realtime Reporter
                                 Registered Merit Reporter
       24                        Official Court Reporter
                                 United States District Court
       25                        Cathy_Pepper@laed.uscourts.gov

                        **HOURLY TRANSCRIPT**

## $

**$0.15** [4] - 785:11, 785:12, 785:14, 797:24

## '

**'06** [1] - 818:2
**'07** [1] - 851:8
**'65** [1] - 784:9
**'86** [2] - 775:7, 782:17
**'88** [1] - 782:18
**'98** [1] - 792:7
**'99** [3] - 785:1, 791:11, 815:8
**'Bubba'** [1] - 846:1

## 0

**07102** [1] - 750:5
**09-MD-2047** [1] - 749:7

## 1

**1** [2] - 767:25, 799:25
**1,000** [2] - 837:13, 837:17
**10** [1] - 787:11
**100** [3] - 780:8, 781:12, 814:7
**10:57** [1] - 823:11
**11** [1] - 787:11
**1100** [1] - 749:23
**11:13** [1] - 823:14
**11:47** [1] - 853:12
**12** [7] - 779:4, 820:14, 827:4, 850:14, 851:1
**123** [1] - 786:14
**12th** [2] - 780:10, 827:16
**1302** [3] - 831:21, 831:24, 832:2
**1302**............................
......... [1] - 753:15
**1396** [1] - 809:7
**14** [6] - 753:5, 777:5, 789:17, 789:21, 790:1, 790:8
**140,000** [1] - 816:10
**15** [6] - 789:21, 790:1, 790:8, 790:24, 791:17, 792:17
**15-minute** [1] - 823:8
**15**.............................. [1]
- 753:5

**16** [1] - 783:17
**16,000** [3] - 832:9, 851:6, 851:9
**160** [1] - 815:4
**1600** [1] - 750:22
**17** [5] - 846:10, 846:12, 846:14, 846:17
**17**................................
...... [1] - 753:16
**17th** [1] - 787:2
**18** [1] - 783:17
**18-wheeler** [3] - 778:4, 784:13, 784:14
**18-wheelers** [4] - 798:8, 798:9, 799:3, 805:8
**1965** [2] - 775:15, 775:19
**1982** [1] - 777:2
**1985** [1] - 777:3
**1986** [6] - 775:4, 776:1, 776:7, 776:17, 776:18, 776:24
**199** [1] - 835:2
**1999** [4] - 777:8, 777:17, 814:25
**1:15** [1] - 853:9

## 2

**2** [8] - 768:10, 772:6, 779:3, 800:12, 803:18, 852:9
**20** [6] - 788:22, 790:25, 791:17, 792:17, 844:21
**200** [6] - 781:11, 832:11, 849:11, 849:12, 849:22, 851:10
**2000** [7] - 777:9, 777:17, 785:1, 791:11, 792:7, 815:1, 815:8
**2001** [1] - 775:18
**2005** [8] - 759:18, 759:23, 761:17, 763:6, 803:2, 826:7, 827:4, 827:16
**2006** [12] - 759:18, 759:23, 761:17, 763:6, 803:5, 803:6, 807:4, 818:17, 821:5, 822:7, 823:2, 850:12
**2007** [3] - 817:18,

817:20, 850:12
**2009** [7] - 759:10, 762:7, 817:7, 817:13, 819:4, 819:6, 819:7
**2012** [2] - 749:8, 754:2
**20th** [1] - 803:4
**2216** [1] - 750:11
**23** [1] - 817:19
**2300** [1] - 751:4
**24** [2] - 793:20, 793:22
**25** [9] - 795:10, 795:11, 795:15, 795:17, 795:20, 826:22, 827:1, 852:14, 852:16
**25**................................
...... [1] - 753:7
**2545** [2] - 766:2, 769:10
**26** [3] - 793:24, 794:1, 794:3
**26**................................
...... [1] - 753:6
**260** [1] - 781:8
**26th** [1] - 851:7
**270** [1] - 832:8
**27603** [1] - 750:8
**28** [4] - 796:20, 796:22, 796:25, 797:3
**28**................................
...... [1] - 753:8
**2800** [2] - 749:23, 749:23
**29** [2] - 749:8, 754:2
**290** [1] - 832:8
**29th** [1] - 826:10

## 3

**3** [4] - 768:24, 801:15, 852:10, 852:11
**300** [1] - 832:11
**30th** [1] - 822:11
**31** [2] - 799:19, 799:22
**31**................................
...... [1] - 753:9
**31st** [1] - 851:8
**32** [3] - 820:14, 820:15, 820:21
**32**................................
...... [1] - 753:13
**33,000** [2] - 810:2, 810:5
**35** [1] - 846:18

## 4

**4** [4] - 749:12, 779:3, 801:5, 850:13
**40** [3] - 842:19, 847:7, 847:11
**400** [1] - 751:4
**4040** [1] - 750:18
**411,000** [1] - 810:3
**42** [2] - 760:24, 761:1
**450** [1] - 786:24

## 5

**5** [1] - 822:7
**50** [2] - 754:16, 780:9
**50**...................... [1] -
752:6
**500** [1] - 751:9
**504** [1] - 751:10
**53** [2] - 821:21, 822:1
**53**................................
...... [1] - 753:14
**550** [1] - 750:4
**589-7779** [1] - 751:10

## 6

**60** [4] - 805:6, 851:16, 851:19, 851:21
**60**..............................
...... [1] - 753:17
**68,000** [2] - 803:13, 810:4

## 7

**7** [5] - 802:12, 802:13, 802:17, 802:20, 811:1
**7**................................
...... [1] - 753:10
**70** [4] - 787:19, 811:1, 811:7, 811:11
**70-piece** [1] - 801:25
**70**................................
...... [1] - 753:12
**701** [1] - 750:18
**70113** [1] - 749:19
**70130** [3] - 750:12, 751:5, 751:10
**70139** [1] - 750:18
**70163** [1] - 749:23
**754** [3] - 752:5, 752:6, 752:7
**765** [2] - 752:8, 752:9
**767** [1] - 752:10

**769** [1] - 752:11
**77056** [1] - 750:23
**771** [1] - 752:12
**772** [2] - 752:13, 752:14
**773** [1] - 752:15
**774** [2] - 752:16, 752:17
**790** [1] - 753:5
**794** [1] - 753:6
**795** [1] - 753:7
**797** [1] - 753:8
**799** [1] - 753:9

## 8

**8** [4] - 806:3, 806:8, 806:12, 806:13
**8**................................
...... [1] - 753:11
**80** [1] - 780:10
**802** [1] - 753:10
**806** [1] - 753:11
**811** [1] - 753:12
**820** [2] - 749:19, 753:13
**821** [1] - 753:14
**823** [1] - 752:18
**832** [1] - 753:15
**846** [1] - 753:16
**849** [1] - 752:19
**85-year-old** [1] - 813:6
**851** [1] - 753:17
**853** [1] - 752:20
**8:30** [1] - 749:8

## 9

**90-degree** [1] - 786:6
**900** [1] - 750:8
**920** [1] - 750:4
**9:36** [1] - 773:18
**9:45** [1] - 773:20

## A

**A.M** [1] - 749:8
**a.m** [5] - 773:18, 773:20, 823:11, 823:14, 853:12
**abandoned** [1] - 769:2
**ABC** [1] - 850:4
**abeyance** [1] - 756:14
**ability** [2] - 759:23, 853:20
**able** [3] - 783:20, 785:2, 808:6

**above-entitled** [1] - 853:20

**absolutely** [2] - 755:12, 844:3

**accept** [1] - 837:10

**accepted** [1] - 761:2

**access** [3] - 784:1, 840:5, 840:6

**accordance** [3] - 801:6, 803:24, 804:3

**account** [12] - 794:9, 794:17, 794:19, 794:23, 845:6, 845:13, 850:3, 850:6, 850:8, 850:10

**accountants** [1] - 783:18

**accounting** [2] - 782:8, 783:19

**accurate** [1] - 808:13

**acoustical** [4] - 775:10, 778:17, 779:2, 799:9

**acquire** [1] - 821:4

**act** [1] - 766:23

**acted** [1] - 765:12

**action** [1] - 769:3

**actively** [1] - 782:11

**actual** [18] - 755:8, 755:10, 755:11, 755:17, 755:18, 756:13, 756:16, 757:14, 757:23, 758:4, 761:5, 761:6, 766:3, 767:10, 767:13, 769:15, 769:21, 827:12

**add** [1] - 805:7

**added** [2] - 757:5, 778:10

**additional** [1] - 801:17

**address** [2] - 755:8, 849:19

**addressing** [3] - 756:21, 756:24, 772:20

**adduced** [1] - 755:22

**admitted** [28] - 760:24, 761:22, 763:4, 790:6, 790:8, 794:1, 794:3, 795:15, 795:18, 795:20, 796:23, 797:1, 797:3, 799:22, 802:17, 806:6, 811:3, 811:4, 820:19, 820:21, 821:24, 822:1, 831:25, 846:15, 846:17, 851:19,

851:24

**adopts** [1] - 769:10

**advise** [2] - 818:24, 819:1

**afraid** [1] - 773:8

**afternoon** [1] - 762:21

**agent** [2] - 782:9, 785:6

**agents** [1] - 838:25

**agree** [6] - 767:25, 773:11, 819:13, 828:24, 848:3, 848:7

**agreed** [1] - 848:1

**ahead** [2] - 802:11, 812:20

**air** [1] - 780:18

**Alabama** [4] - 777:6, 783:5, 791:2, 791:4

**ALL** [1] - 749:9

**all-encompassing** [1] - 804:13

**Allen** [3] - 805:20, 806:1, 836:21

**allocation** [6] - 777:18, 788:9, 788:21, 797:22, 818:6

**allowed** [3] - 756:25, 759:17, 829:12

**allowing** [1] - 769:4

**allows** [1] - 769:3

**almost** [2] - 816:10, 817:20

**alter** [1] - 758:2

**altered** [1] - 757:4

**alternate** [1] - 806:15

**alternatives** [1] - 834:12

**America** [2] - 793:17, 825:25

**American** [4] - 784:23, 793:16, 825:23, 848:14

**amount** [4] - 797:22, 805:7, 805:17, 816:12

**amounts** [1] - 789:4

**ample** [1] - 766:20

**ancillary** [2] - 779:8, 779:13

**AND** [2] - 749:22, 753:5

**ANGELLE** [3] - 751:3, 751:4, 843:9

**angle** [1] - 786:6

**answer** [10] - 759:17, 819:14, 825:19, 826:2, 830:2, 830:10, 830:22, 830:24, 830:25,

837:20

**answered** [2] - 765:22, 799:18

**ANTHONY** [1] - 750:11

**anticipated** [1] - 768:9

**anytime** [2] - 784:1, 845:12

**apologize** [6] - 793:24, 800:19, 836:9, 837:21, 837:22

**App** [3] - 761:7, 801:2, 805:12

**APPEARANCES** [3] - 749:15, 750:1, 751:1

**applications** [1] - 815:6

**apply** [1] - 758:1

**applying** [1] - 759:22

**appreciation** [1] - 821:3

**approach** [2] - 793:1, 835:11

**approached** [5] - 791:9, 791:11, 792:2, 792:18, 793:8

**appropriate** [4] - 754:12, 755:20, 755:23, 762:1

**appropriated** [1] - 776:10

**April** [1] - 850:12

**area** [1] - 772:4

**arguably** [1] - 767:4

**argument** [5] - 766:5, 768:18, 768:24, 771:2, 843:10

**argumentative** [1] - 843:9

**arise** [2] - 759:6, 785:23

**arrangement** [1] - 840:22

**arrangements** [1] - 841:23

**arrive** [1] - 822:13

**arrived** [2] - 805:9, 809:24

**article** [1] - 817:14

**Article** [2] - 766:2, 769:10

**aspect** [1] - 836:19

**assist** [1] - 836:19

**associated** [3] - 767:14, 767:18, 806:14

**assume** [1] - 827:25

**assuming** [1] - 815:21

**ASTM** [19] - 763:5,

763:7, 801:7, 801:10, 801:13, 803:24, 804:3, 804:9, 807:9, 808:25, 809:3, 809:7, 809:20, 839:1, 842:12, 843:1, 846:3, 847:20

**attempt** [1] - 755:18

**attention** [1] - 759:5

**attorney** [2] - 819:10, 824:23

**audit** [1] - 767:3

**August** [4] - 821:19, 826:12, 826:13, 826:16

**available** [10] - 762:13, 769:4, 834:9, 840:2, 840:12, 840:15, 841:3, 842:11, 842:16, 842:17

**AVENUE** [1] - 749:19

**Avenue** [3] - 776:11, 782:8, 783:12

**average** [1] - 788:24

**avoid** [1] - 823:23

**avoided** [1] - 758:7

**aware** [5] - 754:17, 756:22, 764:8, 777:25, 804:21

**axle** [1] - 757:5

---

## B

**B406** [1] - 751:9

**background** [2] - 774:25, 775:13

**bad** [2] - 770:17, 788:8

**bang** [1] - 798:22

**Bank** [1] - 800:7

**bank** [1] - 845:15

**base** [1] - 788:23

**based** [10] - 761:11, 767:2, 767:16, 769:24, 770:11, 789:1, 793:15, 812:25, 813:1, 825:22

**basic** [1] - 765:2

**basis** [6] - 754:19, 758:10, 760:25, 767:20, 816:18, 825:7

**Baton** [3] - 777:2, 781:19, 782:18

**BATT** [1] - 751:3

**battle** [1] - 760:6

**bead** [1] - 779:10

**beat** [1] - 784:16

**beaten** [1] - 815:21

**became** [2] - 759:10, 806:17

**become** [2] - 768:25, 780:5

**BEFORE** [1] - 749:13

**began** [3] - 776:6, 796:18, 807:2

**begin** [1] - 806:15

**beginning** [1] - 796:19

**behalf** [3] - 754:14, 765:16, 840:23

**beholder** [1] - 770:13

**bench** [2] - 835:14, 836:13

**beneficiary** [2] - 800:8, 803:22

**BENJAMIN** [2] - 749:21, 750:16

**best** [6] - 762:9, 765:5, 848:22, 849:2, 849:3, 853:20

**between** [3] - 760:6, 773:4, 786:19

**beyond** [1] - 758:14

**big** [11] - 780:4, 783:8, 784:15, 805:4, 805:5, 831:16, 833:18, 839:7, 839:8, 839:9

**bigger** [1] - 783:6

**biggest** [1] - 789:13

**bills** [1] - 801:4

**Billy** [3] - 801:2, 805:12, 805:21

**bit** [13] - 760:5, 775:1, 775:11, 775:13, 779:17, 780:12, 781:6, 784:4, 784:6, 788:25, 797:23, 828:1, 833:13

**blacked** [1] - 847:20

**blackened** [1] - 847:17

**blanks** [1] - 771:11

**blocks** [1] - 776:14

**blow** [1] - 827:6

**BNBM** [13] - 834:16, 834:17, 834:19, 836:20, 837:3, 837:12, 838:14, 838:20, 839:1, 839:6, 839:8, 839:10, 840:18

**Board** [1] - 839:14

**board** [58] - 755:5, 762:6, 768:23, 777:12, 777:13, 777:14, 777:16,

781:6, 791:10, 792:2, 801:20, 802:2, 804:21, 804:22, 806:13, 806:14, 806:16, 809:3, 809:6, 809:10, 809:24, 810:3, 810:11, 812:11, 814:11, 814:15, 814:17, 815:3, 815:4, 815:7, 818:3, 824:5, 824:7, 824:9, 825:15, 825:16, 826:6, 830:18, 831:14, 832:6, 832:7, 834:6, 834:9, 842:7, 842:13, 844:4, 845:22, 845:23, 846:1, 846:4, 847:20, 847:22, 850:5

**boards** [13] - 771:10, 801:6, 802:4, 802:7, 810:12, 822:21, 837:4, 837:13, 837:17, 838:7, 838:9, 838:11, 839:15

**Bond** [7] - 811:18, 811:20, 811:21, 811:23

**book** [3] - 792:11, 792:12

**booklet** [1] - 801:11

**boom** [4] - 780:17, 780:18, 788:17

**Boral** [2] - 777:21, 784:25

**bothered** [1] - 761:10

**bottom** [1] - 852:12

**bought** [11] - 761:9, 777:17, 777:21, 777:22, 781:5, 788:21, 789:5, 812:2, 822:16, 839:11, 845:6

**bounce** [1] - 782:24

**boxes** [3] - 850:18, 850:25, 851:4

**Bradstreet** [4] - 828:16, 828:18, 852:2, 852:15

**branch** [13] - 781:14, 781:20, 782:4, 782:13, 782:21, 782:23, 783:2, 783:4, 783:6, 783:11, 784:5

**branched** [1] - 781:16

**branches** [11] - 776:25, 777:5, 777:7, 781:8, 781:16, 781:18, 782:3, 782:14, 782:24, 783:4, 784:14

**brand** [3] - 809:21, 810:14, 812:15

**brands** [1] - 784:22

**breach** [1] - 787:4

**break** [7] - 772:15, 773:16, 810:6, 820:8, 823:8, 832:21

**bridge** [1] - 787:1

**brief** [3] - 756:19, 766:6, 768:12

**briefly** [2] - 765:19, 802:11

**bring** [4] - 777:12, 788:18, 798:9, 804:25

**bringing** [4] - 777:11, 791:3, 791:14, 814:14

**Brisley** [16] - 790:22, 791:5, 792:2, 792:18, 792:23, 793:6, 795:6, 795:7, 796:1, 820:24, 821:8, 824:24, 825:2, 825:5, 825:9, 825:18

