1             UNITED STATES DISTRICT COURT

2             EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE-MANUFACTURED   *        Docket 09-MD-2047
5         DRYWALL PRODUCTS         *
          LIABILITY LITIGATION     *        Section L
6                                  *
                                   *        New Orleans, Louisiana
7                                  *
Relates to:  All Cases            *        November 29, 2012
8   * * * * * * * * * * * * * * * *

9

10              DAY 4 - AFTERNOON SESSION
                JURY TRIAL BEFORE
11          THE HONORABLE ELDON E. FALLON
              UNITED STATES DISTRICT JUDGE

12

13

__Appearances__:

14

15   For the Plaintiffs:        Gainsburgh Benjamin David
                                  Meunier & Warshauer, LLC
16                              BY:  GERALD E. MEUNIER, ESQ.
                                1100 Poydras Street, Suite 2800
17                              New Orleans, Louisiana 70163

18

     For the Plaintiffs:        Seeger Weiss, LLP
19                              BY:  CHRISTOPHER SEEGER, ESQ.
                                    SCOTT ALAN GEORGE, ESQ.
20                              77 Water Street
                                New York, New York 10005

21

22   For the Plaintiffs:        Whitfield Bryson & Mason, LLP
                                BY:  DANIEL K. BRYSON, ESQ.
23                              900 W. Morgan Street
                                Raleigh, North Carolina 27603

24

25

HOURLY TRANSCRIPT

```
 1   For the Plaintiffs:          Irpino Law Firm
                                  BY:  ANTHONY IRPINO, ESQ.
 2                                2216 Magazine Street
                                  New Orleans, Louisiana 70130
 3

 4   For Interior Exterior       Galloway Johnson Tompkins
     Building Supply, LP:           Burr & Smith
 5                                BY:  RICHARD DUPLANTIER JR., ESQ.
                                       BENJAMIN R. GRAU, ESQ.
 6                                     CARLINA C. EISELEN, ESQ.
                                  701 Poydras Street, 40th Floor
 7                                New Orleans, Louisiana 70139

 8

 9   For The North River        Thompson Coe Cousins & Irons, LLP
     Insurance Company:          BY:  KEVIN F. RISLEY, ESQ.
                                 One Riverway, Suite 1600
10                               Houston, Texas 77056

11

12   For The North River        Lobman Carnahan Batt Angelle
     Insurance Company:            & Nader
                                 BY:  SIDNEY J. ANGELLE, ESQ.
13                               400 Poydras Street, Suite 2300
                                 New Orleans, Louisiana 70130
14

15   Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                                 500 Poydras Street, HB-406
16                               New Orleans, Louisiana 70130
                                 (504) 589-7778
17                               Toni_Tusa@laed.uscourts.gov

18

19
     Proceedings recorded by mechanical stenography using
20   computer-aided transcription software.

21

22

23

24

25
```

HOURLY TRANSCRIPT

1                           **I N D E X**

2                                                    PAGE

3    Jim Geary
          Direct Examination By Mr. Duplantier        857
4         Cross-Examination By Mr. Meunier            869
          Redirect Examination By Mr. Duplantier      915
5
     Don Joseph
6         Direct Examination By Mr. Duplantier        922
          Redirect Examination By Mr. Duplantier      944
7
     John Mezzenga (By Deposition)
8         Examination                                 946

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOURLY TRANSCRIPT

|   |   |
|---|---|
| | 1 |
| | 2 |
| 13:03:25 | 3 |
| 13:17:42 | 4 |
| 13:17:44 | 5 |
| 13:17:46 | 6 |
| 13:17:49 | 7 |
| 13:17:53 | 8 |
| 13:17:56 | 9 |

**AFTERNOON SESSION**

**(November 29, 2012)**

3    (The following proceedings were held in open court.)

4    THE COURT:  Be seated, please.

5         Good afternoon, ladies and gentlemen.  Is

6    everybody comfortable?  It's not too cold or hot or anything of

7    that sort?  Let me know if it is and I will do something about

8    it.

9         Let's call your next witness, please.

10    MR. DUPLANTIER:  The defendants are going to call Jim

11    Geary, Your Honor.

12    THE COURT:  Come forward, Mr. Geary.

13              **JIM GEARY,**

14    having been duly sworn, testified as follows:

15    THE DEPUTY CLERK:  State your full name and correct

16    spelling for the record, please.

17    THE WITNESS:  Jim, J-I-M; Geary, G-E-A-R-Y.

18              **DIRECT EXAMINATION**

19    BY MR. DUPLANTIER:

20    Q.   Good afternoon, Jim.

21    A.   Good afternoon.

22    Q.   I'm not going to repeat everything that we did with your

23    brother, but can you tell the jury a little bit about your

24    personal background?

25    A.   Personal background?  I've been married to the same lady

**JIM GEARY - DIRECT**

| | | |
|---|---|---|
| 13:18:46 | 1 | for 32 years.  We have two grown children, both married, one |
| 13:18:52 | 2 | grandbaby.  I have an undergraduate degree in business |
| 13:18:58 | 3 | administration. |
| 13:19:00 | 4 | Q.   From where? |
| 13:19:01 | 5 | A.   I'm sorry.  From Loyola. |
| 13:19:04 | 6 | Q.   What did you do when you graduated from Loyola? |
| 13:19:08 | 7 | A.   Well, when I got out of school, I went to work for a |
| 13:19:10 | 8 | commercial construction company for approximately two years, |
| 13:19:12 | 9 | and then I started working in the distribution business. |
| 13:19:16 | 10 | Q.   And what distribution business did you start working in? |
| 13:19:19 | 11 | A.   Well, at the time, it was called King Wholesale Supply. |
| 13:19:28 | 12 | Q.   Who was working in that business with you when you started |
| 13:19:31 | 13 | in 1981? |
| 13:19:32 | 14 | A.   Who was working?  Just some other folks and me. |
| 13:19:37 | 15 | Q.   Anybody else in your family? |
| 13:19:39 | 16 | A.   No. |
| 13:19:40 | 17 | Q.   And at some point did you reorganize the company? |
| 13:19:44 | 18 | A.   Yes, much later down the road, as Clay, I think, explained |
| 13:19:47 | 19 | earlier.  Yes, we did. |
| 13:19:49 | 20 | Q.   So you have been in the construction distribution business |
| 13:19:53 | 21 | since 1981? |
| 13:19:57 | 22 | A.   In the distribution business since 1981, yes. |
| 13:20:00 | 23 | Q.   How long have you been selling drywall? |
| 13:20:02 | 24 | A.   Since 1981. |
| 13:20:05 | 25 | Q.   In the history of the company, has the company ever had a |

JIM GEARY - DIRECT

| | | |
|---|---|---|
| 13:20:08 | 1 | reason why they needed to test any of the drywall that they |
| 13:20:13 | 2 | bought from any manufacturer? |
| 13:20:15 | 3 | A.   We have not. |
| 13:20:16 | 4 | Q.   Has the company ever manufactured drywall themselves? |
| 13:20:19 | 5 | A.   No, we have not. |
| 13:20:23 | 6 | Q.   Tell me what you can recall happened after Katrina with |
| 13:20:29 | 7 | regard to the supply of drywall. |
| 13:20:31 | 8 | A.   Well, even prior to Katrina, as Clay mentioned earlier, I |
| 13:20:37 | 9 | believe, we were on an allocation with our suppliers.  We were |
| 13:20:43 | 10 | able to get enough -- we were able to get some product, but not |
| 13:20:49 | 11 | enough, not as much as we needed.  Then when Katrina came, the |
| 13:20:53 | 12 | situation became more exacerbated and it was even more |
| 13:20:56 | 13 | difficult to get product. |
| 13:20:58 | 14 | There's actually two plants in the New Orleans area, |
| 13:21:01 | 15 | one U.S. Gypsum plant and a National Gypsum plant.  Both of |
| 13:21:06 | 16 | those were affected, one more so than the other, but they were |
| 13:21:10 | 17 | put out of commission for a pretty long period of time. |
| 13:21:14 | 18 | Q.   What brands of drywall were you selling back at that time |
| 13:21:18 | 19 | in 2005? |
| 13:21:19 | 20 | A.   2005, U.S. Gypsum, National Gypsum, CertainTeed, American |
| 13:21:27 | 21 | Gypsum.  I believe that's pretty much it. |
| 13:21:32 | 22 | Q.   Did you contact all of those companies to see if you could |
| 13:21:37 | 23 | increase the supply post-Katrina? |
| 13:21:39 | 24 | A.   Most definitely.  We appealed to them and told them, |
| 13:21:43 | 25 | although the rest of the country was also on allocation because |

JIM GEARY - DIRECT

13:21:48  1    of the building boom that was going on at the time, that our

13:21:51  2    situation was even worse and a little more unique because, with

13:21:55  3    the rebuilding of this city and the whole area, we were going

13:21:59  4    to require a lot more product.

13:22:03  5    **Q.**   And what were the results of your attempts to get more

13:22:05  6    drywall?

13:22:06  7    **A.**   The results were that they may have given us just a tad

13:22:09  8    bit more but really nothing of any significance.

13:22:12  9    **Q.**   Did you then make efforts to try and get drywall from

13:22:15  10   other sources?

13:22:16  11   **A.**   Yes, we did.

13:22:17  12   **Q.**   Tell the jury what you and the company did.

13:22:20  13   **A.**   Well, shortly after the storm, I recall having -- being

13:22:25  14   contacted by Jeff Brisley with Knauf, and we got into a

13:22:29  15   conversation about the prospects of them giving us some

13:22:34  16   material from overseas.  It didn't matter where it was coming

13:22:40  17   from, but coming from overseas, but we just -- if he could get

13:22:46  18   us some additional product, that was what we were interested

13:22:48  19   in.

13:22:49  20   **Q.**   Did you have a relationship with Mr. Brisley?

13:22:52  21   **A.**   Yes, we did.  Jeff Brisley is their national sales

13:22:58  22   manager.  Kurt Heider is the local sales rep who lives in this

13:23:03  23   area, and that's who we deal with on a more regular basis.  But

13:23:08  24   we had a good working relationship with Jeff Brisley as well.

13:23:13  25   **Q.**   Let me ask you this.  How does the company operate and

JIM GEARY - DIRECT

| | | |
|---|---|---|
| 13:23:17 | 1 | work with their manufacturers?  How does that process work? |
| 13:23:22 | 2 | **A.**   How does it work as far as? |
| 13:23:25 | 3 | **Q.**   Do you have a contact person?  What's the relationship? |
| 13:23:28 | 4 | **A.**   Well, Kurt Heider, being the sales rep, yeah.  He |
| 13:23:33 | 5 | communicates with us.  He relates to us our pricing.  In the |
| 13:23:42 | 6 | event of new products that come on board, he communicates that |
| 13:23:46 | 7 | information to us.  He is our voice to the company. |
| 13:23:51 | 8 | And then his boss, Jeff Brisley, he is the sales |
| 13:23:56 | 9 | manager.  And so we have -- we know Jeff -- knew Jeff Brisley, |
| 13:24:01 | 10 | and we have had many conversations with him prior to, also. |
| 13:24:04 | 11 | **Q.**   Well, at some point did they tell you that they could get |
| 13:24:08 | 12 | you some board from overseas? |
| 13:24:10 | 13 | **A.**   They did. |
| 13:24:13 | 14 | **Q.**   Can you tell me your understanding of how they were going |
| 13:24:17 | 15 | to go about supplying Interior Exterior with board -- what |
| 13:24:21 | 16 | happened? |
| 13:24:21 | 17 | **A.**   Well, it was communicated.  I don't remember the exact |
| 13:24:26 | 18 | specifics, but it was communicated that they would have excess |
| 13:24:30 | 19 | capacity overseas that would allow them to ship to some of |
| 13:24:34 | 20 | their customers. |
| 13:24:36 | 21 | And I remember him telling me, Look, we are just |
| 13:24:40 | 22 | going to give this to a few of our good customers, yourself and |
| 13:24:44 | 23 | L&W -- which is a division of U.S. Gypsum Company -- and maybe |
| 13:24:47 | 24 | a couple others as well. |
| 13:24:50 | 25 | **Q.**   Did you know at the time that Knauf had a relationship |

JIM GEARY - DIRECT

| | | |
|---|---|---|
| 13:24:52 | 1 | with U.S. Gypsum? |
| 13:24:54 | 2 | A.   I did. |
| 13:24:56 | 3 | Q.   What did you understand to be the relationship between the |
| 13:24:58 | 4 | two companies? |
| 13:25:00 | 5 | A.   My understanding was that actually the Knaufs owned a |
| 13:25:04 | 6 | percentage of the USG stock.  They had also had a working |
| 13:25:11 | 7 | relationship over the years and traded information on |
| 13:25:14 | 8 | technology and such. |
| 13:25:19 | 9 | Q.   How long had you been working with Kurt Heider and Knauf |
| 13:25:22 | 10 | U.S.? |
| 13:25:24 | 11 | A.   Pretty much since we started doing business with Knauf, |
| 13:25:27 | 12 | and that would be in the neighborhood of approximately |
| 13:25:29 | 13 | 20 years. |
| 13:25:33 | 14 | Q.   Have you had a good relationship with Knauf in that entire |
| 13:25:35 | 15 | period of time, other than what's happened here? |
| 13:25:38 | 16 | A.   Other what's happened here, it's been a very, very good |
| 13:25:41 | 17 | working relationship. |
| 13:25:44 | 18 | Q.   Did you handle the transactions with Knauf? |
| 13:25:50 | 19 | A.   No.  Clay handled most of those transactions. |
| 13:25:54 | 20 | Q.   Who handled the transactions with Taishan or with Metro |
| 13:25:58 | 21 | Resources? |
| 13:25:59 | 22 | A.   With Metro Resources, I handled most of those |
| 13:26:02 | 23 | transactions. |
| 13:26:04 | 24 | Q.   How did that transaction take place? |
| 13:26:06 | 25 | A.   Well, David Zhang, the gentleman from Metro Resources, had |

**JIM GEARY - DIRECT**

13:26:13  1    contacted us early on in the process, as had many others, and

13:26:23  2    so we were kind of looking at different options.

13:26:30  3          When the ability to buy the board from Knauf came to

13:26:33  4    fruition or it looked like it was going to come to fruition, we

13:26:37  5    kind of pushed aside the other options we had because of our

13:26:41  6    comfort level dealing with Knauf.

13:26:43  7    Q.   At some point did the Knauf supply become --

13:26:46  8    A.   Yeah.  And then what happened is we got these ships in and

13:26:49  9    we were notified by them that their supply over there was

13:26:54  10   drying up and they didn't have any excess capacity to ship to

13:26:56  11   us.

13:26:58  12         So I guess then we kind of reopened the door and

13:27:01  13   looked at other options --

13:27:05  14   Q.   What -- I'm sorry.  I didn't mean to cut you off.

13:27:07  15   A.   I was just going to say, in looking at all the different

13:27:10  16   options -- we had been contacted, like I said, early on in the

13:27:12  17   process, from Metro Resources and so kind of revisited that

13:27:17  18   situation again.

13:27:21  19   Q.   What was unique, if anything, about the Metro Resources

13:27:25  20   relationship that you developed for that purchase?

13:27:29  21   A.   What was unique about that situation?  Well, I think, as

13:27:33  22   Clay said earlier, the situation with Knauf was we had to use

13:27:41  23   freight forwarders and bring it in all on break bulk.

13:27:46  24         What we ended up with at the end of the day with

13:27:49  25   Metro was bringing in a relatively small amount of product on

**JIM GEARY - DIRECT**

| | |
|---|---|
| 13:27:52 | 1 |
| 13:27:59 | 2 |
| 13:28:02 | 3 |
| 13:28:08 | 4 |
| 13:28:12 | 5 |
| 13:28:15 | 6 |
| 13:28:21 | 7 |
| 13:28:26 | 8 |
| 13:28:29 | 9 |
| 13:28:32 | 10 |
| 13:28:36 | 11 |
| 13:28:37 | 12 |
| 13:28:40 | 13 |
| 13:28:50 | 14 |
| 13:28:55 | 15 |
| 13:29:01 | 16 |
| 13:29:04 | 17 |
| 13:29:07 | 18 |
| 13:29:11 | 19 |
| 13:29:14 | 20 |
| 13:29:15 | 21 |
| 13:29:17 | 22 |
| 13:29:22 | 23 |
| 13:29:24 | 24 |
| 13:29:27 | 25 |

1  containers.  However, early on in the very early process, when
2  we first started talking to them, he was throwing out different
3  options about bringing in at break bulk as well.  When I went
4  back to him again, after the Knauf had dried up, he had even
5  mentioned about being able -- as a broker, getting some other
6  products, such as Knauf, such as British Plaster Board, such as
7  Lafarge, and then we ended up getting the Tai'an Taishan.
8  Q.    How did that get shipped to the company?
9  A.    The Tai'an?  By containers.
10  Q.    Were those containers delivered to the port?  Were they
11  delivered to the --
12  A.    No, they came by -- the containers came directly to our
13  warehouse.  So they backed up, opened up the containers, and
14  our guys -- we even had to go buy a longer fork to be able to
15  accommodate because we don't normally -- didn't get drywall in
16  on containers.  So this was a different thing for us, so the
17  logistics were a bit different.  We had to get a longer fork to
18  accommodate being able to pull the board out of the container.
19  Q.    Was Interior Exterior inspecting the boards as they were
20  unloaded?
21  A.    Why, sure.  When you are pulling it off, you are touching
22  it, you are handling it, you are looking at it, yes.
23  Q.    What were you looking for when it was being --
24  A.    We were looking for the normal things, the things we
25  always look for.  We look for, you know, is there paper peeling

JIM GEARY - DIRECT

13:29:30  1   on the back of the board?  Is there a bubble in the middle of

13:29:34  2   the board?  Is there cracks or dents?

13:29:36  3         Pulled it off and everything looked fine.  As we'd

13:29:40  4   pull it off, we'd put it in the warehouse, and it went out very

13:29:44  5   quickly.  Customers used it, and we had no issues.

13:29:56  6   Q.   Let me back up for a second.  Have you over the years had

13:30:01  7   some of those issues with domestic board that you are talking

13:30:06  8   about that you are looking for, the paper peels, the bubbles?

13:30:09  9   A.   We have on a very, very limited basis.  We've never really

13:30:16  10  had that much of a problem with quality issues.

13:30:17  11  Q.   Typically, what does the company do when you have those

13:30:20  12  types of issues?

13:30:23  13  A.   You know, it depends.  If, for example, it's a minor

13:30:29  14  problem, if you get a finisher to go in there and kind of fix

13:30:37  15  up something to patch where you got a dent in the board,

13:30:40  16  something like that, that's something that the manufacturer

13:30:46  17  will reimburse us for.  In special situations we may chip in a

13:30:53  18  few bucks as well, too.

13:30:54  19  Q.   If there's a problem with one of the products that you

13:30:57  20  have sold, what typically does the company do first?

13:31:04  21  A.   When we get a question about problems like that, what will

13:31:07  22  happen is the customer calls his salesperson and the

13:31:10  23  salesperson will address the issue if he can.  Then if he needs

13:31:15  24  to, he will contact the sales rep.  99 percent of the time,

13:31:22  25  that's done.

**JIM GEARY - DIRECT**

13:31:25  1          The 1 percent that it doesn't happen, then it comes

13:31:27  2  to either Clay or I.  And if we have to address it and take it

13:31:31  3  to the next step, we will.

13:31:32  4  **Q.**   What would be the next step?

13:31:34  5  **A.**   Again, it depends.  If there's a problem -- I think Clay

13:31:39  6  mentioned like our guys knocking somebody's door jamb or if our

13:31:44  7  trucks have gone to somebody's house and driven over on their

13:31:48  8  driveway and, say, broken a culvert, you know, we pay for it.

13:31:52  9  Because it's our fault, we did it.

13:31:58  10  **Q.**   Did you ever receive any complaints about the Knauf board?

13:32:02  11  **A.**   Did not.

13:32:03  12  **Q.**   Did you -- were you aware of the issues that were raised

13:32:07  13  by some customers with regard to the weight of the Knauf board?

13:32:10  14  **A.**   Yes, I was.

13:32:12  15  **Q.**   Did you take that as an indication that there was

13:32:14  16  something wrong with that board?

13:32:16  17  **A.**   No.  We knew -- as was mentioned earlier, we knew prior to

13:32:21  18  this product coming in -- because we saw on the letter of

13:32:27  19  credit -- what the weight was on the ship.  So we knew that

13:32:30  20  this board was heavier than what the comparable domestic

13:32:35  21  product is.  So there was not a surprise.

13:32:40  22  **Q.**   The weight issues, were they similar to the weight issues

13:32:43  23  that you had in 1999 with the imported board?

13:32:49  24  **A.**   The weight issues were identical to what we had in 1999.

13:32:52  25  **Q.**   Did you ever -- were there ever any defects discovered in

JIM GEARY - DIRECT

13:32:55  1    the board that you imported in 1999 and 2000?

13:32:59  2    **A.**   There were not.

13:33:01  3    **Q.**   So let me ask you this.  Did you personally handle the

13:33:07  4    Taishan drywall ever?

13:33:09  5    **A.**   Well, I was out in the warehouse, I looked at it, touched

13:33:13  6    it, felt it, yes.  I didn't unload those containers myself, but

13:33:17  7    yeah, I saw it and touched it.

13:33:19  8    **Q.**   Did you ever have any occasion to think there was an

13:33:22  9    unusual smell coming from that drywall?

13:33:23  10   **A.**   I did not.

13:33:25  11   **Q.**   Did you ever have any warehouse personnel tell you that

13:33:29  12   there was some unusual smell coming from either the Knauf or

13:33:32  13   the Taishan drywall?

13:33:34  14   **A.**   No, I did not.

13:33:37  15   **Q.**   Did you ever have any customer tell you that there was

13:33:39  16   some unusual smell coming from that drywall when it was

13:33:41  17   delivered to a job site?

13:33:44  18   **A.**   No, I did not.

13:33:45  19   **Q.**   Prior to -- when did you learn about this potential sulfur

13:33:49  20   problem in the drywall?

13:33:52  21   **A.**   I don't know if we heard about the sulfur problem.  We saw

13:33:57  22   the article in *The Wall Street Journal*.  The end of

13:34:00  23   January 2009 was the first indication we heard about some

13:34:04  24   problems with some drywall.

13:34:10  25   **Q.**    Prior to that time, had you ever heard from anyone in the

JIM GEARY - DIRECT

13:34:12  1   business, in the drywall business, that there might be some
13:34:14  2   unusual smell coming from the Chinese drywall?
13:34:17  3   A.   No, I did not.
13:34:20  4   Q.   Had Knauf ever contacted you to tell you that they had
13:34:23  5   investigated some unusual smells with regard to the drywall?
13:34:26  6   A.   They did not.
13:34:28  7   Q.   Do you remember when approximately you stopped selling the
13:34:34  8   Chinese drywall?
13:34:35  9   A.   The vast majority, that was sold prior to the end of 2006.
13:34:43  10  We still had some sales going on into the first quarter of
13:34:46  11  2007, and there were a couple of sales that went in going into
13:34:50  12  May of 2007.
13:34:53  13  Q.   But after that point in time, you did not have any of the
13:34:55  14  Chinese drywall to continue selling?
13:34:56  15  A.   That is correct.
13:35:01  16  Q.   After the discovery of the smell issue in January of 2009,
13:35:04  17  did you then have people contacting you and asking you
13:35:08  18  questions?
13:35:08  19  A.   Quite a bit.
13:35:13  20  Q.   Can you tell me, at that point in time, in January of
13:35:18  21  2009, what brands of drywall were you in fact selling?
13:35:22  22  A.   Yes.  We were selling U.S. Gypsum, National Gypsum,
13:35:25  23  American Gypsum, and CertainTeed.
13:35:31  24  Q.   Did you at some point in time ever have to ask for any
13:35:35  25  test reports from any of those companies?

JIM GEARY - DIRECT

| | | |
|---|---|---|
| 13:35:37 | 1 | **A.**   Never have. |
| 13:35:40 | 2 | **Q.**   Have you ever had to ask any manufacturer of drywall for |
| 13:35:43 | 3 | copies of their test reports? |
| 13:35:44 | 4 | **A.**   Never have. |
| 13:35:57 | 5 | **MR. DUPLANTIER:**   That's all I have.  Thank you, |
| 13:35:59 | 6 | Your Honor. |
| 13:35:59 | 7 | **THE COURT:**   Any cross? |
| 13:36:00 | 8 | **CROSS-EXAMINATION** |
| 13:36:01 | 9 | BY MR. MEUNIER: |
| 13:36:17 | 10 | **Q.**   Good afternoon, Mr. Geary. |
| 13:36:18 | 11 | **A.**   Good afternoon. |
| 13:36:22 | 12 | **Q.**   The mission statement of Interior Exterior is to offer |
| 13:36:26 | 13 | the, quote, most preferred products.  True? |
| 13:36:29 | 14 | **A.**   That's correct. |
| 13:36:30 | 15 | **Q.**   And on your Web site you promise to bring customers, |
| 13:36:33 | 16 | quote, the best materials.  True? |
| 13:36:37 | 17 | **A.**   True. |
| 13:36:39 | 18 | **Q.**   And yet Interior Exterior does not employ its own quality |
| 13:36:44 | 19 | control personnel or division, correct? |
| 13:36:49 | 20 | **A.**   Could you elaborate on that? |
| 13:36:51 | 21 | **Q.**   You don't have any people on your staff who are quality |
| 13:36:54 | 22 | control personnel by title or definition, do you? |
| 13:36:58 | 23 | **A.**   Well, I think that as an owner, myself and Clay, that kind |
| 13:37:02 | 24 | of falls under our all-encompassing title. |
| 13:37:05 | 25 | **Q.**   I was going to mention that.  You and Clay really are the |

JIM GEARY - CROSS

13:37:08  1    quality control?

13:37:10  2    A.    At the end of the day.

13:37:11  3    Q.    At the end of the day.

13:37:11  4          And so the four things you look for are size, breaks,

13:37:17  5    bubbles, and peels of the paper?

13:37:24  6    A.    Yes.

13:37:25  7    Q.    You don't really ever look in-house for quality problems

13:37:28  8    with the gypsum or the core of the drywall itself.  True?

13:37:34  9    A.    Correct.  True.

13:37:37  10   Q.    So when you tell the public, We are going to sell you the

13:37:41  11   best and the most preferred stuff, it is critically important,

13:37:46  12   to keep that promise, that you make sure that the manufacturer

13:37:49  13   or the supplier is selling you good quality drywall, correct?

13:37:57  14   A.    Yes.  And we do that.

13:37:58  15   Q.    You really rely on that in order to be able to tell

13:38:04  16   people, We are selling you the best?

13:38:08  17   A.    That's correct.

13:38:14  18          If I may?

13:38:19  19   Q.    Go ahead.

13:38:19  20   A.    During the course of this whole episode, we continued to

13:38:23  21   buy our normal brands, the U.S. Gypsum, the National Gypsum,

13:38:26  22   all of the best preferred brands.

13:38:28  23   Q.    But this was the first time you went to China?

13:38:31  24   A.    This was the first time we went to China.

13:38:34  25   Q.    First and only time, right?

