UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


*****************************************************************

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS
LIABILITY LITIGATION

                              CIVIL DOCKET NO. 09-MD-2047 "L"
                              NEW ORLEANS, LOUISIANA
08:25AM                       FRIDAY, NOVEMBER 30, 2012, 8:30 A.M.

THIS DOCUMENT RELATES TO
ALL CASES

*****************************************************************

                    **DAY 5  MORNING SESSION**
              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                  UNITED STATES DISTRICT JUDGE



APPEARANCES:



FOR THE PLAINTIFFS'
STEERING COMMITTEE:         HERMAN HERMAN KATZ
                            BY:  RUSS M. HERMAN, ESQUIRE
                            820 O'KEEFE AVENUE
                            NEW ORLEANS LA  70113


                            GAINSBURGH BENJAMIN DAVID MEUNIER
                            AND WARSHAUER
                            BY:  GERALD E. MEUNIER, ESQUIRE
                            2800 ENERGY CENTRE
                            1100 POYDRAS STREET, SUITE 2800
                            NEW ORLEANS LA  70163

1    APPEARANCES CONTINUED:

2

3                                    SEEGER WEISS
                                     BY:  CHRISTOPHER A. SEEGER, ESQUIRE
4                                          SCOTT A. GEORGE, ESQUIRE
                                     550 BROAD STREET, SUITE 920
5                                    NEWARK NJ  07102

6

7                                    WHITFIELD, BRYSON & MASON
                                     BY:  DANIEL K. BRYSON, ESQUIRE
8                                    900 W. MORGAN STREET
                                     RALEIGH NC  27603
9

10                                   IRPINO LAW FIRM
11                                   BY:  ANTHONY IRPINO, ESQUIRE
                                     2216 MAGAZINE STREET
12                                   NEW ORLEANS LA  70130

13

14
     FOR INTERIOR EXTERIOR
15   BUILDING SUPPLY, LP:           GALLOWAY JOHNSON TOMPKINS
                                    BURR & SMITH
16                                  BY:  RICHARD DUPLANTIER JR., ESQUIRE
                                         BENJAMIN R. GRAU, ESQUIRE
17                                       CARLINA C. EISELEN, ESQUIRE
                                    ONE SHELL SQUARE
18                                  701 POYDRAS STREET, SUITE 4040
                                    NEW ORLEANS LA  70139
19

20

21   FOR THE NORTH RIVER
     INSURANCE COMPANY:            THOMPSON, COE, COUSINS & IRONS
22                                 BY:  KEVIN RISLEY, ESQUIRE
                                   ONE RIVERWAY, SUITE 1600
23                                 HOUSTON TX  77056

24

25

```
 1    APPEARANCES CONTINUED:

 2

 3                                LOBMAN CARNAHAN BATT ANGELLE
                                 & NADER
 4                               BY:  SIDNEY J. ANGELLE, ESQUIRE
                                 400 POYDRAS STREET, SUITE 2300
 5                               NEW ORLEANS LA   70130

 6

 7

 8    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
 9                               CERTIFIED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM B406
10                               NEW ORLEANS LA   70130
                                 (504) 589-7779
11                               Cathy_Pepper@laed.uscourts.gov

12

13    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
      PRODUCED BY COMPUTER.

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              **I N D E X**

2

3                                                                    PAGE

4

5    **BRANDON CARLISLE**.................................... 991

6    DIRECT EXAMINATION BY MR. DUPLANTIER................. 992

7    CROSS-EXAMINATION BY MR. SEEGER..................... 997

8    REDIRECT EXAMINATION BY MR. DUPLANTIER..............1000

9    **Dr. James A. Tompkins** videotaped deposition .........1001

10   TRAVERSE EXAMINATION BY MR. MEUNIER.................1009

11   DIRECT EXAMINATION BY MR. GRAU......................1021

12   CROSS-EXAMINATION BY MR. MEUNIER....................1040

13   CROSS-EXAMINATION BY MR. MEUNIER....................1041

14   REDIRECT EXAMINATION BY MR. GRAU....................1111

15   **TIMOTHY DONALD TONYAN**...............................1116

16   VOIR DIRE EXAMINATION BY MR. GRAU...................1116

17   TRAVERSE EXAMINATION BY MR. SEEGER..................1121

18   DIRECT EXAMINATION BY MR. GRAU......................1130

19   CROSS-EXAMINATION BY MR. SEEGER.....................1149

20   REDIRECT EXAMINATION BY MR. GRAU....................1159

21

22

23

24

25

1                         E X H I B I T S

2

3     DESCRIPTION                                        PAGE

4

5     Exhibit Numbers 85 and 85A.........................1020

6     Plaintiff's Tompkins Trial Exhibit Number 1..........1055

7     Plaintiff's Tompkins Trial Exhibit Number 2..........1070

8     Plaintiff's Tompkins Trial Exhibit Number 3..........1071

9     Plaintiff's Tompkins Trial Exhibit Number 4..........1075

10    Plaintiff's Tompkins Trial Exhibit Number 5..........1087

11    Plaintiff's Tompkins Trial Exhibit Number 6..........1091

12    Plaintiff's Tompkins Trial Exhibit Number 7..........1092

13    Plaintiff's Tompkins Trial Exhibit Number 8..........1098

14    Plaintiff's Tompkins Trial Exhibit Number 9..........1099

15    Plaintiff's Tompkins Trial Exhibit Number 10.........1101

16    Plaintiff's Tompkins Trial Exhibit Number 11.........1106

17    Plaintiff's Tompkins Trial Exhibit Number 12.........1106

18    Plaintiff's Tompkins Trial Exhibit Number 13.........1111

19    Plaintiff's Tompkins Trial Exhibit Number 9D.........1132

20

21

08:26AM  22

08:26AM  23

08:26AM  24

25

08:26AM  1                    **P-R-O-C-E-E-D-I-N-G-S**

08:25AM  2                    Friday, November 30, 2012

08:25AM  3              M O R N I N G   S E S S I O N

08:25AM  4                  (COURT CALLED TO ORDER)

08:25AM  5

08:25AM  6

08:28AM  7        THE DEPUTY CLERK:  All rise.

08:28AM  8        (WHEREUPON, at 8:28 a.m. the jury panel enters the

08:28AM  9   courtroom.)

08:28AM 10        THE COURT:  Be seated, please.  Good morning, ladies

08:28AM 11   and gentlemen.

08:28AM 12             Let's call your next witness, please.

08:28AM 13        MR. DUPLANTIER:  The defendants will call

08:29AM 14   Brandon Carlisle.

08:29AM 15        THE COURT:  Brandon Carlisle.

        16        THE DEPUTY CLERK:  Would you please raise your right

        17   hand.  Do you solemnly swear that the testimony which you are

        18   about to give will be the truth, the whole truth and nothing

        19   but the truth, so help you God?

        20        THE WITNESS:  I do.

        21                    **BRANDON CARLISLE**

        22    was called as a witness and, after being first duly sworn by

        23    the Clerk, was examined and testified on his oath as follows:

08:29AM 24        THE DEPUTY CLERK:  Please have a seat and state and

08:29AM 25   spell your name for the record.

| | | |
|---|---|---|
| 08:29AM | 1 | THE WITNESS:  Brandon Carlisle.  And that's |
| 08:29AM | 2 | C-A-R-L-I-S-L-E. |
| 08:29AM | 3 | DIRECT EXAMINATION |
| 08:29AM | 4 | BY MR. DUPLANTIER: |
| 08:29AM | 5 | Q.   Good morning, Mr. Carlisle. |
| 08:29AM | 6 | A.   Good morning. |
| 08:30AM | 7 | Q.   Can you tell the jury where you live currently? |
| 08:30AM | 8 | A.   Gulfport. |
| 08:30AM | 9 | Q.   And what's your address in Gulfport? |
| 08:30AM | 10 | A.   63 Bayou Circle. |
| 08:30AM | 11 | Q.   And where did you live before that address? |
| 08:30AM | 12 | A.   Also in Gulfport, 1292 Glendale Place. |
| 08:30AM | 13 | Q.   And when did you move from one address to the other? |
| 08:30AM | 14 | A.   2006. |
| 08:30AM | 15 | Q.   Tell the jury who you're employed by. |
| 08:30AM | 16 | A.   Interior Exterior. |
| 08:30AM | 17 | Q.   What's your job title? |
| 08:30AM | 18 | A.   Outside sales. |
| 08:30AM | 19 | Q.   And as an outside salesperson, what are your job |
| 08:30AM | 20 | responsibilities? |
| 08:30AM | 21 | A.   To maintain and develop relationships with our customers |
| 08:30AM | 22 | and move product. |
| 08:30AM | 23 | Q.   And as part of your job responsibilities over the years -- |
| 08:30AM | 24 | how long have you been employed by Interior Exterior? |
| 08:30AM | 25 | A.   Eleven years, going on 11 years. |

08:30AM  1    Q.    You have always -- have you always been in the sales

08:31AM  2    department?

08:31AM  3    A.    Yes.

08:31AM  4    Q.    And always -- have you always been in outside sales?

08:31AM  5    A.    Yes.

08:31AM  6    Q.    As part of your job responsibilities, have you had

08:31AM  7    experience with selling drywall?

08:31AM  8    A.    I'm sorry, repeat.

08:31AM  9    Q.    As part of your job responsibilities, have you had

08:31AM  10   experience selling drywall?

08:31AM  11   A.    Absolutely.

08:31AM  12   Q.    Explain to the jury the types and the various forms of

08:31AM  13   drywall that you are involved in.

08:31AM  14   A.    I do mostly commercial.  Commercial is 5/8 as opposed to

08:31AM  15   1/2 inch.  Half inch typically goes -- is used for residential

08:31AM  16   applications.  Moisture-resistant drywall, which is mainly for

08:31AM  17   commercial.

08:31AM  18   Q.    Do you remember a period of time when Interior Exterior

08:31AM  19   had bought and was selling Chinese drywall?

08:31AM  20   A.    I do.

08:31AM  21   Q.    Did you have occasion to sell drywall, the Chinese drywall

08:32AM  22   to customers?

08:32AM  23   A.    Rarely, but I did.

08:32AM  24   Q.    Why did you rarely sell -- have to sell that to customers?

08:32AM  25   A.    Well, again, most of my business was commercial, and the

08:32AM 1    commercial market doesn't use the 5/8 [verbatim].  But that

08:32AM 2    wouldn't stop me from fielding customers in the office, and I

08:32AM 3    did have a couple of residential, more friends, that I would

08:32AM 4    sell to.

08:32AM 5    Q.    Let me ask you a question.  There were some questions

08:32AM 6    asked to Mr. Joseph yesterday.  Let me ask you this:  Do you

08:32AM 7    know what an MSDS sheet is?

08:32AM 8    A.    Sure.

08:32AM 9    Q.    And does Interior Exterior have those available for the

08:32AM 10   products that they sell?

08:32AM 11   A.    We do.

08:32AM 12   Q.    Have you ever -- in your 11 years as a salesperson, have

08:32AM 13   you ever had a customer ask you for an MSDS sheet for drywall

08:32AM 14   of any kind?

08:32AM 15   A.    For drywall, no.

08:32AM 16   Q.    You've had them ask for it for other products?

08:33AM 17   A.    Things like fire caulks or, you know, something that is

08:33AM 18   chemical based.

08:33AM 19   Q.    In your experience in selling the drywall, have you ever

08:33AM 20   had occasion to have to investigate the chemical makeup of

08:33AM 21   drywall?

08:33AM 22   A.    No.

08:33AM 23   Q.    When you're selling drywall, are there certain defects

08:33AM 24   that you are looking for before it is sent to a customer?

08:33AM 25   A.    Yeah.  I suppose paper peeling or bubbling or something

08:33AM 1    like that, but that would be about it.

08:33AM 2    Q.    Well, at some point in time you had to remediate your

08:33AM 3    house.  Can you tell the jury what happened to you personally.

08:33AM 4    A.    Katrina?

08:33AM 5    Q.    Yes, sir.

08:33AM 6    A.    Sure.  Yeah, I got five feet of water at my house during

08:33AM 7    Katrina, and remediated that one, the Glendale Place.  After

08:34AM 8    that I bought another house that also had five feet of water,

08:34AM 9    and I had to put that one back together as well.

08:34AM 10   Q.    At what period of time did you buy the second house?  What

08:34AM 11   year was that?

08:34AM 12   A.    2006.

08:34AM 13   Q.    And when you bought the second house, what was its

08:34AM 14   condition?

08:34AM 15   A.    It was gutted, basically.  I had a contractor friend who

08:34AM 16   was working on it for the owner, and I started the process of

08:34AM 17   buying the house at that point.  And we put the Chinese

08:34AM 18   sheetrock in it, and put it back together like that.

08:34AM 19   Q.    Were you the owner of the house at the time that you -- at

08:34AM 20   the time that the drywall was sold to the contractor?

08:34AM 21   A.    I was in the process of buying it, but I wasn't the owner.

08:35AM 22   However, I was the owner when the drywall started getting put

08:35AM 23   up on the walls.

08:35AM 24   Q.    When you sold him the Chinese drywall, did you have any

08:35AM 25   concerns about that drywall in 2006?

08:35AM  1    A.    Definitely not.

08:35AM  2    Q.    Have you ever had -- did the Gulfport office also have a

08:35AM  3    warehouse?

08:35AM  4    A.    Sure.

08:35AM  5    Q.    Did you ever have occasion to go in the warehouse when the

08:35AM  6    Chinese drywall was present?

08:35AM  7    A.    Sure.

08:35AM  8    Q.    Did you ever experience any type of smell coming from the

08:35AM  9    Chinese drywall that was in the Gulfport warehouse?

08:35AM  10   A.    No.

08:35AM  11   Q.    When the drywall was being installed in your house, did

08:35AM  12   your contractor have any difficulty installing that drywall?

08:35AM  13   A.    No.

08:35AM  14   Q.    Did the contractor ever express to you any concerns about

08:35AM  15   a smell coming from the drywall?

08:35AM  16   A.    No.

08:35AM  17   Q.    Did you -- after you moved into the house, did you

08:36AM  18   experience any unusual smells after the house was remediated,

08:36AM  19   reconstructed and you moved in -- what year did you move in?

08:36AM  20   A.    In 2006.

08:36AM  21   Q.    And after that, did you ever notice any smells in the

08:36AM  22   home?

08:36AM  23   A.    I did not, no.

08:36AM  24   Q.    Did you ever have to discuss a problem with the smell with

08:36AM  25   the contractor?

08:36AM 1     A.    No.

08:36AM 2     Q.    And how long was it before you found out that there was a

08:36AM 3     problem with the Chinese drywall?

08:36AM 4     A.    Not until it hit the media, the news, and I think that was

08:36AM 5     years later.

08:36AM 6     Q.    And in the interim, in the intervening years, did you have

08:36AM 7     any concerns that the drywall that you had bought and put into

08:36AM 8     your house was defective?

08:36AM 9     A.    No.

08:36AM 10          MR. DUPLANTIER:  I don't have any further questions.

08:37AM 11    Thank you.

08:37AM 12                        CROSS-EXAMINATION

08:37AM 13    BY MR. SEEGER:

08:37AM 14    Q.    Mr. Carlisle, I just want to make sure I understand a

08:37AM 15    couple of things.

08:37AM 16          So your homes have Chinese drywall.  You said two homes

08:37AM 17    have Chinese drywall?

08:37AM 18    A.    Not the first one.

08:37AM 19    Q.    Oh, not the first one.

08:37AM 20    A.    Not the first one, just the second one that I'm in now.

08:37AM 21    Q.    I just want to make sure I understood the answer to your

08:37AM 22    question to counsel.  Was it -- did you detect a smell in your

08:37AM 23    home with Chinese drywall?

08:37AM 24    A.    No.

08:37AM 25    Q.    Okay.  I'm a little confused, Mr. Carlisle.  Do you

08:37AM  1    remember being deposed in the case?

08:37AM  2    A.    Yes.

08:37AM  3    Q.    And you were asked, you know, if you smelled it, and you

08:37AM  4    said you smelled a stale smell; is that fair?

08:37AM  5    A.    It's a stale smell, but I didn't even notice that smell

08:37AM  6    until after it had come out and people had to tell me, guests

08:37AM  7    and things that come through the home, would tell me.  And the

08:37AM  8    original people who came and did the first inspection, they

08:37AM  9    noticed a smell.  And so I've noticed it since, definitely.

08:38AM 10    Q.    I'm just curious, then, why when you were deposed, how

08:38AM 11    come you had a discussion about using a lot of Glade PlugIns?

08:38AM 12    Can you tell me what a Glade PlugIn is?

08:38AM 13    A.    Yeah, it's a Glade PlugIn.  It's to freshen the home.

08:38AM 14    Q.    All right.

08:38AM 15    A.    I wouldn't describe it as a sulfuric smell, but a stale

08:38AM 16    smell.

08:38AM 17    Q.    A stale smell you noticed.  Okay.  Thank you.

08:38AM 18          And you are -- are you in litigation regarding the

08:38AM 19    Chinese drywall?

08:38AM 20    A.    Yes.

08:38AM 21    Q.    You're suing Knauf, right?

08:38AM 22    A.    Yes.

08:38AM 23    Q.    That's the manufacturer who sold the drywall to the

08:38AM 24    Geary's, right?

08:38AM 25    A.    I mean, I suppose I'm in litigation.  I mean, it's being

08:38AM 1    handled.  I haven't seeked counsel personally.  I don't have a

08:38AM 2    lawyer personally.  But the owners of my company and all that

08:38AM 3    have been taking care of it for me.

08:38AM 4    Q.    Your house is going to be remediated by Knauf, right?

08:38AM 5    A.    Correct.

08:38AM 6    Q.    Also, just to be clear, you sold mostly commercial.  But

08:39AM 7    5/8, just for some of us who don't handle drywall, it's a

08:39AM 8    thicker type of drywall?

08:39AM 9    A.    Correct.

08:39AM 10   Q.    And 1/2 inch is kind of what's used in the home?

08:39AM 11   A.    That's right.

08:39AM 12   Q.    And you weren't really involved in selling a lot -- you

08:39AM 13   testified to that.  You didn't sell a lot of 1/2 inch?

08:39AM 14   A.    That's right.

08:39AM 15   Q.    So you had a lot more experience with commercial, which

08:39AM 16   didn't have the Chinese drywall problems; isn't that right?

08:39AM 17   A.    Correct.

08:39AM 18   Q.    And, in fact, you very rarely ever sold residential

08:39AM 19   drywall to residential customers, right, sir?

08:39AM 20   A.    That's right.

08:39AM 21   Q.    Now, are you aware -- I'm just -- while you were there, at

08:39AM 22   any point in your tenure with INEX, did you go to visit any of

08:39AM 23   the homes that did get Chinese drywall with the manufacturer's

08:39AM 24   rep?

08:39AM 25   A.    No.

08:39AM 1    Q.    Because we heard testimony in the trial about this.  Did

08:39AM 2    any manufacturer's rep, I don't care, owner, the representative

08:39AM 3    of a manufacturer, that you know of, go to visit any of the

08:39AM 4    homeowners that got Chinese drywall with any representatives

08:39AM 5    from INEX?

08:39AM 6    A.    Not that I'm aware.

08:40AM 7    Q.    And in the cases where you were involved in sales with

08:40AM 8    residential drywall that was Chinese that needs to be

08:40AM 9    remediated, have you been involved in notifying the customers

08:40AM 10   that, in fact, they got Chinese drywall?

08:40AM 11   A.    No.  Personally, no.

08:40AM 12   Q.    Do you know anybody at INEX that either wrote a letter,

08:40AM 13   picked up the phone -- just personal knowledge?

08:40AM 14   A.    Not aware of that.

08:40AM 15          MR. SEEGER:  Thank you, Mr. Carlisle.

08:40AM 16          THE COURT:  Any redirect?

08:40AM 17          MR. DUPLANTIER:  Sure.  Just very briefly, Your Honor.

08:40AM 18                     REDIRECT EXAMINATION

08:40AM 19   BY MR. DUPLANTIER:

08:40AM 20   Q.    Are you in line for your home to be remediated?

08:40AM 21   A.    As far as I know, yes.

08:40AM 22   Q.    And who -- what -- who's doing that for you?

08:40AM 23   A.    Moss.

08:40AM 24   Q.    And who does Moss work for?

08:40AM 25   A.    I suppose they work for Knauf.

08:40AM 1    Q.   And they're the ones that are going to be remediating your

08:40AM 2    home?

08:40AM 3    A.   Yes.

08:40AM 4    Q.   The stale smell that you discussed in your deposition, was

08:40AM 5    that something that you noticed immediately after moving into

08:40AM 6    the home?

08:41AM 7    A.   Years later.

08:41AM 8    Q.   It was years later.

08:41AM 9         MR. DUPLANTIER:  Thank you, Mr. Carlisle.  No further

08:41AM 10   questions.

08:41AM 11        THE COURT:  You're excused.  Thank you, sir.

08:41AM 12             Let's call your next witness, Counsel.

08:41AM 13        MR. GRAU:  Your Honor, at this time we would like to

08:41AM 14   play the video deposition of Dr. James Tompkins.

08:41AM 15        THE COURT:  Okay.  Tell us who he is.

08:41AM 16        MR. GRAU:  He's an expert, an import/export expert.

08:41AM 17   And his deposition was taken for trial, for perpetuation.

08:41AM 18        THE COURT:  Right.

08:41AM 19        MR. GRAU:  So it's a little different than some of the

08:41AM 20   other ones.

08:41AM 21        THE COURT:  Okay.

08:41AM 22        (WHEREUPON, at this point in the proceeding, the

08:41AM 23   videotaped deposition of Dr. James A. Tompkins was played, as

08:41AM 24   follows:)

08:41AM 25                       VOIR DIRE EXAMINATION

08:41AM   1   BY MR. GRAU:

08:41AM   2   Q.    Good afternoon.  Would you tell the jury your name,

08:41AM   3   please.

08:41AM   4   A.    My name is Dr. James A. Tompkins.

08:41AM   5   Q.    And Dr. Tompkins, have you been retained by

08:41AM   6   Interior Exterior in this case?

08:41AM   7   A.    Yes.

08:41AM   8   Q.    And that's to provide expert testimony on their behalf; is

08:41AM   9   that correct?

08:41AM  10   A.    That's correct.

08:41AM  11   Q.    And you understand we're here today to take your

08:41AM  12   deposition for use at trial; is that correct?

08:41AM  13   A.    I do.

08:41AM  14   Q.    Can you tell the jury why it is that you will not be able

08:41AM  15   to be present at trial?

08:42AM  16   A.    On November 13th I'm going to get two new knees, and I am

08:42AM  17   restricted by the doctor, I can't travel until January 9th, so

08:42AM  18   given that the case is heard before January 9th, I can't go.

08:42AM  19   The doctor told me not to.  So hopefully I get two new knees,

08:42AM  20   though.

08:42AM  21   Q.    Dr. Tompkins, where do live?

08:42AM  22   A.    In Raleigh, North Carolina.

08:42AM  23   Q.    And what is your profession?

08:42AM  24   A.    I'm an engineer and a consultant.

08:42AM  25   Q.    You work for Tompkins International; is that correct?

08:42AM 1    A.    That's correct.

08:42AM 2    Q.    Can you tell the jury what Tompkins International is, what

08:42AM 3    their business is?

08:42AM 4    A.    Tompkins International is a supply chain consulting and

08:42AM 5    implementation firm.

08:42AM 6    Q.    What is it that you do for Tompkins International?

08:42AM 7    A.    I'm the founder and the CEO and the president.

08:42AM 8    Q.    How long have you been involved in supply chain consulting

08:42AM 9    and implementation?

08:42AM 10   A.    Well, the word *supply chain* didn't really come into its

08:42AM 11   own until the late 1990s, but I have always done the subject of

08:43AM 12   supply chain consulting, so that's like 38 years.

08:43AM 13   Q.    Okay.  What's your educational background?

08:43AM 14   A.    I have a Bachelor's in industrial engineering, a Master's

08:43AM 15   in industrial engineering, and a Ph.D. in industrial

08:43AM 16   engineering, all from Purdue University.

08:43AM 17   Q.    What is industrial engineering?

08:43AM 18   A.    Industrial engineering is the field that plans and designs

08:43AM 19   the integration of people, process and capital to create

08:43AM 20   efficient, effective systems.

08:43AM 21   Q.    And how is it that you use your degree in industrial

08:43AM 22   engineering in your work as a supply chain consultant?

08:43AM 23   A.    My field of expertise is flow, movement, and so when I

08:43AM 24   began industrial engineering, I looked at the flow, the

08:43AM 25   movement within factories and within warehouses.

08:43AM 1        In 1975, when I created the Tompkins practice, we began

08:43AM 2   looking at the flow between suppliers and factories and

08:43AM 3   warehouses and customers.

08:44AM 4        That's today what is called *supply chain*, that overall

08:44AM 5   flow of product, information and capital and money back and

08:44AM 6   forth up and down the supply chain from your supplier's

08:44AM 7   supplier all the way to your customer's customers.  So unlike a

08:44AM 8   lot of people, I've always done what I do, and that's all I

08:44AM 9   know how to do, and fortunately, in 2012, people care about

08:44AM 10  supply chain.

08:44AM 11  Q.   What exactly does Tompkins do as a consultant?  What types

08:44AM 12  of businesses do they work for and what sort of consulting

08:44AM 13  services do you provide?

08:44AM 14  A.   We provide end-to-end supply chain consulting, and so that

08:44AM 15  says we start with the supplier's supplier and go all the way

08:44AM 16  to the customer's customer.  And then within each one of those

08:44AM 17  links, we work on the processes of planning, buying, making,

08:44AM 18  moving, storing, and selling.

08:44AM 19       So in the planning, how much product should we make?  In

08:45AM 20  the buying, where should we buy the raw materials?  Where

08:45AM 21  should we buy the components that are going to go into the

08:45AM 22  factory?  Make is manufacturing.  How does the manufacturing

08:45AM 23  process work?

08:45AM 24       Then we move it.  We move it from a plant in China to a

08:45AM 25  distribution center in LA, or we move it from a plant in Topeka

08:45AM 1    to a distribution center in Memphis.  And then we store it in

08:45AM 2    that distribution center until the customer requests it, and

08:45AM 3    then we sell it to them and we move it.

08:45AM 4        So typical projects would be, "Help us with our flow of

08:45AM 5    goods between our source in China and our retail stores in the

08:45AM 6    United States.  Help us to figure out how much inventory we

08:45AM 7    should have to meet the customers' needs.  Help us to reduce

08:45AM 8    the cost of transportation.  Help us to deal with multichannel,

08:45AM 9    where one channel is the retailer store, another channel would

08:45AM 10   be on-line sales.  And so how do we do this flow of goods,

08:46AM 11   money and information to allow us to provide the best service

08:46AM 12   to our customer that we can?"

08:46AM 13   Q.   Does part of your practice in consulting and supply chain

08:46AM 14   include advising clients on best practices as far as their

08:46AM 15   responsibilities given their particular role in the supply

08:46AM 16   chain?

08:46AM 17   A.   Yes.  Absolutely.

08:46AM 18   Q.   Can you expound upon that for us?

08:46AM 19   A.   Yeah, in fact, in 2002 I bought a benchmarking and best

08:46AM 20   practice consortium, and at the time we bought it it was called

08:46AM 21   the Supply Chain Benchmarking and Best Practice Consortium, but

08:46AM 22   it really only did the transportation piece.

08:46AM 23       What we've now done is we've expanded that, and so we are

08:46AM 24   a consortium of about 750 companies that answer 15,000

08:46AM 25   questions.  That's the maximum.  No company does all 15,000.

08:46AM 1    But they'll answer questions as to what are their benchmarks,

08:46AM 2    what are their performance, and then what are the best

08:47AM 3    practices behind that.  And then what we do is we summarize

08:47AM 4    that, we write reports, and then we help our clients based on

08:47AM 5    those best practices.

08:47AM 6    Q.    Are you a published author?

08:47AM 7    A.    Yes, I have written a lot.

08:47AM 8    Q.    Do you know how many -- how many books have you written?

08:47AM 9    A.    31.

08:47AM 10   Q.    And are all 31 of those books on the subject of supply

08:47AM 11   chain?

08:47AM 12   A.    Yes, all 31 are on the subject of supply chain.  29 of

08:47AM 13   those are what I would call textbooks or written books.  Two of

08:47AM 14   them are novels.  Of the 29 books that I would call textbooks,

08:47AM 15   some of them are written by James A. Tompkins, Ph.D., and those

08:47AM 16   are specifically focused on supply chain.

08:47AM 17       Some of those are written by Jim Tompkins, and those are

08:47AM 18   books that have been more experiential, not based upon my

08:47AM 19   technical training, but instead being based upon my

08:48AM 20   experiential knowledge.  So there's a book called *Bold

08:48AM 21   Leadership*.  That's not specifically supply chain, but it's

08:48AM 22   what I learned from dealing in the supply chain what the

08:48AM 23   leadership function should be.

08:48AM 24       So all the books from James A. Tompkins, Ph.D., are

08:48AM 25   hardcore supply chain.  The ones by Jim Tompkins are more

08:48AM 1   experiential.  I think it's important to separate your

08:48AM 2   credentials from what you learn just by doing your business.

08:48AM 3   Q.    You've also published a number of journal articles as

08:48AM 4   well?

08:48AM 5   A.    Yes.

08:48AM 6   Q.    Do you know approximately how many of those you've

08:48AM 7   published?

08:48AM 8   A.    It's, I think, like 700 or something like that.  So I used

08:48AM 9   to be a college professor, and so I write a lot.

08:48AM 10  Q.    Okay.  You were retained to answer a question in this

08:48AM 11  case; is that correct?

08:48AM 12  A.    That is correct.

08:48AM 13  Q.    What question were you asked to answer?

08:48AM 14  A.    If I could have my report, I would be happy to tell you

08:48AM 15  exactly that is.

08:48AM 16  Q.    Let me hand you a copy of what's been identified as your

08:48AM 17  report in this case.

08:49AM 18  A.    Yes.  The question that I was asked is -- in fact, I

08:49AM 19  conceived the question and then we evolved the question through

08:49AM 20  discussions -- is:  "Did INEX act as a reasonable and prudent

08:49AM 21  distributor in obtaining and importing drywall from China that

08:49AM 22  ultimately was proven to contain a latent defect that caused

08:49AM 23  off-gassing, smells and corrosion to copper, silver in homes

08:49AM 24  where the drywall was installed in the United States?"

08:49AM 25  Q.    What qualifications and experience do you possess that

08:49AM  1    enables you to answer that question?

08:49AM  2    A.    Well, a key portion of the supply chain is to understand

08:49AM  3    how the product is sourced, is it sourced properly, and then

08:49AM  4    how does that sourcing allow there to be a quality product

08:49AM  5    delivered to the ultimate consumer?  And so it's that beginning

08:49AM  6    when we talk about planned buy.  This is a planned buy

08:49AM  7    discussion, really.

08:49AM  8    Q.    And you obviously -- I think you've indicated to us --

08:50AM  9    have a host of experience in consulting on planning and

08:50AM 10    buying --

08:50AM 11    A.    Absolutely.

08:50AM 12    Q.    -- as part of the supply chain; is that correct?

08:50AM 13    A.    Yes.  And specifically from China.

08:50AM 14    Q.    Let me show you what has been marked in this case as INEX

08:50AM 15    Exhibit 85 for trial purposes, and ask if you can identify that

08:50AM 16    for us, please.

08:50AM 17    A.    This is what I would call my long CV, and so this is the

08:50AM 18    one that includes all the publications, and so this is my r

08:50AM 19    résumé.

08:50AM 20    Q.    And this was a document that's maintained by Tompkins

08:50AM 21    International; is that correct?

08:50AM 22    A.    Yes, my marketing department does this.

08:50AM 23    Q.    Okay.  And your CV outlines all of your qualifications and

08:50AM 24    credentials; is that correct?

08:50AM 25    A.    That is correct.

08:50AM 1      MR. GRAU:  At this time I would tender Dr. Tompkins as

08:50AM 2  an expert in the field of supply chain consulting with a

08:50AM 3  particular expertise in best practices.

11:09AM 4                     TRAVERSE EXAMINATION

11:09AM 5  BY MR. MEUNIER:

08:51AM 6  Q.    Dr. Tompkins, all of your formal education is in the field

08:51AM 7  of industrial engineering, correct?

08:51AM 8  A.    Yes, sir.

08:51AM 9  Q.    But you are not a licensed professional engineer, are you?

08:51AM 10  A.    I could be if I wanted to be.

08:51AM 11  Q.    That wasn't my question, sir.

08:51AM 12        You are not a licensed professional engineer, are you?

08:51AM 13  A.    That is correct.

08:51AM 14  Q.    In fact, your company does not employee any licensed

08:51AM 15  professional engineers, does it?

08:51AM 16  A.    My company employs licensed professional engineers, but we

08:51AM 17  sign a contract with them when they come on board that they

08:51AM 18  cannot disclose to anyone that they are a licensed professional

08:51AM 19  engineer.

08:51AM 20  Q.    And the reason for that, and the reason why you are not a

08:51AM 21  licensed professional engineer, is because you don't want to

08:51AM 22  pay higher insurance premiums, which you would have to pay if

08:52AM 23  you became a licensed professional engineer or employed such

08:52AM 24  engineers; is that true?

08:52AM 25  A.    That is true.

08:52AM 1   Q.   Now, you are not a chemist, right?

08:52AM 2   A.   Correct.

08:52AM 3   Q.   You don't hold yourself out as a gypsum expert, do you?

08:52AM 4   A.   No, I do not.

08:52AM 5   Q.   You have no training or experience in gypsum extraction?

08:52AM 6   A.   That is correct.

08:52AM 7   Q.   No training or experience in the separation of sulfur from

08:52AM 8   the raw material of gypsum in drywall processes?

08:52AM 9   A.   That is correct.

08:52AM 10   Q.   You have no formal training or experience in applying

08:52AM 11   industry standards to the design, manufacture or testing of

08:52AM 12   gypsum products such as drywall, do you?

08:52AM 13   A.   Not formal training, that's correct.

08:52AM 14   Q.   In fact, you've never published on that, have you?

08:52AM 15   A.   I think that's true.

08:52AM 16   Q.   You've never written or published anything on the subject

08:53AM 17   of sourcing building materials like drywall from a foreign

08:53AM 18   country, have you?

08:53AM 19   A.   I have not.

08:53AM 20   Q.   And aside from the expert report which you have written in

08:53AM 21   this matter, you have not previously addressed as an expert the

08:53AM 22   due diligence that a distributor should exercise in sourcing

08:53AM 23   building materials from China, true?

08:53AM 24   A.   There was one other Chinese drywall case before the

08:53AM 25   current one where I wrote a report there as well.  But just in

08:53AM 1    those two cases, that's true.

08:53AM 2    Q.    The other one involved *Devon International*?

08:53AM 3    A.    Yes, sir.

08:53AM 4    Q.    We'll talk about that later.

08:53AM 5          Well, let's talk about it now.  Earlier -- you did testify

08:53AM 6    earlier this year, didn't you, in a matter brought against

08:54AM 7    *Devon* as a distributor of the same Taishan drywall involved in

08:54AM 8    this case?

08:54AM 9    A.    That is correct.

08:54AM 10   Q.    And that company, like INEX, was sued by homeowners for

08:54AM 11   negligently sourcing and distributing drywall from this Taishan

08:54AM 12   manufacturing plant, true?

08:54AM 13   A.    That is true.

08:54AM 14   Q.    And just as you have said in this case about INEX, your

08:54AM 15   opinion was that *Devon* also acted reasonably and prudently in

08:54AM 16   sourcing that drywall?

08:54AM 17   A.    That is correct.

08:54AM 18   Q.    And so again, except for the *Devon* case and this one, you

08:54AM 19   have never before offered any expert testimony in a case

08:54AM 20   involving the sourcing of building materials from China or any

08:54AM 21   other country?

08:54AM 22   A.    That is true.

08:54AM 23   Q.    In fact, except for this and the *Devon* case, Dr. Tompkins,

08:54AM 24   you've never even testified as an expert in any case that

08:54AM 25   involves building or construction materials, true?

08:55AM  1   A.   That is true.

08:55AM  2   Q.   Likewise, aside from this and the *Devon* case earlier this

08:55AM  3   year, you've never offered testimony as an expert on the

08:55AM  4   question of due diligence in sourcing a building material from

08:55AM  5   China, have you?

08:55AM  6   A.   I have not.

08:55AM  7   Q.   Now, your company is a consulting service which at times

08:55AM  8   acts as a conduit for passing information between a client and

08:55AM  9   a manufacturer regarding the quality assurance and control

08:55AM 10   expectations of the client, true?

08:55AM 11   A.   In part, yes, we do that.

08:55AM 12   Q.   But you personally -- you personally -- have no experience

08:55AM 13   serving as such a conduit, do you?

08:55AM 14   A.   No, we've done that.  I've done that.

08:55AM 15   Q.   Talking about you personally?

08:55AM 16   A.   Yeah.

08:55AM 17   Q.   Have you personally, Dr. Tompkins, ever, ever been a

08:56AM 18   conduit through which ASTM standards have passed between a

08:56AM 19   client and a manufacturer with respect to building materials?

08:56AM 20   A.   No.

08:56AM 21   Q.   Now, today, have you actually produced two versions of

08:56AM 22   your curriculum vitae or résumé; is that true?

08:56AM 23   A.   In my expert report, my staff provided a 2003 version, and

08:56AM 24   I didn't discover that until Sunday night, so right away I

08:56AM 25   addressed that issue and got you the current one.  So it's an

08:56AM 1    issue of updating, yeah, so we -- my mistake.

08:56AM 2    Q.   Yeah.  So one version of your -- both your résumé and your

08:57AM 3    list of publications was one that you gave us as required with

08:57AM 4    your expert report in early October of this year, true?

08:57AM 5    A.   That is true.

08:57AM 6    Q.   And then this morning, for the first time, you produced a

08:57AM 7    newer, different version of both your curriculum vitae and the

08:57AM 8    list of publications, true?

08:57AM 9    A.   That is true.

08:57AM 10   Q.   And you know that in a case like this, when you provide to

08:57AM 11   the other side a statement of your qualifications and a list of

08:57AM 12   your publications, it gives the other side a chance to learn

08:57AM 13   about you in advance of your testimony, correct?

08:57AM 14   A.   That's correct.

08:57AM 15   Q.   And one change -- well, there are a number of changes in

08:57AM 16   the list of publications, because the one that you gave us with

08:57AM 17   your expert report a month ago didn't even have any of the

08:57AM 18   recent publications on it, did it?

08:57AM 19   A.   Yeah, the last one, I think, was February of 2003.

08:57AM 20   Q.   Almost 10 years?

08:57AM 21   A.   Yeah.  So, obviously, not a valid CV.

08:57AM 22   Q.   But that's what we had to go on before today, true?

08:58AM 23   A.   You could have searched me on the Internet and found all

08:58AM 24   sorts of things beyond that, so -- in fact, I think you

08:58AM 25   probably did.

08:58AM 1    Q.    Well, you were obliged, you knew, to give us a list of

08:58AM 2    publications?

08:58AM 3    A.    I apologize.

08:58AM 4    Q.    That's part of rules here, right?

08:58AM 5    A.    My mistake.

08:58AM 6    Q.    And then in the CV that you've given us today for the

08:58AM 7    first time, there's a change, isn't there, in the statement of

08:58AM 8    your capabilities?

08:58AM 9    A.    There is a change, yes.

08:58AM 10    Q.    Counsel, I think, has marked as --

08:58AM 11    A.    85.

08:58AM 12    Q.    -- Exhibit --

08:58AM 13         MR. MEUNIER:  Is it 80?

08:58AM 14         MR. GRAU:  Yeah, it's INEX 85 for trial purposes.

08:58AM 15                              EXAMINATION

08:58AM 16    BY MR. MEUNIER:

08:58AM 17    Q.    All right.  Well, let me then mark, as Interior Exterior

08:58AM 18    Exhibit 85 A, the version of your CV that you provided to us in

08:58AM 19    October of this year with your expert report.

08:59AM 20         And I'll show that to you and ask you, sir, what is the

08:59AM 21    word that I have underlined in the capabilities description of

08:59AM 22    your first CV that's now been taken out of the capabilities

08:59AM 23    description in your new CV?

08:59AM 24    A.    My marketing department makes changes in this that I find

08:59AM 25    interesting to look at today.  The word that is underlined by

08:59AM 1    you is the word "quality" that's been removed from the

08:59AM 2    capabilities.

08:59AM 3    Q.    All right.  So in the résumé we had, one of the areas of

08:59AM 4    your expertise or capabilities was quality.  In the new version

08:59AM 5    of the CV, that's not in there, true?

08:59AM 6    A.    That is correct.

08:59AM 7    Q.    Now, your consulting company, Tompkins, it typically does

08:59AM 8    not involve itself with a specific manufacturing process for a

09:00AM 9    product, does it?

09:00AM 10   A.    That is correct.

09:00AM 11   Q.    In fact, neither you nor your company has ever been

09:00AM 12   involved with the testing or certifying of any building

09:00AM 13   material for quality assurance purposes, correct?

09:00AM 14   A.    That is correct.

09:00AM 15   Q.    And aside from the *Devon* case and this one, you've never

09:00AM 16   offered yourself as an expert in a matter where it was alleged

09:00AM 17   that a Chinese-manufactured product was not properly tested,

09:00AM 18   correct?

09:00AM 19   A.    That is correct.

09:00AM 20   Q.    You've never been qualified to testify as an expert or

09:00AM 21   even give expert testimony by deposition regarding the

09:00AM 22   implementation of building codes or the ASTM standards referred

09:00AM 23   to in building codes, true?

09:00AM 24   A.    That is true.

09:00AM 25   Q.    You've never participated in administering a test of a

09:00AM 1    product in accordance with ASTM test methods or protocols, have

09:00AM 2    you?

09:00AM 3    A.    No, I haven't.

09:00AM 4    Q.    In fact, you've never even seen such a product testing

09:00AM 5    performed in accordance with ASTM methods, have you?

09:00AM 6    A.    That is correct.

09:00AM 7    Q.    Also true that, prior to your testimony in the *Devon* case,

09:00AM 8    you'd never offered testimony as an expert on whether a product

09:01AM 9    of any kind was properly tested and labeled in accordance with

09:01AM 10   U.S. industry standards, true?

09:01AM 11   A.    Did you include in there building materials or did you say

09:01AM 12   in general?

09:01AM 13   Q.    A product of any kind.

09:01AM 14   A.    Not that I recall.

09:01AM 15   Q.    Prior to the *Devon* case, in fact, you had never even

09:01AM 16   looked at ASTM standards pertinent to drywall, had you?

09:01AM 17   A.    I had not.

09:01AM 18   Q.    And at the time of the *Devon* testimony you gave, you had

09:01AM 19   conducted no independent investigation or research to determine

09:01AM 20   whether ASTM standards even apply to drywall, true?

09:01AM 21   A.    That's true.

09:01AM 22   Q.    And in the seven or eight months since then, have you done

09:01AM 23   that research?

09:01AM 24   A.    I have read all ASTM standards that I believe are

09:02AM 25   appropriate for this case, yes.

09:02AM   1   Q.   So based on research you've done in the last seven or

09:02AM   2   eight months, you're not holding yourself out as an expert on

09:02AM   3   which ASTM standards apply or how they apply to drywall, are

09:02AM   4   you?

09:02AM   5   A.   No.

09:02AM   6   Q.   As of the *Devon* testimony you gave earlier this year, you

09:02AM   7   had not, in fact, reviewed any ASTM standards relevant to

09:02AM   8   whether a product, including drywall, is properly labeled,

09:02AM   9   correct?

09:02AM  10   A.   That was the topic of discussion in the *Devon* case.

09:02AM  11   Q.   Yes, sir.  But as of the time you testified in *Devon*, you

09:02AM  12   had not reviewed any ASTM standards relevant to whether a

09:02AM  13   product, including drywall, is properly labeled; is that

09:02AM  14   correct?

09:02AM  15   A.   No.  Before the *Devon* case, I had not, but since the

09:02AM  16   *Devon* -- during the *Devon* case, I did.

09:02AM  17   Q.   Okay.  And finally, Dr. Tompkins, isn't it true that in

09:03AM  18   approximately 80 percent of the cases in which you have been

09:03AM  19   hired as an expert, legal cases, you have been hired on behalf

09:03AM  20   of the defendant party being sued, not the party making a

09:03AM  21   claim?

09:03AM  22   A.   I don't know.  I mean, I don't do much expert testimony

09:03AM  23   work.  I've done, I think, maybe 25 or 30 cases over my entire

09:03AM  24   career, so I am -- I'm a professional consultant, not a

09:03AM  25   professional expert so I don't really even keep track of that.

09:03AM 1    Q.   Well, do you remember being asked in *Devon* to give an

09:03AM 2    approximate percentage of the time you offered testimony on

09:03AM 3    behalf of a defendant?

09:03AM 4    A.   No, I don't.

09:03AM 5    Q.   If your testimony in *Devon* was that -- your estimate was

09:03AM 6    80 percent of the time, approximately 80 percent of the time,

09:03AM 7    you have been hired on behalf of a defendant as opposed to a

09:03AM 8    plaintiff, does that sound right to you?

09:03AM 9    A.   Yeah, that would be a good estimate, I think, given the

09:03AM 10   types of cases I've worked on.

09:04AM 11   Q.   Now, you are charging $500 an hour for your expert work in

09:04AM 12   this case, correct?

09:04AM 13   A.   That's correct.

09:04AM 14   Q.   You charged $550 an hour in the *Devon* case?

09:04AM 15   A.   That's correct.

09:04AM 16   Q.   And you and your company made $150,000 in expert fees in

09:04AM 17   the *Devon* case, true?

09:04AM 18   A.   I don't know about the word *made*.  That's what we

09:04AM 19   invoiced.

09:04AM 20   Q.   You charged.

09:04AM 21   A.   We charged.

09:04AM 22   Q.   And in this case, you have to date, both you and those

09:04AM 23   working with you -- with your company, have billed about

09:04AM 24   $120,000 in expert charges, correct?

09:04AM 25   A.   That's correct.

09:04AM   1    Q.    So combining this and the other case in which you have

09:04AM   2    been an expert for a distributor of Chinese drywall, you and

09:04AM   3    your company have billed about $370,000 in expert fees,

09:05AM   4    correct?

09:05AM   5    A.    That's correct.  Did you say 370?

09:05AM   6    Q.    I'm sorry, I misspoke.   270.

09:05AM   7    A.    Okay, I'm sorry.  You looked down, I couldn't hear you.

09:05AM   8    Q.    My mistake.

09:05AM   9    A.    270, yes.

09:05AM  10    Q.    150,000 in *Devon* and about 120,000 to date here.

09:05AM  11    A.    Thank you.  Yes.

09:05AM  12    Q.    270.

09:05AM  13    A.    Right.

09:05AM  14    Q.    270,000?  Just over a quarter of a million dollars?

09:05AM  15    A.    That's correct.

09:05AM  16                            EXAMINATION

09:05AM  17    BY MR. GRAU:

09:05AM  18    Q.    Dr. Tompkins, the question that you were asked to answer

09:05AM  19    again was whether or not Interior Exterior acted as a

09:05AM  20    reasonable and prudent importer and distributor of the drywall

09:05AM  21    from China; is that correct?

09:05AM  22    A.    That is correct.

09:05AM  23    Q.    And what is your opinion in that regard?

09:05AM  24    A.    I think INEX did a good job of being prudent and of

09:05AM  25    evaluating the suppliers --

09:05AM 1          (WHEREUPON, at this point in the proceedings, the

09:05AM 2    videotaped deposition of Dr. James A. Tompkins was paused.)

09:05AM 3          MR. DUPLANTIER:  Jerry, I just want to formally offer

09:06AM 4    Dr. Tompkins as an expert in the field of global supply chain

09:06AM 5    sourcing and best practices in the sourcing of products.

09:06AM 6          THE COURT:  Right.  I will accept him.

09:06AM 7               Members of the Jury, as an expert in the

09:06AM 8    designated field, as I said once before, it is up to you to

09:06AM 9    evaluate his testimony, and that's just like any other witness.

09:06AM 10         MR. DUPLANTIER:  I'm going to offer, file and introduce

09:06AM 11   Exhibit 85, Your Honor.

09:06AM 12         MR. MEUNIER:  And with it, we would like to offer 85A.

09:06AM 13         THE COURT:  Okay.  Let them both be admitted.

09:06AM 14         (WHEREUPON, at this point in the proceedings, Exhibit

09:06AM 15   Numbers 85 and 85A were received into evidence.)

09:06AM 16         THE COURT:  Do you want to back up and play that --

09:06AM 17         MR. GRAU:  Yes, we are.  Thank you.

09:06AM 18         (WHEREUPON, at this point in the proceedings, the

09:06AM 19   videotaped deposition of Dr. James A. Tompkins resumed.)

09:06AM 20                        EXAMINATION

09:06AM 21   BY MR. MEUNIER:

09:07AM 22   Q.    My mistake.

09:07AM 23   A.    270, yes.

09:07AM 24   Q.    150,000 in *Devon* and about 120,000 to date here.

09:07AM 25   A.    Thank you.  Yes.

09:07AM 1     Q.    270.

09:07AM 2     A.    Right.

09:07AM 3     Q.    270,000?  Just over a quarter of a million dollars?

09:07AM 4     A.    That's correct.

09:07AM 5                      DIRECT EXAMINATION

09:07AM 6     BY MR. GRAU:

09:07AM 7     Q.    Dr. Tompkins, the question that you were asked to answer

09:07AM 8     again was whether or not Interior Exterior acted as a

09:07AM 9     reasonable and prudent importer and distributor of the drywall

09:07AM 10    from China; is that correct?

09:07AM 11    A.    That is correct.

09:07AM 12    Q.    And what is your opinion in that regard?

09:07AM 13    A.    I think INEX did a good job of being prudent and of

09:07AM 14    evaluating the suppliers that they could obtain drywall from,

09:07AM 15    and they did a reasonable job of bringing in the drywall.  And

09:07AM 16    then subsequently learned that there was a latent defect in the

09:07AM 17    drywall, and that's what resulted in these homeowners having a

09:08AM 18    problem.

09:08AM 19    Q.    What role did Interior Exterior play in the supply chain

09:08AM 20    with respect to importing the board from China?

09:08AM 21    A.    Well, there was two different situations with respect to

09:08AM 22    the drywall.  95 percent of drywall that was imported was from

09:08AM 23    Knauf, and Knauf was the manufacturer and INEX was the importer

09:08AM 24    and the distributor of that drywall.

09:08AM 25          With respect to Taishan, who was the manufacturer of the

09:08AM 1   other 5 percent of the drywall they brought in from China,

09:08AM 2   Taishan was the manufacturer.  In my opinion, Metro Resources

09:08AM 3   Corporation, MRC, was the importer.  And then the role that

09:09AM 4   INEX played was as a distributor.

09:09AM 5   Q.   Why, in your opinion, do you view Metro Resources as the

09:09AM 6   importer of the Taishan board that was purchased by

09:09AM 7   Interior Exterior?

09:09AM 8   A.   Because on the bill of lading, which is the document

09:09AM 9   that's required to transfer the product from China to the U.S.,

09:09AM 10  it shows that MRC is the importer.

09:09AM 11       And then, also, in the purchase terms that resulted in the

09:09AM 12  purchase of the product, it's clear that INEX bought the

09:09AM 13  product from MRC, and MRC had the responsibility of not only

09:09AM 14  delivering the product to New Orleans, but delivering it from

09:09AM 15  the Port of New Orleans to the INEX operation.

09:09AM 16       And so that was INEX's [verbatim] responsibility, and,

09:09AM 17  therefore, they're the ones that imported the product, in my

09:10AM 18  opinion.

09:10AM 19  Q.   So with respect to the Taishan drywall, Interior Exterior

09:10AM 20  did not take possession of the board and become the owner of

09:10AM 21  the drywall until it reached their warehouse in New Orleans; is

09:10AM 22  that correct?

09:10AM 23  A.   That is correct.

09:10AM 24  Q.   They were not responsible, in essence, for bringing the

09:10AM 25  drywall over from China into the United States; is that

09:10AM 1   correct?

09:10AM 2   A.   That's correct.  Nor from the port in the United States in

09:10AM 3   New Orleans to the warehouse.

09:10AM 4   Q.   Even to --

09:10AM 5   A.   That was all MRC's job.

09:10AM 6   Q.   Let's take a step back.  You've talked some about supply

09:10AM 7   chain.  Can you describe to the jury what's meant by the term

09:10AM 8   and the concept of a *supply chain*?

09:10AM 9   A.   Well, that's the links.  And so, in this case, we have a

09:10AM 10  link who's the manufacturer.  We have a link in the -- the

09:10AM 11  majority of the drywall, the Knauf drywall, that's a

09:10AM 12  distributor.  And then that distributor sells the product to a

09:10AM 13  business.  And then that business installs the product in a

09:10AM 14  customer's home.

09:11AM 15       And so that's what I would call a four-step supply chain,

09:11AM 16  where you're buying product that is certified -- certifiable by

09:11AM 17  a standard, and so the ASTM has put forth standards on drywall.

09:11AM 18  They put forward standards on pipe and on steel and a whole

09:11AM 19  list of products.

09:11AM 20       And so this standard then allows INEX to say, I want to

09:11AM 21  buy the product according to this standard, and that's what

09:11AM 22  they did.  And INEX's responsibility is to make sure that the

09:11AM 23  manufacturer accepts responsibility and certifies the

09:11AM 24  conformance of that product to the standard.  And they did

09:11AM 25  that.  That was done.

09:11AM 1     The product was then brought in.  No one indicated to

09:11AM 2  INEX, INEX had no ability to understand that there was this

09:12AM 3  latent defect, and so they sold the product and did their job

09:12AM 4  as a distributor.

09:12AM 5     There are other kinds of supply chains.  There is a

09:12AM 6  five-step supply chain type, where a five step, you don't have

09:12AM 7  a certifiable product; you have a unique product.

09:12AM 8     And so, for example, one I talked about earlier, because

09:12AM 9  it's a topic of one of my novels, one of my two novels, is a

09:12AM 10 company that makes lingerie.  And in this novel, the company

09:12AM 11 designed the lingerie.  In some cases they designed the fabric

09:12AM 12 the lingerie was made out of.  And in some cases they designed

09:12AM 13 the machinery that allowed the fabric to be turned into the

09:12AM 14 lingerie.

09:12AM 15    And so this is a specialty product.  There's no standards

09:12AM 16 on that.  That's true on most items that you would buy at

09:13AM 17 retail.  They are designed by someone.  They are not a

09:13AM 18 standard.

09:13AM 19    So they -- there, the first thing you need to do is design

09:13AM 20 the product, and then what you need to do is go and find the

09:13AM 21 manufacturing company that could make that product according to

09:13AM 22 our design standards.  There's no industry standard that we can

09:13AM 23 base it on.

09:13AM 24    And in that situation, they found a company to manufacture

09:13AM 25 the product.  The company bought the raw materials, made the

09:13AM  1    product.  And then they took that product and sent it then to
09:13AM  2    the wholesaler.  So you have the design, the manufacturer, the
09:13AM  3    wholesaler, the retailer, and then the customer.  It's a
09:13AM  4    five-step process.
09:13AM  5         So we've got to be real clear in our minds, because
09:13AM  6    there's been some confusion in this case, between a four-step
09:13AM  7    process on a product that is certifiable, and a five-step
09:14AM  8    supply chain process where there is no potential certification
09:14AM  9    and you're buying it to a specific design that we control.
09:14AM 10    Q.    So in this case, drywall is a standard product; is that
09:14AM 11    correct?
09:14AM 12    A.    That is correct.
09:14AM 13    Q.    And there are industry standards for the manufacture of
09:14AM 14    drywall; is that correct?
09:14AM 15    A.    Yes.  There is industry standards that tell us this is
09:14AM 16    what the product should be able to perform.  Here's the nail
09:14AM 17    pull.  Here's the requirements of this drywall.
09:14AM 18    Q.    So there are performance standards?
09:14AM 19    A.    There's performance standards.
09:14AM 20    Q.    And when you're dealing with this four-step supply chain,
09:14AM 21    as you've described it, with a product that has
09:14AM 22    industry-established performance standards, what are the
09:14AM 23    obligations of the distributor of that product as respect to
09:14AM 24    those performance standards?
09:14AM 25    A.    The distributor should make sure that they're buying the

09:14AM 1    product from a reputable company.  They should make sure that

09:14AM 2    they are obtaining full certification that it does meet that

09:15AM 3    standard.  And then they should make sure that they work with

09:15AM 4    that manufacturer in a way that allows the product to be

09:15AM 5    transported and not damaged and brought to their customers.

09:15AM 6    Q.   Is it incumbent upon the distributor in this four-step

09:15AM 7    supply chain to independently test the product to ensure that

09:15AM 8    it conforms to the industry standards?

09:15AM 9    A.   No.  In fact, that's the purpose of having the standard,

09:15AM 10   is so that the different links in the chain then can rely upon

09:15AM 11   that standard and don't have to go do their own testing.  So

09:15AM 12   distributors in four-steps virtually never do testing.  That's

09:15AM 13   not what they do.

09:15AM 14   Q.   Is it incumbent upon a distributor, when dealing with a

09:15AM 15   standard product, to make visits to overseas factories?

09:15AM 16   A.   No.  They wouldn't really have the credentials or -- I

09:16AM 17   mean, they have the capability to visit, but they don't have

09:16AM 18   the credentials to really do an assessment.  They rely upon the

09:16AM 19   standards so that the supply chain can all rely upon this is

09:16AM 20   what we're getting, the ASTM standard of this product.

09:16AM 21   Q.   How about the raw material itself?  Is it incumbent upon

09:16AM 22   the distributor of a standard product to make visits or to

09:16AM 23   investigate the raw materials or the mining facilities, if you

09:16AM 24   will, of where those materials are made?

09:16AM 25   A.   No.  That's the responsibility of the manufacturer.  The

09:16AM 1   manufacturer's job is to produce the product according to the

09:16AM 2   standard.  And so that standard is in place and that, then, is

09:16AM 3   the driver of the distributor saying, I want to make sure

09:16AM 4   you're certified, and I want you to certify that this material

09:16AM 5   you're selling me meets the standard.

09:16AM 6       And if that's done, then -- the raw material is important,

09:16AM 7   but it's the manufacturer's job to take care of that, certainly

09:16AM 8   not the distributor.

09:16AM 9   Q.   Did Interior Exterior fulfill its responsibility as a

09:17AM 10  distributor of a standard product in this case?

09:17AM 11  A.   Yes, they did.

09:17AM 12  Q.   And what steps did they take to ensure or to fulfill that

09:17AM 13  responsibility?

09:17AM 14  A.   What I wrote in my report was they -- Number 1, they

09:17AM 15  ensured that the product was ASTM 36 certified.  This is for

09:17AM 16  the Knauf product.  The Taishan product was bought later, and

09:17AM 17  so there is a new standard for ASTM, I believe it's 1396 that

09:17AM 18  was appropriate there.

09:17AM 19      Secondly, they ensured they were buying from a reputable,

09:17AM 20  large, experienced drywall manufacturer.

09:17AM 21      Third, they were buying from a company that they had dealt

09:17AM 22  with before.

09:17AM 23      And, fourth, they ensured the certification by making sure

09:17AM 24  that the letter of credit that went to Taishan, that went to

09:18AM 25  the Knauf, required that the purchased drywall met ASTM

09:18AM 1    certification.

09:18AM 2        So the letter of credit says, we will only pay for this

09:18AM 3    drywall if it meets ASTM standard.  That's how strong and how

09:18AM 4    focused INEX was on making sure that they got good drywall.

09:18AM 5    Q.    So, as I understand it, in your view, what

09:18AM 6    Interior Exterior did was, one, make sure they were dealing

09:18AM 7    with a reputable company?

09:18AM 8    A.    Yes.

09:18AM 9    Q.    Two, made sure that that company understood what standards

09:18AM 10   they wanted the drywall manufactured to?

09:18AM 11   A.    Yes.

09:18AM 12   Q.    Three, made sure that that company certified that the

09:18AM 13   drywall was, in fact, manufactured to those standards?

09:18AM 14   A.    Yes.

09:18AM 15   Q.    Four, received the drywall and confirmed that the drywall

09:18AM 16   indicated it was manufactured to that standard?

09:18AM 17   A.    Absolutely.

09:18AM 18   Q.    Was there -- acting as a reasonable and prudent

09:18AM 19   distributor of drywall, are there any other steps that

09:18AM 20   Interior Exterior should have taken with respect to the quality

09:19AM 21   of the drywall it purchased from China?

09:19AM 22   A.    No.  I think they did a very good job.

09:19AM 23   Q.    What steps are you aware of that Interior Exterior took to

09:19AM 24   confirm the reputation of the companies in which it dealt?

09:19AM 25   A.    Well, two different cases again.  At Knauf, Knauf has a

09:19AM 1    U.S. business called *Knauf Insulation*.  And INEX was a very

09:19AM 2    good customer of theirs.  And so they knew Knauf well.

09:19AM 3        That took -- when there was this drywall shortage in

09:19AM 4    Louisiana, in fact, the whole Gulf due to Katrina, they said,

09:19AM 5    wow, we can't get any more domestic drywall; we need more

09:19AM 6    gypsum board.  And so they said to Knauf, is there any

09:19AM 7    opportunities here?

09:19AM 8        Knauf said, well, let's refer you back to the headquarters

09:20AM 9    in Germany.

09:20AM 10       And then in Germany, said, well, the best place for you to

09:20AM 11   get this gypsum board would be from China.

09:20AM 12       And so INEX did a -- knew Knauf well; they knew that Knauf

09:20AM 13   is the largest manufacturer of drywall in the world.  And so

09:20AM 14   they had good due diligence, even before they started

09:20AM 15   considering doing it, and then they, further on that, went

09:20AM 16   through the process of looking at the certification and the

09:20AM 17   volume of product made and so forth.

09:20AM 18       In Taishan, it was a little bit different because INEX did

09:20AM 19   not know Taishan; that they got approached by Metro, and said,

09:20AM 20   hey, we can get you some more drywall, that the -- what INEX

09:20AM 21   did is the things you would expect them to do.  They checked

09:20AM 22   the Dun & Bradstreet.  They checked the banking references of

09:21AM 23   MRC.

09:21AM 24       And they understood that Taishan was the largest

09:21AM 25   manufacturer of drywall in China.  They understood that they

09:21AM 1    had success with their Indonesia drywall, with their Thailand

09:21AM 2    drywall.

09:21AM 3         They now had received 530,000 sheets from Knauf.  And so

09:21AM 4    there was this opportunity to pick up another 30,000 sheets

09:21AM 5    from MRC, and so they saw MRC as a reputable firm and they made

09:21AM 6    the transaction.

09:21AM 7         So, I think the due diligence was prudent and was done

09:21AM 8    well.

09:21AM 9    Q.   The second step was making sure that the manufacturers --

09:21AM 10   or Metro Resources, the importer, understood the standards to

09:21AM 11   which the drywall was to be manufactured that Interior Exterior

09:21AM 12   wanted to purchase.  And I believe you indicated that was done

09:22AM 13   through the line of credit, is that correct, or the letter of

09:22AM 14   credit?

09:22AM 15   A.   The letter of credit in both cases said that this letter

09:22AM 16   of credit is to buy ASTM-certified product.  And so if the

09:22AM 17   product was not ASTM certified, there was no transaction.  And

09:22AM 18   so they protected themself and the supply chain that this

09:22AM 19   product would be certified.

09:22AM 20   Q.   With respect to the Taishan board in particular, are there

09:22AM 21   any additional steps that Interior Exterior took to make sure

09:22AM 22   that the factory was capable of producing a product that was

09:22AM 23   ASTM certified?

09:22AM 24   A.   They asked Metro to make sure that -- you know, we don't

09:22AM 25   know Taishan, so Metro, we want you to certify that this

09:22AM 1    product is ASTM certified, and that the plant it's being made

09:23AM 2    in is ASTM adherent.  And make sure that MRC is kind of a

09:23AM 3    second check to the Taishan board meeting the standard.

09:23AM 4    Q.    Interior Exterior was also provided with a copy of a test

09:23AM 5    report showing the type of ASTM testing and certification that

09:23AM 6    was done on Taishan drywall; is that correct?

09:23AM 7    A.    That is correct.  There was an illustration, or a proof of

09:23AM 8    the plant is certified, and then each load needed to be

09:23AM 9    certified again.  So they did it both ways, right.

09:23AM 10   Q.    The third step was, then, as I understood it, to ensure

09:23AM 11   that you receive the certification that the actual board being

09:23AM 12   sold to you, in this case, sold to Interior Exterior, was, in

09:23AM 13   fact, certified to be ASTM compliant; is that correct?

09:23AM 14   A.    Yes.  And I've seen those reports and they are in order.

09:23AM 15   There's no question that INEX did what they were supposed to

09:23AM 16   do.

09:23AM 17   Q.    Let me show you just a few documents.  The first is an

09:24AM 18   exhibit identified as Interior Exterior Exhibit 7 for trial

09:24AM 19   purposes, and ask you, have you seen this collection of

09:24AM 20   documents before?

09:24AM 21   A.    Yeah.  What this Exhibit 7 is is it's a series of

09:24AM 22   documents for each shipment, and so you have for each shipment

09:24AM 23   several pieces of paper.  You have a commercial invoice, you

09:24AM 24   have a certificate of warranty, you have a beneficiary

09:24AM 25   certificate, you have a certificate with a seal, you have a

09:24AM 1    mill certificate, you have a statement that the product

09:24AM 2    conforms to ASTM standard, and you have a certificate of origin

09:24AM 3    from the People's Republic of China.

09:24AM 4         And so what this stack is, then, this is one shipment, and

09:25AM 5    then these are the following shipments from Knauf to INEX.

09:25AM 6    Q.    Okay.  So if we look specifically, for example, at INEX 7,

09:25AM 7    page 2, there's a certificate of warranty from Knauf, and this,

09:25AM 8    as I understand your testimony just now, was for a specific

09:25AM 9    shipment of drywall from Knauf; is that correct?

09:25AM 10   A.    That is correct.

09:25AM 11   Q.    And this is a warranty that Knauf is warrantying that the

09:25AM 12   gypsum boards manufactured and sold to Interior Exterior are

09:25AM 13   free from defect in materials and workmanship; is that correct?

09:25AM 14   A.    That is correct.

09:25AM 15   Q.    Is this the type of certification that a reasonable

09:25AM 16   distributor of building material, a standardized product,

09:25AM 17   should receive from the manufacturer?

09:25AM 18   A.    Yes.

09:25AM 19   Q.    The next document to look at is page 4 of Exhibit 7.  It's

09:25AM 20   a certificate.  Again, this is from Knauf certifying that the

09:25AM 21   quality of the drywall is in accordance to ASTM 36; is that

09:25AM 22   correct?

09:25AM 23   A.    That is correct.

09:25AM 24   Q.    Again, is this the type of certification that a reasonable

09:26AM 25   and prudent distributor of a standardized building material

09:26AM 1    should receive from the manufacturer?

09:26AM 2    A.    Yes, that's correct.

09:26AM 3    Q.    Now, is it incumbent upon that distributor to undertake

09:26AM 4    any additional testing to confirm that the drywall was, in

09:26AM 5    fact, in accordance with the ASTM 36?

09:26AM 6    A.    No, this is the last word, if you will, that I have bought

09:26AM 7    quality product that conforms to the standard that I bought it

09:26AM 8    under.

09:26AM 9    Q.    The next page, page 5, is entitled "Mill Certificate."

09:26AM 10   And this states, again from Knauf, that the half-inch gypsum

09:26AM 11   board were manufactured in accordance to ASTM 36, correct?

09:26AM 12   A.    That is correct.

09:26AM 13   Q.    I'll ask that question again just so that the record is

09:26AM 14   clear.  This is a mill certificate whereby Knauf is certifying

09:26AM 15   that the half-inch gypsum boards were manufactured in

09:26AM 16   accordance with ASTM 36?

09:26AM 17   A.    That is correct.

09:26AM 18   Q.    And again, this is the type of certificate that a

09:27AM 19   reasonable and prudent importer of drywall should receive and

09:27AM 20   rely upon from a manufacturer?

09:27AM 21   A.    Correct.

09:27AM 22   Q.    As I understood earlier, there's a series of these

09:27AM 23   documents for each and every shipment of Knauf drywall that

09:27AM 24   Interior Exterior received?

09:27AM 25   A.    That is correct.

09:27AM 1    Q.    The next document I'd like to take a look at has been

09:27AM 2    marked INEX Exhibit 8.  I'll ask you if you can identify for us

09:27AM 3    what this collection of documents are?

09:27AM 4    A.    Yes, I've seen this document before, and this is the

09:27AM 5    equivalent to what we had for Knauf and INEX, now for Interior

09:27AM 6    Exterior, MRC -- Metro Resources Corporation -- and Taishan.

09:27AM 7    And it's a little bit different paperwork, but it accomplishes

09:27AM 8    the exact same objective in making sure that what INEX got was

09:28AM 9    product that was according to the ASTM standard and that it was

09:28AM 10   certified as such.

09:28AM 11   Q.    And so if we look, just for example, at page 10 of

09:28AM 12   Exhibit 8 --

09:28AM 13   A.    Got it.

09:28AM 14   Q.    -- this is a beneficiary statement from Metro Resources

09:28AM 15   concerning a particular shipment of drywall received by

09:28AM 16   Interior Exterior, correct?

09:28AM 17   A.    That is correct.

09:28AM 18   Q.    And again, this certifies that the gypsum board were

09:28AM 19   marked on the back that they met or exceed ASTM 1396-04

09:28AM 20   standard, and that all gypsum board was nondefective; is that

09:28AM 21   correct?

09:28AM 22   A.    That is correct.  And there is one difference between the

09:28AM 23   Knauf transaction and the Taishan/MRC traction.  In the Knauf

09:29AM 24   transaction, the labeling was not specifically mentioned.

09:29AM 25         In the MRC/Taishan, it specifically, on this page 10 that

09:29AM 1    you took me to, talks about what the labeling should be.  And

09:29AM 2    so if you refer to the standard on labeling, it says, "Unless

09:29AM 3    otherwise specified in the purchase documents, you must do

09:29AM 4    this."  In the Knauf example, therefore, you must do what it

09:29AM 5    says in the ASTM standard.

09:29AM 6         In this circumstance, we do specify in the purchase

09:29AM 7    documents what the labeling should be, and so this, then,

09:29AM 8    becomes the labeling requirement, not the ASTM standard that

09:29AM 9    says, "unless specified in the purchase doc," because here it

09:29AM 10   is specified.

09:29AM 11   Q.    And let me show you page 15 of Exhibit 8, as well.  If you

09:29AM 12   can turn to that page.

09:30AM 13   A.    Goy it.

09:30AM 14   Q.    This is a packing list for Metro Resources; is that

09:30AM 15   correct?

09:30AM 16   A.    That is correct.

09:30AM 17   Q.    Does this document also contain information with respect

09:30AM 18   to the labeling requirements for the board purchased from

09:30AM 19   Metro Resources?

09:30AM 20   A.    It does.  It says, "It must say it's made in China, it

09:30AM 21   meets or exceeds ASTM C1396-04 standard."

09:30AM 22   Q.    It also indicates that the board should be labeled with

09:30AM 23   the manufacturer's brand name; is that correct?

09:30AM 24   A.    That is correct.  I'm sorry, I left that off.  I started

09:30AM 25   where the capitalized was, but you're absolutely right.

09:30AM 1    Q.    And in your experience with this type of packing list
09:30AM 2    along with these certifications, all form the agreement whereby
09:30AM 3    Interior Exterior purchased drywall from Metro Resources; is
09:30AM 4    that correct?
09:30AM 5    A.    That is correct.
09:30AM 6    Q.    I skipped over a page that I just want to look at briefly,
09:30AM 7    page 12 of this exhibit.
09:30AM 8    A.    I have it.
09:30AM 9    Q.    Page 12 is entitled "Certificate of Warranty," correct?"
09:31AM 10   A.    That is correct.
09:31AM 11   Q.    And this is a warranty from Metro Resources that the
09:31AM 12   drywall gypsum boards manufactured and sold to
09:31AM 13   Interior Exterior are warranted to be free from defects in
09:31AM 14   material and workmanship, correct?
09:31AM 15   A.    That is correct.
09:31AM 16   Q.    This is the type of certificate of warranty that a
09:31AM 17   reasonable and prudent importer or --
09:31AM 18   A.    Yes.
09:31AM 19   Q.    This is the type of certificate of warranty that a
09:31AM 20   reasonable and prudent distributor of a standardized building
09:31AM 21   product should receive from the entity that it's buying the
09:31AM 22   product from; is that correct?
09:31AM 23   A.    That is correct.
09:31AM 24   Q.    And just so that we're clear, one difference, as I think
09:31AM 25   you've described, between the Knauf transaction and the Taishan

09:31AM 1    drywall is that the Knauf drywall was purchased directly from

09:31AM 2    Knauf; is that correct?

09:31AM 3    A.   That is correct.

09:31AM 4    Q.   And the Taishan drywall was actually purchased from

09:31AM 5    Metro Resources; is that correct?

09:31AM 6    A.   Correct.

09:31AM 7    Q.   The person that owned the drywall just before Interior

09:31AM 8    Exterior bought it was Metro Resources?

09:31AM 9    A.   That is correct.

09:31AM 10   Q.   The final thing that we talked about with respect to the

09:32AM 11   actions of a reasonable and prudent distributor is, then,

09:32AM 12   ensuring that the board is, in fact, properly identified and

09:32AM 13   marked when it's received; is that correct?

09:32AM 14   A.   That is correct.

09:32AM 15   Q.   Was the drywall, the Knauf drywall, received by

09:32AM 16   Interior Exterior in this case marked with a certification that

09:32AM 17   it met the applicable ASTM standard?

09:32AM 18   A.   Met or exceeded, yes.

09:32AM 19   Q.   And each board was stamped --

09:32AM 20   A.   Stamped on it, yes, sir.

09:32AM 21   Q.   Is that -- reviewing the stamp and making sure that the

09:32AM 22   boards were stamped, is that the actions that a reasonable and

09:32AM 23   prudent importer and distributor of standardized building

09:32AM 24   materials should take?

09:32AM 25   A.   Yes.  Because that now tells the supply chain -- everyone

09:32AM 1   who's going to be involved with selling and buying and using

09:32AM 2   this product will know that that product meets or exceeds that

09:33AM 3   ASTM standard.

09:33AM 4   Q.   It is the responsibility of a reasonable and prudent

09:33AM 5   distributor, when he receives the standardized building

09:33AM 6   material like the drywall, to then send it off to an

09:33AM 7   independent testing facility to have it tested again?

09:33AM 8   A.   No.  It's -- it's already been certified, and so it --

09:33AM 9   that's been done.  It would be redundant and expensive to do it

09:33AM 10  twice, and it's not what distributors do.

09:33AM 11  Q.   Okay.  With respect to the Taishan drywall, is there an

09:33AM 12  indication that the Taishan drywall, when it was received from

09:33AM 13  Metro Resources, was marked with any certification that it met

09:33AM 14  the applicable ASTM standards?

09:33AM 15  A.   Yeah.  That was what we just read on page 15.  It said,

09:33AM 16  "Each set will be labeled with the manufacturer's brand name at

09:33AM 17  the back of each board, shall be labeled 'Made in China, Meet

09:34AM 18  or exceed ASTM C1396-04 standard.'"  So yeah, it's right on the

09:34AM 19  board.

09:34AM 20  Q.   And my question is, when the drywall was received by

09:34AM 21  Interior Exterior, was it, in fact, stamped and labeled in

09:34AM 22  accordance with that?

09:34AM 23  A.   That is correct.  Yes, it was.

09:34AM 24  Q.   And again, observing that stamp on the board that it was

09:34AM 25  stamped the way it was supposed to be stamped, is that the

09:34AM 1    actions of a reasonable and prudent importer of -- or

09:34AM 2    distributor of that drywall?

09:34AM 3    A.    That is correct.

09:34AM 4    Q.    And again, there would be no reason for that distributor

09:34AM 5    to send that board off to independently verify that the stamp

09:34AM 6    on the back of the board is correct?

09:34AM 7    A.    That is correct.  There's no need to send it off to have

09:34AM 8    that further inspected.

09:34AM 9    Q.    Is there any industry standard, when dealing with a

09:34AM 10   standardized building product, for a distributor of that

09:34AM 11   product to perform -- or not -- let me start over.

09:34AM 12       Is there any industry standard for a distributor, and then

09:34AM 13   those down the line from that distributor, to perform any

09:35AM 14   independent testing of the conformance to the industry

09:35AM 15   standards?

09:35AM 16   A.    No.

09:35AM 17   Q.    So just like you wouldn't expect Interior Exterior to

09:35AM 18   perform any testing of the board, you wouldn't expect anyone

09:35AM 19   down the chain from Interior Exterior to perform that testing,

09:35AM 20   would you?

09:35AM 21   A.    No.  That product has already been certified.

09:35AM 22   Q.    So if Interior Exterior sells that drywall as a wholesaler

09:35AM 23   to another retail shop and then that retailer sells it to the

09:35AM 24   end user, you wouldn't expect the end user, for example, to

09:35AM 25   test the board, would you?

09:35AM 1    A.   No, I would not.

09:35AM 2    Q.   And you wouldn't expect that retailer to test the board,

09:35AM 3    would you?

09:35AM 4    A.   No.  And, in fact, the end user, the retailer, the

09:35AM 5    distributor doesn't really even have the capability to do that

09:35AM 6    test.  I mean, that's -- they don't employ those kinds of

09:35AM 7    people.

09:35AM 8    Q.   The person -- or the entity responsible for doing the

09:35AM 9    testing to ensure that the board meets the applicable industry

09:36AM 10   standards is the manufacturer; is that correct?

09:36AM 11   A.   For a standard building product, absolutely.

09:36AM 12   Q.   And it's sufficient for the distributor of that product to

09:36AM 13   rely upon certifications from that manufacturer; is that

09:36AM 14   correct?

09:36AM 15   A.   That is correct.

09:36AM 16   Q.   Just like it would be sufficient for the retailer to rely

09:36AM 17   upon the certifications of the distributor, correct?

09:36AM 18   A.   Absolutely.  You go in a Home Depot and you buy a plug

09:36AM 19   that says, "UL approved," you don't take it out for a test.

09:36AM 20   It's already been tested.  It's UL approved.  And that's the

09:36AM 21   same thing with an ASTM standard.

09:36AM 22        MR. GRAU:  Thank you, Dr. Tompkins.  That's all the

09:36AM 23   questions I have.

09:36AM 24                     CROSS-EXAMINATION

09:36AM 25   BY MR. MEUNIER:

09:36AM 1    Q.    Dr. Tompkins, this is the --

09:36AM 2            MR. GRAU:  Your Honor, this may be a good point for a

09:36AM 3    break.

09:36AM 4            THE COURT:  All right.  Let's take a break at this

09:36AM 5    time.  15 minutes.

09:36AM 6            (WHEREUPON, at 9:36 a.m. the jury leaves the courtroom

09:36AM 7    and then a brief recess was taken.)

10:00AM 8            THE COURT:  Bring in the jury.

10:00AM 9            THE COURT SECURITY OFFICER:  All rise.

10:00AM 10           (WHEREUPON, at 10:00 a.m. the jury panel enters the

10:00AM 11   courtroom.)

10:00AM 12           THE COURT:  Be seated, please.

10:00AM 13               This is cross-examination of this witness,

14   ladies and gentlemen.

15           (WHEREUPON, at this point in the proceeding, the

16   videotaped deposition of Dr. James A. Tompkins resumed as

17   follows:)

18                          CROSS-EXAMINATION

10:00AM 19   BY MR. MEUNIER:

10:00AM 20   Q.    Dr. Tompkins, this is the question that you say you were

10:00AM 21   asked by the defendant INEX to answer, quote:  Did INEX act as

10:00AM 22   a reasonable and prudent distributor in obtaining and importing

10:00AM 23   drywall from China that ultimately was proven to contain a

10:00AM 24   latent defect that caused off-gassing smells and corrosion,

10:00AM 25   etcetera?

10:00AM 1         And your answer to that question, as phrased, is yes; is

10:01AM 2    that true?

10:01AM 3    A.    That was the question that I was asked to answer, that's

10:01AM 4    correct.

10:01AM 5    Q.    And the words *latent defect* were not your words, but they

10:01AM 6    were given to you by the attorneys for INEX to make as an

10:01AM 7    assumption in this question, correct?

10:01AM 8    A.    That is correct.

10:01AM 9    Q.    Let's change the assumption.  Let me read the question

10:01AM 10   again with a different word, quote:  Did INEX act as a

10:01AM 11   reasonable and prudent distributor in obtaining and importing

10:01AM 12   drywall from China that ultimately was proven to contain a

10:01AM 13   discoverable defect that caused off-gassing smells and

10:01AM 14   corrosion?

10:01AM 15        Is your answer the same with that word change?

10:01AM 16        MR. GRAU:  Objection to the form of the question.

10:01AM 17        THE WITNESS:  No.

10:01AM 18                        EXAMINATION

10:01AM 19   BY MR. MEUNIER:

10:01AM 20   Q.    In fact, if the word *discoverable* is substituted for

10:01AM 21   latent, you would answer the question that INEX did not act as

10:01AM 22   a reasonable and prudent distributor, wouldn't you?

10:01AM 23        MR. GRAU:  I object to the form of the question.

10:01AM 24        THE WITNESS:  I would not.

10:02AM 25                        EXAMINATION

10:02AM 1  BY MR. MEUNIER:

10:02AM 2  Q.   The answer would be that they did not act reasonably and

10:02AM 3  prudent, if I changed the word *latent* to *discoverable*; isn't

10:02AM 4  that true?

10:02AM 5       MR. GRAU:  Same objection.

10:02AM 6       THE WITNESS:  No, because -- it's not true.  If there

10:02AM 7  was a discoverable defect, I would need to understand what the

10:02AM 8  discoverable defect was.  If the drywall was broken or wet,

10:02AM 9  then it would be discoverable by INEX, and, therefore, they

10:02AM 10 would have accountability for that.

10:02AM 11      If it was discoverable by the manufacturer,

10:02AM 12 INEX does not have accountability for that.

10:02AM 13                        EXAMINATION

10:02AM 14 BY MR. MEUNIER:

10:02AM 15 Q.   Let me make sure my question is clear.  I'm asking you to

10:02AM 16 change this word *latent* to *discoverable*.

10:02AM 17 A.   Okay.

10:02AM 18 Q.   So that what it refers to is a defect discoverable by INEX

10:02AM 19 that caused off-gassing smells and corrosion.  Substituting the

10:03AM 20 word *discoverable* for *latent*, would your answer be the same to

10:03AM 21 that question?

10:03AM 22 A.   So now you've changed the question twice.  Once you just

10:03AM 23 wanted to change latent defect to discoverable defect.  And now

10:03AM 24 you want to make it discoverable defect by INEX.

10:03AM 25 Q.   Discoverable by INEX, yes, sir.

10:03AM 1        MR. GRAU:  I object to the form of the question.

10:03AM 2        THE WITNESS:  If it was discoverable and the

10:03AM 3    responsibility of INEX, then it would change my answer.

10:03AM 4                        EXAMINATION

10:03AM 5    BY MR. MEUNIER:

10:03AM 6    Q.   So if INEX in this case imported and distributed

10:03AM 7    Chinese drywall which had a defect, an off-gassing and

10:03AM 8    corrosive defect, that was discoverable by INEX at the time it

10:04AM 9    sold the product, would you agree that INEX did not act as a

10:04AM 10   reasonable and prudent company?

10:04AM 11       MR. GRAU:  I object to the form of the question.

10:04AM 12       THE WITNESS:  No.

10:04AM 13                       EXAMINATION

10:04AM 14   BY MR. MEUNIER:

10:04AM 15   Q.   You would say that if INEX could discover the defect of

10:04AM 16   off-gassing, it was still okay for INEX to sell this to the

10:04AM 17   plaintiffs whose homes were destroyed and damaged --

10:04AM 18       MR. GRAU:  I object --

10:04AM 19                       EXAMINATION

10:04AM 20   BY MR. MEUNIER:

10:04AM 21   Q.   -- is that your testimony?

10:04AM 22       MR. GRAU:  I object to the form.

10:04AM 23       THE WITNESS:  No.

10:04AM 24                       EXAMINATION

10:04AM 25   BY MR. MEUNIER:

10:04AM 1    Q.   So is it your testimony that if INEX could discover the

10:04AM 2    defect as of the time it sold the product, it did not act as a

10:04AM 3    reasonable and prudent company?

10:04AM 4    A.   The question -- the reason I'm having difficulty with your

10:04AM 5    question is that if it was discoverable is one aspect, but it

10:04AM 6    wasn't the responsibility to discover it is the point.

10:04AM 7    Q.   Well, I'm asking you to answer the question just from

10:04AM 8    what -- from where you sit in the bus with your expert

10:04AM 9    testimony, are you telling this jury, as an expert, that it

10:05AM 10   would be okay for INEX to have sold -- to have imported,

10:05AM 11   distributed, and sold Chinese drywall with a defect such as

10:05AM 12   off-gassing that was discoverable by INEX at the time of sale?

10:05AM 13   Are you telling the jury that would be okay?

10:05AM 14          MR. GRAU:  I object to the form of the question.

10:05AM 15          THE WITNESS:  I'm telling the jury that INEX's

10:05AM 16   responsibility was to make sure that the drywall conformed to

10:05AM 17   the standard.  The standard had nothing in it about sulfur,

10:05AM 18   about off-gassing.  That's not a part of the standard.  Okay?

10:05AM 19          So that's -- that's the reality.  Okay?  So

10:05AM 20   given that it had nothing in there about sulfur and given their

10:05AM 21   job is to meet the standard, they met the standard.  In fact,

10:05AM 22   the experts didn't know anything about sulfur.

10:05AM 23                         EXAMINATION

10:05AM 24   BY MR. MEUNIER:

10:05AM 25   Q.   Dr. Tompkins, I just want you to answer my question.  Are

10:06AM 1    you telling this jury that it was okay for INEX to have sold

10:06AM 2    imported Chinese drywall, assuming that there was an

10:06AM 3    off-gassing defect that was discoverable by INEX at the time of

10:06AM 4    sale?

10:06AM 5        I'm asking you to make that assumption.  Are you telling

10:06AM 6    the jury in this case it was still okay for INEX to sell this

10:06AM 7    product?  Yes or no?

10:06AM 8    A.    And I'm not going to answer the question because what

10:06AM 9    you're asking is to answer to you what I would answer to the

10:06AM 10   jury.  Who do you want me to talk to, you or the jury?  I'm

10:06AM 11   happy to talk to you or the jury, but I don't know what you're

10:06AM 12   saying.  I don't know what the question is, so help me.

10:06AM 13   Q.    I'll try one more time and then we'll move on.  I'm

10:06AM 14   changing a word that the lawyers gave you to answer a question

10:06AM 15   in this case.  I'm changing it from *latent* to *discoverable by*

10:06AM 16   *INEX*.

10:06AM 17       I'm asking you to assume the off-gassing defect in this

10:07AM 18   Chinese drywall was discoverable by INEX as of the time INEX

10:07AM 19   imported, distributed, and sold the drywall.  That's the

10:07AM 20   assumption I want you to make.

10:07AM 21       If you make that assumption as an expert, are you telling

10:07AM 22   us, me and the jury, that you think it was still okay for INEX

10:07AM 23   to sell the drywall?

10:07AM 24   A.    There was -- Dr. Hummel from Knauf said, "We had no idea

10:07AM 25   that sulfur could be the issue."  This guy had been in drywall

10:07AM 1   for, like, 20 years, and he said, "We had no idea that sulfur

10:07AM 2   could be a problem."

10:07AM 3       And so now you want INEX, who's a distributor, to do that.

10:07AM 4   So if Interior Exterior could discover it as, say, it was wet

10:07AM 5   or something like that, then they should discover it and should

10:07AM 6   not sell it.

10:07AM 7   Q.   Thank you, sir.

10:07AM 8       Are ASTM standards minimum standards?

10:08AM 9   A.   Are they minimum standards?

10:08AM 10  Q.   Minimum standards, yes, sir.

10:08AM 11  A.   They are standards that says, "Your performance must be

10:08AM 12  here or better."  If that's what you mean by "minimum,"

10:08AM 13  that's --

10:08AM 14  Q.   Right.  They are the least that a company should do, true?

10:08AM 15  A.   I've never heard it said like that.  What I've also

10:08AM 16  referred to it as, "You need to meet these standards.  Now, if

10:08AM 17  you exceed them, that's okay."

10:08AM 18  Q.   But you need to meet these at a minimum?

10:08AM 19  A.   Yeah, that's -- that is a true statement.

10:08AM 20  Q.   Is the ASTM standard on labeling meant to protect the end

10:08AM 21  user if any quality problems with drywall are found or

10:08AM 22  discovered?

10:08AM 23  A.   They're meant to inform everybody along the supply chain

10:08AM 24  that -- what this product is, yes.

10:08AM 25  Q.   Including the end user?

| | | |
|--|--|--|
| 10:08AM | 1 | A.   Exactly. |
| 10:09AM | 2 | Q.   The homeowner? |
| 10:09AM | 3 | A.   Sure.  Absolutely. |
| 10:09AM | 4 | Q.   You agree in this case that "Taihe," which was put on the |
| 10:09AM | 5 | Taishan drywall, is a brand name? |
| 10:09AM | 6 | A.   It is a brand, yeah. |
| 10:09AM | 7 | Q.   It's not the name of the manufacturer? |
| 10:09AM | 8 | A.   That's correct. |
| 10:09AM | 9 | Q.   The manufacturer was Tai'an Taishan Plasterboard Company, |
| 10:09AM | 10 | Limited, true? |
| 10:09AM | 11 | A.   That's true. |
| 10:09AM | 12 | Q.   So if a problem arose on the end user consumer end with |
| 10:09AM | 13 | this drywall, how would you expect a consumer to find out where |
| 10:09AM | 14 | this drywall came from? |
| 10:09AM | 15 | A.   Well, it says "Made in China," and it has the brand name, |
| 10:09AM | 16 | which is what was asked to be put on the drywall, so that would |
| 10:09AM | 17 | tell them that this is the brand.  You know, like, you |
| 10:09AM | 18 | buy Crest toothpaste is the brand, and you can trace Crest |
| 10:09AM | 19 | toothpaste back to Procter & Gamble.  And so this is the brand |
| 10:10AM | 20 | of this drywall that you can track back to Taishan. |
| 10:10AM | 21 | Q.   So you'd expect the homeowner to research the brand in the |
| 10:10AM | 22 | country of China in order to trace this drywall? |
| 10:10AM | 23 | A.   I'd go on-line. |
| 10:10AM | 24 | Q.   That's what you'd expect the homeowners here to do? |
| 10:10AM | 25 | A.   No, I think they probably would go back to the people that |

10:10AM 1    installed the drywall and ask them or go back to the

10:10AM 2    distributor and ask them.

10:10AM 3    Q.    But all they would have is the name *Taihe* on the drywall,

10:10AM 4    true?  I mean, that's all that's on this product, is the brand

10:10AM 5    name?

10:10AM 6    A.    And "Made in China," so we know it's a Chinese drywall

10:10AM 7    that the brand is Taihe, yes.

10:10AM 8    Q.    Now, you've expressed the opinion that MRC, or

10:10AM 9    Metro Resources, and not INEX was the importer of the Taishan

10:10AM 10   drywall, true?

10:10AM 11   A.    That's my belief.

10:10AM 12   Q.    But INEX was the importer and distributor of the Knauf

10:10AM 13   drywall?

10:10AM 14   A.    That is correct.

10:11AM 15   Q.    In terms of -- well, let me ask you this:  You agree with

10:11AM 16   me, don't you, that the Taishan drywall would never have

10:11AM 17   arrived in this country had it not been for the decision of

10:11AM 18   INEX to purchase it?

10:11AM 19   A.    That is true.  I agree.

10:11AM 20   Q.    So INEX is responsible for this drywall being in the

10:11AM 21   United States, this Taishan drywall?

10:11AM 22   A.    They're the ones that bought it from MRC, who bought it

10:11AM 23   from Taishan, yes.

10:11AM 24   Q.    Without INEX's decision, the Taishan drywall never gets

10:11AM 25   imported to this country, does it?

10:11AM 1    A.    That's correct.

10:11AM 2    Q.    And in terms of vetting the manufacturers for quality

10:11AM 3    assurance purposes, does it really matter that the title of

10:11AM 4    INEX is either distributor in one case or importer and

10:11AM 5    distributor in the other?

10:11AM 6    A.    I'm not sure what you mean, "Does it really matter?"

10:11AM 7    Q.    Let me ask the question a different way.  Whether you put

10:11AM 8    on INEX the hat of importer and distributor or just

10:12AM 9    distributor, whatever the titles are, you agree that INEX still

10:12AM 10   had a responsibility to vet these manufacturers, correct?

10:12AM 11   A.    Yes, sir.

10:12AM 12   Q.    And that vetting responsibility doesn't change because

10:12AM 13   you're calling them different things, either

10:12AM 14   importer/distributor or just distributor?

10:12AM 15   A.    That's correct.

10:12AM 16   Q.    You said that in the so-called *four-step supply chain*

10:12AM 17   *process*, when the industry has established standards, the

10:12AM 18   distributor still must first verify that the manufacturer is

10:12AM 19   reputable, true?

10:12AM 20   A.    Yes.

10:12AM 21   Q.    And also, you said, obtain what you called *full*

10:12AM 22   *certification* that the standards had been met?

10:12AM 23   A.    Yes.

10:12AM 24   Q.    So the mere existence of the standards doesn't protect the

10:13AM 25   consumer; it's seeing that the standards are met that protects

10:13AM 1    the consumer, true?

10:13AM 2    A.    Yes.

10:13AM 3    Q.    So for quality assurance and control purposes, even if the

10:13AM 4    standards exist, it still remains the obligation of the

10:13AM 5    distributor to satisfy itself that those standards have been

10:13AM 6    fully met and satisfied, true?

10:13AM 7    A.    They need to do what a reasonable distributor does in

10:13AM 8    obtaining that certification and the warrants and the proof.

10:13AM 9    It doesn't mean they need to do whatever could be done.  I

10:13AM 10   mean, the distributor cannot afford to start doing ASTM

10:13AM 11   standards testing, just like the retailer can't, just like the

10:13AM 12   consumer can't.  And so we have to rely upon the manufacturer's

10:13AM 13   certification.  You want to make sure that certification is

10:14AM 14   properly documented and it's valid.

10:14AM 15   Q.    You want to make sure the certification is valid, and it's

10:14AM 16   critically important to vet the manufacturer, right?

10:14AM 17   A.    Yes.

10:14AM 18   Q.    Particularly if you have no prior relationship with the

10:14AM 19   manufacturer?

10:14AM 20   A.    Yes.

10:14AM 21   Q.    And if you don't properly vet a manufacturer, you wouldn't

10:14AM 22   advise a distributor just to take the word of that manufacturer

10:14AM 23   that the standards are met, would you?

10:14AM 24   A.    I agree with the statement.  I'm not sure if I'm supposed

10:14AM 25   to say "yes" or "no" the way it was termed, but I agree with

10:14AM 1    the statement.

10:14AM 2    Q.    Right.  Right.  You shouldn't just take the word of a

10:14AM 3    manufacturer that standards are met if you haven't properly

10:14AM 4    vetted the manufacturer?

10:14AM 5    A.    That is correct.

10:14AM 6    Q.    You mentioned that the line of credit that INEX used was a

10:14AM 7    protection because INEX would not end up having to pay for the

10:14AM 8    board if it turned out not to meet standards.  Did I understand

10:14AM 9    you correctly?

10:14AM 10   A.    Yes.

10:14AM 11   Q.    So a line of credit there is a commercial protection of

10:15AM 12   the financial interests of INEX, right?

10:15AM 13   A.    That is correct.

10:15AM 14   Q.    But it's not a protection of the consumer if the board has

10:15AM 15   already been distributed by INEX when it finds out that the

10:15AM 16   standards haven't been met, right?

10:15AM 17   A.    Well, is that a hypothetical?  Because the standard was

10:15AM 18   met.

10:15AM 19   Q.    Well, the jury will decide that.  But my question is:  The

10:15AM 20   letter of credit that you think is important here protects INEX

10:15AM 21   financially, right?

10:15AM 22   A.    Yes.

10:15AM 23   Q.    But if the standards aren't met, INEX is off the hook,

10:15AM 24   they don't have to pay for the product, but the letter of

10:15AM 25   credit has done nothing to protect the consumer if the

10:15AM 1    standards aren't met?

10:15AM 2    A.    No, I agree with that, the letter of credit has nothing to

10:15AM 3    do with protecting the consumer, but it gives INEX an extra

10:15AM 4    level of coverage that they really are being met, and so that

10:15AM 5    should help the consumer indirectly.

10:15AM 6    Q.    In March of 2011, your company, Tompkins & Associates,

10:16AM 7    published a paper entitled "*China is Changing Supply Chains*

10:16AM 8    *Around the World.*"  And I'll show you a copy of that.  And

10:16AM 9    although you did not contribute as author to this paper, it was

10:16AM 10   published by your company last year, and you do approve the

10:16AM 11   contents, don't you?

10:16AM 12   A.    Yes.

10:16AM 13   Q.    Do you agree that whether or not a company is sourcing,

10:16AM 14   manufacturing, distributing, or selling product in China, the

10:16AM 15   information in this paper is intended to help get the most of

10:16AM 16   China supply chain activities?

10:16AM 17   A.    Where did you read that, sir?

10:16AM 18   Q.    Page 3 in the introduction, third paragraph, last

10:16AM 19   sentence.  I'll read it again.

10:16AM 20        Do you agree that whether or not a company is sourcing,

10:16AM 21   manufacturing, distributing, or selling product in China, the

10:16AM 22   information in this paper is intended to help get the most out

10:16AM 23   of China's supply chain activities?

10:16AM 24   A.    That's correct.

10:17AM 25   Q.    And you agree that in this case INEX sourced product in

10:17AM 1     China?

10:17AM 2     A.    Yes.

10:17AM 3     Q.    If you will turn to page 5, there are four -- four bullet

10:17AM 4     points identified as being important to consider in order to

10:17AM 5     get the most out of China's export distribution capabilities,

10:17AM 6     correct?

10:17AM 7     A.    Correct.

10:17AM 8     Q.    What is the first bullet point, just the bold print title?

10:17AM 9     A.    "Visit China regularly."

10:17AM 10    Q.    What's the second bullet point?  Just read the bold print

10:17AM 11    title.

10:17AM 12    A.    "Implement quality processes."

10:17AM 13    Q.    Dr. Tompkins, I had shown you this paper from Tompkins &

10:17AM 14    Associates, March of 2011.  Do you think that INEX, as

10:17AM 15    distributor, had any kind of obligation to follow these bullet

10:18AM 16    points in this paper in terms of getting the most out of

10:18AM 17    China's export capabilities?

10:18AM 18    A.    No.

10:18AM 19    Q.    And that's because this was a four-step, not a five-step

10:18AM 20    supply chain?

10:18AM 21    A.    INEX was a four-step.  This is a five-step document.

10:18AM 22    Q.    Right.  So your testimony would be that even though INEX

10:18AM 23    was sourcing product from China and this is a paper about

10:18AM 24    sourcing in China, that INEX had no responsibility to visit the

10:18AM 25    plants, true?

10:18AM 1   A.   That's correct.

10:18AM 2   Q.   And they had no responsibility at all to implement quality

10:18AM 3   processes?

10:18AM 4   A.   That is correct.

10:18AM 5        MR. MEUNIER:   I'll mark the paper as Plaintiff Trial

10:18AM 6   Exhibit 1, Tompkins Number 1.

10:18AM 7   Q.   Now, you or your company owns Tompkins Press; is that

10:18AM 8   right?

10:18AM 9   A.   The company does, yes.

10:19AM 10  Q.   And in 2009, Tompkins Press published a business novel by

10:19AM 11  you entitled "Caught Between the Tiger and the Dragon"?

10:19AM 12  A.   That is correct.

10:19AM 13  Q.   You wrote this book -- and it's by Jim Tompkins, which

10:19AM 14  from your earlier testimony, I assume, means it's based on your

10:19AM 15  experiential knowledge?

10:19AM 16  A.   That's correct.  I've been partially owned by private

10:19AM 17  equity for 12 years.

10:19AM 18  Q.   Let me give you -- and just so the jury can see it, hold

10:19AM 19  up the front of that book.  The title again is "Caught Between

10:19AM 20  the Tiger and the Dragon," and we see a businessman, looks like

10:19AM 21  he's straddling from the -- is that the United States to China?

10:19AM 22  A.   That is correct.  The great leap.

10:19AM 23  Q.   And who is the tiger?

10:19AM 24  A.   The tiger is a private equity firm in New York.

10:19AM 25  Q.   And in this case, the private equity firm owns and

10:20AM 1    controls a manufacturing enterprise called *Stabler &*
10:20AM 2    *Associates*?
10:20AM 3    A.    Stabler Enterprises.
10:20AM 4    Q.    Stabler Enterprises?
10:20AM 5    A.    Yes.
10:20AM 6    Q.    And the dragon is?
10:20AM 7    A.    Chinese outsourcing.
10:20AM 8    Q.    Chinese outsourcing.
10:20AM 9          On the cover -- strike that.  The main character in this
10:20AM 10   book, Dr. Tompkins, is Rich Morrison?
10:20AM 11   A.    Yes.
10:20AM 12   Q.    And he, like you, is a native and resident of
10:20AM 13   North Carolina?
10:20AM 14   A.    That is correct.
10:20AM 15   Q.    And as the CEO of a lingerie company, Stabler &
10:20AM 16   Associates, Mr. Morrison seeks to outsource the manufacturing
10:20AM 17   of some of his company's products to China?
10:20AM 18   A.    That is correct.
10:20AM 19   Q.    And ultimately there are major problems with the quality
10:20AM 20   of the manufacturing in China?
10:20AM 21   A.    That is correct.
10:20AM 22   Q.    And because of those problems with quality in the Chinese
10:21AM 23   manufacturing of Stabler's product, there's a disastrous
10:21AM 24   outcome for Stabler & Associates, true?
10:21AM 25   A.    Yes.

10:21AM 1    Q.    In fact, Mr. Morrison is fired as the CEO as a result of

10:21AM 2    these problems?

10:21AM 3    A.    He got caught between the tiger and the dragon.

10:21AM 4    Q.    But in your novel, through this experience and process,

10:21AM 5    Rich Morrison, the main character, does learn valuable lessons

10:21AM 6    about how to properly source products in China, true?

10:21AM 7    A.    That is correct.

10:21AM 8    Q.    For example, he learns the importance of actually

10:21AM 9    traveling to China --

10:21AM 10   A.    Yes.

10:21AM 11   Q.    -- to establish a relationship with his company -- his

10:21AM 12   manufacturing partner there?

10:21AM 13   A.    Yes.

10:21AM 14   Q.    He learns the importance of what the Chinese call *guanxi*?

10:21AM 15   That's G-U-A-N-X-I.

10:21AM 16   A.    *Guanxi*.

10:21AM 17   Q.    *Guanxi*.

10:21AM 18   A.    Yes.

10:21AM 19   Q.    In fact, one of your chapters is entitled "*Guanxi* Breach"?

10:22AM 20   A.    Yes.

10:22AM 21   Q.    And the breach is that one of the Stabler people didn't

10:22AM 22   visit the plant and make personal contact with the manufacturer

10:22AM 23   over there?

10:22AM 24   A.    Yeah, he had committed that he was going to come and then

10:22AM 25   he didn't.

10:22AM 1   Q.   On the front cover of the book, there's a quote by a

10:22AM 2   gentleman, Bob Schapiro, writer/director, "On the Frontlines:

10:22AM 3   Doing Business in China," and the quote is, "Speaks to

10:22AM 4   countless CEOs who are struggling with business interactions in

10:22AM 5   Asia."

10:22AM 6        Do you agree that your novel does that?

10:22AM 7   A.   Yes.

10:22AM 8   Q.   Was that your objective in writing it?

10:22AM 9   A.   Yes.

10:22AM 10  Q.   Do you believe you were successful?

10:22AM 11  A.   Yes.

10:22AM 12  Q.   On the inside cover of the first page -- I'll just give

10:22AM 13  you this.  On the inside cover of the first page, there is a

10:22AM 14  quote from Robert -- let me get to it --Nardone.

10:23AM 15  A.   Correct.

10:23AM 16  Q.   He's president of Supply Chain Guidance, LLC?

10:23AM 17  A.   Yes.

10:23AM 18  Q.   And he says, "Very entertaining!  This novel gives the

10:23AM 19  reader a truly strategic approach to conducting business in

10:23AM 20  China that includes maintaining the critical elements of

10:23AM 21  customer service, product quality, and trading partner

10:23AM 22  relationships."

10:23AM 23       Do you agree, was that an objective of yours in writing

10:23AM 24  this book?

10:23AM 25  A.   Yes.

10:23AM 1    Q.   Do you believe you succeeded?

10:23AM 2    A.   Yes.

10:23AM 3    Q.   And you wrote a preface to this novel, didn't you?

10:23AM 4    A.   Yes.

10:23AM 5    Q.   Would you turn to that preface, and particularly to page

10:23AM 6    Roman numeral X.

10:23AM 7    A.   Ten?

10:23AM 8    Q.   Yes.  Roman numeral X.

10:23AM 9    A.   Got it.  Okay.

10:23AM 10   Q.   Would you read the paragraph that you wrote there

10:24AM 11   beginning with the word *China continues*.

10:24AM 12   A.   Want me to read that out loud?

10:24AM 13   Q.   Yes, sir.

10:24AM 14   A.   "China continues to be a mystifying business partner to

10:24AM 15   many executives.  This will continue until you learn, just as

10:24AM 16   Rich has, that China is much more complex than any other

10:24AM 17   low-cost countries.  Sourcing from China is often a great

10:24AM 18   decision when it is implemented correctly, but sourcing from

10:24AM 19   China, when done incorrectly, can be one of the worst decisions

10:24AM 20   ever made."

10:24AM 21   Q.   Do you still believe that?

10:24AM 22   A.   Yes.

10:24AM 23   Q.   Now, in the novel, Rich Morrison listens to a TV interview

10:24AM 24   with a character you created by the name of

10:24AM 25   *Chandler Cunningham*.

10:24AM 1          Do you remember that?

10:24AM 2     A.   I do.

10:24AM 3     Q.   Mr. Cunningham's company, Metro Asia, is a foreign market

10:24AM 4     strategy consulting firm in China, right?

10:24AM 5     A.   Yes.  Well, one that I made up.

10:24AM 6     Q.   One that you made up.

10:24AM 7     A.   Yeah.

10:24AM 8     Q.   Would you please read from the television interview with

10:24AM 9     this character Chandler Cunningham at page 128, the final

10:25AM 10    paragraph.

10:25AM 11    A.   "China has many layers.  If a company wants to succeed

10:25AM 12    there, they must peel them away to get to the center of what it

10:25AM 13    truly means to be ready.  Western company failures have mainly

10:25AM 14    been the result of ill-conceived strategies, lack of due

10:25AM 15    diligence and poor implementations.  In other words, it's tough

10:25AM 16    to do business in China."

10:25AM 17    Q.   Do you still believe that?

10:25AM 18    A.   Yes, sir.

10:25AM 19    Q.   You recall in the book that Rich Morrison learns of a toy

10:25AM 20    company, Gleeco, which sourced its product to China, and

10:25AM 21    because of inferior plastic used in the Chinese manufacturing,

10:25AM 22    the toy shattered and seriously injured children.

10:25AM 23         Do you remember that?

10:25AM 24    A.   Yes.

10:25AM 25    Q.   And as a result, Gleeco is, in fact, facing a class-action

10:26AM 1   lawsuit?

10:26AM 2   A.   Yes.  In my mind, in fiction.

10:26AM 3   Q.   Right.

10:26AM 4   A.   Yes.

10:26AM 5   Q.   Again, it was based on experience, though?

10:26AM 6   A.   Yes.

10:26AM 7   Q.   When you wrote about this, did you consider that scenario

10:26AM 8   to reflect a real-world scenario?

10:26AM 9   A.   Yes.

10:26AM 10   Q.   Do you recall what Rich Morrison's wife, Melissa, said on

10:26AM 11   hearing about these defective toy products that were made in

10:26AM 12   and imported from China?

10:26AM 13   A.   I don't recall exactly, but I'm sure it was something of

10:26AM 14   quite a business of disgust.  She was an interesting character.

10:26AM 15   Q.   Your character?

10:26AM 16   A.   Yes.  I created her.

10:26AM 17   Q.   So would you please turn to page 320 and read to us

10:26AM 18   paragraph 4, which is the quote you have for Melissa Morrison,

10:26AM 19   Rich's wife, on hearing about the Gleeco toy company.

10:26AM 20   A.   The one that begins with *well*?

10:26AM 21   Q.   Yeah.

10:26AM 22   A.   "Well, this will teach other companies to check on what

10:26AM 23   their suppliers are doing, making sure there's not cutting

10:27AM 24   corners and using dangerous materials."

10:27AM 25   Q.   Do you consider what you had Melissa say there to be

10:27AM 1    instructive for business people reading this novel?

10:27AM 2    A.   Yes.

10:27AM 3    Q.   Another character you create in the novel is

10:27AM 4    Aaron McNamara, an expert in Chinese/American business

10:27AM 5    relationships.

10:27AM 6         Do you remember him?

10:27AM 7    A.   Yes.

10:27AM 8    Q.   Do you consider him an important character for purposes of

10:27AM 9    providing information to company businessmen reading -- to

10:27AM 10   businessmen reading the novel?

10:27AM 11   A.   Yes.

10:27AM 12   Q.   Do you intend through this character, Aaron McNamara, to

10:27AM 13   set forth what you, yourself, believe are important principles

10:27AM 14   to follow for an American business -- American company doing

10:27AM 15   business with China?

10:27AM 16   A.   Yes.

10:27AM 17   Q.   And you had the main character, Rich Morrison, at one

10:27AM 18   point read an entire article written by Mr. McNamara.

10:27AM 19        Do you remember that?

10:27AM 20   A.   I thought that was kind of a clever way to get that in

10:27AM 21   there.

10:27AM 22   Q.   So please go to page 321, and starting at page 321 and for

10:28AM 23   nine pages, all the way to page 330, the novel does nothing but

10:28AM 24   quote verbatim this article by China/American expert,

10:28AM 25   Aaron McNamara, true?

10:28AM 1    A.    Yes.

10:28AM 2    Q.    And these, of course, are your own thoughts and beliefs on

10:28AM 3    the subject of an American company doing business with China,

10:28AM 4    aren't they?

10:28AM 5    A.    That is correct.

10:28AM 6    Q.    Please read the first paragraph on page 323 under the

10:28AM 7    heading *Lessons Learned*.  Now, this is in the article by your

10:28AM 8    China/American business expert, Aaron McNamara.

10:28AM 9    A.    "Many buyers in the West have taken a too casual approach

10:28AM 10   to developing their sourcing operations.  They often pursue

10:28AM 11   strategy before structure, an approach characteristic" --

10:28AM 12   excuse me, "an approach characterized by being too optimistic

10:29AM 13   in selecting products and suppliers and they do not conduct" --

10:29AM 14   Q.    "Too opportunistic," isn't it?  You said "optimistic."

10:29AM 15   A.    I -- correct.  I agree with your correction.

10:29AM 16   Q.    Okay.

10:29AM 17   A.    Should have said, "...too opportunistic in selecting

10:29AM 18   product and suppliers and they do not conduct adequate due

10:29AM 19   diligence in supplier selection.  Furthermore, they only

10:29AM 20   consider first cost, not total delivered cost, and have

10:29AM 21   insufficient resources on the ground to support supplier

10:29AM 22   qualifications, quality control and logistics support."

10:29AM 23   Q.    Do you believe what you wrote there is true?

10:29AM 24   A.    Yes.

10:29AM 25   Q.    Please now refer, if you will, to page 328.  This is still

10:29AM 1   part of the McNamara article, and here he discusses the

10:29AM 2   attributes of effective SRM.  What is SRM?

10:30AM 3   A.    Supplier relationship management.

10:30AM 4   Q.    And if you would begin at the bottom of page 328, the

10:30AM 5   paragraph *of course*, and read that paragraph through the

10:30AM 6   conclusion of it on page 329.

10:30AM 7   A.    "Of course, even the best SRM process will not be

10:30AM 8   effective if ones sourcing strategy is not right in the first

10:30AM 9   place.  Here I encourage you to remember strategy before

10:30AM 10  structure.  In this context, companies with a good sourcing

10:30AM 11  strategy view their Asian sourcing strategy and align it with

10:30AM 12  corporate goals for growth and profitability.  They consider

10:30AM 13  total delivered cost, not just first cost.  They have the right

10:30AM 14  suppliers in the right place in the right type of relationship.

10:30AM 15  And throughout the process, they rigorously observe the six D's

10:30AM 16  in setting up sourcing relationships, due diligence, due

10:30AM 17  diligence and due diligence.  In today's turbulent market

10:31AM 18  environment, it is especially critical to achieve this

10:31AM 19  strategical alignment and abide by a rigorous due diligence

10:31AM 20  process."

10:31AM 21  Q.    Did you coin the phrase, *the six D's*?

10:31AM 22  A.    Actually, my partner, Steve Ganster, came up with that.  I

10:31AM 23  stole that from him.

10:31AM 24  Q.    Due diligence, due diligence, due diligence, right?

10:31AM 25  A.    Yes.

10:31AM 1    Q.    Do you agree that a company sourcing a product from China

10:31AM 2    should observe the six-D rule and exercise due diligence, due

10:31AM 3    diligence, due diligence?

10:31AM 4    A.    I think Rich Morrison should because he's in a five-step

10:31AM 5    supply chain, and that's actually critical that that take

10:31AM 6    place.

10:31AM 7    Q.    Do you think that the six-D rule has any applicability in

10:31AM 8    the four-step supply chain that you've defined?

10:31AM 9    A.    To a lesser degree, but sure.

10:31AM 10    Q.    So where do we go, from six to five D's?

10:31AM 11    A.    I was thinking four.

10:31AM 12    Q.    Six to four.  Good enough.

10:31AM 13          So for the four-step process that INEX was involved in,

10:31AM 14    it's not just due diligence, but it's due diligence, due

10:32AM 15    diligence?

10:32AM 16    A.    Yes.

10:32AM 17    Q.    The rule of four D's?

10:32AM 18    A.    Yes.

10:32AM 19    Q.    Now, after reading Mr. McNamara's article, Rich's wife,

10:32AM 20    Melissa, asks him what he thinks about it.  And read what you

10:32AM 21    have Rich saying on page 330, in the middle of the page, the

10:32AM 22    paragraph *well*.  Just read the first couple of sentences there.

10:32AM 23    A.    Rich is speaking and he says, "Well, it validated a lot of

10:32AM 24    how I felt about going to China.  For example, it's not a good

10:32AM 25    idea to source in China without ever visiting.  Everything

10:32AM 1    that" --

10:32AM 2    Q.    That's fine for now.

10:32AM 3          "It's not a good idea to source in China without ever

10:32AM 4    visiting" China.  Is that what you have Rich saying?

10:32AM 5    A.    That's what Rich said, yes.

10:32AM 6    Q.    Do you believe it?

10:32AM 7    A.    Yes, for Rich.

10:32AM 8    Q.    Well, how about for any company sourcing in China?

10:33AM 9    A.    Are you buying a standard product or are you outsourcing

10:33AM 10   something that was specialty designed with special material

10:33AM 11   with special machines?  If it's a standard product, I don't

10:33AM 12   think you should visit China.

10:33AM 13   Q.    You don't think -- I'm sorry, when you say you don't think

10:33AM 14   you should, is it a good idea to visit China sourcing a product

10:33AM 15   from China in that way?

10:33AM 16   A.    No.

10:33AM 17   Q.    Not a good idea?

10:33AM 18   A.    It's not a good idea.  It's a waste of money.

10:33AM 19   Q.    You don't think a visit to China would teach a company

10:33AM 20   seeking to source product there anything important about that

10:33AM 21   country?

10:33AM 22   A.    Not if they're buying a product that's covered by a

10:33AM 23   standard that I'm trying to conform to.  I'm trying to -- in

10:33AM 24   Rich's case, Rich invented a process, invented a fabric and

10:33AM 25   invented a machine to make that process, and they then took

10:33AM 1    that to China.  That's not sourcing.  That's outsourcing.

10:33AM 2    Q.   Yes, sir.

10:33AM 3         And, again, we get back to the difference between the

10:34AM 4    existence of a standard and compliance with a standard.  There

10:34AM 5    is a difference, right?

10:34AM 6    A.   I don't know how we get back to that.  Your statement is

10:34AM 7    true, but it has nothing to do with what I said.  What I said

10:34AM 8    is this is not sourcing, this is outsourcing.  And that's

10:34AM 9    totally different.

10:34AM 10   Q.   Yes.  But you draw the distinction because in one case

10:34AM 11   standards exist; that's what you said, right?

10:34AM 12   A.   Standards exist for a standard product, yes.

10:34AM 13   Q.   And that makes all the difference to you?

10:34AM 14   A.   Yes.

10:34AM 15   Q.   What I'm getting back to is the earlier testimony, I

10:34AM 16   thought we agreed that it's not enough that the standards

10:34AM 17   exist, however, you still have to vet the source and you have

10:34AM 18   to see to it that the standards are complied with, true?

10:34AM 19   A.   That's true.

10:34AM 20   Q.   Now, as your novel concludes, your main character,

10:34AM 21   Rich Morrison, has developed a slide show, which is entitled

10:34AM 22   *Ten Lessons I've Learned About Sourcing in China*.

10:35AM 23        Do you remember that?

10:35AM 24   A.   Sure.

10:35AM 25   Q.   And that begins on page 345 and concludes on page 347.

10:35AM 1    A.    Yes.

10:35AM 2    Q.    You wrote these ten lessons?

10:35AM 3    A.    Yes.

10:35AM 4    Q.    And do you believe that any of these ten rules, in whole

10:35AM 5    or in part, apply to the four-step process we have in this

10:35AM 6    case?

10:35AM 7    A.    Number 2 applies to the four-step with respect to

10:35AM 8    transportation.

10:35AM 9        Number 4 applies, the lead-time discussion.

10:35AM 10        Number 6 applies as the transportation delivery type of

10:35AM 11    point.

10:35AM 12        Number 7 applies.

10:35AM 13        So many of them.  I didn't write down what I said, so --

10:36AM 14    Q.    Well, I did.  And would you please, just so we have a

10:36AM 15    record of it in addition to what you've said, and I want you to

10:36AM 16    turn to those ten rules, which is the last sheet, the last

10:36AM 17    couple of sheets of that material, instead of marking the book,

10:36AM 18    and why don't you mark -- just circle the numbers.

10:36AM 19        You said Rules 2, 4, 6, 7, 8 and 10 would apply to the

10:36AM 20    four-step supply chain activity involving INEX in this case,

10:36AM 21    right?

10:36AM 22    A.    Yes.

10:36AM 23    Q.    Why don't you just draw a circle around those numbers, 2,

10:36AM 24    4, 6, 7, 8, and 10 on that copy.

10:36AM 25    A.    I did do it.  Done.

10:36AM  1    Q.    Okay.  Now, I notice you skipped three, which is:

10:36AM  2          "Pay particular attention to product quality.  This is

10:36AM  3    always a sound business practice in a sourcing environment, but

10:36AM  4    is much more significant when language and cultural barriers

10:37AM  5    exist."

10:37AM  6          You don't believe that paying particular attention to

10:37AM  7    product quality is a rule that applies in this case?

10:37AM  8    A.    Well, I think that applies, but the second point that you

10:37AM  9    read, "This is always a sound business practice in a sourcing

10:37AM 10    environment, but is much more significant when language and

10:37AM 11    cultural barriers exist," when you're buying a standard

10:37AM 12    product, you don't have language and cultural barriers.  The

10:37AM 13    standard is a performance standard, and it either meets or

10:37AM 14    doesn't meet the standard.  And so that's why I didn't circle

10:37AM 15    that one.

10:37AM 16    Q.    Well, but you would agree that the first sentence of

10:37AM 17    Rule 3 applies?

10:37AM 18    A.    Yes, but you asked me to --

10:37AM 19    Q.    Well, let's do this:  For Rule 3, just underline the part

10:37AM 20    you think applies, the first sentence.

10:37AM 21    A.    Got it.

10:37AM 22    Q.    And you also did not indicate you thought Rule 9 applies,

10:37AM 23    which is:

10:37AM 24          "Implement a solid monitoring and audit plan."

10:37AM 25          So I take it that, as distinguished from the five-step

10:38AM  1    supply chain activity, a distributor, in your view, does not

10:38AM  2    have a responsibility for a solid monitoring or audit plan of

10:38AM  3    the process?

10:38AM  4    A.   Once again, I was in the either all-in or all-out

10:38AM  5    category.

10:38AM  6         So it's always a good idea to have a solid monitoring and

10:38AM  7    audit plan.  But the second part is, "This is a good rule for

10:38AM  8    all sourcing activity because it requires focusing on sources."

10:38AM  9    I think that's the part.  So I would go with --

10:38AM 10    Q.   Why don't you underline, then, the first sentence of

10:38AM 11    Rule 9.

10:38AM 12    A.   Got it.

10:38AM 13    Q.   So I'll offer into evidence as Exhibit 2 those rules, and

10:38AM 14    particularly as marked by you, Dr. Tompkins, as being

10:38AM 15    applicable in this case.

10:38AM 16         Now, four years ago your company bought a business called

10:38AM 17    *Technomic Asia*, right?

10:38AM 18    A.   Five years ago.

10:38AM 19    Q.   Five years ago.

10:39AM 20         Technomic Asia's managing director is Stephen Ganster?

10:39AM 21    A.   He's the guy that came up with the six D's, yes.

10:39AM 22    Q.   Right.  So I will show you an article in the

10:39AM 23    *China Business Review*, the January/February 2007 issue, written

10:39AM 24    by Stephen --

10:39AM 25    A.   That's not Stephen in the picture.

10:39AM 1    Q.    That's not.  Okay.

10:39AM 2    A.    I don't know who that is.

10:39AM 3    Q.    All right.  But the article is by Stephen Ganster of

10:39AM 4    Technomic Asia, the company that your company bought, right?

10:39AM 5    A.    Correct.

10:39AM 6          Good thing I credited him for the six D's, isn't it?

10:39AM 7    Q.    Yes.  Yes.  Smart of you to do that.

10:39AM 8    A.    Yeah.

10:39AM 9    Q.    So --

10:39AM 10   A.    I've never seen this article before.

10:39AM 11   Q.    All right.  But if you turn to page 5, you'll see that

10:39AM 12   Mr. Ganster, in this article, which is talking about smaller

10:40AM 13   companies going to China -- he calls them small and

10:40AM 14   medium-sized enterprises, SME's.

10:40AM 15         He says in this section of the article:

10:40AM 16         "Above all, observe the six D's, due diligence,

10:40AM 17   due diligence, due diligence."

10:40AM 18         And is it your testimony that the six-D rule would apply

10:40AM 19   to the five-step supply chain for a distributor where there are

10:40AM 20   no standards, but it's more like a four-D rule of

10:40AM 21   due diligence, due diligence, when we talk about the four-step

10:40AM 22   supply chain?

10:40AM 23   A.    That's correct.

10:40AM 24   Q.    So I'll mark that article by Mr. Ganster as Plaintiff

10:40AM 25   Tompkins Trial Exhibit Number 3.

10:41AM 1          Your company consults with U.S. companies which are
10:41AM 2     importers and distributors of foreign-made goods, right?
10:41AM 3     A.    Yes.
10:41AM 4     Q.    Your company is not itself an importer or distributor?
10:41AM 5     A.    That is correct, we are not.
10:41AM 6     Q.    In this capacity, has your company considered it important
10:41AM 7     that quality control and assurance expectations of your clients
10:41AM 8     be communicated to and understood by the manufacturer?
10:41AM 9     A.    Yes.
10:41AM 10    Q.    It's also important that the quality control and assurance
10:41AM 11    expectations of the distributor are satisfied by the
10:41AM 12    manufacturer?
10:41AM 13    A.    Yes.
10:41AM 14    Q.    And you have written on the subject of quality control and
10:41AM 15    assurance, haven't you?
10:41AM 16    A.    I have.
10:41AM 17    Q.    And I'm showing you a book entitled,
10:41AM 18    *Winning Manufacturing*.   This one by James A Tompkins, Ph.D.,
10:41AM 19    so this is written in your professional capacity, and it was
10:41AM 20    published in 1989.
10:41AM 21          Do you recall this book?
10:42AM 22    A.    Yes, I do.
10:42AM 23    Q.    Would you turn to page 111, the chapter on *Quality*?
10:42AM 24    A.    Got it.
10:42AM 25    Q.    On page 113, you reference the terms *quality assurance* --

10:42AM 1    I'm sorry, *quality control*, *quality assurance*, and *total*

10:42AM 2    *quality control*.  The last phrase, *total quality control*, today

10:42AM 3    would be more likely called *total quality management*, as I

10:42AM 4    appreciate it?

10:42AM 5    A.    Correct.

10:42AM 6    Q.    And you defined *quality control* as, "The design of the

10:42AM 7    product and processes so that the conformance of the product to

10:42AM 8    consumer requirements is achieved," correct?

10:42AM 9    A.    That is correct.

10:42AM 10   Q.    If standards exist, such as ASTM standards, would quality

10:42AM 11   control refer to a design of the product to assure conformance

10:42AM 12   of the product to the standards, to the ASTM standards?

10:42AM 13   A.    Correct.

10:42AM 14   Q.    That would be an example of quality control?

10:42AM 15   A.    Yes.  And the difference is the ASTM standards are

10:43AM 16   performance based, and so you need both the process and the

10:43AM 17   product to be properly designed to have the quality control.

10:43AM 18   So it's not just the product.  It's got to be the product and

10:43AM 19   the process that together form the certification of the product

10:43AM 20   according to the standard.

10:43AM 21   Q.    And then quality assurance you define here is, "An

10:43AM 22   auditing activity that take place during production."

10:43AM 23   A.    Correct.

10:43AM 24   Q.    That's to see to it that during production the process is

10:43AM 25   actually conforming to standard in terms of quality procedures,

10:43AM 1    etcetera?

10:43AM 2    A.   Yes.

10:43AM 3    Q.   Okay.  You agree that a prudent U.S. distributor of a

10:43AM 4    foreign-made product, such as a building material, should see

10:43AM 5    to it that its quality control and quality assurance

10:43AM 6    expectations for the product are satisfied by the manufacturer?

10:44AM 7    A.   Yes.

10:44AM 8    Q.   And that would include satisfaction of quality control and

10:44AM 9    assurance with respect to the raw materials, wouldn't it?

10:44AM 10        Or let me ask you this:  Which concept, quality control or

10:44AM 11   quality assurance, would apply to the assuring the quality of

10:44AM 12   the raw material?

10:44AM 13   A.   For a standard product or for a specialty designed

10:44AM 14   product?

10:44AM 15   Q.   Standard product.

10:44AM 16   A.   Standard product.  Neither because the standard is

10:44AM 17   performance, see, so the performance has to include the entire

10:44AM 18   activity called *manufacturing*, quality control, quality

10:44AM 19   assurance, and everything to allow us to produce the product

10:44AM 20   that meets that standard.

10:45AM 21        And so the distributor isn't responsible for the raw

10:45AM 22   material.  The distributor isn't really even responsible for

10:45AM 23   the machine that it's made out of.  The distributor is

10:45AM 24   responsible for the drywall, when it comes off the end, meets

10:45AM 25   the standard and has that certified.

10:45AM 1      So you want to make sure that the plants that the product

10:45AM 2   is made in is certified, and then each individual load is

10:45AM 3   certified that it conforms to that standard, and then you have

10:45AM 4   done your job with quality control and the quality assurance.

10:45AM 5   Q.   Right.  I know the emphasis is on the conformity with

10:45AM 6   existing standards.  If you assume, for purposes of my

10:45AM 7   question, that there were industry ASTM standards pertinent to

10:45AM 8   the quality of gypsum as a raw material for use in making

10:45AM 9   drywall, you would agree that part of what should have been

10:45AM 10  assured here was conformity with the quality of that raw

10:46AM 11  material?

10:46AM 12       MR. GRAU:  I object to the form.

10:46AM 13       THE WITNESS:  If it was included in the product -- the

10:46AM 14  standard specification.

10:46AM 15                       EXAMINATION

10:46AM 16  BY MR. MEUNIER:

10:46AM 17  Q.   Right.

10:46AM 18  A.   So if the standard specification said, "Here is what you

10:46AM 19  must have from a raw material point of view if you're going to

10:46AM 20  be certifiable," then that would be the case.

10:46AM 21  Q.   And I'll mark, then, as Plaintiff Trial Exhibit Number 4

10:46AM 22  the cover page and excerpts from the book "Winning

10:46AM 23  Manufacturing" that the witness has read from.

10:46AM 24       Prior to sourcing this drywall from Knauf, Dr. Tompkins,

10:46AM 25  INEX had a business relationship with Knauf Insulation, an

10:46AM 1   American company, true?

10:46AM 2   A.   Yeah, I would actually word that the other way around.

10:47AM 3   They had the relationship with Knauf Insulation first and then

10:47AM 4   Knauf Drywall later.

10:47AM 5   Q.   Right.  I meant, prior to sourcing it from China, they had

10:47AM 6   this relationship with a company called *Knauf Insulation*, which

10:47AM 7   is an American company?

10:47AM 8   A.   Yes, sir.

10:47AM 9   Q.   And you apparently considered that preexisting

10:47AM 10  relationship to be an important factor in your determination

10:47AM 11  that INEX acted reasonably and prudently?

10:47AM 12  A.   That was a portion of it, yes.

10:47AM 13  Q.   Of course, you know that Knauf Insulation in Indiana is

10:47AM 14  not the same company as Knauf Plasterboard Tianjin, the drywall

10:47AM 15  manufacturer in China?  You know that, don't you?

10:47AM 16  A.   I know that, yes.

10:47AM 17  Q.   And you know that INEX had no prior relationship of any

10:47AM 18  kind with Knauf Plasterboard Tianjin in China?

10:47AM 19  A.   In fact, INEX had no prior relationship with Knauf Drywall

10:48AM 20  Germany, Knauf Drywall Turkey, Knauf Drywall Wuhu, Knauf

10:48AM 21  Drywall Indonesia, etcetera, so there's a whole bunch of

10:48AM 22  companies that is owned by the Knauf family, and Knauf

10:48AM 23  Insulation in the U.S. is one of those and Knauf in China is

10:48AM 24  another one of those.

10:48AM 25  Q.   But, of course, INEX had been dealing on an open account

10:48AM  1  basis with Knauf Insulation.  Once it started dealing with

10:48AM  2  Knauf, the drywall manufacturer in China, INEX had to do a

10:48AM  3  letter of credit, right?

10:48AM  4  A.    Which is somewhat normal because domestic things are

10:48AM  5  easier to get resolved than they are global, so I would have

10:48AM  6  done the same.

10:48AM  7  Q.    The company in China didn't allow INEX to just keep

10:48AM  8  operating on an open account basis, did it?

10:48AM  9  A.    That is correct.  And that's normal.

10:48AM 10  Q.    And, of course, INEX had no preexisting or historical

10:48AM 11  relationship of any kind with Taishan before it sourced the

10:48AM 12  drywall from Taishan, right?

10:49AM 13  A.    That is correct.

10:49AM 14  Q.    When did INEX select Taishan to source drywall from?

10:49AM 15  A.    When did they --

10:49AM 16  Q.    When did they select Taishan as a source for drywall?

10:49AM 17  A.    When Knauf China stopped shipping it, so it was around

10:49AM 18  summer of '06.

10:49AM 19  Q.    And when did INEX last distribute drywall made by Taishan?

10:49AM 20  A.    It was a year later, I believe, like sometime in '07.

10:49AM 21  Q.    So the period during which --

10:49AM 22  A.    I believe.  I'm not sure.

10:49AM 23  Q.    The period during which INEX selected and sourced drywall

10:49AM 24  from Taishan was roughly from the summer of '06 to the summer

10:49AM 25  of '07, that's your understanding?

10:49AM 1    A.   Well, I think there was only -- I mean, it was

10:49AM 2    33,000 sheets so it was a very small amount of product they

10:50AM 3    brought in.

10:50AM 4    Q.   Yeah.  I'm just trying to get the period of time.

10:50AM 5    A.   Yeah, it was -- I think that's accurate, yeah.

10:50AM 6    Q.   Now, as part of your investigation as an expert in the

10:50AM 7    *Devon* case, you learned, did you not, that in April of 2005,

10:50AM 8    the Chinese government owned 42 percent of Taishan, and that

10:50AM 9    ownership increased to 65 percent in August of 2006, true?

10:50AM 10   A.   I don't remember that, but I remember there was some

10:50AM 11   numbers like that, yes.

10:50AM 12   Q.   All right.  Well, you want me --

10:50AM 13   A.   I'm sure you're right.

10:50AM 14   Q.   All right.  Your testimony, then, is it was 42 percent

10:50AM 15   ownership by the government in April of 2005, increasing to

10:50AM 16   65 percent in August of 2006, true?

10:50AM 17   A.   Yes.

10:50AM 18   Q.   So during the time that INEX was vetting and selecting

10:50AM 19   Taishan and actually distributing board made by Taishan, the

10:50AM 20   Chinese government had a controlling interest in Taishan, true?

10:51AM 21   A.   Yes.

10:51AM 22   Q.   Do you see any evidence in this case that INEX ever

10:51AM 23   researched that or became aware of that or did anything in

10:51AM 24   reaction to that fact, that the Chinese government had a

10:51AM 25   controlling interest in this manufacturer?

10:51AM 1   A.   I believe that's why they got MRC.

10:51AM 2   Q.   So you think that INEX knew that the government of China

10:51AM 3   had a controlling interest in Taishan?

10:51AM 4   A.   I think they had awareness that the government was

10:51AM 5   involved in the ownership.  I have no knowledge if they knew

10:51AM 6   percentages or whatever.

10:51AM 7   Q.   And, you know, don't you, that the organization which

10:51AM 8   conducted the manufacture of Taishan's version of ASTM testing

10:51AM 9   for the drywall at the Taihe plant was a Chinese organization?

10:51AM 10  You know that, don't you?

10:51AM 11  A.   I don't know that, but it doesn't surprise me.  I mean,

10:52AM 12  it's 2005.  Almost everything was owned by the Chinese

10:52AM 13  government.

10:52AM 14  Q.   So the Chinese government was testing the quality of the

10:52AM 15  drywall made at a plant that the Chinese government had

10:52AM 16  controlling ownership of?

10:52AM 17  A.   Welcome to China.  Yeah.

10:52AM 18  Q.   Right.  You would hardly consider that to be independent

10:52AM 19  testing, would you?

10:52AM 20  A.   I -- in China, that's how it's done, so that's -- that's

10:52AM 21  how China works.

10:52AM 22  Q.   Right.  And is it your opinion that this information is

10:52AM 23  not relevant to a U.S. distributor's due diligence -- or in

10:52AM 24  this case, due diligence, due diligence -- investigation of the

10:52AM 25  manufacturer as a source for drywall?

10:52AM 1   A.   No, I wouldn't say that's irrelevant.  I think it is

10:52AM 2   relevant.

10:52AM 3   Q.   And so one of the companies that INEX relied in its

10:52AM 4   decision to source drywall from Taishan was Metro Resources,

10:53AM 5   right?

10:53AM 6   A.   Yes.

10:53AM 7   Q.   Do you think it's relevant to consider the reliability and

10:53AM 8   credibility and experience of Metro Resources if you are INEX

10:53AM 9   and you're going to rely on them in this case?

10:53AM 10  A.   Yes.

10:53AM 11  Q.   Did you ever do any of your own research into the

10:53AM 12  background of Metro Resources?

10:53AM 13  A.   No.

10:53AM 14  Q.   Have you ever met with or had any discussion with

10:53AM 15  David Zhang?

10:53AM 16  A.   No, sir.

10:53AM 17  Q.   Are you aware, Dr. Tompkins, that in introducing his

10:53AM 18  company to INEX, Mr. Zhang advised that Metro Resources' main

10:53AM 19  business was not drywall, not even building products, but

10:53AM 20  mining and environmental projects?  Are you aware of that?

10:53AM 21  A.   No.

10:53AM 22  Q.   Are you aware that even though it claimed to know the

10:53AM 23  gypsum business well, Mr. Zhang also identified Metro to INEX

10:53AM 24  as a Chinese-government-licensed plastic scrap and waste

10:54AM 25  company?  Were you aware of that?

10:54AM 1   A.   No.

10:54AM 2   Q.   Do you see anything in this case to indicate that

10:54AM 3   Metro Resources, in fact, knew anything about the gypsum

10:54AM 4   business, much less knew the gypsum business well?

10:54AM 5   A.   Haven't looked into MRC at all.

10:54AM 6   Q.   Are you aware that almost six months after this e-mail --

10:54AM 7   after Metro Resources introduced itself to INEX, Mr. Zhang --

10:54AM 8        (WHEREUPON, at this point in the proceedings, there

10:55AM 9   were video technical difficulties.)

10:55AM 10       MR. MEUNIER:  We're trying to remove this trial

10:55AM 11  exhibit.  I'm trying to ask the technician to get us back to

10:55AM 12  the big screen.

10:57AM 13            She has to leave it like that, Judge.

10:57AM 14       THE COURT:  All right.

10:57AM 15       (WHEREUPON, at this point in the proceedings, the video

10:57AM 16  resumed as follows:)

10:57AM 17                          EXAMINATION

10:57AM 18  BY MR. MEUNIER:

10:52AM 19  Q.   And so one of the companies that INEX relied in its

10:52AM 20  decision to source drywall from Taishan was Metro Resources,

10:57AM 21  right?

10:57AM 22  A.   Yes.

10:57AM 23  Q.   Do you think it's relevant to consider the reliability and

10:57AM 24  credibility and experience of Metro Resources if you are INEX

10:57AM 25  and you're going to rely on them in this case?

10:57AM  1    A.    Yes.

10:57AM  2    Q.    Did you ever do any of your own research into the

10:57AM  3    background of Metro Resources?

10:57AM  4    A.    No.

10:57AM  5    Q.    Have you ever met with or had any discussion with

10:57AM  6    David Zhang?

10:57AM  7    A.    No, sir.

10:57AM  8    Q.    Are you aware, Dr. Tompkins, that in introducing his

10:57AM  9    company to INEX, Mr. Zhang advised that Metro Resources' main

10:58AM 10    business was not drywall, not even building products, but

10:58AM 11    mining and environmental projects?  Were you aware of that?

10:58AM 12    A.    No.

10:58AM 13    Q.    Are you aware that even though it claimed to know the

10:58AM 14    gypsum business well, Mr. Zhang also identified Metro to INEX

10:58AM 15    as a Chinese-government-licensed plastic scrap and waste

10:58AM 16    company?  Were you aware of that?

10:58AM 17    A.    No.

10:58AM 18    Q.    Do you see anything in this case to indicate that

10:58AM 19    Metro Resources, in fact, knew anything about the gypsum

10:58AM 20    business, much less knew the gypsum business well?

10:58AM 21    A.    Haven't looked into MRC at all.

10:58AM 22    Q.    Are you aware that almost six months after this e-mail --

10:58AM 23    after Metro Resources introduced itself to INEX, Mr. Zhang, in

10:58AM 24    May of 2006, advised Jim Geary that, quote, sooner or later

10:58AM 25    Metro would enter the building materials industry?  Were you

10:58AM 1    aware of that?

10:58AM 2    A.    No.

10:59AM 3    Q.    Is that relevant to you that, in the spring of '06,

10:59AM 4    Metro Resources is disclosing to INEX that sooner or later it

10:59AM 5    will get into the building materials business?

10:59AM 6    A.    No, that doesn't surprise -- I mean, they -- "getting

10:59AM 7    into" I interpret as being much more than "being an importer

10:59AM 8    of."

10:59AM 9    Q.    As a consultant to distributors, have you ever advised a

10:59AM 10   client to use a recycling company which has not even entered

10:59AM 11   the building material business to vet and resource -- and help

10:59AM 12   source a manufacturer of Chinese drywall?

10:59AM 13   A.    No.

10:59AM 14   Q.    Are you aware that, in late December 2005, Ms. Susan Li of

10:59AM 15   Weida Freight identified for INEX two possible Chinese plants

10:59AM 16   where drywall might be sourced, given that the Knauf drywall

10:59AM 17   was becoming more difficult to get?  Are you aware of that?

11:00AM 18   A.    I am now.  You told me about it this morning.

11:00AM 19   Q.    All right.  You're not aware, then, that she identified a

11:00AM 20   BNBM plant in Beijing, as well as a plant in Taihe owned by --

11:00AM 21   operated by a subdivision of BNBM?  Were you aware of that?

11:00AM 22   A.    You discussed that this morning, so I became aware this

11:00AM 23   morning of that.

11:00AM 24   Q.    All right.  I'm going to show you a series of e-mails

11:00AM 25   which are dated from December -- late December of 2005.  It's

11:00AM  1    Bates Number INEX 5718 through 5720.

11:01AM  2         Please turn first to the e-mail from Susan Li, general

11:01AM  3    manager at Weida Freight, which is addressed to Rudy Remont at

11:01AM  4    J.W. Allen.  It's dated December 27, 2005.

11:01AM  5         And do you see the Bates-numbered page 5720?

11:01AM  6    A.   Yes, sir.

11:01AM  7    Q.   Do you see that Ms. Li advises that she has studied gypsum

11:01AM  8    wallboard --

11:01AM  9         (WHEREUPON, at this point in the proceedings, the video

11:01AM 10    was paused.)

11:01AM 11         MR. GRAU:  Your Honor, can we approach for a second?

11:01AM 12         THE COURT:  Sure.

11:02AM 13         MR. GRAU:  I think we'd like a five-minute technical

11:02AM 14    break so that she can remove the exhibit from the side of the

11:02AM 15    screen and get the full screen back on.

11:02AM 16         MR. MEUNIER:  The testimony has been allowed, but the

11:02AM 17    actual e-mail is not in evidence, so I think counsel would

11:02AM 18    rather not have the e-mail shown to the jury.

11:02AM 19              And I was trying to get this lady to put the

11:02AM 20    big screen up thing anyway, but she's having a hard time.

11:02AM 21         MR. GRAU:  I don't know why it's stuck on that.  If we

11:02AM 22    take a five-minute break, I think she needs to pull it off the

11:02AM 23    screen to do it on her system.

11:02AM 24         THE COURT:  We'll take a break now.  I'll give you

11:02AM 25    this, if that's all right.

11:02AM 1          (WHEREUPON, at this point in the proceedings, the bench

11:02AM 2     conference concluded.)

11:02AM 3          THE COURT:  Members of the Jury, we'll take a

11:02AM 4     five-minute break at this time.  We have some technical

11:02AM 5     difficulties and we're trying to arrange it.

11:02AM 6          THE COURT SECURITY OFFICER:  All rise.

11:02AM 7          (WHEREUPON, at 11:02 a.m. the jury panel leaves the

11:21AM 8     courtroom and then a brief recess was taken.)

11:21AM 9          THE DEPUTY CLERK:  All rise.

11:21AM 10         THE COURT:  How much more of this do we have?

11:21AM 11         MR. DUPLANTIER:  Twenty minutes.

11:21AM 12         MR. MEUNIER:  We're in the last chapter of *War and*

11:21AM 13    *Peace*.

11:21AM 14         THE COURT SECURITY OFFICER:  All rise.

11:21AM 15         (WHEREUPON, at 11:21 a.m. the jury panel enters the

11:22AM 16    courtroom.)

11:22AM 17         THE COURT:  Be seated, please.  Sorry about the

11:22AM 18    technical difficulties, ladies and gentlemen.

11:22AM 19              Let's go.

11:22AM 20         (WHEREUPON, at this point in the proceedings, the

11:22AM 21    videotaped deposition of Dr. James A. Tompkins resumed.)

11:22AM 22                        EXAMINATION

11:22AM 23    BY MR. MEUNIER:

11:22AM 24    Q.   I'm going to show you a series of e-mails, which are dated

11:22AM 25    from December -- late December of 2005.  It's Bates numbered

11:22AM 1    INEX 5718 through 5720.

11:22AM 2        Please turn first to the e-mail from Susan Li, general

11:22AM 3    manager at Weida Freight, which is addressed to Rudy Remont at

11:23AM 4    J. W. Allen.  It's dated December 27, 2005.

11:23AM 5        And do you see the Bates-numbered page 5720?

11:23AM 6    A.   Yes, sir.

11:23AM 7    Q.   Do you see that Ms. Li advises that she has studied gypsum

11:23AM 8    wallboard -- the gypsum wallboard market in China, and she

11:23AM 9    identifies two factories:  The BNBM Beijing factory and the

11:23AM 10   Shandong Taihe factory in Tai'an.

11:23AM 11       Do you see that?

11:23AM 12   A.   Yes, I do.

11:23AM 13   Q.   Do you see where she says that the BNBM factory in Beijing

11:23AM 14   is ASTM C36 approved in the USA?

11:23AM 15   A.   Yes, I do.

11:23AM 16   Q.   Do you see that she says in this e-mail, however, that the

11:23AM 17   Shandong Taihe plant, as to that she says, ASTM C36, "have not

11:24AM 18   got the license."

11:24AM 19       Do you see that?

11:24AM 20   A.   Yes, I do.

11:24AM 21   Q.   Now, if you'll turn to Bates numbered 5719, do you see the

11:24AM 22   response from Rudy Remont of J.W. Allen to Susan Li where he

11:24AM 23   asks her to clarify what she means when she says that the

11:24AM 24   Shandong Taihe plant has not got the ASTM license; do you see

11:24AM 25   that?

11:24AM  1    A.    Yes.

11:24AM  2    Q.    If you turn to Bates numbered 5718, do you see Susan Li's

11:24AM  3    December 28, 2005, e-mail to Rudy Remont where, she says,

11:24AM  4    quote, ASTM C36 have not got the license, closed quote, it

11:24AM  5    means the factory of Taihe do not apply ASTM C6 authentication

11:24AM  6    in America; do you see that?

11:24AM  7    A.    Yes.

11:24AM  8    Q.    That's the first time you've ever seen these e-mails?

11:25AM  9    A.    No.   This was in either Jim or Clay Geary's deposition, I

11:25AM 10    believe, as an exhibit there.

11:25AM 11    Q.    So you've seen the e-mails before?

11:25AM 12    A.    Yes, I have.

11:25AM 13    Q.    Are they relevant to you?

11:25AM 14    A.    Yes.

11:25AM 15    Q.    Why are they relevant?

11:25AM 16    A.    Because according to this lady, Susan Li, the Taihe plant

11:25AM 17    does not have a license.   I'm not sure anyone has a license,

11:25AM 18    but I think that's kind of broken English there, so I'm not

11:25AM 19    going to make that an issue.   But that is a concern, then,

11:25AM 20    because that appears to be a plant, based on this information,

11:25AM 21    that I wouldn't want to buy from.

11:25AM 22    Q.    All right.   I will then mark as Plaintiff's Tompkins Trial

11:25AM 23    Exhibit 5 the December '05 exchange of e-mails that we have

11:25AM 24    been referring to.

11:25AM 25          (Plaintiff's Tompkins Trial Exhibit Number 5 was marked

11:25AM 1    for identification.)

11:26AM 2        Are you aware, Dr. Tompkins, that in the spring following

11:26AM 3    this late December '05 discussion about the ASTM licensing of

11:26AM 4    that plant, Clay Geary of INEX advised BNBM that INEX only

11:26AM 5    wanted drywall from the BNBM plant in Beijing and not the plant

11:26AM 6    operated by the subdivision in Taihe?  Are you aware of that?

11:26AM 7    A.    No.

11:26AM 8    Q.    Are you aware of the fact that, in fact, INEX felt in May

11:26AM 9    of 2006, that only the Beijing plant would able to produce a

11:26AM 10   quality product; were you aware of that?

11:26AM 11   A.    No.  But I think that's consistent with Exhibit 5 that we

11:27AM 12   just marked and looked at, so that doesn't surprise me.

11:27AM 13   Q.    Is it significant to you?

11:27AM 14   A.    Yeah.  I mean, it is significant that Clay was looking at

11:27AM 15   making sure he only bought product that was ASTM certified, and

11:27AM 16   when he heard that a plant didn't have that, he said, okay, I

11:27AM 17   don't want to buy from them.  So he's doing what I would hope

11:27AM 18   he would be doing.

11:27AM 19   Q.    Are you aware that the month prior to those `e-mails in

11:27AM 20   May of '06, where INEX made it clear they only wanted board

11:27AM 21   from the Beijing plant because it was of better quality, were

11:27AM 22   you aware that David Zhang a month prior to that advised Clay

11:27AM 23   Geary that the Chinese drywall Metro Resources was able to

11:27AM 24   source would be of lower quality than what was being produced

11:28AM 25   by Knauf?

11:28AM 1    A.   No.

11:28AM 2    Q.   Were you aware of that?

11:28AM 3    A.   No.

11:28AM 4    Q.   Is that significant to you?

11:28AM 5    A.   Yes, it's interesting.  I mean, it's not a full thought,

11:28AM 6    but it's certainly a string to pull.

11:28AM 7    Q.   Ultimately, INEX sourced this drywall, not from the

11:28AM 8    Beijing plant of BNBM, but from the -- what we call the Taishan

11:28AM 9    plant in Taihe; you know that, right?

11:28AM 10    A.   I do know that that's what they bought -- yes.

11:28AM 11    Q.   And you agree that INEX did so despite the fact that Susan

11:28AM 12    Li had reported this discrepancy in ASTM licensing between the

11:28AM 13    two plants?

11:28AM 14    A.   It appears to me that that was probably not correct

11:29AM 15    information or got changed, because the Taishan plant did

11:29AM 16    certify and MRC certified that that product was ASTM certified.

11:29AM 17    So I'm not sure how this plant wasn't certified and then it was

11:29AM 18    certified, if it happened in that interim or if Ms. Li's e-mail

11:29AM 19    was wrong or -- I don't know what happened.  So it is

11:29AM 20    interesting, yes.

11:29AM 21    Q.   Now, you're aware that INEX contacted a company called *SGS*

11:29AM 22    in the fall of 2005 for services in connection with the

11:29AM 23    Chinese drywall INEX was sourcing from the Taishan plant;

11:29AM 24    you're aware of that?

11:29AM 25    A.   I thought they first contacted them with respect to the

11:30AM  1    Knauf plant.

11:30AM  2    Q.    It was your understanding they were first contacted by

11:30AM  3    Knauf?

11:30AM  4    A.    Yeah.  During the Knauf time frame is when I thought they

11:30AM  5    first contacted them.

11:30AM  6    Q.    Well, they also talked to them about rendering services

11:30AM  7    for the Taishan plant.

11:30AM  8    A.    Yes, yes.

11:30AM  9    Q.    And they had used -- INEX had used SGS back in 1999, with

11:30AM 10    respect to some Indonesia board that they were importing,

11:30AM 11    right?

11:30AM 12    A.    Yes.

11:30AM 13    Q.    Are you aware that INEX, in fact, requested in late

11:30AM 14    November of '05 that SGS inspect the Taishan drywall while it

11:30AM 15    was being produced?

11:30AM 16    A.    Not sure if I had that time frame, but I do know there was

11:30AM 17    a contact between them.

11:30AM 18    Q.    Well, my question is, are you aware that INEX specifically

11:30AM 19    asked SGS to inspect the product, Taishan drywall, while it is

11:30AM 20    being produced?

11:30AM 21    A.    No, I don't know that.

11:30AM 22    Q.    Is that relevant to you?

11:31AM 23    A.    It's -- I mean, everything is of interest.  I don't know

11:31AM 24    until the other shoe falls how relevant it is, but, yeah.  So

11:31AM 25    could be.

11:31AM 1    Q.   All right.  Let me show you an e-mail that's Bates

11:31AM 2    numbered INEX 5980, and I'm referring you to Clay Geary's

11:31AM 3    November 29, 2005, e-mail to Rajan Srinivasan,

11:31AM 4    S-R-I-N-I-V-A-S-A-N, of SGS, and to the first sentence of the

11:32AM 5    e-mail.  Would you read it, please.

11:32AM 6    A.   I'm sorry, what --

11:32AM 7    Q.   Read the first sentence of Mr. Clay Geary's e-mail.

11:32AM 8    A.   "Please proceed to inspect the product while it is being

11:32AM 9    produced."

11:32AM 10   Q.   Were you aware that even in the early spring or, let's

11:32AM 11   say, early May of 2006, INEX still wanted an SGS representative

11:32AM 12   to be present at the Taishan plant during the production of the

11:32AM 13   drywall?  Were you aware of that?

11:32AM 14   A.   No.

11:32AM 15   Q.   I'll mark the e-mail I've just shown you as Tompkins Trial

11:32AM 16   Exhibit 6.

11:32AM 17        (Plaintiff's Tompkins Trial Exhibit Number 6 was marked

11:32AM 18   for identification.)

11:32AM 19        And I'll show you this e-mail, sir, which is Bates

11:32AM 20   numbered 2062.  I'm referring to an exchange of e-mails between

11:32AM 21   Clay Geary and Ferie, F-E-R-I-E, of BNBM.

11:33AM 22   Do you see in Mr. Clay Geary's e-mail to Ferie he says, "In an

11:33AM 23   effort to proceed forward quickly, we will drop the clauses in

11:33AM 24   the letter of credit that require SGS to inspect the product,"

11:33AM 25   right?

11:33AM 1    A.    Yes.

11:33AM 2    Q.    And then he says, "We would like, however, for a

11:33AM 3    representative to be at the plant during the manufacturing of

11:33AM 4    the wallboard," correct?

11:33AM 5    A.    That's -- yes.  You read that correctly.

11:33AM 6    Q.    Have you ever inquired with the Gearys or INEX as to why

11:33AM 7    we have repeated requests from INEX to SGS to conduct

11:33AM 8    inspection activity at the Taishan plant during the

11:33AM 9    manufacturing process?

11:34AM 10   A.    No, I haven't asked.

11:34AM 11   Q.    Is it fair to assume that that was a request based on

11:34AM 12   quality assurance?

11:34AM 13   A.    Yes.

11:34AM 14   Q.    I'll mark that e-mail of May 2006, Bates numbered 2062, as

11:34AM 15   Tompkins Trial Exhibit Number 7.

11:34AM 16        (Plaintiff's Tompkins Trial Exhibit Number 7 was marked

11:34AM 17   for identification.)

11:34AM 18        Was an SGS audit or inspection or observance of the

11:34AM 19   Taishan drywall manufacturing process, in fact, conducted in

11:34AM 20   this case?

11:34AM 21   A.    I know there was a firm that was retained to inspect the

11:34AM 22   loading of the containers.  I don't know if that was SGS or

11:34AM 23   not.

11:34AM 24   Q.    Well, I'm referring to these requests --

11:35AM 25   A.    I don't know.

11:35AM 1   Q.    -- that SGS actually inspect at the plant during the

11:35AM 2   process.  I'm asking you if you know whether that was ever

11:35AM 3   done?

11:35AM 4   A.    No, I do not know.

11:35AM 5   Q.    Is it relevant to you whether it was ever done?

11:35AM 6   A.    Not particularly.

11:35AM 7   Q.    Now, in your expert report, you refer to the fact that

11:35AM 8   some of your employees have visited the Taishan plant in China

11:35AM 9   that's involved in this case.

11:35AM 10  A.    That's correct.

11:35AM 11  Q.    This was done in connection with your role as an expert

11:35AM 12  witness in the case against Devon International, correct?

11:35AM 13  A.    That is correct.

11:35AM 14  Q.    And that's the case in which you gave deposition testimony

11:35AM 15  on March 15 of this year, right?

11:35AM 16  A.    Right.

11:35AM 17  Q.    Your team for that plant visit was supervised by your

11:35AM 18  employee, Michael Zakkour, right?

11:35AM 19  A.    Correct.

11:35AM 20  Q.    Still works for the company?

11:35AM 21  A.    Yes.

11:35AM 22  Q.    In fact, he's worked in this case?

11:36AM 23  A.    Yes.

11:36AM 24  Q.    The members of that team, other than Mr. Zakkour, were

11:36AM 25  Chinese citizens, correct?

11:36AM 1    A.    Correct.

11:36AM 2    Q.    Employed by your company, but citizens and residents of

11:36AM 3    China?

11:36AM 4    A.    Correct.

11:36AM 5    Q.    You don't remember their last names, do you?

11:36AM 6    A.    I do remember them.

11:36AM 7    Q.    I'll ask you if you remember their last names?

11:36AM 8    A.    Do I remember their last names?  Yes, I do.

11:36AM 9    Q.    All right.  You didn't remember their last name when you

11:36AM 10   gave your deposition in March, did you?

11:36AM 11   A.    I believe I did not.

11:36AM 12   Q.    You've since done some homework to remember their names?

11:36AM 13   A.    I've asked.

11:36AM 14   Q.    Who did you can ask?

11:36AM 15   A.    Michael Zakkour.

11:36AM 16   Q.    Now, as important as this plant visit was, Dr. Tompkins,

11:36AM 17   you received absolutely no written document that it took place,

11:36AM 18   correct?

11:36AM 19   A.    That's correct.

11:36AM 20   Q.    So you have nothing in writing, not one piece of paper,

11:36AM 21   reflecting the activities or findings of this plant visit, do

11:36AM 22   you?

11:37AM 23   A.    Nothing in writing.

11:37AM 24   Q.    And, in fact, the team manager, Zakkour himself, did not

11:37AM 25   go to the plant, did he, only the two Chinese employees

11:37AM 1    supposedly went?

11:37AM 2    A.    I don't know what the *supposedly* meant.  Michael Zakkour

11:37AM 3    would not be allowed to go to that plant.  He's an American.

11:37AM 4    The two Chinese that went to the plant were allowed in based on

11:37AM 5    them doing market research on the gypsum board industry.

11:37AM 6    Q.    So Mr. Zakkour didn't go to the plant; the two Chinese

11:37AM 7    employees went to the plant?

11:37AM 8    A.    Yes.

11:37AM 9    Q.    And it's true, isn't it, that that Mr. Zakkour himself,

11:37AM 10   like you, received not one written document from those

11:37AM 11   employees reflecting where they went, what they did, who they

11:38AM 12   spoke to, what they found?

11:38AM 13   A.    That was my instruction.

11:38AM 14   Q.    Not one thing in writing --

11:38AM 15   A.    Nothing in writing.

11:38AM 16   Q.    -- was given to Zakkour, right?

11:38AM 17   A.    Nothing in writing was done, and that was my instruction

11:38AM 18   to them.

11:38AM 19   Q.    Isn't it true, Dr. Tompkins, that according to the report

11:38AM 20   that you got verbally from Mr. Zakkour, when these two Chinese

11:38AM 21   employees of yours asked whoever it was they met with at the

11:38AM 22   plant for data to verify that the drywall was being produced at

11:38AM 23   that plant according to ASTM standards, the plant

11:38AM 24   representative refused to provide it?

11:38AM 25   A.    That's correct.

1096

11:38AM 1    Q.   As a prudent distributor of Chinese drywall, do you agree

11:38AM 2    a company should be suspicious of a manufacturer which refuses

11:38AM 3    a request to provide such verification of compliance with ASTM?

11:39AM 4    A.   Well, you have to put it in context.  This was a company

11:39AM 5    that primarily was created to export drywall.  Then in their

11:39AM 6    view -- and this is not my view, so I'm trying to be clear

11:39AM 7    here.  In their view, the people in China at the Taishan plant

11:39AM 8    believed there's an American conspiracy against

11:39AM 9    Chinese drywall.  I think that's a bunch of a baloney, but

11:39AM 10   that's their view.  And therefore, any discussion that would

11:39AM 11   make this whole thing look like something that was to be

11:39AM 12   exported was not taken with favor by the salespeople that we

11:39AM 13   were meeting with in China, and so you had to stay very clear

11:39AM 14   of that topic.

11:39AM 15   Q.   Yes, sir, I understand.  I appreciate that explanation,

11:39AM 16   but I'm going to ask my question again.  I'd like you to answer

11:40AM 17   it.

11:40AM 18        As a prudent distributor -- distributor of

11:40AM 19   Chinese-manufactured drywall, do you agree that a company

11:40AM 20   should be suspicious of a Chinese manufacturer which refuses a

11:40AM 21   request to provide verification of its compliance with ASTM

11:40AM 22   standards?  Yes or no?

11:40AM 23   A.   So the question is:  Should a distributor in the

11:40AM 24   United States who is no longer interested in buying product

11:40AM 25   from China be concerned about something a Chinese company talks

11:40AM 1    to a bunch of people about that is only doing domestic

11:40AM 2    sourcing?  I mean, I -- for me to -- I would love to answer

11:40AM 3    your question, but it has some implied time frames in there

11:41AM 4    that I'm afraid I might not give a correct answer if I don't

11:41AM 5    clarify.  So --

11:41AM 6    Q.   Let me ask it another way, then.

11:41AM 7    A.   Okay.

11:41AM 8    Q.   If back at the time INEX was vetting this manufacturer, it

11:41AM 9    had sent someone to the plant, as you did, seeking

11:41AM 10   verification, something to support the statement, the

11:41AM 11   representation that they're ASTM compliant, and the plant said,

11:41AM 12   we're not going to give that to you, should a reasonable,

11:41AM 13   prudent distributor have been suspicious at that time?

11:41AM 14   A.   Yes.

11:41AM 15   Q.   Should they have dealt with the plant had that happened?

11:41AM 16   A.   Only if they reversed direction.  If they didn't give me

11:41AM 17   the ASTM certification, a prudent distributor should walk.

11:42AM 18   Q.   Right.  And just to be clear, no one to this day has ever

11:42AM 19   gotten any verification or data from the Taishan plant to

11:42AM 20   support its representation that it's ASTM compliant, true?

11:42AM 21   A.   I've seen some.

11:42AM 22   Q.   What have you seen?  I'm talking about data.

11:42AM 23   A.   Oh, data.

11:42AM 24   Q.   Test data, something to support the representation.

11:42AM 25   A.   That typically isn't provided domestically or globally, so

11:42AM 1      I'm not sure that unto itself would give me heartburn, but...

11:42AM 2      Q.   Now, I'm going to show you the next seven documents which

11:42AM 3      are each entitled *Letter of Certificate*, each bearing a date in

11:42AM 4      either June or July of 2006, and this series of documents is

11:42AM 5      Bates numbered INEX 6045 through 6051.  You've seen these

11:43AM 6      documents before, haven't you?

11:43AM 7      A.   Yes, sir.

11:43AM 8      Q.   Each of these letters of certificate is from the

11:43AM 9      manufacturer of the Taishan drywall, Taian Taishan Plasterboard

11:43AM 10     Company, Limited, right?

11:43AM 11     A.   Yes, sir.

11:43AM 12     Q.   And I will mark this series of letters of certificate as

11:43AM 13     Plaintiff's Tompkins Trial Exhibit Number 8 in globo.

11:43AM 14         (Plaintiff's Tompkins Trial Exhibit Number 8 was marked

11:43AM 15     for identification.)

11:43AM 16     Q.   Dr. Tompkins, each one of these letters of certificate --

11:44AM 17     and to be clear, these refer to drywall that was shipped --

11:44AM 18     made by this plant and shipped for distribution by --

11:44AM 19     A.   Yes.

11:44AM 20     Q.   -- INEX, right?

11:44AM 21         Each and every one of these letters refers, does it not,

11:44AM 22     to the same test report, ASTM test report, which is test report

11:44AM 23     number --

11:44AM 24     A.   062019.

11:44AM 25     Q.   -- 062019?

11:44AM 1      Each one of them refers to that same test report, right?

11:44AM 2   A.   Yes.

11:44AM 3   Q.   So the same report is supporting each of these

11:44AM 4   certifications?

11:44AM 5   A.   Yes.

11:44AM 6   Q.   Have you seen any documents in this case besides that one

11:44AM 7   test report, 062019, which support these letters of

11:45AM 8   certification of the drywall being produced and inspected in

11:45AM 9   accordance with ASTM C1396-04?

11:45AM 10  A.   No.

11:45AM 11  Q.   So you agree that that one document, test report 062019,

11:45AM 12  is all we have to provide a verification of these letters of

11:45AM 13  certificate?

11:45AM 14  A.   That's correct, for these seven shipments that were all

11:45AM 15  made in a 20-day period.

11:45AM 16      So that doesn't surprise me that it would be the same test

11:45AM 17  report.

11:45AM 18  Q.   Let me now show you test report 062019, and the document

11:46AM 19  I'm giving you is the Bates numbered 5774 and 5775.  You

11:46AM 20  recognize that as the test report?

11:46AM 21  A.   Yes, I do.

11:46AM 22  Q.   And I'll label that as Plaintiff Tompkins Trial

11:46AM 23  Exhibit Number 9.

11:46AM 24      And I want to show you next two documents from

11:46AM 25  Metro Resources Corporation, MRC, dated June 20, 2006, which

11:47AM 1    are Bates numbered 967 and 968, and I think you've referred to

11:47AM 2    these already.  These are the letters to Interior Exterior from

11:47AM 3    Metro Resources certifying ASTM 1396 compliance, right?

11:47AM 4    A.    Yes.

11:47AM 5    Q.    In this same document, David Zhang from Metro Resources

11:47AM 6    certifies that the gypsum board is, quote, nondefective, right?

11:47AM 7    A.    I'm sorry, non --

11:47AM 8    Q.    Nondefective.

11:47AM 9    A.    That's correct.

11:47AM 10   Q.    You're aware INEX has stipulated in this case that, in

11:47AM 11   fact, the drywall was defective, right?

11:48AM 12   A.    There was -- yeah, there was a latent defect, I think

11:48AM 13   would probably be the -- so I believe probably, when Mr. Zhang

11:48AM 14   signed it, he probably believed that to be true.

11:48AM 15   Q.    What do you know of Mr. Zhang's qualifications or the

11:48AM 16   qualifications or this licensed waste materials company,

11:48AM 17   Metro Resources, to state whether or not gypsum board is

11:48AM 18   defective or not defective?

11:48AM 19   A.    Nothing.

11:48AM 20   Q.    You understand, don't you, that these letters from MRC to

11:48AM 21   INEX, just like the letters of certificate from TTP, the

11:48AM 22   manufacturer, are based on test report 62019?

11:48AM 23   A.    I -- I assume that to be true, but I don't know that.  But

11:48AM 24   I think that's a good -- that makes sense.

11:49AM 25   Q.    Do you know of anything else in this case, besides test

11:49AM 1   report 06219, that would support a statement by anyone that

11:49AM 2   these boards were nondefective and ASTM compliant?

11:49AM 3   A.   No.

11:49AM 4   Q.   I'll mark those MRC letters as Plaintiffs Tompkins Trial

11:49AM 5   Exhibit 10.

11:49AM 6      Dr. Tompkins, in all the documents you've seen in this

11:49AM 7   case, can you think of any that is more important than test

11:49AM 8   report 62019 in assessing the evidence that this Taishan

11:49AM 9   drywall made by TTP met ASTM standard?

11:49AM 10   A.   Well, I think there's several documents that have equal

11:49AM 11   importance to the test report, so I wouldn't say this is the

11:50AM 12   most important.  I'd say is the one of the most important.

11:50AM 13   Q.   Well, isn't this the only document we have in this case

11:50AM 14   that you know of or that you've seen that actually supports a

11:50AM 15   statement that, in fact, the board was ASTM compliant?

11:50AM 16   A.   Well, the purpose, in any way of looking at it, is that

11:50AM 17   Exhibit 9 is what tells us that the plant is producing product

11:50AM 18   according to standard.  Then, further, it's important that that

11:50AM 19   is certified for the product that's shipped, which is what MRC

11:51AM 20   does and the letter of certificate does.

11:51AM 21      So this is a very important document, Number 8; this is a

11:51AM 22   very important document, Number 10; and this is a very

11:51AM 23   important document, Number 9.

11:51AM 24   Q.   Right.  But your analysis in this case is that the

11:51AM 25   existence of standards was a critically important issue and

11:51AM 1    fact in the case in terms of INEX's due diligence

11:51AM 2    responsibilities, certainly, right?

11:51AM 3    A.    Yes, sir.

11:51AM 4    Q.    And you've also agreed with me today that it's really not

11:51AM 5    just only existence, it's compliance with standards that really

11:51AM 6    satisfies the need to assure that you've got the right product

11:51AM 7    being brought into the United States?

11:51AM 8    A.    Correct.

11:51AM 9    Q.    The letters of certificate from the manufacturer, the

11:51AM 10   statements of non-defectiveness and ASTM compliance from MRC,

11:51AM 11   to your knowledge, are they based on anything other, anything

11:51AM 12   other than ASTM test report 062019?

11:52AM 13   A.    Not to my knowledge.

11:52AM 14   Q.    So take a look at that exhibit, please, the test report --

11:52AM 15   I'm sorry, 62019.

11:52AM 16       Now, at the bottom, in the remarks section, it states that

11:52AM 17   the test report is responsible only for the sample that has

11:52AM 18   been delivered by the manufacturer, right?

11:52AM 19   A.    Correct.

11:52AM 20   Q.    And the delivery date for the sample quantity is

11:52AM 21   February 12, 2006?

11:52AM 22   A.    Yes.

11:52AM 23   Q.    And the report also states it's based on a test based on

11:52AM 24   ASTM 473 and a production date of February 9, 2006.

11:52AM 25       Do you see that?

11:52AM 1    A.    Yes.

11:52AM 2    Q.    So you understand, don't you, that this document refers to

11:53AM 3    the test -- the testing of one drywall sample produced on

11:53AM 4    February 9, 2006, and delivered for testing on February 12,

11:53AM 5    2006, right?

11:53AM 6    A.    That's my understanding, yes.

11:53AM 7    Q.    And you have no way of knowing, do you, if this sample,

11:53AM 8    which is all that this test report refers to, actually refers

11:53AM 9    to a production of drywall or a line -- a production line that

11:53AM 10   was actually imported and distributed by INEX?  You have no way

11:53AM 11   of knowing that, do you?

11:53AM 12   A.    I have no way of knowing.

11:53AM 13   Q.    In the remarks, it further states that the results of this

11:53AM 14   test report are good for one year from the signed date, and the

11:53AM 15   signed date is February 16, '06.

11:53AM 16         So this report is valid for the period February 16th of

11:53AM 17   '06 to February 16th of '07, true?

11:53AM 18   A.    Correct.

11:53AM 19   Q.    And the report stated conclusion is that the drywall

11:54AM 20   delivered for testing in accordance with ASTM test methods was

11:54AM 21   found to comply with ASTM 1396, right?

11:54AM 22   A.    Yes.

11:54AM 23   Q.    On page 2, the test report lists different categories of

11:54AM 24   testing.  Have you seen any category on this report which

11:54AM 25   addresses board purity?

11:54AM  1   A.   It's not a part of ASTM standard.

11:54AM  2   Q.   So the answer is no?  You don't see any board purity

11:54AM  3   testing here, do you?

11:54AM  4   A.   I agree with your statement.  I do not see that here.

11:54AM  5   Q.   Now, in your March 2012 deposition in the *Devon* case, you

11:54AM  6   actually referred to this same test report, 62019, in

11:54AM  7   concluding that Devon had acted prudently as a distributor of

11:55AM  8   Taishan drywall, right?

11:55AM  9   A.   Correct.

11:55AM 10   Q.   I want to show you what was marked in your *Devon*

11:55AM 11   deposition as Exhibit Tompkins 6, and it has Bates numbers

11:55AM 12   NOR-PAC 2641 through 2644.

11:55AM 13        Do you recognize that document as one you looked at in

11:55AM 14   your deposition in the *Devon* case?

11:55AM 15   A.   Yes.

11:55AM 16   Q.   Turn to the second page, and please confirm for me that

11:55AM 17   the second page of that document is, in fact, test report

11:55AM 18   062019.

11:55AM 19   A.   Yes, sir.

11:55AM 20   Q.   Same test report?

11:55AM 21   A.   Yep.

11:55AM 22   Q.   Now, the two documents are alike, aren't they, except in

11:56AM 23   one respect, and that is that the test report you looked at in

11:56AM 24   the *Devon* deposition has some -- what appears to be fax date

11:56AM 25   information across the bottom, true?

11:56AM 1    A.    And the different Bates numbers, yeah.

11:56AM 2    Q.    But it's the same test report?

11:56AM 3    A.    Same test report.  But, yeah, there is that fax trail.

11:56AM 4    Q.    All right.  If you turn the *Devon* exhibit upside down, you

11:56AM 5    see that it appears to bear a fax date of March 3, 2006?

11:56AM 6    A.    Yes.

11:56AM 7    Q.    Which, of course, would be after the test date of

11:56AM 8    February '06?

11:56AM 9    A.    Yes.

11:56AM 10   Q.    Now, Dr. Tompkins, I want to show you a third version of

11:56AM 11   this test report.  And this is a document we have from the INEX

11:57AM 12   files.  It's Bates numbered INEX 1990 to 1991.

11:57AM 13         You recognize that as the same test report, number 062019?

11:57AM 14   A.    Yes.

11:57AM 15   Q.    This version of the same test report also has fax date

11:57AM 16   information across the bottom, doesn't it?

11:57AM 17   A.    Yes.

11:57AM 18   Q.    If you'd turn it upside down, tell me what the fax date is

11:57AM 19   on this version of the report?

11:57AM 20   A.    This is a couple years before the test was done,

11:57AM 21   October 25th, 2004.

11:57AM 22   Q.    Can you explain to the jury how it could be that a test

11:57AM 23   report purporting to be conducted in February of '06 appears to

11:57AM 24   have been faxed in October of 2004?

11:58AM 25   A.    The fax date must be wrong.

11:58AM 1    Q.    That's your explanation?

11:58AM 2    A.    That's -- that's how I would view it.  And I guess there's

11:58AM 3    other explanations you could have, but that would be the one

11:58AM 4    that I would go to.

11:58AM 5    Q.    Well, if you were a distributor and received these various

11:58AM 6    versions of the test report and had this particular version in

11:58AM 7    your file, would that fax date cause you to be suspicious?

11:58AM 8    A.    Probably not.  I'm -- I get, not only faxes, but I get

11:58AM 9    e-mails from China that have wrong dates on them.  So I don't

11:58AM 10   know how that works.

11:58AM 11   Q.    All right.  Let me mark as Plaintiff Tompkins Trial

11:58AM 12   Exhibit 11, yes, the series of documents that were an exhibit

11:58AM 13   in the witness' *Devon* deposition.

11:58AM 14         And as Plaintiff Tompkins Trial Exhibit Number 12, the

11:59AM 15   version of the test report that's Bates numbered 1990-91 with

11:59AM 16   the October 2004 fax date.  That will be Exhibit 12.

11:59AM 17         Dr. Tompkins, in the field of supply chain activity and

11:59AM 18   product sourcing, is it critically important that experts like

11:59AM 19   you be given reliable information on which to base their

12:00PM 20   opinions.

12:00PM 21   A.    Yes, sir.

12:00PM 22   Q.    Do you consider test report 62019 to be a reliable

12:00PM 23   document on which to base your opinions?

12:00PM 24   A.    I have no reason to question it.  As you've pointed out,

12:00PM 25   I'm not a test report expert, so I have to rely on what I'm

12:00PM 1    given.  But I have no reason to question it.

12:00PM 2    Q.    Now, you're aware of the testing of Knauf drywall that was

12:00PM 3    conducted at the U.S. Gypsum plant in New Orleans in April of

12:00PM 4    '06 and again in July of '06?

12:00PM 5    A.    I didn't know the dates, but I did know that Knauf bought

12:00PM 6    some product and tested it.

12:00PM 7    Q.    And you know that in the April '06 testing of the Knauf

12:01PM 8    drywall, there were minor deficiencies noted, including low

12:01PM 9    core and rehydration purity?

12:01PM 10   A.    The one I focused on was the nail pull, because that's

12:01PM 11   actually a part of ASTM standard.

12:01PM 12   Q.    Right.  So in the July 2006 test by U.S. Gypsum, there was

12:01PM 13   a major deficiency found, which was in the nail pull test?

12:01PM 14   A.    That's the one to be concerned with.

12:01PM 15   Q.    Now, do you know that in the -- you don't have any

12:01PM 16   expertise in saying whether these test results are significant

12:01PM 17   enough to make the board defective, right?

12:01PM 18   A.    That is correct.

12:01PM 19   Q.    But you would not dispute that the test results show

12:01PM 20   deficiencies in the product?

12:01PM 21   A.    I have no basis for that, to question that.  Not my thing.

12:01PM 22   Q.    To your knowledge, did INEX or anyone else in the supply

12:01PM 23   chain call for this type of testing that was done in '06 by

12:02PM 24   U.S. Gypsum to occur?

12:02PM 25   A.    Nobody -- INEX did not call for that testing.

12:02PM 1    Q.    And you did note on these reports reference to ASTM

12:02PM 2    deflection?

12:02PM 3    A.    Yes.

12:02PM 4    Q.    Are you aware that this measures the amount of board

12:02PM 5    deflection after the board has been humidified?

12:02PM 6    A.    Vaguely.  I mean, I know a little about that, but not

12:02PM 7    much.  Certainly outside of my expertise.

12:02PM 8    Q.    No basis to dispute it, though?

12:02PM 9    A.    Exactly.

12:02PM 10   Q.    Are you aware that if excess sulfur is present in board

12:02PM 11   gypsum, this humidification for the deflection test will

12:02PM 12   produce a sulfur smell; are you aware of that?

12:02PM 13          MR. GRAU:  Objection to the form.

12:02PM 14          THE WITNESS:  No.

12:02PM 15                          EXAMINATION

12:02PM 16   BY MR. MEUNIER:

12:02PM 17   Q.    Do you have any reason to dispute it?

12:02PM 18   A.    No.

12:02PM 19   Q.    Are you aware that in addition to ASTM 1396 testing of

12:02PM 20   finished drywall products, there is also an ASTM

12:02PM 21   industry-approved test for the purity of raw gypsum material

12:02PM 22   before it is put into drywall?

12:03PM 23   A.    Is that 471 and 472?

12:03PM 24   Q.    I can't answer that.  I'm asking if you're aware that

12:03PM 25   there is an ASTM industry-approved test for the purity of the

12:03PM  1    raw gypsum material before it is put into drywall?

12:03PM  2    A.    I'm not sure.

12:03PM  3    Q.    Just to be sure, let me go back.  You're not aware of any

12:03PM  4    testing, industry testing, of the purity of raw gypsum material

12:03PM  5    before it's put into the drywall; you're not aware of that

12:03PM  6    testing, right?

12:03PM  7    A.    Correct.

12:03PM  8    Q.    And so you're not aware if any such test like that is

12:03PM  9    specifically aimed at sulfur content in the raw material;

12:03PM 10    that's something you're not aware of?

12:03PM 11    A.    I looked at every ASTM standard I could find that had

12:03PM 12    anything to do with gypsum that was relevant at the time that

12:03PM 13    the gypsum board was bought and couldn't find sulfur in any of

12:04PM 14    them.

12:04PM 15    Q.    Do you know of any testing that was done at the LuNeng

12:04PM 16    mine where the sulfur-contaminated gypsum for both the Knauf

12:04PM 17    and the Taishan drywall was extracted?

12:04PM 18    A.    Yes, I believe Dr. Hummel did some tests.

12:04PM 19    Q.    Did INEX ever inquire about whether that kind of testing

12:04PM 20    of raw materials had been done either by Knauf or Taishan?

12:04PM 21    A.    Not to my knowledge.

12:04PM 22    Q.    Dr. Tompkins, you agree, don't you, that consumers should

12:04PM 23    be able to count on foreign product distributors like INEX to

12:04PM 24    see to it that the foreign product complies with basic industry

12:04PM 25    standards of quality assurance and control?

12:04PM 1    A.    Yes.

12:04PM 2    Q.    And whether the standard of care in this case is the rule

12:05PM 3    of 6 Ds, due diligence, due diligence, due diligence or, as you

12:05PM 4    said, the rule of four Ds, due diligence, due diligence, you

12:05PM 5    agree that the distributor of a Chinese-made product has to

12:05PM 6    take the issues of quality control and assurance seriously?

12:05PM 7    A.    Yes.

12:05PM 8    Q.    And one reason is that you can't always count, for

12:05PM 9    example, on the federal government to recall bad products from

12:05PM 10   China?

12:05PM 11   A.    Certainly.

12:05PM 12   Q.    For example, the Chinese drywall here was not recalled

12:05PM 13   before it went into the homes of a lot of people after

12:05PM 14   Hurricane Katrina; you know that, right?

12:05PM 15   A.    Yes.

12:05PM 16   Q.    So the consumer is not always going to be protected and,

12:05PM 17   in most cases, won't be protected by the government, which is

12:05PM 18   why we have to count on due diligence, due diligence, on the

12:05PM 19   part of those who bring Chinese-made goods into this country;

12:06PM 20   you agree?

12:06PM 21   A.    Yeah, I'm trying to get the greater context.  This looks

12:06PM 22   like a failure of government, but it doesn't address really the

12:06PM 23   supply chain of how the product got here, so --

12:06PM 24   Q.    Well, yeah, and to put it in context -- this is my point,

12:06PM 25   Dr. Tompkins, that since we can't as U.S. citizens and

12:06PM 1   consumers count on our government to keep us unaffected by poor

12:06PM 2   quality products from China, it really is up to industry to do

12:06PM 3   its job?

12:06PM 4   A.   Yes.

12:06PM 5   Q.   Right?

12:06PM 6   A.   I totally agree.

12:06PM 7   Q.   And that includes reasonably -- that includes distributors

12:06PM 8   of building materials like INEX, doesn't it?

12:06PM 9   A.   Sure.

12:06PM 10  Q.   Due diligence, due diligence has got to be the standard?

12:06PM 11  A.   Yes.

12:06PM 12  Q.   Thank you, sir.

12:06PM 13       I will mark this article, then, as Tompkins Plaintiff's

12:06PM 14  Trial Exhibit Number 13, and I have no further questions at

12:07PM 15  this time.   Thank you.

12:07PM 16                   REDIRECT EXAMINATION

12:07PM 17  BY MR. GRAU:

12:07PM 18  Q.   Dr. Tompkins, is there any question in your mind that

12:07PM 19  Interior Exterior performed the due diligence, due diligence

12:07PM 20  necessary to import this board as a reasonable importer of a

12:07PM 21  product?

12:07PM 22  A.   No question in my mind.

12:07PM 23  Q.   You were asked some questions about USG testing that was

12:07PM 24  done on Knauf board; do you remember those questions?

12:07PM 25  A.   I do.

12:07PM 1    Q.    And that was testing that was done by a competitor of

12:07PM 2    Knauf, correct?

12:07PM 3    A.    Yeah.  It was explained to me that that was really a

12:07PM 4    competitive analysis.

12:07PM 5    Q.    USG is a manufacturer of drywall, correct?

12:07PM 6    A.    Yes.

12:07PM 7    Q.    Of competing drywall, correct?

12:07PM 8    A.    Yes.

12:07PM 9    Q.    They're not a distributor of that drywall that they

12:07PM 10   tested, were they?

12:07PM 11   A.    No.

12:07PM 12   Q.    Okay.  You wouldn't expect Interior Exterior to perform

12:07PM 13   that type of testing, would you?

12:07PM 14   A.    No, they wouldn't have the facilities.

12:07PM 15   Q.    Okay.  In reviewing the test results from -- let me ask

12:07PM 16   you this, also:  Do you know whether USG as a domestic

12:08PM 17   manufacturer of drywall performs their own ASTM test on the

12:08PM 18   products that they sell?

12:08PM 19   A.    Yes, they do.

12:08PM 20   Q.    They don't send it out to an independent third party, do

12:08PM 21   they?

12:08PM 22   A.    No.

12:08PM 23   Q.    Do you think a distributor would be unreasonable in

12:08PM 24   relying upon a certification from USG that their product met

12:08PM 25   ASTM standards?

12:08PM 1    A.    No.  I think that's how it's done and, in fact, you're not

12:08PM 2    given test results; you just get the certification.

12:08PM 3    Q.    So you wouldn't be concerned in consulting with a

12:08PM 4    distributor that USG certified their own product, would you?

12:08PM 5    A.    I would not be concerned, correct.

12:08PM 6    Q.    Just like you're not concerned if Taishan or the Chinese

12:08PM 7    government certifies the drywall that Interior Exterior sold

12:08PM 8    from Taishan; is that correct?

12:08PM 9    A.    That is correct.

12:08PM 10   Q.    Now, in your review of those USG test reports which were

12:08PM 11   done for ASTM and other performance standards, Correct, --

12:08PM 12   A.    Yes.

12:08PM 13   Q.    -- did you see any indication that the defect of

12:08PM 14   off-gassing of sulfur gas was ever detected in that testing?

12:09PM 15   A.    No.  In fact, it's my view that it wouldn't even be tested

12:09PM 16   for because, at that time, there was not known awareness that

12:09PM 17   sulfur and sulfur degassing was an issue with drywall.

12:09PM 18   Q.    So, in your view, Interior Exterior was not under any

12:09PM 19   obligation or responsibility to perform the type of testing

12:09PM 20   that USG performed on the Knauf board, but had they performed

12:09PM 21   that exact same testing, it would not have revealed the defect

12:09PM 22   at issue in this case, would it?  Is that correct,

12:09PM 23   Dr. Tompkins?

12:09PM 24   A.    That is correct.

12:09PM 25   Q.    Counsel asked you some questions earlier about the

12:09PM  1    question that you -- the ultimate question that you're seeking

12:09PM  2    to answer in this case and whether or not Interior Exterior was

12:09PM  3    a reasonable and prudent distributor, and the questions focused

12:09PM  4    on the -- on latent defect versus some sort of discoverable

12:09PM  5    defect.  Do you recall those questions?

12:09PM  6    A.    Yes.

12:09PM  7    Q.    And it wasn't clear in the questions what discoverable

12:10PM  8    defect meant.  But let me ask you, if a defect such as the one

12:10PM  9    in this case is only discoverable through testing of the

12:10PM 10    product, laboratory chemical testing of the product, is that

12:10PM 11    the type of testing that you would expect a reasonable and

12:10PM 12    prudent distributor of that product to undertake?

12:10PM 13    A.    No, in fact, that's why we --

12:10PM 14          MR. MEUNIER:  Speculation.  Excuse me.

12:10PM 15          THE WITNESS:  No.  And, in fact, that's why I tried to

12:10PM 16    put some boundaries around discoverable, as in it being wet or

12:10PM 17    it being broken.  Those would be issues that if the product

12:10PM 18    came in and was wet, and then it was dried and resold, that

12:10PM 19    would be discoverable.  INEX can tell when drywall is wet, and

12:10PM 20    that would, therefore, be something that they would be held

12:10PM 21    accountable for.  But if it's some first-time-ever-happening

12:10PM 22    sulfur in the gypsum that results in degassing that results in

12:11PM 23    corrosion, my goodness, there's no way in the world they would

12:11PM 24    be able to figure that out.

12:11PM 25                              EXAMINATION

12:11PM 1    BY MR. GRAU:

12:11PM 2    Q.    Is Interior Exterior obligated as a reasonable distributor

12:11PM 3    to discover all reasonable defects in a product?

12:11PM 4    A.    No, that's not their job.  Their job is to make sure that

12:11PM 5    the manufacturer certifies that it's made according to

12:11PM 6    standard, and once that due diligence, due diligence is done,

12:11PM 7    then they have accomplished their responsibility as a

12:11PM 8    reasonable and prudent distributor.

12:11PM 9    Q.    And did Interior Exterior make sure that the product was

12:11PM 10   properly certified?

12:11PM 11   A.    Yes.

12:11PM 12         MR. GRAU:  Thank you, Dr. Tompkins.

12:11PM 13         (WHEREUPON, at this point in the proceedings, the

12:11PM 14   videotape concluded.)

12:11PM 15         THE COURT:  All right.  Let me see Counsel on logistics

12:11PM 16   for a moment.

12:11PM 17         (WHEREUPON, at this point in the proceedings, a

12:11PM 18   conference was held at the bench outside the presence of the

12:11PM 19   court reporter.)

12:14PM 20         THE COURT:  Members of the Jury, we have another

12:14PM 21   witness.  Are you all comfortable just going forward with it?

12:14PM 22   Is that all right?

12:14PM 23         THE JURORS:  Yes.

12:14PM 24         THE COURT:  All right.  Let's do it, please.

12:14PM 25              Let's call the next witness.

12:14PM 1      MR. GRAU:  Your Honor, we'll call Dr. Timothy Tonyan to

12:14PM 2  the stand.

12:14PM 3      THE DEPUTY CLERK:  Would you please raise your right

4  hand.  Do you solemnly swear that the testimony which you are

5  about to give will be the truth, the whole truth and nothing

6  but the truth, so help you God?

7      THE WITNESS:  I do.

8                    **TIMOTHY DONALD TONYAN**

9   was called as a witness and, after being first duly sworn by

10   the Clerk, was examined and testified on her oath as follows:

11      THE DEPUTY CLERK:  Please have a seat and state and

12  spell your name for the record.

12:15PM 13      THE WITNESS:  My name is Timothy Donald Tonyan.  That's

12:15PM 14  T-I-M-O-T-H-Y, D-O-N-A-L-D.  Tonyan is T-O-N-Y-A-N.

12:15PM 15                    VOIR DIRE EXAMINATION

12:15PM 16  BY MR. GRAU:

12:15PM 17  Q.   Good afternoon, Dr. Tonyan.  I think we're under the gun

12:15PM 18  so we're going to try and do this quickly.  Okay.

12:15PM 19  A.   That's fine.

12:15PM 20  Q.   Great.  Can you tell us, where you do you live?

12:15PM 21  A.   I live in Wheaton, Illinois.

12:15PM 22  Q.   Who do you work for?

12:15PM 23  A.   I work for CTL Group.

12:15PM 24  Q.   Dr. Tonyan, you were retained in the case to provide

12:15PM 25  expert testimony; is that correct?

12:15PM 1    A.   That's correct.

12:15PM 2    Q.   Specifically as an expert in the area of gypsum wallboard

12:15PM 3    manufacturing, testing, certification; is that correct?

12:15PM 4    A.   That is correct.

12:15PM 5    Q.   Dr. Tonyan, can you tell -- and I'm going to put a slide

12:16PM 6    up on the screen if I can -- can you tell the jury your

12:16PM 7    qualifications in those fields?

12:16PM 8    A.   I have over 30 years of professional experience in the

12:16PM 9    construction industry across a range of responsibilities, and I

12:16PM 10   grew up in a construction family.  And I also have a Ph.D. from

12:16PM 11   MIT in civil engineering, and my doctoral thesis -- I entertain

12:16PM 12   my children that their dad has a doctoral thesis called

12:16PM 13   "*Mechanical Behavior of Cementitious Foams*."

12:16PM 14        THE COURT:  Just a moment.  When you say you've got

12:16PM 15   that up as a reasonable standard of care, I don't have any

12:16PM 16   problem if you put something about his résumé --

12:16PM 17        MR. GRAU:  I'm sorry, Your Honor.

12:16PM 18        THE COURT:  -- but that's getting a little far afield.

12:16PM 19        MR. GRAU:  Okay.  My only purpose of that was what he

12:17PM 20   was here to testify about.  I'll just show the bottom part of

12:17PM 21   the slide.

12:17PM 22   Q.   So, Dr. Tonyan, you're MIT-educated doctor; is that right?

12:17PM 23   A.   That is correct.

12:17PM 24   Q.   And you were telling the jury that your research -- your

12:17PM 25   thesis for your Ph.D. was in foam applications in wallboard

12:17PM 1  materials; is that right?

12:17PM 2  A.    In panel materials, yes.  In panel, yeah.

12:17PM 3  Q.    You're the manager of material consulting at CTL Group; is

12:17PM 4  that right?

12:17PM 5  A.    Yes, I am.

12:17PM 6  Q.    What does a manager of material consulting do?

12:17PM 7  A.    We have a group of 11 professionals that look at

12:17PM 8  construction material issues and do consulting across a variety

12:17PM 9  of materials, including concrete, gypsum, metals, and composite

12:17PM 10  materials.

12:17PM 11  Q.    Dr. Tonyan, is it correct that you have 20 years

12:17PM 12  experience in building material research?

12:17PM 13  A.    Yes, I do.

12:17PM 14  Q.    Does that include time that you spent working for

12:17PM 15  United States Gypsum Company?

12:17PM 16  A.    Yes, it does.

12:17PM 17  Q.    What did you do for U. S. Gypsum?

12:18PM 18  A.    I held a variety of roles there.  I worked in what is

12:18PM 19  called *the systems evaluation lab*.  I worked in the

12:18PM 20  architectural systems lab, and I managed that lab for a period

12:18PM 21  of time.  And I also worked in the cement board lab at USG

12:18PM 22  research.

12:18PM 23  Q.    In those positions with USG research, did you have the

12:18PM 24  opportunity to perform testing on drywall products?

12:18PM 25  A.    Yes, I did.

12:18PM 1    Q.    Did that include testing on standard regular half-inch

12:18PM 2    residential drywall?

12:18PM 3    A.    Yes, it did.

12:18PM 4    Q.    Did it include testing on more sophisticated drywall

12:18PM 5    products, as well?

12:18PM 6    A.    Yes, it did.

12:18PM 7    Q.    Were you involved in the design of some of those more

12:18PM 8    sophisticated drywall products?

12:18PM 9    A.    Yes.

12:18PM 10   Q.    Do you hold any patents?

12:18PM 11   A.    I do.  I hold 17 patents.

12:18PM 12           THE COURT:  Just a moment.  Let's take that off the

12:18PM 13   board, please.  I don't mind you looking at it, but let's not

12:19PM 14   display anything to the jury unless it's in evidence.

12:19PM 15           MR. GRAU:  I'm sorry, Your Honor.  I thought we could

12:19PM 16   use PowerPoints with the experts.

12:19PM 17           MR. SEEGER:  I object.

12:19PM 18           MR. GRAU:  Sure, I mean, I'll just go on, but...

12:19PM 19           THE COURT:  Yeah, let's go on.

12:19PM 20                        EXAMINATION

12:19PM 21   BY MR. GRAU:

12:19PM 22   Q.    You published in -- do you have any articles that you've

12:19PM 23   published relating to wallboard materials?

12:19PM 24   A.    Yes.

12:19PM 25   Q.    In your role with the testing lab at USG, did you perform

12:19PM 1    any certifications on products that USG was manufacturing?

12:19PM 2    A.    Yes.

12:19PM 3    Q.    Can you tell the jury a little bit about that, please?

12:19PM 4    A.    We -- in my role in the architectural systems lab, we

12:19PM 5    routinely did tests looking at the performance of wallboard,

12:19PM 6    dealing with customer complaints that would -- that would come

12:19PM 7    in through distributors and other -- and other parties.

12:20PM 8         We looked at things like nail pops or why there were

12:20PM 9    problems with nail pops.  We also were responsible for

12:20PM 10   reviewing the product literature that went out to customers and

12:20PM 11   distributors that documented the properties of the wallboard.

12:20PM 12   Q.    So in that role, did you have an opportunity to work with

12:20PM 13   distributors of wallboard?

12:20PM 14   A.    Yes.

12:20PM 15   Q.    And in what way did you work with distributors of

12:20PM 16   wallboard?

12:20PM 17   A.    Well, they would -- they would come to us with problems

12:20PM 18   and things that we had to -- to help them sort out.  We also

12:20PM 19   helped communicate technical information to them regarding

12:20PM 20   existing products and then also new products.

12:20PM 21   Q.    When you say you communicated to them technical

12:20PM 22   information on products, are you talking about ASTM testing?

12:20PM 23   A.    We -- yes.

12:20PM 24   Q.    Are you talking about certification of ASTM compliance?

12:20PM 25   A.    Yes.

12:20PM  1    Q.    And that was part of your role in the USG testing

12:20PM  2    facility?

12:20PM  3    A.    Yes.

12:21PM  4          MR. GRAU:  Your Honor, at this time we tender

12:21PM  5    Dr. Tonyan as an expert in gypsum, wallboard, manufacturing,

12:21PM  6    testing, certification.

12:21PM  7          THE COURT:  Any questions?

12:21PM  8          MR. SEEGER:  A few.

12:21PM  9                      TRAVERSE EXAMINATION

12:21PM 10    BY MR. SEEGER:

12:21PM 11    Q.    Hi, Dr. Tonyan, how are you?

12:21PM 12    A.    I'm fine.  Thank you.

12:21PM 13    Q.    Now, you have a web site that describes you and your

12:21PM 14    company, right, sir?

12:21PM 15    A.    CTL Group has a web site.

12:21PM 16    Q.    And your CV or that thing that describes what you do, your

12:21PM 17    expertise, that's on your web site, so if I wanted to see what

12:21PM 18    you did, I could go up there and look?

12:21PM 19    A.    That's correct.

12:21PM 20    Q.    Okay.  And in this case you submitted a written -- I know

12:21PM 21    you're here to testify, but you submitted a written report to

12:21PM 22    North River Insurance and INEX to be used in front of this

12:21PM 23    jury, right?

12:21PM 24    A.    Yes, we submitted that to Counsel for INEX.

12:21PM 25    Q.    If I asked you right now, okay, tell us what you are,

12:21PM 1    what's your real expertise, what are you known to do, in one

12:21PM 2    sentence or more, if you can, tell us what that is.

12:22PM 3    A.    I'm a material scientist and an inventor.

12:22PM 4          MR. SEEGER:  Counsel, do you have any objection to us

12:22PM 5    putting his report up?  It's INEX 86.  I'm not going to --

12:22PM 6          MR. GRAU:  Is it the CV or his report?

12:22PM 7          MR. SEEGER:  It's his report, but the CV is attached to

12:22PM 8    it, so it's the whole exhibit.

12:22PM 9          MR. GRAU:  The CV is fine.

12:22PM 10         MR. SEEGER:  Just the CV is all I need.

12:22PM 11                        EXAMINATION

12:22PM 12   BY MR. SEEGER:

12:22PM 13   Q.    All right.  Let's go to page of your -- of this exhibit,

12:22PM 14   let's go to page 8, Scott.  Looking for my laser.  I lost it.

12:22PM 15         Could we blow that up that first paragraph?  Right there,

12:22PM 16   could you blow that up?  Okay.

12:22PM 17         You see where it -- that's a picture of you, right?

12:22PM 18   A.    Yes.

12:22PM 19   Q.    And that's your name.  That's your title.  That's

12:22PM 20   accurate, right?

12:22PM 21   A.    That's correct.

12:22PM 22   Q.    All right.  It says, "Dr. Tonyan consults on cement based

12:22PM 23   materials."  Cement, that's not wallboard, right?  That's not

12:23PM 24   drywall?

12:23PM 25   A.    Well, it's not paper-faced gypsum drywall.

12:23PM 1   Q.    Could we call what you just defined, can we call that

12:23PM 2   drywall for my questions because I'm going to get confused if I

12:23PM 3   have to...

12:23PM 4   A.    Yes.

12:23PM 5   Q.    "Concrete," that's not drywall, right?  "And building

12:23PM 6   systems performance," now, that's how you're described on the

12:23PM 7   web site from your firm.

12:23PM 8         Now, you gave a report in this case, which is a little bit

12:23PM 9   of a different description of you, right?

12:23PM 10        You drafted your report, didn't you, Dr. Tonyan?

12:23PM 11  A.    Yes, I did.

12:23PM 12  Q.    So you know what went into it?

12:23PM 13  A.    Yes, I -- yes, I do.

12:23PM 14  Q.    And you describe yourself a little bit differently than

12:23PM 15  what that says, didn't you?  You made one change?

12:23PM 16  A.    I may have made several changes as it relates to this

12:23PM 17  case.

12:23PM 18  Q.    How about did you make any changes to that sentence when

12:23PM 19  you took it from your web site and you put it into your report?

12:24PM 20  Do you remember adding the word -- how about --

12:24PM 21        MR. SEEGER:  Do you have any objection if I just show

12:24PM 22  the first page of the report?

12:24PM 23        MR. GRAU:  No objection.

12:24PM 24        MR. SEEGER:  How about page 1, Scott.  And you can keep

12:24PM 25  that up and we'll show them side by side.

12:24PM 1                    Okay.  Now, if you could blow up this

12:24PM 2    paragraph.  This one right here.  There you go.

12:24PM 3                         EXAMINATION

12:24PM 4    BY MR. SEEGER:

12:24PM 5    Q.   Now, this is the report that you submitted to INEX and

12:24PM 6    North River Insurance to be used in this case.

12:24PM 7         Here we go.  "Dr. Tonyan consults on cement-based

12:24PM 8    materials."

12:24PM 9         "Dr. Tonyan consults on gypsum."

12:24PM 10        That's a new word, right?

12:24PM 11   A.   If you draw down two lines on the résumé up top, just --

12:24PM 12   Q.   Can I just have an answer to my question?  And then I'll

12:24PM 13   answer your question.

12:25PM 14   A.   Okay.

12:25PM 15             MR. GRAU:  Your Honor, he's trying to answer the

12:25PM 16   question.

12:25PM 17             THE COURT:  Well, he's got him under cross.

12:25PM 18                         EXAMINATION

12:25PM 19   BY MR. SEEGER:

12:25PM 20   Q.   That word *gypsum*, that's new from that sentence, right?

12:25PM 21   A.   Yes, it is.

12:25PM 22             THE COURT:  Would you like to explain it?

12:25PM 23                         EXAMINATION

12:25PM 24   BY MR. SEEGER:

12:25PM 25   Q.   Go ahead and explain it.

12:25PM 1    A.    I do consult on gypsum-based materials.  This is evidence

12:25PM 2    here, there were previous cases -- or a previous case with CTL

12:25PM 3    where I consulted on a gypsum product and I have great

12:25PM 4    experience and expertise in gypsum products.

12:25PM 5    Q.    We'll talk to you about that in a little bit.  But,

12:25PM 6    Dr. Tonyan, are you going to add that word *gypsum* now to your

12:25PM 7    web site?  When you say you consult, are you going to go back

12:25PM 8    and change your CV?

12:25PM 9    A.    The word *gypsum* is on the web site already.

12:25PM 10   Q.    Are you not acknowledging that there is a difference

12:25PM 11   between that sentence and that sentence?  That's all I'm

12:25PM 12   asking.

12:25PM 13        MR. GRAU:  Objection, it's argumentative, Your Honor.

12:25PM 14        THE COURT:  It is.  Sustained.

12:25PM 15                        EXAMINATION

12:25PM 16   BY MR. SEEGER:

12:25PM 17   Q.    All right.  Let's talk about your experience.  Your

12:26PM 18   degree, your Ph.D. from MIT is in something called cementitious

12:26PM 19   foam, right?

12:26PM 20   A.    The mechanical behavior of cementitious foams.

12:26PM 21   Q.    Cementitious foams.  That's not drywall, right?

12:26PM 22   A.    That's not drywall.

12:26PM 23   Q.    And, let's see.  Your publications, you've written a bunch

12:26PM 24   of articles, right?

12:26PM 25   A.    That's correct.

12:26PM 1    Q.   And not one of those articles that you've written talks

12:26PM 2    about drywall, as you and I have defined it?

12:26PM 3    A.   Drywall was certainly a component in systems that were the

12:26PM 4    subject of evaluations that I've done.

12:26PM 5    Q.   I mean, I read through some of them, and some of them talk

12:26PM 6    about leaking drywall and problems with drywall.  But the focus

12:26PM 7    of the articles, is the main purpose of those articles to talk

12:26PM 8    about manufacturing drywall, production of drywall, the sale of

12:26PM 9    drywall?

12:26PM 10   A.   No.

12:26PM 11   Q.   No.  And you have never been asked by any lawyer anywhere

12:26PM 12   to testify as an importing or distribution expert in any court

12:27PM 13   in the country, correct?

12:27PM 14   A.   That is true.

12:27PM 15   Q.   You've never been hired as an importing consultant by

12:27PM 16   anybody in the world, right?

12:27PM 17   A.   I'm sorry, as an --

12:27PM 18   Q.   -- importer.

12:27PM 19   A.   Could you repeat the question.

12:27PM 20   Q.   Importation, importing, distribution?

12:27PM 21   A.   No, I have not.

12:27PM 22   Q.   And with regard to your experience in drywall, although

12:27PM 23   you did work for USG for some time, you spent about 80 to 100

12:27PM 24   hours in the actual drywall manufacturing process; isn't that

12:27PM 25   fair?

12:27PM 1    A.    That's correct.

12:27PM 2    Q.    Okay.  So that's about two and a half weeks, out of how

12:27PM 3    many years did you work for U.S. Gypsum?

12:27PM 4    A.    Ten years.

12:27PM 5    Q.    And a lot of that time you were inventing new products,

12:27PM 6    you were involved in inventing of new products; is that fair?

12:27PM 7    A.    That's correct.

12:27PM 8    Q.    Until ultimately you were let go by USG; is that fair?

12:27PM 9    A.    That is correct.

12:27PM 10   Q.    And your experience, just to be really clear on

12:28PM 11   distribution, relates to that time you worked as USG -- now,

12:28PM 12   USG has a distributor called L & W, right?

12:28PM 13   A.    That is correct.

12:28PM 14   Q.    And your experience is just the interaction between L & W

12:28PM 15   and USG, and to the extent that you dealt with complaints,

12:28PM 16   problems and technical issues related to the drywall or gypsum

12:28PM 17   products, right?

12:28PM 18   A.    I was -- I participated in meetings with distributors and

12:28PM 19   customers, product rollouts, conferences related to product

12:28PM 20   problems, so we had -- I worked for the -- for a company that

12:28PM 21   owned a distribution company.  USG owned USG Research, they

12:28PM 22   owned L & W.  I interacted with senior people at L & W on a

12:28PM 23   regular basis.

12:28PM 24   Q.    You wouldn't describe yourself as a distribution expert,

12:28PM 25   would you?

12:28PM 1    A.    Absolutely, in the gypsum industry, yes.

12:28PM 2    Q.    You would.  Okay.

12:29PM 3          Now, you also have got products that are patented.  That

12:29PM 4    means you've invented products, right?

12:29PM 5    A.    That's correct.

12:29PM 6    Q.    And they all deal with the cement too?

12:29PM 7    A.    No.

12:29PM 8    Q.    Well, cementitious foam and things of that nature,

12:29PM 9    correct?

12:29PM 10   A.    There is also patents there that deal with gypsum

12:29PM 11   products.  Exclusively gypsum products.

12:29PM 12   Q.    That's fair.

12:29PM 13         But when you talk about gypsum products, you're not

12:29PM 14   talking about drywall, right?

12:29PM 15   A.    I'm not talking about paper-faced gypsum drywall.  That

12:29PM 16   was invented 60 years ago.

12:29PM 17   Q.    Right.  Well, you understand that's why we're here, to

12:29PM 18   talk about drywall, right?

12:29PM 19   A.    Right.

12:29PM 20         MR. SEEGER:  Your Honor, can we just approach for one

12:29PM 21   second?

12:29PM 22         THE COURT:  Yes.

12:29PM 23         (WHEREUPON, at this point in the proceedings, there was

12:29PM 24   a conference held at the bench.)

12:29PM 25         THE COURT:  What's the tender in?

12:29PM 1      MR. GRAU:  He's an expert in gypsum wallboard

12:29PM 2 manufacturing, testing, certification and distribution.

12:30PM 3      MR. SEEGER:  If you're not going to ask opinions about

12:30PM 4 the duty of care of importers, I won't have an objection to

12:30PM 5 that.  It's the duty of care part I have a problem with.

12:30PM 6      MR. MEUNIER:  My question, though, is, what does

12:30PM 7 domestic distribution have to do with sourcing from China?

12:30PM 8      THE COURT:  That may have something to do with the

12:30PM 9 weight given to his testimony by jurors.  It can be brought out

12:30PM 10 in cross-examination.  It doesn't have anything to do with

12:30PM 11 this.

12:30PM 12      MR. DUPLANTIER:  The judge has set forth a reasonable

12:30PM 13 standard.  There are lots of factors that can go into the

12:30PM 14 reasonableness of a jury's assessment of what actions we took.

12:30PM 15      MR. SEEGER:  Agreed.  But now we have two experts

12:30PM 16 talking about ASTM standards.

12:30PM 17      THE COURT:  I think you're cutting it too fine.  I

12:30PM 18 think you're okay.  I'll accept him if that --

12:30PM 19      MR. RISLEY:  While we are up here, Mr. Seeger has

12:30PM 20 talked about the report for INEX and North River Insurance

12:30PM 21 Company.  The report was not for North River Insurance Company.

12:30PM 22 We ask that he not inject the word *insurance company* in for

12:30PM 23 prejudicial purposes.

12:31PM 24      MR. SEEGER:  You introduced yourself.

12:31PM 25      MR. GRAU:  He's not an expert retained by North River.

12:31PM 1    And you're intentionally doing it.

12:31PM 2            THE COURT:  Okay.

12:31PM 3            (WHEREUPON, at this point in the proceedings, the bench

12:31PM 4    conference concluded.)

12:31PM 5            THE COURT:  What's your tender, Counsel?

12:31PM 6            MR. GRAU:  Your Honor, Dr. Tonyan is being tendered as

12:31PM 7    an expert in gypsum wallboard manufacturing, testing,

12:31PM 8    certification, and distribution.

12:31PM 9            THE COURT:  Of the gypsum?

12:31PM 10           MR. GRAU:  Of gypsum.

12:31PM 11           THE COURT:  Right.  Okay.  The Court will accept him in

12:31PM 12   that field, but not in the field of the whole distribution.

12:31PM 13   We've already heard somebody talk about this.  This is now

12:31PM 14   gypsum.

12:31PM 15                       DIRECT EXAMINATION

12:31PM 16   BY MR. GRAU:

12:31PM 17   Q.   Dr. Tonyan, so you're clear, when I'm asking you

12:31PM 18   questions, I want you to focus on a distributor of drywall, not

12:31PM 19   an importer of drywall, okay?

12:31PM 20   A.   Yes, I understand that.

12:31PM 21   Q.   And just to be clear, you're not telling this jury that

12:31PM 22   you invented drywall, are you?

12:31PM 23   A.   Absolutely not.

12:31PM 24   Q.   You've invented other products that have come after the

12:31PM 25   advent of drywall that have advanced the science, if you will;

12:32PM 1    is that right?

12:32PM 2    A.    Yes, that's correct.

12:32PM 3    Q.    But you know that people still to this day use regular

12:32PM 4    half-inch drywall; is that right?

12:32PM 5    A.    Yes, I do.

12:32PM 6    Q.    Dr. Tonyan, do you have an opinion as to whether

12:32PM 7    Interior Exterior exercised a reasonable standard of care as a

12:32PM 8    distributor of drywall?

12:32PM 9    A.    My opinion is that they exercised a reasonable standard of

12:32PM 10   care, yes, as a distributor.

12:32PM 11   Q.    Is it reasonable for a distributor of drywall to rely upon

12:32PM 12   the certifications of the manufacturer of that drywall?

12:32PM 13   A.    It's custom and practice in the gypsum industry and the

12:32PM 14   gypsum distribution process in North America that distributors

12:32PM 15   rely on the manufacturers' certifications with regard to their

12:32PM 16   products and the testing of those products.

12:32PM 17   Q.    So when a company like Interior Exterior goes to

12:32PM 18   U.S. Gypsum or National Gypsum to buy drywall, who certifies

12:33PM 19   that that drywall is not defective and conforms with the

12:33PM 20   applicable standards?

12:33PM 21   A.    The manufacturer themselves.

12:33PM 22   Q.    Either USG or National Gypsum, as the case may be; is that

12:33PM 23   right?

12:33PM 24   A.    Yes.  Any of the domestic manufacturers.

12:33PM 25   Q.    Is that approach of relying upon certifications of the

12:33PM 1   manufacturer, is that consistent with the actual standards set

12:33PM 2   forth in ASTM?

12:33PM 3   A.   Yes, it is.

12:33PM 4   Q.   Which, in particular, standard are you referring to?

12:33PM 5   A.   Well, I'm referring to ASTM C1264.

12:33PM 6   Q.   If we can take a look at that.  I believe that's

12:33PM 7   Interior Exterior 9D.

12:33PM 8           THE COURT:  Is that admitted already?  Any objection?

12:34PM 9           MR. SEEGER:  No objection.

12:34PM 10          THE COURT:  Let it be admitted.

12:34PM 11          (WHEREUPON, at this point in the proceedings, Exhibit

12:34PM 12   Number 9D was received into evidence.)

12:34PM 13          MR. GRAU:  Thank you.

12:34PM 14                        EXAMINATION

12:34PM 15   BY MR. GRAU:

12:34PM 16   Q.   This is ASTM 1264; is that right?

12:34PM 17   A.   Yes, it is.

12:34PM 18   Q.   And this is the standard that applies for sampling,

12:34PM 19   inspection, rejection, certification, packaging, marketing,

12:34PM 20   shipping, handling, and storage of gypsum panel products; is

12:34PM 21   that right?

12:34PM 22   A.   Yes, it is.

12:34PM 23   Q.   That would apply to the regular drywall at issue in this

12:34PM 24   case, right?

12:34PM 25   A.   Yes.

12:34PM 1    Q.    This is the same standard that deals with markings that

12:34PM 2    are supposed to be on the board; is that right?

12:34PM 3    A.    Yes.

12:34PM 4    Q.    Let's take a look at Section 5, if we can.

12:34PM 5          So this is the ASTM standard for the certification to be

12:34PM 6    provided for the board; is that right?

12:34PM 7    A.    Yes.

12:34PM 8    Q.    What is significant about this standard with respect to a

12:34PM 9    drywall distributor relying upon a manufacturer to perform

12:34PM 10   testing?

12:34PM 11   A.    Well, there are two things that are significant.  There --

12:34PM 12   one is that it says that the producer will supply the report

12:35PM 13   regarding the manufacturer and the compliance with the

12:35PM 14   standards.  So the expectation is that it's the producer that

12:35PM 15   provides that.

12:35PM 16         The other thing is that it says that when it's specified

12:35PM 17   in the purchase agreement that report will be provided.  If

12:35PM 18   it's not specified in U.S. practice, it's just standard that

12:35PM 19   the board comes out stamped and labeled, and there is not a

12:35PM 20   specific report for that board.

12:35PM 21   Q.    So first off when it says a producer's report, that means

12:35PM 22   a manufacturer is providing the report; is that right?

12:35PM 23   A.    That is correct.

12:35PM 24   Q.    And then your second point was that unless it's asked for

12:35PM 25   specifically in the purchase agreement, the standard does not

12:35PM 1    even require the manufacturer's own certification to be

12:35PM 2    provided; is that right?

12:35PM 3    A.    Yeah, that's true.

12:35PM 4    Q.    In your experience with U.S. Gypsum, I think you've

12:36PM 5    already told us U.S. Gypsum does their own certification; is

12:36PM 6    that right?

12:36PM 7    A.    They do their own certification and testing, yes.

12:36PM 8    Q.    They don't have an independent lab that comes in and

12:36PM 9    tests; is that right?

12:36PM 10   A.    No, that's correct.  They have -- there is a lab at

12:36PM 11   research where I worked to test product, and there is also labs

12:36PM 12   in the manufacturing facilities that test product as well.

12:36PM 13   Q.    They don't have the U.S. government or some agency come in

12:36PM 14   and do the testing or certification, do they?

12:36PM 15   A.    No.

12:36PM 16   Q.    Now, this also says a *supplier's report*.  What is that?

12:36PM 17   A.    Well, that would be someone other than a distributor that

12:36PM 18   would be providing the board.

12:36PM 19   Q.    Would that be a company like Metro Resources?

12:36PM 20   A.    Right.  Yes.

12:36PM 21   Q.    You're aware in the drywall industry there are brokers of

12:36PM 22   drywall; is that right?

12:36PM 23   A.    That's correct.

12:36PM 24   Q.    And sometimes, in fact, those brokers take a

12:37PM 25   manufacturer's board and put their own name on it; is that

12:37PM 1    right?

12:37PM 2    A.    Yes.  That is correct.

12:37PM 3    Q.    Is it -- is that your understanding of who's being

12:37PM 4    referred to in this standard, that type of supplier?

12:37PM 5    A.    Yes.

12:37PM 6    Q.    In your experience with USG, did distributors perform

12:37PM 7    their own testing on drywall that USG manufactured?

12:37PM 8    A.    No.

12:37PM 9    Q.    In your experience with USG, did U.S. Gypsum provide

12:37PM 10   reports of the testing that they did on their drywall?

12:37PM 11   A.    On special occasions.  But as a regular practice, no.

12:37PM 12   Q.    So on a regular practice when a company like

12:37PM 13   Interior Exterior calls USG and says, I need a shipment of -- a

12:37PM 14   truckload of drywall, does that drywall come with a document

12:37PM 15   that says, here is the data, here is the tests that we did to

12:37PM 16   show it complies with ASTM standards?

12:37PM 17   A.    No.

12:37PM 18   Q.    And is your experience that that's just not how it's done?

12:38PM 19   A.    That's correct.

12:38PM 20   Q.    Dr. Tonyan, do you also have any opinions as to whether

12:38PM 21   Interior Exterior had any reasonable means to be aware that the

12:38PM 22   Chinese drywall in this case would have been defective or was

12:38PM 23   defective?

12:38PM 24   A.    Yeah.  My opinion is that there was -- there was no

12:38PM 25   reasonable means that INEX would have had any basis to believe

12:38PM 1   that this product was defective, and particularly defective

12:38PM 2   related to out-gassing of sulfur.

12:38PM 3   Q.   Let's focus first on the timing of these issues.  You're

12:38PM 4   aware that Interior Exterior purchased and received the

12:38PM 5   Chinese drywall at issue from late 2005 until mid-2006; is that

12:38PM 6   correct?

12:38PM 7   A.   Yes, that's correct.

12:38PM 8   Q.   And you're aware that Interior Exterior sold that product

12:39PM 9   until the early part of 2007; is that right?

12:39PM 10  A.   That's correct.

12:39PM 11  Q.   Okay.  During that relevant time period, when this drywall

12:39PM 12  is being manufactured and purchased by Interior Exterior, was

12:39PM 13  there any known problem in the gypsum wallboard industry of

12:39PM 14  drywall off-gassing sulfur gasses?

12:39PM 15  A.   No.

12:39PM 16  Q.   That was not a recognized problem in the industry?

12:39PM 17  A.   No.

12:39PM 18  Q.   Was it being tested for at that time?

12:39PM 19  A.   No.  There absolutely was not any sort of standardized

12:39PM 20  testing look sulfurous outgassing.

12:39PM 21  Q.   Let me be clear, manufacturers weren't testing for that,

12:39PM 22  right?

12:39PM 23  A.   That's correct.

12:39PM 24  Q.   I take it, then, distributors weren't testing for that

12:39PM 25  either; is that right?

12:39PM 1    A.    Distributors don't test the product, period.

12:39PM 2    Q.    Would it be reasonable to expect Interior Exterior, as a

12:40PM 3    distributor of drywall, to test that product for a problem that

12:40PM 4    was not known in the industry at that time?

12:40PM 5    A.    No.

12:40PM 6    Q.    We've heard some testimony about the physical

12:40PM 7    characteristics of the drywall and there being some comments,

12:40PM 8    complaints about some of that, relating to the Chinese drywall.

12:40PM 9    Are you aware of those issues?

12:40PM 10   A.    I'm aware that there were in some cases complaints or

12:40PM 11   observations regarding the weight of the board and the

12:40PM 12   brittleness of the board.

12:40PM 13   Q.    Is there anything in the physical characteristics of the

12:40PM 14   Chinese drywall that indicated it was defective?

12:40PM 15   A.    No.  Not from the aspect of the way a distributor would be

12:40PM 16   handling it and using it.

12:40PM 17   Q.    You've seen the Chinese drywall?

12:40PM 18   A.    I've seen it.  I've handled it.  I've smelled it.

12:40PM 19   Q.    That's the Knauf drywall and the Taishan drywall?

12:40PM 20   A.    That's correct.

12:40PM 21   Q.    Were the issues of -- was the appearance of that board

12:40PM 22   within the normal standards for drywall?

12:41PM 23   A.    Yes.

12:41PM 24   Q.    And what I mean by that is, did it look like drywall?

12:41PM 25   A.    It looked like paper-faced gypsum drywall.

12:41PM 1    Q.    Did it look any different than normal paper-faced gypsum

12:41PM 2    drywall?

12:41PM 3    A.    No.

12:41PM 4    Q.    The same stuff I could go to Lowe's or Home Depot and buy,

12:41PM 5    that's what it looked like?

12:41PM 6    A.    That's correct.

12:41PM 7            MR. SEEGER:  Leading.

12:41PM 8            THE COURT:  Please don't lead.

12:41PM 9            MR. GRAU:  I thought -- well, previously you allowed

12:41PM 10   counsel to lead on Ms. Coates.

12:41PM 11           THE COURT:  No.

12:41PM 12           MR. GRAU:  I'll try not to lead quite so much.

12:41PM 13           MR. SEEGER:  I object to that.

12:41PM 14           MR. MEUNIER:  I object to that characterization.

12:41PM 15           THE COURT:  Right.  Exactly.  Let's just make the

12:41PM 16   objection, and I'll rule on it and move on.

12:41PM 17           MR. GRAU:  Yes, sir.

12:41PM 18                            EXAMINATION

12:41PM 19   BY MR. GRAU:

12:41PM 20   Q.    The weight of the drywall, did that indicate in any way

12:41PM 21   that there was a problem with the drywall?

12:41PM 22   A.    The weight would not be a red flag or in any way an

12:41PM 23   indicator that there was a problem with the drywall.

12:41PM 24   Q.    Can you address the issue of weight as it relates to the

12:41PM 25   sulfur off-gassing, can you focus on that?

12:42PM  1    A.   Well, my opinion is that the weight and the fact that that

12:42PM  2    board was heavy would not give any indication regarding any

12:42PM  3    likelihood or any latent defect related to sulfur off-gassing.

12:42PM  4         There are a variety of factors that will influence weight

12:42PM  5    of the board.  Some of those have to do with the manufacturing

12:42PM  6    processes, and some of them have to do -- in North America,

12:42PM  7    with U.S. manufacturers, they typically add a foam -- and the

12:42PM  8    kind of foam that I've worked with for the last 25 years --

12:42PM  9    they add a foam like that into the gypsum in the U.S. for a

12:42PM 10    variety of reasons.

12:42PM 11         It's not common to add that foam coming out of a place

12:42PM 12    like China or as much of the foam.  So the amount of foam

12:43PM 13    that's in the board, and many other variables go into the

12:43PM 14    weight.  But the quantity of elemental sulfur gas in this board

12:43PM 15    would not materially affect the weight.

12:43PM 16    Q.   After having physically looked at the Chinese drywall and

12:43PM 17    looking at -- or knowing what domestic drywall typically looks

12:43PM 18    like, are you able to look at that and tell us as to what the

12:43PM 19    core itself looks like and how that may relate to the weight of

12:43PM 20    the board?

12:43PM 21    A.   Just visually looking at the core, the cell structure and

12:43PM 22    the bubble structure and foam structure would indicate that the

12:43PM 23    Chinese drywall did not have as much foam in it as typically

12:43PM 24    U.S. board would.

12:43PM 25    Q.   And the foam is going to make the domestic board lighter?

12:43PM 1   A.   Lighter.  Yes.

12:43PM 2   Q.   Is that what you're saying?  Okay.

12:43PM 3      You're not aware of any evidence to suggest that

12:44PM 4   Interior Exterior had any reports of any smells associated with

12:44PM 5   the Chinese drywall they were selling; is that right?

12:44PM 6   A.   No.

12:44PM 7   Q.   You are also -- are you aware that there was testing done

12:44PM 8   of some of the Knauf drywall by USG?

12:44PM 9   A.   Yes.  Yeah, I've reviewed the competitive testing that USG

12:44PM 10   conducted on Knauf drywall that they got from INEX.

12:44PM 11   Q.   Let me start with, are you familiar with competitive

12:44PM 12   testing that USG does on products?

12:44PM 13   A.   Yes, that's a typical practice in the industry in

12:44PM 14   North America where the different manufacturers will purchase

12:44PM 15   competitive board from distributors and then test it in their

12:44PM 16   facilities.

12:44PM 17   Q.   What's the purpose of that testing?

12:44PM 18   A.   To do competitive intelligence and understand what

12:44PM 19   other -- other boards are doing and to make sure that the

12:44PM 20   company testing the board is staying competitive with -- with

12:45PM 21   other products that are out there.

12:45PM 22   Q.   Have you seen any evidence to suggest the reason USG was

12:45PM 23   testing Knauf board had to do with this issue of off-gassing

12:45PM 24   sulfur gas?

12:45PM 25        MR. SEEGER:  Objection, Your Honor.  Leading.

12:45PM 1          MR. GRAU:  Has he seen any evidence?

12:45PM 2          THE COURT:  I'll overrule the objection.

12:45PM 3                          EXAMINATION

12:45PM 4     BY MR. GRAU:

12:45PM 5     Q.   Have you seen any evidence?

12:45PM 6     A.   No.

12:45PM 7     Q.   The tests -- you've reviewed the test that USG did; is

12:45PM 8     that right?

12:45PM 9     A.   That's correct.

12:45PM 10    Q.   Did that test indicate in any way that the drywall was

12:45PM 11    defective in that it off-gassed sulfur?

12:45PM 12    A.   No.

12:45PM 13    Q.   You're familiar with that ASTM testing, right?

12:45PM 14    A.   Yes, I am.

12:45PM 15    Q.   Done it yourself, right?

12:45PM 16    A.   Yes.

12:45PM 17    Q.   If -- we've heard testimony already that, as part of that

12:45PM 18    testing, there's something called a *humidified chamber test*,

12:45PM 19    right?

12:45PM 20    A.   A humidified deflection test, yes.

12:45PM 21    Q.   And that's done in a chamber, right?

12:45PM 22    A.   Yes.

12:45PM 23    Q.   And I guess describe to the jury just briefly what that

12:45PM 24    is.

12:45PM 25    A.   Well, a humidified deflection test is done in a chamber.

12:46PM 1    It takes a 12-by-24 piece of -- of board.  And first, it

12:46PM 2    conditions it to a constant weight in a conditioning chamber at

12:46PM 3    ambient conditions -- 70 degrees F, 50 percent relative

12:46PM 4    humidity -- and gets it to a constant weight.

12:46PM 5        Then it puts that in a -- it puts that 12-by-24 board in a

12:46PM 6    chamber and leaves it at 90 degrees Fahrenheit and 90 percent

12:46PM 7    relative humidity so it's hot and high humidity, and it just

12:46PM 8    measures the way -- it puts the board on two supports and it

12:46PM 9    measures the way the board sags after 48 hours.

12:46PM 10   Q.   If, as part of that testing, there had been a strong

12:46PM 11   sulfur smell given off, based on your experience and expertise,

12:46PM 12   would that have been reported on the USG test?

12:46PM 13   A.   Yeah, my experience would be that the competitive testing,

12:46PM 14   there would have been a notation there that says, "There's a

12:46PM 15   strong odor here."

12:46PM 16   Q.   Is that -- again, based on your experience, would that be

12:47PM 17   unusual if you opened up the test chamber and there was a

12:47PM 18   strong sulfur smell?

12:47PM 19   A.   Yes.

12:47PM 20   Q.   And are things that are unusual, are those reported on --

12:47PM 21   A.   Yes, that would have been unusual enough that it would

12:47PM 22   have been recorded.

12:47PM 23   Q.   Are the lab technicians trained to report that sort of

12:47PM 24   thing?

12:47PM 25   A.   Yes.  But they had no prior knowledge of -- of sulfur

12:47PM 1    out-gassing at that point.

12:47PM 2    Q.    So you're not looking for that, but if they discovered it,

12:47PM 3    their training would suggest that they're supposed to report

12:47PM 4    that; is that right?

12:47PM 5    A.    Yes.

12:47PM 6    Q.    We've also seen on that test report -- and I can pull it

12:47PM 7    up if you need to take a look at it -- there's a comment about

12:47PM 8    the core purity of the board.  Do you recall that?

12:47PM 9    A.    Yes.

12:47PM 10   Q.    Can you describe to the Jury what core purity is for a

12:47PM 11   drywall manufacturer?

12:47PM 12   A.    Well, core purity speaks to the percentage of the board

12:47PM 13   that is pure gypsum, calcium sulfate and -- and different

12:48PM 14   manufacturers have different requirements for core purity.  It

12:48PM 15   does not -- in and of itself, having an 80 percent core purity

12:48PM 16   versus a 90 percent core purity does not indicate that there's

12:48PM 17   a defect in that board.

12:48PM 18       It just means that there's a different composition of

12:48PM 19   gypsum and other minerals and materials that are -- that are in

12:48PM 20   that core.  So some of those minerals could be iron, alumina.

12:48PM 21   There are always other compounds and elements that are part of

12:48PM 22   that, part of that board.

12:48PM 23   Q.    Let's actually go ahead and take a look at that USG

12:48PM 24   report, Exhibit 65, page 3.

12:48PM 25       And again, there it is on page 3, the reference to the low

12:49PM 1    core purity; is that right?

12:49PM 2    A.    Where?

12:49PM 3    Q.    Under "Knauf."

12:49PM 4    A.    Oh, yes.  Yes.

12:49PM 5    Q.    And it says "low core purity" down there; is that right?

12:49PM 6    A.    Yes.

12:49PM 7    Q.    And let's go to the next page, page 4 -- I'm sorry,

12:49PM 8    page 5.  That's where the data is reported.

12:49PM 9          Okay.  And if we zoom in down here.  Okay.  So the core

12:49PM 10   purity for the Knauf board was 84.1; is that right?

12:49PM 11   A.    Yes.

12:49PM 12   Q.    So when this report says that that's a low core purity,

12:49PM 13   what does that mean?

12:49PM 14   A.    Well, it just -- it's comparing it to the USG board and to

12:49PM 15   a USG internal standard.

12:49PM 16   Q.    So USG has a standard for the purity that they like to

12:49PM 17   have in their board; is that right?

12:50PM 18   A.    That's correct.  And their plans run at that level of

12:50PM 19   purity, and the board behaves around the characteristic with

12:50PM 20   that level of -- of core purity --

12:50PM 21   Q.    And what --

12:50PM 22   A.    -- of gypsum core purity.

12:50PM 23   Q.    And what, in your experience, is USG's standard for core

12:50PM 24   purity based on?

12:50PM 25   A.    It -- you know, that depends on their gypsum sources and

12:50PM 1    their product formulation.

12:50PM 2    Q.   Are you aware in the industry with other manufacturers

12:50PM 3    that they have lower core purity standards than USG?

12:50PM 4    A.   Yes, yeah, and --

12:50PM 5    Q.   Any in particular?

12:50PM 6    A.   Well, you know, I'm aware that other companies have

12:50PM 7    different standards that can range from in the 70s up to over

12:50PM 8    90.

12:50PM 9    Q.   So there are other manufacturers of drywall who have core

12:50PM 10   purity standards as low as 70 or in the 70s?

12:50PM 11   A.   Well, it's in the 70s, but -- let's say below 80 but above

12:50PM 12   70.

12:50PM 13   Q.   Standards that would be below what this Knauf board tested

12:50PM 14   for; is that right?

12:50PM 15   A.   Yes.

12:50PM 16   Q.   Do those manufacturers, to your knowledge, produce

12:51PM 17   defective drywall that off-gasses sulfur?

12:51PM 18   A.   No.

12:51PM 19   Q.   Does the fact that the Knauf board tested at 74, which is

12:51PM 20   below the USG standard, suggest to you that there was some

12:51PM 21   indication there was something wrong with this board?

12:51PM 22   A.   Not at all.

12:51PM 23   Q.   Is there anything that indicates that it had a problem

12:51PM 24   with sulfur off-gassing?

12:51PM 25   A.   No.

12:51PM 1    Q.   Let's focus --

12:51PM 2         MR. GRAU:  You can clear this.

12:51PM 3    Q.   Let's focus now on what the available standard tests were

12:51PM 4    when Interior Exterior was purchasing this drywall in 2005 and

12:51PM 5    2006.  Was there a standard test for drywall that would have

12:51PM 6    revealed this sulfur off-gassing defect?

12:51PM 7    A.   No.

12:51PM 8    Q.   Was the defect apparent?

12:51PM 9    A.   No, a sulfur off-gassing defect was not apparent, and it

12:51PM 10   would not have been found using any of the typical ASTM

12:51PM 11   standards that relate to the use of gypsum panels and the way

12:52PM 12   that North American manufacturers certify their board

12:52PM 13   performance.

12:52PM 14   Q.   Once this problem with Chinese drywall became apparent,

12:52PM 15   what type of testing was required to confirm the defect in the

12:52PM 16   board?

12:52PM 17   A.   Well, it was -- it was very complex analysis that involved

12:52PM 18   designed experiments using sophisticated equipment like x-ray

12:52PM 19   defraction, x-ray fluorescence, scanning electron microscopy

12:52PM 20   for elemental evaluation of the material.  Very complex problem

12:52PM 21   that took some of the best minds in the building materials

12:52PM 22   industry to figure that out.

12:52PM 23   Q.   Did Interior Exterior, to your knowledge, or any other

12:52PM 24   distributor, would they have the resources to do that type of

12:52PM 25   testing?

12:52PM 1   A.   They wouldn't have the personnel or the equipment -- they

12:52PM 2   wouldn't have the personnel to really design experiments to

12:53PM 3   find the issue, particularly when they didn't know what the

12:53PM 4   issue was originally, and then they wouldn't have the equipment

12:53PM 5   to be able to carry that out, no.

12:53PM 6   Q.   What about companies that perhaps a distributor like

12:53PM 7   Interior Exterior could hire to do lab testing in this time

12:53PM 8   period?  In 2005 and 2006, if Interior Exterior had hired a lab

12:53PM 9   to do testing, would they have found this defect?

12:53PM 10   A.   Well, not -- no.  And there is -- there's evidence in this

12:53PM 11   case where Habitat for Humanity went out and hired a lab to try

12:53PM 12   and establish what was going on with the out-gassing, and they

12:53PM 13   had a lab do a series of tests, and they came back that -- that

12:53PM 14   it was negative.  It wasn't a problem.

12:53PM 15   Q.   So the Habitat test, that's at a time when Habitat had

12:53PM 16   some awareness that there may be a problem with the Chinese

12:53PM 17   drywall; is that right?

12:53PM 18   A.   Yes.

12:54PM 19   Q.   And they hired a testing lab; is that what you're saying?

12:54PM 20   A.   Yes.

12:54PM 21   Q.   Okay.  And that testing lab went out specifically to find

12:54PM 22   out if there was a sulfur problem in the board; is that right?

12:54PM 23        MR. SEEGER:  Objection.

12:54PM 24        THE COURT:  It's leading.  Why don't you ask questions

12:54PM 25   rather than make statements of the witness.

12:54PM   1          MR. GRAU:  Yes, sir.

12:54PM   2                          EXAMINATION

12:54PM   3     BY MR. GRAU:

12:54PM   4     Q.   Was that testing lab -- what was that testing lab directed

12:54PM   5     to do?

12:54PM   6     A.   Well, the testing lab went out and they took -- they did

12:54PM   7     air sampling, and they were attempting to find out what was

12:54PM   8     going on with the board and what was causing the sulfur

12:54PM   9     out-gassing, and they came back not being able to find the

12:54PM  10     answer.

12:54PM  11     Q.   As a scientist and a tester, what do you have to know in

12:54PM  12     order to discover a problem?

12:54PM  13     A.   Well, you have to have a hypothesis that -- that's based

12:54PM  14     around some phenomenon that's going on.  And so in the -- in

12:55PM  15     the -- in the absence -- with INEX, in the absence of knowing

12:55PM  16     that there was the presence of a sulfur odor, they would not

12:55PM  17     have been able to design a set of experiments and discover

12:55PM  18     that, not knowing that it was a problem at that point.

12:55PM  19     Q.   If you don't know what you're looking for, you can't find

12:55PM  20     it?

12:55PM  21     A.   Yeah, that would be one way to say it.

12:55PM  22          MR. SEEGER:  Objection.  Leading.

12:55PM  23          THE COURT:  Sustained.

12:55PM  24          And strike that, Members of the Jury.

12:55PM  25          MR. SEEGER:  Thank you.

12:55PM 1                            EXAMINATION

12:55PM 2       BY MR. GRAU:

12:55PM 3       Q.    Were there manufacturers looking for a sulfur defect in

12:55PM 4       2005 and 2006 when Interior Exterior purchased this board?

12:55PM 5       A.    Not that I'm aware of.

12:55PM 6       Q.    Dr. Tonyan, do you believe there was any means --

12:55PM 7       reasonable means by which Interior Exterior would have

12:55PM 8       discovered the sulfur defect?

12:55PM 9       A.    No.

12:55PM 10            MR. GRAU:  Thank you, Dr. Tonyan.

12:55PM 11            THE COURT:  Thank you.

12:56PM 12                 When we're talking about leading questions,

12:56PM 13      Members of the Jury.  You can lead on cross-examination.  You

12:56PM 14      can't lead on direct examination.  That's why some people have

12:56PM 15      been leading and some people have not.

12:56PM 16                 Okay.

12:56PM 17                          CROSS-EXAMINATION

12:56PM 18      BY MR. SEEGER:

12:56PM 19      Q.    All right.  Dr. Tonyan, we're back to drywall.  You just

12:56PM 20      gave a lot of opinions about drywall, right?  At least --

12:56PM 21      A.    Yes.

12:56PM 22      Q.    And you talked about something that I think you're going

12:56PM 23      to agree with me on was critically important, ASTM standards.

12:56PM 24      Right?

12:56PM 25      A.    Yes.

12:56PM 1    Q.    You look like you had to think.  I just want to give you

12:56PM 2    an opportunity to answer that.

12:56PM 3          ASTM standards are important, you and I agree on that,

12:56PM 4    right?

12:56PM 5    A.    Yes.

12:56PM 6    Q.    And you have a Ph.D. and you have a tremendous amount of

12:56PM 7    education and experience in the buildings materials field;

12:56PM 8    would you agree with that?

12:56PM 9    A.    That's correct.

12:56PM 10   Q.    And you have opportunities to be involved in organizations

12:56PM 11   like ASTM and trade organizations to give your input into rules

12:56PM 12   and regulations that guide the building --

12:57PM 13   A.    That's correct.

12:57PM 14   Q.    -- right?  And you do sit on ASTM committees, don't you?

12:57PM 15   A.    I sit on one.

12:57PM 16   Q.    What's the name of that committee?

12:57PM 17   A.    It's the Fiber Reinforced Precast Concrete Committee.

12:57PM 18   Q.    No drywall in that, right?

12:57PM 19   A.    No drywall associated with that committee.

12:57PM 20   Q.    Okay.  We -- did you get an opportunity to review

12:57PM 21   Dr. Streit's testimony in this trial that she gave to the jury?

12:57PM 22   A.    Yes.

12:57PM 23   Q.    Okay.  Great.

12:57PM 24         You're aware that Mr. Grau had asked her questions, and

12:57PM 25   one of the questions -- let me just make sure I got it -- one

12:57PM 1    of the questions he asked her on cross-examination is he said,

12:57PM 2    "Don't gypsum mines smell like sulfur?"  And she said, "No."

12:57PM 3          And you would agree with Dr. Streit, correct?

12:57PM 4    A.   Yes.

12:57PM 5    Q.   So isn't it also, then, fair to take from that, if you

12:58PM 6    went to a gypsum mine and you smelled reduced sulfur gas or

12:58PM 7    strong sulfur smells, you'd want to inquire a little further

12:58PM 8    and ask some questions about that; isn't that fair?

12:58PM 9    A.   Yes.

12:58PM 10   Q.   We've just eliminated, like, three folders.  Thank you.

12:58PM 11         All right.  I want to talk to you about the ASTM

12:58PM 12   certifi -- we've called it several things.  There's a document

12:58PM 13   in this case, P 40.

14              MR. SEEGER:  Do you want to put it up?

15              THE COURT REPORTER:  What's the number?

16              MR. SEEGER:  P 40.  Sorry.

17                 And, Scott, you want to put that up?

18              There you go.

19                          EXAMINATION

20   BY MR. SEEGER:

12:58PM 21   Q.   What would you call that document?

12:59PM 22   A.   A test report.

12:59PM 23   Q.   Okay.  Test report.  Oh, I'm sorry, let me just clean up

12:59PM 24   one thing.  I'm sorry about that, Dr. Tonyan.  I'm going too

12:59PM 25   fast.

1152

12:59PM 1      Okay.  And I want to go back to the questions that were

12:59PM 2   asked of Dr. Streit.  Mr. Grau also asked, "Assuming those two

12:59PM 3   things, and would that not suggest -- would that not again

12:59PM 4   suggest to you that a sulfur smell is common at a drywall

12:59PM 5   manufacturing facility, whether or not they're producing

12:59PM 6   defective drywall."

12:59PM 7      Her answer was, "I don't think it's common.  I don't

12:59PM 8   agree."

12:59PM 9      But you --

12:59PM 10         THE COURT:  Wait just a moment.

12:59PM 11         MR. GRAU:  Objection, Your Honor.  If he's going to

12:59PM 12   read testimony, he needs to read the whole thing and not just

12:59PM 13   say "assuming those things" and move forward.

12:59PM 14         THE COURT:  Right.

12:59PM 15         MR. SEEGER:  What part would you like me to read?  The

01:00PM 16   whole sentence before that?

01:00PM 17         MR. GRAU:  I don't know.

01:00PM 18         MR. SEEGER:  Tell me.

01:00PM 19         MR. GRAU:  You said you skipped something.

01:00PM 20         MR. SEEGER:  No, I didn't.

01:00PM 21         MR. GRAU:  You said, "assuming those things," so --

01:00PM 22         MR. SEEGER:  No, you said that.  See your words?

01:00PM 23         MR. GRAU:  Right.  So you need to put that in context.

01:00PM 24                          EXAMINATION

01:00PM 25   BY MR. SEEGER:

01:00PM  1    Q.    Okay.  I believe the question before that is, "And assume
01:00PM  2    for me, as well, that Mr. Halbach testified that they did not
01:00PM  3    produce any defective drywall from the Knauf Wuhu plant."
01:00PM  4        Dr. Streit says, "Okay.  No defective drywall Knauf Wuhu."
01:00PM  5        Mr. Grau says, QUESTION:  "Assuming those two things,
01:00PM  6    would that not again suggest to you that a sulfur smell is
01:00PM  7    common at a drywall manufacturing facility, whether or not
01:00PM  8    they're producing defective drywall?"
01:00PM  9        "ANSWER:  I don't think it's common.  I don't agree."
01:00PM 10        So I just want to be clear.  You would agree with that
01:00PM 11    answer that Dr. Streit gave in that question, correct, sir?
01:00PM 12    A.    Yes.
01:00PM 13    Q.    Thank you.
01:01PM 14        Now, P 40, which you call the test report, I don't want to
01:01PM 15    really spend too much time on it, but do you see anything wrong
01:01PM 16    with this?  Can you identify for the jury anything that you see
01:01PM 17    wrong with this report?  And take a minute, and if you need
01:01PM 18    questions, I'll prompt you through it.  I just want to get your
01:01PM 19    impression.
01:01PM 20    A.    I don't have an answer for the fax date.  I mean, I see
01:01PM 21    that as some mistake in the -- in the fax or I -- I -- that's
01:01PM 22    a -- that's a piece that I do ask a question as to -- as to
01:01PM 23    what's going on there, but it doesn't -- it doesn't call into
01:01PM 24    question in my mind the validity of the report.
01:01PM 25    Q.    Okay.  But let's -- just to get to the bottom line, the

01:02PM  1    fax -- the incorrect fax date suggests one of two things,
01:02PM  2    right?  Either there's a problem with that report because it
01:02PM  3    was created in 2004 or the fax date is wrong; those are the
01:02PM  4    only really two options, right?  Either the fax date is wrong
01:02PM  5    or the test report is from 2004; those seem to be the only two
01:02PM  6    options I can come up with.  Would you agree with me on that?
01:02PM  7    A.    Yes.
01:02PM  8    Q.    Okay.  But you'd want -- I'm asking you now, Dr. Tonyan,
01:02PM  9    your reputation's on the line, you'd want to have an answer to
01:02PM 10    that question, wouldn't you?
01:02PM 11    A.    Yes.
01:02PM 12    Q.    And are you familiar with ASTM Standard C473?
01:02PM 13          MR. SEEGER:  If we could put up INEX 1005.
01:02PM 14                        EXAMINATION
01:02PM 15    BY MR. SEEGER:
01:03PM 16    Q.    Is this familiar to you?
01:03PM 17    A.    Yes, I'm very familiar with C473.
01:03PM 18    Q.    Okay.  And in this box, we can blow up sampling.  Are you
01:03PM 19    familiar with that requirement there?
01:03PM 20    A.    Yes, I am.
01:03PM 21    Q.    And just to move through it quickly, if you could just in
01:03PM 22    a sentence or two tell us what that -- what that's asking
01:03PM 23    anyone to do, a manufacturer to do?
01:03PM 24    A.    Well, it says that for C473 and the tests in C473, that a
01:03PM 25    sample will be not less than .25 percent of the gypsum panel

01:03PM  1    products in that shipment or --

01:03PM  2    Q.    In that shipment.

01:03PM  3    A.    -- or a minimum, but not less than, three gypsum panels.

01:03PM  4    Q.    So it's got to be .25 percent of what's being shipped or

01:03PM  5    it's got to be no less than three gypsum panels; is that fair?

01:03PM  6    A.    That's fair.

01:03PM  7    Q.    That's what you said.

01:03PM  8          Okay.  Can we go back to P40, please, Scott.

01:04PM  9          Can you tell us how much gypsum was tested in this test?

01:04PM 10    A.    Well, I mean, the conclusion clearly states it was tested

01:04PM 11    per C473, so --

01:04PM 12    Q.    I didn't mean to interrupt you.

01:04PM 13    A.    So I take that to mean that it was tested per the

01:04PM 14    requirements of the section that you just had on the screen.

01:04PM 15    Q.    Okay.  But there is nothing in this report that either

01:04PM 16    says that it's .25 of what's shipped or three panels, right?

01:04PM 17    There is nothing in here?

01:04PM 18    A.    I mean, that's understood when they say it's tested per

01:04PM 19    C473.

01:04PM 20    Q.    Do you have any experience in your career dealing with

01:04PM 21    Chinese manufacturers of drywall, dealing directly with them?

01:04PM 22    A.    No.

01:04PM 23    Q.    Have you ever sourced or imported materials from Chinese

01:04PM 24    manufacturers?

01:05PM 25    A.    No.

01:05PM  1   Q.   Can we -- Scott, can we pick up INEX 17 and go to page 35.

01:05PM  2        Now, have you seen anything in the file, anything that's

01:05PM  3   been given to you in this case that mentions a company called

01:05PM  4   *Bubba Board*?  That's just a question, I'll get to it.

01:05PM  5   A.   No.

01:05PM  6   Q.   Would it concern you, Dr. Tonyan, if you had in your file

01:05PM  7   what we were just looking at, which was Plaintiffs 40, that was

01:05PM  8   the one I was just asking you questions about, and then you saw

01:05PM  9   this around the same time frame?

01:05PM 10   A.   Well --

01:05PM 11   Q.   I just need an answer to that, please, and then I'll let

01:05PM 12   you go on.

01:05PM 13   A.   Okay.  I'm sorry.  Could you read the question back to me

01:05PM 14   again, then.

01:05PM 15   Q.   I'll just repeat it.

01:05PM 16   A.   Okay.

01:05PM 17   Q.   Would you have any cause for concern if you had -- if

01:05PM 18   you're a distributor of drywall like INEX, and you had in your

01:06PM 19   file the document that we were talking to the jury about, which

01:06PM 20   is Plaintiffs 40, and then at the same time, around the same

01:06PM 21   time frame, give or take a couple of months, you also have this

01:06PM 22   document in your file?  And I want you to look at this and

01:06PM 23   answer that question.

01:06PM 24        Would it be fair for me to characterize this as the same

01:06PM 25   document except for the new banner across the top and the

01:06PM 1    redactions?

01:06PM 2    A.    I haven't had a chance to look at this in detail, so it

01:06PM 3    looks similar.

01:06PM 4    Q.    Let me first start, have you ever seen this before?

01:07PM 5    A.    Not that particular document, I don't believe.

01:07PM 6    Q.    This wasn't given to you by anybody in the case?

01:07PM 7    A.    No.

01:07PM 8    Q.    So then assume with me that this is another document --

01:07PM 9    well, let me ask you the first question.  Doesn't that look a

01:07PM 10    lot like what we've been talking about as Plaintiffs'

01:07PM 11    Exhibit 40, which is the ASTM test report from TTP that went to

01:07PM 12    INEX?  Doesn't that look like it?

01:07PM 13    A.    Yes.

01:07PM 14    Q.    And can you see up here in this area right where the name

01:07PM 15    is, that looks like it used to say Tai'an Taishan Plasterboard,

01:07PM 16    right?

01:07PM 17            MR. GRAU:  Objection, Your Honor.  That's fine.

01:07PM 18            THE COURT:  Do you know that?

01:07PM 19            THE WITNESS:  I don't know what it says under there.

01:07PM 20                         EXAMINATION

01:07PM 21    BY MR. SEEGER:

01:07PM 22    Q.    Hard to tell, right?

01:07PM 23    A.    Yes.

01:07PM 24    Q.    So let's put Plaintiffs 40 and this one side by side.

01:07PM 25         This is the one INEX accepted from TTP before it accepted

1158

01:08PM 1    shipment.  And this is the one that has been sent to INEX by a

01:08PM 2    company called, I think it's *Bubba Board* or *Worldwide Brokers*.

01:08PM 3        Do you have any idea what's going on here with that?  Go

01:08PM 4    ahead.  Take the screen.

01:08PM 5            MR. GRAU:  Your Honor --

01:08PM 6            THE COURT:  Just ask him.

01:08PM 7            MR. GRAU:  Give us your interpretation.

01:08PM 8            THE WITNESS:  They certainly look like the same test

01:08PM 9    report.

01:08PM 10                          EXAMINATION

01:08PM 11   BY MR. SEEGER:

01:08PM 12   Q.   Okay.  So here's my question.  You're a distributor of

01:08PM 13   drywall.  You've got this one certification from a company you

01:08PM 14   just agreed to take shipment of thousands of boards that are

01:08PM 15   going to go into someone's home, and the same certificate shows

01:08PM 16   up being sent to you by another broker with the name of the

01:09PM 17   company redacted, and, in fact, the number is exactly the same.

01:09PM 18   Does that concern you?

01:09PM 19   A.   Yes.

01:09PM 20   Q.   Now my last question.  In all the documents you've seen in

01:09PM 21   the case from this company, did you see any test reports like

01:09PM 22   this from KPT, Knauf Plasterboard?

01:09PM 23   A.   No.

01:09PM 24            MR. SEEGER:  That's all I have.

01:09PM 25            THE COURT:  Any redirect?

REDIRECT EXAMINATION

01:09PM 1

01:09PM 2  BY MR. GRAU:

01:09PM 3  Q.   Dr. Tonyan, the test report from Taishan, that was sent to

01:10PM 4  Interior Exterior, the one we've looked at?

01:10PM 5  A.   Yes.

01:10PM 6  Q.   What is the purpose of that test report?

01:10PM 7  A.   That test report is to show that -- that demonstrates what

01:10PM 8  the properties of the board are and that that plant can comply

01:10PM 9  with those properties.  It's an example of the properties that

01:10PM 10 they are producing, and it's meant to be an outward-focusing

01:10PM 11 document and for customers and distributors.

01:10PM 12 Q.   That's a document that's meant to be -- I'm sorry, you

01:10PM 13 said that document is relating to the manufacturing plant, is

01:10PM 14 that what you said?

01:10PM 15 A.   I'm saying that it documents the properties that the plant

01:10PM 16 produces.

01:10PM 17 Q.   Would it be common for that type of test report to be

01:11PM 18 shared with multiple parties if they were interested in whether

01:11PM 19 that plant could make a product that did meet the ASTM

01:11PM 20 standards?

01:11PM 21        MR. SEEGER:  Objection, leading.

01:11PM 22        THE COURT:  That's not leading.

01:11PM 23             Go ahead.  I overrule the objection.  Go ahead.

01:11PM 24        THE WITNESS:  Yes.  It would be -- it would be common

01:11PM 25 that they would be sharing those properties can be produced at

01:11PM   1    that plant and they could talk to other customers about that.

01:11PM   2            To me it would be akin to a manufacturer in the

01:11PM   3    U.S. providing a technical data sheet.

01:11PM   4            That's not actually a test report for a

01:11PM   5    specific run in a gypsum wallboard plant.  It's a document that

01:11PM   6    says these are our typical values.  This is the way we produce

01:11PM   7    the board, and we have an internal quality control system

01:11PM   8    whereby we monitor that we will produce at that level.

01:11PM   9            So that kind of document is sent to the

01:12PM  10    industry at large by the gypsum manufacturers in North America.

01:12PM  11                        EXAMINATION

01:12PM  12    BY MR. GRAU:

01:12PM  13    Q.   Earlier you told the jury about how you're aware in your

01:12PM  14    experience that there are sometimes brokers who take a

01:12PM  15    manufacturer's board and put their own name on it.

01:12PM  16            Do you remember that?

01:12PM  17    A.   Yes.

01:12PM  18    Q.   Would that type of broker be the kind of entity that would

01:12PM  19    be provided this test report?

01:12PM  20    A.   Yes.

01:12PM  21    Q.   You were asked some questions -- or read some testimony

01:12PM  22    from Dr. Streit, and the questions had to do with assuming some

01:12PM  23    things and then whether or not a smell of gypsum was at issue

01:12PM  24    in one of the Chinese plants.

01:12PM  25            Let me make clear to you -- or ask you the question this

01:12PM  1    way:  Assume two things for me, not just one, but assume two

01:12PM  2    things.  Assume for me that the Knauf Wuhu plant never

01:12PM  3    manufactured defective drywall.  And assume for me when

01:12PM  4    Dr. Hummel walked the Knauf Wuhu plant he smelled sulfur at

01:13PM  5    that plant.

01:13PM  6          Assuming those two things, does that suggest to you --

01:13PM  7          THE COURT:  What does that suggest to you?

01:13PM  8                          EXAMINATION

01:13PM  9    BY MR. GRAU:

01:13PM  10   Q.   -- what does that suggest to you with respect to smells at

01:13PM  11   the Knauf Wuhu plant, smells of sulfur?

01:13PM  12   A.   Well, that you can smell sulfur and still produce a good

01:13PM  13   board.

01:13PM  14          MR. GRAU:  Thank you.

01:13PM  15          THE COURT:  Anything further?

01:13PM  16          MR. GRAU:  No, Your Honor.

01:13PM  17          THE COURT:  Okay.  You're excused.  Thank you, sir.

01:13PM  18          Let me just see counsel on logistics.

01:13PM  19          (WHEREUPON, at this point in the proceedings, there was

01:13PM  20   a conference held at the bench outside the presence of the

01:14PM  21   court reporter.)

01:14PM  22          THE COURT:  Members of the Jury, let me ask you this,

01:14PM  23   and counsel and the Court really leaves it up to you:  There is

01:14PM  24   a witness by deposition that will take 45 minutes.

01:14PM  25          Is that right, 44, 45 minutes?

1162

01:14PM 1      MR. GRAU:  44 minutes.

01:14PM 2      THE COURT:  We can do that either on Monday or we can

01:14PM 3   do that now.  I know nobody has eaten, so I can do it either

01:15PM 4   way.

01:15PM 5      Monday, what we need to do -- over the weekend

01:15PM 6   I'll be working with counsel on jury charges.  And then on

01:15PM 7   Monday we'll have the summations presented.  So we can either

01:15PM 8   do the 45 minutes at this time by deposition, or we can do it

01:15PM 9   Monday morning at 8:30.  What's your view?

01:15PM 10      You want to go home.  All right.

01:15PM 11      We'll take a break here.  We're finished for

01:15PM 12   today.  This is finished.  You all have a great weekend.

01:15PM 13      I'm sorry about the Saints last night.

01:15PM 14   Hopefully some good will come of it.

01:15PM 15      Thank you very much.  Members of the Jury,

01:15PM 16   thank you for your hard work.  Because of your work, the

01:16PM 17   counsel has been able to get through this case faster.  I'll

01:16PM 18   give you an alibi until 5 o'clock today.

01:16PM 19      In any event, thanks very much, and please

01:16PM 20   don't talk about the case over the weekend.  Have a good

01:16PM 21   weekend, folks.

01:16PM 22      JURORS:  Thank you.

01:16PM 23      THE COURT SECURITY OFFICER:  All rise.

01:16PM 24      THE COURT:  8:30 on Monday, Members of the Jury, 8:30

01:16PM 25   on Monday.  Thank you.

```
01:16PM   1              (WHEREUPON, at 1:16 p.m. the jury panel leaves the
01:16PM   2    courtroom.)
01:16PM   3              THE COURT:  Let me talk with you all just a bit about
01:16PM   4    this jury charge.  I can come back at 4:00 if we need to talk
01:16PM   5    about jury charge.
01:16PM   6              MR. MEUNIER:  From the plaintiffs' standpoint, I've
01:16PM   7    read your revised version, we're probably going to make a
01:16PM   8    record of some of the things we talked about in chambers not
01:16PM   9    being in, but we don't need to discuss in court anything
01:16PM  10    further with the Court.
01:16PM  11              MR. DUPLANTIER:  Us either.
01:17PM  12              THE COURT:  You're okay with it?  Everybody?  You have
01:17PM  13    a right to make the objections, but if you want me to --
01:17PM  14                   You're okay with it.
01:17PM  15              MR. RISLEY:  We understand what the Court is doing.
01:17PM  16              THE COURT:  Thank you very much, you guys.  See you
01:18PM  17    8:30 Monday.
         18              (WHEREUPON, the proceedings at 1:18 p.m. were
         19    concluded.)
         20                        *    *    *
         21
         22
         23
         24
         25
```

1    REPORTER'S CERTIFICATE

2

3         I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter of the State of

5    Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                          *s/Cathy Pepper*

13                          Cathy Pepper, CRR, RMR, CCR
                            Certified Realtime Reporter
14                          Registered Merit Reporter
                            Official Court Reporter
15                          United States District Court
                            Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

## $

**$120,000** [1] - 1018:24
**$150,000** [1] - 1018:16
**$370,000** [1] - 1019:3
**$500** [1] - 1018:11
**$550** [1] - 1018:14

## '

**'05** [3] - 1087:23, 1088:3, 1090:14
**'06** [12] - 1077:18, 1077:24, 1083:3, 1088:20, 1103:15, 1103:17, 1105:8, 1105:23, 1107:4, 1107:7, 1107:23
**'07** [3] - 1077:20, 1077:25, 1103:17
**'Made** [1] - 1038:17

## 0

**062019** [8] - 1098:24, 1098:25, 1099:7, 1099:11, 1099:18, 1102:12, 1104:18, 1105:13
**06219** [1] - 1101:1
**07102** [1] - 987:5
**09-MD-2047** [1] - 986:7

## 1

**1** [4] - 1027:14, 1055:6, 1123:24
**1.........** [1] - 990:6
**1/2** [3] - 993:15, 999:10, 999:13
**10** [7] - 1013:20, 1034:11, 1034:25, 1068:19, 1068:24, 1101:5, 1101:22
**10........** [1] - 990:15
**100** [1] - 1126:23
**1000** [1] - 989:8
**1001** [1] - 989:9
**1005** [1] - 1154:13
**1009** [1] - 989:10
**1020** [1] - 990:5
**1021** [1] - 989:11
**1040** [1] - 989:12
**1041** [1] - 989:13
**1055** [1] - 990:6
**1070** [1] - 990:7

**1071** [1] - 990:8
**1075** [1] - 990:9
**1087** [1] - 990:10
**1091** [1] - 990:11
**1092** [1] - 990:12
**1098** [1] - 990:13
**1099** [1] - 990:14
**10:00** [1] - 1041:10
**11** [4] - 992:25, 994:12, 1106:12, 1118:7
**11........** [1] - 990:16
**1100** [1] - 986:22
**1101** [1] - 990:15
**1106** [2] - 990:16, 990:17
**111** [1] - 1072:23
**1111** [2] - 989:14, 990:18
**1116** [2] - 989:15, 989:16
**1121** [1] - 989:17
**113** [1] - 1072:25
**1130** [1] - 989:18
**1132** [1] - 990:19
**1149** [1] - 989:19
**1159** [1] - 989:20
**11:02** [1] - 1085:7
**11:21** [1] - 1085:15
**12** [7] - 1036:7, 1036:9, 1055:17, 1102:21, 1103:4, 1106:14, 1106:16
**12-by-24** [2] - 1142:1, 1142:5
**12........** [1] - 990:17
**120,000** [2] - 1019:10, 1020:24
**1264** [1] - 1132:16
**128** [1] - 1060:9
**1292** [1] - 992:12
**13** [1] - 1111:14
**13........** [1] - 990:18
**1396** [4] - 1027:17, 1100:3, 1103:21, 1108:19
**1396-04** [1] - 1034:19
**13th** [1] - 1002:16
**15** [4] - 1035:11, 1038:15, 1041:5, 1093:15
**15,000** [2] - 1005:24, 1005:25
**150,000** [2] - 1019:10, 1020:24
**16** [1] - 1103:15
**1600** [1] - 987:22
**16th** [2] - 1103:16, 1103:17

**17** [2] - 1119:11, 1156:1
**1975** [1] - 1004:1
**1989** [1] - 1072:20
**1990** [1] - 1105:12
**1990-91** [1] - 1106:15
**1990s** [1] - 1003:11
**1991** [1] - 1105:12
**1999** [1] - 1090:9
**1:16** [1] - 1163:1
**1:18** [1] - 1163:18

## 2

**2** [6] - 1032:7, 1068:7, 1068:19, 1068:23, 1070:13, 1103:23
**2........** [1] - 990:7
**20** [3] - 1047:1, 1099:25, 1118:11
**20-day** [1] - 1099:15
**2002** [1] - 1005:19
**2003** [2] - 1012:23, 1013:19
**2004** [5] - 1105:21, 1105:24, 1106:16, 1154:3, 1154:5
**2005** [15] - 1078:7, 1078:15, 1079:12, 1083:14, 1083:25, 1084:4, 1085:25, 1086:4, 1087:3, 1089:22, 1091:3, 1136:5, 1146:4, 1147:8, 1149:4
**2006** [21] - 992:14, 995:12, 995:25, 996:20, 1078:9, 1078:16, 1082:24, 1088:9, 1091:11, 1092:14, 1098:4, 1099:25, 1102:21, 1102:24, 1103:4, 1103:5, 1105:5, 1107:12, 1146:5, 1147:8, 1149:4
**2007** [2] - 1070:23, 1136:9
**2009** [1] - 1055:10
**2011** [2] - 1053:6, 1054:14
**2012** [4] - 986:8, 991:2, 1004:9, 1104:5
**2062** [2] - 1091:20, 1092:14
**2216** [1] - 987:11
**2300** [1] - 988:4
**25** [5] - 1017:23,

1139:8, 1154:25, 1155:4, 1155:16
**25th** [1] - 1105:21
**2641** [1] - 1104:12
**2644** [1] - 1104:12
**27** [2] - 1084:4, 1086:4
**270** [5] - 1019:6, 1019:9, 1019:12, 1020:23, 1021:1
**270,000** [2] - 1019:14, 1021:3
**27603** [1] - 987:8
**28** [1] - 1087:3
**2800** [2] - 986:22, 986:22
**29** [3] - 1006:12, 1006:14, 1091:3

## 3

**3** [7] - 1053:18, 1069:17, 1069:19, 1071:25, 1105:5, 1143:24, 1143:25
**3........** [1] - 990:8
**30** [4] - 986:8, 991:2, 1017:23, 1117:8
**30,000** [1] - 1030:4
**31** [3] - 1006:9, 1006:10, 1006:12
**320** [1] - 1061:17
**321** [2] - 1062:22
**323** [1] - 1063:6
**328** [2] - 1063:25, 1064:4
**329** [1] - 1064:6
**33,000** [1] - 1078:2
**330** [2] - 1062:23, 1065:21
**345** [1] - 1067:25
**347** [1] - 1067:25
**35** [1] - 1156:1
**36** [5] - 1027:15, 1032:21, 1033:5, 1033:11, 1033:16
**370** [1] - 1019:5
**38** [1] - 1003:12

## 4

**4** [7] - 1032:19, 1061:18, 1068:9, 1068:19, 1068:24, 1075:21, 1144:7
**4........** [1] - 990:9
**40** [7] - 1151:13, 1151:16, 1153:14, 1156:7, 1156:20,

1157:11, 1157:24
**400** [1] - 988:4
**4040** [1] - 987:18
**42** [2] - 1078:8, 1078:14
**44** [2] - 1161:25, 1162:1
**45** [3] - 1161:24, 1161:25, 1162:8
**471** [1] - 1108:23
**472** [1] - 1108:23
**473** [1] - 1102:24
**48** [1] - 1142:9
**4:00** [1] - 1163:4

## 5

**5** [11] - 986:11, 1022:1, 1033:9, 1054:3, 1071:11, 1087:23, 1087:25, 1088:11, 1133:4, 1144:8, 1162:18
**5........** [1] - 990:10
**5/8** [3] - 993:14, 994:1, 999:7
**50** [1] - 1142:3
**500** [1] - 988:9
**504** [1] - 988:10
**530,000** [1] - 1030:3
**550** [1] - 987:4
**5718** [3] - 1084:1, 1086:1, 1087:2
**5719** [1] - 1086:21
**5720** [4] - 1084:1, 1084:5, 1086:1, 1086:5
**5774** [1] - 1099:19
**5775** [1] - 1099:19
**589-7779** [1] - 988:10
**5980** [1] - 1091:2

## 6

**6** [7] - 1068:10, 1068:19, 1068:24, 1091:16, 1091:17, 1104:11, 1110:3
**6........** [1] - 990:11
**60** [1] - 1128:16
**6045** [1] - 1098:5
**6051** [1] - 1098:5
**62019** [5] - 1100:22, 1101:8, 1102:15, 1104:6, 1106:22
**63** [1] - 992:10
**65** [3] - 1078:9, 1078:16, 1143:24

**7**

**7** [9] - 1031:18, 1031:21, 1032:6, 1032:19, 1068:12, 1068:19, 1068:24, 1092:15, 1092:16
**7.........** [1] - 990:12
**70** [3] - 1142:3, 1145:10, 1145:12
**700** [1] - 1007:8
**701** [1] - 987:18
**70113** [1] - 986:19
**70130** [3] - 987:12, 988:5, 988:10
**70139** [1] - 987:18
**70163** [1] - 986:23
**70s** [3] - 1145:7, 1145:10, 1145:11
**74** [1] - 1145:19
**750** [1] - 1005:24
**77056** [1] - 987:23

**8**

**8** [9] - 1034:2, 1034:12, 1035:11, 1068:19, 1068:24, 1098:13, 1098:14, 1101:21, 1122:14
**8.........** [1] - 990:13
**80** [7] - 1014:13, 1017:18, 1018:6, 1126:23, 1143:15, 1145:11
**820** [1] - 986:18
**84.1** [1] - 1144:10
**85** [7] - 990:5, 1008:15, 1014:11, 1014:14, 1014:18, 1020:11, 1020:15
**85A** [2] - 1020:12, 1020:15
**85A.........................** [1] - 990:5
**86** [1] - 1122:5
**8:28** [1] - 991:8
**8:30** [5] - 986:8, 1162:9, 1162:24, 1163:17

**9**

**9** [7] - 1069:22, 1070:11, 1099:23, 1101:17, 1101:23, 1102:24, 1103:4
**9.........** [1] - 990:14

**90** [4] - 1142:6, 1143:16, 1145:8
**900** [1] - 987:8
**920** [1] - 987:4
**95** [1] - 1021:22
**967** [1] - 1100:1
**968** [1] - 1100:1
**991** [1] - 989:5
**992** [1] - 989:6
**997** [1] - 989:7
**9:36** [1] - 1041:6
**9D** [2] - 1132:7, 1132:12
**9D........** [1] - 990:19
**9th** [2] - 1002:17, 1002:18

**A**

**a.m** [5] - 991:8, 1041:6, 1041:10, 1085:7, 1085:15
**A.M** [4] - 986:8
**Aaron** [4] - 1062:4, 1062:12, 1062:25, 1063:8
**abide** [1] - 1064:19
**ability** [2] - 1024:2, 1164:8
**able** [11] - 1002:14, 1025:16, 1088:9, 1088:23, 1109:23, 1114:24, 1139:18, 1147:5, 1148:9, 1148:17, 1162:17
**above-entitled** [1] - 1164:9
**absence** [2] - 1148:15
**absolutely** [12] - 993:11, 1005:17, 1008:11, 1028:17, 1035:25, 1040:11, 1040:18, 1048:3, 1094:17, 1128:1, 1130:23, 1136:19
**accept** [3] - 1020:6, 1129:18, 1130:11
**accepted** [2] - 1157:25
**accepts** [1] - 1023:23
**accomplished** [1] - 1115:7
**accomplishes** [1] - 1034:7
**accordance** [10] - 1016:1, 1016:5, 1016:9, 1032:21, 1033:5, 1033:11, 1033:16, 1038:22, 1099:9, 1103:20

**according** [10] - 1023:21, 1024:21, 1027:1, 1034:9, 1073:20, 1087:16, 1095:19, 1095:23, 1101:18, 1115:5
**account** [2] - 1076:25, 1077:8
**accountability** [2] - 1043:10, 1043:12
**accountable** [1] - 1114:21
**accurate** [2] - 1078:5, 1122:20
**achieve** [1] - 1064:18
**achieved** [1] - 1073:8
**acknowledging** [1] - 1125:10
**act** [7] - 1007:20, 1041:21, 1042:10, 1042:21, 1043:2, 1044:9, 1045:2
**acted** [5] - 1011:15, 1019:19, 1021:8, 1076:11, 1104:7
**acting** [1] - 1028:18
**action** [1] - 1060:25
**actions** [5] - 1037:11, 1037:22, 1039:1, 1129:14
**activities** [3] - 1053:16, 1053:23, 1094:21
**activity** [7] - 1068:20, 1070:1, 1070:8, 1073:22, 1074:18, 1092:8, 1106:17
**acts** [1] - 1012:8
**actual** [4] - 1031:11, 1084:17, 1126:24, 1132:1
**add** [4] - 1125:6, 1139:7, 1139:9, 1139:11
**adding** [1] - 1123:20
**addition** [2] - 1068:15, 1108:19
**additional** [2] - 1030:21, 1033:4
**address** [5] - 992:9, 992:11, 992:13, 1110:22, 1138:24
**addressed** [4] - 1010:21, 1012:25, 1084:3, 1086:3
**addresses** [1] - 1103:25
**adequate** [1] - 1063:18
**adherent** [1] - 1031:2

**administering** [1] - 1015:25
**admitted** [3] - 1020:13, 1132:8, 1132:10
**advance** [1] - 1013:13
**advanced** [1] - 1130:25
**advent** [1] - 1130:25
**advise** [1] - 1051:22
**advised** [6] - 1080:18, 1082:9, 1082:24, 1083:9, 1088:4, 1088:22
**advises** [2] - 1084:7, 1086:7
**advising** [1] - 1005:14
**affect** [1] - 1139:15
**afford** [1] - 1051:10
**afield** [1] - 1117:18
**afraid** [1] - 1097:4
**afternoon** [2] - 1002:2, 1116:17
**agency** [1] - 1134:13
**ago** [5] - 1013:17, 1070:16, 1070:18, 1070:19, 1128:16
**agree** [35] - 1044:9, 1048:4, 1049:15, 1049:19, 1050:9, 1051:24, 1051:25, 1053:2, 1053:13, 1053:20, 1053:25, 1058:6, 1058:23, 1063:15, 1065:1, 1069:16, 1074:3, 1075:9, 1089:11, 1096:1, 1096:19, 1099:11, 1104:4, 1109:22, 1110:5, 1110:20, 1114:6, 1149:23, 1150:3, 1150:8, 1151:3, 1152:8, 1153:9, 1153:10, 1154:6
**agreed** [4] - 1067:16, 1102:4, 1129:15, 1158:14
**agreement** [3] - 1036:2, 1133:17, 1133:25
**ahead** [5] - 1124:25, 1143:23, 1158:4, 1159:23
**aimed** [1] - 1109:9
**air** [1] - 1148:7
**akin** [1] - 1160:2
**alibi** [1] - 1162:18
**align** [1] - 1064:11
**alignment** [1] -

1064:19
**alike** [1] - 1104:22
**ALL** [1] - 986:9
**all-in** [1] - 1070:4
**all-out** [1] - 1070:4
**alleged** [1] - 1015:16
**Allen** [3] - 1084:4, 1086:4, 1086:22
**allow** [4] - 1005:11, 1008:4, 1074:19, 1077:7
**allowed** [5] - 1024:13, 1084:16, 1095:3, 1095:4, 1138:9
**allows** [2] - 1023:20, 1026:4
**almost** [4] - 1013:20, 1079:12, 1081:6, 1082:22
**alumina** [1] - 1143:20
**ambient** [1] - 1142:3
**America** [5] - 1087:6, 1131:14, 1139:6, 1140:14, 1160:10
**American** [8] - 1062:14, 1063:3, 1076:1, 1076:7, 1095:3, 1096:8, 1146:12
**amount** [4] - 1078:2, 1108:4, 1139:12, 1150:6
**analysis** [3] - 1101:24, 1112:4, 1146:17
**AND** [1] - 986:21
**ANGELLE** [2] - 988:3, 988:4
**answer** [39] - 997:21, 1005:24, 1006:1, 1007:10, 1007:13, 1008:1, 1019:18, 1021:7, 1041:21, 1042:1, 1042:3, 1042:15, 1042:21, 1043:2, 1043:20, 1044:3, 1045:7, 1045:25, 1046:8, 1046:9, 1046:14, 1096:16, 1097:2, 1097:4, 1104:2, 1108:24, 1114:2, 1124:12, 1124:13, 1124:15, 1148:10, 1150:2, 1152:7, 1153:11, 1153:20, 1154:9, 1156:11, 1156:23
**ANSWER** [1] - 1153:9
**ANTHONY** [1] - 987:11

3

**anyway** [1] - 1084:20
**apologize** [1] - 1014:3
**apparent** [3] - 1146:8, 1146:9, 1146:14
**appearance** [1] - 1137:21
**APPEARANCES** [3] - 986:15, 987:1, 988:1
**applicability** [1] - 1065:7
**applicable** [5] - 1037:17, 1038:14, 1040:9, 1070:15, 1131:20
**applications** [2] - 993:16, 1117:25
**applies** [10] - 1068:7, 1068:9, 1068:10, 1068:12, 1069:7, 1069:8, 1069:17, 1069:20, 1069:22, 1132:18
**apply** [9] - 1016:20, 1017:3, 1068:5, 1068:19, 1071:18, 1074:11, 1087:5, 1132:23
**applying** [1] - 1010:10
**appreciate** [2] - 1073:4, 1096:15
**approach** [7] - 1058:19, 1063:9, 1063:11, 1063:12, 1084:11, 1128:20, 1131:25
**approached** [1] - 1029:19
**appropriate** [2] - 1016:25, 1027:18
**approve** [1] - 1053:10
**approved** [5] - 1040:19, 1040:20, 1086:14, 1108:21, 1108:25
**approximate** [1] - 1018:2
**April** [4] - 1078:7, 1078:15, 1107:3, 1107:7
**architectural** [2] - 1118:20, 1120:4
**area** [2] - 1117:2, 1157:14
**areas** [1] - 1015:3
**argumentative** [1] - 1125:13
**arose** [1] - 1048:12
**arrange** [1] - 1085:5
**arrived** [1] - 1049:17
**article** [12] - 1062:18,

1062:24, 1063:7, 1064:1, 1065:19, 1070:22, 1071:3, 1071:10, 1071:12, 1071:15, 1071:24, 1111:13
**articles** [6] - 1007:3, 1119:22, 1125:24, 1126:1, 1126:7
**Asia** [4] - 1058:5, 1060:3, 1070:17, 1071:4
**Asia's** [1] - 1070:20
**Asian** [1] - 1064:11
**aside** [3] - 1010:20, 1012:2, 1015:15
**aspect** [2] - 1045:5, 1137:15
**assessing** [1] - 1101:8
**assessment** [2] - 1026:18, 1129:14
**associated** [2] - 1140:4, 1150:19
**Associates** [5] - 1053:6, 1054:14, 1056:2, 1056:16, 1056:24
**assume** [11] - 1046:17, 1055:14, 1075:6, 1092:11, 1100:23, 1153:1, 1157:8, 1161:1, 1161:2, 1161:3
**Assuming** [2] - 1152:2, 1153:5
**assuming** [5] - 1046:2, 1152:13, 1152:21, 1160:22, 1161:6
**assumption** [5] - 1042:7, 1042:9, 1046:5, 1046:20, 1046:21
**assurance** [18] - 1012:9, 1015:13, 1050:3, 1051:3, 1072:7, 1072:10, 1072:15, 1072:25, 1073:1, 1073:21, 1074:5, 1074:9, 1074:11, 1074:19, 1075:4, 1092:12, 1109:25, 1110:6
**assure** [2] - 1073:11, 1102:6
**assured** [1] - 1075:10
**assuring** [1] - 1074:11
**ASTM** [100] - 1012:18, 1015:22, 1016:1, 1016:5, 1016:16,

1016:20, 1016:24, 1017:3, 1017:7, 1017:12, 1023:17, 1026:20, 1027:15, 1027:17, 1027:25, 1028:3, 1030:16, 1030:17, 1030:23, 1031:1, 1031:2, 1031:5, 1031:13, 1032:2, 1032:21, 1033:5, 1033:11, 1033:16, 1034:9, 1034:19, 1035:5, 1035:8, 1035:21, 1037:17, 1038:3, 1038:14, 1038:18, 1040:21, 1047:8, 1047:20, 1051:10, 1073:10, 1073:12, 1073:15, 1075:7, 1079:8, 1086:14, 1086:17, 1086:24, 1087:4, 1087:5, 1088:3, 1088:15, 1089:12, 1089:16, 1095:23, 1096:3, 1096:21, 1097:11, 1097:17, 1097:20, 1098:22, 1099:9, 1100:3, 1101:2, 1101:9, 1101:15, 1102:10, 1102:12, 1102:24, 1103:20, 1103:21, 1104:1, 1107:11, 1108:1, 1108:19, 1108:20, 1108:25, 1109:11, 1112:17, 1112:25, 1113:11, 1120:22, 1120:24, 1129:16, 1132:2, 1132:5, 1132:16, 1133:5, 1135:16, 1141:13, 1146:10, 1149:23, 1150:3, 1150:11, 1150:14, 1151:11, 1154:12, 1157:11, 1159:19
**ASTM-certified** [1] - 1030:16
**attached** [1] - 1122:7
**attempting** [1] - 1148:7
**attention** [2] - 1069:2, 1069:6
**attorneys** [1] - 1042:6
**attributes** [1] - 1064:2
**audit** [4] - 1069:24, 1070:2, 1070:7, 1092:18

**auditing** [1] - 1073:22
**August** [2] - 1078:9, 1078:16
**authentication** [1] - 1087:5
**author** [2] - 1006:6, 1053:9
**available** [2] - 994:9, 1146:3
**AVENUE** [1] - 986:18
**aware** [58] - 999:21, 1000:6, 1000:14, 1028:23, 1078:23, 1080:17, 1080:20, 1080:22, 1080:25, 1081:6, 1082:8, 1082:11, 1082:13, 1082:16, 1082:22, 1083:1, 1083:14, 1083:17, 1083:19, 1083:21, 1083:22, 1088:2, 1088:6, 1088:8, 1088:10, 1088:19, 1088:22, 1089:2, 1089:21, 1089:24, 1090:13, 1090:18, 1091:10, 1091:13, 1100:10, 1107:2, 1108:4, 1108:10, 1108:12, 1108:19, 1108:24, 1109:3, 1109:5, 1109:8, 1109:10, 1134:21, 1135:21, 1136:4, 1136:8, 1137:9, 1137:10, 1140:3, 1140:7, 1145:2, 1145:6, 1149:5, 1150:24, 1160:13
**awareness** [3] - 1079:4, 1113:16, 1147:16

# B

**B406** [1] - 988:9
**Bachelor's** [1] - 1003:14
**background** [3] - 1003:13, 1080:12, 1082:3
**bad** [1] - 1110:9
**baloney** [1] - 1096:9
**banking** [1] - 1029:22
**banner** [1] - 1156:25
**barriers** [1] - 1069:4, 1069:11, 1069:12
**base** [3] - 1024:23,

1106:19, 1106:23
**based** [22] - 994:18, 1006:4, 1006:18, 1006:19, 1017:1, 1055:14, 1061:5, 1073:16, 1087:20, 1092:11, 1095:4, 1100:22, 1102:11, 1102:23, 1122:22, 1124:7, 1125:1, 1142:11, 1142:16, 1144:24, 1148:13
**basic** [1] - 1109:24
**basis** [6] - 1077:1, 1077:8, 1107:21, 1108:8, 1127:23, 1135:25
**Bates** [16] - 1084:1, 1084:5, 1085:25, 1086:5, 1086:21, 1087:2, 1091:1, 1091:19, 1092:14, 1098:5, 1099:19, 1100:1, 1104:11, 1105:1, 1105:12, 1106:15
**Bates-numbered** [2] - 1084:5, 1086:5
**BATT** [1] - 988:3
**Bayou** [1] - 992:10
**bear** [1] - 1105:5
**bearing** [1] - 1098:3
**became** [4] - 1009:23, 1078:23, 1083:22, 1146:14
**become** [1] - 1022:20
**becomes** [1] - 1035:8
**becoming** [1] - 1083:17
**BEFORE** [1] - 986:12
**began** [2] - 1003:24, 1004:1
**begin** [1] - 1064:4
**beginning** [2] - 1008:5, 1059:11
**begins** [2] - 1061:20, 1067:25
**behalf** [1] - 1002:8, 1017:19, 1018:3, 1018:7
**behaves** [1] - 1144:19
**behavior** [1] - 1125:20
**Behavior** [1] - 1117:13
**behind** [1] - 1006:3
**Beijing** [7] - 1083:20, 1086:9, 1086:13, 1088:5, 1088:9, 1088:21, 1089:8
**belief** [1] - 1049:11
**beliefs** [1] - 1063:2

**below** [3] - 1145:11, 1145:13, 1145:20
**bench** [5] - 1085:1, 1115:18, 1128:24, 1130:3, 1161:20
**benchmarking** [1] - 1005:19
**Benchmarking** [1] - 1005:21
**benchmarks** [1] - 1006:1
**beneficiary** [2] - 1031:24, 1034:14
**BENJAMIN** [2] - 986:20, 987:16
**best** [11] - 1005:11, 1005:14, 1005:19, 1006:2, 1006:5, 1009:3, 1020:5, 1029:10, 1064:7, 1146:21, 1164:8
**Best** [1] - 1005:21
**better** [2] - 1047:12, 1088:21
**Between** [2] - 1055:11, 1055:19
**between** [14] - 1004:2, 1005:5, 1012:8, 1012:18, 1025:6, 1034:22, 1036:25, 1057:3, 1067:3, 1089:12, 1090:17, 1091:20, 1125:11, 1127:14
**beyond** [1] - 1013:24
**big** [2] - 1081:12, 1084:20
**bill** [1] - 1022:8
**billed** [2] - 1018:23, 1019:3
**bit** [7] - 1029:18, 1034:7, 1120:3, 1123:8, 1123:14, 1125:5, 1163:3
**blow** [4] - 1122:15, 1122:16, 1124:1, 1154:18
**BNBM** [8] - 1083:20, 1083:21, 1086:9, 1086:13, 1088:4, 1088:5, 1089:8, 1091:21
**Board** [2] - 1156:4, 1158:2
**board** [89] - 1009:17, 1021:20, 1022:6, 1022:20, 1029:6, 1029:11, 1030:20, 1031:3, 1031:11, 1033:11, 1034:18,

1034:20, 1035:18, 1035:22, 1037:12, 1037:19, 1038:17, 1038:19, 1038:24, 1039:5, 1039:6, 1039:18, 1039:25, 1040:2, 1040:9, 1052:8, 1052:14, 1078:19, 1088:20, 1090:10, 1095:5, 1100:6, 1100:17, 1101:15, 1103:25, 1104:2, 1107:17, 1108:4, 1108:5, 1108:10, 1109:13, 1111:20, 1111:24, 1113:20, 1118:21, 1119:13, 1133:2, 1133:6, 1133:19, 1133:20, 1134:18, 1134:25, 1137:11, 1137:12, 1137:21, 1139:2, 1139:5, 1139:13, 1139:14, 1139:20, 1139:24, 1139:25, 1140:15, 1140:20, 1140:23, 1142:1, 1142:5, 1142:8, 1142:9, 1143:8, 1143:12, 1143:17, 1143:22, 1144:10, 1144:14, 1144:17, 1144:19, 1145:13, 1145:19, 1145:21, 1146:12, 1146:16, 1147:22, 1148:8, 1149:4, 1159:8, 1160:7, 1160:15, 1161:13
**boards** [7] - 1032:12, 1033:15, 1036:12, 1037:22, 1101:2, 1140:19, 1158:14
**Bob** [1] - 1058:2
**Bold** [1] - 1006:20
**bold** [2] - 1054:8, 1054:10
**book** [11] - 1006:20, 1055:13, 1055:19, 1056:10, 1058:1, 1058:24, 1060:19, 1068:17, 1072:17, 1072:21, 1075:22
**books** [6] - 1006:8, 1006:10, 1006:13, 1006:14, 1006:18, 1006:24
**bottom** [6] - 1064:4, 1102:16, 1104:25, 1105:16, 1117:20,

1153:25
**bought** [20] - 993:19, 995:8, 995:13, 997:7, 1005:19, 1005:20, 1022:12, 1024:25, 1027:16, 1033:6, 1033:7, 1037:8, 1049:22, 1070:16, 1071:4, 1088:15, 1089:10, 1107:5, 1109:13
**boundaries** [1] - 1114:16
**box** [1] - 1154:18
**Bradstreet** [1] - 1029:22
**brand** [11] - 1035:23, 1038:16, 1048:5, 1048:6, 1048:15, 1048:17, 1048:18, 1048:19, 1049:4, 1049:7
**Brandon** [3] - 991:14, 991:15, 992:1
**BRANDON** [2] - 989:5, 991:21
**Breach** [1] - 1057:19
**breach** [1] - 1057:21
**break** [7] - 1041:3, 1041:4, 1084:14, 1084:22, 1084:24, 1085:4, 1162:11
**brief** [2] - 1041:7, 1085:8
**briefly** [3] - 1000:17, 1036:6, 1141:23
**bring** [2] - 1041:8, 1110:19
**bringing** [2] - 1021:15, 1022:24
**brittleness** [1] - 1137:12
**BROAD** [1] - 987:4
**broken** [3] - 1043:8, 1087:18, 1114:17
**broker** [2] - 1158:16, 1160:18
**brokers** [3] - 1134:21, 1134:24, 1160:14
**Brokers** [1] - 1158:2
**brought** [7] - 1011:6, 1022:1, 1024:1, 1026:5, 1078:3, 1102:7, 1129:9
**BRYSON** [2] - 987:7, 987:7
**Bubba** [2] - 1156:4, 1158:2
**bubble** [1] - 1139:22
**bubbling** [1] - 994:25

**BUILDING** [1] - 987:15
**building** [28] - 1010:17, 1010:23, 1011:20, 1011:25, 1012:4, 1012:19, 1015:12, 1015:22, 1015:23, 1016:11, 1032:16, 1032:25, 1036:20, 1037:23, 1038:5, 1039:10, 1040:11, 1074:4, 1080:19, 1082:10, 1082:25, 1083:5, 1083:11, 1111:8, 1118:12, 1123:5, 1146:21, 1150:12
**buildings** [1] - 1150:7
**bullet** [4] - 1054:3, 1054:8, 1054:10, 1054:15
**bunch** [4] - 1076:21, 1096:9, 1097:1, 1125:23
**BURR** [1] - 987:15
**bus** [1] - 1045:8
**Business** [2] - 1058:3, 1070:23
**business** [32] - 993:25, 1003:3, 1007:2, 1023:13, 1029:1, 1055:10, 1058:4, 1058:19, 1059:14, 1060:16, 1061:14, 1062:1, 1062:4, 1062:14, 1062:15, 1063:3, 1063:8, 1069:3, 1069:9, 1070:16, 1075:25, 1080:19, 1080:23, 1081:4, 1082:10, 1082:14, 1082:20, 1083:5, 1083:11
**businesses** [1] - 1004:12
**businessman** [1] - 1055:20
**businessmen** [2] - 1062:9, 1062:10
**but..** [2] - 1098:1, 1119:18
**buy** [14] - 995:10, 1004:20, 1004:21, 1008:6, 1023:21, 1024:16, 1030:16, 1040:18, 1048:18, 1087:21, 1088:17, 1131:8, 1138:4
**buyers** [1] - 1063:9
**buying** [16] - 995:17,

995:21, 1004:17, 1004:20, 1008:10, 1023:16, 1025:9, 1025:25, 1027:19, 1027:21, 1036:21, 1038:1, 1066:9, 1066:22, 1069:11, 1096:24
**BY** [71] - 986:18, 986:21, 987:3, 987:7, 987:11, 987:16, 987:22, 988:4, 988:12, 988:13, 989:6, 989:7, 989:8, 989:10, 989:11, 989:12, 989:13, 989:14, 989:16, 989:17, 989:18, 989:19, 989:20, 992:4, 997:13, 1000:19, 1002:1, 1009:5, 1014:16, 1019:17, 1020:21, 1021:6, 1040:25, 1041:19, 1042:19, 1043:1, 1043:14, 1044:5, 1044:14, 1044:20, 1044:25, 1045:24, 1075:16, 1081:18, 1085:23, 1108:16, 1111:17, 1115:1, 1116:16, 1119:21, 1121:10, 1122:12, 1124:4, 1124:19, 1124:24, 1125:16, 1130:16, 1132:15, 1138:19, 1141:4, 1148:3, 1149:2, 1149:18, 1151:20, 1152:25, 1154:15, 1157:21, 1158:11, 1159:2, 1160:12, 1161:9

## C

**C-A-R-L-I-S-L-E** [1] - 992:2
**C1264** [1] - 1132:5
**C1396-04** [3] - 1035:21, 1038:18, 1099:9
**C36** [3] - 1086:14, 1086:17, 1087:4
**C473** [6] - 1154:12, 1154:17, 1154:24, 1155:11, 1155:19
**C6** [1] - 1087:5
**calcium** - 1143:13

**CALLED** [1] - 991:4
**cannot** [2] - 1009:18, 1051:10
**capabilities** [7] - 1014:8, 1014:21, 1014:22, 1015:2, 1015:4, 1054:5, 1054:17
**capability** [2] - 1026:17, 1040:5
**capable** [1] - 1030:22
**capacity** [2] - 1072:6, 1072:19
**capital** [2] - 1003:19, 1004:5
**capitalized** [1] - 1035:25
**care** [10] - 999:3, 1000:2, 1004:9, 1027:7, 1110:2, 1117:15, 1129:4, 1129:5, 1131:7, 1131:10
**career** [2] - 1017:24, 1155:20
**CARLINA** [1] - 987:17
**Carlisle** [8] - 991:14, 991:15, 992:1, 992:5, 997:14, 997:25, 1000:15, 1001:9
**CARLISLE** [1] - 991:21
**CARLISLE**................
....................... [1] - 989:5
**CARNAHAN** [1] - 988:3
**Carolina** [2] - 1002:22, 1056:13
**carry** [1] - 1147:5
**case** [88] - 998:1, 1002:6, 1002:18, 1007:11, 1007:17, 1008:14, 1010:24, 1011:8, 1011:14, 1011:18, 1011:19, 1011:23, 1011:24, 1012:2, 1013:10, 1015:15, 1016:7, 1016:15, 1016:25, 1017:10, 1017:15, 1017:16, 1018:12, 1018:14, 1018:17, 1018:22, 1019:1, 1023:9, 1025:6, 1025:10, 1027:10, 1031:12, 1037:16, 1044:6, 1046:6, 1046:15, 1048:4,

1050:4, 1053:25, 1055:25, 1066:24, 1067:10, 1068:6, 1068:20, 1069:7, 1070:15, 1075:20, 1078:7, 1078:22, 1079:24, 1080:9, 1081:2, 1081:25, 1082:18, 1092:20, 1093:9, 1093:12, 1093:14, 1093:22, 1099:6, 1100:10, 1100:25, 1101:7, 1101:13, 1101:24, 1102:1, 1104:5, 1104:14, 1110:2, 1113:22, 1114:2, 1114:9, 1116:24, 1121:20, 1123:8, 1123:17, 1124:6, 1125:2, 1131:22, 1132:24, 1135:22, 1147:11, 1151:13, 1156:3, 1157:6, 1158:21, 1162:17, 1162:20
**CASES** [1] - 986:9
**cases** [13] - 1000:7, 1011:1, 1017:18, 1017:19, 1017:23, 1018:10, 1024:11, 1024:12, 1028:25, 1030:15, 1110:17, 1125:2, 1137:10
**casual** [1] - 1063:9
**categories** [1] - 1103:23
**category** [2] - 1070:5, 1103:24
**Cathy** [2] - 1164:3, 1164:13
**CATHY** [1] - 988:8
Cathy_Pepper@laed .uscourts.gov [2] - 988:11, 1164:15
**Caught** [2] - 1055:11, 1055:19
**caught** [1] - 1057:3
**caulks** [1] - 994:17
**caused** [4] - 1007:22, 1041:24, 1042:13, 1043:19
**causing** [1] - 1148:8
**CCR** [2] - 988:8, 1164:13
**cell** [1] - 1139:21
**cement** [5] - 1118:21, 1122:22, 1122:23, 1124:7, 1128:6
**cement-based** [1] -

1124:7
**cementitious** [4] - 1125:18, 1125:20, 1125:21, 1128:8
**Cementitious** [1] - 1117:13
**center** [4] - 1004:25, 1005:1, 1005:2, 1060:12
**CENTRE** [1] - 986:22
**CEO** [3] - 1003:7, 1056:15, 1057:1
**CEOs** [1] - 1058:4
**certain** [1] - 994:23
**certainly** [7] - 1027:7, 1089:6, 1102:2, 1108:7, 1110:11, 1126:3, 1158:8
**certifi** [1] - 1151:12
**certifiable** [4] - 1023:16, 1024:7, 1025:7, 1075:20
**Certificate** [3] - 1033:9, 1036:9, 1098:3
**CERTIFICATE** [1] - 1164:1
**certificate** [19] - 1031:24, 1031:25, 1032:1, 1032:2, 1032:7, 1032:20, 1033:14, 1033:18, 1036:16, 1036:19, 1098:8, 1098:12, 1098:16, 1099:13, 1100:21, 1101:20, 1102:9, 1158:15
**certification** [33] - 1025:8, 1026:2, 1027:23, 1028:1, 1029:16, 1031:5, 1031:11, 1032:15, 1032:24, 1037:16, 1038:13, 1050:22, 1051:8, 1051:13, 1051:15, 1073:19, 1097:17, 1099:8, 1112:24, 1113:2, 1117:3, 1120:24, 1121:6, 1129:2, 1130:8, 1132:19, 1133:5, 1134:1, 1134:5, 1134:7, 1134:14, 1158:13
**certifications** [8] - 1036:2, 1040:13, 1040:17, 1099:4, 1120:1, 1131:12, 1131:15, 1131:25
**CERTIFIED** [2] -

988:8, 988:9
**certified** [26] - 1023:16, 1027:4, 1027:15, 1028:12, 1030:16, 1030:17, 1030:19, 1030:23, 1031:1, 1031:8, 1031:9, 1031:13, 1034:10, 1038:8, 1039:21, 1074:25, 1075:2, 1075:3, 1088:15, 1089:16, 1089:17, 1089:18, 1101:19, 1113:4, 1115:10
**Certified** [3] - 1164:3, 1164:4, 1164:13
**certifies** [6] - 1023:23, 1034:18, 1100:6, 1113:7, 1115:5, 1131:18
**certify** [5] - 1027:4, 1030:25, 1089:16, 1146:12, 1164:7
**certifying** [4] - 1015:12, 1032:20, 1033:14, 1100:3
**Chain** [2] - 1005:21, 1058:16
**chain** [48] - 1003:4, 1003:8, 1003:10, 1003:12, 1003:22, 1004:4, 1004:6, 1004:10, 1004:14, 1005:13, 1005:16, 1006:11, 1006:12, 1006:16, 1006:21, 1006:22, 1006:25, 1008:2, 1008:12, 1009:2, 1020:4, 1021:19, 1023:7, 1023:8, 1023:15, 1024:6, 1025:8, 1025:20, 1026:7, 1026:10, 1026:19, 1030:18, 1037:25, 1039:19, 1047:23, 1050:16, 1053:16, 1053:23, 1054:20, 1065:5, 1065:8, 1068:20, 1070:1, 1071:19, 1071:22, 1106:17, 1107:23, 1110:23
**Chains** [1] - 1053:7
**chains** [1] - 1024:5
**chamber** [6] - 1141:18, 1141:21, 1141:25, 1142:2, 1142:6, 1142:17

**chambers** [1] - 1163:8
**chance** [2] - 1013:12, 1157:2
**Chandler** [2] - 1059:25, 1060:9
**change** [11] - 1013:15, 1014:7, 1014:9, 1042:9, 1042:15, 1043:16, 1043:23, 1044:3, 1050:12, 1123:15, 1125:8
**changed** [3] - 1043:3, 1043:22, 1089:15
**changes** [4] - 1013:15, 1014:24, 1123:16, 1123:18
**changing** [2] - 1046:14, 1046:15
**Changing** [1] - 1053:7
**channel** [2] - 1005:9
**chapter** [2] - 1072:23, 1085:12
**chapters** [1] - 1057:19
**character** [11] - 1056:9, 1057:5, 1059:24, 1060:9, 1061:14, 1061:15, 1062:3, 1062:8, 1062:12, 1062:17, 1067:20
**characteristic** [2] - 1063:11, 1144:19
**characteristics** [2] - 1137:7, 1137:13
**characterization** [1] - 1138:14
**characterize** [1] - 1156:24
**characterized** [1] - 1063:12
**charge** [2] - 1163:4, 1163:5
**charged** [3] - 1018:14, 1018:20, 1018:21
**charges** [2] - 1018:24, 1162:6
**charging** [1] - 1018:11
**check** [2] - 1031:3, 1061:22
**checked** [2] - 1029:21, 1029:22
**chemical** [3] - 994:18, 994:20, 1114:10
**chemist** [1] - 1010:1
**children** [2] - 1060:22, 1117:12
**China** [87] - 1004:24, 1005:5, 1007:21, 1008:13, 1010:23, 1011:20, 1012:5,

1019:21, 1021:10, 1021:20, 1022:1, 1022:9, 1022:25, 1028:21, 1029:11, 1029:25, 1032:3, 1035:20, 1038:17, 1041:23, 1042:12, 1048:15, 1048:22, 1049:6, 1053:7, 1053:14, 1053:16, 1053:21, 1054:1, 1054:9, 1054:23, 1054:24, 1055:21, 1056:17, 1056:20, 1057:6, 1057:9, 1058:3, 1058:20, 1059:11, 1059:14, 1059:16, 1059:17, 1059:19, 1060:4, 1060:11, 1060:16, 1060:20, 1061:12, 1062:15, 1063:3, 1065:1, 1065:24, 1065:25, 1066:3, 1066:4, 1066:8, 1066:12, 1066:14, 1066:15, 1066:19, 1067:1, 1067:22, 1070:23, 1071:13, 1076:5, 1076:15, 1076:18, 1076:23, 1077:2, 1077:7, 1077:17, 1079:2, 1079:17, 1079:20, 1079:21, 1086:8, 1093:8, 1094:3, 1096:7, 1096:13, 1096:25, 1106:9, 1110:10, 1111:2, 1129:7, 1139:12

**China's** [3] - 1053:23, 1054:5, 1054:17

**China/American** [2] - 1062:24, 1063:8

**Chinese** [69] - 993:19, 993:21, 995:17, 995:24, 996:6, 996:9, 997:3, 997:16, 997:17, 997:23, 998:19, 999:16, 999:23, 1000:4, 1000:8, 1000:10, 1010:24, 1015:17, 1019:2, 1044:7, 1045:11, 1046:2, 1046:18, 1049:6, 1056:7, 1056:8, 1056:22, 1057:14, 1060:21, 1078:8, 1078:20, 1078:24, 1079:9,

1079:12, 1079:14, 1079:15, 1080:24, 1082:15, 1083:12, 1083:15, 1088:23, 1089:23, 1093:25, 1094:25, 1095:4, 1095:6, 1095:20, 1096:1, 1096:9, 1096:19, 1096:20, 1096:25, 1110:5, 1110:12, 1110:19, 1113:6, 1135:22, 1136:5, 1137:8, 1137:14, 1137:17, 1139:16, 1139:23, 1140:5, 1146:14, 1147:16, 1155:21, 1155:23, 1160:24

**CHINESE** [1] - 986:5

**Chinese-government-licensed** [2] - 1080:24, 1082:15

**Chinese-made** [2] - 1110:5, 1110:19

**Chinese-manufactured** [2] - 1015:17, 1096:19

**CHINESE-MANUFACTURED** [1] - 986:5

**Chinese/American** [1] - 1062:4

**CHRISTOPHER** [1] - 987:3

**Circle** [1] - 992:10

**circle** [3] - 1068:18, 1068:23, 1069:14

**circumstance** [1] - 1035:6

**citizens** [3] - 1093:25, 1094:2, 1110:25

**civil** [1] - 1117:11

**CIVIL** [1] - 986:7

**claim** [1] - 1017:21

**claimed** [2] - 1080:22, 1082:13

**clarify** [2] - 1086:23, 1097:5

**class** [1] - 1060:25

**class-action** [1] - 1060:25

**clauses** [1] - 1091:23

**Clay** [8] - 1087:9, 1088:4, 1088:14, 1088:22, 1091:2, 1091:7, 1091:21, 1091:22

**clean** [1] - 1151:23

**clear** [19] - 999:6,

1022:12, 1025:5, 1033:14, 1036:24, 1043:15, 1088:20, 1096:6, 1096:13, 1097:18, 1098:17, 1114:7, 1127:10, 1130:17, 1130:21, 1136:21, 1146:2, 1153:10, 1160:25

**clearly** [1] - 1155:10

**CLERK** [6] - 991:7, 991:16, 991:24, 1085:9, 1116:3, 1116:11

**Clerk** [2] - 991:23, 1116:10

**clever** [1] - 1062:20

**client** [4] - 1012:8, 1012:10, 1012:19, 1083:10

**clients** [3] - 1005:14, 1006:4, 1072:7

**closed** [1] - 1087:4

**Coates** [1] - 1138:10

**codes** [2] - 1015:22, 1015:23

**COE** [1] - 987:21

**coin** [1] - 1064:21

**collection** [2] - 1031:19, 1034:3

**college** [1] - 1007:9

**combining** [1] - 1019:1

**comfortable** [1] - 1115:21

**coming** [3] - 996:8, 996:15, 1139:11

**comment** [1] - 1143:7

**comments** [1] - 1137:7

**commercial** [9] - 993:14, 993:17, 993:25, 994:1, 999:6, 999:15, 1031:23, 1052:11

**committed** [1] - 1057:24

**COMMITTEE** [1] - 986:17

**committee** [2] - 1150:16, 1150:19

**Committee** [1] - 1150:17

**committees** [1] - 1150:14

**common** [7] - 1139:11, 1152:4, 1152:7, 1153:7, 1153:9, 1159:17, 1159:24

**communicate** [1] - 1120:19

**communicated** [2] - 1072:8, 1120:21

**companies** [11] - 1005:24, 1028:24, 1061:22, 1064:10, 1071:13, 1072:1, 1076:22, 1080:3, 1081:19, 1145:6, 1147:6

**company** [80] - 999:2, 1005:25, 1009:14, 1009:16, 1011:10, 1012:7, 1015:7, 1015:11, 1018:16, 1018:23, 1019:3, 1024:10, 1024:21, 1024:24, 1024:25, 1026:1, 1027:21, 1028:7, 1028:9, 1028:12, 1044:10, 1045:3, 1047:14, 1053:6, 1053:10, 1053:13, 1053:20, 1055:7, 1055:9, 1056:15, 1057:11, 1060:3, 1060:11, 1060:13, 1060:20, 1061:19, 1062:9, 1062:14, 1063:3, 1065:1, 1066:8, 1066:19, 1070:16, 1071:4, 1072:1, 1072:4, 1072:6, 1076:1, 1076:6, 1076:7, 1076:14, 1077:7, 1080:18, 1080:25, 1082:9, 1082:16, 1083:10, 1089:21, 1093:20, 1094:2, 1096:2, 1096:4, 1096:19, 1096:25, 1100:16, 1121:14, 1127:20, 1127:21, 1129:22, 1131:17, 1134:19, 1135:12, 1140:20, 1156:3, 1158:2, 1158:13, 1158:17, 1158:21

**Company** [5] - 1048:9, 1098:10, 1118:15, 1129:21

**COMPANY** [1] - 987:21

**company's** [1] - 1056:17

**comparing** [1] - 1144:14

**competing** [1] - 1112:7

**competitive** [7] - 1112:4, 1140:9, 1140:11, 1140:15, 1140:18, 1140:20, 1142:13

**competitor** [1] - 1112:1

**complaints** [4] - 1120:6, 1127:15, 1137:8, 1137:10

**complex** [3] - 1059:16, 1146:17, 1146:20

**compliance** [8] - 1067:4, 1096:3, 1096:21, 1100:3, 1102:5, 1102:10, 1120:24, 1133:13

**compliant** [5] - 1031:13, 1097:11, 1097:20, 1101:2, 1101:15

**complied** [1] - 1067:18

**complies** [2] - 1109:24, 1135:16

**comply** [2] - 1103:21, 1159:8

**component** [1] - 1126:3

**components** [1] - 1004:21

**composite** [1] - 1118:9

**composition** [1] - 1143:18

**compounds** [1] - 1143:21

**COMPUTER** [1] - 988:13

**conceived** [2] - 1007:19, 1060:14

**concept** [2] - 1023:8, 1074:10

**concern** [4] - 1087:19, 1156:6, 1156:17, 1158:18

**concerned** [5] - 1096:25, 1107:14, 1113:3, 1113:5, 1113:6

**concerning** [1] - 1034:15

**concerns** [3] - 995:25, 996:14, 997:7

**concluded** [4] - 1085:2, 1115:14, 1130:4, 1163:19

concludes [2] - 1067:20, 1067:25
concluding [1] - 1104:7
conclusion [3] - 1064:6, 1103:19, 1155:10
Concrete [1] - 1150:17
concrete [2] - 1118:9, 1123:5
condition - 995:14
conditioning [1] - 1142:2
conditions [2] - 1142:2, 1142:3
conduct [3] - 1063:3, 1063:18, 1092:7
conducted [6] - 1016:19, 1079:8, 1092:19, 1105:23, 1107:3, 1140:10
conducting [1] - 1058:19
conduit [3] - 1012:8, 1012:13, 1012:18
conference [5] - 1085:2, 1115:18, 1128:24, 1130:4, 1161:20
conferences [1] - 1127:19
confirm [4] - 1028:24, 1033:4, 1104:16, 1146:15
confirmed [1] - 1028:15
conform [1] - 1066:23
conformance [4] - 1023:24, 1039:14, 1073:7, 1073:11
conformed [1] - 1045:16
conforming [1] - 1073:25
conformity [2] - 1075:5, 1075:10
conforms [5] - 1026:8, 1032:2, 1033:7, 1075:3, 1131:19
confused [2] - 997:25, 1123:2
confusion [1] - 1025:6
connection [2] - 1089:22, 1093:11
consider [10] - 1054:4, 1061:7, 1061:25, 1062:8, 1063:20, 1064:12, 1079:18, 1080:7, 1081:23, 1106:22

considered [2] - 1072:6, 1076:9
considering [1] - 1029:15
consistent [2] - 1088:11, 1132:1
consortium [2] - 1005:20, 1005:24
Consortium [1] - 1005:21
conspiracy [1] - 1096:8
constant [2] - 1142:2, 1142:4
construction [4] - 1011:25, 1117:9, 1117:10, 1118:8
consult [2] - 1125:1, 1125:7
consultant [6] - 1002:24, 1003:22, 1004:11, 1017:24, 1083:9, 1126:15
consulted [1] - 1125:3
consulting [15] - 1003:4, 1003:8, 1003:12, 1004:12, 1004:14, 1005:13, 1008:9, 1009:2, 1012:7, 1015:7, 1060:4, 1113:3, 1118:3, 1118:6, 1118:8
consults [4] - 1072:1, 1122:22, 1124:7, 1124:9
consumer [12] - 1008:5, 1048:12, 1048:13, 1050:25, 1051:1, 1051:12, 1052:14, 1052:25, 1053:3, 1053:5, 1073:8, 1110:16
consumers [2] - 1109:22, 1111:1
contact [2] - 1057:22, 1090:17
contacted [4] - 1089:21, 1089:25, 1090:2, 1090:5
contain [4] - 1007:22, 1035:17, 1041:23, 1042:12
containers [1] - 1092:22
contaminated [1] - 1109:16
content [1] - 1109:9
contents [1] - 1053:11
context [5] - 1064:10,

1096:4, 1110:21, 1110:24, 1152:23
continue [1] - 1059:15
CONTINUED [2] - 987:1, 988:1
continues [2] - 1059:11, 1059:14
contract [1] - 1009:17
contractor [5] - 995:15, 995:20, 996:12, 996:14, 996:25
contribute [1] - 1053:9
control [22] - 1012:9, 1025:9, 1053:13, 1063:22, 1072:7, 1072:10, 1072:14, 1073:1, 1073:2, 1073:6, 1073:11, 1073:14, 1073:17, 1074:5, 1074:8, 1074:10, 1074:18, 1075:4, 1109:25, 1110:6, 1160:7
controlling [4] - 1078:20, 1078:25, 1079:3, 1079:16
controls [1] - 1056:1
copper [1] - 1007:23
copy [4] - 1007:16, 1031:4, 1053:8, 1068:24
core [19] - 1107:9, 1139:19, 1139:21, 1143:8, 1143:10, 1143:12, 1143:14, 1143:15, 1143:16, 1143:20, 1144:1, 1144:5, 1144:9, 1144:12, 1144:20, 1144:22, 1144:23, 1145:3, 1145:9
corners [1] - 1061:24
corporate [1] - 1064:12
Corporation [3] - 1022:3, 1034:6, 1099:25
Correct [1] - 1113:11
correct [199] - 999:5, 999:9, 999:17, 1002:9, 1002:10, 1002:12, 1002:25, 1003:1, 1007:11, 1007:12, 1008:12, 1008:21, 1008:24, 1008:25, 1009:7, 1009:13, 1010:2, 1010:6, 1010:9,

1010:13, 1011:9, 1011:17, 1013:13, 1013:14, 1015:6, 1015:10, 1015:13, 1015:14, 1015:18, 1015:19, 1016:6, 1017:9, 1017:14, 1018:12, 1018:13, 1018:15, 1018:24, 1018:25, 1019:4, 1019:5, 1019:15, 1019:21, 1019:22, 1021:4, 1021:10, 1021:11, 1022:22, 1022:23, 1023:1, 1023:2, 1025:11, 1025:12, 1025:14, 1030:13, 1031:6, 1031:7, 1031:13, 1032:9, 1032:10, 1032:13, 1032:14, 1032:22, 1032:23, 1033:2, 1033:11, 1033:12, 1033:17, 1033:21, 1033:25, 1034:16, 1034:17, 1034:21, 1034:22, 1035:15, 1035:16, 1035:23, 1035:24, 1036:4, 1036:5, 1036:9, 1036:10, 1036:14, 1036:15, 1036:22, 1036:23, 1037:2, 1037:3, 1037:5, 1037:6, 1037:9, 1037:13, 1037:14, 1038:23, 1039:3, 1039:6, 1039:7, 1040:10, 1040:14, 1040:15, 1040:17, 1042:4, 1042:7, 1042:8, 1048:8, 1049:14, 1050:1, 1050:10, 1050:15, 1052:5, 1052:13, 1053:24, 1054:6, 1054:7, 1055:1, 1055:4, 1055:12, 1055:16, 1055:22, 1056:14, 1056:18, 1056:21, 1057:7, 1058:15, 1063:5, 1063:15, 1071:5, 1071:23, 1072:5, 1073:5, 1073:8, 1073:9, 1073:13, 1073:23, 1077:9, 1077:13, 1089:14, 1092:4, 1093:10, 1093:12, 1093:13, 1093:19,

1093:25, 1094:1, 1094:4, 1094:18, 1094:19, 1095:25, 1097:4, 1099:14, 1100:9, 1102:8, 1102:19, 1103:18, 1104:9, 1107:18, 1109:7, 1112:2, 1112:5, 1112:7, 1113:5, 1113:8, 1113:9, 1113:22, 1113:24, 1116:25, 1117:1, 1117:3, 1117:4, 1117:23, 1118:11, 1121:19, 1122:21, 1125:25, 1126:13, 1127:1, 1127:7, 1127:9, 1127:13, 1128:5, 1128:9, 1131:2, 1133:23, 1134:10, 1134:23, 1135:2, 1135:19, 1136:6, 1136:7, 1136:10, 1136:23, 1137:20, 1138:6, 1141:9, 1144:18, 1150:9, 1150:13, 1151:3, 1153:11, 1164:7
correction [1] - 1063:15
correctly [3] - 1052:9, 1059:18, 1092:5
corrosion [5] - 1007:23, 1041:24, 1042:14, 1043:19, 1114:23
corrosive [1] - 1044:8
cost [6] - 1005:8, 1059:17, 1063:20, 1064:13
Counsel [4] - 1001:12, 1115:15, 1121:24, 1130:5
counsel [3] - 997:22, 999:1, 1014:10, 1084:17, 1113:25, 1122:4, 1138:10, 1161:18, 1161:23, 1162:6, 1162:17
count [4] - 1109:23, 1110:8, 1110:18, 1111:1
countless [1] - 1058:4
countries [1] - 1059:17
country [8] - 1010:18, 1011:21, 1048:22, 1049:17, 1049:25, 1066:21, 1110:19,

1126:13
couple [6] - 994:3, 997:15, 1065:22, 1068:17, 1105:20, 1156:21
course [7] - 1063:2, 1064:5, 1064:7, 1076:13, 1076:25, 1077:10, 1105:7
Court [9] - 1130:11, 1161:23, 1163:10, 1163:15, 1164:4, 1164:5, 1164:6, 1164:14, 1164:15
COURT [70] - 986:1, 988:8, 991:4, 991:10, 991:15, 1000:16, 1001:11, 1001:15, 1001:18, 1001:21, 1020:6, 1020:13, 1020:16, 1041:4, 1041:8, 1041:9, 1041:12, 1081:14, 1084:12, 1084:24, 1085:3, 1085:6, 1085:10, 1085:14, 1085:17, 1115:15, 1115:20, 1115:24, 1117:14, 1117:18, 1119:12, 1119:19, 1121:7, 1124:17, 1124:22, 1125:14, 1128:22, 1128:25, 1129:8, 1129:17, 1130:2, 1130:5, 1130:9, 1130:11, 1132:8, 1132:10, 1138:8, 1138:11, 1138:15, 1141:2, 1147:24, 1148:23, 1149:11, 1151:15, 1152:10, 1152:14, 1157:18, 1158:6, 1158:25, 1159:22, 1161:7, 1161:15, 1161:17, 1161:22, 1162:2, 1162:23, 1162:24, 1163:3, 1163:12, 1163:16
court [4] - 1115:19, 1126:12, 1161:21, 1163:9
courtroom [6] - 991:9, 1041:6, 1041:11, 1085:8, 1085:16, 1163:2
COUSINS [1] - 987:21
cover [5] - 1056:9, 1058:1, 1058:12,

1058:13, 1075:22
coverage [1] - 1053:4
covered [1] - 1066:22
create [2] - 1003:19, 1062:3
created [5] - 1004:1, 1059:24, 1061:16, 1096:5, 1154:3
credentials [4] - 1007:2, 1008:24, 1026:16, 1026:18
credibility [2] - 1080:8, 1081:24
credit [13] - 1027:24, 1028:2, 1030:13, 1030:14, 1030:15, 1030:16, 1052:6, 1052:11, 1052:20, 1052:25, 1053:2, 1077:3, 1091:24
credited [1] - 1071:6
Crest [2] - 1048:18
critical [3] - 1058:20, 1064:18, 1065:5
critically [4] - 1051:16, 1101:25, 1106:18, 1149:23
cross [5] - 1041:13, 1124:17, 1129:10, 1149:13, 1151:1
CROSS [8] - 989:7, 989:12, 989:13, 989:19, 997:12, 1040:24, 1041:18, 1149:17
cross-examination [4] - 1041:13, 1129:10, 1149:13, 1151:1
CROSS-EXAMINATION [8] - 989:7, 989:12, 989:13, 989:19, 997:12, 1040:24, 1041:18, 1149:17
CRR [2] - 988:8, 1164:13
CTL [4] - 1116:23, 1118:3, 1121:15, 1125:2
cultural [3] - 1069:4, 1069:11, 1069:12
Cunningham [2] - 1059:25, 1060:9
Cunningham's [1] - 1060:3
curious [1] - 998:10
current [2] - 1010:25, 1012:25
curriculum [2] - 1012:22, 1013:7

custom [1] - 1131:13
customer [9] - 994:13, 994:24, 1004:16, 1005:2, 1005:12, 1025:3, 1029:2, 1058:21, 1120:6
customer's [3] - 1004:7, 1004:16, 1023:14
customers [13] - 992:21, 993:22, 993:24, 994:2, 999:19, 1000:9, 1004:3, 1004:7, 1026:5, 1120:10, 1127:19, 1159:11, 1160:1
customers' [1] - 1005:7
cutting [2] - 1061:23, 1123:17
CV [14] - 1008:17, 1008:23, 1013:21, 1014:6, 1014:18, 1014:22, 1014:23, 1015:5, 1121:16, 1122:6, 1122:7, 1122:9, 1122:10, 1125:8

**D**

D's [7] - 1064:15, 1064:21, 1065:10, 1065:17, 1070:21, 1071:16, 1071:16
D-O-N-A-L-D [1] - 1116:14
dad [1] - 1117:12
damaged [2] - 1026:5, 1044:17
dangerous [1] - 1061:24
DANIEL [1] - 987:7
data [8] - 1095:22, 1097:19, 1097:22, 1097:23, 1097:24, 1135:15, 1144:8, 1160:3
date [20] - 1018:22, 1019:10, 1020:24, 1098:3, 1102:20, 1102:24, 1103:14, 1103:15, 1104:24, 1105:5, 1105:7, 1105:15, 1105:18, 1105:25, 1106:7, 1106:16, 1153:20, 1154:1, 1154:3, 1154:4

dated [5] - 1083:25, 1084:4, 1085:24, 1086:4, 1099:25
dates [2] - 1106:9, 1107:5
DAVID [1] - 986:20
David [4] - 1080:15, 1082:6, 1088:22, 1100:5
DAY [1] - 986:11
deal [3] - 1005:8, 1128:6, 1128:10
dealing [10] - 1006:22, 1025:20, 1026:14, 1028:6, 1039:9, 1076:25, 1077:1, 1120:6, 1155:20, 1155:21
deals [1] - 1133:1
dealt [4] - 1027:21, 1028:24, 1097:15, 1127:15
December [10] - 1083:14, 1083:25, 1084:4, 1085:25, 1086:4, 1087:3, 1087:23, 1088:3
decide [1] - 1052:19
decision [5] - 1049:17, 1049:24, 1059:18, 1080:4, 1081:20
decisions [1] - 1059:19
defect [36] - 1007:22, 1021:16, 1024:3, 1032:13, 1041:24, 1042:5, 1042:13, 1043:7, 1043:8, 1043:18, 1043:23, 1043:24, 1044:7, 1044:8, 1044:15, 1045:2, 1045:11, 1046:3, 1046:17, 1100:12, 1113:13, 1113:21, 1114:4, 1114:5, 1114:8, 1139:3, 1143:17, 1146:6, 1146:8, 1146:9, 1146:15, 1147:9, 1149:3, 1149:8
defective [19] - 997:8, 1061:11, 1100:11, 1100:18, 1107:17, 1131:19, 1135:22, 1135:23, 1136:1, 1137:14, 1141:11, 1145:17, 1152:6, 1153:3, 1153:4,

1153:8, 1161:3
defectiveness [1] - 1102:10
defects [3] - 994:23, 1036:13, 1115:3
defendant [4] - 1017:20, 1018:3, 1018:7, 1041:21
defendants [1] - 991:13
deficiencies [2] - 1107:8, 1107:20
deficiency [1] - 1107:13
define [1] - 1073:21
defined [4] - 1065:8, 1073:6, 1123:1, 1126:2
definitely [2] - 996:1, 998:9
deflection [5] - 1108:2, 1108:5, 1108:11, 1141:20, 1141:25
defraction [1] - 1146:19
degassing [2] - 1113:17, 1114:22
degree [3] - 1003:21, 1065:9, 1125:18
degrees [2] - 1142:3, 1142:6
delivered [4] - 1008:5, 1063:20, 1064:13, 1102:18, 1103:4, 1103:20
delivering [2] - 1022:14
delivery [2] - 1068:10, 1102:20
demonstrates [1] - 1159:7
department [3] - 993:2, 1008:22, 1014:24
deposed [2] - 998:1, 998:10
deposition [21] - 989:9, 1001:4, 1001:14, 1001:17, 1001:23, 1002:12, 1015:21, 1020:2, 1020:19, 1041:16, 1085:21, 1087:9, 1093:14, 1094:10, 1104:5, 1104:11, 1104:14, 1104:24, 1106:13, 1161:24, 1162:8
Depot [2] - 1040:18,

1138:4
**DEPUTY** [6] - 991:7,
991:16, 991:24,
1085:9, 1116:3,
1116:11
**describe** [6] - 998:15,
1023:7, 1123:14,
1127:24, 1141:23,
1143:10
**described** [3] -
1025:21, 1036:25,
1123:6
**describes** [2] -
1121:13, 1121:16
**DESCRIPTION** [1] -
990:3
**description** [3] -
1014:21, 1014:23,
1123:9
**design** [10] - 1010:11,
1024:19, 1024:22,
1025:2, 1025:9,
1073:6, 1073:11,
1119:7, 1147:2,
1148:17
**designated** [1] -
1020:8
**designed** [8] -
1024:11, 1024:12,
1024:17, 1066:10,
1073:17, 1074:13,
1146:18
**designs** [1] - 1003:18
**despite** [1] - 1089:11
**destroyed** [1] -
1044:17
**detail** [1] - 1157:2
**detect** [1] - 997:22
**detected** [1] - 1113:14
**determination** [1] -
1076:10
**determine** [1] -
1016:19
**develop** [1] - 992:21
**developed** [1] -
1067:21
**developing** [1] -
1063:10
**Devon** [31] - 1011:2,
1011:7, 1011:15,
1011:18, 1011:23,
1012:2, 1015:15,
1016:7, 1016:15,
1016:18, 1017:6,
1017:10, 1017:11,
1017:15, 1017:16,
1018:1, 1018:5,
1018:14, 1018:17,
1019:10, 1020:23,
1078:7, 1093:12,

1104:5, 1104:7,
1104:10, 1104:14,
1104:24, 1105:4,
1106:13
**difference** [7] -
1034:22, 1036:24,
1067:3, 1067:5,
1067:13, 1073:15,
1125:10
**different** [20] -
1001:19, 1013:7,
1021:21, 1026:10,
1028:25, 1029:18,
1034:7, 1042:10,
1050:7, 1050:13,
1067:9, 1103:23,
1105:1, 1123:9,
1138:1, 1140:14,
1143:13, 1143:14,
1143:18, 1145:7
**differently** [1] -
1123:14
**difficult** [1] - 1083:17
**difficulties** [3] -
1081:9, 1085:5,
1085:18
**difficulty** [2] - 996:12,
1045:4
**diligence** [41] -
1010:22, 1012:4,
1029:14, 1030:7,
1060:15, 1063:19,
1064:16, 1064:17,
1064:19, 1064:24,
1065:2, 1065:3,
1065:14, 1065:15,
1071:16, 1071:17,
1071:21, 1079:23,
1079:24, 1102:1,
1110:3, 1110:4,
1110:18, 1111:10,
1111:19, 1115:6
**DIRE** [3] - 989:16,
1001:25, 1116:15
**DIRECT** [6] - 989:6,
989:11, 989:18,
992:3, 1021:5,
1130:15
**direct** [1] - 1149:14
**directed** [1] - 1148:4
**direction** [1] - 1097:16
**directly** [2] - 1037:1,
1155:21
**director** [1] - 1070:20
**disastrous** [1] -
1056:23
**disclose** [1] - 1009:18
**disclosing** [1] -
1083:4
**discover** [9] -

1012:24, 1044:15,
1045:1, 1045:6,
1047:4, 1047:5,
1115:3, 1148:12,
1148:17
**discoverable** [25] -
1042:13, 1042:20,
1043:3, 1043:7,
1043:8, 1043:9,
1043:11, 1043:16,
1043:18, 1043:20,
1043:23, 1043:24,
1043:25, 1044:2,
1044:8, 1045:5,
1045:12, 1046:3,
1046:15, 1046:18,
1114:4, 1114:7,
1114:9, 1114:16,
1114:19
**discovered** [3] -
1047:22, 1143:2,
1149:8
**discrepancy** [1] -
1089:12
**discuss** [2] - 996:24,
1163:9
**discussed** [2] -
1001:4, 1083:22
**discusses** [1] - 1064:1
**discussion** [8] -
998:11, 1008:7,
1017:10, 1068:9,
1080:14, 1082:5,
1088:3, 1096:10
**discussions** [1] -
1007:20
**disgust** [1] - 1061:14
**display** [1] - 1119:14
**dispute** [3] - 1107:19,
1108:8, 1108:17
**distinction** [1] -
1067:10
**distinguished** [1] -
1069:25
**distribute** [1] -
1077:19
**distributed** [5] -
1044:6, 1045:11,
1046:19, 1052:15,
1103:10
**distributing** [4] -
1011:11, 1053:14,
1053:21, 1078:19
**distribution** [15] -
1004:25, 1005:1,
1005:2, 1054:5,
1098:18, 1126:12,
1126:20, 1127:11,
1127:21, 1127:24,
1129:2, 1129:7,

1130:8, 1130:12,
1131:14
**distributor** [89] -
1007:21, 1010:22,
1011:7, 1019:2,
1019:20, 1021:9,
1021:24, 1022:4,
1023:12, 1024:4,
1025:23, 1025:25,
1026:6, 1026:14,
1026:22, 1027:3,
1027:8, 1027:10,
1028:19, 1032:16,
1032:25, 1033:3,
1036:20, 1037:11,
1037:23, 1038:5,
1039:2, 1039:4,
1039:10, 1039:12,
1039:13, 1040:5,
1040:12, 1040:17,
1041:22, 1042:11,
1042:22, 1047:3,
1049:2, 1049:12,
1050:4, 1050:5,
1050:8, 1050:9,
1050:14, 1050:18,
1051:5, 1051:7,
1051:10, 1051:22,
1054:15, 1070:1,
1071:19, 1072:4,
1072:11, 1074:3,
1074:21, 1074:22,
1074:23, 1096:1,
1096:18, 1096:23,
1097:13, 1097:17,
1104:7, 1106:5,
1110:5, 1112:9,
1112:23, 1113:4,
1114:3, 1114:12,
1115:2, 1115:8,
1127:12, 1130:18,
1131:8, 1131:10,
1131:11, 1133:9,
1134:17, 1137:3,
1137:15, 1146:24,
1147:6, 1156:18,
1158:12
**distributor's** [1] -
1079:23
**distributors** [17] -
1026:12, 1038:10,
1072:2, 1083:9,
1109:23, 1111:7,
1120:7, 1120:11,
1120:13, 1120:15,
1127:18, 1131:14,
1135:6, 1136:24,
1137:1, 1140:15,
1159:11
**District** [3] - 1164:6,
1164:15

**DISTRICT** [3] - 986:1,
986:2, 986:13
**doc** [1] - 1035:9
**DOCKET** [1] - 986:7
**doctor** [3] - 1002:17,
1002:19, 1117:22
**doctoral** [2] - 1117:11,
1117:12
**document** [34] -
1008:20, 1022:8,
1032:19, 1034:1,
1034:4, 1035:17,
1054:21, 1094:17,
1095:10, 1099:11,
1099:18, 1100:5,
1101:13, 1101:21,
1101:22, 1101:23,
1103:2, 1104:13,
1104:17, 1105:11,
1106:23, 1135:14,
1151:12, 1151:21,
1156:19, 1156:22,
1156:25, 1157:5,
1157:8, 1159:11,
1159:12, 1159:13,
1160:5, 1160:9
**DOCUMENT** [1] -
986:9
**documented** [2] -
1051:14, 1120:11
**documents** [18] -
1031:17, 1031:20,
1031:22, 1033:23,
1034:3, 1035:3,
1035:7, 1098:2,
1098:4, 1098:6,
1099:6, 1099:24,
1101:6, 1101:10,
1104:22, 1106:12,
1158:20, 1159:15
**dollars** [2] - 1019:14,
1021:3
**domestic** [8] - 1029:5,
1077:4, 1097:1,
1112:16, 1129:7,
1131:24, 1139:17,
1139:25
**domestically** [1] -
1097:25
**Donald** [1] - 1116:13
**DONALD** [2] - 989:15,
1116:8
**done** [41] - 1003:11,
1004:8, 1005:23,
1012:14, 1016:22,
1017:1, 1017:23,
1023:25, 1027:6,
1030:7, 1030:12,
1031:6, 1038:9,
1051:9, 1052:25,

1059:19, 1068:25, 1075:4, 1077:6, 1079:20, 1093:3, 1093:5, 1093:11, 1094:12, 1095:17, 1105:20, 1107:23, 1109:15, 1109:20, 1111:24, 1112:1, 1113:1, 1113:11, 1115:6, 1126:4, 1135:18, 1140:7, 1141:15, 1141:21, 1141:25

**down** [10] - 1004:6, 1019:7, 1039:13, 1039:19, 1068:13, 1105:4, 1105:18, 1124:11, 1144:5, 1144:9

**Dr** [73] - 989:9, 1001:14, 1001:23, 1002:4, 1002:5, 1002:21, 1009:1, 1009:6, 1011:23, 1012:17, 1017:17, 1019:18, 1020:2, 1020:4, 1020:19, 1021:7, 1040:22, 1041:1, 1041:16, 1041:20, 1045:25, 1046:24, 1054:13, 1056:10, 1070:14, 1075:24, 1080:17, 1082:8, 1085:21, 1088:2, 1094:16, 1095:19, 1098:16, 1101:6, 1105:10, 1106:17, 1109:18, 1109:22, 1110:25, 1111:18, 1113:23, 1115:12, 1116:1, 1116:17, 1116:24, 1117:5, 1117:22, 1118:11, 1121:5, 1121:11, 1122:22, 1123:10, 1124:7, 1124:9, 1125:6, 1130:6, 1130:17, 1131:6, 1135:20, 1149:6, 1149:10, 1149:19, 1150:21, 1151:3, 1151:24, 1152:2, 1153:4, 1153:11, 1154:8, 1156:6, 1159:3, 1160:22, 1161:4

**drafted** [1] - 1123:10

**Dragon** [2] - 1055:11, 1055:20

**dragon** [2] - 1056:6,

---

1057:3

**draw** [3] - 1067:10, 1068:23, 1124:11

**dried** [1] - 1114:18

**driver** [1] - 1027:3

**drop** [1] - 1091:23

**DRYWALL** [1] - 986:5

**drywall** [279] - 993:7, 993:10, 993:13, 993:16, 993:19, 993:21, 994:13, 994:15, 994:19, 994:21, 994:23, 995:20, 995:22, 995:24, 995:25, 996:6, 996:9, 996:11, 996:12, 996:15, 997:3, 997:7, 997:16, 997:17, 997:23, 998:19, 998:23, 999:7, 999:8, 999:16, 999:19, 999:23, 1000:4, 1000:8, 1000:10, 1007:21, 1007:24, 1010:8, 1010:12, 1010:17, 1010:24, 1011:7, 1011:11, 1011:16, 1016:16, 1016:20, 1017:3, 1017:8, 1017:13, 1019:2, 1019:20, 1021:9, 1021:14, 1021:15, 1021:17, 1021:22, 1021:24, 1022:1, 1022:19, 1022:21, 1022:25, 1023:11, 1023:17, 1025:10, 1025:14, 1025:17, 1027:20, 1027:25, 1028:3, 1028:4, 1028:10, 1028:13, 1028:15, 1028:19, 1028:21, 1029:3, 1029:5, 1029:13, 1029:20, 1029:25, 1030:1, 1030:2, 1030:11, 1031:6, 1032:9, 1032:21, 1033:4, 1033:19, 1033:23, 1034:15, 1036:3, 1036:12, 1037:1, 1037:4, 1037:7, 1037:15, 1038:6, 1038:11, 1038:12, 1038:20, 1039:2, 1039:22, 1041:23, 1042:12, 1043:8,

---

1044:7, 1045:11, 1045:16, 1046:2, 1046:18, 1046:19, 1046:23, 1046:25, 1047:21, 1048:5, 1048:13, 1048:14, 1048:16, 1048:20, 1048:22, 1049:1, 1049:3, 1049:6, 1049:10, 1049:13, 1049:16, 1049:20, 1049:21, 1049:24, 1074:24, 1075:9, 1075:24, 1076:14, 1077:2, 1077:12, 1077:14, 1077:16, 1077:19, 1077:23, 1079:9, 1079:15, 1079:25, 1080:4, 1080:19, 1081:20, 1082:10, 1083:12, 1083:16, 1088:5, 1088:23, 1089:7, 1089:23, 1090:14, 1090:19, 1091:13, 1092:19, 1095:22, 1096:1, 1096:5, 1096:9, 1096:19, 1098:9, 1098:17, 1099:8, 1100:11, 1101:9, 1103:3, 1103:9, 1103:19, 1104:8, 1107:2, 1107:8, 1108:20, 1108:22, 1109:1, 1109:5, 1109:17, 1110:12, 1112:5, 1112:7, 1112:9, 1112:17, 1113:7, 1113:17, 1114:19, 1118:24, 1119:2, 1119:4, 1119:8, 1122:24, 1122:25, 1123:2, 1123:5, 1125:21, 1125:22, 1126:2, 1126:3, 1126:6, 1126:8, 1126:9, 1126:22, 1126:24, 1127:16, 1128:14, 1128:15, 1128:18, 1130:18, 1130:19, 1130:22, 1130:25, 1131:4, 1131:8, 1131:11, 1131:12, 1131:18, 1131:19, 1132:23, 1133:9, 1134:21, 1134:22, 1135:7, 1135:10, 1135:14, 1135:22, 1136:5, 1136:11, 1136:14,

---

1137:3, 1137:7, 1137:8, 1137:14, 1137:17, 1137:19, 1137:22, 1137:24, 1137:25, 1138:2, 1138:20, 1138:21, 1138:23, 1139:16, 1139:17, 1139:23, 1140:5, 1140:8, 1140:10, 1141:10, 1143:11, 1145:9, 1145:17, 1146:4, 1146:5, 1146:14, 1147:17, 1149:19, 1149:20, 1150:18, 1150:19, 1152:4, 1152:6, 1153:3, 1153:4, 1153:7, 1153:8, 1155:21, 1156:18, 1158:13, 1161:3

**Drywall** [5] - 1076:4, 1076:19, 1076:20, 1076:21

**Ds** [2] - 1110:3, 1110:4

**due** [42] - 1010:22, 1012:4, 1029:4, 1029:14, 1030:7, 1060:14, 1063:18, 1064:16, 1064:17, 1064:19, 1064:24, 1065:2, 1065:3, 1065:14, 1071:16, 1071:17, 1071:21, 1079:23, 1079:24, 1102:1, 1110:3, 1110:4, 1110:18, 1111:10, 1111:19, 1115:6

**duly** [2] - 991:22, 1116:9

**Dun** [1] - 1029:22

**DUPLANTIER** [12] - 987:16, 991:13, 992:4, 997:10, 1000:17, 1000:19, 1001:9, 1020:3, 1020:10, 1085:11, 1129:12, 1163:11

**DUPLANTIER**............ .. [1] - 989:8

**DUPLANTIER**............ .... [1] - 989:6

**during** [13] - 995:6, 1017:16, 1073:22, 1073:24, 1077:21, 1077:23, 1078:18, 1090:4, 1091:12, 1092:3, 1092:8, 1093:1, 1136:11

---

**duty** [2] - 1129:4, 1129:5

## E

**e-mail** [17] - 1081:6, 1082:22, 1084:2, 1084:17, 1084:18, 1086:2, 1086:16, 1087:3, 1089:18, 1091:1, 1091:3, 1091:5, 1091:7, 1091:15, 1091:19, 1091:22, 1092:14

**e-mails** [8] - 1083:24, 1085:24, 1087:8, 1087:11, 1087:23, 1088:19, 1091:20, 1106:9

**early** [4] - 1013:4, 1091:10, 1091:11, 1136:9

**easier** [1] - 1077:5

**Eastern** [1] - 1164:6

**EASTERN** [1] - 986:2

**eaten** [1] - 1162:3

**educated** [1] - 1117:22

**education** [2] - 1009:6, 1150:7

**educational** [1] - 1003:13

**effective** [3] - 1003:20, 1064:2, 1064:8

**efficient** [1] - 1003:20

**effort** [1] - 1091:23

**eight** [2] - 1016:22, 1017:2

**EISELEN** [1] - 987:17

**either** [17] - 1000:12, 1050:4, 1050:13, 1069:13, 1070:4, 1087:9, 1098:4, 1109:20, 1131:22, 1136:25, 1154:2, 1154:4, 1155:15, 1162:2, 1162:3, 1162:7, 1163:11

**ELDON** [1] - 986:12

**electron** [1] - 1146:19

**elemental** [2] - 1139:14, 1146:20

**elements** [2] - 1058:20, 1143:21

**eleven** [1] - 992:25

**eliminated** [1] - 1151:10

**emphasis** [1] - 1075:5

**employ** [1] - 1040:6

**employed** [4] - 992:15, 992:24, 1009:23, 1094:2
**employee** [2] - 1009:14, 1093:18
**employees** [5] - 1093:8, 1094:25, 1095:7, 1095:11, 1095:21
**employs** [1] - 1009:16
**enables** [1] - 1008:1
**encourage** [1] - 1064:9
**end** [11] - 1004:14, 1039:24, 1040:4, 1047:20, 1047:25, 1048:12, 1052:7, 1074:24
**end-to-end** [1] - 1004:14
**ENERGY** [1] - 986:22
**engineer** [6] - 1002:24, 1009:9, 1009:12, 1009:19, 1009:21, 1009:23
**engineering** [9] - 1003:14, 1003:15, 1003:16, 1003:17, 1003:18, 1003:22, 1003:24, 1009:7, 1117:11
**engineers** [3] - 1009:15, 1009:16, 1009:24
**English** [1] - 1087:18
**ensure** [4] - 1026:7, 1027:12, 1031:10, 1040:9
**ensured** [3] - 1027:15, 1027:19, 1027:23
**ensuring** [1] - 1037:12
**enter** [1] - 1082:25
**entered** [1] - 1083:10
**enterprise** [1] - 1056:1
**enterprises** [1] - 1071:14
**Enterprises** [2] - 1056:3, 1056:4
**enters** [3] - 991:8, 1041:10, 1085:15
**entertain** [1] - 1117:11
**entertaining** [1] - 1058:18
**entire** [3] - 1017:23, 1062:18, 1074:17
**entitled** [9] - 1033:9, 1036:9, 1053:7, 1055:11, 1057:19, 1067:21, 1072:17, 1098:3, 1164:9

**entity** [3] - 1036:21, 1040:8, 1160:18
**environment** [3] - 1064:18, 1069:3, 1069:10
**environmental** [2] - 1080:20, 1082:11
**equal** [1] - 1101:10
**equipment** [3] - 1146:18, 1147:1, 1147:4
**equity** [3] - 1055:17, 1055:24, 1055:25
**equivalent** [1] - 1034:5
**especially** [1] - 1064:18
**ESQUIRE** [11] - 986:18, 986:21, 987:3, 987:4, 987:7, 987:11, 987:16, 987:16, 987:17, 987:22, 988:4
**essence** [1] - 1022:24
**establish** [2] - 1057:11, 1147:12
**established** [2] - 1025:22, 1050:17
**estimate** [2] - 1018:5, 1018:9
**etcetera** [3] - 1041:25, 1074:1, 1076:21
**evaluate** [1] - 1020:9
**evaluating** [2] - 1019:25, 1021:14
**evaluation** [2] - 1118:19, 1146:20
**evaluations** [1] - 1126:4
**event** [1] - 1162:19
**evidence** [13] - 1020:15, 1070:13, 1078:22, 1084:17, 1101:8, 1119:14, 1125:1, 1132:12, 1140:3, 1140:22, 1141:1, 1141:5, 1147:10
**evolved** [1] - 1007:19
**exact** [2] - 1034:8, 1113:21
**exactly** [7] - 1004:11, 1007:15, 1048:1, 1061:13, 1108:9, 1138:15, 1158:17
**EXAMINATION** [61] - 989:6, 989:7, 989:8, 989:10, 989:11, 989:12, 989:13, 989:14, 989:16,

989:17, 989:18, 989:19, 989:20, 992:3, 997:12, 1000:18, 1001:25, 1009:4, 1014:15, 1019:16, 1020:20, 1021:5, 1040:24, 1041:18, 1042:18, 1042:25, 1043:13, 1044:4, 1044:13, 1044:19, 1044:24, 1045:23, 1075:15, 1081:17, 1085:22, 1108:15, 1111:16, 1114:25, 1116:15, 1119:20, 1121:9, 1122:11, 1124:3, 1124:18, 1124:23, 1125:15, 1130:15, 1132:14, 1138:18, 1141:3, 1148:2, 1149:1, 1149:17, 1151:19, 1152:24, 1154:14, 1157:20, 1158:10, 1159:1, 1160:11, 1161:8
**examination** [5] - 1041:13, 1129:10, 1149:13, 1149:14, 1151:1
**examined** [2] - 991:23, 1116:10
**example** [11] - 1024:8, 1032:6, 1034:11, 1035:4, 1039:24, 1057:8, 1065:24, 1073:14, 1110:9, 1110:12, 1159:9
**exceed** [3] - 1034:19, 1038:18, 1047:17
**exceeded** [1] - 1037:18
**exceeds** [2] - 1035:21, 1038:2
**except** [4] - 1011:18, 1011:23, 1104:22, 1156:25
**excerpts** [1] - 1075:22
**excess** [1] - 1108:10
**exchange** [2] - 1087:23, 1091:20
**exclusively** [1] - 1128:11
**excuse** [2] - 1063:12, 1114:14
**excused** [2] - 1001:11, 1161:17
**executives** [1] - 1059:15
**exercise** [2] - 1010:22,

1065:2
**exercised** [2] - 1131:7, 1131:9
**exhibit** [10] - 1031:18, 1036:7, 1081:11, 1084:14, 1087:10, 1102:14, 1105:4, 1106:12, 1122:8, 1122:13
**Exhibit** [50] - 990:5, 990:6, 990:7, 990:8, 990:9, 990:10, 990:11, 990:12, 990:13, 990:14, 990:15, 990:16, 990:17, 990:18, 990:19, 1008:15, 1014:12, 1014:18, 1020:11, 1020:14, 1031:18, 1031:21, 1032:19, 1034:2, 1034:12, 1035:11, 1055:6, 1070:13, 1071:25, 1075:21, 1087:23, 1087:25, 1088:11, 1091:16, 1091:17, 1092:15, 1092:16, 1098:13, 1098:14, 1099:23, 1101:5, 1101:17, 1104:11, 1106:12, 1106:14, 1106:16, 1111:14, 1132:11, 1143:24, 1157:11
**exist** [7] - 1051:4, 1067:11, 1067:12, 1067:17, 1069:5, 1069:11, 1073:10
**existence** [4] - 1050:24, 1067:4, 1101:25, 1102:5
**existing** [2] - 1075:6, 1120:20
**expanded** [1] - 1005:23
**expect** [11] - 1029:21, 1039:17, 1039:18, 1039:24, 1040:2, 1048:13, 1048:21, 1048:24, 1112:12, 1114:11, 1137:2
**expectation** [1] - 1133:14
**expectations** [4] - 1012:10, 1072:7, 1072:11, 1074:6
**expensive** [1] - 1038:9
**experience** [35] - 993:7, 993:10, 994:19, 996:8,

996:18, 999:15, 1007:25, 1008:9, 1010:5, 1010:7, 1010:10, 1012:12, 1036:1, 1057:4, 1061:5, 1080:8, 1081:24, 1117:8, 1118:12, 1125:4, 1125:17, 1126:22, 1127:10, 1127:14, 1134:4, 1135:6, 1135:9, 1135:18, 1142:11, 1142:13, 1142:16, 1144:23, 1150:7, 1155:20, 1160:14
**experienced** [1] - 1027:20
**experiential** [4] - 1006:18, 1006:20, 1007:1, 1055:15
**experiments** [3] - 1146:18, 1147:2, 1148:17
**expert** [47] - 1001:16, 1002:8, 1009:2, 1010:3, 1010:20, 1010:21, 1011:19, 1011:24, 1012:3, 1012:23, 1013:4, 1013:17, 1014:19, 1015:16, 1015:20, 1015:21, 1016:8, 1017:2, 1017:19, 1017:22, 1017:25, 1018:11, 1018:16, 1018:24, 1019:2, 1019:3, 1020:4, 1020:7, 1045:8, 1045:9, 1046:21, 1062:4, 1062:24, 1063:8, 1078:6, 1093:7, 1093:11, 1106:25, 1116:25, 1117:2, 1121:5, 1126:12, 1127:24, 1129:1, 1129:25, 1130:7
**expertise** [9] - 1003:23, 1009:3, 1015:4, 1107:16, 1108:7, 1121:17, 1122:1, 1125:4, 1142:11
**experts** [4] - 1045:22, 1106:18, 1119:16, 1129:15
**explain** [4] - 993:12, 1105:22, 1124:22, 1124:25

explained [1] - 1112:3
explanation [2] -
   1096:15, 1106:1
explanations [1] -
   1106:3
export [3] - 1054:5,
   1054:17, 1096:5
exported [1] - 1096:12
expound [1] - 1005:18
express [1] - 996:14
expressed [1] -
   1049:8
extent [1] - 1127:15
EXTERIOR [1] -
   987:14
Exterior [58] - 992:16,
   992:24, 993:18,
   994:9, 1002:6,
   1014:17, 1019:19,
   1021:8, 1021:19,
   1022:7, 1022:19,
   1027:9, 1028:6,
   1028:20, 1028:23,
   1030:11, 1030:21,
   1031:4, 1031:12,
   1031:18, 1032:12,
   1033:24, 1034:6,
   1034:16, 1036:3,
   1036:13, 1037:8,
   1037:16, 1038:21,
   1039:17, 1039:19,
   1039:22, 1047:4,
   1100:2, 1111:19,
   1112:12, 1113:7,
   1113:18, 1114:2,
   1115:2, 1115:9,
   1131:7, 1131:17,
   1132:7, 1135:13,
   1135:21, 1136:4,
   1136:8, 1136:12,
   1137:2, 1140:4,
   1146:4, 1146:23,
   1147:7, 1147:8,
   1149:4, 1149:7,
   1159:4
extra [1] - 1053:3
extracted [1] -
   1109:17
extraction [1] - 1010:5


F

fabric [3] - 1024:11,
   1024:13, 1066:24
faced [4] - 1122:25,
   1128:15, 1137:25,
   1138:1
facilities [4] - 1026:23,
   1112:14, 1134:12,

1140:16
facility [4] - 1038:7,
   1121:2, 1152:5,
   1153:7
facing [1] - 1060:25
fact [49] - 999:18,
   1000:10, 1005:19,
   1007:18, 1009:14,
   1010:14, 1011:23,
   1013:24, 1015:11,
   1016:4, 1016:15,
   1017:7, 1026:9,
   1028:13, 1029:4,
   1031:13, 1033:5,
   1037:12, 1038:21,
   1040:4, 1042:20,
   1045:21, 1057:1,
   1057:19, 1060:25,
   1076:19, 1078:24,
   1081:3, 1082:19,
   1088:8, 1089:11,
   1090:13, 1092:19,
   1093:7, 1093:22,
   1094:24, 1100:11,
   1101:15, 1102:1,
   1104:17, 1113:1,
   1113:15, 1114:13,
   1114:15, 1134:24,
   1139:1, 1145:19,
   1158:17
factor [1] - 1076:10
factories [4] -
   1003:25, 1004:2,
   1026:15, 1086:9
factors [2] - 1129:13,
   1139:4
factory [6] - 1004:22,
   1030:22, 1086:9,
   1086:10, 1086:13,
   1087:5
Fahrenheit [1] -
   1142:6
failure [1] - 1110:22
failures [1] - 1060:13
fair [11] - 998:4,
   1092:11, 1126:25,
   1127:6, 1127:8,
   1128:12, 1151:5,
   1151:8, 1155:5,
   1155:6, 1156:24
fall [1] - 1089:22
FALLON [1] - 986:12
falls [1] - 1090:24
familiar [6] - 1140:11,
   1141:13, 1154:12,
   1154:16, 1154:17,
   1154:19
family [2] - 1076:22,
   1117:10
far [3] - 1000:21,

1005:14, 1117:18
fast [1] - 1151:25
faster [1] - 1162:17
favor [1] - 1096:12
fax [14] - 1104:24,
   1105:3, 1105:5,
   1105:15, 1105:18,
   1105:25, 1106:7,
   1106:16, 1153:20,
   1153:21, 1154:1,
   1154:3, 1154:4
faxed [1] - 1105:24
faxes [1] - 1106:8
February [10] -
   1013:19, 1102:21,
   1102:24, 1103:4,
   1103:15, 1103:16,
   1103:17, 1105:8,
   1105:23
federal [1] - 1110:9
fees [2] - 1018:16,
   1019:3
feet [2] - 995:6, 995:8
felt [2] - 1065:24,
   1088:8
Ferie [2] - 1091:21,
   1091:22
FERIE [1] - 1091:21
few [2] - 1031:17,
   1121:8
Fiber [1] - 1150:17
fiction [1] - 1061:2
field [10] - 1003:18,
   1003:23, 1009:2,
   1009:6, 1020:4,
   1020:8, 1106:17,
   1130:12, 1150:7
fielding [1] - 994:2
fields [1] - 1117:7
figure [3] - 1005:6,
   1114:24, 1146:22
file [6] - 1020:10,
   1106:7, 1156:2,
   1156:6, 1156:19,
   1156:22
files [1] - 1105:12
final [2] - 1037:10,
   1060:9
finally [1] - 1017:17
financial [1] - 1052:12
financially [1] -
   1052:21
findings [1] - 1094:21
fine [6] - 1066:2,
   1116:19, 1121:12,
   1122:9, 1129:17,
   1157:17
finished [3] - 1108:20,
   1162:11, 1162:12
fire [1] - 994:17

fired [1] - 1057:1
firm [7] - 1003:5,
   1030:5, 1055:24,
   1055:25, 1060:4,
   1092:21, 1123:7
FIRM [1] - 987:10
first [40] - 991:22,
   997:18, 997:19,
   997:20, 998:8,
   1013:6, 1014:7,
   1014:22, 1024:19,
   1031:17, 1050:18,
   1054:8, 1058:12,
   1058:13, 1063:6,
   1063:20, 1064:8,
   1064:13, 1065:22,
   1069:16, 1069:20,
   1070:10, 1076:3,
   1084:2, 1086:2,
   1087:8, 1089:25,
   1090:2, 1090:5,
   1091:4, 1091:7,
   1114:21, 1116:9,
   1122:15, 1123:22,
   1133:21, 1136:3,
   1142:1, 1157:4,
   1157:9
first-time-ever-
   happening [1] -
   1114:21
five [17] - 995:6,
   995:8, 1024:6,
   1025:4, 1025:7,
   1054:19, 1054:21,
   1065:4, 1065:10,
   1069:25, 1070:18,
   1070:19, 1071:19,
   1084:13, 1084:22,
   1085:4
five-minute [3] -
   1084:13, 1084:22,
   1085:4
five-step [8] - 1024:6,
   1025:4, 1025:7,
   1054:19, 1054:21,
   1065:4, 1069:25,
   1071:19
flag [1] - 1138:22
flow [6] - 1003:23,
   1003:24, 1004:2,
   1004:5, 1005:4,
   1005:10
fluorescence [1] -
   1146:19
foam [12] - 1117:25,
   1125:19, 1128:8,
   1139:7, 1139:8,
   1139:9, 1139:11,
   1139:12, 1139:22,
   1139:23, 1139:25

foams [2] - 1125:20,
   1125:21
Foams [1] - 1117:13
focus [6] - 1126:6,
   1130:18, 1136:3,
   1138:25, 1146:1,
   1146:3
focused [4] - 1006:16,
   1028:4, 1107:10,
   1114:3
focusing [2] - 1070:8,
   1159:10
folders [1] - 1151:10
folks [1] - 1162:21
follow [2] - 1054:15,
   1062:14
following [1] - 1032:5,
   1088:2
follows [5] - 991:23,
   1001:24, 1041:17,
   1081:16, 1116:10
FOR [3] - 986:17,
   987:14, 987:21
foregoing [1] - 1164:7
foreign [6] - 1010:17,
   1060:3, 1072:2,
   1074:4, 1109:23,
   1109:24
foreign-made [2] -
   1072:2, 1074:4
form [10] - 1036:2,
   1042:16, 1042:23,
   1044:1, 1044:11,
   1044:22, 1045:14,
   1073:19, 1075:12,
   1108:13
formal [3] - 1009:6,
   1010:10, 1010:13
formally [1] - 1020:3
forms [1] - 993:12
formulation [1] -
   1145:1
forth [1] - 1004:6,
   1023:17, 1029:17,
   1062:13, 1129:12,
   1132:2
fortunately [1] -
   1004:9
forward [4] - 1023:18,
   1091:23, 1115:21,
   1152:13
founder [1] - 1003:7
four [23] - 1023:15,
   1025:6, 1025:20,
   1026:6, 1026:12,
   1028:15, 1050:16,
   1054:3, 1054:19,
   1054:21, 1065:8,
   1065:11, 1065:12,
   1065:13, 1065:17,

1068:5, 1068:7, 1068:20, 1070:16, 1071:20, 1071:21, 1110:4
**four-D** [1] - 1071:20
**four-step** [13] - 1023:15, 1025:6, 1025:20, 1026:6, 1050:16, 1054:19, 1054:21, 1065:8, 1065:13, 1068:5, 1068:7, 1068:20, 1071:21
**four-steps** [1] - 1026:12
**fourth** [1] - 1027:23
**frame** [4] - 1090:4, 1090:16, 1156:9, 1156:21
**frames** [1] - 1097:3
**free** [2] - 1032:13, 1036:13
**Freight** [3] - 1083:15, 1084:3, 1086:3
**freshen** [1] - 998:13
**Friday** [1] - 991:2
**FRIDAY** [1] - 986:8
**friend** [1] - 995:15
**friends** [1] - 994:3
**front** [3] - 1055:19, 1058:1, 1121:22
**Frontlines** [1] - 1058:2
**fulfill** [2] - 1027:9, 1027:12
**full** [4] - 1026:2, 1050:21, 1084:15, 1089:5
**fully** [1] - 1051:6
**function** [1] - 1006:23
**furthermore** [1] - 1063:19

**G**

**G-U-A-N-X-I** [1] - 1057:15
**GAINSBURGH** [1] - 986:20
**GALLOWAY** [1] - 987:15
**Gamble** [1] - 1048:19
**Ganster** [5] - 1064:22, 1070:20, 1071:3, 1071:12, 1071:24
**gas** [4] - 1113:14, 1139:14, 1140:24, 1151:6
**gassed** [1] - 1141:11
**gasses** [2] - 1136:14,

1145:17
**gassing** [22] - 1007:23, 1041:24, 1042:13, 1043:19, 1044:7, 1044:16, 1045:12, 1045:18, 1046:3, 1046:17, 1113:14, 1136:2, 1136:14, 1138:25, 1139:3, 1140:23, 1143:1, 1145:24, 1146:6, 1146:9, 1147:12, 1148:9
**Geary** [4] - 1082:24, 1088:4, 1088:23, 1091:21
**Geary's** [5] - 998:24, 1087:9, 1091:2, 1091:7, 1091:22
**Gearys** [1] - 1092:6
**general** [3] - 1016:12, 1084:2, 1086:2
**gentleman** [1] - 1058:2
**gentlemen** [3] - 991:11, 1041:14, 1085:18
**GEORGE** [1] - 987:4
**GERALD** [1] - 986:21
**Germany** [3] - 1029:9, 1029:10, 1076:20
**given** [16] - 1002:18, 1005:15, 1014:6, 1018:9, 1042:6, 1045:20, 1083:16, 1095:16, 1106:19, 1107:1, 1113:2, 1129:9, 1142:11, 1156:3, 1157:6
**Glade** [3] - 998:11, 998:12, 998:13
**Gleeco** [3] - 1060:20, 1060:25, 1061:19
**Glendale** [2] - 992:12, 995:7
**global** [2] - 1020:4, 1077:5
**globally** [1] - 1097:25
**globo** [1] - 1098:13
**goals** [1] - 1064:12
**God** [2] - 991:19, 1116:6
**goodness** [1] - 1114:23
**goods** [4] - 1005:5, 1005:10, 1072:2, 1110:19
**government** [17] - 1078:8, 1078:15, 1078:20, 1078:24,

1079:2, 1079:4, 1079:13, 1079:14, 1079:15, 1080:24, 1082:15, 1110:9, 1110:17, 1110:22, 1111:1, 1113:7, 1134:13
**goy** [1] - 1035:13
**Grau** [3] - 1150:24, 1152:2, 1153:5
**GRAU** [73] - 987:16, 1001:13, 1001:16, 1001:19, 1002:1, 1009:1, 1014:14, 1019:17, 1020:17, 1021:6, 1040:22, 1041:2, 1042:16, 1042:23, 1043:5, 1044:1, 1044:11, 1044:18, 1044:22, 1045:14, 1075:12, 1084:11, 1084:13, 1084:21, 1108:13, 1111:17, 1115:1, 1115:12, 1116:1, 1116:16, 1117:17, 1117:19, 1119:15, 1119:18, 1119:21, 1121:4, 1122:6, 1122:9, 1123:23, 1124:15, 1125:13, 1129:1, 1129:25, 1130:6, 1130:10, 1130:16, 1132:13, 1132:15, 1138:9, 1138:12, 1138:17, 1138:19, 1141:1, 1141:4, 1146:2, 1148:1, 1148:3, 1149:2, 1149:10, 1152:11, 1152:17, 1152:19, 1152:21, 1152:23, 1157:17, 1158:5, 1158:7, 1159:2, 1160:12, 1161:9, 1161:14, 1161:16, 1162:1
**GRAU**................... [1] - 989:16
**GRAU**................... [2] - 989:14, 989:20
**GRAU**...................... - 989:11, 989:18
**great** [6] - 1055:22, 1059:17, 1116:20, 1125:3, 1150:23, 1162:12
**greater** [1] - 1110:21
**grew** [1] - 1117:10
**ground** [1] - 1063:21

**group** [1] - 1118:7
**Group** [3] - 1116:23, 1118:3, 1121:15
**growth** [1] - 1064:12
**guanxi** [1] - 1057:14
**Guanxi** [3] - 1057:16, 1057:17, 1057:19
**guess** [2] - 1106:2, 1141:23
**guests** [1] - 998:6
**Guidance** [1] - 1058:16
**guide** [1] - 1150:12
**Gulf** [1] - 1029:4
**Gulfport** [5] - 992:8, 992:9, 992:12, 996:2, 996:9
**gun** [1] - 1116:17
**gutted** [1] - 995:15
**guy** [2] - 1046:25, 1070:21
**guys** [1] - 1163:16
**Gypsum** [12] - 1107:3, 1107:12, 1107:24, 1118:15, 1118:17, 1127:3, 1131:18, 1131:22, 1134:4, 1134:5, 1135:9
**gypsum** [76] - 1010:3, 1010:5, 1010:8, 1010:12, 1029:6, 1029:11, 1032:12, 1033:10, 1033:15, 1034:18, 1034:20, 1036:12, 1075:8, 1080:23, 1081:3, 1081:4, 1082:14, 1082:19, 1082:20, 1084:7, 1086:7, 1086:8, 1095:5, 1100:6, 1100:17, 1108:11, 1108:21, 1109:1, 1109:4, 1109:12, 1109:13, 1109:16, 1114:22, 1117:2, 1118:9, 1121:5, 1122:25, 1124:9, 1124:20, 1125:1, 1125:3, 1125:4, 1125:6, 1125:9, 1127:16, 1128:1, 1128:10, 1128:11, 1128:13, 1128:15, 1129:1, 1130:7, 1130:9, 1130:10, 1130:14, 1131:13, 1131:14, 1132:20, 1136:13, 1137:25, 1138:1, 1139:9, 1143:13,

1143:19, 1144:22, 1144:25, 1146:11, 1151:2, 1151:6, 1154:25, 1155:3, 1155:5, 1155:9, 1160:5, 1160:10, 1160:23
**gypsum-based** [1] - 1125:1

**H**

**Habitat** [3] - 1147:11, 1147:15
**Halbach** [1] - 1153:2
**half** [6] - 993:15, 1033:10, 1033:15, 1119:1, 1127:2, 1131:4
**half-inch** [4] - 1033:10, 1033:15, 1119:1, 1131:4
**hand** [3] - 991:17, 1007:16, 1116:4
**handle** [1] - 999:7
**handled** [2] - 999:1, 1137:18
**handling** [2] - 1132:20, 1137:16
**happy** [2] - 1007:14, 1046:11
**hard** [3] - 1084:20, 1157:22, 1162:16
**hardcore** [1] - 1006:25
**hardly** [1] - 1079:18
**hat** [1] - 1050:8
**heading** [1] - 1063:7
**headquarters** [1] - 1029:8
**hear** [1] - 1019:7
**HEARD** [1] - 986:12
**heard** [7] - 1000:1, 1002:18, 1047:15, 1088:16, 1130:13, 1137:6, 1141:17
**hearing** [2] - 1061:11, 1061:19
**heartburn** [1] - 1098:1
**heavy** [1] - 1139:2
**held** [5] - 1114:20, 1115:18, 1118:18, 1128:24, 1161:20
**Help** [1] - 1005:4
**help** [12] - 991:19, 1005:6, 1005:7, 1005:8, 1006:4, 1046:12, 1053:5, 1053:15, 1053:22, 1083:11, 1116:6,

1120:18
**helped** [1] - 1120:19
**hereby** [1] - 1164:6
**HERMAN** [3] - 986:17, 986:18
**hi** [1] - 1121:11
**high** [1] - 1142:7
**higher** [1] - 1009:22
**himself** [2] - 1094:24, 1095:9
**hire** [1] - 1147:7
**hired** [7] - 1017:19, 1018:7, 1126:15, 1147:8, 1147:11, 1147:19
**historical** [1] - 1077:10
**hit** [1] - 997:4
**hold** [4] - 1010:3, 1055:18, 1119:10, 1119:11
**holding** [1] - 1017:2
**Home** [2] - 1040:18, 1138:4
**home** [11] - 996:22, 997:23, 998:7, 998:13, 999:10, 1000:20, 1001:2, 1001:6, 1023:14, 1158:15, 1162:10
**homeowner** [2] - 1048:2, 1048:21
**homeowners** [4] - 1000:4, 1011:10, 1021:17, 1048:24
**homes** [6] - 997:16, 999:23, 1007:23, 1044:17, 1110:13
**homework** [1] - 1094:12
**Honor** [18] - 1000:17, 1001:13, 1020:11, 1041:2, 1084:11, 1116:1, 1117:17, 1119:15, 1121:4, 1124:15, 1125:13, 1128:20, 1130:6, 1140:25, 1152:11, 1157:17, 1158:5, 1161:16
**HONORABLE** [1] - 986:12
**hook** [1] - 1052:23
**hope** [1] - 1088:17
**hopefully** [2] - 1002:19, 1162:14
**host** [1] - 1008:9
**hot** [1] - 1142:7
**hour** [2] - 1018:11, 1018:14

**hours** [2] - 1126:24, 1142:9
**house** [12] - 995:3, 995:6, 995:8, 995:10, 995:13, 995:17, 995:19, 996:11, 996:17, 996:18, 997:8, 999:4
**HOUSTON** [1] - 987:23
**Humanity** [1] - 1147:11
**humidification** [1] - 1108:11
**humidified** [4] - 1108:5, 1141:18, 1141:20, 1141:25
**humidity** [3] - 1142:4, 1142:7
**Hummel** [3] - 1046:24, 1109:18, 1161:4
**Hurricane** [1] - 1110:14
**hypothesis** [1] - 1148:13
**hypothetical** [1] - 1052:17

**I**

**idea** [9] - 1046:24, 1047:1, 1065:25, 1066:3, 1066:14, 1066:17, 1066:18, 1070:6, 1158:3
**identification** [4] - 1088:1, 1091:18, 1092:17, 1098:15
**identified** [8] - 1007:16, 1031:18, 1037:12, 1054:4, 1080:23, 1082:14, 1083:15, 1083:19
**identifies** [1] - 1086:9
**identify** [3] - 1008:15, 1034:2, 1153:16
**ill** [1] - 1060:14
**ill-conceived** [1] - 1060:14
**Illinois** [1] - 1116:21
**illustration** [1] - 1031:7
**immediately** [1] - 1001:5
**implement** [3] - 1054:12, 1055:2, 1069:24
**implementation** [3] - 1003:5, 1003:9,

1015:22
**implementations** [1] - 1060:15
**implemented** [1] - 1059:18
**implied** [1] - 1097:3
**import** [1] - 1111:20
**import/export** [1] - 1001:16
**importance** [3] - 1057:8, 1057:14, 1101:11
**important** [23] - 1007:1, 1027:6, 1051:16, 1052:20, 1054:4, 1062:8, 1062:13, 1066:20, 1072:6, 1072:10, 1076:10, 1094:16, 1101:7, 1101:12, 1101:18, 1101:21, 1101:22, 1101:23, 1101:25, 1106:18, 1149:23, 1150:3
**importation** [1] - 1126:20
**imported** [10] - 1021:22, 1022:17, 1044:6, 1045:10, 1046:2, 1046:19, 1049:25, 1061:12, 1103:10, 1155:23
**importer** [20] - 1019:20, 1021:9, 1021:23, 1022:3, 1022:6, 1022:10, 1030:10, 1033:19, 1036:17, 1037:23, 1039:1, 1049:9, 1049:12, 1050:4, 1050:8, 1072:4, 1083:7, 1111:20, 1126:18, 1130:19
**importer/distributor** [1] - 1050:14
**importers** [2] - 1072:2, 1129:4
**importing** [8] - 1007:21, 1021:20, 1041:22, 1042:11, 1090:10, 1126:12, 1126:15, 1126:20
**impression** [1] - 1153:19
**IN** [1] - 986:5
**inch** [8] - 993:15, 999:10, 999:13, 1033:10, 1033:15, 1119:1, 1131:4
**include** [7] - 1005:14,

1016:11, 1074:8, 1074:17, 1118:14, 1119:1, 1119:4
**included** [1] - 1075:13
**includes** [4] - 1008:18, 1058:20, 1111:7
**including** [5] - 1017:8, 1017:13, 1047:25, 1107:8, 1118:9
**incorrect** [1] - 1154:1
**incorrectly** [1] - 1059:19
**increased** [1] - 1078:9
**increasing** [1] - 1078:15
**incumbent** [4] - 1026:6, 1026:14, 1026:21, 1033:3
**independent** [6] - 1016:19, 1038:7, 1039:14, 1079:18, 1112:20, 1134:8
**independently** [2] - 1026:7, 1039:5
**Indiana** [1] - 1076:13
**indicate** [7] - 1069:22, 1081:2, 1082:18, 1138:20, 1139:22, 1141:10, 1143:16
**indicated** [5] - 1008:8, 1024:1, 1028:16, 1030:12, 1137:14
**indicates** [2] - 1035:22, 1145:23
**indication** [4] - 1038:12, 1113:13, 1139:2, 1145:21
**indicator** [1] - 1138:23
**indirectly** [1] - 1053:5
**individual** [1] - 1075:2
**Indonesia** [3] - 1030:1, 1076:21, 1090:10
**industrial** [8] - 1003:14, 1003:15, 1003:17, 1003:18, 1003:21, 1003:24, 1009:7
**industry** [31] - 1010:11, 1016:10, 1024:22, 1025:13, 1025:15, 1025:22, 1026:8, 1039:9, 1039:12, 1039:14, 1040:9, 1050:17, 1075:25, 1082:25, 1095:5, 1108:21, 1108:25, 1109:4, 1109:24, 1111:2,

1117:9, 1128:1, 1131:13, 1134:21, 1136:13, 1136:16, 1137:4, 1140:13, 1145:2, 1146:22, 1160:10
**industry-approved** [2] - 1108:21, 1108:25
**industry-established** [1] - 1025:22
**INEX** [147] - 999:22, 1000:5, 1000:12, 1007:20, 1008:14, 1011:10, 1011:14, 1014:14, 1019:24, 1021:13, 1021:23, 1022:4, 1022:12, 1022:15, 1023:20, 1024:2, 1028:4, 1029:1, 1029:12, 1029:18, 1029:20, 1031:15, 1032:5, 1034:2, 1034:5, 1034:8, 1041:21, 1042:6, 1042:10, 1042:21, 1043:9, 1043:12, 1043:18, 1043:24, 1043:25, 1044:3, 1044:6, 1044:8, 1044:9, 1044:15, 1044:16, 1045:1, 1045:10, 1045:12, 1046:1, 1046:3, 1046:6, 1046:16, 1046:18, 1046:22, 1047:3, 1049:9, 1049:12, 1049:18, 1049:20, 1050:4, 1050:8, 1050:9, 1052:6, 1052:7, 1052:12, 1052:15, 1052:20, 1052:23, 1053:3, 1053:25, 1054:14, 1054:21, 1054:22, 1054:24, 1065:13, 1068:20, 1075:25, 1076:11, 1076:17, 1076:19, 1076:25, 1077:2, 1077:7, 1077:10, 1077:14, 1077:19, 1077:23, 1078:18, 1078:22, 1079:2, 1080:3, 1080:8, 1080:18, 1080:23, 1081:7, 1081:19, 1081:24, 1082:9, 1082:14, 1082:23, 1083:4, 1083:15, 1084:1, 1086:1,

1088:4, 1088:8, 1088:20, 1089:7, 1089:11, 1089:21, 1089:23, 1090:9, 1090:13, 1090:18, 1091:2, 1091:11, 1092:6, 1092:7, 1097:8, 1098:5, 1098:20, 1100:10, 1100:21, 1103:10, 1105:11, 1105:12, 1107:22, 1107:25, 1109:19, 1109:23, 1111:8, 1114:19, 1121:22, 1121:24, 1122:5, 1124:5, 1129:20, 1135:25, 1140:10, 1148:15, 1154:13, 1156:1, 1156:18, 1157:12, 1157:25, 1158:1
**INEX's** [5] - 1022:16, 1023:22, 1045:15, 1049:24, 1102:1
**inferior** [1] - 1060:21
**influence** [1] - 1139:4
**inform** [1] - 1047:23
**information** [15] - 1004:5, 1005:11, 1012:8, 1035:17, 1053:15, 1053:22, 1062:9, 1079:22, 1087:20, 1089:15, 1104:25, 1105:16, 1106:19, 1120:19, 1120:22
**inject** [1] - 1129:22
**injured** [1] - 1060:22
**input** [1] - 1150:11
**inquire** [2] - 1109:19, 1151:7
**inquired** [1] - 1092:6
**inside** [2] - 1058:12, 1058:13
**inspect** [6] - 1090:14, 1090:19, 1091:8, 1091:24, 1092:21, 1093:1
**inspected** [2] - 1039:8, 1099:8
**inspection** [4] - 998:8, 1092:8, 1092:18, 1132:19
**installed** [3] - 996:11, 1007:24, 1049:1
**installing** [1] - 996:12
**installs** [1] - 1023:13
**instead** [2] - 1006:19, 1068:17
**instruction** [2] -

1095:13, 1095:17
**instructive** [1] - 1062:1
**insufficient** [1] - 1063:21
**Insulation** [7] - 1029:1, 1075:25, 1076:3, 1076:6, 1076:13, 1076:23, 1077:1
**INSURANCE** [1] - 987:21
**insurance** [2] - 1009:22, 1129:22
**Insurance** [4] - 1121:22, 1124:6, 1129:20, 1129:21
**integration** [1] - 1003:19
**intelligence** [1] - 1140:18
**intend** [1] - 1062:12
**intended** [2] - 1053:15, 1053:22
**intentionally** [1] - 1130:1
**interacted** [1] - 1127:22
**interaction** [1] - 1127:14
**interactions** [1] - 1058:4
**interest** [4] - 1078:20, 1078:25, 1079:3, 1090:23
**interested** [2] - 1096:24, 1159:18
**interesting** [4] - 1014:25, 1061:14, 1089:5, 1089:20
**interests** [1] - 1052:12
**interim** [2] - 997:6, 1089:18
**Interior** [58] - 992:16, 992:24, 993:18, 994:9, 1002:6, 1014:17, 1019:19, 1021:8, 1021:19, 1022:7, 1022:19, 1027:9, 1028:6, 1028:20, 1028:23, 1030:11, 1030:21, 1031:4, 1031:12, 1031:18, 1032:12, 1033:24, 1034:5, 1034:16, 1036:3, 1036:13, 1037:7, 1037:16, 1038:21, 1039:17, 1039:19, 1039:22, 1047:4,

1100:2, 1111:19, 1112:12, 1113:7, 1113:18, 1114:2, 1115:2, 1115:9, 1131:7, 1131:17, 1132:7, 1135:13, 1135:21, 1136:4, 1136:8, 1136:12, 1137:2, 1140:4, 1146:4, 1146:23, 1147:7, 1147:8, 1149:4, 1149:7, 1157:4
**INTERIOR** [1] - 987:14
**internal** [2] - 1144:15, 1160:7
**International** [7] - 1002:25, 1003:2, 1003:4, 1003:6, 1008:21, 1011:2, 1093:12
**Internet** [1] - 1013:23
**interpret** [1] - 1083:7
**interpretation** [1] - 1158:7
**interrupt** [1] - 1155:12
**intervening** [1] - 997:6
**interview** [2] - 1059:23, 1060:8
**introduce** [1] - 1020:10
**introduced** [3] - 1081:7, 1082:23, 1129:24
**introducing** [2] - 1080:17, 1082:8
**introduction** [1] - 1053:18
**invented** [7] - 1066:24, 1066:25, 1128:4, 1128:16, 1130:22, 1130:24
**inventing** [1] - 1127:5, 1127:6
**inventor** [1] - 1122:3
**inventory** [1] - 1005:6
**investigate** [2] - 994:20, 1026:23
**investigation** [3] - 1016:19, 1078:6, 1079:24
**invoice** [1] - 1031:23
**invoiced** [1] - 1018:19
**involve** [1] - 1015:8
**involved** [6] - 993:13, 999:12, 1000:7, 1000:9, 1003:8, 1011:2, 1011:7, 1015:12, 1038:1, 1065:13, 1079:5,

1093:9, 1119:7, 1127:6, 1146:17, 1150:10
**involves** [1] - 1011:25
**involving** [2] - 1011:20, 1068:20
**iron** [1] - 1143:20
**IRONS** [1] - 987:21
**IRPINO** [2] - 987:10, 987:11
**irrelevant** [1] - 1080:1
**issue** [15] - 1012:25, 1013:1, 1046:25, 1070:23, 1087:19, 1101:25, 1113:17, 1113:22, 1132:23, 1136:5, 1138:24, 1140:23, 1147:3, 1147:4, 1160:23
**issues** [7] - 1110:6, 1114:17, 1118:8, 1127:16, 1136:3, 1137:9, 1137:21
**items** [1] - 1024:16
**itself** [9] - 1015:8, 1026:21, 1051:5, 1072:4, 1081:7, 1082:23, 1098:1, 1139:19, 1143:15

## J

**J.W** [2] - 1084:4, 1086:22
**James** [11] - 989:9, 1001:14, 1001:23, 1002:4, 1006:15, 1006:24, 1020:2, 1020:19, 1041:16, 1072:18, 1085:21
**January** [2] - 1002:17, 1002:18
**January/February** [1] - 1070:23
**Jerry** [1] - 1020:3
**Jim** [5] - 1006:17, 1006:25, 1055:13, 1082:24, 1087:9
**job** [18] - 992:17, 992:19, 992:23, 993:6, 993:9, 1019:24, 1021:13, 1021:15, 1023:5, 1024:3, 1027:1, 1027:7, 1028:22, 1045:21, 1075:4, 1111:3, 1115:4
**JOHNSON** [1] - 987:15

**Joseph** [1] - 994:6
**journal** [1] - 1007:3
**JR** [1] - 987:16
**JUDGE** [1] - 986:13
**judge** [1] - 1129:12
**Judge** [1] - 1081:13
**July** [3] - 1098:4, 1107:4, 1107:12
**June** [2] - 1098:4, 1099:25
**JURORS** [2] - 1115:23, 1162:22
**jurors** [1] - 1129:9
**JURY** [1] - 986:12
**jury** [42] - 991:8, 992:7, 992:15, 993:12, 995:3, 1002:2, 1002:14, 1003:2, 1023:7, 1041:6, 1041:8, 1041:10, 1045:9, 1045:13, 1045:15, 1046:1, 1046:6, 1046:10, 1046:11, 1046:22, 1052:19, 1055:18, 1084:18, 1085:7, 1085:15, 1105:22, 1117:6, 1117:24, 1119:14, 1120:3, 1121:23, 1130:21, 1141:23, 1150:21, 1153:16, 1156:19, 1160:13, 1162:6, 1163:1, 1163:4, 1163:5
**Jury** [9] - 1020:7, 1085:3, 1115:20, 1143:10, 1148:24, 1149:13, 1161:22, 1162:15, 1162:24
**jury's** [1] - 1129:14

## K

**Katrina** [4] - 995:4, 995:7, 1029:4, 1110:14
**KATZ** [1] - 986:17
**keep** [4] - 1017:25, 1077:7, 1111:1, 1123:24
**KEVIN** [1] - 987:22
**key** [1] - 1008:2
**kind** [14] - 994:14, 999:10, 1016:9, 1016:13, 1031:2, 1054:15, 1062:20, 1076:18, 1077:11, 1087:18, 1109:19,

1139:8, 1160:9, 1160:18
**kinds** [2] - 1024:5, 1040:6
**Knauf** [80] - 998:21, 999:4, 1000:25, 1021:23, 1023:11, 1027:16, 1027:25, 1028:25, 1029:1, 1029:2, 1029:6, 1029:8, 1029:12, 1030:3, 1032:5, 1032:7, 1032:9, 1032:11, 1032:20, 1033:10, 1033:14, 1033:23, 1034:5, 1034:23, 1035:4, 1036:25, 1037:1, 1037:2, 1037:15, 1046:24, 1049:12, 1075:24, 1075:25, 1076:3, 1076:4, 1076:6, 1076:13, 1076:14, 1076:18, 1076:19, 1076:20, 1076:22, 1076:23, 1077:1, 1077:2, 1077:17, 1083:16, 1088:25, 1090:1, 1090:3, 1090:4, 1107:2, 1107:5, 1107:7, 1109:16, 1109:20, 1111:24, 1112:2, 1113:20, 1137:19, 1140:8, 1140:10, 1140:23, 1144:3, 1144:10, 1145:13, 1145:19, 1153:3, 1153:4, 1158:22, 1161:2, 1161:4, 1161:11
**knees** [2] - 1002:16, 1002:19
**knowing** [6] - 1103:7, 1103:11, 1103:12, 1139:17, 1148:15, 1148:18
**knowledge** [11] - 1000:13, 1006:20, 1055:15, 1079:5, 1102:11, 1102:13, 1107:22, 1109:21, 1142:25, 1145:16, 1146:23
**known** [4] - 1113:16, 1122:1, 1136:13, 1137:4
**KPT** [1] - 1158:22

# L

**LA** [7] - 986:19, 986:23, 987:12, 987:18, 988:5, 988:10, 1004:25
**lab** [18] - 1118:19, 1118:20, 1118:21, 1119:25, 1120:4, 1134:8, 1134:10, 1142:23, 1147:7, 1147:8, 1147:11, 1147:13, 1147:19, 1147:21, 1148:4, 1148:6
**label** [1] - 1099:22
**labeled** [8] - 1016:9, 1017:8, 1017:13, 1035:22, 1038:16, 1038:17, 1038:21, 1133:19
**labeling** [7] - 1034:24, 1035:1, 1035:2, 1035:7, 1035:8, 1035:18, 1047:20
**laboratory** [1] - 1114:10
**labs** [1] - 1134:11
**lack** [1] - 1060:14
**ladies** [3] - 991:10, 1041:14, 1085:18
**lading** [1] - 1022:8
**lady** [2] - 1084:19, 1087:16
**language** [3] - 1069:4, 1069:10, 1069:12
**large** [2] - 1027:20, 1160:10
**largest** [2] - 1029:13, 1029:24
**laser** [1] - 1122:14
**last** [17] - 1013:19, 1017:1, 1033:6, 1053:10, 1053:18, 1068:16, 1073:2, 1077:19, 1085:12, 1094:5, 1094:7, 1094:8, 1094:9, 1139:8, 1158:20, 1162:13
**late** [7] - 1003:11, 1083:14, 1083:25, 1085:25, 1088:3, 1090:13, 1136:6
**latent** [14] - 1007:22, 1021:16, 1024:3, 1041:24, 1042:5, 1042:21, 1043:3, 1043:16, 1043:20,

1043:23, 1046:15, 1100:12, 1114:4, 1139:3
**LAW** [1] - 987:10
**lawsuit** [1] - 1061:1
**lawyer** [2] - 999:2, 1126:11
**lawyers** [1] - 1046:14
**layers** [1] - 1060:11
**lead** [6] - 1068:9, 1138:8, 1138:10, 1138:12, 1149:13, 1149:14
**lead-time** [1] - 1068:9
**Leadership** [1] - 1006:21
**leadership** [1] - 1006:23
**leading** [8] - 1138:7, 1140:25, 1147:24, 1148:22, 1149:12, 1149:15, 1159:21, 1159:22
**leaking** [1] - 1126:6
**leap** [1] - 1055:22
**learn** [4] - 1007:2, 1013:12, 1057:5, 1059:15
**Learned** [2] - 1063:7, 1067:22
**learned** [4] - 1006:22, 1021:16, 1078:7
**learns** [3] - 1057:8, 1057:14, 1060:19
**least** [2] - 1047:14, 1149:20
**leave** [1] - 1081:13
**leaves** [5] - 1041:6, 1085:7, 1142:6, 1161:23, 1163:1
**left** [1] - 1035:24
**legal** [1] - 1017:19
**less** [6] - 1081:4, 1082:20, 1154:25, 1155:3, 1155:5
**lesser** [1] - 1065:9
**lessons** [2] - 1057:5, 1068:2
**Lessons** [2] - 1063:7, 1067:22
**Letter** [1] - 1098:3
**letter** [12] - 1000:12, 1027:24, 1028:2, 1030:13, 1030:15, 1052:20, 1052:24, 1053:2, 1077:3, 1091:24, 1101:20
**letters** [1] - 1098:8, 1098:12, 1098:16, 1098:21, 1099:7,

1099:12, 1100:2, 1100:20, 1100:21, 1101:4, 1102:9
**level** [4] - 1053:4, 1144:18, 1144:20, 1160:8
**Li** [8] - 1083:14, 1084:2, 1084:7, 1086:2, 1086:7, 1086:22, 1087:16, 1089:18
**Li's** [2] - 1087:2, 1089:18
**LIABILITY** [1] - 986:6
**license** [5] - 1086:18, 1086:24, 1087:4, 1087:17
**licensed** [10] - 1009:9, 1009:12, 1009:14, 1009:16, 1009:18, 1009:21, 1009:23, 1080:24, 1082:15, 1100:16
**licensing** [2] - 1088:3, 1089:12
**lighter** [2] - 1139:25, 1140:1
**likelihood** [1] - 1139:3
**likely** [1] - 1073:3
**likewise** [1] - 1012:2
**Limited** [2] - 1048:10, 1098:10
**line** [11] - 1000:20, 1005:10, 1030:13, 1039:13, 1048:23, 1052:6, 1052:11, 1103:9, 1153:25, 1154:9
**lines** [1] - 1124:11
**lingerie** [5] - 1024:10, 1024:11, 1024:12, 1024:14, 1056:15
**link** [2] - 1023:10
**links** [3] - 1004:17, 1023:9, 1026:10
**list** [8] - 1013:3, 1013:8, 1013:11, 1013:16, 1014:1, 1023:19, 1035:14, 1036:1
**listens** [1] - 1059:23
**lists** [1] - 1103:23
**literature** [1] - 1120:10
**litigation** [2] - 998:18, 998:25
**LITIGATION** [1] - 986:6
**live** [5] - 992:7, 992:11, 1002:21, 1116:20, 1116:21

**LLC** [1] - 1058:16
**load** [2] - 1031:8, 1075:2
**loading** [1] - 1092:22
**LOBMAN** [1] - 988:3
**logistics** [3] - 1063:22, 1115:15, 1161:18
**look** [24] - 1014:25, 1032:6, 1032:19, 1034:1, 1034:11, 1036:6, 1096:11, 1102:14, 1118:7, 1121:18, 1132:6, 1133:4, 1136:20, 1137:24, 1138:1, 1139:18, 1143:7, 1143:23, 1150:1, 1156:22, 1157:2, 1157:9, 1157:12, 1158:8
**looked** [14] - 1003:24, 1016:16, 1019:7, 1081:5, 1082:21, 1088:12, 1104:13, 1104:23, 1109:11, 1120:8, 1137:25, 1138:5, 1139:16, 1159:4
**Looking** [1] - 1122:14
**looking** [13] - 994:24, 1004:2, 1029:16, 1088:14, 1101:16, 1119:13, 1120:5, 1139:17, 1139:21, 1143:2, 1148:19, 1149:3, 1156:7
**looks** [6] - 1055:20, 1110:21, 1139:17, 1139:19, 1157:3, 1157:15
**lost** [1] - 1122:14
**loud** [1] - 1059:12
**LOUISIANA** [2] - 986:2, 986:7
**Louisiana** [3] - 1029:4, 1164:5, 1164:6
**love** [1] - 1097:2
**low** [6] - 1059:17, 1107:8, 1143:25, 1144:5, 1144:12, 1145:10
**low-cost** [1] - 1059:17
**Lowe's** [1] - 1138:4
**lower** [2] - 1088:24, 1145:3
**LP** [1] - 987:15
**LuNeng** [1] - 1109:15

# M

**machine** [2] - 1066:25, 1074:23
**machinery** [1] - 1024:13
**machines** [1] - 1066:11
**MAGAZINE** [1] - 987:11
**mail** [17] - 1081:6, 1082:22, 1084:2, 1084:17, 1084:18, 1086:2, 1086:16, 1087:3, 1089:18, 1091:1, 1091:3, 1091:5, 1091:7, 1091:15, 1091:19, 1091:22, 1092:14
**mails** [8] - 1083:24, 1085:24, 1087:8, 1087:11, 1087:23, 1088:19, 1091:20, 1106:9
**main** [7] - 1056:9, 1057:5, 1062:17, 1067:20, 1080:18, 1082:9, 1126:7
**maintain** [1] - 992:21
**maintained** [1] - 1008:20
**maintaining** [1] - 1058:20
**major** [2] - 1056:19, 1107:13
**majority** [1] - 1023:11
**makeup** [1] - 994:20
**managed** [1] - 1118:20
**management** [2] - 1064:3, 1073:3
**manager** [5] - 1084:3, 1086:3, 1094:24, 1118:3, 1118:6
**managing** [1] - 1070:20
**manufacture** [4] - 1010:11, 1024:24, 1025:13, 1079:8
**manufactured** [13] - 1015:17, 1028:10, 1028:13, 1028:16, 1030:11, 1032:12, 1033:11, 1033:15, 1036:12, 1096:19, 1135:7, 1136:12, 1161:3
**MANUFACTURED** [1] - 986:5

**manufacturer** [58] - 998:23, 1000:3, 1012:9, 1012:19, 1021:23, 1021:25, 1022:2, 1023:10, 1023:23, 1025:2, 1026:4, 1026:25, 1027:20, 1029:13, 1029:25, 1032:17, 1033:1, 1033:20, 1040:10, 1040:13, 1043:11, 1048:7, 1048:9, 1050:18, 1051:16, 1051:19, 1051:21, 1051:22, 1052:3, 1052:4, 1057:22, 1072:8, 1072:12, 1074:6, 1076:15, 1077:2, 1078:25, 1079:25, 1083:12, 1096:2, 1096:20, 1097:8, 1098:9, 1100:22, 1102:9, 1102:18, 1112:5, 1112:17, 1115:5, 1131:12, 1131:21, 1132:1, 1133:9, 1133:13, 1133:22, 1143:11, 1154:23, 1160:2
**manufacturer's** [10] - 999:23, 1000:2, 1027:1, 1027:7, 1035:23, 1038:16, 1051:12, 1134:1, 1134:25, 1160:15
**manufacturers** [16] - 1030:9, 1050:2, 1050:10, 1131:24, 1136:21, 1139:7, 1140:14, 1143:14, 1145:2, 1145:9, 1145:16, 1146:12, 1149:3, 1155:21, 1155:24, 1160:10
**manufacturers'** [1] - 1131:15
**manufacturing** [29] - 1004:22, 1011:12, 1015:8, 1024:21, 1053:14, 1053:21, 1056:1, 1056:16, 1056:20, 1056:23, 1057:12, 1060:21, 1074:18, 1092:3, 1092:9, 1092:19, 1117:3, 1120:1, 1121:5, 1126:8, 1126:24, 1129:2, 1130:7, 1134:12,

1139:5, 1152:5, 1153:7, 1159:13
**Manufacturing** [2] - 1072:18, 1075:23
**March** [6] - 1053:6, 1054:14, 1093:15, 1094:10, 1104:5, 1105:5
**mark** [12] - 1014:17, 1055:5, 1068:18, 1071:24, 1075:21, 1087:22, 1091:15, 1092:14, 1098:12, 1101:4, 1106:11, 1111:13
**marked** [14] - 1008:14, 1014:10, 1034:2, 1034:19, 1037:13, 1037:16, 1038:13, 1070:14, 1087:25, 1088:12, 1091:17, 1092:16, 1098:14, 1104:10
**market** [5] - 994:1, 1060:3, 1064:17, 1086:8, 1095:5
**marketing** [3] - 1008:22, 1014:24, 1132:19
**marking** [1] - 1068:17
**markings** [1] - 1133:1
**MASON** [1] - 987:7
**Master's** [1] - 1003:14
**material** [29] - 1010:8, 1012:4, 1015:13, 1026:21, 1027:4, 1027:6, 1032:16, 1032:25, 1036:14, 1038:6, 1066:10, 1068:17, 1074:4, 1074:12, 1074:22, 1075:8, 1075:11, 1075:19, 1083:11, 1108:21, 1109:1, 1109:4, 1109:9, 1118:3, 1118:6, 1118:8, 1118:12, 1122:3, 1146:20
**materially** [1] - 1139:15
**materials** [31] - 1004:20, 1010:17, 1010:23, 1011:20, 1011:25, 1012:19, 1016:11, 1024:25, 1026:23, 1026:24, 1032:13, 1037:24, 1061:24, 1074:9, 1082:25, 1083:5, 1100:16, 1109:20,

1111:8, 1118:1, 1118:2, 1118:9, 1118:10, 1119:23, 1122:23, 1124:8, 1125:1, 1143:19, 1146:21, 1150:7, 1155:23
**matter** [6] - 1010:21, 1011:6, 1015:16, 1050:3, 1050:6, 1164:9
**maximum** [1] - 1005:25
**McNamara** [6] - 1062:4, 1062:12, 1062:18, 1062:25, 1063:8, 1064:1
**McNamara's** [1] - 1065:19
**mean** [27] - 998:25, 1017:22, 1026:17, 1040:6, 1047:12, 1049:4, 1050:6, 1051:9, 1051:10, 1078:1, 1079:11, 1083:6, 1088:14, 1089:5, 1090:23, 1097:2, 1108:6, 1119:18, 1126:5, 1137:24, 1144:13, 1153:20, 1155:10, 1155:12, 1155:13, 1155:18
**means** [11] - 1055:14, 1060:13, 1086:23, 1087:5, 1128:4, 1133:21, 1135:21, 1135:25, 1143:18, 1149:6, 1149:7
**meant** [8] - 1023:7, 1047:20, 1047:23, 1076:5, 1095:2, 1114:8, 1159:10, 1159:12
**measures** [3] - 1108:4, 1142:8, 1142:9
**MECHANICAL** [1] - 988:12
**mechanical** [1] - 1125:20
**Mechanical** [1] - 1117:13
**media** [1] - 997:4
**medium** [1] - 1071:14
**medium-sized** [1] - 1071:14
**Meet** [1] - 1038:17
**meet** [8] - 1005:7, 1026:2, 1045:21,

1047:16, 1047:18, 1052:8, 1069:14, 1159:19
**meeting** [2] - 1031:3, 1096:13
**meetings** [1] - 1127:18
**meets** [8] - 1027:5, 1028:3, 1035:21, 1038:2, 1040:9, 1069:13, 1074:20, 1074:24
**Melissa** [4] - 1061:10, 1061:18, 1061:25, 1065:20
**members** [1] - 1093:24
**Members** [8] - 1020:7, 1085:3, 1115:20, 1148:24, 1149:13, 1161:22, 1162:15, 1162:24
**Memphis** [1] - 1005:1
**mentioned** [2] - 1034:24, 1052:6
**mentions** [1] - 1156:3
**mere** [1] - 1050:24
**MERIT** [1] - 988:9
**Merit** [2] - 1164:4, 1164:14
**met** [21] - 1027:25, 1034:19, 1037:17, 1037:18, 1038:13, 1045:21, 1050:22, 1050:25, 1051:6, 1051:23, 1052:3, 1052:16, 1052:18, 1052:23, 1053:1, 1053:4, 1080:14, 1082:5, 1095:21, 1101:9, 1112:24
**metals** [1] - 1118:9
**methods** [3] - 1016:1, 1016:5, 1103:20
**Metro** [39] - 1022:2, 1022:5, 1029:19, 1030:10, 1030:24, 1030:25, 1034:6, 1034:14, 1035:14, 1035:19, 1036:3, 1036:11, 1037:5, 1037:8, 1038:13, 1049:9, 1060:3, 1080:4, 1080:8, 1080:12, 1080:18, 1080:23, 1081:3, 1081:7, 1081:20, 1081:24, 1082:3, 1082:9, 1082:14, 1082:19, 1082:23,

1082:25, 1083:4, 1088:23, 1099:25, 1100:3, 1100:5, 1100:17, 1134:19
**MEUNIER** [29] - 986:20, 986:21, 1009:5, 1014:13, 1014:16, 1020:12, 1020:21, 1040:25, 1041:19, 1042:19, 1043:1, 1043:14, 1044:5, 1044:14, 1044:20, 1044:25, 1045:24, 1055:5, 1075:16, 1081:10, 1081:18, 1084:16, 1085:12, 1085:23, 1108:16, 1114:14, 1129:6, 1138:14, 1163:6
**MEUNIER**................ [1] - 989:10
**MEUNIER**................ .. [2] - 989:12, 989:13
**Michael** [3] - 1093:18, 1094:15, 1095:2
**microscopy** [1] - 1146:19
**mid-2006** [1] - 1136:5
**middle** [1] - 1065:21
**might** [2] - 1083:16, 1097:4
**mill** [2] - 1032:1, 1033:14
**Mill** [1] - 1033:9
**million** [2] - 1019:14, 1021:3
**mind** [5] - 1061:2, 1111:18, 1111:22, 1119:13, 1153:24
**minds** [2] - 1025:5, 1146:21
**mine** [2] - 1109:16, 1151:6
**minerals** [2] - 1143:19, 1143:20
**mines** [1] - 1151:2
**minimum** [6] - 1047:8, 1047:9, 1047:10, 1047:12, 1047:18, 1155:3
**mining** [3] - 1026:23, 1080:20, 1082:11
**minor** [1] - 1107:8
**minute** [4] - 1084:13, 1084:22, 1085:4, 1153:17
**minutes** [6] - 1041:5, 1085:11, 1161:24, 1161:25, 1162:1,

1162:8
**misspoke** [1] - 1019:6
**mistake** [5] - 1013:1, 1014:5, 1019:8, 1020:22, 1153:21
**MIT** [3] - 1117:11, 1117:22, 1125:18
**MIT-educated** [1] - 1117:22
**moisture** [1] - 993:16
**moisture-resistant** [1] - 993:16
**moment** [4] - 1115:16, 1117:14, 1119:12, 1152:10
**Monday** [7] - 1162:2, 1162:5, 1162:7, 1162:9, 1162:24, 1162:25, 1163:17
**money** [3] - 1004:5, 1005:11, 1066:18
**monitor** [1] - 1160:8
**monitoring** [3] - 1069:24, 1070:2, 1070:6
**month** [3] - 1013:17, 1088:19, 1088:22
**months** [5] - 1016:22, 1017:2, 1081:6, 1082:22, 1156:21
**MORGAN** [1] - 987:8
**morning** [8] - 991:10, 992:5, 992:6, 1013:6, 1083:18, 1083:22, 1083:23, 1162:9
**MORNING** [1] - 986:11
**Morrison** [10] - 1056:10, 1056:16, 1057:1, 1057:5, 1059:23, 1060:19, 1061:18, 1062:17, 1065:4, 1067:21
**Morrison's** [1] - 1061:10
**Moss** [2] - 1000:23, 1000:24
**most** [9] - 993:25, 1024:16, 1053:15, 1053:22, 1054:5, 1054:16, 1101:12, 1110:17
**mostly** [2] - 993:14, 999:6
**move** [11] - 992:13, 992:22, 996:19, 1004:24, 1004:25, 1005:3, 1046:13, 1138:16, 1152:13, 1154:21

moved [2] - 996:17, 996:19
**movement** [2] - 1003:23, 1003:25
**moving** [2] - 1001:5, 1004:18
**MR** [166] - 989:6, 989:7, 989:8, 989:10, 989:11, 989:12, 989:13, 989:14, 989:16, 989:17, 989:18, 989:19, 989:20, 991:13, 992:4, 997:10, 997:13, 1000:15, 1000:17, 1000:19, 1001:9, 1001:13, 1001:16, 1001:19, 1002:1, 1009:1, 1009:5, 1014:13, 1014:14, 1014:16, 1019:17, 1020:3, 1020:10, 1020:12, 1020:17, 1020:21, 1021:6, 1040:22, 1040:25, 1041:2, 1041:19, 1042:16, 1042:19, 1042:23, 1043:1, 1043:5, 1043:14, 1044:1, 1044:5, 1044:11, 1044:14, 1044:18, 1044:20, 1044:22, 1044:25, 1045:14, 1045:24, 1055:5, 1075:12, 1075:16, 1081:10, 1081:18, 1084:11, 1084:13, 1084:16, 1084:21, 1085:11, 1085:12, 1085:23, 1108:13, 1108:16, 1111:17, 1114:14, 1115:1, 1115:12, 1116:1, 1116:16, 1117:17, 1117:19, 1119:15, 1119:17, 1119:18, 1119:21, 1121:4, 1121:8, 1121:10, 1122:4, 1122:6, 1122:7, 1122:9, 1122:10, 1122:12, 1123:21, 1123:23, 1123:24, 1124:4, 1124:15, 1124:19, 1124:24, 1125:13, 1125:16, 1128:20, 1129:1, 1129:3, 1129:6, 1129:12, 1129:15, 1129:19, 1129:24,

1129:25, 1130:6, 1130:10, 1130:16, 1132:9, 1132:13, 1132:15, 1138:7, 1138:9, 1138:12, 1138:13, 1138:14, 1138:17, 1138:19, 1140:25, 1141:1, 1141:4, 1146:2, 1147:23, 1148:1, 1148:3, 1148:22, 1148:25, 1149:2, 1149:10, 1149:18, 1151:14, 1151:16, 1151:20, 1152:11, 1152:15, 1152:17, 1152:18, 1152:19, 1152:20, 1152:21, 1152:22, 1152:23, 1152:25, 1154:13, 1154:15, 1157:17, 1157:21, 1158:5, 1158:7, 1158:11, 1158:24, 1159:2, 1159:21, 1160:12, 1161:9, 1161:14, 1161:16, 1162:1, 1163:6, 1163:11, 1163:15
**MRC** [20] - 1022:3, 1022:10, 1022:13, 1029:23, 1030:5, 1031:2, 1034:6, 1049:8, 1049:22, 1079:1, 1081:5, 1082:21, 1089:16, 1099:25, 1100:20, 1101:4, 1101:19, 1102:10
**MRC's** [1] - 1023:5
**MRC/Taishan** [1] - 1034:25
**MSDS** [2] - 994:7, 994:13
**multichannel** [1] - 1005:8
**multiple** [1] - 1159:18
**must** [8] - 1035:3, 1035:4, 1035:20, 1047:11, 1050:18, 1060:12, 1075:19, 1105:25
**mystifying** [1] - 1059:14

# N

**NADER** [1] - 988:3
**nail** [5] - 1025:16, 1107:10, 1107:13,

1120:8, 1120:9
**name** [20] - 991:25, 1002:2, 1002:4, 1035:23, 1038:16, 1048:5, 1048:7, 1048:15, 1049:3, 1049:5, 1059:24, 1094:9, 1116:12, 1116:13, 1122:19, 1134:25, 1150:16, 1157:14, 1158:16, 1160:15
**names** [4] - 1094:5, 1094:7, 1094:8, 1094:12
**Nardone** [1] - 1058:14
**National** [2] - 1131:18, 1131:22
**native** [1] - 1056:12
**nature** [1] - 1128:8
**NC** [1] - 987:8
**necessary** [1] - 1111:20
**need** [20] - 1024:19, 1024:20, 1029:5, 1039:7, 1043:7, 1047:16, 1047:18, 1051:7, 1051:9, 1073:16, 1102:6, 1122:10, 1135:13, 1143:7, 1152:23, 1153:17, 1156:11, 1162:5, 1163:4, 1163:9
**needed** [1] - 1031:8
**needs** [4] - 1000:8, 1005:7, 1084:22, 1152:12
**negative** [1] - 1147:14
**negligently** [1] - 1011:11
**never** [19] - 1010:14, 1010:16, 1011:19, 1011:24, 1012:3, 1015:15, 1015:20, 1015:25, 1016:4, 1016:8, 1016:15, 1026:12, 1047:15, 1049:16, 1049:24, 1071:10, 1126:11, 1126:15, 1161:2
**NEW** [7] - 986:7, 986:19, 986:23, 987:12, 987:18, 988:5, 988:10
**New** [6] - 1022:14, 1022:15, 1022:21, 1023:3, 1055:24, 1107:3
**new** [11] - 1002:16,

1002:19, 1014:23, 1015:4, 1027:17, 1120:20, 1124:10, 1124:20, 1127:5, 1127:6, 1156:25
**NEWARK** [1] - 987:5
**newer** [1] - 1013:7
**news** [1] - 997:4
**next** [9] - 991:12, 1001:12, 1032:19, 1033:9, 1034:1, 1098:2, 1099:24, 1115:25, 1144:7
**night** [2] - 1012:24, 1162:13
**nine** [1] - 1062:23
**NJ** [1] - 987:5
**NO** [1] - 986:7
**nobody** [2] - 1107:25, 1162:3
**non** [2] - 1100:7, 1102:10
**non-defectiveness** [1] - 1102:10
**nondefective** [4] - 1034:20, 1100:6, 1100:8, 1101:2
**NOR** [1] - 1104:12
**NOR-PAC** [1] - 1104:12
**normal** [4] - 1077:4, 1077:9, 1137:22, 1138:1
**NORTH** [1] - 987:10
**North** [12] - 1002:22, 1056:13, 1121:22, 1124:6, 1129:20, 1129:21, 1129:25, 1131:14, 1139:6, 1140:14, 1146:12, 1160:10
**notation** [1] - 1142:14
**note** [1] - 1108:1
**noted** [1] - 1107:8
**nothing** [15] - 991:18, 1045:17, 1045:20, 1052:25, 1053:2, 1062:23, 1067:7, 1094:20, 1094:23, 1095:15, 1095:17, 1100:19, 1116:5, 1155:15, 1155:17
**notice** [3] - 996:21, 998:5, 1069:1
**noticed** [4] - 998:9, 998:17, 1001:5
**notifying** [1] - 1000:9
**novel** [12] - 1024:10, 1055:10, 1057:4, 1058:6, 1058:18,

1059:3, 1059:23, 1062:1, 1062:3, 1062:10, 1062:23, 1067:20
**novels** [3] - 1006:14, 1024:9
**November** [4] - 991:2, 1002:16, 1090:14, 1091:3
**NOVEMBER** [1] - 986:8
**Number** [35] - 990:6, 990:7, 990:8, 990:9, 990:10, 990:11, 990:12, 990:13, 990:14, 990:15, 990:16, 990:17, 990:18, 990:19, 1027:14, 1055:6, 1068:7, 1068:9, 1068:10, 1071:25, 1075:21, 1084:1, 1087:25, 1091:17, 1092:15, 1092:16, 1098:13, 1098:14, 1099:23, 1101:21, 1101:22, 1101:23, 1106:14, 1111:14, 1132:12
**number** [7] - 1007:3, 1013:15, 1068:12, 1098:23, 1105:13, 1151:15, 1158:17
**numbered** [14] - 1084:5, 1085:25, 1086:5, 1086:21, 1087:2, 1091:2, 1091:20, 1092:14, 1098:5, 1099:19, 1100:1, 1105:12, 1106:15, 1164:9
**numbers** [5] - 1068:18, 1068:23, 1078:11, 1104:11, 1105:1
**Numbers** [2] - 990:5, 1020:15
**numeral** [1] - 1059:6, 1059:8

## O

**o'clock** [1] - 1162:18
**O'KEEFE** [1] - 986:18
**oath** [2] - 991:23, 1116:10
**object** [10] - 1042:23, 1044:1, 1044:11, 1044:18, 1044:22, 1045:14, 1075:12,

1119:17, 1138:13, 1138:14
**objection** [19] - 1042:16, 1043:5, 1108:13, 1122:4, 1123:21, 1123:23, 1125:13, 1129:4, 1132:8, 1132:9, 1138:16, 1140:25, 1141:2, 1147:23, 1148:22, 1152:11, 1157:17, 1159:21, 1159:23
**objections** [1] - 1163:13
**objective** [3] - 1034:8, 1058:8, 1058:23
**obligated** [1] - 1115:2
**obligation** [3] - 1051:4, 1054:15, 1113:19
**obligations** [1] - 1025:23
**obliged** [1] - 1014:1
**observance** [1] - 1092:18
**observations** [1] - 1137:11
**observe** [3] - 1064:15, 1065:2, 1071:16
**observing** [1] - 1038:24
**obtain** [2] - 1021:14, 1050:21
**obtaining** [5] - 1007:21, 1026:2, 1041:22, 1042:11, 1051:8
**obviously** [2] - 1008:8, 1013:21
**occasion** [3] - 993:21, 994:20, 996:5
**occasions** [1] - 1135:11
**occur** [1] - 1107:24
**October** [5] - 1013:4, 1014:19, 1105:21, 1105:24, 1106:16
**odor** [2] - 1142:15, 1148:16
**OF** [2] - 986:2, 986:12
**off-gassed** [1] - 1141:11
**off-gasses** [1] - 1145:17
**off-gassing** [18] - 1007:23, 1041:24, 1042:13, 1043:19, 1044:7, 1044:16, 1045:12, 1045:18,

1046:3, 1046:17, 1113:14, 1136:14, 1138:25, 1139:3, 1140:23, 1145:24, 1146:6, 1146:9
**offer** [4] - 1020:3, 1020:10, 1020:12, 1070:13
**offered** [5] - 1011:19, 1012:3, 1015:16, 1016:8, 1018:2
**office** [2] - 994:2, 996:2
**OFFICER** [4] - 1041:9, 1085:6, 1085:14, 1162:23
**OFFICIAL** [1] - 988:8
**Official** [2] - 1164:5, 1164:14
**often** [2] - 1059:17, 1063:10
**on-line** [2] - 1005:10, 1048:23
**once** [6] - 1020:8, 1043:22, 1070:4, 1077:1, 1115:6, 1146:14
**one** [86] - 992:13, 995:7, 995:9, 997:18, 997:19, 997:20, 1004:16, 1005:9, 1008:18, 1010:24, 1010:25, 1011:2, 1011:18, 1012:25, 1013:2, 1013:3, 1013:15, 1013:16, 1013:19, 1015:3, 1015:15, 1024:1, 1024:8, 1024:9, 1028:6, 1032:4, 1034:22, 1036:24, 1045:5, 1046:13, 1050:4, 1057:19, 1057:21, 1059:19, 1060:5, 1060:6, 1061:20, 1062:17, 1067:10, 1069:15, 1072:18, 1076:23, 1076:24, 1080:3, 1081:19, 1094:20, 1095:10, 1095:14, 1097:18, 1098:16, 1098:21, 1099:1, 1099:6, 1099:11, 1101:12, 1103:3, 1103:14, 1104:13, 1104:23, 1106:3, 1107:10, 1107:14, 1110:8, 1114:8, 1122:1,

1123:15, 1124:2, 1126:1, 1128:20, 1133:12, 1148:21, 1150:15, 1150:25, 1151:24, 1154:1, 1156:8, 1157:24, 1157:25, 1158:1, 1158:13, 1159:4, 1160:24, 1161:1
**ONE** [2] - 987:17, 987:22
**ones** [6] - 1001:1, 1001:20, 1006:25, 1022:17, 1049:22, 1064:8
**open** [2] - 1076:25, 1077:8
**opened** [1] - 1142:17
**operated** [2] - 1083:21, 1088:6
**operating** [1] - 1077:8
**operation** [1] - 1022:15
**operations** [1] - 1063:10
**opinion** [12] - 1011:15, 1019:23, 1021:12, 1022:2, 1022:5, 1022:18, 1049:8, 1079:22, 1131:6, 1131:9, 1135:24, 1139:1
**opinions** [5] - 1106:20, 1106:23, 1129:3, 1135:20, 1149:20
**opportunistic** [2] - 1063:14, 1063:17
**opportunities** [2] - 1029:7, 1150:10
**opportunity** [5] - 1030:4, 1118:24, 1120:12, 1150:2, 1150:20
**opposed** [2] - 993:14, 1018:7
**optimistic** [2] - 1063:12, 1063:14
**options** [2] - 1154:4, 1154:6
**ORDER** [1] - 991:4
**order** [4] - 1031:14, 1048:22, 1054:4, 1148:12
**organization** [2] - 1079:7, 1079:9
**organizations** [2] - 1150:10, 1150:11
**origin** [1] - 1032:2
**original** [1] - 998:8

**originally** [1] - 1147:4
**Orleans** [5] - 1022:14, 1022:15, 1022:21, 1023:3, 1107:3
**ORLEANS** [7] - 986:7, 986:19, 986:23, 987:12, 987:18, 988:5, 988:10
**otherwise** [1] - 1035:3
**out-gassing** [4] - 1136:2, 1143:1, 1147:12, 1148:9
**outcome** [1] - 1056:24
**outgassing** [1] - 1136:20
**outlines** [1] - 1008:23
**outside** [6] - 992:18, 992:19, 993:4, 1108:7, 1115:18, 1161:20
**outsource** [1] - 1056:16
**outsourcing** [5] - 1056:7, 1056:8, 1066:9, 1067:1, 1067:8
**outward** [1] - 1159:10
**outward-focusing** [1] - 1159:10
**overall** [1] - 1004:4
**overrule** [2] - 1141:2, 1159:23
**overseas** [1] - 1026:15
**own** [13] - 1003:11, 1026:11, 1063:2, 1080:11, 1082:2, 1112:17, 1113:4, 1134:1, 1134:5, 1134:7, 1134:25, 1135:7, 1160:15
**owned** [9] - 1037:7, 1055:16, 1076:22, 1078:8, 1079:12, 1083:20, 1127:21, 1127:22
**owner** [6] - 995:16, 995:19, 995:21, 995:22, 1000:2, 1022:20
**owners** [1] - 999:2
**ownership** [4] - 1078:9, 1078:15, 1079:5, 1079:16
**owns** [2] - 1055:7, 1055:25

**P**

**p.m** [2] - 1163:1,

1163:18
**P40** [1] - 1155:8
**PAC** [1] - 1104:12
**packaging** [1] - 1132:19
**packing** [2] - 1035:14, 1036:1
**page** [49] - 1032:7, 1032:19, 1033:9, 1034:11, 1034:25, 1035:11, 1035:12, 1036:6, 1036:7, 1036:9, 1038:15, 1053:18, 1054:3, 1058:12, 1058:13, 1059:5, 1060:9, 1061:17, 1062:22, 1062:23, 1063:6, 1063:25, 1064:4, 1064:6, 1065:21, 1067:25, 1071:11, 1072:23, 1072:25, 1075:22, 1084:5, 1086:5, 1103:23, 1104:16, 1104:17, 1122:13, 1122:14, 1123:22, 1123:24, 1143:24, 1143:25, 1144:7, 1144:8, 1156:1
**PAGE** [2] - 989:3, 990:3
**pages** [1] - 1062:23
**panel** [9] - 991:8, 1041:10, 1085:7, 1085:15, 1118:2, 1132:20, 1154:25, 1163:1
**panels** [4] - 1146:11, 1155:3, 1155:5, 1155:16
**paper** [15] - 994:25, 1031:23, 1053:7, 1053:9, 1053:15, 1053:22, 1054:13, 1054:16, 1054:23, 1055:5, 1094:20, 1122:25, 1128:15, 1137:25, 1138:1
**paper-faced** [4] - 1122:25, 1128:15, 1137:25, 1138:1
**paperwork** [1] - 1034:7
**paragraph** [10] - 1053:18, 1059:10, 1060:10, 1061:18, 1063:6, 1064:5, 1065:22, 1122:15, 1124:2

**part** [27] - 992:23, 993:6, 993:9, 1005:13, 1008:12, 1012:11, 1014:4, 1045:18, 1064:1, 1068:5, 1069:19, 1070:7, 1070:9, 1075:9, 1078:6, 1104:1, 1107:11, 1110:19, 1117:20, 1121:1, 1129:5, 1136:9, 1141:17, 1142:10, 1143:21, 1143:22, 1152:15
**partially** [1] - 1055:16
**participated** [2] - 1015:25, 1127:18
**particular** [10] - 1005:15, 1009:3, 1030:20, 1034:15, 1069:2, 1069:6, 1106:6, 1132:4, 1145:5, 1157:5
**particularly** [6] - 1051:18, 1059:5, 1070:14, 1093:6, 1136:1, 1147:3
**parties** [2] - 1120:7, 1159:18
**partner** [4] - 1057:12, 1058:21, 1059:14, 1064:22
**party** [2] - 1017:20, 1112:20
**passed** [1] - 1012:18
**passing** [1] - 1012:8
**patented** [1] - 1128:3
**patents** [3] - 1119:10, 1119:11, 1128:10
**paused** [2] - 1020:2, 1084:10
**pay** [6] - 1009:22, 1028:2, 1052:7, 1052:24, 1069:2
**paying** [1] - 1069:6
**Peace** [1] - 1085:13
**peel** [1] - 1060:12
**peeling** [1] - 994:25
**people** [16] - 998:6, 998:8, 1003:19, 1004:8, 1004:9, 1040:7, 1048:25, 1057:21, 1062:1, 1096:7, 1097:1, 1110:13, 1127:22, 1131:3, 1149:14, 1149:15
**People's** [1] - 1032:3
**PEPPER** [1] - 988:8
**Pepper** [3] - 1164:3,

1164:12, 1164:13
**per** [3] - 1155:11, 1155:13, 1155:18
**percent** [15] - 1017:18, 1018:6, 1021:22, 1022:1, 1078:8, 1078:9, 1078:14, 1078:16, 1142:3, 1142:6, 1143:15, 1143:16, 1154:25, 1155:4
**percentage** [2] - 1018:2, 1143:12
**percentages** [1] - 1079:6
**perform** [11] - 1025:16, 1039:11, 1039:13, 1039:18, 1039:19, 1112:12, 1113:19, 1118:24, 1119:25, 1133:9, 1135:6
**performance** [14] - 1006:2, 1025:18, 1025:19, 1025:22, 1025:24, 1047:11, 1069:13, 1073:16, 1074:17, 1113:11, 1120:5, 1123:6, 1146:13
**performed** [4] - 1016:5, 1111:19, 1113:20
**performs** [1] - 1112:17
**perhaps** [1] - 1147:6
**period** [11] - 993:18, 995:10, 1077:21, 1077:23, 1078:4, 1099:15, 1103:16, 1118:20, 1136:11, 1137:1, 1147:8
**perpetuation** [1] - 1001:17
**person** [2] - 1037:7, 1040:8
**personal** [2] - 1000:13, 1057:22
**personally** [8] - 995:3, 999:1, 999:2, 1000:11, 1012:12, 1012:15, 1012:17
**personnel** [2] - 1147:1, 1147:2
**pertinent** [2] - 1016:16, 1075:7
**Ph.D** [8] - 1003:15, 1006:15, 1006:24, 1072:18, 1117:10, 1117:25, 1125:18, 1150:6

**phenomenon** [1] - 1148:14
**phone** [1] - 1000:13
**phrase** [2] - 1064:21, 1073:2
**phrased** [1] - 1042:1
**physical** [2] - 1137:6, 1137:13
**physically** [1] - 1139:16
**pick** [2] - 1030:4, 1156:1
**picked** [1] - 1000:13
**picture** [2] - 1070:25, 1122:17
**piece** [4] - 1005:22, 1094:20, 1142:1, 1153:22
**pieces** [1] - 1031:23
**pipe** [1] - 1023:18
**place** [8] - 1027:2, 1029:10, 1064:9, 1064:14, 1065:6, 1073:22, 1094:17, 1139:11
**Place** [2] - 992:12, 995:7
**Plaintiff** [6] - 1055:5, 1071:24, 1075:21, 1099:22, 1106:11, 1106:14
**plaintiff** [1] - 1018:8
**Plaintiff's** [21] - 990:6, 990:7, 990:8, 990:9, 990:10, 990:11, 990:12, 990:13, 990:14, 990:15, 990:16, 990:17, 990:18, 990:19, 1087:22, 1087:25, 1091:17, 1092:16, 1098:13, 1098:14, 1111:13
**Plaintiffs** [4] - 1101:4, 1156:7, 1156:20, 1157:24
**plaintiffs** [1] - 1044:17
**Plaintiffs'** [1] - 1157:10
**plaintiffs'** [1] - 1163:6
**PLAINTIFFS'** [1] - 986:17
**plan** [3] - 1069:24, 1070:2, 1070:7
**planned** [2] - 1008:6
**planning** [3] - 1004:17, 1004:19, 1008:9
**plans** [2] - 1003:18, 1144:18

**plant** [62] - 1004:24, 1004:25, 1011:12, 1031:1, 1031:8, 1057:22, 1079:9, 1079:15, 1083:20, 1086:17, 1086:24, 1087:16, 1087:20, 1088:4, 1088:5, 1088:9, 1088:16, 1088:21, 1089:8, 1089:9, 1089:15, 1089:17, 1089:23, 1090:1, 1090:7, 1091:12, 1092:3, 1092:8, 1093:1, 1093:8, 1093:17, 1094:16, 1094:21, 1094:25, 1095:3, 1095:4, 1095:6, 1095:7, 1095:22, 1095:23, 1096:7, 1097:9, 1097:11, 1097:15, 1097:19, 1098:18, 1101:17, 1107:3, 1153:3, 1159:8, 1159:13, 1159:15, 1159:19, 1160:1, 1160:5, 1161:2, 1161:4, 1161:5, 1161:11
**plants** [5] - 1054:25, 1075:1, 1083:15, 1089:13, 1160:24
**Plasterboard** [6] - 1048:9, 1076:14, 1076:18, 1098:9, 1157:15, 1158:22
**plastic** [3] - 1060:21, 1080:24, 1082:15
**play** [3] - 1001:14, 1020:16, 1021:19
**played** [2] - 1001:23, 1022:4
**plug** [1] - 1040:18
**PlugIn** [2] - 998:12, 998:13
**PlugIns** [1] - 998:11
**point** [31] - 995:2, 995:17, 999:22, 1001:22, 1020:1, 1020:14, 1020:18, 1041:2, 1041:15, 1045:6, 1054:8, 1054:10, 1062:18, 1068:11, 1069:8, 1075:19, 1081:8, 1081:15, 1084:9, 1085:1, 1085:20, 1110:24, 1115:13, 1115:17, 1128:23,

1130:3, 1132:11, 1133:24, 1143:1, 1148:18, 1161:19
**pointed** [1] - 1106:24
**points** [2] - 1054:4, 1054:16
**poor** [2] - 1060:15, 1111:1
**pops** [2] - 1120:8, 1120:9
**Port** [1] - 1022:15
**port** [1] - 1023:2
**portion** [2] - 1008:2, 1076:12
**positions** [1] - 1118:23
**possess** [1] - 1007:25
**possession** [1] - 1022:20
**possible** [1] - 1083:15
**potential** [1] - 1025:8
**PowerPoints** [1] - 1119:16
**POYDRAS** [4] - 986:22, 987:18, 988:4, 988:9
**Practice** [1] - 1005:21
**practice** [10] - 1004:1, 1005:13, 1005:20, 1069:3, 1069:9, 1131:13, 1133:18, 1135:11, 1135:12, 1140:13
**practices** [5] - 1005:14, 1006:3, 1006:5, 1009:3, 1020:5
**Precast** [1] - 1150:17
**preexisting** [2] - 1076:9, 1077:10
**preface** [2] - 1059:3, 1059:5
**prejudicial** [1] - 1129:23
**premiums** [1] - 1009:22
**presence** [3] - 1115:18, 1148:16, 1161:20
**present** [4] - 996:6, 1002:15, 1091:12, 1108:10
**presented** [1] - 1162:7
**president** [2] - 1003:7, 1058:16
**Press** [2] - 1055:7, 1055:10
**previous** [2] - 1125:2
**previously** [2] - 1010:21, 1138:9

**primarily** [1] - 1096:5
**principles** [1] - 1062:13
**print** [2] - 1054:8, 1054:10
**private** [3] - 1055:16, 1055:24, 1055:25
**problem** [21] - 996:24, 997:3, 1021:18, 1047:2, 1048:12, 1117:16, 1129:5, 1136:13, 1136:16, 1137:3, 1138:21, 1138:23, 1145:23, 1146:14, 1146:20, 1147:14, 1147:16, 1147:22, 1148:12, 1148:18, 1154:2
**problems** [10] - 999:16, 1047:21, 1056:19, 1056:22, 1057:2, 1120:9, 1120:17, 1126:6, 1127:16, 1127:20
**procedures** [1] - 1073:25
**proceed** [2] - 1091:8, 1091:23
**proceeding** [2] - 1001:22, 1041:15
**proceedings** [16] - 1020:1, 1020:14, 1020:18, 1081:8, 1081:15, 1084:9, 1085:1, 1085:20, 1115:13, 1115:17, 1128:23, 1130:3, 1132:11, 1161:19, 1163:18, 1164:9
**PROCEEDINGS** [3] - 986:12, 988:12, 991:1
**process** [27] - 995:16, 995:21, 1003:19, 1004:23, 1015:8, 1025:4, 1025:7, 1025:8, 1029:16, 1050:17, 1057:4, 1064:7, 1064:15, 1064:20, 1065:13, 1066:24, 1066:25, 1068:5, 1070:3, 1073:16, 1073:19, 1073:24, 1092:9, 1092:19, 1093:2, 1126:24, 1131:14
**processes** [6] - 1004:17, 1010:8, 1054:12, 1055:3, 1073:7, 1139:6

**Procter** [1] - 1048:19
**produce** [9] - 1027:1, 1074:19, 1088:9, 1108:12, 1145:16, 1153:3, 1160:6, 1160:8, 1161:12
**produced** [10] - 1012:21, 1013:6, 1088:24, 1090:15, 1090:20, 1091:9, 1095:22, 1099:8, 1103:3, 1159:25
**PRODUCED** [1] - 988:13
**producer** [2] - 1133:12, 1133:14
**producer's** [1] - 1133:21
**produces** [1] - 1159:16
**producing** [5] - 1030:22, 1101:17, 1152:5, 1153:8, 1159:10
**product** [148] - 992:22, 1004:5, 1004:19, 1008:3, 1008:4, 1015:9, 1015:17, 1016:1, 1016:4, 1016:8, 1016:13, 1017:8, 1017:13, 1022:9, 1022:12, 1022:13, 1022:14, 1022:17, 1023:12, 1023:13, 1023:16, 1023:21, 1023:24, 1024:1, 1024:3, 1024:7, 1024:15, 1024:20, 1024:21, 1024:25, 1025:1, 1025:7, 1025:10, 1025:16, 1025:21, 1025:23, 1026:1, 1026:4, 1026:7, 1026:15, 1026:20, 1026:22, 1027:1, 1027:10, 1027:15, 1027:16, 1029:17, 1030:16, 1030:17, 1030:19, 1030:22, 1031:1, 1032:1, 1032:16, 1033:7, 1034:9, 1036:21, 1036:22, 1038:2, 1039:10, 1039:11, 1039:21, 1040:11, 1040:12, 1044:9, 1045:2, 1046:7, 1047:24, 1049:4, 1052:24, 1053:14,

1053:21, 1053:25, 1054:23, 1056:23, 1058:21, 1060:20, 1063:18, 1065:1, 1066:9, 1066:11, 1066:14, 1066:20, 1066:22, 1067:12, 1069:2, 1069:7, 1069:12, 1073:7, 1073:11, 1073:12, 1073:17, 1073:18, 1073:19, 1074:4, 1074:6, 1074:13, 1074:14, 1074:15, 1074:16, 1074:19, 1075:1, 1075:13, 1078:2, 1088:10, 1088:15, 1089:16, 1090:19, 1091:8, 1091:24, 1096:24, 1101:17, 1101:19, 1102:6, 1106:18, 1107:6, 1107:20, 1109:23, 1109:24, 1110:5, 1110:23, 1111:21, 1112:24, 1113:4, 1114:10, 1114:12, 1114:17, 1115:3, 1115:9, 1120:10, 1125:3, 1127:19, 1134:11, 1134:12, 1136:1, 1136:8, 1137:1, 1137:3, 1145:1, 1159:19
**production** [7] - 1073:22, 1073:24, 1091:12, 1102:24, 1103:9, 1126:8
**PRODUCTS** [1] - 986:5
**products** [38] - 994:10, 994:16, 1010:12, 1020:5, 1023:19, 1056:17, 1057:6, 1061:11, 1063:13, 1080:19, 1082:10, 1108:20, 1110:9, 1111:2, 1112:18, 1118:24, 1119:5, 1119:8, 1120:1, 1120:20, 1120:22, 1125:4, 1127:5, 1127:6, 1127:17, 1128:3, 1128:4, 1128:11, 1128:13, 1130:24, 1131:16, 1132:20, 1140:12, 1140:21, 1155:1
**profession** [1] -

1002:23
**professional** [11] -
1009:9, 1009:12,
1009:15, 1009:16,
1009:18, 1009:21,
1009:23, 1017:24,
1017:25, 1072:19,
1117:8
**professionals** [1] -
1118:7
**professor** [1] - 1007:9
**profitability** [1] -
1064:12
**projects** [3] - 1005:4,
1080:20, 1082:11
**prompt** [1] - 1153:10
**proof** [2] - 1031:7,
1051:8
**properly** [12] - 1008:3,
1015:17, 1016:9,
1017:8, 1017:13,
1037:12, 1051:14,
1051:21, 1052:3,
1057:6, 1073:17,
1115:10
**properties** [6] -
1120:11, 1159:8,
1159:9, 1159:15,
1159:25
**protect** [3] - 1047:20,
1050:24, 1052:25
**protected** [3] -
1030:18, 1110:16,
1110:17
**protecting** [1] -
1053:3
**protection** [3] -
1052:7, 1052:11,
1052:14
**protects** [2] - 1050:25,
1052:20
**protocols** [1] - 1016:1
**proven** [3] - 1007:22,
1041:23, 1042:12
**provide** [11] - 1002:8,
1004:13, 1004:14,
1005:11, 1013:10,
1095:24, 1096:3,
1096:21, 1099:12,
1116:24, 1135:9
**provided** [8] -
1012:23, 1014:18,
1031:4, 1097:25,
1133:6, 1133:17,
1134:2, 1160:19
**provides** [1] - 1133:15
**providing** [4] - 1062:9,
1133:22, 1134:18,
1160:3
**prudent** [29] -

1007:20, 1019:20,
1019:24, 1021:9,
1021:13, 1028:18,
1030:7, 1032:25,
1033:19, 1036:17,
1036:20, 1037:11,
1037:23, 1038:4,
1039:1, 1041:22,
1042:11, 1042:22,
1043:3, 1044:10,
1045:3, 1074:3,
1096:1, 1096:18,
1097:13, 1097:17,
1114:3, 1114:12,
1115:8
**prudently** [3] -
1011:15, 1076:11,
1104:7
**publications** [8] -
1008:18, 1013:3,
1013:8, 1013:12,
1013:16, 1013:18,
1014:2, 1125:23
**published** [11] -
1006:6, 1007:3,
1007:7, 1010:14,
1010:16, 1053:7,
1053:10, 1055:10,
1072:20, 1119:22,
1119:23
**pull** [6] - 1025:17,
1084:22, 1089:6,
1107:10, 1107:13,
1143:6
**purchase** [10] -
1022:11, 1022:12,
1030:12, 1035:3,
1035:6, 1035:9,
1049:18, 1133:17,
1133:25, 1140:14
**purchased** [10] -
1022:6, 1027:25,
1028:21, 1035:18,
1036:3, 1037:1,
1037:4, 1136:4,
1136:12, 1149:4
**purchasing** [1] -
1146:4
**Purdue** [1] - 1003:16
**pure** [1] - 1143:13
**purity** [23] - 1103:25,
1104:2, 1107:9,
1108:21, 1108:25,
1109:4, 1143:8,
1143:10, 1143:12,
1143:14, 1143:15,
1143:16, 1144:1,
1144:5, 1144:10,
1144:12, 1144:16,
1144:19, 1144:20,

1144:22, 1144:24,
1145:3, 1145:10
**purporting** [1] -
1105:23
**purpose** [6] - 1026:9,
1101:16, 1117:19,
1126:7, 1140:17,
1159:6
**purposes** [9] -
1008:15, 1014:14,
1015:13, 1031:19,
1050:3, 1051:3,
1062:8, 1075:6,
1129:23
**pursue** [1] - 1063:10
**put** [27] - 995:9,
995:17, 995:18,
995:22, 997:7,
1023:17, 1023:18,
1048:4, 1048:16,
1050:7, 1084:19,
1096:4, 1108:22,
1109:1, 1109:5,
1110:24, 1114:16,
1117:5, 1117:16,
1123:19, 1134:25,
1151:14, 1151:17,
1152:23, 1154:13,
1157:24, 1160:15
**puts** [3] - 1142:3,
1142:8
**putting** [1] - 1122:5

## Q

**qualifications** [7] -
1007:25, 1008:23,
1013:11, 1063:22,
1100:15, 1100:16,
1117:7
**qualified** [1] - 1015:20
**Quality** [1] - 1072:23
**quality** [55] - 1008:4,
1012:9, 1015:1,
1015:4, 1015:13,
1028:20, 1032:21,
1033:7, 1047:21,
1050:2, 1051:3,
1054:12, 1055:2,
1056:19, 1056:22,
1058:21, 1063:22,
1069:2, 1069:7,
1072:7, 1072:10,
1072:14, 1072:25,
1073:1, 1073:2,
1073:3, 1073:6,
1073:10, 1073:14,
1073:17, 1073:21,
1073:25, 1074:5,
1074:8, 1074:10,

1074:11, 1074:18,
1075:4, 1075:8,
1075:10, 1079:14,
1088:10, 1088:21,
1088:24, 1092:12,
1109:25, 1110:6,
1111:2, 1160:7
**quantity** [2] - 1102:20,
1139:14
**quarter** [2] - 1019:14,
1021:3
**QUESTION** [1] -
1153:5
**questions** [27] - 994:5,
997:10, 1001:10,
1005:25, 1006:1,
1040:23, 1111:14,
1111:23, 1111:24,
1113:25, 1114:3,
1114:5, 1114:7,
1121:7, 1123:2,
1130:18, 1147:24,
1149:12, 1150:24,
1150:25, 1151:1,
1151:8, 1152:1,
1153:18, 1156:8,
1160:21, 1160:22
**quickly** [3] - 1091:23,
1116:18, 1154:21
**quite** [2] - 1061:14,
1138:12
**quote** [11] - 1041:21,
1042:10, 1058:1,
1058:3, 1058:14,
1061:18, 1062:24,
1082:24, 1087:4,
1100:6

## R

**raise** [2] - 991:16,
1116:3
**Rajan** [1] - 1091:3
**RALEIGH** [1] - 987:8
**Raleigh** [1] - 1002:22
**range** [2] - 1117:9,
1145:7
**rarely** [3] - 993:23,
993:24, 999:18
**rather** [2] - 1084:18,
1147:25
**raw** [17] - 1004:20,
1010:8, 1024:25,
1026:21, 1026:23,
1027:6, 1074:9,
1074:12, 1074:21,
1075:8, 1075:10,
1075:19, 1108:21,
1109:1, 1109:4,
1109:9, 1109:20

**ray** [2] - 1146:18,
1146:19
**RE** [1] - 986:5
**reached** [1] - 1022:21
**reaction** [1] - 1078:24
**read** [27] - 1016:24,
1038:15, 1042:9,
1053:17, 1053:19,
1054:10, 1059:10,
1059:12, 1060:8,
1061:17, 1062:18,
1063:6, 1064:5,
1065:20, 1065:22,
1069:9, 1075:23,
1091:5, 1091:7,
1092:5, 1126:5,
1152:12, 1152:15,
1156:13, 1160:21,
1163:7
**reader** [1] - 1058:19
**reading** [4] - 1062:1,
1062:9, 1062:10,
1065:19
**ready** [1] - 1060:13
**real** [3] - 1025:5,
1061:8, 1122:1
**real-world** [1] - 1061:8
**reality** [1] - 1045:19
**really** [22] - 999:12,
1003:10, 1005:22,
1008:7, 1017:25,
1026:16, 1026:18,
1040:5, 1050:3,
1050:6, 1053:4,
1074:22, 1102:4,
1102:5, 1110:22,
1111:2, 1112:3,
1127:10, 1147:2,
1153:15, 1154:4,
1161:23
**Realtime** [2] - 1164:3,
1164:13
**REALTIME** [1] - 988:8
**reason** [9] - 1009:20,
1039:4, 1045:4,
1106:24, 1107:1,
1108:17, 1110:8,
1140:22
**reasonable** [36] -
1007:20, 1019:20,
1021:9, 1021:15,
1028:18, 1032:15,
1032:24, 1033:19,
1036:17, 1036:20,
1037:11, 1037:22,
1038:4, 1039:1,
1041:22, 1042:11,
1042:22, 1044:10,
1045:3, 1051:7,
1097:12, 1111:20,

1114:3, 1114:11, 1115:2, 1115:3, 1115:8, 1117:15, 1129:12, 1131:7, 1131:9, 1131:11, 1135:21, 1135:25, 1137:2, 1149:7
**reasonableness** [1] - 1129:14
**reasonably** [4] - 1011:15, 1043:2, 1076:11, 1111:7
**reasons** [1] - 1139:10
**recalled** [1] - 1110:12
**receive** [5] - 1031:11, 1032:17, 1033:1, 1033:19, 1036:21
**received** [14] - 1020:15, 1028:15, 1030:3, 1033:24, 1034:15, 1037:13, 1037:15, 1038:12, 1038:20, 1094:17, 1095:10, 1106:5, 1132:12, 1136:4
**receives** [1] - 1038:5
**recent** [1] - 1013:18
**recess** [2] - 1041:7, 1085:8
**recognize** [3] - 1099:20, 1104:13, 1105:13
**recognized** [1] - 1136:16
**reconstructed** [1] - 996:19
**record** [6] - 991:25, 1033:13, 1068:15, 1116:12, 1163:8, 1164:8
**recorded** [1] - 1142:22
**RECORDED** [1] - 988:12
**recycling** [1] - 1083:10
**red** [1] - 1138:22
**redacted** [1] - 1158:17
**redactions** [1] - 1157:1
**REDIRECT** [6] - 989:8, 989:14, 989:20, 1000:18, 1111:16, 1159:1
**redirect** [2] - 1000:16, 1158:25
**reduce** [1] - 1005:7
**reduced** [1] - 1151:6
**redundant** [1] - 1038:9
**refer** [6] - 1029:8,

1035:2, 1063:25, 1073:11, 1093:7, 1098:17
**reference** [3] - 1072:25, 1108:1, 1143:25
**references** [1] - 1029:22
**referred** [5] - 1015:22, 1047:16, 1100:1, 1104:6, 1135:4
**referring** [6] - 1087:24, 1091:2, 1091:20, 1092:24, 1132:4, 1132:5
**refers** [6] - 1043:18, 1098:21, 1099:1, 1103:2, 1103:8
**reflect** [1] - 1061:8
**reflecting** [2] - 1094:21, 1095:11
**refused** [1] - 1095:24
**refuses** [2] - 1096:2, 1096:20
**regard** [4] - 1019:23, 1021:12, 1126:22, 1131:15
**regarding** [7] - 998:18, 1012:9, 1015:21, 1120:19, 1133:13, 1137:11, 1139:2
**Registered** [1] - 1164:3
**registered** [1] - 1164:14
**regular** [6] - 1119:1, 1127:23, 1131:3, 1132:23, 1135:11, 1135:12
**regularly** [1] - 1054:9
**regulations** [1] - 1150:12
**rehydration** [1] - 1107:9
**Reinforced** [1] - 1150:17
**rejection** [1] - 1132:19
**relate** [2] - 1139:19, 1146:11
**related** [4] - 1127:16, 1127:19, 1136:2, 1160:16
**RELATES** [1] - 986:9
**relates** [3] - 1123:16, 1127:11, 1138:24
**relating** [3] - 1119:23, 1137:8, 1159:13
**relationship** [11] - 1051:18, 1057:11,

1064:3, 1064:14, 1075:25, 1076:3, 1076:6, 1076:10, 1076:17, 1076:19, 1077:11
**relationships** [4] - 992:21, 1058:22, 1062:5, 1064:16
**relative** [2] - 1142:3, 1142:7
**relevant** [14] - 1017:7, 1017:12, 1079:23, 1080:2, 1080:7, 1081:23, 1083:3, 1087:13, 1087:15, 1090:22, 1090:24, 1093:5, 1109:12, 1136:11
**reliability** [2] - 1080:7, 1081:23
**reliable** [2] - 1106:19, 1106:22
**relied** [2] - 1080:3, 1081:19
**rely** [12] - 1026:10, 1026:18, 1026:19, 1033:20, 1040:13, 1040:16, 1051:12, 1080:9, 1081:25, 1106:25, 1131:11, 1131:15
**relying** [3] - 1112:24, 1131:25, 1133:9
**remains** [1] - 1051:4
**remarks** [2] - 1102:16, 1103:13
**remediate** [1] - 995:2
**remediated** [5] - 995:7, 996:18, 999:4, 1000:9, 1000:20
**remediating** [1] - 1001:1
**remember** [20] - 993:18, 998:1, 1018:1, 1060:1, 1060:23, 1062:6, 1062:19, 1064:9, 1067:23, 1078:10, 1094:5, 1094:6, 1094:7, 1094:8, 1094:9, 1094:12, 1111:24, 1123:20, 1160:16
**Remont** [4] - 1084:3, 1086:3, 1086:22, 1087:3
**remove** [2] - 1081:10, 1084:14
**removed** [1] - 1015:1

**rendering** [1] - 1090:6
**rep** [2] - 999:24, 1000:2
**repeat** [3] - 993:8, 1126:19, 1156:15
**repeated** [1] - 1092:7
**report** [89] - 1007:14, 1007:17, 1010:20, 1010:25, 1012:23, 1013:4, 1013:17, 1014:19, 1027:14, 1031:5, 1093:7, 1095:19, 1098:22, 1099:1, 1099:3, 1099:7, 1099:11, 1099:17, 1099:18, 1099:20, 1100:22, 1101:1, 1101:8, 1101:11, 1102:12, 1102:14, 1102:17, 1102:23, 1103:8, 1103:14, 1103:16, 1103:19, 1103:23, 1103:24, 1104:6, 1104:17, 1104:20, 1104:23, 1105:2, 1105:3, 1105:11, 1105:13, 1105:15, 1105:19, 1105:23, 1106:6, 1106:15, 1106:22, 1106:25, 1121:21, 1122:5, 1122:6, 1122:7, 1123:8, 1123:10, 1123:19, 1123:22, 1124:5, 1129:20, 1129:21, 1133:12, 1133:17, 1133:20, 1133:21, 1133:22, 1134:16, 1142:23, 1143:3, 1143:6, 1143:24, 1144:12, 1151:22, 1151:23, 1153:14, 1153:17, 1153:24, 1154:2, 1154:5, 1155:15, 1157:11, 1158:9, 1159:3, 1159:6, 1159:7, 1159:17, 1160:4, 1160:19
**reported** [4] - 1089:12, 1142:12, 1142:20, 1144:8
**reporter** [2] - 1115:19, 1161:21
**REPORTER** [4] - 988:8, 988:8, 988:9, 1151:15
**Reporter** [7] - 1164:3, 1164:4, 1164:5,

1164:13, 1164:14, 1164:14
**REPORTER'S** [1] - 1164:1
**reports** [7] - 1006:4, 1031:14, 1108:1, 1113:10, 1135:10, 1140:4, 1158:21
**representation** [3] - 1097:11, 1097:20, 1097:24
**representative** [4] - 1000:2, 1091:11, 1092:3, 1095:24
**representatives** [1] - 1000:4
**Republic** [1] - 1032:3
**reputable** [5] - 1026:1, 1027:19, 1028:7, 1030:5, 1050:19
**reputation** [1] - 1028:24
**reputation's** [1] - 1154:9
**request** [3] - 1092:11, 1096:3, 1096:21
**requested** [1] - 1090:13
**requests** [3] - 1005:2, 1092:7, 1092:24
**require** [2] - 1091:24, 1134:1
**required** [4] - 1013:3, 1022:9, 1027:25, 1146:15
**requirement** [2] - 1035:8, 1154:19
**requirements** [5] - 1025:17, 1035:18, 1073:8, 1143:14, 1155:14
**requires** [1] - 1070:8
**research** [12] - 1016:19, 1016:23, 1017:1, 1048:21, 1080:11, 1082:2, 1095:5, 1117:24, 1118:12, 1118:22, 1118:23, 1134:11
**Research** [1] - 1127:21
**researched** [1] - 1078:23
**resident** [1] - 1056:12
**residential** [6] - 993:15, 994:3, 999:18, 999:19, 1000:8, 1119:2
**residents** [1] - 1094:2
**resistant** [1] - 993:16

**resold** [1] - 1114:18
**resolved** [1] - 1077:5
**resource** [1] - 1083:11
**Resources** [30] - 1022:2, 1022:5, 1030:10, 1034:6, 1034:14, 1035:14, 1035:19, 1036:3, 1036:11, 1037:5, 1037:8, 1038:13, 1049:9, 1080:4, 1080:8, 1080:12, 1081:3, 1081:7, 1081:20, 1081:24, 1082:3, 1082:19, 1082:23, 1083:4, 1088:23, 1099:25, 1100:3, 1100:5, 1100:17, 1134:19
**resources** [2] - 1063:21, 1146:24
**Resources'** [2] - 1080:18, 1082:9
**respect** [18] - 1012:19, 1021:20, 1021:21, 1021:25, 1022:19, 1025:23, 1028:20, 1030:20, 1035:17, 1037:10, 1038:11, 1068:7, 1074:9, 1089:25, 1090:10, 1104:23, 1133:8, 1161:10
**response** [1] - 1086:22
**responsibilities** [7] - 992:20, 992:23, 993:6, 993:9, 1005:15, 1102:2, 1117:9
**responsibility** [18] - 1022:13, 1022:16, 1023:22, 1023:23, 1026:25, 1027:9, 1027:13, 1038:4, 1044:3, 1045:6, 1045:16, 1050:10, 1050:12, 1054:24, 1055:2, 1070:2, 1113:19, 1115:7
**responsible** [8] - 1022:24, 1040:8, 1049:20, 1074:21, 1074:22, 1074:24, 1102:17, 1120:9
**restricted** [1] - 1002:17
**result** [3] - 1057:1, 1060:14, 1060:25
**resulted** [2] - 1021:17,

1022:11
**results** [7] - 1103:13, 1107:16, 1107:19, 1112:15, 1113:2, 1114:22
**resumed** [4] - 1020:19, 1041:16, 1081:16, 1085:21
**retail** [3] - 1005:5, 1024:17, 1039:23
**retailer** [7] - 1005:9, 1025:3, 1039:23, 1040:2, 1040:4, 1040:16, 1051:11
**retained** [5] - 1002:5, 1007:10, 1092:21, 1116:24, 1129:25
**revealed** [2] - 1113:21, 1146:6
**reversed** [1] - 1097:16
**Review** [1] - 1070:23
**review** [2] - 1113:10, 1150:20
**reviewed** [4] - 1017:7, 1017:12, 1140:9, 1141:7
**reviewing** [3] - 1037:21, 1112:15, 1120:10
**revised** [1] - 1163:7
**Rich** [14] - 1056:10, 1057:5, 1059:16, 1059:23, 1060:19, 1061:10, 1062:17, 1065:4, 1065:21, 1066:4, 1066:5, 1066:7, 1066:24, 1067:21
**rich** [1] - 1065:23
**Rich's** [3] - 1061:19, 1065:19, 1066:24
**RICHARD** [1] - 987:16
**rigorous** [1] - 1064:19
**rigorously** [1] - 1064:15
**rise** [6] - 991:7, 1041:9, 1085:6, 1085:9, 1085:14, 1162:23
**RISLEY** [3] - 987:22, 1129:19, 1163:15
**River** [5] - 1121:22, 1124:6, 1129:20, 1129:21, 1129:25
**RIVER** [1] - 987:21
**RIVERWAY** [1] - 987:22
**RMR** [2] - 988:8, 1164:13
**Robert** [1] - 1058:14

**role** [8] - 1005:15, 1021:19, 1022:3, 1093:11, 1119:25, 1120:4, 1120:12, 1121:1
**roles** [1] - 1118:18
**rollouts** [1] - 1127:19
**Roman** [2] - 1059:6, 1059:8
**ROOM** [1] - 988:9
**roughly** [1] - 1077:24
**routinely** [1] - 1120:5
**Rudy** [4] - 1084:3, 1086:3, 1086:22, 1087:3
**Rule** [4] - 1069:17, 1069:19, 1069:22, 1070:11
**rule** [10] - 1065:2, 1065:7, 1065:17, 1069:7, 1070:7, 1071:18, 1071:20, 1110:2, 1110:4, 1138:16
**rules** [5] - 1014:4, 1068:4, 1068:16, 1070:13, 1150:11
**Rules** [1] - 1068:19
**run** [2] - 1144:18, 1160:5
**RUSS** [13] - 995:10, 995:13, 997:20, 1030:9, 1031:3, 1054:10, 1069:8, 1070:7, 1084:11, 1104:16, 1104:17, 1128:21, 1133:24
**RUSS** [1] - 986:18
**résumé** [6] - 1008:19, 1012:22, 1013:2, 1015:3, 1117:16, 1124:11

## S

**s/Cathy** [1] - 1164:12
**sags** [1] - 1142:9
**Saints** [1] - 1162:13
**sale** [3] - 1045:12, 1046:4, 1126:8
**sales** [5] - 992:18, 993:1, 993:4, 1000:7, 1005:10
**salespeople** [1] - 1096:12
**salesperson** [2] - 992:19, 994:12
**sample** [5] - 1102:17, 1102:20, 1103:3, 1103:7, 1154:25
**sampling** [3] - 1132:18, 1148:7, 1154:18
**satisfaction** [1] - 1074:8
**satisfied** [3] - 1051:6,

1072:11, 1074:6
**satisfies** [1] - 1102:6
**satisfy** [1] - 1051:5
**saw** [2] - 1030:5, 1156:8
**scanning** [1] - 1146:19
**scenario** [2] - 1061:7, 1061:8
**Schapiro** [1] - 1058:2
**science** [1] - 1130:25
**scientist** [2] - 1122:3, 1148:11
**SCOTT** [1] - 987:4
**Scott** [5] - 1122:14, 1123:24, 1151:17, 1155:8, 1156:1
**scrap** [2] - 1080:24, 1082:15
**screen** [8] - 1081:12, 1084:15, 1084:20, 1084:23, 1117:6, 1155:14, 1158:4
**seal** [1] - 1031:25
**searched** [1] - 1013:23
**seat** [2] - 991:24, 1116:11
**seated** [3] - 991:10, 1041:12, 1085:17
**second** [3] - 995:10, 995:13, 997:20, 1030:9, 1031:3, 1054:10, 1069:8, 1070:7, 1084:11, 1104:16, 1104:17, 1128:21, 1133:24
**secondly** [1] - 1027:19
**Section** [1] - 1133:4
**section** [3] - 1071:15, 1102:16, 1155:14
**SECURITY** [4] - 1041:9, 1085:6, 1085:14, 1162:23
**see** [41] - 1055:18, 1055:20, 1067:18, 1071:11, 1073:24, 1074:4, 1074:17, 1078:22, 1081:2, 1082:18, 1084:5, 1084:7, 1086:5, 1086:7, 1086:11, 1086:13, 1086:16, 1086:19, 1086:21, 1086:24, 1087:2, 1087:6, 1091:22, 1102:25, 1104:2, 1104:4, 1105:5, 1109:24, 1113:13, 1115:15, 1121:17,

1122:17, 1125:23, 1152:22, 1153:15, 1153:16, 1153:20, 1157:14, 1158:21, 1161:18, 1163:16
**SEEGER** [43] - 987:3, 987:3, 997:13, 1000:15, 1119:17, 1121:8, 1121:10, 1122:4, 1122:7, 1122:10, 1122:12, 1123:21, 1123:24, 1124:4, 1124:19, 1124:24, 1125:16, 1128:20, 1129:3, 1129:15, 1129:24, 1132:9, 1138:7, 1138:13, 1140:25, 1147:23, 1148:22, 1148:25, 1149:18, 1151:14, 1151:16, 1151:20, 1152:15, 1152:18, 1152:20, 1152:22, 1152:25, 1154:13, 1154:15, 1157:21, 1158:11, 1158:24, 1159:21
**Seeger** [1] - 1129:19
**SEEGER.................** [1] - 989:17
**SEEGER..................** [2] - 989:7, 989:19
**seeing** [1] - 1050:25
**seeked** [1] - 999:1
**seeking** [3] - 1066:20, 1097:9, 1114:1
**seeks** [1] - 1056:16
**seem** [1] - 1154:5
**select** [2] - 1077:14, 1077:16
**selected** [1] - 1077:23
**selecting** [3] - 1063:13, 1063:17, 1078:18
**selection** [1] - 1063:19
**sell** [12] - 993:21, 993:24, 994:4, 994:10, 999:13, 1005:3, 1044:16, 1046:6, 1046:23, 1047:6, 1112:18
**selling** [12] - 993:7, 993:10, 993:19, 994:19, 994:23, 999:12, 1004:18, 1027:5, 1038:1, 1053:14, 1053:21, 1140:5
**sells** [3] - 1023:12,

1039:22, 1039:23
**send** [4] - 1038:6, 1039:5, 1039:7, 1112:20
**senior** [1] - 1127:22
**sense** [1] - 1100:24
**sent** [7] - 994:24, 1025:1, 1097:9, 1158:1, 1158:16, 1159:3, 1160:9
**sentence** [13] - 1053:19, 1069:16, 1069:20, 1070:10, 1091:4, 1091:7, 1122:2, 1123:18, 1124:20, 1125:11, 1152:16, 1154:22
**sentences** [1] - 1065:22
**separate** [1] - 1007:1
**separation** [1] - 1010:7
**series** [8] - 1031:21, 1033:22, 1083:24, 1085:24, 1098:4, 1098:12, 1106:12, 1147:13
**seriously** [2] - 1060:22, 1110:6
**service** [3] - 1005:11, 1012:7, 1058:21
**services** [3] - 1004:13, 1089:22, 1090:6
**serving** [1] - 1012:13
**SESSION** [1] - 986:11
**set** [5] - 1038:16, 1062:13, 1129:12, 1132:1, 1148:17
**setting** [1] - 1064:16
**seven** [4] - 1016:22, 1017:1, 1098:2, 1099:14
**several** [4] - 1031:23, 1101:10, 1123:16, 1151:12
**SGS** [11] - 1089:21, 1090:9, 1090:14, 1090:19, 1091:4, 1091:11, 1091:24, 1092:7, 1092:18, 1092:22, 1093:1
**shall** [1] - 1038:17
**Shandong** [3] - 1086:10, 1086:17, 1086:24
**shared** [1] - 1159:18
**sharing** [1] - 1159:25
**shattered** [1] - 1060:22
**sheet** [4] - 994:7,

994:13, 1068:16, 1160:3
**sheetrock** [1] - 995:18
**sheets** [4] - 1030:3, 1030:4, 1068:17, 1078:2
**SHELL** [1] - 987:17
**shipment** [11] - 1031:22, 1032:4, 1032:9, 1033:23, 1034:15, 1135:13, 1155:1, 1155:2, 1158:1, 1158:14
**shipments** [2] - 1032:5, 1099:14
**shipped** [5] - 1098:17, 1098:18, 1101:19, 1155:4, 1155:16
**shipping** [2] - 1077:17, 1132:20
**shoe** [1] - 1090:24
**shop** [1] - 1039:23
**shortage** [1] - 1029:3
**show** [22] - 1008:14, 1014:20, 1031:17, 1035:11, 1053:8, 1067:21, 1070:22, 1083:24, 1085:24, 1091:1, 1091:19, 1098:2, 1099:18, 1099:24, 1104:10, 1105:10, 1107:19, 1117:20, 1123:21, 1123:25, 1135:16, 1159:7
**showing** [2] - 1031:5, 1072:17
**shown** [3] - 1054:13, 1084:18, 1091:15
**shows** [2] - 1022:10, 1158:15
**side** [7] - 1013:11, 1013:12, 1084:14, 1123:25, 1157:24
**SIDNEY** [1] - 988:4
**sign** [1] - 1009:17
**signed** [3] - 1100:14, 1103:14, 1103:15
**significant** [8] - 1069:4, 1069:10, 1088:13, 1088:14, 1089:4, 1107:16, 1133:8, 1133:11
**silver** [1] - 1007:23
**similar** [1] - 1157:3
**sit** [3] - 1045:8, 1150:14, 1150:15
**site** [7] - 1121:13, 1121:15, 1121:17, 1123:7, 1123:19,

1125:7, 1125:9
**situation** [1] - 1024:24
**situations** [1] - 1021:21
**six** [12] - 1064:15, 1064:21, 1065:2, 1065:7, 1065:10, 1065:12, 1070:21, 1071:6, 1071:16, 1071:18, 1081:6, 1082:22
**six-D** [3] - 1065:2, 1065:7, 1071:18
**sized** [1] - 1071:14
**skipped** [3] - 1036:6, 1069:1, 1152:19
**slide** [3] - 1067:21, 1117:5, 1117:21
**small** [2] - 1071:13, 1078:2
**smaller** [1] - 1071:12
**smart** [1] - 1071:7
**SME's** [1] - 1071:14
**smell** [20] - 996:8, 996:15, 996:24, 997:22, 998:4, 998:5, 998:9, 998:15, 998:16, 998:17, 1001:4, 1108:12, 1142:11, 1142:18, 1151:2, 1152:4, 1153:6, 1160:23, 1161:12
**smelled** [5] - 998:3, 998:4, 1137:18, 1151:6, 1161:4
**smells** [10] - 996:18, 996:21, 1007:23, 1041:24, 1042:13, 1043:19, 1140:4, 1151:7, 1161:10, 1161:11
**SMITH** [1] - 987:15
**so-called** [1] - 1050:16
**sold** [18] - 995:20, 995:24, 998:23, 999:6, 999:18, 1024:3, 1031:12, 1032:12, 1036:12, 1044:9, 1045:2, 1045:10, 1045:11, 1046:1, 1046:19, 1113:7, 1136:8
**solemnly** [2] - 991:17, 1116:4
**solid** [3] - 1069:24, 1070:2, 1070:6
**someone** [3] - 1024:17, 1097:9,

1134:17
**sometime** [1] - 1077:20
**sometimes** [2] - 1134:24, 1160:14
**somewhat** [1] - 1077:4
**sooner** [2] - 1082:24, 1083:4
**sophisticated** [3] - 1119:4, 1119:8, 1146:18
**Sorry** [1] - 1151:16
**sorry** [19] - 993:8, 1019:6, 1019:7, 1035:24, 1066:13, 1073:1, 1085:17, 1091:6, 1100:7, 1102:15, 1117:17, 1119:15, 1126:17, 1144:7, 1151:23, 1151:24, 1156:13, 1159:12, 1162:13
**sort** [5] - 1004:12, 1114:4, 1120:18, 1136:19, 1142:23
**sorts** [1] - 1013:24
**sound** [3] - 1018:8, 1069:3, 1069:9
**source** [13] - 1005:5, 1057:6, 1065:25, 1066:3, 1066:20, 1067:17, 1077:14, 1077:16, 1079:25, 1080:4, 1081:20, 1083:12, 1088:24
**sourced** [9] - 1008:3, 1053:25, 1060:20, 1077:11, 1077:23, 1083:16, 1089:7, 1155:23
**sources** [2] - 1070:8, 1144:25
**Sourcing** [1] - 1067:22
**sourcing** [34] - 1008:4, 1010:17, 1010:22, 1011:11, 1011:16, 1011:20, 1012:4, 1020:5, 1053:13, 1053:20, 1054:23, 1054:24, 1059:17, 1059:18, 1063:10, 1064:8, 1064:10, 1064:11, 1064:16, 1065:1, 1066:8, 1066:14, 1067:1, 1067:8, 1069:3, 1069:9, 1070:8, 1075:24,

1076:5, 1089:23, 1097:2, 1106:18, 1129:7
**speaking** [1] - 1065:23
**Speaks** [1] - 1058:3
**speaks** [1] - 1143:12
**special** [3] - 1066:10, 1066:11, 1135:11
**specialty** [3] - 1024:15, 1066:10, 1074:13
**specific** [5] - 1015:8, 1025:9, 1032:8, 1133:20, 1160:5
**specifically** [11] - 1006:16, 1006:21, 1008:13, 1032:6, 1034:24, 1034:25, 1090:18, 1109:9, 1117:2, 1133:25, 1147:21
**specification** [2] - 1075:14, 1075:18
**specified** [5] - 1035:3, 1035:9, 1035:10, 1133:16, 1133:18
**specify** [1] - 1035:6
**Speculation** [1] - 1114:14
**spell** [2] - 991:25, 1116:12
**spend** [1] - 1153:15
**spent** [2] - 1118:14, 1126:23
**spring** [3] - 1083:3, 1088:2, 1091:10
**SQUARE** [1] - 987:17
**Srinivasan** [1] - 1091:3
**SRINIVASAN** [1] - 1091:4
**SRM** [3] - 1064:2, 1064:7
**Stabler** [6] - 1056:1, 1056:3, 1056:4, 1056:15, 1056:24, 1057:21
**Stabler's** [1] - 1056:23
**stack** [1] - 1032:4
**staff** [1] - 1012:23
**stale** [5] - 998:4, 998:5, 998:15, 998:17, 1001:4
**stamp** [3] - 1037:21, 1038:24, 1039:5
**stamped** [7] - 1037:19, 1037:20, 1037:22, 1038:21, 1038:25, 1133:19

**stand** [1] - 1116:2
**standard** [91] -
1023:17, 1023:20,
1023:21, 1023:24,
1024:18, 1024:22,
1025:10, 1026:3,
1026:9, 1026:11,
1026:15, 1026:20,
1026:22, 1027:2,
1027:5, 1027:10,
1027:17, 1028:3,
1028:16, 1031:3,
1032:2, 1033:7,
1034:9, 1034:20,
1035:2, 1035:5,
1035:8, 1035:21,
1037:17, 1038:3,
1038:18, 1039:9,
1039:12, 1040:11,
1040:21, 1045:17,
1045:18, 1045:21,
1047:20, 1052:17,
1066:9, 1066:11,
1066:23, 1067:4,
1067:12, 1069:11,
1069:13, 1069:14,
1073:20, 1073:25,
1074:13, 1074:15,
1074:16, 1074:20,
1074:25, 1075:3,
1075:14, 1075:18,
1101:9, 1101:18,
1104:1, 1107:11,
1109:11, 1110:2,
1111:10, 1115:6,
1117:15, 1119:1,
1129:13, 1131:7,
1131:9, 1132:4,
1132:18, 1133:1,
1133:5, 1133:8,
1133:18, 1133:25,
1135:4, 1144:15,
1144:16, 1144:23,
1145:20, 1146:3,
1146:5
**Standard** [1] - 1154:12
**standardized** [7] -
1032:16, 1032:25,
1036:20, 1037:23,
1038:5, 1039:10,
1136:19
**standards** [80] -
1010:11, 1012:18,
1015:22, 1016:10,
1016:16, 1016:20,
1016:24, 1017:3,
1017:7, 1017:12,
1023:17, 1023:18,
1024:15, 1024:22,
1025:13, 1025:15,

1025:18, 1025:19,
1025:22, 1025:24,
1026:8, 1026:19,
1028:9, 1028:13,
1030:10, 1038:14,
1039:15, 1040:10,
1047:8, 1047:9,
1047:10, 1047:11,
1047:16, 1050:17,
1050:22, 1050:24,
1050:25, 1051:4,
1051:5, 1051:11,
1051:23, 1052:3,
1052:8, 1052:16,
1052:23, 1053:1,
1067:11, 1067:12,
1067:16, 1067:18,
1071:20, 1073:10,
1073:12, 1073:15,
1075:6, 1075:7,
1095:23, 1096:22,
1101:25, 1102:5,
1109:25, 1112:25,
1113:11, 1129:16,
1131:20, 1132:1,
1133:14, 1135:16,
1137:22, 1145:3,
1145:7, 1145:10,
1145:13, 1146:11,
1149:23, 1150:3,
1159:20
**standpoint** [1] -
1163:6
**start** [5] - 1004:15,
1039:11, 1051:10,
1140:11, 1157:4
**started** [5] - 995:16,
995:22, 1029:14,
1035:24, 1077:1
**starting** [1] - 1062:22
**State** [1] - 1164:4
**state** [3] - 991:24,
1100:17, 1116:11
**statement** [12] -
1013:11, 1014:7,
1032:1, 1034:14,
1047:19, 1051:24,
1052:1, 1067:6,
1097:10, 1101:1,
1101:15, 1104:4
**statements** [2] -
1102:10, 1147:25
**states** [5] - 1033:10,
1102:16, 1102:23,
1103:13, 1155:10
**States** [11] - 1005:6,
1007:24, 1022:25,
1023:2, 1049:21,
1055:21, 1096:24,
1102:7, 1118:15,

1164:5, 1164:15
**STATES** [2] - 986:1,
986:13
**stay** [1] - 1096:13
**staying** [1] - 1140:20
**steel** [1] - 1023:18
**STEERING** [1] -
986:17
**STENOGRAPHY** [1] -
988:12
**step** [25] - 1023:6,
1023:15, 1024:6,
1025:4, 1025:6,
1025:7, 1025:20,
1026:6, 1030:9,
1031:10, 1050:16,
1054:19, 1054:21,
1065:4, 1065:8,
1065:13, 1068:5,
1068:7, 1068:20,
1069:25, 1071:19,
1071:21
**Stephen** [4] - 1070:20,
1070:24, 1070:25,
1071:3
**steps** [5] - 1026:12,
1027:12, 1028:19,
1028:23, 1030:21
**Steve** [1] - 1064:22
**still** [14] - 1044:16,
1046:6, 1046:22,
1050:9, 1050:18,
1051:4, 1059:21,
1060:17, 1063:25,
1067:17, 1091:11,
1093:20, 1131:3,
1161:12
**stipulated** [1] -
1100:10
**stole** [1] - 1064:23
**stop** [1] - 994:2
**stopped** [1] - 1077:17
**storage** [1] - 1132:20
**store** [2] - 1005:1,
1005:9
**stores** [1] - 1005:5
**storing** [1] - 1004:18
**straddling** [1] -
1055:21
**strategic** [1] - 1058:19
**strategical** [1] -
1064:19
**strategies** [1] -
1060:14
**strategy** [6] - 1060:4,
1063:11, 1064:8,
1064:9, 1064:11
**STREET** [7] - 986:22,
987:4, 987:8,
987:11, 987:18,

988:4, 988:9
**Streit** [5] - 1151:3,
1152:2, 1153:4,
1153:11, 1160:22
**Streit's** [1] - 1150:21
**strike** [2] - 1056:9,
1148:24
**string** [1] - 1089:6
**strong** [5] - 1028:3,
1142:10, 1142:15,
1142:18, 1151:7
**structure** [5] -
1063:11, 1064:10,
1139:21, 1139:22
**struggling** [1] -
1058:4
**stuck** [1] - 1084:21
**studied** [2] - 1084:7,
1086:7
**stuff** [1] - 1138:4
**subdivision** [2] -
1083:21, 1088:6
**subject** [7] - 1003:11,
1006:10, 1006:12,
1010:16, 1063:3,
1072:14, 1126:4
**submitted** [4] -
1121:20, 1121:21,
1121:24, 1124:5
**subsequently** [1] -
1021:16
**substituted** [1] -
1042:20
**substituting** [1] -
1043:19
**succeed** [1] - 1060:11
**succeeded** [1] -
1059:1
**success** [1] - 1030:1
**successful** [1] -
1058:10
**sued** [2] - 1011:10,
1017:20
**sufficient** [2] -
1040:12, 1040:16
**suggest** [10] - 1140:3,
1140:22, 1143:3,
1145:20, 1152:3,
1152:4, 1153:6,
1161:6, 1161:7,
1161:10
**suggests** [1] - 1154:1
**suing** [1] - 998:21
**SUITE** [5] - 986:22,
987:4, 987:18,
987:22, 988:4
**sulfate** [1] - 1143:13
**sulfur** [42] - 1010:7,
1045:17, 1045:20,
1045:22, 1046:25,

1047:1, 1108:10,
1108:12, 1109:9,
1109:13, 1109:16,
1113:14, 1113:17,
1114:22, 1136:2,
1136:14, 1138:25,
1139:3, 1139:14,
1140:24, 1141:11,
1142:11, 1142:18,
1142:25, 1145:17,
1145:24, 1146:6,
1146:9, 1147:22,
1148:8, 1148:16,
1149:3, 1149:8,
1151:2, 1151:6,
1151:7, 1152:4,
1153:6, 1161:4,
1161:11, 1161:12
**sulfur-contaminated**
[1] - 1109:16
**sulfuric** [1] - 998:15
**sulfurous** [1] -
1136:20
**summarize** [1] -
1006:3
**summations** [1] -
1162:7
**summer** [3] - 1077:18,
1077:24
**Sunday** [1] - 1012:24
**supervised** [1] -
1093:17
**supplier** [6] - 1004:7,
1004:15, 1063:19,
1063:21, 1064:3,
1135:4
**supplier's** [3] -
1004:6, 1004:15,
1134:16
**suppliers** [7] - 1004:2,
1019:25, 1021:14,
1061:23, 1063:13,
1063:18, 1064:14
**Supply** [1] - 1005:21,
1053:7, 1058:16
**supply** [48] - 1003:4,
1003:8, 1003:10,
1003:12, 1003:22,
1004:4, 1004:6,
1004:10, 1004:14,
1005:13, 1005:15,
1006:10, 1006:12,
1006:16, 1006:21,
1006:22, 1006:25,
1008:2, 1008:12,
1009:2, 1020:4,
1021:19, 1023:6,
1023:8, 1023:15,
1024:5, 1024:6,
1025:8, 1025:20,

1026:7, 1026:19, 1030:18, 1037:25, 1047:23, 1050:16, 1053:16, 1053:23, 1054:20, 1065:5, 1065:8, 1068:20, 1070:1, 1071:19, 1071:22, 1106:17, 1107:22, 1110:23, 1133:12

**SUPPLY** [1] - 987:15
**support** [7] - 1063:21, 1063:22, 1097:10, 1097:20, 1097:24, 1099:7, 1101:1
**supporting** [1] - 1099:3
**supports** [2] - 1101:14, 1142:8
**suppose** [3] - 994:25, 998:25, 1000:25
**supposed** [5] - 1031:15, 1038:25, 1051:24, 1133:2, 1143:3
**supposedly** [2] - 1095:1, 1095:2
**surprise** [4] - 1079:11, 1083:6, 1088:12, 1099:16
**Susan** [7] - 1083:14, 1084:2, 1086:2, 1086:22, 1087:2, 1087:16, 1089:11
**suspicious** [4] - 1096:2, 1096:20, 1097:13, 1106:7
**sustained** [2] - 1125:14, 1148:23
**swear** [2] - 991:17, 1116:4
**sworn** [2] - 991:22, 1116:9
**system** [2] - 1084:23, 1160:7
**systems** [6] - 1003:20, 1118:19, 1118:20, 1120:4, 1123:6, 1126:3

## T

**T-O-N-Y-A-N** [1] - 1116:14
**Tai'an** [3] - 1048:9, 1086:10, 1157:15
**Taian** [1] - 1098:9
**Taihe** [12] - 1048:4, 1049:3, 1049:7,

1079:9, 1083:20, 1086:10, 1086:17, 1086:24, 1087:5, 1087:16, 1088:6, 1089:9
**Taishan** [64] - 1011:7, 1011:11, 1021:25, 1022:2, 1022:6, 1022:19, 1027:16, 1027:24, 1029:18, 1029:19, 1029:24, 1030:20, 1030:25, 1031:3, 1031:6, 1034:6, 1036:25, 1037:4, 1038:11, 1038:12, 1048:5, 1048:9, 1048:20, 1049:9, 1049:16, 1049:21, 1049:23, 1049:24, 1077:11, 1077:12, 1077:14, 1077:16, 1077:19, 1077:24, 1078:8, 1078:19, 1078:20, 1079:3, 1080:4, 1081:20, 1089:8, 1089:15, 1089:23, 1090:7, 1090:14, 1090:19, 1091:12, 1092:8, 1092:19, 1093:8, 1096:7, 1097:19, 1098:9, 1101:8, 1104:8, 1109:17, 1109:20, 1113:6, 1113:8, 1137:19, 1157:15, 1159:3
**Taishan's** [1] - 1079:8
**Taishan/MRC** [1] - 1034:23
**talks** [3] - 1035:1, 1096:25, 1126:1
**teach** [2] - 1061:22, 1066:19
**team** [3] - 1093:17, 1093:24, 1094:24
**technical** [9] - 1006:19, 1081:9, 1084:13, 1085:4, 1085:18, 1120:19, 1120:21, 1127:16, 1160:3
**technician** [1] - 1081:11
**technicians** [1] - 1142:23
**Technomic** [3] - 1070:17, 1070:20, 1071:4
**television** [1] - 1060:8

**ten** [5] - 1059:7, 1068:2, 1068:4, 1068:16, 1127:4
**Ten** [1] - 1067:22
**tender** [4] - 1009:1, 1121:4, 1128:25, 1130:5
**tendered** [1] - 1130:6
**tenure** [1] - 999:22
**term** [1] - 1023:7
**termed** [1] - 1051:25
**terms** [7] - 1022:11, 1049:15, 1050:2, 1054:16, 1072:25, 1073:25, 1102:1
**test** [88] - 1015:25, 1016:1, 1026:7, 1031:4, 1039:25, 1040:2, 1040:6, 1040:19, 1097:24, 1098:22, 1099:1, 1099:7, 1099:11, 1099:16, 1099:18, 1099:20, 1100:22, 1100:25, 1101:7, 1101:11, 1102:12, 1102:14, 1102:17, 1102:23, 1103:3, 1103:8, 1103:14, 1103:20, 1103:23, 1104:6, 1104:17, 1104:20, 1104:23, 1105:2, 1105:3, 1105:7, 1105:11, 1105:13, 1105:15, 1105:20, 1105:22, 1106:6, 1106:15, 1106:22, 1106:25, 1107:12, 1107:13, 1107:16, 1107:19, 1108:11, 1108:21, 1108:25, 1109:8, 1112:15, 1112:17, 1113:2, 1113:10, 1134:11, 1134:12, 1137:1, 1137:3, 1140:15, 1141:7, 1141:10, 1141:18, 1141:20, 1141:25, 1142:12, 1142:17, 1143:6, 1146:5, 1147:15, 1151:22, 1151:23, 1153:14, 1154:5, 1155:9, 1157:11, 1158:8, 1158:21, 1159:3, 1159:6, 1159:7, 1159:17, 1160:4, 1160:19
**tested** [14] - 1015:17,

1016:9, 1038:7, 1040:20, 1107:6, 1112:10, 1113:15, 1136:18, 1145:13, 1145:19, 1155:9, 1155:10, 1155:13, 1155:18
**tester** [1] - 1148:11
**testified** [6] - 991:23, 999:13, 1011:24, 1017:11, 1116:10, 1153:2
**testify** [5] - 1011:5, 1015:20, 1117:20, 1121:21, 1126:12
**testimony** [34] - 991:17, 1000:1, 1002:8, 1011:19, 1012:3, 1013:13, 1015:21, 1016:7, 1016:8, 1016:18, 1017:6, 1017:22, 1018:2, 1018:5, 1020:9, 1032:8, 1044:21, 1045:1, 1045:9, 1054:22, 1055:14, 1067:15, 1071:18, 1078:14, 1084:16, 1093:14, 1116:4, 1116:25, 1129:9, 1137:6, 1141:17, 1150:21, 1152:12, 1160:21
**testing** [78] - 1010:11, 1015:12, 1016:4, 1026:11, 1026:12, 1031:5, 1033:4, 1038:7, 1039:14, 1039:18, 1039:19, 1040:9, 1051:11, 1079:8, 1079:14, 1079:19, 1103:3, 1103:4, 1103:20, 1103:24, 1104:3, 1107:2, 1107:7, 1107:23, 1107:25, 1108:19, 1109:4, 1109:6, 1109:15, 1109:19, 1111:23, 1112:1, 1112:13, 1113:14, 1113:19, 1113:21, 1114:9, 1114:10, 1114:11, 1117:3, 1118:24, 1119:1, 1119:4, 1119:25, 1120:22, 1121:1, 1121:6, 1129:2, 1130:7, 1131:16, 1133:10, 1134:7, 1134:14,

1135:7, 1135:10, 1136:20, 1136:21, 1136:24, 1140:7, 1140:9, 1140:12, 1140:17, 1140:20, 1140:23, 1141:13, 1141:18, 1142:10, 1142:13, 1146:15, 1146:25, 1147:7, 1147:9, 1147:19, 1147:21, 1148:4, 1148:6
**tests** [8] - 1109:18, 1120:5, 1134:9, 1135:15, 1141:7, 1146:3, 1147:13, 1154:24
**textbooks** [2] - 1006:13, 1006:14
**Thailand** [1] - 1030:1
**THE** [94] - 986:12, 986:17, 987:21, 991:7, 991:10, 991:15, 991:16, 991:20, 991:24, 992:1, 1000:16, 1001:11, 1001:15, 1001:18, 1001:21, 1020:6, 1020:13, 1020:16, 1041:4, 1041:8, 1041:9, 1041:12, 1042:17, 1042:24, 1043:6, 1044:2, 1044:12, 1044:23, 1045:15, 1075:13, 1081:14, 1084:12, 1084:24, 1085:3, 1085:6, 1085:9, 1085:10, 1085:14, 1085:17, 1108:14, 1114:15, 1115:15, 1115:20, 1115:23, 1115:24, 1116:3, 1116:7, 1116:11, 1116:13, 1117:14, 1117:18, 1119:12, 1119:19, 1121:7, 1124:17, 1124:22, 1125:14, 1128:22, 1128:25, 1129:8, 1129:17, 1130:2, 1130:5, 1130:9, 1130:11, 1132:8, 1132:10, 1138:8, 1138:11, 1138:15, 1141:2, 1147:24, 1148:23, 1149:11, 1151:15, 1152:10, 1152:14, 1157:18, 1157:19, 1158:6, 1158:8,

1158:25, 1159:22, 1159:24, 1161:7, 1161:15, 1161:17, 1161:22, 1162:2, 1162:23, 1162:24, 1163:3, 1163:12, 1163:16
**theirs** [1] - 1029:2
**themself** [1] - 1030:18
**themselves** [1] - 1131:21
**therefore** [5] - 1022:17, 1035:4, 1043:9, 1096:10, 1114:20
**thesis** [3] - 1117:11, 1117:12, 1117:25
**thicker** [1] - 999:8
**thinking** [1] - 1065:11
**thinks** [1] - 1065:20
**third** [5] - 1027:21, 1031:10, 1053:18, 1105:10, 1112:20
**THIS** [1] - 986:9
**THOMPSON** [1] - 987:21
**thoughts** [1] - 1063:2
**thousands** [1] - 1158:14
**three** [6] - 1028:12, 1069:1, 1151:10, 1155:3, 1155:5, 1155:16
**throughout** [1] - 1064:15
**Tianjin** [2] - 1076:14, 1076:18
**Tiger** [2] - 1055:11, 1055:20
**tiger** [3] - 1055:23, 1055:24, 1057:3
**timing** [1] - 1136:3
**Timothy** [2] - 1116:1, 1116:13
**TIMOTHY** [3] - 989:15, 1116:8, 1116:14
**title** [6] - 992:17, 1050:3, 1054:8, 1054:11, 1055:19, 1122:19
**titles** [1] - 1050:9
**TO** [2] - 986:9, 991:4
**to..** [1] - 1123:3
**today** [10] - 1002:11, 1004:4, 1012:21, 1013:22, 1014:6, 1014:25, 1073:2, 1102:4, 1162:12, 1162:18
**today's** [1] - 1064:17

**together** [3] - 995:9, 995:18, 1073:19
**TOMPKINS** [1] - 987:15
**Tompkins** [88] - 989:9, 990:6, 990:7, 990:8, 990:9, 990:10, 990:11, 990:12, 990:13, 990:14, 990:15, 990:16, 990:17, 990:18, 990:19, 1001:14, 1001:23, 1002:4, 1002:5, 1002:21, 1002:25, 1003:2, 1003:4, 1003:6, 1004:1, 1004:11, 1006:15, 1006:17, 1006:24, 1006:25, 1008:20, 1009:1, 1009:6, 1011:23, 1012:17, 1015:7, 1017:17, 1019:18, 1020:2, 1020:4, 1020:19, 1021:7, 1040:22, 1041:1, 1041:16, 1041:20, 1045:25, 1053:6, 1054:13, 1055:6, 1055:7, 1055:10, 1055:13, 1056:10, 1070:14, 1071:25, 1072:18, 1075:24, 1080:17, 1082:8, 1085:21, 1087:22, 1087:25, 1088:2, 1091:15, 1091:17, 1092:15, 1092:16, 1094:16, 1095:19, 1098:13, 1098:14, 1098:16, 1099:22, 1101:4, 1101:6, 1104:11, 1105:10, 1106:11, 1106:14, 1106:17, 1109:22, 1110:25, 1111:13, 1111:18, 1113:23, 1115:12
**Tonyan** [26] - 1116:1, 1116:13, 1116:14, 1116:17, 1116:24, 1117:5, 1117:22, 1118:11, 1121:5, 1121:11, 1122:22, 1123:10, 1124:7, 1124:9, 1125:6, 1130:6, 1130:17, 1131:6, 1135:20, 1149:6, 1149:10, 1149:19, 1151:24, 1154:8, 1156:6,

1159:3
**TONYAN** [1] - 1116:8
**TONYAN..................**
**...........** [1] - 989:15
**took** [11] - 1025:1, 1028:23, 1029:3, 1030:21, 1035:1, 1066:25, 1094:17, 1123:19, 1129:14, 1146:21, 1148:6
**toothpaste** [2] - 1048:18, 1048:19
**top** [2] - 1124:11, 1156:25
**Topeka** [1] - 1004:25
**topic** [3] - 1017:10, 1024:9, 1096:14
**total** [5] - 1063:20, 1064:13, 1073:1, 1073:2, 1073:3
**totally** [2] - 1067:9, 1111:6
**tough** [1] - 1060:15
**toy** [4] - 1060:19, 1060:22, 1061:11, 1061:19
**trace** [2] - 1048:18, 1048:22
**track** [2] - 1017:25, 1048:20
**traction** [1] - 1034:23
**trade** [1] - 1150:11
**trading** [1] - 1058:21
**trail** [1] - 1105:3
**trained** [1] - 1142:23
**training** [6] - 1006:19, 1010:5, 1010:7, 1010:10, 1010:13, 1143:3
**transaction** [5] - 1030:6, 1030:17, 1034:23, 1034:24, 1036:25
**transcript** [1] - 1164:7
**TRANSCRIPT** [2] - 986:12, 988:12
**transfer** [1] - 1022:9
**transportation** [4] - 1005:8, 1005:22, 1068:8, 1068:10
**transported** [1] - 1026:5
**travel** [1] - 1002:17
**traveling** [1] - 1057:9
**TRAVERSE** [4] - 989:10, 989:17, 1009:4, 1121:9
**tremendous** [1] - 1150:6
**trial** [9] - 1000:1,

1001:17, 1002:12, 1002:15, 1008:15, 1014:14, 1031:18, 1081:10, 1150:21
**TRIAL** [1] - 986:12
**Trial** [30] - 990:6, 990:7, 990:8, 990:9, 990:10, 990:11, 990:12, 990:13, 990:14, 990:15, 990:16, 990:17, 990:18, 990:19, 1055:5, 1071:25, 1075:21, 1087:22, 1087:25, 1091:15, 1091:17, 1092:15, 1092:16, 1098:13, 1098:14, 1099:22, 1101:4, 1106:11, 1106:14, 1111:14
**tried** [1] - 1114:15
**truckload** [1] - 1135:14
**true** [62] - 1009:24, 1009:25, 1010:15, 1010:23, 1011:1, 1011:12, 1011:13, 1011:22, 1011:25, 1012:1, 1012:10, 1012:22, 1013:4, 1013:5, 1013:8, 1013:9, 1013:22, 1015:5, 1015:23, 1015:24, 1016:7, 1016:10, 1016:20, 1016:21, 1017:17, 1018:17, 1024:16, 1042:2, 1043:4, 1043:6, 1047:14, 1047:19, 1048:10, 1048:11, 1049:4, 1049:10, 1049:19, 1050:19, 1051:1, 1051:6, 1054:25, 1056:24, 1057:6, 1062:25, 1063:23, 1067:7, 1067:18, 1067:19, 1076:1, 1078:9, 1078:16, 1078:20, 1095:9, 1095:19, 1097:20, 1100:14, 1100:23, 1103:17, 1104:25, 1126:14, 1134:3, 1164:7
**truly** [2] - 1058:19, 1060:13
**truth** [6] - 991:18, 991:19, 1116:5, 1116:6

**try** [4] - 1046:13, 1116:18, 1138:12, 1147:11
**trying** [10] - 1066:23, 1078:4, 1081:10, 1081:11, 1084:19, 1085:5, 1096:6, 1110:21, 1124:15
**TTP** [4] - 1100:21, 1101:9, 1157:11, 1157:25
**turbulent** [1] - 1064:17
**Turkey** [1] - 1076:20
**turn** [14] - 1035:12, 1054:3, 1059:5, 1061:17, 1068:16, 1071:11, 1072:23, 1084:2, 1086:2, 1086:21, 1087:2, 1104:16, 1105:4, 1105:18
**turned** [2] - 1024:13, 1052:8
**TV** [1] - 1059:23
**twenty** [1] - 1085:11
**twice** [2] - 1038:10, 1043:22
**two** [33] - 997:16, 1002:16, 1002:19, 1006:13, 1011:1, 1012:21, 1021:21, 1024:9, 1028:9, 1028:25, 1083:15, 1086:9, 1089:13, 1094:25, 1095:4, 1095:6, 1095:20, 1099:24, 1104:22, 1124:11, 1127:2, 1129:15, 1133:11, 1142:8, 1152:2, 1153:5, 1154:1, 1154:4, 1154:5, 1154:22, 1161:1, 1161:6
**TX** [1] - 987:23
**type** [21] - 996:8, 999:8, 1024:6, 1031:5, 1032:15, 1032:24, 1033:18, 1036:1, 1036:16, 1036:19, 1064:14, 1068:10, 1107:23, 1112:13, 1113:19, 1114:11, 1135:4, 1146:15, 1146:24, 1159:17, 1160:18
**types** [3] - 993:12, 1004:11, 1018:10
**typical** [4] - 1005:4,

1140:13, 1146:10, 1160:6
**typically** [6] - 993:15, 1015:7, 1097:25, 1139:7, 1139:17, 1139:23

## U

**U.S** [22] - 1016:10, 1022:9, 1029:1, 1072:1, 1074:3, 1076:23, 1079:23, 1107:3, 1107:12, 1107:24, 1110:25, 1127:3, 1131:18, 1133:18, 1134:4, 1134:5, 1134:13, 1135:9, 1139:7, 1139:9, 1139:24, 1160:3
**UL** [2] - 1040:19, 1040:20
**ultimate** [2] - 1008:5, 1114:1
**ultimately** [6] - 1007:22, 1041:23, 1042:12, 1056:19, 1089:7, 1127:8
**unaffected** [1] - 1111:1
**Under** [1] - 1144:3
**under** [6] - 1033:8, 1063:6, 1113:18, 1116:17, 1124:17, 1157:19
**underline** [2] - 1069:19, 1070:10
**underlined** [2] - 1014:21, 1014:25
**understood** [9] - 997:21, 1028:9, 1029:24, 1029:25, 1030:10, 1031:10, 1033:22, 1072:8, 1155:18
**undertake** [2] - 1033:3, 1114:12
**unique** [1] - 1024:7
**United** [11] - 1005:6, 1007:24, 1022:25, 1023:2, 1049:21, 1055:21, 1096:24, 1102:7, 1118:15, 1164:5, 1164:15
**UNITED** [2] - 986:1, 986:13
**University** [1] - 1003:16

**Unless** [1] - 1035:2
**unless** [3] - 1035:9, 1119:14, 1133:24
**unlike** [1] - 1004:7
**unreasonable** [1] - 1112:23
**unto** [1] - 1098:1
**unusual** [4] - 996:18, 1142:17, 1142:20, 1142:21
**up** [39] - 995:23, 1000:13, 1004:6, 1020:8, 1020:16, 1030:4, 1052:7, 1055:19, 1060:5, 1060:6, 1064:16, 1064:22, 1070:21, 1084:20, 1111:2, 1117:6, 1117:10, 1117:15, 1121:18, 1122:5, 1122:15, 1122:16, 1123:25, 1124:1, 1124:11, 1129:19, 1142:17, 1143:7, 1145:7, 1151:14, 1151:17, 1151:23, 1154:6, 1154:13, 1154:18, 1156:1, 1157:14, 1158:16, 1161:23
**updating** [1] - 1013:1
**upside** [2] - 1105:4, 1105:18
**USA** [1] - 1086:14
**user** [6] - 1039:24, 1040:4, 1047:21, 1047:25, 1048:12
**USG** [36] - 1111:23, 1112:5, 1112:16, 1112:24, 1113:4, 1113:10, 1113:20, 1118:21, 1118:23, 1119:25, 1120:1, 1121:1, 1126:23, 1127:8, 1127:11, 1127:12, 1127:15, 1127:21, 1131:22, 1135:6, 1135:7, 1135:9, 1135:13, 1140:8, 1140:9, 1140:12, 1140:22, 1141:7, 1142:12, 1143:23, 1144:14, 1144:15, 1144:16, 1145:3, 1145:20
**USG's** [1] - 1144:23

## V

**vaguely** [1] - 1108:6

**valid** [4] - 1013:21, 1051:14, 1051:15, 1103:16
**validated** [1] - 1065:23
**validity** [1] - 1153:24
**valuable** [1] - 1057:5
**values** [1] - 1160:6
**variables** [1] - 1139:13
**variety** [4] - 1118:8, 1118:18, 1139:4, 1139:10
**various** [2] - 993:12, 1106:5
**verbally** [1] - 1095:20
**verbatim** [2] - 1022:16, 1062:24
**verbatim]** [1] - 994:1
**verification** [5] - 1096:3, 1096:21, 1097:10, 1097:19, 1099:12
**verify** [3] - 1039:5, 1050:18, 1095:22
**version** [12] - 1012:23, 1013:2, 1013:7, 1014:18, 1015:4, 1079:8, 1105:10, 1105:15, 1105:19, 1106:6, 1106:15, 1163:7
**versions** [2] - 1012:21, 1106:6
**versus** [2] - 1114:4, 1143:16
**vet** [5] - 1050:10, 1051:16, 1051:21, 1067:17, 1083:11
**vetted** [1] - 1052:4
**vetting** [4] - 1050:2, 1050:12, 1078:18, 1097:8
**video** [4] - 1001:14, 1081:9, 1081:15, 1084:9
**videotape** [1] - 1115:14
**videotaped** [6] - 989:9, 1001:23, 1020:2, 1020:19, 1041:16, 1085:21
**view** [13] - 1022:5, 1028:5, 1064:11, 1070:1, 1075:19, 1096:6, 1096:7, 1096:10, 1106:2, 1113:15, 1113:18, 1162:9
**virtually** [1] - 1026:12
**visit** [12] - 999:22, 1000:3, 1026:17,

1054:9, 1054:24, 1057:22, 1066:12, 1066:14, 1066:19, 1093:17, 1094:16, 1094:21
**visited** [1] - 1093:8
**visiting** [2] - 1065:25, 1066:4
**visits** [2] - 1026:15, 1026:22
**visually** [1] - 1139:21
**vitae** [2] - 1012:22, 1013:7
**VOIR** [3] - 989:16, 1001:25, 1116:15
**volume** [1] - 1029:17

## W

**wait** [1] - 1152:10
**walk** [1] - 1097:17
**walked** [1] - 1161:4
**wallboard** [17] - 1084:8, 1086:8, 1092:4, 1117:2, 1117:25, 1119:23, 1120:5, 1120:11, 1120:13, 1120:16, 1121:5, 1122:23, 1129:1, 1130:7, 1136:13, 1160:5
**walls** [1] - 995:23
**wants** [1] - 1060:11
**War** [1] - 1085:12
**warehouse** [5] - 996:3, 996:5, 996:9, 1022:21, 1023:3
**warehouses** [2] - 1003:25, 1004:3
**warranted** [1] - 1036:13
**warrants** [1] - 1051:8
**warranty** [6] - 1031:24, 1032:7, 1032:11, 1036:11, 1036:16, 1036:19
**Warranty** [1] - 1036:9
**warrantying** [1] - 1032:11
**WARSHAUER** [1] - 986:21
**waste** [4] - 1066:18, 1080:24, 1082:15, 1100:16
**water** [2] - 995:6, 995:8
**ways** [1] - 1031:9
**web** [7] - 1121:13, 1121:15, 1121:17,

1123:7, 1123:10, 1125:7, 1125:9
**weekend** [4] - 1162:5, 1162:12, 1162:20, 1162:21
**weeks** [1] - 1127:2
**Weida** [3] - 1083:15, 1084:3, 1086:3
**weight** [12] - 1129:9, 1137:11, 1138:20, 1138:22, 1138:24, 1139:1, 1139:4, 1139:14, 1139:15, 1139:19, 1142:2, 1142:4
**WEISS** [1] - 987:3
**welcome** [1] - 1079:17
**West** [1] - 1063:9
**western** [1] - 1060:13
**wet** [5] - 1043:8, 1047:4, 1114:16, 1114:18, 1114:19
**Wheaton** [1] - 1116:21
**whereby** [3] - 1033:14, 1036:2, 1160:8
**WHEREUPON** [23] - 991:8, 1001:22, 1020:1, 1020:14, 1020:18, 1041:6, 1041:10, 1041:15, 1081:8, 1081:15, 1084:9, 1085:1, 1085:7, 1085:15, 1085:20, 1115:13, 1115:17, 1128:23, 1130:3, 1132:11, 1161:19, 1163:1, 1163:18
**WHITFIELD** [1] - 987:7
**whole** [11] - 991:18, 1023:18, 1029:4, 1068:4, 1076:21, 1096:11, 1116:5, 1122:8, 1130:12, 1152:12, 1152:16
**wholesaler** [3] - 1025:2, 1025:3, 1039:22
**wife** [3] - 1061:10, 1061:19, 1065:19
**Winning** [2] - 1072:18, 1075:22
**witness** [12] - 991:12, 991:22, 1001:12, 1020:9, 1041:13, 1075:23, 1093:12, 1115:21, 1115:25, 1116:9, 1147:25, 1161:24

**WITNESS** [17] -
991:20, 992:1,
1042:17, 1042:24,
1043:6, 1044:2,
1044:12, 1044:23,
1045:15, 1075:13,
1108:14, 1114:15,
1116:7, 1116:13,
1157:19, 1158:8,
1159:24
**witness'** [1] - 1106:13
**word** [23] - 1003:10,
1014:21, 1014:25,
1015:1, 1018:18,
1033:6, 1042:10,
1042:15, 1042:20,
1043:3, 1043:16,
1043:20, 1046:14,
1051:22, 1052:2,
1059:11, 1076:2,
1123:20, 1124:10,
1124:20, 1125:6,
1125:9, 1129:22
**words** [4] - 1042:5,
1060:15, 1152:22
**workmanship** [2] -
1032:13, 1036:14
**works** [3] - 1079:21,
1093:20, 1106:10
**world** [4] - 1029:13,
1061:8, 1114:23,
1126:16
**World** [1] - 1053:8
**Worldwide** [1] -
1158:2
**worst** [1] - 1059:19
**wow** [1] - 1029:5
**write** [3] - 1006:4,
1007:9, 1068:13
**writer/director** [1] -
1058:2
**writing** [7] - 1058:8,
1058:23, 1094:20,
1094:23, 1095:14,
1095:15, 1095:17
**written** [17] - 1006:7,
1006:8, 1006:13,
1006:15, 1006:17,
1010:16, 1010:20,
1062:18, 1070:23,
1072:14, 1072:19,
1094:17, 1095:10,
1121:20, 1121:21,
1125:23, 1126:1
**wrote** [9] - 1000:12,
1010:25, 1027:14,
1055:13, 1059:3,
1059:10, 1061:7,
1063:23, 1068:2
**Wuhu** [6] - 1076:20,

1153:3, 1153:4,
1161:2, 1161:4,
1161:11

# X

**x-ray** [2] - 1146:18,
1146:19

# Y

**year** [11] - 995:11,
996:19, 1011:6,
1012:3, 1013:4,
1014:19, 1017:6,
1053:10, 1077:20,
1093:15, 1103:14
**years** [22] - 992:23,
992:25, 994:12,
997:5, 997:6,
1001:7, 1001:8,
1003:12, 1013:20,
1047:1, 1055:17,
1070:16, 1070:18,
1070:19, 1105:20,
1117:8, 1118:11,
1127:3, 1127:4,
1128:16, 1139:8
**yesterday** [1] - 994:6
**York** [1] - 1055:24
**yourself** [8] - 1010:3,
1015:16, 1017:2,
1062:13, 1123:14,
1127:24, 1129:24,
1141:15

# Z

**Zakkour** [9] - 1093:18,
1093:24, 1094:15,
1094:24, 1095:2,
1095:6, 1095:9,
1095:16, 1095:20
**Zhang** [11] - 1080:15,
1080:18, 1080:23,
1081:7, 1082:6,
1082:9, 1082:14,
1082:23, 1088:22,
1100:5, 1100:13
**Zhang's** [1] - 1100:15
**zoom** [1] - 1144:9