1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE-MANUFACTURED   *       Docket 09-MD-2047
5         DRYWALL PRODUCTS        *
          LIABILITY LITIGATION    *       Section L
6                                 *
                                  *       New Orleans, Louisiana
7                                 *
Relates to:  All Cases           *       December 3, 2012
8  * * * * * * * * * * * * * * * *

9

10                           DAY 6
                     JURY TRIAL BEFORE
11           THE HONORABLE ELDON E. FALLON
               UNITED STATES DISTRICT JUDGE
12

13

<u>Appearances</u>:
14

15  For the Plaintiffs:        Gainsburgh Benjamin David
                                 Meunier & Warshauer, LLC
16                             BY:  GERALD E. MEUNIER, ESQ.
                               1100 Poydras Street, Suite 2800
17                             New Orleans, Louisiana 70163

18
    For the Plaintiffs:        Seeger Weiss, LLP
19                             BY:  CHRISTOPHER SEEGER, ESQ.
                                    SCOTT ALAN GEORGE, ESQ.
20                             77 Water Street
                               New York, New York 10005
21

22  For the Plaintiffs:        Whitfield Bryson & Mason, LLP
                               BY:  DANIEL K. BRYSON, ESQ.
23                             900 W. Morgan Street
                               Raleigh, North Carolina 27603
24

25

```
 1   For the Plaintiffs:          Irpino Law Firm
                                  BY:  ANTHONY IRPINO, ESQ.
 2                                2216 Magazine Street
                                  New Orleans, Louisiana 70130
 3

 4   For Interior Exterior        Galloway Johnson Tompkins
     Building Supply, LP:           Burr & Smith
 5                                BY:  RICHARD DUPLANTIER JR., ESQ.
                                       BENJAMIN R. GRAU, ESQ.
 6                                     CARLINA C. EISELEN, ESQ.
                                  701 Poydras Street, 40th Floor
 7                                New Orleans, Louisiana 70139

 8
     For The North River         Thompson Coe Cousins & Irons, LLP
 9   Insurance Company:          BY:  KEVIN F. RISLEY, ESQ.
                                 One Riverway, Suite 1600
10                               Houston, Texas 77056

11
     For The North River         Lobman Carnahan Batt Angelle
12   Insurance Company:            & Nader
                                 BY:  SIDNEY J. ANGELLE, ESQ.
13                               400 Poydras Street, Suite 2300
                                 New Orleans, Louisiana 70130
14

15   Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                                 500 Poydras Street, HB-406
16                               New Orleans, Louisiana 70130
                                 (504) 589-7778
17                               Toni_Tusa@laed.uscourts.gov

18

19
     Proceedings recorded by mechanical stenography using
20   computer-aided transcription software.

21

22

23

24

25
```

1

## <u>I N D E X</u>

2
                                                        <u>PAGE</u>

3    Isabel Knauf (By Deposition)                        1169

4
     Objections to Jury Instructions                     1198
5

6    Closing Arguments
          Gerald E. Meunier, Esq.                        1209
7         Richard Duplantier Jr., Esq.                   1233
          Sidney J. Angelle, Esq.                        1259
8         Gerald E. Meunier, Esq.                        1260

9
     Jury Instructions                                   1262
10

11   Verdict of the Jury                                 1277

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HOURLY TRANSCRIPT

<div align="center">

**<u>MORNING SESSION</u>**

**(December 3, 2012)**

</div>

08:26:09  1

08:26:09  2

08:26:10  3      (The following proceedings were held in open court.)

08:30:46  4      **THE COURT:**  Be seated, please.

08:33:14  5      Good morning, ladies and gentlemen.  We have one

08:33:19  6  deposition, and then that will -- I'm advised that will end the

08:33:26  7  evidence of the case.  What happens at that point is that I

08:33:29  8  will take a break and I will meet with the lawyers to have my

08:33:37  9  final discussions with them on the jury charge and other

08:33:41  10  matters, and then we will come back out probably 9:30-ish or

08:33:48  11  thereabouts and start the closing argument.

08:33:52  12      Again, I have given them time.  I know you

08:33:54  13  recognize that the lawyers are very skilled in this case and,

08:33:57  14  of course, they can talk for days.  The point is I have given

08:34:01  15  them 45 minutes each side.  The point I want to make is that

08:34:06  16  it's my time, not theirs.  They have a lot to say, but I have

08:34:10  17  asked them to say it in a limited time.  Then we will give you

08:34:14  18  the case.

08:34:16  19      Dean will check with you later on with some

08:34:18  20  menus so we can get your menus for lunch and then your lunch in

08:34:26  21  for you and you can begin your deliberations.

08:34:28  22      Let's call your next witness.

08:34:30  23      **MR. GRAU:**  Without objection from Counsel, we would

08:34:32  24  like to introduce the CV of Dr. Tonyan as Exhibit 86.

08:34:37  25      And with that, we call Isabel Knauf by video

| | | |
|---|---|---|
| 08:34:40 | 1 | deposition. |
| 08:34:41 | 2 | THE COURT: Tell us who she is. |
| 08:34:42 | 3 | MR. GRAU: She is one of the Knauf family members and |
| 08:34:46 | 4 | a mining expert for Knauf. |
| 08:34:54 | 5 | MR. MEUNIER: Your Honor, Counsel says she's an |
| 08:34:56 | 6 | expert. She has not been offered as an expert. |
| 08:34:57 | 7 | MR. GRAU: She is not. And I didn't mean to imply |
| 08:35:00 | 8 | that, Your Honor. |
| 08:35:01 | 9 | THE COURT: She is a member of the Knauf family? |
| 08:35:02 | 10 | MR. GRAU: She is a member of the Knauf family. |
| 08:35:05 | 11 | ISABEL KNAUF, |
| 08:35:05 | 12 | having been duly sworn, testified by deposition as follows: |
| 08:35:05 | 13 | EXAMINATION |
| 08:35:07 | 14 | BY MR. GRAU: |
| 08:35:08 | 15 | Q. Ms. Knauf, my name is Arnold Levin. Good morning. |
| 08:35:11 | 16 | A. Good morning. |
| 08:35:12 | 17 | Q. Have you ever been deposed before? |
| 08:35:15 | 18 | A. No. |
| 08:35:19 | 19 | Q. For the record, could you just state your name and your |
| 08:35:22 | 20 | present address? |
| 08:35:23 | 21 | A. My name is Isabel, I-S-A-B-E-L, Corinna, C-O-R-I-N-N-A, |
| 08:35:36 | 22 | Knauf, K-N-A-U-F. |
| 08:35:40 | 23 | My legal registered address is Giesebrechtstrasse 12. |
| 08:35:51 | 24 | That's G-I-E-S-E-B-R-E-C-H-T-S-T-R-A-S-S-E 12, and 10629 |
| 08:36:01 | 25 | Berlin. |

ISABEL KNAUF - EXAMINATION

08:36:05  1   Q.    Okay.  Do you have other addresses that you frequent such

08:36:08  2   as in Turkey, Indiana, wherever?

08:36:11  3   A.    In Turkey.

08:36:13  4   Q.    And what is your address in Turkey?

08:36:15  5   A.    It's Bilkent, B-I-L-K-E-N-T, Safak Sitesi.  Closest

08:36:28  6   approximation would be an S -- it's an S with a little --

08:36:34  7   Q.    Ladle?

08:36:36  8   A.    On the bottom, A-F-A-K, S-I-T-E-S-I, 8, dot, S-O-K-A-K,

08:36:51  9   No. 8, in TR06530 Ankara.

08:37:05  10  Q.    And some of the boards -- is it some of the boards or all

08:37:08  11  of the boards during a period of time?

08:37:10  12  A.    Some.

08:37:10  13  Q.    Just some?

08:37:10  14  A.    Yes.

08:37:11  15  Q.    So that would be one or two houses, or would it be

08:37:14  16  thousands of houses?

08:37:16  17  A.    Well, that has not been fully ascertained up to today.

08:37:22  18  Q.    What do you base your statement that it hasn't been fully

08:37:25  19  ascertained on?

08:37:28  20  A.    Because the defense hasn't had access to all of the places

08:37:32  21  that have claimed.

08:37:40  22  Q.    Have they had access to hundreds of places that have

08:37:43  23  claimed?

08:37:44  24  A.    To a significant number.

08:37:47  25  Q.    Yeah.  So it is not some, it is now significant; is that

**ISABEL KNAUF - EXAMINATION**

08:37:50  1  correct?

08:37:51  2  **A.**   To the best -- a couple of hundred.  I don't know the

08:37:56  3  details.  I cannot tell you the --

08:37:59  4  **Q.**   Well, it is your word, "significant."  You meant to say

08:38:02  5  significant when you said "significant," didn't you?

08:38:04  6  **A.**   (Nods head.)

08:38:05  7  **Q.**   Yes?  She can't take down a nod.  You have to say yes,

08:38:09  8  no --

08:38:10  9  **A.**   Well, *significant* is an imprecise figure.  It is not a

08:38:13  10  precise figure.  So I was imprecise.

08:38:17  11  **Q.**   It's bigger than some, though?

08:38:19  12  **A.**   That's still a question of definition.

08:38:22  13  **Q.**   You're not trying to minimize the issue, are you?

08:38:24  14  **A.**   No, I'm not.

08:38:25  15  **Q.**   It's serious, isn't it?

08:38:28  16  **A.**   Yes, it is.

08:38:31  17  **Q.**   On November 20, 2006, when you went to Beijing, do you

08:38:38  18  remember what the purpose of that visit was?

08:38:43  19  **A.**   It would probably have been to visit KPT.

08:38:47  20  **Q.**   For what reason?

08:38:49  21  **A.**   I go there sometimes to see what -- to see what they're

08:39:06  22  doing.

08:39:07  23  **Q.**   Is it a fact that you went there on that occasion because

08:39:10  24  of what you have characterized as -- others have characterized

08:39:15  25  it differently -- as the smelly drywall problem?

**ISABEL KNAUF - EXAMINATION**

| | | |
|---|---|---|
| 08:39:21 | 1 | **A.**   That could have been. |
| 08:39:24 | 2 | **Q.**   Could have been. |
| 08:39:25 | 3 |        Well, that was a pretty significant happening for |
| 08:39:28 | 4 | KPT, wasn't it, when that problem arose? |
| 08:39:31 | 5 | **A.**   Yes. |
| 08:39:33 | 6 | **Q.**   And it's something that you do remember, don't you? |
| 08:39:36 | 7 | **A.**   Yes. |
| 08:39:38 | 8 | **Q.**   And you remember it vividly, don't you?  I mean, your |
| 08:39:42 | 9 | competitors were using it against you, were they not, BNBM? |
| 08:39:50 | 10 | **A.**   Yes. |
| 08:39:50 | 11 | **Q.**   And it was of concern, wasn't it?  I'm trying to say that |
| 08:39:54 | 12 | you didn't want others to know that you had a significant |
| 08:39:57 | 13 | problem in the United States with drywall that was ruining |
| 08:40:01 | 14 | air-conditioning units, the wiring in homes, and requiring |
| 08:40:06 | 15 | homes to be stripped down to their studs? |
| 08:40:10 | 16 | **A.**   We were completely unaware of most of the allegations you |
| 08:40:14 | 17 | are making now at that time. |
| 08:40:16 | 18 | **Q.**   Now, that statement that I just made, is that an |
| 08:40:20 | 19 | allegation or is that fact as you know it today? |
| 08:40:25 | 20 | **A.**   We know today that some of the drywall supplied by KPT to |
| 08:40:28 | 21 | the U.S. had a smell, created a smell and a tarnishing problem. |
| 08:40:46 | 22 | In 2006, we were not aware of the -- at least I was not aware |
| 08:40:55 | 23 | of the tarnishing issues. |
| 08:40:59 | 24 | **Q.**   In 2005 through 2007, who was your employer? |
| 08:41:04 | 25 | **A.**   Knauf Turkey. |

**ISABEL KNAUF - EXAMINATION**

08:41:08  1   Q.   And in 2005 through 2007, as an employee of Knauf Turkey,
08:41:17  2   did you engage in activities involving Wuhu, Dongguan, and KPT?
08:41:25  3   A.   I was at that time both.  I was an employee -- legally an
08:41:32  4   employee of Turkey, but my business dealings with Knauf China
08:41:36  5   were as a director within the Chinese businesses, and that
08:41:40  6   started in July 2006.
08:41:52  7   Q.   And in 2008, what was your title at whatever Knauf company
08:41:57  8   you happened to be with at that time?
08:42:03  9   A.   I was the regional managing director for Southern Europe,
08:42:10  10  the Middle East, and Asia.
08:42:23  11  Q.   Let's assume that for purposes of this line of questioning
08:42:26  12  that I'm referring to KPT as a satellite.  It's a corporation,
08:42:36  13  the Knauf corporation.  And it, like other Knauf entities,
08:42:43  14  looks to Gips for certain services; is that correct?  Yes or
08:42:51  15  no, and then you can explain.
08:42:58  16  A.   KPT has everything inside its company.  It has its own
08:43:05  17  accounting, its own production --
08:43:08  18  Q.   Tianjin, China, 18th of June 2007, what was your position
08:43:13  19  in the Knauf family companies on that date, time period?
08:43:18  20  A.   I was a director at KPT in this case.
08:43:24  21  Q.   Okay.  Were you involved in the China Asia operation?
08:43:29  22  A.   I had a supervisory function for the Chinese companies.
08:43:34  23  Q.   For all the Chinese companies?
08:43:36  24  A.   Yes.
08:43:37  25  Q.   "Based on the company's strong confidence in the China's

ISABEL KNAUF - EXAMINATION

08:43:45  1   market, The Knauf Group is planning to further expand its
08:43:49  2   investment in China in 2007 and will introduce the most
08:43:51  3   advanced German technology of manufacturing gypsum plasterboard
08:43:58  4   in China."
08:43:59  5               Do you remember telling the world that?
08:44:00  6   A.   No.
08:44:01  7   Q.   Did the German technology that referred to -- correct me
08:44:05  8   if I'm wrong -- come from Knauf Gips?
08:44:09  9   A.   No.
08:44:10  10  Q.   Where did it come from?
08:44:11  11  A.   Well, first of all, KPT has its own production, and it
08:44:22  12  sometimes purchases machinery from Knauf Engineering GmbH.  It
08:44:35  13  sometimes requests consulting services from the shared services
08:44:38  14  at the direktion technik, D-I-R-E-K-T-I-O-N T-E-C-H-N-I-K.
08:44:52  15  Technical department.  Let's say technical department.
08:45:00  16  Q.   And that's at Knauf Gips in Germany, is it not?
08:45:03  17  A.   That's part of --
08:45:04  18  Q.   Again, that's Knauf Gips that -- you didn't say the word,
08:45:07  19  but it's in there, right?
08:45:09  20               And are the ASTM standards stricter than the Chinese
08:45:14  21  standards?
08:45:14  22  A.   Yes.
08:45:15  23  Q.   And are the ASTM standards the standards that are utilized
08:45:17  24  in the United States?
08:45:18  25  A.   Yes.

ISABEL KNAUF - EXAMINATION

08:45:19  1   **Q.**   Now, by this time, December, did you know that that

08:45:23  2   particular board that was in Florida, and turned up in

08:45:27  3   Louisiana also, was more than just a bad smell, it was actually

08:45:31  4   ruining wire?

08:45:40  5   **A.**   We were not aware of that in 2006.

08:45:44  6   **Q.**   When did you become aware of that?

08:45:46  7   **A.**   To the best of my recollection, in 2008.

08:45:52  8   **Q.**   When did you send Dr. Hummel to investigate the situation

08:46:01  9   in Florida?

08:46:02  10  **A.**   I requested that Professor Hummel visit the sites in

08:46:10  11  Florida somewhere end of October, beginning of November 2006.

08:46:19  12  **Q.**   And when did he submit a report to you concerning his

08:46:22  13  investigation?

08:46:24  14  **A.**   Sometime after that.

08:46:28  15  **Q.**   Were you communicating with Dr. -- I call him Doctor --

08:46:32  16  it's Professor Hummel.  Were you communicating with

08:46:36  17  Professor Hummel in October and November of 2006 while he was

08:46:40  18  doing his investigation?

08:46:42  19  **A.**   Yes.

08:46:45  20  **Q.**   Could you tell me in words or substance what he told you

08:46:48  21  and how he communicated with you?

08:46:51  22  **A.**   I requested that he visit Florida, fully expecting that

08:46:54  23  the smell issue had absolutely nothing to do with KPT product.

08:46:58  24  And he said it might be so and suggested further testing.

08:47:12  25  **Q.**   And did you authorize him to further test?

HOURLY TRANSCRIPT

ISABEL KNAUF - EXAMINATION

08:47:16  1   **A.**   Yes.

08:47:19  2   **Q.**   Martin Halbach, was he notified of this problem at that

08:47:23  3   time?

08:47:23  4   **A.**   Yes.  Professor Hummel at first reported that it may be

08:47:32  5   that the KPT plasterboard is possibly implicated in the smell

08:47:37  6   issue.

08:47:43  7   **Q.**   Implicated.  It was the plasterboard that was smelling,

08:47:46  8   wasn't it?

08:47:46  9   **A.**   We know that now.

08:47:48  10  **Q.**   You didn't know it then?

08:47:49  11  **A.**   No.  I was fully expecting it to be something else.

08:47:53  12  **Q.**   Had you ever had any reports of smell in the plant in KPT

08:47:57  13  with regard to the plasterboard?

08:48:00  14  **A.**   Not before this claim was made, not to my knowledge.

08:48:04  15  **Q.**   Did he have authority from any of the Knauf partners,

08:48:08  16  Baldwin or Nikolaus, to do what he was doing?

08:48:16  17  **A.**   Every Knauf -- to the best of my knowledge, every Knauf

08:48:19  18  company manages its own sales.  So the commercial director of a

08:48:23  19  company such as KPT is free to sell to where he wants to.

08:48:30  20  **Q.**   Okay.  And it would have been before July 2006 that Mark

08:48:34  21  Norris chose to open up the U.S. market to his product, KPT's

08:48:39  22  product?

08:48:40  23  **A.**   Yes.

08:48:41  24  **Q.**   Okay.  Did you ever ask Mark why he did that, what was the

08:48:49  25  basis for doing that?  Did he have excess product in his plant?

ISABEL KNAUF - EXAMINATION

08:49:01   1    A.   To the best of my knowledge, KPT had empty capacity at the

08:49:04   2    time.

08:49:05   3    Q.   Do you know how Knauf obtained the introduction to InEx?

08:49:14   4    A.   That, I don't know.

08:49:16   5    Q.   You never asked that question of anybody?

08:49:22   6    A.   No.

08:49:26   7    Q.   You were head of Knauf Asia, and that was not an important

08:49:30   8    question for you to know, given what's been going on with the

08:49:33   9    Knauf product and the lawsuit in the United States?

08:49:38   10   A.   How it was introduced was not relevant at the time.

08:49:41   11   Solving the claim was -- addressing the claim was relevant.

08:49:46   12   Q.   Well, don't the various Knauf companies -- isn't part of

08:49:56   13   their task to support other Knauf companies, since all the

08:49:56   14   money flows in the direction of the Knauf family partnership?

08:50:03   15   A.   No.  Each company does its own business.

08:50:06   16   Q.   Did Mr. Halbach ever have a position at KPT?

08:50:10   17   A.   Yes.

08:50:11   18   Q.   And what was that position?

08:50:13   19   A.   Plant manager.

08:50:13   20   Q.   And when was he plant manager?

08:50:16   21   A.   I don't know the exact dates.

08:50:20   22   Q.   Before you came to KPT?

08:50:24   23   A.   Yes.

08:50:25   24   Q.   Before we get to that document, when is the first time you

08:50:30   25   find out about the problem in Florida with regard to the

ISABEL KNAUF - EXAMINATION

08:50:32   1   defective drywall?

08:50:34   2   **A.**   I was made aware to a claim in the U.S. somewhere at the

08:50:38   3   end of October 2006.

08:50:43   4   **Q.**   And who made you aware of it?

08:50:46   5   **A.**   I think Dr. Cheng called me.

08:50:52   6   **Q.**   And what did he say to you?

08:50:57   7   **A.**   That there's a claim in the U.S. and that they're claiming

08:51:02   8   that the KPT board smells.

08:51:06   9   **Q.**   Okay.  And what did you do as a result of that

08:51:09   10   notification with regard to the defective drywall?

08:51:13   11   **A.**   I called Professor Hummel and asked him if he had ever

08:51:22   12   heard of such a claim.

08:51:25   13   **Q.**   Okay.  Why did you call Professor Hummel, and where was

08:51:28   14   Professor Hummel when you called him?

08:51:30   15   **A.**   I don't know where Professor Hummel was when I called him,

08:51:32   16   because I called him on his mobile.

08:51:35   17   **Q.**   Okay.  And why did you call him?

08:51:37   18   **A.**   Because the claim seemed absolutely outrageous to me

08:51:46   19   because I had never heard of a smell problem in connection with

08:51:50   20   Knauf drywall.

08:51:51   21   **Q.**   And you did not want this to get out of hand, did you not?

08:51:56   22   **A.**   I was convinced that the claim had absolutely nothing to

08:51:59   23   do with our product at the time.

08:52:02   24   **Q.**   Well, as this thing evolved, this was more than just

08:52:08   25   smelly drywall, wasn't it?  It was drywall that affected the

HOURLY TRANSCRIPT

ISABEL KNAUF - EXAMINATION

08:52:13  1    safety of individuals who lived in the homes for which the

08:52:16  2    drywall was utilized, did it not?

08:52:24  3    A.    To my knowledge, some of the plasterboard that KPT sold to

08:52:28  4    the United States had a smell issue and tarnishes copper.

08:52:38  5    Q.    What mine did the gypsum come from that was utilized in

08:52:41  6    the KPT product in China?

08:52:44  7    A.    At what time?

08:52:45  8    Q.    The product that was sold in 2005 and 2006.

08:52:53  9    A.    It came from the Luneng mine in Shandong province.

08:52:59  10   Q.    Had you ever been to the Luneng mine in Shandong Province?

08:53:04  11   A.    No.

08:53:05  12   Q.    It was sensible because it was a bad product and you had

08:53:08  13   to do something for your customer, Banner?

08:53:11  14   A.    There was an amount of unsold drywall in the hands of --

08:53:16  15   or uninstalled drywall in the hands of Banner.  After the

08:53:23  16   claim, they were not willing to sell any more of it, and so we

08:53:28  17   said, Okay, we'll take it out of the market.

08:53:35  18   Q.    Did you not once say it was -- words or substance -- that

08:53:38  19   it was a minimal amount of plasterboard that was involved?

08:53:43  20   A.    At the time, in 2006, only a small amount of plasterboard,

08:53:46  21   I would say a maximum of a handful of houses, was the issue.

08:53:55  22   Q.    You thought it was a very limited problem and the problem

08:53:58  23   was solved, for which you provided domestic drywall of 18,000

08:54:04  24   sheets, 16,000 sheets, 12,000 sheets to Banner for this very

08:54:08  25   limited problem; is that correct?

ISABEL KNAUF - EXAMINATION

| | | |
|---|---|---|
| 08:54:10 | 1 | **A.**   Yes. |
| 08:54:11 | 2 | **Q.**   And you sold it in New Orleans too, didn't you? |
| 08:54:16 | 3 | **A.**   But that was a completely different batch, and we had |
| 08:54:19 | 4 | absolutely no indication that that product would ever be |
| 08:54:22 | 5 | affected. |
| 08:54:25 | 6 | **Q.**   So this was a very, very minimal problem, would you say, |
| 08:54:28 | 7 | that you thought?  That was your state of mind? |
| 08:54:31 | 8 | **A.**   We thought that this was a fluke incident, that only |
| 08:54:35 | 9 | several houses were concerned, and that it was only a smell |
| 08:54:40 | 10 | problem. |
| 08:54:41 | 11 | **Q.**   And with this fluke smell problem that only several houses |
| 08:54:45 | 12 | were concerned, you didn't want it told on television, you |
| 08:54:49 | 13 | didn't want it said in a magazine, you didn't want it broadcast |
| 08:54:54 | 14 | to anybody because you were concerned about KPT's reputation, |
| 08:55:01 | 15 | were you not? |
| 08:55:04 | 16 | **A.**   We thought that the rest of the plasterboard that had been |
| 08:55:07 | 17 | supplied was absolutely perfectly in order.  And we had |
| 08:55:13 | 18 | commissioned a report by a reputable company called CTEH, which |
| 08:55:22 | 19 | had told us that there was absolutely no health risk, and so we |
| 08:55:29 | 20 | thought this is a limited one-off issue and there was no reason |
| 08:55:37 | 21 | to believe otherwise. |
| 08:55:40 | 22 |         Please remember that a smell is not exactly a hidden |
| 08:55:43 | 23 | defect and we were at the time more than seven months after the |
| 08:55:49 | 24 | last shipment of plasterboard.  So we were clearly assuming |
| 08:55:53 | 25 | that if anybody else had a smell problem, they would probably |

**ISABEL KNAUF - EXAMINATION**

08:55:58  1    speak up.

08:55:58  2    **Q.**   Did you ever ask Professor Hummel what the significance of

08:56:02  3    that off-gassing would be on a home or a human being?

08:56:08  4    **A.**   Yes.

08:56:10  5    **Q.**   And what did he tell you?

08:56:12  6    **A.**   That some of these compounds smell.

08:56:16  7    **Q.**   Did he tell you anything more than some of them smell?

08:56:19  8    Did he tell you what they do to wire, what they do to

08:56:22  9    air-conditioning?

08:56:25  10   **A.**   No.

08:56:25  11   **Q.**   What they do to heating systems?

08:56:28  12   **A.**   The tarnishing issue did not arise until approximately

08:56:31  13   2008.

08:56:39  14   **Q.**   Did you direct Mr. Norris to communicate with any other

08:56:43  15   distributors that they might have bad KPT board?

08:56:48  16   **A.**   No, because we didn't think there was any more out there.

08:56:52  17   **Q.**   So the answer is no?

08:56:55  18   **A.**   No.

08:56:57  19   **Q.**   Did you direct Mr. Norris to inform other home builders

08:57:04  20   that they might be installing bad KPT board?

08:57:06  21   **A.**   No.

08:57:10  22   **Q.**   Are you aware of anybody else at KPT or anybody else at

08:57:14  23   any other Knauf entity that issued such a directive?

08:57:18  24   **A.**   I'm not aware of that.

08:57:20  25   **Q.**   Ms. Knauf, did you take any steps to confirm whether or

**ISABEL KNAUF - EXAMINATION**

08:57:23   1   not you had other bad board in your KPT factory in China?

08:57:30   2   **A.**   The plant manager was asked to check if there was any

08:57:33   3   other.

08:57:39   4   **Q.**   Are you aware of what steps were taken by the plant

08:57:43   5   manager to do that?

08:57:46   6   **A.**   That's not hard.  You go into the warehouse and you smell

08:57:51   7   and you sniff.

08:57:55   8   **Q.**   So the plant manager went into the KPT factory and

08:57:58   9   sniffed.  And what did he conclude?

08:58:01   10   **A.**   No special smell.

08:58:03   11   **Q.**   No special smell, no problem here?

08:58:05   12   **A.**   Yes.

08:58:06   13   **Q.**   Are you aware of any testing done of the mine that

08:58:10   14   produced the gypsum that ended up in defective KPT board to

08:58:15   15   determine the amount of sulfur that was in the gypsum?

08:58:19   16   **A.**   Did we test the mine?  You can't test the mine, but we did

08:58:24   17   test different raw gypsum samples.

08:58:39   18   **Q.**   And who would have been responsible for doing that

08:58:41   19   testing?

08:58:42   20   **A.**   It would have been the plant manager for arranging it.

08:58:46   21   **Q.**   And that would have been, in 2006/2007, who?

08:58:52   22   **A.**   Mr. Chen Jie.

08:58:58   23   **Q.**   Did he provide you any type of written report of the

08:59:01   24   testing results?

08:59:02   25   **A.**   Not that I am aware of.  But by this research, we found

ISABEL KNAUF - EXAMINATION

| | | |
|---|---|---|
| 08:59:07 | 1 | out how the smell had been created.  So I am aware of the |
| 08:59:11 | 2 | results of the research. |
| 08:59:19 | 3 | **Q.**    And who was this research done by? |
| 08:59:22 | 4 | **A.**    I don't remember the specifics, but I know the result. |
| 08:59:26 | 5 | **Q.**    So you have a recollection that some testing was done in |
| 08:59:29 | 6 | China? |
| 08:59:30 | 7 | **A.**    Most probably. |
| 08:59:32 | 8 | **Q.**    And what's your recollection of the result? |
| 08:59:35 | 9 | **A.**    The recollection of the result was that some samples |
| 08:59:38 | 10 | coming from the Luneng mine in Shandong province had increased |
| 08:59:44 | 11 | amounts of sulfur compounds in them that were matching the |
| 08:59:47 | 12 | sulfur compounds in the defective boards in Florida. |
| 09:00:01 | 13 | **Q.**    And did that report also confirm that those boards that |
| 09:00:05 | 14 | had the elevated rate of sulfur also had a bad smell? |
| 09:00:09 | 15 | **A.**    Yes. |
| 09:00:14 | 16 | **Q.**    Once you became -- and when do you recall this testing |
| 09:00:17 | 17 | would have been done? |
| 09:00:19 | 18 | **A.**    Somewhere in November or December 2006. |
| 09:00:28 | 19 | **Q.**    Okay.  So as of November or December 2006, you are now |
| 09:00:32 | 20 | aware that, in fact, there is a problem with the gypsum in the |
| 09:00:35 | 21 | mine utilized by KPT to manufacture its drywall, correct? |
| 09:00:39 | 22 | **A.**    I was aware at that time that some gypsum rock was found |
| 09:00:52 | 23 | that had a smell problem. |
| 09:00:54 | 24 | **Q.**    Despite having knowledge at the end of 2006 that some of |
| 09:01:00 | 25 | the gypsum utilized by KPT to manufacture its board had an |

**ISABEL KNAUF - EXAMINATION**

| | | |
|---|---|---|
| 09:01:05 | 1 | elevated rate -- elevated level of sulfur which created a smell |
| 09:01:11 | 2 | problem, you chose not to inform any of the installers, |
| 09:01:18 | 3 | suppliers, or builders that currently might have been using |
| 09:01:21 | 4 | that board in the United States? |
| 09:01:22 | 5 | **A.**   Since the gypsum -- |
| 09:01:24 | 6 | **Q.**   Could you answer with a yes or no and then provide any |
| 09:01:28 | 7 | explanation. |
| 09:01:28 | 8 | **A.**   No.  No. |
| 09:01:29 | 9 | **Q.**   Now, I understand your testimony yesterday to be that you |
| 09:01:35 | 10 | only thought it was a small problem until sometime in 2008, at |
| 09:01:39 | 11 | which point you learned there was a corrosion problem as well. |
| 09:01:43 | 12 | Is that correct? |
| 09:01:44 | 13 | **A.**   At which point I heard that there was a tarnishing |
| 09:01:47 | 14 | problem. |
| 09:01:49 | 15 | **Q.**   Ms. Knauf, before we broke, you mentioned that you had had |
| 09:01:52 | 16 | the plant manager of the KPT plant smell around the plant. |
| 09:02:02 | 17 | **A.**   Uh-huh. |
| 09:02:02 | 18 | **Q.**   And also that you had undertaken some testing of the mine |
| 09:02:05 | 19 | itself. |
| 09:02:07 | 20 | Other than those two things, are you aware of any |
| 09:02:12 | 21 | other testing or samples taken in either the KPT factory or |
| 09:02:19 | 22 | warehouse to help investigate the nature of the defective |
| 09:02:25 | 23 | drywall problem? |
| 09:02:28 | 24 | **A.**   As I stated, there were a number of test measures taken, |
| 09:02:32 | 25 | one of which was, for example, that a production run was made |

ISABEL KNAUF - EXAMINATION

09:02:37   1   with smelling raw gypsum.  And it was found out that while the
09:02:54   2   raw gypsum that was run through at that moment was smelling,
09:03:00   3   after the calcination there was no detectable smell anymore.
09:03:05   4   That means neither in the production line nor in the warehouse
09:03:09   5   did those board smell anymore.  This is due to the fact that
09:03:14   6   these sulfur compounds are eliminated in the calcination only.
09:03:22   7   Q.   Did anyone from Germany or any other Knauf employees
09:03:25   8   participate in testing of either the mine, gypsum material, or
09:03:30   9   gypsum board in the factory or the warehouse of KPT?
09:03:41   10  A.   Well, since it was -- since it was an issue that the plant
09:03:48   11  had problems with, they requested the consultancy of Mr. Martin
09:03:53   12  Halbach, who then came to Tianjin to help with finding out the
09:03:58   13  source of the smell.
09:04:02   14  Q.   When did Mr. Halbach come to Tianjin for the purpose of
09:04:10   15  assisting in this investigation?
09:04:12   16  A.   Somewhere mid-November 2006.
09:04:14   17  Q.   You were told in that November 29, 2006 time frame that
09:04:19   18  Banner had several thousand boards that it wanted to have
09:04:22   19  substituted with new board, correct?
09:04:29   20  A.   Yes.
09:04:30   21  Q.   Mr. Norris told you that, correct?
09:04:32   22  A.   Yes.
09:04:33   23  Q.   Good afternoon, Ms. Knauf.  My name is Richard Duplantier
09:04:38   24  and I represent Interior Exterior Building Supply.
09:04:43   25          Do you know my client's company at all?

## ISABEL KNAUF - EXAMINATION

09:04:45  1   A.    Not before I heard it now in this litigation.

09:04:52  2   Q.    Well, what my question was, though, isn't it true that

09:04:57  3   there was a meeting held among various employees of various

09:05:01  4   Knauf entities to discuss the manner in which Knauf, as a group

09:05:05  5   of companies, could take advantage of the opportunity to sell

09:05:08  6   drywall in the United States in 2005?

09:05:17  7   A.    To the best of my knowledge, yes.

09:05:23  8   Q.    Okay.  And included in that meeting were employees of

09:05:28  9   various Knauf entities; is that not true?

09:05:31  10  A.    Yes.

09:05:34  11  Q.    In fact, you were included in a conversation, and you're

09:05:38  12  an employee of Knauf Turkey; is that correct?

09:05:41  13  A.    Yes.

09:05:42  14  Q.    Mr. Robson, Tony Robson, was involved in those

09:05:49  15  discussions, and he is an employee of Knauf Insulation; is that

09:05:52  16  correct?

09:05:52  17  A.    I don't know who he is the employee of.

09:05:57  18  Q.    How about Mr. Jeff Brisley?  Do you know Mr. Brisley?

09:06:01  19  A.    I know Mr. Brisley.

09:06:04  20  Q.    And he was involved in those conversations and those

09:06:07  21  discussions, was he not?

09:06:08  22  A.    Not any discussions that I was privy to.

09:06:13  23  Q.    Mr. Baldwin Knauf informed you of those discussions and

09:06:16  24  the strategy that was being adopted by Knauf to sell drywall in

09:06:19  25  the United States; isn't that true?

ISABEL KNAUF - EXAMINATION

09:06:22  1   **A.**   I don't know who informed me, but I was informed that

09:06:28  2   there were discussions about selling drywall to the

09:06:32  3   United States.

09:06:35  4   **Q.**   And nothing in that memorandum suggests that what the

09:06:40  5   customers want is Chinese drywall, is there?  It doesn't

09:06:44  6   mention China at all, does it?

09:06:46  7   **A.**   No.

09:06:47  8   **Q.**   It doesn't mention Asia at all, does it?

09:06:53  9   **A.**   No.

09:06:54  10  **Q.**   Well, let's talk about what happens in November of 2006.

09:06:58  11  In November of 2006, you discover a problem with your drywall;

09:07:02  12  is that correct?

09:07:03  13  **A.**   Yes.

09:07:07  14  **Q.**   The problem that you discover is the fact that there's

09:07:11  15  hydrogen sulfide that is embedded in the drywall and therefore

09:07:15  16  creating a defect in the drywall; is that correct?

09:07:22  17  **A.**   I don't want to get into the technical details, but there

09:07:25  18  was a defect in some KPT boards.

09:07:29  19  **Q.**   At that time did you do anything to inform my client,

09:07:32  20  Interior Exterior, who had purchased a significant amount of

09:07:35  21  drywall, about what you discovered?

09:07:41  22  **A.**   Please define "you."

09:07:49  23  **Q.**   You, Isabel Knauf, as the manager of Knauf Asia.

09:07:56  24  **A.**   Me personally, no.

09:08:01  25  **Q.**   Did you direct anyone employed by any Knauf entity to

**ISABEL KNAUF - EXAMINATION**

09:08:04  1   reach out to my client, Interior Exterior, and at least apprise

09:08:08  2   them of the potential problem?

09:08:11  3   A.   I don't think so.

09:08:18  4   Q.   Do you know if anyone from any Knauf company, before 2009,

09:08:23  5   informed Interior Exterior that there was a problem with some

09:08:25  6   of the drywall?

09:08:26  7   A.   I don't know.

09:08:28  8   Q.   Have you ever seen any document which suggests or even

09:08:32  9   implies that Interior Exterior was advised of the problem with

09:08:35  10  the drywall?

09:08:42  11  A.   I can't -- I don't remember seeing one.

09:08:44  12  Q.   Well, we know that you believed and The Knauf Group

09:08:48  13  believed that it was an isolated problem, that it was only the

09:08:52  14  drywall that -- only a small amount of drywall sold in Florida

09:09:01  15  that was defective; is that correct?

09:09:04  16  A.   Yes.

09:09:04  17  Q.   I'm trying to understand how you came to that belief.  Why

09:09:08  18  did you think that only a limited number of sheets were a

09:09:12  19  problem?

09:09:14  20  A.   Because at the time it's not -- look, a smell is not a

09:09:18  21  very hidden defect.  If things smell, people will talk to the

09:09:28  22  person that sold it to them.  And it's not as if it was hidden.

09:09:38  23  Either it smells or it doesn't.

09:09:42  24        So if there was a significant noxious smell, people

09:09:49  25  would normally go and inform the person that had supplied it,

ISABEL KNAUF - EXAMINATION

09:09:57  1  who would then, again, in turn, inform their supplier.  So it
09:10:02  2  was reasonable to assume that if there was something that was
09:10:05  3  as obvious as a smell, that this would have been reported to
09:10:10  4  us.
09:10:12  5        We were, after all, at least five months after the
09:10:15  6  last delivery had been made.  All of these boards had passed
09:10:20  7  through a number of persons handling it.  So there was no
09:10:23  8  reason to assume that something as obvious as a smell would
09:10:27  9  have been overlooked by all these people handling the board and
09:10:32  10  living with the board.
09:10:39  11  Q.   Have you learned since this litigation commenced that the
09:10:44  12  smell is activated by the drywall coming into contact with
09:10:49  13  humidity?
09:10:52  14  A.   I have heard that.
09:10:58  15  Q.   You've heard that.  So that if the drywall was in an
09:11:01  16  air-conditioned building, it might not smell; is that right?
09:11:07  17  You've learned that?
09:11:08  18  A.   Yes.
09:11:13  19  Q.   So when you learned that the smell only occurs when the
09:11:16  20  drywall comes into contact with humidity, did it ever come into
09:11:21  21  your mind that maybe there's a bigger problem and we need to at
09:11:27  22  least report the defect to the customers who bought the
09:11:31  23  drywall?
09:11:31  24  A.   Well, either it was there's a smell or there's not a
09:11:36  25  smell.  The only defect we knew at the time was that there was

**ISABEL KNAUF - EXAMINATION**

| | | |
|---|---|---|
| 09:11:42 | 1 | a smell.  If there's no smell, for us there was no defect. |
| 09:11:48 | 2 | **Q.**   Do you have any information that would suggest that my |
| 09:11:52 | 3 | client, Interior Exterior, had anything to do with the defect |
| 09:11:55 | 4 | in the drywall that they bought from Knauf? |
| 09:12:01 | 5 | **A.**   In 2006? |
| 09:12:03 | 6 | **Q.**   Yes. |
| 09:12:05 | 7 | **A.**   I have no reason to believe that InEx -- InEx?  What is |
| 09:12:11 | 8 | it? |
| 09:12:13 | 9 | **Q.**   Interior Exterior.  Called InEx by various people, but |
| 09:12:16 | 10 | it's Interior Exterior. |
| 09:12:18 | 11 | **A.**   I had no reason to believe that they had a problem. |
| 09:12:22 | 12 | **Q.**   Do you have any information that they are responsible for |
| 09:12:25 | 13 | causing the defect in the drywall, even as we sit here today, |
| 09:12:29 | 14 | from 2006 to today -- |
| 09:12:32 | 15 | **A.**   Uh-huh. |
| 09:12:32 | 16 | **Q.**   -- any information to suggest that they did anything that |
| 09:12:37 | 17 | caused that drywall to be defective? |
| 09:12:40 | 18 | **A.**   They? |
| 09:12:41 | 19 | **Q.**   Yes. |
| 09:12:41 | 20 | **A.**   Who is "they"? |
| 09:12:43 | 21 | **Q.**   The company. |
| 09:12:46 | 22 | **A.**   We know that KPT delivered some amount of defective |
| 09:12:49 | 23 | drywall to the United States. |
| 09:12:57 | 24 | **Q.**   There's no reason for Interior Exterior to know that the |
| 09:13:01 | 25 | drywall that they bought from KPT was defective, was there? |

**ISABEL KNAUF - EXAMINATION**

09:13:08  1    **A.**   Well, either the drywall smelled or it didn't smell.

09:13:12  2    **Q.**   Well, the defect isn't the smell.  The defect is the

09:13:17  3    hydrogen sulfide that's in the drywall; isn't that correct?

09:13:20  4          You're a mining engineer, are you not?

09:13:22  5    **A.**   Yes.

09:13:23  6    **Q.**   Do you know what hydrogen sulfide is?

09:13:27  7    **A.**   Basically, yes.

09:13:29  8    **Q.**   So you know that the board isn't defective because it

09:13:34  9    smells; it's defective because it has hydrogen sulfide in it,

09:13:41  10   right?  Isn't that true?

09:13:43  11   **A.**   There are a number of sulfurous compounds in some of the

09:13:50  12   KPT boards that are causing some defects.

09:13:55  13   **Q.**   It's those compounds that make it defective, not just

09:13:59  14   because it smells, right?  You understand that?

09:14:07  15   **A.**   We know that now.

09:14:11  16   **Q.**   All right.  And you know that after years of testing and

09:14:19  17   investigation; is that correct?

09:14:19  18   **A.**   Yes.

09:14:21  19   **Q.**   And no one from The Knauf Group ever told

09:14:25  20   Interior Exterior about what you discovered, did you?

09:14:30  21   **A.**   Well, at the time, in 2006 and 2007, we were only aware of

09:14:38  22   a smell issue.  So if there would have been a smell issue, it

09:14:44  23   was -- which is an obvious issue, then it was reasonable to

09:14:51  24   believe that if there is a smell, then that -- the customer

09:14:57  25   would inform the supplier, who would then inform us up the

**ISABEL KNAUF - EXAMINATION**

| | | |
|---|---|---|
| 09:15:01 | 1 | chain.  That was a reasonable assumption, because either it |
| 09:15:05 | 2 | smells or it doesn't smell. |
| 09:15:07 | 3 | **Q.**   Actually, you knew in 2006 that the problem was the sulfur |
| 09:15:11 | 4 | compounds embedded in the drywall.  Baldwin Knauf discusses |
| 09:15:16 | 5 | that in his letter, does he not? |
| 09:15:18 | 6 | **A.**   Yes. |
| 09:15:19 | 7 | **Q.**   Okay.  So in 2006, you knew that you sold drywall in the |
| 09:15:24 | 8 | United States that had sulfur compounds that was causing it to |
| 09:15:29 | 9 | smell, right? |
| 09:15:31 | 10 | **A.**   Yes. |
| 09:15:34 | 11 | **Q.**   All right.  You didn't tell any of your customers about |
| 09:15:36 | 12 | that discovery, did you? |
| 09:15:38 | 13 | **A.**   That's incorrect. |
| 09:15:42 | 14 | **Q.**   Which customers did you tell? |
| 09:15:44 | 15 | **A.**   The ones where the complaint was forwarded to us. |
| 09:15:49 | 16 | **Q.**   So only if a customer complained did you feel it was your |
| 09:15:53 | 17 | responsibility to tell them about the sale of defective |
| 09:15:56 | 18 | drywall? |
| 09:16:01 | 19 | **A.**   Yes, because it was such an obvious issue.  Either it |
| 09:16:04 | 20 | smelled or it didn't. |
| 09:16:06 | 21 | **Q.**   So if it didn't smell, it wasn't defective, in your mind? |
| 09:16:09 | 22 | **A.**   That was our belief at the time. |
| 09:16:13 | 23 | **Q.**   You're not aware of The Knauf Group doing anything to |
| 09:16:18 | 24 | investigate the problem unless the customer complained about |
| 09:16:22 | 25 | the smell; isn't that true? |

ISABEL KNAUF - EXAMINATION

09:16:23   1   A.   In 2006?

09:16:25   2   Q.   2007, 2008, any time.  Any time.

09:16:29   3   A.   To the best of my knowledge, no.

09:16:37   4   Q.   The Knauf companies have been in the business of

09:16:39   5   manufacturing drywall for many years; is that correct?

09:16:41   6   A.   Yes.

09:16:45   7   Q.   This defect that's caused by the sulfur compounds came as

09:16:49   8   a surprise to the entire organization; isn't that true?

09:16:52   9   A.   Yes.

09:16:55   10  Q.   It's never been a problem or an issue that you have seen

09:16:58   11  before?

09:17:00   12  A.   Yes.

09:17:01   13  Q.   And, therefore, the distributors that you sold the product

09:17:05   14  had no reason to believe that this would be a problem?

09:17:10   15  A.   Yes.

09:17:14   16  Q.   This problem with this drywall is the fault of KPT and

09:17:18   17  only KPT; isn't that true?

09:17:25   18  A.   The defective --

09:17:28   19  Q.   Yes.

09:17:29   20  A.   Yes.

09:17:31   21  Q.   I understand that.  Hindsight is always 20/20.

09:17:35   22       But looking back at what you discovered in 2006 and

09:17:39   23  2007, based on hindsight, should you not have told all of your

09:17:45   24  customers about what you discovered so that they could at least

09:17:49   25  investigate the problem on their own?

ISABEL KNAUF - EXAMINATION

09:17:50   1   A.   We didn't know at the time that there was anything else

09:17:54   2   but a smell.

09:17:56   3   Q.   And you never gave Interior Exterior an opportunity to

09:17:58   4   even investigate the problem because you never told them about

09:18:01   5   it, right?

09:18:03   6   A.   Well, since we thought that the smell was the only defect,

09:18:07   7   we thought it would be an obvious defect.

09:18:10   8   Q.   I'm going to give you --

09:18:13   9   A.   And they did receive different production batches.

09:18:20  10   Q.   And different production batches have different

09:18:24  11   concentrations of sulfur compounds, right?

09:18:28  12   A.   This is what we have -- that's what we assumed.

09:18:31  13   Q.   And you know that now?

09:18:32  14   A.   Yes.

09:18:32  15   Q.   Well, that's what I meant.  If you had done anything to

09:18:35  16   determine that the gypsum you were buying from this particular

09:18:39  17   mine had sulfur compounds in it, you wouldn't have used it, and

09:18:43  18   it wouldn't have been in the drywall; isn't that true?

09:18:46  19   A.   Gypsum always -- gypsum is calcium sulfate.  So there is

09:18:52  20   always a certain amount of sulfur compounds in gypsum.  We

09:18:58  21   established in our tests in November that the excess sulfur

09:19:02  22   generally burns out in the calcination.  So how would we have

09:19:11  23   known that some batch of rock would have created such a

09:19:16  24   problem?

09:19:22  25   Q.   You don't know what caused the problem.  Still, as we sit

ISABEL KNAUF - EXAMINATION

09:19:28  1  here today, you don't know how KPT created defective drywall?

09:19:34  2  **A.**   We know that it came from the rock at that mine.

09:19:40  3  **Q.**   But what you are telling me is that those sulfur compounds

09:19:44  4  should have been burned off in the manufacturing process, but

09:19:47  5  they weren't?

09:19:48  6  **A.**   Yes.

09:19:49  7  **Q.**   And that happened at the KPT plant; isn't that true?

09:19:52  8  **A.**   Yes.

09:19:53  9  **Q.**   So if there had been quality controls in place at the KPT

09:19:56  10  plant, it would not have happened?

09:19:59  11  **A.**   There were quality controls at the KPT plant.

09:20:04  12  **Q.**   And they got dropped?

09:20:08  13  **A.**   No.   They were not directed towards this type of a problem

09:20:13  14  because nobody had ever heard of such a problem.

09:20:21  15          **THE COURT:**   Is that it?

09:20:22  16          **MR. DUPLANTIER:**   That's it, Your Honor.

09:20:23  17          **THE COURT:**   Any more witnesses?

09:20:25  18          **MR. DUPLANTIER:**   No.   Defendants rest at this stage,

09:20:26  19  Your Honor.

09:20:26  20          **MR. MEUNIER:**   Your Honor, before the defendants rest,

09:20:28  21  I do have some exhibits we want to offer into evidence that

09:20:31  22  came out during their case.

09:20:33  23          In the examination of Jim Geary, we offer P-46,

09:20:37  24  which is the sales contract with Metro Resources dated May 9,

09:20:41  25  2006.

09:20:42  1      **MR. DUPLANTIER:**  No objection.

09:20:43  2      **MR. MEUNIER:**  And then in connection with the

09:20:45  3  cross-examination of their expert Jim Tompkins, we offer the

09:20:50  4  following:  P-1304-A, which is a China article we talked about

09:20:56  5  with Dr. Tompkins; 1304-B, the excerpts from *Caught Between the*

09:21:02  6  *Tiger and the Dragon*; 1304-C, another China business article;

09:21:07  7  1304-D, excerpts from his book on manufacturing; 1304-E, the

09:21:15  8  test report that we spoke of with him; 1304-F, another test

09:21:19  9  report; 1304-G, another test report -- they are all the same

09:21:25  10  test report but showing up in different ways -- and then

09:21:28  11  finally, 1309, Judge, which is the CV and the publication list

09:21:35  12  that he had given us before the deposition as opposed to the

09:21:37  13  morning of the deposition.

09:21:38  14          We would offer all of those into evidence.

09:21:39  15      **MR. DUPLANTIER:**  Except for the last one, his prior

09:21:41  16  CV, we object.  Those are all hearsay.  We have no objection to

09:21:45  17  him asking Mr. Tompkins questions about those documents, but

09:21:48  18  experts are allowed to rely on hearsay, but they're not

09:21:51  19  admissible into evidence.

09:21:51  20      **THE COURT:**  Let me see Counsel.

09:22:10  21      (The following proceedings were held at the bench.)

09:22:11  22      **THE COURT:**  These are not exhibits that I had

09:22:14  23  excluded before?

09:22:16  24      **MR. DUPLANTIER:**  No.

09:22:16  25      **MR. MEUNIER:**  No.

09:22:17  1        **MR. DUPLANTIER:**  These are exhibits that were
09:22:19  2   actually added after that.
09:22:20  3        **MR. MEUNIER:**  They have been on the list all along.
09:22:22  4   They have never been objected to.  They were at his deposition.
09:22:25  5        **THE COURT:**  I understand.  I'm going to allow them.
09:22:27  6   They were used during the deposition for cross-examination.
09:22:31  7   They have been used.
09:22:33  8        **MR. DUPLANTIER:**  Note our objection.
09:22:35  9        **MR. RISLEY:**  North River joins in that objection.
09:22:38  10       **THE COURT:**  Sure.
09:22:40  11       **MR. RISLEY:**  Thank you.
09:22:40  12       (End of bench conference.)
09:22:46  13       **THE COURT:**  I'm going to admit the exhibits offered.
09:22:49  14          Any rebuttal?
09:22:49  15       **MR. MEUNIER:**  No, Your Honor.
09:22:50  16       **THE COURT:**  Plaintiff rests?
09:22:51  17       **MR. MEUNIER:**  Yes, the plaintiff rests.
09:22:52  18       **THE COURT:**  Members of the jury, we are going to take
09:22:54  19   a 15-, 20-minute break at this time, and then we will return.
09:22:58  20   The Court will stand in recess.
09:23:01  21          (Recess.)
09:35:44  22       **THE COURT:**  Be seated, please.  The jury is out of
09:35:46  23   the courtroom.
09:35:46  24          I have received from counsel various suggestions
09:35:52  25   as to jury charges.  I have reviewed them.  I have had several

| | | |
|---|---|---|
| 09:35:58 | 1 | meetings with counsel.  I gave them my final charge on Friday. |
| 09:36:02 | 2 | They have had an opportunity to review it. |
| 09:36:05 | 3 | At this time I will hear any objections to the |
| 09:36:07 | 4 | charge. |
| 09:36:07 | 5 | MR. RISLEY:  Your Honor, before we do objections, |
| 09:36:09 | 6 | could I raise three other issues with the Court?  Two are very |
| 09:36:13 | 7 | short.  One is on the stipulation that the Court read at the |
| 09:36:16 | 8 | beginning of the trial. |
| 09:36:17 | 9 | As the Court recalls, one paragraph was not read |
| 09:36:19 | 10 | because it deals with waiver of claims.  We now have a version |
| 09:36:22 | 11 | of that signed by all counsel that Mr. Meunier will be filing |
| 09:36:26 | 12 | with the Court today.  I want to make that clear on the record. |
| 09:36:28 | 13 | THE COURT:  Okay.  How do you want me to deal with |
| 09:36:29 | 14 | that from the standpoint of counsel? |
| 09:36:34 | 15 | MR. RISLEY:  I don't think the Court needs to do |
| 09:36:35 | 16 | anything else with it. |
| 09:36:36 | 17 | MR. MEUNIER:  We just wanted it in the record, Judge. |
| 09:36:37 | 18 | THE COURT:  Let's just make sure it's filed in the |
| 09:36:39 | 19 | record. |
| 09:36:40 | 20 | MR. RISLEY:  The second is, at the beginning of the |
| 09:36:42 | 21 | trial, before evidence started, we raised a question of an |
| 09:36:44 | 22 | order preserving our objections to motions in limine.  I don't |
| 09:36:48 | 23 | know if the Court has signed that order or not or intends to, |
| 09:36:51 | 24 | but I want to make it clear in the record at least what that |
| 09:36:54 | 25 | order dealt with, because that was our intention, to preserve |

| | | |
|---|---|---|
| 09:36:58 | 1 | those areas.  So I wonder if I might give to the clerk of the |
| 09:37:00 | 2 | Court another copy of that so it's part of the record in the |
| 09:37:03 | 3 | case. |
| 09:37:04 | 4 | **THE COURT:**  Sure. |
| 09:37:15 | 5 | **MR. RISLEY:**  Lastly, Your Honor, now that all parties |
| 09:37:17 | 6 | have rested, on behalf of North River we would like to renew |
| 09:37:20 | 7 | the motion for directed verdict that was made at the close of |
| 09:37:23 | 8 | plaintiffs' case. |
| 09:37:23 | 9 | The Court has indicated it's going to submit |
| 09:37:26 | 10 | both actual knowledge and a constructive knowledge *should have* |
| 09:37:29 | 11 | *known* standard.  As to actual knowledge, there's absolutely no |
| 09:37:32 | 12 | evidence on that at all.  I talked about that before.  It |
| 09:37:34 | 13 | doesn't get any more complicated than that.  There's no |
| 09:37:36 | 14 | evidence. |
| 09:37:37 | 15 | On the *should have known* we, of course, believe |
| 09:37:40 | 16 | that's the improper standard.  But even if that's the proper |
| 09:37:43 | 17 | standard, the only cases that have allowed that have involved |
| 09:37:45 | 18 | either modification of the product by the seller or an actual |
| 09:37:49 | 19 | inspection disclosed the defect, or a presumed inspection in |
| 09:37:52 | 20 | these prior cases.  None of those apply here. |
| 09:37:54 | 21 | But even if you go with the plaintiffs' |
| 09:37:56 | 22 | standard, what they are still saying is that InEx should have |
| 09:38:00 | 23 | known about a problem that no one knew existed and of which |
| 09:38:04 | 24 | there was no standard test.  So even under that standard of the |
| 09:38:08 | 25 | law, the evidence does not support a finding of that standard. |

| | |
|---|---|
| 09:38:13 | 1 |
| 09:38:15 | 2 |
| 09:38:19 | 3 |
| 09:38:22 | 4 |
| 09:38:25 | 5 |

Now, I know the Court earlier indicated that it was going to withhold ruling on the actual knowledge standard and deny the constructive knowledge standard motion.  The concern we have with that is -- and I understand that Rule 50 suggests that in some circumstances.

The problem is that now it gives the plaintiffs two bites at the apple instead of the one that, at most, they should have.  We suggest a better way to approach this would be to go ahead and grant the motion for judgment as a matter of law on the actual knowledge claim and reserve ruling on the constructive knowledge claim.

In addition to the prior argument I made at the time the plaintiffs rested their case, we ask those motions be granted.

THE COURT:  As I said, I'm going to deny the motion, reserve ruling on the actual knowledge and deny the motion on the reason to know or should have known standard.

Also, I understand counsel's argument is also the same with regard to the jury charge.  I have in the jury charge that the law of Louisiana allows -- I have, under Louisiana law, the term *knowledge* includes both actual knowledge and constructive knowledge.  Actual knowledge is what is actually known.  Constructive knowledge is what should have been known.

I understand that the defendant objects to that

| | | |
|---|---|---|
| 09:39:41 | 1 | statement and feels that the applicable statement is actual |
| 09:39:46 | 2 | knowledge and that constructive knowledge has no part in this |
| 09:39:50 | 3 | particular case; and if it has a part in the law, it has a |
| 09:39:54 | 4 | restricted part in the law and that this case does not fit into |
| 09:39:59 | 5 | that restriction. |
| 09:40:01 | 6 | MR. RISLEY:  I appreciate it, Your Honor. |
| 09:40:06 | 7 | Does the Court consider that my objection to the |
| 09:40:08 | 8 | charge? |
| 09:40:09 | 9 | THE COURT:  Yes. |
| 09:40:09 | 10 | MR. RISLEY:  I usually assume the plaintiffs go |
| 09:40:11 | 11 | first. |
| 09:40:12 | 12 | MR. GRAU:  Your Honor, unless you want to go on to |
| 09:40:14 | 13 | the -- |
| 09:40:16 | 14 | MR. MEUNIER:  It's on the jury charges. |
| 09:40:17 | 15 | THE COURT:  It doesn't matter.  Jury charge |
| 09:40:19 | 16 | objections. |
| 09:40:19 | 17 | MR. MEUNIER:  Your Honor, on behalf of plaintiffs, we |
| 09:40:21 | 18 | respectfully object to the Court not giving our proposed jury |
| 09:40:27 | 19 | charge 10, our proposed jury charge 19, and our proposed jury |
| 09:40:34 | 20 | charge 20. |
| 09:40:37 | 21 | THE COURT:  I've considered those charges, but I feel |
| 09:40:38 | 22 | that my general charge consumes those particular charges, and |
| 09:40:43 | 23 | they need not be given.  So I will deny those charges. |
| 09:40:49 | 24 | MR. GRAU:  Your Honor, on behalf of |
| 09:40:49 | 25 | Interior Exterior -- and first, we too would like to just renew |

09:40:53  1    our motions for judgments as a matter of law under Rule 50.

09:40:57  2            With respect to our Rule 51 objections to the

09:40:59  3    charges, we do respectfully object to the Court's failure to

09:41:04  4    include our proposed charge 1 relating to the standard on

09:41:08  5    redhibition, knowledge versus actual constructive knowledge,

09:41:12  6    and our proposed charge 2 as it relates to the comparative

09:41:15  7    fault of the manufacturers.

09:41:19  8        **THE COURT:**  With regard to the constructive

09:41:22  9    knowledge -- and I will only say this one time.  The issue in

09:41:26  10   this case, as presented in this particular case, is the rights

09:41:31  11   of consumer against a nonmanufacturer/vendor, which clearly

09:41:41  12   InEx is, a nonmanufacturer/vendor.

09:41:46  13           The regimes of law, common law, deals with this

09:41:51  14   aspect of the law under what has come to be known as caveat

09:41:58  15   emptor, let the buyer beware.  It's a very harsh remedy that

09:42:04  16   common law fashioned.  Eventually the reliance, the concept of

09:42:13  17   reliance, did creep into the common law somewhat late in its

09:42:17  18   development.  But reliance came in to give some recognition to

09:42:26  19   consumers to recognize that caveat emptor is a harsh remedy

09:42:32  20   that was not appropriate for the modern world.

09:42:35  21           The reliance concept is probably a tip of the

09:42:40  22   hat to what the civil law has had all along.  The civil law has

09:42:44  23   developed the concept of redhibition.  We get it actually from

09:42:48  24   Roman law as filtered through the French Napoleonic Code and

09:42:53  25   other civil law regimes.

09:42:58  1    Redhibition is more consumer focused.  The
09:43:03  2  concept, of course, is to focus on the consumer, not the
09:43:11  3  vendor.  The civil law has developed two subcategories of this
09:43:17  4  vendor responsibility.  One is the good-faith seller and two is
09:43:22  5  a bad-faith seller.
09:43:25  6    The good-faith seller is someone who has no
09:43:28  7  knowledge, no reason to know, no should have known, no
09:43:31  8  knowledge, actual or constructive, and that individual is
09:43:38  9  responsible to give back the price that they received for the
09:43:43  10  product and, in some instances, some minor damages, such as
09:43:50  11  interest and the like.
09:43:52  12    The bad-faith seller is someone who has
09:43:56  13  knowledge of the defect and sells it anyway.  That concept, as
09:44:02  14  we know it in Louisiana law, is in 2524 of the Louisiana Civil
09:44:10  15  Code.  The term used is *the seller knows*, meaning knowledge.
09:44:16  16  The question is, what is included in that concept of knowledge?
09:44:22  17    The cases have struggled with that.  The concept
09:44:26  18  that I read from the jurisprudence -- not simply one case, but
09:44:31  19  a large number of cases -- use the term *know or should have*
09:44:38  20  *known*, and that is what I think and believe from my research is
09:44:45  21  the present stage of Louisiana law.
09:44:49  22    The Louisiana Supreme Court hasn't directly
09:44:51  23  focused on that.  A lot of appellate state court cases have and
09:44:57  24  a lot of district court cases have, but the Supreme Court has
09:45:01  25  approved denied cert in cases where the jury was told or the

| | |
|---|---|
| 09:45:09 | 1 |
| 09:45:14 | 2 |
| 09:45:22 | 3 |
| 09:45:25 | 4 |
| 09:45:29 | 5 |
| 09:45:39 | 6 |
| 09:45:43 | 7 |
| 09:45:46 | 8 |
| 09:45:50 | 9 |
| 09:45:58 | 10 |
| 09:45:58 | 11 |
| 09:46:01 | 12 |
| 09:46:05 | 13 |
| 09:46:10 | 14 |
| 09:46:13 | 15 |
| 09:46:20 | 16 |
| 09:46:25 | 17 |
| 09:46:28 | 18 |
| 09:46:31 | 19 |
| 09:46:38 | 20 |
| 09:46:42 | 21 |
| 09:46:47 | 22 |
| 09:46:51 | 23 |
| 09:46:55 | 24 |
| 09:47:01 | 25 |

doctrine of know or should have known was clearly the deciding factor in the particular case.  The cases I have read convinced me the standard is know or should have known.

The defendant takes the position that if that is -- and they, I think, concede the word *knowledge* or *know* is somewhat vague because they suggest going to another provision of the code to help flesh out that.  That, to me, indicates that if you need something else to explain what the word is, that word then is vague and needs some fleshing out, so to speak.

I look to the cases to flesh it out.  I understand the code and I look to the code too, but the cases have also looked to the code.

The defendants suggest that the cases that discuss this really are factually specific and that the should have known is tailored to a very restrictive aspect of the law.

I don't read them that way.  I think that the cases are not one case but a number of cases over the years, and there are various fact patterns.  True, none of them that I have been able to find actually involve drywall itself.  It's other products.  I feel that those cases and the numbers and the discussions in them lead me to conclude that the word *knowledge* includes both constructive and actual knowledge.  For that reason I have refused and declined to give the defendants' charge and expanded it to the way that I have presented it --

| | |
|---|---|
| 09:47:07 | 1 |
| 09:47:11 | 2 |
| 09:47:11 | 3 |
| 09:47:15 | 4 |
| 09:47:18 | 5 |
| 09:47:20 | 6 |
| 09:47:24 | 7 |
| 09:47:27 | 8 |
| 09:47:30 | 9 |
| 09:47:33 | 10 |
| 09:47:37 | 11 |
| 09:47:39 | 12 |
| 09:47:41 | 13 |
| 09:47:43 | 14 |
| 09:47:45 | 15 |
| 09:47:47 | 16 |
| 09:47:52 | 17 |
| 09:47:55 | 18 |
| 09:48:01 | 19 |
| 09:48:05 | 20 |
| 09:48:08 | 21 |
| 09:48:11 | 22 |
| 09:48:14 | 23 |
| 09:48:17 | 24 |
| 09:48:22 | 25 |

not expanded it -- presented it the way that I have in the jury charge.

**MR. RISLEY:**  If I may make further objections to the Court's charge.  I'll be as brief as possible.

North River objects in the Court's instructions on the applicable law section to the second, third, fourth, fifth, and sixth paragraphs, which I believe are all but the first and last paragraph of that section.  Those all deal with constructive knowledge or should have known.  We object for the reasons we have discussed before, both here in our motion for directed verdict and in our motion in limine on the standard of knowledge.  I won't repeat all those.

I want to make three additional points in light of the Court's comments.  Number one, the reason we look to another provision of the code is because section -- or Article 1998, which is part of the redhibition statutes, uses a know or should have known standard.  So I think, instead of suggesting that creates vagueness about know in 2531 and 2545, it creates a clear legislative distinction.

Number two, in the redhibition statutes the legislature decided to make a distinction between the liability of a manufacturer and the liability of a nonmanufacturing seller, and by broadening the standard against the seller, the Court has blurred that distinction the legislature has paid.

Number three, by introducing the reasonable

| | | |
|---|---|---|
| 09:48:23 | 1 | standard that the Court does in the charge, it basically turns |
| 09:48:29 | 2 | this into a negligence case without providing the defendants |
| 09:48:33 | 3 | the opportunity to raise negligence defenses, including |
| 09:48:35 | 4 | proportion of responsibility of the manufacturer. |
| 09:48:37 | 5 | For all of those reasons, we object to those |
| 09:48:41 | 6 | instructions. |
| 09:48:43 | 7 | THE COURT:  My response is what I just said. |
| 09:48:44 | 8 | MR. RISLEY:  On the questions, we object to |
| 09:48:46 | 9 | Questions 1, 3, 5, and 7, the actual knowledge questions, |
| 09:48:48 | 10 | because there's no evidence to support the submission of those |
| 09:48:51 | 11 | questions to the jury and no reason the jury can answer yes to |
| 09:48:55 | 12 | those questions. |
| 09:48:56 | 13 | THE COURT:  Thank you very much.  For those reasons I |
| 09:48:58 | 14 | deny it. |
| 09:48:58 | 15 | MR. RISLEY:  On Questions 2, 4, 6, and 8, the |
| 09:49:01 | 16 | constructive knowledge questions, we object because, number |
| 09:49:02 | 17 | one, it's an improper statement of Louisiana law and will not |
| 09:49:06 | 18 | support the judgment in favor of the plaintiffs under Louisiana |
| 09:49:08 | 19 | law.  There is no evidence to submit any of those questions and |
| 09:49:12 | 20 | no reason the jury could find in favor of the plaintiff on |
| 09:49:14 | 21 | those questions. |
| 09:49:16 | 22 | THE COURT:  The reason I deny it is what I just said. |
| 09:49:18 | 23 | MR. RISLEY:  Finally, Your Honor, as part of our |
| 09:49:20 | 24 | proposed charge, we submitted Instruction 7, which is:  "A |
| 09:49:23 | 25 | seller of a good, such as Interior Exterior Building Supply, is |

09:49:27   1   not presumed to know of not-obvious defects in a product."

09:49:31   2            Instruction 8:  "A seller of a good, such as

09:49:33   3   Interior Exterior Building Supply, is not required to inspect

09:49:38   4   its products prior to a sale to detect not-obvious defects."

09:49:38   5            We believe there's substantial Louisiana law in

09:49:43   6   favor of these instructions, including one opinion of this

09:49:45   7   Court.  We ask that the Court submit those instructions as part

09:49:48   8   of the charge.

09:49:49   9            THE COURT:  I denied that because I felt that's

09:49:52  10   within the concept of reasonableness.

09:49:55  11            MR. RISLEY:  Thank you, Your Honor.

09:49:55  12            THE COURT:  Thank you very much.

09:49:57  13            Anything further?

09:49:58  14            Let's bring the jury in.

09:50:34  15        (The jury entered the courtroom.)

09:50:57  16            THE COURT:  Be seated, please.  Members of the jury,

09:50:58  17   as I mentioned to you, the case proceeds long after you're

09:51:04  18   picked as a juror.  You have opening statements, then the

09:51:06  19   evidence of the plaintiffs and then the evidence of the

09:51:08  20   defendants and then any evidence of rebuttal and then, finally,

09:51:11  21   closing argument.

09:51:12  22            As I mentioned to you during opening, that is

09:51:16  23   not evidence.  Closing argument is also not evidence.  It's the

09:51:22  24   final attempt of the attorneys to explain and bring together

09:51:26  25   the evidence for you and what inferences they feel you should

receive from it.

Again, I want to take the opportunity specifically to thank each and every one of you-all for working on this jury.  All of us know -- the lawyers know and certainly the Court knows that we have taken you away from your private businesses, your families and your friends, and imposed on you in some way.  All of us apologize for that but recognize that it is an important part of our society.

As I mentioned to you, we are the oldest democratic republic on the face of the earth, and one of the reasons is because our citizens in a very real way participate and help us in running the government, running your nation. You are called upon as citizens not only to vote, but you are called upon sometimes to defend your nation, and you are called upon to serve as a juror.  Both of those are very, very important services.  All of us thank you for it.

We will now hear from the parties.  As I mentioned to you, I have given them time limits.  The time limits are mine, not theirs.  They will work within them.

We will hear first from the plaintiff and then from the defendant and then again from the plaintiff.  The reason the plaintiff gets two opportunities to speak is because they have the burden of proof, and the law affords them two opportunities to speak.

Let me hear from the plaintiffs.

|       |    |                                                                                 |
|-------|----|---------------------------------------------------------------------------------|
| 09:53:10 | 1  | **MR. MEUNIER:**  Good morning.                                              |
| 09:53:13 | 2  | **THE JURY:**  Good morning.                                                 |
| 09:53:15 | 3  | **MR. MEUNIER:**  You have noticed that every time you                       |
| 09:53:17 | 4  | have entered the courtroom and every time you left the                       |
| 09:53:20 | 5  | courtroom the same thing happened.  We all stood and we were                 |
| 09:53:26 | 6  | silent as you passed.  When I say "we," I mean everyone, every               |
| 09:53:32 | 7  | attorney, every client, and every one of those spectators, from             |
| 09:53:37 | 8  | file clerk to insurance executive.                                          |
| 09:53:43 | 9  | That same thing happens every day in this                                    |
| 09:53:46 | 10 | country in thousands of courtrooms all across the country, and              |
| 09:53:52 | 11 | the reason for it is this.  As the judge has already indicated,             |
| 09:53:57 | 12 | in this system of justice, which is the envy of the civilized               |
| 09:54:01 | 13 | world, you hold a very high place of honor and respect.  Those              |
| 09:54:06 | 14 | jury badges are badges of honor.  Thomas Jefferson said that                |
| 09:54:11 | 15 | next to the right to vote, jury service was the most important              |
| 09:54:16 | 16 | act of American citizenship.  So that's pretty heavy stuff.                 |
| 09:54:24 | 17 | I want you to know before we begin that everyone                             |
| 09:54:26 | 18 | who works in this system, everyone in this case, who came into              |
| 09:54:31 | 19 | this system seeking justice -- the plaintiff homeowners, InEx,              |
| 09:54:38 | 20 | North River Insurance -- everyone stands in your debt for                   |
| 09:54:44 | 21 | having made the commitment and the sacrifice to be the jury in              |
| 09:54:47 | 22 | this case.  Personally, on behalf of the homeowners I                       |
| 09:54:51 | 23 | represent -- Eddy and Susan Beckendorf, Jim Pate of Habitat,                |
| 09:54:58 | 24 | Casey LeBlanc, Cheryl and David Gross, and Beryl Mundee --                  |
| 09:55:02 | 25 | certainly on behalf of them we thank you for the time and                   |

**GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT**

09:55:06  1    attention you have given to this case, which is so important.

09:55:10  2            So it is with much respect and honor that I now

09:55:17  3    say to you, ladies and gentlemen of the jury, we are a society

09:55:28  4    of rules.  Each of us knows, from our life experience and our

09:55:36  5    walk of life, the importance of knowing and following the

09:55:43  6    rules.  We know the importance of rules in the profession of

09:55:49  7    medicine.  We know the importance of rules in the military.  We

09:55:55  8    know the importance of rules in the food industry.  We know the

09:56:01  9    importance of rules in implementing systems of technology.  We

09:56:07  10   know the importance of rules in delivering energy to customers.

09:56:12  11   We know the importance of rules in church organizations that do

09:56:15  12   community work.  And, yes, we know the importance of rules in

09:56:20  13   athletics.

09:56:20  14           We all know how vital it is to play by the rules

09:56:25  15   because if you don't, bad things can happen.  Great harm can

09:56:34  16   result.  People's lives can be affected.

09:56:36  17           In this case we represent homeowners who have

09:56:40  18   been harmed and whose lives have been greatly affected all

09:56:47  19   because a product arrived here which should never have left

09:56:54  20   China, a product which is here and in the homes of these

09:57:02  21   citizens solely because a commercial seller, a distributor, was

09:57:15  22   too anxious to sell a product that was in short supply and

09:57:22  23   therefore did not learn and did not follow the rules.

09:57:28  24           Now, let me be clear what I mean when I say

09:57:31  25   "rules."  I am not talking about the ASTM standards for gypsum

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 09:57:38 | 1 | wallboard.  Those rules, ladies and gentlemen, do not address |
| 09:57:48 | 2 | the conduct of the distributor/seller of the product.  I'm also |
| 09:57:53 | 3 | not talking about the rules which InEx likes to say refer to |
| 09:57:57 | 4 | the classic distributor, the classic distributor that never |
| 09:58:04 | 5 | tests the quality of the product, never visits where the |
| 09:58:08 | 6 | product is made, and basically never really investigates the |
| 09:58:12 | 7 | core quality of the product. |
| 09:58:18 | 8 | I am talking, ladies and gentlemen, about the |
| 09:58:23 | 9 | due diligence rules of practice and conduct that apply to the |
| 09:58:26 | 10 | distributor of any stripe or title which takes upon itself the |
| 09:58:32 | 11 | responsibility to source a product manufactured in the People's |
| 09:58:38 | 12 | Republic of China and to sell it to American citizens. |
| 09:58:45 | 13 | This is not the Canadian drywall case.  This is |
| 09:58:50 | 14 | not the European drywall case.  This is not even the Indonesian |
| 09:58:58 | 15 | drywall case.  This is the Chinese drywall case.  As both |
| 09:59:04 | 16 | Rosemary Coates and Jim Tompkins have told you, that makes a |
| 09:59:09 | 17 | fundamental difference in the rules in the due diligence that a |
| 09:59:18 | 18 | distributor has to obey. |
| 09:59:21 | 19 | Here's one more thing we know about rules. |
| 09:59:24 | 20 | Sometimes they are hard to follow and sometimes they are not. |
| 09:59:31 | 21 | Sometimes the obedience to a rule, for example, the rule of due |
| 09:59:38 | 22 | diligence, in practice can be this simple:  walk through the |
| 09:59:43 | 23 | door and smell.  Walk through the door and smell. |
| 09:59:51 | 24 | If someone hired by InEx or just a |
| 09:59:54 | 25 | representative of InEx had bothered to do that while this |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:00:02   1   defective drywall was being made, before the bad gypsum was

10:00:08   2   baked into a panel, shrink wrapped, loaded onto a ship, stored

10:00:15   3   in a warehouse, and then installed in walls -- if InEx or

10:00:21   4   someone hired by InEx had done the simple due diligence of

10:00:26   5   walking through the door and smelling, this product, ladies and

10:00:31   6   gentlemen, would not have passed the smell test and we would

10:00:37   7   not be here today.

10:00:41   8           Now, Judge Fallon on day one invited you to be

10:00:45   9   like scientists who will test this evidence and decide what

10:00:50   10  justice calls for.  I have a concern about your laboratory.  I

10:00:54   11  want it to be uncontaminated.  I want it to be uncontaminated.

10:01:01   12  That's why, when you were being selected, I said, Look, let's

10:01:04   13  be sure about something.  When you decide this case, can you do

10:01:09   14  it without being distracted, concerned, puzzled, curious,

10:01:13   15  angry, etc., about the responsibility of the manufacturers of

10:01:18   16  the drywall?

10:01:21   17          This stuff is stipulated to be defective.  It's

10:01:24   18  sort of unnatural not to wonder, what about the manufacturers?

10:01:28   19  And you assured me that you could put that aside because that

10:01:31   20  is not this case.  I think it's especially important now, after

10:01:40   21  having just heard the testimony we heard from Ms. Isabel Knauf,

10:01:43   22  to make that point again.

10:01:45   23          Look, you know, from hearing the deposition of

10:01:47   24  Martin Halbach and Isabel Knauf, the manufacturers of this

10:01:51   25  drywall have not gone unnoticed in the Chinese Drywall

HOURLY TRANSCRIPT

**GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT**

| | | |
|---|---|---|
| 10:01:56 | 1 | litigation.  They are not being overlooked.  There are product |
| 10:01:59 | 2 | liability laws that deal with them, product liability laws. |
| 10:02:04 | 3 | This case is not brought under those laws, and there is nothing |
| 10:02:10 | 4 | in those laws, nothing that says that the fault of a |
| 10:02:14 | 5 | manufacturer is exclusive, it can't be shared. |
| 10:02:19 | 6 | In fact, in catastrophes like this, it is often |
| 10:02:23 | 7 | shared.  There is a special law in Louisiana that these |
| 10:02:26 | 8 | citizens have invoked and that brings us here today.  It's not |
| 10:02:29 | 9 | a product liability law against the manufacturer.  It is called |
| 10:02:33 | 10 | *redhibition*.  We have it in Louisiana, and we should be proud |
| 10:02:35 | 11 | of it.  That law says that the seller of a thing with an |
| 10:02:41 | 12 | undisclosed defect -- and we know this was an undisclosed |
| 10:02:46 | 13 | defect -- the seller of that thing is answerable to the buyer |
| 10:02:51 | 14 | if the seller either knew or should have known of the defect. |
| 10:02:56 | 15 | That's the law.  That's what you take into the lab.  That's |
| 10:03:00 | 16 | what governs this case. |
| 10:03:04 | 17 | Now, the verdict form, which is the one that |
| 10:03:06 | 18 | you're going to make your report to the Court on -- if we can |
| 10:03:09 | 19 | have the ELMO, please just for a second. |
| 10:03:12 | 20 | The verdict form is eight questions.  There are |
| 10:03:16 | 21 | two for each of the four plaintiffs.  Each plaintiff has a |
| 10:03:22 | 22 | different sale date.  The question is going to be what InEx |
| 10:03:22 | 23 | knew or should have known on that date as to that claim. |
| 10:03:23 | 24 | That's what Louisiana law requires. |
| 10:03:29 | 25 | I'm not going to talk about Questions 1, 3, 5, |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:03:32 | 1 | 7, 9.  Those are the questions that ask do you find whether |
| 10:03:37 | 2 | InEx had actual knowledge of the defect.  You have heard the |
| 10:03:40 | 3 | evidence.  I will leave that to you. |
| 10:03:43 | 4 | I want to talk to you about Questions 2, 4, 6, |
| 10:03:46 | 5 | and 8, which all ask the same question:  Do you find by a |
| 10:03:51 | 6 | preponderance of the evidence that InEx should have known -- |
| 10:03:53 | 7 | sometimes called constructive knowledge -- should have known |
| 10:03:56 | 8 | about the defect in this KPT and TTP drywall? |
| 10:04:01 | 9 | I would suggest to you that your answer, which |
| 10:04:04 | 10 | must be unanimous in this system, will be yes to those |
| 10:04:10 | 11 | Questions 2, 4, 6, and 8. |
| 10:04:13 | 12 | Now, you will not answer those questions simply |
| 10:04:17 | 13 | as the collective voice of the community.  You will answer |
| 10:04:22 | 14 | those questions as the legally informed and legally guided |
| 10:04:26 | 15 | voice of the community.  Because before you go deliberate, |
| 10:04:29 | 16 | Judge Fallon is going to read a jury charge, a jury instruction |
| 10:04:33 | 17 | to you, and he is going to tell you what the law is.  That is |
| 10:04:36 | 18 | what's going to guide your experiment.  That's the parameters |
| 10:04:41 | 19 | of your experiment. |
| 10:04:43 | 20 | What Judge Fallon is going to tell you is that |
| 10:04:46 | 21 | the question of whether a seller under this law legally should |
| 10:04:53 | 22 | have known about a defective product itself is decided |
| 10:04:59 | 23 | according to the standard of what the law calls *reasonable* |
| 10:05:04 | 24 | *care.  Reasonable care*.  In other words, *due diligence*.  You |
| 10:05:08 | 25 | have heard a lot about due diligence and reasonable care. |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:05:13 | 1 | Here's the exact language the Court will use in |
| 10:05:17 | 2 | guiding your application of this reasonable care standard. |
| 10:05:20 | 3 | This is from the jury charge you will hear today: |
| 10:05:24 | 4 | Thus, if you find that InEx would have learned |
| 10:05:26 | 5 | of the defect by doing something that a reasonable seller in |
| 10:05:31 | 6 | its position would have done, InEx should have known of the |
| 10:05:37 | 7 | defect, then you must find for the plaintiffs. |
| 10:05:40 | 8 | That is the question, whether InEx would have |
| 10:05:44 | 9 | learned of the defect by doing something that a reasonable |
| 10:05:48 | 10 | seller in its position would have done. |
| 10:05:54 | 11 | Now, this question really breaks down into two |
| 10:05:56 | 12 | components.  One component is the component of due diligence. |
| 10:06:03 | 13 | Due diligence.  Reasonable care.  What would a reasonable |
| 10:06:07 | 14 | seller do in distributing this product?  You have heard a lot |
| 10:06:11 | 15 | of evidence about that. |
| 10:06:14 | 16 | Then the other question is:  Would that seller |
| 10:06:16 | 17 | more likely than not have discovered the defect? |
| 10:06:19 | 18 | I have underlined the phrase *more likely than* |
| 10:06:22 | 19 | *not*.  It is critical for you to understand why I do that. |
| 10:06:25 | 20 | Those are not my words.  Those are the words of the law.  When |
| 10:06:29 | 21 | you see on the verdict form *preponderance of the evidence*, that |
| 10:06:32 | 22 | is our burden of proof in a civil case.  This is not a criminal |
| 10:06:36 | 23 | case where the burden of proof is to exclude every reasonable |
| 10:06:41 | 24 | doubt. |
| 10:06:42 | 25 | What is preponderance of the evidence is proving |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:06:44 | 1 | something more likely than not. |
| 10:06:46 | 2 | I think, when we talk about whether this defect |
| 10:06:48 | 3 | would have been discovered by a reasonable seller and |
| 10:06:50 | 4 | distributor, it's critically important that you not hold the |
| 10:06:55 | 5 | plaintiffs to the burden of eliminating doubt or proving this |
| 10:07:01 | 6 | with certainty. |
| 10:07:02 | 7 | If you imagine the Scales of Justice even, the |
| 10:07:05 | 8 | more likely than not, more likely true than not, more likely so |
| 10:07:09 | 9 | than not proof has to be that which tips the scales ever so |
| 10:07:14 | 10 | slightly, 50.1 percent, if you will, in favor of the |
| 10:07:18 | 11 | plaintiffs.  That's the law that you have to follow.  That's |
| 10:07:20 | 12 | our burden.  And I know that you will. |
| 10:07:28 | 13 | Now, you have heard in this case the exact |
| 10:07:34 | 14 | question posed by the jury charge of what a reasonable seller |
| 10:07:37 | 15 | would have learned had they looked.  You have heard that |
| 10:07:41 | 16 | discussed by the plaintiffs' expert Rosemary Coates. |
| 10:07:46 | 17 | Ms. Coates was accepted by this Court as a global supply chain |
| 10:07:50 | 18 | expert with particular expertise in the sourcing of |
| 10:07:53 | 19 | Chinese-manufactured products.  In fact, not only has |
| 10:07:58 | 20 | Ms. Coates worked extensively in her business consulting with |
| 10:08:01 | 21 | companies wishing to source and distribute Chinese-made |
| 10:08:04 | 22 | products, she's in effect written the book, the top selling |
| 10:08:09 | 23 | book, *42 Rules for Sourcing and Manufacturing in China*.  It is |
| 10:08:16 | 24 | the book which is the most on point in the case.  She has |
| 10:08:21 | 25 | written the book. |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | |
|---|---|
| 10:08:23 | 1 |
| 10:08:25 | 2 |
| 10:08:31 | 3 |
| 10:08:34 | 4 |
| 10:08:40 | 5 |
| 10:08:43 | 6 |
| 10:08:47 | 7 |
| 10:08:51 | 8 |
| 10:08:57 | 9 |
| 10:09:01 | 10 |
| 10:09:04 | 11 |
| 10:09:07 | 12 |
| 10:09:10 | 13 |
| 10:09:13 | 14 |
| 10:09:17 | 15 |
| 10:09:22 | 16 |
| 10:09:26 | 17 |
| 10:09:31 | 18 |
| 10:09:35 | 19 |
| 10:09:43 | 20 |
| 10:09:45 | 21 |
| 10:09:46 | 22 |
| 10:09:49 | 23 |
| 10:09:52 | 24 |
| 10:09:59 | 25 |

1       She said, by the way, these are not rules that

2  just sprung up when she wrote the book.  These rules have been

3  in existence, certainly were there, she said, in 2005 and 2006,

4  when InEx took on the responsibility of doing what it did.

5       As we walked through this book, I asked

6  Ms. Coates to please point out the rules that she thought were

7  most applicable and most important for you to consider here.

8  She did, and you will remember this chart:  There are no

9  steadfast rules in China.  You have to do triple duty.

10      See, for her, it is the Rule of Six Ds, triple

11  duty, because of the lack of standards and rules in China.

12  There's no substitute for observing firsthand the operations.

13  You observe the equipment, the cleanliness, you ask about

14  quality processes, you verify the materials, etc.

15      This is so important.  You need to visit.

16  Rosemary Coates has a client Lumber Liquidators.  Do you

17  remember that?  They have 18 different manufacturers in China

18  where they get their building materials from.  They have

19  visited every single one.  That's the standard in the industry

20  when you are sourcing from China.  They have visited every

21  single one.

22      She said, I have never in my career ever,

23  consulting with a distributor who wants to source product from

24  China, ever said to do so without visiting the plant.  Go to

25  the factory.  You have to do that.  This is not Canadian

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:10:03 | 1 | drywall. |
| 10:10:04 | 2 | Look, we are not bashing China.  It's just the |
| 10:10:07 | 3 | way it is.  There are fundamental differences between the |
| 10:10:09 | 4 | manufacturing culture of that country and the manufacturing |
| 10:10:13 | 5 | culture of the United States. |
| 10:10:13 | 6 | She said you must tour the plant.  You must |
| 10:10:17 | 7 | audit the records.  You must perform due diligence.  And even |
| 10:10:21 | 8 | with that, there are still going to be violations that appear |
| 10:10:24 | 9 | because there's just a different attitude about laws and codes |
| 10:10:28 | 10 | in China.  Be careful what you see.  You can't make |
| 10:10:32 | 11 | assumptions. |
| 10:10:33 | 12 | At this point rules are thought of in China as |
| 10:10:37 | 13 | guidelines.  This is so important.  What she told us is that if |
| 10:10:40 | 14 | you ask a Chinese factory, Would you please give me a |
| 10:10:43 | 15 | certificate, would you please give me something that says ASTM |
| 10:10:47 | 16 | compliance, would you please give me an MSDS sheet, they bow |
| 10:10:52 | 17 | and think, in politeness, you want the piece of paper.  That's |
| 10:10:55 | 18 | what they think.  That's how they interpret that request.  They |
| 10:10:58 | 19 | give you the piece of paper. |
| 10:11:03 | 20 | In America it's different.  In America the plant |
| 10:11:07 | 21 | manager would assume you want to see something that's truthful, |
| 10:11:09 | 22 | you want to see something that is actually the case.  You don't |
| 10:11:11 | 23 | just want me to say it on a piece of paper. |
| 10:11:16 | 24 | If the Geary brothers had done a little study |
| 10:11:19 | 25 | and research and learned the rules in China, do you think they |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:11:23 | 1 | would have accepted the paper they got in the case? |
| 10:11:26 | 2 | So these are the rules you learn, and these are |
| 10:11:27 | 3 | the rules you follow.  The key ones are those. |
| 10:11:31 | 4 | So it was fairly easy for Ms. Coates, after |
| 10:11:35 | 5 | going through these rules, to reach the conclusion that in this |
| 10:11:42 | 6 | case, in this case, based on her expertise, based on her |
| 10:11:48 | 7 | experience, Interior Exterior failed to obey the basic industry |
| 10:11:57 | 8 | rules and practices that are required of a reasonable, prudent |
| 10:12:01 | 9 | distributor of a Chinese-manufactured product. |
| 10:12:08 | 10 | Then we come to Jim Tompkins, the expert |
| 10:12:11 | 11 | opposite Rosemary Coates.  He says he disagrees and that he |
| 10:12:17 | 12 | believes InEx did everything proper because they got all these |
| 10:12:20 | 13 | documents and certificates in writing, they got a line of |
| 10:12:26 | 14 | credit that protected them financially.  He thinks that was |
| 10:12:28 | 15 | important.  He says, Good enough.  It's good enough.  They got |
| 10:12:32 | 16 | something in writing that told them that the stuff was |
| 10:12:35 | 17 | ASTM-compliant. |
| 10:12:37 | 18 | I want to suggest to you, ladies and gentlemen, |
| 10:12:38 | 19 | there are serious problems with the approach and, frankly, the |
| 10:12:43 | 20 | credibility and intellectual honesty of Jim Tompkins. |
| 10:12:49 | 21 | Here is a man who has charged two different |
| 10:12:52 | 22 | distributors, Interior Exterior and another distributor he has |
| 10:12:54 | 23 | testified for, over a quarter of a million dollars in this |
| 10:13:00 | 24 | Chinese drywall litigation.  And yet, and yet not once in his |
| 10:13:06 | 25 | direct examination by counsel for InEx, not once did he mention |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:13:13   1   this book.  In fact, it wasn't even on the list he had given us
10:13:17   2   months before.  He showed up the morning of his deposition with
10:13:22   3   an updated list, and sure enough, there it was.  Not once after
10:13:26   4   charging all this money did he tell counsel for InEx when they
10:13:32   5   were questioning him, Oh, by the way, it's not due diligence;
10:13:35   6   it's due diligence, due diligence.  You have got a higher
10:13:39   7   standard here.
10:13:39   8           Not once did that come up.  Not once did he tell
10:13:43   9   them or did it come out in his questioning he sent a team to
10:13:47  10   visit the TTP plant.  It was up to me to bring that out.
10:13:52  11           So here's a guy who allows himself to be
10:13:57  12   examined and give this analysis essentially hiding some of the
10:14:01  13   most important stuff he knows in this case and has written
10:14:08  14   about.
10:14:11  15           Now, all I'll say about the direct
10:14:15  16   examination -- and I'm sorry my cross-examination took so long.
10:14:19  17   It was laborious, but there was a lot to cover.  After his
10:14:24  18   direct examination I thought, Did the C-word even get
10:14:28  19   mentioned?  I don't know that we talked much about China.  We
10:14:32  20   talked about documents and certificates.  What about the
10:14:35  21   profound business differences and all the things you must do
10:14:39  22   when it's China?  Nothing of that.
10:14:41  23           So then I was able to ask Dr. Tompkins about his
10:14:46  24   book.  As you know, we dropped from six Ds to four Ds because,
10:14:51  25   although Rosemary Coates disagrees with him, he said, Well,

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:14:54 | 1 | when you have a standardized product -- you know, I was writing |
| 10:14:56 | 2 | about a lingerie product that's not standardized.  When you |
| 10:14:59 | 3 | have a standardized project like gypsum, it's really not |
| 10:15:02 | 4 | six Ds; it's four Ds. |
| 10:15:05 | 5 | I said, Good enough.  Good enough.  Four Ds will |
| 10:15:08 | 6 | do.  Due diligence twice. |
| 10:15:12 | 7 | That's what he writes about in this book. |
| 10:15:16 | 8 | I strongly urge you, when you deliberate, please |
| 10:15:19 | 9 | read P-1304-B, some choice highlights from *Caught Between the* |
| 10:15:24 | 10 | *Tiger and the Dragon*, and see what you think.  Because I think |
| 10:15:30 | 11 | the defendants' own expert has put in writing in this business |
| 10:15:37 | 12 | novel what you need to know about this case. |
| 10:15:39 | 13 | Now, in the book *10 Lessons I've Learned About* |
| 10:15:43 | 14 | *Sourcing in China*, that's his main character, who's been |
| 10:15:46 | 15 | through this horrible event with the Chinese manufacturing of |
| 10:15:51 | 16 | this product.  And so he has learned 10 rules. |
| 10:15:55 | 17 | I said, Would you please, Dr. Tompkins, tell me |
| 10:15:58 | 18 | the ones you think apply here to this standardized product |
| 10:16:02 | 19 | case.  Your view is it's different, so tell me the ones that |
| 10:16:06 | 20 | apply here. |
| 10:16:07 | 21 | He circled and underlined, and you will see that |
| 10:16:10 | 22 | as part of this exhibit.  He circled and underlined the rules |
| 10:16:14 | 23 | that he says apply here. |
| 10:16:15 | 24 | One rule is:  Obtain expertise in the complex |
| 10:16:18 | 25 | and varied rules and practices of Asian countries and |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:16:23  1    companies.

10:16:23  2                    Is there any evidence here that the Geary

10:16:27  3    brothers did anything like that in this case?

10:16:32  4                    Another rule he said would apply here is:  Pay

10:16:34  5    particular attention to product quality.

10:16:37  6                    Now, we know the Gearys count the boards, and we

10:16:40  7    know they look for peeling and they look for bubbles and they

10:16:43  8    look for cuts that aren't right.  They don't do anything about

10:16:47  9    the core product, the core gypsum quality, nothing.  They

10:16:52 10    certainly paid no attention to that here.

10:16:56 11                    Here's another rule:  Don't assume anything.

10:16:59 12    Thorough due diligence and attention to details is required in

10:17:05 13    all aspects of the relationship.

10:17:06 14                    I think the evidence will tell you the Geary

10:17:08 15    brothers assumed a lot when they got these papers and certainly

10:17:12 16    did anything but exercise thorough due diligence.

10:17:16 17                    Then the rule that I think is so important, and

10:17:20 18    he says this applies to the case:  Implement a solid monitoring

10:17:24 19    and audit plan.

10:17:29 20                    That's what Rosemary Coates talked about.  *Audit*

10:17:32 21    is a term of art in the global supply chain business.  It's not

10:17:35 22    sitting on the dock of the bay.  It's not sitting there as the

10:17:38 23    thing is being loaded, saying, That's a good count.  I don't

10:17:43 24    see any breaks in that board.

10:17:44 25                    That's not an audit.  A solid monitoring audit

**GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT**

| | |
|---|---|
| 10:17:47 | 1 |
| 10:17:51 | 2 |
| 10:17:55 | 3 |
| 10:18:00 | 4 |
| 10:18:05 | 5 |
| 10:18:07 | 6 |
| 10:18:14 | 7 |
| 10:18:19 | 8 |
| 10:18:26 | 9 |
| 10:18:31 | 10 |
| 10:18:33 | 11 |
| 10:18:38 | 12 |
| 10:18:43 | 13 |
| 10:18:47 | 14 |
| 10:18:50 | 15 |
| 10:18:54 | 16 |
| 10:19:05 | 17 |
| 10:19:09 | 18 |
| 10:19:13 | 19 |
| 10:19:16 | 20 |
| 10:19:20 | 21 |
| 10:19:26 | 22 |
| 10:19:33 | 23 |
| 10:19:36 | 24 |
| 10:19:39 | 25 |

1  plan is what Jim Tompkins said they needed.  They never
2  conducted the basic factory audit of the process in which they
3  would have learned it didn't pass the smell test.  If they do
4  that, we are not here, we never have to be here.
5          So I suggest to you that in the final analysis,
6  Jim Tompkins' own rules and his own four D standards, when
7  applied to the client he spoke for, prove our case that InEx
8  did not do, did not do what a reasonable due diligent
9  distributor of Chinese-manufactured drywall should do.
10          Now, I discussed with you in opening statement,
11  and then I covered again with Ms. Coates, a dozen or so red
12  flags.  I said these were warnings, these were signals to InEx
13  that they better slow down, they better check into things
14  instead of just blowing right through the red light.  I don't
15  have the time to go through those red flags with you again.  I
16  hope you took notes.  But I do want to say a couple of things.
17          One is InEx is not a mom-and-pop shop.  It's a
18  family business, but it's a sophisticated company with
19  sophisticated owners.  And at the time of these events, they
20  had eight branch offices.  They distributed product in a number
21  of different states.  They knew as far back as 1999 that
22  imported drywall was of poor gypsum quality.  They knew that.
23          And they also knew that when the Chinese drywall
24  started to come in and get used, they were getting complaints
25  about it and they were getting customer preferences:  Please

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:19:42   1   don't give us that stuff.  Please don't sell us Knauf.  Please

10:19:47   2   don't sell us Chinese drywall.

10:19:48   3                Look at Plaintiff 1302.  It's that stack of

10:19:52   4   279 invoices.  They range in a date range, by the way, during

10:19:56   5   which every one of these acts of sales took place.  So even as

10:20:00   6   they were selling to these plaintiffs, they know customers are

10:20:03   7   saying, Not that stuff.

10:20:07   8                One of the most memorable witnesses -- sometimes

10:20:09   9   these secondary witnesses, if you will, really strike you --

10:20:14   10  was Glenn Lemm.  He was that fellow who was the Houston owner

10:20:20   11  of his own drywall business.  He was deposed by video.  Glenn

10:20:25   12  has been in the business since 1958.  And InEx calls him and

10:20:30   13  says, Look, do you want to try some Chinese drywall?

10:20:34   14                He says, Okay.

10:20:35   15                They send him 20 pieces.

10:20:37   16                Glenn Lemm says as soon as he saw it, he didn't

10:20:40   17  want it.  He said, I didn't have to dig.  It was apparent.  The

10:20:49   18  core was cheap.  It was just bad stuff.  You could tell by

10:20:53   19  looking at it.

10:20:54   20                That's what Glenn Lemm said.  He has been in the

10:20:57   21  business since 1958.

10:20:59   22                Yet what does InEx do?  They are mixing and

10:21:02   23  mingling Chinese drywall with domestic board and not keeping

10:21:06   24  separate records.  They are selling whatever they can sell, and

10:21:09   25  you're getting some or getting not, just depending on the luck

**GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT**

| | | |
|---|---|---|
| 10:21:12 | 1 | of the draw, Chinese or domestic.  And none of their paperwork |
| 10:21:16 | 2 | is telling them where the Chinese drywall is or where it's |
| 10:21:19 | 3 | going. |
| 10:21:20 | 4 | In fact, Don Joseph, the warehouse manager, he |
| 10:21:25 | 5 | says, Yeah, there was some customers who complained about the |
| 10:21:29 | 6 | Chinese drywall, wanted to swap it out. |
| 10:21:31 | 7 | I said, Did you keep records? |
| 10:21:32 | 8 | No, I didn't keep any records.  I didn't write |
| 10:21:35 | 9 | anything down. |
| 10:21:37 | 10 | Did you ever ask them why they didn't want the |
| 10:21:38 | 11 | Chinese drywall? |
| 10:21:38 | 12 | He said, Oh, no, no, I never asked that |
| 10:21:40 | 13 | question. |
| 10:21:41 | 14 | I said, Why not? |
| 10:21:43 | 15 | He said, Well, if I ask that question, it |
| 10:21:45 | 16 | implies something is wrong. |
| 10:21:47 | 17 | Can you imagine that?  This company was sticking |
| 10:21:51 | 18 | its head in the ground like an ostrich at this point.  They had |
| 10:21:55 | 19 | made the leap to China without looking, and I suggest to you |
| 10:21:58 | 20 | they knew they had problems.  All this, by the way, happening |
| 10:22:03 | 21 | in a fairly compressed time frame. |
| 10:22:05 | 22 | Remember the time line.  Hurricane Katrina, |
| 10:22:07 | 23 | August 29, 2005.  By mid October 2005, within six weeks, the |
| 10:22:14 | 24 | Geary brothers say, Let's get stuff from China.  That's how |
| 10:22:19 | 25 | quickly they make that decision, that fateful decision. |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:22:23 | 1 | Then it moves pretty quickly.  You have the KPT |
| 10:22:27 | 2 | board being shipped from late 2005 to the spring of 2006.  They |
| 10:22:33 | 3 | can't get enough of that.  So now they are going to quickly get |
| 10:22:37 | 4 | some other board.  They end up getting TTP, and that gets |
| 10:22:41 | 5 | shipped over the summer of 2006. |
| 10:22:43 | 6 | But, you know, here's what's interesting to me, |
| 10:22:45 | 7 | as fast as they were moving it -- of course, by the way, the |
| 10:22:51 | 8 | due diligence -- the lack of due diligence in this period of |
| 10:22:54 | 9 | time is sometimes shocking. |
| 10:22:55 | 10 | Do you remember MRC, the plastic company that's |
| 10:22:59 | 11 | main business is plastics and scraps?  They write an e-mail |
| 10:23:02 | 12 | saying, Sooner or later we would like to get in the drywall |
| 10:23:06 | 13 | business. |
| 10:23:06 | 14 | Well, they're going to check them out.  David |
| 10:23:07 | 15 | Zhang, the mysterious David Zhang -- I say "mysterious" because |
| 10:23:12 | 16 | they never brought him in to testify.  I would have had to |
| 10:23:15 | 17 | arm wrestle Chris Seeger to cross-examine David Zhang had they |
| 10:23:20 | 18 | brought him here to tell you under oath what he did to vet TTP |
| 10:23:22 | 19 | to these people. |
| 10:23:23 | 20 | Anyway, they hire Zhang.  They sign a deal with |
| 10:23:26 | 21 | him, knowing it's a plastics company.  On May 9, they get the |
| 10:23:30 | 22 | Dun & Bradstreet that they say, Oh, we are going to check them |
| 10:23:33 | 23 | out.  It's so important.  May 26. |
| 10:23:35 | 24 | So you look at Exhibit P-46, which is the May 9 |
| 10:23:39 | 25 | contract; look at the Dun & Bradstreet e-mail, which is P-354. |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:23:42  1        They are blowing and going, ladies and
10:23:44  2  gentlemen.  They are not slowing down.  They can't slow down.
10:23:48  3  They are anxious.  They need to sell this stuff.  As soon as
10:23:52  4  they can get it, they sell it.  They are in a hurry.  Time is
10:23:56  5  of the essence.
10:23:59  6        You also know this.  You know, it's interesting,
10:24:03  7  in late 2005, the Gearys are checking with SGS, that
10:24:10  8  sophisticated company that does all the inspection and testing.
10:24:14  9  You saw their services.  They will do lab work, they will go
10:24:17  10  and do quality inspection during the process.  They are the
10:24:19  11  real deal.  Everybody agrees, SGS, standard company, they are
10:24:23  12  the deal.  They are the ones you get if you want to go check
10:24:26  13  quality.  They had actually used them back at the time of the
10:24:29  14  Elephant Board.
10:24:31  15        In late 2005, both Clay and Jim Geary are in
10:24:34  16  touch with SGS.  And there is an e-mail -- it's P-359 -- in
10:24:39  17  which Cisneros tells Jim Geary, Now look, you mentioned
10:24:44  18  testing, you asked us about testing.  Here's what we do.  We
10:24:47  19  lab it out.  We sub it out.
10:24:50  20        He asked about testing.  How about that?  How
10:24:52  21  about that?
10:24:54  22        Classic distributors never test.  That's what
10:24:56  23  they told us.  As much in a hurry as they were in late 2005,
10:25:01  24  they are asking about testing to be done by SGS.
10:25:05  25        Then you see in that same e-mail, P-359, Jim

1228

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:25:09 | 1 | Geary says, We are not going to do testing.  Nevermind. |
| 10:25:13 | 2 | Same e-mail, Mr. Cisneros gives him a quote on |
| 10:25:16 | 3 | different services they will do, one of which is inspect during |
| 10:25:19 | 4 | production, and gives them the man-hours, basically telling him |
| 10:25:24 | 5 | how much this is going to cost you. |
| 10:25:26 | 6 | Geary says, It's okay.  Do the inspection after. |
| 10:25:31 | 7 | Do the final product random inspection when it's being loaded |
| 10:25:34 | 8 | to make sure it's not broken. |
| 10:25:37 | 9 | What I'm suggesting to you is simply this.  They |
| 10:25:39 | 10 | knew.  They knew that there were things they could do and they |
| 10:25:42 | 11 | were even stepping in the direction of doing them with SGS and |
| 10:25:47 | 12 | chose not to.  Chose not to. |
| 10:25:51 | 13 | Here's another exhibit you can take a look at, |
| 10:25:53 | 14 | P-353.  P-353 is later in 2006 when Jim Geary is chasing our |
| 10:26:01 | 15 | friend Zhang for an MSDS:  Please, where is the MSDS on the |
| 10:26:04 | 16 | TTP? |
| 10:26:06 | 17 | That's the Material Safety Data Sheet they have |
| 10:26:07 | 18 | got to have in their files.  They had one from KPT.  It's for |
| 10:26:10 | 19 | the safety of the handling of the stuff by your workers. |
| 10:26:14 | 20 | And Zhang can't come up with it.  In this e-mail |
| 10:26:16 | 21 | he says, Well, the Chinese don't really do MSDS.  We don't do |
| 10:26:19 | 22 | the American way.  We know that. |
| 10:26:22 | 23 | But what Zhang reports, he says, Well, by the |
| 10:26:25 | 24 | way, in case your clients are worried about TTP, two other |
| 10:26:28 | 25 | distributors, Guardian and Stock Supply, Guardian Supply and |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:26:31    1    Stock Supply, they bought a lot of this TTP and they have done

10:26:34    2    their own testing.

10:26:36    3            How about that?  Classic distributors don't

10:26:40    4    test.  We never test product.  Two of their rivals were testing

10:26:46    5    the stuff.  Two other companies were doing their own testing of

10:26:52    6    TTP.  Industry standard of care, due diligence.

10:26:58    7            In the e-mail, of course, Zhang says, Oh, and it

10:27:00    8    tests even higher than U.S. quality.

10:27:02    9            I wish Mr. Zhang were here to talk about that.

10:27:06   10    He had an e-mail that's in evidence where he tells the Gearys,

10:27:09   11    Look, this other stuff you're getting, the stuff that's not

10:27:13   12    Knauf, he says, it's of lower quality.  It's of lower quality.

10:27:17   13    He is talking about TTP.

10:27:20   14            So we know the KPT board flunked the ASTM test.

10:27:23   15    We are going to talk about that.  When USG tests, it flunked

10:27:27   16    the test.  So the KPT board flunked the test.  Zhang tells us

10:27:31   17    that the TTP board is of lower quality than the KPT.  And now

10:27:37   18    he is going to tell you, Yeah, but when you test the TTP board,

10:27:40   19    it jumps up.  It's even higher than U.S. quality.

10:27:44   20            The point of the e-mail is other distributors

10:27:49   21    were testing.  Standard of care in the industry.

10:27:54   22            Now, since the defense of InEx seems to be

10:28:04   23    predicated on documents and, most important of all, ASTM

10:28:09   24    testing, let's take a look at this.  Let's talk first about

10:28:16   25    KPT.

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | |
|---|---|
| 10:28:18 | 1 |
| 10:28:19 | 2 |
| 10:28:20 | 3 |
| 10:28:21 | 4 |
| 10:28:26 | 5 |
| 10:28:31 | 6 |
| 10:28:35 | 7 |
| 10:28:36 | 8 |
| 10:28:39 | 9 |
| 10:28:41 | 10 |
| 10:28:44 | 11 |
| 10:28:50 | 12 |
| 10:28:54 | 13 |
| 10:28:54 | 14 |
| 10:28:59 | 15 |
| 10:29:03 | 16 |
| 10:29:07 | 17 |
| 10:29:08 | 18 |
| 10:29:10 | 19 |
| 10:29:15 | 20 |
| 10:29:18 | 21 |
| 10:29:23 | 22 |
| 10:29:28 | 23 |
| 10:29:32 | 24 |
| 10:29:34 | 25 |

1       **THE DEPUTY CLERK:**  Excuse me.  You have 10 minutes
2  left.
3       **MR. MEUNIER:**  Thank you.
4           We know that KPT, in July of 2006, tested this
5  board and found a major deficiency in the nail pull.  Remember
6  John Mezzenga, the Habitat witness who said, Yeah, the stuff
7  pulled out of ceilings.  It didn't hold the nail gun?
8           That's the problem.  You see it here in the test
9  that the competitor, USG, did.
10           Low cure purity is another test.  These are
11  exhibits P-890 and P-891.  They do two tests.  There's major
12  deficiency, there's minor deficiencies in both.  Why is that
13  important?
14           They may say it's a red herring.  This is not a
15  test for sulfur.  If it's a red herring, it sinks the boat if
16  you land it.  Here's why.  Here's why.  They never got an ASTM
17  report from KPT.
18           Sometimes the absence of evidence is the
19  strongest thing in the case.  They never showed us, they never
20  showed you, they never produced an ASTM test report for KPT
21  before buying it.  Never.  The most important document, they
22  can't show it to you.  But we do know that if there had been an
23  ASTM test, the stuff flunks the test.
24           Do you think KPT drywall would ever have been
25  purchased and brought here by InEx had they gotten an ASTM test

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

10:29:40  1   that showed it flunked?  Of course not.  Of course not.
10:29:45  2                   And, of course, then we move to the
10:29:46  3   all-important ASTM test on TTP.  The most well-traveled
10:29:54  4   document in the case is the famous ASTM test report that first
10:30:00  5   shows up as Bubble Board and then later shows up as TTP board.
10:30:06  6   It's the same report.  On one it's blacked out, on the other it
10:30:11  7   isn't.
10:30:15  8                   Ladies and gentlemen, every expert who looked at
10:30:16  9   this report, from Rosemary Coates to Dean Rutila to Lori
10:30:21  10  Streit, they said, This is so unacceptable.  Some questions,
10:30:24  11  you've got blanks in it.  It doesn't state that it tested the
10:30:29  12  requisite number of samples under the ASTM.  It doesn't link
10:30:32  13  the product sample to the actual line that was shipped.  It's
10:30:35  14  got blanks in it.  You could never, ever accept this.
10:30:38  15                  And yet, every certificate of nondefectiveness
10:30:41  16  and quality that they got for TTP traced back to 62019, the
10:30:48  17  same questionable test report.
10:30:52  18                  Now, let me talk about smell because the other
10:30:54  19  issue is:  Would it have smelled had they gone there?  I told
10:30:58  20  you in opening this defect is so basic, it's so basic, so
10:31:04  21  fundamental, that even the slightest investigation, a simple
10:31:09  22  act of smelling, would have detected it.  And we have proven
10:31:12  23  that.
10:31:13  24                  Remember Lori Streit.  Lori Streit was called
10:31:16  25  into action long before suits were being filed.  The State of

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:31:20 | 1 | Florida, when this problem broke, contacted Lori Streit; not |
| 10:31:24 | 2 | Tim Tonyan but Lori Streit. |
| 10:31:27 | 3 | And what did Ms. Streit tell you?  She said, If |
| 10:31:29 | 4 | you go there, you're going to smell it.  If you go there, |
| 10:31:31 | 5 | you're going to smell it. |
| 10:31:33 | 6 | You know what?  No one ever contradicted her. |
| 10:31:36 | 7 | Tim Tonyan wasn't even asked, Do you agree, if you went there, |
| 10:31:40 | 8 | you would smell it? |
| 10:31:41 | 9 | I think I know why he wasn't asked, because he'd |
| 10:31:43 | 10 | have to agree. |
| 10:31:43 | 11 | He was asked this:  Is sulfur smell normal in |
| 10:31:45 | 12 | the drywall process? |
| 10:31:47 | 13 | No, it's not normal. |
| 10:31:48 | 14 | Then we have Martin Halbach.  Martin Halbach |
| 10:31:53 | 15 | gets word of this problem based on smell, goes to the plant. |
| 10:31:56 | 16 | And remember, he says, I sniffed it out step by step by step in |
| 10:32:00 | 17 | the process. |
| 10:32:01 | 18 | He did the factory audit that Rosemary Coates is |
| 10:32:04 | 19 | talking about.  He went to the pile of gypsum.  It stinked.  It |
| 10:32:09 | 20 | stunk.  He went to the crusher.  He went to the mill.  Every |
| 10:32:13 | 21 | step along the way, before the calcination of the product, it |
| 10:32:17 | 22 | smelled.  It smelled. |
| 10:32:20 | 23 | Then you just heard Isabel Knauf say, Yeah, we |
| 10:32:29 | 24 | had a smell problem.  Smell was how it came to everyone's |
| 10:32:33 | 25 | attention. |

**GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT**

| | | |
|---|---|---|
| 10:32:35 | 1 | Now, here is what I will suggest to you. You've |
| 10:32:38 | 2 | got a lot of smell in the factory. Reasonable, prudent |
| 10:32:42 | 3 | distributor goes there, opens the door, smells it, never leaves |
| 10:32:47 | 4 | China, never gets in these people's homes. That's what due |
| 10:32:51 | 5 | diligence called for. |
| 10:32:52 | 6 | Then it gets shrink-wrapped, shipped, etc.; gets |
| 10:32:56 | 7 | over here, starts to off-gas, we are smelling it. But had it |
| 10:33:01 | 8 | been smelled when it didn't pass the smell test, we would not |
| 10:33:06 | 9 | be here today. |
| 10:33:07 | 10 | So, ladies and gentlemen, when you answer the |
| 10:33:11 | 11 | even-numbered questions, 2, 4, 6, and 8, I ask you to consider |
| 10:33:16 | 12 | the evidence, consider the standard that Judge Fallon will give |
| 10:33:20 | 13 | you, which is whether, if InEx had done what a reasonably |
| 10:33:24 | 14 | prudent distributor would have done, would it have more likely |
| 10:33:28 | 15 | than not discovered the defect? |
| 10:33:29 | 16 | If so, they should have known. If so, they are |
| 10:33:32 | 17 | liable under the seller liability law of our state. Thank you. |
| 10:33:35 | 18 | THE COURT: Thank you, Counsel. |
| 10:33:36 | 19 | Let's hear from the defendant. |
| 10:33:52 | 20 | MR. DUPLANTIER: Good morning, ladies and gentlemen. |
| 10:33:57 | 21 | THE JURY: Good morning. |
| 10:33:58 | 22 | MR. DUPLANTIER: As you have probably been able to |
| 10:34:02 | 23 | tell during this trial, I have been looking for this |
| 10:34:04 | 24 | opportunity to argue my case to you. I want to thank you for |
| 10:34:07 | 25 | your service this week. You have actually been one of the most |

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:34:10 | 1 | attentive juries that I've ever experienced, and my team |
| 10:34:14 | 2 | appreciates it, but it's actually most appreciated by Jim and |
| 10:34:19 | 3 | Clay Geary. |
| 10:34:20 | 4 | For the last couple of days I have been thinking |
| 10:34:24 | 5 | about standing up here and making one point and not wasting |
| 10:34:25 | 6 | your 45 minutes, but making one point and sitting down.  And |
| 10:34:26 | 7 | that point would be, what you heard at the end of the testimony |
| 10:34:32 | 8 | today is that in 2005, in 2006, no one had ever heard of this |
| 10:34:40 | 9 | kind of sulfur defect in drywall before.  And yet somehow |
| 10:34:45 | 10 | Interior Exterior was supposed to figure it out at that time. |
| 10:34:49 | 11 | No one in the world had heard of that.  Just remind you of that |
| 10:34:55 | 12 | fact and sit down, because that's all you really know. |
| 10:34:57 | 13 | But unfortunately, I can't do that.  I'm going |
| 10:35:04 | 14 | to have to take a few minutes of your time because I need to |
| 10:35:07 | 15 | address the mischaracterizations of the evidence and the |
| 10:35:09 | 16 | mischaracterizations of the testimony that you have just heard |
| 10:35:13 | 17 | from plaintiffs' counsel. |
| 10:35:15 | 18 | I have a duty to my client to review the |
| 10:35:17 | 19 | evidence and the testimony and to -- and ask you to look at it |
| 10:35:22 | 20 | fairly.  When you do that, you will find in favor of |
| 10:35:25 | 21 | Interior Exterior.  Because I'm going to remind you, and you |
| 10:35:27 | 22 | are going to hear me say it over and over again, no one figured |
| 10:35:31 | 23 | it out in 2006; not the experts, not the manufacturers, no one. |
| 10:35:35 | 24 | None of these homeowners complained to Interior Exterior about |
| 10:35:38 | 25 | a smell.  Did you hear them say that?  Absolutely not. |

**RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT**

| | | |
|---|---|---|
| 10:35:42 | 1 | Did you hear anyone who came into this courtroom |
| 10:35:45 | 2 | testify that they told Interior Exterior that this drywall |
| 10:35:47 | 3 | smelled?  And we will go through that. |
| 10:35:50 | 4 | The judge is going to instruct you on the law |
| 10:35:54 | 5 | and tell you that you have to decide two questions.  Number |
| 10:35:57 | 6 | one, you have to ask and answer:  Did Interior Exterior know of |
| 10:36:03 | 7 | the sulfur defect in the drywall at the time it sold the |
| 10:36:07 | 8 | drywall to these plaintiffs? |
| 10:36:09 | 9 | The second and the alternative question is: |
| 10:36:11 | 10 | Should Interior Exterior have known somehow, at the time it |
| 10:36:15 | 11 | sold the drywall, that the defect existed? |
| 10:36:19 | 12 | I think, when you think about the evidence and |
| 10:36:20 | 13 | you listen and look at the evidence, you will agree that the |
| 10:36:24 | 14 | answer to both questions is an absolute no.  But let me |
| 10:36:28 | 15 | dispense with the first inquiry. |
| 10:36:32 | 16 | There is simply no evidence that |
| 10:36:34 | 17 | Interior Exterior actually knew of the sulfur defect when it |
| 10:36:40 | 18 | sold the Chinese drywall to their customers, including these |
| 10:36:43 | 19 | plaintiffs.  The plaintiffs haven't even tried to establish |
| 10:36:46 | 20 | that because none -- no evidence exists.  The evidence is |
| 10:36:52 | 21 | convincing that Interior Exterior did not have actual knowledge |
| 10:36:57 | 22 | of the sulfur defect.  And you know why?  Because no one did. |
| 10:37:07 | 23 | So after you answer no to the first question, |
| 10:37:09 | 24 | did we know of the defect, I'm going to ask you to answer no to |
| 10:37:13 | 25 | the second question.  And that is -- the second question that |

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:37:17  1  you need to decide is if Interior Exterior should have known of
10:37:21  2  the sulfur defect.
10:37:23  3          And in order to answer yes to that question, you
10:37:25  4  actually have to answer two subparts.  You have to answer two
10:37:28  5  subparts yes.  The first one is:  Did Interior Exterior fail to
10:37:35  6  act reasonably at the time that it sourced and sold the drywall
10:37:40  7  and, second, if Interior Exterior had acted reasonably, would
10:37:48  8  the company have learned of the sulfur defect at the time it
10:37:52  9  sold the Chinese drywall?
10:37:53  10         It's very important.  There's a distinction that
10:37:55  11 Mr. Meunier tried to confuse you about.  It's not, Could we
10:37:59  12 have learned of the defect; would we have learned of the
10:38:02  13 defect?
10:38:03  14         And the answer to both of those questions is no.
10:38:06  15 If you answer either one of those questions no, you have to
10:38:09  16 answer the should have known question no as well and find in
10:38:12  17 favor of Interior Exterior.
10:38:16  18         The jury instructions are here on the screen for
10:38:19  19 you.  The inquiry basically starts with whether
10:38:23  20 Interior Exterior failed to act reasonably at the time it
10:38:27  21 sourced and distributed the Chinese drywall.
10:38:31  22         Here is where we are going to talk about the
10:38:32  23 evidence, because that's what they are trying to prove.
10:38:36  24 Generally, I'm going to discuss the evidence in a logical
10:38:38  25 fashion.  But first I want to talk to you about one of -- what

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | |
|---|---|
| 10:38:41 | 1 |
| 10:38:43 | 2 |
| 10:38:49 | 3 |
| 10:38:51 | 4 |
| 10:38:59 | 5 |
| 10:39:01 | 6 |
| 10:39:05 | 7 |
| 10:39:09 | 8 |
| 10:39:18 | 9 |
| 10:39:21 | 10 |
| 10:39:24 | 11 |
| 10:39:28 | 12 |
| 10:39:33 | 13 |
| 10:39:34 | 14 |
| 10:39:37 | 15 |
| 10:39:43 | 16 |
| 10:39:47 | 17 |
| 10:39:53 | 18 |
| 10:39:56 | 19 |
| 10:40:01 | 20 |
| 10:40:04 | 21 |
| 10:40:07 | 22 |
| 10:40:10 | 23 |
| 10:40:13 | 24 |
| 10:40:19 | 25 |

I think is one of the most important witnesses we've heard from.  And it's not the experts and it's not even Jim and Clay. What we are going to talk about first, what I want to talk about first is Mr. Don Joseph.  Mr. Meunier mentioned him.

What did we learn from Mr. Joseph?  What we learned from Mr. Joseph is that in practice -- not paper; in practice, Interior Exterior has a process in place for the inspection of drywall.  The drywall is inspected when it arrives at our warehouse and it's inspected again when it leaves our warehouse.  He and every other Interior Exterior employee, including Jim and Clay, are looking for the type of defects in drywall that a reasonable drywall distributor should be looking for.

And you have heard them over and over again: Dimensional size of the actual drywall, cracks in the boards, bubbles in the paper, and paper peels.  Those are the types of defects that a drywall distributor in 2005 and 2006 should have been anticipating, because those are the types of defects that we have seen in drywall before.  And not one person stood on the stand, not one video deposition was shown to you to indicate that the type of defects that we should have been anticipating actually existed in this drywall.

We were not looking for a sulfur defect.  You know why?  Because no one in the world had ever heard of that kind of defect before 2006.  And, in fact, that sulfur defect

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | |
|---|---|
| 10:40:25 | 1 |
| 10:40:30 | 2 |
| 10:40:36 | 3 |
| 10:40:43 | 4 |
| 10:40:46 | 5 |
| 10:40:50 | 6 |
| 10:40:53 | 7 |
| 10:40:56 | 8 |
| 10:40:59 | 9 |
| 10:41:02 | 10 |
| 10:41:07 | 11 |
| 10:41:10 | 12 |
| 10:41:14 | 13 |
| 10:41:20 | 14 |
| 10:41:22 | 15 |
| 10:41:25 | 16 |
| 10:41:28 | 17 |
| 10:41:33 | 18 |
| 10:41:35 | 19 |
| 10:41:38 | 20 |
| 10:41:43 | 21 |
| 10:41:46 | 22 |
| 10:41:49 | 23 |
| 10:41:55 | 24 |
| 10:41:58 | 25 |

1  was not even discovered for years by the plaintiffs' own

2  experts.  It took them years to figure it out.  But in 2006,

3  somehow we were supposed to divinely figure out that problem.

4          We also heard Mr. Joseph say he handled this

5  drywall on a regular basis, an almost daily basis.  He

6  inspected the drywall when it arrived from overseas, and he

7  even personally opened up the containers of the Taishan drywall

8  when they arrived from China.

9          He did not receive one complaint about the smell

10  of any drywall, whether it's Knauf or Taishan.  Not from him,

11  not from any of the employees who were delivering it to the job

12  site, not from a single customer who received the drywall on

13  these job sites, and not from a single homeowner.  No one.

14          Did you hear anyone -- anyone -- tell you that

15  they complained to Interior Exterior about a smell of the

16  drywall?  You know why that evidence wasn't introduced?

17  Because it doesn't exist.

18          Mr. Joseph explained that he also spoke with

19  customers on a regular basis.  If they had a complaint about

20  the drywall smell or anything else, they would have raised it.

21          None of the customers asked to return the

22  Chinese drywall.  They used it.  They used it because it

23  appeared and acted like normal sheetrock.  There is not one

24  customer who testified that it couldn't be hung on the wall, it

25  couldn't be floated, it couldn't be painted.  No one said that

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 10:42:02 | 1 | because it acted and looked and felt and smelled like regular |
| 10:42:08 | 2 | drywall. |
| 10:42:09 | 3 | Mr. Joseph also explained the process he went |
| 10:42:13 | 4 | through if a customer had a brand preference.  We saw evidence |
| 10:42:16 | 5 | and it was explained to you that customers develop brand |
| 10:42:20 | 6 | preference.  Installers have been using the same type of |
| 10:42:23 | 7 | drywall for 30 years, and they want to continue using their |
| 10:42:25 | 8 | favorite brand. |
| 10:42:27 | 9 | Mr. Joseph explained to you that on those |
| 10:42:31 | 10 | occasions where the only half-inch drywall that we had in stock |
| 10:42:36 | 11 | was Chinese drywall, because that was all that was available in |
| 10:42:38 | 12 | the Gulf South, he tried to accommodate those customers' |
| 10:42:44 | 13 | requests for brand preferences, or no Knauf, but he could not |
| 10:42:47 | 14 | do it all the time.  And what did he do?  He called those |
| 10:42:50 | 15 | customers directly and he spoke with the customers and he told |
| 10:42:54 | 16 | them, I can either send you Chinese board or you can wait for |
| 10:42:58 | 17 | the domestic board. |
| 10:42:59 | 18 | And he told you that 99.9 percent of the time |
| 10:43:02 | 19 | they said, Ship me what you have, because neither the |
| 10:43:07 | 20 | contractors nor the installers nor Interior Exterior knew that |
| 10:43:10 | 21 | there was a sulfur defect in that drywall in 2005 and 2006.  We |
| 10:43:15 | 22 | couldn't know it because even Knauf didn't figure it out until |
| 10:43:19 | 23 | the end of 2006.  And then for years -- it took them another |
| 10:43:23 | 24 | two years to figure out what caused that smell.  Two years to |
| 10:43:27 | 25 | figure it out. |

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:43:29    1          So let's talk about what reasonable actions were
10:43:31    2    in fact taken by Interior Exterior while they were sourcing
10:43:34    3    this drywall.
10:43:35    4          As Mr. Tompkins explained, it's a four-step
10:43:38    5    process that should be employed.
10:43:39    6          Number one, you know the manufacturer or you
10:43:41    7    know the broker, and you look into those companies.
10:43:46    8          Number two, you have to specify the standards
10:43:49    9    that the products need to meet, and those are the ASTM
10:43:51   10    standards.
10:43:52   11          Number three, we have to obtain certifications
10:43:55   12    that the product met those standards.
10:43:59   13          And then finally, we have to verify the product
10:44:03   14    is visually free from defects.  We have proven that Interior
10:44:06   15    Exterior complied with the reasonable steps that should have
10:44:10   16    been followed in 2005 and 2006.
10:44:14   17          The company, after Katrina, searched for
10:44:16   18    alternate sources of drywall.  They searched for the best
10:44:19   19    alternate sources of drywall.  We talked about that lots of
10:44:22   20    people were offering them drywall.  But eventually we were
10:44:28   21    presented with an opportunity to obtain drywall from one of the
10:44:33   22    leaders in the industry.
10:44:34   23          We didn't buy it from Joe Shmoe down the street.
10:44:38   24    We didn't just buy it from someone we had no relationship with.
10:44:46   25    We were able to work directly with a local Knauf representative

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

|  |  |
|---|---|
| 10:44:49 | 1 |
| 10:44:53 | 2 |
| 10:44:58 | 3 |
| 10:45:02 | 4 |
| 10:45:06 | 5 |
| 10:45:14 | 6 |
| 10:45:17 | 7 |
| 10:45:21 | 8 |
| 10:45:26 | 9 |
| 10:45:29 | 10 |
| 10:45:36 | 11 |
| 10:45:40 | 12 |
| 10:45:44 | 13 |
| 10:45:48 | 14 |
| 10:45:51 | 15 |
| 10:45:53 | 16 |
| 10:45:59 | 17 |
| 10:46:04 | 18 |
| 10:46:11 | 19 |
| 10:46:15 | 20 |
| 10:46:19 | 21 |
| 10:46:23 | 22 |
| 10:46:24 | 23 |
| 10:46:26 | 24 |
| 10:46:30 | 25 |

1 who delivered to us a price list for drywall that Knauf, one of
2 the leaders in the industry, one of the largest manufacturers
3 of drywall around the world.  We were told that one of the
4 Knauf -- by the Knauf representative -- we didn't ask for Knauf
5 Tianjin or Knauf Wuhu drywall.  We asked for Knauf drywall.  We
6 asked for Knauf drywall to be manufactured in accordance with
7 American ASTM standards because that's what we had to do.
8 They, Knauf, brought to us the Chinese operation.
9           And, in fact, as Mr. Martin Halbach testified,
10 the Knauf Tianjin plant is German-engineered.  We knew that.
11 German-engineered.  And the plant, as he said, uses the most
12 advanced technology available.  So we are dealing with a
13 worldwide leader in the building materials industry, with the
14 full expectation that the company would stand behind their
15 products.
16           As for Taishan, first recall, we didn't buy
17 directly from Taishan.  We bought from Metro Resources because
18 Metro Resources had a relationship with Taishan and had been
19 bringing in products from China for an extended period of time.
20 And it was months between the time from when we first meet
21 David Zhang until we actually enter into a contract with Metro
22 Resources.
23           Recall that the testimony was clear that in
24 December of 2005, David Zhang approaches us about buying
25 drywall from Metro Resources.  And it's not for six months, in

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | |
|---|---|
| 10:46:35 | 1 |
| 10:46:38 | 2 |
| 10:46:41 | 3 |
| 10:46:45 | 4 |
| 10:46:49 | 5 |
| 10:46:51 | 6 |
| 10:46:54 | 7 |
| 10:46:57 | 8 |
| 10:47:05 | 9 |
| 10:47:10 | 10 |
| 10:47:13 | 11 |
| 10:47:15 | 12 |
| 10:47:17 | 13 |
| 10:47:21 | 14 |
| 10:47:25 | 15 |
| 10:47:28 | 16 |
| 10:47:35 | 17 |
| 10:47:40 | 18 |
| 10:47:46 | 19 |
| 10:47:49 | 20 |
| 10:47:50 | 21 |
| 10:47:53 | 22 |
| 10:47:56 | 23 |
| 10:47:59 | 24 |
| 10:48:02 | 25 |

1  May of 2006, before we actually enter into a contract.  Does
2  that sound like we are in a rush?  I don't know if he knows the
3  definition of a rush; but if we are in a rush, we are not going
4  to wait six months.  We are not going to wait six months.
5          And we did our due diligence with regard to
6  Metro Resources.  We obtained a Dun & Bradstreet report.
7  That's the company that you go to when you are looking into
8  companies.  That Dun & Bradstreet report represents verified
9  information that this company is a wholesaler, an international
10 wholesaler in the building and construction materials.  That's
11 25 percent of what they do.
12          More importantly, by the time we entered into
13 the contract with Metro Resources, we had researched the
14 manufacturer Taishan.  And everyone up here told you that
15 Taishan was one of the leading manufacturers of the drywall in
16 the world.  Moreover, we also knew by then, as you heard, that
17 Metro Resources had completed the sale of over a million sheets
18 of Taishan drywall to other manufacturers -- to other
19 distributors around the Gulf South, to Banner.
20          We've heard that they had already sold, before
21 we bought it, a million sheets of this drywall.
22          We buy 33,000 sheets of the drywall from Metro
23 Resources.  And you know what we did?  We didn't just buy it
24 and say we need to go get it from China.
25          We set up a contractual relationship that

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:48:04   1   required that the containers be delivered directly to our

10:48:08   2   warehouse.  And we do not take possession of that drywall until

10:48:11   3   we open the containers and we can inspect the drywall, because

10:48:15   4   we can inspect the drywall for the known defects in drywall:

10:48:19   5   dimensional size, cracks, paper peels, and bubbles.  We are not

10:48:24   6   looking for a sulfur defect.  Mr. Joseph opened the containers.

10:48:27   7   Never had a smell.  There was no indication that there was

10:48:29   8   something amiss with that drywall.

10:48:32   9           The next reasonable step, as Mr. Tompkins

10:48:36   10  explained, is to specify the standards the product must comply

10:48:40   11  with.  We did that by contract.  Our contracts with both Knauf

10:48:44   12  and Metro Resources included those conditions.  And the

10:48:48   13  requirement was also included in our letters of credit.  We

10:48:52   14  even required that the ASTM certification be stamped and marked

10:48:58   15  on every single sheet of the drywall, and it was.  It came

10:49:01   16  delivered that way.

10:49:04   17          The next step in this is to obtain the

10:49:06   18  certifications that the products meet those standards.  You

10:49:11   19  have seen copies of the certifications from both Knauf and

10:49:17   20  Metro Resources.  These are not fake certifications.  These

10:49:22   21  companies were providing us documentation with each shipment

10:49:27   22  that this board was in fact manufactured according to the

10:49:32   23  requisite ASTM standards.

10:49:38   24          Every single shipment came with these documents.

10:49:41   25  It didn't come just one time; it came four times with the Knauf

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:49:46  1   drywall; it came four times with the Metro Resources.  It also

10:49:48  2   came with the Knauf Wuhu statement, and no one has ever told

10:49:52  3   you there was anything wrong with the Knauf Wuhu drywall.

10:49:55  4          The final step is to inspect the product to

10:49:58  5   ensure it's visually free from defect.  One of the things that

10:50:01  6   we did as part of that process was to hire J.W. Allen &

10:50:04  7   Company.  Mr. Meunier didn't mention it to you in his opening,

10:50:10  8   and they want to gloss it in their closing, that we hired

10:50:13  9   J.W. Allen and they went to China.  They inspected the board as

10:50:22  10  it was being loaded onto those ships.  They inspected the board

10:50:25  11  upon its arrival in the United States.  Again, they were

10:50:29  12  looking for the conditions we should be looking for:  for

10:50:33  13  dimensional size, for cracks, for paper peels, for bubbles.

10:50:37  14         Rudy Remont was present when the first shipment

10:50:41  15  of Knauf drywall was loaded onto the ship.  He was there when

10:50:50  16  100,000 sheets of Knauf drywall were being loaded into the

10:50:54  17  cargo hold of a ship.  And he did not -- and not one person in

10:50:59  18  this courtroom told you that he had a smell issue with that

10:51:03  19  drywall.  100,000 sheets.  He and Mr. App were present when the

10:51:10  20  drywall was being unloaded in the United States, at the ports

10:51:14  21  here in New Orleans.  Not one word about a smell.  Not one

10:51:18  22  word.

10:51:23  23         Not a word.  I don't think it fails the smell

10:51:30  24  test there.  Does it?

10:51:34  25         I think this is where we should discuss

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:51:35   1   Ms. Coates.  She is a witness who was full of opinions but

10:51:38   2   completely unburdened by the facts.  Ms. Coates admits, she

10:51:42   3   admits that all she could do was speculate on what would have

10:51:48   4   happened if we had audited the plant in China.

10:51:50   5            Here's what's important.  She did no research,

10:51:54   6   no, none, no research about the manufacturing capacity of the

10:51:58   7   Knauf plant.  She did no research about the manufacturing

10:52:01   8   capacity of the Taishan plant.  She did not go to either one of

10:52:05   9   those plants.  She's been working on this case for two years,

10:52:07  10   and she sat in that box and she said, I go to China every two

10:52:11  11   weeks.

10:52:12  12            Did they ask her to go look at those plants?  Of

10:52:14  13   course not, because they did not want her to know that those

10:52:17  14   are quality manufacturing plants and that no matter what audit

10:52:21  15   we had or had not performed, we would not have discovered the

10:52:25  16   sulfur defect.

10:52:28  17            She did suggest -- she actually had the gall to

10:52:31  18   suggest that we hire her -- we should have hired her to go to

10:52:35  19   China on behalf of the company.  I doubt she would have been

10:52:39  20   much help, since she admitted that she knew nothing about the

10:52:43  21   drywall manufacturing process and that she has no idea what

10:52:47  22   manufacturers of drywall were even testing for in 2005 and

10:52:51  23   2006.  So I don't know what good she would have done for us.

10:52:55  24            She also admitted -- think carefully about this.

10:52:59  25   When I asked her some questions, she also admitted that there

**RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT**

10:53:01  1  are many industry standards applicable to sourcing products in

10:53:04  2  China.  Did she talk about those standards?  Nope.  I even

10:53:08  3  asked her.  I said, There are other standards available, but

10:53:13  4  you didn't rely on any of those other standards.

10:53:16  5           What did she rely on?  She relied on her

10:53:18  6  42 rules, the book that she wrote that's a best seller on

10:53:23  7  Amazon.com, the book that talks about before we should be

10:53:27  8  buying drywall, we need to learn the history of China.  I guess

10:53:32  9  they should be teaching that in our schools now, because she

10:53:34  10  also admitted that we had no choice but to do business with

10:53:37  11  China.  The distributors in this country have no choice but to

10:53:42  12  do business with China.

10:53:46  13           She also says that sometimes -- one of her

10:53:48  14  42 rules is you need to get to be friends with them, and that

10:53:50  15  can take a year.  I think if we followed her absurd 42 rules,

10:53:55  16  half the people in New Orleans still probably wouldn't be

10:53:59  17  finished with the recovery from Katrina.

10:54:01  18           But here's the important thing about Ms. Coates.

10:54:05  19  And I'm going to quote you from my notes.  When Mr. Risley

10:54:11  20  asked Ms. Coates, Based on your personal experience and your

10:54:15  21  personal knowledge, could she tell the jury, if InEx had done

10:54:20  22  everything she said they should do, would they have found out

10:54:25  23  that the drywall they had purchased from China had excess

10:54:29  24  levels of sulfur in it?

10:54:32  25           Do you know what she said?  And my notes reflect

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:54:34    1    it because I wrote it down exactly.  She said, I can't because

10:54:39    2    I think it's speculation.

10:54:42    3            So even she cannot tell us that we should have

10:54:46    4    or could have discovered that defect.

10:54:48    5            What I really found interesting about Ms. Coates

10:54:51    6    is what she didn't know.  She never saw the contract between

10:54:54    7    Knauf and Interior Exterior.  She never saw the contract

10:54:58    8    between Interior Exterior and Metro Resources.  She never heard

10:55:00    9    the testimony of any of the Knauf representatives who actually

10:55:05   10    operated the plant.  Although she could have read those

10:55:07   11    depositions -- we all had to sit here and listen to those

10:55:11   12    depositions -- she could have done it, but she didn't look at

10:55:14   13    that testimony.  She doesn't know anything about the capacity

10:55:18   14    of those plants.  The plaintiffs did not want Ms. Coates to

10:55:20   15    know what those representatives from Knauf had to say about the

10:55:24   16    capacity and the quality of the plant in China.

10:55:31   17            Finally, she was never told about Habitat of

10:55:38   18    New Orleans' purchase of Taishan drywall, the exact same

10:55:42   19    drywall that Interior Exterior bought from Metro Resources and

10:55:48   20    that Habitat sold to the public.  She heard that for the first

10:55:53   21    time when Mr. Pate was testifying, because she happened to be

10:55:57   22    in the courtroom when he testified.

10:56:01   23            And then she said -- well, she assumed --

10:56:02   24    assumed -- that Habitat had some rules around buying products.

10:56:08   25    Hum.  Well, we all know that's not the case.  Habitat did not

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:56:15   1   follow the same procedures that InEx followed.  Habitat got a
10:56:19   2   letter from Fly Systems that said, We are going to sell you
10:56:25   3   Tai'an Taishan plasterboard and drywall.
10:56:26   4          They said, We bought 100,000 sheets of it from
10:56:29   5   Taishan -- from Fly Systems.
10:56:31   6          Habitat did not look into Fly Systems, although
10:56:34   7   Mr. Pate said, We did confirm that they owned it so they could
10:56:38   8   in fact sell it to us.
10:56:39   9          They didn't do any research into Taishan
10:56:41  10   whatsoever.  Habitat did not ask for any kind of certification,
10:56:46  11   they did not ask for any verification about the drywall.
10:56:50  12   Habitat -- unlike InEx, Habitat never received any
10:56:53  13   certificates, no representations, and no warranties whatsoever.
10:57:00  14          I don't mean to belabor the point about Habitat,
10:57:03  15   because they are a good company, but they are holding
10:57:06  16   themselves up to the same standards because they are a general
10:57:09  17   contractor and they are distributing this drywall.  They're
10:57:13  18   distributing it to other nonprofits who have been using it, and
10:57:15  19   they are selling it to the public.
10:57:16  20          In fact, Habitat used that drywall they bought
10:57:19  21   in March of 2007 from Taishan -- they used it for two years and
10:57:23  22   had no complaints about any smells.  It was not until 2009 that
10:57:29  23   they figured out that that drywall was a problem.  It's two
10:57:34  24   years after we stopped selling it and two years that it's been
10:57:40  25   put into homes, and there's not one complaint of a smell from

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:57:44   1   anybody to Habitat.  Not one employee from Habitat said it

10:57:49   2   smelled.  Not one subcontractor to Habitat said it smelled.

10:57:52   3   Not one homeowner even told Habitat that it smelled.

10:58:00   4            We heard from Mr. Meunier quite a bit about

10:58:03   5   Dr. Tompkins' novel.  There's something that I think may have

10:58:08   6   been lost in the transition.  Mr. Meunier has been really busy,

10:58:12   7   and maybe it kind of got lost in the transition.  That novel is

10:58:19   8   all made up.  It's not real.  It's what we call fiction.  It's

10:58:25   9   about people who don't exist.  It's about the events that never

10:58:29   10  took place.

10:58:30   11           Sure, the lead character in the book, the lead

10:58:32   12  character in the book learns some lesson about sourcing and

10:58:37   13  doing business in China, but those lessons apply in a

10:58:41   14  completely different context than the one you have heard about

10:58:45   15  for the past week.  In the fictional book the main character,

10:58:49   16  Rich Morrison, goes to China to have a special product made,

10:58:55   17  not a standard product like drywall.  The character has

10:59:01   18  designed the product.  He invents the process to make the

10:59:05   19  product.  He even supplies the raw materials to the plant.  So

10:59:08   20  it's not difficult for him to conclude that he should visit the

10:59:13   21  manufacturing plant who is going to make his own product.  It's

10:59:19   22  Rich's product.  His name is going on it.  And with that maybe

10:59:23   23  came a higher standard of care.

10:59:25   24           It's just like with Ms. Coates' recent

10:59:30   25  experiences with Lumber Liquidators.  They are putting their

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

10:59:33  1    names on the products.  It's not the same thing as

10:59:35  2    Interior Exterior buying a standard drywall product.

10:59:38  3            Jim and Clay did not design the drywall.  Jim

10:59:42  4    and Clay had no input into the manufacturing process.  Why

10:59:47  5    should they?  They are relying on the biggest and most

10:59:52  6    sophisticated drywall manufacturers in the world.  And most

10:59:57  7    importantly, Jim and Clay did not hold this drywall out as

11:00:01  8    their own.  It was Knauf and Tianjin's products -- it was Knauf

11:00:07  9    and Taishan's products, and it was labeled in accordance to

11:00:11  10   that.

11:00:15  11           As Dr. Tompkins testified, Jim and Clay Geary

11:00:19  12   took all the reasonable steps that anyone would expect the

11:00:23  13   company to take prior to buying Chinese drywall from Knauf and

11:00:28  14   Metro Resources.  You heard Dr. Tompkins and Dr. Tonyan testify

11:00:33  15   that, in practice, distributors of drywall rely on

11:00:38  16   manufacturers' certifications.  In practice, importers of

11:00:43  17   standard building materials rely on the manufacturers'

11:00:47  18   certifications.  And in practice, drywall distributors and

11:00:50  19   importers do not perform their own factory audits, nor do they

11:00:55  20   conduct their own tests on the drywall.

11:00:59  21           I think this is probably a good point to talk

11:01:01  22   about Dr. Tonyan, because it relates to this point and it also

11:01:06  23   relates to the last point.  The plaintiffs did not introduce

11:01:13  24   the testimony of any witness with actual experience in the

11:01:19  25   drywall business or in the gypsum industry.  The only expert in

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 11:01:24 | 1 | the field that you heard from in that business other than |
| 11:01:28 | 2 | Isabel Knauf and Martin Halbach was Dr. Tonyan. |
| 11:01:33 | 3 | Dr. Tonyan explained a few important points |
| 11:01:39 | 4 | about the ASTM standards.  The actual standard is that the |
| 11:01:41 | 5 | manufacturer, the producer, the producer of the drywall verify |
| 11:01:45 | 6 | at the time of shipment that the product was manufactured in |
| 11:01:48 | 7 | accordance with ASTM standards.  This is what occurred here. |
| 11:01:53 | 8 | Interior Exterior received certification on each shipment that |
| 11:01:57 | 9 | the board was manufactured in accordance with ASTM 1396.  And |
| 11:02:02 | 10 | every single board came stamped with that certification. |
| 11:02:08 | 11 | Dr. Tonyan also talked about this whole label |
| 11:02:11 | 12 | issue that you have heard about.  He explained that that label |
| 11:02:16 | 13 | issue is a distraction and irrelevant.  And, in fact, |
| 11:02:19 | 14 | Interior Exterior did not violate the labeling standard, as |
| 11:02:22 | 15 | Mr. Meunier alleged in his opening.  The standard actually |
| 11:02:28 | 16 | states, actually states, the drywall should be labeled a |
| 11:02:31 | 17 | certain way unless the parties, by agreement, have asked for |
| 11:02:37 | 18 | specific information on that label. |
| 11:02:38 | 19 | And, in fact, by agreement, Interior Exterior |
| 11:02:41 | 20 | asked for three things.  They asked that the board be labeled |
| 11:02:45 | 21 | with the brand, and it was labeled either Knauf or Taihe.  They |
| 11:02:50 | 22 | asked that the boards all be stamped "Made in China."  And they |
| 11:02:53 | 23 | asked that the boards be marked with ASTM certifications. |
| 11:02:57 | 24 | Those boards showed up at our doorsteps labeled |
| 11:03:01 | 25 | exactly as we asked, exactly how we expected them to be |

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 11:03:06 | 1 | labeled.  So much for red flags about the labeling. |
| 11:03:11 | 2 | As to the other red flags, let me talk about |
| 11:03:14 | 3 | those briefly.  I think we have addressed those red flags that |
| 11:03:17 | 4 | the plaintiffs have referred to, proving during this trial that |
| 11:03:22 | 5 | nothing ever indicated to Interior Exterior that we should have |
| 11:03:24 | 6 | been aware of the sulfur defect.  Because, remember, what you |
| 11:03:27 | 7 | have to decide is that we should have been aware of the sulfur |
| 11:03:31 | 8 | defect.  That's the issue in this case. |
| 11:03:34 | 9 | You heard that customers complained about |
| 11:03:36 | 10 | drywall back in '99 and again in 2006 about the heaviness of |
| 11:03:41 | 11 | the board, that they thought the board was too heavy. |
| 11:03:45 | 12 | You also have heard testimony that has been |
| 11:03:48 | 13 | uncontroverted that the heaviness of the board had nothing to |
| 11:03:52 | 14 | do with the sulfur content and everything to do with the way |
| 11:03:56 | 15 | the drywall is made in the U.S., because the U.S. manufacturers |
| 11:03:59 | 16 | add a foaming agent to make drywall in the U.S. lighter.  The |
| 11:04:04 | 17 | weight of the drywall did not make it defective.  The testimony |
| 11:04:08 | 18 | actually revealed that we knew it was going to be heavier, and |
| 11:04:11 | 19 | it had nothing to do with the sulfur defect.  So that's not a |
| 11:04:14 | 20 | red flag. |
| 11:04:16 | 21 | Remember this.  Ask yourself, who testified, |
| 11:04:23 | 22 | what piece of evidence was introduced to indicate that anyone, |
| 11:04:28 | 23 | anyone complained to Interior Exterior about a smell with the |
| 11:04:31 | 24 | drywall?  No one ever complained to Interior Exterior about a |
| 11:04:39 | 25 | smell; not one employee, not one customer, not one homeowner. |

1253

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

11:04:44  1          In fact, Mr. Garcia, who is the contractor for

11:04:47  2  Ms. Mundee, testified he has 25 years of experience.  He was

11:04:52  3  present when the drywall was installed in Ms. Mundee's house.

11:04:56  4  In fact, the hangers complained to him and said, This drywall

11:05:00  5  is heavy.

11:05:01  6          And he said, Hang it anyway.

11:05:03  7          And you know what they did?  They hung it,

11:05:05  8  because it wasn't defective because it was heavy.  They didn't

11:05:10  9  have to return it because it was heavy.  They could use it.

11:05:18  10         So the plaintiffs are really left with one

11:05:21  11  alleged -- Mr. Garcia.  Did Mr. Garcia say anything about the

11:05:27  12  smell of the drywall?  No.  Again, so much for the smell test.

11:05:31  13  I think we have debunked the smell test.

11:05:32  14         So the plaintiffs are really left with one

11:05:35  15  alleged red flag, and that is the upside down fax date on the

11:05:39  16  test report from Taishan.  You heard Dr. Tonyan say what we all

11:05:44  17  know.  We all know it's common for fax machines to have the

11:05:49  18  wrong date.  It was upside down and the wrong date.  That's

11:05:53  19  just not a red flag.

11:05:55  20         More importantly, Dr. Tonyan explained to you

11:05:59  21  what that test is, and he told you there was nothing on that

11:06:02  22  test report that gave him concern and nothing that should have

11:06:05  23  highlighted that there was anything wrong with that test

11:06:07  24  report.  I'm not sure that anyone testified that there was

11:06:10  25  actually inaccurate information on that test report.

**RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT**

| | | |
|---|---|---|
| 11:06:12 | 1 | The reason it's in the Bubble Board materials |
| 11:06:16 | 2 | and the reason why we see it with other materials is that the |
| 11:06:19 | 3 | purpose of that particular test report is so that the |
| 11:06:22 | 4 | manufacturer, Taishan, can provide documentation to companies |
| 11:06:28 | 5 | that they are capable of producing drywall in accordance with |
| 11:06:34 | 6 | the U.S. ASTM standards.  We got certification from Metro with |
| 11:06:42 | 7 | each shipment that the drywall, in fact, met the standard. |
| 11:06:45 | 8 | That's what we were asking for; that's what we got.  That's |
| 11:06:48 | 9 | what a reasonable distributor should be doing. |
| 11:06:53 | 10 | So now I believe we have successfully answered |
| 11:06:56 | 11 | the question, did Interior Exterior fail to act reasonably at |
| 11:06:59 | 12 | the time it sourced the drywall?  And the answer to that is no. |
| 11:07:03 | 13 | We have shown that we acted reasonably. |
| 11:07:07 | 14 | Dr. Tonyan's testimony actually takes us into |
| 11:07:09 | 15 | the final question, which is, if Interior Exterior had done |
| 11:07:14 | 16 | everything that the plaintiffs claim were necessary and |
| 11:07:19 | 17 | everything that the plaintiffs allege was reasonable, would |
| 11:07:22 | 18 | Interior Exterior have learned of the sulfur defect at the time |
| 11:07:26 | 19 | it sold the drywall?  And the answer to that last question is |
| 11:07:31 | 20 | no, and it's a resounding no. |
| 11:07:35 | 21 | The sulfur defect in the drywall which caused |
| 11:07:38 | 22 | the damage to these homes was not something we should have |
| 11:07:41 | 23 | discovered in 2005.  This is such a unique problem and an |
| 11:07:47 | 24 | unknown problem.  No one had ever looked for that problem |
| 11:07:50 | 25 | before.  No one had ever tested for that problem before. |

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 11:07:55 | 1 | We know that the defect could not be identified |
| 11:07:57 | 2 | by a standard drywall test.  There was no standard drywall test |
| 11:08:01 | 3 | that would have even discovered that defect.  The defect was |
| 11:08:04 | 4 | not apparent because, as we all know, it's not a smell test, |
| 11:08:08 | 5 | because you have to test for the compounds that are in the |
| 11:08:12 | 6 | drywall.  Because lots of the defective drywall, just like the |
| 11:08:15 | 7 | Habitat drywall, for two years it didn't smell.  And, in fact, |
| 11:08:19 | 8 | when Habitat learned of the problem in 2009, they retained a |
| 11:08:23 | 9 | company to test that warehouse full of drywall, and they did |
| 11:08:26 | 10 | not discover the defect in the sulfur -- the sulfur defect. |
| 11:08:35 | 11 | To find the defect required to know what we are |
| 11:08:37 | 12 | looking for, and not even the manufacturers knew in 2005 and |
| 11:08:41 | 13 | 2006 what to look for. |
| 11:08:44 | 14 | You heard Mr. Halbach and Isabel Knauf.  They |
| 11:08:47 | 15 | gloss over the fact that they are both mining engineers, |
| 11:08:51 | 16 | educated mining engineers, explain that sulfur naturally occurs |
| 11:08:56 | 17 | in gypsum -- you heard that this morning -- and normally that |
| 11:09:00 | 18 | the excess sulfur is burned off in the manufacturing process. |
| 11:09:02 | 19 | But for a reason that no one knows, it didn't happen in this |
| 11:09:05 | 20 | case. |
| 11:09:05 | 21 | THE DEPUTY CLERK:  Mr. Duplantier, 10 minutes left. |
| 11:09:08 | 22 | MR. DUPLANTIER:  Thank you. |
| 11:09:09 | 23 | Even the companies who made it didn't know about |
| 11:09:12 | 24 | the condition for years after we sold it, years after we sold |
| 11:09:16 | 25 | it.  Even the experts in the field of drywall or the chemists |

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

11:09:24  1   agreed that that sulfur defect came as a complete surprise to

11:09:28  2   everyone.

11:09:29  3         Dr. Streit, she was the plaintiffs' smell

11:09:33  4   expert.  She admitted that no one had ever perceived this

11:09:37  5   problem before.  Her entire testimony that the drywall

11:09:43  6   smelled -- her entire testimony was based on an assumption that

11:09:45  7   the drywall smelled while it was being manufactured.  She

11:09:51  8   assumes that Interior Exterior would have smelled the sulfur at

11:09:54  9   the plant had they visited, even though Knauf didn't smell it,

11:09:57 10   apparently.

11:10:00 11         Yet she had never been to a drywall plant.

11:10:01 12   Again, they didn't ask her to go to a drywall plant.  She could

11:10:05 13   have.  She's never seen drywall made.  She knows nothing about

11:10:08 14   the physical plant or the layout of the Knauf and the Taishan

11:10:11 15   plants.  But her friend told her that drywall would smell or

11:10:15 16   the plant would smell, and she believes her.

11:10:19 17         They could have brought in an expert who had

11:10:22 18   actually been to a gypsum mine.  They could have, but they

11:10:26 19   didn't.  They could have brought in an expert who had actually

11:10:29 20   been to a drywall plant, but they didn't.  They could have

11:10:37 21   brought in someone who had actually smelled sulfur from the

11:10:41 22   drywall at any time before it was sold by Interior Exterior and

11:10:45 23   installed in homes, but they didn't and they couldn't.

11:10:49 24         Instead, they rely on Dr. Streit, and she had

11:10:53 25   absolutely no evidence to support her conclusions.

**RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT**

11:10:55  1   We heard person after person come in and testify

11:10:58  2   that the drywall never smelled.  Habitat had 100,000 pieces in

11:11:03  3   their warehouse, and it didn't smell.

11:11:06  4   So when the expert's assumptions are debunked, I

11:11:11  5   would suggest that such testimony from that expert can and, in

11:11:15  6   fact, should be ignored.

11:11:16  7   When Dr. Streit was asked about the one thing

11:11:19  8   she knows, chemistry, she admits something very significant.

11:11:24  9   When asked about which of the 128 chemical elements

11:11:29  10  Interior Exterior should have tested for, she said, I don't

11:11:32  11  think Interior Exterior should have tested for anything.  I

11:11:36  12  don't think they should have tested for anything beyond what's

11:11:38  13  in the ASTM standards.

11:11:40  14  And that brings us to Dr. Rutila, plaintiffs'

11:11:45  15  million-dollar man, the guy who helped the University of

11:11:49  16  Alabama fix their leaking roof.  Maybe it helped them win the

11:11:57  17  game on Saturday.  Who knows.

11:11:59  18  I actually liked some of what Dr. Rutila had to

11:12:02  19  say, so I thought I would remind you about some very specific

11:12:04  20  questions and his answers.

11:12:07  21  I asked him what standard test existed for

11:12:11  22  drywall that would have revealed the sulfur off-gassing?

11:12:14  23  And he admitted there is no standard test for

11:12:19  24  drywall.  In fact, the USG test they want to put so much

11:12:21  25  importance on -- as you will read the document -- it was never

1258

**RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT**

| | |
|---|---|
| 11:12:24 | 1 | given to InEx -- but even that USG test did not reveal the |
| 11:12:29 | 2 | sulfur defect in the drywall. |
| 11:12:31 | 3 | Dr. Rutila admitted that this low core purity issue |
| 11:12:34 | 4 | has nothing to do with sulfur.  In fact, Mr. Rutila could not |
| 11:12:39 | 5 | point to any person at the time in 2005 or 2006 who actually |
| 11:12:44 | 6 | discovered that defect.  No one.  Have you heard anyone say, |
| 11:12:47 | 7 | Oh, we figured it out in 2006? |
| 11:12:51 | 8 | He also admitted -- Mr. Rutila admitted that he was |
| 11:12:55 | 9 | not aware of anyone in the building products industry in 2005 |
| 11:12:58 | 10 | or 2006 that was testing drywall for the sulfur condition that |
| 11:13:02 | 11 | caused the defect in this drywall. |
| 11:13:08 | 12 | As a result of this, all of this, when you are |
| 11:13:10 | 13 | completing the verdict form, I would ask that you answer no to |
| 11:13:14 | 14 | all of the questions that you are asked, because what the |
| 11:13:17 | 15 | evidence has revealed is that Interior Exterior would not have |
| 11:13:21 | 16 | learned of the sulfur defect.  The physical characteristics of |
| 11:13:27 | 17 | the Chinese drywall did not reveal the defect.  The standard |
| 11:13:31 | 18 | test for drywall would not reveal the sulfur defect, and the |
| 11:13:36 | 19 | sulfur defect was unknown to everyone at the time the Chinese |
| 11:13:39 | 20 | drywall was sold.  Everyone. |
| 11:13:47 | 21 | As you know, Mr. Meunier gets the last word.  He is |
| 11:13:51 | 22 | going to get up here and do a rebuttal.  He gets the last word |
| 11:13:55 | 23 | because he has the burden of proof.  But while he is up here |
| 11:13:59 | 24 | for rebuttal, while he is up here for rebuttal, I am going to |
| 11:14:04 | 25 | ask you to be thinking about one thing, and I'm going to ask |

1259

RICHARD DUPLANTIER JR., ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 11:14:07 | 1 | you to be considering one thing. |
| 11:14:10 | 2 | The last words of Isabel Knauf herself, the last |
| 11:14:13 | 3 | words of Isabel, the last piece of testimony that you heard in |
| 11:14:16 | 4 | this trial.  When I asked her, in her deposition in Frankfurt, |
| 11:14:21 | 5 | if Interior Exterior should have discovered this defect in the |
| 11:14:25 | 6 | drywall in 2006, what did she just tell you? |
| 11:14:31 | 7 | Nobody had ever heard of such a problem before.  It |
| 11:14:37 | 8 | is unreasonable to suggest that Interior Exterior should have |
| 11:14:45 | 9 | discovered it in 2006. |
| 11:14:47 | 10 | Ladies and gentlemen, I implore you to find in favor |
| 11:14:50 | 11 | of Interior Exterior.  Thank you so much for your time. |
| 11:14:53 | 12 | THE COURT:  Thank you, Counsel. |
| 11:14:55 | 13 | Anything from -- |
| 11:14:59 | 14 | MR. ANGELLE:  Yes.  Thank you, Your Honor. |
| 11:15:03 | 15 | We would like to adopt the arguments of InEx. |
| 11:15:07 | 16 | We feel that the evidence compels us to do so.  We feel that |
| 11:15:10 | 17 | that evidence compels you also to fill out that verdict form |
| 11:15:14 | 18 | with eight nos. |
| 11:15:16 | 19 | We have heard about several distributors in this |
| 11:15:19 | 20 | case, not just InEx.  We hear about Banner, we hear about L&W |
| 11:15:24 | 21 | and others.  You are being asked by plaintiffs to believe they |
| 11:15:27 | 22 | are all unreasonable, and yet what we have is plaintiffs |
| 11:15:33 | 23 | criticizing in hindsight, like Monday morning quarterbacks who |
| 11:15:38 | 24 | have never played the game. |
| 11:15:40 | 25 | The evidence compels you to find that InEx acted |

SIDNEY J. ANGELLE, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 11:15:43 | 1 | reasonably.  And all this discussion about testing and |
| 11:15:49 | 2 | auditing, it's very clear that none of it would have revealed |
| 11:15:52 | 3 | the defect. |
| 11:15:52 | 4 | His Honor is going to charge you in moments that |
| 11:15:55 | 5 | you cannot find InEx unreasonable for not testing and not doing |
| 11:15:59 | 6 | more in terms of auditing if it would not have revealed the |
| 11:16:04 | 7 | defect.  When you boil away all the fat, that's where we are. |
| 11:16:10 | 8 | I thank you for your diligence throughout this |
| 11:16:15 | 9 | trial.  Godspeed. |
| 11:16:16 | 10 | Thank you, Your Honor. |
| 11:16:20 | 11 | THE COURT:  You have five minutes. |
| 11:16:25 | 12 | MR. MEUNIER:  Sounds good to say something so |
| 11:16:26 | 13 | remarkable, never heard of before, makes it undiscoverable, but |
| 11:16:30 | 14 | it's illogical. |
| 11:16:31 | 15 | I'm building a boiler.  It blows up later. |
| 11:16:34 | 16 | During the manufacturing the fuel line was put in wrong, and |
| 11:16:38 | 17 | you could have smelled it then.  It's remarkable.  It's never |
| 11:16:42 | 18 | happened before.  Had I been there, I would have discovered it. |
| 11:16:46 | 19 | The fact that something is remarkable does not |
| 11:16:47 | 20 | make it undiscoverable.  And in this case we know the smell |
| 11:16:51 | 21 | test would have been the way to find the problem back when the |
| 11:16:56 | 22 | problem could have been discovered. |
| 11:16:58 | 23 | I love the fact that they rely on J.W. Allen. |
| 11:17:01 | 24 | Do you remember Lori Streit?  She said, I can't |
| 11:17:03 | 25 | believe they sent a guy there to count the boards. |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

| | | |
|---|---|---|
| 11:17:04 | 1 | They didn't even ask him to bring back the ASTM |
| 11:17:04 | 2 | report that they never got from KPT or bring back a sample. |
| 11:17:11 | 3 | That's their due diligence. |
| 11:17:12 | 4 | The ASTM certificates tell the sorry. |
| 11:17:14 | 5 | I'm in my car, I'm driving, the trooper stops |
| 11:17:15 | 6 | me. |
| 11:17:16 | 7 | You got a license? |
| 11:17:16 | 8 | No, Officer.  My passenger says I have one. |
| 11:17:19 | 9 | Oh, okay, go ahead. |
| 11:17:20 | 10 | Or on TTP.  You got a license? |
| 11:17:22 | 11 | Yeah.  Pull out two.  Two different names, |
| 11:17:24 | 12 | blanks on them. |
| 11:17:25 | 13 | Go ahead. |
| 11:17:26 | 14 | The trooper wouldn't let them go ahead.  And |
| 11:17:28 | 15 | they shouldn't have let these boards leave China. |
| 11:17:32 | 16 | Now, you know, ladies and gentlemen, we are |
| 11:17:35 | 17 | going to be doing business with China, and we know this.  We |
| 11:17:40 | 18 | know the government is not going to be able to stop these |
| 11:17:43 | 19 | boards and these products from coming in.  It's up to industry. |
| 11:17:47 | 20 | It's up to industry.  Industry has to step up.  That has to be |
| 11:17:53 | 21 | the message of this case.  Industry has to step up when you are |
| 11:17:57 | 22 | dealing with China.  It's just the way it is. |
| 11:18:00 | 23 | I told you this case would tell a story of |
| 11:18:03 | 24 | cutting corners, not doing due diligence; you're in a hurry to |
| 11:18:07 | 25 | sell, you blow past the rules, you disobey the rules.  And I |

GERALD E. MEUNIER, ESQ. - CLOSING ARGUMENT

11:18:10  1    said the moral of the story is, who paid?  Not them; the people

11:18:17  2    pay, who never chose this stuff, never sourced it, never went

11:18:21  3    to China to get it.  It's here for one reason:  They brought it

11:18:24  4    here.

11:18:24  5             So you now get to write the conclusion of the

11:18:30  6    story.  You have the last word.  I ask that your verdict, the

11:18:37  7    end of this story, be based on accountability for those who

11:18:42  8    would source product from China without doing the due diligence

11:18:46  9    and on justice for these homeowners.  If the story concludes

11:18:51  10   that way with your verdict, we will be satisfied.

11:18:55  11             Thank you very much for your time and attention.

11:18:58  12             **THE COURT:**  Thank you, Counsel.

11:18:59  13             Members of the jury, can you hold in another

11:19:01  14   15 minutes, or would you like to take a break?

11:19:07  15             Members of the jury, you have now heard all the

11:19:11  16   evidence in this case as well as the final argument.  It

11:19:15  17   becomes my duty, therefore, to instruct you on the law that you

11:19:18  18   must follow and apply in arriving at your decision in this

11:19:22  19   case.

11:19:23  20             As I mentioned several times, in any jury trial

11:19:26  21   there are, in effect, two judges.  I am one of the judges; the

11:19:30  22   other is you, the members of the jury.  It is my duty to

11:19:37  23   preside over the trial and to determine what testimony and

11:19:39  24   other evidence is admissible under the law for your

11:19:43  25   consideration.  It is also my duty at the end of the trial to

|          |    |                                                                         |
|----------|----|-------------------------------------------------------------------------|
| 11:19:47 | 1  | instruct you on the law applicable to the case.                         |
| 11:19:50 | 2  | But you as jurors are judges of the facts.  In                          |
| 11:19:56 | 3  | determining what actually happened in this case -- that is, in          |
| 11:19:58 | 4  | reaching your decision as to the facts -- it is your sworn duty         |
| 11:20:02 | 5  | to follow the law as I am now in the process of defining for            |
| 11:20:07 | 6  | you.  You must follow my instructions as a whole.  You have no          |
| 11:20:10 | 7  | right to disregard or give special attention to any one                 |
| 11:20:14 | 8  | instruction or question the wisdom or correctness of the rule I         |
| 11:20:20 | 9  | may state to you.  That is, you must not substitute or follow           |
| 11:20:25 | 10 | your own notion or opinion as to what the law is or ought to            |
| 11:20:30 | 11 | be.  These charges include the totality of the law applicable           |
| 11:20:35 | 12 | to the case, and it is your duty to apply the law as I give it          |
| 11:20:39 | 13 | to you, regardless of the consequences.                                 |
| 11:20:42 | 14 | By the same token, it is also your duty to base                         |
| 11:20:47 | 15 | your verdict solely on the testimony and the other evidence in          |
| 11:20:50 | 16 | the case without prejudice and without sympathy.  That was the          |
| 11:20:52 | 17 | promise you made and the oath you took before being accepted by         |
| 11:20:56 | 18 | the parties and the Court as jurors in this case, and they and          |
| 11:21:01 | 19 | the Court have a right to expect nothing less from you.                 |
| 11:21:05 | 20 | This case should be considered and decided by                           |
| 11:21:08 | 21 | you as an action between persons of equal standing in the               |
| 11:21:12 | 22 | community, of equal worth, and holding the same or similar              |
| 11:21:15 | 23 | stations in life.  All persons, all corporations, all entities          |
| 11:21:25 | 24 | stand equal before the law and ought to be dealt with as equals         |
| 11:21:25 | 25 | in a court of justice.                                                   |

```
11:21:27   1        As I stated earlier, it is your duty to
11:21:29   2   determine the facts; and in so doing, you must consider only
11:21:34   3   the evidence I have admitted in the case.  The term *evidence*
11:21:36   4   includes the sworn testimony of the witnesses and exhibits
11:21:40   5   admitted into the record.
11:21:41   6        Remember that any statement, objection, or
11:21:43   7   argument made by the lawyers are not evidence in the case.  The
11:21:47   8   function of the lawyer is to point out those things that are
11:21:50   9   most significant and most helpful to their side of the case and
11:21:55  10   in doing so to call your attention to certain facts or
11:21:59  11   inferences that they are particularly concerned that you, the
11:22:04  12   jury, recall.
11:22:05  13        In the final analysis, however, it is your own
11:22:08  14   recollection and your own interpretation of the evidence that
11:22:11  15   controls in this case.  What the lawyers say is not binding
11:22:16  16   upon you.
11:22:17  17        Also, during the course of the trial, I have
11:22:19  18   occasionally made a comment to the lawyers or asked a question
11:22:22  19   of a witness or admonished a witness concerning the law or the
11:22:26  20   manner in which he or she should respond to the question of
11:22:31  21   counsel.  Do not assume from anything I may have said that I
11:22:34  22   have any opinion concerning any of the facts of this case.  In
11:22:41  23   arriving at your findings of fact, you should disregard
11:22:44  24   anything I may have said during the trial except for my
11:22:47  25   instructions on the law.
```

| | | |
|---|---|---|
| 11:22:50 | 1 | Now, the law of the United States permits a |
| 11:22:52 | 2 | judge to comment on the evidence presented during the case.  I |
| 11:22:55 | 3 | do not believe that I have made any comments on the evidence in |
| 11:22:58 | 4 | this case; but if you could possibly construe any remarks that |
| 11:23:03 | 5 | I may have made during the course of this trial as a comment on |
| 11:23:06 | 6 | the evidence, then I instruct you that any such comment on my |
| 11:23:11 | 7 | part is only an expression of my opinion as to the facts and |
| 11:23:14 | 8 | you, the jury, may disregard such comment entirely since you, |
| 11:23:18 | 9 | as jurors, are indeed the sole judges of the facts. |
| 11:23:25 | 10 | Although you should consider only the evidence |
| 11:23:26 | 11 | in the case, you are permitted to draw such reasonable |
| 11:23:30 | 12 | inferences from the testimony and the exhibits as you feel are |
| 11:23:34 | 13 | justified in light of common experience.  In other words, you |
| 11:23:38 | 14 | may make deductions and reach conclusions that reason and |
| 11:23:42 | 15 | common sense lead you to draw from the facts that have been |
| 11:23:45 | 16 | established by the testimony and evidence in this case. |
| 11:23:49 | 17 | You may consider either direct or circumstantial |
| 11:23:52 | 18 | evidence.  Direct evidence is the testimony of one who asserts |
| 11:23:56 | 19 | actual knowledge of a fact, such as an eyewitness. |
| 11:24:00 | 20 | Circumstantial evidence is proof of a chain of facts and |
| 11:24:04 | 21 | circumstances indicating a fact to be proved.  The law makes no |
| 11:24:08 | 22 | distinction between the weight to be given to either direct or |
| 11:24:12 | 23 | circumstantial evidence. |
| 11:24:14 | 24 | Statements and arguments of the lawyers are not |
| 11:24:16 | 25 | evidence in the case unless made as an admission or a |

11:24:20  1   stipulation of fact.  A stipulation is an agreement between
11:24:27  2   both sides that certain facts are true or that a person would
11:24:31  3   have given certain testimony.  When the lawyers on both sides
11:24:36  4   stipulate or agree to the existence of a fact, you, the jury,
11:24:40  5   unless otherwise instructed, must accept the stipulation as
11:24:45  6   evidence and regard that fact or facts as proved.
11:24:49  7                   Now, the burden of proof is on the plaintiff in
11:24:52  8   a civil action such as this one to prove every essential
11:24:57  9   element of the claim by a preponderance of the evidence.  A
11:25:01  10  preponderance of the evidence means such evidence, when
11:25:03  11  considered and compared with evidence opposed to it, has more
11:25:09  12  convincing force and produces in your minds a belief that what
11:25:13  13  is sought to be proved is more likely true than not true.  In
11:25:17  14  other words, to establish a claim by a preponderance of the
11:25:20  15  evidence means to prove that claim is more likely so than not
11:25:26  16  so.  If the plaintiff should fail to prove its claim by a
11:25:32  17  preponderance of the evidence, you, the jury, must find for the
11:25:35  18  defendant.
11:25:37  19                   In determining whether any fact has been proved
11:25:39  20  by a preponderance of the evidence, in this case you may,
11:25:43  21  unless otherwise instructed, consider the testimony of all
11:25:47  22  witnesses, regardless of who may have called them, and all
11:25:50  23  exhibits received in evidence, regardless of who may have
11:25:53  24  produced them.  The parties need not produce every possible
11:25:58  25  witness and they need not prove their case beyond a reasonable

| | | |
|---|---|---|
| 11:26:01 | 1 | doubt, as is necessary in a criminal prosecution.  But |
| 11:26:06 | 2 | speculation or mere possibility or even unsupported probability |
| 11:26:12 | 3 | is not sufficient to support a judgment in their favor. |
| 11:26:16 | 4 | In deciding this case, ladies and gentlemen, you |
| 11:26:19 | 5 | are expected to use your good sense.  Give the evidence and the |
| 11:26:26 | 6 | testimony of a witness a reasonable and fair interpretation in |
| 11:26:28 | 7 | the light of your knowledge of the natural tendencies of human |
| 11:26:34 | 8 | beings. |
| 11:26:34 | 9 | The testimony of a single witness may be |
| 11:26:36 | 10 | sufficient to prove any fact even if a greater number of |
| 11:26:40 | 11 | witnesses may have testified to the contrary if, after |
| 11:26:43 | 12 | considering all of the evidence, you, the jury, believe that |
| 11:26:48 | 13 | single witness. |
| 11:26:50 | 14 | In weighing the testimony and determining the |
| 11:26:52 | 15 | credibility of a witness, you may consider the conduct of the |
| 11:26:56 | 16 | witness, his or her bearing on the witness stand, his or her |
| 11:27:00 | 17 | personal feelings as demonstrated by his or her testimony, his |
| 11:27:06 | 18 | or her actions, any interest he or she may have in the outcome |
| 11:27:10 | 19 | of the case, any prejudice or bias he or she may have shown, |
| 11:27:15 | 20 | and any particular partiality he or she may have demonstrated. |
| 11:27:22 | 21 | If a witness is shown to have testified falsely |
| 11:27:24 | 22 | concerning any material matter, you have a right to distrust |
| 11:27:29 | 23 | any such witness's testimony on other matters and you may |
| 11:27:34 | 24 | distrust all of the testimony of that particular witness. |
| 11:27:38 | 25 | You should keep in mind, of course, that a |

single mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people may forget some things and remember other things inaccurately.  So if a witness has made a misstatement, you need to consider whether the misstatement was an intentional falsehood or simply an innocent lapse of memory, and the significance of that may well depend on whether it has to do with an important fact or an unimportant detail.

When knowledge of a technical subject matter may be helpful to the jury, a person who has special training or experience in that type of a field may be called as an expert witness and is permitted to state his or her opinion on those technical matters.  Such witnesses have testified in this case. But as I mentioned, you are not required to accept such opinions.  As with any other witness, it is up to you, the jury, to decide whether to rely upon such a witness.

If you should decide that the opinion of an expert witness is not based on sufficient education or experience, or if you should conclude that the facts the expert relied upon are incorrect, that the reasons given in support of the opinion are not sound, or that the opinion is outweighed by other evidence, then you may disregard the opinion entirely. In deciding whether to accept or rely upon an opinion of the expert witness, you may consider any bias of the witness, including any bias you may infer from evidence that the expert

11:29:34   1   witness has an economic, philosophical, or other interest in
11:29:40   2   the outcome of the case.
11:29:45   3           Certain testimony is presented to you through a
11:29:46   4   deposition.  Remember, a deposition is the sworn, recorded
11:29:50   5   answers to questions asked of a witness in advance of trial.
11:29:55   6   Under some circumstances, if a witness cannot be present to
11:29:58   7   testify from the witness stand, that witness's testimony may be
11:30:03   8   presented under oath in the form of a deposition.  Some time
11:30:08   9   before this trial, attorneys representing the parties in this
11:30:11   10  case questioned this witness under oath.  A court reporter was
11:30:15   11  present and recorded the testimony.  The questions and answers
11:30:19   12  were read to you today and yesterday and the day before.  The
11:30:27   13  deposition testimony is entitled to the same consideration and
11:30:33   14  is to be judged by you as to credibility as if it were a
11:30:40   15  witness present and testifying at the time of trial in court.
11:30:43   16  They are the same.
11:30:45   17          During the course of trial, you will have heard
11:30:47   18  objections to evidence.  Sometimes these objections have been
11:30:49   19  argued out of the hearing of the jury.  It is the duty of the
11:30:54   20  attorneys on each side of the case to object when the other
11:30:58   21  side offers testimony or other evidence which the attorney
11:31:02   22  believes is not properly admissible.  You should not draw any
11:31:07   23  inference against or show any prejudice against or for a lawyer
11:31:13   24  or his client because of the making of an objection.
11:31:16   25          When the Court has sustained the objection to

| | | |
|---|---|---|
| 11:31:18 | 1 | the question addressed to the witness, the jury must disregard |
| 11:31:22 | 2 | the question entirely, and you may draw no inferences from the |
| 11:31:26 | 3 | wording of it or speculate as to what the witness would have |
| 11:31:30 | 4 | said if permitted to answer the question. |
| 11:31:34 | 5 | Upon allowing testimony or other evidence to be |
| 11:31:37 | 6 | introduced over the objection of an attorney, the Court does |
| 11:31:40 | 7 | not, unless expressly stated, indicate any opinion as to the |
| 11:31:45 | 8 | weight or effect of such evidence.  As stated before, remember, |
| 11:31:50 | 9 | you, the jury, are the sole judges of the credibility of all |
| 11:31:55 | 10 | witnesses and the weight and effect of all evidence. |
| 11:32:02 | 11 | Any notes you may have taken during the trial, I |
| 11:32:05 | 12 | remind you, are only aids to your memory.  If your memory |
| 11:32:09 | 13 | differs from your notes, you should rely upon your memory and |
| 11:32:15 | 14 | not your notes.  The notes are not evidence.  If you have not |
| 11:32:18 | 15 | taken notes, you should rely upon your independent recollection |
| 11:32:22 | 16 | of the evidence and should not be unduly influenced by the |
| 11:32:26 | 17 | notes of other jurors.  Remember, notes are not entitled to any |
| 11:32:30 | 18 | greater weight than the recollection or impression of each |
| 11:32:34 | 19 | juror about the testimony. |
| 11:32:37 | 20 | Now, as you know, this case involves a dispute |
| 11:32:41 | 21 | between the plaintiffs, New Orleans Area Habitat for Humanity, |
| 11:32:45 | 22 | Ed and Susan Beckendorf, David and Cheryl Gross, Beryl Mundee, |
| 11:32:52 | 23 | and the defendants, Interior Exterior and North River Insurance |
| 11:32:57 | 24 | Company.  InEx sold defective drywall to the plaintiffs between |
| 11:33:07 | 25 | July and November of 2006. |

11:33:11    1       The plaintiffs claim that InEx was a bad-faith

11:33:13    2  seller because at the time of the sale, it knew or should have

11:33:20    3  known that the drywall it sold to the plaintiff was defective.

11:33:28    4  InEx denies it was a bad-faith seller and asserts it neither

11:33:32    5  knew nor should have known of the defect.

11:33:38    6       Let me talk with you about the applicable law.

11:33:41    7  The applicable law is the law of Louisiana.  Under Louisiana

11:33:47    8  law, a seller of goods gives its customers an implied warranty

11:33:53    9  that the goods are free from defects and reasonably fit for

11:33:58   10  their intended use.  This area of law, Louisiana law, is known

11:34:04   11  as the law of redhibition.

11:34:10   12       I remind you that parties in this case have

11:34:12   13  stipulated that the Chinese drywall InEx sold to the plaintiffs

11:34:16   14  was defective and not reasonably fit for the intended use, that

11:34:21   15  the nature of the defect was the release of sulfurous gases

11:34:29   16  that corroded metals, and that the plaintiffs were not aware of

11:34:34   17  the defect at the time of the purchase and would not have

11:34:37   18  purchased the drywall had they known of the defect.  Therefore,

11:34:43   19  you will not be asked to decide whether the drywall was

11:34:48   20  defective and, instead, must regard the defect as a proven

11:34:52   21  fact.

11:34:55   22       The only question for you to decide in this case

11:34:58   23  is whether InEx had knowledge of the defect at the time it sold

11:35:03   24  the drywall to the plaintiff.  Under Louisiana law, the term

11:35:09   25  *knowledge* includes both actual knowledge and constructive

11:35:13  1    knowledge.  Actual knowledge is what is actually known.

11:35:20  2    Constructive knowledge is what should have been known.

11:35:27  3            In order to prevail open their claim, the

11:35:30  4    plaintiffs must prove by a preponderance of the evidence either

11:35:33  5    (1) that at the time it sold the defective drywall to the

11:35:39  6    plaintiffs, InEx actually knew that the drywall was defective,

11:35:45  7    actual knowledge, or (2) at the time it sold the defective

11:35:52  8    drywall to the plaintiffs, InEx should have known that the

11:35:56  9    drywall was defective, constructive knowledge.  They need not

11:36:03  10   prove that there was any willful misrepresentation on the part

11:36:07  11   of InEx.

11:36:11  12           Now, to say that InEx should have known of the

11:36:14  13   defect means that InEx would have learned of the defect through

11:36:18  14   the exercise of reasonable care.  Reasonable care is that

11:36:25  15   degree of care which a reasonably careful person would use

11:36:31  16   under like circumstances.  The failure to exercise reasonable

11:36:36  17   care may consist of either doing something that a reasonably

11:36:43  18   careful person would not do under similar circumstances or

11:36:47  19   failing to do something that a reasonably careful person would

11:36:55  20   do under similar circumstances.

11:36:57  21           Thus, if you find that InEx would have learned

11:36:59  22   of the defect by doing something that a reasonable seller in

11:37:03  23   its position would have done, InEx should have known of the

11:37:08  24   defect, and you must find for the plaintiffs.

11:37:14  25           If, on the other hand, you find that InEx acted

| | |
|---|---|
| 11:37:18 | 1 |
| 11:37:23 | 2 |
| 11:37:29 | 3 |
| 11:37:35 | 4 |
| 11:37:42 | 5 |
| 11:37:44 | 6 |
| 11:37:48 | 7 |
| 11:37:54 | 8 |
| 11:38:01 | 9 |
| 11:38:04 | 10 |
| 11:38:07 | 11 |
| 11:38:15 | 12 |
| 11:38:22 | 13 |
| 11:38:25 | 14 |
| 11:38:32 | 15 |
| 11:38:38 | 16 |
| 11:38:45 | 17 |
| 11:38:52 | 18 |
| 11:39:01 | 19 |
| 11:39:02 | 20 |
| 11:39:09 | 21 |
| 11:39:13 | 22 |
| 11:39:19 | 23 |
| 11:39:22 | 24 |
| 11:39:28 | 25 |

reasonably under the circumstances, you must find for the defendants.  You must also find for the defendants if you find that InEx acted unreasonably but that InEx would not have learned of the defect even if it had acted reasonably.

If a preponderance of the evidence does not support the plaintiffs' cause of action, then your verdict should be for the defendants.  If, however, a preponderance of the evidence does support the plaintiffs' cause of action, your verdict should be for the plaintiffs.

Now, ladies and gentlemen, it is your sworn duty as jurors to discuss the case with one another in an effort to reach a unanimous verdict, if you can do so.  Each of you must decide the case for yourself but only after full consideration of the evidence with other members of the jury.  And while you are discussing the case, do not hesitate to reexamine your opinions and change your mind if you become convinced that you're wrong.  Remember, do not, however, give up your honest beliefs solely because others think differently or merely to finish the case.

Remember that in a very real way, you are judges, you are judges of the facts.  Your only interest is to seek the truth from the evidence in this case.

I have prepared a special verdict form for your convenience and to aid in reaching a unanimous decision.  You will take the form with you in the jury room.  Your verdict

| | | |
|---|---|---|
| 11:39:34 | 1 | must represent the considered judgment of each juror. |
| 11:39:39 | 2 | You will note that the form contains several |
| 11:39:42 | 3 | interrogatories, or questions.  The answers to each question |
| 11:39:47 | 4 | must be the unanimous answer of the jury.  In the space |
| 11:39:51 | 5 | provided below each question, you will find directions which |
| 11:39:56 | 6 | instruct you either to answer the next question or some other |
| 11:39:59 | 7 | question or to stop and return to the courtroom with your |
| 11:40:03 | 8 | verdict.  You must carefully follow the directions and complete |
| 11:40:08 | 9 | the form. |
| 11:40:15 | 10 | And you've seen it partially.  The lawyers |
| 11:40:16 | 11 | showed you.  You must answer each question below. |
| 11:40:17 | 12 | Question 1.  Do you find by a preponderance of |
| 11:40:21 | 13 | the evidence that Defendant InEx had actual knowledge of the |
| 11:40:25 | 14 | defect in the drywall which was manufactured by Knauf Taishan |
| 11:40:28 | 15 | Plasterboard at the time InEx sold the drywall to Plaintiffs |
| 11:40:33 | 16 | Edward and Susan Beckendorf on or about March 17, 2006?  Then |
| 11:40:43 | 17 | it's yes or no.  You fill in the one you feel the evidence |
| 11:40:47 | 18 | supports. |
| 11:40:49 | 19 | Question 2.  Do you find by a preponderance of |
| 11:40:50 | 20 | the evidence that defendant InEx should have known, |
| 11:40:55 | 21 | constructive knowledge, of the defect in the drywall which was |
| 11:41:00 | 22 | manufactured by Knauf Taishan Plasterboard at the time that |
| 11:41:05 | 23 | InEx sold the drywall to Plaintiffs Edward and Susan Beckendorf |
| 11:41:08 | 24 | on or about March 17, 2006? |
| 11:41:14 | 25 | And those are the two questions that I ask for |

11:41:19  1   you to decide for each of the plaintiffs here in court.

11:41:23  2                   When you retire to the jury room to deliberate

11:41:26  3   on your verdict, you may take this charge with you as well as

11:41:32  4   the exhibits which the Court has admitted into evidence.

11:41:37  5   First, select your foreperson and then conduct your

11:41:42  6   deliberations.

11:41:44  7                   If you recess during your deliberations, follow

11:41:49  8   all of the instructions the Court has given about your conduct

11:41:52  9   during the trial.

11:41:54  10                   After you have reached your unanimous verdict,

11:41:56  11   your foreperson is to fill in the form of your answers to the

11:42:00  12   questions and give it to the marshal.  Do not reveal any

11:42:06  13   answers until such time as you are discharged, unless otherwise

11:42:11  14   directed by me.  You must never disclose to anyone, not even

11:42:18  15   me, any numerical division on any question, if indeed there be

11:42:23  16   one.

11:42:24  17                   If you want to communicate with me at any time,

11:42:25  18   please give a signed written message or question to the

11:42:28  19   United States Marshal, who will bring it to me.  I will then

11:42:33  20   respond as promptly as possible, either in writing or by having

11:42:37  21   you brought into the courtroom so that I can address you

11:42:40  22   orally.  I will always first disclose to the attorneys your

11:42:47  23   question and my response before I answer it.

11:42:50  24                   And after you have reached a verdict, you are

11:42:53  25   not required to talk with anyone about the case unless the

| | | |
|---|---|---|
| 11:42:57 | 1 | Court orders otherwise. |
| 11:43:01 | 2 | You may now retire to the jury room to conduct |
| 11:43:04 | 3 | your deliberations.  We have ordered food for you, and it |
| 11:43:09 | 4 | should be here shortly. |
| 11:43:10 | 5 | All rise as the jury leaves, please. |
| 11:43:14 | 6 | (The jury exited the courtroom.) |
| 11:43:37 | 7 | **THE COURT:**  Be seated, please.  The jury is out of |
| 11:43:39 | 8 | the courtroom. |
| 11:43:40 | 9 | Counsel, if you do leave the courtroom, leave a |
| 11:43:45 | 10 | number with Dean so that I can reach you.  When the food gets |
| 11:43:51 | 11 | here, I will alert you so that you will know that they are |
| 11:43:55 | 12 | eating, and maybe you can then take a break and eat.  But in |
| 11:44:00 | 13 | any event, give us your cell number so we can reach you. |
| 11:44:04 | 14 | In conclusion, I want to take the opportunity to |
| 11:44:07 | 15 | thank counsel for all of their hard work.  Both sides have done |
| 11:44:11 | 16 | an excellent job in representing their clients, and they have |
| 11:44:16 | 17 | handled the matter in a very professional way.  The Court does |
| 11:44:20 | 18 | appreciate that.  I have no doubt that because of the work of |
| 11:44:25 | 19 | counsel, in the end justice will be done.  Thank you very much. |
| 11:44:31 | 20 | Court will stand in recess. |
| 11:44:35 | 21 | (Recess.) |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 13:52:44 | 1  | <div align="center">**AFTERNOON SESSION**</div>              |
| 13:52:44 | 2  | <div align="center">**(December 3, 2012)**</div>            |
| 13:39:33 | 3  | (The following proceedings were held in open court.)         |
| 13:47:42 | 4  | **THE COURT:**  Be seated, please.                           |
| 13:47:43 | 5  | The record should reflect that the parties are              |
| 13:47:48 | 6  | present, the litigants are present, and the jury has returned. |
| 13:47:51 | 7  | Ladies and gentlemen, have you reached a                    |
| 13:47:52 | 8  | verdict?                                                      |
| 13:47:54 | 9  | **THE JURY:**  Yes, we have, Your Honor.                     |
| 13:47:55 | 10 | **THE COURT:**  Would the foreperson please deliver the      |
| 13:47:57 | 11 | verdict to my courtroom deputy.                              |
| 13:48:00 | 12 | **THE FOREPERSON:**  (Complies.)                             |
| 13:48:12 | 13 | **THE COURT:**  Would the courtroom deputy please read       |
| 13:48:14 | 14 | the verdict.                                                 |
| 13:48:17 | 15 | **THE DEPUTY CLERK:**  Question 1.  Do you find by a         |
| 13:48:19 | 16 | preponderance of the evidence that Defendant InEx had actual |
| 13:48:22 | 17 | knowledge of the defect in the drywall which was manufactured |
| 13:48:25 | 18 | by Knauf Plasterboard Tianjin at the time InEx sold the drywall |
| 13:48:30 | 19 | to Plaintiffs Edward and Susan Beckendorf on or about March 17, |
| 13:48:36 | 20 | 2006?  No.                                                   |
| 13:48:39 | 21 | Question 2.  Do you find by a preponderance of              |
| 13:48:41 | 22 | the evidence that Defendant InEx should have known,          |
| 13:48:44 | 23 | constructive knowledge, of the defect in the drywall which was |
| 13:48:48 | 24 | manufactured by Knauf Plasterboard Tianjin at the time that  |
| 13:48:52 | 25 | InEx sold the drywall to Plaintiffs Edward and Susan Beckendorf |

<div align="center">HOURLY TRANSCRIPT</div>

13:48:57  1    on or about March 17, 2006?  No.

13:49:00  2                 Question 3.  Do you find by a preponderance of

13:49:03  3    the evidence that Defendant InEx had actual knowledge of the

13:49:07  4    defect in the drywall which was manufactured by Knauf

13:49:09  5    Plasterboard Tianjin at the time that InEx sold the drywall to

13:49:15  6    Plaintiff New Orleans Area Habitat for Humanity, Inc., to be

13:49:20  7    installed in the property owned by Casey LeBlanc on or about

13:49:24  8    July 26, 2006?  No.

13:49:28  9                 Question 4.  Do you find by a preponderance of

13:49:30  10   the evidence that Defendant InEx should have known,

13:49:33  11   constructive knowledge, of the defect in the drywall which was

13:49:37  12   manufactured by Knauf Plasterboard Tianjin at the time that

13:49:41  13   InEx sold the drywall to Plaintiff New Orleans Area Habitat for

13:49:43  14   Humanity, Inc., to be installed in the property owned by Casey

13:49:49  15   LeBlanc on or about July 26, 2006?  No.

13:49:54  16                Question 5.  Do you find by a preponderance of

13:49:57  17   the evidence that Defendant InEx had actual knowledge of the

13:50:01  18   defect in the drywall which was manufactured by Tai'an Taishan

13:50:05  19   Plasterboard at the time that InEx sold the drywall to

13:50:10  20   Plaintiffs David and Cheryl Gross on or about September 15,

13:50:13  21   2006?  No.

13:50:15  22                Question 6.  Do you find by a preponderance of

13:50:18  23   the evidence that Defendant InEx should have known,

13:50:21  24   constructive knowledge, of the defect in the drywall which was

13:50:25  25   manufactured by Tai'an Taishan Plasterboard at the time that

| | | |
|---|---|---|
| 13:50:30 | 1 | InEx sold the drywall to Plaintiffs David and Cheryl Gross on |
| 13:50:34 | 2 | or about September 15, 2006?  No. |
| 13:50:37 | 3 | Question 7.  Do you find by a preponderance of |
| 13:50:41 | 4 | the evidence that Defendant InEx had actual knowledge of the |
| 13:50:44 | 5 | defect in the drywall which was manufactured by Tai'an Taishan |
| 13:50:48 | 6 | Plasterboard at the time that InEx sold the drywall to |
| 13:50:52 | 7 | Plaintiff Beryl Mundee on or about November 7, 2006?  No. |
| 13:50:57 | 8 | Question 8.  Do you find by a preponderance of |
| 13:51:00 | 9 | the evidence that Defendant InEx should have known, |
| 13:51:03 | 10 | constructive knowledge, of the defect in the drywall which was |
| 13:51:07 | 11 | manufactured by Tai'an Taishan Plasterboard at the time that |
| 13:51:12 | 12 | InEx sold the drywall to Plaintiff Beryl Mundee on or about |
| 13:51:15 | 13 | November 7, 2006? |
| 13:51:19 | 14 | Signed by the foreperson on the 3rd day of |
| 13:51:23 | 15 | December 2012. |
| 13:51:24 | 16 | **THE COURT:**  The answer? |
| 13:51:26 | 17 | **THE DEPUTY CLERK:**  I'm sorry.  The answer to No. 8 |
| 13:51:29 | 18 | was no. |
| 13:51:29 | 19 | **THE COURT:**  Ask the jury if that's their verdict. |
| 13:51:36 | 20 | (The jury was polled, and all answered in the |
| 13:51:38 | 21 | affirmative.) |
| 13:51:53 | 22 | **THE COURT:**  Let the verdict be made part of the |
| 13:51:56 | 23 | record in the case. |
| 13:51:57 | 24 | I will allow the parties the time provided by |
| 13:52:01 | 25 | the Federal Rules if they wish to make any postverdict motions. |

| | | |
|---|---|---|
| 13:52:09 | 1 | The jury is discharged with the thanks of the |
| 13:52:12 | 2 | Court. |
| 13:52:12 | 3 | All rise as the jury leaves, please. |
| 13:52:16 | 4 | (The jury exited the courtroom.) |
| 13:52:41 | 5 | **THE COURT:**  Court is adjourned.  Thank you. |
| 13:52:44 | 6 | (Proceedings adjourned.) |
| 13:52:44 | 7 | * * * |

8                        <u>**CERTIFICATE**</u>

9              I, Toni Doyle Tusa, CCR, FCRR, Official Court

10   Reporter for the United States District Court, Eastern District

11   of Louisiana, do hereby certify that the foregoing is a true

12   and correct transcript, to the best of my ability and

13   understanding, from the record of the proceedings in the

14   above-entitled matter.

15

16

17                                  *s/ Toni Doyle Tusa*

                                     Toni Doyle Tusa, CCR, FCRR
18                                   Official Court Reporter

19

20

21

22

23

24

25

HOURLY TRANSCRIPT

'99 [1] 1252/10
'99 and [1] 1252/10

## 0

09-MD-2047 [1] 1165/4

## 1

10 [3] 1201/19 1221/13 1221/16
10 minutes [2] 1230/1 1255/21
100,000 [4] 1244/16 1244/19 1248/4 1257/2
10005 [1] 1165/20
10629 [1] 1169/24
1100 [1] 1165/16
1169 [1] 1167/3
12 [2] 1169/23 1169/24
12,000 [1] 1179/24
128 [1] 1257/9
1302 [1] 1224/4
1304-B [1] 1196/5
1304-C [1] 1196/6
1304-D [1] 1196/7
1304-E [1] 1196/7
1304-F [1] 1196/8
1304-G [1] 1196/9
1309 [1] 1196/11
1396 [1] 1251/9
15 [3] 1197/19 1278/20 1279/2
15 minutes [1] 1262/14
16,000 [1] 1179/23
1600 [1] 1166/9
17 [4] 1274/16 1274/24 1277/19 1278/1
18 [1] 1217/17
18,000 [1] 1179/23
18th [1] 1173/18
19 [1] 1201/19
1958 [2] 1224/12 1224/21
1998 [1] 1205/16
1999 [1] 1223/21

## 2

20 [4] 1171/17 1193/21 1201/20 1224/15
20-minute [1] 1197/19
20/20 [1] 1193/21
2005 [21] 1172/24 1173/1 1179/8 1186/6 1217/3 1225/23 1225/23 1226/2 1227/7 1227/15 1227/23 1234/8 1237/17 1239/21 1240/16 1241/24 1245/22 1254/23 1255/12 1258/5 1258/9
2006 [58] 1171/17 1172/22 1173/6 1175/5 1175/11 1175/17 1176/20 1178/3 1179/8 1179/20 1183/18 1183/19 1183/24 1185/16 1185/17 1187/10 1187/11 1190/5 1190/14 1191/21 1192/3 1192/7 1193/1 1193/22 1195/25 1217/3 1226/2 1226/5 1228/14 1230/4 1234/8 1234/23 1237/17 1237/25 1238/2 1239/21 1239/23 1240/16 1242/1 1245/23 1252/10 1255/13 1258/5 1258/7 1258/10 1259/6 1259/9 1270/25 1274/16 1274/24 1277/20 1278/1 1278/8 1278/15 1278/21 1279/2 1279/7 1279/13
2006/2007 [1] 1182/21
2007 [9] 1172/24 1173/1 1173/18 1174/2 1182/21 1191/21 1193/2 1193/23 1248/21
2008 [5] 1173/7 1175/7 1181/13 1184/10 1193/2
2009 [3] 1188/4 1248/22 1255/8
2012 [4] 1165/7 1168/2 1277/2 1279/15
2047 [1] 1165/4

2216 [1] 1166/2
2300 [1] 1169/14
25 percent [1] 1242/11
25 years [1] 1253/2
2524 [1] 1203/14
2531 [1] 1205/18
2545 [1] 1205/18
26 [3] 1226/23 1278/8 1278/15
27603 [1] 1165/23
279 [1] 1224/4
2800 [1] 1165/16
29 [2] 1185/17 1225/23

## 3

30 [1] 1239/7
33,000 [1] 1242/22
353 [2] 1228/14 1228/14
354 [1] 1226/25
359 [2] 1227/16 1227/25
3rd [1] 1279/14

## 4

400 [1] 1166/13
406 [1] 1166/15
40th [1] 1166/6
42 [1] 1216/23
42 rules [3] 1246/6 1246/14 1246/15
45 [2] 1168/15 1234/6
46 [2] 1195/23 1226/24

## 5

50 [2] 1200/4 1202/1
50.1 percent [1] 1216/10
500 [1] 1166/15
504 [1] 1166/16
51 [1] 1202/2
589-7778 [1] 1166/16

## 6

62019 [1] 1231/16

## 7

701 [1] 1166/6
70130 [3] 1166/2 1166/13 1166/16
70139 [1] 1166/7
70163 [1] 1165/17
77 [1] 1165/20
77056 [1] 1166/10
7778 [1] 1166/16

## 8

86 [1] 1168/24
890 [1] 1230/11
891 [1] 1230/11

## 9

900 [1] 1165/23
99.9 percent [1] 1239/18
9:30-ish [1] 1168/10

## A

A-F-A-K [1] 1170/8
ability [1] 1280/12
able [5] 1204/20 1220/23 1233/22 1240/25 1261/18
about [130]
above [1] 1280/14
above-entitled [1] 1280/14
absence [1] 1230/18
absolute [1] 1235/14
absolutely [9] 1175/23 1178/18 1178/22 1180/4 1180/17 1180/19 1199/11 1234/25 1256/25
absurd [1] 1246/15

accept [4] 1231/14 1266/5 1268/14
accepting [1] 1245/23
accepted [3] 1216/17 1219/1 1263/17
access [2] 1170/20 1170/22
accommodate [1] 1239/12
accordance [5] 1241/6 1250/9 1251/7 1251/9 1254/5
according [2] 1214/23 1243/22
accountability [1] 1262/7
accounting [1] 1173/17
across [1] 1209/10
act [5] 1209/16 1231/22 1236/6 1236/20 1254/11
acted [8] 1236/7 1238/23 1239/1 1254/13 1259/25 1272/21 1273/3 1273/4
action [5] 1231/25 1263/21 1266/8 1273/6 1273/8
actions [2] 1240/1 1267/18
activated [1] 1189/12
activities [1] 1173/2
acts [1] 1224/5
actual [28] 1199/10 1199/11 1199/18 1200/2 1200/10 1200/16 1200/21 1200/22 1201/1 1202/5 1203/8 1204/23 1206/9 1214/2 1231/13 1235/21 1237/15 1250/24 1251/4 1265/19 1271/25 1272/1 1272/7 1274/13 1277/16 1278/3 1278/17 1279/4
actually [30] 1175/3 1192/3 1197/2 1200/23 1202/23 1204/20 1218/22 1227/13 1233/25 1234/2 1235/17 1236/4 1237/22 1241/21 1242/1 1245/17 1247/9 1251/15 1251/16 1252/18 1253/25 1254/14 1256/18 1256/19 1256/21 1257/18 1258/5 1263/3 1272/1 1272/6
add [1] 1197/2
added [1] 1200/12
addition [1] 1200/12
additional [1] 1205/13
address [6] 1169/20 1169/23 1170/4 1211/1 1234/15 1275/21
addressed [2] 1252/3 1270/1
addresses [1] 1170/1
addressing [1] 1177/11
adjourned [2] 1280/5 1280/6
admissible [3] 1196/19 1262/24 1269/22
admission [1] 1265/25
admit [1] 1197/13
admits [3] 1245/2 1245/3 1257/8
admitted [12] 1245/20 1245/24 1245/25 1246/10 1256/4 1257/23 1258/3 1258/8 1258/8 1264/3 1264/5 1275/4
admonished [1] 1264/19
adopt [1] 1259/15
adopted [1] 1186/24
advance [1] 1269/5
advanced [2] 1174/3 1241/12
advantage [1] 1186/5
advised [2] 1168/6 1168/9
affected [4] 1178/25 1180/5 1210/16 1210/18
affirmative [1] 1279/21
affords [1] 1208/23
after [24] 1175/14 1179/15 1180/23 1185/3 1189/5 1189/5 1191/16 1197/2 1207/17 1212/20 1219/4 1220/3 1220/17 1228/6 1235/23 1240/17 1248/24 1255/24 1255/24 1257/1 1267/11 1273/13 1275/10 1275/24
afternoon [2] 1185/23 1277/1
again [15] 1168/12 1174/18 1189/1 1208/2 1208/21 1212/22 1223/11 1223/15 1234/22 1237/9 1237/14

A

again... [4]  1244/11 1252/10 1253/12
 1256/12
against [6]  1172/9 1202/11 1205/23
 1213/9 1269/23 1269/23
agent [1]  1252/16
agree [4]  1232/7 1232/10 1235/13
 1266/4
agreed [1]  1256/1
agreement [3]  1251/17 1251/19 1266/1
agrees [1]  1227/11
ahead [4]  1200/9 1261/9 1261/13
 1261/14
aid [1]  1273/24
aided [1]  1166/20
aids [1]  1270/12
air [3]  1172/14 1181/9 1189/16
air-conditioned [1]  1189/16
air-conditioning [2]  1172/14 1181/9
Alabama [1]  1257/16
ALAN [1]  1165/19
alert [1]  1276/11
all [77]  1165/7 1170/10 1170/20 1173/23
 1174/11 1177/13 1185/25 1187/6 1187/8
 1189/5 1189/6 1189/9 1191/16 1192/11
 1193/23 1196/9 1196/14 1196/16 1197/3
 1198/11 1199/5 1199/12 1202/22 1205/7
 1205/8 1205/12 1206/5 1208/3 1208/4
 1208/7 1208/16 1209/5 1209/10 1210/14
 1210/18 1214/5 1219/12 1220/4 1220/15
 1220/21 1222/13 1225/20 1227/8
 1229/23 1231/3 1234/12 1239/11
 1239/14 1245/3 1247/11 1247/25 1249/8
 1250/12 1251/22 1253/16 1253/17
 1255/4 1258/12 1258/14 1259/22 1260/1
 1260/7 1262/15 1263/23 1263/23
 1263/23 1266/21 1266/22 1267/12
 1267/24 1270/9 1270/10 1275/8 1276/5
 1276/15 1279/20 1280/3
all-important [1]  1231/3
allegation [1]  1172/19
allegations [1]  1172/16
allege [1]  1254/17
alleged [3]  1251/15 1253/11 1253/15
Allen [3]  1244/6 1244/9 1260/23
allow [2]  1197/5 1279/24
allowed [2]  1196/18 1199/17
allowing [1]  1270/5
allows [2]  1200/20 1220/11
almost [1]  1238/5
along [3]  1197/3 1202/22 1232/21
already [2]  1209/11 1242/20
also [30]  1175/3 1183/13 1183/14
 1184/18 1200/18 1200/18 1204/13
 1207/23 1211/2 1223/23 1227/6 1238/4
 1238/18 1239/3 1242/16 1243/13 1244/1
 1245/24 1245/25 1246/10 1246/13
 1250/22 1251/11 1252/12 1258/8
 1259/17 1262/25 1263/14 1264/17
 1273/2
alternate [2]  1240/18 1240/19
alternative [1]  1235/9
although [4]  1220/25 1247/10 1248/6
 1265/10
always [4]  1193/21 1194/19 1194/20
 1275/22
am [7]  1182/25 1183/1 1210/25 1211/8
 1258/24 1262/21 1263/5
Amazon.com [1]  1246/7
America [1]  1218/20 1218/20
American [4]  1209/16 1211/12 1228/22
 1241/7

amiss [1]  1243/8
among [1]  1186/3
amount [8]  1179/14 1179/19 1179/20
 1182/15 1187/20 1188/14 1190/22
 1194/20
amounts [1]  1183/11
analysis [3]  1220/12 1223/5 1264/13
Angelle [2]  1166/11 1166/12
angry [1]  1212/15
Ankara [1]  1170/9
another [14]  1196/6 1196/8 1196/9
 1199/2 1204/6 1205/15 1219/22 1222/4
 1222/11 1228/13 1230/10 1239/23
 1262/13 1273/11
answer [27]  1181/17 1184/6 1206/11
 1214/9 1214/12 1214/13 1233/10 1235/6
 1235/14 1235/23 1235/24 1236/3 1236/4
 1236/4 1236/14 1236/15 1236/16
 1254/12 1254/19 1258/13 1270/4 1274/4
 1274/6 1274/11 1275/23 1279/16
 1279/17
answerable [1]  1213/13
answered [2]  1254/10 1279/20
answers [6]  1257/20 1269/5 1269/11
 1274/3 1275/11 1275/13
ANTHONY [1]  1165/19
anticipating [2]  1237/18 1237/22
anxious [2]  1210/22 1227/3
any [76]  1176/12 1176/15 1179/16
 1181/14 1181/16 1181/23 1181/25
 1182/2 1182/13 1182/23 1184/2 1184/6
 1184/20 1185/7 1186/22 1187/25 1188/4
 1188/8 1190/2 1190/12 1191/16 1192/11
 1193/2 1193/2 1195/17 1197/14 1198/3
 1199/13 1206/19 1207/20 1211/10
 1222/2 1222/24 1225/8 1238/10 1238/11
 1246/4 1247/9 1248/9 1248/10 1248/11
 1248/12 1248/22 1250/24 1256/22
 1258/5 1262/20 1263/7 1264/6 1264/22
 1264/22 1265/3 1265/4 1265/6 1266/19
 1267/10 1267/18 1267/19 1267/20
 1267/22 1267/23 1268/15 1268/24
 1268/25 1269/22 1269/23 1270/7
 1270/11 1270/17 1272/10 1275/12
 1275/15 1275/15 1275/17 1276/13
 1279/25
anybody [6]  1177/5 1180/14 1180/25
 1181/22 1181/22 1249/1
anymore [2]  1185/3 1185/5
anyone [14]  1185/7 1187/25 1188/4
 1235/1 1238/14 1238/14 1250/12
 1252/22 1252/23 1253/24 1258/6 1258/9
 1275/14 1275/25
anything [24]  1181/7 1187/19 1190/3
 1190/16 1192/23 1194/1 1194/15
 1198/16 1207/13 1222/3 1222/8 1222/11
 1222/16 1225/9 1238/20 1244/3 1247/13
 1253/11 1253/23 1257/11 1257/12
 1259/13 1264/21 1264/23
anyway [3]  1203/13 1226/20 1253/6
apologize [1]  1208/7
App [1]  1244/19
apparent [2]  1224/17 1255/4
apparently [1]  1256/10
appear [1]  1218/8
Appearances [1]  1165/13
appeared [1]  1238/23
appellate [1]  1203/23
apple [1]  1200/7
applicable [8]  1201/1 1205/6 1217/7
 1246/1 1263/1 1263/11 1271/6 1271/7
application [1]  1215/2
applied [1]  1223/7

applies [1]  1222/18
apply [9]  1192/3 1205/21 1221/18
 1221/20 1221/23 1222/4 1249/13
 1262/18 1263/12
appreciate [2]  1201/6 1276/18
appreciated [1]  1234/2
appreciates [1]  1234/2
apprise [1]  1188/1
approach [2]  1200/8 1219/19
approaches [1]  1241/24
appropriate [1]  1202/20
approved [1]  1203/25
approximately [1]  1181/12
approximation [1]  1170/6
are [150]
area [4]  1270/21 1271/10 1278/6
 1278/13
areas [1]  1199/1
aren't [1]  1222/8
argue [1]  1233/24
argued [1]  1269/19
argument [7]  1168/11 1200/12 1200/18
 1207/21 1207/23 1262/16 1264/7
arguments [2]  1259/15 1265/24
arise [1]  1181/12
arm [1]  1226/17
arm wrestle [1]  1226/17
Arnold [1]  1169/15
arose [1]  1172/4
around [4]  1184/16 1241/3 1242/19
 1247/24
arranging [1]  1182/20
arrival [1]  1244/11
arrived [3]  1210/19 1238/6 1238/8
arrives [1]  1237/9
arriving [2]  1262/18 1264/23
art [1]  1222/21
article [3]  1196/4 1196/6 1205/16
Article 1998 [1]  1205/16
as [142]
ascertained [2]  1170/17 1170/19
Asia [5]  1173/10 1173/21 1177/7 1187/8
 1187/23
Asian [1]  1221/25
aside [1]  1212/19
ask [28]  1176/24 1181/2 1200/13 1207/7
 1214/1 1214/5 1217/13 1218/14 1220/23
 1225/10 1225/15 1233/11 1234/19
 1235/6 1235/24 1241/4 1245/12 1248/10
 1248/11 1252/21 1256/12 1258/13
 1258/25 1258/25 1261/1 1262/6 1274/25
 1279/19
asked [32]  1168/17 1177/5 1178/11
 1182/2 1217/5 1225/12 1227/18 1227/20
 1232/7 1232/9 1232/11 1238/21 1241/5
 1241/6 1245/25 1246/3 1246/20 1251/17
 1251/20 1251/20 1251/22 1251/23
 1251/25 1257/7 1257/9 1257/21 1258/14
 1259/4 1259/21 1264/18 1269/5 1271/19
asking [3]  1196/17 1227/24 1254/8
aspect [2]  1202/14 1204/16
aspects [1]  1222/13
asserts [2]  1265/18 1271/4
assisting [1]  1185/15
assume [7]  1173/11 1189/2 1189/8
 1201/10 1218/21 1222/11 1264/21
assumed [4]  1194/12 1222/15 1247/23
 1247/24
assumes [1]  1256/8
assuming [1]  1180/24
assumption [2]  1192/1 1256/6
assumptions [2]  1218/11 1257/4
assured [1]  1212/19

**A**

ASTM [26] 1174/20 1174/23 1210/25
1218/15 1219/17 1229/14 1229/23
1230/16 1230/20 1230/23 1230/25
1231/3 1231/4 1231/12 1240/9 1241/7
1243/14 1243/23 1251/4 1251/7 1251/9
1251/23 1254/6 1257/13 1261/1 1261/4
ASTM-compliant [1] 1219/17
at [109] 1168/7 1172/17 1172/22 1173/3
1173/7 1173/8 1173/20 1174/14 1174/16
1176/2 1176/4 1177/1 1177/10 1177/16
1178/2 1178/23 1179/7 1179/20 1180/23
1181/22 1181/22 1183/22 1183/24
1184/10 1184/13 1185/2 1185/25 1187/6
1187/8 1187/19 1188/1 1188/20 1189/5
1189/21 1189/25 1191/21 1192/22
1193/22 1193/24 1194/1 1195/2 1195/7
1195/9 1195/11 1195/18 1196/21 1197/4
1197/19 1198/3 1198/7 1198/20 1198/24
1199/7 1199/12 1200/7 1200/7 1200/12
1218/12 1223/19 1223/1 1224/19
1225/18 1226/24 1226/25 1227/13
1228/13 1229/24 1231/8 1234/7 1234/10
1234/19 1235/7 1235/10 1235/13 1236/6
1236/8 1236/20 1237/9 1244/20 1245/12
1247/12 1251/6 1251/24 1254/11
1254/18 1256/8 1256/22 1258/5 1258/19
1262/18 1262/25 1264/23 1269/15
1271/2 1271/17 1271/23 1272/5 1272/7
1274/15 1274/22 1275/17 1277/18
1277/24 1278/5 1278/12 1278/19
1278/25 1279/6 1279/11
athletics [1] 1210/13
attempt [1] 1207/24
attention [8] 1210/1 1222/5 1222/10
1222/12 1232/25 1262/11 1263/7
1264/10
attentive [1] 1234/1
attitude [1] 1218/9
attorney [3] 1209/7 1269/21 1270/6
attorneys [4] 1207/24 1269/9 1269/20
1275/22
audit [8] 1218/7 1222/19 1222/20
1222/25 1222/25 1223/2 1232/18
1245/14
audited [1] 1245/4
auditing [2] 1260/2 1260/6
audits [1] 1250/19
August [1] 1225/23
August 29 [1] 1225/23
authority [1] 1176/15
authorize [1] 1175/25
available [3] 1239/11 1241/12 1246/3
aware [21] 1172/22 1172/22 1175/5
1175/6 1178/2 1178/4 1181/22 1181/24
1182/4 1182/13 1182/23 1183/1 1183/20
1183/22 1184/20 1191/21 1192/23
1252/6 1252/7 1258/9 1271/16
away [2] 1208/5 1260/7

**B**

B-I-L-K-E-N-T [1] 1170/5
back [10] 1168/10 1193/22 1203/9
1223/21 1227/13 1231/16 1252/10
1260/21 1261/1 1261/2
bad [13] 1175/3 1179/12 1181/15
1181/20 1182/1 1183/14 1203/5 1203/12
1210/15 1212/1 1224/18 1271/1 1271/4
bad-faith [4] 1203/5 1203/12 1271/1
1271/4
badges [2] 1209/14 1209/14
baked [1] 1212/2

Baldwin [3] 1176/16 1186/23 1192/4
Bancoult [17] 1174/25 1178/24 1183/6
1185/18 1242/19 1259/20
base [2] 1170/18 1263/14
based [9] 1173/25 1193/23 1219/6
1219/6 1232/15 1246/20 1256/6 1262/7
1268/18
bashing [1] 1218/2
basic [4] 1219/7 1223/2 1231/20 1231/20
basically [5] 1191/7 1206/1 1211/6
1228/4 1236/19
basis [4] 1176/25 1238/5 1238/5 1238/19
batch [2] 1180/3 1194/23
batches [2] 1194/9 1194/10
Batt [1] 1166/11
bay [1] 1222/22
be [104] 1168/4 1170/6 1170/15 1170/15
1172/15 1173/8 1175/24 1176/4 1176/11
1180/4 1181/3 1181/20 1184/9 1190/17
1193/14 1194/7 1197/22 1198/11 1200/8
1200/13 1201/23 1202/14 1205/4
1207/16 1209/21 1210/16 1210/24
1211/22 1212/7 1212/8 1212/11 1212/11
1212/13 1212/17 1213/5 1213/10
1213/22 1214/10 1214/10 1216/9 1218/8
1218/10 1220/11 1223/4 1227/24
1229/22 1233/9 1234/7 1237/13 1238/24
1238/25 1238/25 1240/5 1241/6 1243/1
1243/14 1244/12 1246/7 1246/9 1246/14
1246/16 1247/21 1251/16 1251/20
1251/22 1251/23 1251/25 1252/18
1254/9 1255/1 1257/6 1258/25 1259/1
1261/17 1261/18 1261/20 1262/7
1262/10 1263/11 1263/20 1263/24
1265/21 1265/22 1266/13 1267/9
1268/10 1268/11 1269/6 1269/7 1269/14
1270/5 1270/16 1271/19 1273/7 1273/9
1274/4 1275/15 1276/4 1276/7 1276/19
1277/4 1278/6 1278/14 1279/22
bearing [1] 1267/16
became [1] 1183/16
because [78] 1170/20 1171/23 1178/16
1178/18 1178/19 1179/12 1180/14
1181/16 1188/20 1191/8 1191/9 1191/14
1192/1 1192/19 1194/4 1195/14 1198/10
1198/25 1204/6 1205/15 1206/10
1206/16 1207/9 1208/11 1208/22
1210/15 1210/19 1210/21 1212/19
1214/15 1217/11 1218/9 1219/12
1220/24 1221/10 1226/15 1231/18
1232/9 1234/12 1234/14 1234/21
1235/20 1235/22 1236/23 1237/18
1237/24 1238/17 1238/22 1239/1
1239/11 1239/19 1239/22 1241/7
1241/17 1247/21 1245/13 1246/9 1247/1
1247/1 1247/21 1248/15 1248/16
1250/22 1252/6 1252/15 1253/8 1253/8
1253/9 1254/5 1255/5 1255/6 1258/14
1258/23 1268/3 1269/24 1271/2 1273/18
1276/18
Beckendorf [6] 1209/23 1270/22 1274/16
1275/21 1277/19 1277/25
become [2] 1175/6 1273/16
becomes [1] 1262/17
been [70] 1169/6 1169/12 1169/17
1170/17 1170/18 1171/19 1172/1 1172/2
1176/20 1177/8 1179/10 1180/16
1182/18 1182/20 1182/21 1183/1
1183/17 1184/3 1189/3 1189/6 1189/9
1191/22 1193/4 1193/10 1194/18 1195/4
1195/9 1197/3 1197/4 1197/7 1200/24
1204/20 1210/18 1210/18 1216/3 1217/2
1221/14 1224/12 1224/20 1230/22

1230/24 1233/8 1233/22 1233/23
1233/25 1233/25 1237/17 1239/21 1239/6
1240/16 1241/18 1245/9 1245/19
1248/18 1248/24 1249/6 1249/6 1252/6
1252/7 1252/12 1256/11 1256/18
1256/20 1260/18 1260/21 1260/22
1265/15 1266/19 1269/18 1272/2
before [43] 1165/10 1169/17 1176/14
1176/20 1177/22 1177/24 1184/15
1186/1 1188/4 1193/11 1195/20 1196/12
1196/23 1198/5 1198/21 1199/12
1205/10 1209/17 1212/1 1214/15 1220/2
1230/21 1231/25 1232/21 1234/9
1237/19 1237/25 1242/1 1242/20 1246/7
1254/25 1254/25 1256/5 1256/22 1259/7
1260/13 1260/18 1263/17 1263/24
1269/9 1269/12 1270/8 1275/23
begin [2] 1168/21 1209/17
beginning [3] 1175/11 1198/8 1198/20
behalf [6] 1199/6 1201/17 1201/24
1209/22 1209/25 1245/19
behind [1] 1241/14
Beijing [1] 1171/17
being [16] 1181/3 1186/24 1212/1
1212/12 1212/14 1213/1 1222/23 1226/2
1228/7 1231/25 1244/10 1244/16
1244/20 1256/7 1259/21 1263/17
beings [1] 1267/8
belabor [1] 1248/14
belief [3] 1188/17 1192/22 1266/12
beliefs [1] 1273/18
believe [14] 1180/21 1190/7 1190/11
1191/24 1193/14 1199/15 1203/20
1205/7 1207/5 1254/10 1259/21 1260/25
1265/3 1267/12
believed [2] 1188/12 1188/13
believes [3] 1219/12 1256/16 1269/22
below [2] 1274/5 1274/11
bench [2] 1196/21 1197/12
Benjamin [2] 1165/15 1166/5
Berlin [1] 1169/25
Beryl [4] 1209/24 1270/22 1279/7
1279/12
best [9] 1171/2 1175/7 1176/17 1177/1
1186/7 1193/3 1240/18 1246/6 1280/12
better [3] 1200/8 1223/12 1223/13
between [12] 1196/5 1205/21 1218/3
1221/9 1241/20 1247/6 1247/8 1263/21
1265/22 1266/1 1270/21 1270/24
beware [1] 1202/15
beyond [2] 1257/12 1266/25
bias [3] 1267/19 1268/24 1268/25
bigger [2] 1171/11 1189/21
biggest [1] 1250/5
Bilkent [1] 1170/5
binding [1] 1264/15
bit [1] 1249/4
bites [1] 1200/7
blacked [1] 1231/6
blanks [3] 1231/11 1231/14 1261/12
blow [1] 1261/25
blowing [2] 1223/14 1227/1
blows [1] 1260/15
blurred [1] 1215/22
BNBM [1] 1172/9
board [38] 1175/2 1178/8 1181/15
1181/20 1182/1 1182/14 1183/25 1184/4
1185/5 1185/9 1185/19 1189/9 1189/10
1191/8 1222/24 1224/23 1226/2 1226/4
1227/14 1229/14 1229/16 1229/17
1229/18 1230/5 1231/5 1231/5 1239/16
1239/17 1243/22 1244/9 1244/10 1251/9
1251/10 1251/20 1252/11 1252/11

B

board... [2]  1252/13 1254/1
boards [17]  1170/10 1170/10 1170/11
 1183/12 1183/13 1185/18 1187/18
 1189/6 1191/12 1222/6 1237/15 1251/22
 1251/23 1251/24 1260/25 1261/15
 1261/19
boat [1]  1230/15
boil [1]  1260/7
boiler [1]  1260/15
book [16]  1196/7 1216/22 1216/23
 1216/24 1216/25 1217/2 1217/5 1220/1
 1220/24 1221/7 1221/13 1246/6 1246/7
 1249/11 1249/12 1249/15
both [18]  1173/3 1199/10 1200/21
 1204/23 1205/10 1208/15 1211/15
 1227/15 1230/12 1235/14 1236/14
 1243/11 1243/19 1255/15 1266/2 1266/3
 1271/25 1276/15
bothered [1]  1211/25
bottom [1]  1170/8
bought [9]  1189/22 1190/4 1190/25
 1229/1 1241/17 1242/21 1247/19 1248/4
 1248/20
bow [1]  1218/16
box [1]  1245/10
Bradstreet [4]  1226/22 1226/25 1242/6
 1242/8
branch [1]  1223/20
brand [5]  1239/4 1239/5 1239/8 1239/13
 1251/21
break [4]  1168/8 1197/19 1262/14
 1276/12
breaks [2]  1215/11 1222/24
brief [1]  1205/4
briefly [1]  1252/3
bring [6]  1207/14 1207/24 1220/10
 1261/1 1261/2 1275/19
bringing [1]  1241/19
brings [2]  1213/8 1257/14
Brisley [3]  1186/18 1186/18 1186/19
broadcast [1]  1180/13
broadening [1]  1205/23
broke [2]  1184/15 1232/1
broken [1]  1228/8
broker [1]  1240/7
brothers [4]  1218/24 1222/3 1222/15
 1225/24
brought [10]  1213/3 1226/16 1226/18
 1230/25 1241/8 1256/17 1256/19
 1256/21 1262/3 1275/21
Bryson [2]  1165/22 1165/22
Bubble [2]  1231/5 1254/1
bubbles [4]  1222/7 1237/16 1243/5
 1244/13
builders [2]  1181/19 1184/3
building [11]  1166/4 1185/24 1189/16
 1206/25 1207/3 1217/18 1241/13
 1242/10 1250/17 1258/9 1260/15
burden [7]  1208/23 1215/22 1215/23
 1216/5 1216/12 1258/23 1266/7
burned [2]  1195/4 1255/18
burns [1]  1194/22
Burr [1]  1166/4
business [20]  1173/4 1177/15 1193/4
 1196/6 1216/20 1220/21 1221/11
 1222/21 1223/18 1224/11 1224/12
 1224/21 1226/11 1226/13 1246/10
 1246/12 1249/13 1250/25 1251/1
 1261/17
businesses [2]  1173/5 1208/6
busy [1]  1249/6

but [71]  1168/16 1173/4 1174/19 1180/3
 1189/23 1190/2 1190/16 1190/18
 1190/9 1193/22 1194/2 1195/3 1195/4
 1196/10 1196/17 1196/18 1198/24
 1199/16 1199/21 1201/21 1202/18
 1203/18 1203/24 1204/12 1204/18
 1205/7 1208/7 1208/13 1220/17 1222/16
 1223/16 1223/18 1226/6 1228/23
 1229/18 1230/22 1232/2 1233/7 1234/2
 1234/6 1234/13 1235/14 1236/25 1238/2
 1239/13 1240/20 1242/3 1245/1 1246/3
 1246/10 1246/11 1246/18 1247/12
 1248/15 1249/13 1255/19 1256/15
 1256/18 1256/20 1256/23 1258/1
 1258/23 1260/13 1263/2 1265/4 1267/1
 1268/14 1273/3 1273/13 1276/12
buy [5]  1240/23 1240/24 1241/16
 1242/22 1242/23
buyer [2]  1202/15 1213/13
buying [7]  1194/16 1230/21 1241/24
 1246/8 1247/24 1250/2 1250/13

C

C-O-R-I-N-N-A [1]  1169/21
C-word [1]  1220/18
calcination [4]  1185/3 1185/6 1194/22
 1232/21
calcium [1]  1194/19
call [7]  1168/22 1168/25 1175/15
 1178/13 1178/17 1249/8 1264/10
called [17]  1178/5 1178/11 1178/14
 1178/15 1178/16 1180/18 1190/9
 1208/13 1208/14 1208/14 1213/9 1214/7
 1231/24 1233/5 1239/14 1266/22
 1268/11
calls [3]  1212/10 1214/23 1224/12
came [19]  1197/22 1179/9 1185/12
 1188/17 1193/7 1195/2 1195/22 1202/18
 1209/18 1232/24 1235/1 1243/15
 1243/24 1243/25 1244/1 1244/2 1249/23
 1251/10 1256/1
can [28]  1168/14 1168/20 1168/21
 1173/15 1206/11 1210/15 1210/15
 1210/16 1211/22 1212/13 1213/18
 1224/24 1225/17 1227/4 1228/13
 1239/16 1239/16 1243/3 1243/4 1246/15
 1254/4 1257/5 1262/13 1273/12 1275/21
 1276/10 1276/12 1276/13
can't [12]  1171/7 1182/16 1188/11
 1213/5 1218/10 1226/3 1227/2 1228/20
 1230/22 1234/13 1247/1 1260/24
Canadian [2]  1211/13 1217/25
cannot [4]  1171/3 1247/3 1260/5 1269/6
capable [1]  1254/5
capacity [5]  1177/1 1245/6 1245/8
 1247/13 1247/16
car [1]  1261/5
care [12]  1214/24 1214/24 1214/25
 1215/2 1215/13 1229/6 1229/21 1249/23
 1272/14 1272/14 1272/15 1272/17
career [1]  1217/22
careful [4]  1218/10 1272/15 1272/18
 1272/19
carefully [2]  1245/24 1274/8
cargo [1]  1244/17
CARLINA [1]  1166/6
Carnahan [1]  1166/11
Carolina [1]  1165/23
case [91]  1168/7 1168/13 1168/18
 1173/20 1195/22 1199/3 1199/8 1200/13
 1201/3 1201/4 1202/10 1202/10 1203/18
 1204/2 1204/18 1206/2 1207/17 1209/18
 1209/22 1210/1 1210/17 1211/13

 1211/14 1211/15 1211/15 1212/13
 1215/23 1216/13 1216/24 1218/22
 1219/1 1219/6 1219/6 1220/13 1221/12
 1221/19 1222/3 1222/18 1223/7 1228/24
 1230/19 1231/4 1233/24 1245/9 1247/25
 1252/8 1255/20 1259/20 1260/20
 1261/21 1261/23 1262/16 1262/19
 1263/1 1263/3 1263/12 1263/16 1263/18
 1263/20 1264/3 1264/7 1264/9 1264/15
 1264/22 1265/2 1265/4 1265/11 1265/16
 1265/25 1266/20 1266/25 1266/7
 1267/19 1268/13 1269/2 1269/10
 1269/20 1270/20 1271/12 1271/22
 1273/11 1273/13 1273/15 1273/19
 1273/22 1275/25 1279/23
cases [15]  1165/7 1199/17 1199/20
 1203/17 1203/19 1203/23 1203/24
 1203/25 1204/2 1204/11 1204/12
 1204/14 1204/18 1204/18 1204/21
Casey [3]  1209/24 1278/7 1278/14
catastrophes [1]  1213/6
Caught [2]  1196/5 1221/9
cause [2]  1273/6 1273/8
caused [6]  1190/17 1193/7 1194/25
 1239/24 1254/21 1258/11
causing [3]  1190/13 1191/12 1192/8
caveat [2]  1202/14 1202/19
CCR [3]  1166/15 1280/9 1280/17
ceilings [1]  1230/7
cell [1]  1276/13
cert [1]  1203/25
certain [7]  1173/14 1194/20 1251/17
 1264/10 1266/2 1266/3 1269/3
certainly [5]  1208/4 1209/25 1217/3
 1222/10 1222/15
certainty [1]  1216/6
certificate [3]  1218/15 1231/15 1280/8
certificates [4]  1219/13 1220/20 1248/13
 1261/4
certification [5]  1243/14 1248/10 1251/8
 1251/10 1254/6
certifications [7]  1240/11 1243/18
 1243/19 1243/20 1250/16 1250/18
 1251/23
certify [1]  1280/11
chain [4]  1192/1 1216/17 1222/21
 1265/20
change [1]  1273/16
character [5]  1221/14 1249/11 1249/12
 1249/15 1249/17
characteristics [1]  1258/16
characterized [2]  1171/24 1171/24
charge [24]  1168/9 1198/1 1198/4
 1200/19 1200/20 1201/8 1201/15
 1201/19 1201/19 1201/20 1201/22
 1202/4 1202/6 1204/25 1205/2 1205/4
 1206/1 1206/24 1207/8 1214/16 1215/3
 1216/14 1260/4 1275/3
charged [1]  1219/21
charges [7]  1197/25 1201/14 1201/21
 1201/22 1201/23 1202/3 1263/11
charging [1]  1220/4
chart [1]  1217/8
chasing [1]  1228/14
cheap [1]  1224/18
check [6]  1168/19 1182/2 1223/13
 1226/14 1226/22 1227/12
checking [1]  1227/7
chemical [1]  1257/9
chemistry [1]  1257/8
chemists [1]  1255/25
Chen [1]  1182/22

C

Cheng [1] 1178/5
Cheryl [4] 1209/24 1270/22 1278/20 1279/1
China [50] 1173/4 1173/18 1173/21 1174/2 1174/4 1179/6 1182/1 1183/6 1187/6 1196/4 1196/6 1210/20 1211/12 1216/23 1217/9 1217/11 1217/17 1217/20 1217/24 1218/2 1218/10 1218/12 1218/25 1220/19 1220/22 1221/14 1225/19 1225/24 1233/4 1238/8 1241/19 1242/24 1244/9 1245/4 1245/10 1245/19 1246/2 1246/8 1246/11 1246/12 1246/23 1257/16 1249/19 1249/16 1251/22 1261/15 1261/17 1261/22 1262/3 1262/8
China's [1] 1173/25
CHINESE [35] 1165/4 1173/5 1173/22 1173/23 1174/20 1187/5 1211/15 1212/25 1216/19 1216/21 1218/14 1219/9 1219/24 1221/15 1223/9 1223/23 1224/2 1224/13 1224/23 1225/1 1225/2 1225/6 1225/11 1228/21 1235/18 1236/9 1236/21 1238/22 1239/11 1239/16 1241/8 1250/13 1258/17 1258/19 1271/13
Chinese-made [1] 1216/21
CHINESE-MANUFACTURED [4] 1165/4 1216/19 1219/9 1223/9
choice [3] 1221/9 1246/10 1246/11
chose [5] 1176/21 1184/2 1228/12 1228/12 1262/2
Chris [1] 1226/17
CHRISTOPHER [1] 1165/19
church [1] 1210/11
circled [2] 1221/21 1221/22
circumstances [7] 1200/5 1265/21 1269/6 1272/16 1272/18 1272/20 1273/1
circumstantial [3] 1265/17 1265/20 1265/23
Cisneros [2] 1227/17 1228/2
citizens [5] 1208/11 1208/13 1210/21 1211/12 1213/8
citizenship [1] 1209/16
civil [7] 1202/22 1202/22 1202/25 1203/3 1203/14 1215/22 1266/8
civilized [1] 1209/12
claim [19] 1176/14 1177/11 1177/11 1178/2 1178/7 1178/12 1178/18 1178/22 1179/10 1200/10 1200/11 1213/23 1254/16 1266/9 1266/14 1266/15 1266/16 1271/1 1272/3
claimed [2] 1170/21 1170/23
claiming [1] 1178/7
claims [1] 1198/10
classic [4] 1211/4 1211/4 1227/22 1229/3
Clay [8] 1227/15 1234/3 1237/2 1237/11 1250/3 1250/4 1250/7 1250/11
cleanliness [1] 1217/13
clear [6] 1198/12 1198/24 1205/19 1210/24 1241/23 1260/2
clearly [3] 1180/24 1202/11 1204/1
clerk [2] 1199/1 1209/8
client [8] 1187/19 1188/1 1190/3 1209/7 1217/16 1223/7 1234/18 1269/24
client's [1] 1185/25
clients [2] 1228/24 1276/16
close [1] 1199/7
Closest [1] 1170/5
closing [4] 1168/11 1207/21 1207/23 1244/8

Coates [19] 1211/16 1216/16 1216/17 1216/20 1217/14 1219/1 1219/21 1220/25 1222/20 1223/11 1231/9 1232/18 1245/1 1245/2 1246/18 1246/20 1247/5 1247/14
Coates' [1] 1249/24
code [7] 1202/24 1203/15 1204/7 1204/12 1204/12 1204/13 1205/15
codes [1] 1218/9
Coe [1] 1166/8
collective [1] 1214/13
come [14] 1168/10 1174/8 1174/10 1179/5 1185/14 1189/20 1202/14 1219/10 1220/8 1220/9 1223/24 1228/20 1243/25 1257/1
comes [1] 1189/20
coming [3] 1183/10 1189/12 1261/19
commenced [1] 1189/11
comment [5] 1264/18 1265/2 1265/5 1265/6 1265/8
comments [2] 1205/14 1265/3
commercial [2] 1176/18 1210/21
commissioned [1] 1180/18
commitment [1] 1209/21
common [6] 1202/13 1202/16 1202/17 1253/17 1265/13 1265/15
communicate [2] 1181/14 1275/17
communicated [1] 1175/21
communicating [2] 1175/15 1175/16
community [4] 1210/12 1214/13 1214/15 1263/22
companies [15] 1173/19 1173/22 1173/23 1177/12 1177/13 1186/5 1193/4 1216/21 1222/1 1229/5 1240/7 1242/8 1243/21 1254/4 1255/23
company [28] 1166/9 1166/12 1173/7 1173/16 1176/18 1176/19 1177/15 1180/18 1185/25 1188/4 1190/21 1223/18 1225/17 1226/10 1226/21 1227/8 1227/11 1236/8 1240/17 1241/14 1242/7 1242/9 1244/7 1245/19 1248/15 1250/13 1255/9 1270/24
company's [1] 1173/25
comparative [1] 1202/6
compared [1] 1266/11
compels [3] 1259/16 1259/17 1259/25
competitor [1] 1230/9
competitors [1] 1172/9
complained [9] 1192/16 1192/24 1225/5 1234/24 1238/15 1252/9 1252/23 1252/24 1253/4
complaint [4] 1192/15 1238/9 1238/19 1248/25
complaints [2] 1223/24 1248/22
complete [2] 1256/1 1274/8
completed [1] 1242/17
completely [4] 1172/16 1180/3 1245/2 1249/14
completing [1] 1258/13
complex [1] 1221/24
compliance [1] 1218/16
compliant [1] 1219/17
complicated [1] 1199/13
complied [1] 1240/15
Complies [1] 1277/12
comply [1] 1243/10
component [2] 1215/12 1215/12
components [1] 1215/12
compounds [14] 1181/6 1183/11 1183/12 1185/6 1191/11 1191/13 1192/4 1192/8 1193/7 1194/11 1194/17 1194/20 1195/3 1255/5
compressed [1] 1225/21

computer [1] 1166/20
concede [1] 1166/8
concentrations [1] 1194/11
concept [8] 1202/16 1202/21 1202/23 1203/2 1203/13 1203/16 1203/17 1207/10
concern [4] 1172/11 1200/4 1212/10 1253/22
concerned [5] 1180/9 1180/12 1180/14 1212/14 1264/11
concerning [4] 1175/12 1264/19 1264/22 1267/22
conclude [4] 1182/9 1204/22 1249/20 1268/19
concludes [1] 1262/9
conclusion [3] 1219/5 1262/5 1276/14
conclusions [2] 1256/25 1265/14
condition [2] 1255/24 1258/10
conditioned [1] 1189/16
conditioning [2] 1172/14 1181/9
conditions [2] 1243/12 1244/12
conduct [7] 1211/2 1211/9 1250/20 1267/15 1275/5 1275/8 1276/2
conducted [1] 1223/2
conference [1] 1197/12
confidence [1] 1173/25
confirm [3] 1181/25 1183/13 1248/7
confuse [1] 1236/11
connection [2] 1178/19 1196/2
consequences [1] 1263/13
consider [11] 1201/7 1217/7 1233/11 1233/12 1264/2 1265/10 1265/17 1266/21 1267/15 1268/5 1268/24
consideration [3] 1262/25 1269/13 1273/13
considered [4] 1201/21 1263/20 1266/11 1274/1
considering [2] 1259/1 1267/12
consist [1] 1272/17
construction [1] 1242/10
constructive [21] 1199/10 1200/3 1200/11 1200/22 1200/23 1201/2 1202/5 1202/8 1203/8 1204/23 1205/9 1206/16 1214/7 1271/25 1272/2 1272/9 1274/21 1277/23 1278/11 1278/24 1279/10
construe [1] 1265/4
consultancy [1] 1185/11
consulting [3] 1174/13 1216/20 1217/23
consumer [3] 1202/11 1203/1 1203/2
consumers [1] 1202/19
consumes [1] 1201/22
contact [2] 1189/12 1189/20
contacted [1] 1232/1
containers [4] 1238/7 1243/1 1243/3 1243/6
contains [1] 1274/2
content [1] 1252/14
context [1] 1249/14
continue [1] 1239/7
contract [8] 1195/24 1226/25 1241/21 1242/1 1242/13 1243/11 1247/6 1247/7
contractor [2] 1248/17 1253/1
contractors [1] 1239/20
contracts [1] 1243/11
contractual [1] 1242/25
contradicted [1] 1232/6
contrary [1] 1267/11
controls [3] 1195/9 1195/11 1264/15
convenience [1] 1273/24
conversation [1] 1186/11
conversations [1] 1186/20
convinced [3] 1178/22 1204/2 1273/16

C

convincing [2]  1235/21 1266/12
copies [1]  1243/19
copper [1]  1179/4
copy [1]  1199/2
core [5]  1211/7 1222/9 1222/9 1224/18
 1258/3
Corinna [1]  1169/21
corners [1]  1261/24
corporation [2]  1173/12 1173/13
corporations [1]  1263/23
correct [17]  1171/1 1173/14 1174/7
 1179/25 1183/21 1184/12 1185/19
 1185/21 1186/12 1186/16 1187/12
 1187/16 1188/15 1191/3 1191/17 1193/5
 1280/12
correctness [1]  1263/8
corroded [1]  1271/16
corrosion [1]  1184/11
cost [1]  1228/5
could [32]  1169/19 1172/1 1172/2
 1175/20 1184/6 1186/5 1193/24 1198/6
 1206/20 1212/19 1224/18 1228/10
 1231/14 1236/11 1239/13 1245/3
 1246/21 1247/4 1247/10 1247/12 1248/7
 1253/9 1255/1 1256/12 1256/17 1256/18
 1256/19 1256/20 1258/4 1260/17
 1260/22 1265/4
couldn't [5]  1238/24 1238/25 1238/25
 1239/22 1256/23
counsel [17]  1168/23 1169/5 1196/20
 1197/24 1198/1 1198/11 1198/14
 1219/25 1220/4 1233/18 1234/17
 1259/12 1262/12 1264/21 1276/9
 1276/15 1276/19
counsel's [1]  1200/18
count [3]  1222/6 1222/23 1260/25
countries [1]  1221/25
country [4]  1209/10 1209/10 1218/4
 1246/11
couple [3]  1171/2 1223/16 1234/4
course [13]  1168/14 1199/15 1203/2
 1226/7 1229/7 1231/1 1231/1 1231/2
 1245/13 1264/17 1265/5 1267/25
 1269/17
court [46]  1165/1 1166/15 1168/3
 1197/20 1198/6 1198/7 1198/9 1198/12
 1198/15 1198/23 1199/2 1199/9 1200/1
 1201/7 1201/18 1203/22 1203/23
 1203/24 1203/24 1205/24 1206/1 1207/7
 1207/7 1208/5 1213/18 1215/1 1216/17
 1263/18 1263/19 1263/25 1269/10
 1269/15 1269/25 1270/6 1275/1 1275/4
 1275/8 1276/1 1276/17 1276/20 1277/3
 1280/2 1280/5 1280/9 1280/10 1280/18
Court's [4]  1202/3 1205/4 1205/5
 1205/14
courtroom [15]  1197/23 1207/15 1209/4
 1209/5 1235/1 1244/18 1247/22 1274/7
 1275/21 1276/6 1276/8 1276/9 1277/11
 1277/13 1280/4
courtrooms [1]  1209/10
Cousins [1]  1166/8
cover [1]  1220/17
covered [1]  1223/11
cracks [3]  1237/15 1243/5 1244/13
created [5]  1172/21 1183/1 1184/1
 1194/23 1195/1
creates [2]  1205/18 1205/19
creating [1]  1187/16
credibility [4]  1219/20 1267/15 1269/14
 1270/9

credit [2]  1219/14 1243/13
creep [1]  1220/11
criminal [2]  1215/22 1267/1
critical [1]  1215/19
critically [1]  1216/4
criticizing [1]  1259/23
cross [4]  1196/3 1197/6 1220/16
 1226/17
cross-examination [3]  1196/3 1197/6
 1220/16
cross-examine [1]  1226/17
crusher [1]  1232/20
CTEH [1]  1180/18
culture [2]  1218/4 1218/5
cure [1]  1230/10
curious [1]  1212/14
currently [1]  1184/3
customer [9]  1179/13 1191/24 1192/16
 1192/24 1223/25 1238/12 1238/24
 1239/4 1252/25
customers [16]  1187/5 1189/22 1192/11
 1192/14 1193/24 1210/10 1224/6 1225/5
 1235/18 1238/19 1238/21 1239/5
 1239/15 1239/15 1252/9 1271/8
customers' [1]  1239/12
cuts [1]  1222/8
cutting [1]  1261/24
CV [3]  1168/24 1196/11 1196/16

D

D-I-R-E-K-T-I-O-N [1]  1174/14
daily [1]  1238/5
damage [1]  1254/22
damages [1]  1203/10
DANIEL [1]  1165/22
Data [1]  1228/17
date [7]  1173/19 1213/22 1213/23
 1224/4 1253/15 1253/18 1253/18
dated [1]  1195/24
dates [1]  1177/21
David [10]  1165/15 1209/24 1226/14
 1226/15 1226/17 1241/21 1241/24
 1270/22 1278/20 1279/1
day [5]  1165/10 1209/9 1212/8 1269/12
 1279/14
days [2]  1168/14 1234/4
deal [6]  1198/13 1205/8 1213/2 1226/20
 1227/11 1227/12
dealing [2]  1241/12 1261/22
dealings [1]  1173/4
deals [2]  1198/10 1202/13
dealt [2]  1198/25 1263/24
Dean [3]  1168/19 1231/9 1276/10
debt [1]  1209/20
debunked [2]  1253/13 1257/4
December [8]  1165/7 1168/2 1175/1
 1183/18 1183/19 1241/24 1277/2
 1279/15
December 2006 [2]  1183/18 1183/19
December 2012 [1]  1279/15
decide [11]  1212/9 1212/13 1235/5
 1236/1 1252/7 1268/16 1268/17 1271/19
 1271/22 1273/13 1275/1
decided [3]  1205/21 1214/22 1263/20
deciding [3]  1204/1 1267/4 1268/23
decision [5]  1225/5 1225/25 1262/18
 1263/4 1273/24
declined [1]  1204/24
deductions [1]  1265/14
defect [89]  1180/23 1187/16 1187/18
 1188/21 1189/22 1189/25 1190/1 1190/3
 1190/13 1191/2 1191/2 1193/7 1194/6
 1194/7 1199/19 1203/13 1213/12

 1213/13 1213/14 1214/2 1214/8 1215/5
 1215/7 1215/16 1215/21 1216/4 1231/20
 1233/15 1234/9 1235/7 1235/11 1235/17
 1235/22 1235/24 1236/2 1236/8 1236/12
 1236/13 1237/23 1237/25 1237/25
 1239/21 1243/6 1244/5 1245/16 1247/4
 1252/6 1252/8 1252/19 1254/18 1254/21
 1255/1 1255/3 1255/3 1255/10 1255/10
 1255/11 1256/1 1258/2 1258/6 1258/11
 1258/16 1258/17 1258/18 1258/19
 1259/5 1260/3 1260/7 1271/5 1271/15
 1271/17 1271/18 1271/20 1271/21 1271/23
 1272/13 1272/13 1272/22 1272/24
 1273/4 1274/14 1274/21 1277/17
 1277/23 1278/4 1278/11 1278/18
 1278/24 1279/5 1279/10
defective [30]  1178/1 1178/10 1182/14
 1183/12 1184/22 1188/15 1190/17
 1190/22 1190/25 1191/8 1191/9 1191/13
 1192/17 1192/21 1193/18 1195/1 1212/1
 1212/17 1214/22 1252/17 1253/8 1255/6
 1270/24 1271/3 1271/14 1271/20 1272/5
 1272/6 1272/7 1272/9
defects [10]  1191/12 1207/1 1207/4
 1237/12 1237/17 1237/18 1237/21
 1240/14 1243/4 1271/9
defend [1]  1208/14
defendant [15]  1200/25 1204/4 1208/21
 1233/19 1266/18 1274/13 1274/20
 1277/16 1277/22 1278/3 1278/10
 1278/17 1278/23 1279/4 1279/9
defendants [9]  1195/18 1195/20 1204/14
 1206/2 1207/20 1270/23 1273/2 1273/2
 1273/7
defendants' [2]  1204/24 1221/11
defense [2]  1170/20 1229/22
defenses [1]  1206/3
deficiencies [1]  1230/12
deficiency [2]  1230/5 1230/12
define [1]  1187/22
defining [1]  1263/5
definition [2]  1171/12 1242/3
degree [1]  1272/15
deliberate [3]  1214/15 1221/8 1275/2
deliberations [4]  1168/21 1275/6 1275/7
 1276/3
deliver [1]  1277/10
delivered [4]  1190/22 1241/1 1243/1
 1243/16
delivering [2]  1210/10 1238/11
delivery [1]  1189/6
democratic [1]  1208/10
demonstrated [2]  1267/17 1267/20
denied [2]  1203/25 1207/9
denies [1]  1271/4
deny [6]  1200/3 1200/15 1200/16
 1201/23 1206/14 1206/22
department [2]  1174/15 1174/15
depend [1]  1268/7
depending [1]  1224/25
deposed [2]  1169/17 1224/11
deposition [16]  1167/3 1168/6 1169/1
 1169/12 1196/12 1196/13 1197/4 1197/6
 1212/23 1220/2 1237/20 1259/4 1269/4
 1269/4 1269/8 1269/13
depositions [2]  1247/11 1247/12
deputy [2]  1277/11 1277/13
design [1]  1250/3
designed [1]  1249/18
Despite [1]  1183/24
detail [1]  1268/7
details [3]  1171/3 1187/17 1222/12
detect [1]  1207/4

D

detectable [1] 1185/3
detected [1] 1231/22
determine [4] 1182/15 1194/16 1262/23 1264/2
determining [3] 1263/3 1266/19 1267/14
develop [1] 1239/5
developed [2] 1202/23 1203/3
development [1] 1202/18
did [112] 1173/2 1174/7 1174/10 1175/1 1175/6 1175/8 1175/12 1175/25 1176/15 1176/24 1176/24 1176/25 1177/16 1178/6 1178/9 1178/13 1178/17 1178/21 1178/21 1179/2 1179/5 1179/18 1181/2 1181/5 1181/7 1181/8 1181/12 1181/14 1181/19 1181/25 1182/9 1182/16 1182/16 1182/23 1183/13 1185/5 1185/7 1185/14 1187/19 1187/25 1188/18 1189/20 1190/16 1191/20 1192/12 1192/14 1192/16 1194/9 1202/17 1210/23 1210/23 1217/4 1217/8 1219/12 1219/25 1220/4 1220/8 1220/8 1220/9 1220/18 1222/3 1222/16 1223/8 1223/8 1225/7 1225/10 1226/18 1230/9 1232/3 1232/18 1234/25 1235/1 1235/6 1235/21 1235/22 1235/24 1236/5 1237/5 1238/9 1238/14 1239/14 1242/5 1242/23 1243/11 1244/6 1244/17 1245/5 1245/7 1245/8 1245/12 1245/13 1245/17 1246/2 1246/5 1247/14 1247/25 1248/6 1248/7 1248/10 1248/11 1250/3 1250/7 1250/23 1251/14 1252/17 1253/7 1253/11 1254/11 1255/9 1258/1 1258/17 1259/6
didn't [46] 1169/7 1171/5 1172/12 1174/18 1176/10 1180/2 1180/12 1180/13 1181/16 1181/16 1191/1 1192/11 1192/20 1192/21 1194/1 1223/3 1224/16 1224/17 1225/8 1225/8 1225/10 1230/7 1233/8 1239/22 1240/23 1240/24 1241/4 1241/16 1242/23 1243/25 1244/7 1246/4 1247/6 1247/12 1248/9 1253/8 1255/7 1255/19 1255/23 1256/9 1256/12 1256/19 1256/20 1256/23 1257/3 1261/1
difference [1] 1211/17
differences [2] 1218/3 1221/4
different [16] 1180/3 1182/17 1194/9 1194/10 1194/10 1196/10 1213/22 1217/17 1218/9 1218/20 1219/21 1221/19 1223/21 1228/3 1249/14 1261/11
differently [2] 1171/25 1273/18
differs [1] 1270/13
difficult [1] 1249/20
dig [1] 1224/17
diligence [24] 1211/9 1211/17 1211/22 1212/4 1214/24 1214/25 1215/12 1215/13 1218/7 1220/5 1220/6 1220/6 1221/6 1222/12 1222/16 1226/8 1226/8 1229/6 1233/5 1242/5 1260/8 1261/3 1261/24 1262/8
diligent [1] 1223/8
dimensional [3] 1237/15 1243/5 1244/13
direct [9] 1181/14 1181/19 1187/25 1219/25 1220/15 1220/18 1265/17 1265/18 1265/22
directed [4] 1195/13 1199/7 1205/11 1275/14
direction [2] 1177/14 1228/11
directions [2] 1274/5 1274/8
directive [1] 1181/23
directly [5] 1203/22 1239/15 1240/25 1241/17 1243/1

director [4] 1173/5 1173/9 1173/20
direktion [1] 1174/14
disagrees [2] 1219/11 1220/25
discharged [2] 1275/13 1280/1
disclose [2] 1275/14 1275/22
disclosed [1] 1199/19
discover [3] 1187/11 1187/14 1255/10
discovered [17] 1187/21 1191/20 1193/22 1193/24 1215/17 1216/3 1233/15 1238/1 1245/15 1247/4 1254/23 1255/3 1258/6 1259/5 1259/9 1260/18 1260/22
discovery [1] 1192/12
discuss [5] 1186/4 1204/15 1236/24 1244/25 1273/11
discussed [3] 1205/10 1216/16 1223/10
discusses [1] 1192/4
discussing [1] 1273/15
discussion [1] 1260/1
discussions [7] 1168/9 1186/15 1186/21 1186/22 1186/23 1187/2 1204/22
disobey [1] 1261/25
dispense [1] 1235/15
dispute [1] 1270/20
disregard [5] 1263/7 1264/23 1265/8 1268/22 1270/1
distinction [5] 1205/19 1205/21 1205/24 1236/10 1265/22
distracted [1] 1212/14
distraction [1] 1251/13
distribute [1] 1216/21
distributed [2] 1223/20 1236/21
distributing [3] 1215/14 1248/17 1248/18
distributor [15] 1210/21 1211/2 1211/4 1211/4 1211/10 1211/18 1216/4 1217/23 1219/9 1219/22 1223/9 1233/3 1233/14 1237/12 1237/17 1254/9
distributor/seller [1] 1211/2
distributors [12] 1181/15 1193/13 1219/22 1227/22 1228/25 1229/3 1229/20 1242/19 1246/11 1250/15 1250/18 1259/19
district [6] 1165/1 1165/2 1165/11 1203/24 1280/10 1280/10
distrust [2] 1267/22 1267/24
divinely [1] 1238/3
division [1] 1205/15
do [111] 1170/1 1170/18 1171/17 1172/6 1174/5 1175/23 1176/16 1177/3 1178/9 1178/23 1179/13 1181/8 1181/8 1181/11 1182/5 1183/16 1185/25 1186/18 1187/19 1188/4 1190/2 1190/3 1190/12 1191/6 1195/21 1198/3 1198/13 1198/15 1202/3 1210/11 1211/1 1211/25 1212/13 1214/1 1214/5 1215/14 1215/19 1217/9 1217/16 1217/24 1217/25 1218/25 1220/21 1221/6 1222/8 1223/3 1223/8 1223/8 1223/9 1223/16 1224/13 1224/22 1226/10 1227/9 1227/10 1227/18 1228/1 1228/3 1228/6 1228/7 1228/10 1228/21 1228/21 1230/11 1230/22 1230/24 1232/7 1234/13 1234/20 1239/14 1239/14 1241/7 1242/11 1243/2 1245/3 1246/10 1246/12 1246/22 1246/25 1248/9 1250/19 1250/19 1252/1 1252/14 1252/19 1258/4 1258/22 1259/16 1260/24 1264/21 1265/3 1268/7 1272/18 1272/19 1272/20 1273/12 1273/15 1273/17 1274/12 1274/19 1275/12 1276/9 1277/15 1277/21 1278/2 1278/9 1278/16 1278/22 1279/3 1279/9 1280/11

dock [1] 1222/22
doctor [1] 1174/3
Doctor [1] 1175/15
doctrine [1] 1204/1
document [5] 1177/24 1188/8 1230/21 1231/4 1257/25
documentation [2] 1243/21 1254/4
documents [5] 1196/17 1219/13 1220/20 1229/23 1243/24
does [18] 1177/15 1187/6 1187/8 1192/5 1199/25 1201/4 1201/7 1206/1 1224/22 1227/8 1242/1 1244/24 1260/19 1268/1 1270/6 1273/5 1273/8 1276/17
doesn't [10] 1187/5 1187/8 1188/23 1192/2 1199/13 1201/15 1231/11 1231/12 1238/17 1247/13
doing [21] 1171/22 1175/18 1176/16 1176/25 1182/18 1192/23 1215/5 1215/9 1217/4 1228/11 1229/5 1249/13 1254/9 1260/5 1261/17 1261/24 1262/8 1264/2 1264/10 1272/17 1272/22
dollar [1] 1257/15
dollars [1] 1219/23
domestic [4] 1179/23 1224/23 1225/1 1239/17
Don [2] 1225/4 1237/4
don't [39] 1171/2 1172/6 1172/8 1177/4 1177/12 1177/21 1178/15 1183/4 1186/17 1187/1 1187/17 1188/3 1188/7 1188/11 1194/25 1195/1 1198/15 1198/22 1204/17 1210/15 1218/22 1220/19 1222/8 1222/11 1222/23 1223/14 1224/1 1224/1 1224/2 1228/21 1228/21 1229/3 1242/2 1244/23 1245/23 1248/14 1249/9 1257/10 1257/12
done [20] 1182/13 1183/3 1183/5 1183/17 1194/15 1212/4 1215/6 1215/10 1218/24 1227/24 1229/1 1233/13 1233/14 1245/23 1246/21 1247/12 1254/15 1272/23 1276/15 1276/19
Dongguan [1] 1173/2
door [4] 1211/23 1211/23 1212/5 1233/3
doorsteps [1] 1251/24
dot [1] 1170/8
doubt [5] 1215/24 1216/5 1245/19 1267/1 1276/18
down [13] 1171/7 1172/15 1215/11 1223/13 1225/9 1227/2 1227/2 1234/6 1234/12 1240/23 1247/1 1253/15 1253/18
Doyle [4] 1166/15 1280/9 1280/17 1280/17
dozen [1] 1223/11
Dr [2] 1175/15 1253/20
Dr. [22] 1168/24 1175/8 1178/5 1196/5 1220/23 1221/17 1249/5 1250/11 1250/14 1250/14 1250/22 1251/2 1251/3 1251/11 1251/13 1253/16 1254/14 1256/3 1256/24 1257/7 1257/14 1257/18 1258/3
Dr. Cheng [1] 1178/5
Dr. Hummel [1] 1175/8
Dr. Rutila [3] 1257/14 1257/18 1258/3
Dr. Streit [3] 1256/3 1256/24 1257/7
Dr. Tompkins [5] 1196/5 1220/23 1221/17 1250/11 1250/14
Dr. Tompkins' [1] 1249/5
Dr. Tonyan [7] 1168/24 1250/14 1250/22 1251/2 1251/3 1251/11 1253/16
Dr. Tonyan's [1] 1254/14
Dragon [2] 1196/6 1221/10
draw [5] 1225/1 1265/11 1265/15 1269/22 1270/2
driving [1] 1261/5

# D

dropped [1] 1195/12 1220/24
drywall [218]
Ds [6] 1217/10 1220/24 1220/24 1221/4
  1221/4 1221/5
due [25] 1185/5 1211/9 1211/17 1211/21
  1212/4 1214/24 1214/25 1215/12
  1215/13 1218/7 1220/5 1220/6 1220/6
  1221/6 1222/12 1222/16 1223/8 1226/8
  1226/8 1229/6 1233/4 1242/5 1261/3
  1261/24 1262/8
duly [1] 1169/12
Dun [4] 1226/22 1226/25 1242/6 1242/8
DUPLANTIER [3] 1166/5 1185/23
  1255/21
during [18] 1170/11 1195/22 1197/6
  1207/22 1224/4 1227/10 1228/3 1233/23
  1252/4 1260/16 1264/17 1264/24 1265/2
  1265/5 1269/17 1270/11 1275/7 1275/9
duty [12] 1217/9 1217/11 1234/18
  1262/17 1262/22 1262/25 1263/4
  1263/12 1263/14 1264/1 1269/19
  1273/10

# E

e-mail [9] 1226/11 1226/25 1227/16
  1227/25 1228/2 1228/20 1229/7 1229/10
  1229/20
each [17] 1168/15 1177/15 1208/3
  1210/4 1213/21 1213/21 1243/21 1251/8
  1254/7 1269/20 1270/18 1273/12 1274/1
  1274/3 1274/5 1274/11 1275/1
earlier [2] 1200/1 1264/1
earth [1] 1208/10
East [1] 1173/10
EASTERN [2] 1165/2 1280/10
easy [1] 1219/4
eat [1] 1276/12
eating [1] 1276/12
economic [1] 1269/1
Ed [1] 1270/22
Eddy [1] 1209/23
educated [1] 1255/16
education [1] 1268/18
Edward [4] 1274/16 1274/23 1277/19
  1277/25
effect [4] 1216/22 1262/21 1270/8
  1270/10
effort [1] 1273/11
eight [3] 1213/20 1223/20 1259/18
EISELEN [1] 1166/6
either [19] 1184/21 1185/8 1188/23
  1189/24 1191/1 1192/1 1192/19 1199/18
  1213/14 1236/15 1239/16 1245/8
  1251/21 1265/17 1265/22 1272/4
  1272/17 1274/6 1275/20
ELDON [1] 1165/11
element [1] 1266/9
elements [1] 1257/9
Elephant [1] 1227/14
elevated [3] 1183/14 1184/1 1184/1
eliminated [1] 1185/6
eliminating [1] 1274/22
ELMO [1] 1213/19
else [8] 1176/11 1180/25 1181/22
  1181/22 1194/1 1198/16 1204/8 1238/20
embedded [2] 1187/15 1192/4
employed [2] 1187/25 1240/5
employee [9] 1173/1 1173/3 1173/4
  1186/12 1186/15 1186/17 1237/11
  1249/1 1252/25
employees [4] 1185/7 1186/3 1186/8

1238/11
emptor [2] 1202/15 1202/19
empty [1] 1177/1
end [11] 1168/6 1175/11 1178/3 1183/24
  1197/12 1226/4 1234/7 1239/23 1267/7
  1262/25 1276/19
ended [1] 1182/14
energy [1] 1210/10
engage [1] 1173/2
engineer [1] 1191/4
engineered [2] 1241/10 1241/11
Engineering [1] 1174/12
engineers [2] 1255/15 1255/16
enough [6] 1219/15 1219/15 1220/3
  1221/5 1221/5 1226/3
ensure [1] 1244/5
enter [2] 1241/21 1242/1
entered [3] 1207/15 1209/4 1242/12
entire [3] 1193/8 1256/5 1256/6
entirely [1] 1265/8 1268/22 1270/2
entities [4] 1173/13 1186/4 1186/9
  1263/23
entitled [3] 1269/13 1270/17 1280/14
entity [2] 1181/23 1187/25
envy [1] 1209/12
equal [3] 1263/21 1263/22 1263/24
equals [1] 1263/24
equipment [1] 1217/13
especially [1] 1212/20
ESQ [10] 1165/16 1165/19 1165/19
  1165/22 1166/1 1166/5 1166/5 1166/6
  1166/9 1166/12
essence [1] 1227/5
essential [1] 1266/8
essentially [1] 1220/12
establish [2] 1235/19 1266/14
established [2] 1194/21 1265/16
etc [3] 1212/15 1217/14 1233/6
Europe [1] 1173/9
European [1] 1211/14
even [40] 1188/8 1190/13 1194/4
  1199/16 1199/21 1199/24 1211/14
  1216/7 1218/7 1220/11 1220/8 1224/5
  1228/11 1229/8 1229/19 1231/21 1232/7
  1233/11 1235/19 1237/2 1238/1 1238/7
  1239/22 1243/14 1245/22 1246/2 1247/3
  1249/3 1249/19 1255/3 1255/12 1255/23
  1255/25 1256/9 1258/1 1261/1 1267/2
  1267/10 1273/4 1275/14
even-numbered [1] 1233/11
event [2] 1221/15 1276/13
events [2] 1223/19 1249/9
eventually [1] 1202/16 1240/20
ever [29] 1169/17 1176/12 1176/24
  1177/16 1178/11 1179/10 1180/4 1181/2
  1188/8 1189/20 1191/19 1195/14 1216/9
  1217/22 1217/24 1225/10 1230/24
  1231/14 1232/6 1234/1 1234/8 1237/24
  1244/2 1252/5 1252/24 1254/24 1254/25
  1256/4 1259/7
every [23] 1176/17 1176/17 1208/3
  1209/3 1209/4 1209/6 1209/7 1209/7
  1209/9 1215/23 1217/19 1217/20 1224/5
  1231/8 1231/15 1232/20 1237/10
  1243/15 1243/24 1245/10 1251/10
  1266/8 1266/24
Everybody [1] 1227/11
everyone [8] 1209/6 1209/17 1209/18
  1209/20 1242/14 1256/2 1258/19
  1258/20
everyone's [1] 1232/24
everything [6] 1173/16 1219/12 1246/22

1252/14 1254/16 1254/17
1196/19 1198/21 1199/12 1199/14 1196/14
1196/19 1198/21 1199/12 1199/14
1199/25 1206/10 1206/19 1207/19
1207/19 1207/20 1207/23 1207/23
1207/25 1212/9 1214/3 1214/6 1215/15
1215/21 1215/25 1222/2 1222/14
1229/10 1230/18 1233/12 1234/15
1234/19 1235/12 1235/13 1235/16
1235/20 1235/20 1236/23 1236/24
1238/16 1239/4 1252/22 1256/25
1258/15 1259/16 1259/17 1259/25
1262/16 1262/24 1263/15 1264/3 1264/3
1264/7 1264/14 1265/2 1265/3 1265/6
1265/10 1265/16 1265/18 1265/18
1265/20 1265/23 1265/25 1266/6 1266/9
1266/10 1266/10 1266/11 1266/15
1266/17 1266/20 1266/23 1267/5
1267/12 1268/22 1268/25 1269/18
1269/21 1270/5 1270/8 1270/10 1270/14
1270/16 1272/4 1273/5 1273/8 1273/14
1273/22 1274/13 1274/17 1274/20
1275/4 1277/16 1277/22 1278/3 1278/10
1278/17 1278/23 1279/4 1279/9
evolved [1] 1178/24
exact [4] 1177/21 1215/1 1216/13
  1247/18
exactly [4] 1180/22 1247/1 1251/25
  1251/25
examination [8] 1169/13 1195/23 1196/3
  1197/6 1219/25 1220/16 1220/16
  1220/18
examine [1] 1226/17
examined [1] 1220/12
example [2] 1184/25 1211/21
excellent [1] 1276/16
except [2] 1196/15 1264/24
excerpts [1] 1196/5 1196/7
excess [4] 1176/25 1194/21 1246/23
  1255/18
exclude [1] 1215/23
excluded [1] 1196/23
exclusive [1] 1213/5
Excuse [1] 1230/1
executive [1] 1209/8
exercise [3] 1222/16 1272/14 1272/16
exhibit [4] 1168/24 1221/22 1226/24
  1228/13
Exhibit 86 [1] 1168/24
Exhibit P-46 [1] 1226/24
exhibits [9] 1195/21 1196/22 1197/1
  1197/13 1230/11 1264/4 1265/12
  1266/23 1275/4
exist [2] 1238/17 1249/9
existed [4] 1199/23 1235/11 1237/22
  1257/21
existence [2] 1217/3 1266/4
exists [1] 1235/20
exited [1] 1276/6 1280/4
expand [1] 1174/1
expanded [2] 1204/25 1205/1
expect [2] 1250/12 1263/19
expectation [1] 1241/14
expected [2] 1251/25 1267/5
expecting [1] 1175/22 1176/11
experience [8] 1210/4 1219/7 1246/20
  1250/24 1253/2 1265/13 1268/11
  1268/19
experienced [1] 1234/1
experiences [1] 1249/25
experiment [2] 1214/18 1214/19
expert [19] 1169/4 1169/6 1169/6 1196/3
  1216/16 1216/18 1219/10 1221/11

expert... [11] 1231/8 1250/25 1256/4
1256/17 1256/19 1257/5 1268/11
1268/18 1268/19 1268/24 1268/25
expert's [1] 1257/4
expertise [3] 1216/18 1219/6 1221/24
experts [5] 1196/18 1234/23 1237/2
1238/2 1255/25
explain [4] 1173/15 1204/8 1207/24
1255/16
explained [9] 1238/18 1239/3 1239/5
1239/9 1240/4 1243/10 1251/3 1251/12
1253/20
explanation [1] 1184/7
expression [1] 1265/7
expressly [1] 1270/7
extended [1] 1241/19
extensively [1] 1216/20
Exterior [58] 1166/4 1185/24 1187/20
1188/1 1188/5 1188/9 1190/3 1190/9
1190/10 1190/24 1191/20 1194/3
1201/25 1206/25 1207/3 1219/7 1219/22
1234/10 1234/21 1234/24 1235/2 1235/6
1235/10 1235/17 1235/21 1236/1 1236/5
1236/7 1236/17 1236/20 1237/7 1237/10
1238/15 1239/20 1240/2 1240/15 1247/7
1247/8 1247/19 1250/2 1251/8 1251/14
1251/19 1252/5 1252/23 1252/24
1254/11 1254/15 1254/18 1256/8
1256/22 1257/10 1257/11 1258/15
1259/5 1259/8 1259/11 1270/23
eyewitness [1] 1265/19

**F**

face [1] 1208/10
fact [40] 1171/23 1172/19 1183/20
1185/5 1186/11 1187/14 1204/19 1213/6
1216/19 1220/1 1225/4 1234/12 1237/25
1240/2 1241/9 1243/22 1248/8 1248/20
1251/13 1251/19 1253/1 1253/4 1254/7
1255/7 1255/19 1257/6 1257/24 1258/4
1260/19 1260/23 1264/23 1265/19
1265/21 1266/1 1266/4 1266/6 1266/19
1267/10 1268/8 1271/21
factor [1] 1204/2
factory [10] 1182/1 1182/8 1184/21
1185/9 1217/25 1218/14 1223/2 1232/18
1233/2 1250/19
facts [14] 1245/2 1263/2 1263/4 1264/2
1264/10 1264/22 1265/7 1265/9 1265/15
1265/20 1266/2 1266/6 1268/19 1273/21
factually [1] 1204/15
fail [3] 1236/5 1254/11 1266/16
failed [2] 1219/7 1236/20
failing [1] 1272/19
fails [1] 1244/23
failure [2] 1202/3 1272/16
fair [1] 1267/6
fairly [3] 1219/4 1225/21 1234/20
faith [6] 1203/4 1203/5 1203/6 1203/12
1271/1 1271/4
fake [1] 1243/20
FALLON [5] 1165/11 1212/8 1214/16
1214/20 1233/12
falsehood [1] 1268/6
falsely [1] 1267/21
families [1] 1173/5
family [6] 1169/3 1169/9 1169/10
1173/19 1177/14 1223/18
famous [1] 1231/4
far [1] 1223/21
fashion [1] 1236/25

fashioned [1] 1202/16
fast [2] 1226/10 1269/6
fat [1] 1260/7
fateful [1] 1225/25
fault [2] 1193/16 1202/7 1213/4
favor [8] 1206/18 1206/20 1207/6
1216/10 1234/20 1236/17 1259/10
1267/3
favorite [1] 1239/8
fax [2] 1253/15 1253/17
FCRR [3] 1166/15 1280/9 1280/17
Federal [1] 1279/25
feel [8] 1192/16 1201/21 1204/21
1207/25 1259/16 1259/16 1265/12
1274/17
feelings [1] 1267/17
feels [1] 1201/1
fellow [1] 1224/10
felt [2] 1207/9 1239/1
few [2] 1234/14 1251/3
fiction [1] 1249/8
fictional [1] 1249/15
field [3] 1251/1 1255/25 1268/11
fifth [1] 1205/7
figure [8] 1171/9 1171/10 1234/10
1238/2 1238/3 1239/22 1239/24 1239/25
figured [3] 1234/22 1248/23 1258/7
file [1] 1209/8
filed [2] 1198/18 1231/25
files [1] 1228/18
filing [1] 1198/11
fill [3] 1259/17 1274/17 1275/11
filtered [1] 1202/24
final [9] 1168/9 1198/1 1207/24 1223/5
1228/7 1244/4 1254/15 1262/16 1264/13
1279/3 1279/8
finally [5] 1196/11 1206/23 1207/20
1240/13 1247/17
financially [1] 1219/14
find [32] 1177/25 1204/20 1206/20
1214/1 1214/5 1215/4 1215/7 1234/20
1236/16 1255/11 1259/10 1259/25
1260/5 1260/21 1266/17 1272/22
1272/24 1272/25 1273/1 1273/2 1273/2
1274/5 1274/12 1274/19 1277/15
1277/21 1278/2 1278/9 1278/16 1278/22
1279/3 1279/8
finding [2] 1185/12 1199/25
findings [1] 1264/23
finish [1] 1273/19
finished [1] 1246/17
Firm [1] 1166/1
first [21] 1174/11 1176/4 1177/24
1201/11 1201/25 1205/8 1220/9
1229/24 1231/4 1235/15 1235/23 1236/5
1236/25 1237/3 1237/4 1241/16 1241/20
1244/14 1247/20 1275/5 1275/22
firsthand [1] 1217/12
fit [3] 1201/4 1271/9 1271/14
five [2] 1189/5 1260/11
fix [1] 1257/16
flag [3] 1252/20 1253/15 1253/19
flags [5] 1223/12 1223/15 1252/1 1252/2
1252/3
flesh [2] 1204/7 1204/11
fleshing [1] 1204/9
floated [1] 1238/25
Floor [1] 1166/6
Florida [8] 1175/2 1175/9 1175/11
1175/22 1177/25 1183/12 1188/14
1232/1
flows [1] 1177/14
fluke [2] 1180/8 1180/11
flunked [4] 1229/14 1229/15 1229/16

1231/1
1231/2 [1] 1266/21
Fly [3] 1248/2 1248/5 1248/6
foaming [1] 1252/16
focus [1] 1203/2
focused [2] 1203/1 1203/23
follow [11] 1210/23 1211/20 1216/11
1219/3 1248/1 1262/18 1263/5 1263/6
1263/9 1274/8 1275/7
followed [3] 1240/16 1246/15 1248/1
following [5] 1168/3 1196/4 1196/21
1210/5 1277/3
follows [1] 1169/12
food [3] 1210/8 1276/3 1276/10
force [1] 1266/12
foregoing [1] 1280/11
foreperson [4] 1275/5 1275/11 1277/10
1279/14
forget [1] 1268/3
form [11] 1213/17 1213/20 1215/21
1258/13 1259/17 1269/8 1273/23
1273/25 1274/2 1274/9 1275/11
forwarded [1] 1192/15
found [6] 1182/25 1183/22 1185/1
1230/5 1246/22 1247/5
four [8] 1213/21 1220/24 1221/4 1221/5
1223/6 1240/4 1243/25 1244/1
four-step [1] 1240/4
fourth [1] 1205/6
frame [2] 1185/17 1225/21
Frankfurt [1] 1259/4
frankly [1] 1219/19
free [4] 1176/19 1240/14 1244/5 1271/9
French [1] 1202/24
frequent [1] 1170/1
Friday [1] 1198/1
friend [2] 1228/15 1256/15
friends [2] 1208/6 1246/14
fuel [1] 1260/16
full [4] 1241/14 1245/1 1255/9 1273/13
fully [4] 1170/17 1170/18 1175/22
1176/11
function [2] 1173/22 1264/8
fundamental [3] 1211/17 1218/3 1231/21
further [5] 1174/1 1175/24 1175/25
1205/3 1207/13

**G**

G-I-E-S-E-B-R-E-C-H-T-S-T-R-A-S-S-E [1]
1169/24
Gainsburgh [1] 1165/15
gall [1] 1245/17
Galloway [1] 1166/4
game [2] 1257/17 1259/24
Garcia [3] 1253/1 1253/11 1253/11
gas [1] 1233/7
gases [1] 1271/15
gassing [2] 1181/3 1257/22
gave [3] 1194/3 1198/1 1253/22
Geary [12] 1195/23 1218/24 1222/2
1222/14 1225/24 1227/15 1227/17
1228/1 1228/6 1228/14 1234/3 1250/11
Gearys [3] 1222/6 1227/7 1229/10
general [2] 1201/22 1248/16
generally [2] 1194/22 1236/24
gentlemen [15] 1168/5 1210/3 1211/1
1211/8 1212/6 1219/18 1227/2 1231/8
1233/10 1233/20 1259/10 1261/16
1267/4 1273/10 1277/7
GEORGE [1] 1165/19
GERALD [1] 1165/16
German [4] 1174/3 1174/7 1241/10
1241/11

**G**

German-engineered [2] 1241/10 1241/11
Germany [2] 1174/16 1185/7
get [21] 1168/20 1177/24 1178/21
1187/17 1199/13 1202/23 1217/18
1220/18 1223/24 1225/24 1226/3 1226/3
1226/12 1226/21 1227/4 1227/12
1242/24 1246/14 1258/22 1262/3 1262/5
gets [9] 1208/22 1226/4 1232/15 1233/4
1233/6 1233/8 1258/21 1258/22 1276/10
getting [6] 1223/24 1223/25 1224/25
1224/25 1226/4 1229/11
Giesebrechtstrasse [1] 1169/23
Gips [4] 1173/14 1174/8 1174/16
1174/18
give [20] 1168/17 1194/8 1199/1
1202/18 1203/9 1204/24 1218/14
1218/15 1218/16 1218/19 1220/12
1224/1 1233/12 1263/7 1263/12 1267/5
1273/17 1275/12 1275/18 1276/13
given [13] 1168/12 1168/14 1177/8
1196/12 1201/23 1208/18 1210/1 1220/1
1258/1 1265/22 1266/3 1268/20 1275/8
gives [4] 1200/6 1228/2 1228/4 1271/8
giving [1] 1201/18
Glenn [4] 1224/10 1224/11 1224/16
1224/20
global [2] 1216/17 1222/21
gloss [2] 1244/8 1255/15
GmbH [1] 1174/12
go [25] 1171/21 1182/6 1188/25 1199/21
1200/9 1201/10 1201/12 1214/15
1217/24 1223/15 1227/9 1227/12 1232/4
1232/4 1235/3 1242/7 1242/24 1245/8
1245/10 1245/12 1245/18 1256/12
1261/9 1261/13 1261/14
Godspeed [1] 1260/9
goes [3] 1232/15 1233/3 1249/16
going [50] 1177/8 1194/8 1197/5
1197/13 1197/18 1199/9 1200/2 1200/15
1204/6 1213/18 1213/22 1213/25
1214/16 1214/17 1214/18 1214/20
1218/8 1219/5 1225/3 1226/3 1226/14
1226/22 1227/1 1228/1 1228/5 1229/15
1229/18 1232/4 1232/5 1234/13 1234/21
1234/22 1235/4 1235/24 1236/22
1236/24 1237/3 1242/3 1242/4 1246/19
1248/2 1249/21 1249/22 1252/18
1258/22 1258/24 1258/25 1260/4
1261/17 1261/18
gone [2] 1212/25 1231/19
good [22] 1168/5 1169/15 1169/16
1185/23 1203/4 1203/6 1206/25 1207/2
1209/1 1209/2 1219/15 1219/15 1221/5
1221/5 1222/23 1233/20 1233/21
1245/23 1248/15 1250/21 1260/12
1267/5
good-faith [2] 1203/4 1203/6
goods [2] 1271/8 1271/9
got [20] 1195/12 1219/1 1219/12
1219/13 1219/15 1220/6 1222/15
1228/18 1230/16 1231/11 1231/14
1231/16 1233/2 1248/1 1249/7 1254/6
1254/8 1261/2 1261/7 1261/10
gotten [1] 1200/25
government [2] 1208/12 1261/18
governs [1] 1213/16
grant [1] 1200/9
granted [1] 1200/14
GRAU [1] 1166/5
Great [1] 1210/15
greater [2] 1267/10 1270/18

greatly [1] 1210/18
Gross [1] 1209/21 1210/2 1278/20
1279/1
ground [1] 1225/18
group [5] 1174/1 1186/4 1188/12
1191/19 1192/23
Guardian [2] 1228/25 1228/25
guess [1] 1246/8
guide [1] 1214/18
guided [1] 1214/14
guidelines [1] 1218/13
guiding [1] 1214/14
Gulf [2] 1239/12 1242/19
gun [1] 1230/7
guy [3] 1220/11 1257/15 1260/25
gypsum [26] 1174/3 1179/5 1182/14
1182/15 1182/17 1183/20 1183/22
1183/25 1184/5 1185/1 1185/2 1185/8
1185/9 1194/16 1194/19 1194/19
1194/20 1210/25 1212/1 1221/3 1222/9
1223/22 1232/19 1250/25 1255/17
1256/18

**H**

Habitat [23] 1209/23 1230/6 1247/17
1247/20 1247/24 1247/25 1248/1 1248/6
1248/10 1248/12 1248/12 1248/14
1249/22 1249/1 1249/1 1249/2 1249/3
1255/7 1255/8 1257/2 1270/21 1278/6
1278/13
had [123]
Halbach [10] 1176/2 1177/16 1185/12
1185/14 1212/24 1232/14 1232/14
1241/9 1251/2 1255/14
half [2] 1239/10 1246/16
half-inch [1] 1239/10
hand [2] 1178/21 1272/25
handful [1] 1179/21
handled [2] 1238/4 1276/17
handling [3] 1189/7 1189/9 1228/19
hands [2] 1174/14 1179/15
Hang [1] 1253/6
hangers [1] 1253/4
happen [2] 1210/15 1255/19
happened [8] 1173/8 1195/7 1195/10
1209/5 1245/4 1247/21 1260/18 1263/3
happening [2] 1172/3 1225/20
happens [3] 1168/7 1187/10 1209/9
hard [3] 1182/6 1211/20 1276/15
harm [1] 1210/15
harmed [1] 1210/18
harsh [2] 1202/15 1202/19
has [57] 1169/6 1170/17 1173/16
1173/16 1174/11 1191/9 1198/23 1199/9
1201/2 1201/3 1201/3 1202/14 1202/22
1202/22 1203/3 1203/6 1203/12 1203/24
1205/24 1205/24 1209/11 1211/18
1213/21 1216/9 1216/19 1216/24
1217/16 1219/21 1219/22 1220/13
1221/11 1221/16 1224/12 1224/20
1237/7 1244/2 1245/21 1249/6 1249/17
1252/12 1253/2 1258/4 1258/15 1258/23
1261/20 1261/20 1261/21 1266/11
1266/19 1268/4 1268/7 1268/10 1269/1
1269/25 1275/4 1275/8 1277/6
hasn't [3] 1170/18 1170/20 1203/22
hat [1] 1202/22
have [299]
haven't [1] 1235/19
having [5] 1169/12 1183/24 1209/21
1212/21 1275/20
HB [1] 1166/15
HB-406 [1] 1166/15

he [117]
he's [2] 1191/22 1233/20
head [3] 1171/6 1177/7 1225/18
health [1] 1180/19
hear [12] 1198/3 1208/17 1208/20
1208/25 1215/3 1233/19 1234/22
1234/25 1235/1 1238/14 1259/20
1259/20
heard [45] 1178/12 1178/19 1184/13
1186/1 1189/14 1189/15 1195/14
1212/21 1212/21 1214/2 1214/25
1215/14 1216/13 1216/15 1232/23
1234/7 1234/8 1234/11 1234/16 1237/1
1237/14 1237/24 1238/4 1242/16
1242/20 1247/8 1247/20 1249/4 1249/14
1250/14 1251/1 1251/12 1252/9 1252/12
1253/16 1255/14 1255/17 1257/1 1258/6
1259/3 1259/7 1259/19 1260/13 1262/12
1269/17
hearing [2] 1212/23 1269/19
hearsay [2] 1196/16 1196/18
heating [1] 1181/11
heavier [1] 1252/18
heaviness [2] 1252/10 1252/13
heavy [5] 1209/16 1252/11 1253/5
1253/8 1253/9
held [4] 1168/3 1186/3 1196/21 1277/3
help [5] 1184/22 1185/12 1204/7
1208/12 1245/20
helped [2] 1257/15 1257/16
helpful [1] 1264/9 1268/10
her [28] 1216/20 1217/10 1219/6 1219/6
1232/6 1245/12 1245/13 1245/18
1245/18 1245/25 1246/3 1246/5 1246/13
1246/15 1256/6 1256/12 1256/15
1256/15 1256/16 1256/25 1259/4 1259/4
1267/16 1267/16 1267/17 1267/18
1268/12
here [42] 1182/11 1190/13 1195/1
1199/20 1205/10 1210/19 1210/20
1212/7 1213/8 1217/7 1219/21 1220/7
1221/18 1221/20 1221/23 1222/2 1222/4
1222/10 1223/4 1223/4 1226/18 1229/9
1230/8 1230/25 1233/1 1233/7 1233/9
1234/5 1236/18 1236/22 1242/14
1244/21 1247/11 1251/7 1258/22
1258/23 1258/24 1262/3 1262/4 1275/1
1276/4 1276/11
here's [11] 1211/19 1215/1 1220/11
1222/11 1226/6 1227/18 1228/13
1230/16 1230/16 1245/5 1246/18
hereby [1] 1280/11
herring [2] 1230/14 1230/15
herself [1] 1259/2
hesitate [1] 1273/15
hidden [3] 1180/22 1188/21 1188/22
hiding [1] 1220/12
high [1] 1209/13
higher [4] 1220/6 1229/8 1229/19
1249/23
highlighted [1] 1253/23
highlights [1] 1221/9
him [25] 1175/15 1175/25 1178/11
1178/14 1178/15 1178/16 1178/17
1196/8 1196/17 1220/5 1220/25 1224/12
1224/15 1226/16 1226/18 1226/21
1228/2 1228/4 1237/4 1238/10 1249/20
1253/4 1253/22 1257/21 1261/1
himself [1] 1220/11
hindsight [3] 1193/21 1193/23 1259/23
hire [3] 1226/20 1244/6 1245/18
hired [4] 1211/24 1212/4 1244/8 1245/18
his [29] 1175/12 1175/18 1176/21

his... [26]  1176/25 1178/16 1192/5
1196/7 1196/15 1197/4 1219/24 1220/2
1220/9 1220/17 1220/23 1221/14 1223/6
1224/11 1244/7 1249/21 1249/22
1251/15 1257/20 1260/4 1267/16
1267/16 1267/17 1267/17 1268/12
1269/24
His Honor [1]  1260/4
history [1]  1246/8
hold [6]  1209/13 1216/4 1230/7 1244/17
1250/7 1262/13
holding [2]  1248/15 1263/22
home [2]  1181/3 1181/19
homeowner [3]  1238/13 1249/3 1252/25
homeowners [5]  1209/19 1209/22
1210/17 1234/24 1262/9
homes [8]  1172/14 1172/15 1179/1
1210/20 1233/4 1248/25 1254/22
1256/23
honest [1]  1273/17
honesty [1]  1219/20
honor [21]  1169/5 1169/8 1195/16
1195/19 1195/20 1197/15 1198/5 1199/5
1201/6 1201/12 1201/17 1201/24
1206/23 1207/11 1209/13 1209/14
1210/2 1259/14 1260/4 1260/10 1277/9
HONORABLE [1]  1165/11
hope [1]  1223/16
horrible [1]  1221/15
hours [1]  1228/4
house [1]  1253/3
houses [5]  1170/15 1170/16 1179/21
1180/9 1180/11
Houston [2]  1166/10 1224/10
how [18]  1175/21 1177/3 1177/10
1183/1 1186/18 1188/17 1194/22 1195/1
1198/13 1210/14 1218/18 1225/24
1227/20 1227/20 1228/5 1229/3 1232/24
1251/25
however [3]  1264/13 1273/7 1273/17
huh [2]  1184/17 1190/15
Hum [1]  1247/25
human [2]  1181/3 1267/7
Humanity [3]  1270/21 1278/6 1278/14
humidity [2]  1189/13 1189/20
Hummel [10]  1175/8 1175/10 1175/16
1175/17 1176/4 1178/11 1178/13
1178/14 1178/15 1181/2
hundred [1]  1171/2
hundreds [1]  1170/22
hung [2]  1238/24 1253/7
Hurricane [1]  1225/22
Hurricane Katrina [1]  1225/22
hurry [3]  1227/4 1227/23 1261/24
hydrogen [4]  1187/15 1191/3 1191/6
1191/9

I

I'll [2]  1205/4 1220/15
I'm [26]  1168/6 1171/14 1172/11
1173/12 1174/8 1181/24 1188/17 1194/8
1197/5 1197/13 1200/15 1211/2 1213/25
1220/16 1228/9 1234/13 1234/21
1235/24 1236/24 1246/19 1253/24
1258/25 1260/15 1261/5 1261/5 1279/17
I've [3]  1201/21 1213/1 1234/1
I-S-A-B-E-L [1]  1169/21
idea [1]  1245/21
identified [1]  1255/1
if [89]  1174/8 1178/11 1180/25 1182/2
1188/4 1188/21 1188/22 1188/24 1189/2

1189/15 1190/1 1191/22 1191/24
1191/25 1192/15 1195/6 1197/12 1197/16
1198/23 1199/1 1199/16 1199/21 1201/3
1204/4 1204/8 1205/3 1210/15 1211/24
1212/3 1213/14 1213/18 1215/4 1216/7
1216/10 1218/13 1218/24 1223/3 1224/9
1225/15 1227/12 1230/15 1230/15
1230/22 1232/3 1232/4 1232/7 1233/13
1233/16 1233/16 1236/1 1236/7 1236/15
1238/19 1239/4 1242/2 1242/3 1245/4
1246/15 1246/21 1254/15 1259/5 1260/6
1262/9 1265/4 1266/16 1267/10 1267/1
1267/21 1268/4 1268/17 1268/19 1269/6
1269/14 1270/4 1270/12 1270/14
1272/21 1272/25 1273/2 1273/4 1273/5
1273/7 1273/12 1273/16 1275/7 1275/15
1275/17 1276/9 1279/19 1279/25
ignored [1]  1257/6
illogical [1]  1260/14
imagine [2]  1216/7 1225/17
Implement [1]  1222/18
implementing [1]  1210/9
implicated [2]  1176/5 1176/7
implied [1]  1271/8
implies [2]  1188/9 1225/16
implore [1]  1259/10
imply [1]  1169/7
importance [10]  1210/5 1210/6 1210/7
1210/8 1210/9 1210/10 1210/11 1210/12
1257/25
important [24]  1177/7 1208/8 1208/16
1209/15 1210/1 1212/20 1216/4 1217/7
1217/15 1218/13 1219/15 1220/13
1222/17 1226/23 1229/23 1230/13
1230/21 1231/3 1236/10 1237/1 1245/5
1246/18 1251/3 1268/8
importantly [3]  1242/12 1250/7 1253/20
imported [1]  1223/22
importers [2]  1250/16 1250/19
imposed [1]  1208/6
imprecise [2]  1171/9 1171/10
impression [1]  1270/18
improper [2]  1199/16 1206/17
in [515]
inaccurate [1]  1253/25
inaccurately [1]  1268/4
Inc [2]  1278/6 1278/14
inch [1]  1239/10
incident [1]  1180/8
include [2]  1202/4 1263/11
included [5]  1186/8 1186/11 1203/16
1243/12 1243/13
includes [4]  1200/21 1204/23 1264/4
1271/25
including [5]  1206/3 1207/6 1235/18
1237/11 1268/25
incorrect [2]  1192/13 1268/20
increased [1]  1183/10
indeed [2]  1265/9 1275/15
independent [1]  1270/15
Indiana [1]  1170/2
indicate [3]  1237/21 1252/22 1270/7
indicated [4]  1199/9 1200/1 1209/11
1252/5
indicates [1]  1204/7
indicating [1]  1265/21
indication [2]  1180/4 1243/7
individual [1]  1203/8
individuals [1]  1179/1
Indonesian [1]  1211/14
industry [15]  1210/8 1217/19 1219/7
1229/6 1229/21 1240/22 1241/2 1241/13
1246/1 1250/25 1258/9 1261/19 1261/20

1261/20 1261/21
1261/24
1199/22 1202/12 1209/19 1211/3
1211/24 1211/25 1212/3 1212/4 1213/22
1214/2 1214/6 1215/4 1215/6 1215/8
1216/25 1220/15 1220/25 1220/4 1223/7
1223/12 1223/17 1224/12 1224/22
1229/22 1230/25 1233/13 1246/21
1248/1 1248/12 1258/1 1259/15 1259/20
1259/25 1260/5 1270/24 1271/1 1271/4
1271/13 1271/23 1272/6 1272/8 1272/11
1272/12 1272/13 1272/21 1272/21 1272/23
1272/25 1273/3 1273/3 1273/14 1274/15
1274/20 1274/23 1277/16 1277/18
1277/22 1277/25 1278/3 1278/5 1278/10
1278/13 1278/17 1278/19 1278/23
1279/1 1279/4 1279/6 1279/9 1279/12
infer [1]  1268/25
inference [1]  1269/23
inferences [4]  1207/25 1264/11 1265/12
1270/2
influenced [1]  1270/16
inform [7]  1181/19 1184/2 1187/19
1188/25 1189/1 1191/25 1191/25
information [6]  1190/2 1190/12 1190/16
1242/9 1251/18 1253/25
informed [5]  1186/23 1187/1 1187/1
1188/5 1214/14
innocent [1]  1268/6
input [1]  1250/4
inquiry [2]  1235/15 1236/19
inside [1]  1173/16
inspect [5]  1207/3 1228/3 1243/3 1243/4
1244/4
inspected [5]  1237/8 1237/9 1238/6
1244/9 1244/10
inspection [7]  1199/19 1199/19 1227/8
1227/10 1228/6 1228/7 1237/8
installed [5]  1212/3 1253/3 1256/23
1278/7 1278/14
installers [3]  1184/2 1239/6 1239/20
installing [1]  1181/20
instances [1]  1203/10
instead [5]  1200/7 1205/17 1223/14
1256/24 1271/20
instruct [5]  1235/4 1262/17 1263/1
1265/6 1274/6
instructed [2]  1266/5 1266/21
instruction [4]  1206/24 1207/2 1214/16
1263/8
instructions [8]  1205/5 1206/6 1207/6
1207/7 1236/18 1263/6 1264/25 1275/8
Insulation [1]  1186/15
insurance [5]  1166/9 1166/12 1209/8
1209/20 1270/23
intellectual [1]  1219/20
intended [2]  1271/10 1271/14
intends [1]  1198/23
intention [1]  1198/25
intentional [1]  1268/5
interest [4]  1203/11 1267/18 1269/1
1273/21
interesting [3]  1226/6 1227/6 1247/5
Interior [58]  1166/4 1185/24 1187/20
1188/1 1188/5 1188/9 1190/3 1190/9
1190/10 1190/24 1191/20 1194/3
1201/25 1206/25 1207/3 1219/7 1219/22
1234/10 1234/21 1234/24 1235/2 1235/6
1235/10 1235/17 1235/21 1236/1 1236/5
1236/7 1236/17 1236/20 1237/7 1237/10
1235/13 1239/20 1240/2 1240/14 1247/7
1247/8 1247/19 1250/2 1251/8 1251/14
1251/19 1252/5 1252/23 1252/24

**I**

Interior... [12]  1254/11 1254/15 1254/18
1256/8 1256/22 1257/10 1257/11
1258/15 1259/5 1259/8 1259/11 1270/23
Interior Exterior [54]  1185/24 1187/20
1188/1 1188/5 1188/9 1190/3 1190/9
1190/10 1190/24 1191/20 1194/3
1201/25 1206/25 1207/3 1219/7 1219/22
1234/10 1234/21 1234/24 1235/2 1235/6
1235/10 1235/17 1235/21 1236/1 1236/5
1236/7 1236/17 1236/20 1237/7 1237/10
1239/20 1240/2 1247/7 1247/8 1247/19
1250/2 1251/8 1251/14 1251/19 1252/5
1252/23 1252/24 1254/11 1254/15
1254/18 1256/22 1257/10 1257/11
1258/15 1259/5 1259/8 1259/11 1270/23
international [1]  1242/9
interpret [1]  1218/18
interpretation [2]  1264/14 1267/6
interrogatories [1]  1274/3
into [33]  1182/6 1182/8 1187/17 1189/12
1189/20 1189/20 1195/21 1196/14
1196/19 1201/4 1202/17 1206/2 1209/18
1212/2 1213/15 1215/11 1223/13
1231/25 1235/1 1240/7 1241/21 1242/1
1242/7 1242/12 1244/16 1248/6 1248/9
1248/25 1250/4 1254/14 1264/5 1275/4
1275/21
introduce [3]  1168/24 1174/2 1250/23
introduced [4]  1177/10 1238/16 1252/22
1270/6
introducing [1]  1205/25
introduction [1]  1177/3
invents [1]  1249/18
investigate [5]  1175/8 1184/22 1192/24
1193/25 1194/4
investigates [1]  1211/6
investigation [5]  1175/13 1175/18
1185/15 1191/17 1231/21
investment [1]  1174/2
invited [1]  1212/8
invoices [1]  1224/4
invoked [1]  1213/8
involve [1]  1204/20
involved [5]  1173/21 1179/19 1186/14
1186/20 1199/17
involves [1]  1213/22
involving [1]  1173/2
Irons [1]  1166/8
Irpino [2]  1166/1 1166/1
irrelevant [1]  1251/13
is [316]
Isabel [11]  1168/25 1169/11 1169/21
1187/23 1212/21 1212/24 1232/23
1251/2 1255/14 1259/2 1259/3
ish [1]  1168/10
isn't [14]  1171/15 1177/12 1186/2
1186/25 1191/2 1191/3 1191/8 1191/10
1192/25 1193/8 1193/17 1194/18 1195/7
1231/7
isolated [1]  1188/13
issue [20]  1171/13 1175/23 1176/6
1179/4 1179/21 1180/20 1181/12
1185/10 1191/22 1191/22 1191/23
1192/19 1193/10 1202/9 1231/19
1244/18 1251/12 1251/13 1252/8 1258/3
issued [1]  1181/23
issues [2]  1172/23 1198/6
it [346]
it's [94]  1168/16 1170/5 1170/6 1171/11
1171/15 1172/6 1173/12 1174/19
1175/16 1188/20 1188/22 1190/10

1191/9 1191/13 1193/10 1198/18 1199/2
1199/20 1200/15 1203/20 1205/1
1206/17 1207/23 1212/17 1212/20
1213/8 1216/4 1218/2 1218/20 1219/15
1220/5 1220/6 1220/22 1221/3 1221/4
1221/19 1222/1 1222/22 1223/17
1223/18 1224/3 1225/2 1226/21 1226/23
1227/6 1227/16 1228/6 1228/7 1228/8
1228/18 1229/12 1229/12 1229/19
1230/14 1230/15 1231/6 1231/6 1231/13
1231/20 1232/13 1234/2 1236/10
1236/11 1237/2 1237/2 1237/9 1238/10
1240/4 1241/25 1244/5 1247/2 1248/23
1248/24 1249/8 1249/8 1249/9 1249/9
1249/20 1249/21 1249/24 1250/1
1253/17 1254/1 1254/20 1255/4 1260/2
1260/14 1260/17 1260/17 1261/19
1261/20 1261/22 1262/3 1274/17
its [18]  1173/16 1173/16 1173/17 1174/1
1174/11 1176/18 1177/15 1183/21
1183/25 1202/17 1207/4 1215/6 1215/10
1225/18 1244/11 1266/16 1271/8
1272/23
itself [4]  1184/19 1204/20 1211/10
1214/22

**J**

J.W. [3]  1244/6 1244/9 1260/23
J.W. Allen [3]  1244/6 1244/9 1260/23
Jeff [1]  1186/18
Jefferson [1]  1209/14
Jie [1]  1182/22
Jim [19]  1195/23 1196/3 1209/23
1211/16 1219/10 1219/20 1223/1 1223/6
1227/15 1227/17 1227/25 1228/14
1234/2 1237/2 1237/11 1250/3 1250/3
1250/7 1250/11
job [3]  1238/11 1238/13 1276/16
Joe [1]  1240/23
John [1]  1230/6
Johnson [1]  1166/4
joins [1]  1197/9
Joseph [9]  1225/4 1237/4 1237/5 1237/6
1238/4 1238/18 1239/3 1239/9 1243/6
JR [1]  1166/5
judge [10]  1165/11 1196/11 1198/17
1209/11 1212/8 1214/16 1214/20
1233/12 1235/4 1265/2
Judge Fallon [4]  1212/8 1214/16
1214/20 1233/12
judged [1]  1269/14
judges [7]  1262/21 1262/21 1263/2
1265/9 1270/9 1273/21 1273/21
judgment [4]  1200/9 1206/18 1267/3
1274/1
judgments [1]  1202/1
July [6]  1173/6 1176/20 1230/4 1270/25
1278/8 1278/15
July 2006 [2]  1173/6 1176/20
July 26 [2]  1278/8 1278/15
jumps [1]  1229/19
June [1]  1173/18
June 2007 [1]  1173/18
juries [1]  1234/1
juror [4]  1207/18 1208/15 1270/19
1274/1
jurors [5]  1263/2 1263/18 1265/9
1270/17 1273/11
jury [59]  1165/10 1168/9 1197/18
1197/22 1197/24 1199/2 1199/19 1200/19
1201/14 1201/15 1201/18 1201/19
1201/19 1203/25 1205/1 1206/11

1206/11 1206/20 1207/14 1207/15
1207/16 1207/24 1208/1 1208/15
1209/21 1210/3 1214/16 1214/16 1215/3
1216/14 1236/18 1246/25 1262/13
1262/15 1262/20 1262/22 1264/12
1265/8 1266/4 1266/17 1267/12 1268/10
1268/16 1269/19 1270/1 1270/9 1273/14
1273/25 1274/4 1275/2 1276/2 1276/5
1276/6 1276/7 1277/6 1279/19 1279/20
1280/1 1280/3 1280/4
just [33]  1169/19 1170/13 1172/18
1175/3 1178/24 1191/13 1198/17
1198/18 1201/25 1206/7 1206/22
1211/24 1212/21 1213/19 1217/2 1218/2
1218/9 1218/23 1223/14 1224/18
1224/25 1232/23 1234/11 1234/16
1240/24 1242/23 1243/25 1249/24
1253/19 1255/6 1259/6 1259/20 1261/22
justice [7]  1209/12 1209/19 1212/10
1216/7 1262/9 1263/25 1276/19
justified [1]  1265/13

**K**

K-N-A-U-F [1]  1169/22
Katrina [3]  1225/22 1240/17 1246/17
keep [3]  1225/7 1225/8 1267/25
keeping [1]  1224/23
KEVIN [1]  1166/9
key [1]  1219/3
kind [4]  1234/9 1237/25 1248/10 1249/7
Knauf [96]  1168/25 1169/3 1169/4
1169/9 1169/10 1169/11 1169/15
1169/22 1172/25 1173/1 1173/4 1173/7
1173/13 1173/13 1173/19 1174/1 1174/8
1174/12 1174/16 1174/18 1176/15
1176/17 1176/17 1177/3 1177/7 1177/9
1177/12 1177/13 1177/14 1178/20
1181/23 1181/25 1184/15 1185/7
1185/23 1186/4 1186/4 1186/9 1186/12
1186/15 1186/23 1186/24 1187/23
1187/23 1187/25 1188/4 1188/12 1190/4
1191/19 1192/4 1192/23 1193/4 1212/21
1212/24 1224/1 1229/12 1232/23
1238/10 1239/13 1239/22 1240/25
1241/1 1241/4 1241/4 1241/4 1241/5
1241/5 1241/6 1241/8 1241/10 1243/11
1243/19 1243/25 1244/2 1244/3 1244/15
1244/16 1245/7 1247/7 1247/9 1247/15
1250/8 1250/8 1250/13 1251/2 1251/21
1255/14 1256/9 1256/14 1259/2 1274/14
1274/22 1277/18 1277/24 1278/4
1278/12
knew [22]  1189/25 1192/3 1192/7
1199/23 1213/14 1213/23 1223/21
1223/22 1223/23 1225/20 1228/10
1228/10 1235/17 1239/20 1241/10
1242/16 1245/20 1252/18 1255/12
1271/2 1271/5 1272/6
know [108]  1168/12 1171/2 1172/12
1172/19 1172/20 1175/1 1176/9 1176/10
1177/3 1177/4 1177/8 1177/21 1178/15
1183/4 1185/25 1186/17 1186/18
1186/19 1187/1 1188/4 1188/7 1188/12
1190/22 1190/24 1191/6 1191/8 1191/15
1191/16 1194/1 1194/13 1194/25 1195/1
1195/2 1198/23 1200/1 1200/17 1203/7
1203/14 1203/19 1204/1 1204/3 1204/5
1205/17 1205/18 1207/1 1208/4 1208/4
1209/17 1210/6 1210/7 1210/8 1210/8
1210/10 1210/11 1210/12 1210/14
1211/19 1212/3 1213/12 1216/12
1220/19 1220/24 1221/1 1221/12 1222/6
1222/7 1224/6 1226/6 1227/6 1227/6

## K

know... [38] 1228/22 1229/14 1230/4
1230/22 1232/6 1232/9 1234/12 1235/6
1235/22 1235/24 1237/24 1238/16
1239/22 1240/6 1240/7 1242/2 1242/23
1245/13 1245/23 1246/25 1247/6
1247/13 1247/15 1247/25 1253/7
1253/17 1253/17 1255/1 1255/4 1255/11
1255/23 1258/21 1260/20 1261/16
1261/17 1261/18 1270/20 1276/11
knowing [2] 1210/5 1226/19
knowledge [62] 1176/14 1176/17 1177/1
1179/3 1183/24 1186/7 1193/3 1199/10
1199/10 1199/11 1200/2 1200/3 1200/10
1200/11 1200/16 1200/21 1200/22
1200/22 1200/22 1200/23 1201/2 1201/2
1202/5 1202/5 1202/9 1203/7 1203/8
1203/13 1203/15 1203/16 1204/5
1204/23 1204/23 1205/9 1205/12 1206/9
1206/16 1214/2 1214/7 1235/21 1246/21
1265/19 1267/7 1268/9 1271/23 1271/25
1271/25 1272/1 1272/1 1272/2 1272/7
1272/9 1274/13 1274/21 1277/17
1277/23 1278/3 1278/11 1278/17
1278/24 1279/4 1279/10
known [40] 1194/23 1199/11 1199/15
1199/23 1200/17 1200/23 1200/24
1202/14 1203/17 1203/20 1204/1 1204/3
1204/16 1205/9 1205/17 1213/14
1213/23 1214/6 1214/7 1214/22 1215/6
1233/16 1235/10 1236/1 1236/16 1243/4
1271/3 1271/5 1271/10 1271/18 1272/1
1272/2 1272/8 1272/12 1272/23 1274/20
1277/22 1278/9 1278/11
knows [9] 1203/15 1208/5 1210/4
1220/13 1242/2 1255/19 1256/13 1257/8
1257/17
KPT [51] 1171/19 1172/4 1172/20
1173/2 1173/12 1173/16 1173/20
1174/11 1175/23 1176/5 1176/12
1176/19 1177/1 1177/16 1177/22 1178/8
1179/3 1179/6 1181/15 1181/20 1181/22
1182/1 1182/8 1182/14 1183/21 1183/25
1184/16 1184/21 1185/9 1187/18
1190/22 1190/25 1191/12 1193/16
1193/17 1195/1 1195/7 1195/9 1195/11
1214/8 1226/1 1228/18 1229/4 1229/16
1229/17 1229/25 1230/4 1230/17
1230/20 1230/24 1261/2
KPT's [2] 1176/21 1180/14

## L

lab [3] 1213/15 1227/9 1227/19
label [3] 1251/11 1251/12 1251/18
labeled [6] 1250/9 1251/16 1251/20
1251/21 1251/24 1252/1
labeling [2] 1251/14 1252/1
laboratory [1] 1212/10
laborious [1] 1220/17
lack [2] 1217/11 1226/8
ladies [15] 1168/5 1210/3 1211/1 1211/8
1212/5 1219/18 1227/1 1231/8 1233/10
1233/20 1259/10 1261/16 1267/4
1273/10 1277/7
Ladle [1] 1170/7
laed.uscourts.gov [1] 1166/17
land [1] 1230/16
language [1] 1215/1
lapse [1] 1268/6
large [1] 1203/19
largest [1] 1241/2
last [13] 1180/24 1189/6 1196/15 1205/8
1234/4 1250/23 1254/19 1258/21
1259/3 1259/11 1261/3 1262/12 1263/21
Lastly [1] 1199/5
late [5] 1202/17 1226/2 1227/7 1227/15
1227/23
later [5] 1168/19 1226/12 1228/14
1231/5 1260/15
law [58] 1166/1 1199/25 1200/10
1200/20 1200/21 1201/3 1201/4 1202/1
1202/13 1202/13 1202/14 1202/16
1202/17 1202/22 1202/22 1202/24
1202/25 1203/3 1203/14 1203/21
1204/16 1205/6 1206/17 1206/19 1207/5
1208/23 1213/7 1213/9 1213/11 1213/15
1213/24 1214/17 1214/21 1214/23
1215/20 1216/11 1233/17 1235/4
1262/17 1262/24 1263/1 1263/5 1263/10
1263/11 1263/12 1263/24 1264/19
1264/25 1265/1 1265/21 1271/6 1271/7
1271/7 1271/8 1271/10 1271/10 1271/11
1271/24
laws [5] 1213/2 1213/2 1213/3 1213/4
1218/9
lawsuit [1] 1177/9
lawyer [2] 1264/8 1269/23
lawyers [9] 1168/8 1168/13 1208/4
1264/7 1264/15 1264/18 1265/24 1266/3
1274/10
layout [1] 1256/14
lead [4] 1204/22 1249/11 1249/11
1265/15
leader [1] 1241/13
leaders [2] 1240/22 1241/2
leading [1] 1242/15
leaking [1] 1257/16
leap [1] 1225/19
learn [4] 1210/23 1219/2 1237/5 1246/8
learned [21] 1184/11 1189/11 1189/17
1189/19 1215/4 1215/9 1216/15 1218/25
1221/13 1221/16 1223/3 1236/8 1236/12
1236/12 1237/6 1254/18 1255/8 1258/16
1272/13 1272/21 1273/4
learns [1] 1249/12
least [6] 1172/22 1188/1 1189/5 1189/22
1193/24 1198/24
leave [4] 1214/3 1261/15 1276/9 1276/9
leaves [4] 1233/3 1237/10 1276/5 1280/3
LeBlanc [3] 1209/24 1278/7 1278/15
left [6] 1209/4 1210/19 1230/2 1253/10
1253/14 1255/24
legal [1] 1169/23
legally [4] 1173/3 1214/14 1214/14
1214/21
legislative [1] 1205/19
legislature [2] 1205/21 1205/24
Lemm [3] 1224/10 1224/16 1224/20
less [1] 1263/19
lesson [1] 1249/12
lessons [2] 1221/13 1249/13
let [11] 1196/20 1202/15 1208/25
1210/24 1231/18 1235/14 1252/2
1261/14 1261/15 1271/6 1279/22
let's [12] 1168/22 1173/11 1174/15
1187/10 1198/18 1207/14 1212/12
1225/24 1229/24 1229/24 1233/19
1240/1
letter [1] 1192/5 1248/2
letters [1] 1243/13
level [1] 1184/1
levels [1] 1246/24
Levin [1] 1169/15
liability [7] 1165/5 1205/21 1205/22
1213/2 1213/2 1213/9 1233/17
liable [1] 1233/17
life [3] 1210/4 1210/5 1263/23
light [4] 1205/13 1223/14 1265/13
1267/7
lighter [1] 1252/16
like [21] 1168/24 1173/13 1199/6
1201/25 1203/11 1212/9 1213/6 1221/3
1222/3 1225/18 1226/12 1238/23 1239/1
1242/2 1249/17 1249/24 1255/6 1259/15
1259/23 1262/14 1272/16
liked [1] 1257/18
likely [9] 1215/17 1215/18 1216/1 1216/8
1216/8 1216/8 1233/14 1266/13 1266/15
likes [1] 1211/3
limine [2] 1198/22 1205/11
limited [3] 1168/17 1179/22 1179/25
1180/20 1188/18
limits [2] 1208/18 1208/19
line [6] 1173/11 1185/4 1219/13 1225/22
1231/13 1260/16
lingerie [1] 1221/2
link [1] 1231/12
Liquidators [2] 1217/16 1249/25
list [5] 1196/11 1197/3 1220/1 1220/3
1241/1
listen [2] 1235/13 1247/11
litigants [1] 1277/6
litigation [5] 1165/5 1186/1 1189/11
1213/1 1219/24
little [2] 1170/6 1218/24
lived [1] 1179/1
lives [2] 1210/16 1210/18
living [1] 1189/10
LLC [1] 1165/15
LLP [3] 1165/18 1165/22 1166/8
loaded [6] 1212/2 1222/23 1228/7
1244/10 1244/15 1244/16
Lobman [1] 1166/11
local [1] 1240/25
logical [1] 1236/24
long [3] 1207/17 1220/16 1231/25
look [25] 1188/20 1204/11 1204/12
1205/14 1212/12 1212/23 1218/2 1222/7
1222/7 1222/8 1224/3 1224/13 1226/24
1226/25 1227/17 1228/13 1229/7 1229/11
1229/24 1234/19 1235/13 1240/7
1245/12 1247/12 1248/6 1255/13
looked [5] 1204/13 1216/15 1231/8
1239/1 1254/24
looking [12] 1193/22 1224/19 1225/19
1233/23 1237/11 1237/13 1237/23
1242/7 1243/6 1244/12 1244/12 1255/12
looks [1] 1173/14
Lori [6] 1231/9 1231/24 1231/24 1232/1
1232/2 1260/24
lost [2] 1249/6 1249/7
lot [9] 1168/16 1203/23 1203/24 1214/25
1215/14 1220/12 1225/12 1229/1 1233/2
lots [2] 1240/19 1255/6
LOUISIANA [25] 1165/2 1165/6 1165/17
1166/2 1166/7 1166/13 1166/16 1175/3
1200/20 1200/21 1203/14 1203/14
1203/21 1203/22 1206/17 1206/18
1207/5 1213/7 1213/10 1213/24 1271/7
1271/7 1271/10 1271/24 1280/11
love [1] 1260/23
low [2] 1230/10 1258/3
lower [3] 1229/12 1229/12 1229/17
LP [1] 1166/4
luck [1] 1224/25
Lumber [2] 1217/16 1249/25
lunch [2] 1168/20 1168/20

L

Luneng [3] 1179/9 1179/10 1183/10

M

machinery [1] 1174/12
machines [1] 1253/17
made [27] 1172/18 1176/14 1178/2
1178/4 1184/25 1189/6 1199/7 1200/12
1209/21 1211/6 1212/1 1216/21 1225/19
1249/8 1249/16 1251/22 1252/15
1255/23 1256/13 1263/17 1264/7
1264/18 1265/3 1265/5 1265/25 1268/4
1279/22
magazine [2] 1166/2 1180/13
mail [9] 1226/11 1226/25 1227/16
1227/25 1228/2 1228/20 1229/7 1229/10
1229/20
main [3] 1221/14 1226/11 1249/15
major [2] 1230/5 1230/11
make [20] 1168/15 1191/13 1198/12
1198/18 1198/24 1205/3 1205/13
1205/21 1212/22 1213/18 1218/10
1225/25 1228/8 1249/18 1249/21
1252/16 1252/17 1260/20 1265/14
1279/25
makes [3] 1211/16 1260/13 1265/21
making [4] 1172/17 1234/5 1234/6
1269/24
man [3] 1219/21 1228/4 1257/15
man-hours [1] 1228/4
manager [10] 1177/19 1177/20 1182/2
1182/5 1182/8 1182/20 1184/16 1187/23
1218/21 1225/4
manages [1] 1176/18
managing [1] 1173/9
manner [2] 1186/4 1264/20
manufacture [2] 1183/21 1183/25
manufactured [20] 1165/4 1211/11
1216/19 1219/9 1223/9 1241/6 1243/22
1251/6 1251/9 1256/7 1274/14 1274/22
1277/17 1277/24 1278/4 1278/12
1278/18 1278/25 1279/5 1279/11
manufacturer [8] 1205/22 1206/4 1213/5
1213/9 1240/6 1242/14 1251/5 1254/4
manufacturers [13] 1202/7 1212/15
1212/18 1212/24 1217/17 1234/23
1241/2 1242/15 1242/18 1245/22 1250/6
1252/15 1255/12
manufacturers' [2] 1250/16 1250/17
manufacturing [16] 1174/3 1193/5
1195/4 1196/7 1216/23 1218/4 1218/4
1221/15 1245/6 1245/7 1245/14 1245/21
1249/21 1250/4 1255/18 1260/16
many [2] 1193/5 1246/1
March [5] 1248/21 1274/16 1274/24
1277/19 1278/1
March 17 [4] 1274/16 1274/24 1277/19
1278/1
Mark [2] 1176/20 1176/24
marked [2] 1243/14 1251/23
market [3] 1174/1 1176/21 1179/17
marshal [2] 1275/12 1275/19
Martin [7] 1176/2 1185/11 1212/24
1232/14 1232/14 1241/9 1251/2
Mason [1] 1165/22
matching [1] 1183/11
material [3] 1185/8 1228/17 1267/22
materials [8] 1217/14 1217/18 1241/13
1242/10 1249/19 1250/17 1254/1 1254/2
matter [8] 1200/9 1201/15 1202/1
1245/14 1267/22 1268/9 1276/17
1280/14

matters [3] 1168/10 1267/23 1268/13
may [39] 1176/4 1195/24 1205/3
1226/21 1226/23 1226/24 1230/14
1242/1 1249/5 1263/9 1264/21 1264/24
1265/5 1265/8 1265/14 1265/17 1266/20
1266/22 1266/23 1267/9 1267/11
1267/15 1267/18 1267/19 1267/20
1267/23 1268/3 1268/7 1268/9 1268/11
1268/22 1268/24 1268/25 1269/7 1270/2
1270/11 1272/17 1275/3 1276/2
May 26 [1] 1226/7
May 9 [3] 1195/24 1226/21 1226/24
maybe [5] 1189/21 1249/7 1249/22
1257/16 1276/12
MD [1] 1165/4
me [35] 1174/7 1175/20 1178/5 1178/18
1187/1 1187/24 1195/3 1196/20 1198/13
1204/3 1204/7 1204/22 1208/25 1210/24
1212/19 1218/14 1218/15 1218/16
1218/23 1220/10 1221/17 1221/19
1226/6 1230/1 1231/18 1234/22 1235/14
1239/19 1252/2 1261/6 1271/6 1275/14
1275/15 1275/17 1275/19
mean [6] 1169/7 1172/8 1209/6 1210/24
1248/14 1268/1
meaning [1] 1203/15
means [4] 1185/4 1266/10 1266/15
1272/13
meant [2] 1171/4 1194/15
measures [1] 1184/24
mechanical [1] 1166/19
medicine [1] 1210/7
meet [4] 1168/8 1240/9 1241/20 1243/18
meeting [2] 1186/3 1186/8
meetings [1] 1198/1
member [2] 1169/9 1169/10
members [7] 1169/3 1197/18 1207/16
1262/13 1262/15 1262/22 1273/14
memorable [1] 1224/8
memorandum [1] 1187/4
memory [4] 1268/6 1270/12 1270/12
1270/13
mention [4] 1187/6 1187/8 1219/25
1244/7
mentioned [10] 1184/15 1207/17
1207/22 1208/9 1208/18 1220/19
1227/17 1237/4 1262/20 1268/14
menus [2] 1168/20 1168/20
mere [1] 1267/2
merely [1] 1273/18
message [2] 1261/21 1275/18
met [2] 1240/12 1254/7
metals [1] 1271/16
Metro [16] 1195/24 1241/17 1241/18
1241/21 1241/25 1242/6 1242/13
1242/17 1242/22 1243/12 1243/20
1244/1 1247/8 1247/19 1250/14 1254/6
Meunier [1] 1165/15 1165/16 1198/11
1236/11 1237/4 1244/7 1249/4 1249/6
1251/15 1258/21
Mezzenga [1] 1230/6
mid [2] 1185/16 1225/23
mid-November [1] 1185/16
Middle [1] 1173/10
Middle East [1] 1173/10
might [6] 1175/24 1181/15 1181/20
1184/3 1189/16 1199/1
military [1] 1210/7
mill [1] 1232/20
million [4] 1219/23 1242/17 1242/21
1257/15
million-dollar [1] 1257/15

mind [5] 1180/7 1189/21 1192/21
1207/25 1270/4
minds [1] 1266/12
mine [14] 1179/5 1179/9 1179/10
1182/13 1182/16 1182/16 1183/10
1183/21 1184/18 1185/8 1194/17 1195/2
1208/19 1256/18
mingling [1] 1224/23
minimal [2] 1179/19 1180/6
minimize [1] 1171/13
mining [4] 1169/4 1191/4 1255/15
1255/16
minor [2] 1203/10 1230/12
minute [1] 1197/19
minutes [7] 1168/15 1230/1 1234/6
1234/14 1255/21 1260/11 1262/14
mischaracterizations [2] 1234/15
1234/16
misrepresentation [1] 1272/10
misstatement [2] 1268/4 1268/5
mistake [1] 1268/1
mixing [1] 1224/22
mobile [1] 1178/16
modern [1] 1202/20
modification [1] 1199/18
mom [1] 1223/17
mom-and-pop [1] 1223/17
moment [1] 1185/2
moments [1] 1260/4
Monday [1] 1259/23
money [2] 1177/14 1220/4
monitoring [2] 1222/18 1222/25
months [7] 1180/23 1189/5 1220/2
1241/20 1241/25 1242/4 1242/4
moral [1] 1262/1
more [23] 1175/3 1178/24 1179/16
1180/23 1181/7 1181/16 1195/17
1199/13 1203/1 1211/19 1215/17
1215/18 1216/1 1216/8 1216/8 1216/8
1233/14 1242/12 1253/20 1260/6
1266/11 1266/13 1266/15
Moreover [1] 1242/16
Morgan [1] 1165/23
morning [12] 1168/1 1168/5 1169/15
1169/16 1196/13 1209/1 1209/2 1220/2
1233/20 1233/21 1255/17 1259/23
Morrison [1] 1249/16
most [21] 1172/16 1174/2 1183/7 1200/7
1209/15 1216/24 1217/7 1217/7 1220/13
1224/8 1229/23 1230/21 1231/3 1233/25
1234/2 1237/1 1241/11 1250/5 1250/6
1264/9 1264/9
motion [7] 1199/7 1200/3 1200/9
1200/15 1200/16 1205/10 1205/11
motions [4] 1198/22 1200/13 1202/1
1279/25
move [1] 1231/2
moves [1] 1226/1
moving [1] 1226/7
Mr. [45] 1177/16 1181/14 1181/19
1182/22 1185/11 1185/14 1185/21
1186/14 1186/18 1186/18 1186/19
1186/23 1196/17 1198/11 1228/2 1229/9
1236/11 1237/4 1237/4 1237/5 1237/6
1238/4 1238/18 1239/3 1239/9 1240/4
1241/9 1243/6 1243/9 1244/7 1244/19
1246/19 1247/21 1248/7 1249/4 1249/6
1251/15 1253/1 1253/11 1253/11
1255/14 1255/21 1258/4 1258/8 1258/21
Mr. App [1] 1244/19
Mr. Baldwin [1] 1186/23
Mr. Brisley [2] 1186/18 1186/19
Mr. Chen [1] 1182/22

# M

Mr. Cisneros [1]  1228/2
Mr. Don [1]  1237/4
Mr. Duplantier [1]  1255/21
Mr. Garcia [3]  1253/1 1253/11 1253/11
Mr. Halbach [3]  1177/16 1185/14 1255/14
Mr. Jeff [1]  1186/18
Mr. Joseph [7]  1237/5 1237/6 1238/4 1238/18 1239/3 1239/9 1243/6
Mr. Martin [2]  1185/11 1241/9
Mr. Meunier [8]  1198/11 1236/11 1237/4 1244/7 1249/4 1249/6 1251/15 1258/21
Mr. Norris [3]  1181/14 1181/19 1185/21
Mr. Pate [2]  1247/21 1248/7
Mr. Risley [1]  1246/19
Mr. Robson [1]  1186/14
Mr. Rutila [2]  1258/4 1258/8
Mr. Tompkins [3]  1196/17 1240/4 1243/9
Mr. Zhang [1]  1229/9
MRC [1]  1226/10
Ms [1]  1232/3
Ms. [19]  1169/15 1181/25 1184/15 1185/23 1212/21 1216/17 1216/20 1217/6 1219/4 1223/11 1245/1 1245/2 1246/18 1246/20 1247/5 1247/14 1249/24 1253/2 1253/3
Ms. Coates [11]  1216/17 1216/20 1217/6 1219/4 1223/11 1245/1 1245/2 1246/18 1246/20 1247/5 1247/14
Ms. Coates' [1]  1249/24
Ms. Isabel [1]  1212/21
Ms. Knauf [5]  1169/15 1181/25 1184/15 1185/23
Ms. Mundee [1]  1253/2
Ms. Mundee's [1]  1253/3
MSDS [4]  1218/16 1228/15 1228/15 1228/21
much [13]  1206/13 1207/12 1210/2 1220/19 1227/23 1228/5 1245/20 1252/1 1253/12 1257/24 1259/11 1262/11 1276/19
Mundee [5]  1209/24 1253/2 1270/22 1279/7 1279/12
Mundee's [1]  1253/3
must [25]  1214/10 1215/7 1218/6 1218/6 1218/7 1220/21 1243/10 1262/18 1263/6 1263/9 1264/2 1266/5 1266/17 1270/1 1271/20 1272/4 1272/24 1273/1 1273/2 1273/12 1274/1 1274/4 1274/8 1274/11 1275/14
my [44]  1168/8 1168/16 1169/15 1169/21 1169/23 1173/4 1175/7 1176/14 1176/17 1177/1 1179/3 1185/23 1185/25 1186/2 1186/7 1187/19 1188/1 1190/2 1193/3 1198/1 1201/7 1201/22 1203/20 1206/7 1215/20 1217/22 1220/16 1233/24 1234/1 1234/18 1246/19 1246/25 1261/5 1261/8 1262/17 1262/22 1262/25 1263/6 1264/24 1265/6 1265/7 1275/23 1277/11 1280/12
mysterious [2]  1226/15 1226/15

# N

Nader [1]  1166/12
nail [2]  1230/5 1230/7
name [5]  1169/15 1169/19 1169/21 1185/23 1249/22
names [2]  1250/1 1261/11
Napoleonic [1]  1202/24
nation [2]  1208/12 1208/14
natural [1]  1267/7

naturally [1]  1255/16
nature [1]  1164/15
necessarily [1]  1268/1
necessary [2]  1254/16 1267/1
need [16]  1189/21 1201/23 1204/8 1217/15 1221/12 1227/3 1234/14 1236/1 1240/9 1242/24 1246/8 1246/14 1266/24 1266/25 1268/5 1272/9
needed [1]  1223/1
needs [2]  1198/15 1204/9
negligence [2]  1206/2 1206/3
neither [3]  1185/4 1239/19 1271/4
never [44]  1177/5 1178/19 1193/10 1194/3 1194/4 1197/4 1210/19 1211/4 1211/5 1211/6 1217/22 1223/1 1223/4 1225/12 1226/16 1227/22 1229/4 1230/16 1230/19 1230/19 1230/20 1230/21 1231/14 1233/3 1233/4 1243/7 1247/6 1247/7 1247/8 1247/17 1248/12 1249/9 1256/11 1256/13 1257/2 1257/25 1259/24 1260/13 1260/17 1261/2 1262/2 1262/2 1262/2 1275/14
Nevermind [1]  1228/1
new [16]  1165/6 1165/17 1165/20 1165/20 1166/2 1166/7 1166/13 1166/16 1180/2 1185/19 1244/21 1246/16 1247/18 1270/21 1278/6 1278/13
New Orleans [6]  1180/2 1244/21 1246/16 1270/21 1278/6 1278/13
New Orleans' [1]  1247/18
next [5]  1168/22 1209/15 1243/9 1243/17 1274/6
Nikolaus [1]  1176/16
no [125]
No. [2]  1170/9 1279/17
No. 8 [2]  1170/9 1279/17
nobody [2]  1195/14 1259/7
nod [1]  1171/7
Nods [1]  1171/6
nondefectiveness [1]  1231/15
none [8]  1199/20 1204/19 1225/1 1234/24 1235/20 1238/21 1245/6 1260/2
nonmanufacturer [2]  1202/11 1202/12
nonmanufacturer/vendor [2]  1202/11 1202/12
nonmanufacturing [1]  1205/22
nonprofits [1]  1248/18
Nope [1]  1246/2
nor [5]  1185/4 1239/20 1239/20 1250/19 1271/5
normal [3]  1232/11 1232/13 1238/23
normally [2]  1188/25 1255/17
Norris [4]  1176/21 1181/14 1181/19 1185/21
North [8]  1165/23 1166/8 1166/11 1197/9 1199/6 1205/5 1209/20 1270/23
North River [1]  1270/23
nos [1]  1259/18
not [252]
not-obvious [2]  1207/1 1207/4
note [2]  1197/8 1274/2
notes [10]  1223/16 1246/19 1246/25 1270/11 1270/13 1270/14 1270/14 1270/15 1270/17 1270/17
nothing [16]  1175/23 1178/22 1187/4 1213/3 1213/4 1220/22 1222/9 1245/20 1252/5 1252/13 1252/19 1253/21 1253/22 1256/13 1258/4 1263/19
noticed [1]  1209/3
notification [1]  1178/10
notified [1]  1176/2
notion [1]  1263/10
novel [3]  1221/12 1249/5 1249/7

November [13]  1171/17 1175/11 1175/17 1184/1 1184/8 1185/16 1185/17 1187/10 1187/11 1194/21 1270/25 1279/7 1279/13
November 20 [1]  1171/17
November 2006 [1]  1175/11
November 29 [1]  1185/17
November 7 [2]  1279/7 1279/13
now [45]  1170/25 1172/17 1172/18 1175/1 1176/9 1183/19 1184/9 1186/1 1191/15 1194/13 1198/10 1199/5 1200/1 1200/6 1208/17 1210/2 1210/24 1212/8 1212/20 1213/17 1214/12 1215/11 1216/13 1220/15 1221/13 1222/6 1223/10 1226/3 1227/17 1229/17 1229/22 1231/18 1233/1 1246/9 1254/10 1261/16 1262/5 1263/5 1265/1 1266/7 1270/20 1272/12 1273/10 1276/2
noxious [1]  1188/24
number [20]  1170/24 1184/24 1188/18 1189/7 1191/11 1203/19 1204/18 1205/14 1205/20 1205/25 1206/16 1223/20 1231/12 1235/5 1240/6 1240/8 1240/11 1267/10 1276/10 1276/13
numbered [1]  1233/11
numbers [1]  1204/21
numerical [1]  1275/15

# O

oath [4]  1226/18 1263/17 1269/8 1269/10
obedience [1]  1211/21
obey [2]  1211/18 1219/7
object [8]  1196/16 1201/18 1202/3 1205/9 1206/5 1206/8 1206/16 1269/20
objected [1]  1197/4
objection [10]  1168/23 1196/1 1196/16 1197/8 1197/9 1201/7 1264/6 1269/24 1269/25 1270/6
objections [8]  1198/3 1198/5 1198/22 1201/16 1202/2 1205/3 1269/18 1269/18
objects [2]  1200/25 1205/5
observe [1]  1217/13
observing [1]  1217/12
obtain [4]  1221/24 1240/11 1240/21 1243/17
obtained [2]  1177/3 1242/6
obvious [7]  1189/3 1189/8 1191/23 1192/19 1194/7 1207/1 1207/4
occasion [1]  1171/23
occasionally [1]  1264/18
occasions [1]  1239/10
occurred [1]  1251/7
occurs [2]  1189/19 1255/16
October [4]  1175/11 1175/17 1178/3 1225/23
October 2005 [1]  1225/23
October 2006 [1]  1178/3
off [6]  1180/20 1181/3 1195/4 1233/7 1255/18 1257/22
off-gas [1]  1233/7
off-gassing [2]  1181/3 1257/22
offer [4]  1195/21 1195/23 1196/3 1196/14
offered [2]  1169/6 1197/13
offering [1]  1240/20
offers [1]  1269/21
Officer [1]  1261/8
offices [1]  1223/20
Official [3]  1166/15 1280/9 1280/18
often [1]  1213/6
Oh [6]  1220/5 1225/12 1226/22 1229/7 1258/7 1261/9

**Q**

okay [15] 1170/1 1173/21 1176/20
1176/24 1178/9 1178/13 1178/17
1179/17 1183/19 1186/8 1192/7 1198/13
1224/14 1228/6 1261/9
oldest [1] 1208/9
on [133]
on the [2] 1170/8 1228/15
once [7] 1179/18 1183/16 1219/24
1219/25 1220/3 1220/8 1220/8
one [99] 1166/9 1168/5 1169/3 1170/15
1180/20 1184/25 1188/11 1191/19
1196/15 1198/7 1198/9 1199/23 1200/7
1202/9 1203/4 1203/18 1204/18 1205/14
1206/17 1207/6 1208/3 1208/10 1209/7
1211/19 1212/8 1213/17 1215/12
1217/19 1217/21 1221/24 1223/17
1224/5 1224/8 1228/3 1228/18 1231/6
1232/6 1233/25 1234/5 1234/6 1234/8
1234/11 1234/22 1234/23 1235/6
1235/22 1236/5 1236/15 1236/25 1237/1
1237/19 1237/20 1237/24 1238/9
1238/13 1238/23 1238/25 1240/6
1240/21 1241/1 1241/2 1241/3 1242/15
1243/25 1244/2 1244/5 1244/17 1244/21
1244/21 1245/8 1246/13 1248/25 1249/1
1249/2 1249/3 1249/14 1252/24 1252/25
1252/25 1252/25 1253/10 1253/14
1254/24 1254/25 1255/19 1256/4 1257/7
1258/6 1258/25 1259/1 1261/8 1262/3
1262/21 1263/7 1265/18 1266/8 1273/11
1274/17 1275/16
one-off [1] 1180/20
ones [5] 1192/15 1219/3 1221/18
1221/19 1227/12
only [28] 1179/20 1180/8 1180/9
1180/11 1184/10 1185/6 1188/13
1188/14 1188/19 1189/19 1189/25
1191/21 1192/16 1193/17 1194/6
1199/17 1202/9 1208/13 1216/19
1239/10 1250/25 1264/2 1265/7 1265/10
1270/12 1271/22 1273/13 1273/21
onto [3] 1212/2 1244/10 1244/15
open [5] 1168/3 1176/21 1243/3 1272/3
1277/3
opened [2] 1238/7 1243/6
opening [6] 1207/18 1207/22 1223/10
1231/20 1244/7 1251/15
opens [1] 1233/3
operated [1] 1247/10
operation [2] 1173/21 1241/8
operations [1] 1217/12
opinion [11] 1207/6 1263/10 1264/22
1265/7 1268/12 1268/17 1268/21
1268/21 1268/22 1268/23 1270/7
opinions [3] 1245/1 1268/15 1273/16
opportunities [2] 1208/22 1208/24
opportunity [8] 1186/5 1194/3 1198/2
1206/3 1208/2 1233/24 1240/21 1276/14
opposed [2] 1196/12 1266/11
opposite [1] 1219/11
or [140]
orally [1] 1275/22
order [6] 1180/17 1198/22 1198/23
1198/25 1236/17 1272/3
ordered [1] 1276/3
orders [1] 1276/1
organization [1] 1193/8
organizations [1] 1210/11
Orleans [12] 1165/6 1165/17 1166/2
1166/7 1166/13 1166/16 1180/2 1244/21
1246/16 1270/21 1278/6 1278/13

Orleans' [1] 1247/18
ostrich [1] 1255/18
other [50] 1168/9 1170/1 1173/13
1177/13 1181/14 1181/19 1181/23
1182/1 1182/3 1184/20 1184/21 1185/7
1198/6 1202/25 1204/21 1214/24
1215/16 1226/4 1228/24 1229/5 1229/11
1229/20 1231/6 1231/18 1237/10
1242/18 1242/18 1246/3 1246/4 1248/18
1251/1 1252/2 1254/2 1262/22 1262/24
1263/15 1265/13 1266/14 1267/23
1268/3 1268/15 1268/22 1269/1 1269/20
1269/21 1270/5 1270/17 1272/25
1273/14 1274/6
others [4] 1171/24 1172/12 1259/21
1273/18
otherwise [5] 1180/21 1266/5 1266/21
1275/13 1276/1
ought [2] 1263/10 1263/24
our [33] 1178/23 1192/22 1194/21
1197/8 1198/22 1198/25 1201/18
1201/19 1201/19 1202/1 1202/2 1202/4
1202/6 1205/10 1205/11 1206/23 1208/8
1208/11 1210/4 1210/4 1215/22 1216/12
1223/7 1228/14 1233/17 1237/9 1237/10
1242/5 1243/1 1243/11 1243/13 1246/9
1251/24
out [42] 1168/10 1177/25 1178/21
1179/17 1181/16 1183/1 1185/1 1185/12
1188/1 1194/22 1195/22 1197/22 1204/7
1204/9 1204/11 1217/6 1220/9 1220/10
1225/6 1226/14 1226/23 1227/19
1227/19 1230/7 1231/6 1232/16 1234/10
1234/23 1238/2 1238/3 1239/22 1239/24
1239/25 1246/22 1248/23 1250/7 1258/7
1259/17 1261/11 1264/8 1269/19 1276/7
outcome [2] 1267/18 1269/2
outrageous [1] 1178/18
outweighed [1] 1268/21
over [12] 1204/18 1219/23 1226/5
1233/7 1234/22 1234/22 1237/14
1237/14 1242/17 1255/15 1262/23
1270/6
overlooked [1] 1189/9 1213/1
overseas [1] 1238/6
own [20] 1173/16 1173/17 1174/11
1176/18 1177/15 1193/25 1221/11
1223/6 1223/6 1224/11 1229/2 1229/5
1238/1 1249/21 1250/8 1250/19 1250/20
1263/10 1264/13 1264/14
owned [3] 1248/7 1278/7 1278/14
owner [1] 1224/10
owners [1] 1223/19

**P**

P-1304-A [1] 1196/4
P-1304-B [1] 1230/18
P-353 [2] 1228/14 1228/14
P-354 [1] 1226/25
P-359 [2] 1227/16 1227/25
P-46 [1] 1195/23
P-890 [1] 1230/11
P-891 [1] 1230/11
PAGE [1] 1275/22
paid [3] 1205/24 1222/10 1262/1
painted [1] 1238/25
panel [1] 1212/2
paper [9] 1218/17 1218/19 1218/23
1219/1 1237/6 1237/16 1237/16 1243/5
1244/13
papers [1] 1222/15
paperwork [1] 1225/1
paragraph [2] 1198/9 1205/8

paragraphs [1] 1205/7
parameters [1] 1171/8
part [15] 1174/17 1177/12 1199/2 1201/2
1201/3 1201/4 1205/16 1206/23 1207/7
1208/8 1221/22 1244/6 1265/7 1272/10
1279/22
partiality [1] 1267/20
partially [1] 1274/10
participate [2] 1185/8 1208/11
particular [11] 1175/2 1194/16 1201/3
1201/22 1202/10 1204/2 1216/18 1222/5
1254/3 1267/20 1267/24
particularly [1] 1264/11
parties [9] 1199/5 1208/17 1251/17
1263/18 1266/24 1269/9 1271/12 1277/5
1279/24
partners [1] 1176/15
partnership [1] 1177/14
pass [2] 1223/3 1233/8
passed [3] 1189/6 1209/6 1212/6
passenger [1] 1204/19
past [2] 1249/15 1261/25
Pate [3] 1209/23 1247/21 1248/7
patterns [1] 1204/19
pay [2] 1222/4 1262/2
peeling [1] 1222/7
peels [3] 1237/16 1243/5 1244/13
people [10] 1188/21 1188/24 1189/9
1190/9 1226/19 1240/20 1246/16 1249/9
1262/1 1268/3
people's [3] 1210/16 1211/11 1233/4
perceived [1] 1256/4
percent [3] 1216/10 1239/18 1242/11
perfectly [1] 1180/17
perform [2] 1218/7 1250/19
performed [1] 1245/15
period [4] 1170/11 1173/19 1226/8
1241/19
permits [1] 1265/1
permitted [3] 1265/18 1268/12 1270/4
person [2] 1188/22 1188/25 1237/19
1244/17 1257/1 1257/1 1258/5 1266/2
1268/10 1272/15 1272/18 1272/19
personal [3] 1246/20 1246/21 1267/17
personally [3] 1187/24 1209/22 1238/7
persons [3] 1189/7 1263/21 1263/23
philosophical [1] 1269/1
phrase [1] 1215/18
physical [2] 1256/14 1258/16
picked [1] 1207/18
piece [5] 1218/17 1218/19 1218/23
1252/22 1259/3
pieces [2] 1224/15 1257/2
pile [1] 1232/19
place [5] 1195/9 1209/13 1224/5 1237/7
1249/10
places [2] 1170/20 1170/22
plaintiff [17] 1197/16 1197/17 1206/20
1208/20 1208/21 1208/22 1209/19
1213/21 1224/3 1266/7 1266/16 1271/3
1271/24 1278/6 1278/13 1279/7 1279/12
plaintiffs [45] 1165/15 1165/18 1165/22
1166/1 1200/6 1200/13 1201/10 1201/17
1206/18 1207/19 1208/25 1213/21
1215/7 1216/5 1216/11 1224/6 1235/8
1235/19 1235/19 1247/14 1250/23
1252/4 1253/10 1253/14 1254/16
1254/17 1259/21 1259/22 1270/21
1270/24 1271/1 1271/13 1271/16 1272/4
1272/6 1272/8 1272/24 1273/9 1274/15
1278/20 1279/1
plaintiffs' [9] 1199/8 1199/21 1216/16

# P

plaintiffs'... [6] 1234/17 1238/1 1256/3
 1257/14 1273/6 1273/8
plan [2] 1222/19 1223/1
planning [1] 1174/1
plant [35] 1176/12 1176/25 1177/19
 1177/20 1182/2 1182/4 1182/8 1182/20
 1184/16 1184/16 1184/16 1185/10
 1195/7 1195/10 1195/11 1217/24 1218/6
 1218/20 1220/10 1232/15 1241/10
 1241/11 1245/4 1245/7 1245/8 1247/10
 1247/16 1249/19 1249/21 1256/9
 1256/11 1256/12 1256/14 1256/16
 1256/20
plants [5] 1245/9 1245/12 1245/14
 1247/14 1256/15
plasterboard [20] 1174/3 1176/5 1176/7
 1176/13 1179/3 1179/19 1179/20
 1180/16 1180/24 1248/3 1274/15
 1274/22 1277/18 1277/24 1278/5
 1278/12 1278/19 1278/25 1279/6
 1279/11
plastic [1] 1226/10
plastics [2] 1226/11 1226/21
play [1] 1210/14
played [1] 1259/24
please [23] 1168/4 1180/22 1187/22
 1197/22 1207/16 1213/19 1217/6
 1218/14 1218/15 1218/16 1221/8
 1221/17 1223/25 1224/1 1224/1 1228/15
 1275/18 1276/5 1276/7 1277/4 1277/10
 1277/13 1280/3
point [20] 1168/7 1168/14 1168/15
 1184/11 1184/13 1212/22 1216/24
 1217/6 1218/12 1225/18 1229/20 1234/5
 1234/6 1234/7 1248/14 1250/21 1250/22
 1250/23 1258/5 1264/8
points [2] 1205/13 1251/3
politeness [1] 1218/17
polled [1] 1279/20
poor [1] 1223/22
pop [1] 1223/17
ports [1] 1244/20
posed [1] 1216/14
position [7] 1173/18 1177/16 1177/18
 1204/4 1215/6 1215/10 1272/23
possession [1] 1243/2
possibility [1] 1267/2
possible [3] 1205/4 1266/24 1275/20
possibly [2] 1176/5 1265/4
postverdict [1] 1279/25
potential [1] 1188/2
Poydras [4] 1165/16 1166/6 1166/13
 1166/15
practice [7] 1211/9 1211/22 1237/6
 1237/7 1250/15 1250/16 1250/18
practices [2] 1219/8 1221/25
precise [1] 1171/10
predicated [1] 1229/23
preference [2] 1239/4 1239/6
preferences [2] 1223/25 1239/13
prejudice [3] 1263/16 1267/19 1269/23
prepared [1] 1273/23
preponderance [21] 1214/6 1215/21
 1215/25 1266/9 1266/10 1266/14
 1266/17 1266/20 1272/4 1273/5 1273/7
 1274/12 1274/19 1277/16 1277/21
 1278/2 1278/9 1278/16 1278/22 1279/3
 1279/8
present [10] 1169/20 1203/21 1244/14
 1244/19 1253/3 1269/6 1269/11 1269/15
 1277/6 1277/6

presented [7] 1202/10 1204/25 1205/1
 1240/16 1255/19 1256/19 1269/8
preserve [1] 1198/25
preserving [1] 1198/22
preside [1] 1262/23
presumed [2] 1199/19 1207/1
pretty [3] 1172/3 1209/16 1226/1
prevail [1] 1272/3
price [2] 1203/9 1241/1
prior [5] 1196/15 1199/20 1200/12
 1207/4 1250/13
private [1] 1208/5
privy [1] 1186/22
probability [1] 1267/2
probably [8] 1168/10 1171/19 1180/25
 1183/7 1202/21 1233/22 1246/16
 1250/21
problem [59] 1171/25 1172/4 1172/13
 1172/21 1176/2 1177/25 1178/19
 1179/22 1179/22 1179/25 1180/6
 1180/10 1180/11 1180/25 1182/11
 1183/20 1183/23 1184/2 1184/10
 1184/11 1184/14 1184/23 1187/11
 1187/14 1188/2 1188/5 1188/9 1188/13
 1188/19 1189/21 1190/11 1192/3
 1192/24 1193/10 1193/14 1193/16
 1193/25 1194/4 1194/24 1194/25
 1195/13 1195/14 1199/23 1200/6 1230/8
 1232/1 1232/15 1232/24 1238/3 1248/23
 1254/23 1254/24 1254/24 1254/25
 1255/8 1256/5 1259/7 1260/21 1260/22
problems [3] 1185/11 1219/19 1225/20
procedures [1] 1248/1
proceedings [6] 1166/19 1168/3 1196/21
 1277/3 1280/6 1280/13
proceeds [1] 1207/17
process [14] 1195/4 1223/2 1227/10
 1232/12 1232/17 1237/7 1239/3 1240/5
 1244/6 1245/21 1249/18 1250/4 1255/18
 1263/5
processes [1] 1217/14
produce [1] 1266/24
produced [3] 1182/14 1230/20 1266/24
producer [2] 1251/5 1251/5
produces [1] 1266/12
producing [1] 1254/5
product [54] 1175/23 1176/21 1176/22
 1176/25 1177/9 1178/23 1179/6 1179/8
 1179/12 1180/4 1193/13 1199/18
 1203/10 1207/1 1210/19 1210/20
 1210/22 1211/2 1211/5 1211/6 1211/7
 1211/11 1212/5 1213/1 1213/2 1213/9
 1214/22 1215/14 1217/23 1219/9 1221/1
 1221/2 1221/16 1221/18 1222/5 1222/9
 1223/20 1228/7 1229/4 1231/13 1232/21
 1240/12 1240/13 1243/10 1244/4
 1249/16 1249/17 1249/18 1249/19
 1249/21 1249/22 1250/2 1251/6 1262/8
production [7] 1173/17 1174/11 1184/25
 1185/4 1194/9 1194/10 1228/4
products [16] 1165/5 1204/21 1207/4
 1216/19 1226/24 1241/17 1241/25
 1241/19 1243/18 1246/1 1247/24 1250/1
 1250/8 1250/9 1258/9 1261/19
profession [1] 1210/6
professional [1] 1276/17
Professor [9] 1175/10 1175/16 1175/17
 1176/4 1178/11 1178/13 1178/14
 1178/15 1181/2
Professor Hummel [1] 1175/17
profound [1] 1220/21
project [1] 1221/3
promise [1] 1263/17

promptly [1] 1275/20
proper [2] 1199/16 1219/12
properly [1] 1269/22
property [2] 1278/7 1278/14
proportion [1] 1206/4
proposed [6] 1201/18 1201/19 1201/19
 1202/4 1202/6 1206/24
prosecution [1] 1267/1
protected [1] 1219/14
proud [1] 1213/10
prove [9] 1223/7 1236/23 1266/8
 1266/15 1266/16 1266/25 1267/10
 1272/4 1272/10
proved [4] 1265/21 1266/6 1266/13
 1266/19
proven [3] 1231/22 1240/14 1271/20
provide [3] 1182/23 1184/6 1254/4
provided [3] 1179/23 1274/5 1279/24
providing [2] 1206/2 1243/21
province [3] 1179/9 1179/10 1183/10
proving [3] 1215/25 1216/5 1252/4
provision [2] 1204/6 1205/15
prudent [3] 1219/8 1233/2 1233/14
public [2] 1247/20 1248/19
publication [1] 1196/11
pull [2] 1230/5 1261/11
pulled [1] 1230/7
purchase [2] 1247/18 1271/17
purchased [4] 1187/20 1230/25 1246/23
 1271/18
purchases [1] 1174/12
purity [2] 1230/10 1258/3
purpose [3] 1171/18 1185/14 1254/3
purposes [1] 1173/11
put [5] 1212/19 1221/11 1248/25
 1257/24 1260/16
putting [1] 1249/25
puzzled [1] 1212/14

# Q

quality [18] 1195/9 1195/11 1211/5
 1211/7 1217/14 1222/5 1222/9 1223/22
 1227/10 1227/13 1229/8 1229/12
 1229/12 1229/17 1229/19 1231/16
 1245/14 1247/16
quarter [1] 1219/23
quarterbacks [1] 1259/23
question [49] 1171/12 1177/5 1177/8
 1186/2 1198/21 1203/16 1213/22 1214/5
 1214/21 1215/8 1215/11 1215/16
 1216/14 1225/13 1225/15 1235/9
 1235/23 1235/25 1235/25 1236/3
 1236/16 1254/11 1254/15 1254/19
 1263/8 1264/18 1264/20 1270/1 1270/2
 1270/4 1271/22 1274/3 1274/5 1274/6
 1274/7 1274/11 1274/12 1274/19
 1275/15 1275/18 1275/23 1277/15
 1277/21 1278/2 1278/9 1278/16 1278/22
 1279/3 1279/8
Question 1 [1] 1274/12
questionable [1] 1231/17
questioned [1] 1269/10
questioning [3] 1173/11 1220/5 1220/9
questions [31] 1196/17 1206/8 1206/9
 1206/9 1206/11 1206/12 1206/15
 1206/16 1206/19 1206/21 1213/20
 1213/25 1214/1 1214/4 1214/11 1214/12
 1214/14 1231/10 1233/11 1235/5
 1235/14 1236/14 1236/15 1245/25
 1257/20 1258/14 1269/5 1269/11 1274/3
 1274/25 1275/12

**Q**

Questions 1 [1] 1206/9
quickly [3] 1225/25 1226/1 1226/3
quite [1] 1249/4
quote [2] 1228/2 1246/19

**R**

raise [2] 1198/6 1206/3
raised [2] 1198/21 1238/20
Raleigh [1] 1165/23
random [1] 1228/7
range [2] 1224/4 1224/4
rate [2] 1183/14 1184/1
raw [4] 1182/17 1185/1 1185/2 1249/19
RE [1] 1165/4
reach [6] 1188/1 1219/5 1265/14 1273/12 1276/10 1276/13
reached [3] 1275/10 1275/24 1277/7
reaching [2] 1263/4 1273/24
read [11] 1198/7 1198/9 1203/18 1204/2 1204/17 1214/16 1221/9 1247/10 1257/25 1269/12 1277/13
real [4] 1208/11 1227/11 1249/8 1273/20
really [11] 1204/15 1211/6 1215/11 1221/3 1224/9 1228/21 1234/12 1247/5 1249/6 1253/10 1253/14
reason [21] 1171/20 1180/20 1189/8 1190/7 1190/11 1190/24 1193/14 1200/17 1203/7 1204/24 1205/14 1206/11 1206/20 1206/22 1208/22 1209/11 1254/1 1254/2 1255/19 1262/3 1265/14
reasonable [32] 1189/2 1191/23 1192/1 1205/25 1214/23 1214/24 1214/25 1215/2 1215/5 1215/9 1215/13 1215/13 1215/23 1216/14 1219/8 1223/8 1233/2 1237/12 1240/1 1240/15 1243/9 1250/12 1254/9 1254/17 1265/11 1266/25 1267/6 1272/14 1272/14 1272/16 1272/22
reasonableness [1] 1207/10
reasonably [14] 1233/13 1236/6 1236/7 1236/20 1254/11 1254/13 1260/1 1271/9 1271/14 1272/15 1272/17 1272/19 1273/1 1273/4
reasons [1] 1205/10 1206/5 1206/13 1208/11 1268/20
rebuttal [5] 1197/14 1207/20 1258/22 1258/24 1258/24
recall [4] 1183/16 1241/16 1241/23 1264/12
recalls [1] 1198/9
receive [3] 1194/9 1208/1 1238/9
received [6] 1197/24 1203/9 1238/12 1248/12 1251/8 1266/23
recent [1] 1249/24
recess [5] 1197/20 1197/21 1275/7 1276/20 1276/21
recognition [1] 1202/18
recognize [3] 1168/13 1202/19 1208/7
recollection [7] 1175/7 1183/5 1183/8 1183/9 1264/14 1270/15 1270/18
record [10] 1169/19 1198/12 1198/17 1198/19 1198/24 1199/2 1264/5 1277/5 1279/23 1280/13
recorded [3] 1166/19 1269/4 1269/11
records [4] 1218/7 1224/24 1225/7 1225/8
recovery [1] 1246/17
red [11] 1223/11 1223/14 1223/15 1230/14 1230/15 1252/1 1252/2 1252/3 1252/20 1253/15 1253/19

redhibition [7] 1202/5 1202/23 1203/1 1203/6 1205/21 1264/25 1273/7
reexamine [1] 1273/15
refer [1] 1211/3
referred [2] 1174/7 1252/4
referring [1] 1173/12
reflect [2] 1246/25 1277/5
refused [1] 1204/24
regard [8] 1176/13 1177/25 1178/10 1200/19 1202/8 1242/5 1266/6 1271/20
regardless [3] 1263/13 1266/22 1266/23
regimes [2] 1202/13 1202/25
regional [1] 1173/9
registered [1] 1169/23
regular [3] 1238/5 1238/19 1239/1
relates [4] 1165/7 1202/6 1250/22 1250/23
relating [1] 1202/4
relationship [4] 1222/13 1240/24 1241/18 1242/25
release [1] 1271/15
relevant [2] 1177/10 1177/11
reliance [4] 1202/16 1202/17 1202/18 1202/21
relied [2] 1246/5 1268/20
rely [11] 1190/18 1246/4 1246/5 1250/15 1250/17 1256/24 1260/23 1268/16 1268/23 1270/13 1270/15
relying [1] 1250/5
remarkable [3] 1260/13 1260/17 1260/19
remarks [1] 1265/4
remedy [2] 1202/15 1202/19
remember [24] 1171/18 1172/6 1172/8 1174/5 1180/22 1183/4 1188/11 1217/8 1217/17 1225/22 1226/10 1230/5 1231/24 1232/16 1252/6 1252/21 1260/24 1264/6 1268/3 1269/4 1270/8 1270/17 1273/17 1273/20
remembers [1] 1268/2
remind [5] 1234/11 1234/21 1257/19 1270/12 1271/12
Remont [1] 1244/14
renew [2] 1199/6 1201/25
repeat [5] 1205/12
report [24] 1175/24 1180/18 1182/23 1183/13 1189/22 1196/8 1196/9 1196/9 1196/10 1213/18 1230/17 1230/20 1231/4 1231/6 1231/9 1231/17 1242/6 1242/8 1253/16 1253/22 1253/24 1253/25 1254/3 1261/2
reported [2] 1176/4 1189/3
reporter [4] 1166/15 1269/10 1280/10 1280/18
reports [1] 1176/12 1228/23
represent [4] 1185/24 1209/23 1210/17 1274/1
representations [1] 1248/13
representative [3] 1211/25 1240/25 1241/4
representatives [2] 1247/9 1247/15
representing [2] 1269/9 1276/16
represents [1] 1242/8
republic [2] 1208/10 1211/12
reputable [1] 1180/18
reputation [1] 1180/14
request [1] 1218/18
requested [3] 1175/10 1175/22 1185/11
requests [2] 1174/13 1239/13
required [8] 1207/3 1219/8 1222/12 1243/1 1243/14 1255/11 1268/14 1275/25
requirement [1] 1243/13
requires [1] 1213/24

requiring [1] 1172/14
requisite [1] 1203/12
research [9] 1182/25 1183/2 1183/3 1203/20 1218/25 1245/5 1245/6 1245/7 1248/9
researched [1] 1242/13
reserve [2] 1200/10 1200/16
resounding [1] 1254/20
Resources [15] 1195/24 1241/17 1241/18 1241/22 1241/25 1242/6 1242/13 1242/17 1242/23 1243/12 1243/20 1244/1 1247/8 1247/19 1250/14
respect [3] 1202/2 1209/13 1210/2
respectfully [2] 1201/18 1202/3
respond [2] 1264/20 1275/20
response [2] 1206/7 1275/23
responsibility [6] 1192/17 1203/4 1206/4 1211/11 1212/15 1217/4
responsible [3] 1182/18 1190/12 1203/9
rest [3] 1180/16 1195/18 1195/20
rested [2] 1199/6 1200/13
restricted [1] 1201/4
restriction [1] 1201/5
restrictive [1] 1204/16
rests [2] 1197/16 1197/17
result [6] 1178/9 1183/4 1183/8 1183/9 1210/16 1258/12
results [2] 1182/24 1183/2
retained [1] 1255/8
retire [2] 1275/2 1276/2
return [4] 1197/19 1238/21 1253/9 1274/7
returned [1] 1277/6
reveal [4] 1258/1 1258/17 1258/18 1275/12
revealed [5] 1252/18 1257/22 1258/15 1260/2 1260/6
review [2] 1198/2 1234/18
reviewed [1] 1197/25
Rich [1] 1249/16
Rich's [1] 1249/22
RICHARD [2] 1166/5 1185/23
right [15] 1174/19 1189/16 1191/10 1191/14 1191/16 1192/9 1192/11 1194/5 1194/11 1209/15 1222/8 1223/14 1263/7 1263/19 1267/22
rights [1] 1202/10
rise [2] 1276/5 1280/3
risk [1] 1180/19
RISLEY [2] 1166/9 1246/19
rivals [1] 1229/4
River [7] 1166/8 1166/11 1197/9 1199/6 1205/5 1209/20 1270/23
Riverway [1] 1166/9
Robson [2] 1186/14 1186/14
rock [3] 1183/22 1194/23 1195/2
Roman [1] 1202/24
roof [1] 1257/16
room [3] 1273/25 1275/2 1276/2
Rosemary [8] 1211/16 1216/16 1217/16 1219/11 1220/25 1222/20 1231/9 1232/18
Rudy [1] 1244/14
ruining [2] 1172/13 1175/4
rule [11] 1200/4 1202/1 1202/2 1211/21 1211/21 1217/10 1221/24 1222/4 1222/11 1222/17 1263/8
Rule 50 [2] 1200/4 1202/1
Rule 51 [1] 1202/2
rules [40] 1210/4 1210/6 1210/7 1210/8 1210/9 1210/10 1210/12 1210/14 1210/23 1210/25 1211/1 1211/3 1211/9 1211/17 1211/19 1216/23 1217/1

**R**

rules... [21]  1217/2 1217/6 1217/9
 1217/11 1217/12 1218/25 1219/2 1219/3
 1219/5 1219/8 1221/16 1221/22 1221/25
 1223/6 1246/6 1246/14 1246/15 1247/24
 1261/25 1261/25 1279/25
ruling [3]  1200/2 1200/10 1200/16
run [2]  1184/25 1185/2
running [2]  1208/12 1208/12
rush [3]  1242/2 1242/3 1242/3
Rutila [6]  1231/9 1257/14 1257/18
 1258/3 1258/4 1258/8

**S**

S-I-T-E-S-I [1]  1170/8
S-O-K-A-K [1]  1170/8
sacrifice [1]  1209/21
Safak [1]  1170/5
safety [3]  1179/1 1228/17 1228/19
said [51]  1171/5 1175/24 1179/17
 1180/13 1200/15 1206/7 1206/22
 1209/14 1212/12 1217/1 1217/3 1217/22
 1217/24 1218/6 1220/25 1221/5 1221/17
 1222/4 1223/1 1223/12 1224/17 1224/20
 1225/7 1225/12 1225/14 1225/15 1230/6
 1231/10 1232/3 1238/25 1239/19
 1241/11 1245/10 1246/3 1246/22
 1246/25 1247/1 1247/23 1248/2 1248/4
 1248/7 1249/1 1249/2 1253/4 1253/6
 1257/10 1260/24 1262/1 1264/21
 1264/24 1270/4
sale [5]  1192/17 1207/4 1213/22
 1242/17 1271/2
sales [3]  1176/18 1195/24 1224/5
same [18]  1196/9 1200/19 1209/5
 1209/9 1214/5 1227/25 1228/2 1231/6
 1231/17 1239/6 1247/18 1248/1 1248/16
 1250/1 1263/14 1263/22 1269/13
 1269/16
sample [2]  1231/13 1261/2
samples [4]  1182/17 1183/9 1184/21
 1231/12
sat [1]  1245/10
satellite [1]  1173/12
satisfied [1]  1262/10
Saturday [1]  1257/17
saw [5]  1224/16 1227/9 1239/4 1247/6
 1247/7
say [36]  1168/16 1168/17 1171/4 1171/7
 1172/11 1174/15 1174/18 1178/6
 1179/18 1179/21 1180/6 1202/9 1209/6
 1210/3 1210/24 1211/3 1218/23 1220/15
 1223/16 1225/24 1226/15 1226/22
 1230/14 1232/23 1234/22 1234/25
 1238/4 1242/24 1247/15 1253/11
 1253/16 1257/19 1258/6 1260/12
 1264/15 1272/12
saying [4]  1199/22 1222/23 1224/7
 1226/12
says [21]  1169/5 1213/4 1213/11
 1218/15 1219/11 1219/15 1221/23
 1222/18 1224/13 1224/14 1224/16
 1225/5 1228/1 1228/6 1228/21 1228/23
 1229/7 1229/12 1232/16 1246/13 1261/8
scales [2]  1216/7 1216/9
schools [1]  1246/9
scientists [1]  1212/9
SCOTT [1]  1165/19
scraps [1]  1226/11
screen [1]  1236/18
searched [2]  1240/17 1240/18
seated [5]  1168/4 1197/22 1207/16

 1276/7 1277/4
 1277/7 1277/10 1203/2 1278/8
 1235/9 1235/25 1235/25 1236/7
secondary [1]  1224/9
section [4]  1165/5 1205/6 1205/8
 1205/15
see [14]  1171/21 1171/21 1196/20
 1215/21 1217/10 1218/10 1218/21
 1218/22 1221/10 1221/21 1222/24
 1227/25 1230/8 1254/2
Seeger [3]  1165/18 1165/19 1226/17
seeing [1]  1188/11
seek [1]  1273/22
seeking [1]  1209/19
seemed [1]  1178/18
seems [1]  1229/22
seen [6]  1188/8 1193/10 1237/19
 1243/19 1256/13 1274/10
select [1]  1275/5
selected [1]  1212/12
sell [14]  1176/19 1179/16 1186/5
 1186/24 1210/22 1211/12 1224/1 1224/2
 1224/24 1227/3 1227/4 1248/2 1248/8
 1261/25
seller [28]  1199/18 1203/4 1203/5
 1203/6 1203/12 1203/15 1205/23
 1205/23 1206/25 1207/2 1210/21 1211/2
 1213/11 1213/13 1213/14 1214/21
 1215/5 1215/10 1215/14 1215/16 1216/3
 1216/14 1233/17 1246/6 1271/2 1271/4
 1271/8 1272/22
selling [6]  1187/2 1216/22 1224/6
 1224/24 1248/19 1248/24
sells [1]  1203/13
send [3]  1175/8 1224/15 1239/16
sense [2]  1265/15 1267/5
sensible [1]  1179/12
sent [2]  1220/9 1260/25
separate [1]  1224/24
September [2]  1278/20 1279/2
September 15 [2]  1278/20 1279/2
serious [2]  1171/15 1219/19
serve [1]  1208/15
service [2]  1209/15 1233/25
services [6]  1173/14 1174/13 1174/13
 1208/16 1227/9 1228/3
SESSION [2]  1168/1 1277/1
set [1]  1242/25
seven [1]  1180/23
several [7]  1180/9 1180/11 1185/18
 1197/25 1259/19 1262/20 1274/2
SGS [5]  1227/7 1227/11 1227/16
 1227/24 1228/11
Shandong [3]  1179/9 1179/10 1183/10
shared [3]  1174/13 1213/5 1213/7
she [76]  1169/2 1169/3 1169/6 1169/7
 1169/9 1169/10 1171/7 1216/24 1217/1
 1217/2 1217/3 1217/6 1217/8 1217/22
 1218/6 1218/13 1232/3 1245/1 1245/2
 1245/3 1245/5 1245/7 1245/8 1245/10
 1245/10 1245/17 1245/17 1245/19
 1245/20 1245/20 1245/21 1245/23
 1245/24 1245/25 1246/2 1246/5 1246/5
 1246/6 1246/9 1246/13 1246/21 1246/22
 1246/25 1247/1 1247/3 1247/6 1247/6
 1247/7 1247/8 1247/10 1247/12 1247/12
 1247/13 1247/17 1247/20 1247/21
 1247/23 1247/23 1256/3 1256/4 1256/7
 1256/11 1256/12 1256/13 1256/16
 1256/25 1257/8 1257/8 1257/10 1259/6
 1260/24 1264/20 1267/18 1267/19
 1267/20 1268/2
she's [4]  1169/5 1216/22 1245/9 1256/13

sheet [3]  1218/16 1228/17 1243/15
sheets [10]  1179/24 1179/24 1179/24
 1188/18 1242/17 1242/21 1242/22
 1244/16 1244/19 1248/4
ship [4]  1212/2 1239/19 1244/15
 1244/17
shipment [7]  1180/24 1243/21 1243/24
 1244/14 1251/6 1251/8 1254/7
shipped [4]  1226/2 1226/5 1231/13
 1233/6
ships [1]  1244/10
Shmoe [1]  1240/23
shocking [1]  1226/9
shop [1]  1223/17
short [2]  1198/7 1210/22
shortly [1]  1276/4
should [82]  1193/23 1195/4 1199/10
 1199/15 1199/22 1200/8 1200/17
 1200/23 1203/7 1203/19 1204/1 1204/3
 1204/15 1205/9 1205/17 1207/25
 1210/19 1213/10 1213/14 1213/23
 1214/6 1214/7 1214/21 1215/6 1223/9
 1233/16 1235/10 1236/1 1236/16
 1237/12 1237/17 1237/21 1240/5
 1240/15 1244/12 1244/25 1245/18
 1246/7 1246/9 1246/22 1247/3 1249/20
 1250/5 1251/16 1252/5 1252/7 1253/22
 1254/9 1254/22 1257/6 1257/10 1257/11
 1257/12 1259/5 1259/8 1263/20 1264/20
 1264/23 1265/10 1266/16 1267/25
 1268/17 1268/19 1269/22 1270/13
 1270/15 1270/16 1271/2 1271/5 1272/2
 1272/8 1272/12 1272/23 1273/7 1273/9
 1274/20 1276/4 1277/5 1277/22 1278/10
 1278/23 1279/9
shouldn't [1]  1261/15
show [2]  1230/22 1269/23
showed [6]  1220/2 1230/19 1230/20
 1231/1 1251/24 1274/11
showing [1]  1196/10
shown [4]  1237/20 1254/13 1267/19
 1267/21
shows [2]  1231/5 1231/5
shrink [2]  1212/2 1233/6
shrink-wrapped [1]  1233/6
side [4]  1168/15 1264/9 1269/20
 1269/21
sides [3]  1266/2 1266/3 1276/15
SIDNEY [1]  1166/12
sign [1]  1226/20
signals [1]  1223/12
signed [2]  1198/11 1198/23 1275/18
 1279/14
significance [2]  1181/2 1268/7
significant [12]  1170/24 1170/25 1171/4
 1171/5 1171/5 1171/9 1172/3 1172/12
 1187/20 1188/24 1257/8 1264/9
silent [1]  1209/6
similar [3]  1263/22 1272/18 1272/20
simple [3]  1211/22 1212/4 1231/21
simply [5]  1203/18 1214/12 1228/9
 1235/16 1268/6
since [11]  1177/13 1184/5 1185/10
 1185/10 1189/11 1194/6 1224/12
 1224/21 1229/22 1245/20 1265/8
single [10]  1217/19 1217/21 1238/12
 1238/13 1243/15 1243/24 1251/10
 1267/9 1267/13 1268/1
sinks [1]  1230/15
sit [5]  1190/13 1194/25 1234/12 1247/11
site [1]  1238/12
sites [2]  1175/10 1238/13

**S**

Sitesi [1]  1170/5
sitting [3]  1222/22 1222/22 1234/6
situation [1]  1175/8
six [7]  1217/10 1220/24 1221/4 1225/23
  1241/25 1242/4 1242/4
six Ds [1]  1221/4
sixth [1]  1205/7
size [3]  1237/15 1243/5 1244/13
skilled [1]  1168/13
slightest [1]  1231/21
slightly [1]  1216/10
slow [2]  1223/13 1227/2
slowing [1]  1227/2
small [3]  1179/20 1184/10 1188/14
smell [85]  1172/21 1172/21 1175/3
  1175/23 1176/5 1176/12 1178/19 1179/4
  1180/9 1180/11 1180/22 1180/25 1181/6
  1181/7 1182/6 1182/10 1182/11 1183/1
  1183/14 1183/23 1184/1 1184/16 1185/3
  1185/5 1185/13 1188/20 1188/21
  1188/24 1189/3 1189/8 1189/12 1189/16
  1189/19 1189/24 1189/25 1190/1 1190/1
  1191/1 1191/2 1191/22 1191/22 1191/24
  1192/2 1192/9 1192/21 1192/25 1194/2
  1194/6 1211/23 1211/23 1212/6 1223/3
  1231/18 1232/4 1232/5 1232/8 1232/11
  1232/15 1232/24 1232/24 1233/2 1233/8
  1234/25 1238/9 1238/15 1238/20
  1239/24 1243/7 1244/18 1244/21
  1244/23 1248/25 1252/23 1252/25
  1253/12 1253/12 1253/13 1255/4 1255/7
  1256/3 1256/9 1256/15 1256/16 1257/3
  1260/20
smelled [17]  1191/1 1192/20 1231/19
  1232/22 1232/22 1233/8 1235/3 1239/1
  1249/2 1249/2 1249/3 1256/6 1256/7
  1256/8 1256/21 1257/2 1260/17
smelling [6]  1176/7 1185/1 1185/2
  1212/5 1231/22 1233/7
smells [7]  1178/8 1188/23 1191/9
  1191/14 1192/2 1233/3 1248/22
smelly [2]  1171/25 1178/25
Smith [1]  1166/4
sniff [1]  1182/7
sniffed [2]  1182/9 1232/16
so [98]  1168/20 1170/15 1170/25
  1171/10 1175/24 1176/18 1179/16
  1180/6 1180/19 1180/24 1181/17 1182/8
  1183/1 1183/5 1183/19 1188/3 1188/24
  1189/1 1189/7 1189/15 1189/19 1191/8
  1191/22 1192/7 1192/16 1192/21
  1193/24 1194/19 1194/22 1195/9 1199/1
  1199/2 1199/24 1201/23 1204/9 1205/17
  1209/16 1210/1 1210/2 1216/8 1216/9
  1217/15 1217/24 1218/13 1219/2 1219/4
  1220/11 1220/16 1220/23 1221/16
  1221/19 1222/17 1223/5 1223/11 1224/5
  1226/3 1226/23 1226/24 1229/14
  1229/16 1231/10 1231/20 1231/20
  1231/20 1233/10 1233/16 1233/16
  1235/23 1240/1 1241/12 1245/23 1247/3
  1248/7 1249/19 1252/1 1252/19 1253/10
  1253/12 1253/14 1253/4 1254/10 1257/4
  1257/19 1257/24 1259/11 1259/16
  1260/12 1262/5 1264/2 1264/10 1266/15
  1266/16 1268/4 1273/12 1275/21
  1276/10 1276/11 1276/13
society [2]  1208/8 1210/3
software [1]  1166/20
sold [35]  1179/3 1179/8 1180/2 1188/14
  1188/22 1192/7 1193/13 1235/7 1235/11

1235/18 1236/6 1236/9 1242/20 1247/20
  1258/8 1258/11 1262/22 1265/22
1258/20 1270/24 1271/3 1271/13
  1271/23 1272/5 1272/7 1274/15 1274/23
  1277/18 1277/25 1278/5 1278/13
  1278/19 1279/1 1279/6 1279/12
sole [2]  1265/9 1270/9
solely [3]  1212/25 1263/15 1273/18
solid [2]  1222/18 1222/25
solved [1]  1179/23
Solving [1]  1177/11
some [45]  1168/19 1170/10 1170/10
  1170/12 1170/13 1170/25 1171/11
  1172/20 1179/3 1181/6 1181/7 1183/5
  1183/9 1183/22 1183/24 1184/18
  1187/18 1188/5 1190/22 1191/11
  1191/12 1194/23 1195/21 1200/5
  1202/18 1203/10 1203/10 1204/9 1208/7
  1220/12 1221/9 1224/13 1224/25 1225/5
  1226/4 1231/10 1245/25 1247/24
  1249/12 1257/18 1257/19 1268/3 1269/6
  1269/8 1274/6
somehow [3]  1234/9 1235/10 1238/3
someone [6]  1203/6 1203/12 1211/24
  1212/4 1240/24 1256/21
something [24]  1172/6 1176/11 1179/13
  1189/2 1189/8 1204/8 1212/13 1215/5
  1215/9 1216/1 1218/15 1218/21 1218/22
  1219/16 1225/16 1243/8 1249/5 1254/22
  1257/8 1260/12 1260/19 1272/17
  1272/19 1272/22
sometime [2]  1175/14 1184/10
sometimes [13]  1171/21 1174/12
  1174/13 1208/14 1211/20 1211/20
  1211/21 1214/7 1224/8 1226/9 1230/18
  1246/13 1269/18
somewhat [2]  1202/17 1204/6
somewhere [4]  1175/11 1178/2 1183/18
  1185/16
soon [1]  1224/16 1227/3
Sooner [1]  1226/12
sophisticated [4]  1223/18 1223/19
  1227/8 1250/6
sorry [3]  1220/16 1261/4 1279/17
sort [1]  1212/18
sought [1]  1266/13
sound [2]  1242/2 1268/21
Sounds [1]  1172/13
source [5]  1185/13 1211/11 1216/21
  1217/23 1262/8
sourced [4]  1236/6 1236/21 1254/12
  1262/2
sources [2]  1240/18 1240/19
sourcing [7]  1216/18 1216/23 1217/20
  1221/14 1240/2 1246/1 1246/11 1249/12
South [2]  1239/12 1242/19
Southern [1]  1173/9
space [1]  1274/4
speak [4]  1181/1 1204/10 1208/22
  1208/24
special [7]  1182/10 1182/11 1213/7
  1249/16 1263/7 1268/10 1273/23
specific [3]  1204/15 1251/18 1257/19
specifically [1]  1208/3
specifics [1]  1183/4
specify [2]  1240/8 1243/10
spectators [1]  1209/7
speculate [2]  1245/3 1270/3
speculation [2]  1247/2 1267/2
spoke [4]  1196/8 1223/7 1238/18
  1239/15
spring [1]  1226/2
sprung [1]  1217/2

stack [1]  1224/3
stamped [3]  1243/14 1251/10 1251/22
stand [7]  1197/20 1237/20 1241/14
  1263/24 1267/16 1269/7 1276/20
standard [37]  1199/11 1199/16 1199/17
  1199/22 1199/24 1199/24 1199/25
  1200/2 1200/3 1200/17 1202/4 1204/3
  1205/11 1205/17 1205/23 1206/1
  1214/23 1215/2 1217/19 1220/7 1227/11
  1229/6 1229/21 1233/12 1249/17
  1249/23 1250/2 1250/17 1251/4 1251/14
  1251/15 1254/7 1255/2 1255/2 1257/21
  1257/23 1258/17
standardized [4]  1221/1 1221/2 1221/3
  1221/18
standards [23]  1174/20 1174/21 1174/23
  1174/23 1210/25 1217/11 1223/6 1240/8
  1240/10 1240/12 1241/7 1243/10
  1243/18 1243/23 1246/1 1246/2 1246/3
  1246/4 1248/16 1251/4 1251/7 1254/6
  1257/13
standing [2]  1234/5 1263/21
standpoint [1]  1198/14
stands [1]  1209/20
start [1]  1168/11
started [3]  1173/6 1198/21 1223/24
starts [2]  1233/7 1236/19
state [8]  1169/19 1180/7 1203/23
  1231/11 1231/25 1233/17 1263/9
  1268/12
stated [4]  1184/24 1264/1 1270/7 1270/8
statement [8]  1170/18 1172/18 1201/1
  1201/1 1206/17 1223/10 1244/2 1264/6
statements [2]  1207/18 1265/24
states [21]  1165/1 1165/11 1172/13
  1174/24 1177/9 1179/4 1184/4 1186/6
  1186/25 1187/3 1190/23 1192/8 1218/5
  1223/21 1244/11 1244/20 1251/16
  1251/16 1265/1 1275/19 1280/10
stations [1]  1263/23
statutes [2]  1205/16 1205/20
steadfast [1]  1217/9
stenography [1]  1166/19
step [10]  1232/16 1232/16 1232/16
  1232/21 1240/24 1243/9 1243/17 1244/4
  1261/20 1261/21
stepping [1]  1228/11
steps [4]  1181/25 1182/4 1240/15
  1250/12
sticking [1]  1225/17
still [5]  1171/12 1194/25 1199/22 1218/8
  1246/16
stinked [1]  1232/19
stipulate [1]  1266/4
stipulated [2]  1212/17 1271/13
stipulation [4]  1198/7 1266/1 1266/1
  1266/5
stock [3]  1228/25 1229/1 1239/10
stood [2]  1209/5 1237/19
stop [2]  1261/18 1274/7
stopped [2]  1240/8 1248/24
stops [1]  1261/5
stored [1]  1212/2
story [5]  1261/23 1262/1 1262/6 1262/7
  1262/9
strategy [1]  1186/24
street [8]  1165/16 1165/20 1165/23
  1166/2 1166/6 1166/13 1166/15 1240/23
Streit [10]  1231/10 1231/24 1231/24
  1232/1 1232/2 1232/3 1256/3 1256/24
  1257/7 1260/24
stricter [1]  1174/20

strike [1]  1224/9
stripe [1]  1211/10
stripped [1]  1172/15
strong [1]  1173/25
strongest [1]  1230/19
strongly [1]  1221/8
struggled [1]  1203/17
studs [1]  1172/15
study [1]  1218/24
stuff [16]  1209/16 1212/17 1219/16
 1220/13 1224/1 1224/7 1224/18 1225/24
 1227/3 1228/19 1229/5 1229/11 1229/11
 1230/6 1230/23 1262/2
stunk [1]  1232/20
sub [1]  1227/19
subcategories [1]  1203/3
subcontractor [1]  1249/2
subject [1]  1268/9
submission [1]  1206/10
submit [4]  1175/12 1199/9 1206/19
 1207/7
submitted [1]  1206/24
subparts [2]  1236/4 1236/5
substance [2]  1175/20 1179/18
substantial [1]  1207/5
substitute [2]  1217/12 1263/9
substituted [1]  1185/19
successfully [1]  1254/10
such [25]  1170/1 1176/19 1178/12
 1181/23 1192/19 1194/23 1195/14
 1203/10 1206/25 1207/2 1254/23 1257/5
 1259/7 1265/6 1265/8 1265/11 1265/19
 1266/8 1266/10 1267/23 1268/13
 1268/14 1268/16 1270/8 1275/13
sufficient [3]  1267/3 1267/10 1268/13
suggest [14]  1190/2 1190/16 1200/8
 1204/6 1204/14 1214/9 1219/18 1223/5
 1225/19 1233/1 1245/17 1245/18 1257/5
 1259/8
suggested [1]  1175/24
suggesting [2]  1205/18 1228/9
suggestions [1]  1197/24
suggests [3]  1187/4 1188/8 1200/5
Suite [3]  1165/16 1166/9 1166/13
suits [1]  1231/25
sulfate [1]  1194/19
sulfide [4]  1187/15 1191/3 1191/6 1191/9
sulfur [48]  1182/15 1183/11 1183/12
 1183/14 1184/1 1185/6 1192/3 1192/8
 1193/7 1194/11 1194/17 1194/20
 1194/21 1195/3 1230/15 1232/11 1234/9
 1235/7 1235/17 1235/22 1236/2 1236/8
 1237/23 1237/25 1239/21 1243/6
 1245/16 1246/24 1252/6 1252/7 1252/14
 1252/19 1254/18 1254/21 1255/10
 1255/10 1255/16 1255/18 1256/1 1256/8
 1256/21 1257/22 1258/2 1258/4 1258/10
 1258/16 1258/18 1258/19
sulfurous [2]  1191/11 1271/15
summer [1]  1226/5
supervisory [1]  1173/22
supplied [3]  1172/20 1180/17 1188/25
supplier [2]  1189/1 1191/25
suppliers [1]  1184/3
supplies [1]  1249/19
supply [10]  1166/4 1185/24 1206/25
 1207/3 1210/22 1216/17 1222/21
 1228/25 1228/25 1229/1
support [9]  1177/13 1199/25 1206/10
 1206/18 1256/25 1267/3 1268/20 1273/6
 1273/8

supports [1]  1274/18
suppose [2]  1194/9 1233/8
Supreme [2]  1203/22 1203/24
Supreme Court [2]  1203/22 1203/24
sure [8]  1197/10 1198/18 1199/4
 1212/13 1220/3 1228/8 1249/11 1253/24
surprise [2]  1193/8 1256/1
Susan [6]  1209/23 1270/22 1274/16
 1274/23 1277/19 1277/25
sustained [1]  1269/25
swap [1]  1225/6
sworn [5]  1169/12 1263/4 1264/4 1269/4
 1273/10
sympathy [1]  1263/16
system [4]  1209/12 1209/18 1209/19
 1214/10
systems [5]  1181/11 1210/9 1248/2
 1248/5 1248/6

## T

T-E-C-H-N-I-K [1]  1174/14
Tai'an [5]  1248/3 1278/18 1278/25
 1279/5 1279/11
Taihe [1]  1251/21
tailored [1]  1204/16
Taishan [23]  1238/7 1238/10 1241/16
 1241/17 1241/18 1242/14 1242/15
 1242/18 1245/8 1247/18 1248/3 1248/5
 1248/9 1248/21 1253/16 1254/4 1256/14
 1274/14 1274/22 1278/18 1278/25
 1279/5 1279/11
Taishan's [1]  1250/9
take [11]  1168/8 1171/7 1179/17
 1181/25 1186/5 1197/18 1208/2 1213/15
 1228/13 1229/24 1244/14 1243/2
 1246/15 1250/13 1262/14 1273/25
 1275/3 1276/12 1276/14
taken [7]  1182/4 1184/21 1184/24
 1208/5 1240/2 1270/11 1270/15
takes [3]  1204/4 1211/10 1254/14
talk [20]  1168/14 1187/10 1188/21
 1213/25 1214/4 1216/2 1229/9 1229/15
 1229/24 1231/18 1236/22 1236/25
 1237/3 1237/3 1240/1 1246/2 1250/21
 1252/2 1271/6 1275/25
talked [7]  1196/4 1199/12 1220/19
 1220/20 1222/20 1240/19 1251/11
talking [5]  1205/16 1211/3 1211/8
 1229/13 1232/19
talks [1]  1246/7
tarnishes [1]  1179/4
tarnishing [4]  1172/21 1172/23 1181/12
 1184/13
task [1]  1177/13
teaching [1]  1246/9
team [2]  1220/9 1234/1
technical [5]  1174/15 1174/15 1187/17
 1268/9 1268/13
technik [1]  1174/14
technology [4]  1174/3 1174/7 1210/9
 1241/12
television [1]  1180/12
tell [28]  1169/2 1171/3 1175/20 1181/5
 1181/7 1181/8 1192/11 1192/14 1192/17
 1214/17 1214/20 1220/4 1220/8 1221/17
 1221/19 1222/14 1224/18 1226/18
 1229/18 1232/3 1233/23 1235/5 1238/14
 1246/21 1247/3 1259/6 1261/4 1261/23
telling [5]  1174/5 1195/3 1225/2 1238/4
 1268/2
tells [3]  1227/17 1229/10 1229/16
tendencies [1]  1267/7
term [6]  1200/21 1203/15 1203/19

1222/21 1264/3 1271/24
1265/6 1265/11 1266/6
test [51]  1175/25 1182/16 1182/16
 1182/17 1184/24 1196/8 1196/8 1196/9
 1196/10 1199/24 1212/6 1212/9 1223/3
 1227/22 1229/4 1229/8 1229/14 1229/16
 1229/16 1229/18 1230/8 1230/10
 1230/15 1230/20 1230/23 1230/23
 1230/25 1231/3 1231/4 1231/17 1233/8
 1244/24 1253/12 1253/13 1253/16
 1253/21 1253/22 1253/23 1253/25
 1254/3 1255/2 1255/2 1255/4 1255/5
 1255/9 1257/21 1257/23 1257/24 1258/1
 1258/18 1260/21
tested [6]  1230/4 1231/11 1254/25
 1257/10 1257/11 1257/12
testified [12]  1169/12 1219/23 1238/24
 1241/9 1247/22 1250/11 1252/21 1253/2
 1253/24 1267/11 1267/21 1269/21
testify [5]  1226/16 1235/2 1250/14
 1257/1 1269/7
testifying [2]  1247/21 1269/15
testimony [37]  1184/9 1212/21 1234/7
 1234/16 1234/19 1241/23 1247/9
 1247/13 1250/24 1252/12 1252/17
 1254/14 1256/5 1256/6 1257/5 1259/3
 1262/23 1263/15 1264/4 1265/12
 1265/16 1265/18 1266/3 1266/21 1267/6
 1267/9 1267/14 1267/17 1267/23
 1267/24 1269/3 1269/7 1269/11 1269/13
 1269/21 1270/5 1270/19
testing [25]  1175/24 1182/13 1182/19
 1182/24 1183/5 1183/16 1184/18
 1184/21 1185/8 1191/16 1227/8 1227/18
 1227/18 1227/20 1227/24 1228/1 1229/2
 1229/4 1229/5 1229/21 1229/24 1245/22
 1258/10 1260/1 1260/5
tests [6]  1194/21 1211/5 1229/8 1229/15
 1230/11 1250/20
Texas [1]  1166/10
than [23]  1171/11 1174/20 1175/3
 1178/24 1180/23 1181/7 1184/20
 1199/13 1215/17 1215/18 1216/1 1216/8
 1216/8 1216/9 1229/8 1229/17 1229/19
 1233/15 1249/14 1251/1 1266/13
 1266/15 1270/18
thank [22]  1197/11 1206/13 1207/11
 1207/12 1208/3 1208/16 1209/25 1230/3
 1233/17 1233/18 1233/24 1255/22
 1259/11 1259/12 1259/14 1260/8
 1260/10 1262/11 1262/12 1276/15
 1276/19 1280/5
thanks [1]  1280/1
that [722]
that's [59]  1169/24 1171/12 1174/16
 1174/17 1174/18 1182/6 1191/3 1192/13
 1193/7 1194/12 1194/15 1195/16
 1199/16 1199/16 1207/9 1209/16
 1212/12 1213/15 1213/15 1213/15
 1213/24 1214/18 1216/11 1216/11
 1217/19 1218/17 1218/18 1218/21
 1221/2 1221/7 1221/14 1222/20 1222/23
 1222/25 1224/20 1225/24 1226/10
 1227/22 1228/17 1229/10 1229/11
 1230/8 1233/4 1234/12 1236/23 1241/7
 1242/7 1242/10 1246/6 1247/25 1252/8
 1252/19 1253/18 1254/8 1254/8 1254/8
 1260/7 1261/3 1279/19
their [33]  1172/15 1177/13 1189/1
 1193/25 1195/22 1196/3 1200/13
 1217/18 1225/1 1227/9 1228/18 1229/2
 1229/4 1229/5 1235/18 1239/7 1241/14
 1244/8 1249/25 1250/8 1250/19 1250/20

their... [11]  1257/3 1257/16 1261/3
1264/9 1266/25 1267/3 1271/10 1272/3
1276/15 1276/16 1279/19
theirs [2]  1168/16 1208/19
them [45]  1168/9 1168/12 1168/15
1168/17 1181/7 1183/11 1188/2 1188/22
1192/17 1194/4 1197/5 1197/25 1198/1
1204/17 1204/19 1204/22 1208/18
1208/19 1208/23 1209/25 1213/2
1219/14 1219/16 1220/9 1225/2 1225/10
1226/14 1226/22 1227/13 1228/4
1228/11 1234/25 1237/14 1238/2
1239/16 1239/23 1240/20 1248/4
1251/25 1257/16 1261/12 1261/14
1262/1 1266/22 1266/24
themselves [1]  1248/16
then [48]  1168/6 1168/10 1168/17
1168/20 1173/15 1176/10 1184/6
1185/12 1189/1 1191/23 1191/24
1191/25 1196/2 1196/10 1197/19 1204/9
1207/18 1207/19 1207/20 1207/20
1208/20 1208/21 1212/3 1215/7 1215/16
1219/10 1220/23 1222/17 1223/11
1226/1 1227/25 1231/2 1231/5 1232/14
1232/23 1233/6 1239/23 1240/13
1242/16 1247/23 1260/17 1265/6
1268/22 1273/6 1274/16 1275/5 1275/19
1276/12
there [77]  1171/21 1171/23 1174/19
1179/14 1180/19 1180/20 1181/16
1181/16 1182/2 1183/20 1184/11
1184/13 1184/24 1185/3 1186/3 1187/2
1187/5 1187/17 1188/5 1188/24 1189/2
1189/7 1189/25 1190/1 1190/25 1191/11
1191/22 1191/24 1194/1 1194/19 1195/9
1195/11 1199/24 1204/19 1206/19
1213/1 1213/3 1213/7 1213/20 1217/3
1217/8 1218/3 1218/8 1219/19 1220/3
1220/17 1222/2 1222/22 1225/5 1227/16
1228/10 1230/22 1231/19 1232/4 1232/4
1232/7 1233/3 1235/16 1238/23 1239/21
1243/7 1243/7 1244/3 1244/15 1244/24
1245/25 1246/3 1253/21 1253/23
1253/24 1255/2 1260/18
1260/25 1262/21 1272/10 1275/15
there's [18]  1178/7 1187/14 1189/21
1189/24 1189/24 1190/1 1190/24
1199/11 1199/13 1206/10 1207/5
1217/12 1218/9 1230/11 1230/12
1236/10 1248/25 1249/5
thereabouts [1]  1168/11
therefore [5]  1187/15 1193/13 1210/23
1262/17 1271/18
these [40]  1181/6 1185/6 1189/6 1189/9
1196/22 1197/1 1199/20 1207/6 1210/20
1213/7 1217/1 1217/2 1219/2 1219/2
1219/5 1219/12 1222/15 1223/12
1223/12 1223/19 1224/5 1224/6 1224/9
1226/19 1230/10 1233/4 1234/24 1235/8
1235/18 1238/13 1242/3 1243/20
1243/24 1254/22 1261/15 1261/18
1261/19 1262/9 1263/11 1269/18
they [224]
they're [5]  1171/21 1178/7 1196/18
1226/14 1248/17
thing [13]  1178/24 1209/5 1209/9
1211/13 1213/11 1213/13 1222/23
1230/19 1246/18 1250/1 1257/7 1258/25
1259/1
things [12]  1184/20 1188/21 1210/15
1220/21 1223/13 1223/16 1228/10

1244/5 1251/20 1264/8 1268/3 1268/3
thinking [14] 1164/21 1188/1
1188/18 1198/15 1203/20 1204/5
1204/17 1205/17 1212/20 1216/2
1218/17 1218/18 1218/25 1221/10
1221/10 1221/18 1222/14 1222/17
1230/24 1232/9 1235/12 1235/12 1237/1
1244/23 1244/25 1245/24 1246/15
1247/2 1249/5 1250/21 1252/3 1253/13
1257/1 1257/12 1273/18
thinking [2]  1234/4 1258/25
thinks [1]  1219/14
third [1]  1205/6
this [194]
Thomas [1]  1209/14
Thompson [1]  1166/8
thorough [2]  1222/12 1222/16
those [73]  1183/13 1184/20 1185/5
1186/14 1186/20 1186/20 1186/23
1191/13 1195/3 1196/14 1196/16
1196/17 1199/1 1199/20 1200/13
1201/21 1201/22 1201/23 1204/21
1205/8 1205/12 1206/5 1206/5 1206/10
1206/12 1206/13 1206/19 1206/21
1207/7 1208/15 1209/7 1209/13 1211/1
1213/3 1213/4 1214/1 1214/10 1214/12
1214/14 1215/20 1215/20 1219/3
1223/15 1236/14 1236/15 1237/16
1237/18 1239/9 1239/12 1239/14 1240/7
1240/9 1240/12 1243/12 1243/18
1244/10 1245/9 1245/12 1245/13 1246/2
1246/4 1247/10 1247/11 1247/14
1247/15 1249/13 1251/24 1252/3 1252/3
1262/7 1264/8 1268/12 1274/25
though [3]  1171/11 1186/2 1256/9
thought [13]  1179/22 1180/7 1180/8
1180/16 1180/20 1184/10 1194/6 1194/7
1217/6 1218/12 1220/18 1252/11
1257/19
thousand [1]  1185/18
thousands [2]  1170/16 1209/10
three [5]  1198/6 1205/13 1205/25
1240/11 1251/20
through [17]  1172/24 1173/1 1185/2
1189/7 1202/24 1211/22 1211/23 1212/5
1217/5 1219/5 1221/15 1223/14 1223/15
1235/3 1239/4 1269/3 1272/13
throughout [1]  1260/8
Thus [2]  1215/4 1272/21
Tianjin [9]  1173/18 1185/12 1185/14
1241/5 1241/14 1277/18 1277/24 1278/5
1278/12
Tianjin's [1]  1250/8
Tiger [1]  1196/6 1221/10
Tim [2]  1232/2 1232/7
time [85]  1168/12 1168/16 1168/17
1170/11 1172/17 1173/3 1173/8 1173/19
1175/1 1176/3 1177/2 1177/10 1177/24
1178/23 1179/7 1179/20 1180/23
1183/22 1185/17 1187/19 1188/20
1189/25 1191/21 1192/22 1193/2 1193/2
1194/1 1197/19 1198/3 1200/13 1202/9
1208/18 1208/18 1209/3 1209/4 1209/25
1223/15 1223/19 1225/21 1225/22
1226/9 1227/4 1227/13 1234/10 1234/14
1235/7 1235/10 1236/6 1236/8 1236/20
1239/14 1239/18 1241/19 1241/20
1242/12 1243/25 1247/21 1251/6
1254/12 1254/18 1256/22 1258/5
1258/19 1259/11 1262/11 1269/8
1269/15 1271/2 1271/17 1271/23 1272/5
1272/7 1274/15 1274/22 1275/13
1275/17 1277/18 1277/24 1278/5

1278/12 1278/19 1278/25 1279/6
1279/21 1279/21 Page 24
times [3]  1243/25 1244/1 1262/20
tip [1]  1202/21
tips [1]  1216/9
title [2]  1173/7 1211/10
today [13]  1170/17 1172/19 1172/20
1190/13 1190/14 1195/1 1198/12 1212/7
1213/8 1215/3 1233/9 1234/8 1269/12
together [1]  1207/24
token [1]  1263/14
told [26]  1175/20 1180/12 1180/19
1185/17 1185/21 1191/19 1193/23
1194/4 1203/25 1211/16 1218/13
1219/15 1227/23 1231/19 1235/2
1239/15 1239/18 1241/3 1242/14 1244/2
1244/18 1247/17 1249/3 1253/21
1256/15 1261/23
Tompkins [14]  1166/4 1196/3 1196/5
1196/17 1211/16 1219/10 1219/20
1220/23 1221/17 1223/1 1240/4 1243/9
1250/11 1250/14
Tompkins' [2]  1223/6 1249/5
Toni [5]  1166/15 1166/17 1280/9
1280/17 1280/17
Tony [1]  1186/14
Tonyan [10]  1168/24 1232/2 1232/7
1250/14 1250/22 1251/2 1251/3 1251/11
1253/16 1253/20
Tonyan's [1]  1254/14
too [5]  1180/2 1201/25 1204/12 1210/22
1252/11
took [9]  1217/4 1220/16 1223/16 1224/5
1238/2 1239/23 1249/10 1250/12
1263/17
top [1]  1216/22
totality [1]  1263/11
touch [1]  1227/16
tour [1]  1213/6
towards [1]  1195/13
TR06530 [1]  1170/9
traced [1]  1231/16
training [1]  1268/10
transcript [1]  1280/12
transcription [1]  1166/20
transition [2]  1249/6 1249/7
traveled [1]  1231/3
trial [19]  1165/10 1198/8 1198/21
1233/23 1252/4 1259/4 1260/9 1262/20
1262/23 1262/25 1264/17 1264/24
1265/5 1269/5 1269/9 1269/15 1269/17
1270/11 1275/9
tried [3]  1235/19 1236/11 1239/12
triple [2]  1217/9 1217/10
trooper [2]  1261/5 1261/14
true [15]  1186/2 1186/9 1186/25 1191/10
1192/25 1193/8 1193/17 1194/18 1195/7
1204/19 1216/8 1266/2 1266/13 1266/13
1280/11
truth [2]  1268/2 1273/22
truthful [1]  1218/21
try [1]  1224/13
trying [4]  1171/13 1172/11 1188/17
1236/23
TTP [15]  1214/8 1220/10 1226/4
1226/18 1228/16 1228/24 1229/1 1229/6
1229/13 1229/17 1229/18 1231/3 1231/5
1231/16 1261/10
Turkey [7]  1170/2 1170/3 1170/4
1172/25 1173/1 1173/4 1186/12
turn [1]  1189/1
turned [1]  1175/2
turns [1]  1206/1

**T**

Tusa [5]  1166/15 1166/17 1280/9 1280/17 1280/17
twice [1]  1221/6
two [32]  1170/15 1184/20 1198/6 1200/7 1203/3 1203/4 1205/20 1208/22 1208/23 1213/21 1215/11 1219/21 1228/24 1229/4 1229/5 1230/11 1235/5 1236/4 1236/4 1239/24 1239/24 1240/8 1245/9 1245/10 1248/21 1248/23 1248/24 1255/7 1261/11 1261/11 1262/21 1274/25
type [6]  1182/23 1195/13 1237/11 1237/21 1239/6 1268/11
types [2]  1237/16 1237/18

**U**

U.S [10]  1172/21 1176/21 1178/2 1178/7 1229/8 1229/19 1252/15 1252/15 1252/16 1254/9
Uh [2]  1184/17 1190/15
Uh-huh [2]  1184/17 1190/15
unacceptable [1]  1231/10
unanimous [5]  1214/10 1273/12 1273/24 1274/4 1275/10
unaware [1]  1172/16
unburdened [1]  1245/2
uncontaminated [2]  1212/11 1212/11
uncontroverted [1]  1252/13
under [20]  1199/24 1200/20 1202/1 1202/14 1206/18 1213/3 1214/21 1226/18 1231/12 1233/17 1262/24 1269/6 1269/8 1269/10 1271/7 1271/24 1272/16 1272/18 1272/20 1273/1
underlined [3]  1215/18 1221/21 1221/22
understand [10]  1184/9 1188/17 1191/14 1193/21 1197/5 1200/4 1200/18 1200/25 1204/12 1215/25
understanding [1]  1280/13
undertaken [1]  1184/18
undisclosed [2]  1213/12 1213/12
undiscoverable [2]  1260/13 1260/20
unduly [1]  1270/16
unfortunately [1]  1234/13
unimportant [1]  1268/8
uninstalled [1]  1179/15
unique [1]  1254/23
UNITED [18]  1165/1 1165/11 1172/13 1174/24 1177/9 1179/4 1184/4 1186/6 1186/25 1187/3 1190/23 1192/8 1218/5 1244/11 1244/20 1265/1 1275/19 1280/10
United States [15]  1172/13 1174/24 1177/9 1179/4 1184/4 1186/6 1186/25 1187/3 1190/23 1192/8 1218/5 1244/11 1244/20 1265/1 1275/19
units [1]  1172/14
University [1]  1257/15
unknown [2]  1254/24 1258/19
unless [9]  1192/24 1201/12 1251/17 1265/25 1266/5 1266/21 1270/7 1275/13 1275/25
unlike [1]  1248/12
unloaded [1]  1244/20
unnatural [1]  1212/18
unnoticed [1]  1212/25
unreasonable [3]  1259/8 1259/22 1260/5
unreasonably [1]  1273/3
unsold [1]  1179/14
unsupported [1]  1267/2
until [7]  1181/12 1184/10 1239/22 1241/21 1243/2 1248/22 1275/13

up [33]  1170/17 1175/2 1176/21 1181/1 1218/19 1219/5 1220/3 1220/7 1220/8 1220/8 1220/10 1226/4 1228/20 1229/19 1231/5 1231/5 1234/5 1238/7 1242/14 1242/25 1248/16 1249/8 1251/24 1258/22 1258/23 1258/24 1260/15 1261/19 1261/20 1261/20 1261/21 1268/15 1273/17
updated [1]  1220/3
upon [12]  1208/13 1208/14 1208/15 1211/10 1244/11 1264/16 1268/16 1268/20 1268/23 1270/5 1270/13 1270/15
upside [2]  1253/15 1253/18
urge [1]  1221/8
us [33]  1169/2 1180/19 1189/4 1190/1 1191/25 1192/15 1196/12 1208/4 1208/7 1208/12 1208/16 1210/4 1213/8 1218/13 1220/1 1224/1 1224/1 1224/2 1227/18 1227/23 1229/16 1230/19 1241/1 1241/8 1241/24 1243/21 1245/23 1247/3 1248/8 1254/14 1257/14 1259/16 1276/13
use [7]  1203/19 1215/1 1253/9 1267/5 1271/10 1271/14 1272/15
used [10]  1194/17 1197/6 1197/7 1203/15 1223/24 1227/13 1238/22 1238/22 1248/20 1248/21
uses [2]  1205/16 1241/11
USG [4]  1229/15 1230/9 1257/24 1258/1
using [6]  1169/16 1172/9 1184/3 1239/6 1239/7 1248/18
usually [1]  1201/10
utilized [5]  1174/23 1179/2 1179/5 1183/21 1183/25

**V**

vague [2]  1204/6 1204/9
vagueness [1]  1205/18
varied [1]  1221/25
various [7]  1177/12 1186/3 1186/3 1186/9 1190/9 1197/24 1204/19
vendor [4]  1202/11 1202/12 1203/3 1203/4
verdict [24]  1199/7 1205/11 1213/17 1213/20 1215/21 1258/13 1259/17 1262/6 1262/10 1263/15 1273/6 1273/9 1273/12 1273/23 1273/25 1274/8 1275/3 1275/10 1275/24 1277/8 1277/11 1277/14 1279/19 1279/22
verification [1]  1248/11
verified [1]  1242/8
verify [3]  1217/14 1240/13 1251/5
version [1]  1198/10
versus [1]  1202/5
very [23]  1168/13 1179/22 1179/24 1180/6 1180/6 1188/21 1198/6 1202/15 1204/16 1206/13 1207/12 1208/11 1208/15 1208/15 1209/13 1236/10 1257/8 1257/19 1260/2 1262/11 1273/20 1276/17 1276/19
vet [1]  1226/18
video [3]  1168/25 1224/11 1237/20
view [1]  1221/19
violate [1]  1251/14
violations [1]  1218/8
visit [5]  1171/18 1171/19 1175/10 1175/22 1217/15 1220/10 1249/20
visited [3]  1217/19 1217/20 1256/9
visiting [1]  1217/24
visits [1]  1211/5
visually [2]  1240/14 1244/5
vital [1]  1210/14
vividly [1]  1172/8

voice [2]  1214/13 1214/15
vs [2]  1165/5 1165/20

**W**

wait [3]  1239/16 1242/4 1242/4
waiver [1]  1198/10
walk [3]  1210/5 1211/22 1211/23
walked [1]  1217/5
walking [1]  1212/5
wall [1]  1238/24
wallboard [1]  1211/1
walls [1]  1212/3
want [39]  1168/15 1172/12 1178/21 1180/12 1180/13 1180/13 1187/5 1187/17 1195/21 1198/12 1198/13 1198/24 1201/12 1205/13 1208/2 1209/17 1212/11 1212/11 1214/4 1218/17 1218/21 1218/22 1218/23 1219/18 1223/16 1224/13 1224/17 1225/10 1227/12 1233/24 1236/25 1237/3 1239/7 1244/8 1245/13 1247/14 1257/24 1275/17 1276/14
wanted [3]  1185/18 1198/17 1225/6
wants [2]  1176/19 1217/23
warehouse [11]  1182/6 1184/22 1185/4 1185/9 1212/3 1225/4 1237/9 1237/10 1243/2 1255/9 1257/3
warnings [1]  1223/12
warranties [1]  1248/13
warranty [1]  1271/8
Warshauer [1]  1165/15
was [240]
wasn't [10]  1172/4 1172/11 1176/8 1178/25 1192/21 1220/1 1232/7 1232/9 1238/16 1253/8
wasting [1]  1234/5
Water [1]  1165/20
way [23]  1200/8 1204/17 1204/25 1205/1 1208/7 1208/11 1217/1 1218/3 1220/5 1224/4 1225/20 1226/7 1228/22 1228/24 1232/21 1243/16 1251/17 1252/14 1260/21 1261/22 1262/10 1273/20 1276/17
ways [1]  1196/10
we [252]
we'll [1]  1179/17
we've [4]  1237/1 1242/20
week [2]  1233/25 1249/15
weeks [2]  1225/23 1245/11
weighing [1]  1267/14
weight [5]  1252/17 1265/22 1270/8 1270/10 1270/18
Weiss [1]  1165/18
well [30]  1170/17 1171/4 1171/9 1172/3 1174/11 1177/12 1178/24 1184/11 1185/10 1186/2 1187/10 1188/12 1189/24 1191/1 1191/2 1191/21 1194/6 1194/15 1220/25 1225/15 1226/14 1228/21 1228/23 1231/3 1236/16 1247/23 1247/25 1262/16 1268/7 1275/3
well-traveled [1]  1231/3
went [10]  1171/17 1171/23 1182/8 1232/7 1232/19 1232/20 1232/20 1239/3 1244/9 1262/2
were [74]  1168/3 1172/9 1172/9 1172/16 1172/22 1173/5 1173/21 1175/5 1175/15 1175/16 1177/7 1179/16 1180/9 1180/12 1180/14 1180/15 1180/23 1180/24 1182/4 1183/11 1184/24 1185/17 1186/8 1186/11 1187/2 1188/18 1189/5 1191/21 1194/16 1195/13 1196/21 1197/1 1197/4 1197/6 1209/5 1212/12 1217/3 1217/6 1220/5 1223/12 1223/12

**W**

were... [32]  1223/24 1223/25 1224/6
1226/7 1227/23 1228/10 1228/11 1229/4
1229/5 1229/9 1229/21 1231/25 1237/23
1238/3 1238/11 1240/1 1240/2 1240/20
1240/20 1240/25 1241/3 1243/21
1244/11 1244/16 1244/19 1245/22
1254/8 1254/16 1269/12 1269/14
1271/16 1277/3
weren't [1]  1195/5
what [135]
what's [6]  1177/8 1183/8 1214/18 1226/6
1245/5 1257/12
whatever [2]  1173/7 1224/24
whatsoever [2]  1248/10 1248/13
when [71]  1171/5 1171/17 1172/4
1175/6 1175/8 1175/12 1177/20 1177/24
1178/14 1178/15 1183/16 1185/14
1189/19 1189/19 1209/6 1210/24
1212/12 1212/13 1215/20 1216/2 1217/2
1217/4 1217/20 1220/4 1220/22 1221/1
1221/2 1221/8 1222/15 1223/6 1223/23
1228/7 1228/14 1229/15 1229/18 1232/1
1233/8 1233/10 1234/20 1235/12
1235/17 1237/8 1237/18 1238/6 1238/8
1241/20 1242/7 1244/14 1244/15
1244/19 1245/25 1246/19 1247/21
1247/22 1253/3 1255/8 1257/4 1257/7
1257/9 1258/12 1259/4 1260/7 1260/21
1261/21 1266/3 1266/10 1268/9 1269/20
1269/25 1275/2 1276/10
where [17]  1174/10 1176/19 1178/13
1178/15 1192/15 1203/25 1211/5
1215/23 1217/18 1225/2 1225/2 1228/15
1229/10 1236/22 1239/10 1244/25
1260/7
wherever [1]  1170/2
whether [15]  1181/25 1214/1 1214/21
1215/8 1216/2 1233/13 1236/19 1238/10
1266/19 1268/5 1268/7 1268/16 1268/23
1271/19 1271/23
which [55]  1179/1 1179/23 1180/18
1184/1 1184/11 1184/13 1184/25 1186/4
1188/8 1191/23 1192/14 1195/24 1196/4
1196/11 1199/23 1202/11 1205/7
1205/16 1206/24 1209/12 1210/1
1210/19 1210/20 1211/3 1211/10
1213/17 1214/5 1214/9 1216/9 1216/24
1223/2 1224/5 1226/24 1226/25 1227/17
1228/3 1233/13 1254/15 1254/21 1257/9
1264/20 1269/21 1272/15 1274/5
1274/14 1274/21 1275/4 1277/17
1277/23 1278/4 1278/11 1278/18
1278/24 1279/5 1279/10
while [8]  1175/17 1185/1 1211/25 1240/2
1256/7 1258/23 1258/24 1273/14
Whitfield [1]  1165/22
who [56]  1169/2 1172/24 1178/4 1179/1
1182/18 1182/21 1183/3 1185/12
1186/17 1187/1 1187/20 1189/1 1189/22
1190/20 1191/25 1203/6 1203/12
1209/18 1209/18 1210/17 1212/9
1217/23 1219/21 1220/11 1224/10
1225/5 1230/6 1231/8 1235/1 1238/11
1238/12 1238/24 1241/1 1245/1 1247/9
1248/18 1249/9 1249/21 1252/21 1253/1
1255/23 1256/17 1256/19 1256/21
1257/15 1257/17 1258/5 1259/23 1262/1
1262/2 1262/7 1265/18 1266/22 1266/23
1268/10 1275/19
who's [1]  1221/14
whole [2]  1251/11 1263/6

wholesaler [2]  1242/9 1242/10
whose [1]  1210/11
why [17]  1176/24 1178/13 1178/17
1188/17 1212/12 1215/19 1225/10
1225/14 1230/12 1230/16 1230/16
1232/9 1235/22 1237/24 1238/16 1250/4
1254/2
will [56]  1168/6 1168/6 1168/8 1168/8
1168/10 1168/17 1168/19 1174/2
1188/21 1197/19 1197/20 1198/3
1198/11 1201/23 1202/9 1206/17
1208/17 1208/19 1208/20 1212/9 1214/3
1214/10 1214/12 1214/13 1215/1 1215/3
1216/10 1216/12 1217/8 1221/5 1221/21
1222/14 1224/9 1227/9 1227/9 1228/3
1233/1 1233/12 1234/20 1235/3 1235/13
1257/25 1262/10 1269/17 1271/19
1273/25 1274/2 1274/5 1275/19 1275/19
1275/22 1276/11 1276/11 1276/19
1276/20 1279/24
willful [1]  1272/10
willing [1]  1179/16
win [1]  1257/16
wire [2]  1175/4 1181/8
wiring [1]  1172/14
wisdom [1]  1263/8
wish [2]  1229/9 1279/25
wishing [1]  1216/21
withhold [1]  1200/2
within [4]  1173/5 1207/10 1208/19
1225/23
without [8]  1168/23 1206/2 1212/14
1217/24 1225/19 1262/8 1263/16
1263/16
witness [32]  1168/22 1230/6 1245/1
1250/24 1264/19 1264/19 1266/25
1267/6 1267/9 1267/13 1267/15 1267/16
1267/16 1267/21 1267/24 1268/1 1268/2
1268/4 1268/12 1268/15 1268/16
1268/18 1268/24 1268/24 1269/1 1269/5
1269/6 1269/7 1269/10 1269/15 1270/1
1270/3
witness's [2]  1267/23 1269/7
witnesses [9]  1195/17 1224/8 1224/9
1237/1 1264/4 1266/22 1267/11 1268/13
1270/15
won't [1]  1205/12
wonder [2]  1199/1 1212/18
word [14]  1171/4 1174/18 1204/5 1204/8
1204/9 1204/22 1220/18 1232/15
1244/21 1244/22 1244/23 1258/21
1258/22 1262/6
wording [1]  1270/3
words [9]  1175/20 1179/18 1214/24
1215/20 1215/20 1259/2 1259/3 1265/13
1266/14
work [6]  1208/19 1210/12 1227/9
1240/25 1276/15 1276/18
worked [1]  1216/20
workers [1]  1228/19
working [2]  1208/3 1245/9
works [1]  1209/18
world [8]  1174/5 1202/20 1209/13
1234/11 1237/24 1241/3 1242/16 1250/6
worldwide [1]  1241/13
worried [1]  1209/24
worth [1]  1263/22
would [102]  1168/23 1170/6 1170/15
1170/15 1171/19 1176/20 1179/21
1180/4 1180/6 1180/25 1181/3 1182/18
1182/20 1182/21 1183/17 1188/25
1189/1 1189/3 1189/8 1190/2 1191/22
1191/25 1191/25 1193/14 1194/7

1194/22 1194/23 1195/10 1196/14
1196/23 1204/18 1212/5 1212/6
1214/9 1215/4 1215/6 1215/8 1215/10
1215/13 1215/16 1216/3 1216/15
1218/14 1218/15 1218/16 1218/21
1219/1 1221/17 1222/4 1223/3 1226/12
1226/16 1230/24 1231/19 1231/22
1232/8 1233/8 1233/14 1233/14 1234/7
1236/7 1236/12 1238/20 1241/14 1245/3
1245/15 1245/19 1245/23 1246/22
1250/12 1254/17 1255/3 1256/8 1256/15
1256/16 1257/5 1257/19 1257/22
1258/13 1258/15 1258/18 1259/15
1260/2 1260/6 1260/18 1260/21 1261/23
1262/8 1262/14 1266/2 1270/3 1271/17
1272/13 1272/15 1272/18 1272/19
1272/21 1272/23 1273/3 1277/10
1277/13
wouldn't [4]  1194/17 1194/18 1246/16
1261/14
wrapped [2]  1212/2 1233/6
wrestle [1]  1226/17
write [3]  1225/8 1226/11 1262/5
writes [1]  1221/7
writing [5]  1219/13 1219/16 1221/1
1221/11 1275/20
written [5]  1182/23 1216/22 1216/25
1220/1 1225/18
wrong [8]  1174/8 1225/16 1244/3
1253/18 1253/18 1253/23 1260/16
1273/17
wrote [3]  1217/2 1246/6 1247/1
Wuhu [4]  1173/2 1241/5 1244/2 1244/3

**Y**

Yeah [6]  1170/25 1225/5 1229/18 1230/6
1232/23 1261/11
year [1]  1246/15
years [17]  1191/16 1193/5 1204/18
1238/1 1238/2 1239/7 1239/23 1239/24
1239/24 1245/9 1248/21 1248/24
1248/24 1253/2 1255/7 1255/24 1255/24
yes [57]  1170/14 1171/7 1171/7 1171/16
1172/5 1172/7 1172/10 1173/14 1173/24
1174/22 1174/25 1175/19 1176/1 1176/4
1176/23 1177/17 1177/23 1180/1 1181/4
1182/12 1183/15 1184/6 1185/20
1185/22 1186/7 1186/10 1186/13
1187/13 1188/16 1189/18 1190/6
1190/19 1191/5 1191/7 1191/18 1192/6
1192/10 1192/19 1193/6 1193/9 1193/12
1193/15 1193/19 1193/20 1194/14
1195/6 1195/8 1197/17 1201/9 1206/11
1210/12 1214/10 1236/3 1236/5 1259/14
1274/17 1277/9
yesterday [2]  1184/9 1269/12
yet [7]  1219/24 1219/24 1224/22
1231/15 1234/9 1256/11 1259/22
York [2]  1165/20 1165/20
you [554]
You must [1]  1274/11
you're [12]  1171/13 1186/11 1191/4
1192/23 1207/17 1213/18 1224/25
1229/11 1232/4 1232/5 1261/24 1273/17
you've [5]  1189/15 1189/17 1231/11
1233/1 1274/10
you-all [1]  1208/3
your [109]  1168/20 1168/20 1168/21
1168/22 1169/5 1169/8 1169/19 1169/19
1170/4 1170/18 1171/4 1172/8 1172/24
1173/7 1173/9 1173/13 1180/7 1182/1
1183/8 1184/9 1187/11 1189/21 1192/11
1192/16 1192/21 1193/23 1195/16

**Y**

your... [82]  1195/19 1195/20 1197/15
1198/5 1199/5 1201/6 1201/12 1201/17
1201/24 1206/23 1207/11 1208/5 1208/6
1208/6 1208/12 1208/14 1209/20
1212/10 1213/18 1214/9 1214/18
1214/19 1215/2 1221/19 1228/19
1228/24 1233/25 1234/6 1234/14
1246/20 1246/20 1259/11 1259/14
1260/8 1260/10 1262/6 1262/10 1262/11
1262/18 1262/24 1263/4 1263/4 1263/10
1263/12 1263/14 1263/15 1264/1
1264/10 1264/13 1264/14 1264/23
1266/12 1267/5 1267/7 1270/12 1270/12
1270/13 1270/13 1270/14 1270/15
1273/6 1273/8 1273/10 1273/15 1273/16
1273/17 1273/21 1273/23 1273/25
1274/7 1275/3 1275/5 1275/5 1275/7
1275/8 1275/10 1275/11 1275/11
1275/22 1276/3 1276/13 1277/9
Your Honor [12]  1169/5 1195/16 1197/15
1198/5 1199/5 1201/6 1201/12 1201/17
1201/24 1206/23 1260/10 1277/9
yourself [2]  1252/21 1273/13

**Z**

Zhang [12]  1226/15 1226/15 1226/17
1226/20 1228/15 1228/20 1228/23
1229/7 1229/9 1229/16 1241/21 1241/24