IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>:<br>: Section L<br>:<br>: JUDGE FALLON |
| This Document Relates to:<br>ALL ACTIONS | : MAG. JUDGE WILKINSON<br>: |

### CLASS COUNSEL'S UNOPPOSED MOTION TO DISMISS OBJECTIONS

Class Counsel submits this unopposed motion to dismiss with prejudice the objections of Wayne Kaplan, upon the consent of his counsel, Milstein Adelman LLP and Roberts & Durkee PA, pursuant to Federal Rule of Civil Procedure 23(e)(5). For the reasons set forth in the accompanying memorandum of law, the motion should be granted.

Respectfully submitted,

Dated: December 13, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

       Arnold Levin (On the Brief)
       Fred S. Longer (On the Brief)
       Sandra L. Duggan
       Matthew C. Gaughan
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106
       Phone: (215) 592-1500
       Fax: (215) 592-4663
       Alevin@lfsblaw.com
       *Plaintiffs' Lead Counsel in MDL 2047*
       *and Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of December, 2012.

       /s/ Leonard A. Davis
       Leonard A. Davis, Esquire
       HERMAN, HERMAN, KATZ & COTLAR, LLP
       820 O'Keefe Avenue
       New Orleans, Louisiana 70113
       Phone: (504) 581-4892
       Fax: (504) 561-6024
       Ldavis@hhkc.com
       *Plaintiffs' Liaison Counsel in MDL 2047*
       *Co-counsel for Plaintiffs*