IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 <br> : <br> : Section L <br> : <br> : JUDGE FALLON |
| This Document Relates to: <br> ALL ACTIONS | : MAG. JUDGE WILKINSON <br> : |

**CLASS COUNSEL'S MEMORANDUM OF LAW IN SUPPORT OF ITS
UNOPPOSED MOTION TO DISMISS OBJECTION OF WAYNE KAPLAN**

Class Counsel file this memorandum in support of their unopposed motion to dismiss with prejudice the objection of Wayne Kaplan, upon consent of his counsel, Milstein Adelman LLP and Roberts & Durkee PA, pursuant to Fed.R.Civ.P. 23(e)(5).

**PRELIMINARY STATEMENT**

The purpose of this unopposed motion to dismiss objections is to bring to a close all pending disputes between Mr. Kaplan, Class Counsel, and the parties in connection with the proposed Global Settlement. Neither Mr. Kaplan, nor his counsel, have been paid any compensation in exchange for the dismissal of Mr. Kaplan's objections, nor have Mr. Kaplan and his counsel demanded any compensation in this matter. Rather, Class Counsel and other parties to the Global Settlement have entered into a Term Sheet, attached hereto as Exhibit "A", which acknowledges and explains certain concerns of Mr. Kaplan, and his counsel Mr. Durkee and Mr. Milstein.

**ARGUMENT**

To maintain the transparency required by *In Re: High Sulfur Content Gasoline Products*

1

*Liability Litigation*, 517 F.3d 220 (5TH Cir. 2008) and Fed.R.Civ.P. 23(e)(5), Class Counsel represent that the terms and circumstances leading to the resolution of Mr. Kaplan's objections are embodied completely within the attached Term Sheet.  As seen therein, no compensation is being offered to resolve his objections.  There are no side agreements.  The terms being conveyed or promised to the objector and his counsel in connection with the withdrawal of Mr. Kaplan's objection are set forth in the Term Sheet.  As these conditions are beneficial to the class, not objectionable, nor a burden to the class, Class Counsel with the consent of Mr. Kaplan respectfully request that the objection of Mr. Kaplan be dismissed with prejudice.

WHEREFORE, Class Counsel request that this Court grant our motion to dismiss the objection of Wayne Kaplan.

Respectfully submitted,

Dated: December 13, 2012         /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*and Class Counsel*

        Arnold Levin (On the Brief)
        Fred S. Longer (On the Brief)
        Sandra L. Duggan
        Matthew C. Gaughan
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047*
        *and Class Counsel*