# EXHIBIT A

## Settlement Term Sheet

1. The allocation plans in the Banner and Global Settlements will be revised to cap any recovery by Knauf at 60% of any net settlement proceeds in the Banner Settlement and at 35% of any net settlement proceeds in the Global Settlement. Net settlement proceeds means all money ultimately distributed to recipients after deducting attorneys' fees and costs. To the extent Knauf were to be allocated more than those capped percentages, the overage will be reallocated to any remaining recipients on a pro-rated basis.

2. Milstein/Durkee clients will be treated like all other Class Members in the funding and timing of remediations and payments under the Knauf Settlement.

3. Attorneys' fees and costs payable under the Knauf Pilot Program ("KPP") KPP to be governed by Section 14 of the Knauf class settlement. At an appropriate time and in accordance with procedures approved by the Court, the PSC and common benefit counsel, including Milstein/Durkee, will petition for counsel fees and reimbursement of costs.

4. Already initiated KPP claims represented by Milstein/Durkee will be added back into the program at previous positions, or as soon as possible if previous positions are no longer available. However, this is to be applied consistent with the overall goal of KPP of performing remediations in the same general locales in the same time frame.

5. Milstein/Durkee will report to the Court regarding the status of opt-outs by December 11, 2012, and attempt to resolve all non-client driven opt outs by December 14, 2012. All "client driven" opt-outs will be allowed to meet with Judge Fallon or Judge Farina, or his successor, Judge Bailey, in a mutually convenient location to be determined in Florida to discuss the terms of the settlement. And thereafter, such opt outs will be provided an opportunity to rescind their opt-outs if they choose to do so in a time period to be established by the court. Further, Milstein/Durkee agrees to stay and to not move forward with any cases for any opt-outs until after such meetings occur.

6. Milstein/Durkee to be given reasonable consideration for the award of any common benefit fees for all common benefit work performed by Milstein/Durkee notwithstanding that the PSC did not authorize such work in advance as required by PTO 9. All Milstein/Durkee time rejected as untimely will be considered by the court-appointed CPA, Philip Garrett, who will otherwise treat Milstein/Durkee time and expense records consistent with established protocols. Also notwithstanding PTO 9, Milstein/Durkee to be reimbursed for all reasonable litigation costs. i.e., "held costs" and "shared costs" in same manner and time frame as PSC and common benefit counsel, including Milstein/Durkee, as to all Milstein/Durkee clients participating in class settlements consistent with established protocols. Any Milstein/Durkee costs previously rejected as untimely to be considered. Milstein/Durkee to be given sufficient notice and opportunity to submit briefing and argument on any and all attorney fee petitions arising from the class settlements. PSC lead counsel and Milstein/Durkee to jointly seek order from the Court to effectuate this paragraph.

7.  PSC to include Milstein/Durkee's 14 "late filed" Knauf claims in PSC's group of "late filed" claims in discussing resolution with Knauf. Milstein/Durkee to provide appropriate information to Leonard Davis for subsequent submission.

8.  Milstein/Durkee to provide rescissions of all opt-outs, except for client-driven opt-outs, and all objections to all settlements. Defendants may, in sole discretion, withdraw from this agreement if too many opt outs remain.

9.  Milstein/Durkee to be provided copies of and reasonable opportunity for input into claims forms and claims form process prior to finalizing same. Milstein/Durkee will submit claims for its clients consistent with established protocols. Claim forms to incorporate prior Benchmark inspections as qualifiers for settlement participation.

10. Milstein/Durkee to be provided with copy of Global settlement allocation plan prior to final approval.

11. PSC to use best efforts to address any Milstein/Durkee Taishan clients not already named to Taishan Omnibus Complaints, either by later amendment of existing complaint or intervention (so that additional cost of service under the Hague Convention can be avoided).

_____
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN
  & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone: 504/589-9700
Fax: 504/589-9701
mpipes@barrassousdin.com
*Counsel for All Participating Defendants
and All Participating Insurers in Settlement
of Builders, Installers, Suppliers and
Participating Insurers*

_____
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592-4663
*Plaintiffs' Lead Counsel inn MDL 2047*
and
Russ M. Herman, 6819
Herman, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

*[signature]*

Steven Glickstein, N.Y. 1038157
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8485
Fax: (212) 836-6485
sglickstein@kayescholer.com
*Counsel for Knauf Defendants*

C. David Durkee
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, Florida 33134
Telephone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com

Mark Milstein
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Certain Opt-Outs
and On Objection to Certain Settlements*

| | |
|---|---|
| Steven Glickstein, N.Y. 1038157<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 836-8485<br>Fax: (212) 836-6485<br>sglickstein@kayescholer.com<br>*Counsel for Knauf Defendants* | C. David Durkee<br>ROBERTS & DURKEE, P.A.<br>Alhambra Towers<br>Penthouse 1 – Suite 1603<br>121 Alhambra Plaza<br>Coral Gables, Florida 33134<br>Telephone: (305) 442-1700<br>Fax: (305) 442-2559<br>durkee@rdlawnet.com |

Mark Milstein
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Certain Opt-Outs
and On Objection to Certain Settlements*

Steven Glickstein, N.Y. 1038157
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8485
Fax: (212) 836-6485
sglickstein@kayescholer.com
*Counsel for Knauf Defendants*

C. David Durkee
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, Florida 33134
Telephone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com

Mark Milstein
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Certain Opt-Outs
and On Objection to Certain Settlements*