**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED** **DRYWALL PRODUCTS LIABILITY** **LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL CASES** | |

<u>**ORDER**</u>

Upon consideration of Class Counsel's Unopposed Motion to Dismiss Objections;

IT IS HEREBY ORDERED that said Motion is GRANTED and the objections of Wayne

Kaplan are dismissed.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
Eldon E. Fallon
United States District Court Judge