UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |

* * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT, Defendant, Better Boxing, requests that the Court add Barbara Bourgeois Ormsby, La. Bar #27388, of the law firm of Forman Perry Watkins Krutz & Tardy LLP, 701 Poydras Street, Suite 4350, New Orleans, LA  70139 as additional counsel of record for defendant, Better Boxing, in the above captioned proceedings.

Respectfully submitted:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP

     /s/   Tim Gray
Tim Gray, LA Bar No. 31748
John C. McCants (*pro hac vice*)
701 Poydras Street, Suite 4350
New Orleans, Louisiana 70139
(504)  799-4383
(504)  799-4384
Email:  LaEservice@fpwk.com
*Counsel for Better Boxing*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                                    /s/  Tim Gray