UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE |
| *ALL CASES* | * * | WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER TO ENROLL CO-COUNSEL OF RECORD

Considering the motion to enroll additional counsel of record,

IT IS ORDERED that the motion is granted.  Barbara Bourgeois Ormsby, La Bar 27388, of Forman Perry Watkins Krutz & Tardy LLP, is enrolled as additional counsel of record in the above-captioned proceeding for defendant, Better Boxing.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
**UNITED STATES DISTRICT JUDGE**