## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | SECTION:  L |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | MAGISTRATE JUDGE |
| ALL CASES | * | WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT, Defendant, Gulf Sales & Import Company, Inc. No. 1, requests that the Court add Barbara Bourgeois Ormsby, La. Bar #27388, of the law firm of Forman Perry Watkins Krutz & Tardy LLP, 701 Poydras Street, Suite 4350, New Orleans, LA  70139 as additional counsel of record for defendant, Gulf Sales & Import Company Inc. No. 1, in the above captioned proceedings.

Respectfully submitted:

FORMAN PERRY WATKINS KRUTZ & TARDY LLP


     /s/   Tim Gray
Tim Gray, LA Bar No. 31748
John C. McCants (*pro hac vice*)
701 Poydras Street, Suite 4350
New Orleans, Louisiana 70139
(504)  799-4383
(504)  799-4384
Email:  LaEservice@fpwk.com
*Counsel for Gulf Sales & Import Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/  Tim Gray