UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) |
| | ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

## JOINDER TO CLASS COUNSEL'S UNOPPOSED MOTION TO DISMISS OBJECTION OF WAYNE KAPLAN

The law firms Milstein Adelman LLP and Roberts & Durkee PA hereby file this Notice of Joinder for the limited purpose of joining in Class Counsel's Unopposed Motion to Dismiss Objection of Wayne Kaplan, subject to the terms and conditions as fully set forth in the Term Sheet, attached as Exhibit "A" to Class Counsel's Unopposed Motion to Dismiss Objection of Wayne Kaplan.

Respectfully submitted this 13 day of December.

C. David Durkee, Esq.
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Paul D. Stevens, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Individual Plaintiffs*