UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Payton, et al. v. Knauf Gips KG, et al.,*<br>*Case No.: 09-7628 (E.D.La.)* | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that Gregory S. Weiss, Esquire and the law firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A. will bring for submission their Motion to Withdraw as Counsel Without Substitution for Plaintiffs, DANIELLE SKORA and GREGORY SKORA, on January 2, 2013 at 9:00 a.m.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 14, 2012 | /s/ Gregory S. Weiss<br>Gregory S. Weiss, Esq.<br>(Florida Bar No.: 163430)<br>LEOPOLD LAW, P.A.<br>2925 PGA Boulevard, Suite 200<br>Palm Beach Gardens, FL 33410<br>Telephone: (561) 515-1400<br>Facsimile: (561) 515-1401<br>gweiss@leopold-law.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail to: Danielle Skora, 441 N.E. 20th Avenue, Apt. 203, Deerfield Beach, FL 33441 and Gregory Skora, 9390 Boca River Circle, Boca Raton, FL 33434 on this 14th day of December, 2013.

s/GREGORY S. WEISS
GREGORY S. WEISS
(Florida Bar No.: 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone:  (561) 515-1400
Facsimile:   (561) 515-1401
gweiss@leopold-law.com