# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED          :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :    SECTION:  L
LITIGATION                            :
                                      :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :    JUDGE FALLON
ALL CASES AND                         :    MAG. JUDGE WILKINSON
                                      :
```
*Payton, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-07628 (E.D. La.)**

*Gross, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-06690 (E.D. La.)**

*Rogers, et al. v. Knauf Gips KG, et al.*
**Case No. 2:10-cv-00362 (E.D. La.)**

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
**Case No. 2:11-cv-00252 (E.D. La.)**

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
**Case No. 11-cv-1363 (E.D. La.)**

*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
**Case No. 11-cv-2349 (E.D. La.)**

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
**Case No. 11-cv-3023 (E.D. La.)**

*Vickers, et al. v. Knauf Gips KG, et al.*
**Case No. 2:09-cv-04117 (E.D. La.)**

------------------------------------------------------------x

**ORDER REGARDING TERMINATION AND RESCISSION DATES**

61008357.DOCX

1. The time for Participating Defendants and Participating Insurers in the Global Settlement to withdraw shall remain unchanged except as provided in paragraph 2(b) below.

2. The rights of Settling Defendants (other than Banner and its insurers) to terminate the respective Settlements is extended until December 21, 2012.  Any such termination or withdrawal shall be delivered to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received by 4 p.m. Central Time on the due date.

 a. A Settling Defendant (other than Banner and its insurers) that does not exercise its termination right by three days after the conclusion of the Fairness Hearing will be bound by its Settlement if all other Settling Defendants also do not exercise their termination or withdrawal rights by that date.

 b. A Settling Defendant (other than Banner and its insurers) that does not exercise its termination or withdrawal right by December 21, 2012 may nonetheless terminate its Settlement by December 24, 2012 if both (a) any other Settling Defendant has exercised its termination right by December 21, 2012, and (b) the conditions entitling the Settling Defendant to terminate are satisfied.  A Participating Defendant or Participating Insurer in the Global Settlement may withdraw from the Global Settlement by December 24, 2012 if both conditions (a) and (b) are satisfied.  Any such termination or withdrawal shall be delivered to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 12 p.m. Central Time on the due date.

 c. The rights of Banner and its insurers to terminate the Banner Settlement shall be governed by their existing Settlement.  Banner shall deliver any termination notice to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 4 p.m. Central Time on the date specified in the Banner Settlement; however if

Banner terminates, all other Settling Defendants, Participating Defendants and Participating Insurers shall have three business days from the date of Banner's notice to terminate or withdraw from their respective Settlements by providing a termination notice to Liaison and Lead Counsel for the PSC by facsimile, email or hand delivery so that it is received on or before 4 p.m. Central Time on the due date.

3.  The right of any Class Member who has opted out of one or more of the Settlements to rescind his/her opt out is extended until December 21, 2012.

New Orleans, Louisiana, this 14th day of December, 2012

_____
ELDON E. FALLON
United States District Judge