UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### SEVENTH SUPPLEMENTAL NOTICE OF FILING BY CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

    A.    **Rescissions of Opt-Outs**–See attached chart and Exhibit A

        Respectfully submitted,

Dated: December 14, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

        Arnold Levin
        Fred S. Longer
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047*

## CLASS COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of December, 2012.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN, KATZ & COTLAR, LLP
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhkc.com
        *Plaintiffs' Liaison Counsel in MDL 2047*
        *Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|   | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|   | **RESCISSIONS** | | |
| 1. | Jones, Frank and Peggy |  | Global, InEx |
| 2. | Leong, Ling and Yen Lai | Pilka & Assoc. Daniel F. Pilka | Global |
| 3. | Devonshire Properties, Inc. | Krebs, Farley & Pelleteri, P.L.L.C. Charles B. Long | Banner |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

# EXHIBIT A

## NOTICE OF RESCISSION OF OPT-OUT

Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Eastern District of Louisiana

Pursuant to the terms of the various settlement agreements and the Court's orders addressing Opt-Outs, notice is hereby being provided to the following counsel regarding the Plaintiff's decision to rescind her previous Opt-Out notice:

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN, & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Facsimile: (215) 592-4663

Russ M. Herman, Esq.
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Facsimile: (504) 561-6024

Dear Counselors:

Pursuant to the terms of the settlement agreements in MDL No. 2047, regarding claims involving Builders, Installers, Suppliers, and Participating Insurers, as well as Interior/Exterior Building Supply, please consider this notice of my desire to rescind my previous Opt-Out Notice as to the following:

- Builders, Installer, Suppliers and Participating Insurers Settlements; and
- Interior/Exterior (INEX) Building Supply Settlement.

The address of my home affected by the defective Chinese drywall is: 35214 County Road 38, Summerdale, Alabama 36580.

_____
(Signature)

FRANCES JONES
(Printed Name)

12/11/2012
(Date)

Counsel for the Homeowners: _____
James V. Doyle, Jr.
Doyle Law Firm, PC
2100 Highland Avenue, Suite 140 (35205)
P.O. Box 39040
Birmingham, AL 35205
(205) 839-9900 phone
(205) 332-1362 facsimile

## NOTICE OF RESCISSION OF OPT-OUT

RE: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Eastern District of Louisiana

Pursuant to the terms of the various settlement agreements and the Court's orders addressing Opt-Outs, notice is hereby being provided to the following counsel regarding the Plaintiff's decision to rescind her previous Opt-Out notice:

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN, & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Facsimile: (215) 592-4663

Russ M. Herman, Esq.
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Facsimile: (504) 561-6024

Dear Counselors:

Pursuant to the terms of the settlement agreements in MDL No. 2047, regarding claims involving Builders, Installers, Suppliers, and Participating Insurers, as well as Interior/Exterior Building Supply, please consider this notice of my desire to rescind my previous Opt-Out Notice as to the following:

- Builders, Installer, Suppliers and Participating Insurers Settlement; and
- Interior/Exterior (INEX) Building Supply Settlement.

The address of my home affected by the defective Chinese drywall is: 25284 County Road 38, Summerdale, Alabama 36580.

_Peggy Jones_
(Signature)

PEGGY Jones
(Printed Name)

12/11/2012
(Date)

Counsel for the homeowner:
James V. Doyle, Jr.
Doyle Law Firm, PC
2545 Highland Avenue, Suite 100 (35205)
P.O. Box 96445
Birmingham, AL 35235
(205) 533-9500 phone
(205) 332-1082 facsimile

## NOTICE OF ELECTION TO RESCIND OPT-OUT FROM BUILDING, INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

December 10, 2012

Arnold Levin, Esq.
Levin, Fishbeh , Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Election to Rescind Opt-Out from Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall Action

By and through their counsel, the undersigned hereby rescind their opt out from the Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall Action.

Affected Property Address:   3189 Kearns Road, Mulberry, Florida 33860

_____          _____
Ling Leong                                                        Yen Lai
By:_____          By:_____
His:_____          Her:_____

12/11/12                                                              12/11/12
_____          _____
Date                                                                  Date

Current Address:   410 Canterwood Drive, Mulberry, Florida 33860

## RESCISSION OF OPT-OUT FROM BANNER SETTLEMENT CLASS
## RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, <u>Devonshire Properties, Inc.</u>, whose address is <u>3412 Bay Blvd., Tampa, Florida 33629</u>, hereby rescinds its opt-out from the Banner Settlement Class in the Chinese Drywall action.

Devonshire Properties, Inc.

*/s/ Neil Layton*

Neil Layton
December 7, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

Michael A. Sexton
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Seth Alhadeff
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133