UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
|---|---|---|
| | : | SECTION: L |

---------------------------------------------------------------x

| THIS DOCUMENT RELATES TO: ALL CASES AND | : | JUDGE FALLON |
|---|---|---|
| | : | MAG. JUDGE WILKINSON |

*Payton, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Gross, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et al. v. Knauf Gips KG, et al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
Case No. 2:11-cv-00252 (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
Case No. 11-cv-1363 (E.D. La.)

*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
Case No. 11-cv-2349 (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*
Case No. 11-cv-3023 (E.D. La.)

*Vickers, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-04117 (E.D. La.)

---------------------------------------------------------------x

**ORDER ON EX PARTE MOTION TO FILE CERTAIN EXHIBITS TO THE THIRD AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 UNDER SEAL**

IT IS ORDERED THAT the Parties are granted leave to file exhibits D and H to the Third Amended Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 under seal.

New Oreleans, Louisiana this 13 day of December, 2012.

UNITED STATES DISTRICT JUDGE