UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047  SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Chari McIntyre Rapp. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 14th day of December, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Chari McIntyre Rapp
300 Highway 90
Waveland
MS 39576