

RECEIVED
DEC 11 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

McIntyre Rapp Real Estate
300 Highways 90
Waveland, MS  39576
228-216-7079

Dear Judge Fallon:

It is with great honor and respect that I write this letter to you.  I understand that you have so much on your agenda and I thank you so much for the time that it will take you to read my letter.  I am in need of your help.  I own and occupy several properties that have Knauf Tiajing Chinese Drywall.  I understand that there are so many people who are in the same position that we are concerning this defective drywall.  I am in the class action lawsuit in which I understand that there has been a tenative settlement made.  I so need your help for some immediate relief.  This is my situation.  I am a Real Estate Broker in Waveland, MS.  I have served over the past 12 years as an appointee by the Governor to the Hancock Development Commission in Hancock County, MS as a board member, Secretary and over the past 4 years as Vice-President.  I served on the Board of Directors for 4 years on the Gulf Coast Foreign Trade Zone and presently serve and sit as Vice-President of the Gulf Coast Crime Stoppers.  My husband and I also serve as Deacons in our Church for the past 15 years.  After Katrina hit our area, we worked diligently toward helping with the regrowth of our community and continue to this day to do so.  We lost everything that we owned during Katrina with the exception of our lives, thank God!  Sadly enough over the next several months, my husband lost his sister to a brain tumor, three weeks later his mother to a brain tumor and several months later we received a call that his father had died while getting dressed for the day.  As you can see, life has been a struggle.  After we had just about completed the rebuilding of our homes and business, we found as we were working on one of our last rental properties that everything that we had worked so hard to rebuild had Knauf Tiajing Chinese Drywall…  I knew that it was in all of our properties because we had all of the sheetrock delivered at the same time.  By this time, the real estate market had fallen apart and there were no funds to repair and replace except for two of the rental homes.  We did the majority of the labor in all

of our renovations. I thought that time and time again that the settlement would come and we would be able to start trying to rebuild our lives over once again. Nothing has happened to this day. I keep getting my hope shot down over and over. The hardest problems that I am having are with the effects on my health. Every day I awake with a horrible migraine and in the business that I work in it becomes extremely difficult to try to function with an excruciating migraine. I have repeated sinus infections, sore throat, burning and watering eyes and it has come to a place that I can hardly work anymore. My doctor has just referred me to a Neurologist in Hattiesburg to try to get me some relief. I can't hire more agents for my business in concern that when I tell them about the sheetrock that they will try to sue me. I have two rental units in my building in which I have had to take a much lessor rental amount because of the drywall. One tenant is getting ready to move out because all of her jewelry has been turning and she can't sell her inventory because of the effects of the drywall on her inventory. It was months before I could even get someone who was willing to take the offices at a lessor amount, yet I had no other choice because I was about to get into trouble with the bank with the note. I have never in my life had any credit issues. It's not only my commercial building but my home as well. I can't ever get away from the fumes. You may think just move, I can't afford to move because my rental properties are causing me to loss income, I have a loss of income on my commercial property and I know that because of the illness that I have to deal with that I have had a loss of income in my sales. My father is 82 years old and we build a commercial property 20 years ago in order to supplement his and my mother's income in their retirement. He has had to take a $500.00 per month reduction in his rent just to keep the tenant from moving because of the drywall. The buildings all have a terrible smell and people come in and want to know what the smell is. I had a couple come into my office one day, said you have Chinese Drywall in here and we are leaving. I had another couple come in and my eyes were pouring water and they wanted to know what was wrong with me, I can't lie and when I told them it was from the fumes of the drywall, they left. Not to mention all of the problems with the electrical, equipment failures, malfunctions of AC, alarm system, stereo, computers, printers, copiers, scanners and near fires that have occurred over the past years. I had some clients in my office and the lights were shorting on and off and they wanted to know what was wrong with my electrical. I just don't know what to do except to reach out to you with a sincere heart and ask you for help. I

have asked and asked and asked for help from my attorney and have let him know all of the problems that I have been faced with and nothing happens. He sent his inspector over for the third time and he himself said "I don't know how you can stay in here." If you could get Knauf to settle with me I would be willing to do the work again to fix the defective sheetrock. My father is still a licensed contractor and he taught me the construction business. Everything that was rebuilt after Katrina we did ourselves and with our own subs. I can assure you that we can take care of the reconstruction on our own. I just really need some relief. I thank you with all of my heart with anything that you could do to help me. I just ask you if you would please try to put yourself in my place and have compassion on us. I know that I would for you.

Thank you so very much for the time that you have spent in reading my letter, I await your reply and May God Bless you!

