```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF LOUISIANA
 2

      IN RE:                     ) MDL NO. 2047
 3    CHINESE-MANUFACTURED       ) SECTION: L
      DRYWALL PRODUCTS           ) JUDGE FALLON
 4    LIABILITY LITIGATION       ) MAGISTRATE
                                 ) JUDGE WILKINSON
 5                          - - -
 6
              CROSS NOTICED IN VARIOUS OTHER ACTIONS
 7
 8                 CERTIFICATE OF NONAPPEARANCE
 9
10
11       I, Tamara K. Chapman, a Certified Shorthand Reporter
12   for the State of Texas and the State of Louisiana, do
13   hereby certify that pursuant to notice and subpoena issued
14   November 15, 2012, I was present at the offices of
15   Huseman, Dodson & Hummell at 515 North Upper Broadway,
16   Suite 2000, Corpus Christi, from 11:00 a.m. to 3:00 p.m.,
17   on 26th day of November, 2012, accompanied by
18   Mr. Leonard A. Davis, Plaintiffs' Class Counsel, Chris
19   Bandas representing Ernest Vitela, and that ERNEST VITELA
20   did not appear to be deposed.
21
22
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25              deps@golkow.com
```

Certificate of Non Appearance - Ernest Vitela

```
 1                A P P E A R A N C E S
 2
 3
 4   REPRESENTING CLASS PLAINTIFFS:
 5        Leonard A. Davis, Esquire
 6        Herman, Herman & Katz, LLC
 7        820 O'Keefe Avenue
 8        New Orleans, Louisiana  70113
 9        504.581.4892
10        ldavis@hhklawfirm.com
11
12   REPRESENTING ERNEST VITELA:
13        Christopher Bandas, Esquire
14        BANDAS LAW FIRM, P.C.
15        500 N. Shoreline Boulevard, Suite 1020
16        Corpus Christi, Texas  78471
17        361.698.5200
18        cbandas@bandaslawfirm.com
19
20        Van Huseman, Esquire
21        HUSEMAN DODSON & HUMMELL LAW FIRM, PLLC
22        615 N. Upper Broadway, Suite 2000
23        Corpus Christi, Texas  78401
24        361.883.3563
25        vhuseman@hdhlawfirm.com
```

Certificate of Non Appearance - Ernest Vitela

```
 1

 2

 3

 4

 5
                               *   *   *
 6

 7

 8                       INDEX OF EXHIBITS

 9

10

11                                                      Page

12   Exhibit 1.................................    4

13       Re-Notice of Oral and Videotaped

14   Deposition - Ernest Vitela

15

16   Exhibit 2.................................    4

17       Re-Notice of Oral and Videotaped

18   Deposition - E & E Construction

19

20

21

22

23

24

25
```

```
 1                    (Exhibits 1 and 2 were marked.)
 2                    MR. DAVIS:  My name is Leonard Davis.  I'm
 3    from the law firm of Herman, Herman & Katz in New Orleans,
 4    and I'm here representing class counsel.  I'm here today
 5    here at the law offices of Huseman, Dodson & Hummell at
 6    515 North Upper Broadway, Suite 2000, Corpus Christi,
 7    Texas, for the purposes of taking a couple of depositions
 8    in this MDL No. 2047.
 9                    I am going to attach to this deposition as
10    Exhibit 1 the Re-Notice of Oral and Videotaped Deposition
11    pursuant to Federal Rules of Civil Procedure 30(b)(6) that
12    was set to occur at 1:00 o'clock p.m. for the deponent
13    Ernest Vitela, V-I-T-E-L-A.  And that will be Exhibit
14    No. 1.
15                    In addition to that, I'm going to attach as
16    Exhibit No. 2 the Re-Notice of Oral and Videotaped
17    Deposition pursuant to Federal Rules of Civil Procedure
18    30(b)(6) which is for the deposition of E & E Construction
19    Company beginning today at 3:00 p.m.
20                    My appreciation is that Mr. Vitela is, in
21    fact, the owner and the spokesman for E & E Construction
22    Company.  The understanding that I had is that Mr. Vitela
23    would be the representative for the company and,
24    therefore, it was quite probable that one deposition as
25    opposed to two separate depositions would take place.
```

Case 2:09-md-02047-EEF-MBN   Document 16447-1   Filed 12/17/12   Page 5 of 9

Certificate of Non Appearance - Ernest Vitela

 1                In any event, the history of these

 2    depositions, in setting these depositions, is quite

 3    lengthy.  And there have been a number of hearings and

 4    motions before the Honorable Judge Eldon Fallon, who is

 5    the presiding judge over the MDL, with respect to setting

 6    these depositions.  And, more recently, just earlier today

 7    at 1:00 p.m., there was a telephone hearing with Judge

 8    Nelva Gonzalez Ramos, who presides in the federal district

 9    court here in Corpus Christi.  There was that hearing that

10    took place regarding the deposition and a motion to quash

11    that had been filed by Mr. Bandas and his co-counsel.

12    And, also, Anthony Constant appeared of record at that

13    hearing representing Mr. Vitela.

