UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * * * * * | MAG. DIV. "2" MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO LIFT STAY AND SET FOR SUBMISSION MOTION TO VACATE AND SET ASIDE PRELIMINARY DEFAULT JUDGMENT AND REQUEST FOR SANCTIONS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Universal Construction Company, Inc. ("Universal"), and respectfully moves this Court to lift the stay with respect to Universal's previously filed Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927, [R. Doc. 13324], filed with the Court on March 27, 2012, and attached hereto as Exhibit "1." Universal filed the Motion to Vacate to remove the preliminary default judgment improperly entered against it on February 24, 2012, as well as any business disruptions that the default judgment has caused. For the reasons set forth here and in the attached supporting memorandum, Universal respectfully requests that its Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927 be set for submission as the Court's calendar permits.

**WHEREFORE**, Universal Construction Company, Inc. respectfully requests that the Court lift the stay with respect to its Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927, [R. Doc. 13324], and that the Court set the Motion to Vacate and for Sanctions for submission on the Court's docket as its calendar permits.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: _s/ Laura E. Carlisle_
STEVEN F. GRIFFITH, JR. (27232)
LAURA E. CARLISLE (33760)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
TELEPHONE: (504) 566-5200
FACSIMILE: (504) 636-4000
sgriffith@bakerdonelson.com
lcarlisle@bakerdonelson.com

**ATTORNEYS FOR UNIVERSAL
CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2012, the above and foregoing Motion to Lift Stay and Set for Submission Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                                              *s/ Laura E. Carlisle*
                                                                    LAURA E. CARLISLE