UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * <br> * SECTION "L" <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* <br> Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * MAG. DIV. "2" <br> * MAG. JUDGE WILKINSON <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION
TO LIFT STAY AND SET FOR SUBMISSION
MOTION TO VACATE AND SET ASIDE PRELIMINARY
<u>DEFAULT JUDGMENT AND REQUEST FOR SANCTIONS</u>**

**MAY IT PLEASE THE COURT:**

Universal Construction Company, Inc. ("Universal") submits this memorandum in support of its Motion to Lift Stay and Set for Submission Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions. Universal respectfully requests that the Court set its Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927, [R. Doc. 13324], attached hereto as Exhibit "1," for submission as the Court's docket permits.

On February 24, 2012, plaintiffs' counsel requested entry of a preliminary default judgment against Universal, [R. Doc. 12599]. This default was entered despite the agreement of

all parties that Universal had been named as a defendant in error, and that the plaintiffs had sued the wrong party. The plaintiffs' counsel pursued the default despite *seven* requests by Universal, *since June of 2011*, that it be dismissed from the litigation, and, indeed, repeated assurances by plaintiffs' counsel that Universal had been dismissed and would not be defaulted.

In fact, Universal was never dismissed from the litigation, leading to the entry of preliminary default against it. After the default was entered, plaintiffs' counsel acknowledged its mistake but refused to prepare and file a Motion to Set Aside the Judgment, forcing Universal to engage counsel and correct the mistake at its own expense. On March 27, 2012, Universal filed a Motion and Memorandum in Support to Vacate and Set Aside the Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927, [R. Doc. 13324].

A ruling on the Motion to Vacate and Set Aside the Judgment against Universal is necessary to remove any business disruptions caused by the default and any potential further difficulties that the judgment might cause, and clear Universal's name.

For these reasons, Universal requests that the Court lift the stay with respect to its previously filed Motion and set its Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927 for submission on the Court's docket as its calendar permits.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: _s/Laura E. Carlisle_
STEVEN F. GRIFFITH, JR. (27232)
LAURA E. CARLISLE (33760)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
TELEPHONE: (504) 566-5200
FACSIMILE: (504) 636-4000
sgriffith@bakerdonelson.com
lcarlisle@bakerdonelson.com

**ATTORNEYS FOR UNIVERSAL
CONSTRUCTION COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2012, the above and foregoing Memorandum in Support of Motion to Lift Stay and Set for Submission Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_s/Laura E. Carlisle_
LAURA E. CARLISLE
