UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * * * * * | MAG. DIV. "2" MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the forgoing Motion to Lift Stay and Set for Submission Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions ("Motion") filed on behalf of Universal Construction Company, Inc.:

IT IS ORDERED BY THE COURT that the Motion be and is hereby GRANTED, and that the Motion to Vacate and Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927 filed on behalf of Universal Construction Company, Inc. be set for submission before this Court on _____, 2013, at _____ a.m./p.m.

New Orleans, Louisiana, on this _____ day of December, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE