UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : | : MDL NO. 2047 : : SECTION: L : : JUDGE FALLON |
| THIS DOCUMENT RELATES TO: All Cases and *Ruesch et al, v. Knauf Gips KG, et al*, C.A. No. 2:09-04660 | : MAG. JUDGE WILKINSON : : |

NOTICE OF CHANGE OF FIRM AFFILIATION
AND WITHDRAWAL OF FORMER FIRM

TO:   Clerk of Court and All Counsel of Record

PLEASE TAKE NOTICE of the following new firm affiliations and contact information for attorneys Dianne M. Nast and Daniel N. Gallucci:

Dianne M. Nast
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tele: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

Daniel N. Gallucci
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tele: (215) 923-9300
Fax: (215) 923-9302
dgallucci@nastlaw.com

*Counsel for Plaintiffs*

All notices, filings and written communication regarding this action should be sent to the above firm and address.

Please withdraw the appearance of RodaNast, P.C.

Dated: December 17, 2012                      Respectfully submitted,

/s/ Dianne M. Nast                            /s/ Dianne M. Nast
Dianne M. Nast (PA 24424)                     Dianne M. Nast (PA 24424)
RodaNast, P.C.                                NastLaw LLC
801 Estelle Drive                             1101 Market Street, Suite 2801
Lancaster, PA 17601                           Philadelphia, PA 19107
Tele: (717) 892-3000                          Tele: (215) 923-9300
Fax: (717) 892-1200                           Fax: (215) 923-9302
dnast@rodanast.com                            dnast@nastlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Change of Firm Affiliation and Withdrawal of Former Firm has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of December 2012.

                                              /s/ Dianne M. Nast
                                              Dianne M. Nast