UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Hugh and Elizabeth Harris. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 17th day of December, 2012.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Hugh and Elizabeth Harris
2889 St. Barts Square
Vero Beach
FL 32967