Honorable Judge Eldon Fallon
Room C456
500 Poydras Street,
New Orleans, LA
70130

December 11th, 2012

Subject:     CHINESE DRYWALL REMEDIATION SETTLEMENT & REIMBURSEMENT

Sir:

We are writing to you about the lack of being advised on where we stand with the settlement on the drywall remediation as set forth by your court ruling.

Once we determined that out home located in Vero Beach, Florida had been built with the affected drywall, we had our home remediated by a qualified restoration company and used Colson & Hicks as our Attorney to collect and document all the evidence required to prove that we had an "infected" home after you issued the correct procedure to remove and restore our home. All the information together with samples of the affected drywall and samples of the corroded copper piping are still in the possession of Colson Hicks, as well as the video that they took before, during and after the remediation.

In order to have done this work, we have spent more than $100,000.00 of our retirement funds to correct the CDW and to live in our home in a healthier environment.

The situation we now find ourselves in is that we cannot find out from Colson Hicks just what is taking place and when a decision will be made to offer recompense to those homeowners who have completely remediated their homes.

There are homes in our development affected by CDW that are being remediated at this time and some homeowners who elect to have a "cash" settlement have received $150,000.00 to $160,000.00 for the expense of having the home remediated and for expenses involving an alternative home while the work is being completed, moving & storage expenses and replacement costs of clothing and other items.

It would appear that the homeowners who have remediated their homes from their own savings/retirement funds have received little consideration as to a fair reimbursement of the costs of the remediation, alternative housing and moving expenses. Although I have spoken to our Attorney, Colson & Hicks four weeks ago on when we would receive some information on our settlement they assured me the information was imminent and to-date we have not received any offer of recompense or settlement.

As I have indicated above I spent most of my retirement savings to enable us to remediate our home, I am 79years old, and find that I have returned to the work force to try and earn some of the money I have had to spend to cover the cost of the remediation, my wife is 60years old, also has to work full time AND suffered a major heart attack caused by stress just months after we moved back into our home after the remediation.

No matter how many times I phone or how many emails I send to Colson & Hicks, they are not being proactive in returning my calls or responding to my email, we are becoming increasingly alarmed at the lack of information and the total lack of consideration to those homeowners who have gone through the considerable expense of remediating their homes.

Please advise what we can do in order to facilitate a settlement and be treated fairly by the Defendant.

Yours sincerely,

Hugh & Elizabeth Harris
2889 St, Barts Square,
Vero Beach, FL
32967
772-480-3190 (cell)
772-770-2186 (home)