# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Kenneth Abel, et al v. Taishan Gypsum Co, Ltd f/k/a Shandong Taihe Dongxin Co, Ltd, et al*<br>Case No. 2:11-cv-080 (E.D. La.) | * * * * * * | |

## DEBRA FRAZIER'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Debra Frazier hereby dismisses, without prejudice, all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Debra Frazier shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.

Attached hereto as Exhibit "A" is correspondence from Eric O'Steen, counsel for Debra Frazier, dated December 14, 2012, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: December 18, 2012        /s/ Russ M. Herman_____
                                Russ M. Herman, Esquire (Bar No. 6819)
                                Leonard A. Davis, Esquire (Bar No. 14190)
                                Stephen J. Herman, Esquire (Bar No. 23129)
                                HERMAN, HERMAN & KATZ, L.L.C.
                                820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
                                Phone: (504) 581-4892
                                Fax: (504) 561-6024
                                LDavis@hhkc.com
                                *Plaintiffs' Liaison Counsel*
                                *MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of December, 2012.

                                /s/_Leonard A. Davis_____
                                Leonard A. Davis, Esquire
                                Herman, Herman & Katz, L.L.C.
                                820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
                                Phone: (504) 581-4892
                                Fax: (504) 561-6024
                                ldavis@hhklawfirm.com
                                Plaintiffs' Liaison Counsel
                                MDL 2047