

# Reich & Binstock, LLP
A Partnership Including Professional Corporations

**Attorneys & Counselors at Law**

4265 San Felipe, Suite 1000
Houston, Texas 77027
Phone: 713-622-7271
Fax: 713-623-8724

**HOUSTON  ●  LOS ANGELES  ●  NEW ORLEANS**

Toll Free:
1-800-622-7271

www.reichandbinstock.com

Dennis C. Reich *+π
Robert J. Binstock *#

\* Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization
+ Admitted State Bar of California
π Admitted State Bar of New York
# Board Certified Civil Trial Advocacy
National Board of Trial Advocacy

Shari A. Wright
Charles C. Hunter
Eric O'Steen

Debra Brewer Hayes
(Of Counsel)

December 14, 2012

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   **Re:** **In re: Chinese Manufactured Drywall Products Liability Litigation**
      **Case No. 2:11-cv-080;** *Kenneth Abel, et al.* **vs.** *Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*
      **Plaintiffs' Omnibus Class Action Complaint (VII)**

Dear Russ and Lenny:

   My client, Debra Frazier, authorizes the attorneys of Herman, Herman, & Katz, LLC to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss, without prejudice, her claims against Defendant, Lowe's Home Centers, Inc. in the above matter, reserving her rights and claims against all other defendants therein.

              Very truly yours,

              Eric O'Steen

Enclosures: none
ECO/jk