UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## ORDER

Upon consideration of Class Counsel's Unopposed Motion to Dismiss Objections;

IT IS HEREBY ORDERED that said Motion is GRANTED and the objections of Wayne Kaplan are dismissed.

New Orleans, Louisiana this 18th day of December, 2012.

_____
Eldon E. Fallon
United States District Court Judge