UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            SECTION L
LITIGATION                            JUDGE FALLON
                                      MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Payton, et al. v. Knauf Gips KG, et al.,*
*Case No.: 09-7628 (E.D.La.)*

## ORDER

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiffs, DANIELLE SKORA and GREGORY SKORA, in the above civil matter.  The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiffs, DANIELLE SKORA and GREGORY SKORA, is hereby granted and that Gregory S. Weiss, Esq. and the firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A., are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Plaintiffs, DANIELLE SKORA and GREGORY SKORA.  Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiff, Danielle Skora, at:  441 N.E. 20th Avenue, Apt. 203, Deerfield Beach, FL 33441 and Plaintiff, Gregory Skora at: 9390 Boca River Circle, Boca Raton, FL 33434.

New Orleans, Louisiana, this 18th day of December, 2012.

*/s/ Eldon E. Fallon*
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE