**BARON B BUDD, P.C.®**

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

November 14, 2012

*<u>Via Facsimile (504) 561-6024 & U.S. Mail</u>*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: **In re: Chinese Manufactured Drywall Products Liability Litigation
Kenneth Abel, et al v. Taishan Gypsum Co., Ltd, fka Shandong Taihe
Dongxin Co., Ltd., et al; Cause No. 11-080**

Dear Russ and Lenny:

My clients, Kathleen and Ken Schoenberg, authorize the attorneys of Herman, Herman, & Katz, LLC to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Rosen Materials, LLC in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

Bruce Steckler