U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 19 2012
LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
Case No. 12-31213

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:09-MD-2047 L

---

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_Lyle W. Cayce_
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
New Orleans, LA
12/12/12

Fee _____
Process _____
X Ditd _____
CtRmDep _____
Doc. No. _____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 12, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-31213   In Re:  Chinese Manufactured Drywall
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6690
        USDC No. 2:09-CV-4115
        USDC No. 2:10-CV-6690

Enclosed is an order entered in this case.

In addition to filing the joint designation of record with the District Court, notice should also be electronically filed with this court advising us that the designation has been filed.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Ms. Elizabeth Joan Cabraser
Mr. Joe Cyr
Mr. Leonard Arthur Davis
Mr. Russ M. Herman
Mr. Fred S. Longer
Mr. Steven L Nicholas
Mr. Thomas Patrick Owen Jr.
Mr. Jonathan David Selbin
Mr. Frank T. Spano
Mr. Richard C Stanley
Mrs. Brooke C. Tigchelaar
Ms. Loretta Whyte