UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Laura Haya, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 11-1077<br><br>Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1672<br><br>Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1395<br><br>Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1673 | |

## MOTION TO WITHDRAW AS COUNSEL WITH SUBSTITUTION

Pursuant to Local Rule 83.2.11, Holly R. Werkema, of the law firm Baron & Budd, P.C., and on behalf of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A., counsel of record for Plaintiffs Frank and Peggy Jones, hereby files this Motion to Withdraw as Counsel With Substitution for the Plaintiffs Frank and Peggy Jones.

Plaintiffs Frank and Peggy Jones have hired James Doyle of Doyle Law Firm, PC to pursue their Chinese drywall claims in the place of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A.

WHEREFORE, the law firms of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A., request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Frank and Peggy Jones in the above captioned cases.

                Respectfully Submitted,

                /s/ Holly R. Werkema
                Holly R. Werkema
                Florida Bar No. 71133
                Baron & Budd, P.C.
                3102 Oak Lawn Ave., Ste. 1100
                Dallas, TX  75219
                hwerkema@baronbudd.com
                Phone: (214) 521-3605
                Fax:  (214) 520-1181

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel with Substitution has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this the 20th day of December, 2012.  I further certify that the above and foregoing has been served on Plaintiffs' Frank and Peggy Jones, by and through their new counsel, James Doyle of Doyle Law Firm, PC.

                /s/ Holly R. Werkema
                Holly R. Werkema
                Florida Bar No. 71133
                Baron & Budd, P.C.
                3102 Oak Lawn Ave., Ste. 1100
                Dallas, TX  75219
                hwerkema@baronbudd.com
                Phone: (214) 521-3605
                Fax:  (214) 520-1181