UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>Laura Haya, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 11-1077<br><br>Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1672<br><br>Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1395<br><br>Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1673 | |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL WITH SUBSTITUTION

Pursuant to Local Rule 83.2.11, Holly R. Werkema, of the law firm Baron & Budd, P.C., and on behalf of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A., counsel of record for Plaintiffs Frank and Peggy Jones, hereby files this Memorandum of Law in Support of the Motion to Withdraw as Counsel with Substitution for the Plaintiffs Frank and Peggy Jones. In support thereof, Movants state as follows:

Plaintiffs Frank and Peggy Jones have hired James Doyle of Doyle Law Firm, PC to pursue their Chinese drywall claims in the place of Baron & Budd, P.C., Alters Law Firm, P.A.,

and Allison Grant, P.A.  James Doyle has filed a claim on behalf of Peggy Jones in the most recent Omni complaint filed in the MDL, *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-1672, and has filed a rescission of opt out of the Global Settlement and the INEX Settlement on behalf of Frank and Peggy Jones.  See Exhibit "A".  Accordingly, it is requested that the law firms of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A. be granted leave to withdraw as counsel for Plaintiffs Frank and Peggy Jones, and that James Doyle of Doyle Law Firm, PC be substituted as counsel of record for Plaintiffs Frank and Peggy Jones.

This motion is made in good faith and will not prejudice any party.  None of the parties will suffer any prejudice if the law firms of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A. withdraw from this case.

WHEREFORE, the law firms of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A., request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Frank and Peggy Jones in the above captioned cases.

Respectfully Submitted,

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel with Substitution has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this the 20th day of December, 2012.  I further certify that the above and foregoing has been served on Plaintiffs' Frank and Peggy Jones, by and through their new counsel, James Doyle of Doyle Law Firm, PC.

      /s/ Holly R. Werkema
      Holly R. Werkema
      Florida Bar No. 71133
      Baron & Budd, P.C.
      3102 Oak Lawn Ave., Ste. 1100
      Dallas, TX  75219
      hwerkema@baronbudd.com
      Phone: (214) 521-3605
      Fax:  (214) 520-1181