Case 2:09-md-02047-EEF-MBN   Document 16457-2   Filed 12/20/12   Page 1 of 2
12/11/2012  17:45   2053321362           JAMES DOYLE                PAGE 01/02
Case 2:09-md-02047-EEF-JCW   Document 16440   Filed 12/14/12   Page 5 of 8
Dec. 11. 2012  1:20PM
Dec. 11. 2012  12:56PM                                           No. 8298   P. 2

## NOTICE OF RESCISSION OF OPT-OUT

Re:  Chinese-Manufactured Drywall Products Liability Litigation
     United States District Court, Eastern District of Louisiana

Pursuant to the terms of the various settlement agreements and the Court's orders addressing Opt-Outs, notice is hereby being provided to the following counsel regarding the Plaintiff's decision to rescind her previous Opt-Out notice:

Arnold Levin, Esq.                          Russ M. Herman, Esq.
LEVIN, FISHBEIN, SEDRAN, & BERMAN           HERMAN, HERMAN & KATZ, LLP
510 Walnut Street, Suite 500                820 O'Keefe Avenue
Philadelphia, PA 19106                      New Orleans, LA 70113
Facsimile: (215) 592-4663                   Facsimile: (504) 561-6024

Dear Counselors:

Pursuant to the terms of the settlement agreements in MDL No. 2047, regarding claims involving Builders, Installers, Suppliers, and Participating Insurers, as well as Interior/Exterior Building Supply, please consider this notice of my desire to rescind my previous Opt-Out Notice as to the following:

- Builders, Installer, Suppliers and Participating Insurers Settlement; and
- Interior/Exterior (INEX) Building Supply Settlement.

The address of my home affected by the defective Chinese drywall is: _____
_____.

_____
(Signature)

FRANK D JONES
(Printed Name)

12 / 11 / 2012
(Date)

Counsel for the Homeowner: _____
                           James V. Doyle, Jr.
                           Doyle Law Firm, PC
                           2860 Highland Avenue, Suite 200 (35205)
                           P.O. Box 38443
                           Birmingham, AL 35238
                           (205) 533-9500 Phone
                           (205) 582-1912 Facsimile

EXHIBIT A

Case 2:09-md-02047-EEF-MBN   Document 16457-2   Filed 12/20/12   Page 2 of 2
12/11/2012  17:45   2053321362        JAMES DOYLE                    PAGE  02/02
Dec. 11  2012  1:19PM
Case 2:09-md-02047-EEF-JCW   Document 16440   Filed 12/14/12   Page 6 of 28

## NOTICE OF RESCISSION OF OPT-OUT

RE:  Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Eastern District of Louisiana

Pursuant to the terms of the various settlement agreements and the Court's orders addressing Opt-Outs, notice is hereby being provided to the following counsel regarding the Plaintiff's decision to rescind her previous Opt-Out notice:

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN, & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Facsimile: (215) 592-4663

Russ M. Herman, Esq.
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Facsimile: (504) 561-6024

Dear Counselors:

Pursuant to the terms of the settlement agreements in MDL No. 2047, regarding claims involving Builders, Installers, Suppliers, and Participating Insurers, as well as Interior/Exterior Building Supply, please consider this notice of my desire to rescind my previous Opt-Out Notice as to the following:

- Builders, Installer, Suppliers and Participating Insurers Settlement; and
- Interior/Exterior (INEX) Building Supply Settlement.

The address of my home affected by the defective Chinese drywall is: 25255 County Road 39, Summerdale, Alabama 36580.

_Peggy Jones_
(Signature)

Peggy Jones
(Printed Name)

12/11/2012
(Date)

Counsel for the homeowner: _____
James V. Doyle, Jr.
Doyle Law Firm, PC
2545 Highland Avenue, Suite 100 (35205)
P.O. Box 59445
Birmingham, AL 35235
(205) 533-9500 phone
(205) 332-1061 facsimile