**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**Laura Haya, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 11-1077**<br><br>**Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1672**<br><br>**Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1395**<br><br>**Amorin, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Xo., Ltd., et. al., Case No. 2:11-cv-1673** | |

**ORDER GRANTING BARON & BUDD, P.C. ET AL.**
**MOTION TO WITHDRAW AS COUNSEL FOR FRANK AND PEGGY JONES**

Considering the law firms of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A.'s Motion to Withdraw as counsel of record for Plaintiffs Frank and Peggy Jones and the attached supporting memorandum, and finding that the counsel have complied with Local Rule 83.2.11,

IT IS SO ORDERED that the law firms of Baron & Budd, P.C., Alters Law Firm, P.A., and Allison Grant, P.A.'s Motion to Withdraw as counsel of record for Plaintiffs Frank and Peggy Jones is GRANTED. The law firms of Baron & Budd, P.C. , Alters Law Firm, P.A., and Allison Grant, P.A. are discharged from any further obligation and relieved of any further

appearance in these cases on behalf of Frank and Peggy Jones. All pleadings shall be served on Plaintiffs Frank and Peggy Jones's new counsel, James Doyle, Esq. of Doyle Law Firm, PC at 2545 Highland Avenue, Suite 100, Birmingham, AL 35236.

New Orleans, Louisiana, this _____ day of ____________________, 2012.

____________________________________
Eldon E. Fallon
United States District Court Judge