UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

EIGHTH SUPPLEMENTAL NOTICE OF FILING BY
CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

A. **Rescissions of Opt-Outs**–See attached chart and Exhibit A

        Respectfully submitted,

Dated: December 21, 2012      /s/ Russ M. Herman
      Russ M. Herman, Esquire (Bar No. 6819)
      Leonard A. Davis, Esquire (Bar No. 14190)
      HERMAN, HERMAN & KATZ, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      *Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of December, 2012.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

# RESCISSIONS OF SETTLEMENT EXCLUSIONS

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  | **RESCISSIONS** | | |
| 1. | Bailey, Kristi & Gary | C. David Durkee Roberts & Durkee | Banner, Global |
| 2. | Barcia, Juan and Maria | C. David Durkee Roberts & Durkee | Banner |
| 3. | Bell, Thomas E. |  | Global |
| 4. | Briella Townhomes, LLC | Broad and Cassel | Banner |
| 5. | Callahan, Donald and Joanna | C. David Durkee Roberts & Durkee | Global |
| 6. | Cambric, Shannon | C. David Durkee Roberts & Durkee | Global, Banner |
| 7. | Ceminsky, Margaret | C. David Durkee Roberts & Durkee | Banner, Global |
| 8. | Centerline Homes at Georgetown, LLC | Broad and Cassel | Banner |
| 9. | Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC | Broad and Cassel | Banner |
| 10. | Centerline Homes Construction, Inc. | Broad and Cassel | Banner |
| 11. | Centerline Homes, Inc. | Broad and Cassel | Banner |
| 12. | Centerline Homes Signature Services, Inc. | Broad and Cassel | Banner |
| 13. | Centerline Port St. Lucie, Ltd., n/k/a Completed | Broad and Cassel | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
|     | Communities II, LLC |     |     |
| 14. | Chen, Han Ya | C. David Durkee<br>Roberts & Durkee | Banner |
| 15. | Cohen, Carol | C. David Durkee<br>Roberts & Durkee | Global |
| 16. | Cole, John and Star | C. David Durkee<br>Roberts & Durkee | Global |
| 17. | Conroy, John and Sandra | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 18. | Dowdy, Joyce and Alfred | C. David Durkee<br>Roberts & Durkee | Global |
| 19. | Edwards, Norma | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 20. | Fry, Josh and Megan | C. David Durkee<br>Roberts & Durkee | Global |
| 21. | Fry, Randy and Connie | C. David Durkee<br>Roberts & Durkee | Banner, Global |
| 22. | Geraci, Vincent and Joan | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 23. | Hamwee, Mark | C. David Durkee<br>Roberts & Durkee | Global |
| 24. | Helmick, Timothy and Maria | C. David Durkee<br>Roberts & Durkee | Global |
| 25. | Javed, Mohammad & Safia | C. David Durkee<br>Roberts & Durkee | Banner |
| 26. | KB Home, et al. | Carlton Fields<br>Mark A. Smith | Banner |
| 27. | Kingsnorth, Robert and Grace | C. David Durkee<br>Roberts & Durkee | Global |
| 28. | Kranz, Helene and Christina | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 29. | Larrazabal, Alejandro | C. David Durkee | Global |

|     | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|-----|----------------|--------------|----------------|
|     |                | Roberts & Durkee |            |
| 30. | Liberty Park Joint Venture, LLP | Starns Davis Florie Philip G. Piggott | InEx, Global |
| 31. | Mackoff, Charles and Arlene | C. David Durkee Roberts & Durkee | Global |
| 32. | Masmela, Bryan | C. David Durkee Roberts & Durkee | Global |
| 33. | Meyer, Kenneth | C. David Durkee Roberts & Durkee | Banner |
| 34. | Mid-State Drywall, Inc. | Christopher Irwin Irwin, Fritchie Urquhart & Moore | Banner |
| 35. | Miller, Raphael and Jeannette | C. David Durkee Roberts & Durkee | Global |
| 36. | Muenchen, Stephen M. | C. David Durkee Roberts & Durkee | Global |
| 37. | Naustdal, Donna M. Naustdal, Oscar (deceased) | C. David Durkee Roberts & Durkee | Global, Banner |
| 38. | Nguyen, Kinh Hong Truong, Christina Phuong | C. David Durkee Roberts & Durkee | Global, Banner |
| 39. | Powell, Laura and Lindeerth | C. David Durkee Roberts & Durkee | Global |
| 40. | Prokopetz, Jason | C. David Durkee Roberts & Durkee | Global |
| 41. | Rizzo, Jack and Luz | C. David Durkee Roberts & Durkee | Global |
| 42. | Saeks, Sieglinde | C. David Durkee Roberts & Durkee | Global, Banner |
| 43. | Schneider-Christians, Michael and Verena | C. David Durkee Roberts & Durkee | Global |
| 44. | Semrau, Terrence and Deborah | C. David Durkee Roberts & Durkee | Global |

|     | **PLAINTIFFS**               | **ATTORNEY**                       | **SETTLEMENT**  |
| --- | ---------------------------- | ---------------------------------- | --------------- |
| 45. | Serrajuddowla, Mohammad and Ruth | C. David Durkee Roberts & Durkee | Global, Banner  |
| 46. | Shaw, John and Barbara       | C. David Durkee Roberts & Durkee   | Global, Banner  |
| 47. | Sierra, Santos & Martha      | C. David Durkee Roberts & Durkee   | Global, Banner  |
| 48. | Suarez, Humberto             | C. David Durkee Roberts & Durkee   | Global          |
| 49. | Talerico, Thomas             | C. David Durkee Roberts & Durkee   | Banner          |
| 50. | Tutin, Barry and Barbara     | C. David Durkee Roberts & Durkee   | Global          |
| 51. | Valentin, Miguel and Ahlan   | C. David Durkee Roberts & Durkee   | Global          |
| 52. | Zamora, Michael              | C. David Durkee Roberts & Durkee   | Global, Banner  |
|     |                              |                                    |                 |
|     |                              |                                    |                 |