# EXHIBIT A

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 14, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re: **CHINESE DRYWALL LITIGATION**
MDL NO. 2047

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. John & Sandra Conroy – 1750 NW 24th Place, Cape Coral, FL 33993
2. Vincent & Joan Geraci – 420 NW 38th Avenue, Cape Coral, FL 33993
3. Sieglinde Saeks – 2810 NW 24th Terr, Cape Coral, FL 33993
4. John & Barbara Shaw – 827 SW 17th Street, Cape Coral, 33991
5. Donna Naustdal – 2576 Keystone Lake Drive, Cape Coral, FL 33909
6. Michael Zamora - 3044 Lake Manatee Drive, Cape Coral, FL 33909
7. Shannon Cambric - 8585 Athena Court, Lehigh Acres, FL 33971
8. Helen & Christina Kranz - 8644 Athena Court, Lehigh Acres, FL 33971

9. Kinh Nguyen - 8557 Pegasus Drive, Lehigh Acres, FL 33971
10. Mohammad & Ruth Serajuddowla - 8710 Pegasus Drive, Lehigh Acres, FL 33971
11. Santos & Martha Sierra - 8719 Pegasus Drive, Lehigh Acres, FL 33971
12. Norma Edwards - 1050 NW Leonardo Circle Port St. Lucie, FL 34986
13. Juan & Maria Barcia - 6119 NW Densaw Terrace, Port St. Lucie, FL 34986
14. Mohammad & Safia Javed - 1341 SW Oriole Lane, Port St. Lucie, FL 34953
15. Thomas Talerico - 240 SE 29th Street; Cape Coral, FL 33904
16. Han – Ya Chen - 2825 NW 21st Ave, Cape Coral, FL 33993
17. Randy & Connie Fry (Fry Holdings (garage)) - 434 NE 3rd Avenue, Cape Coral, FL 33909
18. Kenneth Meyer - 120 SE 4th Terrace, Cape Coral, FL 33990

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.
### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 14, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **CHINESE DRYWALL LITIGATION**
           MDL NO. 2047

To whom it may concern:

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. John & Sandra Conroy – 1750 NW 24th Place, Cape Coral, FL 33993
2. Vincent & Joan Geraci – 420 NW 38th Avenue, Cape Coral, FL 33993
3. Sieglinde Saeks – 2810 NW 24th Terr, Cape Coral, FL 33993
4. John & Barbara Shaw – 827 SW 17th Street, Cape Coral, 33991
5. Donna Naustdal – 2576 Keystone Lake Drive, Cape Coral, FL 33909
6. Michael Zamora - 3044 Lake Manatee Drive, Cape Coral, FL 33909
7. Shannon Cambric - 8585 Athena Court, Lehigh Acres, FL 33971
8. Helen & Christina Kranz - 8644 Athena Court, Lehigh Acres, FL 33971
9. Kinh Nguyen - 8557 Pegasus Drive, Lehigh Acres, FL 33971
10. Mohammad & Ruth Serajuddowla - 8710 Pegasus Drive, Lehigh Acres, FL 33971
11. Santos & Martha Sierra - 8719 Pegasus Drive, Lehigh Acres, FL 33971
12. Norma Edwards - 1050 NW Leonardo Circle Port St. Lucie, FL 34986
13. Kristi & Gary Bailey - 2529 Deerfield Lake Court, Cape Coral, FL 33993
14. Donald & Joanna Callahan - 2545 Deerfield Lake Court, Cape Coral, FL 33909
15. Margaret Ceminsky - 2572 Keystone Lake Drive, Cape Coral, FL 33909

16. John & Star Cole - 2766 Blue Cypress Lake Court, Cape Coral, FL 33909
17. Joyce & Alfred Dowdy - 2553 Deerfield Lake Court, Cape Court, FL 33909
18. Mark Hamwee - 2557 Deerfield Lake Court, Cape Coral, FL 33909
19. Bob & Grace Kingsnorth - 2556 Deerfield Lake Court, Cape Coral, FL 33909
20. Stephen Muenchen Jr. - 2537 Deerfield Lake Court, Cape Coral, FL 33909
21. Jason Prokopetz - 2548 Deerfield Lake Court, Cape Coral, FL 33909
22. Michael & Verena Christians – Schneider - 2549 Deerfield Lake Court, Cape Coral, FL 33909
23. Alejandro Larrazabal - 10902 NW 83rd Street, Apt 212, Doral, FL 33178
24. Bryan Masmela - 10902 NW 83rd Street, Unit 210, Doral, FL 33178
25. Miguel & Alhan Valentin - 10902 NW 83 St, Apt 208, Doral, FL 33178
26. Timothy & Maria Helmick - 8931 SW 228th Lane, Miami, FL 33190
27. Laura & Lindeerth Powell - 8870 SW 229th Street, Cutler Bay, FL 33190
28. Carol Cohen - 15586 Fiorenza Circle, Delray Beach, FL 33446
29. Charles & Arlene Mackoff - 15582 Fiorenza Circle, Delray Beach, FL 33446
30. Raphael & Janette Miller - 15302 Fiorenza Circle, Delray Beach, FL 33446
31. Jack & Luz Rizzo - 15578 Fiorenza Circle, Delray Beach, FL 33446
32. Terrance & Deborah Semrau - 15435 Fiorenza Circle, Delray Beach, FL 33446
33. Barry & Barbara Tutin - 15562 Fiorenza Circle, Delray Beach, FL 33446
34. Josh & Megan Fry - 1210 SE 3rd Avenue, Cape Coral, FL 33990
35. Randy & Connie Fry ( Fry Holdings, office) - 1508 SE 12th Terrace, Cape Coral, FL 33990
36. Humberto Suarez - 208 SE 6th Street, Cape Coral, FL 33990

