# EXHIBIT A

The parties expected to attend the respective meetings are listed below:

**Opt Outs Represented by David Durkee and Mark Milstein**

David Durkee
Mark Milstein
Plaintiffs' Steering Committee
Banner
Knauf Defendants
Insurance Liaison Counsel

**Issues relating to agreement between Banner, Banner's insurers and the Knauf Defendants**

Banner
Chartis Specialty Insurance Company
FCCI Insurance Company
Hanover American Insurance Company
Maryland Casualty Company
Knauf Defendants

**Issues relating to agreement between the PSC, InEx, InEx's insurers and the Knauf Defendants**

InEx
Liberty Mutual Fire Insurance Company
Arch Insurance Company
The North River Insurance Company
Plaintiffs' Steering Committee
Knauf Defendants

**Parties with an interest in *Hobbie, et al. v. RCR Holdings II LLC, et al.***

Plaintiffs' counsel
Plaintiffs' Steering Committee
RCR Holdings II, LLC
Coastal Construction of South Florida
Precision Drywall
Banner
Knauf Defendants
Allied World
Arch
Chartis
Everest
Insurance Liaison Counsel

61014515.DOCX

**Parties with an interest in Skyline's conditional opt out from the Banner Settlement**

Skyline
Suffolk Construction
Latitude on the River Condominium Association
Miami Riverfront Partners
Peninsula II Developers, Inc.
Steadfast Insurance Company
Carolina Casualty
Chartis
Liberty Mutual
Plaintiffs' Steering Committee
Banner
Knauf Defendants
Insurance Liaison Counsel