EXHIBIT "A"

## BUILDER AND INSTALLER CONDITIONAL BANNER OPT OUTS

| No. | BUILDER/INSTALLER CONDITIONAL OPT OUT | DATE OF OPT OUT | PROPERTIES LINKED TO THE CONDITIONAL OPT OUT | ATTORNEY OR INDIVIDUAL LISTED FOR CONDITIONAL OPT OUT |
|---|---|---|---|---|
| 1 | 1st Choice Construction, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 2 | 1st Drywall, LLC<br>c/o Mr. Nicholas J. LeFevre | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 3 | ACI Supply, Inc. | 09/28/12 | none | Irwin Fritchie Urquhart & Moore, LLC<br>Gus Fritchie<br>Chris Irwin<br>400 Poydras Street, Ste 2700<br>New Orleans, LA 70130 |
| 4 | Advantage Builders of America<br>d/b/a Advantage Builders of SW Florida | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 5 | AHS Construction Group, Inc.; AH Salce Construction Group, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 6 | *Albanese-Popkin the Oaks Development Group, L.P.<br>Albanese-Popkin Development Group, | 09/28/12 | none | Paxton & Smith<br>Michele I. Nelson<br>Barristers Building |

| | | | | |
|---|---|---|---|---|
| | LLC | | | 1615 Forum Place, Suite 500<br>West Palm Beach, FL 33401 |
| 7 | Alvian Homes, Inc. d/b/a Stones & More | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 8 | American's First Homes of Southwest Florida, LLP<br>(incorrectly named in the MDL as America's First Home, Inc.) | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 9 | American Gallery Development, LLC and American Gallery Development Group, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 10 | Amerisouth, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 11 | Aranda Homes, Inc. | 09/01/12 | none | Valerie Greenberg<br>Akerman Senterfitt<br>One Southeast Third Avenue, Ste 2500<br>Miami, FL 33132 |
| 12 | ARM Structural, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 13 | Associates Builders and Developers, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 14 | ATCO Int. Corp. | 09/28/12 | none | Perez & Rodrigues, PA<br>95 Merrick Way, Suite 600<br>Coral Gables, FL 33134 |

| 15 | Aubuchon Homes, Inc. | 09/27/12 | 5748 Staysail Court<br>Cape Coral, FL | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
|----|----|----|----|----|
| 16 | Avalon Building Corporation of Tampa Bay | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 17 | B&B Stucco | 09/28/12 | 2520 NE 31 Court<br>Lighthouse Point, FL<br><br>8582 Athena Court<br>Lehigh Acres, FL | Paxton & Smith<br>Michele I. Nelson<br>Barristers Building<br>1615 Forum Place, Suite 500<br>West Palm Beach, FL 33401 |
| 18 | Barony Homes, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 19 | Bayswater Brokerage Florida LLC | 09/28/12 | 4821 Saint Margarets Drive<br>Vero Beach, FL | Boyd Richards<br>100 SE Second Street, 36th Floor<br>Miami, FL 33131 |
| 20 | Baywood Construction, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 21 | Beazer Homes Corp. | 09/28/12 | none | King & Spalding<br>J. Kevin Buster<br>1180 Peachtree Street<br>Atlanta, GA 30309 |
| 22 | Bella Builders, Inc.<br>Michael O'Brien, President | 09/21/12 | none | Valerie Greenberg<br>Akerman Senterfitt<br>One Southeast Third Avenue, Ste 2500<br>Miami, FL 33132 |
| 23 | Bender Construction & Devlopment | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long |

| | | | | 400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
|---|---|---|---|---|
| 24 | BMD, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 25 | Boulanger Drywall Corp. | 09/28/12 | 140 South Dixie Hwy<br>Unit 606<br>Hollywood, FL | Fulmer LeRoy Albee Baumann<br>Gary F. Baumann<br>2866 East Oakland Park Boulevard<br>Ft. Lauderdale, FL 33306 |
| 26 | Bradford Plastering, Inc. | 09/28/12 | none | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
| 27 | Brent Garrod Drywall, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 28 | Brooks & Freund, LLC | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 29 | BurMon Properties, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 30 | By George, Inc. | 09/28/12 | none | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |

