# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 20, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-31213    In Re: Chinese Drywall
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6690
        USDC No. 2:09-CV-4115
        USDC No. 2:10-CV-361

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 2 1 2012
LORETTA G. WHYTE
CLERK

The court has granted an extension of time to and including January 23, 2013 for filing joint designation of record in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Ms. Elizabeth Joan Cabraser
Mr. Joe Cyr
Mr. Leonard Arthur Davis
Mr. Russ M. Herman
Mr. Fred S. Longer
Mr. Steven L Nicholas
Mr. Thomas Patrick Owen Jr.
Mr. Jonathan David Selbin
Mr. Frank T. Spano
Mr. Richard C Stanley
Mrs. Brooke C. Tigchelaar
Ms. Loretta Whyte

Fee
Process
Dktd
CtRmDep
Doc. No.