## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED      MDL DOCKET:  2047
DRYWALL PRODUCTS LIABILITY
LITIGATION      SECTION:  L
     JUDGE FALLON
     MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DANIEL ABREU, et al. v. GEBRUEDER
KNAUFVERWALTUNGSGESELLSSCHAFT, KG, et al.
CASE NO.: 11-252

---

## <u>NOTICE OF UNAVAILABILITY</u>

Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from March 28, 2013 through April 8, 2013.  Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

Respectfully submitted,

PETERSON & ESPINO, P.A.
Attorneys for Banner Supply Company Port
St. Lucie, LLC
10631 Southwest 88th Street, Suite 220
Miami, Florida   33176
Telephone:     (305) 270-3773
Facsimile:     (305) 275-7410
mpeterson@petersonespino.com

By:     /s/ Michael P. Peterson
      Florida Bar No. 982040

CASE NO.:  11-252
SECT. L MAG. 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Liason Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6 on this 28th day of December, 2012.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of December, 2012.

By:     /s/ Michael P. Peterson