UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ALL CASES AND | SECTION: L |
| Payton, et al. v. Knauf Gips, KG, et al Case No. 2:09-cv-07628 (E.D. La.) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-06690 (E.D. La.) | MAG.JUDGE WILKINSON |
| Rogers, et al. v. Knauf Gips, KG et al. Case No. 2:10-cv-00362 (E.D. La.) | |
| Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 2:11-cv-00252 (E.D. La.) | |
| Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11:cv-1363 (E.D. La) | |
| Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-cv-2349 (E.D. La.) | |
| Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No.11-cv-3023 (E.D. La.) | |
| Vickers, et al. v. Knauf Gips KG, et al. Case No. 2:09-cv-04117 (E.D. La.) | |

C:\Users\greg\Documents\mississippistuff\riverbendaccountingdecpage2010\Knaufobjection.docx
Knauf

**NOTICE OF APPEARANCE**
**MOTION TO ALLOW FILING OF THIS NOTICE PENDING APPROVAL OF ELECTRONIC FILING.**

Comes now Gregory Friedlander, pro se, and files this Notice of Appearance on behalf of Gregory M. Friedlander and in **support thereof would allege and show as follows:**

1. Your petitioner previously appeared in papers opting out of the settlement, but is prepared to resolve this matter by mediation or trial with this court or by remand.

2. This appearance is pro-se by an attorney.

3. This is made pursuant to the court's request. Previously an appearance was made for the purpose of "opting out" of the class settlement. This action, opting out, was taken

    because it was impossible to get a response from anyone who could clarify the meaning the settlement in terms of the units owned by your petitioner.
4. According to the best understanding possible, it appeared that settlement under the class settlement was possible, but I was unable after repeated calls and correspondence to defense counsel to obtain clarification and plaintiff's counsel who were cooperative could not address these issues.

Respectfully Submitted,

/s/ Gregory Friedlander_____
GREGORY M. FRIEDLANDER
11 S. Florida St.
Mobile, Al 36606-1934
2514700303 (p) 8884412123(f)
Frzmn1@aol.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 28 day of December, 2012, served a copy of the foregoing by electronic service pursuant to Rule 9 Admin. Proc for Electronic Case filing (DC E.La):

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER