UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' PETITION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES**

The undersigned attorneys for the Plaintiffs[1] hereby petition this Honorable Court for an award of attorneys' fees and litigation expenses associated with the remediation of defective drywall in the seven (7) residential homes owned and occupied by the Plaintiffs. As grounds for this request, Plaintiffs have submitted a Memorandum in Support which details the factual and legal basis for same.

The total amount incurred to remediate Plaintiffs seven homes comes to $683,680.80, including relocation expenses. Plaintiffs hereby request that the Court approve fees based upon the contractual percentage of forty percent (40%), or fees of $273,472.32. Plaintiffs further request that the court apportion a reasonable percentage of these fees to the MDL Plaintiffs Steering Committee and common benefit counsel.

The litigation expenses associated with this matter total $29,723.34. Plaintiffs respectfully request that the Court approve litigation expenses in the amount of $29,723.34.

---

[1] The Plaintiffs herein filed their action in the Circuit Court of Mobile County, Alabama, Case No. CV-09-901153. The Plaintiff's making this request are: Felicia Allbritton, Edward Stevenson, Betty Allbritton, Jerome Leland, Audra Washington, Jermesia Washington, Timothy Washington, Lekenno Washington, Jalexis Washington, Gennies M. Hillary, Corinthia Hillery, Charles Pugh, Jessica Pugh, Jakendrick Homes, Diges Little, Desiree Perry, Devonte Williams Doryan Williams, Deborah Porcher, Khryshaunda Lett, Christopher Lett, Tiffany Porcher, Delantonio Porcher, Letitia Washington, Malasia Washington, Torianna Washington and Makayla Washington

WHEREFORE, the premises considered Plaintiffs hereby respectfully move the Court to approve this Petition and Award Attorneys' Fees and Litigation Expenses in the amount of **$303,195.66**, or alternately to set a hearing date to hear the arguments and positions of the parties, and thereafter enter an Order for the award of attorney fees consistent with the foregoing. Plaintiffs further request any additional or further relief deemed appropriate by the Court.

Respectfully Submitted,

 /s/ Richard H. Holston
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhhlaw@bellsouth.net
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gevlaw@bellsouth.net
**K. AMANDA HERNDON (HERNK4561)**
Electronic Mail: kahlaw@bellsouth.net
**JOHN M. TEAGUE (TEAGJ3247 )**
Electronic Mail: jteaguelaw@bellsouth.net

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing pleading, together with attachments/Exhibits, has been filed electronically with the Clerk for the United States District Court for the Eastern District of Louisiana, and thereby served upon all parties in MDL No. 2047.

Done this 2nd day of January, 2013.

 /s/  Richard H. Holston
**RICHARD H. HOLSTON**