UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs herein appearing through undersigned counsel, will bring the foregoing Petition for Award of Attorney Fees and Litigation Expenses for hearing before the Honorable Eldon E. Fallon, Section "E," of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 30th day of January, 2013 beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Dated: January 2, 2012

                Respectfully Submitted,

                /s/ Richard H. Holston
                **RICHARD H. HOLSTON (HOLSR5536 )**
                Electronic Mail: rhhlaw@bellsouth.net
                **GREGORY E. VAUGHAN (VAUGG6227)**
                Electronic Mail: gevlaw@bellsouth.net
                **K. AMANDA HERNDON (HERNK4561)**
                Electronic Mail: kahlaw@bellsouth.net
                **JOHN M. TEAGUE (TEAGJ3247 )**
                Electronic Mail: jteaguelaw@bellsouth.net

                **HOLSTON VAUGHAN, LLC**
                Post Office Box 195
                Mobile, Alabama 36601
                Telephone: (251) 432-8883
                Facsimile: (251) 432-8884
                **ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing pleading, together with attachments/Exhibits, has been filed electronically with the Clerk for the United States District Court for the Eastern District of Louisiana, and thereby served upon all parties in MDL No. 2047.

Done this 2nd day of January, 2013.

                                                      */s/ Richard H. Holston*
                                                      **RICHARD H. HOLSTON**