## SETTLEMENT MEMORANDUM

This Settlement Memorandum has been prepared as a result of the mediation of the case of <u>Diges Little</u> v. <u>The Mitchell Co., Inc., et al</u>, pending in the Circuit Court of Mobile County, Case No. CV-09-901153, by the Plaintiffs, the Mitchell Company Defendants (Mitchell), the Housing Board of the City of Prichard (PHA), Creola Ace Hardware (ACE), Estes Heating and Air (Estes), and the Knauf Defendants (Knauf) and memorializes the principal terms of the settlement of some, but not all, of the issues in said case.

The provisions and terms of the Settlement Agreement are as follows:

1. Knauf agrees to remediate the homes pursuant to the Demonstration Remediation Agreement and pay a relocation expense of $8.50/sf x ANSI sf to the Homeowners. The Relocation expense will be paid directly to the Homeowners' Counsel and prior to the time remediation work begins. As part of the settlement, Knauf agrees to compensate Plaintiff's Counsel pursuant to the Class Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL 2047. Knauf's participation is conditioned upon Knauf verifying that all or substantially all of the drywall in the homes is KPT drywall. The parties acknowledge that this has already been done in connection with the other 29 homes in the subdivision in question.

2. 

## EXHIBIT C





9.


Counsel For Plaintiffs

_____
Counsel For "Knauf"

_____
Counsel For "Mitchell"

_____
Counsel For "PHA"

_____
Counsel For "Ace"

_____
Counsel For "Estes"