

# HOLSTON • VAUGHAN • ANDRESS
## LAWYERS                                                    LLC

RICHARD H. HOLSTON  
GREGORY E. VAUGHAN*  
RON A. ANDRESS, JR.  
*ALSO ADMITTED IN FLORIDA

Main Office:  
211 South Cedar Street  
Mobile, Alabama 36602

PHONE: 251.432.8883  
FAX: 251.432.8884  
MAILING ADDRESS: P.O. Box 195  
Mobile, Alabama 36601

## CONTRACT OF EMPLOYMENT

The undersigned, _CHARLES R. PUGH AND JESSICA PUGH FOR THEMSELVES AND FOR THEIR CHILDREN: KAYLIN HOLMES, TAKENDRICK HOLMES_ (hereinafter "Clients") hereby employ the law firm of HOLSTON ♦ VAUGHAN ♦ ANDRESS, LLC and such other attorney(s) as they may associate with them, as their attorneys (hereinafter "Attorney") to commence and prosecute all claims against: _CITY OF PRICHARD HOUSING AUTHORITY, MITCHELL HOMES, INSTALL_ and/or other responsible parties regarding our claim of _DEFECTIVE CONSTRUCTION OF OUR HOME AT 822 MCCRORY RD, MOBILE AL_ and all other related damages, including, but not limited to, our claims of mental anguish and emotional distress.

Clients appoint and constitute said Attorney as their attorneys and agents, and Clients give and grant unto them full power to act as Clients' attorneys, to institute suit on this claim, to prosecute said suit, to settle said claim before or after suit is instituted, and to take any and all steps which they deem proper or desirable. Attorney has made no guarantees regarding the outcome of the case.

The fee of the Attorney shall be contingent upon the result obtained. **There shall be no legal obligation by Clients to pay Attorney any fee if nothing is recovered from the adversary or from the Clients' insurer.**

Clients shall pay all costs and expenses connected with this matter, including, but not limited to, postage, long distance phone calls, copy charges, mileage @ current IRS rate (no charge for mileage within Mobile and immediate vicinity), court or filing costs, depositions, court reporters, private investigators, WESTLAW legal research, and any other costs incurred. Clients agree that such costs and expenses shall be paid out of Clients' portion of the recovery.

The legal fee of the Attorney shall be **33%** percent of the gross amount recovered, if settlement is achieved without filing suit; **40%** percent of the gross settlement or judgment if it is necessary to file suit; and **40%** percent of the ultimate gross settlement or judgment following the trial and any appeal undertaken by the adversary.

In the event of discharge by Clients and in the event Clients subsequently recover money or other property as a result of this action, Clients shall be indebted to Attorney for legal fees based upon the value in Mobile, AL of legal services rendered and for any costs and expenses advanced by Attorney.

If Clients fail to pay Attorney for services and costs as herein agreed, Clients agree to pay any costs of collection, including court costs and attorneys fees.

This Contract embodies the entire agreement between the Clients and Attorney. All prior representations, whether written or verbal, which contain any term, condition or provision which purports to modify, conflict with, contradict or add to this Contract are void and of no force or effect. All negotiations, proposals or agreements prior to the date of this Contract are merged herein and superseded hereby, there being no agreements, warranties, understandings or promises other than those written expressly herein.

Dated this _24th_ day of _May_, 2009.

_/s/ Chas Pugh_  
Client

_/s/ Jessica Pugh_  
Client

Address: _822 McCrory Ave_

ph# _456-3368_  
cell #

HOLSTON ♦ VAUGHAN ♦ ANDRESS, LLC

By: _/s/_  
    5/24/09

Saraland Office: 22 Highway 43 North, Saraland, Alabama 36571

EXHIBIT E-1



# HOLSTON • VAUGHAN • ANDRESS
## LAWYERS    LLC

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*
RON A. ANDRESS, JR.
*ALSO ADMITTED IN FLORIDA

Main Office:
211 South Cedar Street
Mobile, Alabama 36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama 36601

## CONTRACT OF EMPLOYMENT

The undersigned, __DEBRA PORCHER for herself and for her children KHRYSHAUNA LETT AND CHRISTOPHER LETT_____, (hereinafter "Clients") hereby employ the law firm of HOLSTON • VAUGHAN • ANDRESS, LLC and such other attorney(s) as they may associate with them, as their attorneys (hereinafter "Attorney") to commence and prosecute all claims against: __PRICHARD HOUSING AUTHORITY, MITCHELL HOMES_____ and/or other responsible parties regarding our claim of __PROPERTY DAMAGES AND PERSONAL INJURIES DUE TO DEFECTIVE CONSTRUCTION__ and all other related damages, including, but not limited to, our claims of mental anguish and emotional distress.

