

## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80764

**NAME:** Prichard Housing Authority     **ADDRESS:** 510 Sgt Harrison Brown

**OCCUPANCY:** Residential (R-3)     **ZONE:** R-3, Multiple Family Residential

**FLOOD ZONE:** A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

**FIRE CODE REQUIREMENT:** _____
(Commercial and New Subdivision)     Fire Marshall                Date

**ELECTRIC:** ☑     **PLUMBING:** ☑     **HVAC:** ☑

**SEPTIC SYSTEM** ☐                      **SANITARY SEWER** ☑
(Health Dept approval required)

**BUILDING CODES:** _____James Jax_____   11-22-12
                   Building Inspector                Date

**BUILDER/COMPANY**  Mitchell Company _____
                                                    Date

**SPECIAL CONDITION FOR APPROVAL:** _____
                                                    Date

**FINAL APPROVAL:** _____James Jax_____   11-22-12
                   DIRECTOR OF INSPECTION            Date

# EXHIBIT F-1



## CITY OF PRICHARD
### CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO**: 80582

**NAME:** Prichard Housing Authority     **ADDRESS:** 701 Hinson Avenue

**OCCUPANCY:** Residential (R-3)     **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE:  X unshaded Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

**FIRE CODE REQUIREMENT:**
(Commercial and New Subdivision)     Fire Marshall     Date

**ELECTRIC:** ☑     **PLUMBING:** ☑     **HVAC:** ☑

**SEPTIC SYSTEM** ☐     **SANITARY SEWER** ☑
(Health Dept approval required)

**BUILDING CODES:** _[signature]_   11-22-12
Building Inspector     Date

**BUILDER/COMPANY**   Mitchell Company
     Date

**SPECIAL CONDITION FOR APPROVAL:**
     Date

**FINAL APPROVAL:** _[signature]_   11-22-12
DIRECTOR OF INSPECTION     Date

## EXHIBIT F-2



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80763

**NAME:** Prichard Housing Authority       **ADDRESS:** 827 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)       **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)       Fire Marshall                    Date

ELECTRIC: ☑       PLUMBING: ☑       HVAC: ☑

SEPTIC SYSTEM ☐                          SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _____[signature]_____       11-27-12
                 Building Inspector                Date

BUILDER/COMPANY   Mitchell Company
                                                     Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                     Date

FINAL APPROVAL: _____[signature]_____       11-27-12
                 DIRECTOR OF INSPECTION            Date

# EXHIBIT F-3



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80762

**NAME:** Prichard Housing Authority    **ADDRESS:** 828 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)    **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)    Fire Marshall        Date

ELECTRIC: ☑    PLUMBING: ☑    HVAC: ☑

SEPTIC SYSTEM ☐                SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _[signed]_____ 11-27-12
                Building Inspector                Date

BUILDER/COMPANY    Mitchell Company _____
                                                    Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                    Date

FINAL APPROVAL: _[signed]_____ 11-27-12
                DIRECTOR OF INSPECTION              Date

## EXHIBIT F-4



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80761

NAME: Prichard Housing Authority     ADDRESS: 822 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)     ZONE: R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)     Fire Marshall          Date

ELECTRIC: ☑     PLUMBING: ☑     HVAC: ☑

SEPTIC SYSTEM ☐                    SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _James Jack_ (Building Inspector)     11-27-12

BUILDER/COMPANY   Mitchell Company
                                                    Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                    Date

FINAL APPROVAL: _James Jack_     11-27-12
                DIRECTOR OF INSPECTION            Date

**EXHIBIT F-5**



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80759

**NAME:** Prichard Housing Authority    **ADDRESS:** 802 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)    **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)    Fire Marshall    Date

ELECTRIC: ☑    PLUMBING: ☑    HVAC: ☑

SEPTIC SYSTEM ☐    SANITARY SEWER ☑
(Health Dept approval required)

BUILDING CODES: _James Jack_    11-27-12
                 Building Inspector                Date

BUILDER/COMPANY  Mitchell Company
                                                   Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                   Date

FINAL APPROVAL: _James Jack_    11-27-12
                DIRECTOR OF INSPECTION           Date

**EXHIBIT F-6**



## CITY OF PRICHARD
## CERTIFICATE OF OCCUPANCY

**BUILDING PERMIT NO:** 80760

**NAME:** Prichard Housing Authority     **ADDRESS:** 816 Marsha S Ratchford

**OCCUPANCY:** Residential (R-3)     **ZONE:** R-3, Multiple Family Residential

FLOOD ZONE: A-E Panel 551 Map Revised March 17, 2010

### ON SITE INSPECTION APPROVED

FIRE CODE REQUIREMENT: _____
(Commercial and New Subdivision)     Fire Marshall                              Date

ELECTRIC: ☑     PLUMBING: ☑     HVAC: ☑

SEPTIC SYSTEM ☐                          SANITARY SEWER ☐
(Health Dept approval required)

BUILDING CODES: _James Davis_ (Building Inspector)     11-22-12

BUILDER/COMPANY   Mitchell Company
                                                                                     Date

SPECIAL CONDITION FOR APPROVAL: _____
                                                                                     Date

FINAL APPROVAL: _James Davis_ (DIRECTOR OF INSPECTION)     11-22-12

**EXHIBIT F-7**