| 16467 | Diges E. Little | | 9/4/2012 | 2849 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 14,611.50 |

$14,611.50

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.                                                                                            2849
Trust Account
1100 Poydras Street                              Capital One
Suite 3700                                       New Orleans                                  9/4/2012
New Orleans, LA 70163-3700                       14-9/650

Pay  Fourteen Thousand Six Hundred Eleven and 50/100 Dollars------------    $14,611.50

to   Diges E. Little
     816 Marsha S. Ratchford Street              TWO SIGNATURES REQUIRED
     Prichard, AL 36610

⑈ 2849 ⑈    ⑆065000090⑆ 88 21 6197 8⑈

EXHIBIT H-1

| 16466 | Letitia Washington | | 9/4/2012 | 2852 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 14,611.50 |

$14,611.50

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

**Frilot L.L.C.**
Trust Account
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

2852

Capital One
New Orleans
14-9/650

9/4/2012

Pay  Fourteen Thousand Six Hundred Eleven and 50/100 Dollars--------------        $14,611.50

to   Letitia Washington
     827 Marsha S. Ratchford Street
     Prichard, AL 36610

TWO SIGNATURES REQUIRED

⑈ 2852 ⑈   ⑆065000090⑆ 88 21 6197 8⑈

EXHIBIT H-2

| 16461 | Deborah Porcher | | 9/4/2012 | 2850 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 14,611.50 |

$14,611.50

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.
Trust Account
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

Capital One
New Orleans
14-9/650

2850

9/4/2012

Pay  Fourteen Thousand Six Hundred Eleven and 50/100 Dollars--------------    $14,611.50

to  Deborah Porcher
    510 Hinson Avenue
    Prichard, AL 36610

TWO SIGNATURES REQUIRED

⑆2850⑆   ⑆065000090⑆ 88 21 6197 8⑆

**EXHIBIT H-3**

| 16465 | Charles & Jessica Pugh | | 9/4/2012 | 2851 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 12,852.00 |

$12,852.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.                                                                              2851
Trust Account
1100 Poydras Street                                   Capital One
Suite 3700                                            New Orleans                9/4/2012
New Orleans, LA 70163-3700                            14-9/650

Pay  Twelve Thousand Eight Hundred Fifty-Two and No/100 Dollars---------    $12,852.00

to  Charles & Jessica Pugh                            TWO SIGNATURES REQUIRED
    822 Marsha S. Ratchford Street
    Prichard, AL 36610

⑃ 2851 ⑃   ⑆065000090⑆ 88 21 6197 8⑃

EXHIBIT H-4

| 16462 | Felecia Albritton | | 9/4/2012 | 2846 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 12,852.00 |

$12,852.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.
Trust Account
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

2846

Capital One
New Orleans
14-9/650

9/4/2012

Pay  Twelve Thousand Eight Hundred Fifty-Two and No/100 Dollars----------   $12,852.00

to  Felecia Albritton
    701 Hinson Avenue
    Prichard, AL 36610

TWO SIGNATURES REQUIRED

⑉ 2846 ⑉  ⑆065000090⑆  88 21 6197 8⑉

**EXHIBIT H-5**

| 16463 | Gennies Hillery | | 9/4/2012 | 2847 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 15,929.00 |

$15,929.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.                                                                                                       2847
Trust Account
1100 Poydras Street                             Capital One
Suite 3700                                       New Orleans                    9/4/2012
New Orleans, LA 70163-3700                       14-9/650

Pay  Fifteen Thousand Nine Hundred Twenty-Nine and No/100 Dollars-----        $15,929.00

to   Gennies Hillery
     802 Marsha S. Ratchford Street                              TWO SIGNATURES REQUIRED
     Prichard, AL 36610

⑊ 2847 ⑊    ⑉065000090⑉ 88 21 6197 8⑊

EXHIBIT H-6

| 16464 | Jerome Leland & Audra Washington | | 9/4/2012 | 2848 |
|---|---|---|---|---|
| Inv.Date | Inv.No. | Invoice Description | | Amount |
| 09-04-2012 | 101090412 | 1977-090255 | | 15,929.00 |

$15,929.00

---

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW. DO NOT CASH IF NOT PRESENT.

Frilot L.L.C.                                                                                   2848
Trust Account
1100 Poydras Street                        Capital One
Suite 3700                                 New Orleans                        9/4/2012
New Orleans, LA 70163-3700                 14-9/650

Pay  Fifteen Thousand Nine Hundred Twenty-Nine and No/100 Dollars-----        $15,929.00

to   Jerome Leland & Audra Washington
     828 Marsha S. Ratchford Street         TWO SIGNATURES REQUIRED
     Prichard, AL 36610

⑈ 2848 ⑈   ⑆065000090⑆ 88 21 6197 8⑈

EXHIBIT H-7