**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | |

**PROPOSED CLASS COUNSEL'S MOTION FOR AN ORDER: (1) PRELIMINARILY APPROVING EACH OF FOUR CHINESE DRYWALL CLASS SETTLEMENTS (NATIONWIDE INSUREDS SETTLEMENT AGREEMENT, PORTER-BLAINE/VENTURE SUPPLY SETTLEMENT AGREEMENT, TOBIN TRADING AND INSTALLERS SETTLEMENT AGREEMENT, AND BUILDERS MUTUAL INSUREDS SETTLEMENT AGREEMENT) RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS; (2) CONDITIONALLY CERTIFYING THE SETTLEMENT CLASSES; (3) APPROVING THE FORM NOTICE TO CLASS MEMBERS; (4) SCHEDULING A JOINT FAIRNESS HEARING; AND (5) STAYING CLAIMS AGAINST PARTICIPATING DEFENDANTS INCLUDING BUILDERS, INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS**

Proposed Class Counsel hereby move this Court for an order:

1.      Conditionally certifying each of the Classes for purposes of each of the four

Chinese Drywall Class Settlement Agreements[1] Relating to Virginia and Certain Other

Remaining Claims;[2]

2.      Granting preliminary approval to each of the four proposed Settlements[3];

3.      Appointing the following Class representatives:  Steven and Elizabeth Heischober

for the Nationwide Insureds Settlement Agreement Class; William and Deborah Morgan for the

---

[1]  The four Virginia-based Settlement Agreements at issue are listed below and available at http://www.laed.uscourts.gov/Drywall/Drywall.htm.

(1)      Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Non-Manufacturing Defendants Insured by Nationwide (hereinafter "Nationwide Insureds Settlement Agreement") (Document 15969-5);

(2)      Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Porter-Blaine Corp. and Venture Supply Inc. and Certain of their Insurers; (hereinafter "Porter-Blaine/Venture Supply Settlement Agreement") (Document 15969-6);

(3)      Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Tobin Trading Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers (hereinafter "Tobin Trading and Installers Settlement Agreement") (Document 15969-7); and

(4)      Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Defendants Insured by Builders Mutual Insurance Company (hereinafter "Builders Mutual Insureds Settlement Agreement") (Ex. A).

The four Settlement Agreements listed above are referred to collectively herein as "Settlement Agreements Relating to Virginia and Certain Other Remaining Claims."

[2]  The Participating Defendants and Participating Insurers are identified in the Nationwide Insureds Settlement Agreement (Document 15969-5, at "Exhibit 1"); Porter-Blaine/Venture Supply Settlement Agreement (Document 15969-6 at §§1.1.2 and 1.1.3); Tobin Trading and Installers Settlement Agreement (Document 15969-7 at "Exhibit 1" and "Exhibit 2"); and Builders Mutual Insureds Settlement Agreement (Ex. A at "Exhibit 1" and "Exhibit 2").

[3] The request for Preliminary Approval of the Builders Mutual Insureds Settlement Agreement is made in conjunction with the pending approval proceedings related to other Chinese Drywall Virginia-based class settlements that were the subject of a preliminary approval hearing on November 13, 2012. At that hearing, this Court granted preliminary approval of three Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, and Tobin Trading and Installers Settlement Agreement) in MDL 2047 Regarding Claims Involving Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers Relating to Virginia and Certain Other Remaining Claims. *See* Minute Entry #16239, *In Re: Chinese Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (motion granted November 13, 2012). Because Class Plaintiffs seek to combine the notice program and schedule toward final approval for the three settlements that have been preliminarily approved and this Builders Mutual Insureds Settlement, the Class Plaintiffs submit with this motion a joint proposed order, a joint notice, and a joint summary notice, covering all four (4) Virginia-based settlements.

Porter-Blaine/Venture Supply Settlement Agreement Class; Robert and Lisa Orlando and Jerry and Inez Baldwin for the Tobin Trading and Installers Settlement Agreement Class; Michelle Germano for the Builders Mutual Insureds Settlement Agreement Class;

4.      Appointing Russ Herman, Arnold Levin, and Richard Serpe as Class Counsel for each of the four Classes;

5.      Approving the form and manner of Notice to Class Members with deadlines for Opt-Out Requests and Objections;[4]

6.      Scheduling a Joint Fairness Hearing to occur before the Honorable Eldon E. Fallon (Presiding Judge) of the E.D. La., with the assistance of the Honorable Mary Jane Hall of the Norfolk Virginia Circuit Court (who will participate in the hearing through a telephonic connection to facilitate the participation of class members in the Virginia region) to consider the four Settlement Agreements Relating to Virginia and Certain Other Remaining Claims; and

7.      Staying and enjoining the prosecution of all claims which have been asserted against the Participating Defendants and Participating Insurers in the Litigation, all CDW-Related Actions, and all Related Claims, whether or not the Settling Parties are named parties to the lawsuits. This stay shall not apply to claims against any Non-Participating Defendants and Non-Participating Insurers, including third party claims and cross-claims.  This stay shall not apply to Reserved Claims including those Reserved Claims against Nationwide Participating Defendants.

8.      A proposed Preliminary Approval Order of the four Virginia-based settlements is attached hereto and to the Memorandum as Ex. B.

---

[4]  The Notice and Summary Notice are set forth as Ex. C-1 and C-2, respectively, to the Memorandum and the protocol for notice is set forth at Document 15969-5 §8.1, Document 15969-6 §8.1, Document 15969-7 §8.1; and Ex. A §8.1.

This Motion is supported by the accompanying Memorandum of Law and the four Settlement Agreements.

WHEREFORE, proposed Class Counsel respectfully request that, after due consideration, the Court grant this Motion for an Order: (1) preliminarily approving each of the four Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) conditionally certifying each of the settlement classes; (3) approving the form of Notice to Class Members; (4) scheduling a Joint Fairness Hearing; and (5) staying claims against Participating Defendants and Participating Insurers except as noted in the Settlement Agreements and the Proposed Order.

Respectfully submitted,

Dated: December 26, 2012

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
And Proposed Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN

510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And Proposed Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Proposed Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION FOR AN ORDER: (1)

PRELIMINARILY APPROVING EACH OF FOUR CHINESE DRYWALL CLASS

SETTLEMENTS (NATIONWIDE INSUREDS SETTLEMENT AGREEMENT, PORTER-

BLAINE/VENTURE SUPPLY SETTLEMENT AGREEMENT, TOBIN TRADING AND

INSTALLERS SETTLEMENT AGREEMENT, AND BUILDERS MUTUAL INSUREDS

SETTLEMENT AGREEMENT) RELATING TO VIRGINIA AND CERTAIN OTHER

REMAINING CLAIMS; (2) CONDITIONALLY CERTIFYING THE SETTLEMENT

CLASSES; (3) APPROVING THE FORM NOTICE TO CLASS MEMBERS; (4)

SCHEDULING A JOINT FAIRNESS HEARING; AND (5) STAYING CLAIMS AGAINST

PARTICIPATING DEFENDANTS INCLUDING BUILDERS, INSTALLERS, SUPPLIERS,

AND PARTICIPATING INSURERS,  has been served on Defendants' Liaison Counsel, Kerry

Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File &

Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed

with the Clerk of Court of the United States District Court for the Eastern District of Louisiana

by using the CM/ECF System, which will send a notice of electronic filing in accordance with

the procedures established in MDL 2047 on this 26th day of December, 2012.


/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*