# EXHIBIT C-2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**SUMMARY NOTICE OF FOUR CLASS ACTION SETTLEMENT AGREEMENTS (NATIONWIDE INSUREDS SETTLEMENT AGREEMENT, PORTER-BLAINE/VENTURE SUPPLY SETTLEMENT AGREEMENT, TOBIN TRADING AND INSTALLERS SETTLEMENT AGREEMENT, BUILDERS MUTUAL INSUREDS SETTLEMENT AGREEMENT) RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

Nationwide Insurance, Hanover Insurance, State Farm Insurance, and Builders Mutual Insurance companies have each agreed to separate Settlements on behalf of insured builders, installers, suppliers and other identified non-manufacturing parties arising from Chinese Drywall (CDW) within the legal responsibility of Participating Defendants who are insured by Nationwide, Hanover, State Farm, or Builders Mutual.

**YOU MAY BE ENTITLED TO RECEIVE A SETTLEMENT PAYMENT IF YOU ARE A MEMBER OF ONE OR MORE OF THE FOUR SETTLEMENT CLASSES:** [1]

The Nationwide Insureds Settlement Agreement Class will include:[2]

all persons or entities (except for Nationwide Participating Defendants and Participating Insurers) together with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, involving Affected Property and arising from

---

[1] The four Virginia-based Settlement Agreements at issue are listed below and available at http://www.laed.uscourts.gov/Drywall/Drywall.htm.

(1)     Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Non-Manufacturing Defendants Insured by Nationwide (hereinafter "Nationwide Insureds Settlement Agreement") (Document 15969-5);

(2)     Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Porter-Blaine Corp. and Venture Supply Inc. and Certain of their Insurers; (hereinafter "Porter-Blaine/Venture Supply Settlement Agreement") (Document 15969-6);

(3)     Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Tobin Trading Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers (hereinafter "Tobin Trading and Installers Settlement Agreement") (Document 15969-7); and

(4)     Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Defendants Insured by Builders Mutual Insurance Company (hereinafter "Builders Mutual Insureds Settlement Agreement") (Document _____ ).

The four Settlement Agreements listed above are referred to collectively herein as "Settlement Agreements Relating to Virginia and Certain Other Remaining Claims." The Settlement Agreements and the Pleadings and Briefs related to these Settlement Agreements may be inspected at the office of the Clerk of the Court, United States Courthouse, Room C-151, 500 Poydras Street, New Orleans, LA 70130; or during regular business hours at the offices of Russ M. Herman, Herman, Herman & Katz, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113, telephone number (504) 561-6024; or at the offices of Richard Serpe (Law Offices of Richard Serpe, Crown Center, Suite 310 580 East Main Street, Norfolk, VA 23510; telephone no. (757) 233-0009), commencing on [     ].

[2] "Nationwide Participating Defendants and Participating Insurers" are attached to this notice (Appendix A) and set forth in the Nationwide Settlement Agreement, Document 15969-5, at "Exhibit 1".

2

or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Nationwide Participating Defendant. The Overlook, LLC's and CG Stony Point Townhomes LLC's ("CG Stony Point") status as Nationwide Participating Defendants does not bar them from asserting class membership in connection with their assigned claims concerning Affected Properties they remediated before August 13, 2012.

The Porter-Blaine/Venture Supply Settlement Agreement Class will include:[3]

all persons or entities (except for Porter-Blaine, Venture Supply, Citizens Insurance Company of America and Hanover Insurance Company) together with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, involving Affected Property and arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of Porter-Blaine, Venture Supply, Citizens Insurance Company of America or Hanover Insurance Company.

The Tobin Trading, Inc., Builders Plaster & Drywall, LLC., and JMM Drywall Co., LLC Settlement Agreement Class will include:[4]

all persons or entities (except for Tobin Trading and Installers Participating Defendants and Participating Insurers) together with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, involving Affected Property and arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Tobin Trading or any Installers Participating Defendant.

