

## Call Center and Registration Statistics
## CHINESE-MANUFACTURED DRYWALL PRODUCTS GLOBAL SETTLEMENT
### As of January 2, 2013

### CALL CENTER AND REGISTRIATION STATISTICS

| CSR Call Statistics | Nbr of Calls | Nbr of Calls Transferred to CSR | Nbr of Callers Registered thru CSR | Nbr of Callers Registered thru IVR | Nbr of Callers Registered thru Website | Nbr of Callers Represented by Counsel on Chart | Nbr of Callers Requesting Call Back by Counsel thru IVR |
|---|---|---|---|---|---|---|---|
| June Totals | 0 | 0 | 0 | 5 | 7 | 0 | 0 |
| July Totals | 2,587 | 484 | 218 | 340 | 926 | 6 | 45 |
| August Totals | 1,420 | 379 | 191 | 106 | 883 | 4 | 30 |
| September Totals | 503 | 0 | 0 | 74 | 346 | 0 | 82 |
| October Totals | 170 | 0 | 0 | 72 | 96 | 0 | 65 |
| November Totals | 124 | 0 | 0 | 4 | 58 | 0 | 4 |
| December Totals | 60 | 0 | 0 | 7 | 63 | 0 | 0 |
| Total Wk of 12/30/12 | 0 | 0 | 0 | 0 | 6 | 0 | 0 |
| January Totals | 0 | 0 | 0 | 0 | 5 | 0 | 0 |
| Project Total | 4,864 | 863 | 409 | 608 | 2,384 | 10 | 226 |

*Live Customer Support ended on 8/24/12