FMF-12099/CP 142 /DJS:jmb

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 02047<br><br>SECTION: "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Hobbie, et al.* v.<br>*RCR Holdings, II, LLC, et al.* | |
| No. 10-1113 | |

### MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

**COMES NOW**, Lysa M. Friedlieb, Esquire and the law firm of Luks, Santaniello, Petrillo & Jones, attorneys of record for Defendant, RCR Holdings, II, LLC, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and pray this Court enter an Order granting leave to withdraw as counsel for the Defendant, RCR Holdings, II, LLC, for the following reasons:

1. Luks, Santaniello, Petrillo & Jones was retained to represent RCR Holdings, II, LLC by an insurance carrier for said Defendant.

2. This matter was fully and finally settled on November 19, 2012; See Final Order and Judgment Approving Class Settlement With Defendant RCR Holdings II, LLC (D.E.16265).

3. Given the settlement of this matter, the undersigned and her firm moves to withdraw as counsel for the Defendant in this matter.

4. RCR Holdings, II, LLC continues to be represented by Gregg Weiss, Esquire, with the firm of Leopold Law P.A., as RCR Holdings, II, LLC has Plaintiff claims asserted in relation to the Hobbie matter and/or other omnibus claims.

**WHEREFORE,** the undersigned respectfully requests that the Court grant the Motion to Withdraw as Counsel for Defendant, RCR Holdings, II, LLC, in the above case.

## CERTIFICATE OF SERVICE

I, hereby certify that on this 4th day of Janaury, 2013, the foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller and Homebuilders'/Installers' Liaison Counsel, Phillip A. Wittman by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Lysa M. Friedlieb
LYSA M. FRIEDLIEB, ESQUIRE
Florida Bar No.: 898538
lfriedlieb@ls-law.com
LUKS, SANTANIELLO, PETRILLO & JONES
301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
Counsel for RCR Holdings, II, LLC