IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO: 09-2047 SECTION: "L" JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ) ) | |
| Hobbie, et al. v. RCR Holdings, II, LLC, et al. ) ) ) | |
| No. 10-1113 ) ) | |

## NOTICE OF HEARING

**TAKE NOTICE** that undersigned counsel will call for hearing its Motion to Withdraw as Counsel for Defendant, RCR HOLDINGS, II, LLC, on January 23rd, 2013, at 9:00 a.m.

## CERTIFICATE OF SERVICE

I, hereby certify that on this 4th day of January, 2013, the foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller and Homebuilders'/Installers' Liaison Counsel, Phillip A. Wittman by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the

MLD NO.: 09-2047
SECTION:"L"

Page 2 of 2

CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                /s/ Lysa M. Friedlieb
LYSA M. FRIEDLIEB, ESQUIRE
Florida Bar No.: 898538
lfriedlieb@ls-law.com
LUKS, SANTANIELLO, PETRILLO & JONES
301 Yamato Road, Suite 1234
Boca Raton, FL  33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
Counsel for RCR Holdings, II, LLC

