FMF-12099/CP 142 /DJS:jmb

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO: 02047 SECTION: "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| Hobbie, et al. v. RCR Holdings, II, LLC, et al. | ) ) ) | |
| No. 10-1113 | ) ) | |

### ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, RCR Holdings, II, LLC, in the above civil action. The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, RCR Holdings, III, LLC, is hereby **GRANTED** and that Lysa M. Friedlieb, Esquire and the law firm of Luks, Santaniello, Petrillo & Jones, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, RCR Holdings, III, LLC.

New Orleans, Louisiana, this _____ day of _____, 2013.

HONORABLE ELDON E. FALLON

_____
U.S. DISTRICT COURT JUDGE