UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-080 (E.D.La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-0498 (E.D.La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* Case No. 2:10-cv-932 (E.D.La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-cv-6690 (E.D.La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (E.D.La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D.La.) | |

## PROPOSED ORDER

Considering the Class Counsel's Motion for an Order: 1) preliminarily approving each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement

Agreement, and Builders Mutual Insureds Settlement Agreement) relating to Virginia and Certain Other Remaining Claims; 2) conditionally certifying the settlement classes; 3) approving the form notice to class members; 4) scheduling a joint fairness hearing; and 5) staying claims against participating defendants including builders, installers, suppliers and participating insurers, IT IS ORDERED that this motion is set for hearing on Tuesday, January 15, 2013 at 9:00 a.m.  Any Responses, to the joint motion shall be filed on or before Thursday, January 10, 2013.   Any replies thereto shall be filed by Monday, January 14, 2013.

New Orleans, Louisiana this 3rd day of January, 2013.

_____
United States District Judge