MINUTE ENTRY
FALLON, J.
JANUARY 4, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-7628, 09-6690, 10-362, 10-361, 10-3070,<br>10-932, 11-80, 11-2528, 11-1077, 09-4117 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Russ Herman, Esq., Leonard Davis, Esq., & Fred Longer, Esq. (by phone) for Plaintiffs
H. Minor Pipes, Esq., for Participating Defendants and Participating Insurers In the Global Settlement
Nick Panayotopoulos, Esq. for Certain Banner Defendants
Robert Fitzsimmons, Esq. for Certain Contractor/Installer Defendants
H. David Vaughan, Esq. for Certain Installer Defendants

SHOW CAUSE HEARING regarding Certain Builder and Installer Conditional Opt-Outs to the Banner Settlement   (16460)

Counsel addressed the Court regarding certain builder and installer opt-outs.

JS10:   :30