# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**MOTION FOR LEAVE OF COURT TO SUBSTITUTE
EXHIBIT A [REC. DOC. 16470-2] ATTACHED TO MEMORANDUM IN SUPPORT OF
MOTION FOR AN ORDER:  (1) PRELIMINARILY APPROVING EACH OF FOUR
CHINESE DRYWALL CLASS SETTLEMENTS (NATIONWIDE INSUREDS
SETTLEMENT AGREEMENT, PORTER-BLAINE/VENTURE SUPPLY SETTLEMENT
AGREEMENT, TOBIN TRADING AND INSTALLERS SETTLEMENT, AND BUILDERS
MUTUAL INSUREDS SETTLEMENT AGREEMENT) RELATING TO VIRGINIA AND
CERTAIN OTHER REMAINING CLAIMS; (2) CONDITIONALLY CERTIFYING EACH
OF THE SETTLEMENT CLASSES; (3) APPROVING THE FORM NOTICE TO CLASS
MEMBERS; (4) SCHEDULING A JOINT FAIRNESS HEARING; AND (5) STAYING
CLAIMS AGAINST PARTICIPATING DEFENDANTS INCLUDING BUILDERS,
INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURDERS [REC. DOC. 16470-1]**

On motion of Proposed Class Counsel, who hereby respectfully requests leave of Court to substitute Exhibit A (Settlement Agreement) [Rec. Doc. 16470-2] attached to Memorandum in Support of Motion for an Order: (1) preliminarily approving each of four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter- Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and  Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) conditionally certifying each of the settlement classes; (3) approving the form Notice to Class Members; (4) scheduling a Joint Fairness Hearing; and (5) staying claims against Participating Defendants including builders, installers, suppliers, and Participating Insurers [Rec. Doc. 16470-1].  As is more fully shown in the accompanying memorandum in support, the substituted Exhibit A contains all appropriate signatures to the Settlement Agreement, and should be made part of the record.

WHEREFORE, movers pray that they be granted leave of court to substitute the attached Exhibit A (Settlement Agreement with all signatures) in place of the Exhibit A (Settlement Agreement  without all signatures) [Rec. Doc. 16470-2] which was attached to the Memorandum in Support of Motion for an Order: (1) preliminarily approving  each of four Chinese Drywall Class

Settlements (Nationwide Insureds Settlement Agreement, Porter- Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) conditionally certifying each of the settlement classes; (3) approving the form Notice to Class Members; (4) scheduling a Joint Fairness Hearing; and (5) staying claims against Participating Defendants including builders, installers, suppliers, and Participating Insurers [Rec. Doc. 16470-1] filed on January 3, 2013.

Respectfully submitted,

Dated: January 7, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*And Proposed Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And Proposed Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Proposed Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of January, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*