IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | DISTRICT JUDGE FALLON |
| *Benoit et al. v. Lafarge S.A., et al.*<br>Case No. 11-1893 (Omni XI) | MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

Daniel F. Diffley and Matthew D. Montaigne of Alston & Bird LLP, hereby enter their appearance in the above-captioned matter as counsel of record for Boral Limited ("Boral"), who was named as a Defendant in the above captioned complaint, and request that all notices, pleadings, and orders entered in this matter be sent to them. Boral reserves all rights to object to jurisdiction, venue or service and preserves all possible defenses.

Respectfully submitted this 7th day of January, 2013

| | |
|---|---|
| /s/ Daniel F. Diffley | /s/ Matthew D. Montaigne |
| Daniel F. Diffley (T.A.) | Matthew D. Montaigne* |
| Georgia Bar No. 221703 | Georgia Bar No. 915455 |
| ALSTON & BIRD LLP | ALSTON & BIRD LLP |
| 1201 West Peachtree Street | 4721 Emperor Blvd., Suite 400 |
| Atlanta, GA 30309-3424 | Durham, NC 27703-8580 |
| Phone: (404) 881-7000 | Phone: (919) 862-2232 |
| Fax: (404) 881-7777 | Fax: (919) 862-2252 |
| dan.diffley@alston.com | matt.montaigne@alston.com |
| | *Admitted to practice in Georgia. |
| | Not admitted to practice in North Carolina. |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of January, 2013.

/s/ Matthew D. Montaigne