UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, **Case No. 2:11-cv-080 (E.D.La.)** | |

**ALPHONSO AND NORA WALKER'S NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, LOWE'S HOME CENTERS, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Alphonso and Nora Walker, hereby dismiss without prejudice all of their claims against Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Alphonso and Nora Walker shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Larry Centola, counsel for Alphonso and Nora Walker, dated January 7, 2013 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

                                                    Respectfully submitted,

Dated: January 7, 2013                  /s/ Russ M. Herman

                                                    Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
HERMAN GEREL, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of January, 2013.

    /s/Leonard A. Davis_____
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.LC.
HERMAN GEREL, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047