# MARTZELL & BICKFORD

ATTORNEYS AT LAW
*A Professional Corporation*
338 LAFAYETTE STREET
NEW ORLEANS, LOUISIANA 70130

WWW.MBFIRM.COM

TELEPHONE: (504) 581-9065
FACSIMILE: (504) 581-7635

JOHN R. MARTZELL (1937-2007)
SCOTT R. BICKFORD †
SPENCER R. DOODY
LAWRENCE J. CENTOLA, III
NEIL F. NAZARETH
ROSHAWN H. DONAHUE
JASON Z. LANDRY

† *also admitted in Texas & Colorado*

REGINA O. MATTHEWS
OF COUNSEL

BYRON J. JEANICE
OFFICE ADMINISTRATOR

E-MAIL: MB@MBFIRM.COM

January 7, 2013

Russ Herman
**Herman Herman Katz**

Re:   Alphonso Walker - Chinese Drywall Litigation - Lowe's

Dear Russ,

You are authorized to file the Notice of Voluntary Dismissal, Without Prejudice, against Lowe's Home Centers, Inc., for the Alphonso Walker property.

Yours truly,

**MARTZELL & BICKFORD**

*Lawrence J. Centola, III*

LAWRENCE J. CENTOLA, III

LJC,III/lwl
G:\Clients\Chinese Drywall\CLIENTS\WALKER, ALPHONSO & NORA\CORRESPONDENCE\Herman authorizing Lowes dismissal.wpd