IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO: 02047<br><br>SECTION: "L" |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Hobbie, et al. v.<br>RCR Holdings, II, LLC, et al. ) ) ) | |
| No. 10-1113 ) ) | |

## ORDER GRANTING WITHDRAW AS
## COUNSEL OF RECORD WITHOUT SUBSTITUTION

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, RCR Holdings, II, LLC, in the above civil action. The Court, having considered the Motion and Supporting Memorandum, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, RCR Holdings, III, LLC, is hereby **GRANTED** and that Lysa M. Friedlieb, Esquire and the law firm of Luks, Santaniello, Petrillo & Jones, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, RCR Holdings, III, LLC.

New Orleans, Louisiana, this __7th__ day of _____January_____, 2013.

HONORABLE ELDON E. FALLON

*/s/ Eldon E. Fallon*
U.S. DISTRICT COURT JUDGE