UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED            :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             :   SECTION: L
LITIGATION                             :
                                       :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :   JUDGE FALLON
ALL CASES AND                          :   MAG. JUDGE WILKINSON
                                       :
Payton, et al. v. Knauf Gips KG, et al.     :
Case No. 2:09-cv-07628 (E.D. La.)      :
                                       :
Gross, et al. v. Knauf Gips KG, et al.      :
Case No. 2:09-cv-06690 (E.D. La.)      :
                                       :
Rogers, et al. v. Knauf Gips KG, et al.     :
Case No. 2:10-cv-00362 (E.D. La.)      :
                                       :
Abreu, et al. v. Gebrueder Knauf            :
Verwaltungsgesellschaft KG, et al.     :
Case No. 2:11-cv-00252 (E.D. La.)      :
                                       :
Block, et al. v. Gebrueder Knauf            :
Verwaltungsgesellschaft KG, et al.     :
Case No. 11-cv-1363 (E.D. La.)         :
                                       :
Arndt, et al. v. Gebrueder Knauf            :
Verwaltungsgesellschaft KG, et al.     :
Case No. 11-cv-2349 (E.D. La.)         :
                                       :
Cassidy, et al. v. Gebrueder Knauf          :
Verwaltungsgesellschaft KG, et al.     :
Case No. 11-cv-3023 (E.D. La.)         :
                                       :
Vickers, et al. v. Knauf Gips KG, et al.    :
Case No. 2:09-cv-04117 (E.D. La.)      :
-----------------------------------------------------------------x
```

**AMENDED ORDER REGARDING SETTLEMENT MEETINGS**

Before the Court are motions to approve five class action settlements that, if approved, would resolve a large portion of the Chinese Drywall litigation. The settlements have been subject to certain contingencies, including the right of settling defendants to terminate the settlements or withdraw their participation if certain additional agreements are not executed or if certain conditional opt out claims are not withdrawn. Resolution of the contingencies would result in a greater portion of the Chinese Drywall litigation being settled.

The Court issued an Order on December 21, 2012 [Rec. Doc. 16459] directing and/or requesting certain parties to meet and confer regarding outstanding issues on January 15 and 16, 2013 in New Orleans. The list of parties so directed and/or requested is now updated as follows:

It is hereby ORDERED that all parties and their insurers and sureties on the attached list are directed (if subject to the jurisdiction of the Court) and requested (if not subject to the jurisdiction of the Court) to meet and confer in the U.S Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, Courtroom C468 at 9 a.m. on January 15 and 16, 2013 to attempt to resolve their issues.

New Orleans, Louisiana, this 8th day of January, 2013.

_____
ELDON E. FALLON
United States District Judge

# EXHIBIT A

The parties expected to attend the respective meetings are listed below:

## Opt Outs Represented by David Durkee and Mark Milstein

David Durkee
Mark Milstein
Plaintiffs' Steering Committee
Banner
Knauf Defendants
Insurance Liaison Counsel
JWR Construction (by telephone)
Great American Insurance Company

## Issues relating to agreement between Banner, Banner's insurers and the Knauf Defendants

Banner
Chartis Specialty Insurance Company
FCCI Insurance Company
Hanover American Insurance Company
Maryland Casualty Company
Knauf Defendants

## Issues relating to agreement between the PSC, InEx, InEx's insurers and the Knauf Defendants

InEx
Liberty Mutual Fire Insurance Company
Arch Insurance Company
The North River Insurance Company
Plaintiffs' Steering Committee
Knauf Defendants

**Parties with an interest in *Hobbie, et al. v. RCR Holdings II LLC, et al.***

Plaintiffs' counsel
Plaintiffs' Steering Committee
RCR Holdings II, LLC
Coastal Construction of South Florida
Banner
Knauf Defendants
Allied World
Arch
Chartis
Everest
Arch as Surety for Coastal Construction
Insurance Liaison Counsel

**Parties with an interest in Skyline's conditional opt out from the Banner Settlement**

Skyline
Suffolk Construction
Latitude on the River Condominium Association
Miami Riverfront Partners
Peninsula II Developers, Inc.
Steadfast Insurance Company
Carolina Casualty
Chartis
Liberty Mutual
Plaintiffs' Steering Committee
Banner
Knauf Defendants
Insurance Liaison Counsel