UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

NINTH SUPPLEMENTAL NOTICE OF FILING BY
CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

    A.    **Rescissions of Opt-Outs**–See attached chart and Exhibit A

        Respectfully submitted,

Dated: January 8, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of January, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

## IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  | **RESCISSIONS** | | |
| 1. | ACI Supply, Inc. | Irwin Fritchie<br>Christopher Irwin | Banner |
| 2. | Aranda Homes, Inc. | Akerman Senterfitt<br>Valerie Greenberg | Banner |
| 3. | Ballard, Suzanne and Monty | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |
| 4. | Barragan, Fernando and Barbara | C. David Durkee<br>Roberts & Durkee | Global |
| 5. | Batra, Vinod | C. David Durkee<br>Roberts & Durkee | Global |
| 6. | Beazer Homes Corp. | King & Spalding<br>J. Kevin Buster | Banner |
| 7. | Bekirov, Askel | C. David Durkee<br>Roberts & Durkee | Banner (2 properties) |
| 8. | Bella Builders | Akerman Senterfitt<br>Valerie Greenberg | Banner |
| 9. | Borgardt, David and Kathy | C. David Durkee<br>Roberts & Durkee | Banner |
| 10. | Brumbaugh, Russell and Carol | C. David Durkee<br>Roberts & Durkee | Banner |
| 11. | Campbell, Scott and Mary | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |
| 12. | Carillon Lakes, LLC | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 13. | Cegielski, Bogulsan and Ning | C. David Durkee<br>Roberts & Durkee | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 14. | Chrusz, Ryand Kelli | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 15. | Cornerstone Group Construction, Inc. f/k/a Alliance Constructions, Inc. | Broad and Cassel | Banner |
| 16. | Cruz, Eduardo | C. David Durkee<br>Roberts & Durkee | Global |
| 17. | D & A Construction | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 18. | De Magistris, Massimo | C. David Durkee<br>Roberts & Durkee | Global |
| 19. | DMH Development | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 20. | Detweiler, Gerald and Maria | C. David Durkee<br>Roberts & Durkee | Banner |
| 21. | Derouen Homes, LLC | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 22. | Epstein, Kim | C. David Durkee<br>Roberts & Durkee | Global |
| 23. | Fallman, James & Barbara | C. David Durkee<br>Roberts & Durkee | Global |
| 24. | Faroh, Edgar | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 25. | Flores, David and Monica Vasquez | C. David Durkee<br>Roberts & Durkee | Global |
| 26. | Florida Home Partnership, Inc. | Carlton Fields<br>Jaret Fuente | Banner |
| 27. | Florida Leisure Communities, Corp. | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 28. | Forbes, William and Mary | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 29. | Friedrich, Dirk and Annette | Pilka & Assocs.<br>Daniel F. Pilka | Global |
| 30. | George Fraker General Contractor | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 31. | Grassel, Eric and Svetlana | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 32. | Griffith, Richard and Olga | C. David Durkee<br>Roberts & Durkee | Banner |
| 33. | Hammer Construction Services, LTD | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 34. | Hawkins, Robert and Melissa | Collins & Horsley<br>W. Brian Collins | Knauf, InEx, Global |
| 35. | Hensley, Donna | Collins & Horsley<br>W. Brian Collins | Knauf, InEx |
| 36. | Heritage Builders of West Palm Beach, Inc. | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 37. | Hicks, Stephen and Anne | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |
| 38. | Hollywood Dixie Associates, LLC | Broad and Cassel | Banner |
| 39. | Ivory, James and Maria | C. David Durkee<br>Roberts & Durkee | Banner |
| 40. | JD Tillman Construction | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 41. | JSK Construction | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 42. | J.W. Hodges Drywall, Inc. | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 43. | Kelley Drywall | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 44. | Kemah Construction | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 45. | Kirkconnell, Angelic and Bryan | C. David Durkee<br>Roberts & Durkee | Banner |
| 46. | LaDow, Gilbert and Dolores | C. David Durkee<br>Roberts & Durkee | Global |
