# EXHIBIT A

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 19, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

        This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Ryan & Kelli Chrusz - 3035 Lake Manatee Court, Cape Coral, FL 33909
2. Anthony Patti - 8716 Pegasus Drive, Lehigh Acres, FL 33971
3. Angelic & Bryan Kirkconnell - 449 Scanlon Road SW, Palm Bay, FL 32908
4. Bogulsan Cegielski - 246 SW 26th Street, Cape Coral, FL 33914
5. Belkis Madera - 1301 SW Parma Ave, Port St. Lucie, FL 34953
6. Manuel & Estrella Sampedro - 14860 SW 160 Street, Miami, FL 33187
7. Askel Bekirov (Magnolia Gardens II LLC) - 3406 SE 6th Street, Pompano Beach, FL 33062

8. Askel Bekirov (Magnolia Gardens II LLC) - 3408 SE 6th Street, Pompano Beach, FL 33062

9. Thomas & Kathleen Mullen - 1130 Bari Street, Lehigh Acres, FL 33996

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 19, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:    **CHINESE DRYWALL LITIGATION**
       MDL NO. 2047

To whom it may concern:

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Vinod Batra - 2565 Deerfield Lake Court, Cape Coral, FL 33909
2. Julio & Odays Perez - 16170 Calderal Lane, Naples, FL 34110
3. David & Andrea Osterberg - 3404 W. Sevilla St, Tampa, FL 33629
4. Tory & Brandon Kyle Wease - 11110 Ancient Futures Drive, Tampa, FL 33647
5. Max Steed - 2580 Keystone Lake Drive, Cape Coral, FL 33909
6. Kim Epstein - 2556 Keystone Lake Drive, Cape Coral, FL 33909
7. Gilbert & Dolores LaDow - 2561 Deerfield Court, Cape Coral, FL 33909
8. Stephen Muenchen Sr. - 2565 Keystone Lake Drive, Cape Coral, FL 33909
9. Fernando & Barbara Barragan - 8935 SW 228th Lane Cutler Bay, FL 33190
10. Maria Morales - 3837 NW 17 Ave, Apartment 2, Miami, FL 33142
11. Yemili Plasencia - 3837 NW 17 Ave, Apartment 1D, Miami, FL 33142
12. Ryan & Kelli Chrusz - 3035 Lake Manatee Court, Cape Coral, FL 33909
13. Anthony Patti - 8716 Pegasus Drive, Lehigh Acres, FL 33971
14. Massimo De Magistris - 140 South Dixie Highway, Unit 616, Hollywood, FL 33020

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 21, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:  **CHINESE DRYWALL LITIGATION**
MDL NO. 2047

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. David Borgardt - 2160 NW 23rd Ave, Cape Coral, FL 33993
2. Richard & Charlotte Menz - 112 SW 35 Ave, Cape Coral, FL 33991
3. Gerald & Maria Catalina Detweiler - 11501 Hammocks Glade Drive, Riverview, FL 33569
4. Russell & Carol Brumbaugh - 232 SE 15th Terr, Cape Coral, FL 33990
5. Omar Thomas & Nordia Nelson - 1913 Louis Ave, Lehigh Acres, FL 33972
6. James & Maira Ivory - 16315 Maya Circle, Punta Gorda, FL 33955
7. Eric & Svetlana Grassel - 3033 Lake Manatee Court, Cape Coral, FL 33909

8. Edgar Faroh - 8155 NW 108 Ave, Miami, FL 33178
9. Reed & Victoria Reilly - 8648 Athena Court, Lehigh Acres, FL 33971

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

C. David Durkee, Esq.

**ROBERTS & DURKEE, P.A.**

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 21, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re: **CHINESE DRYWALL LITIGATION**
    MDL NO. 2047

To whom it may concern:

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Eric & Svetlana Grassel - 3033 Lake Manatee Court, Cape Coral, FL 33909
2. Edgar Faroh - 8155 NW 108 Ave, Miami, FL 33178
3. Reed & Victoria Reilly - 8648 Athena Court, Lehigh Acres, FL 33971
4. Larry & Terri Torpy - 2569 Deerfield Lake Court Cape Coral, FL 33909
5. Eduardo Cruz - 4304 21 Street SW, Lehigh Acres, FL 33976

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 2, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

To whom it may concern:

