## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. ORISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
       Defendant: J.W. Hodges Drywall, Inc.
       USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0007, 323.0008, and 323.0016

Proposed class member, J.W. Hodges Drywall, Inc., hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: J.W. Hodges Drywall, Inc.

Executed by: _____

Glenn B. Adams, Esquire
Attorney for J.W. Hodges Drywall, Inc.

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.•
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

**704 CARONDELET STREET**
**NEW ORLEANS, LOUISIANA 70130-3774**
**TELEPHONE 504-581-3838**
**FACSIMILE 504-581-4069**

WWW.PHJLAW.COM

_____

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

_____

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

_____

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

_____

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL
LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Kelley Drywall
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0002

Proposed class member, Kelley Drywall, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Kelley Drywall

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Kelley Drywall

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069


WWW.PHJLAW.COM

_____

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

_____

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

_____

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)
_____
NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012


## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:  Payton, Sean and Beth, et al v. Knauf Gips KG, et al
     Defendant: Kemah Construction
     USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 114.0058

Proposed class member, Kemah Construction, hereby rescinds its opt out from the Banner
Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Kemah Construction

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Kemah Construction

## PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: L & J Builders
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0022

Proposed class member, L & J Builders, hereby rescinds its opt out from the Banner Settlement
Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: L & J Builders

Executed by: _____

Glenn B. Adams, Esquire
Attorney for L & J Builders

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
dutyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
Defendant: Louran Builders/Vincent Montalto Construction
USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2


Our File Number: 323.0009, 323.0020, and 323.0025

Proposed class member, Louran Builders/Vincent Montalto Construction, hereby rescinds its opt
out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28,
2012.


Contractor/Installer: Louran Builders/Vincent Montalto Construction


Executed by: _____
              Glenn B. Adams, Esquire
              Attorney for Louran Builders/Vincent Montalto Construction

## RESCISSION OF BANNER SETTLEMENT *CONDITIONAL* OPT-OUT NOTICE

### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Please take notice that the M/I Homes entities hereby rescind their "Banner Settlement *Conditional* Opt-Out Notice" dated and submitted on September 28, 2012, because, according to the most recent list of opt-outs circulated by the Insurer's Steering Committee and the various notices of filing opt-outs, no homeowners or other claimants for any of the M/I Homes entities' Banner-supplied affected properties have opted-out of the Builder, Installer, Supplier & Insurer Settlement Agreement ("Global Settlement").

Name of Class Member Rescinding Conditional Opt-Out:

M/I Homes, Inc. and all subsidiaries and affiliates, including M/I Homes of Florida, LLC; M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC; and M/I Homes of Orlando, LLC (collectively referenced as "M/I Homes")

Current Address of Class Member Rescinding Conditional Opt-Out:

3 Easton Oval, Suite 500, Columbus, OH 43219

Date: 12/28/12

Signature: _____

Name: J. Thomas Mason, Chief Legal Officer

Submitted to:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
WEINBERG, WHEELER ET AL
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Seth Alhadeff
WEINBERG, WHEELER, ET AL
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Management Services of Lee County, Inc., f/k/a Paul Homes, Inc.'s Rescission of
Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH
{25598575;1}

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

Proposed Class Member, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc., whose address is 4524 SE 16th Place, Suite 2C, Cape Coral, FL 33904, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Management Services of Lee County, Inc., f/k/a
Paul Homes, Inc.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile: 954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

**Debbie Murphy**

| | |
|---|---|
| **From:** | H. Minor Pipes [mpipes@barrassousdin.com] |
| **Sent:** | Monday, December 24, 2012 9:23 AM |
| **To:** | Steven G. Schwartz |
| **Cc:** | Arnold Levin; kmiller@frilot.com; dwimberly@stonepigman.com; mpeterson@petersonespino.com; Adriana G. Piazzese; Colleen M. Lundrigan; Nicholas "Nick" P. Panayotopoulos; Steven Glickstein; Robert Grass; Tammy M. Eaves |
| **Subject:** | Re: Rescission of Conditional Banner Settlement Opt out re Mandy Drywall Inc |

Thanks Steve.  Have a happy holidays.

