UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Edward & Susan Beckendorf v. Knauf Gips KG, et al*
**(EDLA No. 09-7628)**

*New Orleans Habitat for Humanity v. Gebrueder Knauf, et al (Casey LeBlanc)*
**(EDLA No. 11-252)**

*Beryl Mundee v. Taishan Gypsum Co., Ltd., et al*
**(EDLA No. 12-0498)**

*David & Cheryl Gross v. Knauf Gips KG, et al*
**(EDLA Nos. 09-6690; 10-932; 11-080)**

**O R D E R**

Considering the Plaintiffs' Steering Committee's Unopposed Motion for Extension of Time to Appeal;

IT IS ORDERED BY THE COURT that the appeal time for the judgment entered by the Court on December 11, 2012, after the jury trial, which is now set to expire on January 10, 2013, be and is hereby extended for thirty (30) day or until February 9, 2013.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge