UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINEESE MANUFACTURED        MDL NO. 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION                SECTION: L

                                    JUDGE FALLON
                                    MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO:**

*Edward & Susan Beckendorf v. Knauf Gips KG, et al*
**(EDLA No. 09-7628)**

*New Orleans Habitat for Humanity v. Gebrueder Knauf, et al (Casey LeBlanc)*
**(EDLA No. 11-252)**

*Beryl Mundee v. Taishan Gypsum Co., Ltd., et al*
**(EDLA No. 12-0498)**

*David & Cheryl Gross v. Knauf Gips KG, et al*
**(EDLA Nos. 09-6690; 10-932; 11-080)**

**O R D E R**

Considering the Plaintiffs' Steering Committee's Unopposed Motion for Extension of Time to Appeal;

IT IS ORDERED BY THE COURT that the appeal time for the judgment entered by the Court on December 11, 2012, after the jury trial, which is now set to expire on January 10, 2013, be and is hereby extended for thirty (30) days, or until February 9, 2013.

New Orleans, Louisiana, this  9th  day of      January     , 2013.

_____
Eldon E. Fallon
United States District Court Judge