UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| *Gross, et al. v. Knauf Gips KG, et al.*; 09-6690 | * | |
| *Wiltz, et al. v. Beijing New Building Materials Public* | * | |
| *Limited Co., et al.*; 10-0361 | * | MAG. JUDGE WILKINSON |
| and | * | |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*; 11-0080 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

NOW COMES the Defendant, ACE Home Center, Inc., through undersigned counsel, who respectfully moves this Honorable Court for an Order allowing Carroll H. Sullivan and the law firm of Scott, Sullivan, Streetman & Fox, P.C., to withdraw as counsel of record, and allowing Lyon H. Garrison, Darrin L. Forte and Kevin F. Truxillo and the law firm of Garrison, Yount, Forte, Mulcahy & Lehner, L.L.C. to be substituted as counsel of record for ACE Home Center, Inc., in the above-captioned matters. The request to withdraw and substitute counsel will not alter or delay any scheduling matters or deadlines, nor will it prejudice any party.

WHEREFORE, Defendant ACE Home Center, Inc. Prays that Carroll H. Sullivan and the law firm of Scott, Sullivan, Streetman & Fox, P.C., be withdrawn as counsel of record, and that Lyon H. Garrison, Darrin L. Forte and Kevin F. Truxillo and the law firm of Garrison, Yount,

Forte, Mulcahy & Lehner, L.L.C., be allowed to enrol as counsel of record on behalf of ACE Home Center, Inc., in these proceedings, and that the Court's records be changed to reflect the same.

Respectfully submitted,

LYON H. GARRISON, La. Bar No. 19591
DARRIN L. FORTE, La. Bar No. 26885
KEVIN F. TRUXILLO, La. Bar No. 30769
GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
*Attorneys for Defendant,*
*ACE Home Center, Inc.*

CARROLL H. SULLIVAN, Al. Bar No. 8646-J58C
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
56 St. Joseph Street
Regions Bank Building, 10th Floor
Mobile, Alabama 36633
Telephone: (251) 433-1346
Facsimile: (251) 433-1086
Toll Free: (800) 239-6733
*Withdrawing Attorneys for Defendant,*
*ACE Home Center, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Joint Motion to Withdraw and Substitute Counsel of Record* has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 9th day of January, 2013.

I further certify that the above and foregoing *Joint Motion to Withdraw and Substitute Counsel of Record* was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of January, 2013.

_____
LYON H. GARRISON