# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION § § § § § § | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES AND:

*Sean and Beth Payton, et al. v. Knauf Gips GK, et al.*
Cause No. 09-7628

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Cause No. 10-00361

*David Gross, et al. v. Knauf Gips GK, et al.*
Cause No. 09-6690

*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*
Cause No. 10-0362

*Dean and Dawn Amato, et al. v. Liberty Mutual Ins. Co., et al.*
Cause No. 10-0932

*Kenneth Abel, et al. v. Taishan Gypsum Co., et al.*
Cause No. 11-080

*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Cause No. 11-252

*Laura Haya, et al. v. Taishan Gypsum Co., et al.*
Cause No. 11-1077

*Robert W. Block v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Cause No. 11-1363

*Richard and Carol Benoit, et al v. LaFarge SA., et al.*
Cause No. 11-1893

*Dorothy Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG , et al.*
Cause No. 11-2349

**NOTICE OF CHANGE OF FIRM AND ADDRESS FOR BRUCE WILLIAM STECKLER (PLAINTIFFS' STEERING COMMITTEE MEMBER)** – Page 1 of 3

| | |
|---|---|
| *Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd.*<br>Cause No. 12-0498 | §<br>§<br>§<br>§ |
| *Jessica Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG , et al.*<br>Cause No. 11-3023 | §<br>§<br>§<br>§ |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*<br>Cause No. 11-1672 | §<br>§<br>§<br>§ |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*<br>Cause No. 11-1395 | §<br>§<br>§<br>§ |
| *Amorin, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et al.*<br>Cause No. 11-1673 | §<br>§<br>§<br>§<br>§ |

## NOTICE OF CHANGE OF FIRM AND ADDRESS FOR BRUCE WILLIAM STECKLER (PLAINTIFFS' STEERING COMMITTEE MEMBER)

PLEASE TAKE NOTICE that, effective immediately, the firm, mailing address, telephone and facsimile numbers, as well as the e-mail address for Bruce W. Steckler, a member of Plaintiffs' Steering Committee, have changed to the following:

>Bruce W. Steckler
>The Steckler Law Firm
>12700 Park Central Drive, Suite 1900
>Dallas, TX  75251
>Telephone: (972) 387-4040
>Facsimile: (972) 387-4041
>E-mail: **bruce@stecklerlaw.com**

Dated:  January 10, 2013                                    Respectfully submitted,

By: */s/  Bruce W. Steckler*
       Bruce W. Steckler (#33657)

The Steckler Law Firm
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Tel: (972) 387-4040
Fax: (972) 387-4041
*bruce@stecklerlaw.com*

**MEMBER OF PLAINTIFFS' STEERING COMMITTEE**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this the 10th day of January, 2013.

*/s/ Bruce W. Steckler*
Bruce W. Steckler (#33657)
The Steckler Law Firm
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Tel: (972) 387-4040
Fax: (972) 387-4041
*bruce@stecklerlaw.com*

**MEMBER OF PLAINTIFFS' STEERING COMMITTEE**