UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | SECTION: "L" |
| | * | JUDGE FALLON |
| *Gross, et al. v. Knauf Gips KG, et al.*; 09-6690 | * | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*; 10-0361 | * | MAG. JUDGE WILKINSON |
| and | * | |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., et al.*; 11-0080 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Joint Motion to Withdraw and Substitute Counsel of Record*:

**IT IS ORDERED** that Carroll H. Sullivan and the law firm of Scott, Sullivan, Streetman & Fox, P.C., be withdrawn as counsel of record from these matters, and that Lyon H. Garrison, Darrin L. Forte and Kevin F. Truxillo and the law firm of Garrison, Yount, Forte, Mulcahy & Lehner, L.L.C., be substituted as counsel of record for Defendant, ACE Home Center, Inc., in the captioned matters, and that copies of all notices and pleadings that are required to be served on counsel of record shall be served on Lyon H. Garrison, Darrin L. Forte and Kevin F. Truxillo and the law firm of Garrison, Yount, Forte, Mulcahy & Lehner, L.L.C.

New Orleans, Louisiana this 10th day of January, 2013.

*[signature: Eldon E. Fallon]*
United States District Judge