# EXHIBIT A

## REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To: Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Dorothy Wimberly
Stone, Pigman, Walther, Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

The Request for Exclusion/Notice of Opt Out relates only to work done by the Gregg Nieberg, Inc. for Arif Shakoor and Elma Shakoor on/at premises located at 7960 Saddle Drive, Port Saint Lucie, FL 34986.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Installer:   Gregg Nieberg, Inc.
Address:   155 Higgins Lane
           Greenville, KY 42345

Executed by: _____
             Patrick B. Flanagan, Esq.
             Florida Bar No. 449350
             on behalf of Gregg Nieberg, Inc.
Address:     Flanagan & Maniotis, P.A.
             2586 Forest Hill Boulevard
             West Palm Beach, FL 33406

5245207.1

# REQUEST FOR EXCLUSION ("OPT OUT")
BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin  
Levin, Fishbein, Sedran & Berman  
510 Walnut Street, Suite 500  
Philadelphia, PA 19106

Michael A. Sexton  
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC  
3344 Peachtree Road, NE, Suite 2400  
Atlanta, GA 30326

Todd R. Ehrenreich  
Weinberg, Wheeler, Hudgins Gunn & Dial, LLC  
2601 South Bayshore Dr., Suite 1500  
Miami, FL 33133

Dorothy Wimberly  
Stone, Pigman, Walther, Wittman, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Michael P. Peterson  
Peterson & Espino, P.A.  
10631 S.W. 88th St. Suite 220  
Miami, FL 33186

The undersigned hereby opts out of the Banner Settlement Class in the Chinese Drywall Action.

The Request for Exclusion/Notice of Opt Out relates only to work done by the Gregg Nieberg, Inc. for Jonathan Satter on/at premises located at 115 Palmetto Road, West Palm Beach, FL 33408.

In the event such class member opts back in to the Global Settlement, the undersigned intends to opt back in to the Banner Settlement to the extent permitted by existing or future order of the Chinese Drywall MDL Court.

Installer:   Triple "E" Corp.  
Address:    2723 Horseshoe Trail  
            Palm City, FL 33490

Executed by: _____  
            Patrick B. Flanagan, Esq.  
            Florida Bar No. 449350  
            *on behalf of Gregg Neiberg, Inc.*  
Address:    Flanagan & Maniotis, P.A.  
            2586 Forest Hill Boulevard  
            West Palm Beach, FL 33406

5245207.1