**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES AND *Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 12-cv-0498 (E.D. La.) *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.) *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:09-cv-06687 (E.D. La.) *Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* Case No. 11-cv-1077 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 10-cv-361 (E.D. La.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715 BY BUILDERS MUTUAL INSURANCE COMPANY AND BY THE OTHER PARTICIPATING DEFENDANTS**

Participating Defendants and Participating Insurers in the "Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Defendants Insured By Builders Mutual Insurance Company," Builders Mutual Insurance Company ("BMICO") hereby give notice of their compliance with the notice of their compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA Statute").

1. Pursuant to subsection (b) of the CAFA Statute, each defendant participating in the proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement."

2. The Participating Defendants and Participating Insurers have prepared a "CAFA Notice Pursuant to 28 U.S.C. § 1715" ("Notice") for the above-captioned matter that complies with the CAFA Statute. The Participating Defendants and Participating Insurers have disseminated this Notice as required by the CAFA Statute. A copy of this Notice is attached, marked **Exhibit A**.

3. On January 7, 2013, on behalf of the Participating Defendants and Participating Insurers in the "Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Defendants Insured By Builders Mutual Insurance Company," the undersigned Christopher J. Wiemken of TaylorWalker P.C., caused a copy of the Notice appended hereto as **Exhibit A** to be served by certified mail, return receipt requested, on the Attorney General for the United States, the Attorneys General and Commissioners of Insurance for the fifty states, the District of Columbia and the U.S. Territories, and other appropriate state officials. The list of recipients, including the addresses to which the Notice was sent, is Exhibit B hereto. Each recipient received a transmittal letter, a copy of the Notice, and a CD containing electronic copies of the Notice and all of its Exhibits.[1]

4. The body of the transmittal letter disseminated with the Notice was identical for all recipients, and a representative copy of that letter is **Exhibit C** hereto.

---

[1] Identical CDs containing copies of the Notice and all of its Exhibits were distributed to each recipient. A copy of this CD will be furnished to the Court upon request.

Respectfully submitted,

ALL PARTICIPATING DEFENDANTS
AND ALL PARTICIPATING INSURERS

By their agreed representative for this Notice:

_____/s/_____
Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
Dannielle Hall-McIvor (VSB 74098)
TAYLORWALKER P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Compliance With 28 U.S.C. § 1715 By Builders Mutual Insurance Company and By the Other Participating Defendants has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 11th day of January, 2013.

_____/s/_____
Christopher J. Wiemken

**EXHIBITS**

A. CAFA Notice Pursuant to 28 U.S.C. § 1715

B. List of CAFA Notice Recipients

C. Representative Transmittal Letter