# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES AND<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 10-cv-361 (E.D. La.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

The Participating Defendants listed in **Exhibit A** and the Participating Insurers listed in the **Exhibit B** submit this Notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"). The information contained herein relates to a proposed "Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims Against Defendants Insured By Builders Mutual Insurance Company" (hereinafter "Settlement Agreement").

On December 26, 2012, Plaintiffs filed a motion asking the United States District Court for the Eastern District of Louisiana ("Court") to enter an Order preliminarily approving the Settlement Agreement, conditionally certifying the settlement classes, approving the form notice to class members, scheduling a joint fairness hearing, and staying claims against the Participating

Defendants and Participating Insurers. The Court has not yet ruled on the motion for preliminary approval. The Court has not yet scheduled this motion for consideration.

In accordance with the notice requirements of 28 U.S.C. § 1715(b), this Notice includes the following documents, which are contained (along with a copy of this Notice) on the enclosed compact disc.[1]

**I.       Copies of the Complaints and Attached Materials:**

**Exhibit C** contains the following relevant complaints:

1. *Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 12-cv-0498 (Omni XIII) and any Instructions and/or Amendments to this Omni Complaint;

2. *Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Case No. 2:10-cv-00932 (E.D. La.) (Omni V) and any Instructions and/or Amendments to this Omni Complaint;

3. *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 2:09-cv-06687 (E.D. La.) and any Instructions and/or Amendments to this Omni Complaint;

4. *Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 11-cv-1077 (Omni IX) and any Instructions and/or Amendments to this Omni Complaint; and

5. *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Case No. 10-cv-361 (E.D. La.) (Omni II) and any Instructions and/or Amendments to this Omni Complaint, including, Complaint In Intervention, *Eduardo and Carmen Amorin* v. *Beijing New Building Materials Public Limited Co., et aI.;* Complaint In Intervention, *Kenneth and Cynthia Burke* v. *Beijing New Building Materials Public Limited Co., et aI.,;* Complaint In Intervention, *Clifford Abromatts and Janice Worobec v. Beijing New Building Materials Public Limited Co., et aI.,* and any motions to amend and/or amendments to this Omni Complaint.

In addition, if approved, the Settlement Agreement will have the effect of resolving similar or identical claims set forth in numerous other pending complaints, including complaints filed in the courts of the Commonwealth of Virginia and complaints which have been consolidated under the caption *In re All Pending Chinese Drywall Cases* (Va. Cir. Ct., City of Norfolk). These complaints are numerous. Copies will be provided if requested. An exemplar of these complaints, the case styled *Alexander and Kay Anderson., v. Wermers Development, Inc., et al.* (Va. Cir. Ct. City of Norfolk), is included.

---

[1] Due to the length of the documents, they are being provided in electronic format on the enclosed compact disc. Upon request, counsel for the Participating Defendants and Participating Insurers will provide hard copies of the documents.

## II.     Notice of Scheduled Judicial Hearing:

Preliminary approval of the Settlement Agreement has not yet been granted and a fairness hearing has not yet been scheduled. However, see:

**Exhibit D**: Proposed Class Counsel's Motion for an Order: (1) Preliminarily Approving Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) Conditionally Certifying the Settlement Classes; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Participating Defendants Including Builders, Installers, Suppliers, and Participating Insurers ("Proposed Class Counsel's Motion for an Order").

**Exhibit E**: Summary Notice of Four Class Action Settlement Agreements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims ("Summary Notice"), which will be (i) forwarded by first class mail, postage prepaid, to the last-known address of all Class Members who are identifiable as shown on Exhibit H, (ii) published in local newspapers, periodicals and community newspapers; (iii) published in television spots; (iv) posted online in Court-approved websites (including the Court's website at http://www.laed.uscourts.gov/drywall/Settlements.htm and at www.ChineseDrywallClass.com; the Consumer Product Safety Commission website at http://www.cpsc.gov/info/drywall/index.html; and the Virginia Department of Health website at http://www.vdh.state.va.us/); and (v) posted at each courthouse in which Chinese Drywall related actions are pending.

**Exhibit F**: Notice of Pendency of Proposed Settlements of Each of Four Class Actions (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims ("Notice of Pendency"), which will be mailed to identified class members within 30 days of the Preliminary Approval Order.

## III.    Notification to Class Members of Proposed Class Action Settlement and the Class Members' Rights to Request Exclusion from the Class:

The Summary Notice (**Exhibit E**) and Notice of Pendency (**Exhibit F**) each provide notice to class members of the proposed national class action settlement and the class members' rights to exclude themselves from the class. Both the Settlement Agreement (**Exhibit G**) and the Proposed Class Counsel's Motion for an Order (**Exhibit D**) require direct mailings of notices to identified class members or their counsel. The Settlement Agreement and Proposed Class Counsel's Motion for an Order also require notice by publication in various newspapers, notice

by online media, and notice on various websites. These notices will be mailed and published as described in Section II above.

### IV. The Class Action Settlement:

The Settlement Agreement is attached, marked Exhibit G.

### V. Any Settlement or Other Agreement Contemporaneously Made Between Class Counsel and Counsel for the Defendants/Insurers:

Class counsel and counsel for the Participating Defendants and Participating Insurers did not enter into any agreements contemporaneous with the Settlement Agreement.

### VI. Any Final Judgment or Notice of Dismissal:

Section 1.15 of the Settlement Agreement (**Exhibit G**) describes the provisions to be included in the final "Order and Judgment" to be entered by the Court upon final approval of the class action settlement. Section 12 of the Settlement Agreement describes the dismissals to be entered after final approval of the class action settlement. Section 13 of the Settlement Agreement describes the bar order to be entered as part of the "Order and Judgment."

### VII. Names and Estimated Proportional Share of Claims of Class Members by State:

**Exhibit H** is a copy of the mailing list for the notice being provided to class members who have asserted claims against the Participating Defendants and/or Participating Insurers in this litigation. Although the mailing list does not account for all absent class members, thousands of homeowners have participated in the omnibus class action complaints filed by the Plaintiffs' Steering Committee in the MDL Court. It is believed that the overwhelming majority of homeowners with claims against the Participating Defendants and/or Participating Insurers are existing Plaintiffs on the mailing list and that the mailing list accurately reflects the residency of these homeowners. Based on this mailing list, it is estimated that the residency of class members and their estimated proportional share of claims breaks down as follows:

      Virginia – 41 class members (approx. 89 percent);
      North Carolina – 4 class members (approx. 9 percent); and
      California – 1 class member (approx. 2 percent).

### VIII. Pertinent judicial opinions:

There are no pertinent judicial opinions at this time.

For additional information about the settlement, please feel free to contact the undersigned.

Respectfully submitted,

ALL PARTICIPATING DEFENDANTS
AND ALL PARTICIPATING INSURERS

By their agreed representative for this Notice:

_____/s/_____
Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
Dannielle Hall-McIvor (VSB 74098)
TAYLORWALKER P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com

**Exhibits to CAFA Notice**

A. List of Participating Defendants

B. List of Participating Insurers

C. Plaintiffs' Omnibus / Class Action Complaints

D. Proposed Class Counsel's Motion for an Order

E. Summary Notice

F. Notice of Pendency

G. Settlement Agreement

H. Mailing List For Notice To The Class