# EXHIBIT C



# TAYLORWALKER P.C.

CHRISTOPHER J. WIEMKEN
CWIEMKEN@TAYLORWALKERLAW.COM

January 7, 2013

Our File No. BM0000-10009
Reply: Norfolk

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Mr. Eric H. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: CAFA Notice Pursuant to 28 U.S.C. § 1715
*In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047
United States District Court for the Eastern District of Louisiana
Proposed Class Action Settlement Involving Builders Mutual Insurance Company and Participating Defendants

Dear Mr. Holder:

Enclosed please find a CAFA Notice pursuant to 28 U.S.C. § 1715 (the "Notice"), which is being provided to you on behalf of Builders Mutual Insurance Company and the Settling Defendants described in the settlement agreement.

This Notice is being submitted to you to discharge these parties' obligations under 28 U.S.C. § 1715. If you need any additional information or have any questions regarding this Notice, please contact the undersigned.

Very truly yours,

*Christoph J.*

TAYLORWALKER P.C.

Christopher J. Wiemken

CJW/

NORFOLK OFFICE ■ T 757 625 7300 F 757 625 1504
555 EAST MAIN STREET, SUITE 1300, NORFOLK VA 23510
WWW.TAYLORWALKERLAW.COM

RICHMOND OFFICE ■ T 804 673 0341 F 804 673 2001
6800 PARAGON PLACE, SUITE 626, P.O. BOX 6649, RICHMOND VA 23230