# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. **12-497-L** Short Title **Herman v Cataphora** Date **1-15-13**

To: **Fred Longer**
Name

Address: **820 O'Keefe Ave**
City: **NO** State: **LA** Zip: **70113**

**Documents Enclosed:**
- ☑ Record Vols.: **1**
- ☐ Transcripts
- ☐ Exhibits ☐ Env.
- ☐ Box:
- ☐ Supp. Record Vols.
- ☐ Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
Send Record with Brief of Appellee to 5th Circuit

TO: CLERK, 5TH CIRCUIT

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☑ Exhibits ☐
Records listed above are returned to Clerk
ATTORNEY NAME
DATE

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 15 2013
LORETTA G. WHYTE
CLERK

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title _____

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been received by Clerk
NAME
DATE

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above have been forwarded to:
ATTORNEY NAME
ADDRESS
CITY, STATE, ZIP
SIGNED
DATE

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title _____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Case records listed above received by:
JUDGE/ATTY NAME
DATE