Clerk's Office Copy

# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. 12-cv-497 L  Short Title: Herman, et al vs Cataphora Inc, et al  Date: 1-11-13

To: Leonard Davis

Name: Herman Herman, Katz & Cotlar LLP

Address: 820 O'Keefe Ave.

City: NO  State: LA  Zip: 70113

(504) 581-4892

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

Documents Enclosed:
☑ Record Vols.: 1 vol.
☑ Transcript: 1 trans.
☐ Exhibits ☐ Env.
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit.

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐

Records listed above are returned to Clerk

ATTORNEY NAME_____
DATE_____

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 15 2013
LORETTA G. WHYTE
CLERK

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____  Short Title_____

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Records listed above have been received by Clerk

NAME_____
DATE_____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____  Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Records listed above have been forwarded to:

ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____  Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____ Fee
_____ Process
  x   Dkt'd
_____ CtRmDep
_____ Doc. No.

☐ Record Vols._____
☐ Supp. Record Vols._____
☐ Exhibits ☐ _____

Case records listed above received by:

JUDGE/ATTY NAME_____
DATE_____