MINUTE ENTRY
FALLON, J.
JANUARY 15 , 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION            SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
11-80, 12-498, 10-932, 09-6687, 09-6690,     MAGISTRATE WILKINSON
11-1077, 10-361

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:     Russ Herman, Esq., Arnold Levin, Esq. & Leonard Davis, Esq. Plaintiffs
               Kerry Miller, Esq. And Steve Glickstein, Esq. For Knauf Defendants and
       The Defense Steering Committee

MOTION for an Order to Preliminarily Approve each of the Four Chinese Drywall Class
Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply
Settlement Agreement, Tobin Trading and Installers Settlement Agreement) Relating to Virginia
and Certain Other Remaining Claims; Conditional Certifying the Settlement Classes; Approving
the Form Notice to Class Members; Scheduling a Joint Fairness Hearing; and Staying Claims
Against Participating Defendants Including Builders, Installers, Suppliers and Participating
Insurers by Proposed Plaintiffs' Class Counsel

After Argument - GRANTED. The Court has given Preliminary Approval of the Four Chinese
Drywall Class Settlements.

JS10:     :07