UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) ) | |

## NOTICE OF RESCISSION OF OPT OUT OF BUILDER, INSTALLER, SUPPLIER, AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Francisco Camposano and Maria Del Pilar Camposano, rescind their opt out from the Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall Action. Francisco Camposano and Maria Del Pilar Camposano's residence

1
**Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane**
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

containing defective Chinese-manufactured drywall is located at 5721 SW 84th Street, Miami, FL 33143.

Dated: January 16, 2013.

_____  Francisco Camposano
Class Member's Signature    Printed Name

_____  Maria Camposano
Class Member's Signature    Printed Name

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16 day of January, 2013.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*