UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-1363 (E.D.La.) | ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) | |

## NOTICE OF RESCISSION OF OPT OUT OF BUILDER, INSTALLER, SUPPLIER, AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Richard Rossi & Joanna Rossi, hereby rescind their opt out from the Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall Action. Richard Rossi & Joanna Rossi's current address is 21218 St. Andrews Blvd., Apartment

1

225, Boca Raton, Florida 33433. Richard Rossi & Joanna Rossi's property containing defective Chinese-manufactured drywall is located at 17935 Monte Vista Drive, Boca Raton, FL 33496. The known Defendants in the Rossi's case, include, but are not limited to: the Knauf Defendants, Albanese-Popkin The Oaks Development Group, L.P., O.C.D. of S. Florida, Inc., Mesa Construction Group, La Suprema Trading, Inc., La Suprema Enterprises, Inc., and the Knauf Entities.

Dated: January 16, 2013

_____
Class Member's Signature

Richard Rossi
Printed Name

_____
Class Member's Signature

JOANNA ROSS
Printed Name

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing rescission Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilott LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16 day of January, 2013.

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com

COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
*Counsel for Plaintiffs*