UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D.La.)<br><br>*Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D.La.)<br><br>*Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D.La.)<br><br>*Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:11-cv-00252 (E.D.La.)<br><br>*Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-1363 (E.D.La.)<br><br>*Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-2349 (E.D.La.)<br><br>*Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-3023 (E.D.La.)<br><br>*Vickers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 09-4117 | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF RESCISSION OF OPT OUT OF KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Richard Rossi & Joanna Rossi, having a property address of 17935 Monte Vista Drive, Boca Raton, FL 33496, hereby rescind their opt out of the Knauf Settlement Class in the Chinese Drywall Action. Richard Rossi & Joanna Rossi's current address is 21218 St. Andrews Blvd., Apartment 225, Boca Raton, Florida 33433. The Rossis' claims are included in

1
Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

the *Payton* matter and are also filed in the 15th Circuit in and for Palm Beach County, Florida and the U.S. District Court for the Southern District of Florida.

Dated: January 16, 2013

_____
Class Member's Signature

Richard Rossi
Printed Name

_____
Class Member's Signature

JOANNA ROSSI
Printed Name

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing rescission of Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16 day of January 2013.

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*

2

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444