MINUTE ENTRY
FALLON, J.
JANUARY 17 , 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
|     DRYWALL PRODUCTS | |
|     LIABILITY LITIGATION | SECTION: L |
| | |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL CASES | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Leonard Davis, Esq. Plaintiffs
Kerry Miller, Esq. and Steve Glickstein, Esq. for Knauf Defendants
H. Minor Pipes, Esq., for Participating Defendants and Participating Insurers
In the Global Settlement
Nick Panayotopoulos, Esq. for Banner Defendants
Joel Rhine, Esq. for Hobbie Plaintiffs
Gregory Weiss, Esq. for RCR Holdings II, LLC

---

IN COURT HEARING - Parties discussed the status of the current proposed settlement negotiations with the Court.

JS10:   :17