# Villa Lago/ Renaissance Commons Settlement

| Item | Non-Knauf Total | |
|---|---|---|
| Units | 134 Non-Knauf and 27 mixed | |
| Remediation Funding (as agreed by Knauf and Moss) | $ 12,200,000.00 | |
| Soft Cost fund for units that are owner occupied and entitled to $8.50/sf (12 Mixed, 43 Non-KPT) | $ 426,562.52 | |
| Soft Cost fund for units that are rental units and entitled to 3 mos. rental (15 Mixed, 91 Non- KPT) | $ 282,906.10 | |
| Soft Costs - units that are rental units for economic losses against Other Loss Funds- except for Lost Rents) | $ - | |
| Clearance Certificates | $ 40,000.00 | |
| Payments to Unaffected Units | $ 75,000.00 | |
| Sub-Total | $ 13,024,468.62 | |
| Attorney Fees (app. 20%) | $ 2,670,960.63 | |
| Legal Costs (50% of $761,892, with Knauf part paid in Knauf fee deal.) | $ 380,946.00 | |
| Total Needed for Remediation and Payments to Plaintiffs | $ 16,076,375.25 | |

| Funding Sources for Non-Knauf | |
|---|---|
| Item | Total |
| RCR Settlement | $ 4,800,000.00 |
| Projected Banner Remediation Allocation (assuming 250 units of 4500 units * 68% of $53M) | $ 2,002,220.20 |
| Projected Banner Fee Allocation (assuming 250 units of 4500 units * 17% of $53M- ignores any common benefit fee) | $ 500,555.05 |
| Projected Precision Remediation Allocation (assuming 90% of * 68% of $1.9M contribution) | $ 1,162,800.00 |
| Projected Precision Fee Allocation (assuming 2% of 23.04M in fees from Global- 17% of $53M- ignores any common benefit fee) | $ 460,800.00 |
| Sub-Total | $ 8,926,375.25 |
| **Needed from Coastal** | **$ 7,150,000.00** |

| Payments to Plaintiffs | |
|---|---|
| Remediation | Paid |
| Soft Costs to Plaintiff for Non-Knauf and Knauf Units (excludes rental income from Knauf on rented units and Other Loss fund claims against Knauf, Precision and Banner in the separate settlements) | $ 1,180,258.62 |
| Fees and Costs | $ 3,051,906.63 |
| Cash Payments Needed | $ 4,232,165.25 |
| RCR - Plaintiffs Have Plaintiff projected fee recovery from Global and Banner | $ (4,800,000.00) |
| | $ (961,355.05) |
| **To be Contributed from RCR Settlement to Remediation** | $ (1,529,189.80) |

| Funding for Remediation | | |
|---|---|---|
| Total Needed | $ | 23,561,533.00 |
| Cost of Certificates for all Units | $ | 81,750.00 |
| Knauf Remediation | $ | (11,361,533.00) |
| Knauf Soft Costs | $ | (395,790.00) |
| KPT Certificates | $ | (41,750.00) |
| Banner Remediation (assuming 250 units of 4500 units * 68% of $53M) | $ | (2,002,220.20) |
| Precision Remediation (assuming 90% of * 68% of $1.9M contribution) | $ | (1,162,800.00) |
| Paid by RCR Settlement | $ | (1,529,189.80) |
| | | |
| **Total Paid by Coastal towards Remediation** | $ | 7,150,000.00 |