# CLASS COUNSEL'S FINAL LIST OF EXHIBITS IN SUPPORT OF FINAL SETTLEMENT APPROVAL (JANUARY 17, 2013)

| | |
|---|---|
| Class Counsel Ex. 1 | Proposed Order and Judgment (revised) [Motion to Substitute: Rec. Doc. No. 16513-2 thru 16513-6] |
| Class Counsel Ex. 2 | Declaration of Russ M. Herman and Arnold Levin dated 8/30/2012 [Rec. Doc. No. 15764-3] |
| Class Counsel Ex. 3 | InEx Distributor Profile Form dated 9/9/2009 [Rec. Doc. No. 15764-4] |
| Class Counsel Ex. 4 | Banner Distributor Profile Forms [Rec. Doc. No. 15764-5] |
| Class Counsel Ex. 5 | Affidavit of Mailing of the InEx Settlement Class Notice dated 6/20/2011 [Rec. Doc. No. 15764-6] |
| Class Counsel Ex. 6 | Affidavit of Mailing of the Banner Settlement Class Notice dated 8/2/2012 [Rec. Doc. No. 15764-7] |
| Class Counsel Ex. 7 | Affidavit of Mailing of the Knauf Settlement Class Notice dated 1/27/2012 [Rec. Doc. No. 15764-8] |
| Class Counsel Ex. 8 | Affidavit of Dawn Barrios dated 1/30/2012 [Rec. Doc. No. 15764-9] |
| Class Counsel Ex. 9 | Affidavit of Mailing of the L&W Settlement Class Notice dated 7/11/2012 [Rec. Doc. No. 15764-10] |
| Class Counsel Ex. 10 | Affidavit of Mailing of the Global Settlement Class Notice dated 7/13/2012 [Rec. Doc. No. 15764-11] |
| Class Counsel Ex. 11 | Affidavit of Frederick S. Longer dated 8/29/2012 [Rec. Doc. No. 15764-12] |
| Class Counsel Ex. 12 | Declaration of Belinda Macauley Regarding Implementation of Notice Program in Settlement with Interior/Exterior Building Supply, L.P. dated 8/30/2012 [Rec. Doc. No. 15764-13] |

| | |
|---|---|
| Class Counsel Ex. 13 | Declaration of Belinda Macauley Regarding Implementation of Notice Program in Settlement with Banner Supply Company dated 8/30/2012<br>[Rec. Doc. No. 15764-14] |
| Class Counsel Ex. 14 | Declaration of Belinda Macauley Regarding Implementation of Notice Program in Global Settlement dated 8/31/2012<br>[Rec. Doc. No. 15764-15] |
| Class Counsel Ex. 15 | Declaration of Elizabeth Nelson, Rust Consulting, Inc. dated 8/29/2012<br>[Rec. Doc. No. 15764-16] |
| Class Counsel Ex. 16 | [Intentionally Left Blank] |
| Class Counsel Ex. 17 | Supplemental Declaration of Belinda Macauley Regarding Implementation of Notice Program in Global Settlement dated 10/26/2012<br>[Rec. Doc. No. 16119-3] |
| Class Counsel Ex. 18 | Index of Objections to InEx, Banner, Knauf and/or Global Settlements<br>[Rec. Doc. No. 16119-4] |
| Class Counsel Ex. 19 | List of Opt-Outs represented by Roberts & Durkee and Milstein<br>[Rec. Doc. No. 16119-5] |
| Class Counsel Ex. 20 | Withdrawal of three Opt-Out Requests by Roberts & Durkee and Milstein for Juan M. Marcario, Rafael & Ana Segundo, and Stratton & Susan Jamison<br>[Rec. Doc. No. 16119-6] |
| Class Counsel Ex. 21 | List of Chinese Drywall clients represented by Roberts & Durkee and Milstein, who are named as plaintiffs on one or more of the Omnibus complaints in *In re Chinese-Manufactured Products Liability Litigation*, MDL 2047 (E.D.La.)<br>[Rec. Doc. No. 16119-7] |
| Class Counsel Ex. 22 | Deposition of Saul Soto dated 10/31/2012, with Exhibit 1 thereto<br>[Motion to Substitute: Rec. Doc. No. 16150-2; Rough transcript: Rec. Doc. No. 16119-8] |
| Class Counsel Ex. 23 | Deposition of Ronnie Garcia dated 11/1/2012, with Exhibit 28 thereto<br>[Motion to Substitute: Rec. Doc. No. 16150-3; Rough transcript: |

