UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| _____ ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

### RYAN AND ASHLIN REECE'S MOTION TO ENFORCE ALREADY REMEDIATED HOME SETTLEMENT AGREEMENT OR, ALTERNATIVELY, TO EXPEDITE MEDIATION

NOW COMES Ryan and Ashlin Reece, claimants in the above captioned matter, who respectfully request that this Honorable Court enforce the terms of a settlement agreement that Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") entered into with respect to already remediated homes, or alternatively, that this Court issue an Order for an expedited mediation, all as more fully set forth in the accompanied memorandum in support that is adopted herein..

Respectfully submitted,

Dated: January 18, 2013

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Jeremy S. Epstein, Esquire (Bar No. 32135)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of January, 2013.

                <u>/s/ Leonard A. Davis</u>
                Russ M. Herman, Esquire (Bar No. 6819)
                Leonard A. Davis, Esquire (Bar No. 14190)
                Stephen J. Herman, Esquire (Bar No. 23129)
                Jeremy S. Epstein, Esquire (Bar No. 32135)
                HERMAN, HERMAN & KATZ, LLC
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                Ldavis@hhklawfirm.com