# Jeremy Scott Epstein

**From:** Thalgott, Garrett <GThalgott@frilot.com>
**Sent:** Thursday, September 20, 2012 2:50 PM
**To:** Jeremy Scott Epstein
**Subject:** Reece

Jeremy-

We need more information on the Reece file before it can be evaluated. We need post-demo photos to compare before and after. There was no contract or scope provided by the contractor, and we need one, as it looks like the work included shoring work, which is obviously non-protocol.  Also, there were a number of non-protocol items submitted for reimbursement, including an air filtration system, replacement of the hot water heater and non-copper pipe, cabinet replacement and cabinet hardware, replacement of the bathtub, bathroom vanities, toilets, light fixtures, blinds, etc.

At this point, Moss can't evaluate the file because they can't weed out all of the soft costs/non-protocol items from the remediation expenses.

Feel free to give me a call to discuss if need be.

Garrett W. Thalgott
Frilot LLC
1100 Poydras St. Suite 3700
New Orleans, LA 70163
Direct – 504.599.8247
Fax – 504.619.4984



EXHIBIT A