**Jeremy Scott Epstein**

**From:** Thalgott, Garrett <GThalgott@frilot.com>
**Sent:** Thursday, December 13, 2012 3:34 PM
**To:** Jeremy Scott Epstein
**Cc:** Vickie Lory; Drywall Client; Lenny Davis
**Subject:** RE: CDW - Reece Settlement?

Jeremy-

Mr. Reece called me a week or two ago and I told him at that time that I thought I was going to be able to get him an offer this week. As it turns out, I was wrong. There have been a lot of other issues with final approval, etc. that have prevented us from getting to this file. But Reece is at the top of our list.

Garrett

**From:** Jeremy Scott Epstein [mailto:jepstein@hhklawfirm.com]
**Sent:** Thursday, December 13, 2012 2:48 PM
**To:** Thalgott, Garrett
**Cc:** Vickie Lory; Drywall Client; Lenny Davis
**Subject:** CDW - Reece Settlement?

Garrett:

Any update on the settlement for our client, Ryan Reece? Please advise.

Thanks,

Jeremy S. Epstein
Attorney
**Herman, Herman & Katz, L.L.C.**
**Herman Gerel, LLP**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024 (Fax)
Email: jepstein@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

EXHIBIT C

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us

(collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.