UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering Ryan and Ashlin Reece's Motion to Enforce Already Remediated Home Settlement Agreement or, Alternatively, to Expedite Mediation, and the Court finding good grounds exist to grant the same, accordingly;

IT IS ORDERED that Claimants, Ryan and Ashlin Reece's Motion to Enforce Already Remediated Home Settlement Agreement or, Alternatively, to Expedite Mediation be and is hereby GRANTED.

IT IS FURTHER ORDERED that Claimants, Ryan and Ashlin Reece, and Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") submit their claims to the mediator for resolution.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT COURT JUDGE**