UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

### RYAN AND ASHLIN REECE'S MOTION FOR EXPEDITED HEARING ON MOTION TO ENFORCE ALREADY REMEDIATED HOME SETTLEMENT AGREEMENT OR, ALTERNATIVELY, TO EXPEDITE MEDIATION

NOW COMES Ryan and Ashlin Reece, claimants in the above captioned matter, who respectfully file this Motion for Expedited Hearing in connection with their Motion to Enforce Already Remediated Home Settlement Agreement or, Alternatively, to Expedite Mediation [Rec. Doc. 16518]. Claimants are entitled to an expeditious resolution to the matters set forth in their motion and respectfully request an expedited hearing.

Respectfully submitted,

Dated: January 18, 2013

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Jeremy S. Epstein, Esquire (Bar No. 32135)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of January, 2013.

                                                /s/ Leonard A. Davis
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                Jeremy S. Epstein, Esquire (Bar No. 32135)
                                                HERMAN, HERMAN & KATZ, LLC
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                Ldavis@hhklawfirm.com