UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**O R D E R**

Considering the Motion for Expedited Hearing in connection with Ryan and Ashlin Reece's Motion to Enforce Already Remediated Home Settlement Agreement or, Alternatively, to Expedite Mediation;

IT IS ORDERED that a hearing on Ryan and Ashlin Reece's Motion to Enforce Already Remediated Home Settlement Agreement or, Alternatively, to Expedite Mediation [Rec. Doc. 16518] be held on an expedited basis on the ____ day of _____, 2013, at ____ o'clock ___.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the ____ day of _____, 2013.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge