UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

TENTH SUPPLEMENTAL NOTICE OF FILING BY
CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

A. **Rescissions of Opt-Outs**–See attached chart and Exhibit A

        Respectfully submitted,

Dated: January 18, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of January, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
|     | **RESCISSIONS** | | |
| 1.  | Ammons, Dana & Rick | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 2.  | Bertoni, Ribello & Joan | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 3.  | Boucher, Gordon & Nancy | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 4.  | Camposano, Francisco and Maria | Colson Hicks Ervin A. Gonzalez | Knauf, Global |
| 5.  | Ebersole, Maria | Roberts & Durkee C. David Durkee | Banner, Global |
| 6.  | Hershoff, Jay and Nancy | Colson Hicks Ervin A. Gonzalez | Knauf, Global |
| 7.  | Katz, Barry | Roberts & Durkee C. David Durkee | Banner, Global |
| 8.  | Kirby, Jay | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 9.  | Kirby, Robert | Roberts & Durkee C. David Durkee | Banner |
| 10. | Mantuo, Jo Ellen | Roberts & Durkee C. David Durkee | Banner, Global |
| 11. | Marcano, Jorge | Roberts & Durkee C. David Durkee | Banner, Knauf |
| 12. | Perez, Yssel and Esdras | Roberts & Durkee C. David Durkee | Banner |
| 13. | Rossi, Richard and Joanna | Colson Hicks Ervin Gonzalez | Knauf, Global |
| 14. | Sampson, Patrick and Trista | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |

|     | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 15. | Scrop, Evelyn and Julius | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 16. | Serrano, Jose and Diana | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 17. | Sherrell, Ashlei and Steven | Collins & Horsley, P.C. | Knauf, InEx |
| 18. | Siddiqui, Hassan and Frauke | Roberts & Durkee C. David Durkee | Banner, Knauf, Global |
| 19. | Simonian, Thomas and Barbara Petty | Roberts & Durkee C. David Durkee | Banner, Global |
| 20. | Summers, Beth and Tyson | Collins & Horsley, P.C. | Knauf, InEx, Global |
| 21. | Tedeman, Richard and Mary Jo | Roberts & Durkee C. David Durkee | Banner, Global |
| 22. | Victoria, Lindsey | Roberts & Durkee C. David Durkee | Global |
| 23. | Volion, Richard and Ursula Englehardt | Roberts & Durkee C. David Durkee | Knauf |
| 24. | Vrchota, Roy | Roberts & Durkee C. David Durkee | Global |