## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**

*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**

*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**

*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**

*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)**

### PLAINTIFFS' EMERGENCY MOTION
### FOR APPROVAL OF REVISED SUMMARY NOTICE

On January 3, 2013, Plaintiffs filed a Motion for an Order: (1) Preliminarily Approving each

of the Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement,

Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement

Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain

Other Remaining Claims; (2) Conditional Certifying the Settlement Classes; (3) Approving the Form

Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against

Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers by

Proposed Plaintiffs' Class Counsel. *See* Rec. Doc. 16470. The Court preliminary approved each of

the settlement agreements by order dated January 17, 2013. *See* Rec. Doc. 16516.

Since the issuance of the Court's preliminary approval order, Plaintiffs' media consultant

has advised that the word count of the short-form notice is too long and will result in significant

increases in Plaintiffs' notice costs. For the reasons set forth in the attached memorandum of law,

Plaintiffs respectfully request that the Court approve the instant emergency motion for approval of

revised summary notice.

Respectfully submitted,

Dated:    January 18, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*
*and Proposed Class Counsel*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*and Proposed Class Counsel*

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
(757) 233-0009 (phone)
(757) 233-0455 (fax)
rserpe@serpefirm.com
*Proposed Class Counsel*

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
(202) 540-7200 (phone)
(202) 540-7201 (fax)
rlewis@hausfeldllp.com

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Emergency Motion for Approval of Revised Summary Notice and Memorandum of Law In Support thereof have been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of January, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*