UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)** | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS'
EMERGENCY MOTION FOR APPROVAL OF REVISED SUMMARY NOTICE**

On January 3, 2013, Plaintiffs filed a Motion for an Order: (1) Preliminarily Approving each of the Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement

1

Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) Conditional Certifying the Settlement Classes; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers by Proposed Plaintiffs' Class Counsel.  *See* Rec. Doc. 16470.

The Court preliminary approved each of the settlement agreements by order dated January 17, 2013.  *See* Rec. Doc. 16516.  As part of the Court's preliminary approval order, the Court approved the notice plan including the short-form notice which was attached to the Plaintiffs' motion for preliminary approval as Exhibit "C-2".  Plaintiffs have since come to learn that the word-count of the summary notice vastly exceeds what was contemplated by Plaintiffs' media consultant and if this notice were to be published in the manner contemplated by the Court's preliminary approval order, it would result in an astronomical increase in the costs of notice.  Plaintiffs have consulted with their media consultant and are currently working on a revised version of the summary notice similar to that used in the Global Settlement that not only meets the word count parameters contemplated by the media consultant but also provides constitutionally sufficient notice to the class.  The current draft of the revised summary notice is attached hereto as Exhibit "A".[1]

Plaintiffs respectfully request that the Court immediately approve the revised summary notice so that Plaintiffs can send out the notice within the time frame contemplated by the preliminary approval order.

---

[1] Plaintiffs will provide the Court with a final version of the summary notice as soon as possible in advance of the hearing on the instant motion.

Respectfully submitted,

Dated: January 18, 2013  /s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047
and Proposed Class Counsel*

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047
and Proposed Class Counsel*

Richard J. Serpe
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
(757) 233-0009 (phone)
(757) 233-0455 (fax)
rserpe@serpefirm.com
*Proposed Class Counsel*

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
(202) 540-7200 (phone)
(202) 540-7201 (fax)
rlewis@hausfeldllp.com