# EXHIBIT A

# Class Action Settlements About Chinese Drywall May Affect You

Four settlements have been reached in class action lawsuits involving drywall imported to the U.S. from China. The lawsuits claim that this Chinese Drywall caused property damage and personal injuries.

The companies being sued are Venture Supply, which sold the drywall, and distributors, suppliers, builders, developers, and installers that are called "Participating Defendants" and were associated with this Chinese Drywall. Some of the Participating Defendants and some of their insurance companies ("Participating Insurers") have agreed to Settlements. The Participating Defendants and the Participating Insurers deny they did anything wrong.

## Who's Included?

You are likely included in one or more of the Classes if you have any claim for property damage or personal injuries related to Chinese Drywall sold by, used by, installed by, or otherwise within the legal responsibility of a Participating Defendant. Most of the claimants are expected to be Virginia residents. For the specific legal definition of the four Classes and a full list of the Participating Defendants and Participating Insurers, please visit the website or call the phone number below.

## What Can You Get?

Under the Settlements, Participating Defendants and their Participating Insurers will contribute a total of $17.4 million into four Settlement Funds. At a later date, if the Court formally approves the Settlements, it will approve a plan to distribute the Settlement Funds to Class Members. You can register at the website below to be updated if a claims process becomes available.

## Your Other Rights

If you do nothing, you remain in the Classes and you may be eligible to receive Settlement benefits. You will be bound by all the Court's decisions. If you do not want to be legally bound by a Settlement, you must exclude yourself from it. The deadline to exclude yourself is **Month Day, 2013**. If you do not exclude yourself you will not be able to sue the Participating Defendants or the Participating Insurers for any claim relating to the lawsuits. If you stay in a Settlement, you may object to all or part of it by **Month Day, 2013**. The Court will hold a hearing in May, **2013** to consider whether to approve the Settlements. The hearing date will be available on the website and phone number below as soon as the Court sets it. The Court has appointed attorneys to represent the Classes. If you wish, you may hire an attorney to represent and appear for you at your own cost.

This notice is only a summary. Use the information below to get detailed information, and to register to receive future notifications about these Settlements and related Chinese Drywall Settlements.

Call: 1-877-418-8087 or Visit www.ChineseDrywallClass.com