# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)** | |

## **PROPOSED ORDER**

Upon consideration of Plaintiffs' Emergency Motion for Approval of Revised Summary Notice, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED.

1

New Orleans, Louisiana, this ____ day of _____, 2013.

                                                      _____
                                                      Eldon E. Fallon
                                                      United States District Court Judge