UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)** | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New

1

Orleans, Louisiana, 70130, following the monthly status conference on January 23, 2013, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Emergency Motion for Approval of Revised Summary Notice.

            Respectfully submitted,

Dated:  January 18, 2013      /s/ Russ M. Herman
                Russ M. Herman, Esquire (LA Bar No. 6819)
                Leonard A. Davis, Esquire (LA Bar No. 14190)
                Stephen J. Herman, Esquire (LA Bar No. 23129)
                HERMAN, HERMAN & KATZ, LLC
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                LDavis@hhkc.com
                *Plaintiffs' Liaison Counsel MDL 2047*
                *and Proposed Class Counsel*

                Arnold Levin
                Fred S. Longer
                Matthew C. Gaughan
                Levin, Fishbein, Sedran & Berman
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                215-592-1500 (phone)
                215-592-4663 (fax)
                Alevin@lfsblaw.com
                *Plaintiffs' Lead Counsel MDL 2047*
                *and Proposed Class Counsel*

                Richard J. Serpe
                Law Offices of Richard J. Serpe
                Crown Center, Ste. 310
                580 East Main Street
                Norfolk, VA 23510-2322
                (757) 233-0009 (phone)
                (757) 233-0455 (fax)
                rserpe@serpefirm.com
                *Proposed Class Counsel*

>Richard S. Lewis
>HAUSFELD LLP
>1700 K Street, N.W
>Suite  650
>Washington, DC 20006
>(202) 540-7200 (phone)
>(202) 540-7201 (fax)
>rlewis@hausfeldllp.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of January, 2013.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>HERMAN, HERMAN & KATZ, LLC
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhkc.com
>*Plaintiffs' Liaison Counsel in MDL 2047*
>*Co-counsel for Plaintiffs*