UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)** | |

**MOTION FOR EXPEDITED HEARING ON
PLAINTIFFS' EMERGENCY MOTION
FOR APPROVAL OF REVISED SUMMARY NOTICE**

NOW COMES Plaintiffs who respectfully file this Motion for Expedited Hearing in connection with their Emergency Motion for Approval of Revised Summary Notice [Rec. Doc.16521]. Due to time constraints, the hearing on the revised summary notice needs to be

1

conducted on an expedited basis.

                                                     Respectfully submitted,

Dated:   January 18, 2013           /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (LA Bar No. 6819)
                                                  Leonard A. Davis, Esquire (LA Bar No. 14190)
                                                  Stephen J. Herman, Esquire (LA Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  LDavis@hhkc.com
                                                  *Plaintiffs' Liaison Counsel MDL 2047*
                                                   *and Proposed Class Counsel*

                                                  Arnold Levin
                                                  Fred S. Longer
                                                  Matthew C. Gaughan
                                                  Levin, Fishbein, Sedran & Berman
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  215-592-1500 (phone)
                                                  215-592-4663 (fax)
                                                  Alevin@lfsblaw.com
                                                  *Plaintiffs' Lead Counsel MDL 2047*
                                                  *and Proposed Class Counsel*

                                                  Richard J. Serpe
                                                  Law Offices of Richard J. Serpe
                                                  Crown Center, Ste. 310
                                                  580 East Main Street
                                                  Norfolk, VA 23510-2322
                                                  (757) 233-0009 (phone)
                                                  (757) 233-0455 (fax)
                                                  rserpe@serpefirm.com
                                                  *Proposed Class Counsel*

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
(202) 540-7200 (phone)
(202) 540-7201 (fax)
rlewis@hausfeldllp.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Motion for Expedited Hearing on Plaintiffs' Emergency Motion for Approval of Revised Summary Notice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of January, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*