UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)** | |

**O R D E R**

Considering the Motion for Expedited Hearing on Plaintiffs' Emergency Motion for Approval of Revised Summary Notice;

IT IS ORDERED that a hearing on Plaintiffs' Emergency Motion for Approval of Revised Summary Notice [Rec. Doc. 16521] be held on an expedited basis following the monthly status

1

conference on January 23, 2013 at 9:00 o'clock a.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the ____ day of _____, 2013.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge