UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-080 (E.D.La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 12-cv-0498 (E.D.La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-932 (E.D.La.)**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 2:09-cv-6687 (E.D.La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-cv-6690 (E.D.La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Case No. 11-cv-1077 (E.D.La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No. 10-cv-361 (E.D.La.)** | |

**O R D E R**

Considering the Motion for Expedited Hearing on Plaintiffs' Emergency Motion for Approval of Revised Summary Notice;

IT IS ORDERED that a hearing on Plaintiffs' Emergency Motion for Approval of Revised Summary Notice [Rec. Doc. 16521] be held on an expedited basis following the monthly status

1

conference on January 23, 2013 at 9:00 o'clock a.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the 22nd day of January, 2013.

New Orleans, Louisiana, this 18th day of January, 2013.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

2