# EXHIBIT A

# Matthew Gaughan

| | |
|---|---|
| **From:** | Shaw, Danny [dshaw@bakerdonelson.com] |
| **Sent:** | Friday, March 02, 2012 3:12 PM |
| **To:** | Matthew Gaughan |
| **Cc:** | Maginn, Tara M - (NAS); Vargo, Robbie - (Turner); Griffith, Steve |
| **Subject:** | RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action") |

Matt,

I am tied up at the moment, but my partner Steve Griffith will call you in a few minutes to discuss.

Thanks, Danny


**Danny G. Shaw**
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
3 Sanctuary Blvd., Suite 201
Mandeville, LA 70471
Direct: 985.819.8401
Fax: 985.819.6701
E-mail: dshaw@bakerdonelson.com
www.bakerdonelson.com


> **From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
> **Sent:** Friday, March 02, 2012 1:12 PM
> **To:** Maginn, Tara M - (NAS); Vargo, Robbie - (Turner); 'brian@collinshorsley.com'; Shaw, Danny
> **Cc:** Bruce Steckler; David G. Jordan
> **Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")
>
> Danny – do you want to have a call with Bruce and I to discuss? I just forwarded a notice of voluntary dismissal of the Chavis' claims against Universal to liaison counsel for filing. It should hopefully be filed at some point today. Matt.
>
> **From:** Maginn, Tara M - (NAS) [mailto:tmaginn@tcco.com]
> **Sent:** Friday, March 02, 2012 11:55 AM
> **To:** Matthew Gaughan; Vargo, Robbie - (Turner); 'brian@collinshorsley.com'; Shaw, Danny
> **Cc:** Bruce Steckler; David G. Jordan
> **Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")
>
> Gentlemen: Please direct all future contact to local counsel we have retained in Louisiana. His contact information is attached. Thank you.
>
> Tara MaGinn
> Contracts Manager
> **Universal Construction Company, Inc. d/b/a Turner Universal**
> 5300 Virginia Way
> Brentwood, TN 37027
> (office): 615-231-6321
> (cell): 615-545-5767
> (fax): 615-231-6305

1

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Friday, March 02, 2012 9:49 AM
**To:** Vargo, Robbie - (Turner); 'brian@collinshorsley.com'
**Cc:** Bruce Steckler; David G. Jordan; Maginn, Tara M - (NAS)
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

Robbie – I just got off the phone with Bruce - why don't you tell us when you are available so we can have a call and try to amicably resolve this matter. Matt.

**From:** Vargo, Robbie - (Turner) [mailto:rvargo@tcco.com]
**Sent:** Friday, March 02, 2012 10:29 AM
**To:** Matthew Gaughan; 'brian@collinshorsley.com'
**Cc:** Bruce Steckler; David G. Jordan; Maginn, Tara M - (NAS)
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

Matthew/Bruce,

Unfortunately, that will not be acceptable, as a default judgment has now been ordered against Universal. To protect Universal's interests, Turner will now be required to retain local counsel to vacate the default judgment. Please be advised that Turner will seek all costs and attorneys' fees associated with such removal.

-Robbie

**Robbie J. Vargo, Esq. | LEED Green Associate**
**Turner Construction Company**
*Legal Affairs Counsel*
3 Paragon Drive | Montvale, NJ  07645
Office:  (201) 722-3818 | Cell:  (201) 978-5375
www.turnerconstruction.com

Notice:  This electronic message and any attachments are intended for the use of the individual or entity to which this message is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this electronic message in error, please notify us by reply email or by telephone at (201) 722-3818.

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Thursday, March 01, 2012 4:47 PM
**To:** Vargo, Robbie - (Turner); 'brian@collinshorsley.com'
**Cc:** Bruce Steckler
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

I think we will end up cleaning up the default at some point but this is likely several months down the road. For now you should probably do a stipulation with counsel for Mr. and Mrs. Chavis.

**From:** Vargo, Robbie - (Turner) [mailto:rvargo@tcco.com]
**Sent:** Thursday, March 01, 2012 4:25 PM
**To:** Matthew Gaughan; 'brian@collinshorsley.com'
**Subject:** Re: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

Gentlemen:

I appreciate your efforts on this, but it appears that we now have a slightly bigger issue. I am not in my office

2

today, but I understand the default has been entered against Universal. This is what I was trying to avoid. How can we now address this to have the default removed against Universal?

Thanks,

Robbie


Robbie J. Vargo
Turner Construction Company
Mobile: 201-978-5375

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Thursday, March 01, 2012 03:12 PM
**To:** Brian Collins <brian@collinshorsley.com>
**Cc:** Vargo, Robbie - (Turner)
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

Great – I will keep an eye out.

