UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Expedited Hearing on the Plaintiffs' Steering Committee's Fourth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (For Expenses);

IT IS ORDERED that a hearing on the Plaintiffs' Steering Committee's Fourth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (For Expenses) [Rec. Doc. 16506] be held on an expedited basis on the ____ day of _____, 2013, at _____ o'clock ___.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the ____ day of _____, 2013.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge