UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>Richard and Constance Almeroth, et al., individually, and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br><br>TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., et al.;<br><br>(EDLA No. 12-0498)<br>             Defendants. | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS COUNSEL'S MOTION FOR AN ORDER (1) CONDITIONALLY DISMISSING DEFENDANT ANTIONETA TORRES AND (2) RECOMMENDING VOLUNTARY DEPOSIT PROCEDURE TO REIMBURSE COMMON BENEFIT COUNSEL**

      Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Counsel for Plaintiffs hereby move this Court for an order:

1. Conditionally dismissing Defendant Antioneta Torres ("Torres") from the above referenced matter, pending review of a settlement between twenty-nine Plaintiffs[1] and Torres and the ultimate dismissal of Torres from state court actions currently before Judge Mary Jane Hall of the Circuit Court for the City of Norfolk in Virginia;

---

[1] Twenty-nine Plaintiffs have agreed to settle with Torres before the Circuit Court for the City of Norfolk in Virginia. Two of these Plaintiffs (Anton & Melissa Riedl and Tadarreio & Mattea Atkins) filed claims against Torres in the above captioned Omnibus Class Action Complaint (XIII), MDL 2047.

2. Consistent with state-federal court coordination of Chinese Drywall litigation, recommending that the Circuit Court for the City of Norfolk allow Plaintiffs to set aside a portion of the settlement proceeds to reimburse the Plaintiffs Steering Committee ("PSC") and Common Benefit Counsel, and cap total Attorneys Fees to be paid by Plaintiffs at 32%.

WHEREFORE, Counsel for Plaintiffs respectfully request that, after due consideration, the Court grant this Motion for an Order: (1) conditionally dismissing Defendant Antioneta Torres and (2) recommending voluntary deposit procedure to reimburse common benefit counsel.

Respectfully submitted,

Dated: January 23, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of January, 2013.

    /s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*