MINUTE ENTRY
FALLON, J.
JANUARY 23, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED        DRYWALL PRODUCTS        LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: 11-80, 12-498, 10-932, 09-6687, 09-6690, 11-1077, 10-361 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:    Fred Longer, Esq. Plaintiffs

Emergency Motion for Approval of Revised Summary Notice (16521)

Case called, no opposition by opposing counsel - Motion GRANTED

JS10:    :03