UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No. 2:12-cv-00498

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case Nos. 2:11-cv-1672, 2:11-cv-1395, and 2:11-cv-1673

_____/

**PLAINTIFF PAUL K. CROLEY II'S
NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that Paul K. Croley II, Plaintiff in the above-captioned matter, will begin remediation of his property located at 140 South Dixie Highway, Unit 512, Hollywood, Florida 33020 on or about February 25, 2013. The property will be made available to any party in the above-captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Joel Rhine at jrr@rhinelawfirm.com.

DATED: January 23, 2013.

Respectfully submitted,

/s/ Daniel K. Bryson

_____

**Daniel K. Bryson** (*pro hac vice*)
**WHITFIELD BRYSON & MASON LLP**
900 W. Morgan St.
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff Paul K. Croley II's Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of January 2013.

/s/ Daniel K. Bryson
_____
Daniel K. Bryson