UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

IN RE:  CHINESE MANUFACTURED   :   CIVIL ACTION 09-MD-2047
DRYWALL PRODUCTS              :   SECTION "L"
LIABILITY LITIGATION          :
                              :   New Orleans, Louisiana
                              :   November 9, 2012
                              :   10:00 a.m.
: : : : : : : : : : : : : : : :

**STATUS CONFERENCE IN CHAMBERS**
TAKEN BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Herman, Herman & Katz, LLP
                             BY:  RUSS M. HERMAN
                                  LEONARD A. DAVIS
                             820 O'Keefe Avenue
                             New Orleans, Louisiana  70113
                             (504)  581-4892

                             and

                             Levin, Fishbein, Sedran & Berman
                             BY:  ARNOLD LEVIN
                                  SANDRA L. DUGGAN
                                  FRED S. LONGER
                             510 Walnut Street, Suite 500
                             Philadelphia, PA  19106
                             (215)  892-1500

For Saul Soto and
Ronnie Garcia:               Bandas Law Firm, PC
                             BY:  CHRISTOPHER BANDAS
                             500 N. Shoreline Blvd., Suite 1020
                             Corpus Christi, Texas  78471
                             (361)  698-5200

                             Koch & Schmidt, LLC
                             BY:  R. JOSHUA KOCH, JR.
                             650 Poydras Street, Suite 2415
                             New Orleans, Louisiana  70130
                             (504)  208-9040

APPEARANCES (Continued):

For InEx:                      Galloway, Johnson, Tompkins,
                               Burr & Smith
                               BY:  RICHARD G. DUPLANTIER, JR.
                               701 Poydras Street, Suite 4040
                               One Shell Square
                               New Orleans, Louisiana  70139

                               Sinnot Nucklos & Logan
                               BY:  MARK C. NANAVATI
                               13811 Village Mill Drive
                               Midlothian, Virginia  23114


For Home Builders:             Greenberg Traurig
                               BY:  MARK A. SALKY
                               1221 Brickell Avenue
                               Miami, Florida  33131

For North River:               Lobman Carnahan Batt Angelle & Nader
                               BY:  SIDNEY J. ANGELLE
                                    ERIC B. BERGER
                               400 Poydras Street, Suite 2300
                               New Orleans, Louisiana  70130
                               (504)  586-9292

For Installers:                Rumberger Kirk & Caldwell
                               BY:  ROBERT V. FITZSIMMONS
                               Brickwell Bayview Centre, Suite 3000
                               80 S.W. 8th Street, Suite 3000
                               Miami, Florida  33101

For Home Builders:             Stone, Pigman Walther Wittmann
                               BY:  DOROTHY H. WIMBERLY
                               546 Carondelet Street
                               New Orleans, Louisiana  70130

For Insurers:                  Barrasso, Usdin, Kupperman,
                               Freeman & Sarver
                               BY:  H. MINOR PIPES, III.
                               LL&E Tower
                               909 Poydras Street, Suite 1800
                               New Orleans, Louisiana  70112

APPEARANCES (Continued):


For Knauf:                    Frilot
                              BY:  KERRY MILLER
                              Energy Centre, 36th Floor
                              1100 Poydras Street
                              New Orleans, Louisiana  70163


For Landmark:                 Deutsch, Kerrigan & Stiles
                              BY:  MELISSA M. LESSELL
                                   JUDY L. BURNTHORN
                              755 Magazine Street
                              New Orleans, Louisiana  70130
                              (504)  593-0689


For  Banner Supply:           Peterson & Espino
                              BY: MICHAEL P. PETERSON
                              10631 S.W. 88th Street, Suite 220
                              Miami, Florida  33186


For  Banner Supply:           Weinberg Wheeler Hudgins Gunn & Dial
                              BY; NICHOLAS P. PANAYOTOPOULOS
                                   MIKE SEXTON
                              3344 Peachtree Road, Suite 2400
                              Atlanta, Georgia  30326


For Chartis:                  Jackson & Campbell
                              BY:  WARREN LUTZ
                              One Lafayette Centre
                              1120 20th Street, N.W., Suite 300 S.
                              Washington, DC  20036-3437
                              (202)  457-1600


For 84 Lumber Co.:            Gordon & Rees
                              BY:  DAVID J. MORGAN
                              707 Grant Street, Suite 2305
                              Pittsburgh, PA  15219


