# WOLFE LAW GROUP

SCOTT G. WOLFE JR. (LA, WA, OR, CA, GA)
SETH J. SMILEY (LA, CA)
BRADLEY ALDRICH, OF COUNSEL (LA)
JASON STONE, OF COUNSEL (WA, MT)
SEAN P. SULLIVAN, OF COUNSEL (LA)

LOUISIANA
WASHINGTON
OREGON
CALIFORNIA
GEORGIA

REPLY TO:
4821 PRYTANIA STREET
NEW ORLEANS, LA 70115
PHONE: (504) 894-9653
FAX: (866) 761-8934

January 23, 2013

To: Russ Herman
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70170
Fax: (504) 561-6024

Re: *In re: Chinese Manufactured Drywall Products Liability Litigation*
*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Lyd., et al.,* 12-0498

**SENT VIA FACSIMILE & U.S. MAIL**

Dear Russ and Lenny:

My clients, Jennifer Caminita and Pete Nieto, authorize the attorneys of Herman, Herman & Katz, LLC, to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant, Barney Core, in the above matter, and in all other matters, reserving their rights and claims against any and all other defendants therein.

Best Regards,
WOLFE LAW GROUP, L.L.C.

Sean P. Sullivan

SPS/sps