UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

    Considering the Motion for Expedited Hearing on the Plaintiffs' Steering Committee's Fourth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (For Expenses);

    IT IS ORDERED that a the Plaintiffs' Steering Committee's Fourth Motion for Disbursement of Funds From the MDL 2047 PSC Shared Costs Fund (For Expenses) [Rec. Doc. 16506] shall be submitted on an expedited basis on the 1st day of February, 2013, at 9 o'clock o'clock a.m. without oral argument.

    IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the 30th day of January, 2013.

    New Orleans, Louisiana, this 24th day of January, 2013.

                                                    Honorable Eldon E. Fallon
                                                  U.S. District Court Judge