UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>Richard and Constance Almeroth, et al., individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., et al.;<br><br>(EDLA No. 12-0498)<br><br>            Defendants. | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER:**
**(CONDITIONALLY DISMISSING DEFENDANT ANTIONETA TORRES AND RECOMMENDING VOLUNTARY DEPOSIT PROCEDURE TO REIMBURSE COMMON BENEFIT COUNSEL)**

Upon consideration of the Motion for an Order (1) conditionally dismissing Defendant Antioneta Torres and (2) recommending voluntary deposit procedure to reimburse common benefit counsel, brought pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby, ORDERED, ADJUDGED AND DECREED that the claims against Defendant Antioneta Torres ("Torres") in MDL 2047 shall be conditionally dismissed, pending review and approval of the settlement between twenty-nine[1] Plaintiffs and Torres and the ultimate dismissal of Torres from

---

[1] Twenty-nine Plaintiffs have agreed to settle with Torres before the Circuit Court for the City of Norfolk in Virginia. Two of these Plaintiffs (Anton & Melissa Riedl and Tadarreio & Mattea Atkins) filed claims against Torres in the above captioned Omnibus Class Action Complaint (XIII), MDL 2047.

state court actions currently pending before Judge Mary Jane Hall of the Circuit Court for the City of Norfolk in Virginia. Upon dismissal of these Plaintiffs from the Virginia litigation, Plaintiffs Counsel shall promptly present to the Clerk the dismissals in the Virginia litigation that are the condition precedent to their dismissal from MDL 2047.

Further, consistent with state-federal court coordination of Chinese Drywall litigation, this Court hereby RECOMMENDS that the Circuit Court for the City of Norfolk allow Plaintiffs to set aside an amount equal to seventeen percent (17%) (consisting of 12% for common benefit Attorneys Fees and 5% for common benefit costs) of the settlement proceeds to reimburse the Plaintiffs Steering Committee ("PSC") and Common Benefit Counsel, and cap total Attorneys Fees to be paid by Plaintiffs at 32%.

New Orleans, Louisiana, this 24th day of _____January_____, 2013.

_____
ELDON E. FALLON
United States District Court Judge