UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL : <br> PRODUCT LIABILITY LITIGATION : | MDL NO. 2047, SECTION: L |
| THIS DOCUMENT RELATES TO : <br> : | JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| Lien Mai : <br> CASE NO.: 09-3422 (Lien Mai, *et. al*) : | |

## NOTICE OF DISPOSAL OF EVIDENCE

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Lien Mai hereby gives notice of her intention to dispose of the physical evidence that she was previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Lien Mai by contacting: Mekel Alvarez, Esq. by telephone at 504-599-3385 or by email at malvarez@morrisbart.com. Upon the expiration of the thirty (30) day period, Lien Mai may dispose of such physical evidence.

January 25, 2013

Respectfully Submitted:

_/s/ Mekel A. Alvarez/_
Mekel S. Alvarez (LA Bar Roll 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504.599.3385
Facsimile:    504-599.3392
Email: malvarez@morrisbart.com

Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

**CERTIFICATE OF SERVICE**

A copy of this pleading has been served on all counsel on this 25 day of January, 2013 via LexisNexis File & Serve.

_____
Mekel S. Alvarez