UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * * * * * | MAG. DIV. "2" MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF REQUEST FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927

**NOW INTO COURT**, through undersigned counsel, comes defendant, Universal Construction Company, Inc. ("Universal"), and moves for leave to file the accompanying Reply Memorandum in Further Support of Request for Sanctions Pursuant to 28 U.S.C. § 1927 in response to the Plaintiffs' Steering Committee's ("PSC") Opposition to Universal Construction Company, Inc.'s Motion to Set Aside Preliminary Default Judgment and Request for Sanctions Pursuant to 28 U.S.C. § 1927, filed January 22, 2013, [R. Doc. 16529]. The attached Reply Memorandum is necessary to address the PSC's Opposition and discussion therein of a late amendment to the entry of preliminary default against Universal, and demonstrate why sanctions against plaintiffs' counsel remain appropriate under 28 U.S.C. § 1927.

**WHEREFORE**, for the foregoing reasons, defendant, Universal Construction Company, Inc., respectfully requests that the Court grant it leave to file the attached Reply Memorandum in Further Support of Request for Sanctions Pursuant to 28 U.S.C. § 1927.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**

By: ___s/Laura E. Carlisle_____
STEVEN F. GRIFFITH, JR. (27232)
LAURA E. CARLISLE (33760)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
TELEPHONE:  (504) 566-5200
FACSIMILE:  (504) 636-4000
sgriffith@bakerdonelson.com
lcarlisle@bakerdonelson.com

**ATTORNEYS FOR UNIVERSAL
CONSTRUCTION COMPANY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of January, 2013, the above and foregoing Motion for Leave to Reply Memorandum in Further Support of Request for Sanctions Pursuant to 28 U.S.C. § 1927 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                        *s/Laura E. Carlisle*
                                                      LAURA E. CARLISLE