UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| *Abreu v. Gebrueder Knauf Verwaltungsgesellschaft, KG et al.* Case No. 2:11-cv-00252-EEF-JCW (E.D.La.) | * * * * * | MAG. DIV. "2" MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

The foregoing Motion by defendant, Universal Construction Company, Inc., for Leave to File Reply Memorandum in Further Support of Request for Sanctions Pursuant to 28 U.S.C. § 1927 ("Motion") having been duly considered, and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion by defendant, Universal Construction Company, Inc., should be and the same hereby is **GRANTED**.

New Orleans, Louisiana, on this the _____ day of January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE