# COURT RECORD LOAN FORM
## U.S. DISTRICT COURT
*This portion remains with Court Records*

No. **09-2047** c/w **09-6687** Short Title **Chinese-Manufactured** Date **1-25-13**

To: **Rick Stanley, Stanley Ructer**
Name
Address: **909 Poydras 25th Floor**
**Thomas Owen**
City: **New Orleans** State: **LA**

Documents Enclosed: **Suppl #9**
☑ Record Vols: **33**
☑ Transcripts **78**
☐ Exhibits ☐ Env.
☐ Box:
☐ Supp. Record Vols.
☐ Second Supp. Record Vols.

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

Complete the area below and return this form along with the documents to 5th Circuit.

**Attorney Return:**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 25 2013
LORETTA G. WHYTE
CLERK

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐
Records listed above are returned to Clerk
ATTORNEY NAME
DATE

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____ Short Title_____

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐
Records listed above have been received by Clerk
NAME
DATE

EASTERN DISTRICT OF LOUISIANA

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐
Records listed above have been forwarded to:
ATTORNEY NAME
ADDRESS
CITY, STATE, ZIP
SIGNED
DATE

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____ Short Title_____

TO: CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

☐ Record Vols.
☐ Supp. Record Vols.
☐ Exhibits ☐
Case records listed above received by:
JUDGE/ATTY NAME
DATE