UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.)<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

> *Silva, et al. v. Arch Insurance Company, et al.*
> Case No. 09-08034 (E.D. La.)
>
> *Amato, et al. v. Liberty Mutual Ins. Co.*
> Case No. 2:10-cv-00932 (E.D. La.)
>
> *Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
> Case No. 2:11-080 (E.D. La)
>
> *Hernandez, et al. v. AAA Insurance, et al.*
> Case No. 2:10-cv-03070 (E.D. La.)
>
> *Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
> Case No. 2:11-cv-01077 (E.D. La.)

## STATE COURT PLAINTIFFS USO NORGE WHITNEY, LLC AND THE WHITNEY CONDOMINIUM ASSOCIATION, INC.'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Plaintiffs, USO NORGE WHITNEY, LLC ("USO") and THE WHITNEY CONDOMINIUM ASSOCIATION, INC. (the "Association")(together, "Plaintiffs"), in the case styled: <u>USO NORGE WHITNEY, LLC and THE WHITNEY CONDOMINIUM ASSOCIATION, INC. v. BOVIS LEND LEASE, INC. et al.</u>, now pending under Case No. 2010 CA 026423 XXXX MB AA in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (the "State Court Action"), hereby move the Court for approval of a settlement agreement reached in the State Court Action. In support of this Motion, Plaintiffs state as follows:

1. USO is the owner of 141 units of The Whitney Condominium in West Palm Beach, Florida (the "Condominium").

2. The Condominium consists of one building having a total of 210 individual units.

3. The Association is a Florida not-for-profit corporation that was organized as a condominium association pursuant to Florida Statutes Chapter 718.

4. On or about October 19, 2010, Plaintiffs filed the State Court Action to recover damages for alleged defects in the design and construction of the Condominium.

5. Unit owners of the Condominium are class members under the Banner, Knauf and Global Settlement Agreements, currently pending in this multi-district proceeding (the "MDL Settlement Agreements").

6. Following a lengthy mediation, and negotiations that continued for almost two months following mediation, the parties to the State Court Action entered into a written settlement agreement to resolve the issues between them (the "Whitney Settlement Agreement"). A true and correct copy of the Whitney Settlement Agreement, without exhibits, is attached hereto as **Exhibit "A."**

7. The Whitney Settlement Agreement provides for monetary recovery by Plaintiffs, and provides that unit owners of the Condominium will be entitled to make claims for other benefits provided for in the MDL Settlement Agreements. Additionally, the Whitney Settlement Agreement incorporates construction documents related to the planned remediation of the Condominium.

8. The Whitney Settlement Agreement is contingent upon this Court's approval of it, as well as this Court's approval of the MDL Settlement Agreements.

9. Because the parties have reached a satisfactory settlement that provides for compensation to the unit owners and for the remediation of the Condominium, the Plaintiffs respectfully request that the Whitney Settlement Agreement be approved by this Court.

WHEREFORE, Plaintiffs, USO NORGE WHITNEY, LLC and THE WHITNEY CONDOMINIUM ASSOCIATION, INC., respectfully request the Court enter an Order

approving the Whitney Settlement Agreement, and for such other and further relief as the Court deems just and proper.

This Motion for Approval of Settlement Agreement is being filed by Plaintiffs' Liaison Counsel as a courtesy to Plaintiffs.

Respectfully submitted,

Dated: January 30, 2013

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Jeremy S. Epstein, Esquire (Bar No. 32135)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2013.

/s/ Leonard A. Davis

ORLDOCS 12721885 1