# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 2:10-cv-00361 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-cv-00252 (E.D. La.)**<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>**Case No. 2:09-cv-04117 (E.D. La.)**<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>**Case No. 09-08030 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

*Silva, et al. v. Arch Insurance Company, et al.*
**Case No. 09-08034 (E.D. La.)**

*Amato, et al. v. Liberty Mutual Ins. Co.*
**Case No. 2:10-cv-00932 (E.D. La.)**

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-080 (E.D. La)**

*Hernandez, et al. v. AAA Insurance, et al.*
**Case No. 2:10-cv-03070 (E.D. La.)**

*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
**Case No. 2:11-cv-01077 (E.D. La.)**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiffs' Liaison Counsel, on behalf of state court Plaintiffs, USO NORGE WHITNEY, LLC and THE WHITNEY CONDOMINIUM ASSOCIATION, INC. (together, "Plaintiffs") in the case styled: <u>USO NORGE WHITNEY, LLC and THE WHITNEY CONDOMINIUM ASSOCIATION, INC. v. BOVIS LEND LEASE, INC. et al.</u>, now pending under Case No. 2010 CA 026423 XXXX MB AA in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, will submit the Motion for Approval of Settlement Agreement at 9:00 a.m. central time on February 20, 2013 at the United States District Court for the Eastern District of Louisiana.

This Notice of Submission is being filed by Plaintiffs' Liaison Counsel as a courtesy to Plaintiffs.

Dated: January 30, 2013

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)

Stephen J. Herman, Esquire (Bar No. 23129)<br>
Jeremy S. Epstein, Esquire (Bar No. 32135)<br>
HERMAN, HERMAN & KATZ, LLC<br>
820 O'Keefe Avenue<br>
New Orleans, Louisiana 70113<br>
Phone: (504) 581-4892<br>
Fax: (504) 561-6024<br>
Ldavis@hhklawfirm.com<br>
*Plaintiffs' Liaison Counsel*<br>
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of January, 2013.

                                                  /s/ Leonard A. Davis