UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE- MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON

MAGISTRATE
JUDGE WILKINSON

*********************************************
THIS DOCUMENT RELATES TO:

DAVID GROSS, ET AL. vs. KNAUF GIPS KG, ET AL. Case No. 09-6690

## MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

NOW INTO COURT, through undersigned counsel, comes Venture Supply. Inc., who moves this court to substitute **Brett M. Bollinger** and Zaunbrecher Treadaway, LLC as counsel for Venture Supply. Inc, and withdraw Mark W. Verret, Jeffrey S. Valliere, Dax C. Foster, and Allen & Gooch as counsel for Venture Supply. Inc.  The new contact information for **Brett M. Bollinger** is as follows:

**Brett M. Bollinger**
Zaunbrecher Treadaway, LLC
226 East Gibson Street
Covington, Louisiana 70433
Phone: 504-833-7300
Fax: 985-871-8788
brett@ztlalaw.com

Defendants request that all notices or other information in this case be directed to Brett M. Bollinger at the firm and address noted above. Mark C. Nanavati, Kenneth Hardt, and Sinnott, Nuckols & Logan, P.C. will also remain as co-counsel for Venture Supply. Inc.

Respectfully submitted,

**ZAUNBRECHER TREADAWAY, LLC**

  /s/ Brett M. Bollinger
BRETT M. BOLLINGER (#24303)
226 E. Gibson Street
Covington, Louisiana 70433
Telephone: (985) 871-8787
Telefax: (985) 871-8788
E-mail: brett@ztlalaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by electronic delivery, hand delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 30th day of January, 2013.

  /s/ Brett M. Bollinger