UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL | MDL NO. 09-2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION L<br>JUDGE FALLON |
| | MAGISTRATE<br>JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

**KENNETH WILTZ, ET AL. vs. BEIJING NEW MATERIALS, ET AL. Case No. 10-361**

**SEAN PAYTON, ET AL. vs. KNAUF GIPS, KG, ET AL. Case No. 09-7628**

**AMATO, ET AL. vs. BEIJING NEW MATERIALS, ET AL. Case No. 10-932**

**ABEL, ET AL. vs. TAISHAN GYPSUM CO. Case No. 11-80**

**HAYA, ET AL. vs. TAISHAN GYPSUM CO. Case No. 11-1077**

**ALMEROTH, ET AL. vs. TAISHAN GYPSUM CO. Case No. 12-498**

## MOTION TO SUBSTITUTE AND WITHDRAW COUNSEL

NOW INTO COURT, through undersigned counsel, come Venture Supply. Inc., and the Porter Blaine Company who move this court to substitute **Brett M. Bollinger** and Zaunbrecher Treadaway, LLC as counsel for Venture Supply. Inc. and the Porter Blaine

Company, and withdraw Mark W. Verret, Jeffrey S. Valliere, Dax C. Foster, and Allen & Gooch as counsel for Venture Supply. Inc. and the Porter Blaine Company.  The new contact information for **Brett M. Bollinger** is as follows:

**Brett M. Bollinger**
**Zaunbrecher Treadaway, LLC**
**226 East Gibson Street**
**Covington, Louisiana 70433**
**Phone: 504-833-7300**
**Fax: 985-871-8788**
brett@ztlalaw.com

Defendants request that all notices or other information in this case be directed to Brett M. Bollinger at the firm and address noted above.  Mark C. Nanavati, Kenneth Hardt, and Sinnott, Nuckols & Logan, P.C. will also remain as co-counsel for Venture Supply. Inc. and the Porter Blaine Company.

Respectfully submitted,

**ZAUNBRECHER TREADAWAY, LLC**

  /s/ Brett M. Bollinger
BRETT M. BOLLINGER (#24303)
226 E. Gibson Street
Covington, Louisiana 70433
Telephone: (985) 871-8787
Telefax: (985) 871-8788
E-mail: brett@ztlalaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by electronic delivery, hand delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 30th day of January, 2013.**

  /s/ Brett M. Bollinger