**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**


**IN RE: CHINESE- MANUFACTURED DRYWALL**

**PRODUCTS LIABILITY LITIGATION**

**MDL NO. 09-2047**

**SECTION L
JUDGE FALLON**

**MAGISTRATE
JUDGE WILKINSON**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT RELATES TO:**

**KENNETH WILTZ, ET AL. vs. BEIJING NEW MATERIALS, ET AL.
Case No. 10-361**

**SEAN PAYTON, ET AL. vs. KNAUF GIPS, KG, ET AL. Case No. 09-7628**

**AMATO, ET AL. vs. BEIJING NEW MATERIALS, ET AL. Case No. 10-932**

**ABEL, ET AL. vs. TAISHAN GYPSUM CO. Case No. 11-80**

**HAYA, ET AL. vs. TAISHAN GYPSUM CO. Case No. 11-1077**

**ALMEROTH, ET AL. vs. TAISHAN GYPSUM CO. Case No. 12-498**

---

**<u>ORDER</u>**

Considering the above and foregoing Motion to Substitute and Withdraw Counsel,

**IT IS HEREBY ORDERED** that Brett M. Bollinger and Zaunbrecher Treadaway, LLC be, and hereby are, substituted as counsel for Venture Supply. Inc. and

the Porter Blaine Company and Mark W. Verret, Jeffrey S. Valliere, Dax C. Foster, and

Allen & Gooch are hereby withdrawn as counsel for Venture Supply. Inc. and the Porter

Blaine Company  Mark C. Nanavati, Kenneth Hardt, and Sinnott, Nuckols & Logan, P.C.

will also remain as co-counsel for Venture Supply. Inc. and the Porter Blaine Company.

New Orleans, Louisiana this _____ day of _____, 2013.


_____
JUDGE