UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Sean and Beth Payton, et al. v. Knauf Gips GK, et al., Case No. 09-7628<br><br>Richard and Constance Almeroth, et al., v. Taishan Gypsum Co., et al, Case No. 12-0498 | |

## PLAINTIFF DANIEL D'LOUGHY'S NOTICE OF REMEDIATION

NOTICE IS HEREBY given that the property located 9424 Scarborough Court, Port St. Lucie, Florida 34986, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this notice. Plaintiff alleges that the property contains drywall manufactured by Knauf Plasterboard Tianjin and Taishan. The drywall was supplied by Banner Supply and installed by Ocean Coast Drywall. The Builder is Richard Jones Construction Company.

Dated: February 1, 2013                Respectfully submitted,

/s/ Allison Grant
Allison Grant, Esquire (Fla. Bar No. 858330)
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Remediation has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of February, 2013.

<u>/s/ Allison Grant</u>
Allison Grant, Esquire
Fla. Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com