UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

ELEVENTH SUPPLEMENTAL NOTICE OF FILING BY
CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

A.  **Rescissions of Opt-Outs**–See attached chart and Exhibit A

Respectfully submitted,

Dated: February 1, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of February, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|    | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|----|------------|----------|------------|
|    | **RESCISSIONS** |  |  |
| 1. | 1st Choice Construction, Inc. | Hinshaw & Culberston | Banner |
| 2. | Advantage Builders of America d/b/a Advantage Builders of SW Florida | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 3. | AHS Construction Group, Inc. | Hinshaw & Culberston | Banner |
| 4. | Alvian Homes, Inc. d/b/a Stones & More | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 5. | American Gallery Development, LLC | Hinshaw & Culberston | Banner |
| 6. | Amerisouth, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 7. | ARM Structural, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 8. | Associated Builders and Developers, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 9. | Avalon Building Corporation of Tampa Bay | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 10. | Barony Homes, Inc. | Hinshaw & Culberston | Banner |
| 11. | Baywood Construction, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 12. | Bender Construction & Development | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 13. | Central Florida Finishers, Inc. | Hinshaw & Culberston | Banner |
| 14. | Chabot Enterprises, Inc. | Hinshaw & Culberston | Banner |
| 15. | CL Architects & Contractors | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 16. | CM Duncan Contracting, Inc. | Hinshaw & Culberston | Banner |
| 17. | Cloutier Brother, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 18. | Coastal Construction of South Florida, Inc. | Mintzer, Sarowitz, Zeris<br>Brian Eves | Banner |
| 19. | Cothern Construction Company, Inc. | Leo H. Meirose, Jr.<br>Meirose & Friscia, P.A. | Banner |
| 20. | Danal Homes Development | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 21. | Diversified General | Krebs, Farley & | Banner |

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  | Contractors, Inc. | Pelleteri<br><br>Charles Long |  |
| 22. | duPont Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 23. | Eastern Construction Group | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 24. | Eastmond Enterprises, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 25. | Freemar Homes, Inc. | Hinshaw & Culberston | Banner |
| 26. | G. Drywall Corp. | Hinshaw & Culberston | Banner |
| 27. | Gold Coast Homes of S.W. Florida, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 28. | Grand Harbour Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 29. | Gregan Construction, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 30. | Groenwold, Doreen & Hugh Johnson | C. David Durkee Roberts & Durkee | Global |
| 31. | Groff Construction, Inc. | Hinshaw & Culberston | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 32. | Grove Hammock Investments, Inc. | Hinshaw & Culberston | Banner |
| 33. | Gulfstream Development Group, Inc. | Hinshaw & Culberston | Banner |
| 34. | Hammer Commercial Services | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 35. | Hanover Homes, Inc. | Hinshaw & Culberston | Banner |
| 36. | Hansen Homes of South Florida, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 37. | Harbor Springs Construction and Development, LLC | Hinshaw & Culberston | Banner |
| 38. | Heights Properties, LLC | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 39. | Innovative Custom Builders, Inc. | Hinshaw & Culberston | Banner |
| 40. | Island Coast Drywall & Stucco, Inc. | Hinshaw & Culberston | Banner |
| 41. | J. Cherry & Sons, Inc. | Hinshaw & Culberston | Banner |
| 42. | J.S.D. Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 43. | Katz, Rebecca | C. David Durkee Roberts & Durkee | Banner, Global |

|     | **PLAINTIFFS**                          | **ATTORNEY**                              | **SETTLEMENT**            |
| --- | --------------------------------------- | ----------------------------------------- | ------------------------- |
| 44. | Kirby, Nina                             | C. David Durkee Roberts & Durkee          | Banner, Knauf, Global     |
| 45. | KT Drywall, Inc.                        | Hinshaw & Culberston                      | Banner                    |
| 46. | Levy, Karen and Jeffrey                 | Trenam Kemker Patrick J. Poff             | Banner and Global         |
| 47. | Littles Construction of Central Florida, Inc. | Krebs, Farley & Pelleteri  Charles Long | Banner                    |
| 48. | LTL Construction                        | Krebs, Farley & Pelleteri  Charles Long   | Banner                    |
| 49. | MACC Construction, Inc.                 | Krebs, Farley & Pelleteri  Charles Long   | Banner                    |
| 50. | MacGlen Builders, Inc.                  | Hinshaw & Culberston                      | Banner                    |
| 51. | Mandalay Homes, Inc.                    | Krebs, Farley & Pelleteri  Charles Long   | Banner                    |
| 52. | Mastercraft Homes, LLC                  | Krebs, Farley & Pelleteri  Charles Long   | Banner                    |
| 53. | Medallion Homes Gulf Coast, Inc.        | Krebs, Farley & Pelleteri  Charles Long   | Banner                    |
| 54. | Mercado Enterprises, Inc.               | Hinshaw & Culberston                      | Banner                    |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
| 55. | Metropolitan Design Group, Inc. | Hinshaw & Culberston | Banner |
| 56. | MGB Construction, Inc. | Hinshaw & Culberston | Banner |
| 57. | Modern Construction Group, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 58. | MSC of NWF, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 59. | New Millennium Builders | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 60. | O'Key Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 61. | Oyster Bay Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 62. | Pats Construction | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 63. | Portofino Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 64. | R. Mossel Construction, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 65. | Radd Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 66. | Ramos Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 67. | RFC Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 68. | Richard Jones Construction | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 69. | Skyline Systems, Inc. | Ferencik, Libanoff, et. al.<br>Sandra Kennedy | Banner |
| 70. | Solid Construction of the Gulf Coast, Inc. | Hinshaw & Culberston | Banner |
| 71. | South Kendall Construction, Inc. | Hinshaw & Culberston | Banner |
| 72. | Steven Sweet Drywall, LLC | Hinshaw & Culberston | Banner |
| 73. | Suntree Homes, Inc. | Hinshaw & Culberston | Banner |
| 74. | Triple Crown Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 75. | T&T Enterprises of SW Florida, Inc. | Hinshaw & Culberston | Banner |
| 76. | United Dream Builders, Inc. | Krebs, Farley & Pelleteri | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|------------|----------|------------|
|     |            | Charles Long |        |
| 77. | United Homes International, Inc. | Hinshaw & Culberston | Banner |
| 78. | V & I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. | Hinshaw & Culberston | Banner |
| 79. | Villa Homes Development d/b/a Villa Homes of SW Florida | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 80. | Vizcaya Custom Homes | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 81. | Volion, Richard and Ursula | C. David Durkee Roberts & Durkee | Banner |
| 82. | Waterways Joint Venture, IV, LLC | Hinshaw & Culberston | Banner |
| 83. | WB Construction, Inc. | Hinshaw & Culberston | Banner |
| 84. | White, Jill | C. David Durkee Roberts & Durkee | Banner, Knauf, Global |
| 85. | Windship Homes of Florida, Inc. | Hinshaw & Culberston | Banner |
| 86. | Wyman Stokes Builder, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |