UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL    )   MDL No. 2047
                                        )
                                        )   SECTION:  L
                                        )
**THIS DOCUMENT RELATES TO ALL CASES**  )   JUDGE FALLON
                                        )   MAG. JUDGE WILKINSON
                                        )

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
## BY DAVID AND MARY CHEERAN

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, David and Mary Cheeran hereby give notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to David and Mary Cheeran by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, David and Mary Cheeran may dispose of such physical evidence.

Dated: February 1, 2013.

        Respectfully submitted,

        */s/ Michael J. Ryan*
        Michael J. Ryan
        Florida Bar No. 975990
        Krupnick, Campbell, Malone, Buser, Slama,
        Hancock, Liberman & McKee, P.A.
        Attorneys for Plaintiff
        12 S.E. 7 Street, Suite 801
        Ft. Lauderdale, FL  33301
        (954) 763-8181
        FAX (954) 763-8292
        mryan@krupnicklaw.com
        pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA  70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this    1st       day of  February, 2013.

                                                     */s/ Michael J. Ryan*
                                                     Michael J. Ryan
                                                     Florida Bar No. 975990
                                                     Krupnick, Campbell, Malone, Buser, Slama,
                                                     Hancock, Liberman & McKee, P.A.
                                                     Attorneys for Plaintiff
                                                     12 S.E. 7 Street, Suite 801
                                                     Ft. Lauderdale, FL  33301
                                                     (954) 763-8181
                                                     FAX (954) 763-8292
                                                     mryan@krupnicklaw.com
                                                     pleadings-mjr@krupnicklaw.com