UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE**
**BY PAUL AND PATRICIA ENGASSER**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Paul and Patricia Engasser hereby give notice of their intention to dispose of the physical evidence that they were previously preserving for all properties pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Paul and Patricia Engasser by contacting: Holly Werkema by telephone at (214) 521-3605 or by email at hwerkema@baronbudd.com.  Upon the expiration of the thirty (30) day period, Paul and Patricia Engasser may dispose of such physical evidence.

                                    Respectfully submitted,

Dated: February 1, 2013           /s/ Holly R. Werkema
                                    Holly R. Werkema
                                    Fla. Bar No. 71133
                                    Baron & Budd, P.C.
                                    3102 Oak Lawn Avenue, Suite 1100
                                    Dallas, Texas   75219
                                    Phone: (214) 521-3605
                                    Fax: (214) 520-1181
                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y. Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of February, 2013.

                                                    /s/ Holly R. Werkema
                                                    Holly R. Werkema
                                                    Fla. Bar No. 71133
                                                    Baron & Budd, P.C.
                                                    3102 Oak Lawn Avenue, Suite 1100
                                                    Dallas, Texas  75219
                                                    Phone: (214) 521-3605
                                                    Fax: (214) 520-1181
                                                    Attorney for Plaintiff