UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE- MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON

MAGISTRATE
JUDGE WILKINSON

******************************************
THIS DOCUMENT RELATES TO:

KENNETH WILTZ, ET AL. vs. BEIJING NEW MATERIALS, ET AL. Case No. 10-361

SEAN PAYTON, ET AL. vs. KNAUF GIPS, KG, ET AL. Case No. 09-7628

AMATO, ET AL. vs. BEIJING NEW MATERIALS, ET AL. Case No. 10-932

ABEL, ET AL. vs. TAISHAN GYPSUM CO. Case No. 11-80

HAYA, ET AL. vs. TAISHAN GYPSUM CO. Case No. 11-1077

ALMEROTH, ET AL. vs. TAISHAN GYPSUM CO. Case No. 12-498

## ORDER

Considering the above and foregoing Motion to Substitute and Withdraw Counsel,

**IT IS HEREBY ORDERED** that Brett M. Bollinger and Zaunbrecher Treadaway, LLC be, and hereby are, substituted as counsel for Venture Supply. Inc. and

the Porter Blaine Company and Mark W. Verret, Jeffrey S. Valliere, Dax C. Foster, and Allen & Gooch are hereby withdrawn as counsel for Venture Supply. Inc. and the Porter Blaine Company  Mark C. Nanavati, Kenneth Hardt, and Sinnott, Nuckols & Logan, P.C. will also remain as co-counsel for Venture Supply. Inc. and the Porter Blaine Company.

New Orleans, Louisiana this  4th  day of           February          , 2013.

_____
United States District Judge