UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE- MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION L
JUDGE FALLON

MAGISTRATE
JUDGE WILKINSON

******************************************
THIS DOCUMENT RELATES TO:

DAVID GROSS, ET AL. vs. KNAUF GIPS KG, ET AL. Case No. 09-6690

## ORDER

Considering the above and foregoing Motion to Substitute and Withdraw Counsel,

**IT IS HEREBY ORDERED** that Brett M. Bollinger and Zaunbrecher Treadaway, LLC be, and hereby are, substituted as counsel for Venture Supply. Inc. and Mark W. Verret, Jeffrey S. Valliere, Dax C. Foster, and Allen & Gooch are hereby withdrawn as counsel for Venture Supply. Inc.  Mark C. Nanavati, Kenneth Hardt, and Sinnott, Nuckols & Logan, P.C. will also remain as co-counsel for Venture Supply. Inc.

New Orleans, Louisiana this  4th  day of _____February_____, 2013.

_____
United States District Judge