UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2047, SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Jessie Vu CASE NO.: 09-3423 (Jessie Vu, *et al.*) | : : | |

## NOTICE OF DISPOSAL OF EVIDENCE

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Plaintiff, Jessie Vu, hereby gives notice of his intention to dispose of the physical evidence that he was previously preserving pursuant to the requirements of Pretrial Order No. 1(B). Any person or entity wishing to inspect this physical evidence must do so writing thirty (30) days of the date of this notice upon reasonable notice to Jessie Vu by contacting: Mekel Alvarez, Esq. by telephone at 504-599-3385, or by email at malvarez@morrisbart.com. Upon the expiration of the thirty (30) day period, Jessie Vu may dispose of such physical evidence.

February 4, 2013

Respectfully submitted,

/s/ Mekel S. Alvarez

Mekel S. Alvarez (La. Bar No.: 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504-599-3385
Facsimile:   504-599-3392
Email:  malvarez@morrisbart.com

Salvadore Christina, Jr. (La. Bar No.: 27198)
Becnel Law Firm
PO Drawer H
Reserve, LA 70084
Telephone:   985-536-1186
Facsimile:   985-536-6445
Email:  schristina@becnellaw.com

**CERTIFICATE OF SERVICE**

A copy of this pleading has been served on all counsel of interest this ___4___ day of February, 2013, via Lexis Express File & Serve.

_____
Mekel S. Alvarez