EXHIBIT "A"

LIST OF GLOBAL SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Adams | Marilyn and Richard | 5748 Staysail Court | Cape Coral | FL | 33914 |
| Alvarez Homes, Inc. Staggs, H. Bradley and Audrey L. | | 12217 Broadwater Loop | Thonotosassa | FL | 33592 |
| Alvarez Homes, Inc. | | 3125 Christopher Watch Lane | Ruskin | FL | 33570 |
| Arias | Martha | 8266 NW 124th Terrace | Parkland | FL | 33076 |
| Avner | Wendy and Brett | 18020 Via Bellamare Lane | Miramar Lakes | FL | 33913 |
| B4P Investments | | 185 SW 7th Street Apt. 3408 | Miami | FL | 33130 |
| Barker | John and Angela | 807 Shelton Beach Road #16 | Saraland | AL | 36571 |
| Barnes | Lonetta and Vashun | 807 Shelton Beach Road #13 | Saraland | AL | 36571 |
| Barreto Riera-Gomez | Rodney Eliseo | 1100 Valencia | Coral Gables | FL | 33134 |
| Blanco | Raphael | 185 SW 7th Street Apt. 2908 | Miami | FL | 33130 |
| Breland | Brandon, Christie and Anna | 807 Shelton Beach Road #32 | Saraland | AL | 36571 |
| Brewer | Danielle, Nicholas and Layla | 807 Shelton Beach Road #8 | Saraland | AL | 36571 |
| Burch | Joseph and Paula | 4670 County Road 200 | Danville | AL | 35619 |
| Burden Pruitt Kennedy | Jorina Edward Kenny and Devin | 807 Shelton Beach Road #31 | Saraland | AL | 36571 |
| Cacinelli | Sergio | 185 SW 7th Street Apt. 2712 | Miami | FL | 33130 |
| Carbone | Vincent & Kathleen | 20271 Chapel Trace | Estero | FL | 33928 |
| Cata Investments, LLC | | 185 SW 7th Street Apt. 2007 | Miami | FL | 33130 |
| Collins | Braxton and Kerrie | 10720 Highway 614 | Moss point | MS | 39562 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Connors Brothers Construction | | 12702 SW 26th Street | Davie | FL | 33325 |
| Connors Brothers Construction | | 12732 SW 26th Street | Davie | FL | 33325 |
| CRS Building Corp | | Harrison Ranch Community 5755 Harrison Ranch Boulevard | Bradenton | FL | 34219 |
| De Jesus | Anna Tataris and Roy | 4842 Tuscan Loon Drive | Tampa | FL | 33619 |
| DeBruin | James II and Candice | 501 Falcon Lake Drive | Friendswood | TX | 77546 |
| DR Horton | | 5707 Southwest Bald Eagle Drive | Palm City | FL | 34990 |
| DR Horton | | 5731 Southwest Bald Eagle Drive | Palm City | FL | 34990 |
| DR Horton | | 5766 Southwest Bald Eagle Drive | Palm City | FL | 34990 |
| Duke | Barry & Marlene | 20241 Chapel Trace | Estero | FL | 33928 |
| Echevarria | Joel and Moraina | 18611 SW 122nd Street | Miami | FL | 33196 |
| Echeverri | Monica | 1481 SW 145th Place | Miami | FL | 38184 |
| Etter | Steven and Cathy | 18894 SE Jupiter Inlet Way | Tequesta | FL | 33469 |
| Farley | Raymond and Amelia | 3756 Summerwind Circle | Bradenton | FL | 34209 |
| Fincher | Nathan and Megan | 1700 County Road 3949 | Arley | AL | 35541 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Finger | Simon and Rebecca | 1844 State Street | New Orleans | LA | 70115 |
| First Baptist Church of Seminole, Alabama | | 32619 Browns Landing Road | Seminole | AL | 36574 |
| George<br>Maddux | Barbara and William<br>Cheryl | 16158 Caldera Lane | Naples | FL | 34110 |
| Haas | Albert Fox and Anne Stokes | 62 Marston Lane | Mobile | AL | 36608 |
| Hall<br>Lofton<br>Middleton<br>Reed | Laura, Taylor and Olivia<br>Clarence and Hattie<br>Troy<br>Clyde Stanley | 807 Shelton Beach Road # 33 | Saraland | AL | 36571 |
| Hamburg | Richard | 2421 NE 65th Street #217 | Ft. Lauderdale | FL | 33308 |
| Hamburg | Richard | 2421 NE 65th Street #603 | Ft. Lauderdale | FL | 33308 |
| Hansen | Carrie and Curt | 25 Quail Ridge Lane | McHenry | MS | 39561 |
| Herrington | Jason and Cassie | 26975 Old Americus Road | Lucedale | MS | 39452 |
| Holifield | Kenta and Laurie | 87 Red Holifield Road | Laurel | MS | 39443 |
| Holt | Angela Taylor | 807 Shelton Beach Road #18 | Saraland | AL | 36571 |
| ISA Holdings, LLC | | 185 SW 7th Street Apt. 2201 | Miami | FL | 33130 |
| ISA Holdings, LLC | | 185 SW 7th Street Apt. 3412 | Miami | FL | 33130 |
| Jagdeosingh | Adrian and Kerry | 12887 Equestrian Trail | Davie | FL | 33330 |
| James | Rob and Jessica | 690 Poplar Springs Road | Newton | MS | 39345 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Kano | Samuel | 185 SW 7th Street Apt. 3107 | Miami | FL | 33130 |
| Kano | Samuel | 185 SW 7th Street Apt. 3309 | Miami | FL | 33130 |
| Kuhn | Jason | 1901 S. Oakmont St | Tampa | FL | 33629 |
| Ladner | Kerman | 522 2nd Street | Gulfport | MS | 39507 |
| Latitude 1409, LLC | | 185 SW 7th Street Apt. 1803 | Miami | FL | 33130 |
| Latitude 1409, LLC | | 185 SW 7th Street Apt. 2303 | Miami | FL | 33130 |
| Latitude 1409, LLC | | 185 SW 7th Street Apt. 2702 | Miami | FL | 33130 |
| Latitude 1409, LLC | | 185 SW 7th Street Apt. 3201 | Miami | FL | 33130 |
| Latitude 1409, LLC | | 185 SW 7th Street Apt. 4001 | Miami | FL | 33130 |
| Latitude 1409, LLC | | 185 SW 7th Street Apt. 701 | Miami | FL | 33130 |
