EXHIBIT "B"

NON-RESCINDED BUILDER AND INSTALLER CONDITIONAL BANNER OPT OUTS

| BUILDER/INSTALLER CONDITIONAL OPT OUT | DATE OF OPT OUT | PROPERTIES LINKED TO THE CONDITIONAL OPT OUT |
|---|---|---|
| 1st Drywall, LLC | 09/28/12 | none |
| Albanese-Popkin the Oaks Development Group, L.P.<br>Albanese-Popkin Development Group, LLC | 09/28/12 | 17866 Lake Azure Way<br>Boca Raton, FL |
| American's First Homes of Southwest Florida, LLP<br>(incorrectly named in the MDL as America's First Home, Inc.) | 09/28/12 | none |
| ATCO Int. Corp. | 09/28/12 | none |
| Aubuchon Homes, Inc. | 09/27/12 | 5748 Staysail Court<br>Cape Coral, FL |
| B&B Stucco | 09/28/12 | 2520 NE 31 Court<br>Lighthouse Point, FL |
| Bauhaus Solutions aka Bauhaus, Inc.<br>DATED AND RECEIVED AFTER DATE SPECIFIED PER COURT ORDER | 10/10/12 | 1100 Valencia Avenue<br>Coral Gables, FL |
| Baystate Drywall, Inc.<br>DATED AND RECEIVED AFTER DATE SPECIFIED PER COURT ORDER | 10/03/12 | 12887 Equestrian Trial<br>Davie, FL<br><br>2520 NE 31st Court<br>Lighthouse Point, FL |
| Bayswater Brokerage Florida LLC | 09/28/12 | 4821 Saint Margarets Drive<br>Vero Beach, FL |
| BMD, Inc. | 09/28/12 | none |
| Boulanger Drywall Corp. | 09/28/12 | none |
| Bradford Plastering, Inc. | 09/28/12 | none |
| Brent Garrod Drywall, Inc. | 09/28/12 | none |
| Brooks & Freund, LLC | 09/28/12 | none |
| By George, Inc. | 09/28/12 | none |
| C.A. Steelman, Inc. | 09/28/12 | none |
| Carew Construction, Inc. | 09/28/12 | none |

1

EXHIBIT "B"

NON-RESCINDED BUILDER AND INSTALLER CONDITIONAL BANNER OPT OUTS

| BUILDER/INSTALLER CONDITIONAL OPT OUT | DATE OF OPT OUT | PROPERTIES LINKED TO THE CONDITIONAL OPT OUT |
|---|---|---|
| Connors Brother Construction Corp. | 09/28/12 | 12702 SW 26th Street<br>Davie, FL<br><br>12732 SW 26th Street<br>Davie, FL |
| Continental Drywall | 09/28/12 | none |
| Coral Plastering & Wall Systems, Inc. | 09/28/12 | none |
| Cornerstone Construction of SW Florida, Inc. | 09/28/12 | none |
| D&W Drywall, Inc. | 09/28/12 | none |
| Daly Construction, Inc. | 09/28/12 | none |
| DeAngelis Diamond Construction, Inc.<br>DeAngelis Diamond Homes, Inc. | 09/28/12 | none |
| Delacruz Drywall Plastering & Stucco, Inc. | 09/28/12 | 12720 Terabella Way<br>Fort Myers, FL |
| Design Drywall of South Florida, Inc. | 09/28/12 | 3310 NE 3rd Drive<br>Homestead, FL |
| Distinctive Finishes, Inc. | 09/28/12 | 8266 NW 124th Terrace<br>Parkland, FL |
| Douglas B. Francis, Inc.<br>Douglas B. Francis | 09/28/12 | 12720 Terabella Way<br>Fort Myers, FL |
| Drywall Experts, Inc. | 09/28/12 | 4821 Saint Margarets Drive<br>Vero Beach, FL 32967 |
| Excel Construction of SW Florida, Inc. | 12/20/12 | Contingent on the Global Settlement being finally approved by the Court. |
| F. Vicino Entities | 09/28/12 | none |
| Farthing Mortosports Enterprises d/b/a Star Drywall | 09/28/12 | none |
| Florida Styles Services, Inc. | 09/28/12 | none |
| GH Vero Beach Development, Inc. | 09/28/12 | 4821 Saint Margarets Drive<br>Vero Beach, FL |
| Global Home Builders<br>DATED AND RECEIVED AFTER DATE | 10/03/12 | none |

EXHIBIT "B"

