IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

### BAILEY LUMBER & SUPPLY CO.'S MOTION TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. IN MDL NO. 2047

Bailey Lumber & Supply Co. (hereinafter "Bailey") moves this Court to enter an order confirming its status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. (hereinafter INEX) and others reached with the Plaintiffs' Steering Committee (hereinafter PSC). In support of this motion, Bailey states as follows:

1.  Bailey has been sued in a number of cases relating to allegedly defective Chinese Drywall Bailey purchased from INEX. Those cases are pending in both the Eastern District of Louisiana and the First Judicial District of Harrison County, Mississippi. In these cases, Bailey has been identified as "Bailey Lumber

1

& Supply Company of Biloxi", "Bailey Lumber & Supply Company", "Bailey Lumber and Supply Company, Inc." and "Bailey Lumber & Supply Co."[1]

---

[1] Bailey is currently a party to the following styled cases in which the claims arise out of allegedly defective drywall purchased from INEX.

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-cv-00080 (MDL 2047) (E.D. La.);

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-00252 (MDL 2047) (E.D. La.)

*Amato, et al. v. Liberty Mutual Ins. Co., et al.*
Case No. 2:10-cv-00932 (MDL 2047) (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No.: 2:11-cv-01363 (MDL 2047) (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-cv-03023 (MDL 2047) (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (MDL 2047) (E.D. La.)

*Payton, et al. v. Knauf GIPS KG, et al.*
Case No. 2:09-cv-07628 (MDL 2047) (E.D. La.)

*Marilyn Clark and Frances T. Parlow v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-418

*Shea Michael Ladner, et al v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2011-128

*Kyle E. Newman and Denise G. Newman v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-419 and A 2401-2012-244

*David Sand and Jacqueline Sand v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2011-127 and A 2401-2012-243

*Anita Sanderford; James Sanderford; and Wes Sanderford v. Knauf GIPS KG, et al*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-397; and A 2401-2011-225

2. INEX has reached a settlement agreement with the PSC that will include a full and complete release of any and all claims the PSC has against INEX customers who sold allegedly defective Chinese Drywall to the plaintiffs (hereinafter the "Settlement Agreement"). (Exhibit A, attached.) These INEX customers are designated as "Downstream Releasees" in the Settlement Agreement. (Exhibit A, attached at pg. 4, § 1.10)

3. The Settlement Agreement includes an exhibit which identifies all of the known Downstream Releasees. (Exhibit A, attached, Exhibit 1.10 thereto). Based on information and belief, INEX and the PSC obtained the names on the schedule of Downstream Releasees from INEX invoices produced during discovery. (Exhibit A, attached, Exhibit 1.10 thereto at pg. 2 of 18.)

4. On Exhibit 1.10 to the Settlement Agreement, Bailey is incorrectly identified as "Bailey Lumber & Home Center". (Exhibit A, attached, Exhibit 1.10 thereto at pg. 3 of 18)

5. As a Downstream Releasee, Bailey is entitled to the full protection of the Settlement Agreement. Because is it not correctly identified in Exhibit 1.10, and has been referred to in various ways in several pleadings[2], it is at risk for

---

[2] In each of the cases, the Plaintiff(s) served or attempted to serve Bailey through its Registered Agent. Bailey does not waive its right to contest the efficacy of service of process or the fact that it has been improperly designated in any pleading. However, the Plaintiffs' service, or attempted service, on Bailey's Registered Agent in these cases is evidence of the Plaintiffs' intent to name Bailey as a defendant.

being improperly sued in future actions relating to allegedly defective Chinese Drywall it purchased from INEX.

6.  Justice and equity mandate the entry of an order clarifying that Bailey is a Downstream Releasee under the Settlement Agreement so that Bailey can get the protections the Settlement Agreement provides to Downstream Releasees.

Wherefore, Bailey moves this Court to enter an order confirming that Bailey Lumber & Supply Co. is a Downstream Releasee under the Settlement Agreement and that references to "Bailey Lumber & Home Center" in Exhibit 1.10 to the Settlement Agreement, as well as references to "Bailey Lumber & Supply Company of Biloxi", "Bailey Lumber & Supply Company", "Bailey Lumber and Supply Company, Inc." and "Bailey Lumber & Supply Co." in pleadings in the cases identified in footnote 1 are all efforts to reference Bailey Lumber & Supply Co.

Respectfully submitted this 5th day of February, 2013.

/s/ Christopher A. Bottcher
Christopher A. Bottcher (BOT003)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 212-3816

4

/s/ Betty F. Mullin
Betty F. Mullin (09818)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**

SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Tel.: (504) 569-2030
Fax: (504) 569-2999

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Motion to Clarify has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 5th day of February, 2013.

/s/ Christopher A. Bottcher
Of Counsel

5