UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Hugh and Elizabeth Harris. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 4th day of February, 2012.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Hugh and Elizabeth Harris
2889 St. Barts Square
Vero Beach
FL 32967