

Honorable Judge Eldon Fallon
Room C456
500 Poydras Street,
New Orleans, LA
70130

January 28th, 2013

Subject:   CHINESE DRYWALL REMEDIATION SETTLEMENT & REIMBURSEMENT

Sir:

It is with increasing concern that I again write to you (December 10th, 2012 and January 2nd, 2013) to inquire on the status of the CDW Remediation Settlement & Reimbursement to Homeowners who have remediated their homes at their own expense and are still waiting for a ruling from your office on reimbursement to them for the expense that they have incurred.

I have been advised by Patrick Montoya that the decision and order to reimburse us is being held up by the those individual's who want to "OPT OUT" of the settlement process to pursue individual action and greater damage settlements.

With all due respect, they are not in the majority and quite frankly Judge Fallon they should be allowed to chart their own course in this action without detriment and delay to the majority of homeowners who have in good faith remediated their homes at their own expense, with thought only to a fair an equitable settlement for expenses and damages incurred.

We have sold stock, cashed in 401K's and incurred considerable debt to remediate our home and I respectfully ask that you look favorably upon this request and make the necessary and equitable ruling on the reimbursement and settlement of expenses and damages to us as soon as possible.

Yours sincerely,

Hugh & Elizabeth Harris
2889 St, Barts Square,
Vero Beach, FL
32967
772-480-3190 (cell)
772-770-2186 (home)

Honorable Judge Eldon Fallon
Room C456
500 Poydras Street,
New Orleans, LA
70130

January 2nd, 2013

Subject:   CHINESE DRYWALL REMEDIATION SETTLEMENT & REIMBURSEMENT

Sir:

As an update to our letter of December 11th, 2012 (copy attached), I would like to advise you that we are receiving the necessary updates from our Lawyer in a timely manner.

During our last conversation with him on Saturday, December 29th, 2012 he advised that a decision on reimbursement to the homeowners who have remediated their homes at their own expense may be made soon.

We would respectively ask that you look favorably on our request for reimbursement of the expense we have incurred to remediate the Chinese Drywall in our home.

Yours sincerely,

Hugh & Elizabeth Harris
2889 St, Barts Square,
Vero Beach, FL
32967
772-480-3190 (cell)
772-770-2186 (home)