UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Benoit, et al. v. Lafarge S.A., et al.*, Civ. Action No. 11-1893 (E.D.La.)(Omni XI) | |

## ORDER

Upon consideration of The Plaintiffs' Steering Committees' Motion for a Pretrial Conference Regarding the Lafarge Entities,

IT IS HEREBY ORDERED that a Pretrial Conference shall be conducted between Plaintiffs' Steering Committee and Lafarge North America, Inc. and Lafarge S.A. on _____, 2013 at _____ a.m/p.m.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE