IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**MEMORANDUM OF LAW IN SUPPORT OF BAILEY LUMBER & SUPPLY CO.'S MOTION TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. IN MDL NO.2047**

Defendant Bailey Lumber & Supply Co. ("Bailey") files this Memorandum of Law in support of its Motion to Clarify Bailey Lumber and Supply Co.'s status as a Downstream Releasee under the Amended Settlement Agreement regarding claims against Interior/Exterior Building Supply, L.P. in MDL No.247.

On April 26, 2011 the Plaintiff's Steering Committee ("PSC"), Interior Exterior Building Supply, L.P. ("INEX") and INEX's Primary Insurer, Arch Insurance Co., filed a Joint Motion for an Order: (1) Preliminarily Approving the INEX Settlement Agreement; (2) Conditionally Certifying the INEX Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Settlement Fairness Hearing.

1

The Court preliminarily approved the INEX Settlement Agreement by Order dated May 13, 2011. *See Rec.* Doc. 8818. The approved Settlement Agreement included Exhibit 1.10, a list of Downstream INEX Releasees, which identified customers who allegedly sold defective Chinese drywall to the Plaintiffs. Bailey has since come to learn that Bailey was incorrectly identified as "Bailey Lumber & Home Center" on the list of Downstream Releasees.

On January 24, 2012, the PSC, INEX and Arch Insurance Co. filed a Joint Motion to Substitute Amended Exhibit: (1) Preliminarily Approving the INEX Settlement Agreement; (2) Conditionally Certifying the INEX Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Settlement Fairness Hearing. *See Rec.* Doc. 12258. The parties requested the Amended Settlement Agreement regarding claims against INEX in MDL No.247 be substituted in place of the original Settlement Agreement regarding claims against INEX in MDL No.247. However, the exhibits which were part of the original Settlement Agreement were not amended. Therefore, Bailey remained incorrectly identified on the list of Downstream Releasees.

Additionally, Bailey has been identified as "Bailey Lumber & Supply Company of Biloxi", "Bailey Lumber & Supply Company", "Bailey Lumber and Supply Company, Inc." and "Bailey Lumber & Supply Co." in the various cases

relating to allegedly defective Chinese Drywall Bailey purchased from INEX.[1] These cases are pending in both the Eastern District of Louisiana and the First Judicial District of Harrison County, Mississippi. As a Downstream Releasee,

---

[1] Bailey is currently a party to the following styled cases in which the claims arise out of allegedly defective drywall purchased from INEX.

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-cv-00080 (MDL 2047) (E.D. La.);

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-00252 (MDL 2047) (E.D. La.)

*Amato, et al. v. Liberty Mutual Ins. Co., et al.*
Case No. 2:10-cv-00932 (MDL 2047) (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No.: 2:11-cv-01363 (MDL 2047) (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-cv-03023 (MDL 2047) (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (MDL 2047) (E.D. La.)

*Payton, et al. v. Knauf GIPS KG, et al.*
Case No. 2:09-cv-07628 (MDL 2047) (E.D. La.)

*Marilyn Clark and Frances T. Parlow v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-418

*Shea Michael Ladner, et al v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2011-128

*Kyle E. Newman and Denise G. Newman v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-419 and A 2401-2012-244

*David Sand and Jacqueline Sand v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2011-127 and A 2401-2012-243

*Anita Sanderford; James Sanderford; and Wes Sanderford v. Knauf GIPS KG, et al*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-397; and A 2401-2011-225

3

Bailey is entitled to the full protection of the Settlement Agreement. Because it is not properly identified in the Settlement Agreement and has been referenced in various ways in the pertinent pleadings (referenced in footnote 1), it is at risk to being improperly sued in subsequent litigation.

WHEREFORE, Bailey respectfully requests the Court enter an Order granting Bailey Lumber & Supply Co.'s Motion to Clarify Bailey Lumber & Supply Co.'s Status as Downstream Releasee under the Amended Settlement Agreement Regarding Claims against Interior/Exterior Building Supply, L.P. in MDL No. 247.

Respectfully submitted

/s/ Christopher A. Bottcher
Christopher A. Bottcher (BOT003)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 212-381

/s/ Betty F. Mullin
Betty F. Mullin (09818)
Attorney for Defendant
Bailey Lumber & Supply Co.

DOCSBHM\1917087\1A

**OF COUNSEL:**

SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Tel.:  (504) 569-2030
Fax:  (504) 569-2999

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Clarify has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 7th day of February, 2013.

                                          /s/ Christopher A. Bottcher
                                          Of Counsel