# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

## ORDER ON BAILEY LUMBER & SUPPLY CO.'S MOTION TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. IN MDL NO. 2047

IT IS ORDERED THAT Bailey Lumber & Supply Co.'s Motion to Clarify Bailey Lumber and Supply Co.'s Status as a Downstream Releasee Under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. in MDL No. is hereby granted.

New Orleans, Louisiana this\_\_\_\_ day of _____, 2013.

_____
ELDON E. FALLON
United States District Judge

DOCSBHM\1917186\1