# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE THAT** Defendant Bailey Lumber & Supply Co. will submit the Motion to Clarify Bailey Lumber and Supply Co.'s Status as a Downstream Releasee Under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. in MDL No.247 at 9:00 a.m. central time on March 6th, 2013 at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted this 7th day of February, 2013.

/s/ Christopher A. Bottcher
Christopher A. Bottcher (BOT003)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727

Tel.: (205) 930-5100
Fax: (205) 212-381

/s/ Betty F. Mullin
Betty F. Mullin (09818)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**

SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Tel.: (504) 569-2030
Fax: (504) 569-2999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Clarify has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 7th day of February, 2013.

/s/ Christopher A. Bottcher
Of Counsel