UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 |
| | | SECTION: L |
| VERSUS | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

### NOTICE OF APPEARANCE OF KAREN SARRADET MCINNIS AS COUNSEL OF RECORD ON BEHALF OF CLAIMANT, JASON HUFF

KAREN SARRADET MCINNIS hereby notifies this Honorable Court of her appearance as counsel of record on behalf of the formerly pro se claimant, JASON HUFF, who did not file suit prior to December, 2011, but who is in any event a member of the Global Settlement class and the INEX Settlement class as defined by this Honorable Court.

Respectfully submitted:

*/s/ Karen S. McInnis*

KAREN SARRADET MCINNIS(LSBA#32199)
**MCINNIS LAW FIRM, LLC**
724 E. Boston Street
Covington, Louisiana  70433
Telephone:  (985) 249-6800
Facsimile:  (985) 249-6006
E-Mail: ksmcinnis@mcinnislawfirm.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served on all counsel of record via the Court's electronic filing system, this 7th day of February, 2013.

*Karen S. McInnis*

_____
KAREN SARRADET MCINNIS