UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>*Benoit et al., v. Lafarge S.A., et al*.<br>Case No. 11-1893 (Omni XI) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**NON-OPPOSITION RESPONSE
TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR A
PRETRIAL CONFERENCE REGARDING THE LAFARGE ENTITIES**

Lafarge North America Inc. ("LNA") does not oppose the Plaintiffs' Steering Committee's request for a conference regarding the status of the *Benoit* case,[1] and believes that a conference may be a useful opportunity (1) to advise the Court of important differences between the *Benoit* case and the cases against Knauf and Taishan, and (2) to seek information about the plaintiffs' basis for alleging that the Lafarge entities are in any way responsible for whatever allegedly defective drywall is in their residences.

For its part, LNA – a domestic manufacturer whose drywall is ***not*** at issue in this proceeding – sees no basis for a claim against it based upon the allegations in the *Benoit* complaint. Accordingly, LNA intends to file a motion to dismiss under Rule 12(b)(6), once plaintiffs file the appropriate Notice and/or Master Complaint to trigger that phase of the proceedings, consistent with the Court's prior scheduling orders[2] – or at such other

---

[1] To LNA's knowledge, *Benoit* is the only case in the MDL in which any "Lafarge entities" have been named as defendants.

[2] Pre-Trial Order No. 1H (Oct. 25, 2010) ("Once the Amendments are filed and service is perfected the PSC shall file a Notice. Thereafter, the PSC is directed to file a Master Complaint …. Only after the

time as may be permitted by such other scheduling order as the Court may issue in *Benoit*.  Particularly given the attenuated connection alleged between LNA and the allegedly-defective Chinese-manufactured drywall at issue here, LNA believes there is no ground for substantive proceedings as to it until its motion to dismiss can be adjudicated.

LNA is, of course, open to discussing any information plaintiffs can provide that they believe puts this matter in a different light.

                                              Respectfully submitted,

Dated: February 13, 2013               /s/ *Andrew S. Hudson*
                                              Mark S. Raffman, (T.A.) (DC Bar #414578)
                                              mraffman@goodwinprocter.com
                                              Jeffrey D. Skinner (DC Bar #494808)
                                              jskinner@goodwinprocter.com
                                              Andrew S. Hudson (DC Bar #996294)
                                              ahudson@goodwinprocter.com
                                              GOODWIN PROCTER LLP
                                              901 New York Avenue, N.W.
                                              Washington, D.C. 20001
                                              Tel.:  (202) 346-4000
                                              Fax:  (202) 346-4444

                                              *Attorneys for Defendant Lafarge North America Inc.*

---

Master Complaint is filed will counsel for any defendant identified therein be required to file responsive pleadings ….").

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Non-Opposition Response to Plaintiffs' Steering Committee's Motion for a Pretrial Conference Regarding the Lafarge Entities has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of February, 2013.

                /s/ *Andrew S. Hudson*
                Andrew S. Hudson