UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the PSC's Motion for a Conference Regarding the Lafarge Entities (R. Doc. 16569), **IT IS ORDERED** that this Motion is set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Wednesday, February 27, 2013. Responses in opposition to this Motion are to be filed on or before Wednesday, February 20, 2013.

New Orleans, Louisiana this 8th day of February, 2013.

_____
United States District Judge