UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Benoit, et al v. Lafarge S.A., et al*, Case No.: 11-cv-1893 (E.D.La.) | |

### NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF NORGIPS NORGE AS

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Thomas and Kelly Cox, hereby voluntarily dismiss, without prejudice, all of their claims against Norgips Norge AS (improperly identified as Norgrips in the complaint), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Counsel representing Thomas and Kelly Cox have authorized the undersigned to file this Notice of Voluntary Dismissal.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 18, 2013 | /s/ Russ M. Herman<br>Russ M. Herman, Esquire (Bar No. 6819)<br>Leonard A. Davis, Esquire (Bar No. 14190)<br>Stephen J. Herman, Esquire (Bar No. 23129)<br>HERMAN, HERMAN & KATZ, LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>LDavis@hhkc.com<br>*Plaintiffs' Liaison Counsel*<br>*MDL 2047* |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Voluntary Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of February, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047