IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

================================  x  ============================
                                  x
IN RE: CHINESE-MANUFACTURED       x  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY        x
LITIGATION                        x  SECTION: L
                                  x
THIS DOCUMENT APPLIES TO ALL      x  JUDGE FALLON
CASES AND                         x
                                     MAG. JUDGE WILKINSON

**Germano, et al. v. Taishan Gypsum Co., Ltd.,
f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,
Case No. 2:09-cv-6687 (E.D.La.)**
================================  x  ============================

### NOTICE OF ORAL AND VIDEOTAPED DEPOSITION
### PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:    RADCO, Inc.
        Through its registered agent
        Michael Zieman
        3220 E. 59th Street
        Long Beach, CA 90805

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the MDL, will take the deposition of **RADCO, Inc.,** on **Wednesday, February 27, 2013** at **10:00 o'clock a.m (pacific).** at the offices of **RADCO, Inc., 3220 E. 59th Street, Long Beach, CA 90805, PH: (562) 272-7231,** or at another location mutually agreed upon by the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), **RADCO, Inc.** shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of **RADCO, Inc.** concerning the topics identified in Schedule A attached hereto.

1

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

| | |
|---|---|
| **Primary Examiner:** | A member of the PSC or its designee |
| **Videotaped Deposition:** | Yes |
| **Call-In Number:** | 888-337-8218 |
| | **Participant Code:  769758** |

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows.  This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein.  Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the

status conference.  This is an MDL "common" deposition of fact issues relating to RADCO's testing of Chinese drywall for compliance with ASTM standards.

.                                         Respectfully submitted,


                                          /s/ Leonard A. Davis_____
                                          **Russ M. Herman** (Bar No. 6819)
                                          Leonard A. Davis (Bar No. 14190)
                                          Stephen J. Herman (Bar No. 23129)
                                          **HERMAN, HERMAN & KATZ, L.L.C.**
                                          820 O'Keefe Avenue
                                          New Orleans, LA  70113
                                          PH:  (504) 581-4892
                                          FAX:  (504) 561-6024
                                          ldavis@hhklawfirm.com

                                          **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Robert C. Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | Bruce Steckler, Esq.<br>12700 Park Central Drive<br>Suite 1900<br>Dallas, TX 75251<br>PH: (972) 387-3327 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Richard J. Serpe, Esquire<br>580 East Main Street<br>Suite 310<br>Norfolk, VA 23510-2322<br>PH: (757) 233-0009<br>Fax: (757) 233-0455 |

| | |
|---|---|
| Daniel K. Bryson<br>900 West Morgan St.<br>Raleigh, NC  27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5035 | Victor M. Diaz, Jr.<br>119 Washington Avenue<br>Suite 402<br>Miami Beach, FL  33139<br>PH:  (305) 704-3200<br>Fax:  (305) 538-4928 |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985)783-1333<br>andrew@lemmonlawfirm.com<br><br>Anthony Irpino<br>Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2013.

    /s/ Leonard A. Davis  
Leonard A. Davis  
Herman, Herman, Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA  70113  
PH:  (504) 581-4892  
Fax:  (504) 561-6024  
ldavis@hhkc.com

**SCHEDULE A**

**DEPOSITION TOPICS**

Pursuant to Rule 30(b)(6), you shall designate and produce for deposition one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1. Any and all agreements or contracts with representatives of Guardian Building Products, Inc. or any other entity requesting ASTM testing of drywall imported from China.

2. Any and all communications with representatives of Guardian Building Products, Inc. or any other entity requesting ASTM testing of drywall imported from China.

3. Any and all testing conducted by you on behalf of Guardian Building Products, Inc.

4. Any and all testing subcontracted out by you on behalf of Guardian Building Products, Inc.

5. Any and all results of testing and analyses conducted on drywall imported from China at the request of representatives of Guardian Building Products, Inc. or any other entity requesting ASTM testing.

6. Any and all standards consulted, considered, or relied upon to determine the quality and characteristics of the drywall subject to analyses and testing by you or someone on your behalf.

7. RADCO's accreditations, certifications, and expertise in conducting ASTM testing, including ASTM testing of drywall.

8. Information regarding project number C301A.

9. Authentication of copies of test results for project number C301A.

## DOCUMENT REQUESTS

Pursuant to Rules 30(b)(2) and 34 of the Federal Rules of Civil Procedure, please produce the following:

1. Any and all documents relating to testing conducted on behalf of Guardian Building Products, Inc. including but not limited to correspondences and test results.