# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO )
ALL CASES AND )
  )
*Silva, et al. v. Interior Exterior Building* )
*Supply, LP, et al.* )
**Case No. 09-08030 (E.D. La.)** )
  )
*Silva, et al. v. Arch Insurance Company, et al.* )
**Case No. 09-08034 (E.D. La.)** )
  )
*Payton, et al. v. Knauf Gips, KG, et al.* )
**Case No. 09-07628 (E.D. La.)** )
  )
*Wiltz, et al. v. Beijing New Building Materials* )
*Public Limited Co., et al.* )
**Case No. 2:10-cv-00361 (E.D. La.)** )
  )
*Gross, et al. v. Knauf Gips, KG, et al.* )
**Case No. 2:09-cv-6690 (E.D. La.)** )
  )
*Rogers, et al. v. Knauf Gips, KG, et al.* )
**Case No. 2:10-cv-00362 (E.D. La.)** )
  )
*Amato, et al. v. Liberty Mutual Ins. Co.* )
**Case No. 2:10-cv-00932 (E.D. La.)** )
  )
*Kenneth Abel, et al. v. Taishan Gypsum Co.,* )
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,* )
*et al.* )
**Case No. 2:11-080 (E.D. La)** )
  )
*Daniel Abreu, et al. v. Gebrueder Knauf* )
*Verwaltungsgesellschaft, KG, et al.* )
**Case No. 2:11-252 (E.D. La.)** )

**UNOPPOSED MOTION BY INTERIOR/EXTERIOR BUILDING SUPPLIES, L.P., ARCH INSURANCE COMPANY, AND LIBERTY MUTUAL FIRE INSURANCE COMPANY FOR APPROVAL OF PAYMENT OF PENDING SETTLEMENTS**

Defendants Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company ("Arch"), and Liberty Mutual Fire Insurance Company ("Liberty Mutual") (collectively, the "Moving Parties") hereby move that the Court approve payment by them of the three "Pending Settlements" listed on Exhibit 1.21 to the InEx Settlement, as follows:

| | |
|---|---|
| Pilot Remediation Program | $1,518,750 |
| Pritchard Housing Authority | 250,000 |
| Svendson | 100,000 |

In support of this motion, the Moving Parties rely on their memorandum submitted herewith in support of the motion.

Respectfully submitted,

Dated: February _21st_, 2013

/s/ Richard G. Duplantier
Richard G Duplantier
Galloway Johnson Tomkins Burr and Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Phone: (504) 525-6802
Fax: (504) 525-2456
rduplantier@gjtbs.com
*Counsel for Interior/Exterior Building Supplies, L.P.*

/s/ D. Russell Holwadel
Adams, Hoefer, Holwadel & Eldridge
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Phone: (504) 581-2606
Fax: (504) 525-1488
DRH@ahhelaw.com
*Counsel for Arch Insurance Company*

2

/s/ H. Minor Pipes, III
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
*Counsel for Liberty Mutual Fire Insurance Company*

3