## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES AND** )
)
*Silva, et al. v. Interior Exterior Building Supply, LP, et al.* )
**Case No. 09-08030 (E.D. La.)** )
)
*Silva, et al. v. Arch Insurance Company, et al.* )
**Case No. 09-08034 (E.D. La.)** )
)
*Payton, et al. v. Knauf Gips, KG, et al.* )
**Case No. 09-07628 (E.D. La.)** )
)
*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* )
**Case No. 2:10-cv-00361 (E.D. La.)** )
)
*Gross, et al. v. Knauf Gips, KG, et al.* )
**Case No. 2:09-cv-6690 (E.D. La.)** )
)
*Rogers, et al. v. Knauf Gips, KG, et al.* )
**Case No. 2:10-cv-00362 (E.D. La.)** )
)
*Amato, et al. v. Liberty Mutual Ins. Co.* )
**Case No. 2:10-cv-00932 (E.D. La.)** )
)
*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* )
**Case No. 2:11-080 (E.D. La)** )
)
*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* )
**Case No. 2:11-252 (E.D. La.)** )

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION BY INTERIOR/EXTERIOR BUILDING SUPPLY, L.P., ARCH**
**INSURANCE COMPANY, AND LIBERTY MUTUAL FIRE INSURANCE COMPANY**
**FOR APPROVAL OF PAYMENT OF PENDING SETTLEMENTS**

This memorandum is submitted by Interior/Exterior Building Supply, L.P. ("InEx"), Arch Insurance Company ("Arch"), and Liberty Mutual Fire Insurance Company ("Liberty Mutual") (collectively, the "Moving Parties") in support of their Unopposed Motion For Approval Of Payment Of Pending Settlements.

On April 26, 2011, the Moving Parties, along with the Plaintiffs' Steering Committee (the "PSC"), filed their Joint Motion For An Order: (1) Preliminarily Approving InEx Settlement Agreement; (2) Conditionally Certifying InEx Settlement Class; (3) Issuing Class Notice; And (4) Scheduling A Settlement Fairness Hearing. (R. Doc. 8628.) The Court granted preliminary approval of the InEx Settlement on May 13, 2011 (R. Doc. 8818) and of amendments to that agreement on February 23, 2012 (R. Doc. 12587). The Court granted final approval of the InEx Settlement on February 7, 2013. (R. Doc. 16570.) By its terms, the Effective Date of the InEx Settlement will be March 9, absent any appeal. *See* InEx Settlement, Section 2.1.

Prior to the negotiation of and entry into the InEx Settlement by the Moving Parties and the PSC, the Moving Parties had negotiated and entered into three settlements of Chinese Drywall claims that had not, as of their entry into the InEx Settlement, been paid. Those three settlements were noted in InEx Settlement as "Pending Settlements" listed on Exhibit 1.21 to the InEx Settlement, as follows:

| | |
|---|---|
| Pilot Remediation Program | $1,518,750 |
| Pritchard Housing Authority | 250,000 |
| Svendson | 100,000 |

Exhibit 1.21, a copy of which is attached for the Court's reference, describes in detail each of the three Pending Settlements.  In summary, the Pilot Remediation Program settlement relates to a payment by InEx towards the remediation of 81 houses in the Pilot Remediation Program.  In September 2010, InEx had agreed to make payments towards remediation of 120 homes in the Pilot Remediation Program.  As of the Moving Parties' entry into the InEx Settlement in April 2011, they had made payments for 39 of those homes, thereby leaving unpaid their obligation for 81 of those homes.  The Pritchard Housing Authority settlement arose from a mediation in early 2010 regarding claims asserted in connection with a public housing project in Alabama.  The Svendson settlement arose from an agreement preceding the InEx Settlement by InEx to remediate a property containing Taishan board at a cost not to exceed $100,000.

During the negotiation by the Moving Parties and the PSC of the InEx Settlement, these three pending but unpaid settlements were disclosed to the PSC, and all parties to the InEx Settlement contemplated that these settlements would be paid prior to the Effective Date of the InEx Settlement, if the Court granted final approval to the InEx Settlement.

The effect of the Court granting approval of the payment of the three Pending Settlements will be that these settlements will become "Prior Settlements" under the InEx Settlement Agreement, and Exhibit 1.23 (the List Of Prior Settlements) will be deemed to be amended to include these three settlement payments.  *See* InEx Settlement, Sections 1.21 and 1.23, and Exhibit 1.23, copies of which are attached for the Court's reference.  As Prior Settlements, the amounts of these three settlements will then reduce the "Insurance Proceeds" that will be due from Arch and Liberty Mutual under the InEx Settlement Agreement,  *See* InEx Settlement, Section 1.16, a copy of which is attached for the Court's reference.

Counsel for the Moving Parties have consulted with the PSC and with counsel for the Knauf Parties[1], and those parties do not oppose this motion.

WHEREFORE, the Moving Parties respectfully request that the Court grant their Unopposed Motion To Approve Payment Of Pending Settlements.

Respectfully submitted,

Dated:  February  _21st_ , 2013

/s/ Richard G. Duplantier
Richard G Duplantier
Galloway Johnson Tomkins Burr and Smith
701 Poydras Street, 40th Floor
New Orleans, LA 70139
Phone: (504) 525-6802
Fax:  (504) 525-2456
rduplantier@gjtbs.com
*Counsel for Interior/Exterior Building Supplies, L.P.*

/s/ D. Russell Holwadel
Adams, Hoefer, Holwadel & Eldridge
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Phone:  (504) 581-2606
Fax:  (504) 525-1488
DRH@ahhelaw.com
*Counsel for Arch Insurance Company*

/s/ H. Minor Pipes, III_____
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone:  (504) 589-9700
Fax:  (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
*Counsel for Liberty Mutual Fire Insurance Company*

---

[1] As defined in the Court's final approval order, R. Doc. 16570.

4

# ATTACHMENTS

# EXCERPTS FROM
# INEX SETTLEMENT AGREEMENT:

**Section 1.16 - Insurance Proceeds**

**Section 1.21 - Pending Settlements**

**Section 1.23 - Prior Settlements**

**Exhibit 1.21 - List Of Pending Settlements**