**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

| | |
|---|---|
| **THIS DOCUMENT RELATES TO ALL CASES AND**<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>**Case No. 09-08030 (E.D. La.)**<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>**Case No. 09-08034 (E.D. La.)**<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 09-07628 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 2:10-cv-00361 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:09-cv-6690 (E.D. La.)**<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Ins. Co.*<br>**Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>**Case No. 2:11-080 (E.D. La)**<br><br>*Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**Case No. 2:11-252 (E.D. La.)** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

Upon consideration of the Unopposed Motion By Interior/Exterior, L.P., Arch Insurance Company, And Liberty Mutual Fire Insurance Company For Approval Of Payment Of Pending Settlements and the papers relating thereto, it is hereby,

**ORDERED** that:

1. Said Motion is granted, and

2. Approval is hereby given to payment by the moving parties of the Pending Settlements listed on Exhibit 1.21 of the InEx Settlement as follows: (1) Pilot Remediation Program settlement, $1,518,750; (2) Pritchard Housing Authority settlement, $250,000; and (3) Svendson settlement, $100,000.

This _____ day of _____, 2013, at New Orleans, Louisiana

_____
ELDON E. FALLON
United States District Judge