UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**BAILEY LUMBER & SUPPLY CO.'s MOTION TO LIFT STAY
AND SET FOR HEARING ITS MOTION TO CLARIFY BAILEY
LUMBER & SUPPLY CO.'S STATUS AS A DOWNSTREAM
RELEASEE UNDER THE AMENDED SETTLEMENT AGREEMENT
REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR
<u>BUILDING SUPPLY, L.P., IN MDL NO. 2047</u>**

NOW INTO COURT, comes Defendant, Bailey Lumber & Supply Co. ("Bailey"), who respectfully represents as follows:

1.

On February 8, 2013 Bailey filed its Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee Under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 (Doc. No. 16574) ("Motion to Clarify"), wherein Bailey seeks to clarify that it is a Downstream Releasee under the referenced settlement agreement recently approved by this Court's February 7, 013 Order and Judgment (Doc. #16570).

-1-

2.

In accordance with the Court's September 29, 2011 Order, Bailey requests the Court enter an Order scheduling a deadline for filing of oppositions to its Motion to Clarify and setting the referenced Motion for hearing following the Monthly Status Conference on March 13, 2013 at 9:00 a.m., or at a time set by the Court.

Respectfully submitted,

/s/   Betty F. Mullin
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn LLP
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999

Attorneys for Bailey Lumber & Supply Co.

OF COUNSEL:

Christopher A. Bottcher (BOT003)
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Telephone: (205) 930-5100
Facsimile: (205) 930-5101

Attorneys for Bailey Lumber &
Supply Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Lift Stay and Set for Hearing the Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee Under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2013.

_____
Betty F. Mullin

N:\DATA\K\03437001\pleadings\Motion to Lift Stay re clarify .doc