UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 09-2047 <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO ALL CASES | * MAGISTRATE JUDGE WILKINSON <br> * |

* * * * * * * * * * * * * * * * *

**BAILEY LUMBER & SUPPLY CO.'s MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY AND SET FOR HEARING ITS MOTION TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST INTERIOR/EXTERIOR BUILDING SUPPLY, L.P., IN MDL NO. 2047**

MAY IT PLEASE THE COURT:

Defendant, Bailey Lumber & Supply Co. ("Bailey"), submits the following Memorandum in Support of its Motion to Lift Stay and set for Hearing its Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 ("Motion to Clarify").

Bailey's Motion to Clarify (Doc. #16570) is a simple clean up motion, seeking to clarify that Bailey is a Downstream Releasee under the approved settlement involving Interior/Exterior Building Supply, Inc. ("INEX").[1] In the INEX settlement and in other

---

[1] In the INEX settlement papers Bailey is called "Bailey Lumber & Home Center."

filings in these proceedings and in related state court cases, Bailey is referred to by a variety of "Bailey" names. Despite these name variations all summons and citations have been directed to Bailey's registered agent, and Bailey has entered appearances in all cases.

Bailey's Motion to Clarify is prejudicial to no party as Bailey is the sole "Bailey" entity before this Court and the state courts where related actions are pending. Clarification of Bailey's correct name will only serve to further the interest of the INEX settlement in obtaining a release of INEX's customers, otherwise referred to as Downstream Releasees.

For the foregoing reasons, the Court should lift the stay and schedule Bailey's Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047, for hearing following the March 13, 2013 Status Conference or at such time as the Court may fix.

         Respectfully submitted,

         /s/   Betty F. Mullin
         Betty F. Mullin (09818)
         Simon Peragine Smith & Redfearn LLP
         1100 Poydras Street, 30th Floor
         New Orleans, Louisiana 70163-3000
         Telephone: (504) 569-2030
         Fax: (504) 569-2999

         Attorneys for Bailey Lumber & Supply Co.

OF COUNSEL:

Christopher A. Bottcher (BOT003)
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5101

Attorneys for Bailey Lumber
& Supply Co.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing Bailey Lumber & Supply Co.'s Memorandum In Support of Motion to Lift Stay and Set for Hearing its Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee Under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of February, 2013.

                                                                         Betty F. Mullin