UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 09-2047<br>*<br>*  JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO ALL CASES | *  MAGISTRATE JUDGE WILKINSON<br>* |

* * * * * * * * * * * * * * * * *

### ORDER LIFTING STAY

Considering Bailey Lumber & Supply Co.'s ("Bailey"), Motion to Lift Stay and set for Hearing its Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motion:

> Bailey Lumber & Supply Co.'s Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 (Doc. #16570).

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the Motion to Clarify following the monthly status conference on March 13, 2013, at 9:00 a.m., or at a time set by the Court and

IT IS FURTHER ORDERED BY THE COURT that any opposition to the Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the

Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 must be filed no later than _____ day of _____, 2013.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge

N:\DATA\K\03437001\pleadings\Motion to Lift Stay order re clarify .doc