# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

* * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA
## FOR FEBRUARY 27, 2013 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. HOME BUILDERS FEES AND COSTS

IV. STATE/FEDERAL COORDINATION

V. OMNIBUS CLASS ACTION COMPLAINTS

VI. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII. PILOT PROGRAM

VIII. KNAUF DEFENDANTS

IX. TAISHAN DEFENDANTS

X. INTERIOR EXTERIOR DEFENDANT

XI. BANNER DEFENDANTS

XII. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XIII. L&W DEFENDANT

XIV.   PLAINTIFF AND DEFENDANT PROFILE FORMS

XV.    FREQUENTLY ASKED QUESTIONS

XVI.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XVII.  *PRO SE* CLAIMANTS

XVIII. SETTLEMENT AGREEMENT IN MDL 2047 REGARDING CLAIMS INVOLVING BUILDERS, INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS

XIX.   PHYSICAL EVIDENCE PRESERVATION ORDER

XX.    ENTRY OF PRELIMINARY DEFAULT

XXI.   ALREADY REMEDIATED HOMES

XXII.  STATE COURT PLAINTIFFS USO NORGE WHITNEY, LLC AND THE WHITNEY CONDOMINIUM ASSOCIATION, INC.'S SETTLEMENT AGREEMENT

XXIII. NEXT STATUS CONFERENCE