# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

IT IS ORDERED THAT Plaintiffs USO Norge Whitney, LLC and The Whitney Condominium Association, Inc.'s Motion for Approval of Settlement Agreement (Dkt.____) is granted. The Settlement Agreement attached to the Motion is approved.

New Orleans, Louisiana this 22nd day of February, 2013.

_____
ELDON E. FALLON
United States District Judge