ATTORNEYS AT LAW
# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

| | | |
|---|---|---|
| 400 POYDRAS STREET, SUITE 2450<br>NEW ORLEANS, LOUISIANA 70130<br>TELEPHONE (504) 561-7799<br>FACSIMILE (504) 525-1488 | **February 22, 2013** | 2895 HIGHWAY 190, SUITE 216<br>MANDEVILLE, LOUISIANA 70471<br>TELEPHONE (985) 871-9983<br>FACSIMILE (504) 525-1488 |

**VIA U.S. MAIL**
PRO SE PLAINTIFF NAME
???? Street
???Town, State

      RE:   Chinese Drywall Multi-District No. 2:09-md-2047
              Order and Judgment certifying settlement classes
              and granting approval to proposed settlements

Dear Pro Se Plaintiff

      On February 7, 2013, United State District Judge Eldon Fallon issued an Order and Judgment certifying several settlement classes and granting final approval of proposed settlements. Specifically, the Court gave final approval of the class action settlements made by the Plaintiffs' Steering Committee with several entities known as the Knauf defendants, Interior Exterior Building Supply, LP, known as InEx and its insurers, the Banner entities and their insurers, L & W Supply Corporation, and USG Corporation and more than 700 additional participating builders, suppliers and installers, and their participating insurers, that proposed settlement being known as the Global Settlement.

      The Order and Judgment can be found on the Court's website, which is www.laed.uscourts.gov/Drywall/Drywall.htm, and can also be found on search engines utilizing the term Chinese Drywall Court Website.

      Regarding the settlements of the claims against the defendants other than the Knauf entities, I have been told by counsel for several of the defendants that information on how to assert claims to participate in one or more of those approved settlements will be provided on the Court's website in due course. If you believe that you have a valid claim against one or more of those defendants, you should periodically check the Court website for instructions on how to make the claim when that information is posted.

Mr./Mrs./Ms.
DATE
Page 2


      Concerning the now approved Knauf entity settlement, if you have or had Knauf drywall in your property and were not a listed class action plaintiff when the Knauf settlement was made with the Plaintiffs' Steering Committee in December 2011, at present you are not included in the settlement. However, I will continue my efforts to try to get the number of claimants able to participate in the settlement expanded, and will keep you advised on developments as they occur.

      Very truly yours,

Robert M. Johnston
Court Appointed Curator


RMJ/gwh