Michelle Germano, et. al., Plaintiff(s)
vs.
Taishan Gypsum Co., Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 121743-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RADCO, Inc., c/o Michael Zieman
Court Case No. 2:09-cv-6687

BREIT, DRESCHER & IMPREVENTO
Ms. Tracy H. Oliver
600 22nd Street, Ste. 402
Virginia Beach, VA 23451

State of: California } ss.
County of: Orange

Name of Server: T. Ravid, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the 22 day of February, 20 13, at 3:45 o'clock P.M.

Place of Service: at 3220 E. 59th Street, in Long Beach, CA 90805

Documents Served: the undersigned served the documents described as:
Subpoena to Testify at a Deposition in a Civil Action; Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
RADCO, Inc., c/o Michael Zieman

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Mark McGram, Chief Operating Officer

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M : Skin Color Caucasian : Hair Color Grey : Facial Hair ___
Approx. Age 40 : Approx. Height 5'11" : Approx. Weight 200lbs

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

T. Ravid
Signature of Server

Subscribed and sworn to before me this 25 day of February, 20 13

Tamara Morales 9-5-15
Notary Public    (Commission Expires)

APS International, Ltd.

TAMARA A. MORALES
COMM. #1951164
Notary Public - California
Orange County
My Comm. Expires Sep. 5, 2015