# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

### JOINT UNOPPOSED MOTION OF THE INEX SETTLEMENT CLASS, INTERIOR/EXTERIOR BUILDING SUPPLY COMPANY, AND THE NORTH RIVER INSURANCE COMPANY TO APPROVE SETTLEMENT

Plaintiffs who are members of the INEX Settlement Class and Defendants Interior/Exterior Supply Company ("INEX") and The North River Insurance Company ("North River") asks that the Court approve the Settlement Agreement Concerning Certain Chinese-Manufactured Drywall Claims between the INEX Settlement Class, INEX, and North River that was filed with the Court on January 16, 2013 [Doc. No. 16512-1]. As explained in the attached Memorandum in Support, this Settlement Agreement should be approved by the Court.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esq. (Bar No. 6819)
Leonard A. Davis, Esq. (Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel in MDL 2047*

1

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*


/s/ Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr.
Galloway, Johnson, Tompkins,
Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone:    504/525-6802
Facsimile:    504/525-2456
rduplantier@gjtbs.com

*Counsel for Defendant Interior Exterior*


/s/    Kevin F. Risley
THOMPSON COE COUSINS & IRONS LLP
Brian S. Martin, Esq.
Kevin Risley, Esq.
Rodrigo "Diego" Garcia, Jr., Esq.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

*Attorneys for the North River Insurance Company*

    /s Eric B. Berger
LOBMAN CARNAHAN BATT ANGELLE
& NADER

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196

        400 Poydras Street, Suite 2300
        New Orleans, Louisiana 70130
        Phone: (504) 586-9292
        Fax:   (504) 586-1290
        sja@lcba-law.com
        ebb@lcba-law.com

*Attorneys for the North River Insurance Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 26, 2013.

                          /s Eric B. Berger
                        ERIC B. BERGER