IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF JOINT UNOPPOSED MOTION OF THE INEX SETTLEMENT CLASS, INTERIOR/EXTERIOR BUILDING SUPPLY COMPANY, AND THE NORTH RIVER INSURANCE COMPANY TO APPROVE SETTLEMENT**

MAY IT PLEASE THE COURT:

Plaintiffs who are members of the INEX Settlement Class and Defendants Interior/Exterior Supply Company ("INEX") and The North River Insurance Company ("North River") appear before the Court, through undersigned counsel, and ask that the Court approve the **Settlement Agreement Concerning Certain Chinese-Manufactured Drywall Claims** between the INEX Settlement Class, INEX, and North River that was filed with the Court on January 16, 2013 [Doc. No. 16512-1].  As explained below, this Settlement Agreement implements certain terms of the INEX Class Settlement that was approved by the Court on February 7, 2013 [Doc. No. 16570].

INEX reached a proposed settlement of the claims against it ("INEX Settlement") that was preliminarily approved by the Court on May 13, 2011 [Doc. No. 8816] and amended on February 23, 2012 [Doc. No. 12587].  Certain Knauf Defendants reached a proposed settlement of the claims against them ("Knauf Settlement") that was preliminarily approved by the Court on February 10, 2012 [Doc. No. 12138] and amended on September 4, 2012 [Doc. No. 15786] and December 12, 2012 [Doc. No. 16420].

1

On October 16, 2012, INEX and Certain Knauf Defendants filed a proposed Second Amendment to the INEX Settlement and the Knauf Settlement.  This Second Amendment set forth a proposed agreement between the Plaintiffs' Steering Committee, INEX, primary insurers of INEX, and Certain Knauf Defendants that depended on the outcome of a bellwether trial scheduled for November 25, 2012.  According to the proposed amendment to the INEX Settlement and the Knauf Settlement:

> If the Bellwether Trial results in a final judgment in favor of InEx, the InEx Class shall have no further claim against the Available Policy Limits with respect to participating Knauf Class members only and shall dismiss with prejudice any pending claims of Participating Knauf Class Members only against the Excess Carrier to the Available Policy Limits.

Doc. No. 15948-2 at p. 2.  As used in that document, "Excess Carrier" referred to North River and "Available Policy Limits" referred to amounts the PSC alleged were available under certain excess policies of insurance issued by North River to INEX.

The Bellwether Trial commenced on November 26, 2012, and concluded on December 4, 2012, with a verdict in favor of INEX.  On December 11, 2012, the Court entered a Rule 54(b) judgment in favor of INEX and North River based upon the jury verdict in the Bellwether Trial [Doc. No. 16409].  A true and correct copy of the Rule 54(b) Judgment is attached as Exhibit A.

On February 7, 2013, the Court issued its Order and Judgment: (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements.  In that Order, the Court approved the Second Amendment to the INEX and Knauf Class Actions as "fair, reasonable and adequate to the InEx and Knauf Classes and binding on Settlement Class Members and the signatories." Doc. No. 16570 at p. 23.

Pursuant to the Second Amendment to the InEx Settlement and the Knauf Settlement as well as the Rule 54(b) judgment, InEx and North River are entitled to a judgment absolving them from any further liability to members of the InEx Settlement Class. The Settlement Agreement Concerning Certain Chinese-Manufactured Drywall Claims between the INEX Settlement Class, INEX, and North River that was filed with the Court on January 16, 2013 achieves that result. Therefore, in compliance with the terms of the Second Amendment to the InEx Settlement and the Knauf Settlement previously approved by the Court, the signatories to the Settlement Agreement Concerning Certain Chinese-Manufactured Drywall Claims ask that the agreement be approved by the Court.

Respectfully submitted,

/s/ Russ M. Herman_____
Russ M. Herman, Esq. (Bar No. 6819)
Leonard A. Davis, Esq. (Bar No. 23129)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)
Ldavis@hhkc.com

*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

/s/ Richard G. Duplantier, Jr.
Richard G. Duplantier, Jr.
Galloway, Johnson, Tompkins,
Burr & Smith
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone:    504/525-6802
Facsimile:     504/525-2456
rduplantier@gjtbs.com

*Counsel for Defendant Interior Exterior*


/s/    Kevin F. Risley
THOMPSON COE COUSINS & IRONS LLP
Brian S. Martin, Esq.
Kevin Risley, Esq.
Rodrigo "Diego" Garcia, Jr., Esq.
One Riverway, Suite 1600
Houston, Texas 77056
Phone: (713) 403-8206
Fax:  (713) 403-8299
bmartin@thompsoncoe.com

*Attorneys for the North River Insurance Company*

    /s Eric B. Berger
LOBMAN CARNAHAN BATT ANGELLE
& NADER

SIDNEY J. ANGELLE, ESQ.
La. Bar No. 1002
ERIC B. BERGER, ESQ.
La. Bar No. 26196
400 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Phone: (504) 586-9292
Fax:   (504) 586-1290
sja@lcba-law.com
ebb@lcba-law.com

*Attorneys for the North River Insurance Company*

4

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Hermann, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on February 26, 2013.

                                        ___*/s Eric B. Berger*_____
                                        ERIC B. BERGER