UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Considering the PSC's Motion for a Conference Regarding the Lafarge Entities (R. Doc. 16569), **IT IS ORDERED** that the hearing with oral argument on this Motion, currently set to take place before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Wednesday, February 27, 2013, be and is hereby **CONTINUED** without date.

New Orleans, Louisiana this 26th day of February, 2013.

_____
United States District Judge