# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 21, 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 26 2013
LORETTA G. WHYTE
CLERK

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

     No. 10-30568    In Re: Chinese-Manufactured
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6687
        USDC No. 2:09-MD-2047
        USDC No. 2:09-CV-6687

The court has granted Appellant's unopposed motion to supplement the record in this case with the June 29, 2012 transcript in district court docket no. MDL 15737.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/ Dawn D. Victoriano
                              Dawn D. Victoriano, Deputy Clerk
                              504-310-7717

P.S. To the district court clerk: Please certify the supplemental record with the June 29, 2012 transcript in MDL Docket No. 15737. We have the notification due March 8, 2013.

Ms. Courtney Lynne Colligan
Mr. Joe Cyr
Mr. Leonard Arthur Davis
Mr. Robert Gary
Mr. Faris Ghareeb
Mr. Arnold Levin
Mr. Fred S. Longer
Mr. Thomas Patrick Owen Jr.
Mr. Richard James Serpe
Mr. Frank T. Spano
Mr. Richard C Stanley
Mr. Eric D. Statman
Mr. Richard W. Stimson
Ms. Christina Taber-Kewene
Ms. Joanna F. Wasick
Ms. Loretta Whyte

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By: _____
Deputy
New Orleans, Louisiana     21 FEB 2013

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case No. 10-30568
Consolidated with
Case No. 12-31017

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY
LITIGATION

MICHELLE GERMANO, Individually and on behalf of all others similarly situated, et al.,
    *Plaintiffs*

JERRY BALDWIN, INEZ BALDWIN, STEVEN HEISCHOBER, JOSEPH LEACH, KATHY LEACH, PRESTON MCKELLAR, RACHAEL MCKELLAR, J. FREDERICK MICHAUX, VANNESSA MICHAUX, WILLIAM MORGAN, DEBORAH MORGAN, ROBERT ORLANDO and LEA ORLANDO,
    *Intervenors - Appellees*

v.

TAISHAN GYPSUM COMPANY, LIMITED, formerly known as Shandong Taihe Dongxin Company, Limited,
    *Defendant - Appellant*

On Appeal from the United States District Court
for the Eastern District of Louisiana
Civil Action No. 09-6687

**UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL**

Joe Cyr
Frank T. Spano
Joanna F. Wasick
Courtney L. Colligan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069

**Attorneys for Defendant-Appellant Taishan Gypsum Co. Ltd.**

## UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL

Defendant-Appellant Taishan Gypsum Company Limited, formerly known as Shandong Taihe Dongxin Company Limited ("Appellant") hereby moves, **with the consent of Intervenors-Appellees**, to supplement the record on appeal to add MDL Docket No. 15737, the transcript of the June 29, 2012 oral argument ("Transcript") regarding Appellant's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint ("Motion"), which forms the primary basis for this appeal.

Appellant appeals from the Order & Reasons issued by the Eastern District of Louisiana, on September 4, 2012, denying Appellant's Motion, which sought to vacate the default judgment and dismiss the action for lack of personal jurisdiction over Appellant. The Motion was the final component of an evidentiary hearing, which the District Court conducted over a period of sixteen months and which culminated with oral argument of Appellant's Motion on June 29, 2012.

In this multi-district litigation, the District Court record consists of over 16,000 documents and the docket itself, when printed, consists of over 1,300 pages. On December 4, 2013, the parties, at the Court's request, jointly designated the record for this appeal. Unfortunately, the docket entry for the Transcript was inadvertently omitted from the joint designation of record, even though both parties meant to include it. This transcript is an essential part of the appellate

record. Therefore, the following MDL docket entry that was intended to be and should have been included in the joint designation is not currently part of the appellate record:

| 15737 | TRANSCRIPT of Motion Hearing held on June 29, 2012 before Judge Eldon E. Fallon. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 11/26/2012. | 08/27/2012 |

Because this transcript is needed to ensure a complete record for these consolidated appeals, Appellant now files this motion requesting that the Court supplement the record to include the above transcript. Appellant's counsel has contacted opposing counsel, and there is no opposition to this motion. Accordingly, Appellant respectfully requests that this motion be granted, that the above transcript be added to the appellate record for this case, and that the district court supplement the record to include this transcript.

Dated: February 20, 2013

        Respectfully submitted,

        /s/ Thomas P. Owen, Jr.
        Joe Cyr
        Frank T. Spano
        Joanna F. Wasick
        Courtney L. Colligan
        HOGAN LOVELLS US LLP
        875 Third Avenue
        New York, New York 10022
        Telephone: 212-918-3000
        Facsimile: 212-918-3100
        Joe.cyr@hoganlovells.com
        Frank.spano@hoganlovells.com
        Joanna.wasick@hoganlovells.com
        Courtney.colligan@hoganlovells.com

        Richard C. Stanley (La. Bar No. 8487)
        Thomas P. Owen, Jr. (La. Bar No. 28181)
        STANLEY, REUTER, ROSS, THORNTON
        & ALFORD, LLC
        909 Poydras Street, Suite 2500
        New Orleans, Louisiana 70112
        Telephone: 504-523-1580
        Facsimile: 504-524-0069
        rcs@stanleyreuter.com
        tpo@stanleyreuter.com

        **Attorneys for Appellant/Defendant**
        **Taishan Gypsum Co. Ltd.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Appellant's Unopposed Motion to Supplement Record on Appeal has been served upon the following electronically and/or by U.S. Mail, this 20th day of February 2013:

Robert Gary
Email: rdgary@gmail.com
Gary, Naegele & Theado, L.L.C.
446 Broadway
Lorain, OH 44052

Faris Ghareeb
Email: fghareeb@hausfeldllp.com
Hausfeld, L.L.P.
1700 K Street, N.W., Suite 650
Washington, DC 20006

Arnold Levin
Email: alevin@lfsblaw.com
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106-0000

Richard James Serpe
Email: rserpe@serpefirm.com
580 E. Main Street, Ste. 310
Norfolk, VA 23510-2322

Richard W. Stimson
Email: rick.stimson@comcast.net
4726 Mainsail Drive
Bradenton, FL 34208

Leonard Arthur Davis
Email: ldavis@hhkc.com
Herman Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113-0000

/s/ Thomas P. Owen, Jr.