**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE WILKINSON |

**ORDER**

Considering the Joint Unopposed Motion Of The INEX Settlement Class, Interior/Exterior Building Supply Company, And The North River Insurance Company To Approve Settlement;

IT IS ORDERED BY THE COURT as follows:

1.  The Joint Unopposed Motion Of The INEX Settlement Class, Interior/Exterior Building Supply Company, And The North River Insurance Company To Approve Settlement is GRANTED;

2.  The Settlement Agreement Concerning Certain Chinese-Manufactured Drywall Claims ["Agreement"] between the INEX Settlement Class, Interior/Exterior Supply Company ["INEX"], and The North River Insurance Company ["North River"] that was filed with the Court on January 16, 2013 [Doc. No. 16512-1] is hereby approved;

3.  Pursuant to the terms of the Agreement:

    a.  Each member of the INEX Settlement Class releases North River for any liability arising by contract, statute, or common law for (i) all CDW claims, (ii) all claims of any type which are or are alleged to be covered by the INEX

Policies, and (iii) any claims for bad faith or any other type of extracontractual liability.   The release shall include all claims within the scope of the Agreement in which a Party has a legal or beneficial interest, including claims which the Party has received or may in the future receive by assignment under the INEX Class Settlement, the Knauf Class Settlement, or any other assignment or transfer.

b.  The members of the INEX Settlement Class who were parties to the bellwether trial agree that they (i) will not file any post-judgment motions seeking to vacate, modify, or obtain relief from the final judgment entered by the MDL Court and (ii) will not appeal the judgment entered in the bellwether trial and they waive any right of appeal;

c.  INEX and North River agree that they (i) will not seek recovery of costs from the claimants in the bellwether trial or their attorneys, and INEX and North River waive any right to recover such costs, and (ii) will not appeal the judgment entered in the bellwether trial and they waive any right of appeal.

d.  North River has previously made objections to approval of the INEX Class Settlement and the Knauf Class Settlement currently pending before the MDL Court. Approval of this Settlement Agreement triggers North River's withdrawal of its objections to the INEX Class Settlement and the Knauf Class Settlement and North River will not appeal the approval of the INEX Class Settlement and the Knauf Class Settlement.   If there are any amendments or revisions to the INEX Class Settlement or the Knauf Class

Settlement, North River shall have the right to file written objections to any such proposed amendment or revision.

e.   The right of any Party to this Agreement to assert or pursue any claim against Taishan is not released or compromised by this Agreement.

4.  Capitalized terms in this Order shall have the same meaning as in the Agreement.

New Orleans, Louisiana, this 27th day of _____February_____, 2013.

_____
Eldon E. Fallon
United States District Court Judge