# EXHIBIT "A"

# STATE OF LOUISIANA

## CERTIFICATION OF DEATH

THIS RECORD IS VALID FOR DEATH ONLY

BIRTH NUMBER: 2747096
STATE FILE NUMBER: 2012-030-00192

### DECEDENT / PERSONAL

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | WENZEL, LORRAINE SUE |
| DATE OF BIRTH | 08/07/1953 |
| DATE OF DEATH | 09/09/2012 |
| TIME OF DEATH | 03:02 PM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | ___-__-0646 |
| AGE | 59 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 80190 RED HAWK LANE, BUSH, LA 70431 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | ST. TAMMANY |
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | MANAGER |
| INDUSTRY OF OCCUPATION | MORTGAGE COMPANY |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | WENZEL, JOHN ERNEST III |
| FATHER'S NAME | ANGELO, MAURICE |
| FATHER'S PLACE OF BIRTH | PORT EADS, LA UNITED STATES |
| MOTHER'S NAME | FORD, VIRGINA |
| MOTHER'S PLACE OF BIRTH | ONEONTA, AL UNITED STATES |
| INFORMANT'S NAME | WENZEL, JOHN ERNEST III |
| RELATIONSHIP TO DECEDENT | SPOUSE |
| INFORMANT'S ADDRESS | 80190 RED HAWK LANE, BUSH, LA 70431 UNITED STATES |
| EDUCATION | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | WHITE |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | OTHER SECOND RESIDENCE |
| FACILITY NAME | |
| FACILITY ADDRESS | 235 DEVAL DR., MANDEVILLE, LA 70458 UNITED STATES |
| PARISH/COUNTY | ST. TAMMANY |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | METAIRIE CREMATORY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| DATE OF DISPOSITION | 09/14/2012 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | ST. BERNARD MEMORIAL FUNERAL HOME |
| ADDRESS OF FUNERAL FACILITY | 701 W. VIRTUE ST., CHALMETTE, LA 70043 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | WHITEMAN, REGINA R |
| LICENSE NUMBER | U1581 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH

PART I. Enter the chain of events -- diseases, injuries, or complications -- that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | PNEUMONIA | 1 WEEKS |
| b. | PARKINSONISM | 1 YEARS |
| c. UNDERLYING CAUSE | MULTIPLE SYSTEM ATROPHY | 2 YEARS |
| d. | | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY:
PARISH/COUNTY:
DESCRIBE HOW INJURY OCCURED:

### CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 5/7/2012 TO 9/9/2012 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 9/11/2012 |
| CERTIFIER NAME | MCNULTY, JOHN P |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 725 W. 11TH ST., COVINGTON, LA 70433 UNITED STATES |
| BURIAL TRANSIT PERMIT | 6906 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 09/10/2012 |
| DATE FILED WITH REGISTRAR | 9/26/2012 |

### REGISTRAR

SIGNATURE OF REGISTRAR: DARLENE W. SMITH *e-sign*
ISSUED BY: Mickel, Jemimah
Issued On: 10/4/2012 12:16:24 PM

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA — R.S.40:32, ET SEQ.

Darlene W. Smith
STATE REGISTRAR

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID DO NOT ACCEPT

WARNING: It is illegal to alter or counterfeit this copy.