# EXHIBIT "B"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * | MAG. JUDGE WILKINSON |
| | * | |
| *Sean and Beth Payton, et al. v.* | * | |
| *Knauf GIPS KG, et al* | * | |
| Case No. 09-7628 (E.D.La.) AND, | * | |
| ALL CASES           * | | |
| | * | |

******************************************

## NOTICE OF DEATH

NOTICE IS HEREBY given that Lorraine Wenzel, Plaintiff of record in the above captioned case for the property located at 80190 Red Hawk Lane, Bush, Louisiana 70471 is now deceased. Mrs. Wenzel passed away on September 9, 2012. John Wenzel, individually and on behalf of his minor son, Bryan Wenzel, who is also Plaintiff of record in the above captioned case for the above mentioned property, will remain as Plaintiff of record on the property.

Respectfully submitted,

**/s/ Leonard A. Davis**

_____
**RUSS M. HERMAN, La. Bar No. 6819**
**STEVEN J. LANE, La. Bar No. 7554**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:     (504) 581-4892
Fax No.:        (504) 561-6024
*Attorneys for the Plaintiffs, John and Lorraine Wenzel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Death, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of December, 2012.

/s/ Leonard A. Davis

_____

LEONARD A. DAVIS