UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **************************************** | | |
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | **SECTION: L** |
| **LITIGATION** | * | **JUDGE FALLON** |
| | * | **MAG. JUDGE WILKINSON** |
| **************************************** | | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES AND** | * | |
| | * | |
| *Sean and Beth Payton, et al. v.* | * | |
| *Knauf GIPS KG, et al.* | * | |
| | * | |
| **Case No. 09-7628 (E.D.La.)** | * | |
| | * | |
| **************************************** | | |

## ORDER

Upon consideration of the Ex Parte Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is GRANTED. John Wenzel is deemed substituted in place of Lorraine Wenzel for any claims that she may have had as a Plaintiff of record for the property located at 80190 Red Hawk Lane, Bush, Louisiana 70471.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge