**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

February 27, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

IN RE: IN RE: CHINESE-MANUFACTURED DRYWALL PROD LIABILITY   MDL 09-2047 L

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

   __x__ 1) Electronic Copy of Record on appeal

       ____ Volume(s) of record   __1 (document 15737)__ Volume(s) of transcripts

       ____ Volume(s) of depositions

   __x__ Container(s) of exhibits __1__ box   ____ binder

       ____ 2) Supplemental record_____

   __x__ 3) SEALED DOCUMENT  __2 boxes of sealed docs and attach to docs__

       ____ 4) Other_____

Very truly yours,

By___Alicia Phelps___
Deputy Clerk

FILED FEB 28 2013
LORETTA G. WHYTE
CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____