IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

**BAILEY LUMBER & SUPPLY CO.'S REPLY TO
PLAINTIFF STEERING COMMITTEE'S RESPONSE TO MOTION
TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S
STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED
SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST
INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. IN MDL NO. 2047**

Bailey Lumber & Supply Co. (hereinafter "Bailey") submits this reply to the Plaintiff Steering Committee's response to its Motion to Clarify Bailey Lumber & Supply Co.'s Status As A Downstream Releasee Under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. In MDL 2047 (hereinafter the Motion):

1. Bailey's registered agent has received service of process in the following lawsuits that involve claims arising out of allegedly defective Chinese Drywall Bailey purchased from Interior/Exterior Building Supply, L.P. (hereinafter "INEX") and re-sold to customers:

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*

1

Case No. 2:11-cv-00080 (MDL 2047) (E.D. La.);

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-00252 (MDL 2047) (E.D. La.)

*Amato, et al. v. Liberty Mutual Ins. Co., et al.*
Case No. 2:10-cv-00932 (MDL 2047) (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No.: 2:11-cv-01363 (MDL 2047) (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-cv-03023 (MDL 2047) (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (MDL 2047) (E.D. La.)

*Payton, et al. v. Knauf GIPS KG, et al.*
Case No. 2:09-cv-07628 (MDL 2047) (E.D. La.)

*Marilyn Clark and Frances T. Parlow v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-418

*Shea Michael Ladner, et al v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2011-128

*Kyle E. Newman and Denise G. Newman v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-419 and A 2401-2012-244

*David Sand and Jacqueline Sand v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A 2401-2011-127 and A 2401-2012-243

*Anita Sanderford; James Sanderford; and Wes Sanderford v. Knauf GIPS KG, et al*
First Judicial District of Harrison County, MS; CV No. A 2401-2010-397; and A 2401-2011-225

<u>See</u> Affidavit of Richard Kostal, attached hereto as Exhibit "A".

2

2. In these cases, Bailey has been identified as "Bailey Lumber & Supply Company of Biloxi", "Bailey Lumber & Supply Company", "Bailey Lumber and Supply Company, Inc." and "Bailey Lumber & Supply Co.".

3. The INEX settlement agreement identifies Bailey as "Bailey Lumber & Home Center".

4. Bailey's Motion is a simple housekeeping measure that seeks confirmation from this Court that each of these references to Bailey entities in the lawsuits referenced above was an attempt to name Bailey as a defendant so Bailey can receive the benefit of this settlement as this Court intended when it entered the order approving the settlement.

5. Despite the variations in the way Bailey has been identified, all service of process has been directed at Bailey's registered agent and Bailey has entered appearances in each of those cases.

6. No party will be prejudiced if this Court grants Bailey's Motion. In fact, it would be inequitable to deny Bailey the protections the parties intended to provide Downstream Releasees when they reached this settlement agreement, which this Court approved for Downstream Releasees when it approved the settlement.

Wherefore, Bailey Lumber & Supply Co. respectfully requests that this Court enter an order clarifying that references to "Bailey Lumber & Supply

3

Company of Biloxi", "Bailey Lumber & Supply Company", "Bailey Lumber and Supply Company, Inc.", "Bailey Lumber & Supply Co.", and "Bailey Lumber & Home Center" in the lawsuits referenced above are all references to Bailey Lumber & Supply Co. which is a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. In MDL 2047.

Respectfully submitted this 1st day of March, 2013.

/s/ Christopher A. Bottcher
Christopher A. Bottcher (BOT003)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 212-3816

/s/ Betty F. Mullin
Betty F. Mullin (09818)
Attorney for Defendant
Bailey Lumber & Supply Co.

**OF COUNSEL:**

SIMON, PERAGINE, SMITH & REDFEARN, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Tel.:  (504) 569-2030
Fax:  (504) 569-2999

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Clarify has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 1st day of March, 2013.

/s/ Christopher A. Bottcher
Of Counsel