# EXHIBIT "A"

# AFFIDAVIT OF RICHARD KOSTAL

STATE OF MISSISSIPPI      )
                        )
COUNTY OF JACKSON     )

1.       My name is Richard Kostal, and I give this affidavit after being duly sworn.

2.       I am an adult resident of Ocean Springs, Mississippi, of sound mind, and I give this testimony based upon my personal knowledge.

3.       I am the Treasurer and Chief Operating Officer of Bailey Lumber & Supply Co. (hereinafter Bailey). In my role as a corporate officer, I have access to records relating to the Chinese Drywall litigation to which Bailey is a party and, when necessary, I rely on those records to conduct Bailey's business.

4.       I am aware that Bailey has been served with process in the following lawsuits relating to Chinese Drywall:

*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong TaiheDongxin Co., Ltd., et al.*
Case No. 2:11-cv-00080 (MDL 2047) (E.D. La.);

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-00252 (MDL 2047) (E.D. La.)

*Amato, et al. v. Liberty Mutual Ins. Co., et al.*
Case No. 2:10-cv-00932 (MDL 2047) (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No.: 2:11-cv-01363(MDL 2047) (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-cv-03023 (MDL 2047) (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-6690 (MDL 2047) (E.D. La.)

*Payton, et al. v. Knauf GIPS KG, et al.*
Case No. 2:09-cv-07628 (MDL 2047) (E.D. La.)

*Marilyn Clark and Frances T. Parlow v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A2401-2010-418

*Shea Michael Ladner, et al v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A2401-2011-128

*Kyle E. Newman and Denise G. Newman v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A2401-2010-419 and A 2401-2012-244

*David Sand and Jacqueline Sand v. Knauf GIPS KG, et al.*
First Judicial District of Harrison County, MS; CV No. A2401-2011-127 and A 2401-2012-243

*Anita Sanderford; James Sanderford; and Wes Sanderford v. Knauf GIPS KG, et al*
First Judicial District of Harrison County,MS; CV No. A2401-2010-397; and A 2401-2011-225

    5.    Attached to this affidavit are true and correct copies of documents reflecting service of process in each of these cases.

    6.    Bailey has entered an appearance in each of these lawsuits.

Further affiant sayeth not.

                                          RICHARD KOSTAL

STATE OF MISSISSIPPI     )
                                  )
COUNTY OF JACKSON    )

    I, the undersigned, a Notary Public, in and for said County, in said State, hereby certify that Richard Kostal whose name as Chief Operating Officer of Bailey Lumber & Supply Co., is signed to the foregoing Affidavit, and who is known to me, acknowledged before me on this day that, being informed of the contents of said Agreement, he as such officer and with full authority, executed the same voluntarily for and as the act of said corporation on the day the same bears date.

Subscribed and sworn to before me on the 27th of February, 2013.

                                      NOTARY PUBLIC

                                      My Commission Expires:

                                      2-9-14

STATE OF MISSISSIPPI
JERRY M. PORTERFIELD
NOTARY PUBLIC
ID No. 9082
Commission Expires
February 9, 2014
JACKSON COUNTY

Kennth Abel, et. al., Plaintiff(s)
vs.
Taishan Gypsum Ltd. fka Shandong Taihe Dongxin Co., Ltd., et. al.,
Defendant(s)



Service of Process by
APS Internation
1-800-328-71
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

41116543

Nov 29 2011
10:34AM

APS File #: 109397-0178

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Bailey Lumber & Supply Co.
Court Case No. 11-080 Section L

State of: __MS__ ) ss.
County of: __Hinds__ )

**Name of Server:** __Timay H Taylor__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __15__ day of __March__, 20 __11__, at __1345__ o'clock __P__ M

**Place of Service:** at __2950 Layfair #101__, in __Flowood  MS  39432__ 
~~2829 Lakeland Drive #1605~~ ~~Jackson  MS  39208~~

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Compaint (VII) w/Jury Demand;
Exhibit "A"-Additional Plaintiffs; Exhibit "B"-Additional Defendants;
Exhibit "C"-Plaintiffs' Counsel and Plaintiffs' Contact Information; Schedule 1;
Schedule 2; Schedule 3;  Schedule 1; Schedule 2; Schedule 3

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Co.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __John  Shows· Attorney / Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gray__ ; Facial Hair __no__
Approx. Age __65__ ; Approx. Height __6'2__ ; Approx. Weight __170__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __15__ day of __March__ 20 __11__

