IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

ORDER
GRANTING BAILEY LUMBER & SUPPLY CO.'S
MOTION TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S
STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED
SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST
INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. IN MDL NO. 2047

This matter came before the Court on Bailey Lumber & Supply Co.'s Motion to Clarify Bailey Lumber & Supply Co.'s Status As A Downstream Releasee Under The Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. In MDL No. 2047 (the "Motion"), and the Plaintiff Steering Committee's Response to the Motion. This Court has received memoranda in support of and against this Motion, and it has heard oral arguments from the parties. This Court hereby **ORDERS**; **ADJUDGES** and **DECREES**, as follows:

1   Bailey Lumber & Supply Co.'s Motion is **GRANTED.**

1

2. Bailey Lumber & Supply Co. is a Downstream Releasee under the Amended Settlement Agreement regarding claims against Interior/Exterior Building Supply, L.P. (hereinafter "INEX");

3. References to Bailey Lumber & Supply Company of Biloxi, Bailey Lumber & Supply Company, Bailey Lumber and Supply Company, Inc., Bailey Lumber & Supply Co., and Bailey Lumber & Home & Center all refer to the Downstream Releasee, Bailey Lumber & Supply Co.

4. All current claims against the entities identified in paragraphs two (2) and three (3) of this Order, which arise out of or relate to drywall purchased from INEX are enjoined, and any and all future claims against the entities identified in paragraphs two (2) and three (3) of this Order arising out of or relating to drywall purchased from INEX are barred, per the terms of the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P.

DONE this the _____ day of _____, 2013.

                                                                HONORABLE ELDON E. FALLON
                                                                U. S. DISTRICT COURT JUDGE