UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Gross, et al. v. Knauf Gips KG, et al.,*<br>Case No. 09-cv-06690 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Undersigned counsel gives notice of its appearance as counsel of record on behalf of Banner Supply Co., Banner Supply Company Fort Myers, LLC, Banner Supply Company Tampa, LLC, Banner Supply Company Pompano, LLC, and Banner Supply Company International, LLC in the above-styled action. Undersigned counsel requests that all future pleadings, documents and/or correspondence concerning this matter be served on undersigned counsel at the address reflected below.

                                          Respectfully submitted,

                                          **PETERSON & ESPINO, P.A.**
                                          *Counsel for Banner Supply Co.,*
                                          *Banner Supply Company Fort Myers,*
                                          *LLC, Banner Supply Company Tampa,*
                                          *LLC, Banner Supply Company*
                                          *Pompano, LLC, and Banner Supply*
                                          *Company International, LLC*
                                          10631 Southwest 88th Street, Suite 220
                                          Miami, Florida  33176
                                          Telephone:  (305) 270-3773
                                          Facsimile:  (305) 275-7410

                              By:     <u>/s/Michael P. Peterson</u>
                                                Florida Bar No. 982040

MDL NO. 2047
SECTION: L

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6 on this 5th day of March 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of March 2013.

By: /s/Michael P. Peterson