UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO. 09-2047<br><br>JUDGE FALLON |
| This Document Relates to:<br>ALL CASES | ) | MAGISTRATE WILKINSON |

## INTERIOR EXTERIOR'S CONSENT TO BAILEY LUMBER'S MOTION TO CLARIFY ITS STATUS AS A DOWNSTREAM RELEASEE

NOW INTO COURT, through undersigned counsel, comes defendants, Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, L.L.C. ("Interior Exterior") who respectfully notifies this Honorable Court that they consent and have no objections to Bailey Lumber & Supply Co.'s Motion to Clarify its status as a downstream releasee under the terms of the Amended Settlement Agreement regarding claims against Interior Exterior (Doc. No. 16574). Moreover, Interior Exterior respectfully avers that the "downstream releasees" named in the initial INEX global settlement are illustrative. Interior Exterior respectfully avers that according to the terms and conditions of the INEX global settlement, any and all entities that are defined as a "downstream releasee" are and shall be released from Chinese-manufactured drywall claims in accordance with the terms and conditions as set forth in the INEX global settlement and any other settlement which may be applicable.

Respectfully submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Benjamin R. Grau (#26307)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /bgrau@gjtbs.com
ceiselen@gjtbs.com
*Counsel for Defendant, Interior Exterior Building Supply,*
*L.P. and Interior Exterior Enterprises, LLC*

### Certificate of Service

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 7th day of March, 2013.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.