UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO       )
ALL CASES AND                              )
                                                          )
*Silva, et al. v. Interior Exterior Building*   )
*Supply, LP, et al.*                              )
Case No. 09-08030 (E.D. La.)           )
                                                          )
*Silva, et al. v. Arch Insurance Company, et al.*  )
Case No. 09-08034 (E.D. La.)           )
                                                          )
*Payton, et al. v. Knauf Gips, KG, et al.*  )
Case No. 09-07628 (E.D. La.)           )
                                                          )
*Wiltz, et al. v. Beijing New Building Materials*  )
*Public Limited Co., et al.*              )
Case No. 2:10-cv-00361 (E.D. La.)  )
                                                          )
*Gross, et al. v. Knauf Gips, KG, et al.*  )
Case No. 2:09-cv-6690 (E.D. La.)    )
                                                          )
*Rogers, et al. v. Knauf Gips, KG, et al.*  )
Case No. 2:10-cv-00362 (E.D. La.)  )
                                                          )
*Amato, et al. v. Liberty Mutual Ins. Co.*  )
Case No. 2:10-cv-00932 (E.D. La.)  )
                                                          )
*Kenneth Abel, et al. v. Taishan Gypsum Co.,*  )
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.,*  )
*et al.*                                                 )
Case No. 2:11-080 (E.D. La)            )
                                                          )
*Daniel Abreu, et al. v. Gebrueder Knauf*  )
*Verwaltungsgesellschaft, KG, et al.*   )
Case No. 2:11-252 (E.D. La.)           )

## ORDER

Upon consideration of the Unopposed Motion By Interior/Exterior, L.P., Arch Insurance Company, And Liberty Mutual Fire Insurance Company For Approval Of Payment Of Pending Settlements and the papers relating thereto,

**IT IS ORDERED** that:

1. Said Motion is granted, and

2. Approval is hereby given to payment by the moving parties of the Pending Settlements listed on Exhibit 1.21 of the InEx Settlement as follows:  (1) Pilot Remediation Program settlement, $1,518,750; (2) Pritchard Housing Authority settlement, $250,000; and (3) Svendson settlement, $100,000.

This 12th day of March, 2013, at New Orleans, Louisiana

_____
ELDON E. FALLON
United States District Judge