## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | CASE NO: 2:09-MD-02047 |
| | SECTION:  L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*GROSS, et al. v. KNAUF GIPS KG, et al.*
CASE NO.:  2:09-cv-6690

*and*

INTERVENTION COMPLAINT FILED BY MARY ANNE BENES
IN *GROSS, et al. v. KNAUF GIPS KG, et al.* (Omnibus III)
CASE NO.:  2:09-cv-6690

*and*

INTERVENTION COMPLAINT FILED BY RUBEN JAEN, et al.
IN *GROSS, et al. v. KNAUF GIPS KG, et al.* (Omnibus III (A))
CASE NO.:  2:09-cv-6690

### DAVIS CONSTRUCTION SUPPLY, L.L.C.'S
### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE

DAVIS CONSTRUCTION SUPPLY, L.L.C, ("Davis Construction") intends to dispose of physical evidence consisting of Dragon brand drywall (1/2 and 5/8 inch) imported from Beijing New Building Materials, Co., Ltd. In 2006 and currently being stored in Davis Construction's warehouses in Ocala, Florida.

Davis Construction is a Participating Defendant in the Global Settlement Agreement, which was certified as a settlement class and finally approved by the Court by Judgment and Order issued February 7, 2012 (Rec. Doc. 165670).

In September 2009, samples of the drywall in Davis Construction's possession were analyzed by the United States Consumer Protection Safety Commission ("CPSC"). On May 25, 2010, the CPSC reported that the samples had "low or no detectable emissions of hydrogen sulfide" (CPSC Office of Information and Public Affairs news release: http://www.cpsc.gov/cpscpub/prerel/prhtml10/10243.html).

The PSC has received notice of Davis Construction's intention to dispose of physical evidence. Any person or entity wishing to inspect this physical evidence or request samples must do so within thirty (30) days of the date of this notice upon reasonable notice by contacting Ben L. Mayeaux, counsel for Davis Construction Supply, L.L.C., by telephone at (337) 237-7000 or by email at bmayeaux@ln-law.com. Upon the expiration of the thirty (30) day period, Davis Construction may dispose of such physical evidence.

    Respectfully submitted,

    **LABORDE & NEUNER**

    /s/Ben L. Mayeaux
    **BEN L. MAYEAUX (#19042)**
    **SARA RODRIGUE (#32660)**
    One Petroleum Center, Suite 200
    1001 West Pinhook Road
    Lafayette, Louisiana 70503
    Post Office Drawer 52828
    Lafayette, Louisiana 70505-2828
    Telephone: (337) 237-7000
    Fax: (337) 233-9450
    Email:  bmayeaux@LN-Law.com
            srodrigue@LN-Law.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Disposal of Physical Evidence has been served on the PSC and All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of March, 2013.

      /s/Ben L. Mayeaux
      **COUNSEL**