UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER NO. 8C

In accordance with Pretrial Order No. 8B, the Court received a number of requests for appointment and reappointment to the Plaintiffs' Steering Committee.  After consideration of all submissions and the Court's own records, the Court appoints the following counsel to the Committee for a one year term, to begin on the date of this Order:

Dawn M. Barrios
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313

Daniel K. Bryson
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0431
Fax: (919) 981-0431

Ben Gordon
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7090
Fax: (850) 436-6091

Daniel E. Becnel, Jr.
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445

Ervin Amanda Gonzalez
255 Aragon Avenue
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Robert C. Josefsberg
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382

Hugh P. Lambert                                                                 Arnold Levin

| | |
|---|---|
| 701 Magazine Street | 510 Walnut Street, Suite 500 |
| New Orleans, LA 70130 | Philadelphia, PA 19106 |
| Phone: (504) 581-1750 | Phone: (215) 592-1500 |
| Fax: (504) 529-2931 | Fax: (215) 592-4663 |
| | |
| Gerald E. Meunier | Jerrold Seth Parker |
| 2800 Energy Centre | 3301 Bonita Beach Road |
| 1100 Poydras Street | Bonita Springs, FL 34134 |
| New Orleans, LA 70163 | Phone: (239) 390-1000 |
| Phone: (504) 522-2304 | Fax: (239) 390-0055 |
| Fax: (504) 528-9973 | |
| | |
| James Robert Reeves | Christopher Seeger |
| 160 Main Street | 1 William Street |
| Biloxi, MS 39530 | New York, NY 10004 |
| Phone: (228) 374-5151 | Phone: (212) 584-0700 |
| Fax: (228) 374-6630 | Fax: (212) 584-0799 |
| | |
| Richard J. Serpe | Bruce William Steckler |
| 580 East Main Street, Suite 310 | 3102 Oak Lawn Avenue, Suite 1100 |
| Norfolk, VA 23510 | Dallas, TX 75219 |
| Phone: (757) 233-0009 | Phone: (214) 523-6674 |
| Fax: (757) 233-0455 | Fax: (214) 520-1181 |
| | |
| Scott Weinstein | Victor M. Diaz, Jr. |
| 12800 University Drive, Suite 600 | 119 Washington Ave, Suite 402 |
| Ft. Meyers, FL 33907 | Miami Beach, FL 33139 |
| Phone: (239) 433-6880 | Phone: (305) 704-3200 |
| Fax: (239) 433-6836 | Fax: (305) 538-4928 |

Additionally, the Court re-appoints Plaintiffs' Liaison Counsel, Russ Herman, as an ex-officio member of the Committee and Arnold Levin as lead counsel. All members of Committee are charged with the responsibilities outlined in Pretrial Order No. 8.

New Orleans, Louisiana, this 12th day of March, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE