**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES AND**<br><br>***Payton, et al. v. Knauf Gips, KG, et al.***<br>**Case No. 2:09-cv-07628 (E.D. La.)**<br><br>***Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.***<br>**Case No. 2:10-cv-00361 (E.D. La.)**<br><br>***Gross, et al. v. Knauf Gips, KG, et al.***<br>**Case No. 2:09-cv-06690 (E.D. La.)**<br><br>***Rogers, et al. v. Knauf Gips, KG, et al.***<br>**Case No. 2:10-cv-00362 (E.D. La.)**<br><br>***Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.***<br>**Case No. 2:11-cv-00252 (E.D. La.)**<br><br>***Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.***<br>**Case No. 11-cv-1363 (E.D. La.)**<br><br>***Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.***<br>**Case No. 11-cv-2349 (E.D. La.)**<br><br>***Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.***<br>**Case No. 11-cv-3023 (E.D. La.)**<br><br>***Vickers, et al. v. Knauf Gips KG, et al.***<br>**Case No. 2:09-cv-04117 (E.D. La.)**<br><br>***Silva, et al. v. Interior Exterior Building Supply, LP, et al.***<br>**Case No. 09-08030 (E.D. La.)**<br><br>***Silva, et al. v. Arch Insurance Company, et al.***<br>**Case No. 09-08034 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

***Amato, et al. v. Liberty Mutual Ins. Co.***
**Case No. 2:10-cv-00932 (E.D. La.)**

***Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.***
**Case No. 2:11-080 (E.D. La)**

***Hernandez, et al. v. AAA Insurance, et al.***
**Case No. 2:10-cv-03070 (E.D. La.)**

***Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.***
**Case No. 2:11-cv-01077 (E.D. La.)**

**MOTION OF THE PLAINTIFFS' STEERING COMMITTEE AND SETTLEMENT CLASS COUNSEL FOR AN ORDER: (1) APPOINTING ALLOCATION COMMITTEES FOR THE INEX AND GLOBAL SETTLEMENTS; AND (2) APPROVING ALLOCATION PLANS FOR THE INEX, BANNER, AND GLOBAL SETTLEMENTS**

**NOW INTO COURT**, come the Plaintiffs' Steering Committee (the "PSC") and Settlement Class Counsel, who seek an order appointing allocation committees for the InEx and Global Settlements and approving allocation plans for the InEx, Banner, and Global Settlements approved by the Court on February 7, 2013 [Rec. Doc. No. 16570], for the reasons set forth in the accompanying Memorandum of Law, filed herewith.

Respectfully submitted,

Dated: March 13, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*InEx, Banner, Knauf, L&W, and Global Settlement Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Sandra L. Duggan (On the Brief)
Matthew C. Gaughan (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*InEx, Banner, Knauf, L&W and Global Settlement Class Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
THE STECKLER LAW FIRM
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bsteckler@stecklerlaw.com
*Counsel for the Knauf Tenant Subclass*

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Class Counsel for the Banner Class*
*Counsel for the Knauf Residential Owner Subclass*

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Counsel for the Knauf Commercial Owner Subclass*
*Counsel for the InEx Louisiana Subclass*

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com
*Counsel for the InEx Non-Louisiana Subclass*

Christopher Seeger
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Appointing Allocation Committees for the InEx and Global Settlements; and (2) Approving Allocation Plans for the InEx, Banner, and Global Settlements has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2013.

/s/ Leonard A. Davis

Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*