# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.)<br><br>*Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.)<br><br>*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.)<br><br>*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.)<br><br>*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.)<br><br>*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.)<br><br>*Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.)<br><br>*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.)<br><br>*Silva, et al. v. Arch Insurance Company, et al.*<br>Case No. 09-08034 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Amato, et al. v. Liberty Mutual Ins. Co.*
Case No. 2:10-cv-00932 (E.D. La.)

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd.,*
*f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-080 (E.D. La)

*Hernandez, et al. v. AAA Insurance, et al.*
Case No. 2:10-cv-03070 (E.D. La.)

*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a*
*Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-cv-01077 (E.D. La.)

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF THE
PLAINTIFFS' STEERING COMMITTEE AND SETTLEMENT CLASS
COUNSEL FOR AN ORDER: (1) APPOINTING ALLOCATION COMMITTEES
FOR THE INEX AND GLOBAL SETTLEMENTS; AND (2) APPROVING
ALLOCATION PLANS FOR THE INEX, BANNER, AND GLOBAL SETTLEMENTS**

The Plaintiffs' Steering Committee (the "PSC") and Settlement Class Counsel hereby submit this memorandum of law in support of their motion for an order appointing allocation committees for the InEx and Global Settlements and approving allocation plans for the InEx, Banner, and Global Settlements approved by the Court on February 7, 2013 [Rec. Doc. No. 16570].

As this Court recognized in its Final Order and Judgment approving the InEx, Banner, Knauf, L&W, and Global Settlements, "these settlements are all interrelated and interdependent. They resolve all claims, counterclaims, and third-party claims among the settling parties." *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2013 WL 499474, *3 (E.D. La. Feb. 7, 2013). A clear example demonstrating how the settlements are interrelated is that Class Members seeking Remediation benefits under the Knauf Settlement must assign to the Knauf Defendants their claims to any net recoveries from the InEx, Banner, and L&W Settlements, to the extent the recoveries are

1

related to KPT Chinese Drywall. *See* Third Amended Knauf Agreement, Section 4.8.2.[1] Similarly, net amounts recovered under the Global Settlement, to the extent they are related to KPT Chinese Drywall, must be deposited 50% into the Knauf Remediation Fund and 50% into the Knauf Other Loss Fund. *Id.*, Sections 4.2.3, 4.6.3, 4.8.3. The remaining net settlement funds from the InEx, Banner, and Global Settlements – *i.e.*, the claims for recovery that do not arise out of KPT Chinese Drywall and the claims of Class Members who are not seeking Remediation benefits under the Knauf Settlement (*e.g.*, remediating builders) – after accounting for attorneys' fees and costs, and administration expenses, will be distributed to eligible Class Members.[2]

The settlements contemplate that the Court will appoint allocation committees in the InEx, Banner, and Global Settlements, consisting of representatives of the various interests with a stake in the settlement funds, to make recommendations to the Court as to a fair procedure for allocation of these funds. The settlements provide that the "Allocation Committee[s] will be appointed to make recommendations to the Court as to (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of their Proof of Claim to submit a valid claim." *See* Amended InEx Settlement, Section 16.1 [Rec. Doc. No. 12258-3]; Amended Banner Settlement, Section 14.1 [Rec. Doc. No. 10033-3]; Amended Global Settlement, Section 16.1 [Rec. Doc. No. 15695-2].

---

[1] If Class Members have already received monies from the InEx, Banner, and/or L&W Settlements, an amount equal to those recoveries must be deposited into the Knauf Remediation Fund, to the extent the recoveries arise out of KPT Chinese Drywall. *Id*.

[2] By definition, all L&W Class Members have filed claims in the Litigation arising out of L&W Supplied KPT Chinese Drywall. *See* L&W Settlement, Section 1.1.4 [Rec. Doc. No. 13913-3]. Therefore, all net recoveries under the L&W Settlement relate to L&W Supplied KPT Chinese Drywall only. These recoveries will be passed on, 100%, to the Knauf Defendants in order to provide L&W Class Members with Remediation benefits. *See id*., Sections 4.1.1 & 4.1.2. No monies from the L&W Settlement will be distributed to L&W Class Members.

Previously, the Court appointed Russ Herman and Arnold Levin as Co-Chairs of the Banner Allocation Committee, and Hilarie Bass, Neal A. Sivyer, Dorothy H. Wimberly, Charlie Long, Vanessa Serrano, Ervin A. Gonzalez, Michael J. Ryan, and Bruce William Steckler as members of the Banner Allocation Committee. *See* Banner Preliminary Approval Order, para. 6 [Rec. Doc. No. 10064]. The PSC and Settlement Class Counsel are seeking an Order appointing Arnold Levin, Russ Herman, Gerald Meunier, Dorothy Wimberly, and Hilarie Bass, as members of the InEx Allocation Committee. They are further seeking the appointment of Arnold Levin, Russ Herman, Bruce Steckler, Hilarie Bass, Steven Glickstein, and Minor Pipes as members of the Global Settlement Allocation Committee. These committee members fairly represent the various parties with an interest at stake in the respective settlements. The appointments to the allocation committees are of a personal nature. Accordingly, no other counsel shall partake in these committees either by substitution or otherwise unless authorized by the Court. Of course, committee members may be assisted by other attorneys in their respective law firms.

