UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION:  L |
| LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| ALL CASES | : | MAGISTRATE JUDGE WILSON |
| | : | |

**ORDER REGARDING CONFERENCE WITH CERTAIN OPT OUTS**

WHEREAS, on February 7, 2013, the Court entered an Order and Judgment:  (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570];

WHEREAS, the parties listed on Exhibit A opted out of one or more of the Settlement Classes; and

WHEREAS, the PSC, counsel for the settling defendants, and counsel for certain opt outs have suggested that it would be beneficial for the Court to have a conference in Miami, Florida to hear questions or concerns of opt outs located in Florida who cannot conveniently travel to New Orleans, Louisiana.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1.  The Court will hold a conference together with the Honorable Joseph P. Farina on April 5, 2013, at 9 a.m. at JAMS, 600 Brickell Avenue, Suite 2600, Miami, FL 33131 to explain the Court's reasons for approving the Settlements and to listen to questions or concerns by the opt outs listed on Exhibit A.  Settlement Class Counsel and counsel for the Knauf Defendants should attend to assist in the discussion.  Insurance Liaison Counsel may participate by phone. Counsel for any other settling defendant wishing to participate should notify Leonard Davis

(ldavis@hhklawfirm.com) and Steven Glickstein (steven.glickstein@kayescholer.com) of their intent to attend.

    2.    Opt outs listed on Exhibit A who are represented by members of the PSC and opt outs listed on Exhibit A who are represented by the Roberts & Durkee, P.A. and/or Milstein Adelman, LLP and their counsel also should attend the conference.

    3.    All other opt outs listed on Exhibit A are invited to attend. Each counsel representing an opt out listed on Exhibit A shall promptly notify his or her client of this conference and the Court's invitation.

    This 13th day of March, 2013, at New Orleans, Louisiana.

*[signature]*

ELDON E. FALLON
United States District Court Judge