**EXHIBIT A**

| NAME OF OPT OUT | ADDRESS OF AFFECTED PROPERTY |
|---|---|
| Adams, Richard and Marilyn | 5748 Staysail Ct.<br>Cape Coral, FL 33914 |
| Arias, Mirtha | 8266 NW 124th Terrace<br>Parkland, FL 33076 |
| Asad, Issa and Noha | 12767 Equestrian Trail<br>Davie, FL 33330 |
| CRS Building Corporation | 5755 Harrison Ranch Blvd.<br>Bradenton, FL 34219 |
| De Jesus, Roy and Anna Tataris | 4842 Tuscan Loon Drive<br>Tampa, FL 33619 |
| Echevarria, Joel and Moraima | 18611 SW 122nd St.<br>Miami, FL 33196 |
| Echeverri, Monica | 1481 SW 14th Place<br>Miami, FL, 33184 |
| Encalada, Rodrigo and Miriam | 355 NE 30th Avenue<br>Homestead, FL 33033 |
| Etter, Steven and Cathy | 18894 SE Jupiter Inlet Way<br>Tequesta, FL 33469 |
| Farley, Raymond and Amelia | 3756 Summerwind Circle<br>Bradenton, FL 34209 |
| Jagdeosingh, Adrian and Kerry | 12887 Equestrian Trail<br>Davie, FL 33330 |
| Singleton, Robert and Krista | 5201 W. Neptune Way<br>Tampa, FL 33609 |
| Weiss, Stephen, Borowice, Gary and Bucicwald, David | 711 SE 16th Court<br>Fort Lauderdale, FL 33316 |
| Wessin, Nain and Yerilin | 3310 NE 3rd Drive<br>Homestead, FL 33033 |
| Ziegler, William | 119 Lucina Drive<br>Hypoluxo, FL 33462 |