UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

# ORDER

The Court having been advised of the need to facilitate ongoing negotiations among the parties to the Coastal agreement,

**IT IS ORDERED** that a status conference shall take place in the Chambers of District Judge Eldon E. Fallon at 3:30 p.m. on Wednesday, March 20, 2013. **IT IS FURTHER ORDERED** that a representative from each of the parties shall attend, namely:

| | |
|---|---|
| Allied World Assurance Company (U.S.) Inc. | Knauf |
| Arch Insurance Company | Lexington Insurance Company |
| Banner | Precision Drywall |
| Boynton Associates II, LLC | RCR Holdings II, LLC |
| Coastal | Renaissance Commons, Inc. |
| Everest National Insurance Company | Villa Lago Condominium Association |
| *Hobbie* Plaintiffs | Villa Lago Unit Owners/Occupants Plaintiffs |

New Orleans, Louisiana this 13th day of March, 2013.

_____
United States District Judge