**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte
   Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

March 11, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
600 South Maestri Place               APPEAL NO <u>10-30568</u>
New Orleans, LA 70130

<u>IN RE: CHINESE-MANUFACTURED DRYWALL PROD LIABILITY    MD 09-2047 L</u>

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

    ___ 1) Electronic Copy of Record on appeal

        ___ Volume(s) of record    ___ Volume(s) of transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ box   ___ binder

    <u>x</u>  2) Supplemental record <u>1 envelope of exhibits</u>

    ___ 3) SEALED DOCUMENT _____

    ___ 4) Other_____

Very truly yours,

By <u>Alicia Phelps</u>
    Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 1 2 2013
LORETTA G. WHYTE
CLERK

___ Fee
___ Process
<u>X</u> Dktd
___ CtRmDep
___ Doc. No.