COURT RECORD LOAN FORM
U.S. DISTRICT COURT

*This portion remains with Court Records*

12-31213

No. 09-2047-L   Short Title Chinese Drywall   Date 3-12-13

To: Stanley Reuter

Name ~~Doudras~~ Tom Owens

Address 909 Poydras 25th floor

City New Orleans   State LA   Zip

**Documents Enclosed:**
- ☑ Record Vols: 68
- ☑ Transcripts 34
- ☐ Exhibits ☐ Env.
- ☐ Box: ☐
- ☐ Supp. Record Vols.
- Second Supp. Record Vols.

Complete the area below and return this form along with the documents to 5th Circuit. ✓

**KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES**

**Attorney Return :**
**Send Record with Brief of Appellee to 5th Circuit**

TO: CLERK, 5TH CIRCUIT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 14 2013
LORETTA G. WHYTE
CLERK

- ☐ Record Vols.
- ☐ Supp. Record Vols.
- ☐ Exhibits ☐

Records listed above are returned to Clerk.

ATTORNEY NAME_____
DATE_____

---

Clerk's Receipt: To be completed by 5th Circuit Clerk's Office and forwarded to person in previous section

No._____   Short Title_____

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols._____
- ☐ Supp. Record Vols._____
- ☐ Exhibits ☐_____

Records listed above have been received by Clerk

NAME_____
DATE_____

---

Attorney Forwarding Receipt:
If documents are forwarded to another person, complete the section below, detach and return it to: **District Court Clerk's Office**.

No._____   Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

- ☐ Record Vols._____
- ☐ Supp. Record Vols._____
- ☐ Exhibits ☐_____

Records listed above have been forwarded to:

ATTORNEY NAME_____
ADDRESS_____
CITY, STATE, ZIP_____
SIGNED_____
DATE_____

---

Attorney Receipt: The area below is to be completed by Original Recipient.
Upon receipt of documents, detach this portion and forward it to **District Court Clerk's Office**.

No._____   Short Title_____

TO: CLERK, U.S. DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

____ Fee
____ Process
X Dktd
____ CtRmDep
____ Doc. No.

- ☐ Record Vols._____
- ☐ Supp. Record Vols._____
- ☐ Exhibits ☐_____

Case records listed above received by:

JUDGE/ATTY NAME_____
DATE_____