UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | MAGISTRATE JUDGE |
| ALL HOMEBUILDERS | * | WILKINSON |
| | * | |
| IN ALL CASES | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SECOND ORDER REGARDING FEES
### OF HOMEBUILDERS' LIAISON COUNSEL

On August 26, 2009, the Court entered Pre-Trial Order No. 7B which, in part, appointed members to a Homebuilders' Steering Committee ("HSC"). Included in that Order was the appointment of Phillip A. Wittmann, Stone Pigman Walther Wittmann L.L.C., as Local Chair of the HSC. Thereafter, on November 4, 2009, the Court entered Pre-Trial Order No. 18. Recognizing the unique position of the homebuilders and installers involved in MDL 2047 as both plaintiffs and defendants whose interest were not adequately represented by either the Plaintiffs' Liaison Counsel or the Defendants' Liaison Counsel, the Court appointed Phillip A. Wittmann to be the Homebuilders' and Installers' Liaison Counsel, and enumerated certain duties which Mr. Wittmann's office has performed on an ongoing basis.

The MDL includes hundreds of homebuilders to whom Mr. Wittmann's office responds almost daily. The Court believes that all homebuilders must share responsibility for the fees and expenses of the Homebuilders' and Installers' Liaison Counsel. Accordingly, on March 9, 2011, the Court entered an Order (Rec. Doc. 8006) regarding payment of fees and expenses of the Homebuilders' Liaison Counsel ("the Fee Order"). The Fee Order required that *all* homebuilders

in the MDL deposit with the Clerk of Court, Eastern District of Louisiana, funds to pay those fees and expenses.  Specifically, the March 9 Fee Order required that each homebuilder in the MDL deposit within ten (10) days an amount based upon the number of homes that builder has or had that were involved, in any capacity, in the MDL.  Builders with 1 or 2 homes involved in the MDL were ordered to deposit $1,650.00 with the Clerk of Court; builders with 3 or 4 homes involved in the MDL were ordered to deposit $3,300.00 with the Clerk of Court; and builders with 5 or more homes involved in the MDL were ordered to deposit $4,950.00 with the Clerk of Court.  All payments were to be accompanied by a form attached to the Fee Order, which form also was to be sent to drywall@stonepigman.com.  Further, the Court directed builders with questions to contact Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-593-0849, or dwimberly@stonepigman.com.

Thereafter, certain builders moved the Court to clarify the Fee Order to ensure that compliance with the Fee Order did not jeopardize any pending defenses and objections, including without limitation objections to the jurisdiction of this Court.  Accordingly, on March 25, 2011, the Court clarified its prior Fee Order regarding payment of fees and expenses of the Homebuilders' Liaison Counsel to confirm that compliance by any builder with the Fee Order regarding payment of fees and expenses of the Homebuilders' Liaison Counsel shall not constitute a waiver of any pending defenses and objections, including without limitation objections to the jurisdiction of this Court.  *See* Rec. Doc. 8401.

Although many homebuilders promptly complied with the Fee Order, many homebuilders did not timely comply.  Further, since entry of the March 9 Fee Order, many homebuilders were added to the MDL as additional defendants.  Accordingly, on August 22.

2011, the Court entered a Supplemental Order. Rec. Doc. 10147. The Supplemental Order resulted in compliance by most homebuilders.

The Court's reasons for the original Fee Order and the Supplemental Order remain unchanged. All homebuilders must share responsibility for the fees and expenses of their Liaison Counsel as part of their costs of defense. Those fees and expenses have continued to accrue and have exhausted the funds which were deposited in accordance with the March 9 Fee Order, leaving a substantial balance outstanding. The Court recognizes and specifically finds that a second deposit is required by all homebuilders. Accordingly,

**IT IS ORDERED** that all builders with 1 or 2 homes involved in the MDL shall deposit $1,750.00 with the Clerk of Court; all builders with 3 or 4 homes involved in the MDL shall deposit $3,500.00 with the Clerk of Court; all builders with 5-9 homes involved in the MDL shall deposit $5,250.00 with the Clerk of Court; and all builders with 10 or more homes involved in the MDL shall deposit $7,000.00 with the Clerk of Court. All deposits/payments to the Clerk of Court are to be accompanied by the form attached to this Second Fee Order as Exhibit A, which form shall also be sent to drywall@stonepigman.com. Questions regarding the proportionate share of any builder shall be directed to Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-593-0849, or dwimberly@stonepigman.com.

**IT IS FURTHER ORDERED** that all funds required by this Second Fee Order are to be deposited no later than March 31, 2013.

**IT IS FURTHER ORDERED** that all other provisions of the March 9, 2011 Fee Order and the March 25, 2011 clarification Order remain in full force and effect. In other words, any homebuilders who have not yet complied with the March 9, 2011 Fee Order are hereby ordered

- 4 -

to immediately comply with that order and deposit their respective contributions to the fees and expenses of the Homebuilders' Liaison Counsel on or before March 31, 2013.

**IT IS FURTHER ORDERED** that, notwithstanding the class settlements approved by this Court in its order entered February 7, 2013 (Rec. Doc. 16570), the Court intends to retain jurisdiction to enforce compliance with this order.

**NEW ORLEANS, LOUISIANA,** this 15th day of March, 2013.

_____
**DISTRICT JUDGE**