# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*Payton, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-07628 (E.D. La.)

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*
Case No. 2:10-cv-00361 (E.D. La.)

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 2:09-cv-06690 (E.D. La.)

*Rogers, et al. v. Knauf Gips, KG, et al.*
Case No. 2:10-cv-00362 (E.D. La.)

*Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 2:11-cv-00252 (E.D. La.)

*Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 11-cv-1363 (E.D. La.)

*Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 11-cv-2349 (E.D. La.)

*Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
Case No. 11-cv-3023 (E.D. La.)

*Vickers, et al. v. Knauf Gips KG, et al.*
Case No. 2:09-cv-04117 (E.D. La.)

*Silva, et al. v. Interior Exterior Building Supply, LP, et al.*
Case No. 09-08030 (E.D. La.)

*Silva, et al. v. Arch Insurance Company, et al.*
Case No. 09-08034 (E.D. La.)

*Amato, et al. v. Liberty Mutual Ins. Co.*
Case No. 2:10-cv-00932 (E.D. La.)

*Kenneth Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-080 (E.D. La)

*Hernandez, et al. v. AAA Insurance, et al.*
Case No. 2:10-cv-03070 (E.D. La.)

*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*
Case No. 2:11-cv-01077 (E.D. La.)

**ORDER AND JUDGMENT: (1) APPOINTING ALLOCATION COMMITTEES FOR THE INEX AND GLOBAL SETTLEMENTS; AND (2) APPROVING ALLOCATION PLANS FOR THE INEX, BANNER, AND GLOBAL SETTLEMENTS**

Upon consideration of the Motion of the Plaintiffs' Steering Committee (the "PSC") and Settlement Class Counsel for an order appointing allocation committees for the InEx and Global Settlements and approving allocation plans for the InEx, Banner, and Global Settlements approved by the Court on February 7, 2013, it is hereby,

ORDERED, ADJUDGED AND DECREED that:

1. Capitalized terms used in this Order and Judgment shall have the same meaning as those defined in the Amended InEx Settlement Agreement [Rec. Doc. No. 12258-3], the Amended Banner Settlement Agreement [Rec. Doc. No. 10033-3], the Amended Knauf Settlement Agreement [Rec. Doc. No. 15742-2], the L&W Settlement Agreement [Rec. Doc. No. 13913-3], and the Amended Global Settlement Agreement [Rec. Doc. No. 15695-2], which have been filed of record in this case.

2. The Motion of the PSC and Settlement Class Counsel for Appointment of Allocation Committees for the InEx and Global Settlements and Approval of Allocation Plans for the InEx,

1

Banner, and Global Settlements is GRANTED.

3. Arnold Levin, Russ Herman, Gerald Meunier, Dorothy Wimberly, and Hilarie Bass are hereby appointed as members of the Allocation Committee for the InEx Settlement.

4. Arnold Levin, Russ Herman, Hilarie Bass, Bruce Steckler, Steven Glickstein, and Minor Pipes are hereby appointed as members of the Allocation Committee for the Global Settlement.

5. Previously, the Court appointed Russ Herman and Arnold Levin as Co-Chairs of the Banner Allocation Committee, and Hilarie Bass, Neal A. Sivyer, Dorothy H. Wimberly, Charlie Long, Vanessa Serrano, Ervin A. Gonzalez, Michael J. Ryan, and Bruce William Steckler as members of the Allocation Committee for the Banner Settlement. Banner Preliminary Approval Order, para. 6 [Rec. Doc. No. 10064].

6. The Court appointments to the InEx Allocation Committee, the Banner Allocation Committee, and the Global Settlement Allocation Committee are of a personal nature. Accordingly, no other counsel shall partake in these committees either by substitution or otherwise unless authorized by the Court. Allocation Committee members, however, may be assisted by other attorneys in their respective law firms at their discretion.

7. The Court finds that no Class Member has objected to the proposed allocation plans for the InEx, Banner or Global Settlements.

8. The Court finds that the proposed Allocation Plan for the InEx Settlement is fair and reasonable, and is hereby APPROVED.

9. The Court finds that the proposed Allocation Plan for the Banner Settlement is fair and reasonable, and is hereby APPROVED.

10. The Court finds that the proposed Allocation Plan for the Global Settlement is fair and reasonable, and is hereby APPROVED.

This 15th day of  March , 2013, at New Orleans, Louisiana

_____
ELDON E. FALLON
United States District Court Judge