IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND | JUDGE FALLON |
| *Payton, et al. v. Knauf GIPS KG, et al.*, Case No. 2:09-cv-07628 | MAG. JUDGE WILKINSON |

### JOINT MOTION FOR SUBSTITUTION OF COUNSEL AND (PROPOSED) ORDER

COME NOW Chris T. Hellums and Booth Samuels of the law firm Pittman, Dutton & Hellums, P.C., 2001 Park Place North, Suite 1100, Birmingham, Alabama 35203, Telephone: (205) 322-8880; and Daniel K. Bryson of the law firm Whitfield, Bryson and Mason, LLP, 900 W. Morgan Street, Raleigh, North Carolina 27603, Telephone: (919) 600-5000, and stipulate and agree that Chris T. Hellums and Booth Samuels of Pittman, Dutton & Hellums, P.C., be substituted as Counsel for Plaintiff DR. JOSEPH KIRN, in the above-captioned action, and file this Joint Motion for Substitution of Counsel accordingly.

Upon an Order granting this Motion, counsel request that all notices given or required, and all papers filed or served or required to be served in the above-captioned matter, be henceforth provided to and served upon counsel at the address set forth below:

Chris T. Hellums
Booth Samuels
Pittman, Dutton & Hellums, P.C.
2001 Park Place North
Suite 1100
Birmingham, Alabama 35203

Telephone: (205) 322-8880
Facsimile: (205) 328-2711
Email: chrish@pittmandutton.com
booths@pittmandutton.com

I, the undersigned, consent to the above substitution

Date: 2/12/13

WHITFIELD, BRYSON & MASON, LLP

By: *[signature] Dan Bryson*

Date: 2/12/13

PITTMAN, DUTTON & HELLUMS, P.C.

By: *[signature]*

By: *[signature] Booth Samuel*

IT IS SO ORDERED:

Dated: _____, 2013

_____
Hon. Eldon Fallon
United States District Judge

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing *Joint Motion for Substitution of Counsel* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2013.

      */s/ Daniel K. Bryson*
Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5035
Facsimile: 919-600-5035
Email: dan@wbmllp.com