UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
BY THOMAS and LORETTA BRAMMEIR AND MARY BERTACCHI**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Thomas & Loretta Brammeir and Mary Bertacchi hereby gives notice of their intention to dispose of the physical evidence that they were previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Thomas & Loretta Brammeir and Mary Bertacchi by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, Thomas & Loretta Brammeir and Mary Bertacchi may dispose of such physical evidence.

Dated: March 19, 2013.

                Respectfully submitted,

                */s/ Michael J. Ryan*
                Michael J. Ryan
                Florida Bar No. 975990
                Krupnick, Campbell, Malone, Buser, Slama,
                Hancock, Liberman & McKee, P.A.
                Attorneys for Plaintiff
                12 S.E. 7 Street, Suite 801
                Ft. Lauderdale, FL  33301
                (954) 763-8181
                FAX (954) 763-8292
                mryan@krupnicklaw.com
                pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of March, 2013.

                                                                 */s/ Michael J. Ryan*
                                                                 Michael J. Ryan
                                                                 Florida Bar No. 975990
                                                                 Krupnick, Campbell, Malone, Buser, Slama,
                                                                 Hancock, Liberman & McKee, P.A.
                                                                 Attorneys for Plaintiff
                                                                 12 S.E. 7 Street, Suite 801
                                                                 Ft. Lauderdale, FL 33301
                                                                 (954) 763-8181
                                                                 FAX (954) 763-8292
                                                                 mryan@krupnicklaw.com
                                                                 pleadings-mjr@krupnicklaw.com