UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO ALL CASES** | | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY LENNAR CORPORATION, LENNAR HOMES, LLC, AND U.S. HOME CORPORATION**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Lennar Corporation, Lennar Homes, LLC and U.S. Home Corporation (collectively, "Lennar") hereby give notice of their intention to dispose of the physical evidence that Lennar was previously preserving pursuant to the requirements of Pretrial Order No. 1(B). Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Lennar by contacting: Adam M. Foslid, Esq. by telephone at: (305) 579-0553 or by e-mail at foslida@gtlaw.com. Upon the expiration of the thirty-day period, Lennar may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

| | |
|---|---|
| Dated: March 20, 2013 | Respectfully submitted,<br><br>**GREENBERG TRAURIG, P.A.**<br>*Attorneys for Lennar Corporation, Lennar Homes, LLC and U.S. Home Corporation*<br>333 Avenue of the Americas (S.E. 2nd Ave.), Suite 4400<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile:  (305) 579-0717<br>E-mail: bassh@gtlaw.com<br>E-mail: salkym@gtlaw.com<br>E-mail: foslida@gtlaw.com<br>E-mail: kolayat@gtlaw.com<br><br>By:    /s/ Mark A. Salky    <br>       HILARIE BASS<br>       Florida Bar No. 334323<br>       MARK A. SALKY<br>       Florida Bar No. 058221<br>       ADAM M. FOSLID<br>       Florida Bar No. 682284<br>       TIMOTHY A, KOLAYA<br>       Florida Bar No. 056140 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Notice of Disposal of Physical Evidence has been filed with the Court and served on the parties in this MDL through File & Serve in the master case number 2:09-md-02047-EEF-JCW.  Additional copies of this Notice of Disposal of Physical Evidence has been served upon Plaintiffs' Liaison Counsel, Russ M. Herman, either electronically to drywall@hhkc.com, or in hard copy to, Russ M. Herman, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113; to Defendants' Liaison Counsel, Kerry Miller, either electronically to kmiller@frilot.com, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA  70163; to Homebuilders' Liaison Counsel, Dorothy Wimberly, either electronically to dwimberly@stonepigman.com, or in hard copy to Dorothy Wimberly, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130; and to Insurance Liaison Counsel, Judy Y. Barrasso, either electronically to cdwinsurance@barrassousdin.com, or in hard copy to Judy Y. Barrasso, Insurance Liaison Counsel, Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA  70112, (504) 589-9700 and fax (504) 589-9701.

/s/ Mark A. Salky
MARK A. SALKY