UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al v. Knauf Gips, KG, et al;<br>Cause No. 09-7628 | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL WITH SUBSTITUTION

Pursuant to Local Rule 83.2.11, Holly R. Werkema, of the law firm Baron & Budd, P. C., and on behalf of Baron & Budd, P.C. and Morelli Alters Ratner Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) counsel of record for Plaintiffs Shannon and Grant Schulz, hereby files this Memorandum of Law in Support of the Motion to Withdraw as Counsel with Substitution for the Plaintiffs Shannon and Grant Schulz. In support thereof, Movants state as follows:

Plaintiffs Shannon and Grant Schulz have hired Hugh P. Lambert of The Lambert Firm to pursue their Chinese drywall claims in the place of Baron & Budd, P. C. and Morelli Alters Ratner Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo). Both Baron & Budd, P.C. and Hugh P. Lambert of The Lambert Firm (f/k/a Lambert & Nelson, PLC) filed a claim on behalf of Shannon and Grant Schulz in *Payton, et al v. Knauf Gips, KG, et al,* Case No. 09-7628 (E.D. La). Accordingly, it is requested that the law firms of Baron & Budd, P. C. and Morelli Alters Ratner Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) be granted leave to withdraw as counsel for Plaintiffs Shannon and Grant Schulz, and that Hugh P. Lambert of The Lambert Firm be substituted as counsel of record for Plaintiffs Shannon and Grant Schulz.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if the law firms of Baron & Budd, P.C. and Morelli Alters Ratner Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo) withdraw from this case.

WHEREFORE, the law firms of Baron & Budd, P.C. and Morelli Alters Ratner Law Firm (f/k/a Alters, Boldt, Brown Rash & Culmo), request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiffs Shannon and Grant Schulz in the above captioned case.

Respectfully Submitted,

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw as Counsel with Substitution has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this the 20th day of March, 2013. I further certify that the above and foregoing has been served on Plaintiffs' Shannon and Grant Schulz, by and through their new counsel, Hugh P. Lambert of The Lambert Firm.

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax: (214) 520-1181