UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al v. Knauf Gips, KG, et al;<br>Cause No. 09-7628 | |

### ORDER GRANTING BARON & BUDD, P.C. ET AL. MOTION TO WITHDRAW AS COUNSEL FOR SHANNON AND GRANT SCHULZ

Considering the law firms of Baron & Budd, P.C. and Morelli Alters Ratner Law Firm's (f/k/a Alters, Boldt, Brown Rash & Culmo) Motion to Withdraw as counsel of record for Plaintiffs Shannon and Grant Schulz and the attached supporting memorandum, and finding that the counsel have complied with Local Rule 83.2.11,

IT IS SO ORDERED that the law firms of Baron & Budd, P.C. and Morelli Alters Ratner Law Firm's  (f/k/a Alters, Boldt, Brown Rash & Culmo) Motion to Withdraw as counsel of record for Plaintiffs Shannon and Grant Schulz is GRANTED.  The law firms of Baron & Budd, P.C. and Morelli Alters Ratner Law Firm  (f/k/a Alters, Boldt, Brown Rash & Culmo) are discharged from any further obligation and relieved of any further appearance in these cases on behalf of Shannon and Grant Schulz.  All pleadings shall be served on Plaintiffs Shannon and Grant Schulz's counsel, Hugh P. Lambert, The Lambert Firm, 701 Magazine St., New Orleans, LA 70130.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge