UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL No. 2047

SECTION:  L

**THIS DOCUMENT RELATES TO:**          JUDGE FALLON
                                        MAG. JUDGE WILKINSON

Payton et al v. Knauf Gips KC et al,
Case No. 09-7628

Gross et al v. Knauf Gips KC et al
Case No. 09-6690

Haya et al v. Taishan Gypsum Co. Ltd
Case No. 11-1077

Amorin et al v Taishan Gypsum Co., Ltd
f/k/a Shandong Taihe Dongxin Co., Ltd et al
Case No. 11-1673

_____

**CORRECTED NOTICE OF REMEDIATION BY PLAINTIFFS
ROBERT AND LORRAINE MANCUSO**

NOTICE IS HEREBY given that the property located at 812 King Leon Way, Sun City Center, Florida 33573, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this notice. Plaintiff alleges that the property contains drywall manufactured by Taishan. The drywall was supplied by Banner Supply.  The installer is unknown. The Builder was WCI.

Dated:    March 22, 2013.

                        Respectfully submitted,

                        */s/ Michael J. Ryan*
                        Michael J. Ryan
                        Florida Bar No. 975990
                        Krupnick, Campbell, Malone, Buser, Slama,
                        Hancock, Liberman & McKee, P.A.

Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Remediation has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of March, 2013.

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com