UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY | : MDL NO. 2047<br>: SECTION L<br>: |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON<br>: |
| *Payton, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-07628 (E.D. La.) | :<br>:<br>: |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D. La.) | :<br>:<br>:<br>: |
| *Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:09-cv-06690 (E.D. La.) | :<br>:<br>: |
| *Rogers, et al. v. Knauf Gips, KG, et al.*<br>Case No. 2:10-cv-00362 (E.D. La.) | :<br>:<br>: |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 2:11-cv-00252 (E.D. La.) | :<br>:<br>:<br>: |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>Case No. 11-cv-1363 (E.D. La.) | :<br>:<br>:<br>: |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-2349 (E.D. La.) | :<br>:<br>:<br>: |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.*<br>Case No. 11-cv-3023 (E.D. La.) | :<br>:<br>:<br>: |
| *Vickers, et al. v. Knauf Gips KG, et al.*<br>Case No. 2:09-cv-04117 (E.D. La.) | :<br>:<br>: |
| *Silva, et al. v. Interior Exterior Building Supply, LP, et al.*<br>Case No. 09-08030 (E.D. La.) | :<br>:<br>:<br>: |

| | |
|---|---|
| *Amato, et al. v. Liberty Mutual Ins. Co.* | : |
| **Case No. 2:10-cv-00932** | : |
| | : |
| *Kenneth Abel, et al. v. Taishan Gypsum Co. Ltd.,* | : |
| *f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* | : |
| **Case No. 2:11-080 (E.D. La.)** | : |
| | : |
| *Hernandez, et al. v. AAA Insurance, et al.* | : |
| **Case No. 2:10-cv-03070 (E.D. La.)** | : |
| | : |
| *Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a* | : |
| *Shandong Taihe Dongxin Co., Ltd., et al.* | : |
| **Case No. 2:11-cv-01077 (E.D. La.)** | : |
| _____ | : |

## ORDER

With respect to the PSC's and Settlement Class Counsel's Motion for an Order: (1) Appointing Allocation Committees for the InEx and Global Settlements; and (2) Approving Allocation Plans for the InEx, Banner, and Global Settlements (the "Allocation Motion") [Rec. Doc. 16609], it is ORDERED that:

1. The proposed allocation plans will be posted on the Court's website.

2. The motion will be heard immediately following the Court's April 24, 2013 status conference.

3. This order supersedes the order dated March 15, 2013 [Rec. Doc. 16616].

This 21st day of March, 2013, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge