UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### MOTION FOR EXPEDITED HEARING ON
### CLASS COUNSEL'S MOTION FOR ENTRY OF PRE-TRIAL ORDER

Class Counsel, Russ M. Herman and Arnold Levin, file this Motion for Expedited Hearing in connection with their Motion for Entry of Pre-Trial Order. The February 7, 2013 Order of approval of the Knauf, Banner, InEx, Global and L&W Settlements is final and the registration process needs to begin. Class Counsel respectfully requests an expedited hearing on their motion.

Respectfully submitted,

Dated: March 27, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

1

                        Arnold Levin
                        Fred S. Longer
                        Sandra L. Duggan
                        Matthew C. Gaughan
                        LEVIN, FISHBEIN, SEDRAN & BERMAN
                        510 Walnut Street, Suite 500
                        Philadelphia, PA 19106
                        Phone: (215) 592-1500
                        Fax: (215) 592-4663
                        Alevin@lfsblaw.com
                        *Plaintiffs' Lead Counsel in MDL 2047*
                        *and Class Counsel*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Class Counsel's Motion for Expedited Hearing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of March, 2013.

            /s/ Leonard A. Davis
            Leonard A. Davis, Esquire
            Herman, Herman & Katz, L.L.C.
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            Ldavis@hhklawfirm.com
            *Plaintiffs' Liaison Counsel*
            *MDL 2047*
            *Co-counsel for Plaintiffs*