**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | |

**O R D E R**

Considering the Motion for Expedited Hearing in connection with Class Counsel's Motion for Entry of Pre-Trial Order;

IT IS ORDERED that a hearing on Class Counsel's Motion for Entry of Pre-Trial Order be held on an expedited basis on the _____ day of _____, 2013, at _____ o'clock ____.m.

IT IS FURTHER ORDERED that any responses to the motion should be filed on or before the ____ day of _____, 2013.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge