UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips KG, et al., Case No.: 09–7628 (E.D.La.)* | |

### STEVE AND CATHY ETTER'S MOTION TO APPEAR TELEPHONICALLY AT THE APRIL 5, 2013 CONFERENCE WITH CERTAIN OPT OUTS

Plaintiffs, STEVE ETTER and CATHY ETTER ("Plaintiffs ETTER"), respectfully move the Court for an order permitting them to appear by telephone at the April 5, 2013 Conference With Certain Opt Outs, and as grounds therefor state as follows:

1. On February 7, 2013, the Court entered its Order and Judgment: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to The InEx, Banner, Knauf, L&W and Global Settlements [DE 16570].

2. On March 14, 2013, the Court entered its Order Regarding Conference With Certain Opt Outs [DE 16611], setting a conference on April 5, 2013 at 9:00 a.m., at JAMS, 600 Brickell Avenue, Suite 2600, Miami, FL  33131, to explain the Court's reasons for approving the settlements and to listen to questions or concerns by the opt outs listed in Exhibit "A" of the Order.

3. Plaintiffs ETTER are included in the list of opt outs, and would like to accept the Court's invitation to attend the April 5, 2013 conference.

4.	However, Plaintiffs ETTER have longstanding plans to attend a family reunion in Cincinnati, Ohio on April 5, 2013, and are therefore unable to attend the conference in person.

5.	Plaintiffs ETTER therefore request the Court permit them to attend the April 5, 2013 conference by telephone.

WHEREFORE, Plaintiffs, STEVE ETTER and CATHY ETTER, request this Honorable Court grant their Motion to Appear Telephonically at the April 5, 2013 Conference With Certain Opt Outs.

Respectfully submitted,

s/ GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No. 0163430
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, Florida 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
gweiss@leopold-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion of Steve and Cathy Etter to Appear Telephonically at the April 5, 2013 Conference With Certain Opt Outs has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry J. Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of March, 2013.

s/ GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No. 0163430