UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09–7628 (E.D.La.) | |

**MEMORANDUM OF LAW IN SUPPORT OF
STEVE AND CATHY ETTER'S MOTION TO APPEAR TELEPHONICALLY
AT THE APRIL 5, 2013 CONFERENCE WITH CERTAIN OPT OUTS**

Plaintiffs, STEVE ETTER and CATHY ETTER ("the Etters"), file this Memorandum of Law in Support of their Motion to Appear Telephonically at the April 5, 2013 Conference With Certain Opt Outs:

1. The Etters have been negotiating with the builder and its insurance carrier since June 2012 to resolve their claim. Unfortunately, the Etters and the builder's insurance carrier have not made progress to date.

2. In the interim, the Etters scheduled travel to Cincinnati, Ohio, to attend the christening of their granddaughters and a family reunion, before the conference in Miami, Florida was announced. The Etters will be out of town from April 3, 2013 through April 15, 2013.

3. While the Etters cannot attend this conference in person, the undersigned counsel will attend in person with full authority to settle, and the Etters are able to attend telephonically.

4. Opposing counsel has no objection to the Etters attending telephonically.

WHEREFORE, Plaintiffs, STEVE ETTER and CATHY ETTER, request this Honorable Court grant their Motion to Appear Telephonically at the April 5, 2013 Conference With Certain Opt Outs.

                Respectfully submitted,

                s/ GREGORY S. WEISS
                GREGORY S. WEISS
                Florida Bar No. 0163430
                Leopold Law, P.A.
                2925 PGA Boulevard, Suite 200
                Palm Beach Gardens, Florida 33410
                Telephone: (561) 515-1400
                Facsimile: (561) 515-1401
                gweiss@leopold-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Memorandum of Law has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry J. Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of March, 2013.

                s/ GREGORY S. WEISS
                GREGORY S. WEISS
                Florida Bar No. 0163430