## EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Payton, et al. v. Knauf Gips KG, et al., Case No.: 09–7628 (E.D.La.)* | |

## NOTICE OF SUBMISSION

**TAKE NOTICE** that the undersigned will bring for submission Plaintiffs, STEVE AND CATHY ETTER's Motion to Appear Telephonically at the April 5, 2013 Conference With Certain Opt Outs, on April 17, 2013 at 9:00 a.m.

Respectfully submitted,

s/ GREGORY S. WEISS
GREGORY S. WEISS
Florida Bar No. 0163430
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, Florida 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
gweiss@leopold-law.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing Notice of Submission has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry J. Miller, Esquire, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of March, 2013.

                                               s/ GREGORY S. WEISS
                                               GREGORY S. WEISS
                                               Florida Bar No. 0163430