**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:  *Payton, et al. v. Knauf Gips KG, et al., Case No.: 09–7628 (E.D.La.)* |  |

**ORDER ON STEVE AND CATHY ETTER'S**
**MOTION TO APPEAR TELEPHONICALLY AT THE**
**APRIL 5, 2013 CONFERENCE WITH CERTAIN OPT OUTS**

Before the Court is a Motion to Appear Telephonically at the April 5, 2013 Conference

With Certain Opt Outs filed by Plaintiffs, STEVE ETTER and CATHY ETTER [DE____], the

Court having reviewed and otherwise being fully advised in the premises, it is therefore

**ORDERED** as follows**:**

1.      The Motion is granted;

2.      Plaintiffs, STEVE ETTER and CATHY ETTER are permitted to appear

telephonically at the April 5, 2013 Conference.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE