UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE MOTION OF SETTLEMENT CLASS COUNSEL FOR AN ORDER: APPOINTING A SPECIAL MASTER TO ASSIST THE COURT IN THE ALLOCATION OF FUNDS FROM THE FOUR CLASS SETTLEMENTS RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

Now come Settlement Class Counsel, who seek an Order Appointing a Special Master

to Assist the Court in the Allocation of Funds from the Four Class Settlements *Relating to*

1

*Virginia and Certain Other Remaining Claims*, preliminarily approved by the Court on January 17, 2013 [Rec. Doc. No. 16516], for the reasons set forth in the accompanying Memorandum of Law, filed herewith.

                                        Respectfully submitted,

Dated: March 27, 2013                         /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN &KATZ, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                Ldavis@hhklawfirm.com
                                                *Plaintiffs' Liaison Counsel in MDL 2047*
                                                *And Class Counsel*

                                                Arnold Levin
                                                Fred S. Longer
                                                Sandra L. Duggan
                                                Matthew C. Gaughan
                                                LEVIN, FISHBEIN, SEDRAN &BERMAN
                                                510 Walnut Street, Suite 500
                                                Philadelphia, PA 19106
                                                Phone: (215) 592-1500
                                                Fax: (215) 592-4663
                                                Alevin@lfsblaw.com
                                                *Plaintiffs' Lead Counsel in MDL 2047*
                                                *And Class Counsel*

                                                Richard Serpe
                                                Law Offices of Richard J. Serpe
                                                Crown Center, Suite 310

580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of March, 2013.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN & KATZ, L.L.C.
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel in MDL 2047*
        *Co-counsel for Plaintiffs*