UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE MOTION OF SETTLEMENT
CLASS COUNSEL FOR AN ORDER: APPOINTING A SPECIAL MASTER
TO ASSIST THE COURT IN THE ALLOCATION OF FUNDS FROM THE
FOUR CLASS SETTLEMENTS RELATING TO VIRGINIA AND CERTAIN
OTHER REMAINING CLAIMS**

Settlement Class Counsel hereby submit this memorandum of law in support of their

Motion for an Order Appointing a Special Master to Assist the Court in the Allocation of Funds

1

from the Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims*, which were preliminarily approved by the Court on January 17, 2013 [Rec. Doc. No. 16516].

The settlements contemplate that the Court will appoint a Special Master to "assist the Court in the allocation process." *See* Nationwide Insureds Settlement, Section 17.1 [Rec. Doc. No. 15969-5]; Porter-Blaine/Venture Settlement, Section 16.1 [Rec. Doc. No. 15969-6]; Tobin Trading and Installers Settlement, Section 17.1 [Rec. Doc. No. 15969-7]; Builders Mutual Insureds Settlement, Section 17.1 [Rec. Doc. No. 16478-3]. Further, pursuant to the settlement agreements, all costs of administering the allocation of the Settlement Funds will be paid out of the Settlement Amounts. *See* Nationwide Insureds Settlement, Section 17.6 [Rec. Doc. No. 15969-5]; Porter-Blaine/Venture Settlement, Section 16.6 [Rec. Doc. No. 15969-6]; Tobin Trading and Installers Settlement, Section 17.6 [Rec. Doc. No. 15969-7]; Builders Mutual Insureds Settlement, Section 17.6 [Rec. Doc. No. 16478-3].

Settlement Class Counsel request that the Court appoint Matthew Garretson, of The Garretson Firm Resolution Group, Inc. d/b/a Garretson Resolution Group ("GRG"), to assist the Court as Special Master. GRG's extensive experience in administering and serving as trustee of settlement funds extends to approximately 2,000 different cases, including In *re* Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL Docket No. 2179 (E.D. La.); In *re* Avandia Marketing, Sales, Practices, and Products Liability Litigation, MDL Docket No. 1871 (E.D. Pa.); In *re* World Trade Center Disaster Site Litigation, 21 MC 100 (AKH) (S.D.N.Y.); and In *re* Vioxx Products Liability Litigation, MDL Docket No. 1657 (E.D. La.)**.** Garretson shall submit personally to the jurisdiction of this Court.

Settlement Class Counsel respectfully request that the Court enter the proposed Order, filed herewith, appointing Matthew Garretson as the Special Master to assist the Court in the process

of allocating funds under the four Virginia-based Settlements.

          Respectfully submitted,

Dated: March 27, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*And Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of March, 2013.

                      /s/ Leonard A. Davis
                      Leonard A. Davis, Esquire
                      HERMAN, HERMAN & KATZ, L.L.C.
                      820 O'Keefe Avenue
                      New Orleans, LA 70113
                      Phone: (504) 581-4892
                      Fax: (504) 561-6024
                      Ldavis@hhklawfirm.com
                      *Plaintiffs' Liaison Counsel in MDL 2047*
                      *Co-counsel for Plaintiffs*