UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE MOTION OF SETTLEMENT
CLASS COUNSEL FOR AN ORDER: APPOINTING AN ALLOCATION
COMMITTEE FOR THE FOUR CLASS SETTLEMENTS RELATING TO
VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

Settlement Class Counsel hereby submit this memorandum of law in support of their

Motion for an Order: Appointing an Allocation Committee for the Four Class Settlements

1

*Relating to Virginia and Certain Other Remaining Claims*, which were preliminarily approved by the Court on January 17, 2013 [Rec. Doc. No. 16516].

The settlements contemplate that the Court will appoint an allocation committee consisting of representatives of the interests of the Class Members to the Settlement Agreements[1], to make recommendations to the Court as to a fair procedure for allocation of these funds. Each of the settlements provides that an "Allocation Committee, which will include representatives appointed by the Court from the PSC, will be appointed to make recommendations to the Court as to (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of their Proof of Claim to submit a valid claim." *See* Nationwide Insureds Settlement, Section 17.1 [Rec. Doc. No. 15969-5]; Porter-Blaine/Venture Settlement, Section 16.1 [Rec. Doc. No. 15969-6]; Tobin Trading and Installers Settlement, Section 17.1 [Rec. Doc. No. 15969-7]; Builders Mutual Insureds Settlement, Section 17.1 [Rec. Doc. No. 16478-3].

Settlement Class Counsel for the four Virginia-based settlements seek an Order appointing Russ Herman, Arnold Levin, Richard Serpe, Richard Lewis, and Dawn Barrios, as members of the Virginia-based Settlements Allocation Committee. Russ Herman, Arnold Levin, and Richard Serpe have been appointed Class Counsel for the four Virginia-based Settlement Classes, pursuant to this court's January 17, 2013 preliminary approval order. [Rec. Doc. No. 16516]. Richard Lewis and Dawn Barrios are highly familiar with the claims involved in the Chinese drywall litigation and have been actively involved in securing the four Virginia-based Settlements. The appointments to the allocation committees are of a personal

---

[1] The Settlement Agreements provide that Participating Defendants shall not be involved in the claim process and allocation of benefits to the Class. *See* Nationwide Insureds Settlement, Section 17.2 [Rec. Doc. No. 15969-5]; Porter-Blaine/Venture Settlement, Section 16.2 [Rec. Doc. No. 15969-6]; Tobin Trading and Installers Settlement, Section 17.2 [Rec. Doc. No. 15969-7]; Builders Mutual Insureds Settlement, Section 17.2 [Rec. Doc. No. 16478-3].

nature. Accordingly, no other counsel shall partake in these committees either by substitution or otherwise unless authorized by the Court. Of course, committee members may be assisted by other attorneys in their respective law firms.

By no later than March 29, 2013, the Allocation Committee will publish on the Court's website, http://www.laed.uscourts.gov/Drywall/Drywall.htm, its written recommendation as to: (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of the Proof of Claim to submit a valid claim. Following final approval of the Virginia-based Settlements, Settlement Class Counsel will move the Court to determine a fair and equitable allocation of Settlement Funds.

Settlement Class Counsel respectfully request that the Court enter the proposed Order, filed herewith, appointing an allocation committee for the four Virginia-based Settlements.

Respectfully submitted,

Dated: March  27, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
And Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN

3

510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
And Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 27th day of March, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*