UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 09-2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER LIFTING STAY

Considering Bailey Lumber & Supply Co.'s ("Bailey"), Motion to Lift Stay and set for Hearing its Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047, (R. Doc. 16583)

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted as to the following pending motion:

> Bailey Lumber & Supply Co.'s Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 (Doc. #16574).

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on the Motion to Clarify following the monthly status conference on April 24, 2013, at 9:00 a.m.

IT IS FURTHER ORDERED BY THE COURT that any opposition to the Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee under the

Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P., in MDL No. 2047 must be filed no later than ___12th___ day of _____April_____, 2013.

New Orleans, Louisiana, this __26th__ day of _____March_____, 2013.

/s/ Eldon E. Fallon
_____
Eldon E. Fallon
United States District Court Judge