UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are a Motion for Entry of Pre-trial Order (R. Doc. 16634), and a Motion for expedited hearing of same (R. Doc. 16635). The Court has considered the Motions and applicable law and agrees that it is now appropriate for the registration process to begin.

Accordingly, **IT IS ORDERED** that the Motion for expedited hearing (R. Doc. 16635) be and is hereby **GRANTED**. **IT IS FURTHER ORDERED** that the Motion seeking entry of an Order governing the registration process (R. Doc. 16634) be and is hereby **GRANTED** insofar as the Court will immediately issue a separate Order governing the registration process.

New Orleans, Louisiana this 27th day of March, 2013.

_____
United States District Judge