UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court hereby orders as follows with respect to the registration of claims associated with the Knauf, Banner, InEx, Global, and L&W Class Settlements (the "Class Settlements"):

(1) All persons or entities who intend to participate in the Knauf, Banner, InEx, Global, and/or L&W Class Settlements must register with the Settlement Administrator by submitting the Registration Form attached as Exhibit A to this Order. The Registration Form may be submitted online or in hard copy form. Registrants or their counsel must provide the information required in the Registration Form completely and accurately.

(2) Registration shall begin on March 28, 2013 or on the day following the entry of this Order, whichever is later, and will close on May 25, 2013 (the "Registration Period"). Absent good cause shown, only claims registered during the Registration Period will be allowed to participate and be eligible for compensation in any of the Class Settlements referenced in Paragraph 1.

(3) Registrants asserting a claim based on ownership of a property affected by Chinese Drywall (an "Affected Property") are to submit a Deed or other document demonstrating proof of ownership of the Affected Property. Such documents are to accompany the Registration Form.

(4) Registrants asserting a claim as a tenant or lessee, but not as an owner of an Affected Property, are to submit a Lease, Rental Agreement, or other document demonstrating residence in the Affected Property. Such documents are to accompany the Registration Form.

(5) Registration of claims may be made in the following manner:

    (a) By using the online Registration Form available at https://chinesedrywallclass.com.

    (b) By sending the Registration Form attached as Exhibit A to the Settlement Administrator by Registered U.S. Mail or other delivery service to:

> Chinese Drywall Settlement Administrator
> P.O. Box 25401
> Richmond, VA 23260

    (c) By sending the registration form attached as Exhibit A by electronic email to chinesedrywallregistration@browngreer.com;

    (d) Law firms who wish to register more than 20 claimants may arrange to submit their entire inventory of claims by emailing chinesedrywallregistration@browngreer.com.

(6) A copy of this Order shall be posted on the Court's Chinese Drywall MDL Website and on the website established for the Global Settlement, www.chinesedrywallclass.com.

New Orleans, Louisiana this 27th day of March, 2013.

                                                            *Eldon E. Fallon*
                                                            United States District Judge