OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: 3/27/2013

Eduardo and Carmen Amorin, et al

vs.

Taishan Gypsum Corp., Ltd., et al

Case No. 11-1673 Section L

Dear Sir:

Please ((issue)) (re-issue) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Beijing New Material Incubator Co., Ltd
   (address) 11 Chuangye Middle Road, Shangdi Information Industry
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

David Slade
"Signature"

Attorney for Russ M. Herman
Address 820 O'Keefe Avenue

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.