UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Culliton, et al. v. Taylor Morrison Services, Inc., et al.*<br>Case No. 09-cv-04114 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR BANNER SUPPLY CO.

Pursuant to LR 83.2.11, Nicholas Panayotopoulos, Shubhra Mashelkar, Steven J. Rapp, P. Shane O'Neill, Todd R. Ehrenreich, Michael Sexton, Seth Alhadeff, and all the lawyers of Weinberg Wheeler Hudgins Gunn & Dial, LLC (collectively, the "WWHGD lawyers"), counsel of record for Defendant Banner Supply Co. ("Banner"), and Michael P. Peterson and the law firm of Peterson & Espino, P.A., jointly move the Court for an Order granting this Motion for Withdrawal and Substitution of Counsel for Banner.

Banner wishes to substitute Michael P. Peterson and the law firm of Peterson & Espino, P.A. for the WWHGD lawyers as counsel of record for Banner in this action, relieving the WWHG lawyers from further responsibility as counsel, and directing the Clerk to terminate attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton, and Alhadeff as counsel of record. Proposed substituted counsel Michael P. Peterson and the law firm of Peterson & Espino, P.A. requests that all future pleadings, documents and/or correspondence concerning this matter be served on them at the address reflected below.

This Motion is made in good faith and not for purposes of delay. No harm or prejudice will result to Banner in the event this Motion is granted.

MDL NO. 2047
SECTION: L

WHEREFORE, the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A. respectfully request that this Court enter an Order granting this Motion for Withdrawal and Substitution of Counsel in the instant action.

Respectfully submitted,

| | |
|---|---|
| **WEINBERG WHEELER HUDGINS GUNN AND DIAL, LLC**<br>2601 S. Bayshore Drive, Suite 1500<br>Miami, FL 33133<br>Telephone: (305) 455-9500<br>Facsimile: (305) 455-9501<br><br>By:  /s/ Nick Panayotopoulos<br>     Nicholas Panayotopoulos<br>     Shubhra Mashelkar<br>     Steven J. Rapp<br>     P. Shane O'Neill<br>     Todd Ehrenreich<br>     Michael A. Sexton<br>     Seth Alhadeff<br>     npanayo@wwhgd.com<br>     smashelkar@wwhgd.com<br>     srapp@wwhgd.com<br>     soneill@wwhgd.com<br>     tehrenreich@wwhgd.com<br>     msexton@wwhgd.com<br>     salhadeff@wwhgd.com | **PETERSON & ESPINO, P.A.**<br>10631 Southwest 88th Street, Suite 220<br>Miami, Florida  33176<br>Telephone:  (305) 270-3773<br>Facsimile:  (305) 275-7410<br><br>By:  /s/Michael P. Peterson<br>     mpeterson@petersonespino.com |

MDL NO. 2047<br>SECTION: L

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6 on this 27th day of March 2013.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of March 2013.

By:    /s/ Michael P. Peterson