# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL NO. 2047
DRYWALL PRODUCTS LIABILITY        SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO:        JUDGE FALLON
*Vickers, et al. v. Knauf Gips KG, et al.*        MAG. JUDGE WILKINSON
**Case No. 09-cv-04117 (E.D. La.)**
_____/

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR BANNER SUPPLY CO.

Pursuant to LR 83.2.11, Nicholas Panayotopoulos, Shubhra Mashelkar, Steven J. Rapp, P. Shane O'Neill, Todd R. Ehrenreich, Michael Sexton, Seth Alhadeff, and all the lawyers of Weinberg Wheeler Hudgins Gunn & Dial, LLC (collectively, the "WWHGD lawyers"), counsel of record for Defendant Banner Supply Co. ("Banner"), and Michael P. Peterson and the law firm of Peterson & Espino, P.A., jointly move the Court for an Order granting this Motion for Withdrawal and Substitution of Counsel for Banner.

Banner wishes to substitute Michael P. Peterson and the law firm of Peterson & Espino, P.A. for the WWHGD lawyers as counsel of record for Banner in this action, relieving the WWHG lawyers from further responsibility as counsel, and directing the Clerk to terminate attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton, and Alhadeff as counsel of record.  Proposed substituted counsel Michael P. Peterson and the law firm of Peterson & Espino, P.A. requests that all future pleadings, documents and/or correspondence concerning this matter be served on them at the address reflected below.

This Motion is made in good faith and not for purposes of delay.  No harm or prejudice will result to Banner in the event this Motion is granted.

MDL NO. 2047
SECTION: L

WHEREFORE, the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and

Peterson & Espino, P.A. respectfully request that this Court enter an Order granting this Motion

for Withdrawal and Substitution of Counsel in the instant action.

Respectfully submitted,

**WEINBERG WHEELER**
**HUDGINS GUNN AND DIAL, LLC**
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
Telephone: (305) 455-9500
Facsimile: (305) 455-9501

By:   /s/ Nick Panayotopoulos
      Nicholas Panayotopoulos
      Shubhra Mashelkar
      Steven J. Rapp
      P. Shane O'Neill
      Todd Ehrenreich
      Michael A. Sexton
      Seth Alhadeff
      npanayo@wwhgd.com
      smashelkar@wwhgd.com
      srapp@wwhgd.com
      soneill@wwhgd.com
      tehrenreich@wwhgd.com
      msexton@wwhgd.com
      salhadeff@wwhgd.com

**PETERSON & ESPINO, P.A.**
10631 Southwest 88th Street, Suite 220
Miami, Florida  33176
Telephone:  (305) 270-3773
Facsimile:  (305) 275-7410

By:   /s/Michael P. Peterson
      mpeterson@petersonespino.com

MDL NO. 2047
SECTION: L

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on

Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically

uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6

on this <u>27</u><sup>th</sup> day of March 2013.  I further certify that the above and foregoing was electronically

filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this <u>27</u><sup>th</sup> day of March 2013.

By:      <u>/s/ Michael P. Peterson</u>