UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Roberts, et al. v. Knauf Gips KG, et al.* Case No. 09-cv-05870 (E.D. La.) _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

<u>ORDER GRANTING JOINT MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL</u>

Before the Court is the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A.,'s Joint Motion for Withdrawal and Substitution of Counsel for Defendant Banner Supply Co. ("Banner").

Upon consideration and finding that all counsel have complied with LR 83.2.11, it is **ORDERED and ADJUDGED** that the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A.,'s Motion for Withdrawal and Substitution of Counsel is **GRANTED**. Attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton, Alhadeff, and all the attorneys of Weinberg Wheeler Hudgins Gunn & Dial, LLC, are discharged from any further obligation and relieved of any further appearance in these cases on behalf of Banner. All pleadings shall be served on Banner's substituted counsel, Michael P. Peterson and the law firm of Peterson & Espino, P.A., 10631 Southwest 88th Street, Suite 220, Miami, Florida 33176.

**DONE AND ORDERED** in New Orleans, Louisiana on this \_\_\_\_ day of _____ 2013.

_____
**ELDON E. FALLON**
**United States District Court Judge**