UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Gross, et al. v. Knauf Gips KG, et al.* (Omni III)<br>Case No. 09-cv-06690 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER GRANTING JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Before the Court is the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A.'s Joint Motion for Withdrawal and Substitution of Counsel for Defendants Banner Supply Co., Banner Supply Company Fort Myers, LLC, and Banner Supply Company Pompano, LLC (collectively, "Banner" or "the Banner Defendants").

Upon consideration and finding that all counsel have complied with LR 83.2.11, it is **ORDERED and ADJUDGED** that the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A.'s Motion for Withdrawal and Substitution of Counsel is **GRANTED**. Attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton, Alhadeff, and all the attorneys of Weinberg Wheeler Hudgins Gunn & Dial, LLC, are discharged from any further obligation and relieved of any further appearance in these cases on behalf of the Banner Defendants. All pleadings shall be served on the Banner Defendants' substituted counsel, Michael P. Peterson and the law firm of Peterson & Espino, P.A., 10631 Southwest 88th Street, Suite 220, Miami, Florida 33176.

**DONE AND ORDERED** in New Orleans, Louisiana on this ____ day of _____ 2013.

_____

                                            MDL NO. 2047
                                            SECTION: L
**ELDON E. FALLON**
**United States District Court Judge**