UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al.* (Omni I) Case No. 09-cv-07628 (E.D. La.) _____/ | JUDGE FALLON MAG. JUDGE WILKINSON |

### JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR BANNER SUPPLY CO., BANNER SUPPLY COMPAY FORT MYERS, LLC, BANNER SUPPLY COMPANY POMPANO, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, AND BANNER SUPPLY COMPANY INTERNATIONAL, LLC

Pursuant to LR 83.2.11, Nicholas Panayotopoulos, Shubhra Mashelkar, Steven J. Rapp, P. Shane O'Neill, Todd R. Ehrenreich, Michael Sexton, Seth Alhadeff, and all the lawyers of Weinberg Wheeler Hudgins Gunn & Dial, LLC (collectively, the "WWHGD lawyers"), counsel of record for Defendants Banner Supply Co., Banner Supply Company Fort Myers, LLC, Banner Supply Company Pompano, LLC, Banner Supply Company Tampa, LLC, and Banner Supply Company International, LLC (collectively, "Banner" or the "Banner Defendants"), and Michael P. Peterson and the law firm of Peterson & Espino, P.A., jointly move the Court for an Order granting this Motion for Withdrawal and Substitution of Counsel for the Banner Defendants.

The Banner Defendants wish to substitute Michael P. Peterson and the law firm of Peterson & Espino, P.A. for the WWHGD lawyers as counsel of record for Banner in this action, relieving the WWHG lawyers from further responsibility as counsel, and directing the Clerk to terminate attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton, and Alhadeff as counsel of record. Proposed substituted counsel Michael P. Peterson and the law firm of Peterson & Espino, P.A. requests that all future pleadings, documents and/or correspondence concerning this matter be served on them at the address reflected below.

MDL NO. 2047
SECTION: L

This Motion is made in good faith and not for purposes of delay. No harm or prejudice will result to the Banner Defendants in the event this Motion is granted.

WHEREFORE, the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A. respectfully request that this Court enter an Order granting this Motion for Withdrawal and Substitution of Counsel in the instant action.

Respectfully submitted,

**WEINBERG WHEELER
HUDGINS GUNN AND DIAL, LLC**
2601 S. Bayshore Drive, Suite 1500
Miami, FL 33133
Telephone: (305) 455-9500
Facsimile: (305) 455-9501

By:  /s/ Nick Panayotopoulos
Nicholas Panayotopoulos
Shubhra Mashelkar
Steven J. Rapp
P. Shane O'Neill
Todd Ehrenreich
Michael A. Sexton
Seth Alhadeff
npanayo@wwhgd.com
smashelkar@wwhgd.com
srapp@wwhgd.com
soneill@wwhgd.com
tehrenreich@wwhgd.com
msexton@wwhgd.com
salhadeff@wwhgd.com

**PETERSON & ESPINO, P.A.**
10631 Southwest 88th Street, Suite 220
Miami, Florida 33176
Telephone: (305) 270-3773
Facsimile: (305) 275-7410

By:  /s/Michael P. Peterson
mpeterson@petersonespino.com

MDL NO. 2047<br>SECTION: L

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6 on this 27th day of March 2013.  I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of March 2013.

By:    /s/ Michael P. Peterson