**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                  MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                   SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
*Abreu, et al. v. Gebrueder Knauf*           MAG. JUDGE WILKINSON
*Verwaltungsgesellschaft, et al.* (Omni VIII)
**Case No. 11-cv-00252 (E.D. La.)**

_____/

**ORDER GRANTING JOINT MOTION FOR WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

Before the Court is the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and

Peterson & Espino, P.A,'s Joint Motion for Withdrawal and Substitution of Counsel for

Defendants Banner Supply Co., Banner Supply Company Fort Myers, LLC, Banner Supply

Company Pompano, LLC, Banner Supply Company Tampa, LLC, and Banner Supply Company

International, LLC (collectively, "Banner" or "the Banner Defendants").

Upon consideration and finding that all counsel have complied with LR 83.2.11, it is

**ORDERED and ADJUDGED** that the law firms of Weinberg Wheeler Hudgins Gunn & Dial,

LLC and Peterson & Espino, P.A.,'s Motion for Withdrawal and Substitution of Counsel is

**GRANTED**.   Attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton,

Alhadeff, and all the attorneys of Weinberg Wheeler Hudgins Gunn & Dial, LLC, are discharged

from any further obligation and relieved of any further appearance in these cases on behalf of the

Banner Defendants.   All pleadings shall be served on the Banner Defendants' substituted

counsel, Michael P. Peterson and the law firm of Peterson & Espino, P.A., 10631 Southwest 88th

Street, Suite 220, Miami, Florida 33176.

MDL NO. 2047
SECTION: L

**DONE AND ORDERED** in New Orleans, Louisiana on this ____ day of

_____ 2013.


_____
**ELDON E. FALLON**
**United States District Court Judge**