UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES AND:<br><br>Richard and Constance Almeroth, et al., v. Taishan Gypsum Co., et al, Case No. 12-0498<br><br>Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd. F/K/A Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1672, 11-1395, 11-673 | |

**PLAINTIFF GEORGE B. AND LINDA A. MARSHALL'S NOTICE OF REMEDIATION**

NOTICE IS HEREBY given that the property located 101 Sand Dunes Drive, Ormand Beach, Florida 32176, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this notice. Plaintiff alleges that the property contains drywall manufactured by Taishan. The drywall was supplied by Atlantic Acquisition Corp. d/b/a Dolphin Building Materials, and the Builder is Stoughton Homes, Inc.

Dated: March 29, 2013

Respectfully submitted,

/s/ Allison Grant
Allison Grant, Esquire (Fla. Bar No. 858330)
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Remediation has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of March, 2013.

/s/ Allison Grant
Allison Grant, Esquire
Fla. Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida 33460
Phone: (561) 994-9646
Fax:    (561) 431-4627
Email: agrant@allisongrantpa.com