UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 09-7628 (*Payton*) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL

NOW COME Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC ("Banner Entities"), who file this Notice of Appearance in the *Payton* (09-7628) matter:

1.

In the referenced matter, Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000), and Garrett W. Thalgott (LA. Bar #30970) of Frilot L.L.C. hereby appear as counsel on behalf of the Banner Entities with respect to the following claims only:

(1) Mirtha Arias, 8266 NW 124th Terrace, Parkland, FL 33076

(2) 1100 Valencia LLC, 1100 Valencia Avenue, Coral Gables, FL 33134

(3) Richardo and Aliuska Dabalsa, 351 NW 125th Avenue, Miami, FL 33182

(4) William and Melanie Ford, 12702 SW 26th Street, Davie, FL 33325

(5) Joseph and Patricia Pensabene, 12732 SW 26th Street, Davie, FL 33325

(6) Craig Pisaris-Henderson and Kelly Henderson, 12720 Terabella Way, Ft. Myers, FL 33912

Respectfully submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
GARRETT W. THALGOTT (#30970)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

BANNER ENTITIES

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2013.

/s/ Kyle A. Spaulding