UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 09-4319 (*Peterson*) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES Banner Supply Company ("Banner"), who files this Notice of Appearance in the *Peterson* (09-4319) matter:

1.

In the referenced matter, Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding (LA. Bar #29000), and Garrett W. Thalgott (LA. Bar #30970) of Frilot L.L.C. hereby appear as counsel on behalf of the Banner with respect to the following claims only:

(1) Derrick and Robin Peterson, 518 SW California Avenue, Stuart, FL 34094

Respectfully submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
GARRETT W. THALGOTT (#30970)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

BANNER SUPPLY COMPANY

## **CERTIFICATE OF SERVICE**

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2013.

/s/ Kyle A. Spaulding