## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY                      SECTION: L
LITIGATION

THIS DOCUMENT RELATES TO:                       JUDGE FALLON
*Block, et al. v. Gebrueder Knauf, et al.* (Omni X)   MAG. JUDGE WILKINSON
Case No. 11-cv-01363 (E.D. La.)
_____/

## ORDER GRANTING JOINT MOTION FOR WITHDRAWAL
### AND SUBSTITUTION OF COUNSEL

Before the Court is the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A,'s Joint Motion for Withdrawal and Substitution of Counsel for Defendants Banner Supply Co., Banner Supply Company Fort Myers, LLC, Banner Supply Company Pompano, LLC, and Banner Supply Company Tampa, LLC (collectively, "Banner" or "the Banner Defendants").

Upon consideration and finding that all counsel have complied with LR 83.2.11, it is **ORDERED and ADJUDGED** that the law firms of Weinberg Wheeler Hudgins Gunn & Dial, LLC and Peterson & Espino, P.A,'s Motion for Withdrawal and Substitution of Counsel is **GRANTED**. Attorneys Panayotopoulos, Mashelkar, Rapp, O'Neill, Ehrenreich, Sexton, Alhadeff, and all the attorneys of Weinberg Wheeler Hudgins Gunn & Dial, LLC, are discharged from any further obligation and relieved of any further appearance in these cases on behalf of the Banner Defendants. All pleadings shall be served on the Banner Defendants' substituted counsel, Michael P. Peterson and the law firm of Peterson & Espino, P.A., 10631 Southwest 88th Street, Suite 220, Miami, Florida 33176.

**DONE AND ORDERED** in New Orleans, Louisiana on this  1st  day of
_____April_____ 2013.

_____
United States District Judge