UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motions seeking appointment of a Special Master (R. Doc. 16637) and an Allocation Committee (R. Doc. 16638) for the four Virginia settlements, **IT IS ORDERED** that these two Motions are set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Wednesday, April 24, 2013. Responses in opposition to these Motions shall be filed on or before Wednesday, April 17, 2013.

New Orleans, Louisiana this 2nd day of April, 2013.

_____
United States District Judge