UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al.*, Case No.: 09–7628 (E.D.La.) | |

ORDER ON STEVE AND CATHY ETTER'S
MOTION TO APPEAR TELEPHONICALLY AT THE
APRIL 5, 2013 CONFERENCE WITH CERTAIN OPT OUTS

Before the Court is a Motion to Appear Telephonically at the April 5, 2013 Conference With Certain Opt Outs filed by Plaintiffs, STEVE ETTER and CATHY ETTER [D16636, the Court having reviewed and otherwise being fully advised in the premises, it is therefore

**ORDERED** as follows**:**

1.  The Motion is granted;

2.  Plaintiffs, STEVE ETTER and CATHY ETTER are permitted to appear telephonically at the April 5, 2013 Conference.

New Orleans, Louisiana, this  1st  day of      April    , 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE