# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO ) | JUDGE FALLON |
| ALL CASES AND ) | MAG. JUDGE WILKINSON |
| ) | |
| Sean and Beth Payton, et al. v. ) | |
| Knauf Gips KG, et al. ) | |
| Case No. 09-07628 (E.D.La.) ) | |

**************************************

## EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

Comes now Eric D. Hoaglund, counsel for Plaintiffs, and moves that the Court substitute Elaine Frazier, as Executrix of the Estate of Juanita Haynes, Deceased, in place of Juanita Haynes, as the plaintiff of record for the property located at 1011 Maryanna Road, Calera, Alabama 35040. For the reasons set forth in the memorandum of law filed in conjunction herewith, Counsel for Plaintiff respectfully requests that the Court grant the instant motion to substitute plaintiff.

DATED:   April 2, 2013

/s/ Eric D. Hoaglund
Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201

Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
       cmccallum@mhcilaw.com

                      /s/ K. Edward Sexton
                      K. Edward Sexton

OF COUNSEL:
Gentle, Turner, Sexton, Debrosse & Harbison
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile: (205) 716-3010
Email: esexton@gtandslaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion to Substitute Plaintiff and Memorandum of Law filed in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eatern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on April 2, 2013.

/s/ Eric D. Hoaglund
Eric D. Hoaglund
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
cmccallum@mhcilaw.com
*Attorneys for Plaintiff*