UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO ) | JUDGE FALLON |
| ALL CASES AND ) | MAG. JUDGE WILKINSON |
| ) | |
| Sean and Beth Payton, et al. v. ) | |
| Knauf Gips KG, et al. ) | |
| Case No. 09-07628 (E.D.La.) ) | |

*************************************

## MEMORANDUM OF LAW IN SUPPORT OF
## EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

Counsel for Plaintiff is moving to substitute Elaine Frazier, as Executrix of the Estate of Juanita Haynes, Deceased, in place of Juanita Haynes, as the plaintiff of record for the property located at 1011 Maryanna Road, Calera, Alabama 35040.

At the time of the complaint in *Sean and Beth Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-07628 (E.D.La.), was filed with the court, it properly identified Juanita Haynes as the Plaintiff of record for the subject property. Juanita Haynes subsequently passed away. Following the death of Juanita Haynes, Elaine Frazier was appointed as Executrix of her estate. See, Letters Testamentary attached hereto as "Exhibit A." This Motion is filed at the request of Eric D. Hoaglund, who represents the individual claimant that is named in the omnibus complaint.

Based on the foregoing, counsel respectfully requests that the Court substitute Elaine Frazier as Executrix of the Estate of Juanita Haynes, Deceased, in place of Juanita Haynes, as the plaintiff of record for the property located at 1011 Maryanna Road, Calera, Alabama 35040.

        /s/ Eric D. Hoaglund
        Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
     cmccallum@mhcilaw.com

        /s/ K. Edward Sexton
        K. Edward Sexton

OF COUNSEL:
Gentle, Turner, Sexton, Debrosse & Harbison
501 Riverchase Parkway East
Suite 100
Hoover, Alabama 35244
Telephone: (205) 716-3000
Facsimile: (205) 716-3010
Email: esexton@gtandslaw.com

*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Ex Parte Motion to Substitute Plaintiff and Memorandum of Law filed in support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on April 2, 2013.

      /s/ Eric D. Hoaglund
      Eric D. Hoaglund
      Charles A. McCallum, III
      McCallum, Hoaglund, Cook & Irby, LLP
      905 Montgomery Highway
      Suite 201
      Vestavia Hills, Alabama 35216
      Telephone: (205)824-7767
      Facsimile: (205)824-7768
      Email: ehoaglund@mhcilaw.com
             cmccallum@mhcilaw.com
      *Attorneys for Plaintiff*