# EXHIBIT A

GEORGIA PROBATE COURT
STANDARD FORM

STATE OF GEORGIA
COUNTY OF FLOYD

ESTATE NO. 11E23830

## LETTERS TESTAMENTARY
(Relieved of Filing Returns)

By Steve Burkhalter, Judge of the Probate Court of said County.

**KNOW ALL WHOM IT MAY CONCERN:**

That on the 04th day of May, 2011, at a regular term of the Probate Court the Last Will and Testament dated August 20, 2008, of JUANITA HAYNES deceased, at the time of his or her death a resident of said County, was legally proven in Solemn form and was admitted to record by order, and it was further ordered that ELAINE FRAZIER, named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

NOW, THEREFORE, the said ELAINE FRAZIER, having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all the powers of Executor(s) under the Will of said deceased, according to the Will and the law.

Given under my hand and seal this 04th day of May, 2011.

_Steve R Burkhalter_
Probate Judge

NOTE: The following must be signed if the judge does not sign the original of this document:

Issued by:

_Lisa Horton_
PROBATE CLERK/DEPUTY CLERK

Effective 8/10

GPCSF 5