UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION: L |
| THIS DOCUMENT RELATES TO | ) | JUDGE FALLON |
| ALL CASES AND | ) | MAG. JUDGE WILKINSON |
| | ) | |
| Sean and Beth Payton, et al. v. | ) | |
| Knauf Gips KG, et al. | ) | |
| Case No. 09-07628 (E.D.La.) | ) | |

**************************************

### ORDER

Upon consideration of the Ex Parte Motion to substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is Granted. Elaine Frazier, as Administrator of the Estate of Juanita Haynes, Deceased, is deemed substituted in place of Juanita Haynes as the plaintiff of record for the property located at 1011 Maryanna Road, Calera, Alabama, 35040.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge

4