UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047  SECTION: L  JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY INTERIOR EXTERIOR BUILDING SUPPLY, LP

Subject to the requirements of Pretrial Order No. 1B, dated January 24, 2012, Interior Exterior Building Supply, LP, hereby gives notice of their intention to dispose of the physical evidence that they were previously preserving for all properties pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Interior Exterior by contacting:  Richard G. Duplantier, Jr. or Carlina C. Eiselen by telephone at (504) 525-6802 or by email at rduplantier@gjtbs.com or ceiselen@gjtbs.com.  Upon the expiration of the thirty (30) day period, Interior Exterior Building Supply may dispose of such physical evidence.

Dated:  April 4, 2013

Respectfully Submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:  (504) 525-2456
rduplantier@gjtbs.com /ceiselen@gjtbs.com
*Counsel for Interior Exterior Building Supply, LP*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 4th day of April, 2013.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.