UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION OF SETTLEMENT CLASS COUNSEL FOR AN ORDER: 1) ALLOWING THE PROPOSED ALLOCATION COMMITTEE TO POST THE PROPOSED ALLOCATION PLAN AND 2) EXTENDING THE OPT-OUT AND OBJECTION DEADLINE FOR THE FOUR CLASS SETTLEMENTS RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

Now come Settlement Class Counsel, who seek an order 1) Allowing the Proposed

Allocation Committee to Post the Proposed Allocation Plan and 2) Extending the Opt-Out and

1

Objection Deadline for Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims*, which were preliminarily approved by the Court on January 17, 2013 [Rec. Doc. No. 16516], for the reasons set forth in the accompanying Memorandum of Law, filed herewith.

                                          Respectfully submitted,

Dated: April 8, 2013                          /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819)
                                          Leonard A. Davis, Esquire (Bar No. 14190)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN &KATZ, L.L.C.
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          Ldavis@hhklawfirm.com
                                          *Plaintiffs' Liaison Counsel in MDL 2047*
                                          *And Class Counsel*

                                          Arnold Levin
                                          Fred S. Longer
                                          Sandra L. Duggan
                                          Matthew C. Gaughan
                                          LEVIN, FISHBEIN, SEDRAN &BERMAN
                                          510 Walnut Street, Suite 500
                                          Philadelphia, PA 19106
                                          Phone: (215) 592-1500
                                          Fax: (215) 592-4663
                                          Alevin@lfsblaw.com
                                          *Plaintiffs' Lead Counsel in MDL 2047*
                                          *And Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of April, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*