### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | |

### MEMORANDUM IN SUPPORT OF THE MOTION OF SETTLEMENT CLASS COUNSEL FOR AN ORDER: 1) ALLOWING THE PROPOSED ALLOCATION COMMITTEE TO POST THE PROPOSED ALLOCATION PLAN AND 2) EXTENDING THE OPT-OUT AND OBJECTION DEADLINE FOR THE FOUR CLASS SETTLEMENTS RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS

Settlement Class Counsel hereby submit this memorandum of law in support of their

Motion for an Order: 1) Allowing the Proposed Allocation Committee to Post the Proposed Allocation Plan and 2) Extending the Opt-Out and Objection Deadline for Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims*, which were preliminarily approved by the Court on January 17, 2013 [Rec. Doc. No. 16516].

The settlements contemplate that the Court will appoint an allocation committee consisting of representatives of the interests of the Class Members to the Settlement Agreements, to make recommendations to the Court as to a fair procedure for allocation of these funds. Each of the settlements provides that an "Allocation Committee, which will include representatives appointed by the Court from the PSC, will be appointed to make recommendations to the Court as to (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of their Proof of Claim to submit a valid claim." *See* Nationwide Insureds Settlement, Section 17.1 [Rec. Doc. No. 15969-5]; Porter-Blaine/Venture Settlement, Section 16.1 [Rec. Doc. No. 15969-6]; Tobin Trading and Installers Settlement, Section 17.1 [Rec. Doc. No. 15969-7]; Builders Mutual Insureds Settlement, Section 17.1 [Rec. Doc. No. 16478-3].

Pursuant to the Court's April 2, 2013 Order [Rec. Doc. No. 16718], the Court will consider the motion to appoint an Allocation Committee for the Four Virginia-based Settlements on April 24, 2013, which is the day before the April 25, 2013 opt-out and objection deadline set forth in the Preliminary Approval Order [Rec. Doc. No. 16516].  In order to provide potential class members with sufficient notice of the allocation plan, Settlement Class Counsel respectfully request that the court allow Counsel to post the proposed allocation plan (attached hereto as Exhibit 1) before the April 24, 2013 hearing on the motion to approve the allocation committee. Class Counsel request that the Allocation Plan be posted on the Court's

website: http://www.laed.uscourts.gov/Drywall/Drywall.htm. The plan includes written recommendations from the Proposed Allocation Committee as to: (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of the Proof of Claim to submit a valid claim.

Further, Settlement Class Counsel respectfully request that the Court extend deadlines for potential class members to opt-out and object to the proposed settlement agreements by twenty-one (21) days, in order to allow potential class members sufficient time to review the allocation criteria.

Settlement Class Counsel respectfully request that the Court enter the proposed Order, filed herewith, allowing the Proposed Allocation Committee to post the Proposed Allocation Plan and extending the opt-out and objection deadline for the four Virginia-based Settlements.


Respectfully submitted,


Dated: April 8, 2013                          /s/ Russ M. Herman
                                              Russ M. Herman, Esquire (Bar No. 6819)
                                              Leonard A. Davis, Esquire (Bar No. 14190)
                                              Stephen J. Herman, Esquire (Bar No. 23129)
                                              HERMAN, HERMAN &KATZ, L.L.C.
                                              820 O'Keefe Avenue
                                              New Orleans, LA 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              Ldavis@hhklawfirm.com
                                              *Plaintiffs' Liaison Counsel in MDL 2047*
                                              *And Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of April, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*