# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) <br> DRYWALL PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) <br> ) | SECTION: L |
| *Hobbie, et al. v.* ) <br> *RCR Holdings II, LLC, et al.,* ) <br> Case No. 10-1113 (E.D. La.) ) <br> ) | JUDGE FALLON |
| *Payton, et al. v. Knauf Gips, KG, et al.*, ) <br> Case No. 09-07628 (E.D. La.) ) <br> ) | MAG. JUDGE WILKINSON |
| *Wiltz, et al. v. Beijing New Building Materials* ) <br> *Public Limited Co., et al.* ) <br> Case No. 2:10-cv-00361 (E.D. La.) ) <br> ) | |
| *Rogers, et al. v. Knauf Gips KG, et al.* ) <br> Case No. 2:10-cv-00362 (E.D. La.) ) <br> ) | |
| *Block et al. v. Gebrueder Knauf* ) <br> *Verwaltungsgesellschaft KG, et al.* ) <br> Case No. 2:11-cv-2349 (E.D. La.) ) <br> ) | |
| *Almeroth, et al. v. Taishan Gypsum Co., LTD.* ) <br> *f/k/a Shandong Taihe Dongxin Col, LTD., et al.* ) <br> Case No. 2:12-cv-0498 (E.D. La.) ) <br> ) | |
| *RCR Holdings II, LLC. v. Arch Insurance* ) <br> *Company and Coastal Construction of South* ) <br> *Florida, Inc. d/b/a/ Coastal Condominiums* ) <br> Case No. 502010CA015377XXXXMBAI ) <br> (15th JDC Palm Beach County, Florida) ) <br> ) | |
| *Coastal Construction Group of South Florida, Inc.* ) <br> *v. Precision Drywall, Inc. and Mid-Continent* ) <br> *Casualty Company* ) <br> Case No. 11-07387 CA 04 ) <br> (11th JDC Miami-Dade County, Fla.) ) <br> ) | |
| *Coastal Construction of South Florida, Inc. and* ) <br> *Arch Insurance Company v. Everest National* ) <br> *Insurance Company, et al.* ) <br> Case No. 12-80380-CIV-MARRA (S.D. Fla.) ) | |

**JOINT MOTION FOR AN ORDER (1) PRELIMINARILY APPROVING SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC. RELATED TO VILLA LAGO AT RENAISSANCE COMMONS IN MDL 2047; (2) CONDITIONALLY CERTIFYING A SETTLEMENT CLASS; (3) APPROVING THE FORM OF NOTICE AND AUTHORIZING THE DISSEMINATION OF THE NOTICE; (4) SCHEDULING A FAIRNESS HEARING; AND (5) STAYING THE LITIGATION AGAINST COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.**

Proposed Settlement Class Counsel and Coastal Construction Company of South Florida, Inc.,[1] hereby jointly move this Court for an Order:

1. Conditionally certifying the Settlement Class for purposes of settlement;

2. Granting preliminary approval of the proposed settlement set forth in the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047 dated March 28, 2013;

3. Appointing Wendy Lee Hobbie as Class Representative;

4. Appointing Gary E. Mason and Daniel R. Bryson of Whitfield Bryson & Mason LLP, Joel R. Rhine of Rhine Law Firm, P.C., Adam Linkhorst of Linkhorst & Hockin P.A., and Gregory S. Weiss of Leopold Law, P.A. as Settlement Class Counsel;

5. Approving the form, content and manner of dissemination of the proposed notice to Class Members and authorizing its dissemination to the Class Members;

6. Finding that the proposed plan for disseminating Class Notice provides the best notice practicable, satisfies the notice requirements of Rule 23(e) and satisfies all other legal and due process requirements.

7. Scheduling a Fairness Hearing; and

---

[1] Capitalized terms used in this Joint Motion shall have the same meaning as those defined in the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047, dated March 28, 2013 (the "Coastal Settlement"), attached as EXHIBIT "1" to the accompanying Memorandum of Law, filed herewith.

8.  Staying the Actions involving Coastal Construction of South Florida, Inc. in the Litigation, pending a determination on the final approval of the Settlement and entry of a Final Order and Judgment.

The Parties stipulate to the Court in this Motion for entry of the attached Preliminary Approval Order that (i) the Class is being certified for settlement purposes only pursuant to the Settlement Agreement; (ii) the Settling Defendants and Insurers reserve the right to object to class certification *de novo* in the event this Settlement is terminated for any reason, including termination pursuant to Section 18 of the Settlement Agreement, and (iii) this Settlement shall have no precedential effect with regard to certification of a litigation class that may arise if this matter is not fully and completely resolved through this Settlement, or otherwise.

This Joint Motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is supported by the accompanying memorandum of law, the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047 (with exhibits) filed contemporaneously herewith, and such other argument or evidence as may be presented at or prior to the hearing on the Joint Motion.

WHEREFORE, Proposed Settlement Class Counsel and Coastal Construction of South Florida, Inc. pray that after due consideration, the Court: (1) grant this Joint Motion for an Order (1) Preliminarily Approving Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation Against Coastal Construction of South Florida, Inc. pending a final Fairness Hearing on the Settlement.

DATED: April 8, 2013                              Respectfully submitted,


                                             /s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:   561.626.8880/954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Gregory S. Weiss (Florida Bar No. 163430)
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (516) 515-1401
Email: gweiss@leopold-law.com

*Proposed Class Counsel*

4

                              */s/* Addison J. Meyers
                              Addison J. Meyers, Esquire
                              MINTZER SAROWITZ ZERIS
                              LEDVA & MEYERS, LLP
                              The Waterford at Blue Lagoon
                              1000 NW 57th Court, Suite 300
                              Miami, FL 33126
                              Telephone: (305) 774-9966
                              Fax: (305) 774-7743
                              Email: ameyers@defensecounsel.com

*Attorneys for Coastal Construction of South Florida, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 8th day of April, 2013.

                              /s/ Gary E. Mason
                              Gary E. Mason