# EXHIBIT "3"



WHITFIELD BRYSON
& MASON LLP
ATTORNEYS AT LAW

# FIRM RESUME

## FIRM PROFILE

With offices located in Washington, D.C., Raleigh, N.C., and Madisonville, Kentucky Whitfield Bryson & Mason LLP is dedicated to representing plaintiffs in class actions, mass torts and individual actions in courts throughout the United States. Founded in January 2012, the firm was created by a merger of three firms with decades of experience representing plaintiffs.

For the past ten years, Mason LLP exclusively represented plaintiffs in class actions and mass torts and obtained settlements totaling more than $1 billion in a variety of contexts, including consumer fraud, toxic torts, civil rights and antitrust price fixing. Bryson Law was recognized nationally as a leading construction negligence law firm and recovered tens of millions of dollars for homeowners and homeowner associations throughout the United States. For more than 15 years, Whitfield & Cox has represented plaintiffs and recovered tens of millions of dollars for victims of mining accidents, auto and truck accidents, medical malpractice and other negligent conduct throughout the Commonwealth of Kentucky.

## FIRM RESUME
### Attorney Profiles

**Gary E. Mason**
**Founding and Managing Partner**

Gary is a nationally recognized leader of the class action bar. Focusing on consumer class actions and mass torts, Gary has recovered more than $1.5 billion in the 22 years he has represented plaintiffs.

With his broad experience, Gary is nationally known for representing consumers in class actions involving a wide range of defective products, including Chinese drywall, fire retardant plywood, polybutylene pipe, high-temperature plastic venting, hardboard siding, pharmaceutical products, consumer electronics and automobiles.

Gary has served in leadership positions in many consumer class actions in State and Federal Courts nationwide as well as in Multi-District Litigation (see Practice Highlights, below).

Gary graduated magna cum laude, Phi Beta Kappa, from Brown University in 1984 and earned his law degree from Duke University Law School. He then clerked for the Honorable Andrew J. Kleinfeld, U.S. District Court Judge, in Anchorage, Alaska.

**John C. Whitfield**
**Founding Partner**

For nearly 30 years, John has been one of Kentucky's premier trial attorneys. He has represented numerous injured parties in the Paducah, Ohio Valley and Western Kentucky areas. He has concentrated primarily on complex civil litigation cases, and over his career has brought to settlement or judgment over 30 cases in excess of a million dollars each.

John is certified as a civil trial specialist by the National Board of Trial Advocacy* and has represented individuals in all walks of life against negligent workplace practices, reckless physicians, predatory businesses, and inattentive automobile and truck drivers.

Throughout his career, John has represented scores of patients who have been the victims of medical negligence, obtaining verdicts and settlements in both state and federal courts. He has handled cases for landowners victim to fraudulent mine royalty practices, for homeowners whose homes and business contained defective concrete, and for Kentucky residents who were overcharged for premium insurance taxes. In addition, John's trial experience extends to the defense of individuals in criminal cases.

John is a frequent lecturer of litigation subjects with the Kentucky Justice Association and American Association for Justice, and has been recognized as a Kentucky Super Lawyer. He is AV rated by the Martindale-Hubbell rating service.

**Daniel K. Bryson**
**Founding Partner**

Dan is one of the nation's most respected and experienced attorneys in the areas of construction defects involving mass torts, class actions or individual lawsuits.

For over 20 years, Dan has focused his practice on complex civil litigation, successfully representing thousands of homeowners in a wide variety of defective construction product suits, class actions, and various mass torts and recovering more than $1.25 billion for his clients in numerous states throughout the country.

Dan frequently collaborates with other attorneys in order to assemble the most effective team possible. He is a frequent lecturer on a variety of defective construction products and consumer mass tort related disputes. Dan has been quoted by a variety of media outlets including the Wall Street Journal, Washington Post, and New York Times. He has been named as a member of the Legal Elite and Super Lawyers in North Carolina on numerous occasions. Dan is the past chair of the NC Bar Association, Construction Law Section.

He has also been involved with a number of AAJ litigation groups and committees through the years and is currently the Co-Chair of the AAJ Chinese Drywall Litigation Group and a member of the Plaintiffs' Steering Committee for the Multi-District Litigation involving Chinese Drywall.

A settlement approaching $1 billion was recently announced involving one of the primary defendants, Knauf Plasterboard Tianjin. Dan served on the trial team in Federal Court in Louisiana for the first two Chinese Drywall bellwether cases.

Dan was recently assigned to the Science Committee of the DePuy MDL matter "In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation."

**Nicholas A. Migliaccio**
**Founding Partner**

Nick represents plaintiffs in a variety of cases including claims for wage and hour violations, civil rights violations, defective products, environmental torts, and unfair and deceptive trade practices.

Nick joined his previous law firm, Mason LLP, as an associate in 2003 and became a partner in 2011. Prior to that, he was an associate at Environmental Protection International in Washington, D.C.

Nick earned his undergraduate degree *cum laude* from the State University of New York at Binghamton, and went on to earn his law degree from Georgetown University Law Center where he served as an editor of the Georgetown International Environmental Law Review. He is admitted to practice in New York; the District of Columbia; the United States Courts of Appeal for the Third, Fourth and Sixth Circuits; the United States District Courts for the Districts of Maryland, the District of Columbia, and the Southern District of New York.

**Scott Harris**
**Associate**

Scott Harris has been with Whitfield Bryson & Mason since its inception.

