# EXHIBIT "5"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT

# IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

### What is the Lawsuit About?
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

### Who is Included in the Settlement?
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

### What does the Settlement Provide?
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at: http://www.laed.uscourts.gov/Drywall/Settlements.htm.

### How do I Make a Claim?
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

### What are my Rights?
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is _____. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by _____ _, ____. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

| | |
|---|---|
| WHITFIELD BRYSON & MASON LLP | RHINE LAW FIRM, P.C. |
| Gary E. Mason | Joel R. Rhine |
| 1625 Massachusetts Ave. NW, Ste. 605 | 314 Walnut Street, Ste. 1000 |
| Washington, D.C. 20036 | Wilmington, N.C. 28401 |

The Court will hold a Fairness Hearing at _:__ _m ____ time on _____ _, ____ to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.