# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* Case No. 10-1113 (E.D. La.) ) ) ) ) | JUDGE FALLON |
| *Payton , et al. v. Knauf Gips, KG, et al.*, Case No. 09-07628 (E.D. La.) ) ) ) | MAG. JUDGE WILKINSON |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) ) ) ) ) | |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) ) ) ) | |
| *Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-2349 (E.D. La.) ) ) ) ) | |
| *Almeroth, et al. v. Taishan Gypsum Co., LTD. f/k/a Shandong Taihe Dongxin Col, LTD., et al.* Case No. 2:12-cv-0498 (E.D. La.) ) ) ) ) | |
| *RCR Holdings II, LLC. v. Arch Insurance Company and Coastal Construction of South Florida, Inc. d/b/a/ Coastal Condominiums* Case No. 502010CA015377XXXXMBAI (15th JDC Palm Beach County, Florida) ) ) ) ) ) ) | |
| *Coastal Construction Group of South Florida, Inc. v. Precision Drywall, Inc. and Mid-Continent Casualty Company* Case No. 11-07387 CA 04 (11th JDC Miami-Dade County, Fla.) ) ) ) ) ) ) | |
| *Coastal Construction of South Florida, Inc. and Arch Insurance Company v. Everest National Insurance Company, et al.* Case No. 12-80380-CIV-MARRA (S.D. Fla.) ) ) ) ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Proposed Settlement Class Counsel and Coastal Construction Company of South Florida, Inc., by and undersigned counsel, hereby submit the following Joint Motion for an Order (1) Preliminarily Approving Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa lago at Renaissance Commons in MDL 2047; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation Against Coastal Construction of South Florida, Inc. for consideration on April 24, 2013 at 9:00 o'clock a.m.

DATED: April 8, 2013                                       Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:   561.626.8880/954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Gregory S. Weiss (Florida Bar No. 163430)
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (516) 515-1401
Email: gweiss@leopold-law.com

*Proposed Class Counsel*

 /s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Telephone: (305) 774-9966
Fax: (305) 774-7743
Email: ameyers@defensecounsel.com

*Attorneys for Coastal Construction of South Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 8th day of April, 2013.

  /s/ Gary E. Mason\_\_\_\_
Gary E. Mason