UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| THIS DOCUMENT RELATES TO:<br>The Mitchell Co., Inc. v. Knauf Gips KG, et al, Case No. 09-4115 (ED LA) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendants, come Interior Exterior Enterprises, L.L.C. and Interior Exterior Building Supply, L.P., ("Interior Exterior") who respectfully move this Honorable Court to allow Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith  to withdraw as counsel for Interior Exterior  and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott  with the firm of Frilot, LLC, to enroll as counsel on their behalf for the claims asserted by:

1) Betty and Felicia Albritton, Javier Rowe and Edward Stevenson, 701 Hinson Avenue, Prichard, Alabama;

2) Valerie Banks, Shannon Banks and Jazemine Banks, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

3) Ja'Myia Banks and Davian Barnes, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

4) Von Conway and Samone C. Radcliff, 824 McCrory Avenue, Prichard, Alabama;

5)  Tiffany Grove, Travis Grove and Trevin Grove, 509 Sgt. Harrison Street,

Prichard, Alabama;

6) Robert W. Henderson, Taffiany Rodgers, Labarron Rodgers and Mahogany Henderson, 826 McCrory Avenue, Prichard, Alabama;

7) Tyrone Junior, Karen Junior, Shawnterrica Junior, Alexandria Junior, and Ebonie Junior, 503 Sgt. Harrison Street, Prichard, Alabama;

8) Jerome Leland, Audra Washington, Jermesia Washington, Timothy Washington, Lekenno Washington, and Jalexis Washington, 828 McCrory Avenue, Prichard, Alabama;

9) Melvin Payne, Mollie Payne Prim, Tyja Agnew, Tyangelo Cumming, Tyja Andrew, 825 McCrory Avenue, Prichard, Alabama;

10) Yolanda Pruitt, Spencer White, Natalia C. Pruitt, Christi Douglas and Christopher Douglas, 808 McCrory Avenue, Prichard, Alabama;

11) Charles R. Pugh, Jessica M. Pugh, Jakenrick D. Holmes, and Kaytlyn Holmes, 822 McCrory Avenue, Prichard, Alabama;

12) Telimea W. Sanders, Megan M. Sanders, Marcus L. Sanders, II, and McKenzie A. Murphy, 806 McCrory Avenue, Prichard, Alabama; and

13) Morrisha Williams, Hannah Williams, and Justin Brooks, 800 McCrory Avenue, Prichard, Alabama.


BY:  */s/ Kyle A. Spaulding*
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
GARRETT W. THALGOTT (#30970)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194 / Fax: (504)599-8145
Email: kmiller@frilot.com

AND

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Benjamin R. Grau (#26307)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:  (504) 525-2456
rduplantier@gjtbs.com /bgrau@gjtbs.com
ceiselen@gjtbs.com

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 10th day of April, 2013.

*/s/ Kyle A. Spaulding*