UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section L |
| THIS DOCUMENT RELATES TO:<br>The Mitchell Co., Inc. v. Knauf Gips KG, et al, Case No. 09-4115 (ED LA) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

1) Betty and Felicia Albritton, Javier Rowe and Edward Stevenson, 701 Hinson Avenue, Prichard, Alabama;

2) Valerie Banks, Shannon Banks and Jazemine Banks, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

3) Ja'Myia Banks and Davian Barnes, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

4) Von Conway and Samone C. Radcliff, 824 McCrory Avenue, Prichard, Alabama;

5) Tiffany Grove, Travis Grove and Trevin Grove, 509 Sgt. Harrison Street,

Prichard, Alabama;

6) Robert W. Henderson, Taffiany Rodgers, Labarron Rodgers and Mahogany Henderson, 826 McCrory Avenue, Prichard, Alabama;

7) Tyrone Junior, Karen Junior, Shawnterrica Junior, Alexandria Junior, and Ebonie Junior, 503 Sgt. Harrison Street, Prichard, Alabama;

8) Jerome Leland, Audra Washington, Jermesia Washington, Timothy Washington, Lekenno Washington, and Jalexis Washington, 828 McCrory Avenue, Prichard, Alabama;

9) Melvin Payne, Mollie Payne Prim, Tyja Agnew, Tyangelo Cumming, Tyja Andrew, 825 McCrory Avenue, Prichard, Alabama;

10) Yolanda Pruitt, Spencer White, Natalia C. Pruitt, Christi Douglas and Christopher Douglas, 808 McCrory Avenue, Prichard, Alabama;

11) Charles R. Pugh, Jessica M. Pugh, Jakenrick D. Holmes, and Kaytlyn Holmes, 822 McCrory Avenue, Prichard, Alabama;

12) Telimea W. Sanders, Megan M. Sanders, Marcus L. Sanders, II, and McKenzie A. Murphy, 806 McCrory Avenue, Prichard, Alabama; and

13) Morrisha Williams, Hannah Williams, and Justin Brooks, 800 McCrory Avenue, Prichard, Alabama.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**