UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Gross, et al. v. | : | |
| Knauf Gips KG, et al. | : | |
| | | |
| Case No. 09-6690 (E.D.La.) | : | |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes defendants, come Interior Exterior Enterprises, L.L.C. and Interior Exterior Building Supply, L.P., ("Interior Exterior") who respectfully move this Honorable Court to allow Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

      1) Slidell Property Management, 1000 Clarise Court, Slidell, Louisiana;

      2) Slidell Property Management, 1001 Clarise Court, Slidell, Louisiana;

      3) Slidell Property Management, 1004 Clarise Court, Slidell, Louisiana;

      4) Slidell Property Management, 1005 Clarise Court, Slidell, Louisiana;

      5) Slidell Property Management, 1008 Clarise Court, Slidell, Louisiana;

      6) Slidell Property Management, 1009 Clarise Court, Slidell, Louisiana;

      7) Slidell Property Management, 1012 Clarise Court, Slidell, Louisiana;

      8) Slidell Property Management, 1013 Clarise Court, Slidell, Louisiana;

9) Slidell Property Management, 1016 Clarise Court, Slidell, Louisiana;

10) Slidell Property Management, 1017 Clarise Court, Slidell, Louisiana;

11) Slidell Property Management, 1020 Clarise Court, Slidell, Louisiana;

12) Slidell Property Management, 1021 Clarise Court, Slidell, Louisiana;

13) Slidell Property Management, 1024 Clarise Court, Slidell, Louisiana;

14) Slidell Property Management, 1025 Clarise Court, Slidell, Louisiana;

15) Slidell Property Management, 1028 Clarise Court, Slidell, Louisiana;

16) Slidell Property Management, 1029 Clarise Court, Slidell, Louisiana;

17) Slidell Property Management, 1032 Clarise Court, Slidell, Louisiana;

18) Slidell Property Management, 1033 Clarise Court, Slidell, Louisiana;

19) Slidell Property Management, 1036 Clarise Court, Slidell, Louisiana;

20) Slidell Property Management, 1037 Clarise Court, Slidell, Louisiana;

21) Slidell Property Management, 1040 Clarise Court, Slidell, Louisiana;

22) Slidell Property Management, 1041 Clarise Court, Slidell, Louisiana;

23) Slidell Property Management, 1044 Clarise Court, Slidell, Louisiana;

24) Slidell Property Management, 1045 Clarise Court, Slidell, Louisiana;

25) Slidell Property Management, 1048 Clarise Court, Slidell, Louisiana;

26) Slidell Property Management, 1049 Clarise Court, Slidell, Louisiana;

27) Slidell Property Management, 1052 Clarise Court, Slidell, Louisiana;

28) Slidell Property Management, 1053 Clarise Court, Slidell, Louisiana;

29) Slidell Property Management, 1057 Clarise Court, Slidell, Louisiana;

30) Slidell Property Management, 1061 Clarise Court, Slidell, Louisiana;

31) Slidell Property Management, 1065 Clarise Court, Slidell, Louisiana;

32) Slidell Property Management, 1069 Clarise Court, Slidell, Louisiana;

33) Slidell Property Management, 1072 Clarise Court, Slidell, Louisiana;

34) Slidell Property Management, 1073 Clarise Court, Slidell, Louisiana;

35) Slidell Property Management, 1076 Clarise Court, Slidell, Louisiana;

36) Slidell Property Management, 1080 Clarise Court, Slidell, Louisiana;

37) Slidell Property Management, 1084 Clarise Court, Slidell, Louisiana;

38) Slidell Property Management, 1088 Clarise Court, Slidell, Louisiana;

39) Slidell Property Management, 1089 Clarise Court, Slidell, Louisiana;

40) Slidell Property Management, 1092 Clarise Court, Slidell, Louisiana;

41) Slidell Property Management, 1096 Clarise Court, Slidell, Louisiana; and,

42) Slidell Property Management, 1100 Clarise Court, Slidell, Louisiana.

BY: */s/ Kyle A. Spaulding*
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
GARRETT W. THALGOTT (#30970)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

AND

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Benjamin R. Grau (#26307)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /bgrau@gjtbs.com
ceiselen@gjtbs.com

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 10th day of April, 2013.

/s/ *Kyle A. Spaulding*