UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Joyce W. Rogers, et al. v. Knauf Gips KG, et al. Case No. 2010-362 (E.D.La.) | : : : | |

### ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith  to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott  with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

1) Kim and Patrick Wylie, 821 Vanessa Drive, Trussville, Alabama 35173.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**