UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Daniel Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-252 (E.D.La.) | : : : | |

**ORDER**

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

   1) Micah and Tracy Webb, 2008 Sparrow Circle, Friendswood, Texas 77546.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**