UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SLIDELL PROPERTY MANAGEMENT, LLC** | 2009 CV 6068 |
| Plaintiff, | Section L; Mag. 2 |
| vs. | |
| **KNAUF GIPS KG, et al** | JUDGE FALLON |
| Defendant. | MAG. JUDGE WILKINSON |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes defendants, come Interior Exterior Enterprises, L.L.C. and Interior Exterior Building Supply, L.P., ("Interior Exterior") who respectfully move this Honorable Court to allow Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf.

BY:  */s/ Kyle A. Spaulding*
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
GARRETT W. THALGOTT (#30970)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

AND

*Richard G. Duplantier, Jr.  /s/*
Richard G. Duplantier, Jr. (# 18874)
Benjamin R. Grau (#26307)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:   (504) 525-2456
rduplantier@gjtbs.com /bgrau@gjtbs.com
ceiselen@gjtbs.com

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 10th day of April, 2013.

*/s/ Kyle A. Spaulding*