UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | : : : | |

## ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

1) James and Candace Debruin, 501 Falcon Drive, Friendswood, Texas 77546;

2) Kim Ung and Xiao Cai, 9527 Dornock Lane, Foley, Alabama 36335;

3) Valerie Banks, Shannon Banks and Jazemine Banks, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

4) Ja'Myia Banks and Davian Barnes, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

5) Von Conway and Samone C. Radcliff, 824 McCrory Avenue, Pritchard, Alabama;

6) Tiffany Grove, Travis Grove and Trevin Grove, 509 Sgt. Harrison Street,

Pritchard, Alabama;

7) Robert W. Henderson, Taffiany Rodgers, Labarron Rodgers and Mahogany Henderson, 826 McCrory Avenue, Prichard, Alabama;

8) Tyrone Junior, Karen Junior, Shawnterrica Junior, Alexandria Junior, and Ebonie Junior, 503 Sgt. Harrison Street, Pritchard, Alabama;

9) Melvin Payne, Mollie Payne Prim, Tyja Agnew, Tyangelo Cumming, Tyja Andrew, 825 McCrory Avenue, Pritchard, Alabama;

10) Yolanda Pruitt, Spencer White, Natalia C. Pruitt, Christi Douglas and Christopher Douglas, 808 McCrory Avenue, Pritchard, Alabama;

11) Telimea W. Sanders, Megan M. Sanders, Marcus L. Sanders, II, and McKenzie A. Murphy, 806 McCrory Avenue, Pritchard, Alabama;

12) Morrisha Williams, Hannah Williams, and Justin Brooks, 800 McCrory Avenue, Pritchard, Alabama; and

13) Albert and Anne Haas, 62 Marston Lane, Mobile, Alabama.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Sean and Beth Payton, et al. v. | : | |
| Knauf Gips KG, et al. | : | |
| Case No. 09-7628 (E.D.La.) | : | |

## ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith  to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott  with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

1) James and Candace Debruin, 501 Falcon Drive, Friendswood, Texas 77546;

2) Kim Ung and Xiao Cai, 9527 Dornock Lane, Foley, Alabama 36335;

3) Valerie Banks, Shannon Banks and Jazemine Banks, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

4) Ja'Myia Banks and Davian Barnes, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

5) Von Conway and Samone C. Radcliff, 824 McCrory Avenue, Pritchard, Alabama;

6)  Tiffany Grove, Travis Grove and Trevin Grove, 509 Sgt. Harrison Street,

Pritchard, Alabama;

7)   Robert W. Henderson, Taffiany Rodgers, Labarron Rodgers and Mahogany Henderson, 826 McCrory Avenue, Prichard, Alabama;

8) Tyrone Junior, Karen Junior, Shawnterrica Junior, Alexandria Junior, and Ebonie Junior, 503 Sgt. Harrison Street, Pritchard, Alabama;

9) Melvin Payne, Mollie Payne Prim, Tyja Agnew, Tyangelo Cumming, Tyja Andrew, 825 McCrory Avenue, Pritchard, Alabama;

10) Yolanda Pruitt, Spencer White, Natalia C. Pruitt, Christi Douglas and Christopher Douglas, 808 McCrory Avenue, Pritchard, Alabama;

11) Telimea W. Sanders, Megan M. Sanders, Marcus L. Sanders, II, and McKenzie A. Murphy, 806 McCrory Avenue, Pritchard, Alabama;

12) Morrisha Williams, Hannah Williams, and Justin Brooks, 800 McCrory Avenue, Pritchard, Alabama; and

13) Albert and Anne Haas, 62 Marston Lane, Mobile, Alabama.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | : : : | |

## ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

1) James and Candace Debruin, 501 Falcon Drive, Friendswood, Texas 77546;

2) Kim Ung and Xiao Cai, 9527 Dornock Lane, Foley, Alabama 36335;

3) Valerie Banks, Shannon Banks and Jazemine Banks, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

4) Ja'Myia Banks and Davian Barnes, 508 Sgt. Harrison Brown Street, Prichard, Alabama 36610;

5) Von Conway and Samone C. Radcliff, 824 McCrory Avenue, Pritchard, Alabama;

6) Tiffany Grove, Travis Grove and Trevin Grove, 509 Sgt. Harrison Street,

Pritchard, Alabama;

7) Robert W. Henderson, Taffiany Rodgers, Labarron Rodgers and Mahogany Henderson, 826 McCrory Avenue, Prichard, Alabama;

8) Tyrone Junior, Karen Junior, Shawnterrica Junior, Alexandria Junior, and Ebonie Junior, 503 Sgt. Harrison Street, Pritchard, Alabama;

9) Melvin Payne, Mollie Payne Prim, Tyja Agnew, Tyangelo Cumming, Tyja Andrew, 825 McCrory Avenue, Pritchard, Alabama;

10) Yolanda Pruitt, Spencer White, Natalia C. Pruitt, Christi Douglas and Christopher Douglas, 808 McCrory Avenue, Pritchard, Alabama;

11) Telimea W. Sanders, Megan M. Sanders, Marcus L. Sanders, II, and McKenzie A. Murphy, 806 McCrory Avenue, Pritchard, Alabama;

12) Morrisha Williams, Hannah Williams, and Justin Brooks, 800 McCrory Avenue, Pritchard, Alabama; and

13) Albert and Anne Haas, 62 Marston Lane, Mobile, Alabama.

New Orleans, Louisiana, this ____ day of _____, 2013.

							_____
							**Honorable Eldon E. Fallon**
							**U.S. District Court Judge**