UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY INTERIOR EXTERIOR BUILDING SUPPLY, LP

**COMES NOW**, Interior Exterior Building Supply, LP, by and through counsel of record, and moves the Court to voluntarily withdraw its Notice of Disposal of Physical Evidence filed on April 4, 2013 without prejudice.

Respectfully Submitted,

*Richard G. Duplantier, Jr.   /s/*
Richard G. Duplantier, Jr. (# 18874)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /ceiselen@gjtbs.com
*Counsel for Interior Exterior Building Supply, LP*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 10th day of April, 2013.

*Richard G. Duplantier, Jr.   /s/*
RICHARD G. DUPLANTIER, JR.