UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | MAG. JUDGE WILKINSON |

## ORDER

   Considering the foregoing;

   **IT IS ORDERED** that the Notice of Disposal of Physical Evidence filed on April 4, 2013 by the Interior Exterior Building Supply, LP, is hereby withdrawn without prejudice.

   New Orleans, Louisiana, this _____ day of April, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**