UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>　　　DRYWALL PRODUCTS<br>　　LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | )<br>) | SECTION: L |
| *Hobbie, et al.  v.*<br>*RCR Holdings II, LLC, et al.*, | )<br>)<br>) | JUDGE FALLON |
| No. 10-1113 | )<br>)<br>) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## MOTION FOR AN ORDER APPROVING THE PROPOSED PLAN OF DISTRIBUTION AND ALLOCATION OF THE RCR SETTLEMENT

　　Settlement Class Counsel hereby moves this Court for an Order approving the Proposed Plan of Distribution and Allocation of the RCR Settlement.

DATED: April 15, 2013　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Gary E. Mason
　　　　　　　　　　　　　　　　　　Gary E. Mason
　　　　　　　　　　　　　　　　　　WHITFIELD BRYSON & MASON LLP
　　　　　　　　　　　　　　　　　　1625 Massachusetts Ave., NW, Suite 605
　　　　　　　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　　　　　　　Telephone:  (202) 429-2290
　　　　　　　　　　　　　　　　　　Facsimile:  (202) 429-2294

　　　　　　　　　　　　　　　　　　Adam C. Linkhorst, Esq.
　　　　　　　　　　　　　　　　　　LINKHORST & HOCKIN P.A.
　　　　　　　　　　　　　　　　　　4495 Military Trail, Suite 106
　　　　　　　　　　　　　　　　　　Jupiter, Florida 33458
　　　　　　　　　　　　　　　　　　Telephone:  561.626.8880  / 954.776.5990
　　　　　　　　　　　　　　　　　　Facsimile:  561.626.8885

　　　　　　　　　　　　　　　　　　Joel R. Rhine
　　　　　　　　　　　　　　　　　　RHINE LAW FIRM
　　　　　　　　　　　　　　　　　　314 Walnut Street, Suite 1000
　　　　　　　　　　　　　　　　　　Wilmington  NC  28401
　　　　　　　　　　　　　　　　　　Telephone:  (910) 772-9960
　　　　　　　　　　　　　　　　　　Facsimile:  (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 981-0199

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 15th day of April, 2013.

/s/ Gary E. Mason
Gary E. Mason