UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.*, | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**[PROPOSED] ORDER APPROVING THE PLAN OF**
**DISTRIBUTION AND ALLOCATION OF THE RCR SETTLEMENT**

The Court hereby GRANTS Settlement Class Counsel's Plan of Distribution and Allocation of the RCR Settlement.

IT IS SO ORDERED.

DATED: _____        _____
                                                                                  Judge Eldon E. Fallon
                                                                                  United States District Court Judge