UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.*, | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Settlement Class Counsel, by and through the undersigned counsel, hereby submit the following Motion for an Order Approving the Proposed Plan of Distribution and Allocation of the RCR Settlement for consideration on May 1, 2013 at 9:00 o'clock a.m.

DATED: April 15, 2013                           Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:   561.626.8880/954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM

314 Walnut Street, Suite 1000
Wilmington NC 28401
Telephone: (910) 772-9960
Facsimile: (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 15th day of April, 2013.

  /s/ Gary E. Mason
Gary E. Mason