UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motion for Preliminary Approval of the Settlement Agreement involving claims against Coastal Construction of South Florida, Inc. (R. Doc. 16741), **IT IS ORDERED** that this Motion be and is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Wednesday, April 24, 2013. Responses in opposition to this Motion shall be filed on or before Friday, April 19, 2013.

New Orleans, Louisiana this 15th day of April, 2013.

_____
United States District Judge