UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | : | SECTION: L |
| LITIGATION | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| ALL CASES | : | MAGISTRATE JUDGE WILSON |
| | : | |

**ORDER REGARDING CONFERENCE WITH CERTAIN OPT OUTS**

WHEREAS, on February 7, 2013, the Court entered an Order and Judgment: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570];

WHEREAS, no appeals have been taken from the judgment approving the Class Settlements, and the time to appeal has expired, so that each of the Class Settlements is now final;

WHEREAS, the Court convened a meeting with certain opt outs from one or more of the Class Settlements on April 5, 2013, as described in its order dated March 13, 2013 [Rec. Doc. 16611]; and

WHEREAS, the Court has determined that it is in the interest of justice to permit additional time for opt outs to consider whether they wish to participate in the Class Settlements;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

1. Opt outs from any of the Class Settlements desiring to rescind their opt out decisions shall have until Friday, May 10, 2013 to do so.

2. If by mail, rescissions must be postmarked by May 10, 2013; if by fax or email, rescissions must be sent on or before May 10, 2013.

2

      3.      Opt out rescissions should be sent to the persons to whom the original opt out notice was required to be sent.

      This 16th day of April, 2013, at New Orleans, Louisiana.

_____
ELDON E. FALLON
United States District Court Judge