UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Gross, et al. v. | : | |
| Knauf Gips KG, et al. | : | |
| | | |
| Case No. 09-6690 (E.D.La.) | : | |

**ORDER**

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

      1) Slidell Property Management, 1000 Clarise Court, Slidell, Louisiana;

      2) Slidell Property Management, 1001 Clarise Court, Slidell, Louisiana;

      3) Slidell Property Management, 1004 Clarise Court, Slidell, Louisiana;

      4) Slidell Property Management, 1005 Clarise Court, Slidell, Louisiana;

      5) Slidell Property Management, 1008 Clarise Court, Slidell, Louisiana;

      6) Slidell Property Management, 1009 Clarise Court, Slidell, Louisiana;

      7) Slidell Property Management, 1012 Clarise Court, Slidell, Louisiana;

8) Slidell Property Management, 1013 Clarise Court, Slidell, Louisiana;

9) Slidell Property Management, 1016 Clarise Court, Slidell, Louisiana;

10) Slidell Property Management, 1017 Clarise Court, Slidell, Louisiana;

11) Slidell Property Management, 1020 Clarise Court, Slidell, Louisiana;

12) Slidell Property Management, 1021 Clarise Court, Slidell, Louisiana;

13) Slidell Property Management, 1024 Clarise Court, Slidell, Louisiana;

14) Slidell Property Management, 1025 Clarise Court, Slidell, Louisiana;

15) Slidell Property Management, 1028 Clarise Court, Slidell, Louisiana;

16) Slidell Property Management, 1029 Clarise Court, Slidell, Louisiana;

17) Slidell Property Management, 1032 Clarise Court, Slidell, Louisiana;

18) Slidell Property Management, 1033 Clarise Court, Slidell, Louisiana;

19) Slidell Property Management, 1036 Clarise Court, Slidell, Louisiana;

20) Slidell Property Management, 1037 Clarise Court, Slidell, Louisiana;

21) Slidell Property Management, 1040 Clarise Court, Slidell, Louisiana;

22) Slidell Property Management, 1041 Clarise Court, Slidell, Louisiana;

23) Slidell Property Management, 1044 Clarise Court, Slidell, Louisiana;

24) Slidell Property Management, 1045 Clarise Court, Slidell, Louisiana;

25) Slidell Property Management, 1048 Clarise Court, Slidell, Louisiana;

26) Slidell Property Management, 1049 Clarise Court, Slidell, Louisiana;

27) Slidell Property Management, 1052 Clarise Court, Slidell, Louisiana;

28) Slidell Property Management, 1053 Clarise Court, Slidell, Louisiana;

29) Slidell Property Management, 1057 Clarise Court, Slidell, Louisiana;

30) Slidell Property Management, 1061 Clarise Court, Slidell, Louisiana;

31) Slidell Property Management, 1065 Clarise Court, Slidell, Louisiana;

32) Slidell Property Management, 1069 Clarise Court, Slidell, Louisiana;

33) Slidell Property Management, 1072 Clarise Court, Slidell, Louisiana;

34) Slidell Property Management, 1073 Clarise Court, Slidell, Louisiana;

35) Slidell Property Management, 1076 Clarise Court, Slidell, Louisiana;

36) Slidell Property Management, 1080 Clarise Court, Slidell, Louisiana;

37) Slidell Property Management, 1084 Clarise Court, Slidell, Louisiana;

38) Slidell Property Management, 1088 Clarise Court, Slidell, Louisiana;

39) Slidell Property Management, 1089 Clarise Court, Slidell, Louisiana;

40) Slidell Property Management, 1092 Clarise Court, Slidell, Louisiana;

41) Slidell Property Management, 1096 Clarise Court, Slidell, Louisiana; and,

42) Slidell Property Management, 1100 Clarise Court, Slidell, Louisiana.

New Orleans, Louisiana, this 15th day of April, 2013.

**Honorable Eldon E. Fallon**
**U.S. District Court Judge**