UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Joyce W. Rogers, et al. v. | : | |
| Knauf Gips KG, et al. | : | |
| Case No. 2010-362 (E.D.La.) | : | |

## ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith  to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott  with the firm of Frilot, LLC, to enroll as counsel on their behalf for the following claims:

1) Kim and Patrick Wylie, 821 Vanessa Drive, Trussville, Alabama 35173.

New Orleans, Louisiana, this 15th day of April, 2013.

**Honorable Eldon E. Fallon**
**U.S. District Court Judge**