UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**SLIDELL PROPERTY MANAGEMENT, LLC**                               2009 CV 6068

          **Plaintiff,**                                   Section L; Mag. 2

**vs.**

**KNAUF GIPS KG, et al**                                       JUDGE FALLON

          **Defendant.**                                MAG. JUDGE WILKINSON

### ORDER

Considering the Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the Motion to Substitute Counsel of Record be and hereby is granted, his Honorable Court allowing Richard G. Duplantier, Jr., Lambert J. Hassinger, Jr., Benjamin R. Grau, and Carlina C. Eiselen with the firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel for Interior Exterior and allow Kerry J. Miller, Kyle A. Spaulding, and Garrett Thalgott with the firm of Frilot, LLC, to enroll as counsel on their behalf.

New Orleans, Louisiana, this 15th day of April, 2013.

_____

**Honorable Eldon E. Fallon**
**U.S. District Court Judge**