# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | : : : : : | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Notice of Disposal of Physical Evidence filed on April 4, 2013 by the Interior Exterior Building Supply, LP, is hereby withdrawn without prejudice.

New Orleans, Louisiana, this 15th day of April, 2013.

_____
**Honorable Eldon E. Fallon**
**U.S. District Court Judge**