# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois corporation, and LEXINGTON INSURANCE COMPANY, a Delaware corporation<br><br>               v.<br><br>ROBERT C. PATE, in his capacity as Trustee for the Chinese Drywall Trust, WCI COMMUNITIES, INC., a Delaware corporation, and WCI COMMUNITIES, L.L.C., a Delaware limited liability company<br><br>(2:10-cv-03234) (E.D. La.) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company ("Chartis") hereby gives notice of its voluntary dismissal, with prejudice, of Chartis' claims against Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust (the "WCI Trust"), as they pertain to Policy Number RMGGL 159-57-59 with a policy period of December 10, 2007 to December 31, 2010.

Dated: April 12, 2013                    Respectfully submitted,


/s/ Erin Fury Parkinson
Erin Fury Parkinson (# 22549)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9559
E-mail:  eparkinson@mcglinchey.com


/s/ Paul D. Smolinsky
Warren Lutz
Paul D. Smolinsky
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W., South Tower
Washington, D.C.  20036-3437
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
E-mail:  psmolinsky@jackscamp.com
          wlutz@jackscamp.com

*Counsel to Chartis Specialty Insurance
Company f/k/a American International
Specialty Lines Insurance Company*


/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 278-1000
Facsimile:  (212) 278-1733
E-mail:  rhorkovich@andersonkill.com
          apiazza@andersonkill.com

*Counsel to Robert C. Pate, as Trustee for the
WCI Chinese Drywall Trust*

2

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing "Notice of Dismissal" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of April, 2013.

<div style="margin-left:40%;">

/s/ Erin Fury Parkinson
Erin Fury Parkinson (# 22549)
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 910-9539
E-mail: eparkinson@mcglinchey.com

</div>