UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust (the "WCI Trust"), hereby gives notice of his voluntary dismissal, with prejudice, of the WCI Trust's claims against Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as they pertain to Policy Number RMGGL 159-57-59 with a policy period of December 10, 2007 to December 31, 2010.

Dated: April 18, 2013                               Respectfully submitted,

| /s/ Erin Fury Parkinson | /s/ Anna M. Piazza |
|---|---|
| Erin Fury Parkinson (# 22549)<br>McGlinchey Stafford, PLLC<br>601 Poydras Street, 12th Floor<br>New Orleans, Louisiana 70130<br>P: (504) 586-1200<br>F: (504) 910-9539<br>eparkinson@mcglinchey.com<br><br>Warren Lutz<br>Paul D. Smolinsky<br>Jackson & Campbell, P.C.<br>1120 Twentieth Street, N.W., South Tower<br>Washington, D.C. 20036-3437<br>P: 202-457-1600<br>F: 202-457-1678<br>wlutz@jackscamp.com<br>psmolinsky@jackscamp.com | Robert M. Horkovich<br>Anna M. Piazza<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>P: (212) 278-1000<br>F: (212) 278-1733<br>rhorkovich@andersonkill.com<br>apiazza@andersonkill.com<br><br>*Counsel to Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust* |

nydocs1-1008066.1

| | |
|---|---|
| Counsel to Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of April, 2013.

/s/ Anna M. Piazza
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: (212) 278-1000
F: (212) 278-1733

nydocs1-1008066.1