**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|       DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|       LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al.  v.* | ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.*, | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____) | | |

**PROPOSED PLAN OF DISTRIBUTION AND**
**ALLOCATION FOR THE RCR SETTLEMENT**

Pursuant to Section 2.3 of the Settlement Agreement Regarding Claims Against RCR Holdings II, LLC Related to Villa Lago at Renaissance Commons ("Villa Lago") in MDL No. 2047 (the "RCR Settlement"), Settlement Class Counsel submit the following proposed Plan of Distribution and Allocation for Court approval.

The RCR Settlement Amount of $4,800,000.00, currently in escrow in accordance with the provisions of Section 11 of the RCR Settlement, shall be combined with (1) the Coastal Group Settlement Contribution from the Coastal Settlement, (2) all amounts allocated to Villa Lago in the Global Settlement with Precision, and (3) all amounts allocated to Villa Lago in the global Banner Settlement. All such funds shall be held in escrow to create the Villa Lago Settlement Fund.  The Villa Lago Settlement Fund will thereafter be paid to the Remediation Fund in order to fund the remediation of Villa Lago.

DATED: April 19, 2013               Respectfully submitted,

                                   /s/ Gary E. Mason
                                   Gary E. Mason
                                   WHITFIELD BRYSON & MASON LLP

1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:   561.626.8880  / 954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 981-0199

*Attorneys for Plaintiffs*