**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

<u>MEMORANDUM IN SUPPORT OF</u>
<u>MOTION FOR REIMBURSEMENT OF ASSESSMENT CONTRIBUTIONS</u>

**MAY IT PLEASE THE COURT:**

On July 27, 2009, the Court issued Pre-Trial Order No. 8 appointing various members to the Plaintiffs' Steering Committee ("PSC"), as well as Russ Herman as Plaintiffs' Liaison Counsel and as ex-officio member of the committee, and Arnold Levin as Lead Counsel of the PSC.  The appointment to the PSC is of a personal nature.  Appointment to the PSC is for one (1) year and reappointments are at the court's discretion.  Pre-Trial Order No. 8 further ordered that the PSC had certain responsibilities which included handling discovery, hearings and motions, and other miscellaneous items and tasks necessary and proper for the PSC to accomplish its responsibilities as defined by the Court's Orders.

On July 28, 2009, the Court entered Pre-Trial Order No. 9 which addresses Plaintiffs' counsel's time and expense submissions.  The Court approved the retention of Philip Garrett, CPA, to assist and provide accounting services to Plaintiffs' Liaison Counsel, the Plaintiffs' Steering Committee, and the Court.  In connection with his responsibilities, Philip Garrett has provided reports on a monthly basis, which includes both time and expenses.  All common and shared expenses are vetted by Mr. Garrett.

1

The most recent report from Mr. Garrett dated February 23, 2013, which includes expenses for the period ending December 31, 2012, identifies assessment contributions from PSC members, committee co-chairs, and committee members totaling $11,435,000.00.

On February 7, 2013, the Court entered an Order and Judgment:  (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570].  On February 19, 2013, the Court issued an Order Correcting Clerical Error [Rec. Doc. 16580].

The Knauf Settlement Agreement provides that separately and in addition to any consideration received by a Participating Class Member under the Settlement, the Knauf Defendants shall pay a singular attorneys' fee (to be allocated among the PSC and common benefit counsel authorized and working at the direction of the PSC, other common benefit counsel, Settlement Class Counsel, and individual retained counsel), and reasonable and appropriate costs, including but not limited to Held Costs, Shared Costs and Individual Participating Class Members' Costs limited to reasonable inspection cost (see Section 14.1 of the Knauf Settlement Agreement).  The PSC is entitled to petition the Court for an award of attorneys' fees and costs not exceeding $160 million dollars from the Knauf Defendants.  Section 14.7 of the Knauf Settlement Agreement provides that the Knauf Defendants will make an advance payment of $6 million dollars (non-refundable) to the Shared Cost Fund for costs incurred and that after the Settlement becomes final, the amount advanced shall be credited against any amount of attorneys' fees and costs awarded by the Court. Knauf made the $6 million dollar advance payment and therefore, in accordance with the credit, the balance of the amount due on Knauf's liability for attorneys' fees is $154 million dollars.

The Knauf Defendants have agreed and consented to the request that the various firms who have made assessment contributions be entitled to receive reimbursement at the present time.

Movant requests that each firm who made assessment contributions be reimbursed at the present time at least 80% of such assessment contributions and that the balance be reimbursed at an appropriate later date:

