UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 2047 |
| | | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## SUPPLEMENTAL CURATOR'S STATUS REPORT NO. 14A

Curator, Robert M. Johnston, submits this Status Report in accordance with the Court's Order dated November 21, 2011.

**I.   CURRENT STATUS**

Following appointment by the Court, Curator, Robert M. Johnston, established procedures to provide *pro se* claimants who contact the Curator's office with important information concerning the status of settlement agreements, their options regarding prosecution of their claims, including whether to participate in class settlements or not. Procedures have also been established to assist *pro se* claimants by making available important documents, including class settlement agreements and related information. Additional procedures were also established concerning informing *pro se* claimants of their right to retain separate counsel, and, where appropriate, providing the name and contact

information concerning counsel with experience handling MDL matters in the jurisdiction in which the claimant resides, including providing the names of attorneys who are members of the Plaintiff's Steering Committee. Where a *pro se* claimant seeks to participate in class settlement agreements, the Curator's office will assist that claimant in doing so.

Since being appointed Curator, Robert M. Johnston, has engaged support and administrative personnel to assist in the discharge of the Curator's duties, particularly, Jeannette McCurnin, a paralegal with extensive experience in the Vioxx Products Liability Litigation in which Robert M. Johnston was appointed, and remains, the Curator for *pro se* claimants in that litigation.

## II.   CURATOR ACTIVITY

Since being retained as Curator, the Curator's office has been contacted by 95 *pro se* claimants, and in accordance with the agreement reached by Leonard Davis and Arnold Levin, members of the Plaintiff's Steering Committee, and by Kerry Miller, counsel for Knauf, the names and addresses of those *pro se* claimants have been forwarded to Leonard Davis and Louis Colletta of the Frilot firm, who have also been sent relevant information as to whether the individual *pro se* claimants filed suit before December 9, 2011, and the status of whether their property has or has not already been remediated. Plaintiff Profile Forms have also been sent to all known *pro se* claimants, and we have assisted *pro se* claimants in obtaining inspection reports from qualified inspectors.

Specifically, after initial discussions with Leonard Davis of the Plaintiff's Steering Committee, *pro se* claimants contacting the Curator's office have been requested to send documentary evidence, including photographs and inspection reports, proving that the

property owned by the *pro se* claimant contained Knauf drywall. This documentary evidence has been forwarded to Leonard Davis and Louis Colletta, and additional documentary evidence when received will continued to be forwarded. Since the date of the last Status Report filed, additional *pro se* claimants have increased the current number of such claimants to 95, and my staff and I have continued to assist the *pro se* claimants and respond to their inquiries.

Of the 95 Pro Se plaintiffs who have communicated with the Curator's office, 54 have claims against Knauf and have obtained & forwarded inspection reports verifying the presence of Knauf drywall in their property.

On February 22, 2013 and February 25, 2013, I sent correspondence to each of the Pro Se plaintiffs informing them of the Court's Order and Judgment certifying several settlement classes, and recommended that the Pro Se plaintiff monitor the Court's website regarding procedures for asserting claims against the settling defendants, other than Knauf, whose settlements have been approved by the Court. On April 11, 2013, I sent correspondence to Pro Se Plaintiffs notifying them of the Court's March 27, 2013 Order establishing registration requirements and a deadline for registering, and provided the registration form and related documents. Since then there has been a substantial increase in calls from Pro Se Plaintiffs, and I and my office personnel have assisted the callers regarding the registration procedure and responded to their questions.

Regarding the Pro Se plaintiffs who have claims against Knauf, I informed them I

will notify them in the event that the settlement class is expanded to include their claims.

Respectfully Submitted:

JOHNSTON, HOEFER, HOLWADEL
& ELDRIDGE

_s/ Robert M. Johnston_
ROBERT M. JOHNSTON (Bar No.: 7339)
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 561-7799
Facsimile: (504) 587-3794
Email: rmj@ahhelaw.com
**Pro Se Curator**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Curator's Status Report has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 23rd day of April, 2013.

_/s/ Robert M. Johnston_
ROBERT M. JOHNSTON (Bar No. 7339)