Attorneys At Law
# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

Adams, Hoefer, Holwadel & Eldridge, L.L.C.
Robert M. Johnston, Of Counsel

| | | |
|---|---|---|
| 400 Poydras Street, Suite 2450<br>New Orleans, Louisiana 70130<br>Telephone (504) 561-7799<br>Facsimile (504) 525-1488 | April 11, 2013 | 2895 Highway 190, Suite 216<br>Mandeville, Louisiana 70471<br>Telephone (985) 871-9983<br>Facsimile (504) 525-1488 |

Sender's Email:
rmj@ahhelaw.com
600-008

**PRO SE PLAINTIFF**

    Re:    Chinese Drywall Litigation

Dear Pro Se Plaintiff:

    On March 27, 2013, United States District Court Judge Eldon Fallon issued an important order in the MDL-2047 Chinese manufactured drywall products liability litigation pending in the Eastern District of Louisiana. In my capacity as court ordered curator assisting pro se plaintiffs, I am sending this letter to you to inform you of the requirements in Judge Fallon's order that all persons or entities who intend to participate in the Knauf, Banner, InEx, Global, and/or L&W Class Settlements must register with the Settlement Administrator by submitting a specific registration form. Only claims that are registered during the registration period, which ends on May 25, 2013, will be allowed to participate and be eligible for compensation in any of the Class Settlements that the Court has approved following fairness hearings.

    I recommend that you check the Court's website where you will be directed to Judge Fallon's Order and the registration form approved by the Court. The Court's Chinese Drywall Litigation website is found at http://www.laed.uscourts.gov/Drywall/Drywall.htm. The registration form can be located on the Court website by scrolling down under Current Developments to the March 27, 2013 entry and clicking on https://chinesedrywallclass.com. You can also locate the Court's website by placing the words Chinese Drywall court website on Google.

    For those of you who do not have access to the Court's website, or may have problems locating it, I am enclosing a copy of Judge Fallon's March 27, 2013 Order with Exhibit A, the Chinese Drywall Settlement Program Registration Form documents, including the Chinese Drywall Settlement Program website documents.

    If you believe that you have a claim to assert in the Global, Banner, InEx and/or L&W Class Settlements, the Registration Form (attached at Exhibit A to the Court's Order) must be prepared by you and submitted by May 25, 2013.

Pro Se Plaintiff
April 11, 2013
Page 2

    For those pro se plaintiffs who have evidence of Chinese drywall manufactured by Knauf being in their property, you are currently excluded from the class action settlement which is limited to those individuals who were on a class action plaintiff list as of the December 2011 settlement made by Knauf with the Plaintiffs' Steering Committee. However, my office has sent to counsel for Knauf and the Plaintiffs' Steering Committee evidence that you do have Knauf drywall in your property, specifically, Plaintiff Profile forms and inspection reports that you have forwarded to me. Because of the potential that an agreement may be reached with Knauf in the future to add pro se plaintiffs with Knauf claims to the class action settlement, I recommend that you include Knauf in the claim that you are asserting in the Registration Form.

    If I can be of further assistance to you, please feel free to contact me.

                                       Very truly yours,

                                       Robert M. Johnston

RMJ/gwh