MINUTE ENTRY
FALLON, J.
APRIL 24, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
     DRYWALL PRODUCTS
     LIABILITY LITIGATION                       SECTION: L

THIS DOCUMENT RELATES TO:                     JUDGE FALLON
ALL CASES                                     MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Russ Herman, Esq. & Leonard Davis, Esq. Plaintiffs
              Gary Mason, Esq. for Plaintiffs
              Betty Mullin, Esq., for Defendant Bailey Lumber & Supply
              Carlina Eiselen, Esq., for Interior/Exterior Building Supply

1. Motion to Clarify Status by defendant Bailey Lumber & Supply Co (16574)

2. Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Appointing Allocation Committees for the INEX and Global Settlements; and (2) Approving Allocation Plans for the INEX, Banner and Global Settlements (16609)

3. Motion for an Order: Appointing a Special Master to Assist the Court in the Allocation of Funds From the Four Class Settlements Relating to Virginia and Certain Other Remaining Claims by Plaintiffs (16637)

4. Motion for an Order: Appointing an Allocation Committee for the Four Class Settlements Relating to Virginia and Certain Other Remaining Claims by Plaintiffs   (16638)

5. Joint Motion for (1) Preliminary Approval of Settlement Agreement regarding claims against Coastal Construction of South Florida, Inc. related to Villa Lago at Renaissance Commons in MDL 2047; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation against Coastal Construction of South Florida, Inc. by Plaintiffs and Coastal Construction Company of South Florida (16741)

After Argument - ALL MOTIONS GRANTED, Court's orders on all motions to follow

JS10:   :16