UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND | SECTION: L |
| Payton, et al. v. Knauf Gips, KG, et al<br>Case No. 2:09-cv-07628 (E.D. La.) | JUDGE FALLON |
| | MAG.JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S MOTION FOR MEDIATION
OR IN THE ALTERNATIVE TO SET THE CASE FOR TRIAL**

Comes now Gregory Friedlander, pro se, and files this MEMORANDUM in support of his Motion to have the cases to which he is a party set for mediation and in the absence of mediation or in the event mediation is not successful to set this matter for trial in this court and in support thereof would allege and show as follows:

1) You petitioner has damages that are not covered by the class settlement and the class settlement failed to provide clarity and attempts to obtain clarity have been unsuccessful.
2) The two local rules applicable to this case are:
3) **LR 16.3 Responsibility for Settlement Discussions**

As officers of the court, counsel have a responsibility to minimize the expense of administering justice, refrain from burdening unnecessarily members of the public called for jury duty, and avoid inconveniencing witnesses unnecessarily. To these ends, they must conduct serious settlement discussions in time to avoid the expense to the public and litigants, and the inconvenience to jurors and witnesses, occasioned by settlements made on the eve, or at the outset, of trial. [Amended February 1, 2011]

4) **LR 16.3.1 Alternative Dispute Resolution**

If the presiding judicial officer determines at any time that the case will benefit from alternative dispute resolution, the judicial officer may:
(a) refer the case to private mediation, if the parties consent, even if such mediation efforts upset previously set trial or other dates;
(b) order nonbinding mini-trial or nonbinding summary jury trial before a judicial officer with the parties' consent; or
(c) employ other dispute resolution programs that may be designated for use in this District.
All alternative dispute resolution proceedings are confidential.

5) Detailed facts are set forth in the petition and are not repeated here since to do so would add no clarity. On May 10, 2013 the deadline to opt in will expire. Since settlement proposals have been made by the plaintiff that are tied to this date, a resolution by mediation before that date is requested.

6)  If the defendants could assure Plaintiff it would be at least $750,000 (1/3 of the special damages and perhaps 30% of what can be claimed at trial) this matter would be settled. For this reason it is believed that mediation might resolve this matter. If the defendants were to allege otherwise, the matter could be set for trial.

Wherefore, your petitioner requests the case be sent to mediation or set for trial to state based on the stated damages above with whatever stipulations can be entered by the parties to reduce the cost and time spent resolving this matter and for such other relief as may be appropriate the premises considered.

Respectfully Submitted,

s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

CERTIFICATE OF SERVICE

I hereby certify that on  April 24, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: (List Names of persons electronically noticed below).  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   (None).

s/ Gregory Friedlander
Gregory Friedlander
01888 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934
251-4700303
888-441-2123
Attorney's E-Mail Address: Isee3@aol.com

Service List
Arnold Levin
Levin, Fishbein, Sedran &Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:(504)599-8194 Fax: (504) 599-8145

                                                    _____
                                                    GREGORY M. FRIEDLANDER