UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

THIS DOCUMENT RELATES TO:
ALL CASES AND

SECTION: L

Payton, et al. v. Knauf Gips, KG, et al
Case No. 2:09-cv-07628 (E.D. La.)

JUDGE FALLON

MAG.JUDGE WILKINSON

### NOTICE OF SUBMISSION OF MOTION FOR MEDIATION OR IN THE ALTERNATIVE TO SET THE CASE FOR TRIAL

    **PLEASE TAKE NOTICE** that Plaintiff Gregory Friedlander's Motion for Mediation or in the alternative to set the case for trial, filed herewith, shall be submitted for decision in front of the Honorable Judge Wilkinson, United States Magistrate Judge for the United States District Court for the Eastern District of Louisiana, at such time as set by the Court without oral argument except as requested by the judge or the defendants.
    It is requested that this decision be made and that the mediation occur in advance of 5/10/13 which is the opt in date deadline set by the court in this matter.

Respectfully Submitted,

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER

CERTIFICATE OF SERVICE

    I hereby certify that on  April 24, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: (List Names of persons electronically noticed below).  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   (None).

    s/ Gregory Friedlander
Gregory Friedlander
01888 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934
251-4700303

888-441-2123
Attorney's E-Mail Address: Isee3@aol.com

Service List
Arnold Levin
Levin, Fishbein, Sedran &Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:(504)599-8194 Fax: (504) 599-8145

/s/Gregory Friedlander_____
GREGORY M. FRIEDLANDER