UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: CHINESE MANUFACTURED DRYWALL
    PRODUCTS LIABILITY LITIGATION
_____     MDL NO. 2047

THIS DOCUMENT RELATES TO:
ALL CASES AND      SECTION: L

Payton, et al. v. Knauf Gips, KG, et al      JUDGE FALLON
Case No. 2:09-cv-07628 (E.D. La.)
     MAG.JUDGE WILKINSON

_____

C:\Users\greg\Documents\mississippistuff\riverbendaccountingdecpage2010\Knaufobjection.docx
Knauf

**<u>PROPOSED ORDER ON PLAINTIFF'S MOTION FOR MEDIATION
OR IN THE ALTERNATIVE TO SET THE CASE FOR TRIAL</u>**

    This case is referred to _____(name) as mediator for mediation on _____ (date before 5/10/13).  Plaintiff and Defendant are to attend this mediation and Defendant shall have someone with authority to settle the matter or have access to someone who can give authority to settle present at the mediation.

    The mediator is to report to the court and if mediation is not successful, the court sets a pre-trial conference on this matter on _____.

_____    _____
Signed      Date