UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER: APPOINTING A SPECIAL MASTER TO ASSIST THE COURT IN THE ALLOCATION OF FUNDS FROM THE FOUR CLASS SETTLEMENTS RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

Upon consideration of the Motion for an Order appointing a Special Master to assist the Court in the allocation of funds from the Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims*, which were preliminarily approved by the Court on January

1

17, 2013, it is hereby,

ORDERED, ADJUDGED AND DECREED that:

1. Capitalized terms used in this Order shall have the same meaning as those defined in the Nationwide Insureds Settlement Agreement [Rec. Doc. No. 15969-5], Porter-Blaine/Venture Settlement Agreement [Rec. Doc. No. 15969-6], Tobin Trading and Installers Settlement Agreement [Rec. Doc. No. 15969-7], and Builders Mutual Insureds Settlement Agreement [Rec. Doc. No. 16478-3], which have been filed of record in this case.

2. The Motion of Settlement Class Counsel for Appointment of a Special Master is GRANTED.

3. Matthew Garretson is hereby appointed to assist the Court in the process of fund allocation as Special Master for the Four Virginia-based Settlements. Garretson shall submit personally to the jurisdiction of this Court.

This 24th day of __April__, 2013, at New Orleans, Louisiana

_____
ELDON E. FALLON
United States District Court Judge