UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER: APPOINTING AN ALLOCATION COMMITTEE FOR THE FOUR CLASS SETTLEMENTS RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

Upon consideration of the Motion of Settlement Class Counsel for an order appointing an allocation committee for the Four Class Settlements *Relating to Virginia and Certain Other Remaining Claims* ("Virginia-based Settlements"), preliminarily approved by the Court on

1

January 17, 2013, it is hereby,

ORDERED, ADJUDGED AND DECREED that:

1. Capitalized terms used in this Order shall have the same meaning as those defined in the Nationwide Insureds Settlement Agreement [Rec. Doc. No. 15969-5], Porter-Blaine/Venture Settlement Agreement [Rec. Doc. No. 15969-6], Tobin Trading and Installers Settlement Agreement [Rec. Doc. No. 15969-7], and Builders Mutual Insureds Settlement Agreement [Rec. Doc. No. 16478-3], which have been filed of record in this case.

2. The Motion of Settlement Class Counsel for Appointment of an Allocation Committee is GRANTED.

3. Russ Herman, Arnold Levin, Richard Serpe, Richard Lewis, and Dawn Barrios are hereby appointed as members of the Allocation Committee for the Virginia-based Settlements.

4. The Court appointments to the Allocation Committee are of a personal nature. Accordingly, no other counsel shall partake in these committees either by substitution or otherwise unless authorized by the Court. Allocation Committee members, however, may be assisted by other attorneys in their respective law firms at their discretion.

5. By no later than March 29, 2013, the Allocation Committee shall publish on the Court's website, http://www.laed.uscourts.gov/Drywall/Drywall.htm, its written recommendation as to: (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of the Proof of Claim to submit a valid claim. Following final approval of the Virginia-based Settlements, the Court shall determine a fair and equitable allocation of Settlement Funds.

New Orleans, Louisiana this 24th day of April, 2013.

_____
United States District Judge