IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

---

**ORDER
GRANTING BAILEY LUMBER & SUPPLY CO.'S
MOTION TO CLARIFY BAILEY LUMBER & SUPPLY CO.'S
STATUS AS A DOWNSTREAM RELEASEE UNDER THE AMENDED
SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST
INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. IN MDL NO. 2047**

This matter came before the Court on Bailey Lumber & Supply Co.'s Motion to Clarify Bailey Lumber & Supply Co.'s Status as a Downstream Releasee Under The Amended Settlement Agreement Regarding Claims Against Interior/Exterior Building Supply, L.P. In MDL No. 2047 (the "Motion"), and the Plaintiff Steering Committee's Response to the Motion. This Court has received memoranda in support of and against this Motion, and it has heard oral arguments from the parties. This Court hereby **ORDERS**; **ADJUDGES** and **DECREES**, as follows:

1       Bailey Lumber & Supply Co.'s Motion is **GRANTED.**

1

~~DOCSBHM\1921033\4~~

2. Bailey Lumber & Supply Co. is a Downstream Releasee under the Amended Settlement Agreement regarding claims against Interior/Exterior Building Supply, L.P. (hereinafter "INEX"); and

3. References to Bailey Lumber & Supply Company of Biloxi, Bailey Lumber & Supply Company, Bailey Lumber and Supply Company, Inc., Bailey Lumber & Supply Co., and Bailey Lumber & Home Center all refer to the Downstream Releasee, Bailey Lumber & Supply Co.

New Orleans, Louisiana, this 25th day of April, 2013.

_____
HONORABLE ELDON E. FALLON
U. S. DISTRICT COURT JUDGE