UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>AMORIN et. al.v.TAISHAN GYPSUM CO., LTD et. al.<br>Case No. 11-1672<br>_____/ | JUDGE FALLON<br>MAG.JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Undersigned counsel gives notice of her appearance as counsel of record on behalf of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd, in the above-styled action. Undersigned counsel requests that all future pleadings, documents and/or correspondence concerning this matter be served on undersigned counsel at the address reflected below.

    Respectfully submitted,

    The law office of Hongwei Shang, LLC
    9130 S. Dadeland Boulevard
    Ste 1620
    Miami, FL 33156
    Tel:  (786) 581-9759/(305) 670-5266
    Fax: (786) 581-9168/(305) 670-5299
    Email: hshanglaw@gmail.com

By:  s/Hongwei Shang_____
    Hongwei Shang
    Florida Bar No. 0037199
    Attorney for Zhejiang Provincial Second
    Light Industry Enterprises Group Imp &
    Exp. Co., Ltd

                                                MDL NO. 2047
                                                SECTION: L

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to pretrial No. 6 in accordance with Pretrial Order No. 6 on this 26th day of April 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of April 2013.

                                                By: s/Hongwei Shang_____
                                                     Hongwei Shang