UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton* (09-7628) | | |

## RESPONSE OF THE KNAUF DEFENDANTS IN OPPOSITION TO MOTION FOR MEDIATION OR IN THE ALTERNATIVE TO SET THE CASE FOR TRIAL

The Knauf Defendants[1], by and through undersigned counsel, submit this opposition to Motion for Mediation Or In the Alternative To Set the Case For Trial [Rec. Doc. 16778], as follows:

Plaintiff, Gregory Friedlander ("Plaintiff"), filed his Motion as an Ex/Parte or Consent motion, stating the "Defense counsel agrees that a mediation might be appropriate to move this case forward." *See* paragraph 8 of Plaintiff's Motion.  The Knauf Defendants will consent to mediation of these claims if the MDL Court is the mediator, assuming the MDL Court is agreeable and time permits mediation.

At this moment, the Knauf Defendants are not in a position to consent to any of the other facts or allegations contained within Plaintiff's Motion.  The Knauf Defendants specifically do not consent to Plaintiff's alleged background, remedy sought, stipulations, damages, and any other facts or allegations set forth therein.  Moreover, the Knauf Defendants specifically oppose Plaintiff's claims that the case is ready for trial, especially given that no discovery of Plaintiff's claims has taken place to date.

---

[1] The Knauf Defendants are: Knauf Plasterboard (Tianjin) Co, Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; Guandong Knauf New Building Material Products Co., Ltd.; Knauf Gips KG; Gebrueder Verwaltungsgesellschaft KG; Knauf International GmbH; Knauf Insulation GmbH; and Knauf UK GmbH.

CONCLUSION

For the reasons set forth above, this Court should limit the "consent" portion of Plaintiff's Motion to the mediation before the MDL Court agreed to between the parties.

    Respectfully submitted,

    By: /s/ Kyle A. Spaulding
    KERRY J. MILLER (#24562)
    KYLE A. SPAULDING (#29000)
    FRILOT L.L.C.
    1100 Poydras Street
    Suite 3700
    New Orleans, LA 70163
    Telephone: (504) 599-8194
    Facsimile: (504) 599-8145
    Email: kmiller@frilot.com

    - AND -

    STEVEN GLICKSTEIN (NY Bar No. 1038157)
    JAY P. MAYESH (NY Bar No. 1081603)
    KAYE SCHOLER LLP
    425 Park Avenue
    New York, NY 10022
    Telephone: (212) 836-8485
    Facsimile: (212) 836-6485
    Email: sglickstein@kayescholer.com

    *Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, on this 1st of May, 2013.

/s/ Kyle Spaulding