UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Corrado Gary and Laura Guarneri. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs and the Pro Se Curator review the correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 22nd day of April, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Corrado Gary and Laura Guarneri
P. O. Box 11987
Naples
FL 34101