# NETZERO Message Center

**From:** Kerry Clarke <kclarke@browngreer.com>

**To:** 'Gary' <lgusa@netzero.net>

**Sent:** Wed, Feb 15, 2012 01:58 PM

**Subject:** RE: FW: MDL 2047 -Settlement agreement-Xactimate

*[handwritten: ok. let's wait for final approval]*

The Settlement Agreement has not yet received final approval by the Court, therefore, at this time there are no set dates for Xactimates and Final Cost Estimates to be made available to the Class Members. Once the Settlement Agreement has received final approval, there are various steps you will need to take to ensure your status as a Class Member. Xactimate and Final Cost Estimates will only be provided to eligible Class Members. The pro se curator can help you with the Chinese Drywall Settlement processes. Let me know if you need anything else.

Kerry

*[handwritten: ?? but are we eligible?]*

**From:** Gary [mailto:lgusa@netzero.net]
**Sent:** Monday, February 13, 2012 10:15 AM
**To:** Kerry Clarke
**Subject:** Re: FW: MDL 2047 -Settlement agreement-Xactimate

Hi Kerry,

> Thanks for your info, however according to the settlement the Settlement Administrator is Lynn Greer of Brown Greer PLC, who shall make the Xactimate (provided by the Lead Contractor) available to the Class Member.
>
> As your office will be ultimately the source of the information we are looking for, it makes good sense asking you directly when the Xactimate is expected to be ready and mailed to us.
>
> Would you please be willing to give us at least an approximate time for us to receive it.?
>
> Thanks a lot
>
> C.and L. Guarneri

*[handwritten: We asked Lynn Greer about Xactimate]*

---------- Original Message ----------
**From:** Kerry Clarke <kclarke@browngreer.com>
**To:** "'lgusa@netzero.net'" <lgusa@netzero.net>
**Subject:** FW: MDL 2047 -Settlement agreement-Xactimate
**Date:** Fri, 10 Feb 2012 16:12:34 -0500

Lauren and Corrado Guarneri:

We received your email regarding the Chinese Drywall settlement. On November 8, 2011, the Court issued an Order declaring Robert M. Johnson of Johnson, Hoefer, Holwadel & Eldridge as the pro se curator to assist pro se claimants seeking information regarding the settlement. Jeannette from his office should be able to help with your questions regarding the settlement. Below is the contact information:

Jeannette McCurnin, Paralegal
Adams, Hoefer, Holwadel & Eldridge, L.L.C.
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Telephone: 504-581-2606