**NETZERO** Message Center

From: "Robert M. Johnston" <RMJ@ahhelaw.com>

To: "Gary" <lgusa@netzero.net>

Cc: <jepstein@hhkc.com>, <lcolletta@frilot.com>, "Jeannette McCumin" <JMC@ahhelaw.com>

Sent: Tue, May 15, 2012 03:35 PM

Subject: RE: Active claim LAE-2-2010-2754

*[handwritten annotation:]* Do not do anything... and

This responds to your May 15 email. If as you wrote you sent the plaintiff profile form, inspection report and filed litigation against Knauf in 2010, long before the Dec. 2011 Knauf settlement was enteedr into, you should not need to do anything else in order to participate in the Knauf settlement. If you have additional questions, you should contact Jeremy Epstein at the Herman firm, 504 581 4892, and/or Lou Colletta at the Frilot firm, 504 599 8000, which represents Knauf.
Robert Johnston

*[handwritten annotation:]* (Johnston' suggestion to ask Herman' firm.)

From: Gary [mailto:lgusa@netzero.net]
Sent: Tuesday, May 15, 2012 8:49 AM
To: Robert M. Johnston
Subject: Fw: Active claim LAE-2-2010-2754