# NETZERO Message Center

**From:** "Gary" <lgusa@netzero.net>

**To:** Jepstein@hhkc.com

**Cc:** lcolletta@frilot.com

**Sent:** Wed, May 16, 2012 11:44 AM

**Subject:** Fw: RE: claim LAE-2-2010-2754-

Message (10KB)

*[Handwritten annotation: We asked HERMAN' OFFICE. Are we eligible?]*

---

To: Mr. Jeremy Epstein

Re.: Pro-Se Litigant claim LAE-2-2010-2754

As you may see from yesterday messages sent in copy to you from the Curator R. Johnston who, a month ago, couldn't confirm our status as "**Eligible class member**" in the MDL 2047 litigation, we would like to have your assurance that your office has entered in the system, via Lexis Nexis (that we cannot access because we are not attorneys) the necessary entries to have our case recognized, up-dated and ready for the conclusion of the settlement when it is finally approved by Judge Fallon.

For your information we confirm having sent to your firm, by certified mail, on Aug 12, 2010 received and signed by your office on Aug 16-2010, a letter with a **Plaintiff profile form**, duly filled and signed, **Floor plan and drywall footage detailed chart, warranty from Builder (Toll Brothers), inspection report and Insurance declaration**, in accordance with the instructions of the Court Order CTO 19 showing your Firm Name in the Service Panel List.

Our names are listed in the Exhibit E (related actions) of the Knauf's Settlement

We have also sent to Levin Fishbein Law Firm, according to Pretrial Order 17, **sufficient indicia (36 pictures, a flash memory card, copy of the complaint, etc.)** on Aug. 21-2010 received by them on Aug. 26-2010.

Same, as above, to Frilot LLC and to Barrasso LLC, listed in the Panel Service List.

We would also appreciate to receive from you copy by E-Mail of the **Civil Docket** of our case in the Eastern District Court of Louisiana as our Civil Docket, in hands, stopped at the moment our case was transferred from Florida MDL Court, by the Judicial Panel to LAE, when it was received on Aug 9-2010.
The Docket would allow us to see where we stand.

Thanks a lot

Best Regards,

Mr. and Mrs. Guarneri

*[Handwritten annotation: ...and they called Johnston to tell us not to bother them...]*