ATTORNEYS AT LAW
## JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

2895 HIGHWAY 190, SUITE 216
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 871-9983
FACSIMILE (504) 525-1488

June 13, 2012

**Please Reply To New Orleans Office**

Sender's Email:
rmj@ahhelaw.com
600-008

Corrado and Laura Guarneri
P.O. Box 11987
Naples, FL 34101

*[handwritten: Yes, we are]*

Re:   Chinese Drywall Litigation

Dear Mr. and Mrs. Guarneri:

This responds to your June 12 email asking if you are eligible members included in the Knauf settlement. The information that I have is that you are eligible members in the Knauf settlement since you filed litigation before the Knauf settlement.

As to your statement that you did not receive a Class notice by January 27, I have no information. assuming this is the situation, why you did not receive a Class notice.

Finally, I have been advised by an attorney in the Herman law firm that you have been contacting that firm requesting information and/or advice. As pro se plaintiffs, you are not represented by attorneys in that firm, and you should not continue to attempt to contact lawyers in that firm or copy attorneys in that firm with future correspondence.

Very truly yours,

Robert M. Johnston

*[handwritten: He did not say it on May 15.]*

RMJ/gwh