ATTORNEYS AT LAW
# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

February 22, 2013

2895 HIGHWAY 190, SUITE 216
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 871-9983
FACSIMILE (504) 525-1488

**VIA U.S. MAIL**

Mr. and Mrs. Corrado Guaneri
P.O. Box 11987
Naples, FL 34101

RE: Chinese Drywall Multi-District No. 2:09-md-2047
Order and Judgment certifying settlement classes
and granting approval to proposed settlements

Dear Mr. and Mrs. Guaneri:

On February 7, 2013, United State District Judge Eldon Fallon issued an Order and Judgment certifying several settlement classes and granting final approval of proposed settlements. Specifically, the Court gave final approval of the class action settlements made by the Plaintiffs' Steering Committee with several entities known as the Knauf defendants, Interior Exterior Building Supply, LP, known as InEx and its insurers, the Banner entities and their insurers, L & W Supply Corporation, and USG Corporation and more than 700 additional participating builders, suppliers and installers, and their participating insurers, that proposed settlement being known as the Global Settlement.

[handwritten: We sued Knauf]

The Order and Judgment can be found on the Court's website, which is www.laed.uscourts.gov/Drywall/Drywall.htm, and can also be found on search engines utilizing the term Chinese Drywall Court Website.

Regarding the settlements of the claims against the defendants other than the Knauf entities, I have been told by counsel for several of the defendants that information on how to assert claims to participate in one or more of those approved settlements will be provided on the Court's website in due course. If you believe that you have a valid claim against one or more of those defendants, you should periodically check the Court website for instructions on how to make the claim when that information is posted.

[handwritten: 2nd page →]

Mr. and Mrs. Corrado Guaneri
February 22, 2013
Page 2

*[Handwritten annotation pointing to "if you": "We are listed and eligible"]*

Concerning the now approved Knauf entity settlement, if you have or had Knauf drywall in your property and were not a listed class action plaintiff when the Knauf settlement was made with the Plaintiffs' Steering Committee in December 2011, at present you are not included in the settlement. However, I will continue my efforts to try to get the number of claimants able to participate in the settlement expanded, and will keep you advised on developments as they occur.

Very truly yours,

*[Signature]*

Robert M. Johnston
Court Appointed Curator

RMJ/gwh

*[Handwritten annotation: "??? It does not help us and confusing because it implies that we are not included in the settlement!"]*