March 25-2013

United States District Court
Eastern District Court
500 Poydras Street
New Orleans, Louisiana 70130

Re.: case # LAE-2-2010-2754 of MDL 2047

**Honorable Judge Eldon Fallon,**

This letter is in reference to a complaint initially filed in Florida, transferred by the United States Judicial Panel in D.C. to the Eastern District of Louisiana (transfer order CTO19) on July 28-2010 and became consolidated with the Master MDL case 09md2047 on Aug.9-2010 under case LAE-2-2010-2754.

The CTO19 came with a Panel Service List.

We sent, according to the Court Order # 17, the requested documentation to Plaintiff Lead Counsel ( sufficient indicia of 36 pictures plus SD memory card, etc.) copy to Plaintiff Liaison Counsel ( including Profile Form duly filled out and all related documentation ) on Aug 11-2010 and copy to all other entities on the Panel Service List, as per CTO 19, by certified mail.

Our case was included in Exhibit E -pag.4 of the Settlement Agreement dated Dec 20-2011

Then we asked the Settlement Administrator for the Xactimate to be provided by the Lead Contractor and to be made available to the Class members by Lynn Greer of Brown Greer PLC.

Lynn Greer's office was right in stating that the Settlement did not receive final approval at that time, however raised the question of making sure we were "eligible members" in order to receive the Xactimate.

In the meantime a Curator was appointed by the Court, for Pro-Se litigants, so we asked him about our eligibility.

TENDERED FOR FILING

APR 12 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

On May 15-2012 he replied inviting us to ask the Herman's Firm our questions, which we did, after all, by Court Order, we sent them 9 months earlier all our documentation pertaining the case.

The Herman'firm never replied, however on June 13,2012 Mr .R.Johnston sent us a letter confirming that we were eligible members included in the settlement, but inviting us not to bother the Herman's Firm anymore.

Eight months went by and the final approval has been granted, by the Court, to the global settlement on Feb .7-2013 .

On Feb.22 -2013 Mr.Johnston sent us a letter, which content is quite ambiguous and not clearly discernible to us, almost implying we are not in the settlement, even though in his previous letter said we were included in the Knauf settlement as eligible members. (copy enclosed).

We are ready to notify the Settlement Administrator of our election ( choose our option out of the 3 offered in the settlement) once we received the Xactimate .

We ( my wife and I) have been living in a gaseous emitting unhealthy house for over 6 years since we purchase, at top dollar price, our "defected" house from the maxi-profit oriented builder and now after almost 3 years since we filed our complaint we are still unable to see the light for the earliest conclusion of our case .

We respectfully would like to know when our case could come to a conclusion in order for us to decide whether we have to endure a little longer or abandon the house because of the unhealthy environment becoming progressively intolerable in which we live and what we can do to accelerate the remainder of the process .

Thanks

Sincerely,

Corrado Gary and Laura Guarneri
P.O.Box 11987
Naples,FL 34101