

April 8, 2013

Judge Fallon,

As a potential member in three of the four Virginia (VA) settlements, we have found it very difficult to obtain much needed answers for our family to make an informed decision on these settlements. With the information that we have been able to gain from reading the class settlement documents, it seems that the only choice for our family is to OPT OUT of these settlements. These documents are not easily understood for the laymen, and there has been no formal review with our lawyer to explain the commitments detailed therein.

We have requested that our attorney object to the VA settlement on our behalf only to be told that since he has been appointed by the court to be Class Counsel, his objecting would be a conflict of interest. This attorney represents about 99% of the VA victims. How is it not a conflict of interest to have him appointed as class counsel? It is unreasonable to require these families to hire another law firm to object due to the financial devastation caused by the toxic import of Chinese drywall. Furthermore, a new firm would have to wade through the last four years of legal documents in order to "represent us to the best of their ability". We have not been able to live in our home for the last four years, our credit has been destroyed, our medical bills have been excessive; and now we are being asked to accept a settlement without true representation. Virginia families should be able to ask their current legal counsel to represent them in filing an objection on their behalf or they, in reality, have no representation.

Where are the Virginia homeowners, who want to object, supposed to turn for assistance? Since he has refused to represent us on this matter, we have requested copies of the objections to the Knauf settlement from his office to use as a reference for writing our own objections to the court, but were told that his office was too busy to get these documents to us.

We respectfully request guidance and assistance from the court in these matters. In my humble opinion, something has to be done. Otherwise, this is another injustice to the victims, being left without representation - will be a grim reality.

Sincerely,

*Tuan and Colleen Nguyen*

Tuan and Colleen Nguyen
757 340 1060

HAMPTON ROADS
08 APR 2013 PM 5 T

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

U.S. MARSHALS

Mr. Tuan V. Nguyen
4409 Sheffield Dr.
Virginia Bch, VA 23455

RECEIVED
APR 11 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON