**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | |

# EXHIBIT "A" ATTACHED TO THE AFFIDAVIT OF PHILIP A. GARRETT RE MOTION FOR REIMBURSEMENT OF ASSESSMENT CONTRIBUTIONS [REC. DOC. 16774]

# FILED UNDER SEAL