UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**ORDER**

Before the Court is a Motion for Mediation filed by pro se plaintiff Gregory Friedlander. (R. Doc. 16778). The Court has also received and reviewed an opposition filed by the Knauf Defendants. (R. Doc. 16786). The Court finds it appropriate to provide a forum for further discussion of the issues raised in the Motion. Accordingly, **IT IS ORDERED** that Gregory Friedlander and counsel for the Knauf Defendants shall submit to the Court, no later than 5:00 p.m. on Tuesday, May 7, 2013, a memorandum of no more than three pages describing the facts and issues involved. The memoranda may be submitted via facsimile transmission to (504) 589-6966. **IT IS FURTHER ORDERED** that Gregory Friedlander and counsel for the Knauf

Defendants shall appear at an in-person conference in the Chambers of District Judge Eldon E. Fallon at 2:00 p.m. on Thursday, May 9, 2013.

    New Orleans, Louisiana, this 1st day of May, 2013.

                                            _____
                                            ELDON E. FALLON
                                            UNITED STATES DISTRICT JUDGE

cc:

Gregory Friedlander
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934