UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL DOCKET: 2047
         PRODUCTS LIABILITY LITIGATION

                                                       SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
ALL CASES                                    MAG. JUDGE WILKINSON

_____/

## CENTERLINE'S NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE

Centerline Homes, Inc., Centerline Homes Construction, Inc., Completed Communities II, LLC, and Briella Townhomes, LLC (collectively "Centerline"), hereby give notice of their intention to dispose of the physical evidence they are preserving pursuant to the requirements of Pretrial Order No. 1B for the following properties:

| Homeowner Name | Property Address |
|---|---|
| Kenneth & Allison Grant | 10400 SW Stephanie Way, Unit 105<br>Port Saint Lucie, FL 34987 |
| 7430 Briella, LLC (Michael Morton) | 7430 Briella Drive<br>Boynton Beach, FL 33437 |
| Crystal Borst and Beverly S. Morea | 7428 Briella Drive<br>Boynton Beach, FL 33437 |
| Una Y. Lewis and Yvonne M. Lee | 7426 Briella Drive<br>Boynton Beach, FL 33437 |
| Shirley and Jorge Campuzano | 7420 Briella Drive<br>Boynton Beach, FL 33437 |
| Jelena Lovric | 7391 Briella Drive<br>Boynton Beach, FL 33437 |
| Ferdinando Enrique Bello and Doris Carolina Bello | 7389 Briella Drive<br>Boynton Beach, FL 33437 |
| Rosaria Badame | 7387 Briella Drive<br>Boynton Beach, FL 33437 |

Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Centerline by contacting: Vanessa

M. Serrano telephone at (954) 764-7060 or by email at vserrano@broadandcassel.com. Upon the expiration of the thirty (30) day period, Centerline will dispose of such physical evidence.

        Respectfully submitted,

        By:  /s/ Vanessa M. Serrano_____
        PETER R. GOLDMAN
        Florida Bar No. 860565
        VANESSA M. SERRANO
        Florida Bar No. 51555
        BROAD AND CASSEL
        100 S.E. Third Ave., Suite. 2700
        Fort Lauderdale, Florida  33394
        Telephone: (954) 764-7060
        Facsimile: (954) 761-8135
        pgoldman@broadandcassel.com
        vserrano@broadandcassel.com

*Counsel Centerline Homes, Inc., Centerline Homes Construction, Inc., Completed Communities II, LLC, and Briella Townhomes, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that in accordance with Pretrial Order Nos. 1(I) and 6, the above and foregoing document has been served on upon all parties by electronically uploading the same to LexisNexis File & Serve in the master case number 2:09-md-02047-EEF-JCW and served via e-mail to the following individuals:  Plaintiffs' Liaison Counsel, Russ M. Herman (drywall@hhkc.com), Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), Homebuilders' Liaison Counsel, Dorothy Wimberly (dwimberly@stonepigman.com), and Insurance Liaison Counsel, Judy Y. Barrasso (cdwinsurance@barrassousdin.com).  The foregoing was also electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of May 2013.

      /s/ Vanessa M. Serrano
      Vanessa M. Serrano

4822-7528-0403.1
34720/0062