UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-6690-EEF-JCW | ) ) ) ) ) | MAG. JUDGE WILKINSON |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF ROSE CRIBB**

Pursuant to Local Rule 83.2.11, the law firm of Morgan & Morgan, counsel for Plaintiff Rose Cribb, hereby files its Motion to Withdraw as Counsel for Plaintiff Rose Cribb. Plaintiff's counsel, the law firm of Morgan & Morgan, has encountered irreconcilable differences with Plaintiff on issues involving the case.

WHEREFORE, the law firm of Morgan & Morgan requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff Rose Cribb in the above captioned case.

Respectfully Submitted,

/s/Scott Wm Weinstein
SCOTT WM WEINSTEIN
Fla. Bar No. 563080
sweinstein@forthepeople.com
PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan
12800 University Dr. #600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order

No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2013.  I further certify that the above and foregoing has been served on Plaintiff Rose Cribb, 8865 Garden Street, Jacksonville, FL 32219 along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

/s/ Pete V. Albanis_____