UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-6690-EEF-JCW | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Morgan & Morgan, counsel for Plaintiff Rose Cribb, hereby file its Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff Rose Cribb. In support thereof, Movant states as follows:

Movant has encountered irreconcilable differences with Plaintiff on issues involving her case. Under the circumstances, it is requested that Morgan & Morgan be granted leave to withdraw as counsel for Plaintiff.

Plaintiff Rose Cribb has been notified of Morgan & Morgan's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Rose Cribb's present address is 8865 Garden Street Jacksonville, FL 32219, and she may be reached at (904) 764-2125.

This motion is made in good faith and will not prejudice any party. None of the parties will suffer any prejudice if Morgan & Morgan withdraws from this case.

Attached as "Exhibit A" is a Proposed Order granting the Motion to Withdraw.

WHEREFORE, the law firm of Morgan & Morgan requests this Honorable Court to allow it to withdraw as counsel of record for Plaintiff Rose Cribb in the above-captioned case.

Respectfully Submitted,

/s/Scott Wm Weinstein
SCOTT WM WEINSTEIN
Fla. Bar No. 563080
sweinstein@forthepeople.com

PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan
12800 University Dr. #600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2013. I further certify that the above and foregoing has been served on Plaintiff Rose Cribb, 8865 Garden Street Jacksonville, FL 32219, along with notification of all pending deadlines and court appearances in this litigation, via certified mail and regular U.S. Mail.

/s/ Pete V. Albanis

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-6690-EEF-JCW | ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MORGAN & MORGAN'S MOTION TO WITHDRAW AS COUNSEL FOR MS. ROSE CRIBB

Considering the law firm of Morgan & Morgan's Motion to Withdraw as Counsel for Plaintiff Rose Cribb, having been advised there is no opposition to this matter and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Morgan & Morgan's Motion to Withdraw as Counsel for Plaintiff Rose Cribb is GRANTED. The law firm of Morgan & Morgan is discharged from any further obligation to Ms. Cribb in this matter. The law firm of Morgan & Morgan shall serve this order on Ms. Cribb via regular U.S. mail at her last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge