UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-cv-01077<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:12-cv-00498 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS COUNSEL'S MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER RECOMMENDING VOLUNTARY DEPOSIT PROCEDURE TO REIMBURSE COMMON BENEFIT COUNSEL**

Consistent with state-federal court coordination of Chinese Drywall litigation, Counsel for Plaintiffs respectfully request that this Court recommend that the Circuit Court for the City of Norfolk allow eleven Plaintiffs to set aside a portion of proceeds from a pending settlement with Chinese drywall installer Carlos Ramirez[1] ("Defendant") to reimburse the Plaintiffs Steering Committee ("PSC") and Common Benefit Counsel, and cap total Attorneys Fees to be paid by Plaintiffs at 32%.

Eleven Plaintiffs filed actions against Chinese drywall installer, Carlos Ramirez, in the Circuit Court for the City of Norfolk in 2010 and 2011 alleging damages relating to Ramirez's installation of Chinese Drywall in their homes (the "state court actions").  Bellwether trials

---

[1] Plaintiffs are all represented by counsel that are members of the PSC and subject to this Court's orders including PTO No. 9 and Order of April 13, 2011 [Doc. No. 8545].  The settling plaintiffs in the state court action against Defendant Carlos Ramirez are plaintiffs in various Omni complaints filed in MDL 2047.  These plaintiffs are releasing their state claims and potential claims against Mr. Ramirez from their Omni complaints, although Mr. Ramirez is not a party thereto.

against Ramirez were set to commence on April 22, 2013 before the Honorable Mary Jane Hall of the Circuit Court for the City of Norfolk.  The parties engaged in discovery, and Judge Hall issued rulings on multiple motions in the state court actions.  After arms-length negotiations with the assistance of a mediator, on April 16, 2013, Defendant Ramirez and insurer Auto-Owners Insurance of Michigan agreed to settle Plaintiffs' claims against Ramirez.  Plaintiffs' counsel and the PSC will present information to Judge Hall (with courtesy copies to Judge Fallon) to show that the settlement agreement is a fair and reasonable result for Plaintiffs considering Plaintiffs' likelihood of success against Ramirez on the merits, the modest size of Ramirez's installation business, and the commercial liability coverage limits under Ramirez's policy with Auto-Owners Insurance of Michigan.

Counsel for Plaintiffs will recommend that Judge Hall approve and manage a Qualified Settlement Fund ("QSF") under Internal Revenue Code § 468B for distribution of the Ramirez settlement payment. Defendants will make the settlement payment to the QSF in exchange for a release from Plaintiffs' claims. Judge Hall will then oversee distribution of the Settlement Fund to Plaintiffs. The QSF will allow the Court to ensure compliance with settlement terms while protecting settlement funds and will give the Court the ability to ensure that the funds are disbursed to the appropriate Plaintiffs in accordance with a fair allocation plan.

The PSC and several of its members (including Richard Serpe, Fred Longer, Dawn Barrios, Dan Bryson, and Richard Lewis) have been actively involved in securing the settlement against Ramirez and have utilized PSC work product to prepare the case for trial. The PSC and Counsel for Plaintiffs respectfully request that this Court recommend that Judge Hall allow Plaintiffs to voluntarily deposit a portion of the settlement proceeds into the Court Supervised Account for Voluntary Deposit of Funds to Compensate and Reimburse Common Benefit

Counsel created pursuant to this Court's April 13, 2011 Order (MDL 2047, Document 8545). Further, subject to the court's discretion, Counsel for Plaintiffs respectfully request that this court recommend a cap on Attorneys Fees paid by Plaintiffs of 32%, consistent with the caps on Attorneys Fees set forth in the Global Settlement Agreement (Document 14373-5, MDL 2047, at ¶ 16.6 filed 05/18/2012) and Four Settlement Agreements *Relating to Virginia and Certain Other Remaining Claims* (*see, e.g.,* Nationwide Insureds Settlement Agreement, Document 15969-5, MDL 2047, at ¶ 17.8 filed 10/19/2012). Pursuant to the above-referenced April 13, 2011 Order, Plaintiffs may deposit into the account an amount equal to seventeen percent (17%) (consisting of 12% for common benefit Attorneys Fees and 5% for common benefit costs) of all settlement proceeds from any settlement amount for a particular property. <u>Such funds will not be distributed until the propriety of the award is determined by the Court</u>.

For the foregoing reasons, Plaintiffs respectfully request that this Court recommend that Judge Hall allow Plaintiffs to set aside a portion of the settlement proceeds to reimburse the PSC and Common Benefit Counsel and cap Attorneys Fees to be paid by Plaintiffs.

Respectfully submitted,

Dated: May 6, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of May, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*