UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-cv-01077<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:12-cv-00498 | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**ORDER:**
**RECOMMENDING VOLUNTARY DEPOSIT PROCEDURE TO REIMBURSE COMMON BENEFIT COUNSEL**

Upon consideration of the Motion for an Order recommending voluntary deposit procedure to reimburse common benefit counsel, this Court hereby RECOMMENDS that the Circuit Court for the City of Norfolk allow Plaintiffs to set aside an amount equal to seventeen percent (17%) (consisting of 12% for common benefit Attorneys Fees and 5% for common benefit costs) of the settlement proceeds to reimburse the Plaintiffs Steering Committee ("PSC") and Common Benefit Counsel, and cap total Attorneys Fees to be paid by Plaintiffs at 32%.

New Orleans, Louisiana, this ___ day of _____, 2013.

                                                            _____
                                                            ELDON E. FALLON
                                                            United States District Court Judge