UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON |
| Payton et al v. Knauf Gips KC et al, Case No. 09-7628 | MAG. JUDGE WILKINSON |

## NOTICE OF REMEDIATION BY PLAINTIFFS JARED AND EMILY LEWIS

NOTICE IS HEREBY given that the property located at 9462 Country Lake Drive, Baton Rouge, LA 70817, shall be made available for inspection prior to the commencement of remediation. Plaintiffs allege that the property contains drywall manufactured by Knauf Tianjin Plasterboard (KPT) and was supplied by Interior/Exterior Building Supply Company. The installer and builder was McDowell Builders, LLC.

Dated: May 8, 2013

Respectfully submitted,

HYMEL DAVIS & PETERSEN

s/ L. J. Hymel
L. J. Hymel/Bar Roll No. 07137
10602 Coursey Boulevard
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
ljhymel@hymeldavis.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Remediation has been served on all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of May, 2013.

                                        s/ L. J. Hymel
                                        L. J. Hymel