UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION )   )   )   )   **THIS DOCUMENT RELATES TO ALL CASES** )   )   ) | MDL No. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY THE G.L. ENTITIES

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, G.L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; Boynton Beach Associates XVI, LLLP; Boynton Beach XVI Corporation; Miramar Associates IV, LLLP; Miramar IV Corporation; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; G.L. Homes of Sunset Lakes Associates, Ltd. and Hillsborough County Associates II, LLLP (collectively, the "G.L. Entities") hereby give notice of their intention to dispose of the physical evidence that the G.L. Entities were previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to the G.L. Entities by contacting: Mark A. Salky, Esq. by telephone at: (305) 579-0816 or by e-mail at salkym@gtlaw.com. Upon the expiration of the thirty-day period, the G.L. Entities may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated: May 8, 2013

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for G.L. Building Corporation; G.L. Homes of Florida Corporation; G.L. Homes Limited Corporation; Boynton Beach Associates XVI, LLLP; Boynton Beach XVI Corporation; Miramar Associates IV, LLLP; Miramar IV Corporation; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; G.L. Homes of Sunset Lakes Associates, Ltd. and Hillsborough County Associates II, LLLP*
333 Avenue of the Americas (S.E. 2nd Ave.), Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com
E-mail: foslida@gtlaw.com
E-mail: kolayat@gtlaw.com

By: /s/ Mark A. Salky
    HILARIE BASS
    Florida Bar No. 334323
    MARK A. SALKY
    Florida Bar No. 058221
    ADAM M. FOSLID
    Florida Bar No. 682284
    TIMOTHY A, KOLAYA
    Florida Bar No. 056140

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Notice of Disposal of Physical Evidence has been filed with the Court and served on the parties in this MDL through File & Serve in the master case number 2:09-md-02047-EEF-JCW. Additional copies of this Notice of Disposal of Physical Evidence has been served upon Plaintiffs' Liaison Counsel, Russ M. Herman, either electronically to drywall@hhkc.com, or in hard copy to, Russ M. Herman, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113; to Defendants' Liaison Counsel, Kerry Miller, either electronically to kmiller@frilot.com, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163; to Homebuilders' Liaison Counsel, Dorothy Wimberly, either electronically to dwimberly@stonepigman.com, or in hard copy to Dorothy Wimberly, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130; and to Insurance Liaison Counsel, Judy Y. Barrasso, either electronically to cdwinsurance@barrassousdin.com, or in hard copy to Judy Y. Barrasso, Insurance Liaison Counsel, Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112, (504) 589-9700 and fax (504) 589-9701.

/s/ Mark A. Salky
MARK A. SALKY