UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| *Arndt, et al. v. Knauf Gips KG, et al.* ) Case No. 2:11-cv-2349 ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

**PLAINTIFFS TAMELA AND ARTHUR MCDOWELL'S MOTION TO ALLOW SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

COMES NOW, Plaintiffs Tamela and Arthur McDowell, through undersigned counsel, and moves the Court to substitute James Doyle, 2100 SouthBridge Parkway, Suite 650, Birmingham, Alabama 35209, as their counsel of record and allow the withdrawal of Eric D. Hoaglund and the law firm of McCallum, Hoaglund, Cook & Irby, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama  35216.

RESPECTFULLY SUBMITTED this 8th day of May, 2013.

Dated:   May 8, 2013

Respectfully submitted,

/s/ Eric D. Hoaglund
Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
           cmccallum@mhcilaw.com

**CERTIFICATE OF SERVICE**

      This is to certify that on May 8, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

      /s/ Eric D. Hoaglund
      Eric D. Hoaglund
      Charles A. McCallum, III
      McCallum, Hoaglund, Cook & Irby, LLP
      905 Montgomery Highway
      Suite 201
      Vestavia Hills, Alabama 35216
      Telephone: (205)824-7767
      Facsimile: (205)824-7768
      Email: ehoaglund@mhcilaw.com
            cmccallum@mhcilaw.com