UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| *Arndt, et al. v. Knauf Gips KG, et al.* ) | JUDGE FALLON |
| Case No. 2:11-cv-2349 ) | MAG. JUDGE WILKINSON |
| ) | |

**THIS DOCUMENT RELATES TO ALL CASES**

### PLAINTIFFS TAMELA AND ARTHUR MCDOWELL'S MEMORANDUM IN SUPPORT OF MOTION TO ALLOW SUBSTITUTION AND WITHDRAWAL OF COUNSEL

COMES NOW, Plaintiffs Tamela and Arthur McDowell, through undersigned counsel, and request the Court to substitute James Doyle, 2100 SouthBridge Parkway, Suite 650, Birmingham, Alabama 35209, as their counsel of record. In addition, Plaintiffs Tamela and Arthur McDowell request that Eric D. Hoaglund and the law firm of McCallum, Hoaglund, Cook & Irby, 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216, be allowed to withdraw as counsel of record.

Plaintiffs have notified Eric D. Hoaglund and the law firm of McCallum, Hoaglund, Cook & Irby, LLP that they have retained new counsel and requested that Eric Hoaglund and McCallum, Hoaglund, Cook & Irby, LLP withdraw as counsel substituting James Doyle as new counsel.

The parties are in agreement on this issue and request this Honorable Court to grant the Motion to Withdraw and Substitution of Counsel. Attached as Exhibit A is a proposed Order granting the Motion to Withdraw.

WHEREFORE, the law firm of McCallum, Hoaglund, Cook & Irby, LLP and Eric D. Hoaglund request this Honorable Court to withdraw as counsel of record and to substitute James Doyle in the above-captioned case.

Dated:   May 8, 2013

                                                Respectfully submitted,

                                                /s/ Eric D. Hoaglund
                                                Eric D. Hoaglund

OF COUNSEL:
Charles A. McCallum, III
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: ehoaglund@mhcilaw.com
       cmccallum@mhcilaw.com

**CERTIFICATE OF SERVICE**

This is to certify that on May 8, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

                                                /s/ Eric D. Hoaglund
                                                Eric D. Hoaglund
                                                Charles A. McCallum, III
                                                McCallum, Hoaglund, Cook & Irby, LLP
                                                905 Montgomery Highway
                                                Suite 201
                                                Vestavia Hills, Alabama 35216
                                                Telephone: (205)824-7767
                                                Facsimile: (205)824-7768
                                                Email: ehoaglund@mhcilaw.com
                                                        cmccallum@mhcilaw.com