# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DECLARATION OF RUSS M. HERMAN, ARNOLD LEVIN, AND RICHARD SERPE

1.  Russ M. Herman, Arnold Levin, and Richard Serpe declare, pursuant to 28 U.S.C. §1746, based upon their personal knowledge, information and belief, the following:

2.     We submit this Declaration in support of the Motion of Settlement Class Counsel for an Order: (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; and (2) Granting Final Approval to the Four Chinese Drywall Class Settlements pursuant to Fed. R. Civ. P. 23(a), 23(b)(3) and 23(e).

3.     The four class settlements that are the subject of the pending Motion for Final Approval will provide, in the aggregate, $17.4 million in remediation and cash benefits to hundreds of homeowners damaged by drywall imported from China ("Chinese Drywall"), primarily in the state of Virginia. These settlements will also provide additional compensation to homeowners and tenants of affected properties for other losses arising from Chinese Drywall, including alternative living expenses, personal property damage, property maintenance costs (including utility bills, insurance, property taxes and maintenance of landscaping), moving and storage expenses, losses resulting from lost use, sales and rentals, sales in mitigation or foreclosures, and/or bodily injuries.

4.     The Four Virginia-based Settlement Agreements are the byproduct of months of negotiations and are designed to compensate persons and entities in the United States, but primarily in Virginia, for claims arising from or related to Chinese Drywall ("CDW") purchased from or supplied, marketed, distributed, installed, used, sold, delivered by or in any way alleged to be within the legal responsibility of any Participating Defendants. The total amount of settlement funds from the four Virginia-based settlement agreements is $17.4 million ($17,400,000) which will provide compensation for real property damage, remediation, and

other losses arising from Chinese Drywall, including alternative living expenses, personal property damage, moving and storage expenses, losses resulting from lost use, sales and rentals, sales in mitigation or foreclosures, and/or bodily injuries.

5. The Class Settlements before the Court were negotiated by Settlement Class Counsel and members of the Court-appointed PSC, who are skilled attorneys with extensive and vast experience in class action and multidistrict litigation. Class Counsel and the PSC made tremendous efforts over the past few years to achieve these Settlements. Included in the negotiations was a mediation on Tuesday, March 13, 2012 in Norfolk, Virginia, involving the parties to the settlements, that occurred under the auspices of Judge Fallon and in which mediator, Richard Kingrea, presided. As a result of these protracted and arm's-length negotiations with builder, installer, supplier and manufacturer Defendants and their insurers, Settlement Class Counsel reached four class settlements with: (1) insurer Nationwide Insurance Company and its insureds ("Nationwide Settlement"); (2) insurer Citizens Hanover Insurance Company and its insureds ("Porter-Blaine/Venture Supply Settlement"); (3) insurer State Farm Insurance Company and its insureds ("Tobin Trading and Installers Settlement") and; (4) insurer Builders Mutual Insurance company and its insureds ("Builders Mutual Settlement"). If approved, these settlements will provide necessary remediation and monetary relief to hundreds of claimants impacted by Chinese Drywall, many of whom have been displaced from their homes, lost their properties due to foreclosure or sales in mitigation, and suffered loss of personal property.

6. The Nationwide Insureds, Porter-Blaine/Venture Supply, Tobin Trading and Installers, and Builders Mutual Insureds Settlements are four separate Rule 23(b)(3) class settlements designed to provide compensation to owners and tenants of Affected Properties

damaged by Chinese Drywall. On January 17, 2013, this Court preliminarily approved all four Virginia-based Settlements.

7. There are four Settling Insurers and approximately fifty (50) Settling Defendants in the three Virginia-based settlement agreements. The four settlement classes are national in scope, but the claims are limited primarily if not exclusively to those involving Taishan Chinese Drywall originally imported and distributed by Tobin, Venture Supply, and Porter-Blaine. The homes involved number in the several hundreds, the majority of which are located in Virginia. The overwhelming majority of claims exist in relation to Affected Properties in the Commonwealth of Virginia.

8. Nationwide-related insurance companies issued or are alleged to have issued policies of primary and excess liability insurance to over thirty Participating Defendants (hereinafter "Nationwide Participating Defendants"). The settlement is designed to compensate all persons and entities for claims arising from or related to any Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Nationwide Participating Defendant. Nationwide Participating Defendants are construction and real estate-related entities that are alleged to have participated in the design, construction or sale of homes that Plaintiffs allege contain Chinese Drywall.

9. The Nationwide Insureds Settlement will provide $10,000,000 for Class Members. The settlement funds will be allocated in accordance with a procedure to be established by the Court upon reviewing the recommendation of the Four Virginia-based Settlements Allocation Committee. The Proposed Plan of Allocation of the Four Virginia-based Settlements, which was negotiated and prepared by a committee of PSC members, provides for

a fair allocation of the Nationwide Insureds Settlement Funds based on objective criteria, such as the square footage of the Affected Property.

