# EXHIBIT 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## AFFIDAVIT OF KRISTEN M. WARD

CITY OF WASHINGTON

DISTRICT OF COLUMBIA

Kristen M. Ward, being duly sworn according to law, deposes and says that:

1. I am an associate in the law firm of Hausfeld LLP. My supervisor, Richard S. Lewis, is Of Counsel to the Plaintiffs' Steering Committee in *In re Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D.La.). At the direction of Richard Lewis and

Fred Longer, I was responsible for coordinating certain aspects of the issuance of class notice of the Four Virginia-based Settlements as set out below. This affidavit is in support of the pending Motion of Settlement Class Counsel for an Order: (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements.

2. On January 17, 2013, the Court preliminarily approved the Four Virginia-based Settlements. On February 1, 2013, pursuant to Section 8.1.1.10 of the Nationwide Insureds, Porter-Blaine/Venture Supply, Tobin Trading & Installers, and Builders Mutual Insureds Settlement Agreements, I posted letters to the Virginia Department of Health and the U.S. Consumer Product Safety Commission requesting that notice of the Four Virginia-based Settlements be posted on these agencies' websites. In addition, a similar request was made to this Court to insure that the MDL 2047 website posted the notice.

3. Additionally, on February 1, 2013, pursuant to Section 8.1.1.9 of the Nationwide Insureds, Porter-Blaine/Venture Supply, Tobin Trading & Installers, and Builders Mutual Insureds Settlement Agreements, I posted letters requesting that notice of the Four Virginia-based Settlements be published on additional court websites as ordered by the Court. For example, I made requests to the clerks of the following state and federal courts that notice of the Four Virginia-based Settlements be posted on their websites: United States District Court for the Eastern District of Virginia, United States District Court for the Eastern District of North Carolina, Virginia Beach Circuit Court, Norfolk Circuit Court, Williamsburg/James City Circuit

Court, Suffolk Circuit Court, York County Circuit Court, Portsmouth Circuit Court, and Richmond Circuit Court.

4. On or before January 30, 2013, pursuant to Section 8.1.1.1 of the Nationwide Insureds, Porter-Blaine/Venture Supply, Tobin Trading & Installers, and Builders Mutual Insureds Settlement Agreements, Settlement Class Counsel prepared and assembled databases of addresses of persons and entities to receive first-class mail notice, using information obtained from BrownGreer, PLC, Settlement Class Counsel, and certain Participating Defendants or Participating Insurers. These databases were forwarded to Smith-Edwards-Dunlap Company for distribution of mail notice to the Four Virginia-based Settlement Classes.

5. On or before January 30, 2013, a website was established at https://chinesedrywallclass-va.com, and a Call Center with a dedicated toll-free number (1-877-418-8087) for Class Members to obtain information about their rights under the Four Virginia-based Settlements and to register to receive further information and updates about the settlements and any claims procedure approved by the Court. The website allows users to download the Settlement Agreements, the Court's preliminary approval order, and the long-form notice that was mailed to known Class Members.

6. On or before April 10, 2013, at the request of Settlement Class Counsel, the Proposed Allocation Plan was posted to the https://chinesedrywallclass-va.com website and to the MDL-2047 website http://www.laed.uscourts.gov/Drywall/Drywall.htm, pursuant to the Court's April 9, 2013 Order [Rec. Doc. 16743].

FURTHER AFFIANT SAYETH NOT.

_Kristen M. Ward_
KRISTEN M. WARD

Sworn to and subscribed to
Before me this __8th__ day

of May, 2013.

_[signature]_
Notary Public

ANNA-LAURA WILHELM
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2017

