# EXHIBIT 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES AND *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKONSON |

**DECLARATION OF BELINDA MACAULEY REGARDING IMPLEMENTATION OF NOTICE PROGRAM IN FOUR CHINESE DRYWALL CLASS SETTLEMENTS (NATIONWIDE INSUREDS SETTLEMENT, PORTER-BLAINE/ VENTURE SUPPLY SETTLEMENT, TOBIN TRADING AND INSTALLERS SETTLEMENT, AND BUILDERS MUTUAL INSUREDS SETTLEMENT) RELATING TO VIRGINIA AND CERTAIN OTHER REMAINING CLAIMS**

I, Belinda Macauley, hereby declare as follows:

1. I am a Vice President of Kinsella Media, LLC ("KM"), an advertising and legal notification firm in Washington, D.C. specializing in the design and implementation of notification programs to reach unidentified putative class members primarily in consumer and antitrust class actions and claimants in bankruptcy and mass tort litigation. My business address is 2120 L Street, NW, Suite 860, Washington, D.C. 20037. My telephone number is (202) 686-4111.

2. I have been employed by KM for five years, and have personally managed several of the firm's largest notice programs during that time, including *In re Pharmaceutical Industry Average Wholesale Price Litigation (Track 2 Settlement),* No. CA:01-CV-12257, MDL No. 1456 (D. Mass.), *In re International Air Transportation Surcharge Antitrust Litigation,* No. M:06-cv-01793 (N.D. Cal.), and *In re Black Farmers Discrimination Litigation*, No. 1:08-mc-00511 (D.D.C.).  I am a member of the State Bar of California (inactive) and the District of Columbia Bar.  I submit this Declaration regarding the implementation of the Notice Program of the Class Settlements involving Nationwide Insureds; Porter-Blaine/Venture Supply; Tobin Trading and Installers; and Builders Mutual Insureds ("Virginia/Venture Settlements").

3. KM was retained by Class Counsel for the Virginia/Venture Settlements in the *Chinese Drywall Litigation* to implement a Paid Media Program to inform Class Members of the Virginia/Venture Settlements via print, television, and Internet advertising.

**Paid Media Methodology**

4. Choosing a target audience encompassing the characteristics of Class Members is the first step in designing the Paid Media Program.  Media vehicles are chosen based on their

2

ability to provide effective and efficient penetration of the target audience. The selected media vehicles are then measured against the target audience to quantify the success of the media program.

5. For the purpose of developing profiles of the demographics and media habits of Class Members in the instant case, KM analyzed syndicated data available from the 2012 GfK MRI[1] Market-by-Market Study.

6. GfK MRI's Market-by-Market Study reports on all 205 Designated Market Areas ("DMAs") in the continental U.S. Since markets differ, the Market-by-Market can pinpoint how they differ and show the best ways to reach consumer targets in local markets. Targeted consumer segments within the DMA's – such as Hispanics, Baby Boomers, or frequent travelers – can be identified, quantified, and qualified in local markets without loss of data reliability.

7. GfK MRI provides data on individuals who live in the Norfolk-Portsmouth-Newport News DMA[2], where Class Counsel believe most Class Members live. GfK MRI also provides demographic data on homeowners, and most homeowners are 35 years of age or older. Therefore, the target audience against which all media was selected is Adults 35 years of age or older in the Norfolk-Portsmouth-Newport News DMA ("VA Adults 35+").

---

[1] GfK MRI surveys a large sample of U.S. adults about the media they see and hear and about the products they use. Participants in the survey are identified by age, occupation, income, education, and by where they live, among other things. They are asked what magazines and newspapers they read, what TV shows and cable channels they watch, and are asked questions about Internet access and radio formats. In addition, respondents indicate the consumer products and brands they use from among 500 categories and 6000 consumer brands. The data from this survey is used by media practitioners industry-wide to characterize media and product users by demographics and to account for and compare the size and make-up of media audiences.
[2] DMA is a Designated Market Area, which is defined as a group of counties that form an exclusive geographic area in which the home market television stations hold a dominant share of total hours viewed. DMA is a trademark of The Nielsen Company and is used for planning, buying and evaluating media audiences across various markets.

8. Consumers spend varying amounts of time with different media. Certain demographic groups may be heavy consumers, light consumers, or non-users of a particular medium. This Notice Program focused on the media types used most often by Adults 35+. These data indicate that VA Adults 35+ are very heavy newspaper readers and television watchers, heavy magazine readers and radios listeners, and lighter Internet users.

9. As a result of this research, KM determined the following media to be the most cost-effective vehicles to reach Class Members:

    a) Local television

    b) Local newspapers

    c) Military Publications[3]

    d) National Internet[4]

10. An Implementation Report for the Paid Media Program is attached as Exhibit 1 and confirms that the Paid Media program was implemented as designed. The report details the following:

    a) Each print publication and the date and page number upon which the Publication Notice appeared.

    b) The number of Internet impressions received as part of the Internet banner advertising.

    c) The number of Gross Rating Points ("GRPs")[5] delivered for the television advertising.

    d) Confirmation that KM has received a true and correct copy of each print

---

[3] Three publications geared towards members of the military were used to reach those Class Members who may be or had been stationed in the Norfolk area.
[4] Internet was distributed nationally to reach those Class Members who may have moved out of the area.
[5] GRPs represent the percentage of households or persons in the target audience who are exposed to the television and radio commercial messages in the schedule.

advertisement, or "tearsheet," from each publication.

