UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Motion for Leave to File Affidavit of Philip A. Garrett and to File Exhibit Under Seal filed by Russ M. Herman, Plaintiffs' Liaison Counsel, on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Affidavit of Philip A. Garrett attached to the motion is hereby filed and Exhibit "A" attached to the Affidavit is filed UNDER SEAL.

New Orleans, Louisiana, this  9th  day of            May           , 2013.

_____
Eldon E. Fallon
United States District Court Judge