# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, the undersigned authority;

    PERSONALLY CAME AND APPEARED:

        PHILIP A. GARRETT

who after being first duly sworn, did depose and declare that:

1. I am a certified public accountant. I make this Affidavit for purposes of Plaintiffs' Liaison Counsel's Motion for Reimbursement of Assessment Contributions ("the Motion").

2. I was appointed by the Court pursuant to Pre-Trial Order No. 9 to assist and provide accounting services to Plaintiffs' Liaison Counsel, the Plaintiffs' Steering Committee and the Court in this MDL.

3. In connection with my responsibilities pursuant to Pre-Trial Order No. 9, I assisted in compiling time and expense submissions made by counsel and provided reports on a monthly basis which included both time and expenses and summarized, with backup detail, the submissions of all firms.

4. As a result of my review of the cost submissions of plaintiffs' counsel, I finalized certain cost submissions as of December 31, 2012. This information was presented to the Plaintiffs' Liaison Counsel and the Court in a monthly report.

1

5. I have reviewed the Motion and the memorandum in support, and hereby confirm and verify:

   a. $11,435,000.00 was contributed as assessment contributions by various counsel and law firms as outlined in the Motion; and

   b. More than $11,435,000.00 has been expended by the counsel and law firms identified in the Motion during the pendency of this litigation.

6. On March 28, 2013, I issued a monthly report for the period ending January 31, 2013, copy attached as Exhibit "A" (UNDER SEAL). The report details each category of expenses.

7. Total shared costs are set forth on Pages 5 and 6 of the report which equal $12,304,592.83 as of January, 2013. Further, total held costs are set forth on Page 5 of the report which equals $4,158,521.45 as of January, 2013.

8. The total expenses incurred as of January, 2013, which include shared and held expenses, equals $16,463,114.28.

9. To my knowledge, no shared or held expenses have been reimbursed to any law firm.

10. Although total assessment contributions by the members of the Plaintiffs' Steering Committee ("PSC") equals $10,425,000.00, the amount of $100,000.00 was contributed by each member firm[1] equally in the amount of $7,142.86 to the American Association of Justice,[2] for which no reimbursement is sought.

_____
Philip A. Garrett

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 1st DAY OF
May , 2013.

_____
Joseph R. Ward, r , Notary Public
LSBA/Notary No.: 19401
Commission Expires: for life

---

[1] Lewis & Roberts, PLC and The Law Offices of Richard Serpe, P.C., did not make a contribution as they were not members of the PSC at the time.

[2] Seeger Weiss' contribution was $7,142.82.

2