UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE ELDON E. FALLON |
| | * * | SECTION L |
| This Document Relates to: | * * | MAGISTRATE JUDGE WILKINSON |
| ALL HOMEBUILDERS | * * | |
| ON ATTACHED EXHIBIT A | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO ALL HOME BUILDERS

On March 15, 2013, the Court entered a Second Fee Order [Rec. Doc. 16615] requiring all home builders to share responsibility for the fees and expenses of their liaison counsel appointed pursuant to Pre-Trial Order 7B. The Court directed the parties to contact Dorothy Wimberly, dwimberly@stonepigman.com, with any questions about the Second Fee Order. The Court has previously clarified that these payments constitute costs of defense. [Rec. Doc. 8331, p. 31], and that these payments do not waive any pending defenses and objections, including objections to the jurisdiction of the Court [Rec. Doc. 8401].

Pursuant to the Second Fee Order, payments were due on or before March 31, 2013. In the most recent monthly status report and at the monthly status conference on April 24, 2013, all home builders were reminded of the payments due pursuant to the Second Fee Order. Although the vast majority of the home builders have timely complied with the Second Fee Order, the home builders on Exhibit A have failed to comply with the Second Fee Order. Accordingly,

**IT IS HEREBY ORDERED** each home builder on the attached Exhibit A shall Appear in open court on May 21, 2013, immediately following the monthly status conference in this case, and Show Cause why such party should not be held in contempt of this Court and sanctioned accordingly. Any home builder who complies with the Second Fee Order prior to May 21, 2013, by depositing the amounts owed with the Clerk of Court pursuant to the instructions in the Second Fee Order, shall be relieved of the requirement to Appear and Show Cause. Any home builder with questions as to the amount owed pursuant to the Second Fee Order is directed to contact Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-593-0849, or dwimberly@stonepigman.com.

**NEW ORLEANS, LOUISIANA,** this 9th day of May, 2013.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**