## EXHIBIT A -- BUILDERS WHO HAVE NOT COMPLIED WITH SECOND FEE ORDER

| Builder | Counsel |
|---|---|
| Great Southern Homes, Inc. | Brent Bennett Barriere and D. Skylar Rosenbloom |
| C. Adams Construction and Design, LLC | Brent Bennett Barriere and D. Skylar Rosenbloom |
| Federal Construction Specialist, Inc. | Brent Bennett Barriere and D. Skylar Rosenbloom |
| United-Bilt Homes, Inc. n/k/a United-Bilt Homes, LLC | Keith McDaniel |
| Core Construction Services Southeast, Inc. | John B. Dunlap, III, Scott Edward Mercer, Jennifer A. Fiore and Susan Eccles |
| Infinity Homes, Inc. | Frank Garrison Taylor |
| Marsiglia Construction Company | Joseph Edward Bearden, III, and Kelly Cambre Bogart |
| Adams Homes of N.W. FL Inc | Marrhew M. Villmer & Robert Emmanuel |
| KBS Construction Company, Inc. | Robert Franklin Lakey, Jr., and Charles K. Chauvin |
| Cockerham Construction LLC | Raymond J. Pajares |
| Duo-Fast Construction Inc. | Robert N. Pelier |
| Gryphon Construction | John Hanson, The Barthet Firm |
| Mobley Homes Florida, L.L.C. | Neal Sivyer, Sivyer Barlow & Watson |
| Maronda Homes, Inc. of Florida | Robert Finkel, Manion McDonough & Lucas, P.C. |
| Empire Properties, LLC | Keely Scott, Catherine St. Pierre |
| Calmar Construction Company, Inc. | Keely Scott, Catherine St. Pierre |
| Holiday Builders, Inc. | John Boudet, Roetzel & Andress |
| Holiday Builders Construction of Florida, LLC | John Boudet, Roetzel & Andress |
| The Henning Group L.C. | Brian Perrault, Lydecker Diaz |
| 5177 Builders, Ltd. | Melinda Riseden, Crain, Caton & James |