UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L |
| *Arndt, et al. v. Knauf Gips KG, et al.* Case No. 2:11-cv-2349 ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER GRANTING McCALLUM, HOAGLUND, COOK & IRBY, LLP'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS TAMELA AND ARTHUR MCDOWELL AND ALLOWING SUBSTITUTION OF JAMES DOYLE

Considering the law firm of McCallum, Hoaglund, Cook & Irby, LLP's Motion to Withdraw and Motion to Substitute Counsel for Plaintiffs Tamela and Arthur McDowell, having been advised there is no opposition to this matter,

IT IS ORDERED that the law firm of McCallum, Hoaglund, Cook & Irby, LLP and Eric D. Hoaglund's Motion to Withdraw as Counsel for Plaintiffs Tamela and Arthur McDowell is GRANTED. The law firm of McCallum, Hoaglund, Cook & Irby, LLP is discharged from any further obligation to Tamela and Arthur McDowell in this matter. In addition, the Motion to Allow Substitution of Counsel for James Doyle is hereby GRANTED.

New Orleans, Louisiana, this   9th   day of            May               , 2013.

Eldon E. Fallon
United States District Court Judge