UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
     PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

THIS DOCUMENT RELATES TO:
ALL CASES AND                                             SECTION: L
Payton, et al. v. Knauf Gips, KG, et al             JUDGE FALLON
Case No. 2:09-cv-07628 (E.D. La.)                MAG.JUDGE WILKINSON

## PLAINTIFFS NOTICE OF OPTING IN TO SETTLEMENT

Pursuant to the settlement arrived at between the parties on 5/9/2013, Plaintiff Gregory Friedlander provides this notice of his intent to opt back in to the settlement subject to the agreement of the parties.

Respectfully submitted
s/ Gregory Friedlander

Gregory Friedlander, pro se
01888 Bar Number
E-Mail Address: Isee3@aol.com
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934
251-4700303
Fax: 888-441-2123

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I electronically filed the foregoing with the Clerk
of court by using the CM/ECF system which will send a notice of electronic filing to the following: (List Names of persons electronically noticed below). I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: (None).

s/ Gregory Friedlander
Gregory Friedlander
01888 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934
251-4700303
888-441-2123

Attorney's E-Mail Address: Isee3@aol.com

Service List
Arnold Levin
Levin, Fishbein, Sedran &Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:(504)599-8194 Fax: (504) 599-8145