UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Wiltz, et. al. v. Beijing New Building | ) | MAG. JUDGE WILKINSON |
| Materials Public Limited Co., et al. | ) | |
| Case No. 10-361 | ) | |
| | ) | |
| _____ | ) | |

## <u>ORDER</u>

Considering the law firm of Colson Hicks Eidson Colson Cooper Matthews

Martinez Gonzalez Kalbac & Kane's Motion to Withdraw as Counsel for Plaintiff Arledys

Gallardo,

IT IS ORDERED that the Motion to Withdraw is GRANTED and the law firm of

Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane is

permitted to withdraw as counsel for Plaintiff Arledys Gallardo in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge