UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al. Case No. 10-361 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## **MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

The law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane, counsel for Plaintiffs Santiago & Daphini Jimenez, hereby files its Memorandum in Support of Motion to Withdraw as Counsel for Plaintiffs Santiago & Daphini Jimenez. In support thereof, Movants state as follows:

Plaintiffs' counsel, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane has encountered irreconcilable differences with Plaintiffs on issues involving the case. Under the circumstances, it is requested that the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane be granted leave to withdraw as counsel for Plaintiffs.

Plaintiffs, Santiago & Daphini Jimenez, have been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiffs Santiago & Daphini Jimenez's present address is 4217 NE 16 Street, Homestead, FL, 33033, and they may be reached at (786) 371-1348.

This motion is made in good faith and will not prejudice any party.

WHEREFORE, the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiffs in the above captioned case.

        Respectfully Submitted,

        /s/ Leonard A. Davis
        RUSS M. HERMAN, ESQ. (#6819)
        LEONARD A. DAVIS, ESQ. (#14190)
        STEPHEN J. HERMAN, ESQ. (#23129)
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Tel: (504) 581-4892
        Fax: (504) 561-6024
        LDavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel, MDL 2047*

### **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of May, 2013. I further certify that the above and foregoing has been served on Plaintiffs Santiago & Daphini Jimenez, 4217 NE 16th Street, Homestead, FL, 33033, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, by Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane.

        /s/ Leonard A. Davis_____