

## LEOPOLD LAW PA
Leopold Weiss Kroeger Thomas Sobel

Friday, May 10, 2013

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
*Payton, et al., v. Knauf Gips KG, et al., Case No.: 09-7628 and Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al., Case No.: 2:11-cv-1395*

Dear Russ and Lenny:

My clients, Steve and Cathy Etter, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against Defendant, J. Helm Construction, Inc., in the above matters, reserving their rights and claims against any and all other defendants therein.

Sincerely,

GREGORY S. WEISS
gweiss@leopoldkuvin.com

GSW:tw