

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND | JUDGE FALLON |
| *Payton, et al. v. Knauf GIPS KG, et al.*, Case No. 2:09-cv-07628 | MAG. JUDGE WILKINSON |

### PLAINTIFF JOSEPH KIRN'S MOTION TO ALLOW SUBSTITUTION AND WITHDRAWAL OF COUNSEL

COMES NOW, one of Plaintiffs, Joseph Kirn, through undersigned counsel, and moves the Court to substitute, Chris T. Hellums and Booth Samuels of the law firm, Pittman, Dutton & Hellums, P.C., 2001 Park Place North, Suite 1100, Birmingham, Alabama 35203, as his counsel of record and in the place and stead of Daniel K Bryson, Esquire and the law firm of Whitfield, Bryson & Mason, LLP, 900 W. Morgan Street, Raleigh, North Carolina 27601.

Respectfully submitted,

/s/**Booth G. Samuels**
Bar Number: ASB-3180-O76S
Of Counsel for Plaintiff
Pittman, Dutton & Hellums, P.C.
2001 Park Place Tower North
Suite 1100
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile
Email: PDH-efiling@pittmandutton.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff, Joseph Kirn's Motion to Allow Substitution of Counsel has been served on Plaintiff's Liaison Counsel, Russ Herman and Defendant's Liaison Counsel Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the clerk of the court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of May, 2013.

/s/Booth G. Samuels
Bar Number: ASB-3180-O76S
Of Counsel for Plaintiff
Pittman, Dutton & Hellums, P.C.
2001 Park Place Tower North
Suite 1100
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile
Email: PDH-efiling@pittmandutton.com