IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et al.,*<br>Case No. 2:09-cv-07628 | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER SUBSTITUING COUNSEL

Upon Plaintiff Joseph Kirn's Motion to Allow Substitution and Withdrawal of Counsel, it is therefore,

ORDERED and ADJUDGED that Chris T. Hellums and Booth G. Samuels of the law firm Pittman, Dutton & Hellums, P.C. be substituted as counsel of record for Plaintiff in place of Daniel K. Bryson of the law firm Whitfield, Bryson & Mason, LLP.

SO ORDERED AND ADJUDGED, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE