UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
       PRODUCTS LIABILITY LITIGATION   : SECTION: L
                                       :
                                       : JUDGE FALLON
                                       : MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motion for Reimbursement of Assessment Contributions, filed on behalf of the Plaintiffs' Steering Committee (R. Doc. 16774), **IT IS ORDERED** that this Motion be and is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Tuesday, May 21, 2013.  Responses in opposition to this Motion shall be filed on or before 12:00 noon on Monday, May 20, 2013.

New Orleans, Louisiana this 17th day of May, 2013.

*Eldon E. Fallon*
United States District Judge