UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**MOTION OF SETTLEMENT CLASS COUNSEL
FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM
AND TO EXCEED PAGE LIMITATIONS**

NOW COMES, Settlement Class Counsel, who respectfully requests leave of court to file the attached Reply Memorandum in support of their Motion for an Order (1) Certifying each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement

1

Agreement, and Builders Mutual Insureds Settlement Agreement) *Relating to Virginia and Certain Other Remaining Claims*; (2) Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements, with all attached exhibits; and further requests leave of court to extend the page limits allowed for such brief.

                                      Respectfully submitted,

Dated:  May 20, 2013                  /s/ Russ M. Herman
                                      Russ M. Herman, Esquire (Bar No. 6819)
                                      Leonard A. Davis, Esquire (Bar No. 14190)
                                      Stephen J. Herman, Esquire (Bar No. 23129)
                                      HERMAN, HERMAN & KATZ, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      Ldavis@hhklawfirm.com
                                      *Plaintiffs' Liaison Counsel in MDL 2047*
                                      *And Proposed Class Counsel*

                                      Arnold Levin
                                      Fred S. Longer
                                      Sandra L. Duggan
                                      Matthew C. Gaughan
                                      LEVIN, FISHBEIN, SEDRAN &BERMAN
                                      510 Walnut Street, Suite 500
                                      Philadelphia, PA 19106
                                      Phone: (215) 592-1500
                                      Fax: (215) 592-4663
                                      Alevin@lfsblaw.com
                                      *Plaintiffs' Lead Counsel in MDL 2047*
                                      *And Proposed Class Counsel*

>Richard Serpe
>Law Offices of Richard J. Serpe
>Crown Center, Suite 310
>580 East Main Street
>Norfolk, VA 23510-2322
>Phone: (757) 233-0009
>Fax: (757) 233-0455
>rserpe@serpefirm.com
>*Proposed Class Counsel*
>
>Richard S. Lewis
>Kristen M. Ward
>HAUSFELD LLP
>1700 K St. NW, Suite 650
>Washington, D.C. 20006
>Phone: (202) 540-7200
>Fax: (202) 540-7201
>rlewis@hausfeldllp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION OF SETTLEMENT CLASS COUNSEL FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM AND TO EXCEED PAGE LIMITATION, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of May, 2013.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, L.L.C.
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>*Plaintiffs' Liaison Counsel in MDL 2047*
>*Co-counsel for Plaintiffs*