# EXHIBIT 5

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

TUAN NGUYEN,
and
COLLEEN NGUYEN,

        Plaintiffs,

    v.                                CASE NO. MDL 2047

TAISHAN GYPSUM CO., LTD., et al.,

        Defendants.

## <u>AFFIDAVIT OF RICHARD J. SERPE</u>

1.  On May 1, 2013, this Court filed an Order (Transaction ID 52074973) requesting an update on the issues raised in the correspondence from Mr. and Mrs. Nguyen (Plaintiffs) dated April 8, 2013 (Document 16788-1).

2.  By way of background, Mrs. Nguyen is a longtime client and has been an aggressive advocate for Chinese Drywall victims (*see* her website at www.victimschinesedrywall.com).  As such, we have had many meetings, phone conferences and Court appearances together over the last four years.

3.  I spent one hour on the phone with Mrs. Nguyen on April 10, 2013, and she did not mention that she had written to the Court despite the fact that her letter predated this phone call by two days.

4.  The meeting had been set up two weeks earlier, and there were multiple email responses to other questions she asked during that time period. Although we were preparing for two CDW trials in state court, we always made time for her calls, emails and meeting requests.

5.  Mrs. Nguyen had never articulated any objection to any of the Four Chinese Drywall Class Settlements *Relating to Virginia and Certain Other Remaining Claims*, which were preliminarily approved by this Court on January 17, 2013 [Rec. Doc. 16516]. In our one-hour phone conference on April 10, 2013, she expressed understanding of

the realities of the litigation (especially the profound negative impact of the pollution exclusion decisions) and she seemed to understand the answers and explanations I gave her.

6.  As of the date of this affidavit, we have not received any objections or opt outs to the Four Virginia-based Class Settlements.

7.  Following receipt of the Court Order of May 1, 2013, I had another opportunity to speak with Mrs. Nguyen on Monday, May 6, 2013. During our one-hour call, I addressed her concerns and agreed to provide her with a host of information, including copies of objections previously filed in the MDL to the Knauf and Global settlements.

8.  Since that call, we have provided voluminous documents to her, and responded to multiple email inquiries.

9.  I remain engaged with Mrs. Nguyen and have asked her to contact me if she has any continuing concerns that I may be able to assist her with before filing any objection.

10.  I declare under penalty of perjury, under the laws of the Commonwealth of Virginia that the foregoing is true and correct.

Executed this _____13th_____ day of _____MAY_____, 2013 in Norfolk, Virginia.

_____
Richard James Serpe, Esquire
580 E. Main Street, Suite 310
Norfolk, VA 23510

Notary:

City/~~County~~ of _____NORFOLK_____
Commonwealth of Virginia
The foregoing instrument was acknowledged before me this _13th_ day of _____MAY_____, 2013.

_____
Notary Public
My commission expires, _____MAY 31_____, 20_15_.

KAREN M. KINGSBURY PERREAULT
NOTARY PUBLIC
REG. #211729
MY COMMISSION EXPIRES
5/31/2015
COMMONWEALTH OF VIRGINIA