## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### AFFIDAVIT OF JULIE SJULLIE-DRMOLKA IN SUPPORT OF THE NATIONWIDE DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF APPROVAL OF THE NATIONWIDE VIRGINIA CLASS SETTLEMENT

I, Julie Sjullie-Drmolka, being of full age and under oath, state as follows:

1. I am the Environmental Claim Director for Nationwide Indemnity Company. As such, I have direct oversight and management responsibility for the Nationwide Insurance Companies' response to claims involving Chinese Drywall. I have had held this position at all

relevant times. I make this affidavit on personal knowledge and based on my review of Nationwide's claim files with respect to the Chinese Drywall claims at issue in the Nationwide Virginia Settlement now pending approval before this Court.

2. Although it is impossible to be certain at this time, it is my best estimate, based on the claim files under my supervision, including the claim files for the Nationwide insureds and alleged insureds participating in the Nationwide Virginia Settlement ("Nationwide Participating Defendants"), that approximately 150 properties may be at issue if the Nationwide Virginia Settlement is approved.

3. The Nationwide Participating Defendants include approximately two dozen Virginia-based companies including drywall installers, finishers, builders, developers and a realtor.

4. Either I or employees in my unit working under my direct supervision have personally reviewed the Nationwide insurance policies issued to each of the Nationwide Participating Defendants. Based on these policy reviews, Nationwide has reserved its rights or denied coverage, based on pollution exclusions in the subject Nationwide insurance policies and other policy provisions, with respect to all of the claims made against the Nationwide Participating Defendants by members of the class described in the Virginia Settlement Agreement.

5. All of the potentially applicable insurance policies issued by Nationwide to Nationwide Participating Defendants Residential Concepts, Ltd., Area Builders of Tidewater, Atlantic Homes, LLC (including its related company, HHJV, LLC), and Robert Scott Hodgson include pollution exclusions substantially similar to the Nationwide pollution exclusions at issue in *Nationwide Mut. Ins. Co. v. The Overlook, LLC*, 785 F. Supp. 2d 502 (E.D. Va. 2011)

("*Overlook*"). Based on these pollution exclusions (among other bases), Nationwide has reserved its rights to deny coverage for all of the Chinese Drywall claims against Residential Concepts, Area Builders of Tidewater, Atlantic Homes/HHJV, and Robert Scott Hodgson. These reservations of rights apply to the claims of the Ilich, Roskowski, Roberts/Darst and Nguyen Objectors.

6. The last potentially applicable Nationwide insurance policy issued to Nationwide Participating Defendant Robert Scott Hodgson expired on October 28, 2005. Nationwide denied coverage for the Nguyen Objector's claims against Robert Scott Hodgson in 2010, and to date, no one has contested this denial.

_____
JULIE SJULLIE-DRMOLKA

Signed to before me this
20th day of May, 2014

_____

OFFICIAL SEAL
ROSA FERRARI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/29/17

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *AFFIDAVIT OF JULIE SJULLIE-DRMOLKA IN SUPPORT OF THE NATIONWIDE DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF APPROVAL OF THE NATIONWIDE VIRGINIA CLASS SETTLEMENT* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery, on Objector, Richard Ilich, by U.S. Mail, postage prepaid, at 3107 Melrose Court, Suffolk, VA 23434, on Objectors Tuan and Colleen Nguyen, by U.S. Mail, postage prepaid, at 4409 Sheffield Drive, Virginia Beach, VA 23455, on Objector, Candi Roberts, by U.S. Mail, postage prepaid, at 21990 Landmark Lane, Waynesville, MO 65583, on Objectors Thomas and Jillann Roskowski, by U.S. Mail, postage prepaid, 701 Blackthorne Drive, Chesapeake, VA 23322, and by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of May, 2013.

/s/ *Catherine M. Colinvaux*
Catherine M. Colinvaux (Mass. Bar No. 557935)

