*TAB A*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY, *et al.*,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>THE OVERLOOK, LLC, *et al.*,<br><br>　　　　Defendants. | Civil Case No.: 4:10cv69-MSD |

## DEFENDANTS' AND COUNTERCLAIMANTS' INITIAL DISCLOSURES

All defendants and counterclaimants other than Ricky L. Edmonds (the "Insureds") make the following disclosures to plaintiff and counterdefendant Nationwide Mutual Insurance Company ("Nationwide")

**A.　Persons Likely To Have Supporting Discoverable Information**

　　1.　Steven A. Middleton
　　　　(Available through counsel)
　　　　Work done at properties; damage to properties, damages in this case, claim details

　　2.　Nationwide (including its past and present employees)
　　　　Claim details

　　3.　Persons identified below. (The properties identified are referred to as the "Properties.")
　　　　Work done at properties; damage to properties, damages in this case, claim details

Mr. Steven Meyers
700 S. Laurel Street
Richmond, VA 23220
Cost of repairs - $40,908.43

Mr. William Wingfield
702 S. Laurel Street
Richmond, VA 23220
Cost of repairs - $47,863.31

Mr. Hunter Hoggatt
704 S. Laurel Street
Richmond, VA 23220
Cost of repairs - $53,784.79

Ms. Carolyn Buckley
706 S. Laurel Street
Richmond, VA 23220
Cost of repairs - $44,462.43

Dr. Arnuldo Ramirez
708 S. Laurel Street
Richmond, VA 23220
Cost of repairs - $50,461.48

Overlook, LLC
710 S. Laurel Street
Richmond, VA 23220
Cost of repairs - $55,595.92
(sold on July 29, 2009 after repairs were completed)

Mr. Ricky Edmonds
801 Holly Street
Richmond, VA 23220
(repairs not made – no waiver signed)

Mr. Hean Yuth
803 Holly Street
Richmond, VA 23220
Cost of repairs - $41,921.07

Mr. Derrick Le
805 Holly Street
Richmond, VA 23220
Cost of repairs - $42,042.78

Mr. Dan Quirk
807 Holly Street
Richmond, VA 23220
Cost of repairs - $36,985.43

Overlook, LLC
809 Holly Street
Richmond, VA 23220
Cost of repairs - $40,090.44

Vista Middleton, LLC
714 S. Pine Street
Richmond, VA 23220
Cost of repairs - $76,513.81

Mr. Ken Delhagen
716 S. Pine Street
Richmond, VA 23220
Cost of repairs - $46,327.41

4. Persons who performed work at the Properties
Work done at properties; damage to properties, damages in this case, claim details

5. Any other persons named or otherwise identified or named by Nationwide in its Rule 26 disclosures, including its documents

B. **Documents To Support Claims**

The Insureds identify the following potentially-responsive documents by category:

1. The Nationwide insurance policies applicable to the Insureds for the claims

2. Documents regarding the ownership and transfer of the Properties

3. Construction documents regarding the work at the Properties

    4.       The Nationwide claim file

    5.       All documents identified or produced by Nationwide under Rule 26(f) or in discovery

**C.**    <u>**Damages**</u>

See above for property-specific damages

**D.**    <u>**Insurance Agreement**</u>

This suit seeks to recover on Nationwide insurance policies. Nationwide may have its own insurance, whether reinsurance or otherwise, that is responsible for any amounts ultimately paid.

Respectfully submitted,

THE OVERLOOK, LLC, STEVEN A. MIDDLETON, AND VISTA MIDDLETON, LLC

    /s/
John J. Rasmussen
Virginia State Bar No. 45787
Attorney for Defendants The Overlook, LLC, Steven A. Middleton, and Vista Middleton, LLC

INSURANCE RECOVERY LAW GROUP, PLC
PO Box 8049
Richmond, Virginia 23223-0049
Telephone:   (804) 308-1359
Facsimile:    (804) 308-1349
E-mail:       jjr@insurance-recovery.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August, 2010, I will serve via email:

      Rule 26 disclosures

on:

Catherine M. Colinvaux, Esq.
Seth V. Jackson, Esq.
ZELLE HOFMANN VOELBEL & MASON LLP
950 Winter Street
Suite 1300
Waltham, MA 02451
Telephone:    (781) 466-0700
Facsimile:    (781) 466-0701
ccolinvaux@zelle.com
sjackson@zelle.com

Lawrence A. Dunn, Esq.
MORRIS & MORRIS, P.C P.O. Box 30
Richmond, Virginia 23218--0030
Telephone:    (804) 344-8300
Facsimile:    (804) 344-8359

Scott J. Ryskoski, Esq.
RYSKOSKI LAW P.L.L.C.
556 Silicon Drive
Suite 100
Southlake, TX 76092
Telephone:    (817) 310-3527
Facsimile:    (817) 310-0141
sjr@ryskoskilaw.com
*Counsel for Plaintiffs*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, P.C.
580 E. Main Street, Suite 310
Norfolk, VA 23510-2322
Telephone:    (757) 233-0009
Facsimile:    (757) 233-0455
rserpe@serepefirm.com

Michael Imprevento, Esq.
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
1000 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510

Telephone: (757) 622-6000
Facsimile: (757) 670-3939
mimprevento@breitdrescher.com
*Attorneys for Ricky L. Edmonds*

                /s/
John J. Rasmussen
Virginia State Bar No. 45787
Attorney for defendants The Overlook, LLC, Steven A. Middleton, and Vista Middleton, LLC,

INSURANCE RECOVERY LAW
     GROUP, PLC
PO Box 8049
Richmond, Virginia 23223-0049
Telephone: (804) 308-1359
Facsimile: (804) 308-1349
E-mail: jjr@insurance-recovery.com