# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf GIPS KG, et al.,*<br>Case No. 2:09-cv-07628 | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER SUBSTITUING COUNSEL

Upon Plaintiffs Miriam and Chris Wood's Motion to Allow Substitution and Withdrawal of Counsel, it is therefore,

ORDERED and ADJUDGED that Daniel K. Bryson of the law firm Whitfield, Bryson & Mason, LLP be substituted as counsel of record for Plaintiff in place of Chris T. Hellums and Booth G. Samuels of the law firm Pittman, Dutton & Hellums, P.C.

New Orleans, Louisiana this 20th day of May, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE