MINUTE ENTRY
FALLON, J.
MAY 21, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Russ Herman, Esq.  Plaintiffs

---

Motion of the Plaintiffs' Steering Committee for Reimbursement of Assessment Contributions (16774)

No objections by any party - Motion GRANTED


JS10:    :01