MINUTE ENTRY
FALLON, J.
MAY 21, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED                    MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION                     SECTION: L

THIS DOCUMENT RELATES TO:                      JUDGE FALLON
ALL CASES                                      MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Richard Lewis, Esq., for the Plaintiffs' Steering Committee
               Richard Serpe, Esq., for Plaintiffs (by phone)
               Russ Herman, Esq., for Plaintiffs' Steering Committee
               Judge Mary Jane Hall, Norfolk Virginia Circuit Court (by phone)

JOINT FAIRNESS HEARING regarding the Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement Relating to Virginia and Certain Other Remaining Claims   (16516)

After argument from counsel and several Objectors - this matter is TAKEN UNDER SUBMISSION


JS10:   :58