UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**
**MOTION FOR REIMBURSEMENT**
**OF ASSESSMENT CONTRIBUTIONS**

Considering the Motion for Reimbursement of Assessment Contributions filed by Russ M. Herman, Plaintiffs' Liaison Counsel, on behalf of the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that reimbursement of total assessment contributions in the amount of $11,435,000.00 be paid by the Knauf Defendants, which funds shall be an advance paid by the Knauf Defendants towards attorneys' fees due under the Knauf Settlement Agreement.

IT IS FURTHER ORDERED BY THE COURT that upon receipt of the funds by Russ M. Herman, Plaintiffs' Liaison Counsel, from the Knauf Defendants, Russ M. Herman, Plaintiffs' Liaison Counsel, shall remit those funds to the following law firms who shall receive at least 80% of their total assessment contributions as outlined below, with the balance to be reimbursed at an appropriate later date:

1

| PSC MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
|---|---|---|
| Baron & Budd | $700,000.00 | $560,000.00 |
| Barrios Kingsdorf & Casteix | $700,000.00 | $560,000.00 |
| Becnel Law Firm | $700,000.00 | $560,000.00 |
| Colson Hicks Eidson | $700,000.00 | $560,000.00 |
| Gainsburgh Benjamin et al | $700,000.00 | $560,000.00 |
| Herman Herman & Katz, LLC | $700,000.00 | $560,000.00 |
| Lambert & Nelson | $700,000.00 | $560,000.00 |
| Levin Papantonio | $700,000.00 | $560,000.00 |
| PSC MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
| Levin Fishbein Sedran & Berman | $700,000.00 | $560,000.00 |
| Lewis & Roberts PLC | $400,000.00 | $320,000.00 |
| Lumpkin & Reeves, PLLC | $650,000.00 | $520,000.00 |
| Morgan & Morgan | $700,000.00 | $560,000.00 |
| Parker Waichman Alonso LLP | $700,000.00 | $560,000.00 |
| Podhurst Orseck | $700,000.00 | $560,000.00 |
| Seeger Weiss | $700,000.00 | $560,000.00 |
| Law Office of Richard Serpe, PC | $375,000.00 | $300,000.00 |
| | | |
| COMMITTEE CO-CHAIRS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
| Alters Boldt Brown Rash & Culmo | $50,000.00 | $40,000.00 |
| Hausefeld LLP | $175,000.00 | $140,000.00 |
| Irpino Law Firm | $50,000.00 | $40,000.00 |

| COMMITTEE CO-CHAIRS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
|---|---|---|
| Law Office of Robert Becnel | $75,000.00 | $60,000.00 |
| Lemmon Law Firm | $150,000.00 | $120,000.00 |
| Mason Law Firm, LLP | $50,000.00 | $40,000.00 |
| Reich & Binstock, LLP | $50,000.00 | $40,000.00 |
| W. James Singleton | $50,000.00 | $40,000.00 |
|  |  |  |
| COMMITTEE MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
| Andry Law Firm | $10,000.00 | $8,000.00 |
| Aronfield Trial Lawyers | $10,000.00 | $8,000.00 |
| Aylstock, Witkin, Kreis & Overholtz | $10,000.00 | $8,000.00 |
| Bencomo & Associates | $10,000.00 | $8,000.00 |
| Berrigan Litchfield Schonekas | $10,000.00 | $8,000.00 |
| Collins - Live Oak | $10,000.00 | $8,000.00 |
| Cuneo Gilbert & Laduca, LLP | $10,000.00 | $8,000.00 |
| Gary Naegle & Theado, LLC | $10,000.00 | $8,000.00 |
| Glago Law Firm, LLC | $10,000.00 | $8,000.00 |
| Hawkins Stracener & Gibson PLLC | $10,000.00 | $8,000.00 |
| Ingram & Associates | $10,000.00 | $8,000.00 |
| Joel Robert Rhine | $10,000.00 | $8,000.00 |
| Joseph M. Bruno, APLC | $10,000.00 | $8,000.00 |
| Kanner & Whiteley, LLC | $10,000.00 | $8,000.00 |
| Landskroner Grieco Madden, LLC | $10,000.00 | $8,000.00 |

| COMMITTEE MEMBERS | TOTAL ASSESSMENT CONTRIBUTION | 80% OF TOTAL ASSESSMENT CONTRIBUTION |
|---|---|---|
| Law Offices of Sidney Torres, III. | $10,000.00 | $8,000.00 |
| Law Office of Webb & Scarmozzlino, PA | $10,000.00 | $8,000.00 |
| Leopold-Kuvin PA | $10,000.00 | $8,000.00 |
| Lockridge Grindal Nauen PLLP | $10,000.00 | $8,000.00 |
| Luckey & Mullins, PLLC | $10,000.00 | $8,000.00 |
| Marzell & Bickford, APC | $10,000.00 | $8,000.00 |
| Morris Bart, LLC | $10,000.00 | $8,000.00 |
| Pendley Baudin & Coffin, LLP | $10,000.00 | $8,000.00 |
| Rodanast | $10,000.00 | $8,000.00 |
| Strom Law Firm | $10,000.00 | $8,000.00 |
| Thornhill Law Firm | $10,000.00 | $8,000.00 |
|  |  |  |
| *GRAND TOTAL:* | **$11,435,000.00** | **$9,148,000.00** |

New Orleans, Louisiana, this 21st day of May, 2013.

Eldon E. Fallon
United States District Court Judge

4