UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al., Case No.: 09-7628 (E.D.La.)* | |

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Gregory S. Weiss, Esquire and the firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A., counsel of record for Plaintiffs, JAMES VIGNES and ANDREA VIGNES, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Plaintiffs. Written notice of the proposed withdrawal has been served on Plaintiff (Exhibit A).

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Plaintiffs, James Vignes and Andrea Vignes, in the above referenced case.

Respectfully submitted,

Dated: May 22, 2013

/s/ Gregory S. Weiss
Gregory S. Weiss, Esq.
(Florida Bar No.: 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
gweiss@leopold-law.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail, regular mail, and electronic mail to: James and Andrea Vignes, alvignes00@gmail.com, 18630 Lost Lane, North Fort Myers, FL 33913 on this 22nd day of May, 2013.

                                            s/GREGORY S. WEISS
                                            GREGORY S. WEISS
                                            (Florida Bar No.: 163430)
                                            LEOPOLD LAW, P.A.
                                            2925 PGA Boulevard, Suite 200
                                            Palm Beach Gardens, FL 33410
                                            Telephone:  (561) 515-1400
                                            Facsimile:   (561) 515-1401
                                            gweiss@leopold-law.com



# LEOPOLD LAW PA
Leopold Weiss Kroeger Thomas Sobel

**Certified Article Number**
7196 9008 9111 7092 1708
**SENDERS RECORD**

**Sent Certified Mail**
**7196 9008 9111 7092 1708**

Monday, May 13, 2013

James and Andrea Vignes
18630 Lost Lane
North Fort Myers, FL  33913

Re:   **Chinese-Manufactured Drywall Products Liability Litigation** (MDL Case No. 2047)

Dear Mr. and Mrs. Vignes:

Thank you for retaining our firm regarding your potential claim for defective drywall for your property located at 18630 Lost Lane, North Fort Myers, FL 33913. Unfortunately, after being unable to obtain further information from you despite several attempts to contact you, we will not be able to further assist you in this matter. Our inability to assist you does not mean that this case is without merit, and moreover, you currently have a claim pending in MDL 2047 (see enclosed Plaintiff Profile Form). We suggest you seek another attorney to assist you if you wish to pursue this matter.

Please be aware that matters not already filed in MDL 2047 may be subject to one or more statutes of limitation. In other words, the lawsuit must be filed within a certain period of time or be forever barred. It is important that you consult with another attorney immediately if you wish to preserve the right to sue. For matters pending in MDL 2047, we will formally move to withdraw.

Thank you for giving us the opportunity to consider your case. Since we are withdrawing from representing you in this matter, we are closing our file and will not be contacting you further, save regarding the Motion to Withdraw.

If we can be of assistance in any other matters, please feel free to call.

Very truly yours,

GREGORY S. WEISS
GSW:tw

Encl.
Cc:   Robert D. Gary, Esq.

**EXHIBIT A**

2925 PGA Boulevard   Suite 200   Palm Beach Gardens   Florida  33410   561.515.1400   fax 561.515.1401   leopold-law.com

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

**For Internal Use Only**  
File Number: _____  
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: **JAMES & ANDREA VIGNES**  
Address of Affected Property: **18630 LOST LANE**  
**N. FT. MYERS, FL 33913**

Is this Property: [X] Residential [ ] Commercial [ ] Governmental  
Name of Person Completing this Form: **ANDREA VIGNES**  
Is above your primary residence? (●) Yes ( ) No  
Mailing Address (if different): _____

Phone: (239) 340 - 4484  
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant  
Represented By: **LEOPOLD-KUVIN, P.A.**  
Address: **2925 PGA BLVD, STE 200**  
**PALM BEACH GARDENS, FL 33410**

Phone: (561) 515 - 1400  
Case No. /Docket Info: _____

## Section II. Insurance Information

Homeowner/Renter Insurer: **ASI**  
Policy #: **SLD74211**  
Agent: **ROSIER INSURANCE**  
Address: **9696 BONITA BEACH RD, STE 203**  
**BONITA SPRINGS, FL 34135**  
Phone: (239) 444 - 1414  

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| JAMES VIGNES | 11 / / 06 | / / | [X] M / F | 10 /18 /53 | Yes (No) | Owner-Occupant |
| ANDREA VIGNES | 11 / / 06 | / / | M / [X] F | 06 /09 /66 | (Yes) No | Owner-Occupant |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT A**

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☒ Yes  ☐ No

   1.1. If "Yes" to Question 1.0 Section IV, Who conducted the inspection? **TIM TOWNSEND, UNIVERSITY OF FLORIDA**
   1.2. When did the inspection take place? **01/20/10**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes  ☐ No

   2.1. If "Yes" to Question 2.0, Section IV, Who made this determination? **TIM TOWNSEND, UNIVERSITY OF FLORIDA**
   2.2. When was this determination made? **01/20/10**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| KNAUF | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1280 | Occupied | ☒ | |
| Estimated Sq. Ft. of Drywall | | Year-Round | ☒ | |
| Height of Interior Walls | 14' | Summer | | |
| Number of Bedrooms | 3 | Winter | | |
| Number of Bathrooms | 2 | | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/CPVC Plastic Pipes | | | ☒ |
| Copper Pipes | ☒ | | |
| Copper Fittings | ☒ | | |
| Other Fixtures | ☒ | | |
| Was drywall present in the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☒ | | |
| Switches | ☒ | | |
| Wire Runs | | | ☒ |
| Main Panel | | | ☒ |
| Exposed Copper Wires | ☒ | | |
| Was drywall present in the electrical system? | | ☒ | |
| Dates: | | | |

* Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section IX. Drywall Installer

Drywall Installer's Name:
**SOUTHERN DRYWALL & TEXTURER**
Address: **CAPE CORAL, FL**
Phone:

### Section VII. Construction/Renovation Information

Date Range for Your Home Construction (Month/Day/Year)
Start Date: / /05   Completion Date: 11/ /06
Move in Date: 11/ /06   Date Acquired Home: 11/ /06

Date Range for Any Renovations (Month/Day/Year)
Start Date: / /   Completion Date: / /
Move in Date: / /

Renovation(s)

| | Yes | No | N/A |
|---|---|---|---|
| First Floor 1/2 Wall of drywall replaced | | | |
| First Floor Full Wall of drywall replaced | | | |
| Second Floor Any drywall replaced | | | |

### Section VIII. Homebuilder, General Contractor, Developer Information

Homebuilder/General Contractor/Developer's Name:
**WOODLAND HOMES**
Address: **1919 COORNEY DR, UNIT 1H**
**FORT MYERS, FL**
Phone: (239) 936-4292

* Attach Copy of Construction/Renovation Contract
* Attach Copy of New Home Warranty Declaration

### Section X. Drywall Supplier

Drywall Supplier's Name:
**SOUTHERN DRYWALL & TEXTURER**
Address: **CAPE CORAL, FL**
Phone:

Vignes (Leopold-Kuvin)000002

EXHIBIT A

01/27/2010  11:30   2396566733                    PAKMAIL US340                              PAGE  07/15

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_James F Vignes_  _1-22-2010_             _____  _____
Claimant's Signature  Date Signed           Claimant's Signature   Date Signed

_Andrea L Vignes_  _1-27-10_                _____  _____
Claimant's Signature  Date Signed           Claimant's Signature   Date Signed

_____  _____              _____  _____
Claimant's Signature  Date Signed           Claimant's Signature   Date Signed

Vignes (Leopold-Kuvin)000005


EXHIBIT A