# EXHIBIT 2



# Richard V. Leland, II
*Attorney & Counsellor at Law*

**6064 Indian River Road, Suite 204**
**Virginia Beach, Virginia 23464**
Phone No. 757-747-6000   rvleland@earthlink.net   Facsimile No. 757-420-0284

May 16, 2013

Russ Herman
Herman, Herman & Katz, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut St., Suite 500
Philadelphia, PA 19108

Richard Serpe
Law Offices of Richard Serpe, P.C.
580 East Main St.
Norfolk, VA 23510

In re:   Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047
Keith Hanley, et al. v. Sadler Bldg. Corp., et al.
Circuit Court for Isle of Wight heard in the Suffolk Circuit (CL11-0547)

Dear Court Representatives:

At this point in time there has been too little information disseminated to the claimants to evaluate the settlement being purposed in the referenced litigation. It is impossible to with any certainty to even approximate the monetary settlements for the individual claimants. Therefore, rather than objecting to the settlement, we simply ask that more information be disseminated which will allow claimants to know what is being offered and that additional time be provided after additional information is disseminated prior to any final opt out date.

Further, I do not intend to be present at the upcoming Fairness Hearing to represent my clients nor do they intend to be present.

I thank you for consideration of this correspondence and I remain

Sincerely yours,

Richard V. Leland, II
On behalf of Keith & Lily Hanley