# SIIC SHANGHAI INTERNATIONAL TRADE (GROUP) CO.,LTD.

| To: | C.C. |
|---|---|
| Russ M. Herman, Esquire<br>Leonard A. Davis, Esquire<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113 | Loretta G..Whyte , Clerk of Court<br>U.S. District Court<br>500 Poydras Street, Room C-151<br>New Orleans, LA 70130<br>Phone: (504) 589-7600 |

**Re: Case No. 11-1395 Section L**

Regarding the claims filed by the Plaintiffs of the captioned case, SIIC Shanghai International Trade (Group) Co., Ltd (hereinafter referred to as "SIIC") hereby states its position as below:

SIIC has never engaged in any business and/or transactions in relation to manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing and selling Chinese manufactured drywalls as stated in the Plaintiffs' complaint.

All and any of the allegations, claims and statements in the complaint are totally and completely denied and rejected, and shall be dismissed by the court.

SIIC reserves the right to claim and recover any and all the costs, losses and damages incurred by the Plaintiffs' claim.

Date: May 13, 2013

Signature:

For and on behalf of SIIC

# DHL EXPRESS
## TERMS AND CONDITIONS OF CARRIAGE
("Terms and Conditions")

**IMPORTANT NOTICE**

When ordering DHL's services you, as "Shipper", are agreeing, on your behalf and on behalf of anyone else with an interest in the Shipment, that the Terms and Conditions shall apply from the time that DHL accepts the Shipment unless otherwise agreed in writing by an authorized officer of DHL. Your statutory rights and entitlements under any defined service feature (for which additional payment has been made) are not affected.

"Shipment" means all documents or parcels that travel under one waybill and which maybe carried by any means DHL chooses, including air, road or any other carrier. A "waybill" shall include any label produced by DHL automated systems, air waybill, or consignment note and shall incorporate these Terms and Conditions. Every Shipment is transported on a limited liability basis as provided herein. If Shipper requires greater protection, then insurance may be arranged at an additional cost. (Please see below for further information). "DHL" means any member of the DHL Express Network.

**1. Customs, Exports and Imports**
DHL may perform any of the following activities on Shipper's behalf in order to provide its services to Shipper: (1) complete any documents, amend product or service codes, and pay any duties or taxes required under applicable laws and regulations, (2) act as Shipper's forwarding agent for customs and export control purposes and as Receiver solely for the purpose of designating a customs broker to perform customs clearance and entry and (3) redirect the Shipment to Receiver's import broker or other address upon request by any person who DHL believes in its reasonable opinion to be authorized.

**2. Unacceptable Shipments**
Shipper agrees that its Shipment is acceptable for transportation and is deemed unacceptable if:
it is classified as hazardous material, dangerous goods, prohibited or restricted articles by IATA (International Air Transport Association), ICAO (International Civil Aviation Organization), any applicable government department or other relevant organization;
no customs declaration is made when required by applicable customs regulations; or
DHL decides it cannot transport an item safely or legally (such items include but are not limited to: animals, bullion, currency, bearer form negotiable instruments, precious metals and stones, firearms, parts thereof and ammunition, human remains, pornography and illegal narcotics/drugs).

**3. Deliveries & Undeliverable**
Shipments cannot be delivered to PO boxes or postal codes. Shipments are delivered to the Receiver's address given by Shipper (which in the case of mail services shall be deemed to be the first receiving postal service) but not necessarily to the named Receiver personally. Shipments to addresses with a central receiving area will be delivered to that area. If Receiver refuses delivery or to pay for delivery, or the Shipment is deemed to be unacceptable, or it has been undervalued for customs purposes, or Receiver cannot be reasonably identified or located, DHL shall use reasonable efforts to return the Shipment to Shipper at Shipper's cost, failing which the shipment may be released, disposed of or sold by DHL without incurring any liability whatsoever to Shipper or anyone else, with the proceeds applied against service charges and related administrative costs and the balance of the proceeds of a sale to be returned to Shipper.

**4. Inspection**
DHL has the right to open and inspect a Shipment without prior notice to Shipper.

**5. Shipment Charges & Billing**
DHL's Shipment charges are calculated according to the higher of actual or volumetric weight and any Shipment may be re-weighed and re-measured by DHL to confirm this calculation. Shipper shall pay or reimburse DHL for all Shipment charges, storage charges, duties and taxes owed for services provided by DHL or incurred by DHL on Shipper's or Receiver's or any third party's behalf and all claims, damages, fines and expenses incurred if the Shipment is deemed unacceptable for transport as described in Section 2.

