UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**CLASS COUNSELS' MOTION TO EXTEND
REGISTRATION PERIOD AND TO ESTABLISH CLAIM SUBMISSION PERIOD**

NOW COMES, Class Counsel, Russ M. Herman and Arnold Levin, who move the Court for an Order extending the deadline for the Registration Period as set forth in the Order issued by the Court on March 27, 2013 [Rec. Doc. 16642] and to establish a time frame for the submission of claims into the Settlement Program (a "Claim Submission Period"), for the reasons more fully set forth in the attached memorandum in support. Class Counsel requests that the close date for the Registration Period be extended from May 25, 2013 until June 24, 2013 and that the Claim Submission Period have a close date of August 26, 2013.

Respectfully submitted,

Dated: May 23, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

1

>Arnold Levin
>Fred S. Longer
>Sandra L. Duggan
>Matthew C. Gaughan
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel in MDL 2047*
>*and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of May, 2013.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>Herman, Herman & Katz, L.L.C.
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>*Plaintiffs' Liaison Counsel*
>*MDL 2047*
>*Co-counsel for Plaintiffs*