## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

## CLASS COUNSELS' MEMORANDUM IN SUPPORT OF MOTION TO EXTEND REGISTRATION PERIOD AND TO ESTABLISH CLAIM SUBMISSION PERIOD

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted in support of the Motion to Extend Registration Period and to Establish Claim Submission Period filed by Class Counsel, Russ M. Herman and Arnold Levin.

On March 27, 2013, the Court issued an Order [Rec. Doc. 16642] setting forth procedures and deadlines for registration of claims associated with the Class Settlements.  The Registration Period in the March 27, 2013 Order is to close on May 25, 2013. Although a number of claims have been registered, additional time is necessary for registrants and counsel; and, therefore, request is made to extend the close date until June 24, 2013.  Further, it is appropriate that claims be submitted into the Settlement Program and that a deadline for submission of claims be established.

The Settlement Administrator, BrownGreer, has advised that it will begin accepting claim submissions from Class Members in the Class Settlements on Monday, May 27, 2013, and that submission of claims should be made to the Settlement Administrator at the Chinese Drywall Settlement Program MDL 2047 portal.  Claimants should have at least sixty (60) days from the close

1

of the Registration Period or until August 26, 2013 to submit completed Claim Forms.  This time frame will enable Class Members to gather materials, submit the materials, and enable the Class Settlements to proceed efficiently.

                              Respectfully submitted,

Dated: May 23, 2013                /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of May, 2013.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel*
      *MDL 2047*
      *Co-counsel for Plaintiffs*