IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:11-cv-1363)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE

The law firm of Markow Walker, P.A., by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant Holder Construction in this matter and requests that Court and counsel henceforth serve all pleadings and papers intended for this Defendant upon the undersigned. An entry of appearance was previously submitted in this matter during January 2012 but may have been submitted only through Lexis File and Serve.

RESPECTFULLY SUBMITTED, this the 24th day of May, 2013.

Holder Construction

By:  /s/ Jeff Moffett
JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 24th day of May, 2013.

      By:    */s/ Jeff Moffett*
              JEFFREY S. MOFFETT