IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL. NO: 2047 |
| | SECTION: L |
| (Relates to 2:11-cv-1363) | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered the motion to withdraw as counsel for Defendant Holder Construction, filed by Jeff Moffett, Esq. and the law firm of Markow Walker, P.A., the Court hereby finds the motion should be and is granted.

THIS the _____ day of _____, 2013.

_____
U.S. DISTRICT COURT JUDGE