# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## O R D E R

Considering the Motion to Extend Registration Period and to Establish Claim Submission Period filed by Class Counsel, Russ M. Herman and Arnold Levin;

IT IS ORDERED BY THE COURT that the motion is GRANTED;

IT IS FURTHER ORDERED BY THE COURT the Registration Period set forth in the Court's Order of March 27, 2013 [Rec. Doc. 16642], is extended from May 25, 2013 and will now close on June 24, 2013.  Absent good cause shown, only claims registered during the Registration Period will be allowed to participate and be eligible for compensation in any of the Class Settlements referenced in paragraph 1 of the March 27, 2013 Order.  All of the remaining provisions of the March 27, 2013 Order shall remain in full force and effect.

IT IS FURTHER ORDERED BY THE COURT that all Registrants who have timely registered during the Registration Period by submitting a properly completed Registration Form, shall submit online or in hard copy form the information necessary to file a claim (the "Claim Form").  The Claim Form shall be made in the following manner:

    a.    By using the online Claim Form available at: https://chinesedrywallclass.com or at https://www3.browngreer.com/drywall; or

b.  Although it may be easier to complete and process a claim using the online claim filing process, if a claimant desires to utilize a process other than the online Claim Form, the claimant shall obtain a copy of the appropriate Claim Form by going to https://www3.browngreer.com/drywall, downloading the form, completing it and submitting it to the Settlement Administrator at the address below, or alternatively, may call the Settlement Administrator to secure the necessary forms at (866) 866-1729. If a Claim Form is delivered by mail, it should be sent by Registered U.S. Mail or other delivery service that reflects proof of delivery.

> Chinese Drywall Settlement Administrator
> P.O. Box 25401
> Richmond, VA 23260

IT IS FURTHER ORDERED BY THE COURT that submission of Claim Forms may begin on Monday, May 27, 2013, and will close on August 26, 2013 (the "Claim Submission Period"). Absent good cause shown, only claims submitted during the Claim Submission Period will be allowed to participate and be eligible for compensation in any of the Class Settlements referenced in paragraph 1 of the March 27, 2013 Order.

IT IS FURTHER ORDERED BY THE COURT that a copy of this Order shall be posted on the Court's Chinese Drywall MDL Website and on the website established for the Global Settlement, www.chinesedrywallclass.com.

New Orleans, Louisiana, this 23rd day of _____May_____, 2013

_____
Eldon E. Fallon
United States District Court Judge

2