IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY               MDL. NO: 2047
LITIGATION
                                          SECTION: L
(Relates to 2:11-cv-1363)
                                          JUDGE FALLON
                                     MAG. JUDGE WILKINSON

## Affidavit of Herbert Holder

STATE OF MISSISSIPPI

COUNTY OF Jackson

Before me, the undersigned authority, on this day appeared Herbert Holder, who being duly sworn did say on his oath:

1. I am sole owner and operator of Holder Construction, and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. Holder Construction has a principal place of business in Gulfport, Mississippi;

4. Holder Construction is in the business of building single family homes;

5. Holder Construction has never purchased or sold real property in Louisiana and has not constructed, repaired or otherwise performed work on any single family homes in Louisiana;

6. Holder Construction is not licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana;

7. Holder Construction has no offices or employees operating in Louisiana;

8. None of the Plaintiffs named in this action who allege work was performed on their home by Holder Construction reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and Holder Construction did not negotiate or enter into any contract with any Plaintiff in Louisiana.

9. In light of the above and otherwise having no connection to Louisiana, Holder Construction did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

_____
Herbert Holder

SWORN to and subscribed before me, this the __11__ day of __January__, 2012.

_____
Notary Public

My commission expires: _____

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 48593, ANGELA M. LASSITER, Commission Expires May 22, 2013, JACKSON COUNTY]

2