UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY      SECTION L
LITIGATION      JUDGE FALLON
     MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Payton, et al. v. Knauf Gips KG, et al.,*
*Case No.: 09-7628 (E.D.La.)*

---

## MOTION TO WITHDRAW AS COUNSEL WITHOUT SUBSTITUTION

COMES NOW, Gregory S. Weiss, Esquire and the firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A., counsel of record for Plaintiffs, DAVID LEFONT and MICHELLE GARCIA, pursuant to 83.2.11 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, and prays this Court to enter an Order granting leave to withdraw as counsel for the Plaintiffs.  Written notice of the proposed withdrawal has been served on Plaintiff (Exhibit A).

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion to Withdrawal as Counsel for Plaintiffs, David Lefont and Michelle Garcia, in the above referenced case.

                                                             Respectfully submitted,

Dated: May 30, 2013                      /s/ Gregory S. Weiss
                                                             Gregory S. Weiss, Esq.
                                                             (Florida Bar No.: 163430)
                                                             LEOPOLD LAW, P.A.
                                                             2925 PGA Boulevard, Suite 200
                                                             Palm Beach Gardens, FL 33410
                                                             Telephone:  (561) 515-1400
                                                             Facsimile:   (561) 515-1401
                                                             gweiss@leopold-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail, regular mail, and electronic mail to: David Lefont and Michelle Garcia, davidelefonte@yahoo.com, mlefonte@yahoo.com, 106 SW Millburn Circle, Port St. Lucie, FL 34953 on this 30th day of May, 2013.

        s/GREGORY S. WEISS
        GREGORY S. WEISS
        (Florida Bar No.: 163430)
        LEOPOLD LAW, P.A.
        2925 PGA Boulevard, Suite 200
        Palm Beach Gardens, FL 33410
        Telephone:  (561) 515-1400
        Facsimile:   (561) 515-1401
        gweiss@leopold-law.com

**Certified Article Number**
7196 9008 9111 7092 1739
**SENDERS RECORD**

# LEOPOLD LAW PA
Leopold Weiss Kroeger Thomas Sobel

Monday, May 20, 2013

Michelle Garcia
David Lefont
106 S.W. Milburn Circle
Port St. Lucie, FL 34953

Re:     Chinese-Manufactured Drywall Products Liability Litigation (MDL Case No. 2047)

Dear Michelle and David:

Thank you for retaining our firm regarding your potential claim for defective drywall for your property located at 106 SW Milburn Circle, Port St. Lucie, FL 34953. After my paralegal spoke with Michelle on May 13, 2013, we understand you are not comfortable disclosing the required information to register your claim with the Settlement Administrator. Accordingly, we will not be able to further assist you in this matter. Our inability to assist you does not mean that this case is without merit, and moreover, you currently have a claim pending in MDL 2047 (see enclosed Plaintiff Profile Form). We suggest you seek another attorney to assist you if you wish to pursue this matter.

Please be aware that matters not already filed in MDL 2047 may be subject to one or more statutes of limitation. In other words, the lawsuit must be filed within a certain period of time or be forever barred. It is important that you consult with another attorney immediately if you wish to preserve the right to sue. For matters pending in MDL 2047, we will formally move to withdraw.

Thank you for giving us the opportunity to consider your case. Since we are withdrawing from representing you in this matter, we are closing our file and will not be contacting you further, save regarding the Motion to Withdraw.

If we can be of assistance in any other matters, please feel free to call.

Very truly yours,

GREGORY S. WEISS
GSW:tw

Encl.

