UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Payton, et al. v. Knauf Gips KG, et al.,* Case No.: 09-7628 (E.D.La.) | |

### NOTICE OF SUBMISSION ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

Gregory S. Weiss, Esquire, and the firm of Leopold Law, formerly known as Leopold~Kuvin, P.A., hereby give notice that they will bring a Motion to Withdraw as Counsel for Plaintiffs, DAVID LEFONT and MICHELLE GARCIA, before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on June 26, 2013 at 9:00 a.m., or as soon thereafter as it may be heard.

Respectfully submitted,

Dated: May 30, 2013

/s/ Gregory S. Weiss
Gregory S. Weiss, Esq.
(Florida Bar No.: 163430)
LEOPOLD LAW, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
gweiss@leopold-law.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, and via certified mail, regular mail, and electronic mail to: David Lefont and Michelle Garcia, davidelefonte@yahoo.com, mlefonte@yahoo.com, 106 SW Millburn Circle, Port St. Lucie, FL 34953 on this 30th day of May, 2013.

      s/GREGORY S. WEISS  
      GREGORY S. WEISS  
      (Florida Bar No.: 163430)  
      LEOPOLD LAW, P.A.  
      2925 PGA Boulevard, Suite 200  
      Palm Beach Gardens, FL 33410  
      Telephone:  (561) 515-1400  
      Facsimile:   (561) 515-1401  
      gweiss@leopold-law.com