

# 杭州格瑞德进出口有限公司
## HANGZHOU GREAT IMPORT AND EXPORT CO., LTD.

Suite 1201,Torch Building#3, 259 Wen San Road, Hangzhou 310012, China
Tel: 0086-571-88994159, 88994189   Fax: 0086-571-88994187   Email: info@greatproducts.com.cn

Loretta G. Whyte
Clerk of Court
US DISTRICT COURT OF EASTERN DISTRICT OF LOUISIANA
500 Poydras Street,
New Orleans, LA 70130, USA
(504) 589-7600

*09-md-2047*
*REF: 11-1395 L*

Dear Sir,                                                                                May 23, 2013

Hangzhou Great Import & Export Co., Ltd (herein after referred to as the "Company") was extremely surprised to receive the Complaint , and the Summons in a Civil Action  (Civil Action No: 11-1395 Section L) dated June 17, 2011.
The Company is a small-scale import and export company. Its business mode follows that with an order placed by a foreign client, it locates a Chinese manufacturer of the goods and then helps arrange the export of the goods in accordance with the specification in the order. As an honest business, the Company has been acting in good faith. In this context, the Company deems its inclusion in the civil action an unfair and indiscriminate legal attack on the Company.   In order to clarify the situation, I would like to refer to Your Honor an elaboration of the plasterboard transaction that the Company conducted so far with a US company.

Upon receiving an order from United Pacific Imports, LLC（domiciled in St.Louis, Missouri, herein after referred to as UPI), the Company procured from Taian Taishan Plasterboard Co Ltd.(hereinafter referred to as TTP), 500 pieces of plaster board and exported to United Pacific Imports LLC at an amount of USD2,425 in August 2006 (The above is evidenced by the domestic sale invoice issued by TTP as well as the invoice by the Company). Since then, the Company has never helped export a single piece of plaster board to any company or individual in the United States.
The Company turned to the aforesaid TTP for the plaster board because of the popularity of the plaster board manufactured by TTP on the market then and a document that the TTP produced, which certified that the plaster board conforms to the US ASTM standard.

---

杭州市文三路259号昌地·火炬大厦3号楼1201室
电话：0571-88994159, 88994189
传真：0571-88994187
邮编：310012



# 杭 州 格 瑞 德 进 出 口 有 限 公 司
### HANGZHOU GREAT IMPORT AND EXPORT CO., LTD.
Suite 1201,Torch Building#3, 259 Wen San Road, Hangzhou 310012, China
Tel: 0086-571-88994159, 88994189   Fax: 0086-571-88994187 Email: info@greatproducts.com.cn

---

From the time of completion of the transaction until present, the Company has never heard any feedback from UPI concerning the quality of the plaster board in the above-said transaction.

In light of the above fact, the Company believes:
that as a honest business, the Company shall not be held liable for the claimed injuries in the Complaint, which have nothing to do with the transaction;
that in case there is a legal implication that might arise from the imports, it is the manufacturer that should be held liable.
In nutshell, the Company shall be acquitted of the civil action. Of course, the Company will be happy to, on the condition of the acquittance, offer assistance to the complainers.

Yours attention to this is appreciated.
Best regards,

The Hangzhou Great Import and Export Co.,Ltd

---

杭州市文三路259号昌地·火炬大厦3号楼1201室
电话：0571-88994159, 88994189
传真：0571-88994187
邮编：310012

## DHL EXPRESS
### TERMS AND CONDITIONS OF CARRIAGE
(Terms and Conditions)

**IMPORTANT NOTICE**

When ordering DHL's services you, as "Shipper" are agreeing, on your behalf and on behalf of anyone else with an interest in the Shipment, that the Terms and Conditions shall apply from the time that DHL accepts the Shipment unless otherwise agreed in writing by an authorized officer of DHL. "Shipment" means all documents or parcels that travel under one waybill and which maybe carried by any means DHL chooses, including air, road or any other carrier. A "waybill" shall include any label produced by DHL automated systems, waybill, or consignment note and shall incorporate these Terms and Conditions. Every Shipment is transported on a limited liability basis as provided herein. If Shipper requires greater protection, then insurance may be arranged at an additional cost. (Please see below for further information). "DHL" means any member of the DHL Express Network.

