UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY INVESTIATION | ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY PROBUILD HOLDINGS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, SOLE OWNER OF PROBUILD COMPANY, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AS SUCCESSOR BY MERGER TO PROBUILD EAST, LLC, THE CONTRACTOR YARD LLC, AND ROSEN BUILDING SUPPLIES, INC.**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, ProBuild Holdings, LLC, a Delaware limited liability company, sole owner of ProBuild Company, LLC, a Delaware limited liability company, as successor by merger to ProBuild East, LLC, The Contractor Yard, LLC, and Rosen Building Supplies, Inc. ("ProBuild") hereby gives notice of its intention to dispose of the physical evidence that ProBuild was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to ProBuild by contacting:  Michael W. Switzer, Wilson Elser Moskowitz Edelman & Dicker, P.A. by telephone at (561) 515-4000 or by email at Michael.Switzer@wilsonelser.com.  Upon the expiration of the thirty-day period, ProBuild may dispose of such physical evidence.

Dated: May 16, 2013

Respectfully submitted,

_____
Michael W. Switzer
Fla. Bar No. 728268
WILSON ELSER MOSKOWTIZ EDELMAN &
DICKER, P.A.
222 Lakeview Avenue, Suite 810
West Palm Beach, Florida 33401
Telephone: 561-515-4000
Facsimile: 561-515-4001
Email: Michael.Switzer@wilsonelser.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that this the above and foregoing Notice of Disposal of Physical Evidence by ProBuild Holdings, LLC, a Delaware limited liability company, sole owner of ProBuild Company, LLC, a Delaware limited liability company, as successor by merger to ProBuild East, LLC, The Contractor Yard, LLC, and Rosen Building Supplies, Inc. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16 day of May, 2013.

_____
Michael W. Switzer
Fla. Bar No. 728268
WILSON ELSER MOSKOWTIZ EDELMAN &
DICKER, P.A.
222 Lakeview Avenue, Suite 810
West Palm Beach, Florida 33401
Telephone: 561-515-4000
Facsimile: 561-515-4001
Email: Michael.Switzer@wilsonelser.com