UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-cv-01077<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:12-cv-00498 | **JUDGE FALLON<br>MAG. JUDGE WILKINSON** |

## PLAINTIFFS COUNSEL'S SUBSTITUTED MOTION FOR AN ORDER PERMITTING VOLUNTARY DEPOSIT PROCEDURE TO REIMBURSE COMMON BENEFIT COUNSEL FOR WORK IN VIRGINIA STATE COURT ACTION BOLLENBERG V. RAMIREZ

Counsel for Plaintiffs hereby move this Court for an order permitting the Fund Administrator of the *Ramirez* Settlement Fund, currently before the Circuit Court for the City of Norfolk in Virginia, to deposit a portion of settlement proceeds into the Court Supervised Account for Voluntary Deposit of Funds to Compensate and Reimburse Common Benefit Counsel.[1] The parties to the *Ramirez*[2] Settlement Agreement are eleven Plaintiffs and Chinese drywall installer Carlos Ramirez[3] ("Defendant").

---

[1] This substituted motion, supporting memorandum, and proposed order supersede and replace the original Motion for an Order Recommending Voluntary Deposit Procedure to Reimburse Common Benefit Counsel by Plaintiff, supporting memorandum, and proposed order filed on May 6, 2013. (Rec. Doc. 16793; 16793-1; 16793-2).

[2] The full *Ramirez* caption is set forth in Exhibit A to the Supporting Memorandum.

[3] Plaintiffs are all represented by counsel that are members of the PSC and subject to this Court's orders including PTO No. 9 and Order of April 13, 2011 [Doc. No. 8545]. The settling plaintiffs in the state court action against Defendant Carlos Ramirez are plaintiffs in various Omni complaints filed in MDL 2047. These plaintiffs

WHEREFORE, Counsel for Plaintiffs respectfully request that, after due consideration, the Court grant this Motion for an Order Permitting Voluntary Deposit Procedure to Reimburse Common Benefit Counsel.

Respectfully submitted,

Dated: June 3, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322

---

are releasing their potential claims against Mr. Ramirez from their Omni complaints, although Mr. Ramirez is not a party thereto.

2

Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of June, 2013.

    /s/ Leonard A. Davis
    Leonard A. Davis, Esquire
    HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    Ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel in MDL 2047*