# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Abel, et al. v. Taishan Gypsum Co., Ltd., et al.
Case No. 11-cv-080 (E.D.La.)
OCVII
_____/

## PLAINTIFF THOMAS BELL'S NOTICE OF SALE

NOTICE IS HEREBY given that Thomas Bell, Plaintiff in the above captioned matter, has sold his Chinese drywall affected property located at 180 Tessa Circle, Albertville, AL 35950. The sale of the home is scheduled to close on June 30, 2013. The property will be made available to any party in the above captioned matter prior to the closing date. Anyone desiring to view and/or inspect the property should contact my office or Steve Mullins at smullins@luckeyandmullins.com or his assistant linda@luckeyandmullins.com.

Respectfully submitted,

/s/ Daniel K. Bryson
_____

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff Thomas Bell's, Notice of Sale has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June 2013.

/s/ Daniel K. Bryson

Daniel K. Bryson