UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motion for an Order Permitting Voluntary Deposit Procedure to Reimburse Common Benefit Counsel for Work in Virginia State Court Action, filed on behalf of the Plaintiffs' Steering Committee (R. Doc. 16888), **IT IS ORDERED** that this Motion be and is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Tuesday, June 11, 2013. Responses in opposition to this Motion shall be filed on or before 12:00 noon on Friday, June 7, 2013.

New Orleans, Louisiana this 4th day of June, 2013.

_____
United States District Judge