*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**First Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

|    | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|----|--------------|------------------|-----------------------------------|
| 1. | Camet, Loryn | 3402 Montesquieu Street<br>Chalmette, Louisiana 70043 | Pro Se |
| 2. | Doggett, Roger, Jr. | 303 Celestine Street<br>Chalmette, Louisiana 70043 | Collins & Horsely, P.C. |
| 3. | Ellender, Dwight D. | 3827 Old Weis Road<br>Zachary, Louisiana 70791 | Pro se |
| 4. | Ellender, Dwight D. | 3829 Old Weis Road<br>Zachary, Louisiana 70791 | Pro se |
| 5. | Gober, Ruel R., Jr. | 136 Sanctuary Boulevard<br>Mandeville, Louisiana 70471 | Pro se |
| 6. | Guillot, Randy and Renee | 96 Tupelo Trace<br>Mandeville, Louisiana 70471 | Paul A. Lea, Jr. |
| 7. | Langlois, Lionel P. | 715 Fall Creek Drive<br>Baton Rouge, Louisiana 70810 | Pro se |
| 8. | Hoag, Kevin | 145 Warrior Trace<br>Covington, Louisiana 70435 | The Lambert Firm |