*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**First Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| PLAINTIFFS' COUNSEL |
|---|
| Brian Collins<br>2021 Morris Avenue, Suite 200<br>Birmingham, Alabama 35203<br>Phone: (205) 324-1834<br>bonnie@collinshorsely.com |
| Hugh P. Lambert, Esquire<br>The Lambert Firm<br>701 Magazine St., New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com |
| Paul A. Lea, Jr., Esquire<br>Paul A. Lea, Jr., APLC<br>1978 N. Highway 190 Ste. B<br>Covington, LA 70433-5158<br>Phone: (985) 292-2300<br>Fax: (985) 292-3501<br>jean@paullea.com |
| **PRO SE** |
| Loryn Camet<br>3402 Montesqieu Street<br>Chalmette, Louisiana 70043<br>Phone: (504) 416-1436 |
| Dwight D. Ellender<br>13118 Joor Road<br>Central, Louisiana 709818<br>Phone: (225) 936-9794 |
| Ruel R. Gober, Jr.<br>136 Sanctuary Boulevard<br>Mandeville, Louisiana 70471<br>Phone: (504) 235-8300<br>rgober@ruelco.com |
| Lionel P. Langlois<br>276 Lobdell Lane, Suite A<br>Baton Rouge, Louisiana 70806<br>Phone: (225) 241-7708 |