UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR JUNE 11, 2013 STATUS CONFERENCE**

I.     PRE-TRIAL ORDERS

II.    STATE COURT TRIAL SETTINGS

III.   HOME BUILDER SECOND FEE ORDER

IV.   STATE/FEDERAL COORDINATION

V.    OMNIBUS CLASS ACTION COMPLAINTS

VI.   PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VII.  PILOT PROGRAM

VIII. SETTLEMENT REGISTRATION AND CLAIMS PROCESS

IX.   KNAUF DEFENDANTS

X.    INTERIOR EXTERIOR DEFENDANTS

XI.   BANNER DEFENDANTS

XII.  L&W DEFENDANT

1

XIII.   SETTLEMENT AGREEMENT IN MDL 2047 REGARDING CLAIMS INVOLVING BUILDERS, INSTALLERS, SUPPLIERS, AND PARTICIPATING INSURERS

XIV.    TAISHAN DEFENDANTS

XV.     VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XVI.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XVII.   FREQUENTLY ASKED QUESTIONS

XVIII.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIX.    *PRO SE* CLAIMANTS

XX.     PHYSICAL EVIDENCE PRESERVATION ORDER

XXI.    ENTRY OF PRELIMINARY DEFAULT

XXII.   ALREADY REMEDIATED HOMES

XXIII.  PRE-TRIAL CONFERENCE REGARDING THE LAFARGE ENTITIES

XXIV.   MOTION FOR REIMBURSEMENT OF ASSESSMENT CONTRIBUTIONS

XXV.    NEXT STATUS CONFERENCE