UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| | ) | SECTION: L |
| This document relates to: | ) ) | |
| | ) | JUDGE FALLON |
| *Beane, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al* (EDLA NO. 13-609) | ) ) ) ) | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Plaintiffs' Second Supplemental and Amended Omnibus Class Action Complaint (XVIII);

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee ("PSC") is granted leave of court to file the attached Plaintiffs' Second Supplemental and Amended Omnibus Class Action Complaint (XVIII), and same is hereby filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge