UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL     PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| This document relates to: | ) ) ) | SECTION: L |
| *Beane, et al vs. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al* (EDLA NO. 13-609) | ) ) ) ) ) | JUDGE FALLON

MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Plaintiffs' First Supplemental and Amended Omnibus Class Action Complaint (XVIII);

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee ("PSC") is granted leave of court to file the attached Plaintiffs' First Supplemental and Amended Omnibus Class Action Complaint (XVIII), and same is hereby filed into the record.

New Orleans, Louisiana, this 10th day of _____June_____, 2013.

_____
Eldon E. Fallon
United States District Court Judge