*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**First Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

## PLAINTIFFS' COUNSEL

Brian Collins
2021 Morris Avenue, Suite 200
Birmingham, Alabama 35203
Phone: (205) 324-1834
bonnie@collinshorsely.com

Hugh P. Lambert, Esquire
The Lambert Firm
701 Magazine St., New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Paul A. Lea, Jr., Esquire
Paul A. Lea, Jr., APLC
1978 N. Highway 190 Ste. B
Covington, LA 70433-5158
Phone: (985) 292-2300
Fax: (985) 292-3501
jean@paullea.com

## PRO SE

Loryn Camet
3402 Montesqieu Street
Chalmette, Louisiana 70043
Phone: (504) 416-1436

Dwight D. Ellender
13118 Joor Road
Central, Louisiana 709818
Phone: (225) 936-9794

Ruel R. Gober, Jr.
136 Sanctuary Boulevard
Mandeville, Louisiana 70471
Phone: (504) 235-8300
rgober@ruelco.com

Lionel P. Langlois
276 Lobdell Lane, Suite A
Baton Rouge, Louisiana 70806
Phone: (225) 241-7708