杭 州 格 瑞 德 进 出 口 有 限 公 司
## HANGZHOU GREAT IMPORT AND EXPORT CO., LTD.
Suite 1201,Torch Building#3, 259 Wen San Road, Hangzhou 310012, China
Tel: 0086-571-88994159, 88994189   Fax: 0086-571-88994187 Email: info@greatproducts.com.cn

Russ M. Herman, Esquire
Leonard   A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA70113, USA
+1 504-581-4892

Dear Sir,                                                        May 23, 2013

Hangzhou Great Import & Export Co., Ltd (herein after referred to as the "Company") was extremely surprised to receive the Complaint , and the Summons in a Civil Action   (Civil Action No: 11-1395 Section L) dated   June 17, 2011.
The Company is a small-scale import and export company. Its business mode follows that with an order placed by a foreign client, it locates a Chinese manufacturer of the goods and then helps arrange the export of the goods in accordance with the specification in the order. As an honest business, the Company has been acting in good faith. In this context, the Company deems its inclusion in the civil action an unfair and indiscriminate legal attack on the Company.   In order to clarify the situation, I would like to refer to you an elaboration of the plasterboard transaction that the Company conducted so far with a US company.

Upon receiving an order from United Pacific Imports, LLC（domiciled in St.Louis, Missouri, herein after referred to as UPI), the Company procured from Taian Taishan Plasterboard Co Ltd.(hereinafter referred to as TTP), 500 pieces of plaster board and exported to United Pacific Imports LLC at an amount of USD2,425 in August 2006 (The above is evidenced by the domestic sale invoice issued by TTP as well as the invoice by the Company). Since then, the Company has never helped export a single piece of plaster board to any company or individual in the United States.
The Company turned to the aforesaid TTP for the plaster board because of the popularity of the plaster board manufactured by TTP on the market then and a document that the TTP produced, which certified that the plaster board conforms to the US ASTM standard.

杭州市文三路259号昌地·火炬大厦3号楼1201室
电话：0571-88994159, 88994189
传真：0571-88994187
邮编：310012

 杭 州 格 瑞 德 进 出 口 有 限 公 司
**HANGZHOU GREAT IMPORT AND EXPORT CO., LTD.**
Suite 1201,Torch Building#3, 259 Wen San Road, Hangzhou 310012, China
Tel: 0086-571-88994159, 88994189   Fax: 0086-571-88994187 Email: info@greatproducts.com.cn

From the time of completion of the transaction until present, the Company has never heard any feedback from UPI concerning the quality of the plaster board in the above-said transaction.

In light of the above fact, the Company believes:
that as a honest business, the Company shall not be held liable for the claimed injuries in the Complaint, which have nothing to do with the transaction;
that in case there is a legal implication that might arise from the imports, it is the manufacturer that should be held liable.
In nutshell, the Company shall be acquitted of the civil action. Of course, the Company will be happy to, on the condition of the acquittance, offer assistance to the complainers.

Yours attention to this is appreciated.

Best regards,

The Hangzhou Great Import and Export Co.,Ltd.

杭州市文三路259号昌地•火炬大厦3号楼1201室
电话：0571-88994159, 88994189
传真：0571-88994187
邮编：310012