# SIIC SHANGHAI INTERNATIONAL TRADE (GROUP) CO.,LTD.

To:                                                          C.C.

Russ M. Herman, Esquire                      Loretta G..Whyte ，Clerk of Court
Leonard A. Davis, Esquire                     U.S. District Court
Herman, Herman, Katz & Cotlar, LLP    500 Poydras Street, Room C-151
820 O'Keefe Avenue                             New Orleans, LA 70130
New Orleans, Louisiana 70113               Phone: (504) 589-7600

**<u>Re: Case No. 11-1395 Section L</u>**

Regarding the claims filed by the Plaintiffs of the captioned case, SIIC Shanghai International Trade (Group) Co., Ltd (hereinafter referred to as "SIIC") hereby states its position as below:

SIIC has never engaged in any business and/or transactions in relation to manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing and selling Chinese manufactured drywalls as stated in the Plaintiffs' complaint.

All and any of the allegations, claims and statements in the complaint are totally and completely denied and rejected, and shall be dismissed by the court.

SIIC reserves the right to claim and recover any and all the costs, losses and damages incurred by the Plaintiffs' claim.

Date: May 13, 2013

Signature:

For and on behalf of SIIC