UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 2:10-cv-00361 (E.D.La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:11-cv-01077<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 2:12-cv-00498 | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**ORDER:**
**PERMITTING VOLUNTARY DEPOSIT PROCEDURE TO REIMBURSE COMMON BENEFIT COUNSEL FOR WORK IN VIRGINIA STATE COURT ACTION BOLLENBERG V. RAMIREZ**

Upon consideration of the Substituted Motion for an Order Permitting Voluntary Deposit Procedure to Reimburse Common Benefit Counsel for their assistance in securing the *Ramirez* Settlement between eleven Plaintiffs and Chinese Drywall installer, Carlos Ramirez, currently before the Circuit Court for the City of Norfolk in Virginia and the May 30, 2013 Order of Judge Hall, this Court hereby:

1. PERMITS the *Ramirez* Fund Administrator to deposit a portion of the settlement proceeds into the Court Supervised Account for Voluntary Deposit of Funds to Compensate and Reimburse Common Benefit Counsel [Rec. Doc. 8545] in the following manner:

    a. The Fund Administrator is authorized, when funds become available, to deposit an amount equal to twelve percent (12%) of the settlement proceeds to

reimburse the Plaintiffs Steering Committee ("PSC") and Common Benefit Counsel for attorneys' fees; and

b. The Fund Administrator is permitted to deposit into the Court Supervised Account a portion of the *Ramirez* Settlement proceeds to reimburse Common Benefit Counsel for reasonable costs, per the instructions in Judge Hall's May 30, 2013 Order.

New Orleans, Louisiana, this 11th day of  June , 2013.

_____
ELDON E. FALLON
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this _____ day of June, 2013.

/s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*