MINUTE ENTRY
FALLON, J.
JUNE 11, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED   DRYWALL PRODUCTS    LIABILITY LITIGATION | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: 10-361, 11-1077, 12-498 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Arnold Levin, Esq. for Plaintiffs

---

Motion for an Order Permitting Voluntary Deposit Procedure to Reimburse Common Benefit Counsel for Work in Virginia State Court Action Bollenberg v. Ramirez (16888)

No objections by any party - Motion GRANTED


JS10:   :04