1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  CHINESE-MANUFACTURED   *        Docket 09-MD-2047
                DRYWALL PRODUCTS       *
6               LIABILITY LITIGATION   *        Section L
                                       *
7                                      *        New Orleans, Louisiana
                                       *
8   Relates to:  All Cases             *        May 21, 2013
    * * * * * * * * * * * * * * * *

9

10

11              MONTHLY STATUS CONFERENCE BEFORE
               THE HONORABLE ELDON E. FALLON
12              UNITED STATES DISTRICT JUDGE

13

    Appearances:
14

15  For the Plaintiffs:        Herman Herman & Katz, LLC
                               BY:  RUSS M. HERMAN, ESQ.
16                             820 O'Keefe Avenue
                               New Orleans, Louisiana 70113
17

18  For the Plaintiffs:        Levin Fishbein Sedran & Berman
                               BY:  ARNOLD LEVIN, ESQ.
19                             510 Walnut Street, Suite 500
                               Philadelphia, Pennsylvania 19106
20

21  For the Defendants:        Frilot, LLC
                               BY:  KERRY J. MILLER, ESQ.
22                             1100 Poydras Street, Suite 3700
                               New Orleans, Louisiana 70163
23

24

25

```
Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                              500 Poydras Street, HB-406
                              New Orleans, Louisiana 70130
                              (504) 589-7778
                              Toni_Tusa@laed.uscourts.gov




Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

**PROCEEDINGS**

**(May 21, 2013)**

THE COURT:  Be seated, please.  Good morning, ladies and gentlemen.

Call the case, please.

THE DEPUTY CLERK:  MDL 2047, In Re: Chinese Manufactured Drywall Products Liability Litigation.

THE COURT:  Liaison counsel make their appearance for the record, please.

MR. HERMAN:  Good morning, Judge Fallon.  May it please the Court.  Russ Herman for the plaintiffs' steering committee.

MR. MILLER:  Good morning, Your Honor.  Kerry Miller for the defense steering committee.

THE COURT:  This is our monthly meeting.  We have several items on the agenda.

First, I want to welcome the people who are participating by phone.  We have several hundred, including a courtroom filled in Virginia presided over by Judge Hall, who will also be monitoring and participating in this conference.

With regard to Judge Hall, she has been doing yeoman work in her case in Virginia, and through her efforts much has been accomplished.  She needs to know that the Court appreciates all of her work and all of the counsel that she has afforded to me.

1         I met with liaison and lead counsel for all

2    parties this morning and discussed with them the proposed

3    agenda.  Let's go through some of the items on the agenda, and

4    then we will proceed to the fairness hearing.  We don't have

5    too much other than the fairness hearing, but we will deal with

6    that.

7              Anything on pretrial orders?

8         **MR. HERMAN:**  May it please the Court.  The last

9    pretrial order was Pretrial Order 26, entered March 29, 2012.

10   We will be submitting an order with respect to an extension of

11   registration of claims and cutoff dates to Your Honor by

12   agreement of counsel and subject to the Court's consent.

13        With respect to Roman numeral II, state court

14   settings, and Roman numeral IV, state/federal coordination,

15   Ms. Barrios is here to report, Your Honor.

16        **THE COURT:**  Ms. Barrios is our liaison counsel for

17   the state litigation.  She has met with all of her colleagues

18   in the states and reports periodically on what's happening in

19   the states.  We have several states that are involved in this

20   litigation, and I'll hear from her at this time.

21        **MS. BARRIOS:**  Thank you, Your Honor.  I have had the

22   pleasure of meeting Judge Hall, so I would like to say good

23   morning to her as well.

24        Your Honor, with regard to page 5, Roman numeral

25   II, there are two items that I would like to bring to your

attention.  The first is Case No. 3 under the Virginia

settings, *Eugene and Genalin Caburian*.  That case was continued

due to bankruptcy of the plaintiff.  Judge Hall continued that

yesterday, so that needs to be stricken from the joint report.

I would also like to bring to your attention

that No. 6, *Benjamin Walker*, is a new case that has recently

been put on the docket since our last status conference.

Thank you, Your Honor.

**THE COURT:**  Thank you very much.

Anything on the homebuilders fees and costs?

**MS. WIMBERLY:**  Yes, Your Honor.  I would like to

thank all of the homebuilders who complied with the second fee

order.  There was a matter set for a show cause hearing today

involving approximately 25 builders who had not complied.  I am

happy to say that all but one of those have been resolved.  I

would like to defer that because there was a mixup regarding

counsel.

There is a final group of 25 homebuilders who

have not complied with the fee order, and I will be asking the

Court to issue a show cause order to them sometime in the next

few weeks.  Before sending that to the Court, though, I do

intend to provide notice to those builders individually as well

as posting it on LexisNexis to ensure that they, in fact, are

aware of the Court's prior order and to give them a chance to

resolve it.

| | | |
|---|---|---|
| 09:12 | 1 | **THE COURT:** Also, tell them that if they wish to talk |
| 09:12 | 2 | to the Court, they should let you know; and I will get them on |
| 09:12 | 3 | the phone as well as you, and we will discuss the matter with |
| 09:12 | 4 | them. I do think that they have gotten a lot of service from |
| 09:12 | 5 | your representation and they should recognize that. |
| 09:12 | 6 | **MS. WIMBERLY:** Thank you, Your Honor. |
| 09:12 | 7 | **MR. HERMAN:** Your Honor, we want to thank |
| 09:12 | 8 | Ms. Wimberly as liaison counsel for homebuilders not only for |
| 09:13 | 9 | her report but also liaison for homebuilders, as well as |
| 09:13 | 10 | Greenberg Traurig for their assistance and cooperation in |
| 09:13 | 11 | connection with an amicus brief in the *Gross* case. |
| 09:13 | 12 | **THE COURT:** How about the omnibus class action |
| 09:13 | 13 | complaints? Anything on that? |
| 09:13 | 14 | **MR. HERMAN:** Your Honor, nothing new. |
| 09:13 | 15 | Nothing new, Your Honor, under Roman numeral VI, |
| 09:13 | 16 | plaintiffs' motions to establish a litigation fee and expense |
| 09:13 | 17 | fund. |
| 09:13 | 18 | **THE COURT:** What about pilot programs? |
| 09:13 | 19 | **MR. HERMAN:** Page 17. Your Honor, the only issue |
| 09:13 | 20 | there is a matter that you will take up later, which is the |
| 09:13 | 21 | class certification of the Virginia cases which is set for |
| 09:14 | 22 | hearing later today. |
| 09:14 | 23 | Under the pilot program, Mr. Miller may have a |
| 09:14 | 24 | report to make on behalf of Knauf. |
| 09:14 | 25 | **MR. MILLER:** Your Honor, just briefly, Kerry Miller |

1   on behalf of Knauf.  Homes continue to be remediated through
2   the pilot program.  I know when we met last month, in April, we
3   put something in the report, and I made a presentation on
4   outstanding work authorizations and trying to get those cleared
5   up.