**brittle** [4] - 772:9, 772:22, 814:16, 832:19

**brittleness** [5] - 767:16, 768:13, 770:16, 778:5, 831:17

**BROAD** [1] - 750:4

**broke** [1] - 788:12

**broker** [9] - 761:8, 807:15, 808:1, 828:2, 839:17, 839:18, 840:4, 844:5, 852:24

**brokers** [1] - 790:10

**brother** [7] - 776:5, 776:19, 827:10, 828:4, 828:5, 828:24, 838:24

**brothers** [3] - 775:22, 776:2, 776:22

**brought** [12] - 771:1, 791:13, 806:13, 808:2, 810:1, 810:2, 810:3, 815:4, 842:22, 843:23, 844:4, 851:6

**BRYSON** [2] - 750:7, 750:7

**BS** [1] - 775:3

**Bubba** [5] - 842:7, 845:22, 845:23, 847:20, 847:22

**bubbles** [4] - 784:18, 834:23, 835:1, 837:24

**bubbling** [2] - 770:16, 786:8

**buck** [2] - 829:1, 831:11

**builder** [4] - 815:15, 833:3, 833:7

**builders** [1] - 814:8

**building** [23] - 760:2, 761:3, 761:19, 776:9, 776:10, 779:14, 779:15, 780:7, 780:19, 780:21, 780:23, 783:14, 783:15, 783:23, 783:24, 783:25, 787:23, 788:17, 794:13, 794:16, 828:7, 852:13, 852:16

**BUILDING** [1] - 750:15

**Building** [3] - 775:12, 778:14, 802:8

**buildings** [1] - 813:24

**built** [2] - 783:23, 785:19

**bulk** [2] - 810:6

**bundle** [1] - 786:2

**burden** [3] - 754:23, 758:22, 765:10

**BURR** [1] - 750:15

**business** [28] - 760:10, 775:4, 775:5, 775:8, 775:9, 775:10, 775:11, 775:14, 780:5, 781:25, 782:1, 782:11, 791:21, 813:20, 813:22, 828:7, 828:8, 844:16, 844:18, 844:19, 844:22, 844:25, 852:4, 852:10, 852:15, 852:16, 852:20

**busy** [1] - 788:18

**buy** [7] - 780:2, 798:13, 799:13, 805:3, 806:20, 810:20, 847:22

**buying** [12] - 757:21, 789:4, 790:16,

790:19, 791:12, 792:2, 796:16, 798:17, 806:21, 838:20, 838:22, 840:4

**BY** [51] - 749:18, 749:22, 750:3, 750:7, 750:11, 750:16, 750:22, 751:4, 751:12, 751:13, 752:17, 752:18, 752:19, 774:22, 790:4, 793:5, 794:5, 795:22, 797:5, 799:24, 800:14, 800:21, 802:22, 806:10, 811:9, 813:18, 819:16, 820:3, 820:13, 820:23, 821:16, 822:3, 823:19, 826:15, 826:25, 829:18, 832:4, 835:7, 836:15, 838:2, 841:20, 842:21, 843:12, 846:20, 847:1, 847:9, 849:9, 849:21, 850:21, 851:23, 852:8

## C

**C36** [4] - 801:7, 801:13, 803:25, 804:3

**CALLED** [1] - 754:4

**calm** [1] - 846:22

**Canal** [1] - 787:2

**cannot** [1] - 757:15

**car** [4] - 757:6, 757:21, 758:7, 813:11

**care** [3] - 786:3, 832:10, 832:12

**career** [1] - 786:21

**CARLINA** [1] - 750:17

**Carlos** [1] - 841:21

**CARNAHAN** [1] - 751:3

**carpet** [2] - 828:10, 828:19

**Carrollton** [3] - 776:13, 783:13, 787:8

**carry** [3] - 778:3, 780:20, 786:1

**carrying** [1] - 815:25

**cars** [1] - 757:19

**case** [32] - 755:3, 757:5, 758:24, 760:6, 760:11, 762:4, 762:5, 763:8, 764:7, 764:19, 766:2, 766:21, 767:13, 768:6, 768:11, 768:18, 769:1, 769:2, 769:3, 769:6, 769:17, 769:23, 770:14, 772:19, 808:19, 824:10, 829:6, 830:9, 833:9, 843:8, 845:19, 848:5

**CASES** [1] - 749:9

**cases** [10] - 756:25, 757:7, 757:10, 757:14, 757:17, 758:23, 764:5, 766:15, 769:13, 769:19

**catalog** [2] - 801:12, 804:7

**categories** [1] - 757:2

**category** [1] - 766:16

**Cathy** [2] - 853:17, 853:22

**CATHY** [1] - 751:8

**Cathy_Pepper@laed .uscourts.gov** [2] - 751:11, 853:25

**caused** [1] - 778:5

**caveat** [1] - 770:10

**CCR** [2] - 751:8, 853:22

**Cecillia** [1] - 827:20

**ceiling** [8] - 772:14, 772:15, 772:18, 772:20, 813:23, 815:5, 815:6

**ceilings** [5] - 778:17, 779:2, 779:20, 779:21, 799:9

**center** [1] - 778:16

**CENTRE** [1] - 749:23

**certain** [8] - 780:14, 800:15, 800:22, 804:8, 808:12, 808:20, 824:14

**certainly** [2] - 767:11, 767:17

**CertainTeed** [1] - 784:24

**CERTIFICATE** [1] - 853:16

**certificate** [15] - 771:11, 801:5, 801:7, 802:5, 802:7, 802:14, 803:22,

803:24, 803:25, 804:2, 804:5, 842:12, 843:17, 843:19, 847:20
**certificates** [2] - 801:9, 804:17
**certification** [5] - 839:1, 839:2, 843:14, 843:17, 844:10
**certifications** [5] - 807:7, 807:8, 807:10, 808:20, 808:25
**Certified** [3] - 853:17, 853:18, 853:23
**certified** [4] - 807:9, 843:1, 844:12
**CERTIFIED** [2] - 751:8, 751:9
**certify** [1] - 853:19
**certifying** [2] - 802:7, 803:20
**chain** [1] - 819:9
**chamber** [2] - 763:12, 764:20
**change** [2] - 775:17, 776:20
**changed** [2] - 785:18, 850:7
**characteristic** [1] - 760:16
**characteristics** [2] - 784:11, 798:16
**charged** [2] - 757:16, 757:24
**check** [4] - 770:5, 810:11, 835:8, 836:8
**chemical** [3] - 758:5, 759:14, 799:7
**chemist** [1] - 772:2
**children** [1] - 775:2
**China** [28] - 764:6, 766:8, 767:5, 793:6, 793:13, 793:18, 794:20, 794:25, 795:2, 797:9, 806:18, 806:20, 809:14, 809:15, 809:19, 824:23, 824:24, 825:21, 825:25, 827:13, 827:17, 827:23, 836:25, 838:15, 839:7, 839:9, 840:3, 840:11
**Chinas** [1] - 809:17
**Chinese** [31] - 755:1, 765:24, 766:24, 767:15, 770:18,

777:16, 792:19, 804:14, 807:14, 811:14, 812:2, 812:22, 813:5, 814:11, 815:23, 815:24, 816:7, 817:15, 817:23, 824:13, 825:15, 825:16, 827:25, 830:18, 831:14, 832:6, 834:15, 839:11, 844:15, 845:9, 851:7
**CHINESE** [1] - 749:5
**Chinese-manufactured** [1] - 755:1
**CHINESE-MANUFACTURED** [1] - 749:5
**chose** [1] - 766:7
**Chris** [1] - 843:20
**CHRISTOPHER** [1] - 750:3
**Circuit** [1] - 773:11
**circumstances** [1] - 766:19
**Cisnaros** [1] - 841:21
**cite** [1] - 755:24
**CIVIL** [1] - 749:7
**claim** [1] - 760:12
**clarify** [1] - 807:17, 807:23
**classic** [1] - 799:11
**Clay** [5] - 774:8, 774:23, 790:9, 794:6, 822:4
**CLAYTON** [3] - 752:16, 774:14, 774:19
**Clayton** [1] - 774:19
**clean** [1] - 801:3
**clear** [5] - 763:13, 768:25, 770:23, 824:4, 842:9
**clearly** [1] - 770:14
**Clerk** [1] - 774:16
**CLERK** [5] - 754:9, 773:17, 773:22, 774:9, 774:17
**close** [4] - 756:3, 756:10, 781:19, 820:6
**closed** [1] - 805:23
**closing** [2] - 766:5, 771:2
**Coates** [8] - 758:24, 760:7, 760:14, 761:8, 761:15, 762:20, 766:22

**Coates'** [1] - 760:23
**code** [2] - 769:12, 778:21
**COE** [1] - 750:21
**collapsed** [1] - 787:16
**com** [1] - 815:18
**comfortable** [1] - 782:20
**coming** [4] - 799:3, 800:9, 801:21, 838:9
**comment** [3] - 848:1, 848:3, 848:8
**commercial** [2] - 779:6, 802:24, 803:15, 813:22, 813:24
**COMMITTEE** [1] - 749:18
**communicate** [1] - 821:2
**community** [2] - 789:14, 833:24
**commuted** [1] - 782:20
**commuting** [1] - 782:19
**companies** [4] - 780:23, 785:15, 790:2, 792:12
**company** [52] - 761:16, 775:15, 775:16, 775:18, 775:22, 776:1, 776:2, 776:7, 776:12, 776:18, 776:19, 776:24, 777:4, 777:9, 777:21, 777:22, 778:14, 781:15, 781:23, 781:24, 783:16, 785:22, 787:5, 787:7, 791:16, 791:25, 792:1, 794:8, 794:15, 794:16, 800:16, 809:9, 810:15, 812:4, 812:9, 821:11, 829:24, 830:7, 832:10, 838:22, 839:11, 840:1, 840:10, 840:23, 842:4, 843:15, 844:15, 845:25, 848:15, 852:3
**Company** [1] - 850:4
**COMPANY** [1] - 750:21
**comparable** [1] - 763:18

**comparative** [1] - 762:15
**compare** [1] - 762:16
**compete** [2] - 781:2, 781:7
**competent** [1] - 771:19
**competitor** [1] - 781:4
**competitors'** [1] - 822:21
**complain** [2] - 817:4, 817:8
**complained** [1] - 818:17
**complaining** [1] - 831:8
**complaints** [7] - 767:16, 814:10, 814:15, 816:23, 817:1, 818:9, 831:19
**complete** [1] - 801:3
**completed** [1] - 817:20
**completely** [2] - 768:22, 770:16
**compliant** [2] - 809:4, 809:7
**complies** [1] - 801:13
**comply** [1] - 804:8
**composition** [2] - 758:5, 759:14
**COMPUTER** [1] - 751:13
**con** [1] - 817:4
**concept** [4] - 769:11, 769:14, 770:7, 770:10
**concern** [2] - 834:24, 836:11
**concerned** [5] - 801:19, 834:20, 834:22, 834:25, 835:1
**concerns** [3] - 762:8, 802:3, 814:16
**conclude** [1] - 767:20
**concluded** [1] - 836:13
**conclusion** [1] - 762:10
**conclusive** [1] - 764:20
**condition** [7] - 755:5, 755:13, 758:6, 798:19, 802:6, 804:1, 812:22
**condition-wise** [1] - 798:19
**conditions** [10] - 755:6, 763:18,

763:23, 763:25, 764:10, 764:12, 799:2, 800:22, 800:25, 801:17
**conduct** [2] - 757:8, 760:13
**conducted** [3] - 767:3, 840:22, 841:23
**conference** [2] - 835:14, 836:13
**confirming** [1] - 797:11
**conflicting** [1] - 762:24
**confusing** [1] - 762:23
**confusion** [1] - 823:24
**connect** [1] - 847:22
**considered** [1] - 768:8
**consisted** [1] - 802:1
**consistent** [1] - 766:1
**construction** [6] - 779:14, 779:16, 779:17, 833:19, 852:13, 852:17
**constructive** [13] - 756:16, 756:25, 758:9, 766:4, 766:9, 766:14, 767:12, 768:18, 768:19, 768:20, 769:15, 769:21, 773:5
**consumer** [2] - 770:8
**contact** [5] - 790:11, 790:12, 825:2, 825:5, 827:20
**contacted** [1] - 789:10
**contained** [2] - 755:2, 850:13
**container** [6] - 808:2, 808:7, 808:8, 810:9, 839:20, 839:21
**containers** [5] - 810:1, 810:5, 853:2, 853:4
**continue** [2] - 834:7, 834:9
**CONTINUED** [2] - 750:1, 751:1
**continues** [1] - 835:22
**contract** [6] - 807:4, 808:13, 808:16, 822:5, 822:6, 822:10
**Contracting** [1] - 850:4
**contractor** [6] - 760:3, 775:25, 779:18, 813:23, 813:24, 817:2
**contractors** [3] - 780:13, 813:11, 814:9

contracts [1] - 808:21
control [5] - 828:21,
828:23, 829:24,
830:5, 830:12
conversation [4] -
825:18, 837:1,
837:7, 838:5
convince [1] - 769:19
copper [1] - 755:7
copy [2] - 801:14,
851:24
corner [3] - 776:13,
779:10, 783:13
corporate [5] - 782:7,
783:16, 783:18,
792:23
corporation [1] -
791:18
correct [22] - 766:1,
783:2, 797:12,
797:14, 801:18,
803:16, 804:18,
808:22, 816:21,
820:25, 821:13,
824:3, 831:15,
834:16, 835:1,
839:7, 839:12,
843:21, 843:22,
845:8, 852:18,
853:19
correctly [1] - 827:14
correspondence [1] -
827:12
corrode [4] - 755:6,
759:12, 764:2,
764:13
corrosion [2] - 764:6,
765:7
cost [1] - 805:4
counsel [3] - 813:15,
826:21, 835:2
Counsel's [1] - 766:14
count [1] - 771:10
country [6] - 781:5,
781:8, 788:17,
842:23, 843:24,
848:22
couple [5] - 781:13,
785:7, 794:8,
816:11, 833:3
course [4] - 756:22,
757:25, 760:10,
834:13
court [4] - 754:17,
758:14, 758:15,
823:8
COURT [59] - 749:1,
751:8, 754:4,
754:10, 755:21,
765:15, 765:19,

769:8, 771:25,
772:5, 772:13,
772:21, 773:1,
773:10, 773:15,
773:19, 773:23,
789:24, 790:6,
792:25, 794:1,
795:15, 795:18,
796:23, 797:1,
799:18, 800:18,
802:17, 806:6,
811:3, 811:5,
812:25, 813:15,
819:13, 820:1,
820:6, 820:8,
820:19, 821:24,
823:8, 823:10,
823:13, 823:16,
826:12, 829:14,
831:25, 835:12,
835:21, 837:19,
841:10, 841:15,
843:10, 846:15,
846:22, 849:7,
850:19, 851:19,
853:7, 853:11
Court [24] - 754:18,
754:20, 754:25,
756:1, 756:8, 759:2,
759:21, 760:20,
765:3, 765:20,
765:21, 769:3,
769:6, 772:6, 773:8,
773:18, 823:12,
853:10, 853:13,
853:18, 853:18,
853:19, 853:24,
853:24
Court's [4] - 756:22,
757:18, 772:4, 836:6
COURT.......................
...................... [3] -
752:11, 752:13,
752:15
courtesy [1] - 770:24
courtroom [8] - 754:8,
754:11, 769:1,
773:21, 779:20,
823:12, 823:15,
853:13
courts [4] - 757:15,
757:21, 758:21,
759:3
cousin [2] - 813:6,
824:16
COUSINS [1] - 750:21
covering [1] - 777:5
crack [2] - 786:8,
798:22
cracked [1] - 786:16

cracks [2] - 837:16,
837:23
crane [1] - 805:18
cream [1] - 848:19
creating [1] - 757:9
credit [15] - 782:9,
783:19, 786:17,
800:6, 800:23,
801:16, 842:25,
843:5, 844:10,
845:10, 845:11,
845:15, 845:17,
845:19
criminal [1] - 774:1
critical [1] - 766:7
crop [1] - 848:19
CROSS [2] - 752:18,
823:18
cross [2] - 823:17,
837:19
CROSS-
EXAMINATION [2] -
752:18, 823:18
cross-examine [1] -
823:17
CRR [2] - 751:8,
853:22
culmination [1] -
800:5
custom [1] - 761:8
customer [8] - 786:10,
786:18, 798:11,
812:2, 812:11,
818:16, 849:25,
850:9
customers [13] -
810:13, 811:13,
811:14, 811:15,
813:14, 813:19,
813:21, 814:10,
830:17, 842:23,
849:22, 851:12
customs [1] - 761:18
cut [1] - 779:25
cutoff [1] - 850:5
Cyril [1] - 775:21