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:38:36 | 1 | **A.**   To China?  We have brought screws and nails in the past. |
| 13:38:40 | 2 | **Q.**   Drywall, first time to China, only time to China? |
| 13:38:43 | 3 | **A.**   For drywall. |
| 13:38:49 | 4 | **Q.**   You lost 70 percent of your inventory in the Katrina |
| 13:38:53 | 5 | flood.  True? |
| 13:38:54 | 6 | **A.**   True. |
| 13:38:55 | 7 | **Q.**   Plus, you had a really significant domestic shortage |
| 13:38:59 | 8 | because of rebuilding? |
| 13:39:01 | 9 | **A.**   True. |
| 13:39:01 | 10 | **Q.**   So that was a really -- that was crunch time for the |
| 13:39:06 | 11 | company to be able to get drywall, correct? |
| 13:39:08 | 12 | **A.**   Correct. |
| 13:39:08 | 13 | **Q.**   You guys were under some pressure? |
| 13:39:11 | 14 | **A.**   We were -- you say we were under pressure.  We were facing |
| 13:39:16 | 15 | a situation where we made sure we took care of our regular, |
| 13:39:21 | 16 | normal customers.  Unfortunately, we had to turn people away |
| 13:39:26 | 17 | because of the fact we were taking care of our regular |
| 13:39:29 | 18 | customers.  So that was the situation we were facing. |
| 13:39:32 | 19 | **Q.**   Well, in early November of 2005, you were described as |
| 13:39:38 | 20 | anxious to get additional board? |
| 13:39:42 | 21 | **A.**   Certainly. |
| 13:39:42 | 22 | **Q.**   You were anxious personally, weren't you? |
| 13:39:46 | 23 | **A.**   Certainly. |
| 13:39:46 | 24 | **Q.**   Clay was anxious? |
| 13:39:47 | 25 | **A.**   Certainly. |

JIM GEARY - CROSS

13:39:48  1    Q.   And you just told us you were anxious to get board from
13:39:51  2    anybody; you didn't care where.  True?
13:39:55  3    A.   I don't know if I'd phrase it that way.  We needed to get
13:39:58  4    more product, yes.
13:40:00  5    Q.   I think you told the jury, We didn't care where it came
13:40:03  6    from, we needed more board.  Is that true?
13:40:07  7    A.   I wouldn't word it that way.  I'd say we were trying to
13:40:09  8    get more product.
13:40:10  9    Q.   Did you care where it came from?
13:40:12  10   A.   Sure we did.
13:40:13  11   Q.   In what sense did you care?
13:40:14  12   A.   We wanted to make sure that the product that we brought in
13:40:17  13   would comply with the industry standards.
13:40:19  14   Q.   Yes, sir.  But my question is:  Did you care where
13:40:22  15   geographically it came from?
13:40:27  16   A.   Our preference would have been to stay with domestic, but
13:40:30  17   our hands were tied, so we took the next alternative.
13:40:33  18   Q.   Did you care where it came from abroad?  Did you have any
13:40:38  19   preference for its foreign source?
13:40:40  20   A.   No, we did not.
13:40:44  21   Q.   Did you think that it coming from China was the same as it
13:40:49  22   coming from Europe?
13:40:50  23   A.   I did not.
13:40:52  24   Q.   In what sense did you not think that was true?
13:40:54  25   A.   Well, you know, we weren't buying dog food or milk,

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:41:00 | 1 | anything of that nature.  We were buying a standard building |
| 13:41:04 | 2 | product that was conforming to industry standards. |
| 13:41:07 | 3 | **Q.**    No, sir.  My question was:  Did you think the drywall |
| 13:41:09 | 4 | coming from China was just like getting the drywall from |
| 13:41:13 | 5 | Europe? |
| 13:41:19 | 6 | **A.**    Had I thought about that, I would say my answer would be |
| 13:41:22 | 7 | yes. |
| 13:41:22 | 8 | **Q.**    At that time, the same? |
| 13:41:28 | 9 | **A.**    I'm not sure. |
| 13:41:33 | 10 | **Q.**    Now, at what point in time did it become critical to get |
| 13:41:36 | 11 | the additional board other than Knauf? |
| 13:41:42 | 12 | **A.**    Sometime around April of 2006. |
| 13:41:47 | 13 | **Q.**    April of 2006? |
| 13:41:49 | 14 | **A.**    April to May. |
| 13:41:50 | 15 | **Q.**    You were here for Billy App's testimony? |
| 13:41:53 | 16 | **A.**    I was. |
| 13:41:53 | 17 | **Q.**    You heard Mr. App talk about how, with Susan Li, there |
| 13:41:59 | 18 | were some other factories identified besides Knauf? |
| 13:42:02 | 19 | **A.**    Yes. |
| 13:42:02 | 20 | **Q.**    You heard him say it was BNBM and Shandong Taihe? |
| 13:42:07 | 21 | **A.**    Yes. |
| 13:42:07 | 22 | **Q.**    You know that, in fact, materials about both BNBM and |
| 13:42:13 | 23 | Shandong Taihe were sent to your company by Mr. App? |
| 13:42:16 | 24 | **A.**    They were. |
| 13:42:17 | 25 | **MR. MEUNIER:**  Could we see Plaintiffs' Exhibit 207. |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:42:29 | 1 | It was admitted into evidence. |
| 13:42:30 | 2 | BY MR. MEUNIER: |
| 13:42:53 | 3 | Q.   I know this was sent to Clay, not you, Mr. Geary; but did |
| 13:42:56 | 4 | you ever see the information that Billy App forwarded on the |
| 13:43:01 | 5 | Taihe factory? |
| 13:43:04 | 6 | A.   You mean at that time? |
| 13:43:09 | 7 | Q.   We will start with at that time. |
| 13:43:13 | 8 | A.   I'm sorry.  Could you -- |
| 13:43:13 | 9 | Q.   Did you ever see at that time the information forwarded on |
| 13:43:16 | 10 | the Taihe factory? |
| 13:43:17 | 11 | A.   This e-mail? |
| 13:43:18 | 12 | Q.   Forwarded on April 5 -- |
| 13:43:21 | 13 | A.   I assume at the time I saw it, but I'm not positive. |
| 13:43:25 | 14 | Q.   Do you remember anything about it? |
| 13:43:28 | 15 | A.   Yes.  With all the discovery and stuff, I've seen it now. |
| 13:43:31 | 16 | I don't recall if I saw it at that time or not. |
| 13:43:36 | 17 | Q.   What was the brand name for the Taihe factory boards? |
| 13:43:39 | 18 | A.   What was the brand name for the Taihe factory -- |
| 13:43:43 | 19 | Q.   Yes, this Taihe factory. |
| 13:43:44 | 20 | A.   Your question is what's the brand name? |
| 13:43:47 | 21 | Q.   What was the brand name, if any, given in the information |
| 13:43:49 | 22 | forwarded about the Taihe factory on April 5, 2006? |
| 13:43:55 | 23 | A.   To my knowledge, Taihe is the brand name. |
| 13:43:59 | 24 | Q.   So is this the same factory that you ultimately sourced |
| 13:44:04 | 25 | the board from? |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:44:05 | 1 | **A.**   I'm not sure. |
| 13:44:08 | 2 | **Q.**   Did you see the ASTM report at that time? |
| 13:44:12 | 3 | **A.**   I probably did. |
| 13:44:13 | 4 | **Q.**   How about the BNBM factory information? |
| 13:44:16 | 5 | **A.**   Again, I probably did. |
| 13:44:18 | 6 | **Q.**   Are you familiar with the Dragon brand name? |
| 13:44:22 | 7 | **A.**   The Dragon, yeah.  I've heard of it, yes. |
| 13:44:24 | 8 | **Q.**   Is that the BNBM Dragon? |
| 13:44:26 | 9 | **A.**   I'm not certain of that. |
| 13:44:29 | 10 | **Q.**   Now, do you remember Mr. App's testimony that Susan Li had |
| 13:44:31 | 11 | discovered there was an ASTM problem with the Taihe factory? |
| 13:44:36 | 12 |          Do you remember that testimony, that BNBM was |
| 13:44:40 | 13 | licensed, ASTM, but Taihe wasn't? |
| 13:44:43 | 14 | **A.**   I'm not sure. |
| 13:44:44 | 15 | **Q.**   You don't recall that testimony? |
| 13:44:46 | 16 | **A.**   I'm not sure. |
| 13:44:49 | 17 | **Q.**   Assuming that was his testimony, do you think the ASTM |
| 13:44:53 | 18 | problem with the Taihe factory later got fixed somehow? |
| 13:44:59 | 19 | **A.**   No, I can only -- don't know.  I don't know. |
| 13:45:01 | 20 | **Q.**   You don't know? |
| 13:45:01 | 21 | **A.**   No. |
| 13:45:06 | 22 | **Q.**   It was important to get ASTM compliance for the board? |
| 13:45:09 | 23 | **A.**   Yes, it was. |
| 13:45:10 | 24 | **Q.**   Anything more important than that for the customers? |
| 13:45:13 | 25 | **A.**   To us, that was the most critical point. |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:45:19 | 1 | **Q.**   Now, going back again to November of 2005, when there was |
| 13:45:26 | 2 | an anxiousness to get board, you know that Interior Exterior |
| 13:45:31 | 3 | reached out to SGS to do some inspection work in the event that |
| 13:45:38 | 4 | the BNBM board was purchased.  Do you recall that? |
| 13:45:42 | 5 | **A.**   Yes. |
| 13:45:45 | 6 | **Q.**   Now, was there ever a request of SGS to do that kind of |
| 13:45:48 | 7 | inspection work for the Taihe factory board? |
| 13:45:53 | 8 | **A.**   There was not.  We did not do that. |
| 13:45:58 | 9 |      Again, it was a different situation.  We would bring |
| 13:46:02 | 10 | it in these containers.  We were going to be unloading them in |
| 13:46:06 | 11 | our warehouse.  The shipment that came in -- there were four |
| 13:46:10 | 12 | shipments.  We got a total of 50 containers.  The first |
| 13:46:14 | 13 | shipment that came in was 10 containers, then two shipments of |
| 13:46:18 | 14 | five containers, a fourth shipment of 30 containers.  We had |
| 13:46:21 | 15 | the ability in our contract, if there was any issues with the |
| 13:46:25 | 16 | product, that we could make a claim. |
| 13:46:31 | 17 | **Q.**   Yes, sir.  But my question is:  You do remember reaching |
| 13:46:34 | 18 | out to SGS for inspection at the plant for the BNBM product, |
| 13:46:37 | 19 | but you didn't do it for the Taihe product; is that true? |
| 13:46:41 | 20 | **A.**   Well, again, that was a different situation.  At the time |
| 13:46:44 | 21 | of the BNBM, when we were looking at that, that was going to be |
| 13:46:47 | 22 | on a large break-bulk purchase.  This was a relatively small |
| 13:46:52 | 23 | amount of containers. |
| 13:46:59 | 24 | **Q.**   Well, you were familiar with the services of SGS because |
| 13:47:02 | 25 | back in the 1999 King Wholesale days, you actually signed an |

JIM GEARY - CROSS

13:47:08   1   agreement with SGS to inspect the so-called Elephant Board,

13:47:12   2   didn't you?

13:47:13   3   **A.**   The Boral gypsum board which came --

13:47:14   4   **Q.**   Boral was from Indonesia?

13:47:17   5   **A.**   Boral was from Indonesia, yes.  We did not get SGS to do

13:47:24   6   it on the Elephant Board.

13:47:41   7          **THE COURT:**  What's the number of that one?

13:47:42   8          **MR. MEUNIER:**  It's Plaintiffs' Exhibit 33, I would

13:47:43   9   like to show the witness.

13:47:52   10          **MR. DUPLANTIER:**  No objection.

13:47:52   11          **THE COURT:**  Let it be admitted.

13:47:56   12   BY MR. MEUNIER:

13:47:56   13   **Q.**   I just want to make sure you recognize that contract.

13:48:01   14   **A.**   Okay.

13:48:01   15          **MR. MEUNIER:**  Could we see 33 on the board?  Thank

13:48:04   16   you.

13:48:04   17          **THE WITNESS:**  I can keep it?

13:48:06   18          **MR. MEUNIER:**  Yeah.  Why don't you keep it there.

13:48:07   19          Could we go to the -- I think it's the third

13:48:09   20   page.

13:48:09   21   BY MR. MEUNIER:

13:48:10   22   **Q.**   This is a contract that you signed June 4, 1999, with SGS,

13:48:15   23   the same company that was contacted in 2005 and 2006, to do

13:48:20   24   inspection work on imported drywall, right?

13:48:24   25   **A.**   Right.

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:48:26 | 1 | MR. MEUNIER:  Could we look at the services that are |
| 13:48:28 | 2 | offered in paragraph 6, please. |
| 13:48:37 | 3 | BY MR. MEUNIER: |
| 13:48:37 | 4 | Q.   Now, SGS is a very reputable and capable company, would |
| 13:48:43 | 5 | you agree? |
| 13:48:44 | 6 | A.   I believe so. |
| 13:48:46 | 7 | Q.   They are worldwide.  They have offices in China, |
| 13:48:48 | 8 | everywhere, right?  Correct? |
| 13:48:50 | 9 | A.   Correct.  That's my understanding. |
| 13:48:52 | 10 | Q.   Unlike J.W. Allen, the freight forwarder, this is the real |
| 13:48:56 | 11 | deal.  These are the guys who will go into a plant and do a |
| 13:48:59 | 12 | quality inspection if you are willing to pay them for it. |
| 13:49:01 | 13 | A.   Right. |
| 13:49:02 | 14 | Q.   Do you agree? |
| 13:49:02 | 15 | A.   Yes. |
| 13:49:03 | 16 | Q.   This is what they offer.  They offer random inspection in |
| 13:49:07 | 17 | Part A.  They offered during production check in |
| 13:49:10 | 18 | Subparagraph B.  True? |
| 13:49:13 | 19 | A.   Yes. |
| 13:49:14 | 20 | Q.   They will even do laboratory analysis in Subpart D if you |
| 13:49:21 | 21 | pay them, right? |
| 13:49:22 | 22 | A.   Correct. |
| 13:49:23 | 23 | Q.   And they will do quality assurance services in Subpart F, |
| 13:49:29 | 24 | right? |
| 13:49:29 | 25 | A.   Yes. |

**JIM GEARY - CROSS**

13:49:31   1   **Q.**   Now, did Interior Exterior ever, through anyone, do any of

13:49:42   2   these things for quality purposes during production at either

13:49:49   3   the KPT facility or the TTP facility when your drywall was

13:49:55   4   being manufactured?

13:50:00   5   **A.**   No, we did not.

13:50:03   6   **Q.**   But the quality control for the core of the product had to

13:50:10   7   be in place at the factory in order for you to be able to make

13:50:14   8   those promises you made to the customer.  Do you agree?

13:50:22   9   **A.**   No, I don't.

13:50:22  10   **Q.**   Well, how else are you going to promise the customer the

13:50:26  11   best if you don't --

13:50:28  12   **A.**   I can promise the best because I promise that I will do

13:50:32  13   what a normal distributor -- what my counterparts around the

13:50:35  14   country do.  They rely on ASTM standards.

13:50:40  15   **Q.**   Yes, sir.  But we have to look at the counterparts because

13:50:45  16   you yourself, six years before this controversy, had made

13:50:50  17   contact with SGS, which offered these kinds of services for

13:50:53  18   imported drywall, right?

13:50:54  19   **A.**   Yeah.  Because that was the first time ever we had done

13:50:56  20   anything like this.

13:50:57  21   **Q.**   What, 1999?

13:50:59  22   **A.**   Yeah.

13:51:00  23   **Q.**   That was six, seven years before what we are talking about

13:51:04  24   here?

13:51:04  25   **A.**   Right.

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:51:05 | 1 | **Q.**   SGS was still around in 2005 and 2006? |
| 13:51:07 | 2 | **A.**   Sure they were. |
| 13:51:08 | 3 | **Q.**   Still offering the same services? |
| 13:51:10 | 4 | **A.**   Yeah, you know. |
| 13:51:16 | 5 | **Q.**   Now, I want to ask you about Metro Resources and David |
| 13:51:21 | 6 | Zhang, Z-H-A-N-G, right? |
| 13:51:25 | 7 | **A.**   Correct. |
| 13:51:25 | 8 | **Q.**   Have you ever met David Zhang? |
| 13:51:28 | 9 | **A.**   We have. |
| 13:51:28 | 10 | **Q.**   When did you first meet him? |
| 13:51:31 | 11 | **A.**   I couldn't tell you exactly when we first met him.  The |
| 13:51:36 | 12 | first contact was made somewhere around December of 2005. |
| 13:51:46 | 13 | **Q.**   Now, isn't it true that in the first week of |
| 13:51:49 | 14 | December 2005, Mr. Zhang advised that the main business of his |
| 13:51:59 | 15 | company, Metro Resources, was mining and environmental |
| 13:52:04 | 16 | projects? |
| 13:52:05 | 17 | **A.**   I believe that's right. |
| 13:52:07 | 18 | **Q.**   And he advised that the company's activities were in |
| 13:52:11 | 19 | plastic scraps and waste? |
| 13:52:14 | 20 | **A.**   That was in December of 2005, yes. |
| 13:52:17 | 21 | **Q.**   December of 2005.  That's what you knew about him in |
| 13:52:20 | 22 | December of 2005? |
| 13:52:20 | 23 | **A.**   In December of 2005, yes, when we did not use him. |
| 13:52:28 | 24 | **Q.**   Isn't it true that he had never worked, as far as you know |
| 13:52:32 | 25 | in December of 2005, to find any gypsum board in China for |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:52:36 | 1 | anyone? |
| 13:52:37 | 2 | **A.**   No, I don't know that.  I think that's what he was doing, |
| 13:52:40 | 3 | he was working very hard to get board in China. |
| 13:52:43 | 4 | **Q.**   That's what he was promising to do for you. |
| 13:52:46 | 5 | **A.**   Well, he wasn't only working for us.  He was reaching out |
| 13:52:49 | 6 | to other people around the country. |
| 13:52:50 | 7 | **Q.**   He was trying to break into the building materials |
| 13:52:52 | 8 | business, wasn't he? |
| 13:52:53 | 9 | **A.**   As a broker, he has contacts in China. |
| 13:52:56 | 10 | **Q.**   He was in the plastic scrap and waste business -- |
| 13:53:00 | 11 | **A.**   He is a broker. |
| 13:53:01 | 12 | **Q.**   -- and he was trying to get into the building materials |
| 13:53:04 | 13 | business? |
| 13:53:05 | 14 | **A.**   He's a broker, and he's got contacts in China. |
| 13:53:07 | 15 | **MR. MEUNIER:**  Could we look at P-228, please. |
| 13:53:31 | 16 | Is that admitted? |
| 13:53:31 | 17 | **MR. DUPLANTIER:**  No objection. |
| 13:53:35 | 18 | **THE COURT:**  Let it be admitted. |
| 13:53:37 | 19 | **MR. MEUNIER:**  We offer P-228. |
| 13:53:40 | 20 | **BY MR. MEUNIER:** |
| 13:53:40 | 21 | **Q.**   I'm showing you December 2005 information by e-mail sent |
| 13:53:44 | 22 | from David Zhang to you, and I want to look at page 002. |
| 13:54:05 | 23 | So Mr. Zhang basically is introducing himself to you, |
| 13:54:08 | 24 | and he is telling you his business is mining and environmental |
| 13:54:13 | 25 | projects.  That's his main business, right? |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:54:14 | 1 | **A.**   Correct. |
| 13:54:16 | 2 | **Q.**   And that he handles lots of tailings and plastic scraps. |
| 13:54:23 | 3 | He does say:  "We know gypsum business well."  Do you see that? |
| 13:54:26 | 4 | **A.**   Uh-huh. |
| 13:54:27 | 5 | **Q.**   What did you do to verify that statement? |
| 13:54:31 | 6 | **A.**   Well, I did nothing at the time.  Remember, that's |
| 13:54:33 | 7 | December of 2006 [*sic*], so we didn't use or need his services |
| 13:54:38 | 8 | at that time. |
| 13:54:38 | 9 | **Q.**   Did you form any opinions about his capabilities at that |
| 13:54:41 | 10 | time? |
| 13:54:43 | 11 | **A.**   Not necessarily, no. |
| 13:54:51 | 12 | **Q.**   Going back to the first page of this e-mail, which is 001, |
| 13:54:56 | 13 | do you see where he talks about "Maybe you take the quality |
| 13:55:02 | 14 | risk," in the second-to-last paragraph here, "for payment, all |
| 13:55:07 | 15 | Chinese companies request at site L/C, which means they get |
| 13:55:13 | 16 | payment once they send documents to their bank." |
| 13:55:15 | 17 |         "You maybe take quality risk."  What did you |
| 13:55:19 | 18 | understand him to mean by that? |
| 13:55:20 | 19 | **A.**   Can you show me the rest of that? |
| 13:55:22 | 20 | **Q.**   Yes. |
| 13:55:32 | 21 |         He is talking a lot about loading and containers, so |
| 13:55:35 | 22 | that puts it in context.  Did you know what he meant by the |
| 13:55:38 | 23 | "L/C"?  Is that he letter of credit? |
| 13:55:43 | 24 | **A.**   L/C would be letter of credit, yes. |
| 13:55:46 | 25 | **Q.**   So all Chinese companies request at site a letter of |

JIM GEARY - CROSS

| | |
|---|---|
| 13:55:50 | 1 |
| 13:55:52 | 2 |
| 13:55:54 | 3 |
| 13:56:00 | 4 |
| 13:56:03 | 5 |
| 13:56:06 | 6 |
| 13:56:08 | 7 |
| 13:56:10 | 8 |
| 13:56:14 | 9 |
| 13:56:15 | 10 |
| 13:56:19 | 11 |
| 13:56:22 | 12 |
| 13:56:27 | 13 |
| 13:56:29 | 14 |
| 13:56:36 | 15 |
| 13:56:40 | 16 |
| 13:56:46 | 17 |
| 13:56:54 | 18 |
| 13:56:57 | 19 |
| 13:56:58 | 20 |
| 13:56:59 | 21 |
| 13:57:03 | 22 |
| 13:57:05 | 23 |
| 13:57:07 | 24 |
| 13:57:08 | 25 |

credit.  Is that what he was telling you?

**A.**   That's what I would understand, yeah.

**Q.**   So they get paid.  And then he says:  "You maybe take the quality risk."  What did you think he meant by that?

**A.**   I'm really not sure.  I think you could interpret that a couple of different ways.

**Q.**   Well, how did you interpret it?

**A.**   Well, again, at the time, we didn't use him, until much later.

**Q.**   I know you didn't use him, but what did you take him to mean by "if you work with the Chinese company" --

**A.**   His English was not very good.  He spoke with very broken English, so a lot of the things you have to try to interpret what his purposeful meaning is.  So I don't know the answer to that question.

**Q.**   Now, there did come a time when you chose to use David Zhang and Metro Resources for the important role of vetting TTP as a quality ASTM-compliant manufacturer of Chinese drywall?

**A.**   Yes, we did.

**Q.**   Very important role he had, correct?

**A.**   Yes.

**Q.**   At this point, this is what you knew about him, that he was --

**A.**   No.  After that --

**Q.**   So tell me what happened.

JIM GEARY - CROSS

| | |
|---|---|
| 13:57:10 | 1 |
| 13:57:17 | 2 |
| 13:57:22 | 3 |
| 13:57:27 | 4 |
| 13:57:32 | 5 |
| 13:57:35 | 6 |
| 13:57:43 | 7 |
| 13:57:44 | 8 |
| 13:57:47 | 9 |
| 13:57:50 | 10 |
| 13:57:55 | 11 |
| 13:57:59 | 12 |
| 13:58:00 | 13 |
| 13:58:05 | 14 |
| 13:58:11 | 15 |
| 13:58:14 | 16 |
| 13:58:17 | 17 |
| 13:58:21 | 18 |
| 13:58:22 | 19 |
| 13:58:23 | 20 |
| 13:58:26 | 21 |
| 13:58:28 | 22 |
| 13:58:31 | 23 |
| 13:58:34 | 24 |
| 13:58:36 | 25 |

A.   Well, again, in April, May, when our supply from Knauf was dwindling, when we were looking for other resources and kind of revisited again with Metro Resources to broker us some board, he was offering different things.  He was offering Knauf product that he could broker to us.  He was offering a brand called Lafarge from Europe, a brand called BPB, British Plaster Board.  So this was just one of his options.

        So again, when we revisited this with him, I think I requested a Dun & Bradstreet.  And I knew he -- between the time we first met and then at this time, that he had successfully done quite a number of transactions into the United States.

Q.   Now, the Dun & Bradstreet was your due diligence research on David Zhang and his company, Metro Resources, correct?

A.   When you say *due diligence* --

Q.   Well, you got the Dun & Bradstreet information because you were thinking about using this guy and his company to source Chinese drywall.

A.   Right.  Right.

Q.   You were going to rely on him, and that was an important role he was going to play, to vet a manufacturer for you?

A.   Well, certainly.  But then, of course, we would have to have all the documentation, the letters of credit, etc.

Q.   He was going to get all that for you too.

A.   That's correct.

JIM GEARY - CROSS

13:58:37    1    **Q.**  He is going to play a critical role to vet these

13:58:38    2    manufacturers to find a reputable manufacturer, right?

13:58:43    3    **A.**  That is correct.

13:58:43    4    **Q.**  So you want Dun & Bradstreet information on this guy and

13:58:46    5    his company to make sure that you're dealing with reputable

13:58:51    6    people before you make any deals with them --

13:58:53    7    **A.**  That's correct.

13:58:53    8    **Q.**  -- is that fair?

13:58:55    9    **A.**  Yes.

13:58:55   10    **Q.**  So before you sign anything or commit to Metro Resources

13:58:58   11    and David Zhang, you wanted the Dun & Bradstreet information.

13:59:01   12    Is that your testimony?

13:59:03   13    **A.**  That is correct.

13:59:05   14           **MR. MEUNIER:**  Can we look at the Dun & Bradstreet

13:59:08   15    report that was the defendants' exhibit.

13:59:10   16    **BY MR. MEUNIER:**

13:59:30   17    **Q.**  This is the information you got from Dun & Bradstreet on

13:59:33   18    Metro Resources, Mr. Zhang's company?

13:59:35   19    **A.**  I believe so.

13:59:36   20           **MR. MEUNIER:**  Can we see the bottom, right-hand

13:59:37   21    corner.

13:59:37   22    **BY MR. MEUNIER:**

13:59:38   23    **Q.**  The date at the bottom right-hand corner is, what, May 26,

13:59:42   24    2006?

13:59:43   25    **A.**  Yes.

JIM GEARY - CROSS

| | | |
|---|---|---|
| 13:59:44 | 1 | **Q.**  In fact, you got an e-mail on May 26, 2006, forwarding |
| 13:59:50 | 2 | this report, and the e-mail was from David Zhang.  Do you |
| 13:59:53 | 3 | recall that? |
| 13:59:55 | 4 | **A.**  I couldn't -- without looking at it, I couldn't tell you. |
| 13:59:59 | 5 | MR. MEUNIER:  Plaintiffs' Exhibit 354. |
| 14:00:08 | 6 | THE COURT:  An e-mail to him? |
| 14:00:10 | 7 | MR. MEUNIER:  An e-mail to Jim Geary from David |
| 14:00:17 | 8 | Zhang. |
| 14:00:18 | 9 | THE COURT:  I'll admit it. |
| 14:00:20 | 10 | BY MR. MEUNIER: |
| 14:00:20 | 11 | **Q.**  Do you recognize this as the May 26, 2006 e-mail that |
| 14:00:23 | 12 | David Zhang sent you along with that May 26, 2006 |
| 14:00:28 | 13 | Dun & Bradstreet report? |
| 14:00:32 | 14 | **A.**  I'm sorry.  I was reading.  Could you repeat the question, |
| 14:00:34 | 15 | please? |
| 14:00:35 | 16 | **Q.**  Do you recognize this as the e-mail that David Zhang sent |
| 14:00:38 | 17 | to you on May 26, 2006, with the Dun & Bradstreet report of |
| 14:00:42 | 18 | that same date? |
| 14:00:43 | 19 | **A.**  Yeah, I don't know if they came together -- well, I guess |
| 14:00:46 | 20 | they did, looking at the time.  No.  I'm sorry.  Whether or not |
| 14:00:51 | 21 | they came at the same time as the Dun & Bradstreet, I don't |
| 14:00:54 | 22 | know. |
| 14:00:55 | 23 | **Q.**  Well, they are both May 26, 2006 -- |
| 14:00:58 | 24 | **A.**  Okay. |
| 14:00:58 | 25 | **Q.**  -- right? |

JIM GEARY - CROSS

14:00:58  1   A.   Yes.

14:01:05  2   Q.   It tells you again a little bit about his company there in

14:01:10  3   Ontario, Canada.  He says:  "We recycle used carpet and

14:01:16  4   research how to use carpet backing to convert it to building

14:01:19  5   materials."

14:01:19  6        Then he says, in the third sentence:  Soon or later,

14:01:23  7   we will enter into building material industry."

14:01:27  8        "Soon or later."  Did you take that to mean that this

14:01:37  9   plastic recycle carpet company, as of May 26, 2006, was

14:01:45  10  endeavoring to get into the building materials industry?

14:01:49  11  A.   No.  My understanding was that prior to this, he had

14:01:53  12  already completed numerous transactions in shipping drywall

14:01:57  13  into the United States.