With utmost sincerity,

Chari McIntyre Rapp
Owner/Broker
McIntyre Rapp Real Estate


CMR/cmr



RECEIVED
DEC 10 2012
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

McIntyre Rapp Real Estate
300 Highways 90
Waveland, MS  39576
228-216-7079

Dear Judge Fallon:

It is with great honor and respect that I write this letter to you. I understand that you have so much on your agenda and I thank you so much for the time that it will take you to read my letter. I am in need of your help. I own and occupy several properties that have Knauf Tiajing Chinese Drywall. I understand that there are so many people who are in the same position that we are concerning this defective drywall. I am in the class action lawsuit in which I understand that there has been a tenative settlement made. I so need your help for some immediate relief. This is my situation. I am a Real Estate Broker in Waveland, MS. I have served over the past 12 years as an appointee by the Governor to the Hancock Development Commission in Hancock County, MS as a board member, Secretary and over the past 4 years as Vice-President. I served on the Board of Directors for 4 years on the Gulf Coast Foreign Trade Zone and presently serve and sit as Vice-President of the Gulf Coast Crime Stoppers. My husband and I also serve as Deacons in our Church for the past 15 years. After Katrina hit our area, we worked diligently toward helping with the regrowth of our community and continue to this day to do so. We lost everything that we owned during Katrina with the exception of our lives, thank God! Sadly enough over the next several months, my husband lost his sister to a brain tumor, three weeks later his mother to a brain tumor and several months later we received a call that his father had died while getting dressed for the day. As you can see, life has been a struggle. After we had just about completed the rebuilding of our homes and business, we found as we were working on one of our last rental properties that everything that we had worked so hard to rebuild had Knauf Tiajing Chinese Drywall… I knew that it was in all of our properties because we had all of the sheetrock delivered at the same time. By this time, the real estate market had fallen apart and there were no funds to repair and replace except for two of the rental homes. We did the majority of the labor in all

of our renovations. I thought that time and time again that the settlement would come and we would be able to start trying to rebuild our lives over once again. Nothing has happened to this day. I keep getting my hope shot down over and over. The hardest problems that I am having are with the effects on my health. Every day I awake with a horrible migraine and in the business that I work in it becomes extremely difficult to try to function with an excruciating migraine. I have repeated sinus infections, sore throat, burning and watering eyes and it has come to a place that I can hardly work anymore. My doctor has just referred me to a Neurologist in Hattiesburg to try to get me some relief. I can't hire more agents for my business in concern that when I tell them about the sheetrock that they will try to sue me. I have two rental units in my building in which I have had to take a much lessor rental amount because of the drywall. One tenant is getting ready to move out because all of her jewelry has been turning and she can't sell her inventory because of the effects of the drywall on her inventory. It was months before I could even get someone who was willing to take the offices at a lessor amount, yet I had no other choice because I was about to get into trouble with the bank with the note. I have never in my life had any credit issues. It's not only my commercial building but my home as well. I can't ever get away from the fumes. You may think just move, I can't afford to move because my rental properties are causing me to loss income, I have a loss of income on my commercial property and I know that because of the illness that I have to deal with that I have had a loss of income in my sales. My father is 82 years old and we build a commercial property 20 years ago in order to supplement his and my mother's income in their retirement. He has had to take a $500.00 per month reduction in his rent just to keep the tenant from moving because of the drywall. The buildings all have a terrible smell and people come in and want to know what the smell is. I had a couple come into my office one day, said you have Chinese Drywall in here and we are leaving. I had another couple come in and my eyes were pouring water and they wanted to know what was wrong with me, I can't lie and when I told them it was from the fumes of the drywall, they left. Not to mention all of the problems with the electrical, equipment failures, malfunctions of AC, alarm system, stereo, computers, printers, copiers, scanners and near fires that have occurred over the past years. I had some clients in my office and the lights were shorting on and off and they wanted to know what was wrong with my electrical. I just don't know what to do except to reach out to you with a sincere heart and ask you for help. I

have asked and asked and asked for help from my attorney and have let him know all of the problems that I have been faced with and nothing happens. He sent his inspector over for the third time and he himself said "I don't know how you can stay in here." If you could get Knauf to settle with me I would be willing to do the work again to fix the defective sheetrock. My father is still a licensed contractor and he taught me the construction business. Everything that was rebuilt after Katrina we did ourselves and with our own subs. I can assure you that we can take care of the reconstruction on our own. I just really need some relief. I thank you with all of my heart with anything that you could do to help me. I just ask you if you would please try to put yourself in my place and have compassion on us. I know that I would for you.

Thank you so very much for the time that you have spent in reading my letter, I await your reply and May God Bless you!

With utmost sincerity,

*Chari McIntyre Rapp*
Chari McIntyre Rapp
Owner/Broker
McIntyre Rapp Real Estate


CMR/cmr