14                As I stated, setting up these depositions

15    have been quite a challenge.  Service of a subpoena was,

16    in fact, made on the deponent, and the notices were

17    properly sent and served in the MDL pursuant to Judge

18    Fallon's orders and the federal rules.

19                In the hearing that took place earlier today

20    before Judge Ramos a directive and order was given by the

21    Court that stated that the deposition was to proceed.

22    There was a time limitation of two hours placed on the

23    deposition, and the deposition was ordered to take place

24    on all areas of questioning.

25                Immediately following that conference with

 1   the Court, here at the offices of Mr. Huseman, I was
 2   prepared to go forward with the depositions and the
 3   witness did not show up.  At that point we attempted to
 4   get Mr. Constant on the telephone, which we did.
 5   Mr. Constant told me that his co-counsel or counsel who
 6   were involved with this matter would locate or attempt to
 7   locate the deponent and that he was prepared for the
 8   deposition to go forward.
 9               It's now approximately ten minutes of 3:00
10   and no deponent or witness has shown up.  However, we have
11   had a number of discussions with Mr. Huseman, as well as
12   Mr. Bandas, who came over approximately 15 minutes ago,
13   and advised me that despite efforts, the witness isn't
14   able to be obtained and will not be showing up for either
15   of the noticed depositions.
16               So that it's very clear, these depositions
17   were both noticed quite some time ago, and then re-noticed
18   for today's deposition on the -- the 15th day of November
19   is when that amended re-notice was sent out.  There have
20   been a number of communications with counsel advising them
21   that I would be flying in and traveling, and that we had
22   gone through tremendous arrangements to make service of
23   the subpoena and to make preparation for these
24   depositions.
25               I know that both the court reporter and the

Certificate of Non Appearance - Ernest Vitela

1   videographer traveled great distance for these
2   depositions, and the time that I spent getting here by
3   flying has been all day, and I won't finish until late in
4   the day getting home, back to New Orleans.
5               We're very concerned and disappointed that
6   these depositions won't go forward, and I've expressed
7   that to Mr. Bandas.  And I know that Mr. Bandas has
8   indicated to me that he wanted to make a statement on the
9   record.
10              MR. BANDAS:  Thank you.  Chris Bandas
11  representing Ernest Vitela.  I am also disappointed that
12  we don't have a witness here today.  I have made several
13  efforts to communicate with my client in an effort to make
14  sure that he was present here today for his deposition.  I
15  have made several telephone calls to him.  I have left him
16  voice messages, I have sent him text messages to the cell
17  phone number that I have for him.  I have also e-mailed
18  him to two e-mail addresses that we have for Mr. Vitela,
19  informing him that not only was he properly subpoenaed to
20  appear under Rule 45 for his deposition here today, for
21  which class counsel has travelled and has made
22  arrangements and are obviously prepared to go forward
23  with, notwithstanding the fact that he has been informed
24  that he was under a properly served subpoena, and then
25  informed through now voicemail, text message and e-mail

 1 that Judge Ramos did not grant the motion to quash that

 2 was filed on his behalf today, he has not appeared.

 3          I have done everything that I can do,

 4 including driving to his home, approximately 45 minutes

 5 ago prior to coming to Mr. Huseman's office to make the

 6 statement on the record.  In fact, I went by his home

 7 twice hoping to find him there.  And I've also notified

 8 him, too, on my way there and on my way from there the

 9 importance of communicating and being present for the

10 deposition that's been subpoenaed and now ordered by Judge

11 Ramos to go forward today.

12          Now, I understand counsel has a 5 clock

13 flight.  I will continue to try to make contact with

14 Mr. Vitela.  I know there is a two-hour time limit and I

15 know counsel wants to probably get home to New Orleans

16 this evening.  But in the event that we were able to make

17 contact with Mr. Vitela and persuade him that he does, in

18 fact, need to show up as he's been ordered to do, I will

19 reach out to Mr. Davis and then, of course, let him know

20 what the situation is.  And I suppose that his option

21 depending on where he is relative to his flight and the

22 time left in the day, coordinate best we can with him, if

23 I do hear from Mr. Vitela.

24          That's it.

25          MR. DAVIS:  I am certainly willing and able

```
 1   to go forward with the deposition.  It's now approximately
 2   two hours from when the deposition was to begin.  I'll
 3   give counsel contact information so that counsel will be
 4   able to reach me.  I'm concerned about not having a
 5   videographer and a court reporter on such short notice,
 6   but our intention is to file appropriate motions.  And as
 7   soon as we're advised that this witness will make himself
 8   available, then we can address the matter further.  And if
 9   the witness won't do so, then we'll still address the
10   matter further.
11             MR. BANDAS:  Very good.
12             MR. DAVIS:  All right.
13
14
15             GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
16   this, the 13th day of December, 2012.
17
18
19                    _____
                      Tamara K. Chapman, Texas CSR 7248
20                    Expiration Date:  12/31/12
                      Golkow Technologies
21                    One Liberty Place
                      1650 Market Street, Suite 5150
22                    Philadelphia, Pennsylvania 19103
                      215.599.8972 | 877.370.3377
23
24
25
```