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee, Esq.

**ROBERTS & DURKEE, P.A.**

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In Re: Chinese-Manufactured Drywall Products Liability Litigation
United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of my desire to *rescind* my opt-out as to the Global Settlement. My address of the property damaged by the Chinese Drywall is:

| 180 Tessa Circle | Albertville | AL | 35950 |
|---|---|---|---|
| Address | City | State | Zip |

I understand that I *will be* entitled to share in the benefits of this Global Settlement and *will* benefit or be bound by further orders or judgments in the Litigation concerning the Global Settlement, if any. The undersigned hereby rescinds its opt-out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action:

| *[signed]* | THOMAS E BELL | DEC 20/2012 |
|---|---|---|
| Signature | Printed Name | Date |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Thomas E. Bell

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Briella Townhomes, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Briella Townhomes, LLC

By: _____

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Homes at Georgetown, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Centerline Homes at Georgetown, LLC

By: _____

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Homes at Tradition, LLC n/k/a Completed Communities II, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Centerline Homes at Tradition, LLC n/k/a
Completed Communities II, LLC

By: _____

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Homes Construction, Inc., whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Centerline Homes Construction, Inc.

*[signature]*

By:

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Centerline Homes, Inc., whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its prior opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Centerline Homes, Inc.

By: _____

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## **RESCISSION OF REQUEST FOR EXCLUSION**
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Homes Signature Series, Inc., whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Centerline Homes Signature Series, Inc.

By: *[signature]*

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Centerline Port St. Lucie, Ltd. n/k/a Completed Communities II, LLC, whose address is 825 Coral Ridge Drive, Coral Springs, Florida 33071, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action, submitted September 28, 2012.

Centerline Port St. Lucie, Ltd. n/k/a Completed
Communities II, LLC

By: [signature]

Dated: December 17, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

## RESCISSION OF BANNER SETTLEMENT *CONDITIONAL* OPT-OUT NOTICE

BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Please take notice that the undersigned KB HOME entities hereby rescind their "Banner Settlement *Conditional* Opt-Out Notice".

Name of Class Member Rescinding Conditional Opt-Out:

KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC, and KB HOME/SHAW Louisiana LLC.

Current Address of Class Member Conditionally Opting-Out:

KB HOME, 10990 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024

Date: 12/20/12

Signature: [signature]

Name: Travis Cope, Senior Regional Counsel

Submitted to:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

Michael A. Sexton
WEINBERG, WHEELER ET AL
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Seth Alhadeff
WEINBERG, WHEELER, ET AL
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Duplantier
Galloway, Johnson, Thompson, Burr & Smith
1 Cell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

Gentlemen:

We, Liberty Park Joint Venture, LLP, currently own the properties located at 701 Hampden Place Circle, Birmingham, Alabama, 746 Hampden Place Circle, Birmingham, Alabama, and 747 Hampden Place Circle, Birmingham, Alabama, which have been damaged by Chinese Drywall. The drywall was supplied by Interior/Exterior Building Supply, LLP, and the manufacturer is the Knauf entities.

We are represented by Philip G. Piggott, Starnes Davis Florie LLP, 100 Brookwood Place, Seventh Floor, P. O. Box 598512, Birmingham, Alabama 35256-8512 (205) 868-6000.

The undersigned hereby rescinds its previous opt out from the Interior/Exterior Building Supply, LLP (INEX) Settlement and the Participating Suppliers, Builders and Installers and Participating Insurers Settlement (Global Settlement)."

Liberty Park Joint Venture, LLP

BY: Samuel G. Lowrey, III
Project Manager

{B1523386}

# RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

__Mid-State Drywall, Inc.__, whose address is __12135 Scott Dr., Dade City, Fl., 33525__, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action. This rescission is made while reserving all rights and without waiving any defenses including but not limited to the right to contest service, venue, or jurisdiction.

_____
By: Chris Irwin (attorney for Mid-State)

12/11/12
_____
Dated

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Seth Alhadeff
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

00172440