| 31 | C.A. Steelman, Inc. | 09/28/12 | 11001 Gulf Reflections  Dr Ft. Myers, FL Units:  208, 405, 406, 202, 407, 308, 402, 304, 230 | Rumberger Kirk & Caldwell Robert Fitzsimmons Brickell Bayview Centre, Suite 3000 80 Southwest 8th Street Miami, Florida 33130-3037 |
|----|---------------------|----------|------|------|
| 32 | Carew Construction, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA Mark B. Yeslow Greg Bevillard 1617 Hendry Street Fort Myers, FL 33901 |
| 33 | Carillon Lakes, LLC Frank H. Haas, General Partner | 09/22/12 | none | Stacy Bereun Bohm Akerman Senterfitt Las Olas Centre II, Ste 1600 350 East Las Olas Blvd Fort Lauderdale, FL 33301 |
| 34 | Central Florida Finishers, Inc. | 09/28/12 | none | Hinshaw & Culbertson Ronald Kammer Pedro Hernandez 2525 Ponce de Leon Boulevard, Suite 400 Coral Gables, FL 33134 |
| 35 | Chabot Enterprises, Inc. | 09/28/12 | none | Hinshaw & Culbertson Ronald Kammer Pedro Hernandez 2525 Ponce de Leon Boulevard, Suite 400 Coral Gables, FL 33134 |
| 36 | CL Architects & Contractors | 09/26/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 37 | Cloutier Brother, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 38 | CM Duncan Contracting, Inc. | 09/28/12 | none | Hinshaw & Culbertson Ronald Kammer |

| | | | | |
|---|---|---|---|---|
| | | | | Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 39 | Connors Brother Construction Corp. | 09/28/12 | 12702 SW 26th Street<br>Davie, FL<br><br>12732 SW 26th Street<br>Davie, FL | Bice Cole Law Firm<br>999 Ponce deo Leon Boulevard, Ste 710<br>Coral Gables, FL 33134 |
| 40 | Continental Drywall | 09/28/12 | none | Perez & Rodrigues, PA<br>95 Merrick Way, Suite 600<br>Coral Gables, FL 33134 |
| 41 | Coral Plastering & Wall Systems, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 42 | Cornerstone Construction of SW Florida, Inc. | 09/28/12 | 28577 Chainti Terrace,<br>Bonita Springs, FL<br><br>140 South Dixie Hwy<br>Unit 606<br>Hollywood, FL | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
| 43 | Cornerstone Group Construction, Inc. f/k/a Alliance Construction, Inc. | 09/28/12 | 140 South Dixie Hwy<br>Unit 606<br>Hollywood, FL | Broad and Cassell<br>Vanessa Serrano<br>One Financial Plaza<br>100 S.E. 3rd Avenue<br>Suite 2700<br>Fort Lauderdale, FL 33394 |
| 44 | Cothern Construction Company | 04/20/12 | none | Meirose & Friscia, P.A.<br>Leo Meirose<br>5550 West Executive Drive, Suite 250<br>Tampa, FL 33609 |

| 45 | D&A Construction | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
|----|------------------|----------|------|-------------------------------------------------------------------------------------------------------------------|
| 46 | D&W Drywall, Inc. | 09/28/12 | none | Brian Reboul and Associates, LLC<br>Brian Reboul<br>2805 Division Street, Suite 102<br>Metairie, LA 70002 |
| 47 | Daly Construction, Inc. | 09/28/12 | none | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
| 48 | Danal Homes Development | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 49 | DeAngelis Diamond Construction, Inc.<br>DeAngelis Diamond Homes, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 50 | Delacruz Drywall Plastering & Stucco, Inc. | 09/28/12 | 8648 Athena Court<br>Lehigh Acres, FL<br><br>8580 Athena Court<br>Lehigh Acres, FL<br><br>12720 Tetabella Way<br>Fort Myers, FL | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
| 51 | Derouen Homes, LLC | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 52 | Design Drywall of South Florida, Inc. | 09/28/12 | 355 NE 30th Avenue<br>Homestead, FL | Paxton & Smith<br>Michele I. Nelson |