   Clients appoint and constitute said Attorney as their attorneys and agents, and Clients give and grant unto them full power to act as Clients' attorneys, to institute suit on this claim, to prosecute said suit, to settle said claim before or after suit is instituted, and to take any and all steps which they deem proper or desirable. Attorney has made no guarantees regarding the outcome of the case.

   The fee of the Attorney shall be contingent upon the result obtained. **There shall be no legal obligation by Clients to pay Attorney any fee if nothing is recovered from the adversary or from the Clients' insurer.**

   Clients shall pay all costs and expenses connected with this matter, including, but not limited to, postage, long distance phone calls, copy charges, mileage @ current IRS rate (no charge for mileage within Mobile and immediate vicinity), court or filing costs, depositions, court reporters, private investigators, WESTLAW legal research, and any other costs incurred. Clients agree that such costs and expenses shall be paid out of Clients' portion of the recovery.

   The legal fee of the Attorney shall be **33%** percent of the gross amount recovered, if settlement is achieved without filing suit; **40%** percent of the gross settlement or judgment if it is necessary to file suit; and **40%** percent of the ultimate gross settlement or judgment following the trial and any appeal undertaken by the adversary.

   In the event of discharge by Clients and in the event Clients subsequently recover money or other property as a result of this action, Clients shall be indebted to Attorney for legal fees based upon the value in Mobile, AL of legal services rendered and for any costs and expenses advanced by Attorney.

   If Clients fail to pay Attorney for services and costs as herein agreed, Clients agree to pay any costs of collection, including court costs and attorneys fees.

   This Contract embodies the entire agreement between the Clients and Attorney. All prior representations, whether written or verbal, which contain any term, condition or provision which purports to modify, conflict with, contradict or add to this Contract are void and of no force or effect. All negotiations, proposals or agreements prior to the date of this Contract are merged herein and superseded hereby, there being no agreements, warranties, understandings or promises other than those written expressly herein.

Dated this __3rd__ day of __June__, 2009.

__Deborah Porcher__
Client

__Deborah Porcher__
Client

Address: __570 Sgt. Harrison Brown St.
Prichard, Al. 36610__

hm ph #: (251) 457-6822
cell ph #: (251) 490-0452

HOLSTON • VAUGHAN • ANDRESS, LLC

By: __[signature]__  6/3/09

Jacqueline Gray (251) 423-3486
(sister)

Saraland Office: 22 Highway 43 North, Saraland, Alabama 36571

EXHIBIT E-2

# HOLSTON • VAUGHAN • ANDRESS
## LAWYERS LLC

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*
RON A. ANDRESS, JR.
*ALSO ADMITTED IN FLORIDA

Main Office:
211 South Cedar Street
Mobile, Alabama 36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama 36601

## CONTRACT OF EMPLOYMENT

The undersigned, __LETITIA WASHINGTON FOR HERSELF AND ON BEHALF OF HER CHILDREN: MALASIA WASHINGTON, TORIANNA WASHINGTON, MAKAYLA WASHINGTON__ (hereinafter "Clients") hereby employ the law firm of HOLSTON • VAUGHAN • ANDRESS, LLC and such other attorney(s) as they may associate with them, as their attorneys (hereinafter "Attorney") to commence and prosecute all claims against: __CITY OF PRICHARD HOUSING AUTH., MITCHELL HOMES, DRYWALL MFG.__ and/or other responsible parties regarding our claim of __DEFECTIVE CONSTRUCTION AND PERSONAL INJURIES__ and all other related damages, including, but not limited to, our claims of mental anguish and emotional distress.

Clients appoint and constitute said Attorney as their attorneys and agents, and Clients give and grant unto them full power to act as Clients' attorneys, to institute suit on this claim, to prosecute said suit, to settle said claim before or after suit is instituted, and to take any and all steps which they deem proper or desirable. Attorney has made no guarantees regarding the outcome of the case.

The fee of the Attorney shall be contingent upon the result obtained. **There shall be no legal obligation by Clients to pay Attorney any fee if nothing is recovered from the adversary or from the Clients' insurer.**

Clients shall pay all costs and expenses connected with this matter, including, but not limited to, postage, long distance phone calls, copy charges, mileage @ current IRS rate (no charge for mileage within Mobile and immediate vicinity), court or filing costs, depositions, court reporters, private investigators, WESTLAW legal research, and any other costs incurred. Clients agree that such costs and expenses shall be paid out of Clients' portion of the recovery.