The Builders Mutual Insureds Settlement Class will include:[5]

all persons or entities (except of Builders Mutual Participating Defendants and Participating Insurers) together with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, involving Affected Property and arising from or related to actual or alleged Chinese Drywall purchased, imported,

---

[3] "Porter Blaine/Venture Participating Defendants and Participating Insurers" are set forth in the Porter Blaine/Venture Supply Settlement Agreement, Document 15969-6 at §§1.1.2 and 1.1.3. A list of Porter Blaine/Venture Participating Defendants is also attached to this notice (Appendix B).

[4] The "Tobin Trading and Installers Participating Defendants and Participating Insurers" are set forth in the Tobin Trading, Inc., Builders Plaster & Drywall, LLC.; JMM Drywall Co., LLC; and Participating Insurers Settlement Agreement, Document 15969-7 at "Exhibit 1" and "Exhibit 2". A list of Tobin Trading and Installers Participating Defendants is also attached to this notice (Appendix C).

[5] The "Builders Mutual Participating Defendants and Insurers" are set forth in the Builders Mutual Insureds Settlement Agreement, Document _____ at "Exhibit 1" and "Exhibit 2". A list of Builders Mutual Participating Defendants is also attached to this notice (Appendix D).

3

supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Builders Mutual Participating Defendant.

## Description of the Settlements

Each of the Settlements is intended to resolve all personal injury and property damage claims brought against Participating Defendants and Participating Insurers, for Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold, delivered or in any way alleged to be within the legal responsibility of any Participating Defendant or Participating Insurer as defined in each of the Settlement Agreements. Plaintiffs have sued the Participating Defendants, the Participating Insurers, and others to recover damages. Participating Defendants and Participating Insurers deny any wrongdoing whatsoever.

The Court has conditionally certified the Classes for settlement purposes only. The Court has not determined the merits of any claims or defenses of the parties. The Settlements will become effective only upon final approval by the Court.

If approved, Participating Defendants and Participating Insurers will pay $10,000,000.00 in the Nationwide Settlement; $3,000,000.00 in the Porter-Blaine/Venture Supply Settlement; $2,700,000.00 in the Tobin Trading and Installers Settlement; and $1,700,000 in the Builders Mutual Insureds Settlement into separate Settlement Funds. The Court shall establish a fair and equitable procedure for the allocation of the Settlement Funds among the various interests that have claimed entitlement to the same. Under certain circumstances, Class Members must use Settlement Funds to assist in the remediation of their Affected Properties.

The Plaintiffs' Steering Committee ("PSC"), common benefit attorneys, and private counsel for Class Members are seeking, in the aggregate, attorneys' fees of no more than 32% of the Settlement Funds, with no more than 15% of the Settlement Funds reserved for common benefit fees, plus reasonable expenses, excluding the costs of Notice. The fees and costs incurred in the administration of the Settlement Funds (including the cost of Notice) are to be paid out of the Settlement Funds.

## Opt-Out Notices And Objections

Class Members may opt out of any of the Classes. If you elect to opt out, you will be excluded from sharing in the Settlement Funds. The procedure for electing to opt out is set forth in detail in the Class Notice. Opt-out notices must be post-marked on or before [    ].

Class Members may also object to any of the Settlements. The procedure for objecting to the Settlements is set forth in detail in the Settlement Agreements and at http://www.laed.uscourts.gov/Drywall/Drywall.htm. Objections must be post-marked on or before [    ]. Class Members who object to any one of the Settlements may not opt-out of any of the settlement or settlements that they object to. Persons wishing to attend the Joint Fairness Hearing may appear either in the Louisiana or Virginia venues described below.

**Joint Fairness Hearing**

A Joint Fairness Hearing will be held in Courtroom C-456 before the Honorable Eldon E. Fallon (Presiding Judge) at the United States Courthouse, 500 Poydras Street, New Orleans, LA 70130, and before the Honorable Mary Jane Hall of the Norfolk Circuit Court, 100 St. Paul's Blvd., Norfolk, VA 23510 (who will assist Judge Fallon by participating in the hearing through a telephonic connection to facilitate the participation of class members in the Virginia region), at [    ] to determine whether: each of the Settlement Agreements is fair, reasonable, and adequate and should be finally approved; the Classes should be finally certified; and the Litigation should be dismissed with prejudice as to Participating Defendants and Participating Insurers.