| 47. | L & J Builders | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 48. | Louran Builders/Vincent Montalto Construction | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 49. | M/I Homes, Inc. | Carlton Fields<br>Jaret J. Fuente | Banner<br>(5 properties) |
| 50. | Madera, Belkis | C. David Durkee<br>Roberts & Durkee | Banner |
| 51. | Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 52. | Mandy Drywall Inc., a/k/a Mandy Drywall & Stucco Co. | Schwartz Law Group<br>Steven G. Schwartz | Banner |
| 53. | Marty's Drywall Services, Inc. | Akerman Senterfitt<br>Valerie Greenberg | Banner |
| 54. | Masih, Parveen | C. David Durkee<br>Roberts & Durkee | Global |
| 55. | Menz, Richard and Charlotte | C. David Durkee<br>Roberts & Durkee | Banner |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 56. | Miami Riverfront Partners, LLC; Latitude One Partners, LLC; Latitude Retail Partners, LLC; Miami Riverwalk Investments, LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc. (Latitude entities) |  | Banner (12 Properties) |
| 57. | Miller, Bradley and Tricia | C. David Durkee Roberts & Durkee | Global |
| 58. | Morales, Maria | C. David Durkee Roberts & Durkee | Global |
| 59. | Morgan, Jetson and Lee | C. David Durkee Roberts & Durkee | Banner |
| 60. | Muenchen, Stephen Sr. | C. David Durkee Roberts & Durkee | Global |
| 61. | Nearing, Wayne and Virginia | Collins & Horsley W. Brian Collins | Knauf, Global, InEx |
| 62. | Nunez, Margarita | C. David Durkee Roberts & Durkee | Banner |
| 63. | Osterberg, David and Andrea | C. David Durkee Roberts & Durkee | Global |
| 64. | Patti, Anthony and Desroche, Debra | C. David Durkee Roberts & Durkee | Global, Banner |
| 65. | Penala, Sadanandam and Suram, Neeraja | Collins & Horsley W. Brian Collins | Knauf, Global, InEx |
| 66. | Perez, Julio and Odays | C. David Durkee Roberts & Durkee | Global |
| 67. | Plasencia, Yemili | C. David Durkee Roberts & Durkee | Global |
| 68. | R. Fry Builder, Inc. | Akerman Senterfitt Satcy Bercun Bohm | Banner |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 69. | Regatta Construction, LLC | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 70. | Reilly, Reed and Victoria | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 71. | Restrepo, Socorro and Caporale, Alfred | C. David Durkee<br>Roberts & Durkee | Global |
| 72. | Rick Strawbridge, Inc. | Akerman Senterfitt<br>Valerie Greenberg | Banner |
| 73. | Rightway Drywall/Ray Adams | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 74. | Robert/Charles Builders, Inc. | Akerman Senterfitt<br>Valerie Greenberg | Banner |
| 75. | Robinson, Peter and Snyder, James | C. David Durkee<br>Roberts & Durkee | Global, Banner |
| 76. | Sampedro, Manuel and Estella | C. David Durkee<br>Roberts & Durkee | Banner |
| 77. | San Remo Associates, Ltd. | Broad and Casel | Banner |
| 78. | Shoma Homes Splendido, Inc. | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 79. | Shoma Homes at Keys Cove Phase II, Inc. | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |
| 80. | Singer, Brad | C. David Durkee<br>Roberts & Durkee | Global |
| 81. | Smith, Patrick and Leigh Ann | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |
| 82. | Sobodash, Mark and Sylvia | Pilka & Assocs.<br>Daniel F. Pilka | Global |
| 83. | South Florida Custom Trim, Inc. | Fulmer, LeRoy, Albee, Baumann | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 84. | Steed, Max | C. David Durkee<br>Roberts & Durkee | Global |
| 85. | Suffolk Construction, Inc. | Juan Diaz<br>General Counsel | Banner |
| 86. | Sutherland, Holly and Gary | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |
| 87. | Tamajon, Luis and Mayra | C. David Durkee<br>Roberts & Durkee | Global |
| 88. | Terry Mott Builders | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 89. | Thomas F. Gray Construction | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 90. | Thomas, Omar and Nordia Nelson | C. David Durkee<br>Roberts & Durkee | Banner |
| 91. | Torpy, Larry and Terri | C. David Durkee<br>Roberts & Durkee | Global |
| 92. | Total Drywall | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 93. | Venetian Village, LLC | Porteous Hainkel and Johnson<br>Glenn B. Adams | Banner |
| 94. | Walla, Dorothy | Collins & Horsley<br>W. Brian Collins | Knauf, Global, InEx |
| 95. | Wease, Tory and Brandon | C. David Durkee<br>Roberts & Durkee | Global |
| 96. | Werthman, Paul and Susan | C. David Durkee<br>Roberts & Durkee | Banner |
| 97. | Woodland Enterprises, Inc. | Akerman Senterfitt<br>Stacy Bercun Bohm | Banner |