        This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Fallman, James & Barbara – 11063 Pacifica Street, Wellington, FL 33449
2. Flores, David & Vasquez, Monica – 8936 SW 228th Lane, Miami, FL 33190
3. Masih, Parveen – 2533 Deerfield Lake CT, Cape Coral, FL 33909
4. Miller, Bradley – 11134 Pacifica St., Wellington , FL 33449
5. Restrepo, Socorro – 8932 SW 228th Lane, Miami, FL
6. Robinson, Peter – 8580 Athena Court, Lehigh Acres, FL
7. Singer, Brad – 1019 NE 87th Street, Miami, FL 33138
8. Tamajon, Luis & Mayra – 4704 SW 166 Ct., Miami, FL 33185

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 2, 2013

**<u>Via Certified U.S. Mail</u>**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **<u>CHINESE DRYWALL LITIGATION</u>**
      MDL NO. 2047

    This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Griffith, Richard & Olga – 142 SW Covington Road, Port St. Lucie, FL 34953
2. Ivory, James & Maria – 16315 Maya Circle, Punta Gorda, FL 33955
3. Morgan – 2561 52nd Ave. NE, Naples, FL 34120
4. Nunez, Margarita – 2650 Amber Lake Drive, Cape Coral, FL 33909
5. Robinson – 8580 Athena Court, Lehigh Acres, FL
6. Werthman, Paul & Susan – 1725 SW 17th Place, Cape Coral, FL 33991

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

**ROBERTS & DURKEE, P.A.**

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
### DRYWALL LITIGATION

____ AC1 Supply, Inc. ___ , whose address is ___ 6504 NW 77th Court, Miami, Fl., 33166 __ , hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action. This rescission is made while reserving all rights and without waiving any defenses including but not limited to the right to contest service, venue, or jurisdiction.

_____

By: Chris Irwin (attorney for AC1 Supply)

_12 / 21 / 12_____

Dated

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106


Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

Michael A. Sexton
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326


Seth Alhadeff
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

00174796

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

Proposed Class Member, Aranda Homes, Inc., whose address is 917 NE 7th Street, Cape Coral, FL 33991, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated: January 4, 2013

_____
Valerie Greenberg
Counsel for Aranda Homes, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25623413;1}

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309-3521
www.kslaw.com

J Kevin Buster
Direct Dial:  (404) 572-4804
Direct Fax:  (404) 572-5136
kbuster@kslaw.com

December 27, 2012

**VIA E-MAIL & U.S. MAIL**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(ALevin@lfsblaw.com)

Russ Herman, Esq.
Herman, Herman, & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(RHerman@hhklawfirm.com)

Dorothy Wimberly, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70310
(DWimberly@stonepigman.com)

Michael A. Sexton, Esq.
Weinberg Wheeler Hodgins Gunn &
  Dial LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
(msexton@wwhgd.com)

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186
(mpeterson@petersonespino.com)

Re:    **Beazer Homes Corp.-- Rescission of Opt Out of Banner Settlement**

Dear Counsel:

Based upon a review of the court filings identifying the opt outs to the Banner and Global Settlements, there are no Beazer homeowners that have opted out of these settlements, and therefore on this basis, Beazer rescinds its conditional opt out of the Banner Settlement.

Please do not hesitate to contact me should you have any questions.

Sincerely,

J Kevin Buster

VIA FAX: 215-592-4663                          VIA FAX: 504-561-6024
Arnold Levin, Esq.                             Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman              Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500                   820 O'Keefe Avenue
Philadelphia, PA 19106                         New Orleans, LA 70113


RE:   Chinese Drywall Products Liability Litigation
      United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS

Dear Counselors:

        Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

        Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

        Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

101 LINDEN LN.      BIRMINGHAM       AL.         35242
Address             City             State       Zip

*Monty Ballard*     MONTY BALLARD              12/12/12
Signature           Printed Name       Date

*Suzanne Ballard*   SUZANNE BALLARD            12/12/12
Signature           Printed Name       Date

Counsel for the above homeowners: _____
                                  W. Brian Collins, COLLINS & HORSLEY, PC

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Bella Builders, Inc., whose address is 2579 Sawgrass Lake Court, Cape Coral, FL 33909, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated: January 4, 2013

Valerie Greenberg
Counsel for Bella Builders, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25623431;1}

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levine, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:   Chinese Drywall Products Liability Litigation
      United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS

Dear Counselors:

        Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

        Please consider this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

        Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

171 Sito Hill Rd.    Madison    ,    AL    35758
Address              City            State      Zip

Scott A. Campbell    12-14-12
Signature            Printed Name         Date

Mary M Campbell    12-14-12
Signature            Printed Name         Date

Counsel for the above homeowners: _____
                          W. Brian Collins, COLLINS & HORSLEY, PC



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:     Carillon Lakes, LLC's Rescission of Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Carillon Lakes, LLC (the "Developer"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

{25598484;1}

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Carillon Lakes, LLC, whose address is 4798 South Florida Avenue, Suite 316, Lakeland, FL 33813, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Counsel for Carillon Lakes, LLC
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile:  954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25598484;1}

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Cornerstone Group Construction, Inc. (f/k/a Alliance Construction, Inc.), whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action.

Cornerstone Group Construction, Inc. (f/k/a
Alliance Construction, Inc.)

By: Leon Wolfe

Dated: January 1ᵗʰ, 213

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN
& DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN,
LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88ᵗʰ Street, Suite 220
Miami, FL 33186

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax:  (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: D & A Construction
USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2


Our File Number: 323.0003, 323.0012, and 323.0013

Proposed class member, D & A Construction, hereby rescinds its opt out from the Banner
Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.


Contractor/Installer: D & A Construction


Executed by: _____
                   Glenn B. Adams, Esquire
                   Attorney for D & A Construction

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

**RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Derouen Homes, LLC
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2


Our File Number: 323.0011

Proposed class member, Derouen Homes, LLC, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.


Contractor/Installer: JD Tillman Construction


Executed by: _____

Glenn B. Adams, Esquire
Attorney for Derouen Homes, LLC

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
   Telephone: (504) 412-6249
        Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
P. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORIE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: DMH Development
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0001

Proposed class member, DMH Development, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: DMH Development

Executed by: _____
                Glenn B. Adams, Esquire
                Attorney for DMH Development

## RESCISSION OF BANNER SETTLEMENT *CONDITIONAL* OPT-OUT NOTICE

### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Please take notice that Florida Home Partnership, Inc. hereby rescinds its "Banner Settlement *Conditional* Opt-Out Notice" dated September 27, 2012 and submitted on September 28, 2012, because, according to the most recent list of opt-outs circulated by the Insurer's Steering Committee and the various notices of filing opt-outs, no homeowners or other claimants for any of Florida Home Partnership, Inc.'s Banner-supplied affected properties have opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement ("Global Settlement").

Name of Class Member Rescinding Conditional Opt-Out:

Florida Home Partnership, Inc.

Current Address of Class Member Rescinding Conditional Opt-Out:

Post Office Box 760, 201 14th Ave. SE Suite "H", Ruskin, FL 33575

Date: _December 31, 2012_

Signature: _____

Name: Earl Pfeiffer, Executive Director

Submitted to:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

Michael A. Sexton
WEINBERG, WHEELER ET AL
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Seth Alhadeff
WEINBERG, WHEELER, ET AL
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

25641280.1



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Florida Leisure Communities, Corporation's Rescission of Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Florida Leisure Communities, Corporation (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

{25598519;1}

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Florida Leisure Communities, Corporation, whose address is 146 Horizon Court, Lakeland, FL 33813, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercuh Bohm
Florida Leisure Communities, Corporation
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile:  954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL  33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA  70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA  30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA  70130

{25598519;1}

VIA FAX: 215-592-4663                         VIA FAX: 504-561-6024
Arnold Levin, Esq.                            Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman             Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500                  820 O'Keefe Avenue
Philadelphia, PA 19106                        New Orleans, LA 70113


RE:     Chinese Drywall Products Liability Litigation
        United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS


Dear Counselors:

        Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

        Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

        Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

100 Linden Lane        Birmingham         AL         35242-1308
Address                City               State      Zip

William K. Forbes      William K. Forbes       12.12.12
Signature              Printed Name            Date

Mary Lois Forbes       MARY LOIS FORBES        12-12-12
Signature              Printed Name            Date

Counsel for the above homeowners: _____
                                  W. Brian Collins, COLLINS & HORSLEY, PC

**NOTICE OF ELECTION TO RESCIND OPT-OUT FROM BUILDING,
INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT
CLASS IN THE CHINESE DRYWALL ACTION**

Arnold Levin, Esq.
Levin, Fishbeh , Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Election to Rescind Opt-Out from Builder, Installer, Supplier, and
      Participating Insurer Settlement Class in the Chinese Drywall Action

By and through their counsel the undersigned hereby rescind their opt out from the
Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall
Action.