Sent from my iPhone

This communication is from a law firm and may be privileged and confidential. It is intended to be reviewed only by the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, any review, copying, or dissemination of this email and its attachments, in whole or in part, is prohibited. This email is for informational purposes only. The sender's name is not an electronic signature.  If you have received the email in error, please notify the sender by reply email immediately and delete the email from your system. Thank you.

Disclaimer added by **CodeTwo Exchange Rules**
www.codetwo.com

On Dec 24, 2012, at 7:00 AM, "Steven G. Schwartz" <sgs@theschwartzlawgroup.com> wrote:

> As counsel to Mandy Drywall, Inc aka Mandy Drywall & Stucco Co., I hereby give notice of my withdrawal of my  prior served conditional notice of Opt Out as to the Banner Settlement, a copy of which attached.  My server is about to shut down for system wide repairs and my office is closed for the week thus this is the only form of a rescission I can provide to meet Judge Fallon's new deadline for such filing. If some other filing is required I will address this on January 2, 2013.
>
> Best of the holidays to all of you.
>
> Steven G. Schwartz, Esq.
> Schwartz Law Group
> 6751 N. Federal Highway, #400
> Boca Raton, Florida  33487
> Ph:  (561) 395-4747
> Fx:  (561) 367-1550
>
> Confidentiality Note:
> The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited.  If you receive this communication in error, please notify us immediately by telephone at 561-395-4747.
>
> <Conditional Notice of Opt-Out.pdf>

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Marty's Drywall Service, Inc., whose address is 4450 Parkbreeze Ct., Suite A, Orlando, FL 32808, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  January 4, 2013

Valerie Greenberg
Counsel for Marty's Drywall Service, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25623529;1}

December 31, 2012

*VIA E-MAIL AND FIRST CLASS MAIL*

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

      Re:    **In Re: Chinese Manufactured Drywall Products Liability Litigation**
             **MDL No. 2047, United States District Court, Eastern District of Louisiana**
             **Conditional Opt-Out: Banner Class Action Settlement**

Dear Counselors:

      This letter is being provided to you in accordance with Judge Fallon's December 21, 2012 Order for Certain Builder and Installer Conditional Opt-Outs to the Banner Settlement to Show Cause or Be Bound By Information Provided in Exhibit "A" (the "Show Cause Order").

      On September 28, 2012, Miami Riverfront Partners LLC; Latitude One Partners LLC; Latitude Retail Partners LLC; Miami Riverwalk Investments LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc. (collectively, the "Latitude Entities") provided notice of their opt out of the Banner Settlement Class to the extent and insofar as any claimants for one of the Latitude

December 31, 2012
Page 2

_____

Entities' Banner-supplied Affected Properties opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement[1] (the "Conditional Banner Opt Out").  On December 11, 2012, the Latitude Entities provided notice of rescission of their Conditional Banner Opt Out.

On September 28, 2012, the Latitude Entities further provided notice of their opt out of the Banner Settlement Class all claims they have or may have against the Banner Entities to the extent the Latitude Entities later withdraw as a Participating Defendant pursuant to Section 8.3.2 of Builder, Installer, Supplier & Insurer Agreement (the "Conditional Opt Out Based on Withdrawal").  To ensure compliance with the Show Cause Order, the Latitude Entities hereby rescind their Conditional Opt Out Based on Withdrawal.

This written notice is being sent by First Class Mail, postmarked on December 31, 2012.