| | |
|---|---|
| | Rec. Doc. No. 16119-9] |
| Class Counsel Ex. 24 | Deposition of Wayne Kaplan dated 10/29/2012, with Exhibit 1 thereto [Rec. Doc. No. 16119-10] |
| Class Counsel Ex. 25 | Report from Rust Consulting of Call Center and Registration Statistics as of 10/25/2012 [Rec. Doc. No. 16119-11] |
| Class Counsel Ex. 26 | Receipts produced by Bandas Objectors [Rec. Doc. 16206] |
| Class Counsel Ex. 27 | Affidavit of Attempts regarding service of deposition subpoena on Ernest Vitela [Rec. Doc. No. 16119-13] |
| Class Counsel Ex. 28 | Home Depot Retailer Profile Form [Rec. Doc. No. 16119-14] |
| Class Counsel Ex. 29 | *Harrell v. South Kendall Construction Corp.*, No. 2009-08401 (Fla. Cir. Ct. Miami-Dade Co. Mar. 4, 2011) [Rec. Doc. No. 16119-15] |
| Class Counsel Ex. 30 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 11/8/2012 [Rec. Doc. No. 16159-1] |
| Class Counsel Ex. 31 | Amended InEx Settlement Agreement and all Exhibits thereto [Rec. Doc. Nos. 8628-4 through 8628-10 & 12258-3] |
| Class Counsel Ex. 32 | Amended Banner Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 10033-3 through 10033-12] |
| Class Counsel Ex. 33 | Amended Knauf Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 15742-2 through 15742-23] |
| Class Counsel Ex. 34 | L&W Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 13913-3] |
| Class Counsel Ex. 35 | Amended Global Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 15695-2 through 15695-7] |
| Class Counsel Ex. 36 | Amended Global Settlement Allocation Plan [Rec. Doc. No. 15840-1] |
| Class Counsel Ex. 37 | Amended Banner Settlement Allocation Plan [Rec. Doc. No. 15841-1] |

| | |
|---|---|
| Class Counsel Ex. 38 | Notice of Filing by Class Counsel Identifying Opt-Outs<br>[Rec. Doc. No. 16191] |
| Class Counsel Ex. 39 | Chart of All Settlement Exclusions as of November 9, 2012<br>[Rec. Doc. No. 16191-1] |
| Class Counsel Ex. 40 | Chart of Conditional Opt-Outs as of November 9, 2012<br>[Rec. Doc. No. 16191-2] |
| Class Counsel Ex. 41 | Chart of Global Settlement Exclusions as of November 9, 2012<br>[Rec. Doc. No. 16191-3] |
| Class Counsel Ex. 42 | Chart of Banner Settlement Exclusions as of November 9, 2012<br>[Rec. Doc. No. 16191-4] |
| Class Counsel Ex. 43 | Chart of InEx Settlement Exclusions of November 9, 2012<br>[Rec. Doc. No. 16191-5] |
| Class Counsel Ex. 44 | Final Transcripts of Continued Depositions of Ronnie Garcia and Saul Soto dated 11/8/2012<br>[Rec. Doc. No. 16299-1 and 16299-2] |
| Class Counsel Ex. 45 | Memorandum of Law in Support of Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements<br>[Rec. Doc. No. 15749-3] |
| Class Counsel Ex. 46 | Reply Memorandum of Law in Support of Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements<br>[Rec. Doc. No. 16119-2] |
| Class Counsel Ex. 47 | Class Counsel's Motion to Strike the Objection of Saul Soto, SHS Construction, Ronnie Garcia and Bay Area Contracting & Construction, Inc., with Exhibits<br>[Rec. Doc. No. 16083] |
| Class Counsel Ex. 48 | Class Counsel's Motion for Sanctions dated 10/24/2012<br>[Rec. Doc. No. 15982] |
| Class Counsel Ex. 49 | Class Counsel's Omnibus Response to the Bandas Objectors' Motion to Dismiss Objection and Response to Motion for Leave to |