---

**From:** Brian Collins [mailto:brian@collinshorsley.com]
**Sent:** Thursday, March 01, 2012 3:33 PM
**To:** Matthew Gaughan
**Cc:** Vargo, Robbie - (Turner) (rvargo@tcco.com)
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")


Matt,
Bonnie in my office will be sending the letter of authority from our office for Kevin and Kristy Chavis momentarily. I just signed and handed to her. Please let me know if there is anything else required from our office.
Brian

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Thursday, March 01, 2012 8:11 AM
**To:** Bruce Steckler
**Cc:** Brian Collins; Vargo, Robbie - (Turner); King, Kevin R - (Turner); David G. Jordan; Bonnie Costello
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

I agree that a withdrawal and substitution of counsel should be filed. But I also think we should try to get this claim dismissed as soon as possible.

My thought is to have Baron and Budd draft a notice of voluntary dismissal using our normal format but with some very minor edits. Namely – we should attach letters requesting the dismissal from both current and former counsel as Exhibits "A" and "B". Bruce/Brian – can you two coordinate this?

---

**From:** Bruce Steckler [mailto:BSTECKLE@baronbudd.com]
**Sent:** Wednesday, February 29, 2012 5:12 PM
**To:** Matthew Gaughan
**Cc:** Brian Collins; Vargo, Robbie - (Turner); King, Kevin R - (Turner); David G. Jordan; Bonnie Costello
**Subject:** Re: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

**Kevin and Kristy Chavis are in Omni VIII (ABREU) as represented by Collins & Horsley, PC. Clients signed a contract with us on 4/21/11 which is 2 months after the Abreu**

3

complaint was filed on 2/7/11. Shouldn't Collins & Horsley file a Motion to Withdraw and Substitute Counsel and the Dismissal?

We did not submit them for the ABREU complaint. Builder for Chavis is Supreme Builders which was sued in OCX (BLOCK).

Does that make sense?

Thanks, Bruce

Sent from my iPhone

On Feb 29, 2012, at 1:12 PM, "Matthew Gaughan" <MGaughan@lfsblaw.com> wrote:

> Bruce – see the below email involving Universal's request for dismissal from the drywall litigation. Collins Horsley has dismissed all of their clients' claims against Universal. However, you are now representing one or more of Collins Horsley's former clients who is suing Universal. I'm copying Robbie who will fill you in on the particulars on Universal's request for dismissal. Your prompt attention to this matter is greatly appreciated. Matt.
>
> **From:** Brian Collins [mailto:brian@collinshorsley.com]
> **Sent:** Wednesday, February 29, 2012 2:08 PM
> **To:** Vargo, Robbie - (Turner); Matthew Gaughan
> **Cc:** King, Kevin R - (Turner); David G. Jordan; Bonnie Costello
> **Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")
>
> Gentlemen,
> Has Barron & Bud dismissed the Chavis case against Universal? If not, that one case may be the reason. We no longer represent them and had no authority to dismiss anyone on their behalf.
> Brian
>
> **From:** Vargo, Robbie - (Turner) [mailto:rvargo@tcco.com]
> **Sent:** Wednesday, February 29, 2012 12:57 PM
> **To:** Matthew Gaughan
> **Cc:** Brian Collins; King, Kevin R - (Turner); David G. Jordan; Bonnie Costello
> **Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")
>
> Matthew,
>
> If the dismissals were properly filed with the court in what appears to be mid-February (see attached), I'm not understanding why your firm continues to pursue a preliminary default judgment against Universal Construction. Your firm has now filed three (3) Amended Errata forms to the Preliminary Default Judgment – none of which remove Universal as a defaulting party. And, I note that the most recent Amended Errata was dated February 22, 2012, which is well after the attached dismissals were filed and well after you advised me on February 10 that you would have this "cleared up." Frankly, Turner has been very patient in this regard, but we continue to incur legal costs associated with this matter and we are still not removed from your default papers.
>
> Since your firm continues to pursue a default judgment against Universal, we will be forced to retain local counsel if Universal is not removed by March 2, 2012. Per my e-mail dated February 28, 2012, we will then seek all attorneys' fees and costs associated with such removal.

4

-Robbie

**Robbie J. Vargo, Esq. | LEED Green Associate**
**Turner Construction Company**
*Legal Affairs Counsel*
3 Paragon Drive | Montvale, NJ  07645
Office:  (201) 722-3818 | Cell:  (201) 978-5375
www.turnerconstruction.com

Notice:  This electronic message and any attachments are intended for the use of the individual or entity to which this message is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this electronic message in error, please notify us by reply email or by telephone at (201) 722-3818.

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Tuesday, February 28, 2012 5:31 PM
**To:** Vargo, Robbie - (Turner)
**Cc:** brian@collinshorsley.com; King, Kevin R - (Turner); David G. Jordan; bonnie@collinshorsley.com
**Subject:** Re: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

The dismissals are available on the MDL courts docket. I do not have copies.