For L & W:                    Haynsworth Sinkle Boyd (Greenville)
                              BY:  WILLIAM D. CONNER
                              75 Beattie 11
                              Two Liberty Square, 11th Floor
                              Greenville, SC  29601-2119

APPEARANCES (Continued):

```
For North River:            Thompson Coe Cousins & Irons
                            BY:  BRIAN S. MARTIN
                                 KEVIN RISLEY
                            One Riverway, Suite 1600
                            Houston, Texas   77056


For Knauf:                  Kaye Scholer
                            BY:  STEVEN GLICKSTEIN
                                 ROBERT GRASS
                                 JANE ASH
                            425 Park Avenue
                            New York, New York  10022


For Nationwide:             Zelle, Hofmann, Voelbelt & Mason
                            BY:  CATHERINE M. COLINVAUX
                            900 Winter Street, Suite 1300
                            Waltham, MA  02451


For Liberty Mutual:         Choate, Hall & Stewart
                            BY:  A. HUGH SCOTT
                            Two International Place
                            Boston, MA  02110


For CastleRock
Communities:                Heard & Medack
                            BY:  MARY L. GRAHAM
                            9494 Southwest Freeway, Suite 700
                            Houston, Texas   77074


For Stock Building:         Hunton & Williams
                            BY:  A. TODD BROWN
                            Bank of America Plaza
                            101 S. Tryon Street, Suite 3500
                            Charlotte, NC  28280


For USO in the Whitney
Litigation:                 Shutts & Bowen
                            BY:  AMANDA G. SIMMONS
                            300 South Orange Avenue, Suite 1000
                            Orlando, Florida  32801


For Chartis:                Emanuel, Urquhart & Sullivan
                            BY:  RENITA N. SHARMA
                            865 S Figueria St.
                            Los Angeles, CA   90017
```

APPEARANCES (Continued):

                              Hinkhouse Williams Walsh LLP
                              BY; Joseph A. Hinkhouse
                              180 North Stetson St.
                              Suite 3400
                              Chicago, IL     60601

For Hartford:                 Adams, Hoefer, Holwadel & Eldridge
                              BY; GREGORY O. CURRIER
                              400 Poydras St., Suite 2450
                              New Orleans, LA    70130

Reported By:                  Arlene Movahed, CCR
                              OFFICIAL COURT REPORTER
                              500 Poydras Street, Room 406
                              New Orleans, Louisiana  70130
                              (504)  589-7777


     Proceedings recorded by mechanical stenography;
transcript produced by dictation.

```
1                    P R O C E E D I N G S
2                      MORNING SESSION
3                     (November 9, 2012)
4        (The following is a transcript of the Status Conference
5   held in chambers on November 9, 2012.)
6             THE COURT:   Good morning.  Have a seat, please.
7             We have some people on the phone.  Hello, this is
8   Judge Fallon.  Let me go around the table.
9             MR. LEVIN:   Good morning, Your Honor.
10            THE COURT:   Good morning.
11            MR. LEVIN:   Shall we take a roll call?
12            THE COURT:   Let me first of all take a roll call
13  in the office.
14            MR. LEVIN:   I'm sorry.
15            THE COURT:   Go ahead.
16            MR. HERMAN:   Russ Herman and Leonard Davis for
17  plaintiffs.
18            MR. ANGELLE:   Sidney Angelle and Eric Berger for
19  North River.
20            MR. FITZSIMMONS:   Bob Fitzsimmons for the
21  Installers, Your Honor.
22            MS. WIMBERLY:   Dorothy Wimberly for the Home
23  Builders.
24            MR. PIPES:   Minor Pipes for the Insurers.
25            MR. MILLER:   Kerry Miller for Knauf.
```

1    MR. CONNER:   David Conner, L and W.

2    MR. BANDAS:   Chris Bandas, Josh Koch for Saul Soto

3    and Ronnie Garcia.

4    MR. CURRIER:   Greg Currier for Hartford Insurance

5    Co.

6    MR. DUPLANTIER:   Richard Duplantier for

7    Interior/Exterior Building Supply.

8    MR. NIZIALEK:   Phillip Nizialek for

9    Interior/Exterior Building Supply.

10   MS. LESSELL:   Melissa Lessell, Judy Burnthorn on

11   behalf of Landmark American Insurance Company.