| Latitude on the River Condominium Association | | 185 SW 7th Street | Miami | FL | 33130 |
| Lazarus | Thomas & Patricia | 2612 Clipper Circle | West Palm Beach | FL | 33411 |
| Lorenz | Brian and Rosemary | 3470 Cypress Marsh Drive | Fort Myers | FL | 33905 |
| Luis | Zoilo and Odalmi | 12469 Country White Circle | Tampa | FL | 33635 |
| Malhotra Sood | Taruna Akshey | 470 Cottagewood Lane | Royal Palm Beach | FL | 33411 |
| Marlinga | Don & Janice | 11697 Bald Eagle Way | Naples | FL | 34120 |
| Martin | Donald | 807 Shelton Beach Road #12 | Saraland | AL | 36571 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| McKinley | Jacob and Brandi | 23 Hammock Road | Carriere | MS | 39426 |
| Medico | John and Ban | 121728 Daisy Place | Bradenton | FL | 34212 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2112 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2212 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2214 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2501 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2512 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2603 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2605 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 2610 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 3300 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 3303 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 3307 | Miami | FL | 33130 |
| Miami Riverfront Partners | | 185 SW 7th Street, Unit 3312 | Miami | FL | 33130 |
| Mitchell | Jaimie | 807 Shelton Beach Road #26 | Saraland | AL | 36571 |
| Moore | Shanine and Algajuan | 1446 Scout Trace | Birmingham | AL | 35244 |
| Nahous | Christopher and Suzanne | 6078 NW 116th Street Heron Preserve Unit 20D, | Coral Springs | FL | 33076 |
| Parker | Don | 9471 W Oaklawn | Biloxi | MS | 39532 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Peek | William and Stacy | 11 Baffin Avenue | Tampa | FL | |
| Peninsula II Developers | | 3301 NE 183rd Street<br>187 UNITS | Aventura | FL | 33160 |
| Pereira<br>Funes | Ery<br>Flor | 341 9th Street Unit D | Fairview | NJ | 7022 |
| Peterson | Derrick and Robin | 518 SW California Ave | Stuart | FL | 34994 |
| PF Collier, LLC | | 16162 Caldera Lane | Naples | FL | 34110 |
| Pisaris-Henderson<br>Henderson | Craig<br>Kelly | 12720 Terabella Way | Fort Myers | FL | 33912 |
| Poleo | Alberto | 185 SW 7th Street Apt. 2711 | Miami | FL | 33130 |
| Poleo | Alberto | 185 SW 7th Street Apt. 3810 | Miami | FL | 33130 |
| Poleo | Eduardo | 185 SW 7th Street Apt. 2411 | Miami | FL | 33130 |
| Ramirez | David | 9745 SW 110 Street | Miami | FL | 33176 |
| Richardson<br>Cruz | George, Dara and Stephen<br>Jordana and Alexis | 807 Shelton Beach Road #23 | Saraland | AL | 36571 |
| Richmond Heights Community Development Corp<br><br>Platinum Property Management, Inc. | | 15000 Pierce Street<br><br>15121 SW 106th Avenue | Miami | FL | 33161 |
| Rideout | Linda | 9783 Midship Way #2 | West Palm Beach | FL | 33411 |
| Robin | Jeffrey and Elisa | 3210 Crystal Court | Coconut Grove | FL | 33133 |
| Robinson | Quintus | 807 Shelton Beach Road #6 | Saraland | AL | 36571 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Rodriguez | Leonardo and Nicole | 8224 Sanctuary Drive #1 | Naples | FL | 34120 |
| Rodriguez | Nely | 341 9th Street Unit A | Fairview | NJ | 7022 |
| Ross | Terrence and Rhonda | 316 Woodvine Avenue | Metairie | LA | 70005 |
| Russo | Melinda and Charles | 2520 NE 31st Court | Lighthouse Point | FL | 33065 |
| Sadove | Steve and Karen | 341 9th Street Unit B | Fairview | NJ | 7022 |
| Seals | Carl, Cheryl and Dwayne | 807 Shelton Beach Road #15 | Saraland | AL | 36571 |
| Singleton | Robert and Krista | 5201 W. Neptune Way | Tampa | FL | 33609 |
| Slidell Property Management | | 1000 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1001 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1004 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1008 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1009 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1012 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1013 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1016 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1017 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1020 Clairise Court | Slidell | LA | |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Slidell Property Management | | 1021 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1024 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1025 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1028 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1029 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1032 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1033 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1036 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1037 