NON-RESCINDED BUILDER AND INSTALLER CONDITIONAL BANNER OPT OUTS

| BUILDER/INSTALLER CONDITIONAL OPT OUT | DATE OF OPT OUT | PROPERTIES LINKED TO THE CONDITIONAL OPT OUT |
|---|---|---|
| SPECIFIED PER COURT ORDER | | |
| Gomez's Interiors Corp a/k/a Gomez Interiors, Inc. | 09/27/12 | 1481 SW 145th Place<br>Miami, FL<br><br>18611 SW 122nd Street<br>Miami, FL |
| Grays Bay Builders, Inc. | 09/28/12 | none |
| Gregg Nieberg, Inc. | 09/28/12 | none |
| Gulf Coast Drywall, LLC | 09/28/12 | none |
| Gulfstream Homes, Inc. | 09/28/12 | none |
| J. Helm Construction, Inc. | 09/20/12 | 18894 SE Jupiter Inlet Way<br>Tequesta, FL |
| J.M.G. Drywall, Inc. | 09/28/12 | 12702 SW 26th Street<br>Davie, FL<br><br>12732 SW 26th Street<br>Davie, FL |
| Judson Construction Group, LLC | 09/28/12 | none |
| JWR Construction Services, Inc. | 09/20/12 | none |
| Karr Drywall, Inc. | 09/28/12 | none |
| Kaye Homes, Inc.<br>Custom Homes by Kaye, Inc. | 09/28/12 | none |
| Kelley's Quality Drywall, Inc. | 09/28/12 | none |
| Lennar Corporation; Lennar Homes, LLC; U.S. Home Corporation | 09/28/12 | 12728 Daisy Place<br>Bradenton, FL<br><br>2612 Clipper Circle<br>West Palm Beach, FL<br><br>9783 Midship Way, #2<br>West Palm Beach, FL |
| Lucky Strike, M.K., Inc. | 09/28/12 | 8224 Sanctuary Drive<br>Unit 1<br>Naples, FL |
| Manclar Builders, Inc. | 09/28/12 | none |
| Mavied Corp. | 09/28/12 | none |

3

EXHIBIT "B"

NON-RESCINDED BUILDER AND INSTALLER CONDITIONAL BANNER OPT OUTS

| BUILDER/INSTALLER CONDITIONAL OPT OUT | DATE OF OPT OUT | PROPERTIES LINKED TO THE CONDITIONAL OPT OUT |
|---|---|---|
| MJF Construction Corp | 09/27/12 | 1481 SW 145th Place<br>Miami, FL |
| MK Developers, Inc. | 09/28/12 | 8224 Sanctuary Drive<br>Unit 1<br>Naples, FL |
| Nu-Way Drywall, LLC | 09/28/12 | 3756 Summerwind Circle<br>Bradenton, FL |
| Oakbrook Building and Design, Inc.<br>Stonybrook Estates, Ltd.<br>Stonebrook Homes, LLC<br>Viking V. Inc.<br>DATED AND RECEIVED AFTER DATE SPECIFIED PER COURT ORDER | 10/02/12 | 12887 Equestrian Trial<br>Davie, FL<br><br>12767 Equestrian Trail<br>Davie, FL |
| Ocean Coast Drywall of S. Florida, Inc. | 09/28/12 | none |
| P.D.C. Drywall | 09/28/12 | none |
| Parr-Self, Inc. | 09/28/12 | none |
| Pat's Construction | 09/26/12 | none |
| Portofino Homes, Inc. | 09/27/12 | none |
| Precision Drywall, Inc. | 09/28/12 | none |
| Prestige Development, Inc. | 09/28/12 | none |
| R.J.L. Drywall, Inc. | 09/28/12 | 5748 Staysail Court<br>Cape Coral, FL |
| Regency Homes, Inc.; Regency Constructors, LLC | 09/28/12 | 12887 Equestrian Trial<br>Davie, FL<br><br>12767 Equestrian Trail<br>Davie, FL |
| Residential Drywall, Inc. | 09/28/12 | 12728 Daisy Place<br>Bradenton, FL |
| Rivercrest, LLC | 09/27/12 | none |
| Schear Corporation | 09/28/12 | none |
| Southern Bay Homes, Inc. | 09/28/12 | none |
| Standard Pacific Corp. | 09/28/12 | none |

EXHIBIT "B"

NON-RESCINDED BUILDER AND INSTALLER CONDITIONAL BANNER OPT OUTS

| BUILDER/INSTALLER CONDITIONAL OPT OUT | DATE OF OPT OUT | PROPERTIES LINKED TO THE CONDITIONAL OPT OUT |
|---|---|---|
| Sweet Interiors, Inc. | 09/28/12 | none |
| Taylor Morrison Services, Inc. f/k/a Morrison Homes, Inc. | 09/26/12 | 3756 Summerwind Circle Bradenton, FL 34209 |
| The Jade Organization, Inc. | 09/28/12 | 711 SE 16th Court Ft. Lauderdale, FL |
| Timberline Builders, Inc. | 09/28/12 | none |
| TOUSA, Inc., TOUSA Homes Florida, LP | 09/28/12 | none |
| Triple "E" Corp. | 09/28/12 | none |
| Triple M. Drywall, Inc. | 09/28/12 | 518 SW California Avenue Stuart, FL |
| Van Aller Construction, Inc. | 09/28/12 | none |
| Vicinity Drywall, Inc. | 09/28/12 | None |
| Viking Homes of SW Florida, Inc. | 09/28/12 | none |
| West Coast Drywall Construction, Inc. | 09/28/12 | 8224 Sanctuary Drive Unit 1 Naples, FL |
| Wilson Heights Development, Inc. | 09/28/12 | 12702 SW 26th Street Davie, FL<br><br>12732 SW 26th Street Davie, FL |
| Zahn Luxury Homes Zahn Builders Florida, Inc. | 09/28/12 | 2520 NE 31st Court Lighthouse Point, FL |