_____
Signature of Server

_____
Notary Public          (Commission

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 98471
LINDA TODD
Commission Expires
March 7, 2015
MADISON COUNTY

Daniel Abreu individually and on behalf of all others similarly
situated, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
**APS International**
1-800-328-71'



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  110748-0114

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Bailey Lumber & Supply Company
Court Case No. 11-252 Section L Mag 2

State of: ___MS___ ) ss.
County of: ___Hinds___ )

Name of Server: ___Jimmy H Taylor___ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the ___24___ day of ___May___ , 20 __11__ , at ___1402___ o'clock ___P___ M

Place of Service: at ___2950 Layfair Drive, Suite 101___ , in ___Flowood, MS  39232___

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint with  Jury Demand (VIII);**
**Exhibit A; Exhibit B; Exhibit C' Schedule 1; Schedule 2; Schedule 3**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: ___John Shows - Attorney And Agent___

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex ___m___ ; Skin Color ___W___ ; Hair Color ___Gray___ ; Facial Hair ___No___
Approx. Age ___65-70___ ; Approx. Height ___6'0___ ; Approx. Weight ___170___

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
___24th___ day of ___May___ , 20 __11__

_____          _____
Signature of Server                       (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC
ID No. 68460
Commission Expires
April 13, 2015
STATE OF MISSISSIPPI
BRANDI BURNHAM
MADISON COUNTY

Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
APS International
1-800-328-71
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Aug 11 2010
3:04PM

APS File #:  104526-0059

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Bailey Lumber & Supply Company of Biloxi, c/o
Sherwood Bailey
Court Case No. 10-932 Section L Mag 2

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

Name of Server: _JOE R. GILLIS_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8_ day of _JULY_, 20_10_, at _1:50_ o'clock _P_ M

Place of Service: at _BAILEY LUMBER HOME CENTER — ADMINISTRATIVE OFFICES_
~~Bailey Building~~ _810 PASS ROAD_, in Gulfport, MS 39507
~~Washington Avenue~~ _GULFPORT, MS 39507_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company of Biloxi, c/o Sherwood Bailey**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _SHERWOOD BAILEY — PRESIDENT_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows: _GLASSES_
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _GRAY_ ; Facial Hair
Approx. Age_56-65_ ; Approx. Height _5'11_ ; Approx. Weight _190_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_12_ day of _July_, 20 _10_

_____
Signature of Server

_____
Notary Public (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY

Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS Internationa**
**1-800-328-71**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122



Jul 27 2010
1:33PM

APS File #:   104526-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply, c/o John Howard Shows
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ___M J___ ) ss.
County of: _____ )

Name of Server: _Jimmy H. Taylor_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _07_ day of _July_, 20 _10_, at _4:45_ o'clock _P_. M

Place of Service: at _2950 Layfair Drive, Suite 101_, in _Flowood, MS 39232_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply, c/o John Howard Shows**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Attorney / Regi. Agent for Bailey Lumber_

Description of
Person Receiving
Documents: The person receiving documents is described as follows: _Glenn_
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair _no_
Approx. Age _60_ ; Approx. Height _6'1_ ; Approx. Weight _200_

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_9_ day of _July_, 20 _10_

_Michelle Murray_
Notary Public          (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY

Robert W Block III, et. al., Plaintiff(s)
vs.
Gebrueder Knauf Verwaltungsgesellschaft KG, et. al., Defendant(s)

Service of Process by
**APS Internationa**
**1-800-328-71**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  111876-0114

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bailey Lumber & Supply Company
Court Case No. 11-1363 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __MS__ )ss.
County of: __Hinds__ )

Name of Server: __Jimmy A Taylor__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __08__ day of __August__, 20 __11__, at __134/__ o'clock __P__ M

Place of Service: at __2950 Layfair Drive, Suite 101__, in __Flowood, MS 39232__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (X); Exhibit "A"; Exhibit "B"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company** __-John Shows__

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and, title is: __Agent & Attorney -John Shows__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Gray__; Facial Hair __No__
Approx. Age __65__; Approx. Height __6'2__; Approx. Weight __170__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __08__ day of __August__, 20 __11__

Notary Public          (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 66724
CYNTHIA L. WILSON
Commission Expires
July 18, 2014
RANKIN COUNTY

Jessica Cassidy, et. al., Plaintiff(s)
vs.
Gebrueder Knauf, et. al., Defendant(s)

Service of Process by
APS International
1-800-328-71

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  114546-0175

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Bailey Lumber & Supply Company
Court Case No. 11-3023 Sect L Mag 2