The Banner Allocation Committee previously presented to the Court a proposed allocation plan for the Banner settlement funds. *See* Rec. Doc. No. 16527. Likewise, the PSC and other parties with an interest in allocation of the Global settlement funds previously presented to the Court a proposed allocation plan for the Global settlement funds. *See* Rec. Doc. No. 16528. These proposed plans were posted on the Court's official MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation website during the class notice opt-out/objection period.[3] Class Notices advised

---

[3] *See* Global Settlement Allocation Plan, published at: http://www.laed.uscourts.gov/drywall/Settlements/Proposed.sa.allocation.pdf; Banner Allocation Plan, published at: http://www.laed.uscourts.gov/drywall/Settlements/Banner.allocation.pdf. These allocation plans were subsequently amended to place a cap on the funds Knauf may receive from the Banner and Global Settlements. Banner Allocation Plan, para. 12; Global Settlement Allocation Plan, para. 11. The amendments do not negatively impact any benefits that Class Members will receive.

3

Class Members that allocation plans would be proposed. Significantly, no objections were lodged by any Class Member concerning either the Banner Allocation Plan or the Global Settlement Allocation Plan.[4]

Each allocation plan proposes that the vast majority of the net settlement funds will be distributed to Class Members for Repair and Relocation damages based on objective criteria such as square footage of the Affected Property and proof of Chinese Drywall. *See* Global Settlement Allocation Plan, paras. 5 & 7; Amended Banner Allocation Plan, paras. 4 & 6; InEx Allocation Plan, paras. 5 & 7. The allocation plans contemplate that the Special Master and/or Claims Administrator will fairly determine the net amounts of settlement funds available for distribution to the class for Repair and Relocation damages.

Additional settlement funds will be allocated to satisfy bodily injury and other loss claims. *See* Global Settlement Allocation Plan, para. 6; Amended Banner Allocation Plan, para. 5; InEx Allocation Plan, para. 6. The allocation plans contemplate that bodily injury claims and claims for other losses will be fairly evaluated according to the standards set forth in Paragraph 4.7 of the Knauf Settlement. *See* Global Settlement Allocation Plan, paras. 8 & 9; Amended Banner Allocation Plan, paras. 9 & 10; InEx Allocation Plan, paras. 10 & 11. The Special Master and/or Claims Administrator will determine the net amount of settlement funds available for distribution to the class to satisfy both approved bodily injury claims and claims for other losses. *Id*.

The PSC and Settlement Class Counsel respectfully request that the Court enter the proposed

---

[4] Attached hereto as Exhibit "A" is the proposed Allocation Plan for the InEx Settlement, which was not prepared earlier due to the outstanding issues of assignment of Class Members' claims against InEx's excess insurance company, The North River Insurance Company. The proposed InEx Allocation Plan tracks the language contained in the Banner Allocation Plan, except that there is no provision in the InEx Plan for a reservation of attorneys' fees and costs for remediating builders who actively participated in the Litigation, because the InEx Settlement did not contain this provision.

Order, filed herewith, appointing allocation committees and approving allocation plans for the InEx, Banner, and Global Settlements.

Respectfully submitted,

Dated: March 13, 2013                              /s/ Russ M. Herman
                                                   Russ M. Herman, Esquire (Bar No. 6819)
                                                   Leonard A. Davis, Esquire (Bar No. 14190)
                                                   Stephen J. Herman, Esquire (Bar No. 23129)
                                                   HERMAN, HERMAN & KATZ, LLC
                                                   820 O'Keefe Avenue
                                                   New Orleans, LA 70113
                                                   Phone: (504) 581-4892
                                                   Fax: (504) 561-6024
                                                   Ldavis@hhklawfirm.com
                                                   *Plaintiffs' Liaison Counsel in MDL 2047*
                                                   *InEx, Banner, Knauf, L&W, and Global Settlement Class Counsel*

                                                   Arnold Levin (On the Brief)
                                                   Fred S. Longer (On the Brief)
                                                   Sandra L. Duggan (On the Brief)
                                                   Matthew C. Gaughan (On the Brief)
                                                   LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                   510 Walnut Street, Suite 500
                                                   Philadelphia, PA 19106
                                                   Phone: (215) 592-1500
                                                   Fax: (215) 592-4663
                                                   Alevin@lfsblaw.com
                                                   *Plaintiffs' Lead Counsel in MDL 2047*
                                                   *InEx, Banner, Knauf, L&W and Global Settlement Class Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
THE STECKLER LAW FIRM
12700 Park Central Drive, Suite 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bsteckler@stecklerlaw.com
*Counsel for the Knauf Tenant Subclass*

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com
*Class Counsel for the Banner Class*
*Counsel for the Knauf Residential Owner Subclass*

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Counsel for the Knauf Commercial Owner Subclass*
*Counsel for the InEx Louisiana Subclass*

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

6

James Robert Reeves
LUMPKIN & REEVES
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com
*Counsel for the InEx Non-Louisiana Subclass*

Christopher Seeger
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum of Law in Support of the Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Appointing Allocation Committees for the InEx and Global Settlements; and (2) Approving Allocation Plans for the InEx, Banner, and Global Settlements has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of March, 2013.

      /s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*