Scott's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death litigation. Scott has played a key role in securing substantial verdicts and settlements in a variety of cases, including a multi-million dollar verdict in favor of homeowners for a developer's unfair and deceptive advertising and shoddy road construction, a legal malpractice case, and several defective condominium construction cases.

Scott earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from Hampden-Sydney College, in 2001. While at Hampden-Sydney College, Scott was Chairman of the Honor Committee and a member of the national leadership honor society, Omicron Delta Kappa.

**Matthew Lee**
**Associate**

Matt has been with Whitfield Bryson & Mason since its inception. Matt's practice is focused on fighting for individuals and homeowners in complex litigation, including construction defect, mass tort, product liability, and wrongful death cases. Matt has played a key role in securing substantial verdicts and settlements in a variety of cases, including a multi-million dollar verdict in favor of homeowners for a developers' unfair and deceptive advertising and shoddy road construction, a confidential pre-trial settlement on behalf of an individual in a defamation matter, and two substantial wrongful death settlements.

Matt earned his law degree from Wake Forest University School of Law in 2006 and his Bachelor of Arts from The Catholic University of America, *cum laude*, in 2001. While at Wake Forest, Matt was the Zeliff Trial Competition Champion, a member of the AAJ Trial Team that advanced to the regional finals in 2006, the AAJ Student Chapter President, and was selected as a member of the Order of Barristers. Matt is also a recent graduate of Leadership Raleigh 25 with the Greater Raleigh Chamber of Commerce.

**Jason Rathod**
**Associate**

Jason litigates complex class actions related to consumer protection, worker rights, civil rights and public fee recovery.

His consumer protection practice focuses on defective products. His worker rights practice focuses on the improper denial of minimum wages and overtime pay. His civil rights practice focuses on violations of due process rights. and his public recovery practice focuses on the recovery of taxes and fees for local governments improperly evaded by corporations.

After graduating with honors from Grinnell College, Jason traveled to six countries on a Watson Fellowship, studying the Indian Diaspora. At the Duke University School of Law, he was an articles editor of the Duke Law Journal and did legal work for the Self-Employed Women's Association in Ahmedabad, India. He has also published a law review article and note on racial discrimination.

**Karl Amelchenko**
**Associate**

Karl joined Whitfield, Bryson and Mason at the firm's inception, representing individuals who have been injured, taken advantage of and marginalized.

Karl's practice is concentrated on complex litigation including mass torts, serious personal injury and wrongful death, professional negligence, construction defects and products liability. He also has experience in medical negligence.

While earning his law degree from Wake Forest University, Karl captained the American Association for Justice Trial Team to the regional finals, and earned the Roger Goldberg Award in Trial Advocacy, which is awarded annually to a Wake Forest School of Law student who shows the highest aptitude and ethics in trial advocacy. Karl earned dual undergraduate degrees

5

in philosophy and political science from the University of North Carolina at Wilmington, focusing in the areas of formal logic and international political economy.

**Monica Bansal**
**Associate**

Monica joined Whitfield Bryson & Mason in October 2011. She is involved in complex class actions across the firm's areas of practice, including consumer protection, worker rights, and products liability.

Monica graduated from the University of Texas at Austin in 2008 (B.A., with high honors, Psychology) and obtained her law degree from American University Washington College of Law in 2011 (J.D., cum laude). In law school, she interned with the U.S. Department of Justice, Civil Rights Division, interned for the Honorable Magistrate Judge Mary Milloy of the Southern District of Texas, and clerked for a boutique civil litigation firm in Washington, D.C. Monica is admitted to practice in Texas and is supervised by the partners of the firm pending her admission to the D.C. bar.

**Notable Cases**

*In re: TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827 (N.D. Cal.) (combined settlement totaling nearly $1.1 billion in suit alleging the illegal formation of an international cartel to restrict competition in the LCD panel market).

*In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, No. 2:09-md-02047 (E.D. La.) (litigation arising out of defective drywall) (appointed Co-Chair, Insurance Committee).

*In re Google Buzz Privacy Litigation*, CV 10-00672 (N.D. Cal.) (court-appointed Lead Class Counsel; $8.5 million *cy pres* settlement).

*Cordes et al v. IPEX, Inc.,* No, 08-cv-02220-CMA-BNB (D. Col.) (class action arising out of defective brass fittings; court-appointed member of Plaintiffs' Steering Committee).

*Sutton, et al v. The Federal Materials Company, Inc., et al*, No. 07-CI-00007 (Kty. Cir. Ct) ($10.1 million class settlement for owners of residential and commercial properties constructed with defective concrete).

*Stillman v. Staples, Inc.*, Civil No. 07-849 (D.N.J. 2009) (FLSA collective action, plaintiffs' trial verdict for $2.5 million; national settlement approved for $42 million).

*Lew v. Pizza Hut of Maryland, Inc.*, Civil No. CBB-09-CV-3162 (D. Md.) (FLSA collective action, statewide settlement for managers-in-training and assistant managers, providing recompense of 100% of lost wages).

*In re: Dept. of Veterans Affairs (VA) Data Theft Litig.*, MDL 1796 (D.D.C.) (Co-lead counsel representing veterans whose privacy rights had been compromised by the theft of an external hard drive containing personal information of approximately 26.6 million veterans and their spouses; creation of a $20 million fund for affected veterans and a cy pres award for two non-profit organizations).

*Ersler, et. al v. Toshiba America et. al*, 07-civ- 2304 (D.N.J.) (settlement of claims arising from allegedly defective television lamps).