| PSC MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
|---|---|---|
| Baron & Budd | $700,000.00 | $560,000.00 |
| Barrios Kingsdorf & Casteix | $700,000.00 | $560,000.00 |
| Becnel Law Firm | $700,000.00 | $560,000.00 |
| Colson Hicks Eidson | $700,000.00 | $560,000.00 |
| Gainsburgh Benjamin et al | $700,000.00 | $560,000.00 |
| Herman Herman & Katz, LLC | $700,000.00 | $560,000.00 |
| Lambert & Nelson | $700,000.00 | $560,000.00 |
| Levin Papantonio | $700,000.00 | $560,000.00 |
| Levin Fishbein Sedran & Berman | $700,000.00 | $560,000.00 |
| Lewis & Roberts PLC | $400,000.00 | $320,000.00 |
| Lumpkin & Reeves, PLLC | $650,000.00 | $520,000.00 |
| Morgan & Morgan | $700,000.00 | $560,000.00 |
| Parker Waichman Alonso LLP | $700,000.00 | $560,000.00 |
| Podhurst Orseck | $700,000.00 | $560,000.00 |
| Seeger Weiss | $700,000.00 | $560,000.00 |
| Law Office of Richard Serpe, PC | $375,000.00 | $300,000.00 |
|  |  |  |
| COMMITTEE CO-CHAIRS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
| Alters Boldt Brown Rash & Culmo | $50,000.00 | $40,000.00 |

| COMMITTEE CO-CHAIRS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
|---|---|---|
| Hausefeld LLP | $175,000.00 | $140,000.00 |
| Irpino Law Firm | $50,000.00 | $40,000.00 |
| Law Office of Robert Becnel | $75,000.00 | $60,000.00 |
| Lemmon Law Firm | $150,000.00 | $120,000.00 |
| Mason Law Firm, LLP | $50,000.00 | $40,000.00 |
| Reich & Binstock, LLP | $50,000.00 | $40,000.00 |
| W. James Singleton | $50,000.00 | $40,000.00 |
| | | |
| COMMITTEE MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
| Andry Law Firm | $10,000.00 | $8,000.00 |
| Aronfield Trial Lawyers | $10,000.00 | $8,000.00 |
| Aylstock, Witkin, Kreis & Overholtz | $10,000.00 | $8,000.00 |
| Bencomo & Associates | $10,000.00 | $8,000.00 |
| Berrigan Litchfield Schonekas | $10,000.00 | $8,000.00 |
| Collins - Live Oak | $10,000.00 | $8,000.00 |
| Cuneo Gilbert & Laduca, LLP | $10,000.00 | $8,000.00 |
| Gary Naegle & Theado, LLC | $10,000.00 | $8,000.00 |
| Glago Law Firm, LLC | $10,000.00 | $8,000.00 |
| Hawkins Stracener & Gibson PLLC | $10,000.00 | $8,000.00 |
| Ingram & Associates | $10,000.00 | $8,000.00 |
| Joel Robert Rhine | $10,000.00 | $8,000.00 |
| Joseph M. Bruno, APLC | $10,000.00 | $8,000.00 |

| COMMITTEE MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
|---|---|---|
| Kanner & Whiteley, LLC | $10,000.00 | $8,000.00 |
| Landskroner Grieco Madden, LLC | $10,000.00 | $8,000.00 |
| Law Offices of Sidney Torres, III. | $10,000.00 | $8,000.00 |
| Law Office of Webb & Scarmozzlino, PA | $10,000.00 | $8,000.00 |
| Leopold-Kuvin PA | $10,000.00 | $8,000.00 |
| Lockridge Grindal Nauen PLLP | $10,000.00 | $8,000.00 |
| Luckey & Mullins, PLLC | $10,000.00 | $8,000.00 |
| Marzell & Bickford, APC | $10,000.00 | $8,000.00 |
| Morris Bart, LLC | $10,000.00 | $8,000.00 |
| Pendley Baudin & Coffin, LLP | $10,000.00 | $8,000.00 |
| Rodanast | $10,000.00 | $8,000.00 |
| Strom Law Firm | $10,000.00 | $8,000.00 |
| Thornhill Law Firm | $10,000.00 | $8,000.00 |
|  |  |  |
| GRAND TOTAL: | $11,435,000.00 | $9,148,000.00 |

Movants respectfully request that the law firms be reimbursed for assessment contributions made and that each contributor who has made an assessment contribution be reimbursed at least 80% of such assessment contribution at the present time and that the balance at an appropriate later date.

Respectfully submitted,

Dated:   April 22, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of April, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*