10. The Nationwide Insureds Settlement requires the entry of a bar order and represents an opportunity to resolve many of the claims against Participating Defendants and their Participating Insurers. There are over thirty Participating Defendants who have agreed to the settlement. This participation will bring this Chinese Drywall MDL Litigation one step closer to a final resolution.

11. Hanover-related insurance entities provided liability insurance coverage to Participating Defendants, Venture Supply and Porter-Blaine (hereinafter "Porter-Blaine/Venture Participating Defendants"). Porter-Blaine/Venture Participating Defendants are suppliers and installers of Chinese Drywall. The settlement is designed to compensate all persons and entities for claims arising from or related to any Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Porter- Blaine/Venture Supply entity.

12. The Porter-Blaine/Venture Supply Settlement will provide $3,000,000 for Class Members. The settlement funds will be allocated in accordance with a procedure to be established by the Court upon reviewing the recommendation of the Four Virginia-based Settlements Allocation Committee. The Proposed Plan of Allocation of the Four Virginia-based Settlements, which was negotiated and prepared by a committee of PSC members, provides for a fair allocation of the Porter-Blaine/Venture Supply Settlement Funds based on objective criteria such as the square footage of the Affected Property.

13. The Porter-Blaine/Venture Supply Settlement requires the entry of a bar order and represents an opportunity to resolve claims against Participating Defendants and their

Participating Insurers. This participation will bring this Chinese Drywall MDL Litigation one step closer to a final resolution.

14. State Farm-related insurance entities provided liability insurance coverage to Tobin, Builders Plaster & Drywall, LLC, and JMM Drywall Co., LLC (hereinafter "Tobin Trading and Installers Participating Defendants"), who participated in the building of homes that were constructed with Chinese Drywall. Tobin Trading & Installer Defendants are suppliers and installers of Chinese Drywall. The settlement is designed to compensate all persons and entities for claims arising from or related to any Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Tobin Trading & Installer entity.

15. The Tobin Trading & Installers Settlement will provide $2,700,000 for Class Members. This payment comprises $1,700,000 on behalf of State Farm insured installers, Builders Plaster & Drywall, LLC and JMM Drywall Co., LLC ("Installers Settlement Payment") and $1,000,000 on behalf of Tobin Trading, Inc. and Phillip Perry ("Tobin Trading Settlement Payment"). The settlement funds will be allocated in accordance with a procedure to be established by the Court upon reviewing the recommendation of the Four Virginia-based Settlements Allocation Committee. The Proposed Plan of Allocation of the Four Virginia-based Settlements, which was negotiated and prepared by a committee of PSC members, provides for a fair allocation of the Tobin Trading & Installers Settlement Funds based on objective criteria such as the square footage of the Affected Property.

16. The Tobin Trading & Installers Settlement requires the entry of a bar order and represents an opportunity to resolve claims against Participating Defendants and their

Participating Insurers. This participation will bring this Chinese Drywall MDL Litigation one step closer to a final resolution.

17. Builders Mutual Insurance Company issued or is alleged to have issued policies of primary and excess liability insurance to nineteen Participating Defendants (hereinafter "Builders Mutual Participating Defendants"). Builders Mutual Participating Defendants are construction and real estate-related entities that are alleged to have participated in the design, construction or sale of homes that Plaintiffs allege contain Chinese Drywall. The settlement is designed to compensate all persons and entities for claims arising from or related to any Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Builders Mutual insured entity.

18. The Builders Mutual Insureds Settlement will provide $1,700,000 for Class Members. The settlement funds will be allocated in accordance with a procedure to be established by the Court upon reviewing the recommendation of the Four Virginia-based Settlements Allocation Committee. The Proposed Plan of Allocation of the Four Virginia-based Settlements, which was negotiated and prepared by a committee of PSC members, provides for a fair allocation of the Builders Mutual Insureds Settlement Funds based on objective criteria such as the square footage of the Affected Property.

19. The Builders Mutual Insureds Settlement requires the entry of a bar order and represents an opportunity to resolve claims against many Participating Defendants and their Participating Insurers. This participation will bring this Chinese Drywall MDL Litigation one step closer to a final resolution.

20. As of the date of this Declaration, Settlement Class Counsel have not received any requests from Class Members to opt-out and have not received any objections.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2013.

_____
ARNOLD LEVIN


_____
RUSS HERMAN


_____
RICHARD SERPE

8

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2013.

_____
ARNOLD LEVIN

_____
RUSS HERMAN

_____
RICHARD SERPE

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of May, 2013.

_____
ARNOLD LEVIN


_____
RUSS HERMAN


_____
RICHARD SERPE