11. To supplement the Paid Media Program, a Press Release was distributed on February 8, 2013 on PR Newswire's US1 Newsline, reaching more than 5,500 print and broadcast outlets and more than 5,400 websites and online databases. The Press Release highlighted information about the Virginia/Venture Settlements and included a telephone number and website where Class Members could call or visit for more information.

12. In addition, beginning on February 1, 2013, KM registered keywords and phrases with major Internet search engines, including Bing and Google. When a user searched for one of the specified search terms or phrases, a text ad about the Settlements could appear on the results page. These text ads directed potential Class Members to the informational website for the Virginia/Venture Settlements.

**Measuring Effectiveness of Notice Program**

13. The two basic measurements used to measure media penetration of a targeted demographic and thus ensure the adequacy of a notice program are *reach* and *frequency*. *Reach* is the estimated percentage of a target audience reached one or more times by a media vehicle. *Frequency* is the estimated average number of opportunities the audience member has to see the notice.

14. The print and television advertising[6] as outlined above delivered the following estimated reach and frequency measurements:

   a) An estimated 90.7% of VA Adults 35+ were reached with an average estimated frequency of 3.9 times.

---

[6] Since the Internet advertising was distributed nationally, it is not included in this measurement, which is focused on the Norfolk-Portsmouth-Newport News DMA.

5

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2013.

_____
Belinda Macauley

# EXHIBIT 1

# Notice Program Implementation Report
*In re Chinese-Manufactured Drywall Products (Virginia)*



## Paid Media Components

| Print Media | Unit Type/Size | Date Ad(s) Ran | Page # of Ad | Tearsheet Received? |
|---|---|---|---|---|
| **Newspaper(s)** | | | | |
| *Bristol Herald Courier* | 3 columns x 7 in/cm | 2/4/2013 | A10 | Yes |
| *Charlottesville Daily Progress* | 3 columns x 7 in/cm | 2/4/2013 | A2 | Yes |
| *Culpeper Star-Exponent* | 3 columns x 7 in/cm | 2/4/2013 | A4 | Yes |
| *Daily News Leader (Staunton, VA)* | 3 columns x 7 in/cm | 2/4/2013 | A2 | Yes |
| *Danville Register & Bee* | 3 columns x 7 in/cm | 2/4/2013 | A3 | Yes |
| *Fredericksburg Free Lance-Star* | 3 columns x 7 in/cm | 2/4/2013 | A4 | Yes |
| *Harrisonburg Daily News-Record* | 3 columns x 7 in/cm | 2/4/2013 | A10 | Yes |
| *Martinsville Bulletin* | 3 columns x 7 in/cm | 2/4/2013 | 8A | Yes |
| *Navy Times* | 2/5 Page (4" x 10.639") | 2/11/2013 | 22 | Yes |
| *Newport News Daily Press* | 1/4 Page (4.915" x 10.5") | 2/4/2013 | 6 | Yes |
| *Newport News Daily Press- Sunday* | 1/4 Page (4.915" x 10.5") | 2/3/2013 | 5 | Yes |
| *Norfolk Flagship* | 1/4 Page (5.14" x 10.5") | 2/7/2013 | C4 | Yes |
| *Norfolk Jet Observer* | 1/2 Page (5.14" x 10.5") | 2/7/2013 | 11 | Yes |
| *Northern Virginia Daily* | 3 columns x 7 in/cm | 2/4/2013 | A5 | Yes |
| *Progress-Index (Petersburg,VA)* | 3 columns x 7 in/cm | 2/4/2013 | A8 | Yes |
| *Richmond Times-Dispatch* | 3 columns x 7 in/cm | 2/4/2013 | A6 | Yes |
| *Roanoke Times* | 3 columns x 7 in/cm | 2/4/2013 | 6 | Yes |
| *Suffolk News- Herald* | 3 columns x 7 in/cm | 2/5/2013 | 3 | Yes |
| *Virginian Pilot* | 3 columns x 7 in/cm | 2/4/2013 | 5 | Yes |
| *Virginian Pilot- Sunday* | 3 columns x 7 in/cm | 2/3/2013 | 7 | Yes |
| *Washington Post* | 3 columns x 7 in/cm | 2/4/2013 | A3 | Yes |
| *Winchester Star* | 3 columns x 7 in/cm | 2/4/2013 | A7 | Yes |

| Online Media | Ad Type/Size | Ordered Impressions | Delivered Impressions | Ads Ran? |
|---|---|---|---|---|
| **Web** | | | | |
| *24/7 Network* | 728x90, 300x250, 160x600 | 81,000,000 | 81,019,018 | Confirmed |

| Broadcast Media | Spot Length | Ordered GRPs | Delivered GRPs | Ads Ran? |
|---|---|---|---|---|
| **Local Market Television** | | | | |
| *Norfolk-Portsmouth-Newport News* | :30 | 116.6 | 223.1 | Confirmed |