**6. DHL's Liability**
DHL contracts with Shipper on the basis that DHL's liability is strictly limited to direct loss only and to the per kilo/Lb limits in this Section 6. All other types of loss or damage are excluded (including but not limited to lost profits, income, interest, future business), whether such loss or damage is special or indirect, and even if the risk of such loss or damage was brought to DHL's attention before or after acceptance of the Shipment since special risks can be insured by Shipper. If a Shipment combines carriage by air, road or other mode of transport, it shall be presumed that any loss or damage occurred during the air period of such carriage unless proven otherwise. DHL's liability in respect one Shipment transported, without prejudice to Sections 7-11, is limited to its actual cash value and shall not exceed the greater of $US 100 or:

$US 20.00/kilogram or $US 9.07/lb for Shipments transported by air or other non-road mode of transportation; or
$US 10.00/Kilogram or $US 4.54/lb for Shipments transported by road (not applicable to the US).
Claims are limited to one claim per Shipment settlement of which will be full and final settlement for all loss or damage in connection therewith. If Shipper regards these limits as insufficient it must make a special declaration of value and request insurance as described in Section 8 (Shipment Insurance) or make its own insurance arrangements, failing which Shipper assumes all risks of loss or damage.

For China Domestic shipments
DHL's liability in respect of any one shipment transported within the boundaries of P.R.China,is limited to RMB20.00/kilogram.

**7. Time Limits for Claims**
All claims must be submitted in writing to DHL within thirty (30) days from the date that DHL accepted the Shipment, failing which DHL shall have no liability whatsoever.

**8. Shipment Insurance**
DHL can arrange insurance for Shipper covering the actual cash value in respect of loss of or physical damage to the Shipment, provided the Shipper completes the insurance section on the front of the waybill or requests it via DHL's automated systems and pays the applicable premium. Shipment insurance does not cover indirect loss or damage, or loss or damage caused by delays.

**9. Delayed Shipments**
DHL will make every reasonable effort to deliver the Shipment DHL according to DHL's regular delivery schedules, but these are not guaranteed and do not form part of the contract. DHL is not liable for any damages or loss caused by delays.

**10. Circumstances beyond DHL's control**
DHL is not liable for any loss or damage arising out of circumstances DHL beyond DHL's control. These include but are not limited to: "Act of God" - e.g. earthquake, cyclone, storm, flood, fog; "Force Majeure" war, plane crash or embargo; any defect or characteristic e.g. related to the nature of the Shipment, even if known to DHL; riot or civil commotion; any act or omission by a person not employed or contracted by DHL, e.g. Shipper, Receiver, third party customs or other government official; industrial action; and electrical or magnetic damage to, or erasure of, electronic or photographic images, data or recordings.

**11. Warsaw Convention/Montreal Conventions**
If the Shipment is transported by air and involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention or the Montreal Convention, if applicable, governs and in most cases limits DHL's liability for loss or damage.

**12. Shipper's Warranties and Indemnity**
Shipper shall indemnify and hold DHL harmless for any loss or damage arising out of Shipper's failure to comply with any applicable laws or regulations and for Shipper's breach of the following warranties and representations: that all information provided by Shipper or its representatives is complete and accurate;
the Shipment was prepared in secure premises by Shipper's employees;
Shipper employed reliable staff to prepare the Shipment;
Shipper protected the Shipment against unauthorised interference during preparation, storage and transportation to DHL;
the Shipment is properly marked and addressed and packed to ensure safe transportation with ordinary care in handling;
all applicable customs, import, export and other laws and regulations have been complied with; and
the waybill has been signed by Shipper's authorised representative and the Terms and Conditions constitute binding and enforceable obligations of Shipper.

**13. Routing**
Shipper agrees to all routing and diversion, including the possibility that the Shipment may be carried via intermediate stopping places.

**14. Governing Law**
Any dispute arising under or in any way connected with these Terms and Conditions shall be subject, for the benefit of DHL, to the non-exclusive jurisdiction of the courts of, and governed by the law of, the country of origin of the Shipment and Shipper irrevocably submits to such jurisdiction, unless contrary to applicable law.

**15. Severability**
The invalidity or unenforceability of any provision shall not affect any other part of these Terms and Conditions.
Not available for mail services*

---
*Fold Here*
---

**EXPRESS WORLDWIDE (DOC)**
DCON v3.3

**From:** ADMINSTRATION OFFICE  Tel/Ph: 008621
SIIC SHA INTL TRADE (GROUP) CO.,LTD
30F SHANGHAI INVESTMENT BLDG
NO.18 CAOXI ROAN(N)
SHANGHAI
SHANGHAI  200030
China, People's Republic

**DOX**

Origin:
**SHA**

**To :** U.S.District Court
Lorreta G.Whyte
500 Poydras Street
Room C-151
New Orleans LA 70130
New Orleans LA 70130
United States Of America

Tel/Ph: (504)5897600

**US-MSY**

Ref.:
Account No.: 600010908

Date: 2013-05-16
Weight: 0.50kg
Day:    Time:
Pieces 1/1



WAYBILL 99 7478 7852



(2L)US70130+42000000

(JJD01 4459 6812 7057 7534

Contents:
Reply to 11-1395 Section L

Recipient's Copy Piece 1 of 1