EXHIBIT A

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION  
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

**For Internal Use Only**  
File Number  
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: David Lefont and Michelle Garcia  
Address of Affected Property: 106 SW Milburn Circle, Port Saint Lucie, Florida 34953

Is this Property: ☒ Residential ☐ Commercial ☐ Governmental  
Name of Person Completing this Form: Michelle Garcia  
Is above your primary residence? ☒ Yes ☐ No  
Mailing Address (if different): P.O. Box 2181, West Palm Beach, Florida 33402-2181  
Phone: (561) 594-9021

*If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: ☒ Owner-Occupant ☐ Owner Only ☐ Renter-Occupant  
Represented By: Gregory S. Weiss  
Address: Leopold Kuvin, P.A., 2925 PGA Blvd, Suite 200, Palm Beach Gardens, FL 33410  
Phone: (561) 515-1400  
Case No./Docket Info: 10-0361

## Section II. Insurance Information

Homeowner/Renter Insurer: St. Johns Insurance  
Policy #: SJ302402172  
Agent: Tony Fabrizio Insurance Agency  
Address: 7000 Federal Highway, Stuart, FL 34997  
Phone: (772) 220-2753

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| David Lefont | 08/23/06 | / / | M / F | 06/27/70 | Yes / No | Owner-Occupant |
| Michelle Garcia | 08/23/06 | / / | M / F | 10/24/73 | Yes / No | Owner-Occupant |
|  | / / | / / | M / F | / / | Yes / No |  |
|  | / / | / / | M / F | / / | Yes / No |  |
|  | / / | / / | M / F | / / | Yes / No |  |
|  | / / | / / | M / F | / / | Yes / No |  |
|  | / / | / / | M / F | / / | Yes / No |  |
|  | / / | / / | M / F | / / | Yes / No |  |
|  | / / | / / | M / F | / / | Yes / No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Lefont-Garcia000001

**EXHIBIT A**

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  ⦿ Yes  ◯ No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Joe Russo- GCC

1.2. When did the inspection take place?  11/25/09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  ⦿ Yes  ◯ No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Joe Russo- GCC

2.2. When was this determination made?  11/25/09

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Beijing New Bldg. Materials | Dragonboard | entire ceiling, ~~and~~ master bedroom walls, master bath, and garage |
| USG | USG Sheetrock Brand | rest of areas throughout house ~~that do~~ |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 3,170 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall: | | Occupied | ☒ | ☐ |
| Height of Interior Walls | 12ft and 9ft. | Year-round | ☒ | ☐ |
| Number of Bedrooms: | 3 | Summer | ☒ | ☐ |
| Number of Bathrooms: | 2 | Winter | ☒ | ☐ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ☐ | ☒ | ☐ |
| Copper Piping | ☐ | ☒ | ☐ |
| Copper Fixtures | ☐ | ☐ | ☒ |
| Other Fixtures | ☐ | ☒ | ☐ |

Were repairs made to the plumbing system?  No
Dates:

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ☐ | ☒ | ☐ |
| Switches | ☐ | ☒ | ☐ |
| Main Panel | ☐ | ☒ | ☐ |
| 2nd Panel | ☐ | ☒ | ☐ |
| Exposed Copper Wires | ☐ | ☐ | ☒ |

Were repairs made to the electrical system?  ☐ ☒ ☐
Dates:

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
- Start Date: 02/1/06  Completion Date: 08/03/06
- Move In Date: 08/23/06  Date Acquired Home: 08/23/06

Date Range for Renovations: (Month/Day/Year)
- Start Date: / /  Completion Date: / /
- Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | ☐ | ☐ | ☐ |
| First Floor: Full Wall of drywall replaced | ☐ | ☐ | ☐ |
| Second Floor: Any drywall replaced | ☐ | ☐ | ☐ |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Crossroad Homes

Address: 2725 SW Rosser Boulevard
Port Saint Lucie, Florida 34953

Phone: (772) 873 - 8224

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: Crossroad Homes
Address: 2725 SW Rosser Blvd.
Port Saint Lucie, FL 34953
Phone: (772) 873 - 8224

### Section X. Drywall Supplier

Drywall Supplier's Name: Seacoast Supply
Address: 1771 SW Biltmore Street
Port Saint Lucie, FL 34984
Phone: (772) 871 - 6796

Lefont-Garcia000002
EXHIBIT A

Plaintiff Profile Form - Residential Properties

### Section XI. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature: *Michelle Garcia* | Date Signed: 1-4-2010 |
| Claimant's Signature: [signature] | Date Signed: 1-4-2010 |

Lefont-Garcia000003

EXHIBIT A

Page 3