**1. Customs, Exports and Imports**
DHL may perform any of the following activities on Shipper's behalf in order to provide its services to Shipper: (1) complete any documents, amend product or service codes, and pay any duties or taxes required under applicable laws and regulations, (2) act as Shipper's forwarding agent for customs and export control purposes and as Receiver solely for the purpose of designating a customs broker to perform customs clearance and entry and (3) redirect the Shipment to Receiver's import broker or other address upon request by any person who DHL believes in its reasonable opinion to be authorized.

**2. Unacceptable Shipments**
Shipper agrees that its Shipment is acceptable for transportation and is deemed unacceptable if:
- it is classified as hazardous material, dangerous goods, prohibited or restricted articles by IATA (International Air Transport Association), ICAO (International Civil Aviation Organization), any applicable government department or other relevant organization;
- no customs declaration is made when required by applicable customs regulations;
- it contains counterfeit goods, animals, bullion, currency, banderols/tax stickers, bearer form negotiable instruments, precious metals and stones real or imitation firearms parts thereof, weapons, explosives and ammunition; human remains, pornography or illegal narcotics/drugs;
- it contains any other item which DHL decides cannot be carried safely or legally, or
- its packaging is defective or inadequate.

**3. Deliveries and Undeliverable**
Shipments cannot be delivered to PO boxes or postal codes. Shipments are delivered to the Receiver's address given by Shipper (which in the case of mail services shall be deemed to be the first receiving postal service) but not necessarily to the named Receiver personally. Shipments to addresses with a central receiving area will be delivered to that area. If or the Shipment is deemed to be unacceptable, or it has been undervalued for customs purposes, or Receiver cannot be reasonably identified located, or Receiver refuses delivery or to pay for delivery, DHL shall use reasonable efforts to return the Shipment to Shipper at Shipper's cost, failing which the shipment may be released, disposed of or sold by DHL without incurring any liability whatsoever to Shipper or anyone else, with the proceeds applied against service charges and related administrative costs and the balance of the proceeds of a sale to be returned to Shipper.

**4. Inspection**
DHL has the right to open and inspect a Shipment without notice.

**5. Shipment Charges**
DHL's Shipment charges are calculated according to the higher of actual or volumetric weight and any Shipment may be re-weighed and re-measured by DHL to confirm this calculation. Shipper shall pay or reimburse DHL for all Shipment charges, ancillary charges, duties and taxes owed for services provided by DHL or incurred by DHL on Shipper's or Receiver's or any third party's behalf and all claims, damages, fines and expenses incurred if the Shipment is deemed unacceptable for transport as described in Section 2.

**6. DHL's Liability**
DHL's liability is strictly limited to direct loss and damage only and to the per kilo/Lb limits in this Section 6. All other types of loss or damage are excluded (including but not limited to lost profits, income, interest, future business),whether such loss or damage is special or indirect, and even if the risk of such loss ordamage was brought to DHL's attention before or after acceptance of the Shipment. If a Shipment combines carriage by air, road or other mode of transport, it shall be deemed to have been carried by air. DHL's liability in respect of any one Shipment transported, without prejudice to Sections 7-11, is limited to its actual cash value and shall not exceed

$US 25.00/kilogram or $US 11.34/lb for Shipments transported by air or other non-road mode of transportation; or

$US 12.00/kilogram or $US 5.44/lb for Shipments transported by road

Claims are limited to one claim per Shipment settlement of which will be full and final settlement for all loss or damage in connection therewith. If Shipper regards these limits as insufficient it must make a special declaration of value and request insurance as described in Section 8 (Shipment Insurance) or make its own insurance arrangements, failing which Shipper assumes all risks of loss or damage.

For China Domestic shipments
DHL's liability in respect of any one shipment transported within the boundaries of P.R.China,is limited to RMB20.00/kilogram.