6          Last week I was in Florida, along with my
7   client.  We met with several of the firms in Florida and
8   discussed this issue.  I see Pete Albanis in the courtroom
9   today, from Morgan & Morgan, and that was one of the firms, as
10  well as Colson Hicks and the Parker & Waichman firm.  So we had
11  a nice exchange of information and cleared a lot of that up.
12  We also were able to settle some more remediated homes.  So the
13  program marches forward, and I think it's gaining efficiency
14  and picking up steam.  And as we sit here today, we are more
15  than halfway home.
16         **THE COURT:**  That's fine.  I think that has worked
17  well in this particular case.  After our initial trials of four
18  or five cases, we then devised a program, a protocol for
19  remediating the homes.  That program or protocol was placed in
20  action with a pilot program.  The pilot program has been
21  picking up steam and has now remediated some thousand or
22  thereabouts -- or more than that -- homes while this matter is
23  proceeding through the litigation and settlement process.
24         Anything on Taishan defendants?
25         **MR. HERMAN:**  Your Honor, if I may, I just want to

1   amplify the remediated homes situation for those that are

2   listening and in the courtroom.  We have, according to our

3   figures, 1,403 remediations complete and 2,362 properties are

4   registered so far.  So that registration, while it's moving

5   slowly, is moving.

6           With regard to the Taishan defendants,

7   Your Honor, the *Gross* briefing -- I'm sorry, the *Germano*

8   briefing in the Fifth Circuit on both sides is complete.  An

9   amicus brief has been filed on behalf of a number of Gulf Coast

10  senators and congresspersons in favor of the plaintiffs and

11  appellees, and the homebuilders association has also filed an

12  amicus brief on behalf of appellees.

13          The *Gross* brief was filed by the defendants

14  Taishan on May 17, the *Mitchell* brief on May 20, and the *Wiltz*

15  brief is due on June 13.  Arnold Levin will further address the

16  briefing issues.

17          **THE COURT:**  This grows out of the Court's ruling on

18  Taishan.  The Court held that Taishan was subject to the

19  jurisdiction of this Court.  The Taishan entities have filed an

20  appeal to the Fifth Circuit Court of Appeal.  That appeal is

21  now being briefed.  The parties have briefed it and various

22  amicus briefs have been filed.

23          Anything from --

24          **MR. LEVIN:**  Yes, Your Honor.  We keep talking about

25  the Fifth Circuit, and I just want all the litigants to know

1   that while the Fifth Circuit may have the jurisdictional issues
2   before it, we continue our commitment to pursue Taishan.  We
3   have recently landed a complaint in China, and Chinese
4   corporations are being served, one of the *Amorin* complaints.

5          What's so necessary about that is absent our
6   statement to the class that we were pursuing Taishan, they
7   never would have agreed to the Knauf settlement because they
8   would have said Knauf is a joint tortfeasor.  Absent our
9   commitment to pursue Taishan, they never would have agreed to
10  the Banner settlement because there was Taishan product that
11  Banner had.  The same goes for InEx.  The same goes for L&W.
12  The same goes for all the insurers.  The same goes for the
13  builders that got out of this case and the installers that
14  received a walking ticket, a get-out-of-jail-free card.

15         That component, to sue Taishan, enabled us to
16  get the consent of all of our clients to settle the Knauf cases
17  and the related cases, and we assure them that we will pursue
18  Taishan.

19         **THE COURT:**  Thank you.

20         Anything from the Interior Exterior defendants?

21         **MR. HERMAN:**  I'm sorry, Your Honor, two other
22  matters.  One is the Fifth Circuit's recent decision in
23  *Ainsworth* on jurisdiction, which all the folks in this case who
24  were interested in foreign corporations doing business in the
25  United States and whether courts have jurisdiction should

familiarize themselves with *Ainsworth*.

Secondly, every time that we serve a single complaint through The Hague, it costs about $100,000.  Again, something is wrong with a system where a person with a $200,000 claim has to pay $100,000 to serve someone that's doing business in the United States.

With regard to Interior Exterior, Your Honor, at page 15, Roman numeral X, nothing new.

With respect to the Banner defendants, nothing new.

With regard to Venture Supply and Porter-Blaine defendants, at page 17 and 18, Your Honor will conduct a fairness hearing along with your colleague as soon as this agenda is complete.

With regard to Roman numeral XIII and Roman numeral XIV, L&W defendant and plaintiff and defendant profile forms, nothing new.

With regard to Roman numeral XV, we have not filed an amended Frequently Asked Questions, but we will be filing that sometime within the next 30 days.

With regard to matters set for hearing following the current status conference, I believe, under Roman numeral XVI, Ms. Wimberly, liaison counsel for homebuilders, has already addressed that matter.

I call on Mr. Bob Johnston, Court-appointed

09:22
09:22
09:22
09:22
09:22
09:22
09:22
09:22
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:23
09:24
09:24
09:24
09:24

1    attorney for *pro se* claimants, to make his report, and that's

2    Roman numeral XVII at page 19.

3         MR. JOHNSTON:  Thank you.  Good morning, Your Honor.

4         I have provided the Court with the Curator's

5    Status Report No. 15, which summarizes what has happened in the

6    last month.  With the impending May 25 date that is today four

7    days away, there have been a very substantial number of calls

8    and communications.  One of the things that happened was the

9    Catholic Charities, which had participated in the remediation

10   of a significant number of homes at its expense, sent out a

11   communication telling occupants of those houses or homeowners

12   about the registration requirement and the May 25 date.

13        Many of those individuals have no capacity to

14   have access to computers, and so over the last several days,

15   over a week, we have been inundated with phone calls, in which

16   I take a significant number of them, and have told them -- I'm

17   asked questions such as, "Well, how can I get it done by

18   May 25?"

19        Having heard what Russ Herman just at the

20   beginning of this status conference indicated, that there were

21   discussions or are discussions relating to some extension, I

22   have told those individuals that if there is any information

23   relating to the possible date of a change, I certainly will

24   communicate with those individuals.

25        All I want to advise the Court is that we have

09:24    1    done such things as sent communications, both verbally and in a
09:24    2    letter, pointing out that you can register through the ordinary
09:24    3    mail situation; but from a timing standpoint, I must advise the
09:24    4    Court that many of these individuals, I believe from my
09:24    5    communications with them, are going to not be able to comply
09:24    6    with May 25.  So I simply provide that as part of the Court's
09:24    7    appreciation of where the whole situation is, and we will wait
09:24    8    for the Court's ruling on it.
09:24    9         THE COURT:  That's helpful information.  Mr. Johnston
09:24   10    has been appointed by the Court to represent *pro se* individuals
09:25   11    who have questions and need some assistance in navigating
09:25   12    through this process.  So he has been very helpful to the
09:25   13    *pro ses*, and I appreciate all of his help.