D

dad [1] - 775:16
daily [2] - 816:18,
825:7
damage [9] - 768:3,
786:25, 787:5,
789:14, 801:23,
802:2, 805:25,
808:19, 836:23
damaged [2] - 784:17,
815:21

DANIEL [1] - 750:7
date [11] - 790:21,
800:8, 817:25,
822:6, 822:8,
822:10, 822:11,
823:4, 826:8, 827:2,
827:3
dated [1] - 803:2
DAVID [1] - 749:21
Davis [3] - 797:7,
797:8, 827:12
DAVIS [1] - 749:18
DAY [1] - 749:12
days [3] - 785:7,
832:23, 833:1
deal [2] - 774:2,
813:11
dealing [3] - 758:6,
771:21, 792:17
deals [1] - 767:19
dealt [6] - 790:24,
791:16, 808:1,
813:2, 844:5, 844:21
December [2] - 821:5,
840:18
decent [2] - 784:6,
805:7
decide [1] - 756:16
decided [4] - 765:21,
796:15, 852:3,
852:19
decision [2] - 756:4,
773:7
decline [1] - 756:9
defect [27] - 755:3,
755:20, 757:9,
757:12, 757:14,
757:16, 759:13,
760:17, 761:24,
762:3, 762:13,
763:2, 763:8,
763:10, 763:17,
764:16, 764:25,
765:5, 767:1,
768:18, 768:20,
770:16, 770:17,
772:24, 772:25,
814:17, 817:11
defective [10] - 755:5,
767:8, 770:9,
770:15, 772:7,
772:9, 772:11,
772:17, 851:13
defectiveness [1] -
765:24
defects [6] - 757:24,
768:11, 802:9,
803:21, 808:24,
843:4
defendant [4] - 767:7,

767:13, 767:23,
774:6
defenses [1] - 769:4
deficiencies [1] -
763:15
define [1] - 838:16
degraded [1] - 787:15
deliver [1] - 781:21
delivered [13] - 785:6,
785:14, 795:5,
795:8, 795:24,
796:10, 796:12,
796:14, 798:11,
800:16, 832:22,
845:7
delivering [1] - 816:20
delivery [1] - 797:23
demand [6] - 777:19,
788:14, 788:16,
833:21, 833:22,
833:23
demonstrative [1] -
850:17
deny [1] - 771:22
department [2] -
782:8, 782:9
deposed [2] - 829:6,
830:9
deposition [1] -
830:19
DEPUTY [5] - 754:9,
773:17, 773:22,
774:9, 774:17
description [1] - 800:9
DESCRIPTION [1] -
753:3
designation [1] -
772:4
detail [1] - 798:12
details [1] - 828:9
detectable [1] -
762:11
determinable [1] -
766:10
determine [1] - 766:16
determined [2] -
766:18, 769:6
develop [1] - 836:24
difference [1] - 773:4
differences [3] -
814:23, 814:24,
848:6
different [33] - 756:17,
764:12, 766:10,
766:12, 768:4,
768:12, 768:22,
769:16, 770:15,
770:17, 778:16,
778:23, 778:24,
778:25, 779:3,

783:7, 788:23, 788:25, 793:10, 797:16, 807:13, 809:25, 824:3, 824:5, 824:6, 830:10, 839:17, 843:15, 848:24, 849:22, 852:22, 852:24

**differently** [1] - 772:20

**difficult** [2] - 806:22, 824:18

**difficulty** [1] - 769:9

**diligence** [1] - 834:19

**dimensionally** [2] - 798:23, 837:23

**DIRECT** [2] - 752:17, 774:21

**directed** [3] - 754:20, 755:19, 825:16

**direction** [1] - 787:4

**disagree** [2] - 759:20, 772:8

**discharged** [1] - 805:24

**disclosed** [3] - 762:13, 763:7, 763:17

**discovered** [3] - 757:11, 764:16, 767:1

**discovery** [1] - 789:11

**discuss** [2] - 792:18, 793:7

**discussing** [1] - 797:7

**discussion** [3] - 777:8, 798:15, 825:15

**discussions** [2] - 797:6, 797:11

**disregard** [1] - 819:14

**distributor** [3] - 780:2, 781:5, 799:11

**distributors** [1] - 792:5

**District** [3] - 853:19, 853:24

**DISTRICT** [3] - 749:1, 749:2, 749:13

**diversity** [1] - 769:18

**dock** [1] - 778:2

**docket** [1] - 774:1

**DOCKET** [1] - 749:7

**document** [5] - 800:1, 835:23, 836:1, 840:17, 852:9

**DOCUMENT** [1] - 749:9

**documentation** [1] - 761:12

**documents** [6] - 803:16, 803:19, 806:11, 806:14, 820:10, 835:23

**domestic** [8] - 789:9, 801:11, 804:6, 804:15, 804:22, 807:5, 814:22, 814:24

**domestically** [4] - 797:20, 818:4, 818:5, 839:22

**done** [34] - 757:11, 758:15, 758:24, 759:1, 761:11, 761:12, 761:22, 762:2, 762:6, 762:12, 763:1, 763:3, 763:14, 764:15, 764:21, 764:24, 766:25, 767:4, 771:14, 773:8, 774:4, 800:6, 833:19, 841:2, 841:8, 842:14, 844:16, 844:19, 844:21, 844:22, 844:25, 845:11, 853:6

**door** [1] - 808:4

**doorjamb** [1] - 786:2

**doors** [4] - 805:14, 805:22, 805:23, 816:11

**Doug** [1] - 819:10

**down** [7] - 784:1, 788:18, 805:14, 805:16, 815:6, 827:6, 846:22

**downtown** [1] - 776:15

**Dr** [7] - 762:21, 763:1, 763:2, 763:11, 764:14, 766:23, 772:1

**drafters'** [1] - 755:24

**Drive** [1] - 786:24

**drivers** [2] - 782:6, 816:20

**dry** [1] - 816:17

**Drywall** [2] - 765:24, 848:2

**drywall** [134] - 755:1, 755:2, 755:4, 755:14, 759:9, 759:11, 759:14, 759:23, 761:9, 762:7, 763:18, 763:20, 763:21, 764:1, 764:6,

764:11, 766:24, 767:8, 767:15, 767:18, 768:6, 768:7, 768:8, 768:14, 768:16, 769:17, 770:15, 770:18, 772:7, 772:8, 772:11, 772:12, 772:19, 772:23, 772:25, 775:10, 778:9, 778:12, 778:17, 778:20, 778:21, 778:22, 779:9, 780:8, 780:14, 781:5, 781:12, 784:7, 784:8, 784:10, 784:12, 784:22, 785:2, 786:11, 787:16, 788:6, 789:9, 790:13, 790:15, 790:16, 790:19, 791:12, 792:15, 792:19, 793:6, 793:11, 794:25, 795:2, 796:16, 797:13, 797:20, 798:13, 798:17, 798:19, 799:7, 799:8, 801:8, 803:3, 805:9, 805:17, 807:14, 810:19, 811:14, 812:2, 812:22, 813:5, 813:24, 814:2, 814:3, 815:10, 815:13, 815:23, 815:24, 816:7, 816:12, 816:18, 816:24, 817:2, 817:5, 817:9, 817:15, 817:23, 818:8, 818:9, 818:11, 818:20, 818:24, 819:2, 819:5, 819:18, 821:9, 822:16, 823:2, 824:13, 824:24, 826:6, 827:17, 832:22, 836:20, 836:25, 839:11, 841:2, 848:2, 848:8, 848:11, 850:14, 851:7, 851:12

**DRYWALL** [1] - 749:5

**due** [1] - 834:19

**duly** [1] - 774:15

**Dun** [4] - 828:16, 828:18, 852:2,

852:15

**DUPLANTIER** [72] - 750:16, 765:16, 774:7, 774:22, 789:18, 789:25, 790:4, 793:3, 793:5, 793:20, 793:23, 794:5, 795:10, 795:13, 795:16, 795:22, 796:20, 796:22, 796:24, 797:5, 799:19, 799:24, 800:12, 800:14, 800:19, 800:21, 802:13, 802:18, 802:22, 806:4, 806:10, 810:25, 811:4, 811:9, 812:24, 813:18, 819:16, 820:3, 820:7, 820:9, 820:13, 820:15, 820:23, 821:14, 821:16, 821:22, 822:3, 823:6, 826:23, 829:11, 829:15, 831:22, 835:3, 835:5, 835:11, 835:15, 835:19, 835:22, 836:1, 836:7, 837:18, 846:13, 849:9, 849:11, 849:18, 849:21, 850:16, 850:21, 851:17, 851:23, 852:8, 853:5

**Duplantier** [1] - 848:1

**DUPLANTIER**............ .. [1] - 752:19

**DUPLANTIER**............ .... [1] - 752:17

**DUPLANTIER**............ ......................... [1] - 752:8

**duplicate** [1] - 809:18

**during** [14] - 757:24, 760:5, 762:17, 775:12, 789:11, 832:9, 838:14, 838:17, 840:3, 840:12, 840:15, 841:3, 842:17, 850:11

**duty** [4] - 758:16, 759:4, 759:6, 760:20

---

**E**

---

**e-mail** [11] - 794:11,

794:22, 795:12, 797:10, 797:11, 809:16, 819:18, 820:4, 821:7, 827:4, 839:5

**e-mails** [5] - 794:7, 794:8, 794:18, 794:20, 800:3

**early** [5] - 794:24, 826:17, 834:17, 834:18, 853:8

**easier** [4] - 778:8, 780:21, 793:17, 825:24

**Eastern** [1] - 853:19

**EASTERN** [1] - 749:2

**easy** [1] - 797:19

**effect** [1] - 830:10

**efforts** [2] - 766:14, 821:4

**eggs** [5] - 766:10, 766:11, 766:12, 768:1, 768:5

**eight** [1] - 777:7

**eighth** [1] - 780:19

**EISELEN** [1] - 750:17

**either** [6] - 766:3, 770:22, 791:23, 792:15, 813:9, 816:7

**ELDON** [1] - 749:13

**elevator** [1] - 780:20

**Elm** [1] - 786:14

**Elmo** [1] - 829:9

**Elmwood** [4] - 787:23, 788:2, 808:10

**employee** [2] - 816:24, 836:17

**employees** [2] - 799:1, 813:7

**emptor** [1] - 770:10

**encompassing** [1] - 804:13

**end** [6] - 802:4, 819:17, 820:6, 823:24, 834:14, 843:21

**ended** [3] - 794:20, 806:21, 817:17

**ENERGY** [1] - 749:23

**engage** [1] - 798:2

**enlarge** [1] - 804:4

**enter** [2] - 793:13, 825:21

**entered** [3] - 765:14, 767:5, 807:4

**enterprise** [1] - 834:3

**enters** [2] - 773:20, 823:14

**entire** [4] - 794:15, 805:21, 837:3, 838:6

**entirely** [1] - 766:1
**entitled** [1] - 853:20
**entity** [3] - 834:16, 844:24, 845:9
**enunciated** [2] - 766:21, 766:23
**environment** [1] - 764:2
**equipment** [1] - 780:16
**error** [1] - 836:8
**ESQUIRE** [11] - 749:18, 749:22, 750:3, 750:4, 750:7, 750:11, 750:16, 750:16, 750:17, 750:22, 751:4
**establish** [1] - 755:18
**established** [1] - 794:17
**Europe** [5] - 793:14, 793:17, 825:22, 825:25
**evaluation** [1] - 841:7
**everyday** [3] - 829:4, 829:23, 830:7
**everywhere** [1] - 788:19
**evidence** [38] - 755:11, 755:12, 755:15, 755:22, 756:3, 756:10, 758:23, 759:7, 759:22, 760:4, 761:7, 762:5, 763:10, 764:21, 765:12, 766:20, 767:7, 767:11, 767:12, 767:13, 768:15, 770:14, 770:23, 790:8, 794:3, 795:20, 797:3, 799:22, 802:20, 806:8, 811:7, 820:21, 822:1, 831:23, 832:2, 846:17, 851:21, 851:25
**evidentiary** [1] - 754:19
**exact** [5] - 790:23, 796:8, 826:8, 847:4, 847:5
**exactly** [6] - 781:18, 789:5, 790:21, 815:9, 817:24, 822:14
**EXAMINATION** [41] - 752:17, 752:18, 752:19, 774:21,

790:3, 793:4, 794:4, 795:21, 797:4, 799:23, 800:13, 800:20, 802:21, 806:9, 811:8, 813:17, 819:15, 820:2, 820:12, 820:22, 821:15, 822:2, 823:18, 826:14, 826:24, 829:17, 832:3, 835:6, 836:14, 838:1, 841:19, 842:20, 843:11, 846:19, 846:25, 847:8, 849:8, 849:20, 850:20, 851:22, 852:7
**examine** [1] - 823:17
**examined** [1] - 774:16
**example** [3] - 762:25, 768:1, 797:24
**except** [1] - 837:24
**excess** [2] - 762:16, 763:5
**excuse** [1] - 829:9
**excused** [1] - 853:7
**EXHIBIT** [13] - 753:5, 753:6, 753:7, 753:8, 753:9, 753:10, 753:11, 753:12, 753:13, 753:14, 753:15, 753:16, 753:17
**exhibit** [2] - 803:18, 849:12
**Exhibit** [33] - 789:17, 789:21, 790:1, 790:7, 793:20, 794:2, 795:10, 795:17, 795:19, 796:20, 796:25, 797:2, 799:19, 799:21, 802:12, 802:19, 806:3, 806:7, 806:12, 806:13, 811:1, 811:6, 811:11, 820:14, 820:20, 821:21, 821:25, 831:21, 831:24, 832:1, 846:16, 851:16, 851:20
**exhibits** [2] - 789:19, 790:18
**exist** [1] - 763:18
**existed** [2] - 763:23, 789:2
**existing** [2] - 758:9, 758:14

**expanded** [1] - 768:19
**expands** [1] - 769:14
**expect** [2] - 770:5, 832:21
**expected** [2] - 760:1, 822:8
**expense** [1] - 805:6
**experience** [9] - 760:9, 761:11, 770:15, 770:17, 772:7, 772:8, 810:13, 810:15, 816:6
**expert** [3] - 760:10, 763:13, 772:3
**expertise** [2] - 837:9, 837:24
**experts** [2] - 762:20, 765:8
**explain** [1] - 816:8
**explained** [1] - 810:7
**explosives** [4] - 766:11, 768:1, 768:2, 768:3
**expressing** [1] - 821:3
**extensive** [2] - 789:11, 789:12
**Exterior** [17] - 765:17, 775:12, 778:14, 779:22, 795:24, 797:13, 800:22, 802:8, 815:11, 816:23, 817:1, 817:5, 817:8, 818:12, 850:13, 850:12, 851:15
**exterior** [2] - 778:23, 779:17
**EXTERIOR** [1] - 750:14
**extra** [1] - 805:6
**extreme** [2] - 763:20, 763:25
**eye** [1] - 770:13

### F

**fabricate** [1] - 779:25
**face** [1] - 791:18
**faced** [2] - 779:6, 779:7
**facilities** [1] - 834:21
**facility** [3] - 787:6, 839:7, 839:16
**fact** [27] - 755:12, 757:3, 757:11, 761:3, 761:10, 761:15, 764:4, 764:10, 765:3,

765:7, 765:23, 766:7, 769:16, 769:17, 769:18, 771:18, 782:16, 808:20, 809:16, 812:14, 821:11, 833:9, 837:3, 837:12, 840:2, 845:5
**factory** [7] - 767:3, 770:22, 803:13, 806:20, 841:23
**facts** [4] - 766:16, 770:12, 770:13, 771:18
**factually** [3] - 766:9, 769:24, 770:11
**failed** [1] - 766:23
**fair** [6] - 826:7, 828:2, 833:19, 842:14, 845:7, 848:23
**Fairway** [1] - 786:24
**fall** [4] - 757:1, 766:15, 815:6, 840:14
**falling** [1] - 772:19
**FALLON** [1] - 749:13
**falls** [3] - 772:14, 772:15, 772:18
**familiar** [3] - 780:23, 781:1, 846:21
**family** [4] - 775:16, 791:21, 824:14, 824:18
**fancy** [1] - 767:2
**far** [12] - 755:17, 772:23, 781:22, 786:19, 791:3, 791:4, 793:13, 798:3, 814:23, 815:25, 825:21, 831:17
**fasteners** [1] - 779:10
**father's** [1] - 775:20
**fault** [2] - 766:9, 786:3
**favor** [1] - 754:19
**favorable** [1] - 754:24
**faxes** [1] - 796:13
**faxing** [1] - 795:4
**FEDERAL** [1] - 752:6
**Federal** [1] - 754:16
**feet** [2] - 787:3, 787:9
**felt** [1] - 782:20
**few** [7] - 757:10, 786:19, 807:11, 811:10, 820:7, 823:24, 832:6
**Fifth** [1] - 773:11
**figure** [3] - 765:9, 778:2, 814:13
**file** [4] - 790:1, 795:16, 796:24, 847:21