14:01:59  14  Q.   But whatever he says in the e-mail, you needed that

14:02:03  15  Dun & Bradstreet information before you made any deals with

14:02:06  16  this guy, right?

14:02:07  17  A.   I don't know if I would say I needed it.  I wanted it.  I

14:02:10  18  thought I was trying to do the prudent thing.

14:02:13  19  Q.   Right.  The prudent thing is to get the information, the

14:02:17  20  Dun & Bradstreet information, before you commit and make a deal

14:02:20  21  with Metro Resources.  You agree?

14:02:23  22  A.   Yes.

14:02:24  23       MR. MEUNIER:  Could we look at the sales contract.

14:02:26  24  That's a defendant exhibit.  No, it's a plaintiff exhibit as

14:02:31  25  well, P46.

**JIM GEARY - CROSS**

14:02:34  1   BY MR. MEUNIER:

14:02:44  2   Q.   First of all, you recognize this as a sales contract that

14:02:46  3   you signed -- your signature is on page 2, if we can look at

14:02:51  4   that.  You signed this contract with Metro Resources, David

14:02:55  5   Zhang's company.  You signed it on behalf of Interior Exterior?

14:02:59  6   A.   I did.

14:03:00  7   Q.   This was the deal to purchase, through Metro Resources,

14:03:07  8   TTP drywall?

14:03:09  9   A.   Yes.

14:03:15  10  Q.   Can we look at the first page again and look at the date

14:03:18  11  in the upper right-hand corner.  What's the date of the

14:03:23  12  contract?  What's the date of the deal you made to buy this

14:03:26  13  Chinese drywall through David Zhang and Metro Resources?

14:03:29  14  A.   It says May 9.

14:03:33  15  Q.   17 days before you got the Dun & Bradstreet information?

14:03:39  16  A.   That's not necessarily accurate because we could get a

14:03:43  17  report from Dun & Bradstreet prior to getting an official

14:03:47  18  written report from Dun & Bradstreet.  So I believe that we got

14:03:54  19  a report prior to getting that document.

14:03:56  20  Q.   I would like to see it.

14:03:58  21  A.   Pardon me?

14:03:58  22  Q.   Where is it?

14:03:59  23  A.   Where is what?

14:04:00  24  Q.   Where is the report you got before May 9?

14:04:02  25  A.   No, in other words, we could look at it -- we could call

**JIM GEARY - CROSS**

14:04:06  1   up -- our credit manager did that for us.  He could get some
14:04:13  2   information verbally, and then we would get the written
14:04:15  3   confirmation later.
14:04:16  4   Q.   Where is the evidence that you looked into this guy before
14:04:19  5   you made the deal with him?
14:04:24  6   A.   Where is the evidence?
14:04:25  7   Q.   Where is the evidence?  Where is the facts for the jury
14:04:29  8   that you looked into him and verified --
14:04:32  9   A.   I knew he had completed transactions into the
14:04:34  10  United States.
14:04:50  11  Q.   With SGS again, let's talk about that a bit more.  We know
14:04:57  12  that your brother had some contact with them about maybe doing
14:05:07  13  an inspection.  Was it for the BNBM product, if you were going
14:05:13  14  to go that way?
14:05:13  15  A.   I believe so.
14:05:17  16  Q.   Isn't it true that you actually also, in December 2005,
14:05:20  17  got a quote from SGS on specific things that they were willing
14:05:26  18  to do in 2005 with respect to Chinese drywall?
14:05:31  19  A.   I'm not sure.  I think so, you're accurate.
14:05:34  20         MR. MEUNIER:  Could we look at Plaintiff 359.
14:05:47  21  BY MR. MEUNIER:
14:05:55  22  Q.   Do you recognize this string of e-mails?  The one at the
14:05:57  23  top is from you to Carlos Cisneros of SGS.
14:06:02  24  A.   Yes.
14:06:12  25  Q.   In this e-mail Mr. Cisneros provides a quote for certain

JIM GEARY - CROSS

14:06:17  1   services, correct?

14:06:19  2   A.   Yes.

14:06:25  3   Q.   So you and your brother at this point are trying to price

14:06:28  4   what it will cost to have SGS do certain things with respect to

14:06:32  5   Chinese drywall?

14:06:32  6   A.   We were gathering our information, yes.

14:06:34  7   Q.   Right.  But cost was obviously one of the things you

14:06:37  8   wanted to know?

14:06:37  9   A.   Sure.

14:06:40  10  Q.   He gives you prices for "inspection during production

14:06:45  11  job."  Do you see that?

14:06:50  12  A.   Yes.

14:06:50  13  Q.   He tells you how many days that's going to take, etc?

14:06:53  14  A.   I'm sorry.  Where are you?

14:06:55  15  Q.   Second paragraph.

14:06:57  16  A.   Okay.

14:07:08  17  Q.   You and your brother specifically priced this for Chinese

14:07:11  18  drywall and then decided not to do it?

14:07:14  19  A.   That's correct.

14:07:16  20  Q.   Too much money?

14:07:17  21  A.   No.

14:07:18  22  Q.   Too much time?

14:07:19  23  A.   No.

14:07:26  24  Q.   Didn't think it was important?

14:07:31  25  A.   I wouldn't say that.  I wouldn't phrase it that way.  I

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:07:33 | 1 | would tell you that we knew the quality issues we were |
| 14:07:37 | 2 | concerned with and we felt like -- |
| 14:07:46 | 3 | **Q.** And, in fact, if we look at page 3 at the top, the |
| 14:07:57 | 4 | inspection that you were talking about using SGS for was at the |
| 14:08:01 | 5 | Tai'an -- at the location named here, Tai'an, China, right? |
| 14:08:10 | 6 | **A.** Yeah. |
| 14:08:10 | 7 | **Q.** That's where TTP, Tai'an Taishan Plasterboard, is located? |
| 14:08:17 | 8 | **A.** Right. |
| 14:08:17 | 9 | **Q.** This was a specific quote to do an SGS inspection at the |
| 14:08:21 | 10 | specific plant where ultimately you got the TTP drywall from, |
| 14:08:25 | 11 | correct? |
| 14:08:27 | 12 | **A.** I believe so. |
| 14:08:30 | 13 | **Q.** You looked into it and chose not to do it.  True? |
| 14:08:34 | 14 | **A.** Correct. |
| 14:08:44 | 15 | **Q.** In fact, in this e-mail there's also a discussion that's |
| 14:08:48 | 16 | back on page 1 about testing, isn't there?  Do you see this |
| 14:08:57 | 17 | reference here where Mr. Cisneros says, "You mention below |
| 14:09:03 | 18 | testing.  Please be advised no testing will be conducted by |
| 14:09:07 | 19 | SGS.  If testing is done by the factory, we can make |
| 14:09:12 | 20 | arrangements to witness these and review that the procedures |
| 14:09:15 | 21 | are followed and results are as required"? |
| 14:09:19 | 22 | So SGS was specifically telling you, If you are |
| 14:09:23 | 23 | willing to pay for it, we won't test, but we can make |
| 14:09:28 | 24 | arrangements to witness the test and review to make sure the |
| 14:09:31 | 25 | procedures are followed. |

JIM GEARY - CROSS

14:09:33   1          So you knew that could have been done, right?

14:09:40   2   **A.**   Correct.

14:09:40   3   **Q.**   You chose not to do it?

14:09:43   4   **A.**   That's correct.  We chose not to do that.  We felt like

14:09:50   5   the way we were going to handle it, we would be able to monitor

14:09:52   6   and be able to check to see the things that we were concerned

14:09:58   7   with -- the paper peel, the bubbles, the dimensional, all of

14:10:03   8   those issues -- that we would be able to get a handle on that.

14:10:08   9          Again, when we brought the product in, it went out,

14:10:11   10   everything was fine.

14:10:13   11   **Q.**   Well, it didn't go fine ultimately, did it?

14:10:18   12   **A.**   No, it didn't.

14:10:19   13   **Q.**   Now, in your deposition when we asked you, Well, why

14:10:22   14   didn't you go ahead and use the pros here, SGS?

14:10:25   15          You said, Well, we didn't need to because we sent

14:10:28   16   someone from J.W. Allen -- or J.W. Allen sent someone down.

14:10:34   17          Do you remember that testimony?

14:10:34   18   **A.**   Yes, J.W. Allen was going to be on the front end and the

14:10:37   19   back end.

14:10:38   20   **Q.**   So you were here when Mr. App described that Rudy Remont,

14:10:42   21   one of the freight logistics guys, went, he said, to the KPT

14:10:47   22   plant.  Is that your recollection?

14:10:50   23   **A.**   Yes.

14:10:51   24   **Q.**   He didn't go to the TTP plant at all?

14:10:54   25   **A.**   Right.

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:10:55 | 1 | **Q.**   So there was really no substitute, even with J.W. Allen, |
| 14:10:59 | 2 | to do these things at TTP, right? |
| 14:11:00 | 3 | **A.**   That's correct.  We didn't use J.W. Allen. |
| 14:11:03 | 4 | **Q.**   So you did in the case of KPT say, Well, Rudy Remont is |
| 14:11:08 | 5 | going to be there at the office, and he will check the quality |
| 14:11:13 | 6 | of the product. |
| 14:11:14 | 7 | Is that what you were relying on? |
| 14:11:17 | 8 | **A.**   Yes. |
| 14:11:19 | 9 | **Q.**   He didn't bring back any samples? |
| 14:11:22 | 10 | **A.**   No, not that I'm aware of. |
| 14:11:26 | 11 | **Q.**   When they rolled out a pallet of finished board, you |
| 14:11:29 | 12 | checked it for the things you were interested in, breaks, paper |
| 14:11:33 | 13 | peels, etc.? |
| 14:11:34 | 14 | **A.**   Correct. |
| 14:11:34 | 15 | **Q.**   He didn't do a factory audit?  He's not qualified to do |
| 14:11:37 | 16 | any kind of factory audit? |
| 14:11:37 | 17 | **A.**   Correct. |
| 14:11:37 | 18 | **Q.**   He is not qualified to do any testing? |
| 14:11:39 | 19 | **A.**   Correct. |
| 14:11:40 | 20 | **Q.**   He is not qualified to look and smell and see anything |
| 14:11:42 | 21 | during production, is he? |
| 14:11:43 | 22 | **A.**   Correct. |
| 14:12:01 | 23 | **Q.**   You knew, didn't you, Mr. Geary, that the TT plant was |
| 14:12:04 | 24 | going to be subject to Chinese government testing? |
| 14:12:09 | 25 | **A.**   Yes. |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:12:10 | 1 | **Q.**   Did you know that the TT plant was owned -- or that there |
| 14:12:16 | 2 | was a controlling ownership interest of that plant by the same |
| 14:12:20 | 3 | Chinese government? |
| 14:12:20 | 4 | **A.**   I'm not certain if I knew that or not. |
| 14:12:31 | 5 | **Q.**   Have you ever had experience dealing with other countries, |
| 14:12:33 | 6 | besides China or domestic manufacturers, where an ASTM test for |
| 14:12:39 | 7 | the quality of the product is conducted by the owner instead of |
| 14:12:43 | 8 | by an independent testing service? |
| 14:12:51 | 9 | **A.**   None that I can think of. |
| 14:12:53 | 10 | **Q.**   In mid April of 2006, had you made the commitment to buy |
| 14:13:25 | 11 | from TTP? |
| 14:13:31 | 12 | **A.**   That was probably very close to the time period.  I |
| 14:13:34 | 13 | couldn't tell you if it was exactly, but it was in that general |
| 14:13:38 | 14 | time period, yes. |
| 14:13:40 | 15 | **Q.**   Was the TTP board cheaper than the BNBM board? |
| 14:13:46 | 16 | **A.**   I don't know if we could make a comparison because the |
| 14:13:49 | 17 | BNBM, when we were talking about that, it was going to be |
| 14:13:53 | 18 | shipped in by break bulk.  So besides cost and material, we had |
| 14:13:58 | 19 | to factor in the cost of the shipping.  This product we bought |
| 14:14:02 | 20 | from Metro Resources was being brought in containers, so it was |
| 14:14:05 | 21 | a flat delivered price.  There was going to be no unknown -- or |
| 14:14:11 | 22 | no additional cost, I should say. |
| 14:14:14 | 23 | **Q.**   Excuse me.  Do you remember being advised by David Zhang |
| 14:14:17 | 24 | of Metro Resources that the Chinese board that he was looking |
| 14:14:21 | 25 | at, other than Knauf, would be of lower quality than Knauf? |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:14:27 | 1 | **A.**   I think I saw that e-mail and I think, if you'll -- |
| 14:14:29 | 2 | **Q.**   Let's look at it.  It's been marked as Plaintiffs' |
| 14:14:32 | 3 | Exhibit 230. |
| 14:14:41 | 4 | **THE COURT:**  Any objection? |
| 14:14:42 | 5 | **MR. DUPLANTIER:**  No objection, Your Honor. |
| 14:14:43 | 6 | **THE COURT:**  Admitted. |
| 14:14:44 | 7 | BY MR. MEUNIER: |
| 14:14:44 | 8 | **Q.**   You recognize this e-mail of April 24, 2006, from David |
| 14:14:49 | 9 | Zhang to you, right? |
| 14:14:52 | 10 | **A.**   Okay. |
| 14:14:59 | 11 | **Q.**   He tells you -- in the second paragraph, he says:  "The |
| 14:15:09 | 12 | Chinese boards which we provide you can meet or exceed ASTM |
| 14:15:13 | 13 | C1396-04, but quality is lower than Knauf." |
| 14:15:20 | 14 | Do you remember getting this e-mail? |
| 14:15:21 | 15 | **A.**   I remember getting the e-mail, and if you look at the |
| 14:15:23 | 16 | sentence behind it, it says:  "It is 41 kilograms per sheet, |
| 14:15:28 | 17 | half-inch, 4-by-12." |
| 14:15:31 | 18 | In his broken English, he was talking about the |
| 14:15:35 | 19 | quality because the Knauf was heavier. |
| 14:15:43 | 20 | **Q.**   So you thought, when he told you the quality was lower, |
| 14:15:47 | 21 | that it was less heavy? |
| 14:15:53 | 22 | **A.**   It is heavy. |
| 14:15:55 | 23 | **Q.**   Or heavier? |
| 14:15:56 | 24 | **A.**   I'm sorry.  The quality is lower, so it is lighter. |
| 14:16:10 | 25 | **Q.**   Lighter? |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:16:10 | 1 | **A.**    Yes. |
| 14:16:10 | 2 | **Q.**    Were there any discussions at Interior Exterior -- this is |
| 14:16:14 | 3 | now two weeks before you signed the deal to buy TTP board.  Was |
| 14:16:18 | 4 | there any discussion that your guy Zhang was telling you |
| 14:16:22 | 5 | something about the quality being lower than Knauf?  Any |
| 14:16:26 | 6 | discussion about that? |
| 14:16:28 | 7 | **A.**    Not that I recall, no, no. |
| 14:16:57 | 8 | **Q.**    The TTP board, Mr. Geary, was shipped from the summer of |
| 14:17:03 | 9 | 2006 to September of 2006? |
| 14:17:07 | 10 | **A.**    The TTP board was shipped? |
| 14:17:09 | 11 | **Q.**    Or that was the KPT board?  From the summer of 2006 to |
| 14:17:13 | 12 | September of 2006, was that the time period for the shipment |
| 14:17:16 | 13 | of -- |
| 14:17:17 | 14 | **A.**    I'm sorry.  The TTP board we received from August through |
| 14:17:22 | 15 | September, that's the four shipments that I mentioned. |
| 14:17:25 | 16 | **Q.**    Of 2006? |
| 14:17:26 | 17 | **A.**    Of 2006. |
| 14:17:27 | 18 | **Q.**    So the KPT board was between the summer of 2006 and |
| 14:17:30 | 19 | September of 2006? |
| 14:17:31 | 20 | **A.**    We received KPT board -- Knauf -- first shipment coming in |
| 14:17:37 | 21 | in January of 2006, with the last shipment coming in somewhere |
| 14:17:44 | 22 | around April of 2006. |
| 14:17:54 | 23 | **Q.**    Is it true that in early May of 2006, time was still very |
| 14:18:01 | 24 | much of the essence for you? |
| 14:18:04 | 25 | **A.**    Yes. |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:18:06 | 1 | **Q.**   It was important to move quickly, right? |
| 14:18:12 | 2 | **A.**   I don't know if I would phrase it that way. |
| 14:18:14 | 3 | **Q.**   Well, when you say "time was of the essence," time was -- |
| 14:18:19 | 4 | **A.**   We were still in a situation where we were not able to |
| 14:18:22 | 5 | supply our customers and the general public enough drywall. |
| 14:18:27 | 6 | **Q.**   And six days before you signed the deal with Metro |
| 14:18:30 | 7 | Resources for TTP, you felt that time was of the essence; is |
| 14:18:38 | 8 | that true? |
| 14:18:39 | 9 | **A.**   Again, I don't know if I would phrase it that way. |
| 14:18:42 | 10 | **Q.**   This is P355, an e-mail from Mr. Geary to Damon Sun, |
| 14:18:54 | 11 | S-U-N. |
| 14:18:55 | 12 | Do you know who Mr. Sun is? |
| 14:18:56 | 13 | **A.**   I do. |
| 14:18:57 | 14 | **Q.**   Who was he? |
| 14:18:58 | 15 | **A.**   He was with SCT Gypsum, who manufactured the Elephant |
| 14:19:03 | 16 | Board. |
| 14:19:05 | 17 | **Q.**   So you were in May of 2006 looking for Elephant Board as |
| 14:19:10 | 18 | well? |
| 14:19:10 | 19 | **A.**   We were reaching out for other supply, yes. |
| 14:19:13 | 20 | **Q.**   Did you ever get more Elephant Board? |
| 14:19:16 | 21 | **A.**   No, we did not. |
| 14:19:17 | 22 | **MR. MEUNIER:**  Is there an objection to P-355? |
| 14:19:19 | 23 | **MR. DUPLANTIER:**  No. |
| 14:19:20 | 24 | **MR. MEUNIER:**  Can we just look at that e-mail, 355? |
| 14:19:23 | 25 | I'll offer it into evidence. |

JIM GEARY - CROSS

14:19:24  1        THE COURT:  Admitted.
14:19:25  2   BY MR. MEUNIER:
14:19:26  3   Q.  I want to get the time right.  This is just a week before
14:19:31  4   you signed the deal with TTP or Metro Resources.  It's May 3,
14:19:37  5   2006, and you are telling this gentleman, Mr. Sun, the source
14:19:43  6   of Elephant Board:  "Time is of the essence for us."
14:19:47  7        And by that, you meant time was of the essence for
14:19:51  8   your business, Interior Exterior, correct?
14:19:56  9   A.  I'm sorry.  Where do you see "Time is of the essence"?
14:20:01 10   Q.  "As I have expressed to you, time is of the essence for
14:20:17 11   us."
14:20:20 12        Is it true that, by that, you meant it was very
14:20:26 13   important to move quickly and avoid delay at this time?
14:20:35 14   A.  This was -- again, I was contacting Damon, trying to
14:20:40 15   motivate him, to see his ability to get us some product.
14:20:57 16   Q.  Now, we have talked about the mill certificates and other
14:21:05 17   things that assured Interior Exterior that this board was
14:21:17 18   quality board, right?
14:21:19 19   A.  Correct.
14:21:21 20   Q.  In the case of KPT, you had expressions of ASTM compliance
14:21:28 21   and nondefectiveness, but do I understand that there is today
14:21:34 22   in existence no ASTM report that you received on the KPT board
14:21:43 23   before you purchased that board?
14:21:48 24   A.  I don't believe we ever received the actual report from
14:21:52 25   Knauf, no.  We received the certification from them that the

HOURLY TRANSCRIPT

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:22:00 | 1 | product complied with that standard. |
| 14:22:02 | 2 | **Q.** Did you ask for an ASTM test report? |
| 14:22:05 | 3 | **A.** No, we did not. I can't remember ever, in 30 years, ever |
| 14:22:10 | 4 | having asked for that. Even domestic manufacturers. |
| 14:22:14 | 5 | **Q.** Well, how about in the last 30 years asking a Chinese |
| 14:22:20 | 6 | manufacturer for an ASTM report? |
| 14:22:22 | 7 | **A.** Sure. |
| 14:22:26 | 8 | **Q.** So you didn't ask for an ASTM test report in the case of |
| 14:22:29 | 9 | KPT? |
| 14:22:31 | 10 | **A.** Wait a minute. Of what? |
| 14:22:32 | 11 | **Q.** In the case of KPT, you did not ask for an ASTM test |
| 14:22:37 | 12 | report? |
| 14:22:37 | 13 | **A.** We asked for -- KPT, we asked for certification. |
| 14:22:40 | 14 | **Q.** Certification, but not the ASTM test report? |
| 14:22:43 | 15 | **A.** Right. |
| 14:22:44 | 16 | **Q.** Now, in the case of TTP, you got letters of certificate |
| 14:22:50 | 17 | from TTP, right? |
| 14:22:54 | 18 | **A.** Yes, we did. |
| 14:22:55 | 19 | **Q.** Certifying that the board was ASTM-compliant? |
| 14:22:58 | 20 | **A.** Correct. |
| 14:22:58 | 21 | **MR. MEUNIER:** Could I look at Plaintiffs' |
| 14:23:00 | 22 | Exhibit 371. |
| 14:23:05 | 23 | **BY MR. MEUNIER:** |
| 14:23:19 | 24 | **Q.** Let me ask you if you would look at this exhibit, |
| 14:23:22 | 25 | Mr. Geary, while they are -- |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:23:23 | 1 | **THE COURT:**  Any objection to that? |
| 14:23:24 | 2 | **MR. DUPLANTIER:**  No, Your Honor. |
| 14:23:25 | 3 | **THE COURT:**  Let it be admitted. |
| 14:23:28 | 4 | BY MR. MEUNIER: |
| 14:23:28 | 5 | **Q.**   Do you recognize that as the letter of certificate from |
| 14:23:32 | 6 | the Chinese manufacturer Tai'an Taishan Plasterboard, or TTP, |
| 14:23:37 | 7 | dated June 13, 2006? |
| 14:23:43 | 8 | **A.**   Yes. |
| 14:23:44 | 9 | **Q.**   And, in fact, there is a series of these, I suppose one |
| 14:23:49 | 10 | for each shipment.  So let's look at them just to make sure |
| 14:23:52 | 11 | they all say the same thing. |
| 14:23:56 | 12 | I want to focus attention on this.  The certificate |
| 14:24:02 | 13 | says it has been inspected in compliance with Test |
| 14:24:05 | 14 | Report 62019. |
| 14:24:09 | 15 | Now, you have been in this trial all week.  You have |
| 14:24:11 | 16 | seen ASTM Test Report 62019 more than once, haven't you? |
| 14:24:17 | 17 | **A.**   Uh-huh. |
| 14:24:18 | 18 | **Q.**   In fact, we find out today it showed up with a Bubble |
| 14:24:23 | 19 | Board logo over the top.  Do you know anything about that? |
| 14:24:31 | 20 | **A.**   Do I know anything about -- |
| 14:24:32 | 21 | **Q.**   Yeah.  How could that ASTM test report be on a Bubble |
| 14:24:35 | 22 | Board company logo? |
| 14:24:40 | 23 | **A.**   I don't know. |
| 14:24:43 | 24 | **Q.**   Do you agree that every one of the letters of certificate |
| 14:24:46 | 25 | you got from this TTP manufacturer cite and rely on the same |

JIM GEARY - CROSS

14:24:52   1   test report, 62019?

14:24:56   2          We'll go one at a time through the pages.  Let's go

14:24:58   3   to the next page, please.

14:25:04   4          62019 on the second page.  Do you agree?

14:25:07   5   A.   I agree.

14:25:08   6   Q.   Let's go to the third page.  62019, right?

14:25:16   7          These are all -- by the way, these are different

14:25:17   8   shipments, right?

14:25:23   9   A.   I believe so.

14:25:25  10   Q.   So it's different drywall pieces that each of these pieces

14:25:29  11   of paper refers to, but they are all related back to the same

14:25:34  12   test report.  Do you agree?

14:25:35  13   A.   Yes.

14:25:36  14   Q.   Go to the next page.  There it is again, Test

14:25:43  15   Report 62019.

14:25:49  16          We can let the jury look at the rest, but all of

14:25:49  17   these letters of certificate refer to the same test report,

14:25:52  18   right?

14:25:53  19   A.   Yeah.  If you look down to the very bottom, I think those

14:25:57  20   numbers indicate the specific container it was on.

14:26:02  21   Q.   You have looked at that ASTM test report, Mr. Geary?

14:26:05  22   A.   Yes.

14:26:07  23   Q.   Do you agree that that report relates to one sample on one

14:26:16  24   production line which is dated February 2006?

14:26:32  25   A.   I believe so.

JIM GEARY - CROSS

| | |
|---|---|
| 14:26:33 | 1 |
| 14:26:39 | 2 |
| 14:26:45 | 3 |
| 14:26:54 | 4 |
| 14:26:59 | 5 |
| 14:27:03 | 6 |
| 14:27:07 | 7 |
| 14:27:11 | 8 |
| 14:27:19 | 9 |
| 14:27:25 | 10 |
| 14:27:28 | 11 |
| 14:27:35 | 12 |
| 14:27:39 | 13 |
| 14:27:40 | 14 |
| 14:27:43 | 15 |
| 14:27:44 | 16 |
| 14:27:53 | 17 |
| 14:27:56 | 18 |
| 14:28:00 | 19 |
| 14:28:05 | 20 |
| 14:28:09 | 21 |
| 14:28:10 | 22 |
| 14:28:14 | 23 |
| 14:28:19 | 24 |
| 14:28:25 | 25 |

**Q.**   So all of these summer of 2006 certificates that were telling your company you got an ASTM-compliant product here were based on a single sample referred to in one report four months earlier, correct?

**A.**   Okay.

**Q.**   Where and how did your company get assurance that the product in the ship coming to America to be put in these people's homes had anything to do with a sample drawn from a line produced four months sooner?  I would like to know what your evidence to link that was, please.

**A.**   Well, you know, I knew the company Tai'an Taishan to be one of the largest manufacturers in the world.

**Q.**   According to David Zhang?

**A.**   No, according to general knowledge.

**Q.**   General knowledge?

**A.**   Yes.

**Q.**   So that's how you assume all of these certificates relating back to a product sample taken four months earlier related to the same kind of drywall, same product?

**A.**   Can you go back to your original question, please?  I'm sorry.

**Q.**   Yes.  I was asking you where the evidence was that all of these letters of certificate from TTP in June and July of 2006, based on one test report, were associated with a shipment of material that was actually the same as where the sample was

JIM GEARY - CROSS

14:28:30  1  taken for the February 2006 report, was the only report we know

14:28:35  2  about.

14:28:40  3  A.  You know, I felt confident that what we had from Metro

14:28:43  4  Resources stating that the product conformed to the ASTM

14:28:47  5  standards -- I felt confident that we had this stating from the

14:28:50  6  manufacturer that it conformed with ASTM standards, that, you

14:28:54  7  know, we were given a quality product.

14:28:59  8  Q.  What is an MSDS?

14:29:02  9  A.  An MSDS is a material safety data sheet.

14:29:08  10  Q.  Is it important for Interior Exterior to have material

14:29:14  11  safety data sheets for its products?

14:29:18  12  A.  It depends.

14:29:19  13  Q.  You got one from KPT for its drywall?

14:29:22  14  A.  Correct.

14:29:22  15  Q.  Is that important?

14:29:23  16  A.  You know, it was good to have it for our files, yes.

14:29:29  17  Q.  It's true, isn't it, that Tai'an Taishan, you learned, was

14:29:35  18  not familiar with MSDS and would not --

14:29:40  19  A.  I had requested an MSDS sheet from Metro Resources.  He

14:29:44  20  told me he would get me one.  Just for my file.  I never got

14:29:49  21  one.  You know, this product that we brought in is half-inch

14:29:55  22  standard drywall.  I can't recall us ever getting requested by

14:30:03  23  our customers for an MSDS sheet for standard half-inch drywall.

14:30:09  24  The times we are asked for MSDS sheets is for special products,

14:30:13  25  for insulation.  But, you know, half-inch drywall is just a

JIM GEARY - CROSS

14:30:18   1    standard building product.