| | | | | |
|---|---|---|---|---|
| | | | 3335 NE 4th Street<br>Homestead, FL<br><br>3310 NE 3rd Drive<br>Homestead, FL | Barristers Building<br>1615 Forum Place, Suite 500<br>West Palm Beach, FL 33401<br><br>-AND-<br><br>Shields Mott Lund<br>Elizabeth L. Gordon<br>650 Poydras Street<br>New Orleans, LA 70130 |
| 53 | Distinctive Finishes, Inc. | 09/28/12 | 8266 NW 124th Terrace<br>Parkland, FL | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 54 | Diversified General Contractors, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 55 | DMH Development Co. | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 56 | Douglas B. Francis, Inc. | 09/28/12 | 12720 Tetabella Way<br>Fort Myers, FL | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 57 | Drywall Experts, Inc. | 09/28/12 | 4821 Saint Margarets Drive<br>Vero Beach, FL 32967 | Shields Mott Lund<br>Elizabeth L. Gordon<br>650 Poydras Street<br>New Orleans, LA 70130 |
| 58 | duPont Builders, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500 |

| | | | | | New Orleans, LA 70130 |
|---|---|---|---|---|---|
| 59 | Eastern Construction Group | 09/26/12 | none | | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 60 | Eastmond Enterprises, Inc. | 09/26/12 | none | | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 61 | Excel Construction of SW Florida, Inc. | 12/20/12 | Contingent on the Global Settlement being finally approved by the Court. | | Christopher A. D'Amour<br>Adams and Reese<br>One Shell Square, Suite 4500<br>701 Poydras Street<br>New Orleans, LA 70139 |
| 62 | F. Vicino Entities | 09/28/12 | none | | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
| 63 | Farthing Mortosports Enterprises d/b/a Star Drywall | 09/28/12 | none | | Flanagan & Maniots, PA<br>Patrick Flanagan<br>2586 Forest Hill Boulevard<br>West Palm Beach, FL 33406 |
| 64 | Florida Home Partnership, Inc. | 09/27/12 | none | | Carlton Fields<br>Jaret Fuente<br>4221 W Boy Scout Blvd #1000<br>Tampa, Florida 33607 |
| 65 | Florida Leisure Communities, Corporation | | none | | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 66 | Florida Styles Services, Inc. | 09/28/12 | 2581 Sawgrass Lake Court Cape Coral, FL | | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000 |

| | | | 3035 Lake Manatee Court<br>Cape Coral, FL<br><br>3033 Lake Manatee Court<br>Cape Coral, FL | 80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
|---|---|---|---|---|
| 67 | Forester Homes, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 68 | Freemar Homes, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 69 | G. Drywall Corp.; and G. Drywalls Corporation | 09/28/12 | 8582 Athena Court<br>Lehigh Acres, FL | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 70 | George Fraker General Contractor | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 71 | GH Vero Beach Development, Inc. | 09/28/12 | 4821 Saint Margarets Drive<br>Vero Beach, FL | GH Vero Beach Development, Inc. |
| 72 | G. L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; G. L. Homes of Boynton Beach Associates IX, Ltd; Boynton Beach Associates XVI, LLLP; Boynton each XVI Corporation; Miramar Associates, IV, LLLP; Miramar IV Corporation; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; G.L. Homes of | 09/28/12 | none | GL Homes<br>Heather C. Keith<br>1600 Sawgrass Corporate Parkway<br>Suite 400<br>Sunrise, FL 33323 |