The legal fee of the Attorney shall be 33% percent of the gross amount recovered, if settlement is achieved without filing suit; 40% percent of the gross settlement or judgment if it is necessary to file suit; and 40% percent of the ultimate gross settlement or judgment following the trial and any appeal undertaken by the adversary.

In the event of discharge by Clients and in the event Clients subsequently recover money or other property as a result of this action, Clients shall be indebted to Attorney for legal fees based upon the value in Mobile, AL of legal services rendered and for any costs and expenses advanced by Attorney.

If Clients fail to pay Attorney for services and costs as herein agreed, Clients agree to pay any costs of collection, including court costs and attorneys fees.

This Contract embodies the entire agreement between the Clients and Attorney. All prior representations, whether written or verbal, which contain any term, condition or provision which purports to modify, conflict with, contradict or add to this Contract are void and of no force or effect. All negotiations, proposals or agreements prior to the date of this Contract are merged herein and superseded hereby, there being no agreements, warranties, understandings or promises other than those written expressly herein.

Dated this __27th__ day of __MAY__, 2009.

_Letitia Washington_
Client

_[signature]_
Client

Address: __827 Maesha S. Ratclford St.__

cell # __605-6014__

hm # __330-4112__

HOLSTON • VAUGHAN • ANDRESS, LLC

By: _[signature]_ 5/27/09

Saraland Office: 22 Highway 43 North, Saraland, Alabama 36571

**EXHIBIT E-3**



# HOLSTON • VAUGHAN • ANDRESS
## LAWYERS LLC

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*
RON A. ANDRESS, JR.
*ALSO ADMITTED IN FLORIDA

Main Office:
211 South Cedar Street
Mobile, Alabama 36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama 36601

## CONTRACT OF EMPLOYMENT

The undersigned, _JEROME LELAND + AUDRA HELANE WASHINGTON FOR THEMSELVES AND FOR THEIR CHILDREN: LEKENA WASHINGTON, TIMOTHY WASHINGTON, JALEXIS WASHINGTON AND JERMESIA WASHINGTON_, (hereinafter "Clients") hereby employ the law firm of HOLSTON • VAUGHAN • ANDRESS, LLC and such other attorney(s) as they may associate with them, as their attorneys (hereinafter "Attorney") to commence and prosecute all claims against: _MITCHELL HOMES, CITY OF PRICHARD HOUSING BOARD, AND KNAUF_ and/or other responsible parties regarding our claim of _DEFECTIVE CONSTRUCTION INCLUDING DEFECTIVE DRYWALL/WALLBOARD_ and all other related damages, including, but not limited to, our claims of mental anguish and emotional distress.

Clients appoint and constitute said Attorney as their attorneys and agents, and Clients give and grant unto them full power to act as Clients' attorneys, to institute suit on this claim, to prosecute said suit, to settle said claim before or after suit is instituted, and to take any and all steps which they deem proper or desirable. Attorney has made no guarantees regarding the outcome of the case.

The fee of the Attorney shall be contingent upon the result obtained. **There shall be no legal obligation by Clients to pay Attorney any fee if nothing is recovered from the adversary or from the Clients' insurer.**

Clients shall pay all costs and expenses connected with this matter, including, but not limited to, postage, long distance phone calls, copy charges, mileage @ current IRS rate (no charge for mileage within Mobile and immediate vicinity), court or filing costs, depositions, court reporters, private investigators, WESTLAW legal research, and any other costs incurred. Clients agree that such costs and expenses shall be paid out of Clients' portion of the recovery.

The legal fee of the Attorney shall be **33%** percent of the gross amount recovered, if settlement is achieved without filing suit; **40%** percent of the gross settlement or judgment if it is necessary to file suit; and **40%** percent of the ultimate gross settlement or judgment following the trial and any appeal undertaken by the adversary.

In the event of discharge by Clients and in the event Clients subsequently recover money or other property as a result of this action, Clients shall be indebted to Attorney for legal fees based upon the value in Mobile, AL of legal services rendered and for any costs and expenses advanced by Attorney.

If Clients fail to pay Attorney for services and costs as herein agreed, Clients agree to pay any costs of collection, including court costs and attorneys fees.

This Contract embodies the entire agreement between the Clients and Attorney. All prior representations, whether written or verbal, which contain any term, condition or provision which purports to modify, conflict with, contradict or add to this Contract are void and of no force or effect. All negotiations, proposals or agreements prior to the date of this Contract are merged herein and superseded hereby, there being no agreements, warranties, understandings or promises other than those written expressly herein.