At the Joint Fairness Hearing, Class Members may object to any of the Settlements, provided that the procedure for objection set forth in the Class Notice is followed. To object, you must submit your written objections on or before _____.

Any Class Member who does not timely object to the Settlements shall be deemed to have waived all objections to each of the Settlement Agreements.

**Effect of Final Court Approval**

If each of the Settlements is approved, the Litigation will be dismissed with prejudice as to Participating Defendants and Participating Insurers in the approved Settlements.  Litigation will continue against the other Non-Participating Defendants or Non-Participating Insurers as described in each of the Settlement Agreements.  Unless you opt out of each of the Settlements, upon Court approval, you will be bound by each of the Settlements, including the judgment of dismissal.

Dated: New Orleans, Louisiana
[    ]

/s/ ELDON E. FALLON
Judge, United States District Court
for the Eastern District of Louisiana

APPENDIX A

# NATIONWIDE PARTICIPATING DEFENDANTS

AHJV, LLC
Ainslie Group, Inc.
Ainslie Widener, Inc.
American Eastern, Inc.
Area Builders of Tidewater, Inc. (n/k/a ABT Custom Homes, LLC)
Atlantic Homes, LLC
Case Handyman & Remodeling Servs.
CG Stony Point Townhomes, LLC
Clarke-Whitehill Enterprises, Inc.
DSG Construction, Inc.
Fabian Franco Perez
Franciscus Homes, Inc.
Greensprings Condominiums, LLC
Greensprings Plantation, Inc.
HHJV, LLC
Lazaro Miranda dba Work Company, Drywall & Plaster (a/k/a Lazaro Morales dba Work Company, Drywall & Plaster)
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Property & Casualty Insurance Company
Next Level Group, LLC
Nicholas Vandergrift, dba Nicholas & Co. Construction, LLC
Overlook Point, LLC
Peak Building Corporation
Plantation Group LLC
Preserve Development LLC
Residential Concepts, Ltd.
Robert Hodgson
Rose & Womble Realty Co.
Scott Taylor Plastering, Inc.
The Classic Group, Inc.
The Overlook LLC
Wellington LLC
Work Company, Drywall & Plaster
Wyndham LLC
Wyndwil LLC

*The following language is included in Exhibit 1 of the Nationwide Insureds Settlement Agreement: Participating Defendants include "[a]ny other person or entity which may be alleged to be liable for conduct occurring on or before the Effective Date with respect to Chinese Drywall at Affected Properties in the Commonwealth of Virginia, solely to the extent of any insurance provided by or alleged to have been provided by Nationwide (whether or not such parties have been named in any CDW-Related Action)." (Document 15969-5, Exhibit 1).

APPENDIX B

## **PORTER BLAINE/VENTURE PARTICIPATING DEFENDANTS**

The Porter-Blaine Corp.
Venture Supply, Inc.

APPENDIX C

**<u>TOBIN TRADING AND INSTALLERS PARTICIPATING DEFENDANTS</u>**

Builders Plaster & Drywall, LLC
JMM Drywall Co., LLC
Tobin Trading, Inc.
Phillip Perry

APPENDIX D

**BUILDERS MUTUAL PARTICIPATING DEFENDANTS**

ABS Building Corporation
American Better Living, LLC
David Daniels
Genesis Group, Inc.
Harbor Walk Development, LLC
Jerome Henin
International Property Investments of Central Florida, Inc., d/b/a Henin International Services
M&M Contracting
Oxfordshire, LLC
Parallel Design & Development
Powell Development, LLC
Premier International Realty, Inc. d/b/a Henin Realty
Rob Lang Builder, Inc.
Rob and Fiona Lang
Tech Building Corporation
The Futura Group
Total Home Renovation, LLC
Traderscove Corporation d/b/a Henin Group
Wermers Development, Inc.