Affected Property Address:

12482 Country White Circle
Tampa, FL 33635

By: _____        By: _____
His: _____       Her: _____

12/20/12                            12/20/12
Date                                Date

Current Address:

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
   Telephone: (504) 412-6249
   Fax: (504) 412-6349

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: George Fraker General Contractor
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2


Our File Number: 323.0019

Proposed class member, George Fraker General Contractor, hereby rescinds its opt out from the
Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.


Contractor/Installer: George Fraker General Contractor


Executed by: _____

Glenn B. Adams, Esquire
Attorney for George Fraker General Contractor



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wvwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
msexton@wvwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   **Hammer Construction Services, LTD Rescission of Banner Opt Out**

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Hammer Construction Services, LTD (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

{25598565;1}

## <u>RESCISSION OF REQUEST FOR EXCLUSION</u>
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

Proposed Class Member, Hammer Construction Services, LTD, whose address is c/o Hammer Commercial Services, 1715 Cape Coral Parkway West, Suite 8, Cape Coral, FL 33914, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Hammer Construction Services, LTD
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile:  954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL  33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA  70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA  30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA  70130

{25598565;1}

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levine, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:  Chinese Drywall Products Liability Litigation
     United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

| 1007 Taylors Circle Moody | AL | 35004 |
|---|---|---|
| Address | City | State | Zip |

| _Robert Hawkins_ | 12/10/12 |
|---|---|
| Signature | Printed Name | Date |

| _Melissa Hawkins_ | 12/10/12 |
|---|---|
| Signature | Printed Name | Date |

Counsel for the above homeowners: _____
                                  W. Brian Collins, COLLINS & HORSLEY, PC

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levine, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:   Chinese Drywall Products Liability Litigation
       United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE KPT AND INEX SETTLEMENTS

Dear Counselors:

Please consider this notice of our desire to rescind our opt-out as to the Interior/Exterior
(INEX) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Knauf
Plasterboard Tianjin (KPT) Settlement.

My/our Address of the property damaged by Chinese Drywall is:

5387 Quail Ridge Rd.      Hardendale, AL.      35071
Address                          City                    State              Zip

Donna Hensley      Donna Hensley              12/11/12
Signature                  Printed Name                    Date

_____      _____      _____
Signature                  Printed Name                    Date

Counsel for the above homeowners:

W. Brian Collins, COLLINS & HORSLEY, PC



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:    Heritage Builders of West Palm Beach, Inc.'s Rescission of Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Heritage Builders of West Palm Beach, Inc. (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

{25598549;1}

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Heritage Builders of West Palm Beach, Inc., whose address is 430 Toney Penna Drive, Suite 5, Jupiter, FL 33458, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Heritage Builders of West Palm Beach, Inc.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile:  954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25598549;1}

VIA FAX: 215-592-4663                    VIA FAX: 504-561-6024
Arnold Levin, Esq.                       Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman        Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500             820 O'Keefe Avenue
Philadelphia, PA 19106                   New Orleans, LA 70113


RE:     Chinese Drywall Products Liability Litigation
        United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS


Dear Counselors:

        Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

        Please con*sider* this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

        Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

4291  Boulder Lake Cir. Vestavia Hills, AL. 35242
Address              City              State         Zip

Stephen M. Hicks     STEPHEN A. Hicks     12-12-12
Signature            Printed Name         Date

Anne Hicks           Anne Hicks           12-12-12
Signature            Printed Name         Date

Counsel for the above homeowners: _____
                                    W. Brian Collins, COLLINS & HORSLEY, PC

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Hollywood Dixie Associates, LLC, whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action.

Hollywood Dixie Associates, LLC

By: Leon Wolfe

Dated: January 7th, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN
& DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN,
LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. CRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2016)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:     Payton, Sean and Beth, et al v. Knauf Gips KG, et al
        Defendant: JD Tillman Construction
        USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2


Our File Number: 323.0024

Proposed class member, JD Tillman Construction, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.


Contractor/Installer: JD Tillman Construction


Executed by:   _____
                     Glenn B. Adams, Esquire
                     Attorney for JD Tillman Construction

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiye@busi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:     Payton, Sean and Beth, et al v. Knauf Gips KG, et al
        Defendant: JSK Construction
        USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0021

Proposed class member, JSK Construction, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: JSK Construction

Executed by: _____

Glenn B. Adams, Esquire
Attorney for JSK Construction