> **Miami Riverfront Partners LLC; Latitude One Partners LLC; Latitude Retail Partners LLC; Miami Riverwalk Investments LLC; Dellbrook Manager, Inc.; and EAF Manager, Inc.**
>
> **3842 West 16th Avenue**
> **Hialeah, Florida 33012**

Signature: _____

Print Name:  James J. Sullivan III, as President of Dellbrook Manager, Inc. and EAF Manager, Inc.*

Date:  12/28/12

> \* Dellbrook Manager, Inc. is the manager
> of all the Miami LLC entities.

_____

[1]       Because the opt-out deadline for all parties for all settlement agreements in the MDL was the same date, it was impossible for the Latitude Entities to know if any homeowners or other claimants for one of the Latitude Entities' Banner-supplied Affected Properties opted out by the opt-out deadline of September 28, 2012.

VIA FAX: 215-592-4663                    VIA FAX: 504-561-6024
Arnold Levin, Esq.                       Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman        Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500             820 O'Keefe Avenue
Philadelphia, PA 19106                   New Orleans, LA 70113


RE:    Chinese Drywall Products Liability Litigation
       United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS


Dear Counselors:

       Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

       Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

       Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

1025 KINGS WAY     BIRMINGHAM          AL.        35242
Address            City                State       Zip

_Wayne_ ✗        WAYNE T. NEARING     12/16/12
Signature         Printed Name          Date

_Virginia P. Nearing_   Virginia P. Nearing   12/16/12
Signature               Printed Name           Date

Counsel for the above homeowners: _B. C._
                          W. Brian Collins, COLLINS & HORSLEY, PC

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levine, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:     Chinese Drywall Products Liability Litigation
        United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS

Dear Counselors:

        Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

        Please consider this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

        Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

2364 CHALYBE TRL     HOOVER          AL          35226
Address                City              State        Zip

_____     SADANANDAM PENALA      12·12·2012
Signature             Printed Name                Date

_____     NEERAJA SURAM          12-12-2012
Signature             Printed Name                Date

Counsel for the above homeowners: _____
                        W. Brian Collins, COLLINS & HORSLEY, PC



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2999
Tel:  954.463.2700
Fax:  954.463.2224

Dir:  954.759.8927
stacy.bohm@akerman.com

December 27, 2012

_VIA FEDERAL EXPRESS & E-MAIL_

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL  33133

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA  70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA  30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA  70130

Re:     R. Fry Builders, Inc.'s Rescission of Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client R. Fry Builders, Inc. (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH
{25598942;1}

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, R. Fry Builders, Inc., whose address is 923 Del Prado Blvd., Suite 203, Cape Coral, FL 33990, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
R. Fry Builders, Inc.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile: 954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25598942;1}

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
  Telephone: (504) 412-6249
  Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Regatta Construction, LLC
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0006

Proposed class member, Regatta Construction, LLC, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Regatta Construction, LLC

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Regatta Construction, LLC

## RESCISSION OF REQUEST FOR EXCLUSION
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, Rick Strawbridge, Inc., whose address is 5120 S. Lakeland Drive, Suite #2, Lakeland, FL 33813, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  January 4, 2013

_Jennifer King for_
Valerie Greenberg
Counsel for Rick Strawbridge, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

**PORTEOUS, HAINKEL AND JOHNSON, L.L.P.**

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
gadams@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6226
Fax: (504) 412-6326

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Rightway Drywall/ Ray Adams
      USDC Eastern District No. 10-361, Div. L
      Our File Number: 114.0059

December 11, 2012
PSC and Liaison Counsel
Page 2

Proposed class member, Rightway Drywall/Ray Adams, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Rightway Drywall/ Ray Adams

Executed by: _____
              Glenn B. Adams, Esquire
              Attorney for Rightway Drywall/ Ray Adams

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member Robert/Charles Builders, Inc., whose address is 1180 S.W. 23rd Avenue, Boynton Beach, FL 33426, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated: January 4, 2013

_Shuton Varye for_

Valerie Greenberg
Counsel for Robert/Charles Builders, Inc.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
Telephone: 305-374-5600
Facsimile: 305-374-5095

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25623840;1}

**RESCISSION OF REQUEST FOR EXCLUSION**
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

Proposed Class Member, San Remo Associates, Ltd., whose address is 2100 Hollywood Boulevard, Hollywood, Florida 33020, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall Action.