|  |  |
|---|---|
|  | Conduct Discovery Regarding the Fairness of Proposed Class Action Settlement dated 10/24/2012, with Exhibits [Rec. Doc. No. 15981] |
| Class Counsel Ex. 50 | Notice of Filing by Class Counsel re Opt-Outs [Rec Doc. No. 15916] |
| Class Counsel Ex. 51 | Notice of Filing by Class Counsel re Untimely Opt-Outs [Rec Doc. No. 15917] |
| Class Counsel Ex. 52 | Supplemental Notice of Filing by Class Counsel (re: Timely Opt-Outs) [Rec. Doc. No. 15941] |
| Class Counsel Ex. 53 | Supplemental Notice of Filing by Class Counsel (re: Untimely Opt-Outs) [Rec. Doc. No. 15942] |
| Class Counsel Ex. 54 | Second Supplemental Notice of Filing by Class Counsel (re: Rescission of Timely Opt-Outs) [Rec. Doc. No. 15970] |
| Class Counsel Ex. 55 | Second Supplemental Notice of Filing by Class Counsel (re: Untimely Opt-Outs) [Rec. Doc. No. 15971] |
| Class Counsel Ex. 56 | Third Supplemental Notice of Filing by Class Counsel (re: Rescission of Untimely Opt-Outs) [Rec. Doc. No. 15994] |
| Class Counsel Ex. 57 | Third Supplemental Notice of Filing by Class Counsel (re: Rescission of Timely Opt-Outs) [Rec. Doc. No. 15995] |
| Class Counsel Ex. 58 | Fourth Supplemental Notice of Filing by Class Counsel (re: Rescission of Timely Opt-Outs) [Rec. Doc. No. 16143] |
| Class Counsel Ex. 59 | Fourth Supplemental Notice of Filing by Class Counsel (re: Untimely Opt-Outs) [Rec. Doc. No. 16144] |
| Class Counsel Ex. 60 | InEx Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Notice.InExSetAgree.pdf |
| Class Counsel Ex. 61 | Banner Class Notice |

|  |  |
|---|---|
|  | published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Prelimapp.or.Banner.pdf |
| Class Counsel Ex. 62 | Knauf Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Notice.knauf.settle.pdf |
| Class Counsel Ex. 63 | L&W Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/L&W.sa.notice.pdf |
| Class Counsel Ex. 64 | Global Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Buildersupplierinstaller.notice.pdf |
| Class Counsel Ex. 65 | Call Log Documenting Class Counsel Calls to Class Members [Rec. Doc. No. 16171] |
| Class Counsel Ex. 66 | Motion to Compel and for Sanctions, and Alternatively, Response to Jan Petrus's and Christopher Bandas's Motion to Quash and for Protective Order filed on November 2, 2012 [Rec. Doc. Nos. 16073 & 16086] |
| Class Counsel Ex. 67 | *Vereen v. Lowe's Home Centers, Inc.*, SU-10-CV-2267B (Ga. Super. Ct., Muscogee Cty.), Final Order and Judgment dated 1/11/2012 [Rec. Doc. No. 16167] |
| Class Counsel Ex. 68 | Joint Motion for Preliminary and Final Approval of the Second Amendment to Settlement Agreement Regarding Claims Against Interior-Exterior in MDL No. 2047 and Second Amendment To Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047, filed 10/16/2012, pending [Rec. Doc. No. 15948] |
| Class Counsel Ex. 69 | Summary of State Health Department Reviews of Deaths Reported to and Investigated by the Consumer Product Safety Commission Related to Exposure to Imported Drywall dated 1/3/2011, published at: http://www.cpsc.gov/info/drywall/cdcdrywall01032011.pdf [Rec. Doc. No. 16188-3] |
| Class Counsel Ex. 70 | Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011 by the CPSC and HUD, published at: http://www.cpsc.gov/info/drywall/remediation091511.pdf [Rec. Doc. No. 16188-2] |