Sent from my iPhone

On Feb 28, 2012, at 5:22 PM, "Vargo, Robbie - (Turner)" <rvargo@tcco.com> wrote:

> Matt,
>
> I have spoken with Brian's office and I understand that they previously provided all of the information that your firm needs to properly dismiss Universal Construction from this matter.  Please provide me the properly filed documents by Friday, so that we can avoid having to retain counsel.  Thank you for your help on this matter.
>
> -Robbie
>
> **Robbie J. Vargo, Esq. | LEED Green Associate**
> **Turner Construction Company**
> *Legal Affairs Counsel*
> 3 Paragon Drive | Montvale, NJ  07645
> Office:  (201) 722-3818 | Cell:  (201) 978-5375
> www.turnerconstruction.com
>
> Notice:  This electronic message and any attachments are intended for the use of the individual or entity to which this message is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this electronic

5

message in error, please notify us by reply email or by telephone at (201) 722-3818.

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Tuesday, February 28, 2012 2:25 PM
**To:** Vargo, Robbie - (Turner); brian@collinshorsley.com
**Cc:** King, Kevin R - (Turner); David G. Jordan; bonnie@collinshorsley.com
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

I'm seeing what I can do about the default issue.  Matt.

---

**From:** Vargo, Robbie - (Turner) [mailto:rvargo@tcco.com]
**Sent:** Tuesday, February 28, 2012 1:47 PM
**To:** Matthew Gaughan; brian@collinshorsley.com
**Cc:** King, Kevin R - (Turner); David G. Jordan; bonnie@collinshorsley.com
**Subject:** Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")
**Importance:** High

Gentlemen:

As you may recall, I am Legal Affairs Counsel for Turner Construction (the Parent Company of Universal Construction) and I am writing to you regarding the above-referenced matter.  Please be advised that we received the attached Third Amended Errata to Plaintiffs' Omnibus Motion for Preliminary Default Judgment and Universal Construction Company is still **not** removed as a defaulting party.  Despite repeated acknowledgements from your office that Universal Construction was sued in error and that Universal would be dismissed from this lawsuit, your office has failed to properly remove Universal as a defendant.  We have been patient thus far, but this is entirely unacceptable and is rising to the level of a frivolous litigation.

Be advised that if Universal is not voluntarily dismissed from this lawsuit by **March 2, 2012**, we will instruct counsel to appear in the class action litigation and seek a proper dismissal.  In such case, not only will we seek attorneys' fees and costs associated with such dismissal, but we will aggressively seek sanctions against all Plaintiffs and their respective counsel in accordance with the Federal Rules of Civil Procedure.

Please be guided accordingly.

Very truly yours,


**Robbie J. Vargo, Esq. | LEED Green Associate**
**Turner Construction Company**
*Legal Affairs Counsel*
3 Paragon Drive | Montvale, NJ  07645
Office:  (201) 722-3818 | Cell:  (201) 978-5375
www.turnerconstruction.com

6

Notice: This electronic message and any attachments are intended for the use of the individual or entity to which this message is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by reply email or by telephone at (201) 722-3818.

---

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Friday, February 10, 2012 4:52 PM
**To:** Vargo, Robbie - (Turner); brian@collinshorsley.com
**Cc:** King, Kevin R - (Turner); David G. Jordan; bonnie@collinshorsley.com
**Subject:** RE: Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

Robbie — I requested a few revisions before I can send to liaison counsel for filing. I'm not sure they are receiving my correspondences. We will get this cleared up as soon as I receive the revised documents in a word-processing format. Matt.

Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
Counselors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500 Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.

---

**From:** Vargo, Robbie - (Turner) [mailto:rvargo@tcco.com]
**Sent:** Friday, February 10, 2012 4:18 PM
**To:** brian@collinshorsley.com
**Cc:** King, Kevin R - (Turner); David G. Jordan; Matthew Gaughan; bonnie@collinshorsley.com
**Subject:** Daniel Abreu, et al v. Gebreauder Knauf, et al ("Chinese Drywall Class Action")

Mr. Collins,

Please see the attached letter regarding the above-referenced matter.

Regards,

**Robbie J. Vargo | Turner Construction Company**
*Legal Affairs Counsel*
3 Paragon Drive | Montvale, NJ 07645
Office: (201) 722-3818 | Cell: (201) 978-5375
www.turnerconstruction.com

Notice: This electronic message and any attachments are intended for the use of the individual or entity to which this message is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by reply email or by telephone at (201) 722-3818.

---

Under requirements imposed by the IRS, we inform you that, if any advice concerning one or more U.S. federal tax issues is contained in this communication (including in any attachments and, if this communication is by email, then in any part of the same series of emails), such advice was not intended or written by the sender or by Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein.

This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail, so that our address record can be corrected.