12   THE COURT:   Anyone else?  We will start on the

13   phone.  Let me start on the phone first.  Any plaintiffs

14   first?

15   MR. LEVIN:   Yes, Your Honor.  Good morning.  It's

16   Arnold Levin, Fred Longer and Sandy Duggan of my office, sir.

17   THE COURT:   All right.

18   MS. SIMMONS:   Your Honor, this is Amanda Simmons

19   with the law firm of Shutts & Bowen representing USO in the

20   Whitney Litigation.

21   MR. RISLEY: Your Honor, this is  Kevin Risley and

22   Brian Martin on behalf of North River.

23   MR. GLICKSTEIN:   Your Honor, Steve Glickstein,

24   Jane Ash and Robert Grass with Kaye Scholer on behalf of

25   Knauf, defendant.

1         THE COURT: Wait. One at a time.

2         MR. HINKHOUSE:   Sorry.  Good morning, Your Honor.

3    Joe Hinkhouse for Chartis.

4         MR. LUTZ:   Good morning, Your Honor.  Warren Lutz

5    for Chartis.

6         MS. COLINVAUX: Good morning.  Catherine Colinvaux

7    on behalf of Nationwide.

8         MR. SALKY:   Good morning, Your Honor.  Mark Salky

9    on behalf of Home Builders.

10        MR. PETERSON:   Good morning, Your Honor.  Mike

11   Peterson on behalf of Banner.

12        MR. PANAYOTOPOULOS:   Nick Panayotopoulos and Mike

13   Sexton, both on behalf of Banner.

14        MR. MORGAN:   Good morning, Your Honor.  Dave

15   Morgan on behalf of 84 Lumber Company.

16        MS. SHARMA:   Good morning, Your Honor.   Renita

17   Sharma on behalf of Chartis.

18        MR. SCOTT:   Good morning, Your Honor.  Hugh Scott

19   representing Liberty Mutual.

20        THE COURT:   Anyone else?

21        MR. GRAHAM: Good morning, Your Honor. Mary Graham

22   on behalf of Castle Rock Communities.

23        MR. BROWN:   And, Your Honor, this is Todd Brown on

24   behalf of Stock Building Supply.

25        THE COURT:   Is that it?  I wanted to convene our

1   conference here today to talk with you all about the upcoming

2   Fairness Hearing.  I think it's helpful, and if not

3   essential, in these hearings to have some structure so that

4   not only the Court knows but you know as to what is going to

5   happen.

6        The way I usually have it is that I have the

7   proponents speak first, then the objectors speak second.  And

8   then a brief rebuttal by the proponents.  There's no

9   witnesses at this hearing.

10       And the reason the meeting for you is to get some

11  input from you as to the time you need.  I have a lot of

12  documents that you have been giving to me which you need to

13  think about whether or not you're going to attach those or

14  put new ones into the record so that we have a package that

15  is available in the event anybody appeals.  So keep all that

16  in mind.

17       I have screens available.  If you want to show

18  anything on the screen, you can do so and offer anything you

19  feel is important in part of your case.

20       So let me hear from the proponents first.  Who are

21  the proponents?

22            MR. LEVIN:   Your Honor, this is Arnold Levin.

23            THE COURT:   All right.

24            MR. LEVIN:   First, just a matter of procedure.

25  What we intend to do with the exhibits, and they are

 1   voluminous, is give Your Honor a summary sheet and move for

 2   admission of the summary sheet which will list the exhibit

 3   number and the docket number where it's been lodged on the

 4   Court's docket so that we won't have tons of paper coming in

 5   but when we refer to the docket, if that meets with Your

 6   Honor's approval?

 7            THE COURT:   That's fine.  I don't have any problem

 8   if you all don't have any problem.  I just want to make sure

 9   that everybody has copies of everybody's exhibits or has it

10   available to them.  Hopefully you have seen and in fact under

11   my orders you should have seen all of the exhibits that the

12   other side has so that at least you know what is coming.  The

13   fact that you have an exhibit and you don't introduce it,

14   that's all right too because this is a different type

15   hearing, it may not be as necessary, but I will leave

16   exhibits up to you all as to how you want to put them in.

17   You really ought to coordinate that with my staff later to

18   make sure that the record reflects in some way your exhibit

19   so that it can be packaged.