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1040 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1041 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1044 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1045 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1048 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1049 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1052 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1053 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1057 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1061 Clairise Court | Slidell | LA | |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Slidell Property Management | | 1065 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1069 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1072 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1073 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1076 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1080 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1084 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1088 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1089 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1092 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1096 Clairise Court | Slidell | LA | |
| Slidell Property Management | | 1100 Clairise Court | Slidell | LA | |
| Spilotes | Jaime and James | 341 9th Street Unit C | Fairview | NJ | 7022 |
| Spiska | Peter and Olga | 16166 Caldera Lane | Naples | FL | 34110 |
| State of Louisiana | | Unknown | | | |
| Steinke Stalmach | Christina Jerry and Nash | 807 Shelton Beach Road #24 | Saraland | AL | 36571 |
| Stiles Yarbrough | Sandra Leon and Karen | 807 Shelton Beach Road #30 | Saraland | AL | 36571 |
| Stock | Wayne | 10604 Broadland Pass | Thonotosassa | FL | 33592 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Sullivan | John and Barbara | 6757 Crescent Woods Circle | Lakeland | FL | 33813 |
| Taylor Morrison | | 14501 Abasco Lakes Drive #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14501 Abasco Lakes Drive #203 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14501 Abasco Lakes Drive #204 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14507 Abasco Lakes Drive #104 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14507 Abasco Lakes Drive #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14513 Abasco Lakes Drive #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14513 Abasco Lakes Drive #103 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14513 Abasco Lakes Drive #104 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14513 Abasco Lakes Drive #106 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14513 Abasco Lakes Drive #205 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14514 Dolce Vista Road #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14519 Abasco Lakes Drive #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14519 Abasco Lakes Drive #102 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14519 Abasco Lakes Drive #103 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14519 Abasco Lakes Drive #104 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14519 Abasco Lakes Drive #105 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14519 Abasco Lakes Drive #203 | Fort Myers | FL | 33908 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Taylor Morrison | | 14519 Abasco Lakes Drive #204 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14520 Dolce Vista Road #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14531 Abasco Lakes Drive #201 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14531 Abasco Lakes Drive #206 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14537 Abasco Lakes Drive #106 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14537 Abasco Lakes Drive #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14537 Abasco Lakes Drive #203 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14537 Abasco Lakes Drive #204 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14539 Dolce Vista Road #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14539 Dolce Vista Road #102 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14539 Dolce Vista Road #103 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14539 Dolce Vista Road #201 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14539 Dolce Vista Road #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14539 Dolce Vista Road #203 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14542 Dolce Vista Road #102 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14545 Dolce Vista Road #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14545 Dolce Vista Road #102 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14545 Dolce Vista Road #103 | Fort Myers | FL | 33908 |