State of: _M S_ ) ss.
County of: _Hinds_ )

Name of Server: _Jimmy h Taylor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _24_ day of _FEB_, 20 _12_, at _149_ o'clock _A_ M

Place of Service: at _2950 Layfair Drive, Ste. 101_, in _Flowood, MS  39232_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (XIV) w/Jury Demand;
Exhibit A; Exhibit B; Exhibit C

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
Bailey Lumber & Supply Company  _John Shows_

Person Served, and  By delivering them into the hands of an officer or managing agent whose name and
Method of Service:  title is: _Lawyer & Agent For Bailey Lumber_

Description of  The person receiving documents is described as follows:
Person Receiving  Sex _M_; Skin Color _W_; Hair Color _Gra-l_; Facial Hair _no_
Documents:  Approx. Age _65_; Approx. Height _6'1_; Approx. Weight _170_
Glasses
☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury  Subscribed and sworn to before me this
that the foregoing is true and correct.  _24_ day of _FEb_, 20 _12_

Signature of Server  Notary Public  (Commission Expires)
_11-27-13_

**APS International, Ltd.**

STATE OF MISSISSIPPI
LINDA ANN BURGES
NOTARY PUBLIC
ID NO. 27413
My Comm. Expires
NOVEMBER 27, 2013
RANKIN COUNTY

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International**
**1-800-328-71**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Jul 1 2010  2:06PM

APS File #:   104035-0163

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Service of Process on:
--Bailey Lumber & Supply Co., c/o John Howard Shows,
Registered Agent
Court Case No. 09-6690

State of: __MS__ ) ss.
County of: __Jones__ )

Name of Server: __Terry Keith__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __24__ day of __May__, 20 __10__, at __10:56__ o'clock __A__. M

Place of Service: at __2950 Layfair Drive, Suite 101__, in __Flowood, MS 39232__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Co., c/o John Howard Shows, Registered Agent**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: __John Howard Shows, Registered Agent__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gray__; Facial Hair
Approx. Age __63__ ; Approx. Height __6'__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
__26__ day of __May__, 20 __10__

_Terry Keith_
Signature of Server

_Michelle Murray_
Notary Public          (Commission Expires)

**APS International, Ltd.**



David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International**
**1-800-328-71**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   104035-0175

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Bailey Lumber & Supply Company of Biloxi, c/o
Sherwood R. Bailey
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

Name of Server: _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _25_ day of _MAY_, 20_10_, at _1:35_ o'clock _P_ M

Place of Service: at ~~Bailey Building~~ _BAILEY LUMBER & HOME CENTER_ , in _Gulfport, MS 39507_
~~716 Washington Avenue~~ _Administrative offices 810 Pass Road_

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
In Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company of Biloxi, c/o Sherwood R. Bailey**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _SHERWOOD R BAILEY — REGISTERED AGENT_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair
Approx. Age _50-65_ ; Approx. Height _5'11_ ; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury          Subscribed and sworn to before me this
that the foregoing is true and correct.          _28_ day of _May_, 20 _10_

_____          _Michelle Murray_
Signature of Server          Notary Public          (Commission Expires)

**APS International, Ltd.**

ID # 88032
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS Internationa**
**1-800-328-71'**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

36273382

Mar 4 2011
9:11AM

APS File #:   107331-0051

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Bailey Lumber & Supply Co.
Court Case No. 09-6690 Sect. L

State of: _M S_ ) ss.
County of: _Hinds_ )

Name of Server: _Jimmy R Taylor_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _29_ day of _October_, 20 _10_, at _120_ o'clock _P_ M

Place of Service: at _2950 Layfair Drive, Ste. 101_, in _Flowood, MS 39232_

Documents Served: the undersigned served the documents described as:
Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class
Action Complaint In Intervention (III(A)); Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Co.**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _John Shows / Attorney - Agent_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair
Approx. Age _65_ ; Approx. Height _6'0_ ; Approx. Weight _170_
X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_29_ day of _October_, 20 _10_

_Signature of Server_

_Cynthia L. Wilson_
Notary Public          (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 66724
CYNTHIA L. WILSON
Commission Expires
July 18, 2014
RANKIN COUNTY

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International**
**1-800-328-71**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122



37861604

May 31 2011
9:48AM

APS File #: 107331-0054

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bailey Lumber & Supply Company of Biloxi
Court Case No. 09-6690 Sect. L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