*Nnadili, et al. v. Chevron U.S.A., Inc*, No. 02-cv-1620 (D.D.C.) ($6.2 million settlement for owners and residents of 200 properties located above underground plume of petroleum from former Chevron gas station).

*In re General Motors Corp. Speedometer Products Liability Litigation*, MDL 1896 (W.D. Wash.) (national settlement for repairs and reimbursement of repair costs incurred in connection with defective speedometers).

*Penobscot Indian Nation et al v United States Department of Housing and Urban Development*, N. 07-1282 (PLF) (D.D.C. 2008) (represented charitable organization which successfully challenged

regulation barring certain kinds of down-payment assistance; Court held that HUD's promulgation of rule violated the Administrative Procedure Act).

*Nichols v. Progressive Direct Insurance Co., et al.*, No. 2:06cv146 (E.D. Ky.) (Class Counsel; class action arising from unlawful taxation of insurance premiums; statewide settlement with Safe Auto Insurance Company and creation of $2 million Settlement Fund; statewide settlement with Hartford Insurance Company and tax refunds of $1.75 million ).

*Staton v. IMI South, et al.* (Kentucky Cir. Ct) (class settlement for approximately $30 million for repair and purchase of houses built with defective concrete).

*Maytag Neptune Washing Machines* (class action settlement for owners of Maytag Neptune washing machines).

*Roberts v. Fleet Bank (R.I.), N.A.*, Civil Action No. 00-6142 (E. D. Pa.) ($4 million dollar settlement on claims that Fleet changed the interest rate on consumers' credit cards which had been advertised as "fixed.")

*Bruce, et. al. v. County of Rensselaer et. al.,* Case no. 02-CV-0847 (N.D.N.Y.) (class settlement of claims that corrections officers and others employed at the Rensselaer County Jail (NY) engaged in the practice of illegally strip searching all individuals charged with only misdemeanors or minor offenses).

*Baugh v. The Goodyear Tire & Rubber Company* (class settlement of claims that Goodyear sold defective tires that are prone to tread separation when operated at highway speeds;  Goodyear agreed to provide a combination of both monetary and non-monetary consideration to the Settlement Class in the form of an Enhanced Warranty Program and Rebate Program).

*Stalcup, et al. v. Thomson, Inc .* (Illinois Cir. Ct.) (class settlement of clams that certain GE, PROSCAN and RCA televisions may have been susceptible to temporary loss of audio when receiving broadcast data packages that were longer than reasonably anticipated or specified).

*Hurkes Harris Design Associates, Inc., et al. v. Fujitsu Computer Products of America, Inc.* (settlement provides $42.5 million to pay claims of all consumers and other end users who bought certain Fujitsu Desktop 3.5" IDE hard disk drives).

*Lubitz v. Daimler Chrysler Corp.* (national settlement for repairs and reimbursement of repair costs incurred in connection with defective brake system; creation of $12 million fund; 7th largest judgment or settlement in New Jersey in 2007).

*Turner v. General Electric Company,* No. 2:05-CV-186 (M.D. Fl) (settlement of claims arising from allegedly defective refrigerators).

*Galanti v. Goodyear Tire & Rubber Co.*, No. 03-209 (D.N.J. 2003) (national settlement and creation of $330 million fund for payment to owners of homes with defective radiant heating systems).

*In re Synthetic Stucco Litigation*, Civ. Action No. 5:96-CV-287-BR(2) (E.D.N.C.) (member of Plaintiffs' Steering Committee; settlements with four EIFS Manufacturers for North Carolina homeowners valued at more than $50 million).

*In re Synthetic Stucco (EIFS) Products Liability Litigation*, MDL No. 1132 (E.D.N.C.) (represented over 100 individuals homeowners in lawsuits against homebuilders and EIFS manufacturers).

*Posey, et al v Dryvit Systems, Inc.*, Case No. 17,715-IV (Tenn. Cir. Ct) (Co-Lead Counsel; national class action settlement provided cash and repairs to more than 7,000 claimants).

*In re Swanson Creek Oil Spill Litigation*, No. 00-1429 (D. Md.) (Lead Counsel; $2.25 million settlement of litigation arising from largest oil spill in history of State of Maryland).

Rhine

Law Firm, P.C.

# FIRM RESUME

## RHINE LAW FIRM, P.C.

### Firm Profile

Based in Wilmington, North Carolina, the Rhine Law Firm, P.C. is actively engaged in a variety of complex civil litigation matters on behalf of plaintiffs. Our lawyers have enjoyed the privilege of representing clients throughout the United States in class actions, mass torts and individual cases. Because the firm is regarded for its experience and expertise in extremely large and complex cases, Rhine Law Firm, P.C. is frequently asked to join and form litigation teams to represent aggrieved parties in Federal and State courts nationwide.

The lawyers at the Rhine Law Firm, P.C. have developed a nationally recognized practice in the area of in the area of consumer product liability cases, including defective building products. The firm's lawyers have served in leadership and pivotal positions in Multi-District Litigation and consumer class actions.

### Attorney Profiles

**Joel R. Rhine**
**Founding Partner**

Joel Rhine is well known throughout the class action and mass tort bar for his extensive trial work. Mr. Rhine began his practice with Hunton & Williams, where he concentrated on construction defect cases. Among other significant litigation, Mr. Rhine participated in two billion dollar lawsuits dealing with nuclear power plant construction and design. Upon leaving the large defense bar, Mr. Rhine settled in Wilmington, North Carolina, where he was the "tip of the spear" in the Exterior Insulation and Finish System (EIFS) litigation. Mr. Rhine was co-lead counsel in obtaining a multi-million dollar verdict against an EIFS manufacturer, which lead to settlements of EIFS cases throughout the country.