**7. Time Limits for Claims**
All claims must be submitted in writing to DHL within thirty (30) days from the date that DHL accepted the Shipment, failing which DHL shall have no liability whatsoever.

**8. Shipment Insurance**
DHL can arrange insurance for Shipper covering the actual cash value in respect of loss of or physical damage to the Shipment, provided the Shipper completes the insurance section on the front of the waybill or requests it via DHL's automated systems and pays the applicable premium. Shipment insurance does not cover indirect loss or damage, or loss or damage caused by delays

**9. Delayed Shipments and Money-Back Guarantee**
DHL will make every reasonable effort to deliver the Shipment DHL according to DHL's regular delivery schedules, but these schedules are not binding and do not form part of the contract. DHL is not liable for any damages or loss caused by delays.

**10. Circumstances Beyond DHL's Control**
DHL is not liable for any loss or damage arising out of circumstances beyond DHL's control. These include but are not limited to- electrical or magnetic damage to, or erasure of, electronic or photographic images, data or recordings; any defect or characteristic related to the nature of the Shipment, even if known to DHL; any act or omission by a person not employed orcontracted by DHL - e.g. Shipper, Receiver, third party, customs or other government official;
"Force Majeure"- e.g. earthquake, cyclone, storm, flood, fog, war, plane crash or embargo, riot or civil commotion, industrial action.

**11. International Conventions**
If the Shipment is transported by air and involves an ultimate destination or stop in a country other than the country of departure, the Montreal Convention, or the Warsaw Convention as applicable, governs. For international road transportation, the Convention for the International Carriage of Goods by Road (CMR) may apply. These conventions limit DHL's liability for loss or damage.

**12. Shipper's Warranties and Indemnity**
Shipper shall indemnify and hold DHL harmless for any loss or damage arising out of Shipper's failure to comply with any applicable laws or regulations and for Shipper's breach of the following warranties and representations:
- all information provided by Shipper or its representatives is complete and accurate;
- the Shipment was prepared in secure premises by Shipper's employees;
- Shipper employed reliable staff to prepare the Shipment;
- Shipper protected the Shipment against unauthorised interference during preparation, storage and transportation to DHL;
- the Shipment is properly marked and addressed and packed to ensure safe transportation with ordinary care in handling;
- all applicable customs, import, export and other laws and regulations have been complied with; and
- the waybill has been signed by Shipper's authorised representative and the Terms and Conditions constitute binding and enforceable obligations of Shipper.

**13. Routing**
Shipper agrees to all routing and diversion, including the possibility that the Shipment may be carried via intermediate stopping places.

**14. Governing Law**
Any dispute arising under or in any way connected with these Terms and Conditions shall be subject, for the benefit of DHL, to the non-exclusive jurisdiction of the courts of, and governed by the law of, the country of origin of the Shipment and Shipper irrevocably submits to such jurisdiction, unless contrary to applicable law.

**15. Severability**
The invalidity or unenforceability of any provision shall not affect any other part of these Terms and Conditions.

---

*Fold Here*

---

**EXPRESS WORLDWIDE (DOC)**   **DOX**
DCON v3.3

**Origin: HGH**

**From:** YE MING  Tel/Ph: 008667188994159
HANGZHOU GREAT IMP&EXP CO.,LTD.
SUITE 1201,TORCH BUILDING#3,259
WEN SAN ROAD,HANGZHOU, 310012 CHINA

HANGZHOU 310012
China, People's Republic

**To:** US DISTRICT COURT OF EASTERN DISTRICT OF LOUISIANA
LORETTA G.WHYTE
500 POYDRAS STREET,
NEW ORLEANS,LA 70130,USA
NEW ORLEANS LA 70130
United States Of America

Tel/Ph: (504)5897600

**US-MSY**

Ref:
Date: 2013-05-27   Weight: 0.50kg   Day:   Time:   Pieces: 1/1
Account No.: 600076997

Contents: DOCUMENTS

Declared Value : 0.00

WAYBILL 72 6324 4170

(2L)US70130+42000000

(J)JD01 2059 8234 5151 3195