09:25   14         MR. JOHNSTON:  Thank you, Your Honor.
09:25   15         THE COURT:  Thank you.
09:25   16         MR. HERMAN:  Your Honor, we will be presenting for
09:25   17    your consideration a 30-day extension on registration through
09:25   18    June 25.  We hope to have that motion to Your Honor tomorrow.
09:25   19         THE COURT:  Okay.
09:25   20         MR. HERMAN:  With regard to Roman numeral XVIII, the
09:25   21    settlement agreement in the MDL, I'll call on Arnie Levin, and
09:25   22    then Lynn Greer is here to discuss claims form issues.
09:25   23         MR. LEVIN:  Your Honor, because we have the Virginia
09:25   24    litigants on the phone and Judge Hall, with regard to Roman
09:26   25    numeral XVIII, which is the settlement of builders, installers,

suppliers, and participating insurers, that did not apply to Virginia.

Fortunately, effectively, in Judge Hall's courtroom, Richard Serpe, Richard Lewis, and others that assisted him were capable of getting settlements totally for the Virginia group and a few other litigants in North Carolina. And that's the subject of the fairness hearing, and it's also the subject of some individual settlements that are in the hopper.

It was only through Judge Hall allowing Mr. Serpe to pursue those claims and provide Mr. Serpe with trial dates that we were able to accomplish that for Virginia. That will be what's left on the hearing today.

THE COURT:  All right.

MR. HERMAN:  Your Honor, in a moment I will ask Lynn Greer, with BrownGreer, to address where we are with claims forms.

We do want to point out that lead counsel Arnold Levin and Leonard Davis have met with the clerk of court regarding dismissals, and we have every reason to believe that's going to go smoothly.

THE COURT:  Okay.

MR. HERMAN:  Ms. Greer.

MS. GREER:  Good morning, Your Honor.  Lynn Greer, from BrownGreer, and we are the settlement administrator.  I am

just here to briefly report on the status of the claim form process.

As we have discussed, we have been accepting registrations for the settlement program over the last two months. Folks can register either online or by hard copy. And what we have done with those registrations is we have been able to amass a database that we have had now for several years as we have gotten documents submitted through various aspects of this program. As someone registers their claim, we ask for certain basic information: demographic information, property address information. What that has enabled us to do is develop a claim form process that will build upon that registration process.

So people will be able to register either online or by hard copy. We encourage online for those who have access to computers simply because that process will be much more user-friendly. When someone registers a claim, they will be taken to the screens that are relevant to their claim, the claim that they are filing; their property; the type of owner they are, whether they are a previous owner or a current owner, for example. And a lot of the information we have gathered from the registration process we will simply pull into the claim form process. So a claimant will not have to re-enter information. The whole design of the program is dynamic so that we can ask questions that will then feed the user to the

1  specific claim they are filing.

2           We are ready to roll this out.  We anticipate

3  being able to roll it out next week.  Even though the

4  registration period is still going to be open pending

5  Your Honor's consideration of the motion, we will be able to

6  accept claim forms.  We do require, obviously, that a property

7  be registered before a claim is filed, but we can handle that

8  in parallel fashion.

9           We will send an e-mail notice out to let

10 everybody know that the claim form process is available.  We

11 will also have hard copy claim forms available online.  We are

12 working with Mr. Johnston, too, to have those available for the

13 *pro se* claimants.

14           **THE COURT:**  Thank you very much.

15           **MS. GREER:**  Thank you.

16           **THE COURT:**  As we can see, this is an involved

17 matter.  There are approximately 20,000, 30,000 claimants.

18 There are 26 states involved in this litigation.  There are at

19 least 1,000 defendants, including insurers.  There are a myriad

20 of issues that have been presented in these matters.  As the

21 states, many of their claims have been settled, we need to then

22 have an administrator to administer the settlement proceeds.

23 Ms. Greer has done a great job on that in other cases that I

24 have been involved in, and I know she will do a fine job in

25 this one.

1   Any other items before we get to the fairness
2   hearing?
3   **MR. HERMAN:**  Your Honor, there's nothing new under
4   Roman numeral XIX, physical evidence preservation order.
5   There's nothing new under Roman numeral XX, preliminary
6   default.  Under Roman numeral XXII, there are ongoing
7   discussions with the attorney for the Lafarge entities.
8   With regard to Roman numeral XXIII, we filed a
9   motion for reimbursement of common benefit costs, of which
10  there have been no objections.  The costs have been certified
11  by Mr. Phil Garrett, a Court-appointed CPA, in the amount of
12  $11,435,000 thus far.  We ask that those funds be released and
13  that lead counsel and liaison may disburse up to 80 percent of
14  those funds to the individuals who have contributed them.
15  There have been no objections.
16  I do make the comment that we did talk to the
17  PSC members who put up the vast majority of these funds.  There
18  were no objections, and the PSC members understand they have a
19  continuing duty to fund in the future, depending upon what the
20  Fifth Circuit or the Supreme Court of the United States may
21  rule in connection with the Taishan and other Chinese entities.
22  **THE COURT:**  The next conference will be on Wednesday,
23  June 11, and then July 17.  Those are the next two conferences,
24  June 11 and July 17.
25  **MR. HERMAN:**  Your Honor, do you wish to hear anything

09:32  1    more on the reimbursement of costs?

09:32  2           **THE COURT:**  No.  I received the plaintiffs' motion

09:32  3    for reimbursement of a portion of the costs.  I haven't

09:32  4    received any objection to it.  I think it's in order.  I will

09:32  5    grant that motion.

09:32  6           The show cause hearing is not necessary.  We

09:32  7    have already heard from Ms. Wimberly.  So now let's go into the

09:32  8    fairness hearing.

09:32  9           **MR. HERMAN:**  Thank you, Your Honor.

09:32  10           **THE COURT:**  Thank you very much.

09:32  11                          *  *  *

12                          **CERTIFICATE**

13           I, Toni Doyle Tusa, CCR, FCRR, Official Court

14    Reporter for the United States District Court, Eastern District

15    of Louisiana, do hereby certify that the foregoing is a true

16    and correct transcript, to the best of my ability and

17    understanding, from the record of the proceedings in the

18    above-entitled matter.