**filled** [1] - 771:11
**fillers** [2] - 778:10, 814:21
**filtered** [1] - 769:12
**finally** [4] - 760:24, 761:22, 764:14, 773:2
**finance** [1] - 775:3
**finders** [1] - 765:23
**fine** [4] - 772:11, 772:13, 791:7
**finish** [2] - 820:8, 837:19
**finished** [3] - 762:11, 775:9, 817:17
**finisher** [1] - 810:22
**fire** [1] - 778:21
**fireproof** [1] - 779:7
**FIRM** [1] - 750:10
**first** [19] - 760:24, 763:16, 772:1, 774:15, 780:8, 782:16, 788:13, 791:3, 802:25, 804:20, 811:17, 813:6, 817:12, 827:6, 829:14, 837:20, 850:23, 850:24, 851:8
**five** [4] - 773:16, 850:18, 850:25, 851:4
**five-minute** [1] - 773:16
**flags** [1] - 847:19
**flawed** [1] - 766:16
**flooded** [1] - 787:22
**floor** [12] - 780:9, 780:10, 780:11, 780:19, 782:16, 787:21, 787:22, 794:12, 822:20, 830:25, 831:7
**floors** [1] - 780:15
**Florida** [1] - 818:16
**flows** [1] - 787:4
**focus** [3] - 770:7, 778:12, 779:21
**focused** [1] - 769:23
**foil** [1] - 779:7
**Foley** [1] - 783:4
**following** [1] - 813:13
**follows** [3] - 755:25, 774:16, 841:24
**foot** [5] - 785:10, 785:11, 785:12, 785:14, 797:24
**FOR** [3] - 749:17, 750:14, 750:21
**for-profit** [1] - 834:3

**force** [2] - 831:13, 832:16
**foregoing** [1] - 853:19
**foreign** [1] - 770:18
**foresee** [1] - 759:24
**forget** [1] - 828:4
**forklift** [3] - 784:17, 798:22, 810:7
**form** [2] - 756:15, 837:1
**formal** [2] - 830:14
**formalized** [1] - 830:11
**formed** [2] - 760:25, 775:18
**formula** [2] - 789:1, 789:2
**formulas** [1] - 788:23
**forth** [14] - 782:19, 782:21, 782:25, 783:19, 790:11, 794:20, 795:4, 796:19, 798:2, 798:3, 800:3, 800:4, 800:5, 810:23
**fortunately** [1] - 794:12
**forward** [2] - 758:10, 807:11
**forwarded** [1] - 817:14
**forwarder** [6] - 761:8, 761:13, 798:2, 798:5, 801:2, 809:14
**fought** [1] - 761:21
**four** [20] - 760:22, 765:25, 767:6, 778:16, 779:12, 787:3, 787:9, 798:16, 798:18, 803:9, 803:10, 803:11, 805:15, 805:16, 837:15, 838:11, 840:20
**fragile** [1] - 801:21
**frame** [6] - 788:24, 826:5, 826:18, 832:9, 834:5, 850:11
**frankly** [2] - 791:16, 797:20
**free** [4] - 802:9, 803:21, 808:24, 843:3
**freed** [1] - 818:4
**freight** [14] - 761:7, 761:12, 781:10, 781:21, 785:9, 785:12, 797:17, 797:18, 798:2, 798:5, 801:1, 805:3, 805:5, 809:13

**Freight** [3] - 836:17, 836:18, 836:21
**freight-intensive** [1] - 781:21
**front** [1] - 835:24
**fun** [1] - 778:9
**functions** [1] - 771:6
**future** [1] - 759:24
**fuzzy** [1] - 845:13

## G

**G-E-A-R-Y** [1] - 774:20
**GAINSBURGH** [1] - 749:21
**GALLOWAY** [1] - 750:15
**gambles** [1] - 756:5
**gas** [5] - 755:6, 762:11, 763:14, 763:25, 764:2
**gases** [1] - 762:8
**gasses** [1] - 772:23
**gauges** [1] - 779:1
**geary** [1] - 850:24
**Geary** [32] - 774:8, 774:19, 775:6, 775:21, 789:18, 789:22, 799:25, 802:23, 806:11, 809:23, 810:15, 811:12, 818:15, 819:17, 820:4, 820:14, 821:18, 823:20, 833:11, 833:20, 834:1, 835:8, 837:1, 840:8, 841:21, 846:21, 847:17, 847:25, 848:10, 849:10, 851:15, 853:5
**GEARY** [1] - 774:14
**GEARY.................
................** [1] - 752:16
**general** [8] - 758:16, 759:4, 760:19, 779:18, 793:12, 794:6, 827:13, 848:9
**generally** [3] - 757:13, 759:11, 848:7
**generic** [1] - 848:4
**gentleman** [3] - 777:11, 790:22, 815:2
**gentlemen** [6] - 773:24, 806:4, 810:25, 820:15, 821:22, 851:17

**GEORGE** [1] - 750:4
**GERALD** [1] - 749:22
**Germany** [2] - 793:15, 825:22
**get-togethers** [1] - 824:18
**gift** [1] - 792:11
**gifts** [1] - 792:10
**given** [4] - 764:24, 789:18, 821:11, 847:12
**God** [1] - 774:12
**Gold** [7] - 811:18, 811:20, 811:21, 811:23
**goods** [1] - 800:9
**gosh** [1] - 792:6
**grant** [2] - 754:20, 765:4
**granting** [1] - 767:22
**GRAU** [1] - 750:16
**ground** [4] - 787:10, 787:21, 787:22, 805:15
**group** [2] - 806:11, 850:12
**grown** [1] - 777:4
**guess** [12] - 780:1, 782:7, 783:15, 788:8, 796:13, 800:8, 822:22, 827:25, 838:16, 841:8, 844:1, 850:1
**Gulf** [1] - 781:16
**guy** [9] - 779:19, 780:19, 810:19, 810:20, 812:12, 812:18, 814:2, 815:15, 833:2
**guys** [4] - 786:1, 791:6, 814:4, 834:19
**gypsum** [13] - 759:9, 760:9, 767:14, 767:20, 772:3, 778:6, 778:11, 801:6, 801:12, 801:20, 802:4, 802:7, 814:21
**Gypsum** [13] - 777:21, 784:23, 784:24, 784:25, 786:13, 789:12, 791:22, 804:11, 804:12, 810:20, 822:15, 848:13, 848:14

## H

**Habitat** [3] - 762:6,

764:9, 834:3
**Halbach** [1] - 759:8
**half** [7] - 764:5, 787:3, 787:9, 801:6, 801:12, 850:14, 851:2
**half-inch** [4] - 801:6, 801:12, 850:14, 851:2
**hand** [6] - 774:10, 795:8, 795:24, 796:12, 796:14, 810:10
**hand-delivered** [4] - 795:8, 795:24, 796:12, 796:14
**handle** [14] - 768:3, 779:5, 785:23, 790:12, 792:15, 798:1, 798:5, 807:21, 815:24, 816:17, 816:18, 839:19, 839:23
**handled** [12] - 761:9, 796:7, 796:9, 807:19, 807:20, 807:22, 807:24, 828:9, 828:11, 839:18
**handling** [1] - 844:5
**handwriting** [1] - 829:10
**hang** [1] - 778:8
**hanger** [1] - 814:2
**hanging** [1] - 778:8
**hard** [3] - 761:21, 777:17, 814:16
**hardbound** [1] - 792:12
**hardness** [1] - 814:20
**HAVE** [1] - 752:5
**head** [1] - 788:11
**heading** [1] - 776:14
**hear** [5] - 766:22, 771:2, 774:6, 778:21, 817:12
**heard** [4] - 759:11, 764:5, 798:15, 832:22
**HEARD** [1] - 749:13
**hearing** [1] - 814:10
**hearsay** [1] - 792:22
**heat** [1] - 763:20
**heavier** [4] - 777:25, 778:4, 804:21, 814:25
**heaviness** [2] - 767:16, 777:24
**heavy** [7] - 772:9, 772:22, 781:10,

814:11, 814:15, 832:14, 832:18
**Heider** [10] - 795:5, 795:8, 796:6, 796:7, 796:10, 819:8, 819:22, 820:24, 821:8, 825:8
**held** [2] - 757:15, 835:14
**help** [3] - 774:12, 783:1, 843:8
**helping** [1] - 821:4
**hereby** [1] - 853:19
**HERMAN** [2] - 749:18
**herself** [1] - 760:15
**high** [3] - 780:7, 805:16
**high-rise** [1] - 780:7
**highlight** [2] - 827:2, 852:12
**himself** [1] - 775:25
**hired** [3] - 782:21, 828:8, 836:21
**hit** [3] - 772:16, 786:2, 788:12
**hits** [1] - 833:15
**hold** [4] - 756:14, 778:8, 805:12, 805:22
**holding** [1] - 759:3
**home** [2] - 779:7, 818:13
**homebuilder** [1] - 814:1
**homeowner** [4] - 760:2, 817:7, 833:5
**homeowners** [2] - 832:21, 833:9
**homes** [4] - 767:5, 817:9, 824:9, 843:25
**Honor** [25] - 754:14, 766:3, 767:10, 767:25, 771:24, 773:14, 774:7, 789:25, 792:21, 799:16, 819:11, 819:25, 820:7, 820:10, 821:14, 823:7, 829:11, 829:20, 831:23, 835:10, 841:14, 846:23, 849:5, 849:16, 850:16
**honor** [2] - 812:4, 812:7
**HONORABLE** [1] - 749:13
**hope** [2] - 766:4, 850:19
**hopefully** [1] - 773:12

**hospitals** [1] - 813:25
**hotels** [1] - 813:25
**hours** [1] - 781:13
**house** [13] - 763:19,
763:22, 764:7,
764:9, 764:12,
780:6, 786:14,
812:14, 814:7,
832:22, 848:11,
848:12, 848:19
**housed** [1] - 794:11
**household** [1] - 764:2
**Houston** [2] - 777:10,
777:13
**HOUSTON** [1] -
750:23
**HR** [2] - 782:9, 783:19
**huge** [5] - 783:16,
791:18, 791:21,
791:24, 805:14
**human** [1] - 767:3
**Humanity** [2] - 762:7,
834:4
**hundred** [5] - 815:15,
815:18, 815:19,
848:15, 851:1
**hundreds** [1] - 815:9

**I**

**identify** [2] - 760:15,
761:15
**ignore** [1] - 757:15
**import** [2] - 760:10,
845:12
**important** [1] - 761:20
**imported** [6] - 767:15,
777:14, 777:16,
784:25, 815:7, 832:7
**importer** [2] - 760:11,
772:2
**importing** [2] - 768:2,
818:3
**impose** [1] - 758:16
**imposed** [1] - 758:22
**imposes** [1] - 773:5
**imposing** [1] - 760:19
**impression** [3] -
797:8, 809:13,
831:16
**improperly** [1] -
765:13
**IN** [1] - 749:5
**inappropriate** [1] -
756:10
**inch** [4] - 801:6,
801:12, 850:14,
851:2
**inches** [1] - 787:11

**include** [1] - 769:15
**included** [3] - 769:13,
785:9, 803:16
**including** [1] - 769:4
**incomplete** [1] -
794:18
**incorporated** [1] -
759:21
**Indiana** [2] - 791:20,
792:5
**indicating** [3] -
772:10, 801:5,
852:16
**indication** [1] - 763:17
**individual** [1] - 790:10
**Indonesia** [2] -
777:22, 791:14
**industry** [5] - 761:3,
761:19, 763:7,
780:12, 780:13
**INEX** [36] - 755:1,
755:13, 755:18,
755:19, 758:2,
758:4, 759:18,
760:11, 760:14,
760:16, 761:9,
761:22, 761:23,
762:25, 763:2,
763:3, 763:13,
764:15, 765:4,
765:10, 765:12,
765:23, 766:7,
766:23, 767:18,
767:21, 769:4,
770:14, 771:10,
771:13, 772:6,
826:22, 827:1,
846:10, 846:12,
846:14
**INEX's** [1] - 764:17
**inexpensive** [1] -
781:11
**infer** [1] - 767:17
**information** [3] -
797:12, 827:9, 852:9
**inherited** [1] - 769:11
**initiated** [1] - 791:13
**Inland** [1] - 784:24
**inland** [1] - 806:22
**inquiry** [1] - 765:10
**inside** [1] - 782:5
**inspect** [16] - 758:17,
759:4, 759:6,
760:20, 771:1,
808:6, 837:2, 837:6,
837:8, 838:7, 838:9,
838:11, 839:15,
840:18, 840:19,
841:12
**inspected** [2] - 837:4,

840:2
**inspecting** [6] -
834:20, 834:22,
834:25, 837:11,
837:12, 840:11
**inspection** [7] -
757:11, 757:23,
757:24, 758:4,
784:21, 841:5, 841:7
**inspections** [1] -
833:14
**inspects** [1] - 757:22
**installation** [1] -
818:13
**installed** [3] - 763:21,
832:23, 833:4
**installer** [2] - 786:11,
817:4
**installers** [1] - 768:15
**instance** [3] - 787:16,
801:4, 811:17
**instead** [3] - 755:16,
760:18, 842:16
**Insulation** [4] -
790:24, 844:25,
845:5, 845:14
**insulation** [5] -
778:18, 779:5,
779:6, 791:4, 799:9
**insurance** [3] -
808:12, 808:15,
808:18
**INSURANCE** [1] -
750:21
**insured** [1] - 808:17
**intend** [1] - 756:15
**intended** [3] - 768:17,
768:25, 772:10
**intense** [1] - 781:10
**intensive** [1] - 781:21
**intent** [1] - 837:5
**interesting** [1] -
805:13
**interior** [2] - 779:16,
779:17
**INTERIOR** [1] - 750:14
**Interior** [17] - 765:17,
775:12, 778:14,
779:22, 795:24,
797:13, 800:22,
802:8, 815:11,
816:23, 817:1,
817:5, 817:8,
818:12, 850:13,
851:12, 851:15
**Internet** [1] - 794:17
**intersection** [1] -
776:14
**introduce** [5] - 790:1,
795:16, 796:24,

850:17, 850:22
**introduced** [2] -
849:12
**introduces** [1] -
771:17
**inventory** [3] - 787:14,
788:13, 788:14
**investigate** [1] -
758:19
**investigating** [1] -
807:3
**invited** [1] - 792:4
**invites** [1] - 756:15
**invoice** [8] - 785:11,
802:24, 803:2,
803:15, 849:14,
849:25, 850:9
**invoices** [20] - 802:14,
802:15, 803:11,
811:10, 811:13,
811:16, 817:19,
822:15, 822:16,
831:8, 832:9,
849:11, 849:13,
849:22, 850:12,
850:13, 851:6,
851:9, 851:10,
851:11
**involve** [1] - 782:13
**involved** [16] - 757:19,
776:1, 776:2,
776:19, 776:21,
781:24, 782:11,
786:4, 828:7, 829:4,
829:23, 830:5,
830:7, 831:3,
832:15, 837:11
**IRONS** [1] - 750:21
**IRPINO** [2] - 750:10,
750:11
**issue** [21] - 754:21,
754:22, 754:25,
755:3, 755:19,
756:5, 757:9,
760:12, 762:3,
763:8, 764:8,
764:19, 766:10,
768:22, 769:9,
777:24, 785:22,
786:16, 786:17,
835:21
**issued** [2] - 757:19,
802:6
**issues** [4] - 785:23,
798:16, 803:14,
839:24
**itself** [4] - 757:12,
764:1, 787:17,
821:11

**J**

**J.W** [1] - 836:21
**James** [1] - 766:23
**January** [7] - 803:4,
817:13, 819:6,
819:7, 850:12, 851:7
**Jeff** [7] - 790:22,
791:5, 791:6, 795:6,
795:7, 825:5, 825:9
**Jerry** [1] - 765:20
**Jim** [25] - 776:3,
776:4, 776:19,
776:21, 776:23,
782:10, 782:11,
782:15, 783:25,
787:25, 790:20,
791:9, 795:5, 795:6,
795:8, 796:12,
805:10, 819:8,
825:18, 827:9,
827:19, 828:9,
828:24, 829:24,
831:1
**job** [4] - 771:17, 780:6,
785:22, 831:6
**John** [2] - 797:7,
797:8, 827:12
**JOHNSON** [1] -
750:15
**join** [1] - 765:17
**joint** [1] - 779:8
**Journal** [1] - 817:14
**JR** [1] - 750:16
**Judge** [2] - 811:4,
837:18
**JUDGE** [1] - 749:13
**judge** [3] - 765:16,
789:18, 835:11
**judged** [1] - 760:13
**judgment** [5] - 754:15,
756:2, 756:9,
765:13, 771:16
**July** [2] - 822:7,
822:11
**jury** [27] - 754:8,
754:10, 754:18,
756:4, 756:14,
756:15, 758:10,
759:17, 761:23,
765:3, 767:6,
767:17, 767:20,
771:19, 773:20,
774:25, 778:13,
797:17, 800:1,
822:4, 823:11,
823:14, 824:13,
835:24, 850:24,
852:1, 853:12