14:30:20   2    Q.    But you did ask for it and --

14:30:22   3    A.    I did ask for it; I didn't get it.

14:30:24   4    Q.    You asked for and got it from KPT?

14:30:26   5    A.    That is correct.

14:30:27   6    Q.    So I would like to show you an e-mail where David Zhang

14:30:33   7    writes to you November 30, 2006.

14:30:35   8             MR. MEUNIER:  It's been marked as Plaintiffs'

14:30:37   9    Exhibit 353.

14:30:46  10             MR. DUPLANTIER:  No objection, Your Honor.

14:30:46  11             THE COURT:  Admitted.

14:30:47  12             MR. MEUNIER:  I offer it into evidence.

14:30:55  13    BY MR. MEUNIER:

14:30:55  14    Q.    Now, this is November of 2006, so I assume from the date

14:31:02  15    of this, that even after -- months after you had gotten the TTP

14:31:08  16    drywall in your inventory and were selling it to people, you

14:31:14  17    still wanted an MSDS?

14:31:16  18    A.    I wanted it for my file, yes.  We have never been asked

14:31:22  19    for it by any of our customers.

14:31:23  20    Q.    Were you being asked for it now?

14:31:25  21    A.    No.

14:31:26  22    Q.    So you wanted it, though, in November of 2006?

14:31:34  23    A.    I wanted it.

14:31:35  24    Q.    So David says:  "Tai'an Taishan is not familiar with MSDS

14:31:40  25    U.S. way."  He says:  "In China, all materials tested and

JIM GEARY - CROSS

14:31:44   1   licensed by governments."

14:31:47   2         Did you know that before that e-mail?

14:31:51   3   A.   I'm not sure if I did or not.

14:31:53   4   Q.   "I already provided Tai'an Taishan U.S. plants MSDS and

14:32:03   5   ask them try best to provide the report.  It will take some

14:32:08   6   time."

14:32:09   7         You never got it, right?

14:32:11   8   A.   That's correct.

14:32:13   9   Q.   Red flag?

14:32:14   10  A.   If you look up above, again, this is December 2006.  I

14:32:21   11  said there:  "Dave, I'm still looking for it."

14:32:24   12  Q.   "Still looking for it."  You mean the e-mail above --

14:32:28   13        MR. MEUNIER:  Can we see that.

14:32:33   14  BY MR. MEUNIER:

14:32:33   15  Q.   You're still looking for it December 1, 2006.

14:32:37   16        You're still looking for it today?

14:32:40   17  A.   No.  Why would I be looking for it today?

14:32:44   18  Q.   Did you ever hear from David after you told him, I'm still

14:32:47   19  looking for it?

14:32:48   20  A.   Pardon me?

14:32:49   21  Q.   Did you ever hear David after you said, I'm still looking

14:32:52   22  for it?

14:32:55   23  A.   Well, he replied right above it:  "Jim, I'm still working

14:32:59   24  on it."

14:33:06   25  Q.   Let's go back to David's e-mail of November 30, 2006.  He

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:33:10 | 1 | says:  "Because all our board are manufacturers' brand name, |
| 14:33:14 | 2 | from the Web site, your clients will know it is from Chinese |
| 14:33:18 | 3 | largest drywall manufacturer." |
| 14:33:24 | 4 |        Did you hear reference in earlier testimony, Mr. App |
| 14:33:28 | 5 | on the stand, where he said that the Taihe factory, that he |
| 14:33:33 | 6 | sent you all the information on, was Shandong Taihe Dongxin? |
| 14:33:39 | 7 | Do you remember that? |
| 14:33:40 | 8 | A.   Yes. |
| 14:33:40 | 9 | Q.   You have heard of Shandong Taihe Dongxin? |
| 14:33:44 | 10 | A.   Yes. |
| 14:33:45 | 11 | Q.   You have? |
| 14:33:46 | 12 | A.   Well, I have now, yes. |
| 14:33:47 | 13 | Q.   Well, in fact, I think your brother signed an SGS |
| 14:33:53 | 14 | application at one point to have them inspect at the Shandong |
| 14:33:55 | 15 | Taihe plant.  Do you remember that? |
| 14:33:58 | 16 | A.   I think so.  That's right. |
| 14:34:09 | 17 | Q.   So we have the name Shandong Taihe Dongxin as a factory, |
| 14:34:16 | 18 | right? |
| 14:34:17 | 19 | A.   Correct. |
| 14:34:18 | 20 | Q.   And now we have a TTP product with the Taihe brand name? |
| 14:34:28 | 21 | A.   Right. |
| 14:34:28 | 22 | Q.   So when Mr. Zhang says, Well, go on the Web site and plug |
| 14:34:35 | 23 | in the brand name -- because, by the way, there's no TTP name |
| 14:34:38 | 24 | on this drywall.  It's just the brand name Taihe, right? |
| 14:34:43 | 25 | A.   Right. |

**JIM GEARY - CROSS**

14:34:43  1   **Q.**   The ASTM says, Put the manufacturer's name on it, but you
14:34:46  2   all made a special deal not to do that here; is that true?
14:34:50  3   **A.**   Did we make a special deal?
14:34:52  4   **Q.**   You made arrangements not to have to put the
14:34:55  5   manufacturer's name on the drywall?
14:34:57  6   **A.**   We didn't make any special deal for that.
14:34:59  7   **Q.**   Well, the ASTM labeling requirements were there, but the
14:35:02  8   exception was that if you went in your purchase agreement and
14:35:04  9   said otherwise, you wouldn't have to do what the ASTM labeling
14:35:08  10  standard said.
14:35:09  11          Do you remember that testimony with Mr. Rutila?
14:35:16  12  **A.**   Yeah.
14:35:16  13  **Q.**   So I'm a consumer.  I have got this defective product.
14:35:24  14  It's in my house.  I want to try to find out where it came
14:35:29  15  from.  It doesn't have TTP on it.  It's got Taihe on it, right?
14:35:36  16  **A.**   Correct.
14:35:37  17  **Q.**   So if I go do a Google -- have you done a Google of Taihe,
14:35:41  18  by the way?  Have you Google-searched it?
14:35:44  19  **A.**   I have not.
14:35:45  20  **Q.**   If I Google Taihe, is it going to take me to TTP, or is it
14:35:50  21  going to take me to Shandong Taihe Dongxin, the factory that
14:35:53  22  had the ASTM problems that we know about?
14:35:56  23  **A.**   I don't know.
14:35:59  24  **Q.**   Isn't the label supposed to help people find out where the
14:36:03  25  stuff comes from?

JIM GEARY - CROSS

14:36:05   1   **A.**   Sure.  It's the end tape, and the end tape, actually, most

14:36:12   2   of the time is going to be taken off at installation.

14:36:28   3   **Q.**   Have you read the business novel of the defendants' expert

14:36:30   4   Dr. James Tompkins?

14:36:32   5   **A.**   I have not.

14:36:32   6   **Q.**   You know about it, though?

14:36:34   7   **A.**   I have heard about it.

14:36:38   8   **Q.**   We are going to hear his testimony tomorrow.  You will be

14:36:41   9   here for that.  I want to anticipate something we are going to

14:36:44   10   hear.

14:36:59   11          I want you to assume that the defendants' expert on

14:37:01   12   the due diligence of what a distributor sourcing product in

14:37:08   13   China should do, Dr. Tompkins, wrote in his business novel that

14:37:14   14   there are 10 lessons learned about dealing with China.

14:37:17   15          And I asked him, I said, Well, please underline the

14:37:20   16   ones that apply here.

14:37:24   17          And I want you to assume that Lesson 9 is to

14:37:28   18   implement a solid monitoring and audit plan.  That's Lesson 9

14:38:01   19   from the Tompkins lessons to follow when you deal with China --

14:38:06   20   the lessons that apply here.

14:38:08   21          On that assumption, what I would like you to tell us

14:38:10   22   before I sit down, Mr. Geary, is what Interior Exterior did in

14:38:21   23   this case to implement a solid monitoring and audit plan for

14:38:29   24   the manufacture of either KPT or TTP Chinese drywall.

14:38:37   25   **A.**   The monitoring we did was, when we unloaded the material

JIM GEARY - CROSS

14:38:44  1   and put it into our warehouse, we visually inspected it.  It

14:38:48  2   went right out to our customers, our customers installed it.

14:38:52  3          Whenever you get any quality issues, you are going to

14:38:55  4   get immediate feedback.  We didn't get any of that.

14:39:00  5   Q.   Well, I want to ask you about that.

14:39:03  6          So just to finish, so your compliance with that rule

14:39:08  7   was to check the product as it's leaving China to make sure

14:39:15  8   it's not peeling, bubbling, the size is right, that kind of

14:39:23  9   thing, right?

14:39:25  10  A.   Well, then also at the warehouse.

14:39:28  11  Q.   Right.  Well, do you know what the term *audit* means in the

14:39:33  12  global supply chain industry?

14:39:36  13  A.   I know what an audit is.  I'm not sure if I have an

14:39:39  14  appreciation for exactly what you are talking about.

14:39:41  15  Q.   Did you hear Rosemary Coates talk about factory audits?

14:39:45  16  A.   Yes.

14:39:46  17  Q.   Assuming that she and Dr. Tompkins are using the same

14:39:51  18  language here when they say *audit*, and that that refers to a

14:39:55  19  factory audit, what did Interior Exterior do in this case to

14:40:00  20  comply with the rule of having a solid audit plan followed for

14:40:08  21  the TTP and KPT drywall?

14:40:13  22  A.   As I mentioned just a moment ago, we -- it's hands on.

14:40:18  23  It's receiving the material, handling it.  Our warehouse guys

14:40:24  24  take it off, it goes out on our trucks; our truck drivers

14:40:28  25  handle it, they bring it to a job site; the hangers put it up,

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:40:32 | 1 | they handle it.  All of these people touch it, and these are |
| 14:40:36 | 2 | people who handle drywall every day. |
| 14:40:41 | 3 | Q.   Yes, sir, but I haven't heard anything yet about a factory |
| 14:40:45 | 4 | audit. |
| 14:40:46 | 5 |         MR. DUPLANTIER:  At this point he is arguing.  He has |
| 14:40:47 | 6 | asked the question twice, and he has gotten an answer. |
| 14:40:50 | 7 |         MR. MEUNIER:  I'll move on. |
| 14:41:00 | 8 | BY MR. MEUNIER: |
| 14:41:00 | 9 | Q.   I want to be clear on one point before I finish it. |
| 14:41:01 | 10 |         When you said you knew Tai'an Taishan to be one of |
| 14:41:03 | 11 | the largest manufacturers in the world, you said that was |
| 14:41:09 | 12 | according to general knowledge? |
| 14:41:13 | 13 | A.   That was my understanding, yes. |
| 14:41:23 | 14 | Q.   Well, had you ever heard of Taihe drywall before Katrina? |
| 14:41:28 | 15 | A.   Had I ever heard of Taihe drywall before Katrina?  No, I |
| 14:41:33 | 16 | had not. |
| 14:41:36 | 17 | Q.   Now, you did hear of customer complaints about Knauf |
| 14:41:41 | 18 | drywall being heavy and brittle? |
| 14:41:46 | 19 | A.   We knew it was heavy and we expected, because due to prior |
| 14:41:51 | 20 | experience, that we would also get some issues with |
| 14:41:54 | 21 | brittleness, yes.  Did I hear on a regular basis complaints |
| 14:42:00 | 22 | with either of those two products?  No, I did not. |
| 14:42:04 | 23 | Q.   You did hear of customer complaints, though, about Knauf |
| 14:42:08 | 24 | drywall being brittle and heavy? |
| 14:42:12 | 25 | A.   I may have heard, having lunch with one of our managers or |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:42:17 | 1 | one of the sales guys, that someone mentioned it in passing; |
| 14:42:20 | 2 | but it was not impressed upon me as being much of an issue, |
| 14:42:25 | 3 | just, Hey, it's heavy.  My guys, our hangers aren't crazy about |
| 14:42:32 | 4 | it.  So that was it. |
| 14:42:35 | 5 | **Q.**   And yet you agree that that complaint of heaviness and |
| 14:42:40 | 6 | brittleness is not what you would consider a common complaint |
| 14:42:44 | 7 | in the industry? |
| 14:42:46 | 8 | **A.**   I would disagree with that. |
| 14:42:52 | 9 | **Q.**   Do you recall giving your deposition in this case on |
| 14:42:56 | 10 | October 1, 2012? |
| 14:42:58 | 11 | **A.**   I do. |
| 14:43:04 | 12 | **MR. MEUNIER:**  May I show the witness, Your Honor? |
| 14:43:06 | 13 | **THE COURT:**  You can put it on the overhead. |
| 14:43:11 | 14 | **MR. MEUNIER:**  Let me see if he will change his mind |
| 14:43:13 | 15 | after seeing it. |
| 14:43:15 | 16 | **BY MR. MEUNIER:** |
| 14:43:16 | 17 | **Q.**   Please look at the question starting at line 18 and then |
| 14:43:18 | 18 | your answer starting at line 20. |
| 14:43:25 | 19 | **MR. ANGELLE:**  We still don't have a page number, |
| 14:43:25 | 20 | Judge. |
| 14:43:28 | 21 | **MR. MEUNIER:**  I'm sorry.  Let me give counsel the |
| 14:43:28 | 22 | reference.  I apologize.  It's page 43 of the October 1, 2012 |
| 14:43:37 | 23 | deposition of Mr. Geary, line 18 through 21. |
| 14:43:52 | 24 | **MR. ANGELLE:**  Thank you. |
| 14:43:52 | 25 | **THE WITNESS:**  Okay. |

JIM GEARY - CROSS

| | | |
|---|---|---|
| 14:43:52 | 1 | BY MR. MEUNIER: |
| 14:43:53 | 2 | Q.   Does that refresh your recollection? |
| 14:43:54 | 3 | A.   Yes. |
| 14:43:55 | 4 | Q.   Were you telling the truth in that deposition? |
| 14:43:57 | 5 | A.   Yes, I was. |
| 14:43:59 | 6 | Q.   So you would agree that complaints of heaviness and |
| 14:44:02 | 7 | brittleness are not common in the drywall industry? |
| 14:44:07 | 8 | A.   Well, I guess, to go beyond that, we get -- |
| 14:44:13 | 9 | Q.   Wait.  Let me -- |
| 14:44:13 | 10 | A.   Go ahead. |
| 14:44:15 | 11 | THE COURT:  Just show it. |
| 14:44:18 | 12 | MR. MEUNIER:  Let me show it to you. |
| 14:44:33 | 13 | THE COURT:  What's the question? |
| 14:44:34 | 14 | BY MR. MEUNIER: |
| 14:44:34 | 15 | Q.   The question begins at line 18. |
| 14:44:37 | 16 | "QUESTION:  Heaviness and brittleness is a common |
| 14:44:41 | 17 | complaint in your industry, isn't it? |
| 14:44:44 | 18 | "ANSWER:  Is a common complaint in our industry?  I |
| 14:44:47 | 19 | wouldn't call it a common complaint, no." |
| 14:44:52 | 20 | Was that your testimony under oath in October 1, |
| 14:44:55 | 21 | 2012? |
| 14:44:56 | 22 | A.   That is correct. |
| 14:44:56 | 23 | Q.   Is it still your testimony today? |
| 14:44:59 | 24 | A.   That is correct. |
| 14:45:02 | 25 | Q.   Finally, let me just ask about the customer complaints -- |

JIM GEARY - CROSS

| | |
|---|---|
| 14:45:08 1 | I mean the customer preferences.  As I appreciate it, the 279 |
| 14:45:15 2 | or whatever it is invoice preferences for something, not Knauf, |
| 14:45:19 3 | not imported, etc., there was never any protocol at |
| 14:45:26 4 | Interior Exterior to inquire why those customers were making |
| 14:45:33 5 | those preference statements.  Is that true? |
| 14:45:40 6 | A.   You're asking me -- I'm sorry. |
| 14:45:43 7 | Q.   You have got these customers saying, Don't sell us |
| 14:45:45 8 | Knauf -- that is after the Knauf is here.  Don't sell us Knauf, |
| 14:45:48 9 | don't give us Chinese, don't give us imported. |
| 14:45:51 10 | A.   Right, right. |
| 14:45:53 11 | Q.   Forgetting about how many it is of the total, is it true |
| 14:45:56 12 | that your company didn't have any protocol to find out why it |
| 14:46:01 13 | was, after this Chinese drywall got here, that those customers |
| 14:46:05 14 | were saying, Don't give us any of this stuff? |
| 14:46:10 15 | A.   You know, it was common knowledge.  We knew, before we |
| 14:46:13 16 | brought the product in, that it was heavier.  We knew from |
| 14:46:16 17 | previous experience that there could be an issue with it being |
| 14:46:20 18 | brittle.  So -- |
| 14:46:22 19 | Q.   So the answer is no? |
| 14:46:23 20 | A.   The answer is no. |
| 14:46:24 21 | Q.   And when you ultimately did determine that the Chinese |
| 14:46:28 22 | drywall was defective, did you notify your contractor -- |
| 14:46:31 23 | A.   When are you referring to? |
| 14:46:34 24 | Q.   All of the drywall involved in this case, TTP and KPT. |
| 14:46:38 25 | A.   You're talking about in 2009? |

**JIM GEARY - CROSS**

| | | |
|---|---|---|
| 14:46:40 | 1 | **Q.**   Pardon me? |
| 14:46:40 | 2 | **A.**   You're talking about in 2009? |
| 14:46:42 | 3 | **Q.**   Yes.  When you found out that the KPT and TTP drywall was |
| 14:46:45 | 4 | defective, did you do anything to notify your contractors or |
| 14:46:49 | 5 | customers? |
| 14:46:55 | 6 | **A.**   In 2009, no, we did not. |
| 14:46:56 | 7 | **Q.**   Finally, you talked earlier about the way you handle |
| 14:47:02 | 8 | customer complaints is generally, if a customer says, I got bad |
| 14:47:05 | 9 | drywall, I don't like this stuff, that you all go up the chain |
| 14:47:07 | 10 | back to a manufacturer and get the manufacturer to go out and |
| 14:47:11 | 11 | attend to the problem? |
| 14:47:13 | 12 | **A.**   Right. |
| 14:47:17 | 13 | **Q.**   Did the German representatives of Knauf or the Chinese |
| 14:47:24 | 14 | officials with KPT ever go out to these folks' homes -- |
| 14:47:28 | 15 | **A.**   No. |
| 14:47:28 | 16 | **Q.**   -- to address the problem? |
| 14:47:30 | 17 | **A.**   Well, I believe some representatives from Knauf did. |
| 14:47:33 | 18 | **Q.**   To these plaintiffs' homes? |
| 14:47:35 | 19 | **A.**   I don't know.  I couldn't tell you. |
| 14:47:37 | 20 | **Q.**   Did the Chinese government-owned TTP ever show up at these |
| 14:47:42 | 21 | people's homes to address the concerns? |
| 14:47:45 | 22 | **A.**   I don't know. |
| 14:47:46 | 23 | **MR. MEUNIER:**  Thank you, Mr. Geary. |
| 14:47:48 | 24 | **THE COURT:**  Counsel, would you like to take a break |
| 14:47:50 | 25 | now? |

14:47:50  1      **MR. DUPLANTIER:**  Yeah.  Can I have five minutes?

14:47:54  2      **THE COURT:**  Okay.  Let's take a 10-minute break.

14:47:56  3      (Recess.)

14:47:58  4      **THE COURT:**  Be seated, please.  I'm going to try to

15:02:07  5  do something for you with the heat -- or with the cold, I

15:02:10  6  should say, the temperature.

15:02:20  7              Redirect.

15:02:20  8      **MR. DUPLANTIER:**  Thank you.

15:02:20  9                    **REDIRECT EXAMINATION**

15:02:21  10  BY MR. DUPLANTIER:

15:02:22  11  Q.   I'm going to be very brief with you, Mr. Geary.

15:02:29  12      Mr. Meunier asked you about the SGS inspections of

15:02:37  13  the Indonesian board.  Do you recall that?

15:02:40  14  A.   Yes, I do.

15:02:48  15  Q.   You imported two different types of board in 1999 and

15:02:52  16  2000.  Is that my understanding?

15:02:53  17  A.   That is correct.

15:02:54  18  Q.   You had SGS perform services with regard to one of

15:02:58  19  those --

15:02:58  20      **MR. MEUNIER:**  Your Honor, I would rather him not lead

15:03:01  21  the witness at this point.

15:03:04  22      **MR. DUPLANTIER:**  I apologize, Judge.

15:03:04  23      **THE COURT:**  Agreed.

15:03:05  24  BY MR. DUPLANTIER:

15:03:05  25  Q.   What did SGS do with regard to those two transactions for

**JIM GEARY - REDIRECT**

15:03:09  1    you?

15:03:10  2    **A.**   They were doing inspections for our normal concerns or

15:03:13  3    issues, that being paper peel, bubbles, dimensional cracking,

15:03:19  4    peeling, etc.

15:03:21  5    **Q.**   Did they do that with regard to both transactions?

15:03:26  6    **A.**   *Both transactions* meaning the Boral and then the SGT?

15:03:37  7    **Q.**   Yes.

15:03:38  8    **A.**   SGT, which manufactured the Elephant Board, we did not use

15:03:42  9    their services.

15:03:45  10   **Q.**   Did you have any problems with the sulfur content of the

15:03:49  11   Elephant Board or the Indonesian board?

15:03:53  12   **A.**   No, we did not.

15:03:54  13   **Q.**   Has the company in its history, other than the Knauf

15:04:01  14   Tianjin board and the Taishan board, has it ever had an

15:04:05  15   experience where the chemical makeup of drywall was defective?

15:04:10  16   **A.**   No.

15:04:10  17   **Q.**   As someone who has worked in the industry for 20 plus

15:04:13  18   years, have you ever heard of any manufacturer around the world

15:04:19  19   testing drywall for its chemical composition looking for the

15:04:24  20   sulfur content?

15:04:25  21   **A.**   In over 30 years, no.

15:04:29  22   **Q.**   Sorry.  I'm a lawyer, not a mathematician.

15:04:32  23            What is Guardian Supply?

15:04:34  24   **A.**   Guardian Supply is a large distribution company.

15:04:38  25   **Q.**   What is Stock Supply?

JIM GEARY - REDIRECT

15:04:40   1    A.    The same thing, kind of like -- Stock would be comparable

15:04:44   2    to, say, an 84 Lumber, I think people around here would

15:04:49   3    understand.

15:04:49   4    Q.    What is Banner Supply?

15:04:51   5    A.    Banner Supply is a company in South Florida that would be

15:04:55   6    very comparable to what our company is, that being a

15:05:00   7    distributor of building materials.

15:05:02   8    Q.    Did you become aware at some point in time that those

15:05:06   9    companies had done business with Metro Resources?

15:05:09   10   A.    Yes, I did.

15:05:12   11   Q.    Did you know, at the time that you had entered into the

15:05:14   12   contract with Metro Resources, that some of those companies had

15:05:18   13   already done business with Metro Resources?

15:05:19   14   A.    Yes, I did.

15:05:21   15   Q.    Do you know how many sheets approximately those companies

15:05:23   16   were importing?

15:05:25   17   A.    I've heard large numbers bantered about, so I'm really not

15:05:31   18   sure at the end of the day what the final number was, but it

15:05:33   19   was millions of pieces.

15:05:35   20          MR. DUPLANTIER:  Lori, can you pull up 353, please.

15:05:38   21   BY MR. DUPLANTIER:

15:05:40   22   Q.    Mr. Meunier had you focus on the second paragraph of David

15:05:49   23   Zhang's e-mail from November of 2006.  Let's focus on the first

15:05:53   24   paragraph.

15:05:53   25          What was Mr. Zhang reporting to you on November 30,

**JIM GEARY - REDIRECT**

15:05:57  1  2006, with regard to his relationship with Stock Supply and

15:06:03  2  Guardian Supply?

15:06:05  3  **A.**   Well, that he had shipped -- or handled transactions for

15:06:09  4  shipment of a large amount of material for those entities.

15:06:15  5  **Q.**   And what did those companies indicate they had found with

15:06:19  6  regard to the drywall that they had bought from Metro

15:06:22  7  Resources?

15:06:24  8  **A.**   I'm sorry.  Repeat the question.

15:06:25  9  **Q.**   What had those companies found with regard to the Tai'an

15:06:28  10 board that Mr. Zhang was reporting to you?

15:06:33  11 **A.**   My appreciation or understanding was they had brought a

15:06:36  12 lot of material in and had no issues, really, whatsoever.

15:06:47  13 **Q.**   When you were communicating with Mr. Zhang, did you come

15:06:50  14 to understand what he meant by *quality* when he was comparing

15:06:53  15 the quality of the Taishan board to the quality of domestic

15:06:58  16 board?

15:07:02  17 **A.**   Again, he spoke broken English, so you had to try and look

15:07:05  18 at what he was saying and try and put it into context.  So

15:07:09  19 *quality* to him could be, as I mentioned earlier, weight.

15:07:17  20 **Q.**   Mr. Meunier also made an issue with regard to the

15:07:20  21 Dun & Bradstreet report, that we did not get that until May of

15:07:24  22 2006.

15:07:25  23         When you signed the contract with Metro, did you pay

15:07:29  24 them that day?

15:07:31  25 **A.**   No, I did not.  You don't pay until you receive the

JIM GEARY - REDIRECT

15:07:34  1   material.

15:07:36  2          MR. DUPLANTIER:  Lori, can you pull up page 3 of

15:07:39  3   Exhibit 8, please.

15:07:49  4              This is an exhibit that's already been admitted,

15:07:50  5   Your Honor.

15:07:51  6   BY MR. DUPLANTIER:

15:07:51  7   Q.   What is the date of this letter from Whitney National

15:07:53  8   Bank?

15:07:56  9   A.   July 16 -- July 18.  Pardon me.

15:08:00  10  Q.   What is taking place in July of 2006?

15:08:07  11  A.   What is taking place is -- I'm sorry.  Can I see the whole

15:08:23  12  thing?

15:08:27  13  Q.   Yes.  This is the first time that funds are being

15:08:38  14  transferred on behalf of Interior Exterior?

15:08:41  15  A.   That's correct.

15:08:45  16  Q.   So in the intervening two months between May of 2006 and

15:08:51  17  July of 2006, did any information come to your attention that

15:08:55  18  made you doubt the capacity of Metro Resources to complete the

15:09:02  19  deal in accordance with the terms of your contract?

15:09:04  20  A.   No, nothing.

15:09:06  21  Q.   And, in fact, the board did not come in until later; is

15:09:09  22  that correct?

15:09:10  23  A.   Yeah, that's correct.  You know, actually, Metro

15:09:15  24  Resources -- or I should say, we had to make an amendment to a

15:09:21  25  letter of credit because the material coming in came past the

**JIM GEARY - REDIRECT**

15:09:25  1   date of what they call the date of expiry.  So we could have

15:09:30  2   voided the contract out and not received the material.  I made

15:09:36  3   the decision to go ahead and receive the material anyway,

15:09:40  4   because I just thought that was the right thing to do.

15:09:43  5   **Q.**   When the material arrived at the doorsteps of

15:09:45  6   Interior Exterior, what did the company do?

15:09:49  7   **A.**   When it came to the warehouse, we unloaded the containers

15:09:51  8   and put it into our warehouse.  And then as soon as we could,

15:09:55  9   we shipped it out to our customers.

15:09:58  10  **Q.**   Did the material undergo a quality analysis when it

15:10:01  11  arrived at the warehouse?

15:10:05  12  **A.**   It was unloaded by our people with our observations and it

15:10:10  13  was taken into our warehouse, so we had a lot of hands on it, a

15:10:13  14  lot of people who deal with drywall every day.

15:10:16  15  **Q.**   What were they looking for at that time?

15:10:19  16  **A.**   They were looking for, as we said before, all the typical

15:10:22  17  things, the cracking, the peeling, the bubbles, etc.

15:10:26  18  **Q.**   Did you have any reason to ask them to look for the sulfur

15:10:30  19  content of the drywall when it arrived?

15:10:32  20  **A.**   Absolutely not.

15:10:33  21  **Q.**   Why is that?

15:10:36  22  **A.**   It is something we had never dreamed of or heard of, or

15:10:40  23  nobody has ever -- in my 31 years, it's never been brought up

15:10:44  24  at all.