| | Davie Associates IV, Ltd.; and G.L. Homes of Davie IV Corporation (collectively, the "G.L. Entities") | | | |
|---|---|---|---|---|
| 73 | Gold Coast Homes of S.W. Florida, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 74 | Gomez's Interiors Corp a/k/a Gomez Interiors, Inc. | 09/27/12 | 1481 SW 145th Place Miami, FL<br><br>18611 SW 122nd Street Miami, FL | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 75 | Grand Harbour Homes, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 76 | Grays Bay Builders, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 77 | Gregan Construction, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 78 | Gregg Nieberg, Inc. | 09/28/12 | none | Flanagan & Maniots, PA<br>Patrick Flanagan<br>2586 Forest Hill Boulevard<br>West Palm Beach, FL 33406 |
| 79 | Groff Construction, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |

| 80 | Grove Hammock Investments, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
|----|---|---|---|---|
| 81 | Gulf Coast Drywall, LLC | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 82 | Gulfstream Development Group, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 83 | Gulfstream Homes, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602<br>D. Vaughan atty |
| 84 | Hammer Commercial Services | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 85 | Hammer Construction Services, LTD<br>Lawrence Denmark, Vice President | 09/21/12 | none | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 86 | Hanover Homes, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 87 | Hansen Homes of South Florida, Inc. | 09/28/12 | none | Paxton & Smith<br>Michele I. Nelson |

| | | 09/26/12 | | Barristers Building<br>1615 Forum Place, Suite 500<br>West Palm Beach, FL 33401<br><br>-AND-<br><br>Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
|---|---|---|---|---|
| 88 | Harbor Springs Construction and Development, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 89 | Heights Properties, LLC | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 90 | Heritage Builders of West Palm Beach, Inc. | 09/25/12 | none | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 91 | Hollywood Dixie Associates, LLC | 09/28/12 | 140 S. Dixie Highway<br>Hollywood, FL | Broad and Cassell<br>Vanessa Serrano<br>One Financial Plaza<br>100 S.E. 3rd Avenue<br>Suite 2700<br>Fort Lauderdale, FL 33394 |
| 92 | Innovative Custom Builders, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |

| 93 | Island Coast Drywall & Stucco, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
|----|-------------------------------------|----------|------|-----------------------------------------------------------------------------------------------------------------------------|
| 94 | J. Cherry & Sons, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 95 | J. Helm Construction, Inc.<br>Kim Helm, Secretary Treasurer | 09/20/12 | 18894 SE Jupiter Inlet Way<br>Tequesta, FL | Valerie Greenberg<br>Akerman Senterfitt<br>One Southeast Third Avenue, Ste 2500<br>Miami, FL 33132 |
| 96 | JD Tillman Construction | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 97 | J.M.G. Drywall, Inc. | 09/28/12 | 12702 SW 26th Street<br>Davie, FL<br><br>12732 SW 26th Street<br>Davie, FL | Perez & Rodrigues, PA<br>95 Merrick Way, Suite 600<br>Coral Gables, FL 33134 |
| 98 | J.S.D. Builders, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 99 | JSK Construction | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 100 | J.W. Hodges Drywall, Inc. | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street |

| | | | | New Orleans, LA 70130-3774 |
|---|---|---|---|---|
| 101 | JWR Construction Services, Inc.<br>Jerry W. Dubois, President | 09/20/12 | 11001 Gulf Reflections Drive<br>Ft. Myers, FL<br><br>Units:  A208, A405, A308,<br>406, 202 407, 402, 304 | Stacy Bereun Bohm<br>stacy.bohm@akerman.com<br>954-759-8927<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 102 | Judson Construction Group, LLC | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 103 | Karr Drywall, Inc. | 09/28/12 | none | Shields Mott Lund<br>Elizabeth L. Gordon<br>650 Poydras Street<br>New Orleans, LA 70130 |
| 104 | Kaye Homes, Inc.<br>Custom Homes by Kaye, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 105 | KB Home Tampa, LLC;<br>KB Home Florida, LLC;<br>KB Home Treasure Coast LLC;<br>KB Home Jacksonville, LLC;<br>KB Home Orlando, LLC;<br>KB Home Fort Myers, LLC;<br>KB Home/Shaw LA, LLC | 09/28/12 | 4842 Tuscan Loon Drive<br>Tampa, FL<br><br>16315 Maya Circle<br>Punta Gorda, FL | Carlton Fields<br>Mark Smith<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607 |
| 106 | Kelley Drywall | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 107 | Kelley's Quality Drywall, Inc. | 09/28/12 | none | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000 |