Dated this _23RD_ day of _MAY_, 2009.

x _[signature]_
Client

x _[signature]_
Client

HOLSTON • VAUGHAN • ANDRESS, LLC

By: _[signature]_ 5/23/09

x Address: _828 Marsha S. Ratchford St._

ph# _251-457-3443 / 251-533-4887_

Saraland Office: 22 Highway 43 North, Saraland, Alabama 36571

EXHIBIT E-4

# HOLSTON • VAUGHAN • ANDRESS
## LAWYERS LLC

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*
RON A. ANDRESS, JR.
*ALSO ADMITTED IN FLORIDA

Main Office:
211 South Cedar Street
Mobile, Alabama 36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama 36601

## CONTRACT OF EMPLOYMENT

The undersigned, _DIANE E. LITTLE FOR HERSELF AND FOR HER CHILDREN: DESIREE PERRY, DEVONTE WILLIAMS, DORIAN WILLIAMS_, (hereinafter "Clients") hereby employ the law firm of HOLSTON • VAUGHAN • ANDRESS, LLC and such other attorney(s) as they may associate with them, as their attorneys (hereinafter "Attorney") to commence and prosecute all claims against: _PRICHARD HOUSING AUTHORITY, MITCHELL COMPANY, AND DRYWALL CO_ and/or other responsible parties regarding our claim of _DEFECTIVE CONSTRUCTION AT MY HOME 816 MCCRORY AVE, PRICHARD AL 36610_ and all other related damages, including, but not limited to, our claims of mental anguish and emotional distress.

Clients appoint and constitute said Attorney as their attorneys and agents, and Clients give and grant unto them full power to act as Clients' attorneys, to institute suit on this claim, to prosecute said suit, to settle said claim before or after suit is instituted, and to take any and all steps which they deem proper or desirable. Attorney has made no guarantees regarding the outcome of the case.

The fee of the Attorney shall be contingent upon the result obtained. **There shall be no legal obligation by Clients to pay Attorney any fee if nothing is recovered from the adversary or from the Clients' insurer.**

Clients shall pay all costs and expenses connected with this matter, including, but not limited to, postage, long distance phone calls, copy charges, mileage @ current IRS rate (no charge for mileage within Mobile and immediate vicinity), court or filing costs, depositions, court reporters, private investigators, WESTLAW legal research, and any other costs incurred. Clients agree that such costs and expenses shall be paid out of Clients' portion of the recovery.

The legal fee of the Attorney shall be **33%** percent of the gross amount recovered, if settlement is achieved without filing suit; **40%** percent of the gross settlement or judgment if it is necessary to file suit; and **40%** percent of the ultimate gross settlement or judgment following the trial and any appeal undertaken by the adversary.

In the event of discharge by Clients and in the event Clients subsequently recover money or other property as a result of this action, Clients shall be indebted to Attorney for legal fees based upon the value in Mobile, AL of legal services rendered and for any costs and expenses advanced by Attorney.

If Clients fail to pay Attorney for services and costs as herein agreed, Clients agree to pay any costs of collection, including court costs and attorneys fees.

This Contract embodies the entire agreement between the Clients and Attorney. All prior representations, whether written or verbal, which contain any term, condition or provision which purports to modify, conflict with, contradict or add to this Contract are void and of no force or effect. All negotiations, proposals or agreements prior to the date of this Contract are merged herein and superseded hereby, there being no agreements, warranties, understandings or promises other than those written expressly herein.

Dated this _24th_ day of _May_, 2009.

_[signature]_
Client

_[signature]_
Client

Address:

HOLSTON • VAUGHAN • ANDRESS, LLC

By: _[signature]_  5/24/09

Saraland Office: 22 Highway 43 North, Saraland, Alabama 36571

**EXHIBIT E-5**

STATE OF ALABAMA )
COUNTY OF MOBILE )

### REPRESENTATION CONTRACT

I, _Gennies Hillery_, do hereby retain and employ WINDOM & TOBIAS, L.L.C., to represent me in my claims, demands, negotiations, suits, settlements and all other things and matters against any and all persons, whether individuals or corporations, who may be liable because of _defective drywall in my home_.