San Remo Associates, Ltd.

By: Leon Wolfe

Dated: January 1ˢᵗ, 2012

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael Sexton
WEINBERG WHEELER HUDGINS GUNN & DIAL
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88ᵗʰ Street, Suite 220
Miami, FL 33186



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

### *VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

   Re:   **Shoma Homes at Keys Cove Phase II, Inc.'s Rescission of Banner Opt Out**

Dear Counsel:

   Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Shoma Homes at Keys Cove Phase II, Inc. (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

   Please do not hesitate to contact me should you have any questions.

   Sincerely,

   Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH

{25598505;1}

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Proposed Class Member, Shoma Homes at Keys Cove Phase II, Inc., whose address is 3470 NW 82nd Avenue, Suite 988, Doral, Florida 33122, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Shoma Homes at Keys Cove Phase II, Inc.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile: 954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL  33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL  33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA  70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA  30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA  70130

{25598505;1}



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:     Shoma Homes Splendido, Inc.'s Rescission of Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Shoma Homes Splendido, Inc. (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH
{25598586;1}

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

Proposed Class Member, Shoma Homes Splendido, Inc., whose address is 3470 NW 82nd Avenue, Suite 988, Doral, FL 33122, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Shoma Homes Splendido, Inc.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile:  954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25598586;1}

VIA FAX: 215-592-4663                        VIA FAX: 504-561-6024
Arnold Levin, Esq.                           Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman            Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500                 820 O'Keefe Avenue
Philadelphia, PA 19106                       New Orleans, LA 70113


RE:    Chinese Drywall Products Liability Litigation
       United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS


Dear Counselors:

       Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

       Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

       Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

4295 LEXIE CIR      TRUSSVILLE        AL        35123
Address             City              State     Zip

Patrick Smith       PATRICK SMITH     12-21-12
Signature           Printed Name      Date

                    LEIGH ANN SMITH   12-21-12
Signature           Printed Name      Date

Counsel for the above homeowners: _____
                    W. Brian Collins, COLLINS & HORSLEY, PC

<u>NOTICE OF ELECTION TO RESCIND OPT-OUT FROM BUILDING,
INSTALLER, SUPPLIER AND PARTICIPATING INSURER SETTLEMENT
CLASS IN THE CHINESE DRYWALL ACTION</u>

Arnold Levin, Esq.
Levin, Fishbeh , Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:    Election to Rescind Opt-Out from Builder, Installer, Supplier, and
       Participating Insurer Settlement Class in the Chinese Drywall Action

By and through their counsel the undersigned hereby rescind their opt out from the
Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall
Action.

<u>Affected Property Address:</u>
12467 Country White Circle
Tampa, FL 33635

By: MARK R. SOBODASH          By: Sylvia Rubio Sobodash
His:_____            Her:_____

12/20/12                      12/20/12
Date                          Date

<u>Current Address:</u>

RESCISSION OF
BANNER SETTLEMENT OPT-OUT
CLASS RE: CHINESE MANUFACTURED
DRYWALL LITIGATION

TO:   Arnold Levin                          Michael A. Sexton
      Levin, Fishbein, Sedran & Berman      Weinberg, Wheeler, Hudgins,
      510 Walnut Street                     Gunn & Dial, LLC
      Suite 500                             3344 Peachtree Road NE
      Philadelphia, PA 19106                Suite 2400
                                            Atlanta, GA 30326
      Todd R. Ehrenreich
      Weinberg, Wheeler, Hudgins,           Dorothy Wimberly
      Gunn & Dial, LLC                      Stone Pigman Walther Wittman,
      2601 South Bayshore Drive             LLC
      Suite 1500                            546 Carondelet Street
      Miami, FL 33133                       New Orleans, LA 70130