| | |
|---|---|
| Class Counsel Ex. 71 | CPSC Statement on September 15, 2011, that:  As part of the investigation, CPSC requested that CDC consider undertaking a comprehensive study of any possible long-term health effects.  In February 2011, CDC indicated that the best scientific evidence available at that time did not support undertaking a long-term health study," published at: http://www.cpsc.gov/cpscpub/prerel/prhtml11/11327.html [Rec. Doc. No. 16188-1] |
| Class Counsel Ex. 72 | Collection of Reports from the U.S. Consumer Product Safety Commission related to Chinese Drywall, published on the CPSC website [Rec. Doc. No. 16195] |
| Class Counsel Ex. 73 | Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall ("KPT Pilot Program") [Rec. Doc. No. 16189] |
| Class Counsel Ex. 74 | Transcript of Proceedings in MDL 2047, dated 10/14/2010 [Rec. Doc. No. 16190] |
| Class Counsel Ex. 75 | Class Counsel's Exhibits in Support of Final Settlement Approval [Rec. Doc. No. 16197-1] (Note: See Ex. 94 below.  Final version filed January 17, 2013.) |
| Class Counsel Ex. 76 | Chart of Knauf Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-6] |
| Class Counsel Ex. 77 | Chart of L&W Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-7] |
| Class Counsel Ex. 78 | Chart of Untimely Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-8] |
| Class Counsel Ex. 79 | PSC's Power Point at November 13, 2012 Fairness Hearing [Rec. Doc. 16207] |
| Class Counsel Ex. 80 | Fifth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16280] |
| Class Counsel Ex. 81 | Transcript of Telephone Status Conference with the Honorable Nelva Gonzales Ramos, United States District Judge, Southern District of Texas, Corpus Christi Division, on November 26, 2012 [Rec. Doc. 16308-1] |
| Class Counsel Ex. 82 | November 16, 2012 correspondence from Christopher Bandas to |

| | |
|---|---|
| | the Honorable Eldon E. Fallon [Rec. Doc. 16335-1] |
| Class Counsel Ex. 83 | November 19, 2012 correspondence from Class Counsel to the Honorable Eldon E. Fallon [Rec. Doc. 16335-2] |
| Class Counsel Ex. 84 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 11/29/2012 [Rec. Doc. 16336-1] |
| Class Counsel Ex. 85 | Transcript of the November 13, 2012 Fairness Hearing [Rec. Doc. 16392-1] |
| Class Counsel Ex. 86 | Sixth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16373] |
| Class Counsel Ex. 87 | Seventh Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16440] |
| Class Counsel Ex. 88 | Certificate of Nonappearance of Ernest Vitela, individually and on behalf of E and E Construction Company re deposition set November 26, 2012 in Corpus Christi, Texas [Rec. Doc. 16447-1] |
| Class Counsel Ex. 89 | Eighth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16458] |
| Class Counsel Ex. 90 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 1/2/2013 [Rec. Doc. 16471-1] |
| Class Counsel Ex. 91 | Ninth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16492] |
| Class Counsel Ex. 92 | Notice of Filing by Class Counsel re Opt-Outs of Triple "E" Corp. and Gregg Nieberg, Inc.[Rec. Doc. 16499] |
| Class Counsel Ex. 93 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 1/9/2013 [Rec. Doc. 16501-1] |
| Class Counsel Ex. 94 | Class Counsel's FINAL List of Exhibits in Support of Final Settlement Approval (January 17, 2013) [Rec. Doc. to be provided] |