20            Keep in mind that the whole purpose of it is to

21   have a package so that any Appellate Court wouldn't have to

22   rummage through a whole trial Court's record to get the

23   materials.  So whatever you're comfortable with, I am

24   comfortable with, but just keep all of that in mind.

25            MR. LEVIN:   Your Honor, Mr. Davis is burning on a

1    CD all of our exhibits for the Court.

2              THE COURT:   That's fine.

3              MR. HERMAN:   Your Honor, I wanted to indicate for

4    the Court yesterday the presenters' proponent had a

5    conference call in order to discuss approximate times.  It

6    may help to facilitate this conference if I run through that

7    with you and then any of the presenters who have had a change

8    in what they feel they need can then chime in.

9              The Plaintiffs' Legal Committee, one hour and 15

10   minutes; Knauf, 45 minutes; InEx, 25 minutes; Banner, 20

11   minutes.  L & W, eight minutes; the Global representative

12   Minor has 35 minutes reserved.

13             As to rebuttal, not knowing what the character of

14   the objectors are going to be we would like to reserve

15   between 10 and 20 minutes for rebuttal, Your Honor.

16             And all counsel who had conferred believe that's

17   the time frames that I have given you, if it's acceptable to

18   the Court what we have.

19             MR. LEVIN:   Your Honor, if Russ is finished with

20   the times, there are a few other housekeeping matters.

21             THE COURT:   Let me, first of all, go to the

22   objectors.  What I am trying to do and what I would like to

23   do is my preference would be to finish the proponents before

24   noon.  Hopefully we will start at 9:00 or thereabouts and

25   then take the objectors after lunch so that you will have

1    some feeling, some schedule as to how you can do it.

2         MR. NIZIALEK:   Your Honor, if I may, Phil

3    Nizialek.  Our time will be shared with Arch and Liberty

4    Mutual.

5         THE COURT:   That's the other thing that I wanted

6    to tell you all, I do think it's helpful if the objectors try

7    to coordinate so that you don't spend a lot of time telling

8    me the same thing over and over and over again.  It's a waste

9    of time and if you know one of your colleagues is going to

10   cover that, then you think about covering something else.  I

11   got it the first time, you don't need to tell me several

12   times for me to get it.

13        But let me talk with the objectors.  How do you all

14   feel  from the standpoint  --  first of all, who wants to

15   speak at the moment?

16        Let me tell you all this, that I am not advocating

17   that you speak.  I have read your material and I intend to

18   read it again.  So if you feel that you have said what you

19   need to say, that's fine.  Also, in these matters, it's not a

20   jury, it's a judge and so if in good faith you tell me that

21   you feel like I could profit from supplemental briefing, I

22   would keep it open.  I would be open at least to keeping the

23   hearing open for receipt of supplemental briefing.  You can't

24   anticipate everything in these matters until you see them and

25   hear them because of the nature of this type of proceeding,

1    particularly this one.

2         You know, oftentimes we're dealing with two or

3    three defendants and a number of plaintiffs, but this one we

4    have got a little unusual situation.  We have about a

5    thousand defendants and so it's a difficult thing to

6    coordinate all of that and for you to know it without having

7    heard it.  But we will get to that.

8         From the objectors' standpoint.

9         MR. BANDAS:  Your Honor, Chris Bandas.  In the

10   interest of time and speaking directly to the Court's

11   comments, we do have our position staked out, I think, very

12   well on paper.  We have had a lot of argument with Your Honor

13   about what we are attacking and what we're not attacking.

14        THE COURT:  Yes.

15        MR. BANDAS:  If Your Honor wants myself to address

16   any questions about the case law, I'm obviously happy to do

17   that.

18        THE COURT:  Sure.

19        MR. BANDAS:  But if we're clear, Your Honor, that

20   our objections or the basis thereof are before the Court and

21   on the record, I think we satisfied that issue for the Fifth

22   Circuit and I am happy not to speak, Your Honor, in the

23   interest of time.

24        THE COURT:  That's fine.  Potentially you might

25   want to respond or something of that sort and we will do a

1   supplemental.  But I don't want to necessarily encourage

2   that, the fact that I said it doesn't mean that you have to

3   give me another War and Peace novel to read.

4         MR. BANDAS:   I feel duly not encouraged, Your

5   Honor.  And if at the end of all of it the Court might allow

6   us five minutes to clean anything up that may have occurred?