EXHIBIT "A"

GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Taylor Morrison | | 14545 Dolce Vista Road #201 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14545 Dolce Vista Road #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14545 Dolce Vista Road #203 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14551 Dolce Vista Road #101 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14551 Dolce Vista Road #102 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14551 Dolce Vista Road #103 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14551 Dolce Vista Road #201 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14551 Dolce Vista Road #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14551 Dolce Vista Road #203 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14556 Dolce Vista Road #102 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14556 Dolce Vista Road #201 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14556 Dolce Vista Road #202 | Fort Myers | FL | 33908 |
| Taylor Morrison | | 14556 Dolce Vista Road #203 | Fort Myers | FL | 33908 |
| Turner | Misty | 807 Shelton Beach Road #29 | Saraland | AL | 36571 |
| Ung<br>Cai | Kim<br>Xiao | 9527 Dornoch Lane | Foley | AL | 36535 |
| Van Der Meulen | Barry & Ellen | 4821 Saint Margarets Drive | Vero Beach | FL | 32967 |
| Webb | Micah and Tracy | 2008 Spannow Circle | Friendswood | TX | 77546 |
| Weiss<br>Buckward | Stephanie<br>Gary and David | 711 SE 16th Court | Ft. Lauderdale | FL | 33316 |

12

EXHIBIT "A"

## GLOBAL NON-RESCINDED SETTLEMENT OPT OUTS

| Last Name | First Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Weller | Jeff and Diane | 20455 NW 13th Street | Dunnellon | FL | 34431 |
| Wessin | Yerilin and Nain | 3310 NE 3rd Drive | Homestaad | FL | 33033 |
| Wiggins | Greg and Sherry | 1047 Well Road | Brewtow | AL | 36426 |
| Willett | Keith and Tricia | 4418 West Vasconia Street | Tampa | FL | 33629 |
| Willis | Marilyn | 666 West End Avenue | New York | NY | |
| Wilson | David, Lisa and Patrick | 257 Normandy Lane | Chelsea | AL | 35043 |
| Wilson Heights Development LLC | | 12702 SW 26th Street | Davie | FL | 33325 |
| Wilson Heights Development LLC | | 12732 SW 26th Street | Davie | FL | 33325 |
| Wylie | Patrick and Kim | 821 Vanessa Drive | Trussville | AL | 35175 |
| Wynn | Lawrence | 7309 Crepe Myrtle Court | Port Saint John | FL | 32927 |
| Zaman Qadeer | Leetu Jahan | 16146 Caldera Lane | Naples | FL | 34110 |
| Ziegler | William and Stacy | 119 Lucina Drive | Hypoluxo | FL | 33462 |