Name of Server: _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _28_ day of _OCTOBER_, 20_10_, at _10:55_ o'clock _A._ M

Place of Service: at ~~Bailey Building, Washington Ave.~~ _610 PASS ROAD_, in _Gulfport, MS 39507_

Documents Served: the undersigned served the documents described as:
**Summons In A Civil Action; Plaintiffs' Ruben Jaen, et al., Omnibus Class**
**Action Complaint In Intervention (III(A)); Exhibit "A"**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company of Biloxi**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _RICHARD KOSTAL — VICE PRESIDENT_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _WHITE_ ; Hair Color _GRAY_ ; Facial Hair ———
Approx. Age _55-62_ ; Approx. Height _6'0_ ; Approx. Weight _185_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _November_, 20 _10_

_[signature]_ _David Eaton_
Notary Public        (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 97120
DAVID EATON
Commission Expires
Sept. 22, 2014
HARRISON COUNTY

Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF, GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International**
**1-800-328-717**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0449

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--Bailey Lumber & Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_                                ) ss.
County of: _Jones_                          )

Name of Server:    _Jimmy K Taylor_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:    that on the _04_ day of _Feb_, 20 _10_, at _435_ o'clock _P_ M

Place of Service:    at _2950 Layfair Drive, Suite 101_, in _Flowood, MS  39232_

Documents Served:    the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:    A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**

Person Served, and    By delivering them into the hands of an officer or managing agent whose name and
Method of Service:    title is: _John Shows/ Attorney & Agent_

Description of    The person receiving documents is described as follows:
Person Receiving    Sex _M_ ; Skin Color _W_ ; Hair Color _Gray_ ; Facial Hair _No_
Documents:    Approx. Age _65_ ; Approx. Height _6'0_ ; Approx. Weight _170_
☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:    Undersigned declares under penalty of perjury        Subscribed and sworn to before me this
that the foregoing is true and correct.        _8_ day of _Feb_, 20 _10_

_[signature]_                                    _Michelle Murray_
Signature of Server                              Notary Public        (Commission Expires)
                                                                       _1-23-11_

**APS International, Ltd.**

_[Notary seal: MICHELLE MURRAY, JONES COUNTY, MS  NOTARY PUBLIC]_

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS Internationa**
**1-800-328-71.**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Jun 19 2012
9:17AM

APS File #:   109745-0099

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Bailey Lumber & Supply Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **M S** ) ss.
County of: **Hinds** )

Name of Server: **Jimmy K Taylor**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **25** day of **March**, 20 **11**, at **1510** o'clock **P** M

Place of Service: at **2950 Layfair Drive, Suite 101**, in **Flowood, MS 39232**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs', Benjamin and Jennifer Abt Omnibus Class Action**
**Complaint in Intervention (I(B)) w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: **John Shows Agent**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Grey**; Facial Hair **no**
Approx. Age **65**; Approx. Height **6 0**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
**25** day of **March**, 20 **11**

Signature of Server

Notary Public                    (Commission Expires)

**APS International, Ltd.**

STATE OF MISSISSIPPI
★ LINDA ANN BURES ★
NOTARY PUBLIC
ID NO. 27473
My Comm. Expires
NOVEMBER 27, 2013
RANKIN COUNTY

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
APS International
1-800-328-71'



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Oct 21 2010
10:27AM

APS File #:  106415-0246

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Bailey Lumber & Supply Company
Court Case No. 09-7628

State of: _____ M) _____ ) ss.
County of: _____ Menos _____ )

Name of Server: _____ Jimmy H Taylor _____, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 04 day of October, 20 10, at 1130 o'clock A.M

Place of Service: at  2950 Layfair Dr., Ste. 101 , in  Flowood, MS  39232

Documents Served: the undersigned served the documents described as:
Summons; Complaint with Jury Trial Demand; Exhibit "A" and "B";  Order Supplement
to Class Action Complaint (I); Exhibits and Schedules

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Bailey Lumber & Supply Company

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: John Shows - Agent

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex  M ; Skin Color  W ; Hair Color  Brn ; Facial Hair  No
Approx. Age  65 ; Approx. Height  6'0 ; Approx. Weight  170
☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
04 day of October, 20 ___

_____
Signature of Server

APS International, Ltd.