In addition to EIFS, Mr. Rhine's building product litigation experience includes: hardboard siding; hardboard trim; plumbing; windows; concrete; DEFS; roofing shingles; and more. In addition, Mr. Rhine has been involved in pharmaceutical product mass tort cases, trucking litigation, corporate disputes, consumer product litigation, legal and medical malpractice cases, and a variety catastrapohic personal injury and wrongful death cases. Mr. Rhine is presently co-lead trial counsel in a class action that will be tried in August 2013 dealing with a defective hardboard trim product. Mr. Rhine has recovered hundreds of millions of dollars for plaintiffs via judgments and settlements.

Mr. Rhine graduated *cum laude* from Tampa University in 1985 and earned his law degree from Wake Forest University in 1988. Mr. Rhine was a member of the Wake Forest Law Review, had two Notes published in the Law Review, and received the Wake Forest Law Review Award in 1988. Mr. Rhine has been recognized by Best Lawyers in America, Super

Lawyers and North Carolina's Legal Elite as being among the best litigation attorneys in his field.

Mr. Rhine is a frequent lecturer of litigation subjects for lawyers, judges and consumers. In addition to an upcoming seminar "Civil Masters in Advocacy (The Giants Teach)" at the North Carolina Advocates of Justice Summer 2013 Convention, Mr. Rhine's seminar presentations include:

-Adding Tools to the Construction Lawyer's Tool Belt. Hot Topics in Construction Law. 2010 Construction Law Winter Program. Issues Involving Chinese Drywall Litigation, North Carolina Bar Association

-Condominium Construction Issues in North Carolina, Lorman CLE Seminar

-Contracts for Construction Lawyers: How to Get the Party Started

-Construction Defect & Mold Litigation Conference, Mealy's Annual Convention

-Judicial Symposium on "Critical Issues in Construction Defects Litigation, AEI-Brookings Joint Center Judicial Education Program

-Handling Toxic Mold Disputes: A Guide to Recent Developments and Effective Litigation Strategies, Lorman

-Toxic Mold: A Legal Primer, CAI's 25th Annual Community Association Law Seminar

-Strategies on Water Intrusion and Mold Litigation for Plaintiffs' Firm Retreat, Mass Torts Made Perfect

-Advances in Environmental Mold Issues in North Carolina, Lorman CLE Seminar

-Mold Litigation - Beyond the Basics II, Harris Martin

-Securities, Drug & Environmental Litigation, Mass Torts Made Perfect

**Jean Martin**
**Partner**

Jean Martin has become an experienced, accomplished, and respected trial attorney, relying on her diverse educational and business background to understand and achieve client objectives. With her broad experience, Mrs. Martin is highly regarded for her expertise in pharmaceutical and medical product and is often called upon by other lawyers to assist them with these types of cases.

Mrs. Martin attended Wake Forest University, graduating in 1989 with a B.S. in Mathematical Economics. She also received a Master of International Business Studies (MIBS) from the University of South Carolina.

As part of her business career, Mrs. Martin was a member of the sales finance team of a global computer manufacturer in Munich, Germany. She later transitioned to a position as a marketing manager with an international candy manufacturer maintaining responsibility for product development, brand licensing, packaging and promotion.

Mrs. Martin then chose another path for her life heading back to Wake Forest for law school, where she received her J.D. in 1998. While in law school, Jean served as Editor-in-Chief of the Wake Forest Law Review and was a member of the Moot Court Board. Forever a proud Double Deacon, Mrs. Martin would later return to Wake Forest to serve as an adjunct professor with the law school.

Mimicking her business and personal life, Mrs. Martin's legal career has taken a varied path, which has given her the opportunity to work on multi-million dollar deals as well as to serve as counsel in numerous cases that have resulted in multi-million dollar settlements. Early in her career, Mrs. Martin had the privilege of being an associate with Blanco, Tackabery, Combs & Matamoros, P.A. in Winston-Salem, NC. Her practice focused on corporate and commercial transactions, primarily for small to medium-sized business owners, family-owned businesses, and real estate developers. Mrs. Martin was then presented with an opportunity to practice in her hometown, managing a large plaintiff's personal injury and toxic tort firm. In addition to her management responsibilities, Mrs. Martin started and led the firm's pharmaceutical drug and medical device litigation division. Through the course of assisting families whose children had been harmed by vaccines, Mrs. Martin discovered a pattern of neurological injuries in children whose mothers had been given a particular drug during pregnancy. With this discovery, Mrs. Martin initiated national litigation against a major pharmaceutical drug and children's product manufacturer. In 2007, Mrs. Martin was recruited by a firm to move to Wilmington,NC, where among other things she handled catastrophic personal injury cases, consumer class actions and complex civil litigation.

Mrs. Martin joined forces with Joel Rhine at the Rhine Law Firm, P.C. in 2010.  At the Rhine Law Firm, Jean has continued her efforts to represent plaintiffs in a variety of class actions and mass torts, as well as catastrophic personal injury and wrongful death cases.

Mrs. Martin has been selected as a Super Lawyer and is listed in North Carolina Legal Elite.


**Catherine ("Katie") H. Lesica**
**Of Counsel**

Katie Lesica has been practicing law for over 31 years and is of counsel to the Rhine Law Firm, P.C. Mrs. Lesica primarily handles complex legal research and writing and stays involved in the extensive discovery undertaking in the firms cases.