19

20

21                          *s/ Toni Doyle Tusa*
                            Toni Doyle Tusa, CCR, FCRR
22                          Official Court Reporter

23

24

25

**$**

$100,000 [2]  10/3 10/5
$11,435,000 [1]  16/12
$200,000 [1]  10/4

**0**

09-MD-2047 [1]  1/5

**1**

1,000 [1]  15/19
1,403 [1]  8/3
11 [2]  16/23 16/24
1100 [1]  1/22
13 [1]  8/15
15 [2]  10/8 11/5
17 [5]  6/19 8/14 10/12 16/23 16/24
18 [1]  10/12
19 [1]  11/2
19106 [1]  1/19

**2**

2,362 [1]  8/3
20 [1]  8/14
20,000 [1]  15/17
2012 [1]  4/9
2013 [2]  1/8 3/2
2047 [2]  1/5 3/6
21 [2]  1/8 3/2
25 [7]  5/14 5/18 11/6 11/12 11/18 12/6
 12/18
26 [2]  4/9 15/18
29 [1]  4/9

**3**

30 [1]  10/20
30,000 [1]  15/17
30-day [1]  12/17
3700 [1]  1/22

**4**

406 [1]  2/1

**5**

500 [2]  1/19 2/1
504 [1]  2/2
510 [1]  1/19
589-7778 [1]  2/2

**7**

70113 [1]  1/16
70130 [1]  2/2
70163 [1]  1/22
7778 [1]  2/2

**8**

80 percent [1]  16/13
820 [1]  1/16

**A**

ability [1]  17/16
able [7]  7/12 12/5 13/12 14/6 14/14 15/3
 15/5
about [6]  6/12 6/18 8/24 9/5 10/3 11/12
above [1]  17/18
above-entitled [1]  17/18
absent [2]  9/5 9/8
accept [1]  15/6
accepting [1]  14/3
access [2]  11/14 14/15
accomplish [1]  13/12
accomplished [1]  3/23
according [1]  8/2
action [2]  6/12 7/20

address [3]  8/15 13/16 14/11
addressed [1]  9/21
administer [1]  15/22
administrator [2]  13/25 15/22
advise [2]  11/25 12/3
afforded [1]  3/25
After [1]  7/17
Again [1]  10/3
agenda [4]  3/16 4/3 4/3 10/14
agreed [2]  9/7 9/9
agreement [2]  4/12 12/21
aided [1]  2/6
Ainsworth [2]  9/23 10/1
Albanis [1]  7/8
all [14]  3/18 4/24 3/24 4/1 4/17 5/12 5/15
 8/25 9/12 9/16 9/23 11/25 12/13 13/14
allowing [1]  13/10
along [2]  7/6 10/13
already [2]  10/24 17/7
also [8]  3/20 5/5 6/1 6/9 7/12 8/11 13/7
 15/11
am [2]  5/14 13/25
amass [1]  14/7
amended [1]  10/19
amicus [4]  6/11 8/9 8/12 8/22
Amorin [1]  9/4
amount [1]  16/11
amplify [1]  8/1
anticipate [1]  15/2
any [11]  11/22 12/2 14/5 16/1 17/4
anything [7]  4/7 5/10 6/13 7/24 8/23 9/20
 16/25
appeal [3]  8/20 8/20 8/20
appearance [1]  3/8
Appearances [1]  1/13
appellees [2]  8/11 8/12
apply [1]  13/1
appointed [3]  10/25 12/10 16/11
appreciate [1]  12/13
appreciates [1]  3/24
appreciation [1]  12/7
approximately [2]  5/14 15/17
April [1]  7/2
are [26]
Arnie [1]  12/21
ARNOLD [3]  1/18 8/15 13/19
Arnold Levin [1]  13/19
as [21]
ask [4]  13/15 14/9 14/25 16/12
asked [2]  10/19 11/17
asking [1]  5/19
aspects [1]  14/8
assistance [2]  6/10 12/11
assisted [1]  13/5
association [1]  8/11
assure [1]  9/17
at [7]  4/20 10/7 10/12 11/2 11/10 11/19
 15/18
attention [2]  5/1 5/5
attorney [2]  11/1 16/7
authorizations [1]  7/4
available [3]  15/10 15/11 15/12
Avenue [1]  1/16
aware [1]  5/24
away [1]  11/7

**B**

bankruptcy [1]  5/3
Banner [3]  9/10 9/11 10/9
Barrios [2]  4/15 4/16
basic [1]  14/10
be [18]
because [5]  5/16 9/7 9/10 12/23 14/16

been [19]
before [3]  10/16 16/1 16/1
beginning [1]  11/20
behalf [4]  6/24 7/1 8/9 8/12
being [3]  8/21 9/4 15/3
believe [3]  10/22 12/4 13/20
benefit [1]  16/9
Benjamin [1]  5/6
Berman [1]  1/18
best [1]  17/16
Blaine [1]  10/11
Bob [1]  10/25
both [2]  8/8 12/1
brief [6]  6/11 8/9 8/12 8/13 8/14 8/15
briefed [2]  8/21 8/21
briefing [3]  8/7 8/8 8/16
briefly [2]  6/25 14/1
briefs [1]  8/22
bring [2]  4/25 5/5
BrownGreer [2]  13/16 13/25
build [1]  14/12
builders [4]  5/14 5/22 9/13 12/25
business [2]  9/24 10/6
but [6]  4/5 5/15 6/9 10/19 12/3 15/7

**C**

Caburian [1]  5/2
call [3]  3/5 10/25 12/21
calls [2]  11/7 11/15
can [6]  11/17 12/2 14/5 14/25 15/7 15/16
capable [1]  13/5
capacity [1]  11/13
card [1]  9/14
Carolina [1]  13/6
case [9]  3/5 3/22 5/1 5/2 5/6 6/11 7/17
 9/13 9/23
cases [6]  1/8 6/21 7/18 9/16 9/17 15/23
Catholic [1]  11/9
cause [3]  5/13 5/20 17/6
CCR [3]  2/1 17/13 17/21
certain [1]  14/10
certainly [1]  11/23
CERTIFICATE [1]  17/12
certification [1]  6/21
certified [1]  16/10
certify [1]  17/15
chance [1]  5/24
change [1]  11/23
Charities [1]  11/9
China [1]  9/3
CHINESE [4]  1/5 3/6 9/3 16/21
CHINESE-MANUFACTURED [1]  1/5
Circuit [5]  8/8 8/20 8/25 9/1 16/20
Circuit's [1]  9/22
claim [13]  10/5 14/1 14/9 14/12 14/17
 14/18 14/19 14/23 15/1 15/6 15/7 15/10
 15/11
claimant [1]  14/23
claimants [3]  11/1 15/13 15/17
claims [5]  4/11 12/22 13/11 13/16 15/21
class [3]  6/12 6/21 9/6
cleared [2]  7/4 7/11
clerk [1]  13/19
client [1]  7/7
clients [1]  9/16
Coast [1]  8/9
colleague [1]  10/13