**Jury** [1] - 819:14
**JURY** [1] - 749:12

# K

**Katrina** [13] - 786:23,
786:25, 788:7,
788:12, 789:2,
789:4, 789:6,
790:10, 790:20,
826:8, 826:9, 833:14
**KATZ** [1] - 749:18
**keep** [2] - 788:11,
788:19
**Keith** [1] - 791:19
**Kelly** [4] - 786:13,
786:15
**KEVIN** [1] - 750:22
**kind** [19] - 762:2,
770:2, 781:15,
783:7, 786:21,
787:1, 788:10,
790:23, 794:6,
796:18, 796:19,
797:8, 800:5,
801:21, 811:10,
813:19, 819:21,
823:23, 833:2
**Knauf** [82] - 762:17,
764:5, 769:5,
790:24, 791:5,
791:19, 792:9,
792:12, 792:19,
793:6, 794:20,
795:6, 795:7, 796:4,
796:5, 796:9,
796:16, 797:9,
797:25, 798:3,
800:4, 800:15,
800:23, 801:18,
802:6, 802:24,
803:8, 803:13,
803:25, 804:14,
806:16, 807:9,
807:16, 807:19,
807:20, 808:18,
808:24, 809:1,
809:3, 809:16,
810:3, 814:11,
816:7, 818:16,
818:19, 818:21,
819:18, 820:24,
822:16, 823:2,
823:25, 824:2,
824:6, 824:9,
824:22, 824:24,
825:2, 825:12,
825:16, 826:6,
827:13, 827:17,
830:18, 833:15,

834:6, 844:1, 844:3,
844:7, 844:17,
844:21, 844:22,
844:25, 845:5,
845:9, 845:14,
852:22
**Knauf's** [1] - 819:10
**Knaufs** [1] - 791:19
**knowing** [1] - 765:5
**knowledge** [31] -
755:9, 755:10,
755:12, 755:17,
755:18, 756:13,
756:16, 756:22,
757:1, 757:16,
757:24, 758:9,
766:4, 766:9,
766:15, 767:10,
767:12, 767:14,
768:18, 768:19,
768:20, 769:10,
769:13, 769:14,
769:15, 769:21,
773:5, 799:10
**known** [18] - 755:2,
755:9, 756:22,
757:1, 758:8,
758:11, 759:11,
759:18, 765:12,
765:24, 766:17,
766:18, 767:8,
769:20, 769:22,
769:25, 770:1, 837:8
**knows** [1] - 760:3
**KPT** [10] - 766:24,
781:6, 824:2, 824:4,
827:23, 844:4,
844:18, 844:20,
845:9, 845:14
**Kurt** [5] - 795:5, 795:8,
819:8, 819:22, 825:8

# L

**L&W** [1] - 781:4
**LA** [6] - 749:19,
749:24, 750:12,
750:18, 751:5,
751:10
**lab** [1] - 762:9
**labeling** [1] - 809:9
**labor** [1] - 780:5
**laborers** [1] - 782:6
**lack** [1] - 794:23
**ladder** [1] - 786:17
**ladies** [1] - 773:23
**lading** [1] - 801:4
**land** [1] - 776:10
**Lanett** [1] - 791:1,

791:2
**language** [4] - 759:21,
766:1, 768:8, 769:19
**large** [1] - 806:11
**larger** [1] - 791:22
**largest** [3] - 781:5,
791:23, 791:24
**last** [7] - 757:19,
759:3, 764:23,
792:23, 817:21,
817:22, 827:25
**late** [2] - 773:25,
791:15
**latter** [1] - 817:13
**law** [11] - 754:16,
756:2, 756:9,
758:10, 758:12,
758:14, 760:21,
765:14, 766:2,
769:12
**LAW** [1] - 750:10
**lawyer** [1] - 828:22
**lawyer's** [1] - 825:19
**lawyers** [2] - 754:11,
774:2
**Leading** [1] - 812:23
**leading** [3] - 799:17,
810:14, 852:5
**learn** [1] - 817:11
**learned** [1] - 819:4
**leased** [1] - 787:23
**least** [3] - 761:3,
770:8, 771:18
**leaves** [2] - 823:11,
853:12
**LeBlanc's** [1] - 764:7
**left** [1] - 767:5
**legally** [1] - 754:19
**Legislature** [1] - 773:7
**Lemm** [1] - 759:8
**lengths** [1] - 778:25
**LEONARD** [1] -
749:18
**less** [1] - 771:24
**letter** [13] - 789:11,
789:12, 800:6,
800:23, 801:16,
842:25, 843:4,
844:10, 845:10,
845:11, 845:15,
845:17, 845:19
**letting** [2] - 758:10,
771:4
**levels** [3] - 759:12,
762:11, 762:16
**Li** [1] - 839:1
**LIABILITY** [1] - 749:6
**liability** [1] - 773:4
**liar** [1] - 835:25
**licensed** [1] - 761:8

**lighter** [1] - 778:7
**likely** [1] - 767:1
**Limine** [1] - 765:22
**line** [2] - 757:17,
838:10
**lines** [2] - 778:17,
779:12
**list** [9] - 785:10,
792:24, 795:3,
795:4, 795:13,
795:23, 796:17,
835:3, 835:17
**listened** [1] - 768:24
**listening** [1] - 773:13
**literally** [2] - 785:7,
791:17
**LITIGATION** [1] -
749:6
**live** [1] - 786:23
**living** [1] - 758:25
**loaded** [1] - 784:17
**loading** [3] - 798:21,
808:8, 836:22
**loads** [1] - 784:13
**LOBMAN** [1] - 751:3
**local** [5] - 796:7,
812:18, 819:8,
819:21, 825:7
**locale** [1] - 783:9
**locally** [1] - 766:11
**located** [3] - 776:6,
776:12, 783:10
**location** [1] - 792:20
**locations** [3] - 781:17,
793:11, 798:10
**logistical** [1] - 839:24
**logistically** [1] - 798:8
**Look** [1] - 791:15
**look** [21] - 755:22,
771:9, 786:14,
789:20, 789:21,
799:1, 799:3, 799:4,
800:1, 805:16,
812:11, 832:6,
834:12, 837:14,
840:19, 840:20,
846:21, 847:4,
847:16, 849:10
**looked** [3] - 828:16,
834:17, 853:2
**looking** [15] - 762:15,
762:16, 784:11,
798:17, 798:18,
798:25, 799:25,
827:3, 834:15,
834:18, 838:17,
838:18, 839:10,
842:3, 842:4
**looks** [4] - 786:15,
844:7, 847:3, 847:5

**loose** [1] - 788:13
**lost** [2] - 782:18,
788:13
**LOUISIANA** [2] -
749:2, 749:7
**Louisiana** [10] - 758:9,
758:11, 758:14,
759:3, 760:21,
777:6, 796:8, 796:9,
853:18, 853:19
**LP** [1] - 750:15
**LSU** [1] - 775:2
**lunch** [1] - 853:8
**LUNCHEON** [1] -
752:20
**luncheon** [1] - 853:13

# M

**MAGAZINE** [1] -
750:11
**mail** [11] - 794:11,
794:22, 795:12,
797:10, 797:11,
809:16, 819:18,
820:4, 821:7, 827:4,
839:5
**mails** [5] - 794:7,
794:8, 794:18,
794:20, 800:3
**main** [2] - 768:11,
782:3
**makeup** [1] - 799:7
**mammoth** [1] - 816:12
**man** [1] - 775:24
**manager** [11] - 782:4,
782:10, 782:18,
782:21, 784:5,
790:24, 796:3,
812:10, 825:6,
827:13
**managers** [1] - 782:23
**Mandeville** [7] -
781:19, 787:24,
788:4, 790:11,
794:11, 794:16,
796:11
**manhandling** [1] -
780:22
**manufactured** [6] -
755:1, 801:6, 802:8,
804:3, 838:8, 839:14
**MANUFACTURED** [1]
- 749:2
**manufacturer** [13] -
757:8, 773:5, 773:6,
773:9, 777:18,
779:23, 779:24,
781:3, 785:13,

788:25, 801:8,
801:11, 839:22
**manufacturer's** [3] -
786:9, 786:13, 813:2
**manufacturers** [12] -
785:3, 788:19,
788:20, 789:9,
791:24, 799:14,
804:6, 804:15,
814:22, 814:24,
836:25, 839:9
**manufacturing** [12] -
758:19, 792:13,
793:11, 834:20,
837:3, 837:12,
838:6, 838:15,
838:16, 838:17,
840:6, 842:17
**March** [4] - 817:18,
823:1, 823:2, 851:8
**marked** [1] - 809:14
**market** [3] - 783:8,
814:8
**markets** [1] - 781:7
**married** [1] - 775:2
**MASON** [1] - 750:7
**material** [6] - 761:19,
768:9, 802:9, 843:4,
852:17, 852:19
**materials** [4] - 803:21,
808:24, 828:8,
852:13
**matter** [7] - 754:15,
756:2, 756:9,
765:14, 782:16,
809:16, 853:20
**MBA** [3] - 775:3,
775:6, 775:9
**mean** [6] - 782:15,
818:25, 819:6,
833:24, 844:3,
844:17
**meaning** [2] - 786:6,
831:5
**MECHANICAL** [1] -
751:12
**meet** [2] - 761:13,
833:23
**meeting** [1] - 792:9
**Members** [1] - 819:14
**members** [1] - 824:14
**memory** [1] - 830:16
**Memphis** [1] - 781:13
**mention** [2] - 757:18,
792:20
**mentioned** [10] -
772:6, 773:25,
781:3, 783:18,
797:19, 798:20,
798:24, 827:19,

837:15, 838:12
**MERIT** [1] - 751:9
**Merit** [2] - 853:18,
853:23
**met** [4] - 767:22,
791:19, 792:9, 807:9
**Metairie** [3] - 786:24,
787:1, 787:2
**metal** [4] - 764:3,
764:12, 778:18,
799:8
**metals** [1] - 759:12
**Metro** [20] - 807:5,
807:7, 807:14,
807:15, 808:1,
808:2, 808:16,
808:21, 818:23,
828:2, 828:6,
828:17, 852:2,
852:4, 852:10,
852:20, 852:22,
852:25
**Meunier** [2] - 765:20,
768:11
**MEUNIER** [3] - 749:21,
749:22, 765:20
**Meunier's** [2] - 760:5,
767:25
**MEUNIER..................
.......................** [1] -
752:9
**might** [9] - 756:6,
761:25, 763:24,
764:16, 766:12,
779:7, 780:10,
789:7, 805:7
**Mill** [1] - 801:5
**mill** [3] - 801:7, 804:2,
843:17
**mind** [4] - 793:13,
801:15, 825:21,
847:19
**minds** [1] - 765:5
**mine** [1] - 835:4
**minute** [2] - 771:24,
773:16
**minutes** [1] - 820:7
**Mississippi** [3] -
777:6, 796:8, 796:9
**Mobile** [1] - 777:3
**modified** [1] - 757:3
**modify** [1] - 758:2
**moisture** [2] - 778:23,
802:3
**moment** [2] - 778:13,
833:18
**Monday** [4] - 785:6,
785:7, 797:20,
813:12
**money** [4] - 781:13,

781:14, 805:7, 843:7
**monitor** [2] - 758:18,
805:19
**monitored** [2] -
771:14, 805:23
**months** [4] - 765:8,
788:24, 789:6
**moot** [1] - 756:17
**mooted** [1] - 756:17
**moots** [1] - 756:5
**MORGAN** [1] - 750:8
**MORNING** [1] - 749:12
**morning** [7] - 754:14,
773:23, 774:1,
774:23, 774:24,
823:21, 823:22
**most** [4] - 761:20,
784:13, 787:21,
847:11
**motion** [9] - 755:11,
755:24, 756:2,
756:9, 756:24,
765:4, 765:17,
767:23, 771:22
**MOTIONS** [1] - 752:6
**motions** [3] - 754:12,
754:13, 774:2
**Motions** [1] - 765:22
**move** [2] - 754:15,
831:23
**moved** [2] - 776:8,
776:10
**moving** [3] - 756:1,
756:4, 756:11
**MR** [150] - 752:7,
752:8, 752:9,
752:10, 752:12,
752:14, 752:17,
752:18, 752:19,
754:14, 756:21,
765:16, 765:20,
767:24, 771:23,
772:1, 772:6,
772:19, 772:22,
773:2, 773:13,
774:7, 774:22,
789:18, 789:23,
789:25, 790:4,
792:21, 793:3,
793:5, 793:20,
793:23, 793:25,
794:5, 795:10,
795:12, 795:13,
795:14, 795:16,
795:22, 796:20,
796:21, 796:22,
796:24, 797:5,
799:16, 799:19,
799:20, 799:24,
800:12, 800:14,

800:17, 800:19,
800:21, 802:13,
802:16, 802:18,
802:22, 806:4,
806:5, 806:10,
810:25, 811:2,
811:4, 811:9,
812:23, 812:24,
813:18, 819:11,
819:16, 819:25,
820:3, 820:7, 820:9,
820:13, 820:15,
820:18, 820:23,
821:14, 821:16,
821:22, 821:23,
822:3, 823:6,
823:19, 826:15,
826:21, 826:23,
826:25, 829:11,
829:13, 829:15,
829:16, 829:18,
831:20, 831:22,
831:23, 832:4,
835:2, 835:3, 835:4,
835:5, 835:7,
835:10, 835:11,
835:15, 835:17,
835:19, 835:22,
835:25, 836:1,
836:3, 836:5, 836:7,
836:8, 836:10,
836:15, 837:18,
837:21, 838:2,
841:13, 841:17,
841:20, 842:19,
842:21, 843:9,
843:12, 846:9,
846:13, 846:14,
846:18, 846:20,
846:23, 847:1,
847:6, 847:9, 849:5,
849:9, 849:11,
849:16, 849:18,
849:21, 850:16,
850:21, 851:17,
851:18, 851:23,
852:5, 852:8, 853:5
**mud** [3] - 779:9,
810:19, 814:2
**multi** [1] - 799:25
**multi-page** [1] -
799:25
**multitude** [2] - 778:19,
792:16
**must** [4] - 786:16,
811:20, 811:21,
811:23
**Must** [2] - 811:17,
811:20

# N

**NADER** [1] - 751:3
**nailed** [1] - 832:24
**nails** [1] - 779:10
**name** [9] - 774:18,
775:17, 775:20,
790:22, 809:21,
827:19, 827:25,
839:1, 847:20
**names** [1] - 827:2
**Napoleonic** [1] -
769:12
**National** [8] - 784:24,
786:13, 789:12,
800:7, 804:11,
810:20, 812:12,
848:13
**national** [3] - 790:23,
796:3, 825:6
**NC** [1] - 750:8
**near** [1] - 815:4
**necessarily** [2] -
843:7, 849:3
**necessary** [2] -
756:19, 766:4
**need** [8] - 754:23,
764:9, 780:10,
813:10, 815:16,
815:19, 833:25,
835:15
**needed** [5] - 800:4,
801:2, 804:24, 818:5
**negligence** [2] -
769:2, 769:3
**negotiating** [1] - 798:3
**network** [2] - 794:14,
795:9
**never** [25] - 755:14,
758:22, 767:5,
768:25, 779:24,
794:22, 799:8,
799:9, 801:10,
801:13, 805:13,
821:11, 828:7,
834:22, 834:25,
837:5, 839:10,
841:5, 844:15,
844:18, 844:19,
844:21, 844:22
**New** [19] - 777:1,
781:18, 782:6,
782:13, 782:16,
783:5, 783:11,
787:6, 788:18,
794:11, 794:15,
794:16, 796:8,
798:7, 798:11, 805:24,
807:25, 808:3,

808:4, 822:22
**new** [3] - 756:6, 757:6,
775:17
**NEW** [7] - 749:7,
749:19, 749:24,
750:12, 750:18,
751:5, 751:10
**NEWARK** [1] - 750:5
**next** [7] - 801:15,
803:22, 811:19,
811:20, 811:22,
811:24, 830:3
**ninety** [1] - 815:16
**NJ** [1] - 750:5
**NO** [1] - 749:7
**nobody** [6] - 755:13,
759:19, 759:24,
760:3, 768:6, 772:16
**none** [3] - 757:25,
768:17, 824:9
**normal** [1] - 785:5
**normally** [1] - 786:10
**NORTH** [1] - 750:21
**North** [2] - 754:15,
765:18
**nose** [1] - 767:3
**notation** [1] - 762:18
**note** [4] - 849:24,
850:2, 850:3
**notes** [1] - 755:25
**nothing** [3] - 774:11,
785:12, 808:7
**notice** [8] - 757:12,
757:14, 760:17,
764:25, 768:22,
772:24, 788:6,
818:15
**noticeable** [1] -
759:15
**notification** [2] -
818:19, 819:9
**notifications** [1] -
794:24
**November** [3] - 803:2,
818:17, 819:4
**NOVEMBER** [2] -
749:8, 754:2
**nowhere** [1] - 815:4
**NUMBER** [12] - 753:6,
753:7, 753:8, 753:9,
753:10, 753:11,
753:12, 753:13,
753:14, 753:15,
753:16, 753:17
**Number** [18] - 767:25,
768:10, 768:24,
772:6, 789:17,
794:3, 795:20,
797:3, 799:22,
801:5, 802:20,