15:10:45  25       **MR. DUPLANTIER:**  Thank you, Mr. Geary.

HOURLY TRANSCRIPT

| | | |
|---|---|---|
| 15:10:46 | 1 | **THE COURT:**  You're excused.  Thank you, sir. |
| 15:10:48 | 2 | Let me see counsel on logistics. |
| 15:10:55 | 3 | (Conference at bench outside the presence of the |
| 15:11:00 | 4 | court reporter.) |
| 15:13:34 | 5 | **THE COURT:**  Call your next witness, please. |
| 15:13:37 | 6 | Members of the jury, just logistic-wise, the |
| 15:13:41 | 7 | lawyers are talking to me. |
| 15:13:43 | 8 | Because of all of their good work, we have been |
| 15:13:46 | 9 | able to shorten the trial to get enough to you that you can |
| 15:13:49 | 10 | make your decision; and we are trying to get the case to you |
| 15:13:53 | 11 | hopefully by Monday.  They are going to do everything they can |
| 15:13:59 | 12 | to finish up tomorrow with the witnesses; and then Monday, |
| 15:14:06 | 13 | hopefully, we will have then closing argument.  We may spill |
| 15:14:13 | 14 | over for the witnesses into Monday.  I'm not sure yet, but |
| 15:14:16 | 15 | that's what we are trying to do. |
| 15:14:19 | 16 | Let's call your next witness. |
| 15:14:20 | 17 | **MR. DUPLANTIER:**  The defendants call Don Joseph, |
| 15:14:22 | 18 | Your Honor. |
| 15:14:26 | 19 | **THE COURT:**  Don Joseph. |
| 15:14:28 | 20 | Marshal, do you want to get Mr. Joseph. |
| 15:14:50 | 21 | Come on in, sir, and take the stand. |
| 15:14:53 | 22 | **DON JOSEPH,** |
| 15:14:53 | 23 | having been duly sworn, testified as follows: |
| 15:14:56 | 24 | **THE DEPUTY CLERK:**  State your full name and correct |
| 15:14:56 | 25 | spelling for the record, please. |

| | | |
|---|---|---|
| 15:15:16 | 1 | **THE WITNESS:**  My name is Don Michelle Joseph, D-O-N, |
| 15:15:20 | 2 | M-I-C-H-E-L-L-E, J-O-S-E-P-H. |
| 15:15:25 | 3 | **DIRECT EXAMINATION** |
| 15:15:28 | 4 | BY MR. DUPLANTIER: |
| 15:15:29 | 5 | **Q.**   Good afternoon, Mr. Joseph.  It's nice to see you again. |
| 15:15:32 | 6 | Can you tell the jury just a little bit about -- who do you |
| 15:15:36 | 7 | work for? |
| 15:15:36 | 8 | **A.**   Interior Exterior Building Supply. |
| 15:15:38 | 9 | **Q.**   Where do you live? |
| 15:15:40 | 10 | **A.**   I live here in the city of New Orleans.  Do you want the |
| 15:15:43 | 11 | address? |
| 15:15:43 | 12 | **Q.**   Yes, sir. |
| 15:15:44 | 13 | **A.**   9807 East Rockton Circle, New Orleans, Louisiana. |
| 15:15:50 | 14 | **Q.**   How long have you been with Interior Exterior? |
| 15:15:52 | 15 | **A.**   I've been with Interior Exterior for seven years now. |
| 15:15:56 | 16 | **Q.**   What do you do for them? |
| 15:15:58 | 17 | **A.**   I'm the warehouse manager. |
| 15:16:00 | 18 | **Q.**   At what location? |
| 15:16:01 | 19 | **A.**   Here in New Orleans. |
| 15:16:03 | 20 | **Q.**   Have you also assisted other warehouse operations |
| 15:16:07 | 21 | post-Katrina? |
| 15:16:09 | 22 | **A.**   Yes. |
| 15:16:10 | 23 | **Q.**   What warehouse was that? |
| 15:16:12 | 24 | **A.**   Over in Mandeville. |
| 15:16:14 | 25 | **Q.**   Tell the jury what you did before you went to work for |

**DON JOSEPH - DIRECT**

15:16:16  1   Interior Exterior.
15:16:17  2   **A.**   Prior to working for Interior Exterior, I worked at
15:16:23  3   Gats Masonry, which is a brick company, as the warehouse
15:16:27  4   manager.  Before that, Reilly Benton, which was also in that
15:16:34  5   capacity as a warehouse manager, insulation company.  Basically
15:16:38  6   we did insulation.  We did production on insulation for the
15:16:52  7   marine industry.
15:16:52  8   **Q.**   Let's go back to your duties with Interior Exterior.
15:16:58  9            As the warehouse manager, what is your job?
15:17:01 10   **A.**   It entails a lot.  Pretty much warehouse work, shipping
15:17:05 11   and receiving of goods, getting the product in, inventory,
15:17:11 12   making sure the product is what they say it is, based on what
15:17:17 13   the bill of lading or the paperwork that comes in on the
15:17:20 14   invoices, verifying the totals of the product.  I do hiring,
15:17:31 15   also disciplinary.  Basic warehouse work is what I do.
15:17:39 16   **Q.**   How many employees do you have -- or let's talk about in
15:17:43 17   2006.  How many employees worked under you?
15:17:47 18   **A.**   In 2006, I would say approximately 24 employees, 20 to 24,
15:17:53 19   roughly about like that.
15:17:55 20   **Q.**   What are their job duties generally, the employees who
15:17:58 21   report to you?
15:17:59 22   **A.**   Okay.  We have truck drivers.  Of course, they do the
15:18:05 23   delivery of the materials, whatever the product is, whether
15:18:08 24   it's drywall or insulation, metal products.  There are helpers
15:18:17 25   for each truck.  They assist the drivers getting the product

**DON JOSEPH - DIRECT**

15:18:23    1   into a location, be it residential or a commercial building.

15:18:30    2          Then we also have the warehouse guys.  They load the

15:18:34    3   trucks.  They help with customer service.  They do the

15:18:38    4   receiving as well as maintain -- or maintenance of the

15:18:43    5   warehouse on a daily basis.

15:18:45    6   Q.   Do you also have customer contact on occasion?

15:18:50    7   A.   Yes, I do.

15:18:51    8   Q.   In what context would you have contact with customers?

15:18:55    9   A.   Usually it's with the scheduling of deliveries.  That's

15:19:01   10   the normal day.  If there are, of course, any problems with a

15:19:07   11   delivery, problems with personnel via the drivers or the

15:19:13   12   helpers, if a delivery is late, if a delivery is put off,

15:19:21   13   postponed for whatever reason.

15:19:25   14          Of course, sometimes if there is a customer complaint

15:19:29   15   about something being delivered, quantity, quality, those type

15:19:34   16   things like that.

15:19:34   17   Q.   So if there's a quality problem with a product that's been

15:19:37   18   delivered, customers have access to you?

15:19:42   19   A.   Yes.  My name is on the -- I have business cards stating

15:19:47   20   as the warehouse manager.  My drivers have my card.  Usually

15:19:51   21   they will give the card to the customer or sometimes they will

15:19:55   22   just dial the number themselves and the customer will speak

15:19:58   23   with me.

15:19:59   24   Q.   You're responsible for when new goods -- are you

15:20:05   25   responsible when the new goods come into the warehouse and are

**DON JOSEPH - DIRECT**

| | | |
|---|---|---|
| 15:20:09 | 1 | going to be put into stock? |
| 15:20:10 | 2 | **A.**   Yes. |
| 15:20:10 | 3 | **Q.**   Is that part of your job? |
| 15:20:12 | 4 | **A.**   Yes. |
| 15:20:12 | 5 | **Q.**   Do you recall the time period when Interior Exterior was |
| 15:20:15 | 6 | receiving Chinese drywall that they were going to be selling to |
| 15:20:19 | 7 | customers? |
| 15:20:19 | 8 | **A.**   Yes.  That was right after Katrina. |
| 15:20:23 | 9 | **Q.**   Do you recall whether there were one or two brands of |
| 15:20:26 | 10 | Chinese drywall?  Can you recall? |
| 15:20:28 | 11 | **A.**   Yes.  I can recall Knauf being one.  And I can't remember |
| 15:20:34 | 12 | the name of the other, but I do know that there were two. |
| 15:20:37 | 13 | **Q.**   Did they come delivered differently?  Did they come |
| 15:20:42 | 14 | delivered the same way?  Or were they handled a little bit |
| 15:20:46 | 15 | differently when they came in? |
| 15:20:47 | 16 | **A.**   When they came in, you mean delivered -- |
| 15:20:48 | 17 | **Q.**   The Knauf and the other brand. |
| 15:20:50 | 18 | **A.**   No.  They came in by way of, I guess, crates from the |
| 15:20:58 | 19 | wharf. |
| 15:20:59 | 20 | **Q.**   Which ones came in by crates by way of the wharf?  Which |
| 15:21:02 | 21 | ones came in that way? |
| 15:21:06 | 22 | **A.**   I would say probably the Knauf. |
| 15:21:10 | 23 | **Q.**   Did you also -- were you also responsible for receiving |
| 15:21:12 | 24 | the containers of the drywall that came in? |
| 15:21:14 | 25 | **A.**   Yes, I was. |

**DON JOSEPH - DIRECT**

15:21:17  1   **Q.**   Were you the person -- were you present when that drywall
15:21:22  2   arrived at the warehouse?
15:21:23  3   **A.**   Yes, I was.
15:21:25  4   **Q.**   Were you performing any assessment of the condition of
15:21:28  5   that drywall as it came in?
15:21:31  6   **A.**   Looked at it only because it came from someone that I
15:21:36  7   wasn't familiar with.  We have regular companies on a daily
15:21:40  8   basis that deliver, and so this was just something different
15:21:43  9   only in name.  So, you know, just curious only because it said
15:21:52  10  that this was coming from overseas, and that was it.
15:21:54  11  **Q.**   Did you do an assessment of the condition of the drywall
15:21:58  12  when it arrived at the warehouse?
15:21:59  13  **A.**   Yeah, I looked at it.  Pretty much 12-foot in length,
15:22:05  14  half-inch in thickness, just verifying that it was the same
15:22:10  15  thing before we would ship it out.
15:22:12  16  **Q.**   Do you recall whether or not it appeared to be any
15:22:17  17  different than domestic drywall, when it arrived, in its
15:22:20  18  appearance?
15:22:22  19  **A.**   I do not recall it looking any different.  Like I said,
15:22:30  20  12-foot, half, I knew what we were getting.  I looked at it as
15:22:34  21  it was pulled off the truck or out of the containers; and then
15:22:38  22  we stacked it accordingly, two sides, like we do with all of
15:22:46  23  our materials.
15:22:46  24  **Q.**   What types of conditions are you looking for to assess the
15:22:49  25  drywall as it's coming into the warehouse?

**DON JOSEPH - DIRECT**

15:22:52  1  **A.**   Well, I want to make sure that it is what they say it is

15:22:57  2  as far as 12-foot, half -- 12-foot long, half-inch in

15:23:05  3  thickness; is the tape or labeling off or is it on both ends as

15:23:11  4  it comes in?  Pretty much if the board is straight.  And that's

15:23:18  5  the only way we are going to be able to stack it is if it's all

15:23:22  6  straight, nice, neat.

15:23:25  7       It also is a problem for me counting if there is any

15:23:29  8  problems with it as far as any kind of defective -- not only in

15:23:37  9  its appearance, but also whether there's any kind of bends or

15:23:40  10 curves or warped or anything like that, then we can't stack it

15:23:45  11 as high as we do.

15:23:46  12 **Q.**   Are you assessing it for cracks or breaks in its

15:23:50  13 condition?

15:23:51  14 **A.**   We would notice that right away if there was some.  I

15:23:58  15 can't recall of any cracks.  I mean, because of, I guess, the

15:24:03  16 distance that it had traveled, you might have maybe a couple

15:24:07  17 broken ends or something like that on an edge, which is normal.

15:24:11  18 We get that sometimes with the domestic drywall.  So that's not

15:24:17  19 out of the norm because of how much we handle.

15:24:23  20 **Q.**   When you received the drywall, were there ever any

15:24:26  21 instances where you noticed an unusual smell with regard to

15:24:30  22 either the Knauf drywall or the other drywall?

15:24:32  23 **A.**   No, never did.

15:24:35  24 **Q.**   When the containers arrived, were they closed?

15:24:37  25 **A.**   Yes.

**DON JOSEPH - DIRECT**

| | | |
|---|---|---|
| 15:24:38 | 1 | **Q.**   Were you present when those containers containing the |
| 15:24:41 | 2 | drywall were opened up? |
| 15:24:42 | 3 | **A.**   Yes.  In fact, several times I opened them myself. |
| 15:24:46 | 4 | **Q.**   Did you ever notice an unusual smell coming from those |
| 15:24:51 | 5 | sheets of drywall? |
| 15:24:52 | 6 | **A.**   No, I did not. |
| 15:24:54 | 7 | **Q.**   Did you ever have a customer complain to you about the |
| 15:24:57 | 8 | unusual smells coming from the drywall? |
| 15:24:59 | 9 | **A.**   No, I did not. |
| 15:25:01 | 10 | **Q.**   Did you ever have a driver complain to you about the |
| 15:25:04 | 11 | smells coming from the drywall? |
| 15:25:06 | 12 | **A.**   No, I did not. |
| 15:25:06 | 13 | **Q.**   Are you aware there are certain times where certain |
| 15:25:09 | 14 | customers ask for no imported board or no Knauf board? |
| 15:25:13 | 15 | **A.**   Yes.  Sometimes it would be on one of our shipping tickets |
| 15:25:18 | 16 | where they would say something to the effect, No Chinese |
| 15:25:22 | 17 | drywall, or something like that.  So, yes, I'm familiar with |
| 15:25:28 | 18 | that. |
| 15:25:29 | 19 | **Q.**   Have you had other instances -- before this happened, have |
| 15:25:33 | 20 | you had other instances where customers specify the type of |
| 15:25:38 | 21 | product they want? |
| 15:25:39 | 22 | **A.**   Oh, yes, all the time.  You mean prior to Katrina? |
| 15:25:43 | 23 | **Q.**   Correct. |
| 15:25:44 | 24 | **A.**   Yes, all the time. |
| 15:25:45 | 25 | **Q.**   What is your understanding as to how that happens and why |

**DON JOSEPH - DIRECT**

| | | |
|---|---|---|
| 15:25:48 | 1 | that process happens? |
| 15:25:49 | 2 | **A.**   You want me to give you the short version?  It's really |
| 15:25:54 | 3 | what a customer is familiar with.  As I told the attorney |
| 15:26:00 | 4 | before, years ago I used to have a painting business, and I |
| 15:26:05 | 5 | only wanted to use one brand, even though sometimes a customer |
| 15:26:09 | 6 | would request a certain brand than what I was familiar with. |
| 15:26:13 | 7 | What worked for me, if I could match the color, that's what I |
| 15:26:18 | 8 | wanted to use.  It didn't make anything else wrong, but it was |
| 15:26:23 | 9 | what I was familiar with. |
| 15:26:24 | 10 |         And there are a lot of customers the same way.  They |
| 15:26:26 | 11 | want to use one brand, and they want to stick to that brand. |
| 15:26:29 | 12 | Like in my case, whatever they've had success with in the past. |
| 15:26:34 | 13 | **Q.**   Do you know why some of the customers did not like the |
| 15:26:38 | 14 | Chinese drywall? |
| 15:26:40 | 15 | **A.**   I'm not sure why.  It was just -- I guess, again, it was |
| 15:26:50 | 16 | something that they were comfortable with and so that's what |
| 15:26:52 | 17 | they wanted. |
| 15:26:52 | 18 | **Q.**   Did you ever receive any complaints of it being heavy? |
| 15:26:55 | 19 | **A.**   From a couple of my drivers, a couple of the helpers, yes. |
| 15:26:59 | 20 | **Q.**   Any other complaints about the drywall, the Chinese |
| 15:27:01 | 21 | drywall? |
| 15:27:02 | 22 | **A.**   Only coming from my drivers that would actually carry the |
| 15:27:08 | 23 | drywall into the house. |
| 15:27:12 | 24 | **Q.**   They complained about it being heavier than domestic |
| 15:27:14 | 25 | drywall? |

DON JOSEPH - DIRECT

| | |
|---|---|
| 15:27:15 | 1 |
| 15:27:17 | 2 |
| 15:27:20 | 3 |
| 15:27:22 | 4 |
| 15:27:26 | 5 |
| 15:27:27 | 6 |
| 15:27:34 | 7 |
| 15:27:42 | 8 |
| 15:27:48 | 9 |
| 15:27:52 | 10 |
| 15:27:58 | 11 |
| 15:28:01 | 12 |
| 15:28:03 | 13 |
| 15:28:05 | 14 |
| 15:28:06 | 15 |
| 15:28:08 | 16 |
| 15:28:13 | 17 |
| 15:28:15 | 18 |
| 15:28:20 | 19 |
| 15:28:21 | 20 |
| 15:28:21 | 21 |
| 15:28:22 | 22 |
| 15:28:25 | 23 |
| 15:28:28 | 24 |
| 15:28:34 | 25 |

**A.**   Yeah.  They would say, Oh, man, this stuff is a little bit heavier than the regular stuff.

That's pretty much how they would say it.

**Q.**   When you got an invoice that had a preference on it, what would you do?

**A.**   Oh, we would send out whatever the customer requested, if we had the material in.  There were occasions we did not have the brand they were asking for, so we would let them know what we had in stock.  And based on what they told us, if they said, Well, you know what?  I will wait until you get this brand in, or perhaps we would list something and they would say, Oh, okay, I will take that.

There were occasions I said, Well, what we have is the Chinese drywall.

They said, Well, send what you have.

So that's what we sent.  But it was always based on what the customer -- it was the customer's decision.

**Q.**   Well, let me make sure that I understand.  Do you actually speak to the customers?

**A.**   Yes.

**Q.**   What would you do?

**A.**   I would call the customer.  If we did not have the brand that they were asking for, I would call the -- either myself or my assistant, Joe, would call the customer and say, Look, I know you're asking for this, but we don't have this in.  This

**DON JOSEPH - DIRECT**

15:28:38  1   is what we have.  We do have something -- your brand coming in,

15:28:43  2   based on our schedule as to what invoices are saying what's

15:28:50  3   going to appear.

15:28:50  4        But in most cases, like everyone after Katrina, they

15:28:55  5   just wanted the sheetrock.  So when it came down to making that

15:29:02  6   final decision, they would say, Well, send what you have.

15:29:04  7   Q.   But you personally called them?

15:29:05  8   A.   Yes.  I still call customers to this day.

15:29:09  9   Q.   Are you also responsible for accepting returns of products

15:29:13  10  at the warehouse?

15:29:13  11  A.   Yes.  Yes.

15:29:14  12  Q.   How does that process work?

15:29:16  13  A.   If there's a complaint about what might be defective --

15:29:25  14  and we have had some board, domestic board, that may have had a

15:29:32  15  warp in it or it might seem like there's some sort of crack in

15:29:37  16  it or something like that -- you know, we basically said, Okay.

15:29:41  17  You know what?  We'll pick it up.

15:29:43  18       Now, many times they will ask if someone would come

15:29:47  19  and see it.  So it would really be up to the salesperson who

15:29:52  20  wrote the ticket up.  But there would be times when the

15:29:55  21  salesperson couldn't get to them, maybe they were on vacation,

15:29:59  22  maybe they were out seeing someone else, and so I would go out

15:30:02  23  and check it.  Whenever there was a complaint, I mean, if we

15:30:07  24  can just replace board, if that's just a matter of it,

15:30:10  25  replacing it, we replace it.

DON JOSEPH - DIRECT

15:30:13  1   **Q.**   Did you ever get requests for the Chinese board to be
15:30:17  2   returned because it was defective?
15:30:19  3   **A.**   No.
15:30:22  4        **MR. DUPLANTIER:**  Thank you, Mr. Joseph.  I appreciate
15:30:23  5   your time today.
15:30:25  6                    **CROSS-EXAMINATION**
15:30:31  7   **BY MR. MEUNIER:**
15:30:32  8   **Q.**   Good afternoon, Mr. Joseph.
15:30:33  9   **A.**   Good afternoon.
15:30:34  10  **Q.**   I'm Jerry Meunier.  I represent the plaintiffs.  I don't
15:30:35  11  believe we have met before.
15:30:37  12  **A.**   No, we haven't.
15:30:37  13  **Q.**   You had no prior experience in the drywall or gypsum
15:30:41  14  drywall industry when you were hired by Interior Exterior to
15:30:45  15  work in their warehouse as manager?
15:30:47  16  **A.**   No, I did not.
15:30:50  17  **Q.**   After you were hired, you didn't receive any formal
15:30:52  18  training from them regarding the properties of drywall, did
15:30:54  19  you?
15:30:55  20  **A.**   The properties?
15:30:56  21  **Q.**   Yes.
15:30:57  22  **A.**   No.
15:31:04  23  **Q.**   Before you went to work for Interior Exterior, did you
15:31:05  24  know how drywall was made?
15:31:07  25  **A.**   Not really.

**DON JOSEPH - CROSS**

| | | |
|---|---|---|
| 15:31:08 | 1 | **Q.**   Did you know that gypsum was the raw material for drywall? |
| 15:31:11 | 2 | **A.**   No. |
| 15:31:11 | 3 | **Q.**   Did you know anything about the importance of keeping |
| 15:31:15 | 4 | sulfur separate from gypsum in the making of drywall? |
| 15:31:18 | 5 | **A.**   No. |
| 15:31:21 | 6 | **Q.**   Do you know anything about this as you sit here today? |
| 15:31:25 | 7 | **A.**   Still, not really.  It really doesn't involve what I do. |
| 15:31:29 | 8 | **Q.**   Right.  That's not part of quality controls at the |
| 15:31:32 | 9 | warehouse? |
| 15:31:34 | 10 | **A.**   Exactly. |
| 15:31:37 | 11 | **Q.**   You have no training at all on ASTM standards for drywall, |
| 15:31:39 | 12 | do you? |
| 15:31:39 | 13 | **A.**   No, I do not. |
| 15:31:45 | 14 | **Q.**   As the warehouse manager for Interior Exterior, do you |
| 15:31:52 | 15 | handle any drywall quality issues other than physical damage to |
| 15:31:58 | 16 | the boards themselves? |
| 15:32:01 | 17 | **A.**   No, I don't. |
| 15:32:04 | 18 | **Q.**   As I appreciate it, you were the only individual in the |
| 15:32:07 | 19 | entire warehouse -- you work in the New Orleans warehouse? |
| 15:32:10 | 20 | **A.**   Yes. |
| 15:32:10 | 21 | **Q.**   You are the only guy in the entire warehouse who has any |
| 15:32:15 | 22 | quality control responsibility at all? |
| 15:32:16 | 23 | **A.**   Not necessarily.  As we unload trucks, sometimes I'm |
| 15:32:24 | 24 | called to come and check out a board that's coming off the |
| 15:32:29 | 25 | truck as to -- it might look like, you know, something is wrong |

DON JOSEPH - CROSS

| | | |
|---|---|---|
| 15:32:36 | 1 | with it, let's say if it's warped or -- you know, let's say if |
| 15:32:40 | 2 | my driver -- I'm sorry -- the unloader is unloading the truck |
| 15:32:43 | 3 | and now he is stacking it, and let's say he is stacking it |
| 15:32:49 | 4 | against, in this case, Chinese next to domestic. |
| 15:32:53 | 5 | We put it all in one spot.  We put it by size, not by |
| 15:32:58 | 6 | brand.  So let's say if it's little longer or it's a little |
| 15:33:05 | 7 | wider, or as we stack it -- and in this case it's 34 sheets per |
| 15:33:11 | 8 | lift -- if it's a little taller, he would bring that to my |
| 15:33:14 | 9 | attention.  So everyone or just -- or on a normal basis, |
| 15:33:18 | 10 | material comes in.  Sometimes the telling sign is if a crate is |
| 15:33:24 | 11 | damaged, the exterior.  We open it up.  We want to see if |
| 15:33:28 | 12 | there's some damage to the actual material. |
| 15:33:34 | 13 | So everyone in the warehouse is involved in the |
| 15:33:38 | 14 | quality control issues as it comes in. |
| 15:33:42 | 15 | **Q.**   But you're the ultimate guy in charge of quality control |
| 15:33:45 | 16 | at the warehouse? |
| 15:33:46 | 17 | **A.**   I'll make a decision as to whether we keep it or not. |
| 15:33:49 | 18 | **Q.**   And the only thing you are inspecting for, Mr. Joseph, is |
| 15:33:53 | 19 | physical damage to the board? |
| 15:33:55 | 20 | **A.**   Yes. |
| 15:33:55 | 21 | **Q.**   You're not inspecting for anything dealing with the actual |
| 15:34:00 | 22 | quality of the core ingredient of gypsum? |
| 15:34:04 | 23 | **A.**   No. |
| 15:34:04 | 24 | **Q.**   There's no one in the warehouse that's doing that? |
| 15:34:06 | 25 | **A.**   No. |

**DON JOSEPH - CROSS**

| | | |
|---|---|---|
| 15:34:06 | 1 | **Q.**   If you don't sense it's defective in terms of it being a |
| 15:34:11 | 2 | problem with physical damage, it leaves the warehouse and heads |
| 15:34:15 | 3 | to the customer? |
| 15:34:16 | 4 | **A.**   It leaves the warehouse, yes. |
| 15:34:17 | 5 | **Q.**   I'm glad you mentioned before about how you stack things. |
| 15:34:20 | 6 | Because it is true, isn't it, that Interior Exterior took the |
| 15:34:25 | 7 | Chinese drywall and mixed it up with the domestic drywall?  You |
| 15:34:28 | 8 | didn't keep it separate? |
| 15:34:30 | 9 | **A.**   No. |
| 15:34:30 | 10 | **Q.**   When you sold it to the customer, it was -- whatever that |
| 15:34:33 | 11 | batch was, it could be a mixture of Chinese, domestic -- a |
| 15:34:37 | 12 | customer didn't have one way or the other of knowing, right? |
| 15:34:40 | 13 | **A.**   When you say *mixture*, are you saying a mixture within the |
| 15:34:44 | 14 | lift of 34 pieces?  Because normally that's how a customer |
| 15:34:48 | 15 | would order it. |
| 15:34:49 | 16 | **Q.**   Right. |
| 15:34:50 | 17 | **A.**   Based on the quantities that we needed. |
| 15:34:54 | 18 | **Q.**   Right. |
| 15:34:54 | 19 | **A.**   So we wouldn't physically throw some in -- |
| 15:34:58 | 20 | **Q.**   You wouldn't shuffle the deck? |
| 15:35:00 | 21 | **A.**   No. |
| 15:35:00 | 22 | **Q.**   But the pallets, they are stacked next to one another. |
| 15:35:04 | 23 | And if a customer wants a certain quantity that blends two |
| 15:35:07 | 24 | different kinds domestic and Chinese, he is going to get that? |
| 15:35:12 | 25 | **A.**   If we needed to make up the amount? |

**DON JOSEPH - CROSS**

15:35:18  1    **Q.**    The amount the customer needs.

15:35:19  2    **A.**    Yes.

15:35:21  3            The standard practice is to give the customer one

15:35:24  4    brand when it goes out.  It's only in the case of if we don't

15:35:27  5    have enough of, let's say -- well, whatever brand.  If they

15:35:32  6    requested a brand or even if they requested just that physical

15:35:37  7    size in dimensions, the norm is to send one brand out --

15:35:45  8    **Q.**    Now --

15:35:46  9    **A.**    -- to make up the quantity.  If we don't have enough,

15:35:49  10   then, yes, we would send out the rest.

15:35:51  11   **Q.**    You will blend it.

15:35:52  12           If a customer makes no brand preference, you just

15:35:55  13   send what's next in line to go in that size?

15:35:58  14   **A.**    Yes.

15:35:58  15   **Q.**    So if a customer says nothing in terms of brand

15:36:07  16   preference, he may well get Chinese drywall?

15:36:07  17   **A.**    Yes.

15:36:10  18   **Q.**    And not know it's Chinese because it's not mentioned

15:36:13  19   anywhere in the paper?

15:36:14  20   **A.**    Yes.

15:36:14  21   **Q.**    That's true, isn't it?