| | | | | |
|---|---|---|---|---|
| | | | | 80 Southwest 8th Street<br>Miami, Florida 33130-3037<br><br>-AND-<br><br>Brian Reboul and Associates, LLC<br>Brian Reboul<br>2805 Division Street, Suite 102<br>Metairie, LA 70002 |
| 108 | Kemah Construction | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 109 | KT Drywall, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 110 | L&J Builders | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 111 | Lennar Corporation; Lennar Homes, LLC; U.S. Home Corporation | 09/28/12 | 121728 Daisy Place<br>Bradenton, FL | Lennar |
| 112 | Littles Construction of Central Florida, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 113 | Louran Builders/Vicent Montalto Construction | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |

| 114 | LTL Construction | 09/28/12 | 13962 Clubhouse Drive Tampa, FL | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 115 | Luke & Sons Construction | 09/28/12 | none | Frank Silva 3470 NW 82nd Avenue, Suite 988 Doral, FL 33122 |
| 116 | Lucky Strike, M.K., Inc. | 09/28/12 | 8224 Santuary Drive Unit 1 Naples, FL | Rumberger Kirk & Caldwell Robert Fitzsimmons Brickell Bayview Centre, Suite 3000 80 Southwest 8th Street Miami, Florida 33130-3037 |
| 117 | MACC Construction, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 118 | MacGlen Builders, Inc. | 09/28/12 | none | Hinshaw & Culbertson Ronald Kammer Pedro Hernandez 2525 Ponce de Leon Boulevard, Suite 400 Coral Gables, FL 33134 |
| 119 | Management Services of Lee County, Inc. Robert D. Knight, Jr., Vice President | 09/24/12 | none | Stacy Bereun Bohm Akerman Senterfitt Las Olas Centre II, Ste 1600 350 East Las Olas Blvd Fort Lauderdale, FL 33301 |
| 120 | Manclar Builders, Inc. | | none | Perez & Rodrigues, PA 95 Merrick Way, Suite 600 Coral Gables, FL 33134 |
| 121 | Mandalay Homes, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 122 | Mandy Drywall, Inc. | 09/28/12 | none | Steven Schwartz Schwartz Law Group |

| | | | | |
|---|---|---|---|---|
| | | | | 6751 N. Federal Hwy<br>Suite 400<br>Boca Raton, FL 33487 |
| 123 | Marty's Drywall Service, Inc.<br>Marty Rhoder, President | 09/27/12 | none | Valerie Greenberg<br>Akerman Senterfitt<br>One Southeast Third Avenue, Ste 2500<br>Miami, FL 33132 |
| 124 | Mastercraft Homes, LLC | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 125 | Mavied Corp. | 09/28/12 | none | Perez & Rodrigues, PA<br>95 Merrick Way, Suite 600<br>Coral Gables, FL 33134 |
| 126 | Medallion Homes Gulf Coast, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 127 | Mercado Enterprises, Inc. | 09/27/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 128 | Meritage Homes of Florida, Inc.<br>Meritage Homes of Texas, LLC | 09/28/12 | none | Meritage Homes of Florida, Inc.<br>Mark Reynolds<br>17851 N. 85th Street, #300<br>Scottsdale, Arizona 85255 |
| 129 | Metropolitan Design Group, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 130 | MGB Construction, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez |

| | | | | |
|---|---|---|---|---|
| | | | | 2525 Ponce de Leon Boulevard, Suite 400 Coral Gables, FL 33134 |
| 131 | MI Homes | 09/28/12 | none | Carlton Fields Jaret Fuente 4221 W Boy Scout Blvd #1000 Tampa, Florida 33607 |
| 132 | Miami Riverfront Partners, LLC; Latitude One Partners, LLC; Latitude Retail Partners, LLC: Miami Riverwalk Investments, LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc. (collectively, the "Latitude Entities") | 09/28/12 | Only to extent "Latitude Entities" later withdraws as a Participating Defendant pursuant to Section 8.3.2 of the Builder, Installer, Supplier & Insurer Agreement. | Latitude James Sullivan, President of Dellbrook Manager, Inc. (manager of all the Miami LLC entities) |
| 133 | MJF Construction Corp | 09/27/12 | 1481 SW 145th Place Miami, FL | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 134 | MK Developers, Inc. | 09/28/12 | 8224 Santuary Drive Unit 1 Naples, FL | Rumberger Kirk & Caldwell Robert Fitzsimmons Brickell Bayview Centre, Suite 3000 80 Southwest 8th Street Miami, Florida 33130-3037 |
| 135 | Modern Construction Group, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 136 | MSC of NWF, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 137 | New Millennium Builders | 09/26/12 | none | Krebs, Farley & Pelleteri Charles Long 400 Poydras Street, Suite 2500 New Orleans, LA 70130 |
| 138 | Nu-Way Drywall, LLC | 09/28/12 | 3756 Summerwind Circle | Masten, Peterson & Denbo, LLC |

| | | | Bradenton, FL | Tammy B. Denbo |
|---|---|---|---|---|
| 139 | O'Key Homes, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 140 | Ocean Coast Drywall of S. Florida, Inc. | 09/28/12 | 17935 Monte Vista Drive<br>Boca Raton, FL<br><br>17866 Lake Azure Way<br>Boca Raton, FL | Edwin E. Mortell, III<br>Peterson Bernard<br>416 Flamingo Avenue<br>Stuart, FL 34996 |
| 141 | Oyster Bay Homes, Inc. | 09/26/12 | 232 SE 15th Terrace<br>Port St. Lucie, FL | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 142 | P.D.C. Drywall | 09/28/12 | none | Shields Mott Lund<br>Elizabeth L. Gordon<br>650 Poydras Street<br>New Orleans, LA 70130 |
| 143 | Parr-Self, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 144 | Pat's Construction | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 145 | Portofino Homes, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 146 | Precision Drywall, Inc. | 09/28/12 | Renaissance Commons/Villa Lago | Shields Mott Lund<br>Elizabeth L. Gordon<br>650 Poydras Street<br>New Orleans, LA 70130 |
| 147 | Prestige Development, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC |

|  |  |  |  | David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
|---|---|---|---|---|
| 148 | R. Fry Builders, Inc. | 09/25/12 | none | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 149 | R.J.L. Drywall, Inc. | 09/28/12 | 1130 Bari Street<br>Lehigh Acres, FL | O'Connor & O'Connor, LLC<br>840 S. Denning Drive, Suite 200<br>Winter Park, FL 32789 |
| 150 | R. Mossel Construction, Inc. | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 151 | Radd Builders, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 152 | Ramos Builders, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 153 | Regatta Construction, LLC | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 154 | Regency Homes, Inc.; Regency Constructors, LLC | 09/28/12 | 12887 Equestrian Trial<br>Davie, FL<br><br>12767 Equestrian Trail<br>Davie, FL | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130<br><br>-AND-<br><br><br>Paxton & Smith |