The compensation to be paid to said attorney shall be: _33⅓ before taking depositions, 40% after taking depositions_ percent of whatever money may be recovered, whether by settlement, trial or otherwise. The amount of the attorney fee will be based upon the gross amount of recovery and before any deduction for litigation expenses. In the event this case is appealed, I agree to pay WINDOM & TOBIAS, L.L.C. an additional fee equal to all post judgment interest accrued during the entire course of the appeal. It is further understood and agreed that all expenses and costs of handling and litigation including, but not limited to, depositions, court reporters, reports, telephone charges, and all medical, hospital and other incidental expenses incurred or to be incurred shall be paid by me in the event of recovery, and will be withheld from my share of any recovery and paid directly to the entitled parties.

It is further agreed that this employment is upon a

EXHIBIT E-6

contingency fee basis, and, if no recovery is made, I will not be indebted to the attorney for any sum whatsoever as attorney's fees. However, if I retain another attorney to represent me in this matter, I hereby understand and acknowledge that I am still obligated to pay an attorney fee to WINDOM & TOBIAS, L.L.C., at the rate of $250.00 per hour, or in an amount set by the Court, whichever is greater. In addition, I agree to pay any and all expenses incurred for my case while retained by me. I also agree that WINDOM & TOBIAS, L.L.C. shall be granted a lien against any judgment and/or settlement proceeds I may receive until all payments have been made to WINDOM & TOBIAS, L.L.C.

I hereby authorize WINDOM & TOBIAS, L.L.C. to associate and hire any attorneys to assist in the preparation of the claims mentioned in this agreement. However, under no circumstances will I be responsible for attorney fees in excess of the fees specified in Paragraph two above.

Dated in Mobile County, Alabama, on this the **1st** day of **June**, 2009.

X_____
SIGNATURE

Sworn to and subscribed before me on this the _____ day of _____, 2009.

NOTARY PUBLIC
Commission Expires: _____

The above employment is hereby accepted by Windom & Tobias, L.L.C., upon the terms stated herein on this the _____ day of _____, 2009.

WINDOM & TOBIAS, L.L.C.                    _____
1203 Dauphin Street                                 OF COUNSEL
Post Office Box 2626
Mobile, Alabama  36652-2626
(251) 432-5001

STATE OF ALABAMA )
COUNTY OF MOBILE )

### REPRESENTATION CONTRACT

I, __Felecia Albritton__, do hereby retain and employ WINDOM & TOBIAS, L.L.C., to represent me in my claims, demands, negotiations, suits, settlements and all other things and matters against any and all persons, whether individuals or corporations, who may be liable because of __defective dry wall in my home__.

The compensation to be paid to said attorney shall be: __thirty three One-third before taking depositions; forty percent after__ percent of whatever money may be recovered, whether by settlement, trial or otherwise. The amount of the attorney fee will be based upon the gross amount of recovery and before any deduction for litigation expenses. In the event this case is appealed, I agree to pay WINDOM & TOBIAS, L.L.C. an additional fee equal to all post judgment interest accrued during the entire course of the appeal. It is further understood and agreed that all expenses and costs of handling and litigation including, but not limited to, depositions, court reporters, reports, telephone charges, and all medical, hospital and other incidental expenses incurred or to be incurred shall be paid by me in the event of recovery, and will be withheld from my share of any recovery and paid directly to the entitled parties.

It is further agreed that this employment is upon a

EXHIBIT E-7

contingency fee basis, and, if no recovery is made, I will not be indebted to the attorney for any sum whatsoever as attorney's fees. However, if I retain another attorney to represent me in this matter, I hereby understand and acknowledge that I am still obligated to pay an attorney fee to WINDOM & TOBIAS, L.L.C., at the rate of $250.00 per hour, or in an amount set by the Court, whichever is greater. In addition, I agree to pay any and all expenses incurred for my case while retained by me. I also agree that WINDOM & TOBIAS, L.L.C. shall be granted a lien against any judgment and/or settlement proceeds I may receive until all payments have been made to WINDOM & TOBIAS, L.L.C.

I hereby authorize WINDOM & TOBIAS, L.L.C. to associate and hire any attorneys to assist in the preparation of the claims mentioned in this agreement. However, under no circumstances will I be responsible for attorney fees in excess of the fees specified in Paragraph two above.

Dated in Mobile County, Alabama, on this the 12th day of June, 2009.

X Felicia A. Allbritton
SIGNATURE

Sworn to and subscribed before me on this the ____ day of _____, 2009.

NOTARY PUBLIC
Commission Expires: _____

The above employment is hereby accepted by Windom & Tobias, L.L.C., upon the terms stated herein on this the ___12th___ day of ___JUNE___, 2009.

_____
OF COUNSEL

WINDOM & TOBIAS, L.L.C.
1203 Dauphin Street
Post Office Box 2626
Mobile, Alabama 36652-2626
(251) 432-5001