      Michael Peterson                      Russ Herman
      Peterson & Espino, P.A.               Herman Herman & Katz, LLP
      10631 SW 88th Street                  820 O'Keefe Avenue
      Suite 220                             New Orleans, LA 70113
      Miami, FL 33186

        Pursuant to Paragraph 8.3.3 of the Settlement Agreement in MDL 2047 Regarding Claims
Involving Builders, Installers, Suppliers and Participating Insurers ("Global Settlement"), please consider
this notice of South Florida Custom Trim, Inc.'s desire to rescind its opt-out as to the Global Settlement.
South Florida Custom Trim, Inc. retains all rights and claims it may have against Stock Building Supply.

Drywall/installer:    <u>South Florida Custom Trim, Inc.</u>

Address:              <u>4860 Mahogany Ridge Drive, Naples, FL 34119</u>

Executed by:          _Vice President_
Title:

Suffolk Construction

Southeast:
One Harvard Circle
Suite 100
West Palm Beach, FL 33409

561-832-1616

www.suffolkconstruction.com

build
smart

**SUFFOLK**

December 28, 2012

<u>Via U.S. Mail and UPS</u>

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

<u>Via U.S. Mail and UPS</u>

Michael A. Sexton, Esq.
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

<u>Via U.S. Mail and UPS</u>

Michael P. Peterson, Esq.
Peterson & Espino, P.A.
10631 S.W. 88th Street
Suite 220
Miami, FL 33186

<u>Via U.S. Mail and UPS</u>

Dorothy H. Wimberly, Esq.
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

**Re:   In Re: Chinese Manufactured Drywall Products Liability Litigation -**
*MDL No. 2047, United States District Court, Eastern District of Louisiana*
*Notice of Limited Opt-Out: Banner Class Action Settlement*

Dear Counselors:

This letter is being provided to you in accordance with Judge Fallon's December 21, 2012 Order for Certain Builder and Installer Conditional Opt-Outs to the Banner Settlement to Show Cause or Be Bound By Information Provided in Exhibit "A" (the "Show Cause Order").

*Arnold Levin, Esq.*
*Michael A. Sexton, Esq.*
*Michael P. Peterson, Esq.*
*Dorothy H. Wimberly, Esq.*
*December 28, 2012*
*Page two*

On September 28, 2012, Suffolk Construction Company, Inc. ("Suffolk") provided notice of its opt out of the Banner Settlement Class to the extent and insofar as any claimants for one of Suffolk's Banner-supplied Affected Properties opted out of the Builder, Installer, Supplier & Insurer Settlement Agreement[1] (the "Conditional Banner Opt Out").  On December 11, 2012, Suffolk provided notice of rescission of its Conditional Banner Opt Out.

On September 28, 2012, Suffolk further provided notice of its opt out of the Banner Settlement Class all claims it has or may have against the Banner Entities to the extent Suffolk later withdraws as a Participating Defendant pursuant to Section 8.3.2 of Builder, Installer, Supplier & Insurer Agreement (the "Conditional Opt Out Based on Withdrawal").  To ensure compliance with the Show Cause Order, Suffolk hereby rescinds its Conditional Opt Out Based on Withdrawal.

This written notice is being sent by First Class Mail, postmarked on December 28, 2012.

Sincerely,
**Suffolk Construction Company, Inc.**

Juan Diaz
General Counsel
Southeast Region

c:     Rex B. Kirby, President,  Suffolk-SE
       John Gorman, Esq., Vice President /General Counsel, Suffolk-Boston
       Christopher Debruin, Esq.,  Vice President of Risk Management/Asst General Counsel-Boston
       Mark A. Salky, Esq., Greenberg Traurig
       Adam Foslid, Esq., Greenberg Traurig
       Jill Nexon Berman, Esq. (counsel for Developer)

---

[1]     Because the opt-out deadline for all parties for all settlement agreements in the MDL was the same date, it was impossible for Suffolk to know if any homeowners or other claimants for one of Suffolk's Banner-supplied Affected Properties opted out by the opt-out deadline of September 28, 2012.