7         THE COURT:   I will work it out.  Who else then?

8         MS. BURNTHORN:   Judge, Judy Burnthorn  --

9         THE COURT:   Wait.  Go ahead, Kevin.

10         MR. RISLEY:   I would like to ask for ten minutes

11   and hope we can give some of that back to you.

12         THE COURT:   That's objector for InEx.

13         MR. HERMAN:   Your Honor, may it please Your Honor,

14   I believe that's North River.

15         THE COURT:   I'm sorry.  I said InEx.  I meant

16   North River, Kevin, right.  All right, North River, ten

17   minutes.

18         Who else wants to speak from the objector

19   standpoint?

20         MS. BURNTHORN:   Judge, I'm Judy Burnthorn for

21   Landmark.  We're not objecting but we at the preliminary

22   approval stage addressed our status and there have been

23   amendments since then.

24         THE COURT:   Yes.

25         MS. BURNTHORN:   We asked for ten minutes in our

1   letter to you but we can do it in five.

2           THE COURT:   Okay.  Have you coordinated with the

3   parties because that seems like just something that nobody

4   disagrees with?

5           MS. BURNTHORN:   We haven't done that but we will

6   try to do that and it might be down from five to zero.

7           THE COURT:   I think that that's just a logistic.

8           MR. LEVIN:   Your Honor, this is Levine.  We have

9   no problem with that, that could be done just on the record.

10          THE COURT:   That's fine.  Who else from an

11  objector standpoint would like to speak?  I only have 15

12  minutes for the objectors, is that what you are telling me,

13  or thereabouts.  If you need more, Kevin, you can take more.

14          MR. PIPES:   Your Honor, two people that filed

15  notices of intent to speak are not on the phone.

16          THE COURT:   Right.

17          MR. PIPES:   I don't know how you want to deal with

18  those.

19          THE COURT:   I asked everybody to be on the phone.

20  Mike Ryan, Mike is not on the line.

21          MR. LEVIN:   Your Honor, there may be an absence of

22  parties on the phone because some of the objectors probably

23  by the end of the day will withdraw their objection and by

24  the start of the hearing we will file a motion with the Court

25  to comport with 23:8.  But if the Court can approve the

1    dismissal of the objectors with the statement that no payment

2    has been made.

3              THE COURT:   Right.  Okay.

4              MR. HERMAN:   Your Honor and Arnie, those potential

5    objectors who aren't on the phone are Mr. Ryan, the Durkee

6    Milstein and WCI.

7              MR. PIPES:   Actually, WCI is not an objector.  I

8    think they were just going to speak as to certain agreements

9    with others as to how opt-outs are treated.

10             THE COURT:   Let's see where we are.  We may have

11   to get together again on the morning of the hearing but I

12   just want y'all to know that my thinking is that we ought to

13   be able to finish at least the oral presentations relatively

14   early if we don't have the objectors.  And I will talk with

15   you about supplements and keeping the record open if that's

16   something that anybody has any interest in.

17             I want to get the whole picture, that's the whole

18   purpose of the Fairness Hearing.  I don't see this from the

19   Court's standpoint as an advocate situation.  It's an

20   opportunity for me to flesh out any questions that I might

21   have resulting from your briefs or resulting from the point

22   that you make and give you an opportunity to respond to them.

23             MR. HERMAN:   Your Honor, if I might, does Your

24   Honor contemplate having our regular status conference before

25   this?

1    THE COURT:  Yes, I was hoping to start the status

2    conference about 8:00 o'clock or thereabouts and see if we

3    can finish.

4        One think while you are here, most of you with the

5    exception of the objectors may not have an interest in this,

6    but in the regular meeting I have some motions.  Dorothy, you

7    have any of that?

8        MR. DAVIS: No.  There are two motions.  I believe

9    one of them is approval of one of the settlements and I can't

10   remember  --  RCR.

11       MR. LEVIN:  Your Honor, it's difficult for us to

12   hear things but I think that one of the motions that I am

13   particularly interested in to grant, to request the Court to

14   grant preliminary approval to the Virginia settlements and

15   there have been no objections, no briefs filed in opposition

16   to that so it's just a matter of setting forth the schedule

17   for notice, et cetera.