_____
Notary Public      (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 91582
COURTNEY NICOLE BOUNDS
Commission Expires
Nov. 5, 2012
MADISON COUNTY

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International**
**1-800-328-71?**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

Mar 30 2011
4:14PM

APS File #:  108015-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

—Bailey Lumber & Supply Company
Court Case No. 09-7628 Sect L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

Name of Server: _Joe R. Gillis_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _10_ day of _December_ , 20_10_ , at _6:35_ o'clock _A_ M

Place of Service: at _810 Passroad_ , in _Gulfport, MS_

Documents Served: the undersigned served the documents described as:
Summons; Plaintiffs' Philip Kennedy and Lyzette Machado-Kennedy Omnibus
Class Action Complaint in Intervention (I(A)) w/Jury Demand; Exhibit "A"

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Bailey Lumber & Supply Company

Person Served, and
Method of Service:
By delivering them into the hands of an officer or managing agent whose name and
title is: _Jami Welsh — Accounting Clerk_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age_21-35_ ; Approx. Height _5/6_ ; Approx. Weight _150_
☒ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_13th_ day of _December_ , 20 _10_

_Sharon M McKinney_  _11-19-2014_
Notary Public         (Commission Expires)

STATE OF MISSISSIPPI
SHARON M. McKINNEY
ID No
54413
Comm Expires
Nov. 19, 2014
NOTARY PUBLIC
HARRISON COUNTY

Sean and Beth Payton, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International**
**1-800-328-71**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122



Jun 28 2012
2:19PM

APS File #:  110234-0252

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Bailey Lumber & Supply Company
Court Case No. 09-07628

State of: __MS__          ) ss.
County of: __Jones__     )

Name of Server: __Terry Keith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __6__ day of __May__, 20 __11__, at __3:00__ o'clock __p__. M

Place of Service: at __2950 Layfair Drive, Suite 101__, in __Flowood, MS 39232__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Bonnie and John H Adams, III Omnibus Class Action**
**Complaint in Intervention (IC); Exhibit A**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company**

Person Served, and Method of Service:
By delivering them into the hands of an officer or managing agent whose name and title is: __John Shows, Registered agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Gray__; Facial Hair __No__
Approx. Age __65__; Approx. Height __6'__; Approx. Weight __170__

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Terry Keith__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __9__ day of __May__, 20 __11__

__Michelle Murray__
Notary Public (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Feb. 13, 2015
JONES COUNTY

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

MARILYN CLARK AND
FRANCES T. PARLOW                                                    **PLAINTIFFS**

V.                                                NO. A2401-2010-418

KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD; KNAUF PLASTERBOARD
(WUHU) CO., LTD; KNAUF PLASTERBOARD
(DONGGUAN) CO., LTD; BEIJING NEW
BUILDING MATERIAL, PLC; TAISHAN
GYPSUM CO. LTD F/K/A SHANDONG
TAIHE DONGXIN CO., LTD; USG CORPORATION;
L&W SUPPLY CORPORATION, D/B/A SEACOAST;
INDEPENDENT BUILDERS SUPPLY ASSOCIATION;
ROTHCHILT INTERNATIONAL LTD; INTERIOR/
EXTERIOR BUILDING SUPPLY; BAILEY LUMBER
& SUPPLY CO.; and FICTITIOUS PARTIES A-G                              **DEFENDANTS**



FILED
FEB 2 4 2011
GAYLE PARKER, CIRCUIT CLERK
BY _____ DC

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS  39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to
John L. Hunter, P.O. Drawer 1287, Pascagoula, Mississippi, 39568, and Wayne E. Ferrell, Jr., P.O.
Box 24448, 405 Tombigbee Street, Jackson, Mississippi 39225-4448, attorneys for the Plaintiffs.
Your response must be mailed or delivered within thirty (30) days from the date of delivery of this
Summons and Complaint or a Judgment by default will be entered against you for the money or other
things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this
Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the 23rd day of February, 2011.

GAYLE PARKER, CIRCUIT CLERK

_____
DEPUTY CLERK

(SEAL)

## PROOF OF SERVICE-SUMMONS

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS  39232

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____  FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
       By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

✓      PERSONAL SERVICE.
       I personally delivered copies to *Stephanie Stapleton* on the *21st* day of *January*, 2011, where I found said person in *Rankin* County of the State of Mississippi.

_____  RESIDENCE SERVICE.
       After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ____ day of _____, 2011, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2011, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____  CERTIFIED MAIL SERVICE.
       By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least eighteen years of age and not a party to this action.

This the *21st* day of *January*, 2011.

*Edna J. Davis*
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the *21* day of *Jan*
2011.