Mrs. Lesica attended law school at the Washington College of Law of American University in Washington, DC following her graduation from Penn State. During law school, she

was a member of the Phi Alpha Delta legal fraternity. She was a Moot Court semi-finalist her freshman year and was a Dean's teaching fellow during her second and third years at law school, teaching legal research and writing to first year students. Selected for the Washington College of Law Honor Society, Mrs. Lesica graduated from Washington College of Law Magna Cum Laude in 1981. She graduated eleventh out of a class of 262 students.

Mrs. Lesica's publications include: C. Lesica, J. McLeod, "Civil Trial Practice: Steps Toward Maximizing Recovery", Wake Forest University Civil Trial Practice Symposium Manual;  "Civil Trial Practice: Recent Developments in Tort Practice", Wake Forest University General Practice Symposium Manual;  "Deposition Preparation" Civil Discovery Practice in North Carolina, D.H. Whipple (Law Practice Handbooks); "Cross Examination: Objectives and Techniques", Wake Forest University Trial Practice Symposium Manual, 1995; "Legislative Update", Cumberland County Medical Society Alliance, Newsletter Column;  C. Lesica, J. McLeod, "Jury Selection", Academy of Trial Lawyers Wrongful Death Seminar Manual, 2004; C. Lesica, J. McLeod, "Damages Topic Regarding Older Adults", Academy of Trial Lawyers Maximizing Damages Seminar Manual, 2005.

# LINKHORST & HOCKIN, P.A.

### *Attorneys at Law*

*Adam C. Linkhorst* [1]
*John A. Hockin* [1,2]
*Jason P. Blevins*
*Jared S. Gillman*

www.floridahardhatlaw.com



CONSTRUCTION
LAW

[1]

² *Also Admitted in Georgia*

## FIRM PROFILE

**Linkhorst & Hockin, P.A.**, is an AV-Rated boutique law firm whose primary practice is in the area of construction law and litigation.  Linkhorst & Hockin is rated as a Preeminent Law Firm in the area of Construction Law by the Martindale Hubbell Bar Register. The firm's two partners, Adam C. Linkhorst, Esquire, and John A. Hockin, Esquire, are both Board Certified by the Florida Bar in the area of Construction Law.  This is a distinction held by few attorneys in the State of Florida.

Linkhorst & Hockin, P.A., represents various parties in construction disputes, including both public and private owners including condominium and homeowners associations, general contractors, subcontractors, material suppliers, design professionals and sureties in all types of disputes including, but not limited to, construction lien foreclosures, payment and performance bond disputes, bid protests, construction defects, construction contract disputes and other similar types of construction related matters. In addition, Linkhorst & Hockin, P.A. has significant experience in representing parties in transactional construction law, such as the drafting, review and negotiation of construction contracts and other types of construction industry documentation including payment and performance bonds.  Linkhorst & Hockin, P.A. also practices in the area of general commercial litigation, which means that Linkhorst & Hockin, P.A. represent parties involved with business oriented disputes.

Linkhorst & Hockin, P.A. is centrally located in Jupiter, Florida, to effectively represent parties in the construction industry throughout Florida. The firm's goal is to maintain its reputation as the construction law firm that serves its clients in an effective, economical and cost efficient manner. In order to achieve this, Linkhorst & Hockin puts its client's needs and goals as top priorities and keeps in regular contact with each client so that the firm consistently acts in the client's best interests.  In addition, the firm recognizes the efficacy of alternative dispute resolution as an effective technique and frequently utilizes mediation and arbitration as methods of resolving disputes. In short, Linkhorst & Hockin endeavors to provide representation in a manner which caters to the needs and goals of each individual client.

As a vital member of South Florida's construction industry, Linkhorst & Hockin recognizes the significance of maintaining an active role with various industry trade groups.  The firm is an active member of the Associated General Contractors of America (AGC), Associated Builders and Contractors Association (ABC) Construction Association of South Florida (CASF), Treasure Coast Builders Association (TCBA), Underground Contractors Association of South Florida (UCA), Engineering Contractors Association of South Florida (ECA), American Institute of Architects (AIA), Construction Financial Management Association (CFMA), Florida Surety Association (FSA), Florida Transportation Builders Association (FTBA), the Reconstructing Lives Foundation and ACE Mentorship of Palm Beach and Martin Counties.  In addition, the individual members of the firm are members of various legal based construction organizations,

including the American Bar Association Forum on the Construction Industry and Construction Law subcommittee of the Florida Bar Real Property, Probate & Trust Law Section and Palm Beach County Bar Association Construction Law Committee.

Both Mr. Linkhorst and Mr. Hockin have frequently lectured on various construction law topics for construction trade groups, educational organizations, and legal organizations, including the Broward County Bar Association, the Florida Bar and Florida International University's Construction Management Department. The topics of their lectures included construction lien law and payment bond issues, understanding and negotiating construction contracts, bid protests, delay and scheduling claims, licensing requirements, and alternative dispute resolution and various other issues relating to construction law.

## ATTORNEY PROFILES

**ADAM C. LINKHORST, ESQUIRE**, is the managing partner of Linkhorst & Hockin, P.A. He was among the first class of attorneys in the State of Florida to become Board Certified by the Florida Bar in the area of Construction Law in 2005, when that specialty area first became recognized by the Florida Bar. He maintains an AV Preeminent Rating pursuant to the Martindale-Hubbell rating system. He has focused his practice on construction law since being admitted to the Florida Bar in 1995. Mr. Linkhorst has represented various parties in construction issues, including public, commercial and residential owners, general contractors, subcontractors, design professionals, material suppliers, equipment rental companies and sureties in all types of disputes, including bid protests, construction lien foreclosure and defect actions, payment and performance bond claims, contract disputes and all other areas of construction litigation, arbitration and mediation. In addition, Mr. Linkhorst has significant experience in the transactional area of construction law and has drafted, reviewed and negotiated numerous construction contracts for both public and private projects.