colleagues [1]  4/17
Colson [1]  7/10
comment [1]  16/16
commitment [2]  9/2 9/9
committee [2]  3/12 3/14
common [1]  16/9

## C

communicate [1]  11/24
communication [1]  11/11
communications [3]  11/8 12/1 12/5
complaint [2]  9/3 10/3
complaints [2]  6/13 9/4
complete [3]  8/3 8/8 10/14
complied [3]  5/12 5/14 5/19
comply [1]  12/5
component [1]  9/15
computer [1]  2/6
computer-aided [1]  2/6
computers [2]  11/14 14/16
conduct [1]  10/12
conference [6]  1/10 3/20 5/7 10/22 11/20
16/22
conferences [1]  16/23
congresspersons [1]  8/10
connection [2]  6/11 16/21
consent [2]  4/12 9/16
consideration [2]  12/17 15/5
continue [2]  7/1 9/2
continued [2]  5/2 5/3
continuing [1]  16/19
contributed [1]  16/14
cooperation [1]  6/10
coordination [1]  4/14
copy [3]  14/5 14/15 15/11
corporations [2]  9/4 9/24
correct [1]  17/16
costs [6]  5/10 10/3 16/9 16/10 17/1 17/3
counsel [10]  3/8 3/24 4/1 4/12 4/16 5/17
6/8 10/23 13/18 16/13
court [2]
Court's [5]  4/12 5/24 8/17 12/6 12/8
Court-appointed [2]  10/25 16/11
courtroom [4]  3/19 7/8 8/2 13/4
courts [1]  9/25
CPA [1]  16/11
Curator's [1]  11/4
current [2]  10/22 14/20
cutoff [1]  4/11

## D

database [1]  14/7
date [3]  11/6 11/12 11/23
dates [2]  4/11 13/12
Davis [1]  13/19
day [1]  12/17
days [3]  10/20 11/7 11/14
deal [1]  4/5
decision [1]  9/22
default [1]  16/6
defendant [2]  10/16 10/16
defendants [8]  1/21 7/24 8/6 8/13 9/20
10/9 10/12 15/19
defense [1]  3/14
defer [1]  5/16
demographic [1]  14/10
depending [1]  16/19
design [1]  14/24
develop [1]  14/11
devised [1]  7/18
did [2]  13/1 16/16
disburse [1]  16/13
discuss [2]  6/3 12/22
discussed [3]  4/2 7/8 14/3
discussions [3]  11/21 11/21 16/7
dismissals [1]  13/20
DISTRICT [5]  1/1 1/2 1/11 17/14 17/14
do [9]  5/21 6/4 13/18 14/11 15/6 15/24
16/16 16/25 17/15

docket [2]  1/5 5/7
document [1]  15/18
doing [3]  3/21 9/24 10/5
don't [1]  4/14
done [4]  11/17 12/1 14/6 15/23
Doyle [4]  2/1 17/13 17/21 17/21
DRYWALL [2]  1/5 3/7
due [2]  5/3 8/15
duty [1]  16/19
dynamic [1]  14/24

## E

e-mail [1]  15/9
EASTERN [2]  1/2 17/14
effectively [1]  13/3
efficiency [1]  7/13
efforts [1]  3/22
either [2]  14/5 14/14
ELDON [1]  1/11
enabled [2]  9/15 14/11
encourage [1]  14/15
ensure [1]  5/23
enter [1]  14/23
entered [1]  4/9
entities [3]  8/19 16/7 16/21
entitled [1]  17/18
ESQ [3]  1/15 1/18 1/21
establish [1]  6/16
Eugene [1]  5/2
Even [1]  15/3
every [1]  10/2 13/20
everybody [1]  15/10
evidence [1]  16/4
example [1]  14/21
exchange [1]  7/11
expense [2]  6/16 11/10
extension [3]  4/10 11/21 12/17
Exterior [2]  9/20 10/7

## F

fact [1]  5/23
fairness [6]  4/4 4/5 10/13 13/7 16/1 17/8
FALLON [2]  1/11 3/10
familiarize [1]  10/1
far [2]  8/4 16/12
fashion [1]  15/8
favor [1]  8/10
FCRR [3]  2/1 17/13 17/21
federal [1]  4/14
fee [3]  5/12 5/19 6/16
feed [1]  14/25
fees [1]  5/10
few [2]  5/21 13/6
Fifth [6]  8/8 8/20 8/25 9/1 9/22 16/20
Fifth Circuit [5]  8/8 8/20 8/25 9/1 16/20
Fifth Circuit's [1]  9/22
figures [1]  8/3
filed [8]  8/9 8/11 8/13 8/19 8/22 10/19
15/7 16/8
filing [1]  10/20 14/19 15/1
filled [1]  3/19
final [1]  5/18
fine [2]  7/16 15/24
firm [1]  7/10
firms [2]  7/7 7/9
first [2]  3/17 5/1
Fishbein [1]  1/18
five [1]  7/18
Florida [2]  7/6 7/7
folks [2]  9/23 14/5
following [1]  10/21
foregoing [1]  17/15
foreign [1]  9/24

form [5]  12/22 14/1 14/12 14/23 15/10
format [2]  14/24 15/10
Fortunately [1]  13/3
forward [1]  7/13
four [2]  7/17 11/6
free [1]  9/14
Frequently [1]  10/19
friendly [1]  14/17
Frilot [1]  1/21
fund [2]  6/17 16/19
funds [3]  16/12 16/14 16/17
further [1]  8/15
future [1]  16/19

## G

gaining [1]  7/13
Garrett [1]  16/11
gathered [1]  14/21
Genalin [1]  5/2
Germano [2]  8/7
get [6]  6/2 7/4 9/14 9/16 11/17 16/1
get-out-of-jail-free [1]  9/14
getting [1]  13/5
give [1]  5/24
go [3]  4/3 13/21 17/7
goes [4]  9/11 9/11 9/12 9/12
going [3]  12/5 13/21 15/4
good [6]  3/3 3/10 3/13 4/22 11/3 13/24
got [1]  9/13
gotten [2]  6/4 14/8
grant [1]  17/5
great [1]  15/23
Greenberg [1]  6/10
Greer [5]  12/22 13/16 13/23 13/24 15/23
Gross [2]  6/11 8/7 8/13
group [2]  5/18 13/6
grows [1]  8/17
Gulf [1]  8/9

## H

had [6]  4/21 5/14 7/10 9/11 11/9 14/7
Hague [1]  10/3
halfway [1]  7/15
Hall [6]  3/19 3/21 4/22 5/3 12/24 13/10
Hall's [1]  13/3
handle [1]  15/7
happened [2]  11/5 11/8
happening [1]  4/18
happy [1]  5/15
hard [3]  14/5 14/15 15/11
has [17]  3/21 3/23 3/24 4/17 5/6 7/16