806:8, 811:7,
820:21, 822:1,
832:2, 846:17,
851:21
**number** [3] - 807:11,
809:20, 831:19
**numbered** [1] - 853:20
**NUMBERS** [1] - 753:5
**Numbers** [1] - 790:8
**numerous** [7] - 781:7,
784:23, 790:10,
790:14, 790:19

---

# O

**O'KEEFE** [1] - 749:19
**oath** [1] - 774:16
**object** [4] - 792:21,
799:16, 799:17,
836:5
**objected** [2] - 789:19,
793:21
**objection** [30] -
789:23, 793:25,
795:11, 795:14,
796:21, 799:20,
800:17, 802:13,
802:16, 806:4,
811:1, 811:2,
812:23, 819:11,
819:14, 819:25,
820:17, 820:18,
821:22, 826:21,
829:11, 829:13,
831:20, 835:2,
841:13, 843:9,
846:12, 851:17,
851:18, 852:5
**obligation** [1] - 761:13
**obligations** [1] -
800:15
**observation** [1] -
759:15
**observations** [1] -
834:23
**observe** [1] - 836:21
**observed** [2] - 760:15,
760:16
**obtain** [1] - 852:3
**obvious** [1] - 764:22
**obviously** [10] -
758:22, 760:19,
768:2, 779:2, 787:4,
787:17, 788:14,
798:11, 802:3, 848:5
**occasion** [5] - 799:6,
815:13, 816:4,
816:5, 822:18
**occasions** [1] - 812:7

**occurred** [1] - 789:14
**occurring** [1] - 777:7
**ocean** [1] - 801:4
**October** [4] - 826:7,
826:18, 827:4,
827:16
**odd** [1] - 771:10
**OF** [2] - 749:2, 749:12
**offer** [8] - 789:25,
795:16, 796:24,
840:13, 840:15,
841:6, 841:9, 842:2
**offered** [5] - 840:2,
840:11, 841:11,
841:12, 841:21
**office** [10] - 782:7,
783:14, 783:20,
783:24, 787:24,
788:1, 788:4, 792:5,
831:6
**OFFICER** [4] - 773:19,
823:10, 823:13,
853:11
**offices** [3] - 787:20,
787:21, 796:11
**OFFICIAL** [1] - 751:8
**Official** [2] - 853:18,
853:24
**often** [5] - 756:1,
756:8, 783:22,
784:3, 786:22
**Ohio** [1] - 788:18
**onboard** [1] - 801:4
**once** [5] - 784:25,
795:3, 832:23,
841:5, 850:8
**One** [1] - 780:10
**ONE** [2] - 750:17,
750:22
**one** [55] - 756:20,
757:3, 759:11,
760:1, 761:3,
764:17, 768:9,
768:10, 771:1,
780:4, 781:8,
781:15, 783:4,
783:13, 783:23,
783:24, 785:23,
785:25, 789:10,
789:13, 791:2,
791:20, 791:23,
792:10, 794:24,
797:16, 801:19,
803:12, 803:20,
803:22, 803:24,
805:3, 806:1,
807:17, 809:16,
810:19, 810:22,
811:17, 811:19,
811:20, 811:22,

811:24, 813:10,
816:12, 821:14,
830:2, 838:25,
842:18, 842:22,
847:10, 847:12,
847:21, 850:22
**ones** [2] - 756:17,
850:23
**Oops** [1] - 821:8
**open** [3] - 805:14,
845:6, 845:13
**opened** [8] - 777:2,
777:3, 791:1,
805:22, 808:4,
808:7, 839:21, 853:2
**opening** [3] - 760:5,
828:23, 847:25
**operated** [1] - 775:22
**operation** [2] - 775:19,
793:16
**operations** [10] -
783:15, 792:14,
792:19, 793:7,
804:14, 825:23,
829:4, 829:23,
830:7, 840:11
**opinion** [6] - 761:25,
771:13, 771:15,
771:21, 772:3,
782:25
**opinions** [2] - 761:1,
761:18
**opportunity** [5] -
756:18, 770:25,
771:8, 791:10,
833:18
**ORDER** [1] - 754:4
**order** [8] - 757:18,
759:2, 797:20,
815:17, 831:7,
850:2, 851:1
**orders** [9] - 803:9,
803:10, 815:15,
815:18, 830:1,
831:1, 831:19
**Orleans** [19] - 777:1,
781:18, 782:6,
782:13, 782:16,
783:5, 783:11,
787:6, 788:18,
794:11, 794:15,
798:6, 798:7,
798:11, 805:24,
807:25, 808:3,
808:4, 822:22
**ORLEANS** [7] - 749:7,
749:19, 749:24,
750:12, 750:18,
751:5, 751:10
**outset** [2] - 793:12,

825:20
**outside** [2] - 772:4,
782:4
**overhead** [1] - 816:11
**overlooking** [1] -
831:6
**overseas** [8] - 778:11,
790:13, 790:15,
791:10, 791:12,
792:3, 801:21, 821:4
**oversee** [1] - 782:23
**own** [3] - 779:22,
779:23, 783:2
**owned** [1] - 791:19
**owner** [2] - 836:17,
836:18

---

# P

**Packaging** [1] -
801:25
**page** [11] - 799:25,
800:12, 801:15,
803:18, 846:18,
850:24, 852:9,
852:10, 852:11
**PAGE** [2] - 752:3,
753:3
**pages** [2] - 807:11,
807:12
**paid** [1] - 845:7
**paint** [1] - 779:25
**painted** [5] - 771:1,
802:1, 805:23,
810:6, 810:7
**palletized** [1] - 801:23
**pallets** [2] - 805:16,
838:10
**Panel** [1] - 784:24
**panel** [5] - 754:8,
773:20, 823:11,
823:14, 853:12
**paper** [12] - 770:16,
779:6, 784:18,
786:7, 798:23,
835:1, 837:16,
837:23, 842:22,
842:24, 843:15,
843:20
**paperwork** [1] - 804:9
**paragraph** [1] - 827:7
**part** [9] - 761:20,
780:4, 787:21,
797:6, 800:23,
801:1, 811:10,
817:13, 832:25
**particular** [4] - 755:24,
759:13, 767:15,

---

849:25
**particularly** [1] - 798:20
**parties** [1] - 755:4
**parts** [2] - 777:6, 810:9
**party** [5] - 754:20, 754:21, 756:2, 756:5, 756:11
**past** [4] - 770:18, 788:23, 788:24, 789:6
**Pate** [1] - 759:8
**patient** [1] - 792:22
**pattern** [2] - 769:17, 769:18
**patterns** [3] - 769:16, 769:19, 779:4
**pay** [4] - 757:22, 770:24, 781:22, 845:20
**peeling** [6] - 784:18, 786:7, 798:23, 835:1, 837:16, 837:23
**people** [18] - 759:9, 768:21, 778:7, 783:17, 783:19, 787:24, 788:16, 790:10, 790:14, 790:19, 829:24, 831:14, 832:6, 832:11, 843:24, 848:24
**Pepper** [3] - 853:17, 853:22, 853:22
**PEPPER** [1] - 751:8
**per** [1] - 785:10
**percent** [3] - 787:19, 852:14, 852:16
**perform** [1] - 799:14
**performs** [1] - 763:21
**perhaps** [3] - 756:17, 756:19, 761:20
**period** [3] - 763:20, 788:3, 834:6
**person** [8] - 758:24, 760:1, 764:21, 769:24, 771:3, 782:10, 838:13
**personal** [1] - 812:18
**personally** [4] - 775:1, 781:23, 786:23, 816:6
**personnel** [2] - 760:2, 809:23, 816:17
**phone** [1] - 830:17
**phonetically** [1] - 841:22
**phrased** [1] - 830:4

**physical** [2] - 759:15, 760:16
**physically** [2] - 780:22, 810:10
**pick** [6] - 778:9, 798:9, 810:7, 815:16, 822:20, 830:17
**picks** [1] - 785:13
**picture** [1] - 784:15
**piece** [7] - 763:19, 771:5, 778:9, 817:21, 823:2, 842:24, 843:15
**pieces** [1] - 802:1
**pitch** [1] - 760:6
**pitched** [1] - 760:7
**place** [1] - 800:22
**placed** [3] - 763:19, 800:15, 801:17
**plaintiff** [2] - 774:5, 851:10
**Plaintiff** [1] - 847:7
**plaintiff's** [1] - 847:11
**PLAINTIFFS** [1] - 752:5
**Plaintiffs** [1] - 765:21
**plaintiffs** [13] - 754:11, 754:23, 758:13, 759:16, 764:23, 765:25, 766:21, 767:6, 768:25, 824:10, 843:8, 849:14, 849:18
**PLAINTIFFS'** [1] - 749:17
**plan** [1] - 840:18
**plane** [1] - 771:5
**plant** [18] - 760:15, 771:14, 784:17, 791:1, 791:2, 798:21, 806:23, 822:21, 824:3, 824:6, 824:8, 834:13, 834:14, 839:2, 839:15, 840:6, 840:18
**plants** [1] - 827:13
**Plasterboard** [3] - 802:6, 844:22, 847:16
**plastic** [1] - 802:3
**plastics** [2] - 828:11, 828:19
**pleaded** [1] - 789:14
**plethora** [1] - 769:13
**point** [30] - 754:7, 768:1, 771:3, 772:22, 773:2, 776:19, 790:7, 794:2, 795:19,

796:15, 797:2, 797:25, 799:21, 802:19, 806:7, 810:24, 811:6, 817:22, 818:7, 819:17, 820:20, 821:25, 832:1, 834:15, 835:13, 836:12, 838:25, 846:9, 846:16, 851:20
**pointed** [1] - 768:13
**points** [2] - 767:24, 771:23
**Poland** [1] - 777:12
**policy** [1] - 808:18
**Polish** [3] - 777:11, 777:13, 815:3
**port** [3] - 805:9, 807:24, 839:19
**Port** [2] - 806:24, 807:25
**portion** [2] - 831:18
**position** [6] - 756:22, 756:24, 760:18, 764:17, 773:9, 782:20
**positive** [2] - 821:19, 821:20
**possession** [3] - 808:3, 808:5, 808:11
**possible** [1] - 812:5
**possibly** [2] - 777:14, 789:15
**post** [1] - 756:3
**post-verdict** [1] - 756:3
**postponement** [1] - 756:11
**potential** [2] - 764:25, 817:11
**pounds** [1] - 815:4
**POYDRAS** [4] - 749:23, 750:18, 751:4, 751:9
**practices** [1] - 761:19
**pre** [2] - 756:5, 811:14
**pre-Chinese** [1] - 811:14
**pre-verdict** [1] - 756:5
**predecessor** [1] - 775:15
**predominantly** [3] - 778:16, 779:5, 779:18
**preference** [8] - 810:21, 812:15, 812:19, 812:21, 812:25, 813:1, 813:3, 848:20

**preferences** [3] - 810:14, 811:14, 812:2
**pregnant** [2] - 770:12
**prepared** [1] - 835:20
**present** [3] - 754:11, 816:3, 838:14
**presented** [2] - 762:21, 766:20
**presume** [1] - 757:21
**pretty** [4] - 764:22, 781:19, 786:19, 805:13
**preview** [1] - 766:5
**previously** [2] - 765:21, 792:6
**price** [15] - 785:9, 785:10, 785:13, 785:14, 795:3, 795:4, 795:13, 795:23, 796:17, 797:24, 798:3, 800:8
**printers** [1] - 796:13
**problem** [17] - 759:10, 762:18, 768:9, 777:20, 785:23, 786:3, 786:5, 813:8, 813:9, 818:24, 819:2, 819:5, 831:16, 835:20, 837:15, 843:7, 845:3
**problematic** [2] - 766:13, 769:25
**problems** [8] - 764:8, 767:14, 768:14, 784:16, 785:25, 786:21, 789:13, 818:20
**procedures** [1] - 841:24
**PROCEEDINGS** [3] - 749:12, 751:12, 754:1
**proceedings** [17] - 754:7, 790:7, 794:2, 795:19, 797:2, 799:21, 802:19, 806:7, 811:6, 820:20, 821:25, 832:1, 835:13, 836:12, 846:16, 851:20, 853:20
**process** [25] - 758:19, 771:14, 785:4, 789:12, 791:13, 794:22, 796:16, 796:18, 798:12, 805:21, 830:12, 830:14, 837:3, 837:12, 838:7,

838:15, 838:16, 838:18, 839:17, 839:18, 841:4, 842:17, 844:5
**processes** [1] - 761:12
**produce** [1] - 777:19
**produced** [4] - 789:11, 798:4, 837:4, 842:12
**PRODUCED** [1] - 751:13
**product** [112] - 757:4, 757:13, 758:3, 758:5, 758:17, 758:18, 758:20, 759:5, 759:15, 762:11, 762:17, 762:19, 763:9, 766:8, 767:2, 767:4, 768:21, 770:5, 770:6, 770:9, 777:19, 777:22, 777:23, 777:25, 778:2, 778:6, 778:7, 778:11, 778:16, 779:12, 780:2, 781:9, 781:21, 785:6, 785:22, 786:5, 787:15, 787:18, 787:19, 789:15, 791:4, 791:14, 793:19, 798:4, 798:5, 798:6, 798:9, 798:10, 799:13, 800:11, 801:21, 803:14, 804:1, 805:2, 805:3, 805:4, 806:23, 806:24, 806:25, 807:2, 807:22, 808:2, 808:3, 808:5, 808:6, 808:8, 808:17, 808:18, 809:21, 810:22, 814:21, 815:3, 818:4, 821:4, 822:23, 826:1, 832:13, 832:17, 832:19, 832:20, 833:25, 834:14, 834:24, 836:22, 837:6, 837:8, 837:14, 837:25, 839:21, 840:12, 840:19, 840:20, 841:2, 842:5, 843:1, 843:16, 845:6, 845:23, 848:4, 848:18, 848:19, 848:21, 848:22,

849:4, 851:2,
852:25, 853:1, 853:3
**production** [2] -
806:18, 807:1
**PRODUCTS** [1] -
749:5
**products** [16] -
778:13, 778:20,
779:8, 779:13,
779:14, 779:22,
779:23, 779:24,
785:16, 785:24,
792:16, 799:10,
804:8, 810:16,
813:23, 845:12
**profit** [1] - 834:3
**promise** [1] - 843:16
**promises** [3] - 844:11,
844:13, 844:15
**proof** [2] - 754:23,
772:25
**proper** [2] - 760:20,
769:20
**properly** [1] - 801:22
**properties** [1] - 779:3
**property** [1] - 758:5
**proportionate** [1] -
769:5
**protect** [2] - 801:23,
802:2
**protection** [1] -
845:20
**protects** [1] - 845:19
**protocol** [2] - 762:1,
763:5
**prove** [1] - 764:11
**provide** [3] - 764:25,
801:9, 827:9
**publisher** [1] - 761:1
**pull** [4] - 796:22,
805:17, 810:11,
850:22
**pulling** [2] - 810:12,
853:3
**purchase** [4] - 784:12,
785:13, 785:15,
797:16
**purchased** [1] -
818:20
**purchasing** [5] -
770:9, 782:9,
783:19, 785:5,
836:20
**pure** [1] - 759:15
**purpose** [2] - 768:17,
772:11
**purposes** [2] - 804:24,
850:17
**pursuantly** [1] -
766:24

**pursue** [1] - 796:16
**pushed** [1] - 797:23
**put** [33] - 757:6,
757:12, 760:17,
764:12, 765:10,
768:22, 772:13,
772:14, 772:18,
773:8, 779:9,
781:11, 781:12,
788:21, 803:9,
804:25, 809:14,
809:17, 809:20,
810:8, 811:15,
811:16, 815:5,
815:6, 816:9, 827:1,
829:9, 838:10,
846:10, 847:6, 850:2
**puts** [4] - 814:2,
849:24, 850:3, 850:8
**putting** [3] - 780:14,
809:19, 853:4

## Q

**qualify** [1] - 772:17
**qualities** [1] - 772:25
**quality** [9] - 767:14,
767:19, 768:14,
802:5, 828:21,
828:23, 829:24,
830:5, 830:12
**quantity** [1] - 802:5
**questions** [12] -
765:22, 768:13,
782:25, 813:15,
823:6, 823:25,
824:23, 830:10,
830:16, 830:19,
835:8, 836:4
**quick** [2] - 767:24,
771:23
**quickly** [2] - 820:11,
840:9
**quite** [2] - 781:6,
784:4

## R

**radius** [1] - 781:14
**railcars** [1] - 784:14
**raise** [3] - 774:9,
814:16, 847:19
**raised** [3] - 787:8,
787:10
**RALEIGH** [1] - 750:8
**ran** [1] - 775:24
**rather** [1] - 814:21
**rationale** [1] - 757:20
**RE** [1] - 749:5