15:36:16  22   **A.**    Yes.

15:36:17  23   **Q.**    In the warehouse, do you keep material safety data sheets

15:36:19  24   on gypsum board, drywall?

15:36:21  25   **A.**    Not in my immediate area, but we do have it there and we

**DON JOSEPH - CROSS**

15:36:25  1    can basically go to the Web site and pull it for what we need.

15:36:29  2    **Q.**   Now, did you know there were two different kinds of

15:36:33  3    Chinese drywall that Interior Exterior was selling back in 2005

15:36:37  4    and 2006?

15:36:38  5    **A.**   You mean two different brands?

15:36:40  6    **Q.**   Two different manufacturers.

15:36:41  7    **A.**   Yes.  Yes.

15:36:42  8    **Q.**   KPT, or Knauf Plasterboard Tianjin, was one, right?

15:36:45  9    **A.**   Yes.

15:36:46  10   **Q.**   And Tai'an Taishan Plasterboard was the other?

15:36:49  11   **A.**   That's the other.

15:36:50  12   **Q.**   Did you ever see an MSDS for Tai'an Taishan plasterboard?

15:36:56  13   **A.**   No, I did not.

15:36:57  14   **Q.**   Did you ask for it?

15:36:58  15   **A.**   No, I did not.

15:37:02  16   **Q.**   Now, there did come a time in 2006 when you did begin

15:37:06  17   receiving customer-specific requests for no Chinese drywall,

15:37:11  18   right?

15:37:13  19   **A.**   Probably 2006, yes.

15:37:16  20   **Q.**   You would call those customers who said no Chinese drywall

15:37:18  21   and you would tell them nothing else was available?

15:37:22  22   **A.**   Yes, we would let them know that we didn't have any of the

15:37:26  23   domestic board, all we had in stock was the Chinese drywall.

15:37:30  24   And so it was up to them to make that decision as to what they

15:37:36  25   wanted.

DON JOSEPH - CROSS

15:37:37  1   **Q.**   But when you contacted those customers who had said they
15:37:40  2   didn't want Chinese drywall, it's true, isn't it, that you
15:37:44  3   never asked them why they did not want the Chinese drywall?
15:37:50  4   **A.**   No.  No, because it wasn't a problem for me.  By that,
15:37:58  5   what I mean is that I wasn't aware that there was any problem
15:38:03  6   with it.  So not being aware that there was any problem with
15:38:07  7   it, if a customer just said it -- as I mentioned before, prior
15:38:12  8   to Katrina, we had customers -- and we still have customers
15:38:17  9   that prefer certain brands of board.  And we still make the
15:38:22  10  call to let those customers know that, We don't have the
15:38:25  11  product that you're asking for, name brand.  We do have, you
15:38:31  12  know, this brand.  What do you want to do?
15:38:35  13          And we will let them know when a truck is coming in
15:38:38  14  for that particular brand.
15:38:39  15  **Q.**   Yes, sir.  But I'm limiting my question right now to the
15:38:41  16  customers who would call and say, Do not send me Chinese
15:38:45  17  drywall.
15:38:46  18          If you made contact with them to say, Look, that's
15:38:49  19  all we have got, it was not the practice and procedure of
15:38:53  20  Interior Exterior when you were on the phone with that customer
15:38:57  21  to find out why that customer did not want Chinese drywall?
15:39:02  22  That question was never asked?
15:39:04  23  **A.**   I never asked that.
15:39:06  24  **Q.**   The reason you didn't ask it is because you thought that,
15:39:08  25  if you did ask, that would infer something was wrong with

DON JOSEPH - CROSS

15:39:12  1   Chinese drywall?
15:39:16  2   **A.**   Not for me not to ask it.  If that's what their preference
15:39:20  3   was, then that's their preference.
15:39:24  4   **Q.**   Yes, sir.  But do you remember testifying that you didn't
15:39:27  5   ask because that would infer that something was wrong with the
15:39:31  6   Chinese drywall?
15:39:33  7   **A.**   I may have -- I'm trying to think did I say exactly --
15:39:37  8   that's possible.  That's possible that I said that.  All I'm
15:39:40  9   saying is that I never questioned it.  I never questioned it as
15:39:45  10  to why they didn't want it, no.
15:39:49  11          **MR. MEUNIER:**  Just to clarify, I am going to show the
15:39:52  12  witness page 25, line 16 through 22 of the deposition.
15:40:00  13          **THE COURT:**  Read the question and the answer and then
15:40:02  14  ask the witness whether he actually -- whether you read it
15:40:07  15  accurately.
15:40:12  16  **BY MR. MEUNIER:**
15:40:13  17  **Q.**   Question beginning at line 16:
15:40:15  18          "QUESTION:  And you contacted some of these people
15:40:17  19          and asked why they didn't want the Chinese drywall, didn't
15:40:20  20          you?
15:40:21  21          "ANSWER:  Didn't ask them why they didn't.  I would
15:40:23  22          never contact them to ask them why they didn't want it.
15:40:27  23          That would infer that I thought something was wrong with
15:40:31  24          it."
15:40:32  25  **A.**   Okay.  Yes.

**DON JOSEPH - CROSS**

| | | |
|---|---|---|
| 15:40:33 | 1 | **Q.**   Is it true that the reason that you would never ask them |
| 15:40:35 | 2 | why they didn't want it is because you didn't want to give the |
| 15:40:39 | 3 | suggestion that something was wrong with Chinese drywall? |
| 15:40:43 | 4 | **A.**   I think that kind of twists it a little bit, but that's |
| 15:40:46 | 5 | what I said. |
| 15:40:46 | 6 | **Q.**   Is that your testimony today? |
| 15:40:49 | 7 | **A.**   That's my testimony, yes. |
| 15:40:51 | 8 | **Q.**   If I asked it that way today, would you give that same |
| 15:40:55 | 9 | answer today? |
| 15:40:56 | 10 | **A.**   Yeah.  I would say that same thing, not knowing that there |
| 15:40:59 | 11 | was anything wrong with it. |
| 15:41:14 | 12 | **Q.**   You don't remember, do you, Mr. Joseph, how many customers |
| 15:41:16 | 13 | called you saying they did not want Chinese drywall? |
| 15:41:21 | 14 | **A.**   No. |
| 15:41:22 | 15 | **Q.**   You did not keep a log or written record of any kind? |
| 15:41:26 | 16 | **A.**   No, I did not. |
| 15:41:28 | 17 | **Q.**   You were not required to by Interior Exterior? |
| 15:41:31 | 18 | **A.**   No. |
| 15:41:32 | 19 | **Q.**   You were not trained to do that by Interior Exterior? |
| 15:41:35 | 20 | **A.**   No. |
| 15:41:41 | 21 | **Q.**   Did you ever report to your supervisors at |
| 15:41:44 | 22 | Interior Exterior on the number of people who called saying |
| 15:41:46 | 23 | they didn't want Chinese drywall? |
| 15:41:48 | 24 | **A.**   Not on the number.  Just that this customer preferred not |
| 15:41:52 | 25 | to take any Chinese drywall. |

**DON JOSEPH - CROSS**

| | | |
|---|---|---|
| 15:41:58 | 1 | **Q.**   Yes, sir.  But was there some number, When I get to a |
| 15:42:02 | 2 | certain number of those calls, then I'm going to let my boss |
| 15:42:05 | 3 | know about it? |
| 15:42:06 | 4 |         Was there any kind of number in your mind where you |
| 15:42:10 | 5 | were going to report these calls? |
| 15:42:13 | 6 | **A.**   If it's one customer, I'll let my boss know.  If it's 10 |
| 15:42:19 | 7 | customers, I will let my boss know.  We need to know those |
| 15:42:24 | 8 | things.  So if there's -- like I say, if it's one customer, I |
| 15:42:29 | 9 | would let him know.  If it's 10, 20, I would let him know.  The |
| 15:42:34 | 10 | number didn't matter. |
| 15:42:34 | 11 | **Q.**   Yes, sir.  Then I'm a little confused.  Let's clarify. |
| 15:42:39 | 12 |         You did report up the line to your supervisors -- |
| 15:42:42 | 13 | **A.**   Yes. |
| 15:42:43 | 14 | **Q.**   -- on every call that came in saying a customer didn't |
| 15:42:45 | 15 | want Chinese drywall? |
| 15:42:46 | 16 | **A.**   Yes. |
| 15:42:47 | 17 | **Q.**   Is that your testimony? |
| 15:42:48 | 18 | **A.**   Uh-huh. |
| 15:42:49 | 19 | **Q.**   But you didn't keep count or a record anywhere, a written |
| 15:42:52 | 20 | record anywhere? |
| 15:42:53 | 21 | **A.**   No. |
| 15:42:53 | 22 | **Q.**   Have you ever seen any written records kept by your |
| 15:42:55 | 23 | supervisors or anyone in the organization on the number of |
| 15:43:00 | 24 | those calls or the dates of those calls? |
| 15:43:02 | 25 | **A.**   No. |

**DON JOSEPH - CROSS**

| | | |
|---|---|---|
| 15:43:15 | 1 | **Q.**   Was there ever even a discussion -- as the Chinese drywall |
| 15:43:18 | 2 | issues were becoming known, was there ever even a discussion |
| 15:43:24 | 3 | involving you and your supervisors to start keeping track of |
| 15:43:28 | 4 | people calling to say they didn't want Chinese drywall? |
| 15:43:31 | 5 | **A.**   No. |
| 15:43:43 | 6 | **Q.**   Now, you talked about the drivers complaining that the |
| 15:43:49 | 7 | Chinese drywall was heavy? |
| 15:43:51 | 8 | **A.**   It wasn't a complaint.  It's just a comment. |
| 15:43:53 | 9 | **Q.**   They reported that? |
| 15:43:54 | 10 | **A.**   Just a comment, yes.  I mean, my drivers say a lot of |
| 15:43:58 | 11 | things are heavy. |
| 15:44:04 | 12 | **Q.**   But they did report to you that the Chinese drywall was |
| 15:44:06 | 13 | heavy? |
| 15:44:07 | 14 | **A.**   Yeah, one or two.  And this wasn't something constant, it |
| 15:44:11 | 15 | was just something in passing. |
| 15:44:16 | 16 | **Q.**   And they reported to you that it was heavier-than-normal |
| 15:44:19 | 17 | drywall? |
| 15:44:19 | 18 | **A.**   They just used -- they just said it was heavy.  They |
| 15:44:23 | 19 | didn't say it was heavier-than-normal drywall.  They said, You |
| 15:44:27 | 20 | know what?  This stuff is heavy. |
| 15:44:30 | 21 | **Q.**   Do you remember in your deposition saying they complained |
| 15:44:34 | 22 | it was heavier? |
| 15:44:39 | 23 | **A.**   If I said *heavier*, then I said *heavier*.  I just recall -- |
| 15:44:43 | 24 | I can almost see the driver right now saying, Man, this stuff |
| 15:44:47 | 25 | is heavy.  Saying that to me. |

**DON JOSEPH - CROSS**

| | | |
|---|---|---|
| 15:44:49 | 1 | So if I used *heavier*, then *heavier* was the word that |
| 15:44:53 | 2 | I used. |
| 15:44:54 | 3 | **Q.**   In fact, not only did the drivers complain that the |
| 15:44:59 | 4 | Chinese drywall was heavier, they also complained it was |
| 15:45:03 | 5 | brittle? |
| 15:45:05 | 6 | **A.**   Yeah.  Once again, one or two drivers said that some of |
| 15:45:13 | 7 | the stuff -- yeah, it had kind of broken on the ends and stuff |
| 15:45:17 | 8 | like that. |
| 15:45:23 | 9 | **Q.**   You did replace some customers' Chinese drywall based on |
| 15:45:26 | 10 | the complaints of heaviness or brittleness? |
| 15:45:29 | 11 | **A.**   No, not heaviness or brittleness; if it was broken in the |
| 15:45:32 | 12 | delivery. |
| 15:46:03 | 13 | **Q.**   So the customers for whom you replaced the Chinese |
| 15:46:06 | 14 | drywall, that was not done because of complaints about being |
| 15:46:10 | 15 | heavy and brittle; it was based on some other complaint? |
| 15:46:14 | 16 | **A.**   If all of a sudden they saw it and said they didn't want |
| 15:46:18 | 17 | Chinese drywall and that was it. |
| 15:46:20 | 18 | **Q.**   But it was not because of heaviness or brittleness? |
| 15:46:23 | 19 | **A.**   No.  No.  The only reason you would know if it was brittle |
| 15:46:27 | 20 | is if, in the delivery, you know, maybe an end or a corner or |
| 15:46:33 | 21 | something like that was broken off.  You know, they hit a door |
| 15:46:38 | 22 | jamb or something like that.  How would you know if it's |
| 15:46:43 | 23 | brittle if you are not handling it or if it's not broken off? |
| 15:46:50 | 24 | **Q.**   Do you know why the customers for whom you switched out |
| 15:46:52 | 25 | domestic for Chinese after they got the Chinese -- do you know |

DON JOSEPH - CROSS

15:46:55    1    why they wanted it replaced?

15:46:57    2    **A.**    No.

15:46:59    3    **Q.**    So whether it was because of smell or some other problem,

15:47:02    4    you don't have any way of knowing?

15:47:04    5    **A.**    No.  No one ever mentioned to me anything about the smell

15:47:08    6    of it or anything like that.

15:47:10    7    **Q.**    But you don't know whether the customers you replaced the

15:47:12    8    domestic for the Chinese drywall asked that it be done because

15:47:17    9    of smell.  You don't know?

15:47:19   10    **A.**    No.

15:47:19   11    **Q.**    Am I right that even after you would replace some

15:47:23   12    customers' Chinese with domestic drywall, Interior Exterior

15:47:32   13    continued to sell Chinese drywall?

15:47:34   14    **A.**    Yes, uh-huh.

15:47:35   15              **MR. MEUNIER:**  Thank you.  No further questions.

15:47:37   16              **THE COURT:**  Any redirect?

15:47:38   17              **MR. DUPLANTIER:**  One or two questions.

15:47:39   18                        **REDIRECT EXAMINATION**

15:47:40   19    BY MR. DUPLANTIER:

15:47:40   20    **Q.**    Mr. Joseph, if you thought there was something wrong with

15:47:43   21    a piece of drywall, would it have left the warehouse?

15:47:46   22    **A.**    No, it would not.  As I mentioned before -- and I was

15:47:55   23    surprised, and I will say this again.

15:47:57   24              I was just surprised that I was never asked.  I

15:48:01   25    suffered a loss myself.  Total.  So everything everybody else

**DON JOSEPH - REDIRECT**

| | | |
|---|---|---|
| 15:48:06 | 1 | was getting I needed also.  My house, living in east |
| 15:48:13 | 2 | New Orleans, got totally destroyed.  I was held up because of |
| 15:48:17 | 3 | my electrician.  I know everybody had to deal with contractors. |
| 15:48:25 | 4 | My electrician kind of strung me along, so I could never get an |
| 15:48:30 | 5 | inspection -- |
| 15:48:32 | 6 | MR. MEUNIER:  Objection, it's not responsive. |
| 15:48:34 | 7 | THE COURT:  Mr. Joseph, let him ask a question. |
| 15:48:36 | 8 | Why don't you ask a question. |
| 15:48:38 | 9 | MR. DUPLANTIER:  No, he's answered the question now, |
| 15:48:38 | 10 | Judge.  The gentleman has a way of answering the question.  And |
| 15:48:40 | 11 | I think the point he is trying to make is that -- |
| 15:48:42 | 12 | MR. MEUNIER:  Well -- |
| 15:48:43 | 13 | MR. DUPLANTIER:  I'll ask it -- |
| 15:48:45 | 14 | BY MR. DUPLANTIER: |
| 15:48:47 | 15 | Q.   Would you have used the Chinese drywall that you were |
| 15:48:49 | 16 | selling to customers? |
| 15:48:50 | 17 | A.   I would have used it.  I was just as desperate as |
| 15:48:53 | 18 | everybody else to get the Chinese -- not the Chinese -- to get |
| 15:48:58 | 19 | the drywall for my house to be put back together, to get back |
| 15:49:02 | 20 | into my home. |
| 15:49:04 | 21 | Q.   Would you have used a product if you thought there was |
| 15:49:05 | 22 | something wrong with it? |
| 15:49:06 | 23 | A.   No, never.  I have a wife and kids. |
| 15:49:09 | 24 | MR. DUPLANTIER:  Thank you, Mr. Joseph. |
| 15:49:10 | 25 | THE COURT:  You are excused.  Thank you, Mr. Joseph. |

| | | |
|---|---|---|
| 15:49:14 | 1 | Call your next witness, Counsel. |
| 15:49:17 | 2 | MR. GRAU:  We are going to play the videotape |
| 15:49:20 | 3 | deposition of John Mezzenga. |
| 15:49:24 | 4 | THE COURT:  Will that end today? |
| 15:49:26 | 5 | MR. GRAU:  Yes, this will be the last thing.  And |
| 15:49:29 | 6 | it's about 45 minutes, Your Honor. |
| 15:49:30 | 7 | THE COURT:  Okay. |
| 15:49:30 | 8 | JOHN MEZZENGA, |
| 15:49:37 | 9 | having been duly sworn, testified by deposition as follows: |
| 15:49:37 | 10 | EXAMINATION |
| 15:49:37 | 11 | BY MR. GRAU: |
| 15:49:41 | 12 | Q.   Good morning, Mr. Mezzenga.  How are you? |
| 15:49:43 | 13 | A.   Good. |
| 15:49:44 | 14 | Q.   Are you originally from Minnesota? |
| 15:49:46 | 15 | A.   Yes. |
| 15:49:47 | 16 | Q.   Did you spend some time in New Orleans? |
| 15:49:49 | 17 | A.   Yes. |
| 15:49:50 | 18 | Q.   How long were you in New Orleans? |
| 15:49:52 | 19 | A.   Just about five years. |
| 15:49:55 | 20 | Q.   Where do you work now? |
| 15:49:58 | 21 | A.   I work for my dad, Mezco, Incorporated.  It's a family-run |
| 15:50:05 | 22 | construction company. |
| 15:50:06 | 23 | Q.   What type of construction work does Mezco do? |
| 15:50:09 | 24 | A.   We do mostly residential, remodeling of some new |
| 15:50:16 | 25 | construction, a little bit of light commercial construction, |

HOURLY TRANSCRIPT

JOHN MEZZENGA - EXAMINATION

15:50:18   1    mostly within the Minneapolis/St. Paul metro area.

15:50:24   2    Q.    How long have you worked with your dad?

15:50:27   3    A.    I worked for him before I moved down to New Orleans kind

15:50:29   4    of off and on, because he had been doing it for over 30 years.

15:50:33   5    But ever since I moved back from New Orleans, I have been

15:50:36   6    working for him ever since.  So that would be about 2 1/2 years

15:50:41   7    or so.

15:50:42   8    Q.    When did you move to New Orleans?

15:50:43   9    A.    I moved down to New Orleans in -- would have been in 2006;

15:50:50   10   July of 2006, I believe.

15:50:51   11   Q.    And when did you move back here?

15:50:53   12   A.    It would have been end of May, beginning of June 2010.

15:50:58   13   Q.    What did you do -- I guess you graduated in 2005.  And

15:51:04   14   between 2005 and when you moved to New Orleans in 2006, where

15:51:06   15   did you work?

15:51:07   16   A.    Right out of college I went to work for a company called

15:51:10   17   Stock Building Supply up here in Minnesota.  It was a manager

15:51:17   18   training program.  I worked in Minnesota as a manager trainee

15:51:22   19   for a year.

15:51:22   20          And then at the end of the year I took a position

15:51:25   21   as -- it wasn't exactly a clarified position, but it was in

15:51:31   22   New Orleans.  And I became an inventory control specialist for

15:51:36   23   Stock Building Supply in Metairie, Louisiana, their first store

15:51:41   24   after Katrina.

15:51:48   25   Q.    Did Stock in Minnesota basically sell the same products

JOHN MEZZENGA - EXAMINATION

15:51:54  1   that were sold from Stock in Metairie?

15:51:56  2   A.   No.  No, they did not.  It was quite a bit different

15:52:00  3   materials that they would sell, a lot more specialty, woodwork

15:52:05  4   and things like that in Minnesota.  And they build houses a

15:52:08  5   little bit differently in Minnesota, so it was a lot more stick

15:52:13  6   framing and less engineered products.

15:52:16  7   Q.   Let's focus, then, on Stock in Louisiana.  What building

15:52:19  8   supplies did Stock house?

15:52:21  9   A.   Everything you could think of.  Everything that you would

15:52:25  10  get from roofing material -- some roofing materials to lumber

15:52:30  11  to sheetrock to doors and -- not really windows, but doors and

15:52:37  12  millwork and things like that.

15:52:40  13  Q.   Did Stock in Minnesota also sell sheetrock?

15:52:44  14  A.   No, they did not.

15:52:48  15  Q.   Your first experience, then, from the -- on the retail

15:52:52  16  side with respect to sheetrock -- would have been working for

15:52:55  17  Stock in Louisiana?

15:52:57  18  A.   Well, Stock Building Supply in Minnesota didn't sell

15:53:01  19  sheetrock directly.  They subcontracted everything out to a

15:53:04  20  company called Tamarack.  So they dealt with deliveries, and I

15:53:09  21  think they pretty much lined up payment and everything through

15:53:14  22  them.  So I don't know if we were exactly -- how Stock was

15:53:16  23  affiliated with it.  But the first time actually selling it out

15:53:19  24  of the store was in Louisiana, correct.

15:53:24  25  Q.   Were you familiar, generally, with sheetrock before

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 15:53:26 | 1 | working for Stock? |
| 15:53:28 | 2 | A.   I was familiar with it but didn't know -- did not know |
| 15:53:34 | 3 | much about it until I had started selling it on a full-time |
| 15:53:37 | 4 | basis. |
| 15:53:38 | 5 | Q.   Did you -- was there any training or education that was |
| 15:53:43 | 6 | provided to you with respect to sheetrock when you went to work |
| 15:53:46 | 7 | for Stock? |
| 15:53:47 | 8 | A.   Yes.  The vendors would come in and they would do "Lunch |
| 15:53:52 | 9 | and Learns," they called them.  And they would go over new |
| 15:53:55 | 10 | products and answer any questions we had.  We usually did that |
| 15:53:59 | 11 | about once a year. |
| 15:54:01 | 12 | Q.   Regular drywall, just a regular 4-by-8 or 4-by-12 sheet of |
| 15:54:08 | 13 | half-inch drywall, in your experience, is there anything |
| 15:54:10 | 14 | particularly unique or challenging about that product? |
| 15:54:15 | 15 | A.   Is there anything -- what was the question again? |
| 15:54:18 | 16 | Q.   Yeah.  Was there anything unique or different about |
| 15:54:20 | 17 | regular 4-by-8 or 4-by-12 half-inch sheetrock, in your |
| 15:54:24 | 18 | experience? |
| 15:54:24 | 19 | A.   Just moving it around in the warehouse, it would always |
| 15:54:28 | 20 | get damaged.  It was hard to keep in stock.  So other than |
| 15:54:31 | 21 | that, no. |
| 15:54:32 | 22 | Q.   What do you mean it was hard to keep in stock? |
| 15:54:35 | 23 | A.   It was hard -- every time you moved it, you would damage a |
| 15:54:39 | 24 | corner.  And people didn't want sheets that had chunks taken |
| 15:54:43 | 25 | out of them or had been -- had forklift marks on them.  So it |

JOHN MEZZENGA - EXAMINATION

15:54:46  1    was sort of a tedious item to stock in your warehouse.  Plus,
15:54:51  2    it took up a lot of space.
15:54:53  3    Q.    Do you remember receiving any training or educational
15:54:56  4    information with respect to regular half-inch drywall?
15:55:00  5    A.    Not that I -- maybe at a lunch and learn, but not that I
15:55:10  6    recall specifically.
15:55:11  7    Q.    Do you recall who might have provided that information?
15:55:13  8    A.    It would have been one of the reps from either National
15:55:17  9    Gypsum or USG, and I am not sure who they were at the time.
15:55:25  10   Well, I knew the National Gypsum rep was Kelly Reibel
15:55:31  11   (phonetic) for our area when I was working there, but I'm not
15:55:34  12   sure about USG.
15:55:36  13   Q.    When you were with Stock in Louisiana, what brands of
15:55:39  14   drywall did they stock?
15:55:40  15   A.    National Gypsum or USG.
15:55:43  16   Q.    Any others?
15:55:45  17   A.    We did have -- we had had some Chinese drywall when we
15:55:48  18   first -- when I first got down there, that had already been
15:55:52  19   there because -- that was actually the only thing they had when
15:55:55  20   I first got there.
15:55:57  21   Q.    That's the only thing Stock had was Chinese drywall?
15:56:00  22   A.    That was the only drywall that they had was the Chinese
15:56:03  23   drywall.
15:56:04  24   Q.    Do you recall who the manufacturer was of the Chinese
15:56:06  25   drywall that Stock was selling?

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 15:56:09 | 1 | **A.**   From what I remember, it didn't have labels on it.  It |
| 15:56:13 | 2 | just had white bands with no lettering on it. |
| 15:56:18 | 3 | **Q.**   You say "white bands."  Are you referring to the end tape? |
| 15:56:21 | 4 | **A.**   Yeah, the bands that hold that -- each two sheets together |
| 15:56:25 | 5 | that you pull off when you take it apart.  Yeah, it just had |
| 15:56:29 | 6 | white bands, no lettering. |
| 15:56:31 | 7 | **Q.**   Do you remember seeing any markings on the back of the |
| 15:56:33 | 8 | drywall? |
| 15:56:34 | 9 | **A.**   Not that I recall. |
| 15:56:38 | 10 | **Q.**   Was that the first time you had seen drywall manufactured |
| 15:56:41 | 11 | in China? |
| 15:56:42 | 12 | **A.**   Yes. |
| 15:56:43 | 13 | **Q.**   How did you know it was manufactured in China? |
| 15:56:45 | 14 | **A.**   I was told by my bosses. |
| 15:56:50 | 15 | **Q.**   Did it look any different than any domestic drywall that |
| 15:56:53 | 16 | you had previously seen? |
| 15:56:56 | 17 | **A.**   It looked a little bit thinner for half-inch, but that was |
| 15:57:02 | 18 | the only thing that I could really tell. |
| 15:57:04 | 19 | **Q.**   Did you notice it having any particular smells or odors? |
| 15:57:08 | 20 | **A.**   No. |
| 15:57:12 | 21 | **Q.**   Did you notice anything about the quality of the |
| 15:57:14 | 22 | sheetrock? |
| 15:57:16 | 23 | **A.**   I didn't notice anything particularly about the quality of |
| 15:57:19 | 24 | it, but I had customers who said that it didn't hold nails |
| 15:57:23 | 25 | as -- or it didn't stay up on ceilings as well as regular |

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 15:57:27 | 1 | sheetrock did.  The nails would punch through. |
| 15:57:31 | 2 | **Q.**   Do you recall receiving any other complaints from |
| 15:57:32 | 3 | customers about the Chinese drywall? |
| 15:57:34 | 4 | **A.**   No. |
| 15:57:35 | 5 | **Q.**   Do you recall, while you were at Stock, receiving any |
| 15:57:43 | 6 | complaints from customers about domestic drywall? |
| 15:57:46 | 7 | **A.**   Nothing besides broken corners or things like that. |
| 15:57:51 | 8 | **Q.**   Do you recall any customers indicating any aversion to |
| 15:57:53 | 9 | being provided Chinese drywall? |
| 15:58:07 | 10 | Does that question make sense to you? |
| 15:58:11 | 11 | **A.**   Yeah, I think so.  Basically, they didn't want to have the |
| 15:58:16 | 12 | Chinese drywall for some reason. |
| 15:58:18 | 13 | **Q.**   Do you recall any customers telling you, Don't give me |
| 15:58:20 | 14 | Chinese drywall; or, I don't want Chinese drywall? |
| 15:58:22 | 15 | **A.**   Yeah.  I think that -- right when we first initially |
| 15:58:26 | 16 | started sending it out, I think that was the result of the poor |
| 15:58:29 | 17 | quality of it, how it didn't hold nails.  That's, I think, |
| 15:58:33 | 18 | where I heard of that. |
| 15:58:35 | 19 | But other people would ask for it just because we |
| 15:58:37 | 20 | sold it for cheaper.  So we were trying to get rid of it at the |
| 15:58:43 | 21 | time. |
| 15:58:43 | 22 | **Q.**   So you had some customers that came in and specifically |
| 15:58:45 | 23 | asked for the Chinese drywall? |
| 15:58:47 | 24 | **A.**   Yes. |
| 15:58:51 | 25 | **Q.**   Now, do you recall there being times when customers would |

JOHN MEZZENGA - EXAMINATION

15:58:55  1   indicate a preference for a particular brand of domestic

15:58:57  2   drywall?