| | | | | |
|---|---|---|---|---|
| | | | | Michele I. NelsonBarristers Building<br>1615 Forum Place, Suite 500<br>West Palm Beach, FL 33401 |
| 155 | Residential Drywall, Inc. | 09/28/12 | 13962 Clubhouse Drive<br>Tampa, FL | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 156 | RFC Homes, Inc. | 09/26/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 157 | Richard Jones Construction | 09/28/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 158 | Rick Strawbridge, Inc. | 09/26/12 | none | Valerie Greenberg<br>Akerman Senterfitt<br>One Southeast Third Avenue, Ste 2500<br>Miami, FL 33132 |
| 159 | Rightway Drywall/Ray Adams | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 160 | Rivercrest, LLC | 09/27/12 | 11501 Hammocks Glade<br>Drive<br>Riverview, FL<br><br>11429 Laurel Brook Court<br>Riverview, FL | Carlton Fields<br>Bryan Duke<br>4221 W. Boy Scout Boulevard<br>Suite 1000<br>Tampa, FL 33607 |
| 161 | Robert/Charles Builders, Inc. | 09/25/12 | none | Valerie Greenberg<br>Akerman Senterfitt<br>One Southeast Third Avenue, Ste 2500<br>Miami, FL 33132 |

| 162 | San Remo Associates, Ltd. | 09/28/12 | none | Broad and Cassell<br>Vanessa Serrano<br>One Financial Plaza<br>100 S.E. 3rd Avenue<br>Suite 2700<br>Fort Lauderdale, FL 33394 |
|---|---|---|---|---|
| 163 | Schear Corporation | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 164 | Shoma Building Splendido, Inc.<br>Masoub Shojaee, President | 09/25/12 | none | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 165 | Shoma Homes at Keys Cove Phase II, Inc.<br>Masoub Shojaee, President | 09/25/12 | none | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 166 | Solid Construction of the Gulf Coast, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 167 | South Florida Custom Trim | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, 70130-3774 |
| 168 | South Kendall Construction, Inc. a/k/a South Kendall Construction, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 169 | Southern Bay Homes, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC |

| | | | | |
|---|---|---|---|---|
| | | | | David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 170 | Standard Pacific Corp. | 09/28/12 | none | Hill Ward Henderson<br>Rocco Cafaro<br>101 East Kennedy Boulevard, Suite 3700<br>Tampa, FL 33602 |
| 171 | Steven Sweet Drywall, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 172 | Suffolk Construction Company, Inc. | 09/28/12 | Only to extent Suffolk later withdraws as a Participating Defendant pursuant to Section 8.3.2 of the Builder, Installer, Supplier & Insurer Agreement. | Juan Diaz<br>General Counsel<br>Southeast Region<br>One Harvard Circle, Suite 100<br>West Palm Beach, FL 33409 |
| 173 | Suntree Homes, Inc. | 09/28/12 | 13300 68th Street North<br>West Palm Beach, FL | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 174 | Sweet Interiors, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 175 | T&T Enterprises of SW Florida, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 176 | Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. | 09/26/12 | 3756 Summerwind Circle<br>Bradenton, FL 34209 | Neal A. Sivyer<br>Sivyer, Barlow & Watson, PA |

| | | | | 401 E. Jackson Street<br>Suntrust Financial Tower Ste 2225<br>Tampa, FL 33602 |
|---|---|---|---|---|
| 177 | Terry Mott Builders | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 178 | The Jade Organization, Inc. | 09/28/12 | 711 SE 16th Court<br>Ft. Lauderdale, FL | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 179 | Thomas F. Gray Construction | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 180 | Timberline Builders, Inc. | 09/28/12 | none | Yeslow & Koeppel, PA<br>Mark B. Yeslow<br>Greg Bevillard<br>1617 Hendry Street<br>Fort Myers, FL 33901 |
| 181 | Toll Brothers | 09/28/12 | none | Toll Brothers<br>250 Gibraltar Road<br>Horsham, PA 19044 |
| 182 | Total Drywall | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 183 | TOUSA, Inc., TOUSA Homes Florida, LP | 09/28/12 | 8648, 8580, 8582<br>Athena Court<br>Lehigh Acres, FL<br><br>2565, 2561, 2533, 2537, 2569<br>Deerfield Lake Court<br>Cape Coral, FL | Tousa, Inc.<br>4000 Hollywood Boulevard, Suite 555-S<br>Hollywood, FL 33021 |