**SUFFOLK**

VIA FAX: 215-592-4663                    VIA FAX: 504-561-6024
Arnold Levin, Esq.                       Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman        Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500             820 O'Keefe Avenue
Philadelphia, PA 19106                   New Orleans, LA 70113


RE:    Chinese Drywall Products Liability Litigation
       United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS


Dear Counselors:

       Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

       Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

       Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

3608 Morgans Run Pkwy    Bessemer AL 35022
Address             City            State        Zip

_Holly W Sutherland_    Holly W Sutherland   12/28/12
Signature               Printed Name         Date

_Gary A Sutherland_     Gary A Sutherland    12/28/12
Signature               Printed Name         Date

Counsel for the above homeowners: _____
                              W. Brian Collins, COLLINS & HORSLEY, PC

### PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

PLEASE REPLY TO:
**NEW ORLEANS**

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Terry Mott Builders
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
Page 2

Our File Number: 323.0017

Proposed class member, Terry Mott Builders, hereby rescinds its opt out from the Banner
Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Terry Mott Builders

Executed by: _____
                Glenn B. Adams, Esquire
                Attorney for Terry Mott Builders

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Thomas F. Gray Construction
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0023

Proposed class member, Thomas F. Gray Construction, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Thomas F. Gray Construction

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Thomas F. Gray Construction

PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2005)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Total Drywall
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2

Our File Number: 323.0018

Proposed class member, Total Drywall, hereby rescinds its opt out from the Banner Settlement
Class in the Chinese Drywall action, submitted on September 28, 2012.

Contractor/Installer: Total Drywall

Executed by: _____

Glenn B. Adams, Esquire
Attorney for Total Drywall

# PORTEOUS, HAINKEL AND JOHNSON, L.L.P.

C. GORDON JOHNSON, JR.*
JAMES S. THOMPSON
RALPH R. ALEXIS, III
ADRIANNE L. BAUMGARTNER
JAMES R. CARTER
GLENN B. ADAMS
WM. RYAN ACOMB
FRED M. TROWBRIDGE, JR.
WILLIAM C. LOZES
CHARLES L. CHASSAIGNAC, IV
MICHAEL G. GEE
DAN RICHARD DORSEY
JAMES R. NIESET, JR.
JAMES E. JOHNSON
CHAUNTIS T. JENKINS
KATHLEEN E. SIMON
NICHOLAS C. GRISTINA
BRYAN J. HAYDEL, JR.

*Of Counsel

EMAIL ADDRESS OF WRITER:
daiyegbusi@phjlaw.com

DIRECT DIAL NUMBERS OF WRITER:
Telephone: (504) 412-6249
Fax: (504) 412-6349

704 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3774
TELEPHONE 504-581-3838
FACSIMILE 504-581-4069

WWW.PHJLAW.COM

408 N. COLUMBIA STREET
COVINGTON, LOUISIANA 70433-2920
TELEPHONE 985-893-4790
FACSIMILE 985-893-1392

211 WEST FIFTH STREET
THIBODAUX, LOUISIANA 70301-3199
TELEPHONE 985-446-8451
FACSIMILE 985-447-3004

343 THIRD STREET, SUITE 202
BATON ROUGE, LOUISIANA 70801-1309
TELEPHONE 225-383-8900
FACSIMILE 225-383-7900

WILLIAM A. PORTEOUS, JR. (1899-1969)
F. CARTER JOHNSON, JR. (1905-1964)
JOHN J. HAINKEL, JR. (1938-2005)
WILLIAM A. PORTEOUS, III (1937-2006)

NANCY L. CROMARTIE
PATRICIA P. BARATTINI
ASHLEY G. SIMONEAUX
EMILY S. MORRISON
MICHELE TROWBRIDGE BARRECA
RALPH J. AUCOIN, JR.
DENIA S. AIYEGBUSI
MATTHEW L. MANN
DARRIN M. O'CONNOR
ELEANOR W. WALL
GINO R. FORTE
LLOYD T. BOURGEOIS, JR.