18       THE COURT:  Right.

19       MR. DAVIS:  There's one other  --  probably I will

20   ask for a delay of about two weeks because as of yesterday we

21   believe we have another settlement and we will just fit that

22   in with the existing settlements before you, sir.

23       MR. PIPES:  And there's one other that I can't

24   recall off the top of my head, but other than that there's

25   nothing on the status.

1      THE COURT:   We will have to see how that works,

2  but hopefully I can get finished that and then we will start

3  at 9:00 o'clock.

4      MR. LEVIN:   The other thing, Your Honor, is we had

5  difficulty hearing Mr. Bandas.  How much time does he want?

6      THE COURT:   Mr. Bandas said that he doesn't

7  anticipate needing to speak.  He's written some very thorough

8  papers and if he does, or if I have any questions he's

9  available and will be able to speak.  If he does need some

10  time, he will speak about five minutes or thereabouts.  But

11  he is comfortable with what he has written, as I read what he

12  says.

13      MR. BANDAS:   That's correct, Your Honor.

14      THE COURT:   Okay.

15      MR. HERMAN:   Your Honor, just one other question.

16  Do you want the liaison counsel and the usual group in at

17  8:00 or 8:30, or how does Your Honor feel?

18      THE CLERK:   We are on schedule for liaison counsel

19  at 8:00 and the regular status at 8:30.

20      THE COURT:   Let's see if we can push that a little

21  bit.  I will meet with the liaison counsel at 8:00, but if we

22  can finish up we may start a little earlier than 8:30 so I

23  can get finished with it.  So let's set the regular

24  conference, we will try to start it at 8:15 or thereabouts so

25  I can get it.  I want to get to you all.  Depending upon how

 1    many people are on the phone I may have to delay 'til 8:30

 2    because that's when I said, but we'll see.

 3              MR. PIPES:   Your Honor, we will try and streamline

 4    the conference.  All of the non-reports we will try and take

 5    out on the front end.

 6              THE COURT:   Okay.

 7              MS. WIMBERLY:   Your Honor, is there a call in

 8    number for people to listen to the Fairness Hearing?

 9              THE COURT:   The problem that we had with that is

10    that I originally was just going to keep the line open.  The

11    problem is that ATT said something about 20, 35, $40,000 to

12    keep it open that long.  So that's a hard one when we don't

13    know whether we're going off the cliff in the federal system

14    or not.  We're starting to talk about no jury trials for the

15    first three months here and whatever we can do.  So it was

16    hard for me to sign off on a 35,000 dollar bill.  So in

17    answer to you, Dorothy, I anticipate hanging up at the end of

18    the conference.  I didn't put out a number.

19              MR. PIPES:   We will let everyone know, Your Honor,

20    if they want to hear it they should come.

21              THE COURT:   Yes.

22              MR. HERMAN:   I am glad, Minor, you have taken that

23    burden on yourself.

24              UNIDENTIFIED SPEAKER:  You can tweet to the world.

25              THE COURT:   Anything else I can help you all with

1    to help you with this presentation?  Anything you need, bells

2    and whistles that I can supply you?  I have got the overhead,

3    as you know.  And I have got the independent screens if

4    somebody wants to sit in the jury and watch, that's fine.  I

5    don't know of anything else but whatever you need you let me

6    know and I will try to get it for you.

7            All right.  We shouldn't have any problem.  I don't

8    know how many people are coming but the Marshals are aware

9    and they will be facilitating your entrance hopefully.  And I

10   don't have an overflow.  I didn't anticipate that many.  It's

11   not like a BP situation.  We do have a lot of interest in it

12   but I don't know whether it's going to be more than 100 or

13   thereabouts.

14           Okay, folks.  Well, I appreciate your work and I am

15   thankful that you have given me the briefs and that material.

16   I have read it already but I will be reading it over the

17   weekend and get ready again for you.  Thank you very much.

18       (End of proceedings.)

19

20

21

22

23

24

25

**REPORTER'S CERTIFICATE**


I, Arlene Movahed, Official Court Reporter, for the United States District Court for the Eastern District of Louisiana, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing is a full, true and correct transcript of proceedings had in the within-entitled and numbered cause on the date herein before set forth and I do further certify that the foregoing transcript has been prepared by me or under my direction.


<u>s/   Arlene Movahed</u>
ARLENE MOVAHED, CCR
Official Court Reporter
United States District Court
Eastern District of Louisiana