*Pamela S. Ansley*
NOTARY PUBLIC

My Commission expires:

STATE OF MISSISSIPPI
PAMELA S. ANSLEY
NOTARY PUBLIC
ID# 59515
My Commission Expires
February 9, 2014
RANKIN COUNTY

# LAW OFFICES OF
# WAYNE E. FERRELL, JR., PLLC

POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
**Telephone:   (601) 969-4700**
**Facsimile:    (601) 969-7514**

| | | |
|---|---|---|
| MASTER OF LAWS, L.L.M. | WEB PAGE | EMAIL: |
| AVIATION & SPACE LAW | http://www.airlawonline.com | wferrell@airlawonline.com |

February 21, 2011

Gayle Parker, Clerk
Harrison County Circuit Court
P. O. Box 998
Gulfport, MS  39502

FILED
FEB 2 4 2011
GAYLE PARKER, CIRCUIT CLERK
BY_____ DC

    Re:    Marilyn Clark, et al v. Knauf Gips, et al

Dear Ms. Parker:

    Please find enclosed the Summons and Proof of Service on Defendant, Bailey Lumber &
Supply Co. for filing in the above referenced matter.

    Thank you for your assistance with this matter.  If you have any questions or need any
further information, please feel free to contact us.

    Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/dc
cc:    John Hunter

FEB. 28. 2013  4:53PM   CIRCUIT COURT                           NO. 775   P. 1

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

SHEA MICHAEL LADNER, DESIREE DAY
LADNER, BRENDON MICHAEL LADNER,
and BROOKLYNN LEE LADNER                              **PLAINTIFFS**

V.                                                   NO. A2401-2011-128

KNAUF GIPS KG; KNAUF
PLASTERBOARD (TIANJIN) CO.,
LTD; KNAUF PLASTERBOARD
(DONGGUAN) CO., LTD; KNAUF
PLASTERBOARD (WUHU) CO., LTD;
BEIJING NEW BUILDING MATERIAL, PLC;
TAISHAN GYPSUM CO. LTD F/K/A SHANDONG
TAIHE DONGXIN CO., LTD; USG
CORPORATION; L&W SUPPLY CORPORATION
D/B/A SEACOAST; INDEPENDENT
BUILDERS SUPPLY ASSOCIATION;
ROTHCHILT INTERNATIONAL LTD;
INTERIOR / EXTERIOR BUILDING SUPPLY;
BAILEY LUMBER & SUPPLY CO.; and
FICTITIOUS PARTIES A-G                               **DEFENDANTS**



FILED
MAY 19 2011
GAYLE PARKER, Circuit Clerk
By _Michelle Johnson_ DC

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS 39232

**NOTICE TO DEFENDANT**

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405 Tombigbee Street, Jackson, Mississippi 39225-4448. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this

Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the __14__ day of __April__ , 2011.

GAYLE PARKER, CIRCUIT CLERK

_____
DEPUTY CLERK

FEB. 28. 2013  4:53PM   CIRCUIT COURT                                   NO. 775   P. 3

## PROOF OF SERVICE-SUMMONS

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS  39232

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____  FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
       By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

✓   PERSONAL SERVICE.
    I personally delivered copies to _Jane Shows_ on the _21st_ day of _April_, 2011, where I found said person in _Rankin_ County of the State of Mississippi.

_____  RESIDENCE SERVICE.
       After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ___ day of _____, 2011, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2011, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____  CERTIFIED MAIL SERVICE.
       By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least eighteen years of age and not a party to this action.

This the _22nd_ day of _April_, 2011.

                                     _Edna J. Dann_
                                     PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _22_ day of _April_

2011.

                                     _Randy S. Ong_
                                     NOTARY PUBLIC

My Commission expires:

_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 5396
Commission Expires
February 28, 2012
RANKIN COUNTY

# LAW OFFICES OF
## WAYNE E. FERRELL, JR., PLLC

POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
Telephone: (601) 969-4700
Facsimile:   (601) 969-7514

MASTER OF LAWS, L.L.M.                WEB PAGE                    EMAIL:
AVIATION & SPACE LAW          http://www.airlawonline.com        wferrell@airlawonline.com

May 16, 2011



FILED
MAY 19 2011

GAYLE PARKER, Circuit Clerk
By _____ DC

Gayle Parker, Clerk
Harrison County Circuit Court
P. O. Box 998
Gulfport, MS  39502

Re:    Shea Ladner, et al v. Knauf Gips, et al; No. 2401-2011-128

Dear Ms. Parker:

Please find enclosed the following documents for filing in the above referenced matter:

1.    Summons and Proof of Service as to Bailey Lumber & Supply Co.
2.    Summons and Proof of Service as to L & W Supply Corp.
3.    Summons and Proof of Service as to Independent Builders Supply
4.    Summons and Proof of Service as to USG Corp.