Mr. Linkhorst received a Bachelor of Arts degree in economics from The State University of New York at Albany in 1991 and a Juris Doctorate degree from Nova Southeastern University in 1995. He is admitted to practice before all state courts in Florida as well as the United States District Courts for the Southern and Northern Districts of Florida, the United States Circuit Court of Appeals for the Fourth, Eleventh and Federal Circuits and the United States Court for Federal Claims. In law school, Mr. Linkhorst was a member of the Nova Law Review and Moot Court Society and also served as Chief Justice of the Honor Court.

Mr. Linkhorst previously served as the chairperson of the Broward County Bar Association Construction Law Committee and has lectured for the Florida Bar, Florida International University's Construction Management Program, the Broward County Bar Association, and various Continuing Legal Education providers and trade organizations on construction law topics.

Mr. Linkhorst is an active member of several trade organizations including the Associated General Contractors of America (AGC) (Florida East Coast Chapter – board member and general counsel), Associated Builders and Contractors Association (ABC) American Bar Association Forum on the Construction Industry, Construction Law subcommittee of the Florida Bar Real Property Probate & Trust Law Section, Underground Contractors Association of South Florida (UCA), Engineering Contractors Association of South Florida (ECA), Construction Financial Management Association (CFMA) (past board member of the South Florida Chapter), Construction Association of South Florida (CASF), Florida Transportation Builders Association (FTBA), and Florida Surety Association (FSA).

2

In 2009, Chambers and Partners (international attorney rating service) stated that: "Adam Linkhorst has set up a remarkable construction practice with Linkhorst & Hockin in Palm Beach. Appreciated for his dynamism and his ability to reach favorable settlements for his clients, he is one of the most promising lawyers in Florida." Mr. Linkhorst was identified as a Super Lawyer for 2009 by SuperLawyers.com.

Mr. Linkhorst was also honored by the Palm Beach County Legal Aid Society by being awarded the 2009 Construction Law Pro Bono Award for Palm Beach County. This honor was bestowed on Mr. Linkhorst during the Legal Aid Society's Annual Dinner, which was attended by over 700 people. The Award was given to recognize Mr. Linkhorst and Linkhorst & Hockin, P.A.'s volunteer representation of a severely disabled client whose home was subject of a foreclosure action by a contractor who had performed shoddy work.

Mr. Linkhorst is also on the board of directors of Reconstructing Lives, a foundation dedicated to seeking out individuals from the construction industry who have been dealt a hand that has created unexpected needs in their home – needs which they are incapable of meeting on their own. Whether a tragic accident has left the individual wheelchair bound, a natural disaster has devastated their home or an illness has created a specialized need. Reconstructing Lives and its partners are devoted to making the life transition easier.

Mr. Linkhorst is also on the Board of Directors of ACE Mentorship of Palm Beach and Martin Counties. *ACE* stands for *Architecture, Construction and Engineering* and is a mentorship program established to provide high school students exposure to the integrated construction industry and scholarship opportunities to further the students' educational endeavors.

**JOHN A. HOCKIN, ESQUIRE**, is a partner in the firm of Linkhorst & Hockin, P.A. He was among the first class of attorneys in the State of Florida to become Board Certified by the Florida Bar in the area of Construction Law in 2005, when that specialty area first became recognized by the Florida Bar. Mr. Hockin graduated *cum laude* from the University of Scranton in 1996 with a bachelor of science in political science and history and a minor in Spanish and *cum laude* from the University of Miami - School of Law in 1999. Mr. Hockin is certified to practice law in all state courts in Florida and Georgia, as well as the United States District Court for the Southern District of Florida.

Mr. Hockin has represented various public owners in construction disputes, including the City of Delray Beach, Florida, the School Board of Broward County, Florida, the School District of Palm Beach County, Florida, the Town of Golden Beach, Florida and the Healthcare District of Palm Beach County. In addition, Mr. Hockin has represented various other parties in construction disputes, including private owners, general contractors, subcontractors, material suppliers, design professionals and sureties in construction disputes, including bid protests, lien foreclosure issues, payment and performance bond issues, construction defect litigation and other related issues. In addition, Mr. Hockin has significant experience in drafting and reviewing construction contracts, on both public and private projects.

Mr. Hockin is an active member of several trade organizations, including the Treasure Coast Builders Association (TCBA), where he serves as a Special Advisor to the Board of Directors. In addition, Mr. Hockin is a frequent lecturer on construction law issues for various Continuing Legal Education panels, such as Lorman and Sterling Educational Services. The topics upon which Mr. Hockin has lectured include bid protests, payment and performance bond issues, construction defect law and other related issues.

**JASON P. BLEVINS, ESQUIRE**, is an associate in the firm of Linkhorst & Hockin, P.A.  He graduated, *summa cum laude*, from West Virginia University (WVU) with a Bachelor of Arts degree in Psychology with minors in Political Science and Philosophy in 1997. While at WVU, Mr. Blevins obtained numerous honors and awards for academic excellence including Golden Key National Honor Society, *Phi Beta Kappa*, *Phi Kappa Phi* and *Psi Chi*, the National Honor Society in Psychology.  Mr. Blevins obtained his Doctor of Jurisprudence from WVU in 2000.