7/20 7/20 8/9 8/11 10/5 10/23 11/5 12/10
12/12 14/11 15/23
have [54]
haven't [1]  17/3
Having [1]  11/19
HB [1]  2/1
HB-406 [1]  2/1
he [1]  12/12
hear [2]  4/20 16/25
heard [2]  11/19 17/7
hearing [11]  4/4 4/5 5/13 6/22 10/13
10/21 13/7 13/13 16/2 17/6 17/8
held [1]  8/18
help [1]  12/13
helpful [2]  12/9 12/12
her [7]  3/22 3/22 3/24 4/17 4/20 4/23 6/9
here [4]  4/15 7/14 12/22 14/1
hereby [1]  17/15
Herman [5]  1/15 1/15 1/15 3/11 11/19
Hicks [1]  7/10
him [1]  13/5

## H

his [2] 11/1 12/13
home [1] 7/15
homebuilders [7] 5/10 5/12 5/18 6/8 6/9 8/11 10/23
homeowners [1] 11/11
homes [6] 7/1 7/12 7/19 7/22 8/1 11/10
Honor [29]
Honor's [1] 15/5
HONORABLE [1] 1/11
hope [1] 12/18
hopper [1] 13/9
houses [1] 11/11
how [2] 6/12 11/17
hundred [1] 3/18

## I

I'll [2] 4/20 12/21
I'm [3] 8/7 9/21 11/16
if [3] 6/1 7/25 11/22
II [2] 4/13 4/25
impending [1] 11/6
in [50]
In Re [1] 3/6
including [2] 3/18 15/19
indicated [1] 11/20
individual [1] 13/8
individually [1] 5/22
individuals [6] 11/13 11/22 11/24 12/4 12/10 16/14
InEx [1] 9/11
information [8] 7/11 11/22 12/9 14/10 14/10 14/11 14/21 14/24
initial [1] 7/17
installers [2] 9/13 12/25
insurers [3] 9/12 13/1 15/19
intend [1] 5/22
interested [1] 9/24
Interior [2] 9/20 10/7
into [2] 14/22 17/7
inundated [1] 11/15
involved [4] 4/19 15/16 15/18 15/24
involving [1] 5/14
is [34]
issue [3] 5/20 6/19 7/8
issues [4] 8/16 9/1 12/22 15/20
it [12] 3/10 4/8 5/23 5/25 8/21 9/2 10/3 11/17 12/8 13/10 15/3 17/4
it's [4] 7/13 8/4 13/7 17/4
items [4] 3/16 4/3 4/25 16/1
its [1] 11/10
IV [1] 4/14

## J

jail [1] 9/14
job [2] 15/23 15/24
Johnston [3] 10/25 12/9 15/12
joint [2] 5/4 9/8
JUDGE [9] 1/11 3/10 3/19 3/21 4/22 5/3 12/24 13/3 13/10
Judge Fallon [1] 3/10
Judge Hall [2] 3/19 3/21
July [2] 16/23 16/24
July 17 [2] 16/23 16/24
June [4] 8/15 12/18 16/23 16/24
June 11 [2] 16/23 16/24
June 13 [1] 8/15
June 25 [1] 12/18
jurisdiction [3] 8/19 9/23 9/25
jurisdictional [1] 9/1
just [5] 6/25 7/25 8/25 11/19 14/1

## K

Katz [1] 1/15
keep [1] 8/24
KERRY [3] 1/21 3/13 6/25
Knauf [5] 6/24 7/1 9/7 9/8 9/16
know [6] 3/23 6/2 7/2 8/25 15/10 15/24

## L

ladies [1] 3/3
laed.uscourts.gov [1] 2/3
Lafarge [1] 16/7
landed [1] 9/3
last [7] 4/8 5/7 7/2 7/6 11/6 11/14 14/4
later [2] 6/20 6/22
lead [3] 4/1 13/18 16/13
least [1] 15/19
left [1] 13/13
Leonard [1] 13/9
let [2] 6/2 15/9
let's [2] 4/3 17/7
letter [1] 12/2
Levin [5] 1/18 1/18 8/15 12/21 13/19
Lewis [1] 13/4
LexisNexis [1] 5/23
LIABILITY [1] 3/7
liaison [7] 3/8 4/1 4/16 6/8 6/9 10/23 16/13
like [5] 4/22 4/25 5/5 5/11 5/16
listening [1] 8/2
litigants [3] 8/25 12/24 13/6
litigation [7] 1/6 3/7 4/17 4/20 6/16 7/23 15/18
LLC [2] 1/15 1/21
lot [3] 6/4 7/11 14/21
LOUISIANA [6] 1/2 1/7 1/16 1/22 2/2 17/15
Lynn [3] 12/22 13/15 13/24

## M

made [1] 7/3
mail [2] 12/3 15/9
majority [1] 16/17
make [4] 3/8 6/24 11/1 16/16
many [3] 11/13 12/4 15/21
March [1] 4/9
March 29 [1] 4/9
marches [1] 7/13
matter [7] 5/13 6/3 6/20 7/22 10/24 15/17 17/18
matters [3] 9/22 10/21 15/20
may [15] 1/8 3/2 3/10 4/8 6/23 7/25 8/14 8/14 9/1 11/6 11/12 11/18 12/6 16/13 16/20
May 17 [1] 8/14
May 20 [1] 8/14
May 25 [4] 11/6 11/12 11/18 12/6
MD [1] 1/5
MDL [2] 3/6 12/21
me [1] 3/25
mechanical [1] 2/5
meeting [2] 3/15 4/22
members [2] 16/17 16/18
met [5] 4/1 4/17 7/2 7/7 13/19
MILLER [4] 1/21 3/13 6/23 6/25
Mitchell [1] 8/14
mixup [1] 5/16
moment [1] 13/15
monitoring [1] 3/20
month [2] 7/2 11/6
monthly [2] 1/10 3/15
months [1] 14/5

## more [5] 7/12 7/14 7/22 14/16 17/1

morning [5] 3/3 3/10 3/13 4/2 4/23 11/3 13/24
motion [5] 12/18 15/5 16/9 17/2 17/5
motions [1] 6/16
moving [2] 8/4 8/5
Mr. [7] 6/23 10/25 12/9 13/11 13/11 15/12 16/11
Mr. Bob [1] 10/25
Mr. Johnston [2] 12/9 15/12
Mr. Miller [1] 6/23
Mr. Phil [1] 16/11
Mr. Serpe [2] 13/11 13/11
Ms. [7] 4/15 4/16 6/8 10/23 13/23 15/23 17/7
Ms. Barrios [2] 4/15 4/16
Ms. Greer [2] 13/23 15/23
Ms. Wimberly [3] 6/8 10/23 17/7
much [6] 3/23 4/5 5/9 14/16 15/14 17/10
must [1] 12/3
my [3] 7/6 12/4 17/16
myriad [1] 15/19

## N

navigating [1] 12/11
necessary [2] 9/5 17/6
need [2] 12/11 15/21
needs [2] 3/23 5/4
never [2] 9/7 9/9
new [12] 1/7 1/16 1/22 2/2 5/6 6/14 6/15 10/8 10/10 10/17 16/3 16/5
next [5] 5/20 10/20 15/3 16/22 16/23
nice [1] 7/11
no [7] 5/1 11/5 11/13 16/10 16/15 16/18 17/2
No. [1] 5/6
No. 6 [1] 5/6
North [1] 13/6
North Carolina [1] 13/6
not [8] 5/14 5/19 6/8 10/18 12/5 13/1 14/23 17/6
nothing [7] 6/14 6/15 10/8 10/9 10/17 16/3 16/5
notice [2] 5/22 15/9