**reached** [1] - 756:12
**read** [2] - 769:14,
827:14
**reading** [1] - 826:4
**real** [4] - 760:23,
763:23, 825:15,
848:5
**realistic** [1] - 758:22
**really** [18] - 758:13,
760:6, 760:25,
768:10, 769:9,
770:11, 770:23,
779:12, 786:22,
798:20, 798:24,
810:19, 832:21,
835:15, 835:17,
836:8, 840:9, 843:14
**REALTIME** [1] - 751:8
**Realtime** [2] - 853:17,
853:23
**reason** [8] - 755:19,
758:21, 765:2,
768:20, 770:19,
786:7, 799:6, 810:18
**reasonable** [14] -
754:18, 759:20,
759:22, 759:25,
764:17, 764:24,
764:24, 765:11,
770:4, 770:12,
771:7, 771:8
**reasonableness** [3] -
768:7, 770:3, 770:11
**reasonably** [2] -
766:23, 767:7
**reasons** [9] - 756:8,
757:19, 759:2,
760:22, 765:13,
767:21, 771:20,
771:21, 781:15
**rebuild** [2] - 794:14,
833:25
**rebuilding** [1] - 843:25
**rebuilt** [1] - 791:8
**receive** [4] - 770:8,
816:23, 817:1,
817:22
**received** [7] - 794:24,
802:20, 802:25,
806:8, 811:7, 832:2,
851:21
**recess** [5] - 773:18,
823:9, 823:12,
853:10, 853:13
**RECESS....................
.....................** [1] -
752:20
**recognized** [2] -
759:2, 760:20
**recollection** [1] -

822:12
**recommended** [1] -
763:1
**record** [5] - 767:12,
771:18, 774:18,
836:2, 853:20
**RECORDED** [1] -
751:12
**recyclers** [2] - 828:10,
828:19
**red** [1] - 847:19
**redhibition** [8] -
757:1, 758:9,
759:21, 760:12,
769:1, 769:11,
770:7, 773:3
**redirect** [1] - 849:7
**REDIRECT** [2] -
752:19, 849:8
**redoing** [1] - 780:11
**reference** [1] - 763:12
**referenced** [1] - 772:1
**referring** [1] - 795:23
**reflect** [1] - 852:9
**regard** [13] - 756:13,
766:3, 767:11,
769:22, 798:19,
800:10, 808:21,
810:16, 812:1,
816:6, 818:20,
831:13, 839:24
**regarding** [1] - 790:14
**region** [2] - 780:24,
793:9
**Registered** [1] -
853:17
**registered** [1] - 853:23
**regular** [1] - 778:22
**rejected** [1] - 802:1
**RELATES** [1] - 749:9
**relation** [2] - 810:3,
831:19
**relationship** [9] -
812:18, 813:19,
836:24, 839:12,
839:25, 840:10,
844:4, 845:13,
848:20
**relationships** [1] -
785:19
**relatively** [4] - 781:11,
832:10, 834:17,
834:18
**relax** [1] - 829:22
**release** [3] - 754:21,
755:6, 772:23
**released** [4] - 762:18,
763:14, 764:1,
764:11
**releasing** [2] - 759:11,

762:8
**relevant** [2] - 762:2,
850:11
**relied** [3] - 842:18,
842:22, 842:24
**relocated** [3] - 787:23,
790:12, 808:10
**rely** [2] - 799:12,
799:14
**relying** [1] - 772:4
**remember** [8] - 760:5,
762:22, 782:18,
809:22, 819:23,
823:4, 830:22, 839:4
**remind** [1] - 847:2
**removed** [1] - 794:23
**remuneration** [1] -
770:9
**renovated** [1] - 812:14
**reorganization** [1] -
775:16
**rep** [10] - 786:9,
786:13, 795:5,
795:7, 796:7, 813:2,
819:8, 819:22,
825:7, 848:21
**repeat** [4] - 813:14,
813:20, 813:21,
840:25
**replenish** [1] - 788:14
**report** [5] - 801:11,
801:14, 846:3,
847:3, 852:2
**Reporter** [7] - 853:17,
853:18, 853:18,
853:23, 853:23,
853:24
**REPORTER** [3] -
751:8, 751:8, 751:9
**REPORTER'S** [1] -
853:16
**reporting** [1] - 852:15
**reports** [2] - 764:6,
801:9
**represent** [2] - 849:22,
851:4
**represented** [1] -
842:13
**reps** [2] - 785:17,
785:20
**reputation** [1] - 839:7
**request** [2] - 811:15,
812:7
**requested** [1] - 812:16
**requests** [1] - 812:4
**require** [2] - 801:8,
807:7
**required** [6] - 801:7,
807:8, 807:9,
809:20, 842:1,

**HOURLY TRANSCRIPT**

845:18
**requirement** [2] -
844:9, 844:14
**requirements** [5] -
800:4, 800:10,
808:13, 808:15,
809:10
**requires** [1] - 761:2
**research** [1] - 762:10
**reserved** [1] - 756:3
**residential** [1] - 779:6
**residentially** [1] -
814:1
**resistance** [1] -
778:23
**resolve** [1] - 789:8
**Resources** [11] -
807:5, 807:7,
808:21, 828:2,
828:6, 828:17,
852:2, 852:4,
852:10, 852:20,
852:25
**respectfully** [1] -
772:7
**respond** [2] - 755:21,
765:19
**response** [4] - 821:8,
821:10, 821:12,
829:3
**response)** [1] - 847:18
**responsibility** [2] -
769:5
**responsible** [1] -
829:1
**rested** [2] - 754:12,
774:5
**RESTED.................**
**......** [1] - 752:5
**result** [1] - 756:6
**results** [1] - 842:1
**return** [4] - 815:10,
818:11, 832:17,
851:12
**returned** [1] - 832:14
**returning** [1] - 832:20
**returns** [1] - 815:13
**revealed** [1] - 762:3
**reversal** [1] - 756:6
**reverse** [1] - 823:23
**review** [4] - 840:23,
841:3, 841:11,
841:24
**rewrite** [1] - 758:14
**Rey** [1] - 784:24
**RICHARD** [1] - 750:16
**Rick** [1] - 793:22
**rid** [2] - 787:18,
787:19
**rise** [8] - 754:9,

773:17, 773:19,
773:22, 780:7,
823:10, 823:13,
853:11
**RISLEY** [13] - 750:22,
754:14, 756:21,
767:24, 771:23,
772:1, 772:6,
772:19, 772:22,
773:2, 773:13,
836:5, 836:10
**RISLEY.................**
**.................** [4] -
752:7, 752:10,
752:12, 752:14
**River** [2] - 754:15,
765:18
**RIVER** [1] - 750:21
**RIVERWAY** [1] -
750:22
**RMR** [2] - 751:8,
853:22
**Road** [2] - 786:24,
787:1
**Rock** [1] - 811:20
**rock** [2] - 811:21,
811:23
**Roman** [1] - 769:11
**ROOM** [1] - 751:9
**room** [1] - 763:13
**Rosemary** [2] -
758:24, 766:22
**Rouge** [3] - 777:2,
781:19, 782:18
**roughly** [2] - 787:10,
851:6
**RULE** [1] - 752:6
**rule** [3] - 754:16
**rule** [3] - 754:18,
755:23, 756:9
**ruled** [1] - 754:25
**rules** [2] - 766:21,
766:22
**ruling** [3] - 756:5,
756:12, 765:22
**rulings** [1] - 836:6
**run** [1] - 782:23
**running** [1] - 795:9
**Rutila** [5] - 762:23,
762:25, 763:4,
763:11, 764:14

## S

**s/Cathy** [1] - 853:22
**safety** [1] - 782:10
**sale** [3] - 765:25,
800:8, 800:22
**sales** [26] - 782:15,

783:14, 783:24,
785:17, 785:20,
788:1, 790:23,
795:5, 795:7, 796:3,
796:7, 807:4, 819:8,
819:22, 822:19,
825:6, 825:7, 830:1,
830:25, 831:1,
831:7, 831:13,
832:16, 848:21,
850:13
**salesman** [4] - 786:11,
797:9, 832:17, 850:1
**salesmen** [4] - 782:5,
811:15, 813:11
**salesperson** [3] -
831:8, 849:24, 850:8
**sample** [2] - 771:3,
771:12
**Sanders** [1] - 819:10
**sat** [1] - 787:15
**saw** [1] - 828:20
**scenario** [1] - 771:17
**school** [1] - 775:2
**schools** [1] - 813:25
**scientific** [1] - 765:5
**scientist** [1] - 760:2
**scope** [1] - 778:13
**Scott** [3] - 827:1,
827:7, 846:9
**SCOTT** [1] - 750:4
**screws** [1] - 779:10
**SCT** [2] - 777:23,
784:25
**sealed** [1] - 801:23
**searching** [1] - 806:15
**seat** [1] - 774:17
**seated** [3] - 750:10,
773:23, 823:16
**second** [4] - 780:9,
794:12, 807:17,
821:14
**secondly** [1] - 763:24
**SECURITY** [4] -
773:19, 823:10,
823:13, 853:11
**see** [23] - 756:14,
757:15, 757:16,
757:20, 767:11,
771:4, 771:5, 771:8,
790:13, 790:14,
793:1, 793:22,
794:9, 794:18,
801:1, 801:25,
805:13, 805:24,
812:1, 827:21,
828:17, 837:14,
847:17
**Seeger** [1] - 843:20
**SEEGER** [58] - 750:3,

750:3, 789:23,
792:21, 793:25,
795:12, 795:14,
796:21, 799:16,
799:20, 800:17,
802:16, 806:5,
811:2, 812:23,
819:11, 819:25,
820:18, 821:23,
823:19, 826:15,
826:21, 826:25,
829:13, 829:16,
829:18, 831:20,
831:23, 832:4,
835:2, 835:4, 835:7,
835:10, 835:17,
835:25, 836:3,
836:8, 836:15,
837:21, 838:2,
841:13, 841:17,
841:20, 842:19,
842:21, 843:12,
846:9, 846:14,
846:18, 846:20,
846:23, 847:1,
847:6, 847:9, 849:5,
849:16, 851:18,
852:5
**SEEGER.................**
**.** [1] - 752:18
**seeing** [1] - 839:5
**selected** [1] - 850:11
**sell** [30] - 757:23,
758:20, 766:8,
770:5, 778:14,
778:15, 778:17,
778:18, 779:18,
779:19, 781:10,
790:13, 790:15,
791:10, 799:10,
799:13, 813:22,
813:23, 813:24,
814:1, 814:2, 814:5,
814:7, 817:17,
846:1, 846:4
**seller** [18] - 757:3,
757:7, 757:10,
757:12, 758:16,
759:6, 759:23,
760:13, 761:14,
764:17, 764:24,
766:9, 766:17,
770:5, 773:3, 773:4,
773:8
**selling** [19] - 755:1,
755:13, 757:21,
766:10, 766:11,
766:12, 767:18,
780:14, 784:8,
784:10, 816:24,

750:3, 789:23,
817:15, 817:18,
818:8, 819:18,
833:18, 834:2, 851:8
**send** [5] - 780:2,
781:12, 786:16,
833:8, 839:15
**sense** [1] - 781:21
**sent** [6] - 770:19,
787:24, 795:6,
797:12, 821:7, 846:3
**separate** [1] - 803:11
**separately** [1] - 755:9
**September** [8] -
817:24, 818:1,
818:2, 821:19,
822:14, 826:6,
826:10, 826:17
**series** [1] - 830:19
**server** [1] - 794:11
**serves** [1] - 768:16
**service** [6] - 780:5,
780:12, 780:13,
841:7, 841:8, 841:11
**SESSION** [1] - 749:12
**set** [1] - 801:3
**seven** [1] - 802:14
**SGS** [8] - 840:1,
840:4, 840:10,
840:13, 840:14,
840:21, 841:1,
841:22
**Shandong** [1] - 839:2
**Shanghai** [1] - 806:24
**share** [2] - 783:8,
822:24
**sheathing** [1] - 778:23
**sheet** [2] - 842:18,
842:22
**sheetrock** [2] -
842:24, 848:23
**sheets** [21] - 780:8,
780:9, 780:10,
781:12, 802:3,
803:13, 804:24,
805:6, 810:2, 810:5,
814:7, 815:7,
815:15, 815:18,
815:19, 816:10,
822:20, 823:4,
842:23, 843:24,
851:1
**Shelbyville** [2] -
791:20, 792:5
**SHELL** [1] - 750:17
**Shell** [1] - 780:10
**ship** [9] - 803:10,
805:12, 805:19,
805:22, 808:8,
812:13, 816:9, 834:7
**shipment** [18] - 800:9,

**HOURLY TRANSCRIPT**

801:24, 802:25, 803:7, 803:12, 803:15, 804:17, 804:20, 806:21, 807:14, 807:15, 807:16, 807:19, 807:20, 817:22, 821:17, 822:8

**shipments** [6] - 803:7, 803:19, 806:1, 816:10, 836:22, 836:23

**shipped** [3] - 822:12, 839:22, 852:25

**shipping** [10] - 797:18, 798:1, 798:5, 807:21, 822:10, 822:11, 834:6, 834:9, 839:19, 839:24

**short** [2] - 763:20, 788:3

**shortage** [1] - 788:6

**shortly** [1] - 790:20

**show** [9] - 764:1, 789:17, 792:13, 820:4, 846:9, 846:18, 850:9, 851:15, 851:24

**showed** [3] - 763:25, 851:10, 851:11

**shown** [1] - 763:10

**shows** [1] - 772:24

**side** [8] - 756:18, 783:13, 783:15, 783:23, 783:24, 783:25, 798:22, 802:2

**SIDNEY** [1] - 751:4

**sift** [1] - 820:11

**signed** [1] - 808:21

**significance** [1] - 849:17

**significant** [1] - 849:15

**silver** [2] - 755:7, 764:2

**similar** [6] - 763:22, 764:20, 847:3, 847:4, 847:5, 848:5

**simple** [3] - 755:11, 767:3, 785:4

**simply** [1] - 790:16

**single** [4] - 754:22, 760:16, 761:16, 804:17

**single-issue** [1] - 754:22

**sister** [1] - 775:17

**sisters** [1] - 776:2

**sit** [1] - 833:3

**site** [1] - 785:22

**sitting** [1] - 828:15

**situations** [1] - 757:25

**six** [3] - 788:24, 789:6, 802:1

**sixteen** [1] - 850:15

**sizes** [3] - 778:24, 783:3, 783:7

**skip** [1] - 802:11

**small** [6] - 783:4, 783:5, 785:1, 831:17, 831:18, 832:10

**smell** [6] - 767:17, 768:13, 816:6, 816:13, 816:14, 817:8

**smelled** [2] - 816:15, 817:2

**smelling** [2] - 816:24, 817:5

**smelly** [1] - 821:9

**SMITH** [1] - 750:15

**smith** [1] - 814:6

**Smith** [1] - 814:6

**soft** [1] - 788:9

**sold** [21] - 766:18, 767:9, 767:21, 777:14, 777:16, 784:22, 784:23, 785:24, 800:16, 802:8, 813:5, 813:6, 813:7, 813:8, 817:20, 821:8, 824:13, 842:23, 843:24

**solemnly** [1] - 774:10

**solicitation** [1] - 845:25

**solicitations** [1] - 790:2

**someone** [14] - 757:5, 757:6, 757:21, 764:16, 764:23, 782:19, 782:21, 815:18, 817:13, 831:6, 837:11, 837:14, 838:9, 845:24

**sometime** [1] - 850:6

**somewhere** [1] - 826:17

**sorry** [26] - 773:25, 793:23, 795:7, 800:19, 810:14, 811:1, 812:20, 818:2, 819:7, 820:10, 820:15, 822:11, 825:1,

826:13, 831:18, 832:24, 835:10, 835:18, 840:8, 840:25, 841:17, 842:8, 842:11, 846:23, 852:12