15:58:58  3   **A.**   No.

15:59:01  4   **Q.**   You don't recall customers ever telling you that they

15:59:06  5   preferred National Gypsum over USG or vice versa?

15:59:11  6   **A.**   No.

15:59:11  7   **Q.**   From your experience selling drywall for Stock, did you

15:59:14  8   develop a preference for any particular brand?

15:59:17  9   **A.**   No.  We stopped selling -- or we didn't buy from USG

15:59:25  10  anymore after a while because they were a direct competitor.

15:59:29  11  They owned a couple sheetrock supply houses -- as far as I was

15:59:34  12  told by upper management -- around the area.  So we didn't want

15:59:37  13  to buy from the competitors, so we stuck to National Gypsum

15:59:42  14  after a while.

15:59:44  15  **Q.**   How long did you work for Stock Building Supply?

15:59:46  16  **A.**   Right around three -- well, in total, from -- it would

15:59:54  17  have been May of 2005 or June of 2005 to November of 2009, I

16:00:02  18  want to say.

16:00:10  19  **Q.**   During the time that you were with Stock, how long were

16:00:11  20  you selling Chinese drywall?  Do you recall?

16:00:14  21  **A.**   Maybe two or -- two months, maybe three, at the most.

16:00:20  22  **Q.**   Were you involved in purchasing the Chinese drywall or

16:00:22  23  bringing it in at Stock?

16:00:28  24  **A.**   I was involved from -- up to the point of organizing

16:00:34  25  deliveries and telling our corporate commodities buyers what

954

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 16:00:39 | 1 | type of product we wanted on the shelves.  But all the purchase |
| 16:00:44 | 2 | orders for drywall were generated through our corporate -- our |
| 16:00:47 | 3 | corporate purchasing office, which was based out of Austin at |
| 16:00:52 | 4 | the time. |
| 16:00:52 | 5 | **Q.**   So you were not involved in sourcing the Chinese drywall, |
| 16:00:54 | 6 | finding a manufacturer or wholesaler to provide it? |
| 16:00:58 | 7 | **A.**   No.  It was actually there before I arrived in Louisiana. |
| 16:01:01 | 8 | **Q.**   Where did you go to work next? |
| 16:01:03 | 9 | **A.**   I went to work for Habitat for Humanity.  I was hired on |
| 16:01:06 | 10 | as purchasing manager. |
| 16:01:10 | 11 | **Q.**   How long were you with Habitat? |
| 16:01:12 | 12 | **A.**   I was with Habitat from October of 2009 until May of 2010. |
| 16:01:20 | 13 | **Q.**   Again, about nine months; is that right? |
| 16:01:22 | 14 | **A.**   Correct. |
| 16:01:26 | 15 | **Q.**   Do you recall your actual start date with Habitat? |
| 16:01:29 | 16 | **A.**   I don't.  I want to say it was towards the end of October. |
| 16:01:37 | 17 | **Q.**   Who did you report to as purchasing margin? |
| 16:01:39 | 18 | **A.**   Elizabeth Lisle, the deputy director. |
| 16:01:49 | 19 | **Q.**   And do you recall her title being deputy director? |
| 16:01:53 | 20 | **A.**   As far as I knew, yeah. |
| 16:01:54 | 21 | **Q.**   What were your responsibilities as purchasing manager? |
| 16:01:58 | 22 | **A.**   Creating purchase orders for all the houses, in order to |
| 16:02:02 | 23 | get materials out to them for each of the jobs -- or each of |
| 16:02:07 | 24 | the house builds that we had going on, coordinate with house |
| 16:02:12 | 25 | leaders for delivery times, and kind of anticipating when the |

JOHN MEZZENGA - EXAMINATION

16:02:18  1    next delivery would need to get out to the job sites.

16:02:23  2           A house leader is a Habitat employee that -- they

16:02:26  3    might oversee one to three houses at a time, coordinate

16:02:31  4    volunteers and -- their weekly volunteers, and AmeriCorps

16:02:37  5    long-term volunteers throughout the course of each build, but

16:02:42  6    they oversee the builds.

16:02:44  7    Q.   So when you say it was your responsibility to create the

16:02:47  8    purchase orders for all the homes, you mean you were the one

16:02:50  9    who purchased the products for that home?

16:02:53  10   A.   Yep.  We would have -- we had a -- yeah, I would purchase

16:02:55  11   the products.

16:02:58  12   Q.   You would contact the suppliers and place the orders; is

16:03:01  13   that right?

16:03:01  14   A.   Yes.  I had a list of all the items needed for each type

16:03:06  15   of plan that we were doing for that particular house, and then

16:03:10  16   I would assign the house address to all the materials on that

16:03:15  17   list and then send out faxes for purchase order -- request for

16:03:21  18   purchase orders for all of those items for all of the vendors.

16:03:25  19   Q.   Did you have a set list of vendors that you were to use to

16:03:28  20   make those purchases?

16:03:29  21   A.   Not really.  I could choose whatever vendors I wanted to

16:03:37  22   use, but they had relationships with different vendors that

16:03:40  23   they would maintain.  But I mean, ultimately, it was up to me.

16:03:49  24          I would have to ask Elizabeth if I was going to

16:03:51  25   change a vendor for whatever reason, but I felt comfortable

**JOHN MEZZENGA - EXAMINATION**

16:03:56   1   calling another company if I needed to get some material out.

16:03:59   2   **Q.**   While you were at Habitat, did you know who Jim Pate was?

16:04:03   3   **A.**   Yes.

16:04:04   4   **Q.**   Who was he?

16:04:04   5   **A.**   He was the director.

16:04:06   6   **Q.**   Did you have any interaction with Mr. Pate?

16:04:10   7   **A.**   Yes.

16:04:12   8   **Q.**   On a regular basis?

16:04:13   9   **A.**   Yes.  I would see him a few times -- a few times a week.

16:04:20   10   No.  We had a Tuesday morning meeting every week, and he would

16:04:22   11   be there for the majority of those meetings.

16:04:26   12   **Q.**   What was the purpose of that Tuesday morning meeting?

16:04:28   13   **A.**   It was all the department heads just met and kind of went

16:04:31   14   over everything that was going on that week and where we

16:04:35   15   discussed any issues we needed to talk about.

16:04:39   16   **Q.**   You were not with Habitat in June of 2009; is that

16:04:43   17   correct?

16:04:46   18   **A.**   Correct.

16:04:49   19   **Q.**   Do you recall there being any discussions while you were

16:04:52   20   at Habitat for those eight months about Chinese drywall in

16:04:57   21   Habitat homes?

16:04:58   22   **A.**   I remember -- I got an e-mail from our warranty -- a

16:05:08   23   warranty employee -- or he was a former house leader that was

16:05:18   24   dealing strictly with warranty issues for Habitat houses, for

16:05:21   25   houses that had been completed, you know, and would have

JOHN MEZZENGA - EXAMINATION

16:05:25  1    problems that would come up, leaky fixtures or something that

16:05:29  2    needed to be fixed.

16:05:32  3            And he had sent an e-mail out asking if -- saying

16:05:37  4    that a homeowner had said something about mysterious colored

16:05:42  5    rings around items in their home.  And then he had asked if

16:05:46  6    that was something that might be as a result of Chinese

16:05:49  7    drywall.

16:05:49  8            And I responded to that e-mail and to -- and

16:05:55  9    forwarded it on to everybody that -- Elizabeth and all the

16:06:01  10   other house leaders -- that the drywall in the house had come

16:06:05  11   from Interior Exterior and they did not supply domestic -- or

16:06:10  12   they only supplied domestic drywall.

16:06:13  13   **Q.**   Okay.  Who was it that sent this e-mail?

16:06:22  14   **A.**   I --

16:06:23  15   **Q.**   Do you know his name?

16:06:23  16   **A.**   Oh, I --

16:06:23  17   **Q.**   You said you got an initial e-mail that you responded to.

16:06:26  18   **A.**   Correct.

16:06:26  19   **Q.**   Is that right?

16:06:27  20   **A.**   Yes.  David Currier was the -- David Currier sent the

16:06:31  21   e-mail asking about if there was -- if we would have ever had

16:06:37  22   Chinese drywall in that house.

16:06:38  23   **Q.**   Who did he send that e-mail to?

16:06:40  24   **A.**   To me.

16:06:41  25   **Q.**   Anyone else?

JOHN MEZZENGA - EXAMINATION

16:06:41  1   A.   I don't remember or recall the other carbon copies on the
16:06:46  2   e-mail, but it could have been other people.  I saw the
16:06:51  3   e-mail -- I was sent it a few weeks ago just to kind of refresh
16:06:57  4   my memory on it and -- yeah, that's why I remember it.
16:07:06  5   Q.   Who sent it to you a couple of weeks ago to refresh your
16:07:09  6   memory?
16:07:10  7   A.   I believe it was Habitat's lawyers.
16:07:13  8   Q.   So David Currier sent you and perhaps others an e-mail
16:07:24  9   asking if a particular house might have ever had Chinese
16:07:26  10  drywall in it; is that right?
16:07:34  11  A.   He asked if colored rings around, like, Styrofoam plates
16:07:38  12  and cups inside the homeowner's kitchen -- they were having
16:07:42  13  yellowish colored rings, and it was right after the
16:07:45  14  air-conditioning condenser had been set.  And he asked if that
16:07:49  15  was what it might be or is that a result of possibly Chinese
16:07:52  16  drywall.  So that was how -- I believe how that question was
16:07:59  17  phrased.
16:08:00  18  Q.   Do you remember the date or the time frame of the e-mail?
16:08:02  19  A.   From looking at it, it said it was sent in March of 2010,
16:08:08  20  around that time, I think, or spring 2010.
16:08:15  21  Q.   Dated March 12, 2010; is that correct?
16:08:18  22  A.   Yes.
16:08:18  23  Q.   Do you recall there being any discussions that you were
16:08:20  24  part of at Habitat about Chinese drywall before receiving this
16:08:25  25  e-mail?

**JOHN MEZZENGA - EXAMINATION**

16:08:26   1   **A.**   Not that I remember specifically.  I don't know -- not

16:08:38   2   that I remember specifically.  I don't remember the time frame.

16:08:45   3   **Q.**   At any time do you remember Mr. Pate instructing you to

16:08:49   4   investigate whether any Chinese drywall had been used in any

16:08:54   5   Habitat homes?

16:08:56   6   **A.**   I don't remember being specifically asked to investigate

16:09:00   7   whether it had been in a home.  The only thing I remember is

16:09:04   8   just going and counting Chinese drywall that was in a

16:09:09   9   warehouse, in one of Habitat's warehouses.

16:09:16   10   **Q.**   You were asked or -- before I ask that, let me start over.

16:09:21   11          You recall at some point going to a warehouse and

16:09:24   12   counting sheets of Chinese drywall that Habitat had stored; is

16:09:28   13   that right?

16:09:29   14   **A.**   Yes.

16:09:31   15   **Q.**   Do you recall when that was?

16:09:32   16   **A.**   I don't remember the date.

16:09:34   17   **Q.**   Do you recall whether it was before or after this e-mail?

16:09:38   18   **A.**   I don't recall.

16:09:43   19   **Q.**   Why did you go and count sheets of Chinese drywall in the

16:09:47   20   warehouse?

16:09:48   21   **A.**   I went once to check to see if it was, in fact, Chinese

16:09:54   22   drywall, to look for markings that said "Made in China."

16:09:57   23          And I did find them, and then I think I went back

16:10:02   24   there a couple times to count the total number of sheets of

16:10:05   25   drywall that were in there.

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 16:10:09 | 1 | **Q.**   Were there others with you when you went to count the |
| 16:10:12 | 2 | sheets of drywall? |
| 16:10:13 | 3 | **A.**   I may have brought someone with me to help me count it.  I |
| 16:10:17 | 4 | had been there a few times, been there once with Elizabeth |
| 16:10:24 | 5 | Lisle.  That's the only one I remember specifically being there |
| 16:10:30 | 6 | with. |
| 16:10:32 | 7 | **Q.**   Was that the first time you went to check for markings, |
| 16:10:35 | 8 | that you went with Elizabeth? |
| 16:10:39 | 9 | **A.**   I don't know if that was the time.  I don't think that I |
| 16:10:43 | 10 | was with anybody at that time.  I just remember taking a |
| 16:10:46 | 11 | picture of, you know, the markings on there. |
| 16:10:48 | 12 | **Q.**   When did you first learn that Habitat had Chinese drywall |
| 16:10:51 | 13 | stored in a warehouse? |
| 16:10:53 | 14 | **A.**   I don't -- I don't recall.  I don't know a specific date. |
| 16:10:59 | 15 | It was sometime, you know, throughout my nine months there or |
| 16:11:04 | 16 | whatever. |
| 16:11:07 | 17 | **Q.**   When you first started with Habitat in October of 2009, |
| 16:11:09 | 18 | were they using the Chinese drywall in homes? |
| 16:11:12 | 19 | **A.**   Not that I -- not that I know of. |
| 16:11:17 | 20 | **Q.**   Well, you were responsible for procuring the materials for |
| 16:11:21 | 21 | use in the home, right? |
| 16:11:22 | 22 | **A.**   Correct. |
| 16:11:23 | 23 | **Q.**   So when you started, were you procuring drywall from |
| 16:11:26 | 24 | outside sources or were you just having the drywall shipped |
| 16:11:31 | 25 | from Habitat's warehouse? |

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 16:11:32 | 1 | **A.**   When I started, we were shipping drywall -- or we were |
| 16:11:35 | 2 | ordering it from Interior Exterior. |
| 16:11:38 | 3 | **Q.**   But sometime after that, after you had started, obviously, |
| 16:11:41 | 4 | you learned that Habitat had a supply of drywall in a |
| 16:11:44 | 5 | warehouse; is that right? |
| 16:11:46 | 6 | **A.**   Yes. |
| 16:11:46 | 7 | **Q.**   Did you ever have any discussions about why you weren't |
| 16:11:51 | 8 | using the drywall in the warehouse but were buying drywall from |
| 16:11:55 | 9 | InEx? |
| 16:11:56 | 10 | **A.**   I remember being -- the reason why we weren't using it was |
| 16:12:05 | 11 | because it was Chinese drywall and we -- or we thought it was |
| 16:12:10 | 12 | Chinese drywall, and we didn't want -- I think that was right |
| 16:12:14 | 13 | when stuff started coming up about it in the news.  And they |
| 16:12:19 | 14 | didn't want to take the risk of sending it out. |
| 16:12:20 | 15 | **Q.**   Were you ever a part of testing or having any tests done |
| 16:12:25 | 16 | on the drywall in the warehouse? |
| 16:12:32 | 17 | **A.**   Personally, no, I don't -- I don't know if -- they might |
| 16:12:37 | 18 | have done it while I was there, but I wasn't there for any |
| 16:12:43 | 19 | actual testing. |
| 16:12:43 | 20 | **Q.**   And when I say *part of*, I -- maybe it's a bad question.  I |
| 16:12:46 | 21 | didn't mean whether you actually physically went and tested the |
| 16:12:50 | 22 | drywall.  But were you part of any discussions about having the |
| 16:12:53 | 23 | drywall tested or the process of getting it tested? |
| 16:12:57 | 24 | **A.**   I don't remember specifically, but I think -- I think they |
| 16:13:04 | 25 | did -- that they were going to get it tested.  I don't know if |

**JOHN MEZZENGA - EXAMINATION**

16:13:08  1    they actually did.  I don't remember calling anyone and asking

16:13:11  2    them to go out and testing the drywall.  But I -- yeah.

16:13:18  3    Q.   Obviously, before going to work at Habitat, you were aware

16:13:22  4    that there was Chinese drywall that had been used in the

16:13:25  5    New Orleans market, right?

16:13:27  6    A.   Yes.

16:13:28  7    Q.   At the time that you started with Habitat, had you heard

16:13:31  8    anything about problems associated with Chinese drywall?

16:13:36  9    A.   I don't remember the exact time frame that Chinese drywall

16:13:40  10   had kind of gotten into the news.  But at some point when I was

16:13:46  11   working for Habitat, I knew it was in the news because there

16:13:50  12   was news about the class action lawsuit.  And Sean Payton was

16:13:53  13   leading that in some way or another, but that was all that I

16:13:57  14   was familiar.

16:14:04  15   Q.   When you first learned that Habitat had a supply of

16:14:08  16   drywall -- Chinese drywall in a warehouse, did you express any

16:14:12  17   concerns to anyone about using the drywall in any homes?

16:14:16  18   A.   No.  I didn't have any concerns because I was the one

16:14:23  19   ordering -- you know, sending the material out to the job sites

16:14:29  20   since I had gotten there, so I wasn't concerned about someone

16:14:33  21   going down and taking it and sending it out to a house, no.

16:14:37  22   Q.   Were you involved, again, in any way in preparing any

16:14:40  23   press releases or statements concerning the drywall -- Chinese

16:14:43  24   drywall that Habitat may have used in homes?

16:14:46  25   A.   No, that -- I wouldn't have -- that wouldn't have been

**JOHN MEZZENGA - EXAMINATION**

| | | |
|---|---|---|
| 16:14:49 | 1 | part of my job description. |
| 16:14:52 | 2 | **Q.**   Do you recall Mr. Pate ever asking you to contact |
| 16:14:55 | 3 | Interior Exterior to find out where their drywall was |
| 16:14:59 | 4 | manufactured? |
| 16:15:02 | 5 | **A.**   I don't remember a specific conversation of him asking me |
| 16:15:05 | 6 | that, no. |
| 16:15:13 | 7 | **Q.**   If he had asked you that, do you think that's something |
| 16:15:15 | 8 | you would have remembered? |
| 16:15:18 | 9 | **A.**   No, not necessarily.  We had a lot of conversations, you |
| 16:15:22 | 10 | know, about a number of different, you know, projects. |
| 16:15:27 | 11 | **Q.**   Did you have a lot of conversations with Mr. Pate about |
| 16:15:31 | 12 | Chinese drywall? |
| 16:15:32 | 13 | **A.**   Not -- |
| 16:15:34 | 14 | **Q.**   Let's take a look at Exhibit 1.  Can you tell me who this |
| 16:15:38 | 15 | e-mail was sent to?  There are some other names on here that I |
| 16:15:41 | 16 | don't recognize. |
| 16:15:42 | 17 | **A.**   The original one at the bottom? |
| 16:15:43 | 18 | **Q.**   Yeah, the original one at the bottom, the one from David |
| 16:15:46 | 19 | Currier dated March 12, 2010, at 2:35 p.m. |
| 16:15:53 | 20 | **A.**   Yes.  It looks like Dan C. was one of the main house |
| 16:15:59 | 21 | leaders.  I am not sure of his exact title.  They were kind of |
| 16:16:03 | 22 | shuffling titles around for different people. |
| 16:16:06 | 23 | **Q.**   Do you remember his last name? |
| 16:16:08 | 24 | **A.**   Cahoon.  I think it's C-A-H-O-O-N. |
| 16:16:14 | 25 | **Q.**   Okay.  And what was David's title?  He was the warranty |

**JOHN MEZZENGA - EXAMINATION**

16:16:18  1  guy, right?

16:16:20  2  **A.**   David had been a house leader, and then he took over all

16:16:23  3  the warranty issues after another employee had left.

16:16:27  4  **Q.**   And the house in particular that Mr. Currier was writing

16:16:34  5  about was 2304 Edison Street; is that right?

16:16:36  6  **A.**   Yes.

16:16:37  7  **Q.**   Is that a property that you were involved in helping to

16:16:39  8  build?

16:16:40  9  **A.**   I can't remember specifically, because we had a lot of

16:16:46  10  different -- you know, we had a lot of different house numbers

16:16:49  11  on the same street.  I think we had at least a couple houses on

16:16:54  12  Edison.  So it very well could have been.

16:16:58  13  **Q.**   Mr. Currier makes reference to the condenser being set.

16:17:08  14  What did that mean?  Do you know?

16:17:10  15  **A.**   That is the -- the condenser is the main unit part of the

16:17:14  16  air-conditioning that sits on the outside of the house.  It was

16:17:19  17  the last thing that we would put on the house before the

16:17:23  18  homeowner moved in so they could fire up the air-conditioning.

16:17:26  19  **Q.**   So when he says *being set*, you understood that to mean it

16:17:30  20  had been put in and installed; is that right?

16:17:34  21  **A.**   Yes.

16:17:35  22  **Q.**   So then this home had -- it was your understanding that

16:17:41  23  this home on Edison had just recently been completed in March

16:17:44  24  of 2010; is that right?

16:17:48  25  **A.**   Can you say that one more time?

JOHN MEZZENGA - EXAMINATION

16:17:50  1    Q.    Yeah.   Was it your understanding that this home on
16:17:53  2    Edison Street had just recently been completed, when
16:17:56  3    Mr. Currier had sent this e-mail?
16:18:05  4    A.    I don't -- just in the language of the e-mail, it doesn't
16:18:10  5    sound like it would have been right after the condenser was set
16:18:15  6    or that -- I would assume by reading this e-mail that it did
16:18:20  7    not -- this wasn't happening right after the house had been
16:18:23  8    completed; just that she noticed it once the condenser had been
16:18:28  9    set.   So that could have been any number of -- it could have
16:18:31  10   been a month, two months.
16:18:34  11   Q.    You responded to this e-mail at 2:48 p.m., right?
16:18:42  12   A.    Yes.
16:18:43  13   Q.    In response you said:  "All of that sheetrock in that
16:18:46  14   house was purchased from Interior Exterior, which only sells
16:18:48  15   drywall made in the U.S.A."
16:18:49  16         Is that right?
16:18:50  17   A.    Yes.
16:18:51  18   Q.    How did you determine in that 13-minute time period that
16:18:54  19   all the sheetrock in the house was purchased from
16:18:56  20   Interior Exterior?
16:18:58  21   A.    Just in my dealings with Interior Exterior, my -- the
16:19:06  22   person I bought -- I dealt with on the phone and sent my
16:19:10  23   purchase orders in to was a former Stock Building Supply
16:19:14  24   employee, Bill Kirk.   And I had worked with him since I had
16:19:19  25   gotten to Louisiana.   I was -- you know, felt comfortable that

JOHN MEZZENGA - EXAMINATION

16:19:26  1   if he told me something, that it was true.
16:19:29  2   **Q.**   My question first was:  How did you find out that the
16:19:32  3   sheetrock came from Interior Exterior?
16:19:34  4   **A.**   Okay.  I would have looked up the purchase orders for that
16:19:38  5   address and then checked the quantity that was sent out to the
16:19:44  6   house.
16:19:48  7   **Q.**   And then once you determined that the sheetrock came from
16:19:52  8   Interior Exterior for that particular house, how do you know
16:19:56  9   that -- or what led you to the conclusion that
16:19:59  10  Interior Exterior only sells drywall made in the U.S.A.?
16:20:05  11  **A.**   Based off of my experience buying -- or, you know, dealing
16:20:08  12  with sheetrock suppliers when I was working for Stock Building
16:20:12  13  Supply, it was my understanding that, you know, we all bought
16:20:16  14  from the same suppliers.  At least that's what, you know,
16:20:20  15  vendors told us.
16:20:22  16        And, you know, everybody kind of -- it was kind of
16:20:25  17  our job to know what other competitors were doing.  So I didn't
16:20:31  18  have any reason to think that they wouldn't be buying it from
16:20:34  19  the same people that I was.
16:20:37  20  **Q.**   Did you -- in response to this e-mail, did you make any
16:20:41  21  inquiries of Interior Exterior as to where any particular
16:20:47  22  drywall may have come from?
16:20:50  23  **A.**   I don't recall exactly -- you know, exact conversations,
16:20:56  24  calling them up and asking them, you know, where the drywall
16:20:59  25  had come from.

JOHN MEZZENGA - EXAMINATION

16:21:01  1          Again, at the same time I received this e-mail, I
16:21:05  2   received a copy of a letter from -- with a header from National
16:21:09  3   Gypsum stating that they have always -- they have never
16:21:15  4   supplied or made drywall that was not domestic.
16:21:19  5          And that letter looked familiar, as something I would
16:21:23  6   have gotten some sort of, you know, correspondence with
16:21:26  7   Interior Exterior about Chinese drywall.
16:21:29  8   Q.   You say at the same time you got this e-mail you received
16:21:31  9   a copy of a letter on National Gypsum letterhead?
16:21:35 10   A.   Two weeks ago when I got this e-mail from Habitat's
16:21:39 11   lawyers, sorry --
16:21:40 12   Q.   Okay.
16:21:40 13   A.   -- that letter from National Gypsum was in that same
16:21:44 14   e-mail.
16:21:45 15   Q.   So two weeks ago, when Habitat's lawyers sent you what we
16:21:49 16   have marked as Exhibit 1, they also sent you a copy of this
16:21:52 17   document; is that right?  Is that right?
16:21:56 18   A.   Yes.
16:21:57 19   Q.   Let's go ahead and mark this as Mezzenga 2.  It was
16:22:01 20   attached to the NOAHH corporate deposition as NOAHH-10.
16:22:06 21          Just so the record is clear, you are not saying that
16:22:09 22   you received this letter on National Gypsum letterhead at the
16:22:14 23   same time that you received -- originally received the e-mail
16:22:17 24   from Mr. Currier in March of 2010, are you?
16:22:21 25   A.   No, I am not.  I'm not saying that.

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 16:22:25 | 1 | **Q.**   Okay. |
| 16:22:25 | 2 | **A.**   I am saying I received this letter two weeks ago from |
| 16:22:28 | 3 | Habitat's lawyers. |
| 16:22:29 | 4 | **Q.**   When you got some documents to refresh your memory, you |
| 16:22:34 | 5 | said? |
| 16:22:34 | 6 | **A.**   Correct. |
| 16:22:36 | 7 | **Q.**   So I'm trying to go back to your Exhibit 1, your response |
| 16:22:41 | 8 | to Mr. Currier on March 12, 2010. |
| 16:22:45 | 9 | After you determined that the e-mail -- I'm sorry -- |
| 16:22:48 | 10 | that the drywall was purchased for the Edison house from |
| 16:22:53 | 11 | Interior Exterior, what led you to the conclusion that all of |
| 16:23:00 | 12 | the drywall that Interior Exterior sells was made in the |
| 16:23:04 | 13 | U.S.A.? |
| 16:23:06 | 14 | **A.**   Just my experience with the market, I guess, would lead me |
| 16:23:13 | 15 | to believe that.  And also knowing that my house leaders -- I |
| 16:23:20 | 16 | feel like they would have told me if they were getting |
| 16:23:22 | 17 | something besides what they had been getting up to that point |
| 16:23:25 | 18 | which, you know, if they hadn't been getting domestic |
| 16:23:29 | 19 | sheetrock, they weren't getting a National Gypsum product or |
| 16:23:33 | 20 | USG product. |
| 16:23:36 | 21 | **Q.**   Prior to this time, March 2010, had anyone with |
| 16:23:40 | 22 | Interior Exterior ever told you that they only sell drywall |
| 16:23:43 | 23 | made in the U.S.A.? |
| 16:23:45 | 24 | **A.**   Not that I recall.  I do -- after seeing this letter, it |
| 16:23:52 | 25 | does -- you know, it does make me think that -- I know I have |

**JOHN MEZZENGA - EXAMINATION**

16:23:57  1  seen this letter before, and it was with my time at Habitat.  I

16:24:02  2  don't know when I got that letter.

16:24:04  3  **Q.**   *This letter* being Exhibit 2, the National Gypsum letter?

16:24:07  4  **A.**   Correct.

16:24:08  5  **Q.**   So that I'm clear, you recall at some point during your

16:24:11  6  time with Habitat seeing Exhibit 2, the National Gypsum letter?

16:24:15  7  **A.**   Yes.

16:24:16  8  **Q.**   You don't recall, though, having any specific

16:24:19  9  conversations with anyone with Interior Exterior about whether

16:24:23  10  they only sell drywall made in the U.S.?