|  |  |  | 2766 Blue Cypress Lake Court<br>Cape Coral, FL<br><br>2565, 2580, 2556 Keystone Lake Drive<br>Cape Coral, FL<br><br>3035, 3028<br>Lake Manatee<br>Cape Coral, FL<br><br>8582, 8716<br>Pegasus Drive<br>Lehigh Acres, FL 33971<br><br>2650 Amber Lake Drive<br>Cape Coral, FL<br><br>8155 NW 108 Avenue<br>Doral, FL 33178 |  |
|---|---|---|---|---|
| 184 | Triple Crown Homes, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 185 | Triple "E" Corp. | 09/28/12 | none | Flanagan & Maniots, PA<br>Patrick Flanagan<br>2586 Forest Hill Boulevard<br>West Palm Beach, FL 33406 |
| 186 | Triple M. Drywall, Inc. | 09/28/12 | 518 SW California Avenue<br>Stuart, FL | Brian Reboul and Associates, LLC<br>Brian Reboul<br>2805 Division Street, Suite 102<br>Metairie, LA 70002 |
| 187 | United Dream Builders, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500 |

| | | | | |
|---|---|---|---|---|
| | | | | New Orleans, LA 70130 |
| 188 | United Homes International, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard<br>Suite 400<br>Coral Gables, FL 33134 |
| 189 | V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. | 09/27/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 190 | Van Aller Construction, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 191 | Venetian Village, LLC | 09/28/12 | none | Porteous, Hainkel and Johnson, LLP<br>Denia S. Aiyegbusi<br>704 Carondelet Street<br>New Orleans, LA 70130-3774 |
| 192 | Vicinity Drywall, Inc. | 09/28/12 | none | Brian Reboul and Associates, LLC<br>Brian Reboul<br>2805 Division Street, Suite 102<br>Metairie, LA 70002 |
| 193 | Viking Homes of SW Florida, Inc. | 09/28/12 | none | Plauche, Smith & Nieset, LLC<br>David Vaughan<br>PO Drawer 1705<br>Lake Charles, LA 70602 |
| 194 | Villa Homes Development d/b/a Villa Homes of SW Florida | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |
| 195 | Vizcaya Custom Homes | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500 |

| | | | | New Orleans, LA 70130 |
|---|---|---|---|---|
| 196 | Waterways Joint Venture IV, LLC | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 197 | WB Construction, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 198 | West Coast Drywall Construction, Inc. | 09/28/12 | 8224 Sanctuary Drive Unit 1<br>Naples, FL | Rumberger Kirk & Caldwell<br>Robert Fitzsimmons<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, Florida 33130-3037 |
| 199 | Wilson Heights Development, Inc. | 09/28/12 | 12702 SW 26th Street<br>Davie, FL<br><br>12732 SW 26th Street<br>Davie, FL | Wilson Heights Development, Inc.<br>3842 West 16th Avenue<br>Hialeah, FL 33012 |
| 200 | Winship Homes of Florida, Inc. | 09/28/12 | none | Hinshaw & Culbertson<br>Ronald Kammer<br>Pedro Hernandez<br>2525 Ponce de Leon Boulevard, Suite 400<br>Coral Gables, FL 33134 |
| 201 | Woodland Enterprises, Inc.<br>William F. Cache, Jr., President | 09/24/12 | none | Stacy Bereun Bohm<br>Akerman Senterfitt<br>Las Olas Centre II, Ste 1600<br>350 East Las Olas Blvd<br>Fort Lauderdale, FL 33301 |
| 202 | Wyman Stokes Builder, Inc. | 09/27/12 | none | Krebs, Farley & Pelleteri<br>Charles Long<br>400 Poydras Street, Suite 2500<br>New Orleans, LA 70130 |

| 203 | Zahn Luxury Homes<br>Zahn Builders Florida, Inc. | 09/28/12 | 2520 NE 31st Court<br>Lighthouse Point, FL | Paxton & Smith<br>Michele I. Nelson<br>Barristers Building<br>1615 Forum Place, Suite 500<br>West Palm Beach, FL 33401 |