PLEASE REPLY TO:
NEW ORLEANS

December 11, 2012

## RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Michael A. Sexton
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Street NE
Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Seth Alhadeff
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
2601 S. Bayshore Drive
Suite 1500
Miami, FL 33133
salhadeff@wwhgd.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Michael P. Peterson
Peterson & Espino, PA
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

Dorothy Wimberly
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Re:   Payton, Sean and Beth, et al v. Knauf Gips KG, et al
      Defendant: Venetian Village, LLC
      USDC Eastern District No. 10-361, Div. L

December 11, 2012
PSC and Liaison Counsel
Page 2


Our File Number: 323.0010


Proposed class member, Venetian Village, LLC, hereby rescinds its opt out from the Banner
Settlement Class in the Chinese Drywall action, submitted on September 28, 2012.


Contractor/Installer: Venetian Village, LLC


Executed by: _____
             Glenn B. Adams, Esquire
             Attorney for Venetian Village, LLC

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levine, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:     Chinese Drywall Products Liability Litigation
        United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement.

Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

307 Burris Park Dr, Spring            Texas          77373
Address                 City                State          Zip

Dorothy Walla  Dorothy Walla            12-11-12
Signature               Printed Name            Date

_____  _____  _____
Signature               Printed Name            Date

Counsel for the above homeowners: _____
                        W. Brian Collins, COLLINS & HORSLEY, PC



Stacy Bercun Bohm

Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2999
Tel: 954.463.2700
Fax: 954.463.2224

Dir: 954.759.8927
stacy.bohm@akerman.com

December 27, 2012

*VIA FEDERAL EXPRESS & E-MAIL*

Seth Alhadeff, Esq.
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III, Esq.
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton, Esq.
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN &
DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

Re:   Woodland Enterprises, Inc.'s Rescission of Banner Opt Out

Dear Counsel:

Please accept this letter, and the enclosed Rescission of Request for Exclusion, as formal notice that our client, Woodland Enterprises, Inc. (the "Builder"), has rescinded its opt out from the Banner Settlement Class Re: Chinese Manufactured Drywall.

Please do not hesitate to contact me should you have any questions.

Sincerely,

Stacy Bercun Bohm

Enclosure

akerman.com

BOCA RATON   DALLAS   DENVER   FORT LAUDERDALE   JACKSONVILLE   LAS VEGAS   LOS ANGELES   MADISON   MIAMI   NAPLES
NEW YORK   ORLANDO   PALM BEACH   SALT LAKE CITY   TALLAHASSEE   TAMPA   TYSONS CORNER   WASHINGTON, D.C.
WEST PALM BEACH
{25598527;1}

## RESCISSION OF REQUEST FOR EXCLUSION
## BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED
## DRYWALL LITIGATION

Proposed Class Member, Woodland Enterprises, Inc., whose address is 15592 Jupiter Farms Road, Jupiter, FL 33478, hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action, submitted September 28, 2012.

Dated:  December 27, 2012

Stacy Bercun Bohm
Woodland Enterprises, Inc.
Akerman Senterfitt
Las Olas Centre II, Suite 1600
360 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Telephone: 954.759.8927
Facsimile:  954.463.2224
stacy.bohm@akerman.com

TO:

Seth Alhadeff
salhadeff@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133

H. Minor Pipes, III
mpipes@barrassousdin.com
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras St. Suite 2400
New Orleans, LA 70112

Arnold Levin, Esq.
alevin@lfsblaw.com
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
msexton@wwhgd.com
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson, Esq.
mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy H. Wimberly, Esq.
dwimberly@stonepigman.com
STONE PIGMAN WALTHER
WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130

{25598527;1}