Thank you for your assistance with this matter.  If you have any questions or need any further information, please feel free to contact us.

Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/dc
cc:    John Hunter

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

KYLE E. NEWMAN AND
DENISE G. NEWMAN                                          PLAINTIFFS

V.                                          NO. A2401-12-244

USG CORPORATION; L&W SUPPLY CORPORATION, D/B/A SEACOAST;
INDEPENDENT BUILDERS SUPPLY ASSOCIATION;
INTERIOR/EXTERIOR BUILDING SUPPLY; BAILEY LUMBER
& SUPPLY CO.; CERTAINTEED GYPSUM INC.;
and FICTITIOUS PARTIES A-G                                DEFENDANTS

## SUMMONS

THE STATE OF MISSISSIPPI

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS  39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405
Tombigbee Street, Jackson, Mississippi 39225-4448. Your response must be mailed or delivered
within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by
default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this
Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the 17th day of September, 2012.

GAYLE PARKER, CIRCUIT CLERK


DEPUTY CLERK

(SEAL)

## PROOF OF SERVICE-SUMMONS

TO:   Bailey Lumber & Supply Co.
John Howard Shows
2950 Layfair Drive, Suite 101
Flowood, MS 39232

I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

__X__ PERSONAL SERVICE.
I personally delivered copies to _John Shows_____ on the _16_ day of _Oct_____, 2012, where I found said person in _Rankin_ County of the State of Mississippi.

_____ RESIDENCE SERVICE.
After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ____ day of _____, 2012, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2012, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE.
By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service, I was at least eighteen years of age and not a party to this action.

This the _16_ day of _Oct_____, 2012.

_____
PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _16_ day of _Oct_____ 2012.

_____
DAWN CROSBY   NOTARY PUBLIC

My Commission expires:

_9/6/15_____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 100099
DAWN CROSBY
Commission Expires
Sept. 6, 2015
HINDS COUNTY

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

DAVID SAND; JACQUELINE
SAND; and ROBERT L. MOORE, JR.                                    PLAINTIFFS

V.                                                        NO. A2401-12-243

USG CORPORATION; L&W SUPPLY CORPORATION, D/B/A SEACOAST;
INDEPENDENT BUILDERS SUPPLY ASSOCIATION;
INTERIOR/EXTERIOR BUILDING SUPPLY; BAILEY LUMBER
& SUPPLY CO.; CERTAINTEED GYPSUM INC.;
and FICTITIOUS PARTIES A-G                                          DEFENDANTS

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS  39232

### NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405
Tombigbee Street, Jackson, Mississippi 39225-4448.  Your response must be mailed or delivered
within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by
default will be entered against you for the money or other things demanded in the Complaint.

        You must also file the original of your response to this Complaint with the Clerk of this
Court within thirty (30) days from the date of delivery of this Summons and Complaint.

        Issued under my hand and seal of said Court, this the 17th day of September, 2012.


                                    GAYLE PARKER, CIRCUIT CLERK


                                            DEPUTY CLERK

(SEAL)

### PROOF OF SERVICE-SUMMONS

TO:     Bailey Lumber & Supply Co.
        John Howard Shows
        2950 Layfair Drive, Suite 101
        Flowood, MS  39232

     I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____   FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
        By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

_X_     PERSONAL SERVICE.
        I personally delivered copies to _John Shows_____ on the _16_ day of _Oct_____, 2012, where I found said person in _Rankin_ County of the State of Mississippi.

_____   RESIDENCE SERVICE.
        After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ____ day of _____, 2012, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ____ day of _____, 2012, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____   CERTIFIED MAIL SERVICE.
        By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service, I was at least eighteen years of age and not a party to this action.

This the _16_ day of _____Oct_____, 2012.

                  _____
                  PROCESS SERVER

SWORN TO AND SUBSCRIBED BEFORE ME, this the _16_ day of ____Oct____ 2012.