Mr. Blevins is admitted to practice in the Florida Supreme Court (includes all Florida State courts), the United States District Court for the Southern District of Florida and the United States District Court for the Middle District of Florida.  Mr. Blevins is a member of the Florida Bar, Palm Beach County Bar Association, American Association for Justice (formerly known as the Association of Trial Lawyers of America) and the American Bar Association.

Mr. Blevins has substantial litigation experience including first chair trial experience.  Mr. Blevins has practiced in various areas of civil litigation including construction litigation, commercial litigation and insurance disputes including complex bad faith matters.  Additionally, Mr. Blevins has substantial experience defending against personal injury and wrongful death claims ranging from those caused by automobile accidents to premises liability claims arising from incidents on construction sites.  He has also successfully handled numerous construction defect matters.

Mr. Blevins is also actively involved in community organizations. He works with the March of Dimes through their Walk America program to raise money for premature babies. Mr. Blevins has also provided pro bono legal services to the poor through the Legal Aid Society of Palm Beach program.

**JARED S. GILLMAN, ESQUIRE,** is an associate in the firm of Linkhorst & Hockin, P.A.  He graduated from the University of Miami with a Bachelors of Business Administration in Business Management and a minor in Music Business in 2005.  He obtained his Doctor of Jurisprudence from St. Mary's University School of Law in San Antonio, Texas, in 2008.  He is certified to practice law in all state courts of Florida as well as the United States District Court for the Southern District of Florida.

Prior to his employment at Linkhorst & Hockin, P.A., Mr. Gillman was an Assistant State Attorney for 19th Judicial Circuit State Attorney's Office.  While at the State Attorney's Office, Mr. Gillman participated in excess of 20 jury trials, ranging from jury selection to verdict, and was responsible for managing over 120 felony cases.  Mr. Gillman was honored as an Outstanding Prosecutor in 2009 by Mothers Against Drunk Driving (MADD), one of only four selected in the State of Florida.

Mr. Gillman is a member of the Martin County Bar Association and the Justice Major Harding American Inns of Court.

**Leopold Law Class Action Statement**
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, Florida 33401
561-515-1400

Leopold Law is currently involved in several select significant class and antitrust actions, including *In re: Rail Freight Fuel Surcharge Antitrust Litigation* (MDL No. 1869), *In re: Processed Egg Products Antitrust Litigation* (MDL No. 2002), *In re: Chinese Manufactured Drywall Products Litigation* (MDL No. 2047) and *In re: Heartland Payment Systems Data Security Breach Litigation* (MDL No. 2046). While each attorney at Leopold Law is involved in class and antitrust litigation, Theodore J. Leopold, Esq. and Gregory S. Weiss, Esq. spearhead Leopold Law's class action and antitrust practice.

Mr. Leopold is nationally recognized in several areas of consumer justice law, focusing on complex managed care abuse, automotive crashworthiness, products liability and class action litigation. He is profiled in The Best Lawyers in America and has achieved an AV rating from Martindale-Hubbell. Mr. Leopold has earned the Florida Bar Certification, the highest level of recognition by the Florida Bar, for competency and experience of a civil trial lawyer, and is a member of the Florida Bar, as well as qualified to practice in the United States District Courts for the Southern, Middle and Northern Districts of Florida. Mr. Leopold has lectured and written extensively in all of his practice areas.

Mr. Leopold previously served on the Plaintiffs' Steering Committee for the *National Managed Care Class Action* and the Plaintiffs' Settlement Committee for the *Ford/Firestone National Class Action*. Mr. Leopold served as counsel for over 70 families against Menorah Gardens/SCI for desecration of gravesites, in addition to serving on the Plaintiffs' Trial Team for *In re: Rail Freight Fuel Surcharge Antitrust Litigation* (MDL No. 1869) and several Plaintiffs' committees for *In re: Chinese Manufactured Drywall Products Litigation* (MDL No. 2047).

Mr. Weiss is a complex commercial litigator who focuses his practice on business, commercial and intellectual property disputes, as well as class action and antitrust litigation. Mr. Weiss is a member of the Florida and California Bars, as well as qualified to practice in the U.S. District Courts for the Southern, Middle and Northern Districts of Florida, and the U.S. District Courts for the Southern and Central Districts of California. Mr. Weiss is a graduate of the University of Florida and the University of Florida College of Law, and was selected to the University of Florida Hall of Fame (1995) and named the College of Law's Outstanding Alumnus (2010). Mr. Weiss achieved an AV rating from Martindale-Hubbell, and was named to Florida Trend's Legal Elite and Super Lawyers. Mr. Weiss served in the U.S. Army Judge Advocate General's Corps before entering civil practice, including a one-year deployment to Iraq. Mr. Weiss was awarded the Bronze Star Medal for his service in Iraq. Mr. Weiss has lectured on topics in each of his practice areas, including class action litigation.

Mr. Weiss currently serves on the Plaintiffs' Steering Committee for *In re: Heartland Payment Systems Data Security Breach Litigation* (MDL No. 2046), and previously served as class counsel for *Vereen v. Lowe's Home Centers, Inc.* In addition, Mr. Weiss currently serves on the Plaintiffs' Trial, Experts and Discovery Committees of *Chinese Manufactured Drywall Products Litigation* (MDL No. 2047).