now [4] 7/21 8/21 14/7 17/7
number [4] 8/9 11/7 11/10 11/16
numeral [16] 4/13 4/14 4/24 6/15 10/8 10/15 10/16 10/18 10/22 11/2 12/20 12/25 16/4 16/5 16/6 16/8

## O

O'Keefe [1] 1/16
objection [1] 17/4
objections [3] 16/10 16/15 16/18
obviously [1] 15/6
occupants [1] 11/11
Official [3] 2/1 17/13 17/22
Okay [2] 12/19 13/22
omnibus [1] 6/12
on [31]
one [6] 5/15 7/9 9/4 9/22 11/8 15/25
ongoing [1] 16/6
online [4] 14/5 14/14 14/15 15/11
only [3] 6/8 6/19 13/10
open [1] 15/4
or [10] 7/18 7/19 7/21 7/22 11/11 11/21 14/5 14/15 14/20 16/20
order [9] 4/9 4/9 4/10 5/13 5/19 5/20 5/24 16/4 17/4
orders [1] 4/7
ordinary [1] 12/2
Orleans [4] 1/7 1/16 1/22 2/2

**O**

other [6]  4/5 9/21 13/6 15/23 16/1 16/21
others [1]  13/4
our [9]  3/15 4/16 5/7 7/17 8/2 9/2 9/5 9/8
9/16
out [9]  8/17 9/13 9/14 11/10 12/2 13/18
15/2 15/3 15/9
outstanding [1]  7/4
over [4]  3/19 11/14 11/15 14/4
owner [3]  14/19 14/20 14/20

**P**

page [5]  4/24 6/19 10/8 10/12 11/2
page 19 [1]  11/2
parallel [1]  15/8
Parker [1]  7/10
part [1]  12/6
participated [1]  11/9
participating [3]  3/18 3/20 13/1
particular [1]  7/17
parties [2]  4/2 8/21
pay [1]  10/5
pending [1]  15/4
Pennsylvania [1]  1/19
people [2]  3/17 14/14
percent [1]  16/13
period [1]  15/4
periodically [1]  4/18
person [1]  10/4
Pete [1]  7/8
Phil [1]  16/11
Philadelphia [1]  1/19
phone [4]  3/18 6/3 11/15 12/24
physical [1]  16/4
picking [2]  7/14 7/21
pilot [5]  6/18 6/23 7/2 7/20 7/20
placed [1]  7/19
plaintiff [2]  5/3 10/16
plaintiffs [3]  1/15 1/18 8/10
plaintiffs' [3]  3/11 6/16 17/2
please [5]  3/3 3/5 3/9 3/11 4/8
pleasure [1]  4/22
point [1]  13/18
pointing [1]  12/2
Porter [1]  10/11
Porter-Blaine [1]  10/11
portion [1]  17/3
possible [1]  11/23
posting [1]  5/23
Poydras [1]  1/22 2/1
preliminary [1]  16/5
presentation [1]  7/3
presented [1]  15/20
presenting [1]  12/16
preservation [1]  16/4
presided [1]  3/19
pretrial [3]  4/7 4/9 4/9
previous [1]  14/20
prior [1]  5/24
pro [4]  11/1 12/10 12/13 15/13
pro se [3]  11/1 12/10 15/13
pro ses [1]  12/13
proceed [1]  4/4
proceeding [1]  7/23
proceedings [3]  2/5 3/1 17/17
proceeds [1]  15/22
process [9]  7/23 12/12 14/2 14/12 14/13
14/16 14/22 14/23 15/10
product [1]  9/10
PRODUCTS [2]  1/5 3/7
profile [1]  10/16
program [10]  6/23 7/2 7/13 7/18 7/19
7/20 7/20 14/4 14/9 14/24
programs [4]  7/20
properties [1]  8/3
property [3]  14/10 14/19 15/6
proposed [1]  4/2
protocol [2]  7/18 7/19
provide [3]  5/22 12/6 13/11
provided [1]  11/4
PSC [2]  16/17 16/18
pull [1]  14/22
pursue [4]  9/2 9/9 9/17 13/11
pursuing [1]  9/6
put [3]  5/7 7/3 16/17

**Q**

questions [4]  10/19 11/7 12/11 14/25

**R**

re [3]  1/5 3/6 14/23
re-enter [1]  14/23
ready [1]  15/2
reason [1]  13/20
received [3]  9/14 17/2 17/4
recent [1]  9/22
recently [2]  5/6 9/3
recognize [1]  8/8
record [2]  3/9 17/17
recorded [1]  2/5
regard [11]  3/21 4/24 8/6 10/7 10/11
10/15 10/18 10/21 12/20 12/24 16/8
regarding [2]  5/16 13/20
register [3]  12/2 14/5 14/14
registered [2]  8/4 15/7
registers [2]  14/9 14/17
registration [7]  4/11 8/4 11/12 12/17
14/12 14/22 15/4
registrations [2]  14/4 14/6
reimbursement [3]  16/9 17/1 17/3
related [1]  9/17
Relates [1]  1/8
relating [2]  11/21 11/23
released [1]  16/12
relevant [1]  14/18
remediated [4]  7/1 7/12 7/21 8/1
remediating [1]  7/19
remediation [1]  11/9
remediations [1]  8/3
report [8]  4/15 5/4 6/9 6/24 7/3 11/1 11/5
14/1
Reporter [3]  2/1 17/14 17/22
reports [1]  4/18
represent [1]  12/10
representation [2]  6/5
require [1]  15/6
requirement [1]  11/12
resolve [1]  5/25
resolved [1]  5/15
respect [3]  4/10 4/13 10/9
Richard [1]  13/4 13/4
right [1]  13/14
roll [2]  15/2 15/3
Roman [16]  4/13 4/14 4/24 6/15 10/8
10/15 10/16 10/18 10/22 11/2 12/20
12/24 16/4 16/5 16/6 16/8
rule [1]  16/21
ruling [2]  8/17 12/8
RUSS [3]  1/15 3/11 11/19

**S**

said [1]  9/8
same [4]  9/11 9/11 9/12 9/12
say [2]  4/22 5/15
screens [1]  14/18
se [3]  11/1 12/10 15/13
second [1]  5/12
Secondly [1]  10/2
Section [1]  1/6
Sedran [1]  1/18
see [2]  7/8 15/16
senators [1]  8/10
send [1]  15/9
sending [1]  5/21
sent [2]  11/10 12/1
Serpe [3]  13/4 13/11 13/11
serve [2]  10/2 10/5
served [1]  9/4
service [1]  6/4
ses [1]  12/13
set [3]  5/13 6/21 10/21
settings [2]  4/14 5/2
settle [2]  7/12 9/16
settled [1]  15/21
settlement [8]  7/23 9/7 9/10 12/21 12/25
13/25 14/4 15/22
settlements [2]  13/5 13/8
several [6]  3/16 3/18 4/19 7/7 11/14 14/7
she [5]  3/21 3/23 3/24 4/17 15/24