**sound** [1] - 826:18

**sounds** [2] - 810:1, 826:11

**source** [2] - 766:8, 766:12

**sources** [2] - 806:15, 807:3

**sourcing** [1] - 766:24

**South** [5] - 781:16, 793:16, 793:17, 825:23, 825:25

**spackled** [1] - 832:25

**specialized** [1] - 780:16

**specific** [5] - 760:4, 792:20, 809:9, 850:2, 850:3

**specifically** [6] - 762:7, 762:15, 792:19, 816:16, 823:1, 825:14

**specifics** [1] - 809:22

**specified** [2] - 848:13, 848:14

**specify** [3] - 793:9, 793:18, 826:1

**speculation** [1] - 820:1

**spell** [1] - 774:18

**spelled** [1] - 841:22

**spent** [1] - 823:24

**spurred** [1] - 819:21

**SQUARE** [1] - 750:17

**square** [11] - 784:18, 785:10, 785:11, 785:12, 785:14, 786:5, 786:7, 797:24, 798:24, 834:23, 837:24

**Square** [1] - 780:10

**stacked** [1] - 805:15

**stairs** [1] - 780:20

**stamp** [1] - 843:20

**stamped** [2] - 803:25, 843:18

**stand** [3] - 774:8, 823:9, 853:10

**standard** [14] - 754:17, 755:9, 755:10, 756:23, 757:1, 759:20, 759:25, 765:12, 766:1, 769:20, 770:2, 771:21

**standards** [6] - 761:2, 763:5, 763:6, 767:22, 804:9, 807:10

**star** [1] - 760:7

**start** [5] - 775:9, 790:16, 823:23, 824:22, 835:22

**started** [13] - 775:4, 775:8, 775:15, 775:16, 776:18, 776:24, 777:2, 777:3, 782:17, 826:5, 851:8

**State** [1] - 853:18

**state** [2] - 774:17, 776:9

**statement** [2] - 828:23, 847:25

**STATES** [2] - 749:1, 749:13

**States** [8] - 778:6, 791:22, 796:4, 804:11, 807:20, 807:21, 853:18, 853:24

**statistical** [1] - 849:17

**statistically** [1] - 849:15

**statute** [3] - 760:12, 773:3, 773:4

**stay** [1] - 850:6

**stayed** [1] - 785:18

**steal** [1] - 788:17

**steel** [3] - 778:25, 779:1, 787:17

**STEERING** [1] - 749:18

**STENOGRAPHY** [1] - 751:12

**step** [4] - 758:19, 764:23, 768:19, 794:6

**steps** [2] - 760:24, 761:1

**stick** [1] - 828:5

**still** [5] - 765:8, 768:16, 797:23, 807:5, 818:6

**stipulated** [1] - 755:4

**stock** [1] - 780:6

**Stoltz** [1] - 759:8

**stop** [5] - 818:3, 818:8, 835:15, 837:21, 853:9

**stopped** [1] - 817:15

**stops** [2] - 829:1, 831:11

**store** [2] - 768:3, 768:5

**stored** [1] - 798:6

**storm** [1] - 794:10

**Straight** [1] - 762:22

**straight** [1] - 834:5

**Street** [4] - 762:22, 786:14, 787:2, 817:14

**STREET** [7] - 749:23, 750:4, 750:8, 750:11, 750:18, 751:4, 751:9

**Streit** [5] - 762:22, 763:1, 763:2, 763:11, 764:14

**Streit's** [1] - 772:1

**stricken** [2] - 835:3, 835:23

**strict** [1] - 780:1

**strike** [1] - 812:24

**strong** [1] - 767:11

**struck** [1] - 836:2

**structure** [1] - 782:3

**structured** [2] - 781:23, 781:24

**studs** [4] - 778:18, 778:25, 787:17, 799:9

**stuff** [1] - 833:8

**subcontractor** [1] - 779:19

**subjecting** [1] - 763:20

**subsequent** [1] - 817:19

**subsidiary** [1] - 781:4

**sued** [2] - 760:11, 824:16

**suffer** [1] - 786:25

**sufficient** [2] - 754:19, 761:13

**suggest** [1] - 756:11

**suggested** [2] - 764:15, 770:20

**suggesting** [1] - 849:15

**suggestions** [1] - 755:24

**suing** [1] - 833:9

**SUITE** [5] - 749:23, 750:4, 750:18, 750:22, 751:4

**sulfur** [16] - 755:2, 755:5, 755:6, 758:6, 759:12, 762:8, 762:11, 762:16, 762:18, 763:5, 763:14, 763:25, 764:2, 764:11, 772:23, 817:11

**Superdome** [1] -

776:9
**suppliers** [2] - 789:13, 810:16
**SUPPLY** [1] - 750:15
**supply** [8] - 775:10, 777:19, 780:23, 794:25, 797:13, 807:2, 807:5, 833:16
**Supply** [4] - 775:12, 778:14, 781:4, 802:8
**supplying** [1] - 795:1
**supposed** [1] - 768:22
**surprise** [2] - 778:4, 814:12
**surprised** [1] - 846:23
**Susan** [1] - 839:1
**sustain** [1] - 819:13
**sustained** [2] - 800:18, 820:1
**swear** [1] - 774:10
**switched** [3] - 806:19, 834:13, 839:10
**sworn** [1] - 774:15

## T

**Tai'an** [1] - 847:15
**Taihe** [4] - 806:13, 806:14, 810:2, 839:8
**Taishan** [7] - 809:6, 809:24, 816:7, 818:23, 819:1, 824:7, 847:15
**tape** [1] - 802:4
**target** [1] - 814:8
**technological** [1] - 767:2
**Temple** [2] - 784:24, 848:14
**Temple-Inland** [1] - 784:24
**ten** [4] - 755:14, 789:6, 789:7, 815:16
**tends** [1] - 783:5
**term** [1] - 769:10
**terms** [3] - 764:19, 768:7, 800:7
**territory** [1] - 796:9
**test** [21] - 758:17, 761:6, 762:15, 763:12, 763:22, 763:24, 764:9, 764:15, 764:20, 764:24, 799:6, 801:9, 801:10, 801:14, 822:22, 837:24, 844:6, 844:9, 844:14, 846:3, 847:3

**tested** [6] - 762:7, 763:9, 799:8, 799:9, 842:13
**testified** [5] - 759:10, 774:16, 805:12, 805:21, 815:2
**testify** [1] - 828:5
**testifying** [2] - 771:9, 819:12
**testimony** [14] - 760:23, 760:25, 761:5, 761:7, 761:21, 762:24, 763:16, 764:5, 772:2, 774:10, 828:22, 829:19, 829:21, 832:23
**testing** [27] - 761:11, 762:1, 762:2, 762:6, 762:9, 762:12, 762:17, 763:1, 763:3, 763:5, 763:7, 763:16, 763:18, 767:2, 799:14, 840:3, 840:12, 840:15, 840:22, 841:2, 841:3, 841:22, 842:4, 842:11, 842:14, 842:17
**tests** [1] - 822:24
**Texas** [4] - 777:6, 777:9, 777:10, 777:13
**texture** [1] - 810:22
**Thailand** [2] - 777:23, 791:14
**THE** [78] - 749:13, 749:17, 750:21, 752:5, 752:11, 752:13, 752:15, 754:9, 754:10, 755:21, 765:15, 765:19, 769:8, 771:25, 772:5, 772:13, 772:21, 773:1, 773:10, 773:15, 773:17, 773:19, 773:22, 773:23, 774:9, 774:13, 774:17, 774:19, 789:24, 790:6, 792:25, 793:22, 794:1, 795:15, 795:18, 796:23, 797:1, 799:18, 800:18, 802:17, 806:6, 811:3, 811:5, 812:25, 813:1,

813:15, 819:13, 820:1, 820:6, 820:8, 820:19, 821:24, 823:8, 823:10, 823:13, 823:16, 826:12, 826:13, 829:14, 831:25, 835:12, 835:21, 837:19, 837:23, 841:10, 841:12, 841:14, 841:15, 843:10, 846:15, 846:22, 846:24, 849:7, 850:19, 851:19, 852:6, 853:7, 853:11
**themselves** [1] - 782:24
**therefore** [3] - 765:11, 767:6, 768:21
**thereunder** [1] - 766:2
**they've** [4] - 769:2, 778:6, 778:10, 805:15
**thickness** [1] - 778:24
**thicknesses** [1] - 779:4
**Thies** [1] - 792:9
**thinks** [2] - 762:1, 763:1
**third** [1] - 757:17
**THIS** [1] - 749:9
**THOMPSON** [1] - 750:21
**thousand** [1] - 837:4, 838:7, 839:15, 850:15
**thousands** [3] - 815:9, 842:23, 843:23
**three** [11] - 757:2, 757:25, 763:15, 767:24, 771:23, 775:2, 777:1, 777:3, 803:10, 805:15, 805:16
**throughout** [1] - 781:8
**Thursday** [2] - 785:8, 797:21, 813:13
**THURSDAY** [2] - 749:8, 754:2
**Tianjin** [5] - 803:8, 807:21, 810:4, 824:8, 844:22
**tight** [5] - 788:7, 788:8, 806:18, 807:1, 807:5
**tiles** [1] - 779:3
**timeline** [1] - 833:14
**title** [1] - 790:23
**TO** [2] - 749:9, 754:4

**today** [8] - 823:20, 825:19, 826:2, 828:15, 828:22, 829:3, 829:21, 853:6
**together** [2] - 803:10, 811:10
**togethers** [1] - 824:18
**Tompkins** [2] - 760:7, 766:23
**TOMPKINS** [1] - 750:15
**ton** [2] - 762:10, 788:13
**took** [9] - 765:8, 771:10, 773:18, 775:22, 807:25, 808:3, 808:4, 808:11, 823:12
**top** [5] - 804:4, 827:2, 827:7, 831:13, 834:19
**totally** [1] - 770:16
**towards** [2] - 776:14, 819:17
**tract** [1] - 833:3
**trained** [1] - 799:1
**transaction** [3] - 828:9, 852:22, 852:23
**transcript** [2] - 826:4, 853:19
**TRANSCRIPT** [2] - 749:12, 751:12
**transfer** [1] - 768:4
**translate** [1] - 845:14
**transport** [1] - 778:1
**treated** [1] - 757:8
**treatment** [1] - 779:9
**tremendous** [2] - 788:15, 805:17
**TRIAL** [1] - 749:12
**trial** [5] - 754:22, 756:6, 775:13, 830:20, 847:11
**tried** [5] - 760:6, 769:1, 769:6, 778:6, 845:24
**trigger** [1] - 830:15
**trip** [1] - 791:19
**trouble** [1] - 814:25
**truck** [7] - 757:6, 778:3, 780:17, 798:21, 804:25, 805:6, 810:8
**trucking** [2] - 804:24, 814:13
**trucks** [6] - 780:3, 780:17, 788:22, 789:6, 789:7
**true** [3] - 769:16,

823:3, 853:19
**truth** [4] - 774:11, 774:12, 793:1
**try** [11] - 766:14, 768:25, 769:3, 769:7, 783:1, 789:8, 790:15, 812:4, 830:15, 833:14, 836:24
**trying** [10] - 780:20, 791:7, 791:8, 792:22, 794:14, 820:11, 821:2, 833:15, 833:24, 840:9
**TTP** [14] - 762:7, 766:25, 769:6, 824:7, 838:22, 839:6, 839:11, 839:12, 839:14, 842:9, 842:12, 847:3, 847:13, 847:21
**Tuesday** [1] - 813:13
**Tulane** [7] - 775:3, 776:11, 776:13, 782:8, 783:12, 783:13, 787:8
**turn** [1] - 769:1
**turned** [1] - 803:9
**two** [16] - 756:16, 762:20, 763:9, 765:9, 776:14, 785:25, 786:2, 790:18, 809:17, 817:20, 822:20, 823:4, 832:23, 833:1, 847:23, 850:1
**TX** [1] - 750:23
**type** [6] - 764:15, 775:19, 797:12, 804:5, 812:1
**types** [5] - 778:20, 779:11, 785:25, 803:19, 810:16
**typically** [3] - 785:2, 798:13, 801:8

## U

**U.S** [6] - 785:2, 792:5, 796:5, 822:15, 848:18, 848:19
**U.S.-made** [1] - 848:11
**ultimate** [1] - 770:8
**ultimately** [1] - 839:11
**unanimous** [3] - 755:12, 759:3, 759:7

**uncle** [1] - 813:6
**UNDER** [1] - 752:6
**under** [16] - 754:16, 757:1, 758:9, 759:25, 760:11, 760:21, 763:5, 763:25, 764:10, 764:12, 765:11, 766:18, 773:3, 809:13, 831:16, 837:19
**understood** [4] - 827:16, 828:4, 828:6, 839:6
**underwater** [1] - 787:17
**undisputed** [1] - 759:13
**United** [8] - 778:6, 791:22, 796:4, 804:11, 807:20, 807:21, 853:18, 853:24
**UNITED** [2] - 749:1, 749:13
**unload** [2] - 784:13, 798:10
**unloaded** [2] - 810:10, 816:4
**unloading** [2] - 798:5, 805:19
**unreasonable** [1] - 765:4
**up** [49] - 756:18, 765:8, 772:18, 777:2, 778:9, 780:18, 780:20, 784:16, 785:13, 786:16, 787:11, 788:19, 791:1, 791:20, 792:4, 792:5, 792:6, 794:20, 795:9, 796:22, 797:21, 798:9, 805:7, 805:14, 806:21, 810:7, 812:11, 815:16, 815:22, 817:17, 818:4, 819:9, 822:20, 827:1, 827:6, 830:17, 833:15, 834:14, 838:19, 838:22, 839:21, 842:7, 846:10, 847:6, 847:7, 850:9, 853:2
**upstairs** [1] - 787:22
**urged** [1] - 767:23
**USA** [5] - 825:3,

825:12, 844:25, 845:5, 845:14
**uses** [1] - 769:10
**USG** [18] - 762:14, 762:17, 781:2, 784:23, 810:19, 811:25, 812:11, 812:16, 812:18, 848:13, 848:14, 848:15, 848:20, 848:21, 850:4

---

## V

**value** [1] - 760:23
**various** [2] - 774:2, 798:10
**vary** [1] - 783:3
**verdict** [7] - 754:20, 755:19, 756:3, 756:4, 756:5, 756:12, 756:15
**versus** [1] - 810:22
**via** [1] - 794:17
**vicinity** [1] - 770:22
**Victor** [3] - 836:16, 836:19, 837:2
**violation** [1] - 836:5
**visual** [5] - 784:16, 784:20, 798:20, 834:23
**visually** [8] - 798:24, 808:6, 810:11, 837:14, 838:9, 838:11, 840:17, 840:20

---

## W

**wait** [4] - 842:7, 846:11
**waiving** [1] - 756:23
**wall** [2] - 779:9, 832:24
**Wall** [1] - 817:14
**wallboard** [2] - 801:12, 827:13
**walls** [2] - 779:20, 779:21
**Wang** [2] - 827:20, 827:25
**wants** [1] - 814:6
**warehouse** [22] - 780:2, 783:2, 783:10, 783:20, 784:1, 784:5, 787:8, 798:7, 798:10, 808:4, 808:9, 809:23, 812:10,

816:3, 816:9, 816:11, 816:12, 816:13, 816:17, 839:20, 853:1, 853:4
**warehousemen** [1] - 782:5
**warehouses** [6] - 778:2, 788:1, 804:25, 805:5, 816:14, 816:15
**warehousing** [1] - 783:14
**warm** [1] - 845:13
**warranted** [2] - 802:9, 843:3
**warranties** [1] - 843:14
**warranty** [9] - 802:7, 803:20, 803:21, 804:10, 804:11, 804:12, 807:9, 808:23, 808:24
**WARSHAUER** [1] - 749:22
**waste** [1] - 832:5
**wasting** [1] - 774:3
**water** [5] - 787:3, 787:10, 787:14, 788:11, 794:12
**waving** [3] - 835:23, 836:1, 836:3
**ways** [1] - 850:1
**Wednesday** [2] - 785:8, 813:12
**week** [4] - 757:19, 759:3, 814:5
**weeks** [1] - 833:3
**Wei** [3] - 836:16, 836:19, 837:2
**Weida** [4] - 836:17, 836:18, 836:20, 836:21
**weighed** [1] - 771:19
**weight** [7] - 778:3, 787:17, 814:14, 814:23, 815:3, 831:17
**WEISS** [1] - 750:3
**wet** [1] - 787:14
**wharf** [4] - 798:7, 805:1, 805:5
**WHEREUPON** [21] - 754:7, 773:18, 773:20, 790:7, 794:2, 795:19, 797:2, 799:21, 802:19, 806:7, 811:6, 820:20, 821:25, 823:11, 823:14, 832:1,

835:13, 836:12, 846:16, 851:20, 853:12
**WHITFIELD** [1] - 750:7
**Whitney** [1] - 800:7
**whole** [6] - 770:7, 774:11, 794:16, 794:22, 827:7, 839:18
**Wholesale** [1] - 852:13
**widths** [1] - 778:25
**wind** [1] - 838:19
**window** [1] - 785:1
**windshield** [1] - 757:6
**wise** [1] - 798:19
**wisely** [2] - 756:8, 756:14
**WITNESS** [10] - 774:13, 774:19, 793:22, 813:1, 826:13, 837:23, 841:12, 841:14, 846:24, 852:6
**witness** [5] - 771:9, 774:15, 792:24, 840:22, 841:24
**witnesses** [1] - 760:8
**wonder** [1] - 771:1
**word** [1] - 849:16
**workmanship** [4] - 802:10, 803:21, 808:25, 843:4
**works** [2] - 772:11, 772:13
**world** [9] - 758:18, 759:19, 760:2, 761:16, 763:23, 765:5, 791:24, 792:14, 793:9
**worth** [1] - 843:20
**wound** [1] - 838:22
**wow** [1] - 846:21
**wrapped** [2] - 801:23, 802:2
**wrapping** [1] - 802:1
**write** [1] - 819:18
**written** [1] - 843:21
**wrote** [4] - 771:21, 789:10, 789:12, 820:24
**Wuhu** [15] - 803:13, 806:20, 806:21, 806:25, 807:19, 807:22, 810:4, 821:17, 822:5, 822:6, 823:25, 824:2, 824:9, 834:13, 834:14

---

## Y

**Yahoo** [4] - 794:9, 794:17, 794:19
**year** [6] - 765:8, 775:6, 776:16, 788:24, 792:7, 818:1
**years** [14] - 755:14, 777:4, 784:22, 785:19, 785:21, 790:25, 791:17, 792:17, 810:13, 817:20, 822:19, 844:21, 845:1, 848:16
**yesterday** [3] - 762:21, 762:24, 771:9
**yourself** [2] - 775:1, 815:24

**HOURLY TRANSCRIPT**