16:24:28  11  **A.**   No.  I don't remember a specific conversation, no.

16:24:32  12  **Q.**   Do you remember any discussions with anyone at Habitat

16:24:36  13  about whether they had ever sold drywall made outside of the

16:24:40  14  United States?

16:24:41  15  **A.**   Whether Interior Exterior had ever sold?

16:24:43  16  **Q.**   Yes.

16:24:45  17  **A.**   No, I do not remember a conversation about that.

16:24:50  18  **Q.**   Do you remember any conversations at Habitat about

16:24:53  19  whether -- I'm sorry.  Do you remember any conversations with

16:25:01  20  Interior Exterior about whether they had ever sold drywall

16:25:07  21  manufactured outside of the United States?

16:25:08  22  **A.**   No, I don't remember.

16:25:10  23  **Q.**   Now, were you saying in this e-mail, in your response to

16:25:18  24  Mr. Currier, that it was your understanding that at the time

16:25:22  25  the house was built on Edison, that Interior Exterior was only

JOHN MEZZENGA - EXAMINATION

16:25:26  1  selling drywall made in the U.S.A.?

16:25:29  2  A.   Yes.  At the time it was my -- in my experience, it was --

16:25:34  3  yeah.

16:25:36  4  Q.   Were you -- was it your intent to convey to Mr. Currier

16:25:42  5  that at the time the house on Edison was built,

16:25:45  6  Interior Exterior was only selling drywall made in the U.S.A.?

16:25:50  7  A.   Yes, that was my intent.

16:25:52  8  Q.   Was it your intent to convey to Mr. Currier that

16:25:54  9  Interior Exterior had always, at all times, sold drywall that

16:25:58  10  was made in the U.S.A.?

16:26:04  11  A.   I don't know if it was my intent to say it was always.

16:26:09  12  Just judging by the way I wrote it and phrased it, I was just

16:26:17  13  trying to convey that they did not -- they did not sell

16:26:21  14  anything besides domestic drywall for that particular house.

16:26:24  15  Q.   Let me show you an invoice from Interior Exterior that I

16:26:27  16  am going to mark as Exhibit 3.

16:26:32  17          Do you recognize this as an invoice from

16:26:34  18  Interior Exterior?

16:26:37  19  A.   Yes.

16:26:39  20  Q.   The invoice is dated January 18, 2010; is that right?

16:26:44  21  A.   Yes.

16:26:45  22  Q.   The actual purchase order date is January 14, 2010; is

16:26:48  23  that right?

16:26:50  24  A.   I don't see that.

16:26:55  25  Q.   If you look on that top box on the upper right-hand

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 16:26:57 | 1 | corner, PO date. |
| 16:27:00 | 2 | **A.**   Oh, yes. |
| 16:27:06 | 3 | **Q.**   Okay.  Is it your understanding that the purchase order |
| 16:27:11 | 4 | date reflects the date on which the material was ordered? |
| 16:27:15 | 5 | **A.**   Yes. |
| 16:27:19 | 6 | **Q.**   So then as you understand it, this material that's |
| 16:27:22 | 7 | indicated on this invoice would have been ordered on |
| 16:27:26 | 8 | January 14, 2010; is that right? |
| 16:27:27 | 9 | **A.**   Yes. |
| 16:27:28 | 10 | **Q.**   And it looks like this is obviously for some drywall that |
| 16:27:31 | 11 | was being ordered for New Orleans Area Habitat for Humanity, |
| 16:27:34 | 12 | correct? |
| 16:27:36 | 13 | **A.**   Yes. |
| 16:27:37 | 14 | **Q.**   And you are the contact person listed on there, correct? |
| 16:27:40 | 15 | **A.**   Correct. |
| 16:27:41 | 16 | **Q.**   What house -- are you able to tell me what house this is |
| 16:27:44 | 17 | for? |
| 16:27:44 | 18 | **A.**   It says 1009 Cougar. |
| 16:27:52 | 19 | **Q.**   Do you recall being involved in ordering material for a |
| 16:27:55 | 20 | house on Cougar? |
| 16:27:55 | 21 | **A.**   Yes. |
| 16:27:56 | 22 | **Q.**   Anything special about that house that makes you recall |
| 16:27:58 | 23 | that or -- |
| 16:27:59 | 24 | **A.**   No, that just looks like how I would have sent out the |
| 16:28:03 | 25 | purchase order. |

**JOHN MEZZENGA - EXAMINATION**

| | | |
|---|---|---|
| 16:28:04 | 1 | **Q.**   This is for an order of -- well, two orders, but the first |
| 16:28:08 | 2 | item on the order is for 4-by-12 half-inch regular sheetrock, |
| 16:28:12 | 3 | correct? |
| 16:28:13 | 4 | **A.**   Yes. |
| 16:28:13 | 5 | **Q.**   88 pieces of it, right? |
| 16:28:15 | 6 | **A.**   Yes. |
| 16:28:16 | 7 | **Q.**   And do you recall placing this order? |
| 16:28:19 | 8 | **A.**   Not particularly.  I mean, not -- |
| 16:28:25 | 9 | **Q.**   The date of this invoice, or the date that this purchase |
| 16:28:27 | 10 | order was placed, is the same date as the fax header indicates |
| 16:28:35 | 11 | on the top of Exhibit 2, which is the National Gypsum letter. |
| 16:28:38 | 12 | Do you see that? |
| 16:28:39 | 13 | **A.**   Yep. |
| 16:28:40 | 14 | **Q.**   And so it looks like Interior Exterior faxed the National |
| 16:28:42 | 15 | Gypsum letter to someone at NOAHH on January 14, 2010, correct? |
| 16:28:48 | 16 | **A.**   Correct. |
| 16:28:50 | 17 | **Q.**   And that's the same date that you placed this order with |
| 16:28:53 | 18 | Interior Exterior for regular sheetrock, correct? |
| 16:28:58 | 19 | **A.**   Yes. |
| 16:28:59 | 20 | **Q.**   Do you recall receiving from Interior Exterior, on |
| 16:29:03 | 21 | January 14, 2010, the letter from National Gypsum concerning |
| 16:29:07 | 22 | the country of origin of their sheetrock? |
| 16:29:12 | 23 | **A.**   No, I don't. |
| 16:29:15 | 24 | **Q.**   Do you recall in January 2010 ever inquiring of |
| 16:29:22 | 25 | Interior Exterior where their sheetrock was then coming from? |

JOHN MEZZENGA - EXAMINATION

16:29:27  1   **A.**   No, I don't recall.

16:29:31  2   **Q.**   Do you have a recollection that -- around January 2010

16:29:37  3   that homebuilders were requesting certifications from suppliers

16:29:43  4   as to where sheetrock was being manufactured at that time?

16:29:51  5   **A.**   No, I don't recall.

16:29:54  6   **Q.**   You don't remember any talk in the industry or hearing

16:29:57  7   anything about people saying because of the then-known problems

16:30:00  8   with Chinese drywall, that people wanted a letter saying, Where

16:30:03  9   is the drywall coming from that I am buying today?  Where is it

16:30:08  10  coming from?

16:30:09  11  **A.**   That would make sense to me, but I don't remember having

16:30:12  12  to produce that.  I mean --

16:30:16  13  **Q.**   Do you remember any discussions within Habitat about

16:30:19  14  getting letters from vendors as to where drywall was being

16:30:23  15  manufactured that was being used in a particular home?

16:30:30  16  **A.**   Again, it sounds like something I would have done; but I

16:30:34  17  don't remember specifically having to do that.

16:30:38  18  **Q.**   Yeah.  And I'm not asking if this was attached to the

16:30:42  19  invoice.  I'm just asking you:  In looking at the National

16:30:45  20  Gypsum letter, having now seen this invoice, recollecting back

16:30:48  21  on these events, is there anything in your mind that makes you

16:30:51  22  think that this letter did not get sent to you in response to

16:30:55  23  calling and placing an order on January 14?

16:31:00  24  **A.**   I don't think it -- I don't necessarily think that one has

16:31:05  25  to do with the other.  I got hundreds of purchase orders -- you

JOHN MEZZENGA - EXAMINATION

| | | |
|---|---|---|
| 16:31:10 | 1 | know, invoices.  Basically, this is just confirmations, fax |
| 16:31:15 | 2 | confirmations.  They would fax them back to me once they placed |
| 16:31:20 | 3 | the order.  I would get hundreds of them faxed back to me each |
| 16:31:24 | 4 | day.  So there could be 50 per house, and I could do multiple |
| 16:31:29 | 5 | houses per day.  So it would just be a matter of -- you know, I |
| 16:31:33 | 6 | would just file them away or had someone else file them in the |
| 16:31:36 | 7 | particular file for me. |
| 16:31:38 | 8 | Q.   Well, you didn't -- just so we are clear, though, you |
| 16:31:40 | 9 | didn't get 50 invoices or purchase orders relating to drywall |
| 16:31:44 | 10 | on any particular house, did you? |
| 16:31:46 | 11 | A.   No.  Not referring to drywall, but this could have been |
| 16:31:52 | 12 | one of five invoices that I got from Interior Exterior that |
| 16:31:55 | 13 | day, because I would order stuff in bunches.  I would order |
| 16:32:01 | 14 | houses in bunches. |
| 16:32:04 | 15 | Q.   I am just trying to -- you testified that you recall |
| 16:32:07 | 16 | seeing Exhibit 2 at some point during your tenure with Habitat, |
| 16:32:12 | 17 | the National Gypsum letter, right? |
| 16:32:14 | 18 | A.   Yes. |
| 16:32:16 | 19 | Q.   Having now looked at these documents, do you have a better |
| 16:32:19 | 20 | recollection as to when you might have received this National |
| 16:32:22 | 21 | Gypsum letter? |
| 16:32:23 | 22 | A.   No.  Just because it says the date on there doesn't mean |
| 16:32:27 | 23 | that was the date that I looked at it.  Sometimes stuff sat on |
| 16:32:31 | 24 | the fax machine for a little while. |
| 16:32:34 | 25 | Q.   You don't recall ever seeing any specific letter wherein |

JOHN MEZZENGA - EXAMINATION

16:32:38   1   InEx makes any representations about where their drywall came
16:32:41   2   from?
16:32:41   3   **A.**   No, I do not remember.
16:32:53   4   **Q.**   How are you doing?  I am with the plaintiffs' steering
16:32:57   5   committee.  I have a few quick questions, and hopefully we can
16:32:59   6   get you out of here.  Thanks for your time.
16:33:01   7           Just so I am clear again, what was the time frame
16:33:06   8   that you worked for Habitat?
16:33:07   9   **A.**   It was October, late October of 2009, to May 2010.
16:33:10   10  **Q.**   And the person who held your position before you went to
16:33:14   11  work there was who?  You said his name earlier.
16:33:18   12  **A.**   Barry Mayo.  And when I started there, there was a girl
16:33:22   13  who was -- her title was purchasing agent, and her name was
16:33:30   14  Jen. I don't recall her last name.  She worked there for about
16:33:34   15  three weeks kind of training me on how to use their software,
16:33:36   16  and then I was on my own after that.
16:33:39   17  **Q.**   Okay.  Once you left, do you know who took over your
16:33:41   18  position?
16:33:42   19  **A.**   Yes.  I interviewed and was part of training in a guy
16:33:49   20  named Mitch.  I am not --
16:33:53   21  **Q.**   Do you know his last name?
16:33:54   22  **A.**   I don't remember his last name, no.
16:33:56   23  **Q.**   Fair enough.  On that note, you have answered a number of
16:33:58   24  questions about a number of things throughout the deposition
16:34:00   25  that you don't recall or you don't remember.  And I take it

**JOHN MEZZENGA - EXAMINATION**

16:34:03  1   that's because of the passage of time and a lot of things going

16:34:07  2   on in your life, right?

16:34:10  3   **A.**   Yes.

16:34:10  4   **Q.**   At this point we are getting to be a few years or so after

16:34:14  5   most of these events that we are talking about, right?

16:34:15  6   **A.**   Right.

16:34:16  7   **Q.**   So the jury understands, when you say you don't recall or

16:34:19  8   you don't remember, you are not denying that a particular event

16:34:22  9   may have occurred; it's just that you don't remember it,

16:34:23  10  correct?

16:34:24  11  **A.**   I don't remember specifics.

16:34:26  12  **Q.**   So it could have happened.  Some of those things could

16:34:28  13  have happened or not.  But in your memory sitting here today,

16:34:32  14  you just don't recall them.  Fair?

16:34:34  15  **A.**   Yes.  Yes.

16:34:36  16  **Q.**   Let me kind of -- in terms of this e-mail that was

16:34:40  17  attached as Exhibit-- which one is it?

16:34:43  18  **A.**   Exhibit 1.

16:34:45  19  **Q.**   Exhibit 1, let me ask you a few questions about that.

16:34:48  20       I understood you to say that you had a close working

16:34:51  21  relationship with a Bill Kirk at Interior Exterior during this

16:34:54  22  period of time.  Am I correct on that?

16:34:56  23  **A.**   We used to work together at Stock Building Supply, you

16:34:59  24  know, for my entire time I was there at Stock.  And then once

16:35:04  25  he started working for Interior Exterior, he was my contact at

**JOHN MEZZENGA - EXAMINATION**

| | | |
|---|---|---|
| 16:35:07 | 1 | Interior Exterior. |
| 16:35:11 | 2 | **Q.**   So he would have been the primary person you contacted -- |
| 16:35:13 | 3 | **A.**   Correct. |
| 16:35:14 | 4 | **Q.**   -- once you were at Habitat if you had questions of |
| 16:35:17 | 5 | Interior Exterior, that kind of thing? |
| 16:35:19 | 6 | **A.**   Yes. |
| 16:35:19 | 7 | **Q.**   A couple things I think we can agree on, most of which we |
| 16:35:24 | 8 | can agree on. |
| 16:35:25 | 9 |         At the time that you wrote this e-mail, you were |
| 16:35:27 | 10 | confident, apparently from the text of the e-mail, that |
| 16:35:30 | 11 | Interior Exterior only sold drywall made in the U.S.A.  Is that |
| 16:35:34 | 12 | fair? |
| 16:35:36 | 13 | **A.**   Yes. |
| 16:35:37 | 14 | **Q.**   I mean, you wouldn't have stated it if you weren't |
| 16:35:41 | 15 | confident about it? |
| 16:35:41 | 16 | **A.**   Correct. |
| 16:35:43 | 17 | **Q.**   And if you wouldn't have -- so you had to learn that |
| 16:35:45 | 18 | information from somewhere, right? |
| 16:35:47 | 19 | **A.**   Yes. |
| 16:35:48 | 20 | **Q.**   All right.  Now, in terms of this, when you respond to |
| 16:35:53 | 21 | this e-mail, you understood that this home that Mr. Currier was |
| 16:35:56 | 22 | writing about, that the drywall had been installed in that home |
| 16:36:00 | 23 | sometime prior to the date of this e-mail, clearly, right? |
| 16:36:05 | 24 | **A.**   Yes. |
| 16:36:05 | 25 | **Q.**   And the house had been together for some time, so |

JOHN MEZZENGA - EXAMINATION

16:36:08  1   probably -- I don't know -- it was some period of time that the
16:36:10  2   drywall had been in that home, right?
16:36:12  3   **A.**   Yes.
16:36:13  4   **Q.**   It was clear to you that the house didn't have the drywall
16:36:16  5   just installed in the last few months?
16:36:19  6   **A.**   Correct.  We didn't go out to do warranty issues until the
16:36:24  7   homeowner was in the house, so it would have been at least --
16:36:27  8   at least a month.
16:36:29  9   **Q.**   Okay.  All right.  And in terms of -- so we know what you
16:36:38  10  felt confident about on the date of this e-mail.
16:36:42  11          Let me ask you this.  You had worked for most of your
16:36:45  12  time, and I think you said met weekly, with Jim Pate at
16:36:49  13  Habitat, correct?
16:36:50  14  **A.**   Yes, with the department heads.  And Jim was usually in
16:36:55  15  all those meetings.
16:36:56  16  **Q.**   He was at those meetings, and it seems like you said you
16:36:59  17  had a pretty routine interaction with him --
16:37:01  18  **A.**   Yes.
16:37:01  19  **Q.**   -- day in and day out.  Fair enough?
16:37:03  20  **A.**   Yes.
16:37:04  21  **Q.**   And Jim, all your dealings with him have been honest and
16:37:07  22  forthright?
16:37:07  23  **A.**   Yes.
16:37:10  24  **Q.**   Was organized, on top of things, felt like?
16:37:13  25  **A.**   Yes.  I dealt more with Elizabeth than Jim, because she

HOURLY TRANSCRIPT

**JOHN MEZZENGA - EXAMINATION**

| | | |
|---|---|---|
| 16:37:18 | 1 | was around the construction side a little bit more. |
| 16:37:22 | 2 | **Q.**   All right.  But you had the weekly meetings with Jim.  And |
| 16:37:26 | 3 | Jim might occasionally ask you to do some things for him.  Is |
| 16:37:29 | 4 | that fair? |
| 16:37:29 | 5 | **A.**   Yes. |
| 16:37:31 | 6 | **Q.**   It wouldn't be unusual at all, would it? |
| 16:37:33 | 7 | **A.**   No. |
| 16:37:33 | 8 | **Q.**   All right.  You would routinely do those.  I understand |
| 16:37:36 | 9 | that that may be a number of tasks; you might not remember all |
| 16:37:40 | 10 | those tasks.  Fair to say? |
| 16:37:41 | 11 | **A.**   Yes. |
| 16:37:41 | 12 | **Q.**   In fact, probably wouldn't remember all those tasks. |
| 16:37:44 | 13 | That's fair, isn't it? |
| 16:37:45 | 14 | **A.**   Yes. |
| 16:37:46 | 15 | **Q.**   Jim Pate just testified in his deposition that he had |
| 16:37:48 | 16 | asked you to make inquiries with the InEx representative as to |
| 16:37:52 | 17 | whether they sold only domestic drywall or sold Chinese |
| 16:37:56 | 18 | drywall.  He indicated in his testimony that you reported back |
| 16:37:58 | 19 | to him that InEx told you they only sold domestic drywall. |
| 16:38:02 | 20 | That's consistent with the e-mail. |
| 16:38:04 | 21 |         I understand you to say you don't remember that kind |
| 16:38:07 | 22 | of conversation.  Is that right? |
| 16:38:07 | 23 | **A.**   Yes. |
| 16:38:08 | 24 | **Q.**   But the fact that you don't remember, that very well could |
| 16:38:11 | 25 | have occurred.  You just don't remember.  Is that fair? |

JOHN MEZZENGA - EXAMINATION

16:38:13  1  **A.**    Yes.

16:38:15  2  **Q.**    And it wouldn't be unusual, due to the passage of time and

16:38:17  3  the number of tasks that you had, that you might very well not

16:38:20  4  remember that.  Is that fair?

16:38:21  5  **A.**    Correct.

16:38:22  6  **Q.**    You would defer to Jim Pate in terms of his recollection

16:38:26  7  of those events, wouldn't you?  You would defer to him?

16:38:30  8  **A.**    Yeah.  I would -- if he -- I guess so.

16:38:34  9  **Q.**    I mean, if he is under oath and says that it happened, you

16:38:37  10  wouldn't dispute it?

16:38:38  11  **A.**    Yeah.  It sounds like something I could have done or I

16:38:42  12  could have said.

16:38:43  13  **Q.**    There's a lot of questions been asked about the letter

16:38:46  14  from National Gypsum that's Exhibit 2.  You do recall, you

16:38:51  15  said, at least at some point in time while you were at Habitat,

16:38:55  16  reviewing and seeing this, right?

16:38:57  17  **A.**    Yes.

16:38:58  18  **Q.**    Now, how often were you in contact with InEx during a

16:39:04  19  typical week at the time while you were at Habitat?

16:39:09  20  **A.**    Maybe once a week or once every couple weeks.  I think it

16:39:13  21  would depend on the volume of the houses that we were building

16:39:16  22  at the time.  But I think we built right around maybe three to

16:39:21  23  four houses a month.  So maybe once a week, maybe.

16:39:26  24  **Q.**    Let me make sure we know what clearly didn't happen.

16:39:29  25          At no point in your dealings with InEx did they

**JOHN MEZZENGA - EXAMINATION**

| | | |
|---|---|---|
| 16:39:32 | 1 | contact you, as the purchasing agent for Habitat, and say, |
| 16:39:36 | 2 | Look, we sold you Chinese drywall that people now are saying is |
| 16:39:40 | 3 | a problem. |
| 16:39:41 | 4 | They never did that, did they? |
| 16:39:43 | 5 | **A.**   No. |
| 16:39:44 | 6 | **Q.**   They never said, We imported thousands of sheets of this |
| 16:39:47 | 7 | domestic drywall and sent it to you and it's probably now in |
| 16:39:51 | 8 | homes. |
| 16:39:51 | 9 | They never contacted you and said that, did they? |
| 16:39:53 | 10 | **A.**   No. |
| 16:39:55 | 11 | **Q.**   Never sent you an e-mail to that effect? |
| 16:39:56 | 12 | **A.**   No. |
| 16:39:56 | 13 | **Q.**   Never sent you a letter? |
| 16:39:57 | 14 | **A.**   No. |
| 16:39:58 | 15 | **Q.**   Never picked up the phone and called you? |
| 16:40:00 | 16 | **A.**   No. |
| 16:40:00 | 17 | **Q.**   First, about the house on Edison that was the subject of |
| 16:40:04 | 18 | Exhibit 1, did they ever find out what the problem was at that |
| 16:40:08 | 19 | house? |
| 16:40:09 | 20 | **A.**   I don't recall.  I kept a log of all warranty issues and |
| 16:40:17 | 21 | labeled it.  It was an Excel spreadsheet file.  I had every |
| 16:40:23 | 22 | house that had made a call, logged the date that the call came |
| 16:40:28 | 23 | in, forwarded that information on to the warranty person, and |
| 16:40:33 | 24 | then I kept track of, you know, following up and found out -- |
| 16:40:39 | 25 | once all the issues had been taken care of on that particular |

JOHN MEZZENGA - EXAMINATION

16:40:42  1    site, I would close out that particular house.

16:40:45  2  **Q.**   Was there Chinese drywall in that house?

16:40:46  3  **A.**   Not that I know of.

16:40:59  4  **Q.**   Now, on Exhibit 2, which is the National Gypsum letter,

16:41:03  5  there was some discussion about the fact that there is an

16:41:07  6  e-mail -- fax header at the top dated January 14, 2010,

16:41:10  7  correct?

16:41:11  8  **A.**   Yes.

16:41:12  9  **Q.**   Are you aware that New Orleans Habitat itself imported

16:41:19  10  120,000 sheets of Chinese drywall into the New Orleans area?

16:41:24  11        Mr. Reeves asked you several questions about

16:41:26  12  Mr. Pate's testimony and whether you had reason to agree or

16:41:29  13  disagree with anything that he said.  Mr. Pate testified on

16:41:34  14  page 96 and 97 of his deposition that he asked you in June of

16:41:39  15  2009 to contact Interior Exterior to investigate where their

16:41:43  16  drywall had previously been manufactured.

16:41:52  17        Do you have any reason to disagree with that

16:41:54  18  testimony?

16:41:56  19  **A.**   You said at what date?

16:41:57  20  **Q.**   June of 2009.

16:41:58  21  **A.**   I wouldn't have been working for Habitat at that time.

16:42:01  22  **Q.**   So you would have reason to disagree with that testimony?

16:42:07  23  **A.**   Yes.

16:42:07  24  **Q.**   There is no way that's correct, right?

16:42:08  25  **A.**   That would not be correct.

JOHN MEZZENGA - EXAMINATION

16:42:09  1   Q.   And so if Habitat for Humanity completed a time line that
16:42:13  2   indicates that in June of 2009 habitat contacted
16:42:16  3   Interior Exterior and determined that Interior Exterior had
16:42:20  4   always sold drywall made in the United States, that certainly
16:42:24  5   could not have been you that made that contact?
16:42:27  6   A.   That would -- yeah.  It would not have been me, correct.
16:42:31  7   Q.   And if Mr. Pate testified that the representation on the
16:42:34  8   time line came from the information that you provided to him,
16:42:37  9   again, that would be incorrect?
16:42:40  10  A.   If he said I contacted him in 2009, when I was not working
16:42:44  11  for Habitat, that would be incorrect.
16:42:46  12  Q.   Well, if he put on a time line or had someone at Habitat
16:42:50  13  put on a time line that Habitat contacted Interior Exterior in
16:42:53  14  June of 2009, and he put that on the time line based upon a
16:42:58  15  representation made by you, that would be incorrect?
16:43:01  16  A.   Yes.
16:43:03  17  Q.   Now, you were aware that NOAHH had this Chinese drywall in
16:43:09  18  their warehouse, correct?
16:43:10  19  A.   Yes.
16:43:12  20  Q.   You were aware that Habitat had used that drywall in homes
16:43:15  21  that it built, correct?
16:43:19  22  A.   I had heard that it had been used before I got there, that
16:43:25  23  they were sending it out.
16:43:26  24  Q.   Are you familiar with the ReStore, Habitat ReStore?
16:43:30  25  A.   Yes.

**JOHN MEZZENGA - EXAMINATION**

16:43:30  1   **Q.**   Did you have any involvement with the ReStore?

16:43:33  2   **A.**   Yes.  I oversaw the ReStore -- I oversaw the ReStore.

16:43:39  3   That was sort of part of my job description, was -- and I

16:43:45  4   helped hire the manager of the ReStore.

16:43:47  5   **Q.**   Were you aware that the ReStore sold Chinese drywall?

16:43:50  6   **A.**   No, I was not.

16:43:53  7   **Q.**   No one ever told you that, as the person who oversaw the

16:43:57  8   ReStore?

16:43:58  9   **A.**   While I was overseeing the ReStore, they were not selling

16:44:02  10  Chinese drywall.

16:44:04  11  **Q.**   I appreciate that.  But no one ever told you that

16:44:07  12  previously the ReStore had sold Chinese drywall?

16:44:10  13  **A.**   No, no one told me that.

16:44:15  14          **THE COURT:**  Is that it?

16:44:17  15          **MR. GRAU:**  Yes, Your Honor.  We would like to offer,

16:44:18  16  file, and introduce the three exhibits from Mr. Mezzenga's

16:44:21  17  deposition as InEx-87, 88, and 89.

16:44:24  18          **THE COURT:**  Those are the exhibits that were used?

16:44:27  19          **MR. GRAU:**  Yes, sir.

16:44:27  20          **MR. MEUNIER:**  No objection.

16:44:28  21          **THE COURT:**  Let them be admitted.

16:44:30  22              Okay.  Members of the jury, that ends it for

16:44:32  23  today.  I know you all have been working very hard and you need

16:44:36  24  to know the lawyers appreciate it.  And I certainly appreciate

16:44:39  25  it too.

16:44:41  1        We are moving fairly fast.  Hopefully tomorrow
16:44:45  2   we get all the evidence in.  I would like you, if you could be
16:44:50  3   here at 8:30.  We'll start early and we'll go until -- I have a
16:44:56  4   commitment in the afternoon.  We will go until about
16:45:03  5   2:00 tomorrow afternoon.
16:45:06  6        Anything else?
16:45:07  7        All right.  Thank you very much.  Please don't
16:45:10  8   talk to anyone about the case, and leave your materials in the
16:45:14  9   jury room.
16:45:15  10       Marshal, you want to take them out?  Thank you
16:45:17  11  very much.
16:45:19  12       THE DEPUTY CLERK:  All rise.
16:45:19  13       (The jury exited the courtroom.)
16:45:23  14       THE COURT:  Let me see counsel at the bench, please.
16:45:42  15       (Conference at bench outside the presence of the
16:45:46  16  court reporter.)
16:45:47  17       (Court adjourned.)
16:46:42  18                        * * *

19                       __CERTIFICATE__

20        I, Toni Doyle Tusa, CCR, FCRR, Official Court
     Reporter for the United States District Court, Eastern District
21   of Louisiana, do hereby certify that the foregoing is a true
     and correct transcript, to the best of my ability and
22   understanding, from the record of the proceedings in the
     above-entitled matter.

23

24
                              _s/ Toni Doyle Tusa_
25                            Toni Doyle Tusa, CCR, FCRR
                              Official Court Reporter