                  _____
                  NOTARY PUBLIC

*(Notary seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 100090, DAWN CROSBY, Commission Expires Sept. 6, 2015, HINDS COUNTY)*

My Commission expires: _9/6/15_

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HARRISON COUNTY, MISSISSIPPI

ANITA SANDERFORD, JAMES
SANDERFORD, and WES SANDERFORD

PLAINTIFFS

V.                                          NO. A2461-2010-397

KNAUF GIPS KG; KNAUF
PLASTERBOARD (TIANJIN) CO.,
LTD; KNAUF PLASTERBOARD
(DONGGUAN) CO., LTD; BEIJING NEW
BUILDING MATERIAL, PLC; TAISHAN
GYPSUM CO. LTD F/K/A SHANDONG
TAIHE DONGXIN CO., LTD; USG
CORPORATION; L&W SUPPLY CORPORATION
D/B/A SEACOAST; INDEPENDENT
BUILDERS SUPPLY ASSOCIATION;
ROTHCHILT INTERNATIONAL LTD;
INTERIOR / EXTERIOR BUILDING SUPPLY;
BAILEY LUMBER & SUPPLY CO.;
BAC HOME LOANS SERVICING, LP; and
CITIBANK                                    DEFENDANTS



FILED
FEB 24 2011
GAYLE PARKER, CIRCUIT CLERK
BY _____ DC

SUMMONS

THE STATE OF MISSISSIPPI

TO:   Bailey Lumber & Supply Co.
      John Howard Shows
      2950 Layfair Drive, Suite 101
      Flowood, MS  39232

NOTICE TO DEFENDANT

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Wayne E. Ferrell, Jr., the attorney for the Plaintiff, whose address is Post Office Box 24448, 405
Tombigbee Street, Jackson, Mississippi 39225-4448.  Your response must be mailed or delivered
within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by
default will be entered against you for the money or other things demanded in the Complaint.

You must also file the original of your response to this Complaint with the Clerk of this
Court within thirty (30) days from the date of delivery of this Summons and Complaint.

Issued under my hand and seal of said Court, this the 29 day of November , 2010.

GAYLE PARKER, CIRCUIT CLERK

DEPUTY CLERK

(SEAL)

**PROOF OF SERVICE-SUMMONS**

TO:    Bailey Lumber & Supply Co.
        John Howard Shows
        2950 Layfair Drive, Suite 101
        Flowood, MS  39232

        I, the undersigned process server, served the Summons and Complaint upon the person or entity named above in the manner set forth below:

_____  FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.
        By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of Notice and Acknowledgment and return envelope, postage prepaid, addressed to the sender.

✓    PERSONAL SERVICE.
        I personally delivered copies to *Stephanie Stapleton* on the 21st day of *January*, 2011, where I found said person in *Rankin* County of the State of Mississippi.

_____  RESIDENCE SERVICE.
        After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons and Complaint on the ____ day of _____, 2011, at the usual place of abode of said person by leaving a true copy of the Summons and Complaint with _____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the Summons and Complaint, and thereafter on the ___ day of _____, 2011, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____  CERTIFIED MAIL SERVICE.
        By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

        At the time of service, I was at least eighteen years of age and not a party to this action.

This the 21st day of *January*, 2011.

               *Edna J. Claus*
               PROCESS SERVER

        SWORN TO AND SUBSCRIBED BEFORE ME, this the 21 day of *Jan*, 2011.

               *Pamela S. Ansley*
               NOTARY PUBLIC

My Commission Expires:

*[Notary seal: STATE OF MISSISSIPPI, PAMELA S. ANSLEY, NOTARY PUBLIC, Commission Expires February 28, 2012, RANKIN COUNTY]*

# LAW OFFICES OF
# WAYNE E. FERRELL, JR., PLLC

POST OFFICE BOX 24448
405 TOMBIGBEE STREET
JACKSON, MISSISSIPPI 39225-4448
**Telephone:  (601) 969-4700**
**Facsimile:   (601) 969-7514**

| | | |
|---|---|---|
| MASTER OF LAWS, L.L.M.<br>AVIATION & SPACE LAW | WEB PAGE<br>http://www.airlawonline.com | EMAIL:<br>wferrell@airlawonline.com |

February 21, 2011

Gayle Parker, Clerk
Harrison County Circuit Court
P. O. Box 998
Gulfport, MS  39502

    Re:    Anita Sanderford, et al v. Knauf Gips, et al

Dear Ms. Parker:

    Please find enclosed the Summons and Proof of Service on Defendant, Bailey Lumber & Supply Co. for filing in the above referenced matter.

    Thank you for your assistance with this matter.  If you have any questions or need any further information, please feel free to contact us.

    Sincerely,

Wayne E. Ferrell, Jr.

WEFjr/dc
cc:    John Hunter