# GREGORY S. WEISS

EXPERIENCE

**CIVIL LITIGATION PARTNER**                                              2008-PRESENT
**LEOPOLD LAW**                                            PALM BEACH GARDENS, FLORIDA
- Litigate all phases of commercial, class, complex and product defect cases, in both state and federal courts, including multidistrict litigation, from pleadings through trial
- Interview, depose and examine factual and expert witnesses
- Draft initial pleadings, motions, legal memoranda, agreements and discovery
- Negotiate, mediate and arbitrate disputes and litigation matters
- Manage multiple associates, legal assistants and paralegals in all phases of litigation

**COMMERCIAL LITIGATION ATTORNEY**                                        2005-2008
**PAGE, MRACHEK, FITZGERALD & ROSE**                              STUART, FLORIDA
- Litigated all phases of commercial, business and intellectual property litigation, in both state and federal courts, from pleadings through trial
- Drafted and argued the full breadth of discovery and dispositive motions
- Interviewed, deposed and examined factual and expert witnesses
- Prepared and presented evidentiary and demonstrative exhibits

**CHIEF OF MILITARY JUSTICE, U.S. ARMY J.A.G. CORPS**                     2004-2005
**81ST ESB/13TH CORPS SUPPORT COMMAND**                              BALAD, IRAQ
- Oversaw all criminal law actions, from investigation to jury trial, for a jurisdiction of greater than 25,000 soldiers deployed to Iraq for Operation Iraqi Freedom II
- Conducted courts-martial and administrative boards
- Served as the primary legal advisor for the U.S. Army Criminal Investigative Division, Military Police Investigations and multiple Army Commanders
- Supervised and mentored five Army Judge Advocate lawyers and ten paralegals

**CIVIL LITIGATION ATTORNEY**                                            2003
WICKER, SMITH, O'HARA, MCCOY, GRAHAM, & FORD        WEST PALM BEACH, FLORIDA
- Conducted all phases of medical malpractice litigation, from pleadings through trial
- Drafted and argued discovery and dispositive motions
- Interviewed, deposed and examined factual and expert witnesses

**MILITARY PROSECUTOR/ SPECIAL ASSISTANT U.S. ATTORNEY**        2001-2003
PRESIDIO OF MONTEREY                                      MONTEREY, CALIFORNIA
- Prosecuted civilians in the U.S. District Court for the Northern District of California for crimes committed on all federal property in the vicinity of Monterey, California
- Conducted all phases of courts-martial from pleadings through contested jury trials
- Represented the Government in formal administrative boards

**DOMESTIC OPERATIONAL LAW ATTORNEY**                                    2000-2001
UNITED STATES ARMY FORCES COMMAND                        FORT MCPHERSON, GEORGIA
- Served as the primary legal advisor for real-world operations in support of homeland security, conventional response to terrorism and domestic intelligence operations
- Created Rules for the Use of Force, Inter-agency Memoranda of Understanding and Memoranda of Agreement

**OPERATIONAL/ ADMINISTRATIVE LAW ATTORNEY**                    1999-2000
82D AIRBORNE DIVISION                          FORT BRAGG, NORTH CAROLINA
- Served as a paratrooper-lawyer for a Division of 14,500 soldiers
- Reviewed and interpreted international agreements, U.N. resolutions, status of forces agreements, foreign property acquisitions and deployment claims
- Replied to Congressional inquiries and Freedom of Information Act requests
- Developed and presented classes regarding rules of engagement and the law of war
- Served on the battle management cell and non-combatant evacuation team

QUALIFICATIONS, MEMBERSHIP AND AWARDS
- Member of the Florida and California State Bars (Admitted 1999 and 2001)
    - o Florida Supreme Court Bar Admissions Committee, 2009-2011
    - o Florida Bar Military Affairs Committee, 2009 to Present
    - o Florida Rising Stars list, Florida Super Lawyers Magazine, 2008 to Present
- Member of the Bar for the U.S. District Court for the Southern, Middle and Northern Districts of Florida
- Member of the Bar for the U.S. District Court for the Southern and Central Districts of California
- AV Preeminent rating from Martindale Hubbell
- Named to Florida Trend Legal Elite and Super Lawyers
- Martin County Bar Association
    - o President, 2012 - Present
    - o Vice-President, 2011 to 2012
    - o Treasurer, 2010-2011
    - o Secretary, 2009-2010
    - o Chairman, Litigation Section (2007-2009)
- University of Florida College of Law Alumni Counsel
    - o President, 2010-2011
    - o President-Elect, 2010-2011
    - o Secretary, 2009-2010
- Urban League of Palm Beach County, General Counsel, 2009 to 2012
- Awarded Bronze Star, Meritorious Service, Joint Service Commendation and Army Commendation Medals

EDUCATION
**UNIVERSITY OF FLORIDA COLLEGE OF LAW**        JURIS DOCTOR, DECEMBER 1998
- National Moot Court Board
    - o Chairman, Vice-Chairman and Outstanding Member
    - o Order of the Barristers

**UNIVERSITY OF FLORIDA**                BACHELOR OF ARTS, DECEMBER 1995
- Major in Political Science, Minor in Economics
- Army Reserve Officer Training Corps (R.O.T.C.)
    - o Honor Graduate from Basic and Advanced Camps, Airborne School
- Member of Florida Blue Key, Florida Cicerones, University of Florida Hall of Fame
- Phi Delta Theta Fraternity, Vice-President and Rush Chairman

INTERESTS
Running, fishing, cycling, triathlon, tennis, soccer and Gator sports