should [3]  6/2 6/5 9/25
show [3]  5/13 5/20 17/6
sides [1]  8/8
significant [2]  11/10 11/16
simply [3]  12/6 14/16 14/22
since [1]  5/7
single [1]  10/2
sit [1]  7/14
situation [3]  8/1 12/3 12/7
slowly [1]  8/5
smoothly [1]  13/21
so [14]  4/22 5/4 7/10 7/12 8/4 8/4 9/5
11/14 12/6 12/12 14/14 14/23 14/24 17/7
software [1]  2/6
some [6]  4/3 7/12 7/21 11/21 12/11 13/8
someone [3]  10/5 14/9 14/17
something [2]  7/3 10/4
sometime [2]  5/20 10/20
soon [1]  10/13
sorry [2]  8/7 9/21
specific [1]  15/1
standpoint [1]  12/3
state [3]  4/13 4/14 4/17
state/federal [1]  14/14
statement [1]  9/6
states [11]  1/1 1/11 4/18 4/19 4/19 9/25
10/6 15/18 15/21 16/20 17/14
status [6]  1/10 5/7 10/22 11/5 11/20 14/1
steam [2]  7/14 7/21
steering [2]  3/11 3/14
stenography [1]  2/5
still [1]  15/4
Street [3]  1/19 1/22 2/1
stricken [1]  5/4
subject [4]  4/12 8/18 13/7 13/8
submitted [1]  14/8
submitting [1]  4/10
substantial [1]  11/7
such [2]  11/17 12/1
sue [1]  9/15
Suite [2]  1/19 1/22
summarizes [1]  11/5
suppliers [1]  13/1
Supply [1]  10/11
Supreme [1]  16/20
Supreme Court [1]  16/20
system [1]  10/4

## T

take [2]  6/20 11/16
taken [1]  14/18
talk [2]  6/1 16/16
talking [1]  8/24
tell [1]  6/1
telling [1]  11/11
than [3]  4/5 7/15 7/22
thank [14]  4/21 5/8 5/9 5/12 6/6 6/7 9/19
 11/3 12/14 12/15 15/14 15/15 17/9 17/10
that [75]
that's [6]  7/16 10/5 11/1 12/9 13/7 13/21
The Hague [1]  10/3
their [6]  3/8 6/10 14/9 14/18 14/19 15/21
them [11]  4/2 5/20 5/24 6/1 6/2 6/4 9/17
 11/16 11/16 12/5 16/14
themselves [1]  10/1
then [6]  4/4 7/18 12/22 14/25 15/21
 16/23
there [17]  4/25 5/15 5/16 5/18 6/20 9/10
 11/7 11/20 11/22 15/17 15/18 15/18
 15/19 16/6 16/10 16/15 16/17
there's [2]  16/3 16/5
thereabouts [1]  7/22
these [3]  12/4 15/20 16/17
they [14]  5/23 6/1 6/2 6/4 6/5 9/6 9/7 9/9
 14/17 14/19 14/20 14/20 15/1 16/18
things [2]  11/8 12/1
think [4]  6/4 7/13 7/16 17/4
this [20]
those [15]  5/15 5/22 7/4 8/1 11/11 11/13
 11/22 11/24 13/11 14/6 14/15 15/12
 16/12 16/14 16/23
though [2]  5/21 15/3
thousand [1]  7/21
through [10]  3/22 4/3 7/1 7/23 10/3 12/2
 12/12 12/17 13/10 14/8
thus [1]  16/12
ticket [1]  9/14
time [2]  4/20 10/2
timing [1]  12/3
today [6]  5/13 6/22 7/9 7/14 11/6 13/13
told [2]  11/16 11/22
tomorrow [1]  12/18
Toni [5]  2/1 2/3 17/13 17/21 17/21
too [2]  4/5 15/12
tortfeasor [1]  9/8
totally [1]  13/5
transcript [1]  17/16
transcription [1]  2/6
Traurig [1]  6/10
trial [1]  13/12
trials [1]  7/17
true [1]  17/15
trying [1]  7/4
Tusa [5]  2/1 2/3 17/13 17/21 17/21
two [4]  4/25 9/21 14/4 16/23
type [1]  14/19

## U

under [7]  5/1 6/15 6/23 10/22 16/3 16/5
 16/6
understand [1]  16/18
understanding [1]  17/17
UNITED [6]  1/1 1/11 9/25 10/6 16/20
 17/14
United States [3]  9/25 10/6 16/20
up [7]  6/20 7/5 7/11 7/14 7/21 16/13
 16/17
upon [2]  14/12 16/19
us [2]  9/15 14/11
user [2]  14/17 14/25

user-friendly [1]  14/17
using [1]  14/8

## V

various [2]  8/21 14/8
vast [1]  16/17
Venture [1]  10/11
Venture Supply [1]  10/11
verbally [1]  12/1
very [5]  5/9 11/7 12/12 15/14 17/10
VI [1]  6/15
Virginia [8]  3/19 3/22 5/1 6/21 12/23 13/2
 13/6 13/12

## W

Waichman [1]  7/10
wait [1]  12/7
Walker [1]  5/6
walking [1]  9/14
Walnut [1]  1/19
want [6]  3/17 6/7 7/25 8/25 11/25 13/18
was [12]  4/9 5/2 5/13 5/16 7/6 7/9 7/19
 8/13 8/18 9/10 11/8 13/10
we [64]
Wednesday [1]  16/22
week [3]  7/6 11/15 15/3
weeks [1]  5/21
welcome [1]  3/17
well [7]  4/23 5/22 6/3 6/9 7/10 7/17 11/17
were [7]  7/12 9/6 9/24 11/20 13/5 13/12
 16/18
what [6]  6/18 11/5 11/19 14/6 14/11
 16/19
what's [3]  4/18 9/5 13/13
when [2]  7/2 14/17
where [3]  10/4 12/7 13/16
whether [2]  9/25 14/20
which [8]  6/20 6/21 9/23 11/5 11/9 11/15
 12/25 16/9
while [3]  7/22 8/4 9/1
who [10]  3/17 3/19 5/12 5/14 5/18 9/23
 12/11 14/15 16/14 16/17
whole [2]  12/7 14/24
will [30]
Wiltz [1]  8/14
Wimberly [3]  6/8 10/23 17/7
wish [2]  6/1 16/25
within [1]  10/20
work [3]  3/22 3/24 7/4
worked [1]  7/16
working [1]  15/12
would [8]  4/22 4/25 5/5 5/11 5/16 9/7 9/8
 9/9
wrong [1]  10/4

## X

XIII [1]  10/15
XIV [1]  10/16
XIX [1]  16/4
XV [1]  10/18
XVI [1]  10/23
XVII [1]  11/2
XVIII [2]  12/20 12/25
XX [1]  16/5
XXII [1]  16/6
XXIII [1]  16/8

## Y

years [1]  14/7
yeoman [1]  3/22
Yes [2]  5/11 8/24
yesterday [1]  5/4
you [17]  4/21 5/8 5/9 6/2 6/3 6/6 6/20
 9/19 11/3 12/2 12/14 12/15 15/14 15/15
 16/21 17/9 17/10
your [35]
Your Honor [27]
Your Honor's [1]  15/5