1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE-MANUFACTURED        *      Docket 09-MD-2047
5        DRYWALL PRODUCTS            *
         LIABILITY LITIGATION        *      Section L
6                                    *
                                     *      New Orleans, Louisiana
7    RELATES TO ALL CASES            *
                                     *      May 21, 2013
8    * * * * * * * * * * * * * * * * *

9

10                   JOINT FAIRNESS HEARING BEFORE
                  THE HONORABLE ELDON E. FALLON
11                 UNITED STATES DISTRICT JUDGE

12

13   Appearances:

14

For Norfolk                  The Honorable Mary Jane Hall
15   Circuit Court:               100 St. Paul's Boulevard
                                  Norfolk, Virginia 23510
16

17   For the Plaintiffs'          Herman Herman & Katz, LLC
     Steering Committee:          BY:  RUSS M. HERMAN, ESQ.
18                                820 O'Keefe Avenue
                                  New Orleans, Louisiana 70113
19

20   For the Plaintiffs'          Hausfield, LLP
     Steering Committee:          BY:  RICHARD S. LEWIS, ESQ.
21                                1700 K Street, N.W.
                                  Washington, D.C. 20006
22

23   For the Plaintiff's          Law Offices of Richard J. Serpe
     Steering Committee:          BY:  RICHARD J. SERPE, ESQ.
24                                580 East Main Street, Suite 310
                                  Norfolk, Virginia 23510
25

1    Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
2                                    500 Poydras Street, HB-406
                                     New Orleans, Louisiana 70130
3                                    (504) 589-7778
                                     Toni_Tusa@laed.uscourts.gov

4

5
     Proceedings recorded by mechanical stenography using
6    computer-aided transcription software.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## <u>PROCEEDINGS</u>

### **(May 21, 2013)**

**THE COURT:**  Is Virginia still with us?

**MR. SERPE:**  Yes, Your Honor.

**THE COURT:**  Let me just put it in perspective a moment.  On January 17, 2013, this Court preliminarily approved four Virginia-based settlements as fair, reasonable, and adequate, and conditionally certified the four settlement classes.  That's necessary in order to get the forms out and the notices sent.

Notice of these settlements were disseminated via first-class mail to all known class members for each of the settlements.  Notice of each settlement was also posted on the Court's official Chinese drywall Web site and announced in a number of press releases.  Notice was also published in various online media.  A Web site was established and a call center was set up so that class members could obtain additional information about the settlements and register to receive further announcements from the Court regarding claims procedures which are required to be implemented.

This Web site had over 900 visitors and registered more than 180 class members.  Each class notice informed the class members of their right to opt out or to object to the settlement, all in accordance with Rule 23 of the Federal Rules of Civil Procedure.

1       The Court established an opt-out objection

2  period from February 4, 2013 through May 16, 2013, allowing

3  class members what I believe to be adequate opportunity to

4  consider all of the settlements together before deciding

5  whether to opt out or whether to object to any or all of the

6  settlements.

7       As of the date of the filing, the settlement

8  class counsel have advised the Court that they have received no

9  request for opt-outs of any of the four Virginia-based class

10 settlements.  The Court has received none either.

11      There are, however, out of the hundreds of class

12 members who intended to participate in the settlement, four

13 objections which were filed.  It looks like the four are very

14 similar, with the exception of just some items on that.  So I

15 have received the objections.  I have looked them over.

16      At this point I will call on class counsel to

17 discuss first the settlement, and then I will ask for any

18 objections and I will hear from the objectors.  I will give

19 class counsel an opportunity to discuss the objections, and

20 then we will proceed accordingly.

21      **MR. LEWIS:**  Thank you, Your Honor.  Richard Lewis on

22 behalf of class counsel and the PSC.  I will be reviewing the

23 basic elements of the settlement, and I believe Mr. Serpe and

24 Judge Hall may have some comments after that.

25      Your Honor, as you said, we are here for final

approval on the four Virginia-based settlements.   In our papers
we refer to them as the Nationwide settlement, the
Porter-Blaine/Venture settlement, the Tobin Trading and
installers settlement, and the Builders Mutual settlement.   The
value of those four settlements is $17.4 million.   They are
distinct and separate settlements.

The Court is familiar with the history of
litigation involving the Virginia-based claims.   Back in 2010,
we were before Your Honor with the *Germano* proceeding, a
bench trial before the Court, where all the different issues --
causation of corrosion, liability, damages from Chinese
drywall -- were all explored in depth, and the Court issued
extensive findings of fact and conclusions of law.   That was
back in 2010.

Since that time counsel has been very busy
pursuing the Virginia-based litigation.   A lot of that work was
involved in insurance coverage litigation in Virginia.   In
addition, under the leadership of Mr. Herman and Mr. Levin and
Mr. Serpe, we have pursued individual cases in the Virginia
state courts, significant motion practice; and importantly,
also building code violations were litigated in Virginia and
were resolved successfully for the homeowners.

All of this work has enabled class counsel to be
very familiar with the claims in Virginia, with the remediation
costs, with the housing market, and with the challenges of that

litigation.

In addition, extensive discovery of Venture and Tobin -- document discovery, deposition discovery -- has been carried out over the last three years.  All of the insurance coverage has been scoured to find all available coverage to benefit members of these Virginia-based classes.

Coming up to the present, in 2012 this Court ordered mediation for the Virginia-based parties; and under the supervision of Mr. Richard Kingrea, we first met on March 13, 2012, in Norfolk.  Following that one-day mediation, class counsel and different defendant groups carried on in several face-to-face and telephone negotiating sessions.  These were arm's-length, difficult negotiations which did lead to these four settlements in October of 2012 all the way up to January of 2013.

The Court has given preliminary approval to these four settlements on January 17, and we have filed our final approval brief and our reply brief laying out the Rule 23 certification issues, laying out the *Reed* factors in favor of approving these settlements.

I would like to focus now on the *Reed* factor pertaining to the obstacles because the question is what is the alternative to the proposed settlements; and the alternative, of course, is continued litigation, which we are very familiar with.

09:40
09:40
09:40
09:40
09:40
09:40
09:40
09:40
09:40
09:40
09:40
09:40
09:41
09:41
09:41
09:41
09:41
09:41
09:41
09:41
09:41
09:41
09:41
09:41
09:41

1    Among those obstacles of continued litigation

2 that bear mention are, number one, the distinct possibility

3 that we would lose insurance coverage as a result of the

4 Supreme Court decision, the *TravCo* decision by the state

5 Supreme Court in Virginia.  That is a very serious concern of

6 plaintiffs' counsel because there's a real question whether

7 many of the builders and installers, ma-and-pa businesses, have

8 the assets to cover judgments that may be obtained by the

9 hundreds of Virginia homeowners who have claims.

10    There is also an issue for these downstream

11 defendants as to their knowledge of the defect in the product,

12 and that would be a seriously contested issue at trial.

13    **THE COURT:**  What about the insurance?  What is your

14 concern there?  What did the Supreme Court do?

15    **MR. LEWIS:**  Well, the Supreme Court interpreted the

16 pollution exclusion clause, which is a standard clause in many

17 of the insurance contracts covering the Virginia defendants,

18 and found that that clause applied to Chinese drywall, and thus

19 coverage for damage from that pollutant was excluded under the

20 policies.  So it was a significant decision and one that really

21 makes these substantial settlements all the more valuable.  The

22 law actually got worse during the time we were negotiating

23 these settlements until the present, when this decision came

24 down.  So that is a very important factor.

25    The piecemeal nature of the litigation, with all

09:41  1   these very small defendants and the need to replicate expert
09:42  2   expenses, is also an important factor.  When viewing all of
09:42  3   these obstacles in contrast to the $17.4 million of funds to be
09:42  4   made available for remediation, for compensation for property
09:42  5   loss, personal property loss, alternative living expenses, and
09:42  6   personal injury, class counsel firmly are able to endorse this
09:42  7   settlement.

09:42  8           The *Reed* factors, the sixth factor, which really
09:42  9   is the opinions of the absent class members, the class
09:42  10  representatives, class counsel and the objectors, I would like
09:42  11  to turn to that now, Your Honor.  The class members
09:42  12  overwhelmingly support this settlement, the absent class
09:42  13  members.  The class representatives support this settlement.

09:42  14          There are four objections that have been filed
09:42  15  with the Court, and I will go through those now.  Several of
09:43  16  them were making the same point, and I will treat them in
09:43  17  groups and go through them at this point in time.  They are
09:43  18  dealt with in our reply brief beginning at page 9.

09:43  19          The first objection was to the sufficiency of
09:43  20  the amount, whether the settlements were for enough money to
09:43  21  cover all of the damages claimed by the Virginia-based
09:43  22  plaintiffs.  As is made clear under the case law of *Cotton* and
09:43  23  *Salinas*, a settlement is a compromise.  The significant funds
09:43  24  that have been obtained will go a considerable distance to
09:43  25  cover the damages from Chinese drywall in Virginia.  It very

1   well may not cover all of the damages.  As Mr. Levin and

2   Mr. Herman have addressed earlier, we are pursuing Taishan

3   fully to obtain complete relief for those homeowners who had

4   Taishan drywall, which is all of the Virginia-based homeowners.

5   So the question is whether the settlement is a

6   superior option to continued litigation, and we think here, in

7   light of the coverage difficulties, in light of the

8   collectability challenges, this settlement is overwhelmingly a

9   superior option to continued litigation.

10   An objection was also made that class members

11   could not calculate their precise award at this time, that it

12   wasn't disclosed in the notice or in other materials that we

13   posted on the Web site.  Once again, under the case law we cite

14   the *Sprint* and *DeHoyos* case.  It's routine and typical that the

15   precise amounts that individuals will recover cannot be

16   determined until the completion of the claims process.  Only at

17   that time can the special master evaluate all of the claims and

18   make a fair allocation of the settlement funds.

19   We have published a detailed allocation plan

20   which goes through remediation damages, property damages,

21   damages for former owners, damages for owners who sold in

22   mitigation, personal property losses, and private and personal

23   injury.  All of that has been posted as part of the allocation

24   plan, which is also before the Court today.

25   So the standard is not at this time a final

approval that every individual damage award can be calculated;
rather, that all that is known -- the total amounts and the
methodology to calculate those amounts is known and has been
disclosed.

I should mention, Your Honor, that in addition
to the four objections, class counsel Mr. Serpe did receive a
letter from a counsel in Virginia representing two potential
class members, who asked for more information about what his
individual claimants would be entitled to under the settlement
and for more time to consider that information.  That's really
the same point I have just been going over.  Under the *Sprint*
and *DeHoyos* case, that cannot be done prior to the allocation
process.

Additional objections, Your Honor, that were
filed included a question about Section 4.3 of the settlement
agreements, which requires settling plaintiffs to apply
remediation funds -- apply settlement funds to the remediation
process.  It was raised by one of the potential class members,
who was a former owner, that that was unfair.

I have conferred with lead counsel for all the
defendants in this settlement, and we all agree that
Section 4.3 only applies to present owners at the date of final
approval.  So a former owner who no longer owns his property is
not obligated to apply settlement funds to remediation of a
home that he or she no longer owns, but that requirement is in

place for present owners.  If that requirement is met and complied with, there is no risk of a challenge from the defense or any indemnification claims from the defense.

There was also an objection raised regarding attorneys' fees and the timing of how they were negotiated. The fact is that counsel did not negotiate attorneys' fees during the settlement.  Of course, these are class settlements, and all attorneys' fees will be awarded by the Court in the Court's discretion, but there was no discussion of attorneys' fees in the negotiation until after the relief for the class members was agreed upon.

Your Honor, there were also some objections to the allocation plan or some questions raised about it.  The allocation plan is not per se part of the settlement; it is a distinct and separate process under the settlement agreement. That process required counsel to nominate an allocation committee and a special master.  We have nominated that committee, and that committee has been approved by the Court. We have received input from the special master on the criteria to be used in the allocation.

The objected-to points were as follows:

Former owners make a point that they too should be allowed to recover for premediation alternative living costs even if they didn't remain in the home and spend money on remediation.  The proposed allocation plan at Section 7 does

1    allow former owners who were in the home and did experience the

2    need for alternative living costs to recover those costs.

3    Those costs are distinct from those who stayed in the home and

4    had alternative living costs during the remediation.  Both are

5    covered in the allocation plan.

6              One objector also asked that he be allowed to

7    participate in the plan even if he was involved in a

8    bankruptcy.  The language of the proposed allocation plan

9    simply says that to the extent, consistent with federal law and

10   bankruptcy law, a class member is allowed to participate, the

11   special master should consider that claim, but the special

12   master has no authority to overrule the rulings of a different

13   federal bankruptcy judge.

14             There was also a question raised that persons

15   who lost equity in their home should not be limited in their

16   damage claim to the square footage of their home, and in fact

17   the allocation plan has provisions to award relief separately

18   based on square footage or on lost equity pursuant to producing

19   appropriate proof of each.  So a claimant is eligible to apply

20   for funds both for property damage based on square footage and

21   lost equity where an owner had to sell in mitigation or

22   otherwise underwent foreclosure.

23             One particular objector said, "I deeded my home,

24   in lieu of foreclosure, to the bank.  Would I be covered?"

25   Clearly under Section 7 that claim would be allowed.

1        Finally, Your Honor, there was an objection
2    regarding personal injury, and the objection was that there
3    should be a long-term fund for future medical treatment costs.
4    Let me first say what the allocation plan does cover and then
5    address that objection.
6        The allocation plan does allow for personal
7    injury claims to be made as long as sufficient medical proof is
8    provided.  As part of that claim, consistent with Virginia
9    personal injury law, a claimant can seek to recover past
10   medical expenses, medical expenses, and future known medical
11   expenses.  Where the allocation plan draws a line, it does not
12   allow for unknown future long-term medical expenses.
13        There's really two reasons for this.  First,
14   based on the available scientific evidence from HUD, from CPSC,
15   from all the government reports, it would be speculative.
16   These agencies have determined that based on all of their
17   research, they cannot identify a long-term future risk for
18   homeowners who may have experienced acute problems while living
19   in a Chinese drywall home.  So because that relief would be
20   speculative, it is not included in the allocation plan, but
21   there is full coverage for personal injury, past and future
22   known medical expenses.
23        Your Honor, that really addresses the four
24   objections that have been made.
25        I would just say in closing that the benefits of

09:53  1   this settlement are considerable.  They will go a long way to

09:53  2   providing compensation for a group of Virginia residents who

09:53  3   have fought hard in state and federal court, along with the

09:53  4   assistance of Mr. Serpe and along with many counsel in this

09:53  5   room who are too numerous to mention at this time.  But I would

09:53  6   ask that the Court give due consideration and certify the

09:53  7   classes, approve the settlements, and approve the proposed

09:53  8   allocation plan.

09:53  9              Are there any questions of me at this time,

09:53  10  Your Honor?

09:53  11             THE COURT:  Just one.  What's the significance of the

09:53  12  Taishan entity?  Do these claimants retain their right to

09:53  13  proceed against Taishan if the Fifth Circuit affirms the

09:53  14  Court's ruling?

09:53  15             MR. LEWIS:  Yes, yes.  Thank you, Your Honor.  That's

09:53  16  a very, very important question.

09:54  17             All of these plaintiffs have claims against

09:54  18  Taishan, and they have understood from the beginning what the

09:54  19  obstacles are against Taishan and what is being done by the PSC

09:54  20  to try and hold Taishan accountable.  And if Taishan is held

09:54  21  accountable in a U.S. court, they stand to recover significant

09:54  22  relief from that action.

09:54  23             THE COURT:  All right.  Any comments from anyone from

09:54  24  Virginia?  Mr. Serpe?

09:54  25             MR. SERPE:  Your Honor, I have nothing to add to

| | |
|---|---|
| 09:54 | 1 |
| 09:54 | 2 |
| 09:54 | 3 |
| 09:54 | 4 |
| 09:54 | 5 |
| 09:54 | 6 |
| 09:54 | 7 |
| 09:54 | 8 |
| 09:54 | 9 |
| 09:54 | 10 |
| 09:55 | 11 |
| 09:55 | 12 |
| 09:55 | 13 |
| 09:55 | 14 |
| 09:55 | 15 |
| 09:55 | 16 |
| 09:55 | 17 |
| 09:55 | 18 |
| 09:55 | 19 |
| 09:55 | 20 |
| 09:55 | 21 |
| 09:55 | 22 |
| 09:55 | 23 |
| 09:55 | 24 |
| 09:55 | 25 |

Mr. Lewis.  I may address the Court after the objectors are heard.

        **THE COURT:**  All right.

                Judge Hall, do you have any comments that you would like to make or need to make?

        **JUDGE HALL:**  No, not at this time, Judge Fallon.

        **THE COURT:**  Again, thanks for all of your help in this matter.  You have done a wonderful job for your people in Virginia, and I certainly appreciate it.

                Anything from the objectors?

        (Discussion off the record.)

        **MR. SERPE:**  Mr. Rick Ilich, who filed an objection, would like to be heard.

        **THE COURT:**  Wait one moment.  Would you get closer to the microphone in Virginia so that we can all hear you.

        **JUDGE HALL:**  This is going to be Mr. Ilich, Judge Fallon.

        **THE COURT:**  Okay.  Mr. Ilich, would you get a little closer to the mic.

        **MR. ILICH:**  Yes, sir.  Thank you for hearing me.

                I just wanted a clarification from what I have just heard.  I had objected in regards to being excluded from the real property payment fund.  I have filed for bankruptcy, and the real property payment fund pretty much excludes anyone with a bankruptcy.

1    Under the federal law, a debtor is allowed to

2  either consolidate or reorganize their debt, and then they have

3  to make payments through the trustee to a mortgage lender

4  possibly for up to three to five years.  So I'm still

5  responsible for making payments to my mortgage lender.

6    Also, under 1306 of the Bankruptcy Code, the

7  debtor may remain in possession of the property and therefore

8  can still be the legal owner.  I am actually still the legal

9  owner of the property even though I am in bankruptcy, and I am

10  still responsible for payments, upkeep, taxes, etc.

11    Under 1307 of the Bankruptcy Code, I can

12  actually convert or request a dismissal of the bankruptcy at

13  any time.  I feel that if there were funds possibly to be

14  coming to me through a real property settlement, I would

15  possibly be able to negotiate with the bank to fix the house,

16  keep it, and maybe get some equity or something out of the

17  house.  But if I'm excluded from the real property fund,

18  there's no way I can do that.

19    **THE COURT:**  Let me hear from counsel on that issue.

20    Mr. Ilich, I appreciate your being here, and I

21  received your well-crafted objection and I appreciate your

22  comments.  Let's see if we can get to the bottom of your

23  concern.

24    **MR. LEWIS:**  Thank you, Your Honor.  This is Richard

25  Lewis for the plaintiffs.

09:57   1          Mr. Serpe, do you want to address that, or would

09:57   2   you like me to?

09:57   3          **MR. SERPE:**  I would be happy to.

09:57   4          **MR. LEWIS:**  Please continue.

09:57   5          **MR. SERPE:**  Your Honor, I believe, without poring

09:57   6   deeply into the question raised by Mr. Ilich, on its face what

09:57   7   he described we specifically considered with the special master

09:57   8   at the time we developed the allocation criteria.

09:57   9          I believe we set up with the default being that

09:57  10   the people in bankruptcy do retain their ability to make their

09:57  11   claim for the square footage damages for the money that's

09:58  12   necessary to repair their home.  So the default was that people

09:58  13   in bankruptcy do have their claims.

09:58  14          In an advanced bankruptcy, particularly one

09:58  15   that's discharged, where the house has been lost -- which is

09:58  16   not the case.  He is what's called in the bankruptcy court a

09:58  17   *debtor in possession*.  In an advanced bankruptcy, those rights

09:58  18   under federal bankruptcy law, they have shifted the right to

09:58  19   make the claim from the debtor to the trustee.  And what we

09:58  20   tried to be careful about in the allocation plan was to give

09:58  21   the victims notice that if they were in bankruptcy, we would

09:58  22   have to comply with the letter of the bankruptcy orders that

09:58  23   govern their case.

09:58  24          On its face what Mr. Ilich is describing is a

09:58  25   situation where he would retain the claim.  Of course,

09:58    1    Your Honor, I don't want to be in a position where I'm

09:58    2    analyzing, making a motion, or giving a final result, but

09:58    3    certainly I believe that we set the bankruptcy portion of the

09:58    4    allocation plan to benefit individuals in his position.

09:59    5              THE COURT:  Anything, Counsel?

09:59    6              MR. LEWIS:  Just, Your Honor, that's dealt with in

09:59    7    Section 13 of the allocation plan.  Thank you.

09:59    8              THE COURT:  Mr. Ilich, does that answer your question

09:59    9    and concern, sir?

09:59   10              MR. ILICH:  Yes, sir, Your Honor.  Thank you.

09:59   11              THE COURT:  All right.  Any other objectors who wish

09:59   12    to speak?

09:59   13              MR. SERPE:  Yes, Your Honor.  Colleen Nguyen is

09:59   14    coming to the speakerphone now.

09:59   15              MS. NGUYEN:  Hi, Judge Fallon.  Hi, Judge Hall.

09:59   16    Thank you for hearing from us today.

09:59   17                   Unfortunately, we have had to write up most of

09:59   18    these objections on our own.  Mr. Serpe has been appointed

09:59   19    class counsel.  So we have done our best we can to write these

09:59   20    in an appropriate manner for the Court.

09:59   21                   The biggest problem that we had with it is the

09:59   22    property damage equity.  I know that the gentleman that was

09:59   23    speaking before said that he can go after the damage that we

10:00   24    put down on our homes as opposed to going after the square

10:00   25    footage.  That right now is set up in the 20 percent fund, not

the 80 percent fund.

The 20 percent fund comes out to be $1.4 million, maybe $2 million.  My loss on my house alone was $1 million.  We put $800,000 down on our house.  We finally lost it last year at Christmas, the day before.  I would take most of that fund.

As you know from what I have written, the settlement is not sufficient.  This is the first time that we, as homeowners, have gotten to speak on our behalf, and I would like to read a statement:

"Since day one I have been intimately involved with Chinese drywall homeowners and the families whose lives have been devastated by this toxic product imported from China. I understand what the homeowners have had to endure for the last four years as I, too, have had to live with disaster and have spent almost every day speaking with and trying to assist Chinese drywall homeowners from across the country.

"From all of us here in Virginia, those in the courtroom, to North Carolina and the people at Fort Bragg, to Florida, to Louisiana, to Mississippi, to New Jersey, to New York, and all the way to Texas, the stories are unfathomable and not something I ever thought I would hear coming from our family, our friends, our neighbors, and the American citizens across the country.

"The main topic that homeowners discuss concerns

the illness that they have endured living in these homes and ongoing health implications, from the basic bloody noses and rashes that you hear of on the news to lung issues, autoimmune disease, and neuromuscular issues.

"The headaches were different than normal headaches.  I can tell you from personal experience these headaches felt like your brain was swollen and didn't fit in your skull.  They may not be as severe now that we have left the home, but they are still ever present.  Homeowners have passed away from living in these homes.  Many have lost their pets due to kidney disease.

"Today in Virginia we have three homeowners with kidney issues:  two young men with a rare form of kidney cancer usually found in men twice their age, and another who is in need of a kidney transplant.  These two men remediated their homes on their own, and a third spent almost every day in his Chinese drywall house during remediation.

"This is a worry that not only these three men and their families have to live with for the rest of their lives, but also something that the rest of us now consider our albatross that we must endure forever for ourselves and our children.

"The financial burden is never-ending for many of the homeowners as they have found it very difficult, if not impossible, to rid their personal finances of this toxic asset.

Unfortunately, with little to no facts, we have had to make
important financial decisions.

"In Virginia, many no longer own their homes
because they could not financially hold on as they waited for
four years for a settlement from our court system.  Many
Virginia homeowners still have the financial burden from these
toxic homes strapped or their back because they were forced
into short sales, foreclosures, and bankruptcies, while others
have been sued by homeowners' associations for homeowners'
dues, and others have been sued by the cities in which they
live because their properties are unliveable and they feel they
have abandoned them.

"From the settlement it looks as though most
will see 10 percent or less of their losses, some recovering
nothing.  That is not a statement that we could ever have
imagined four years ago as we were told that the legal system
would help to make us whole.

"It is sad that it has all come to this.  Before
this happened, if we knew that we would be spending four years
fighting for an average of $15,000 per homeowner, then most of
us would never have bothered.

"While we have a good showing of impacted
families here today, I can personally tell you that many others
wanted to attend but could not.  One was on dialysis today.  He
is the one who needs a kidney transplant.  And most, because

they are financially shattered, cannot afford to take off any
time.  Everyone is trying to put their lives together,
desperately trying to make enough money to survive after the
losses that we have endured during the past four years.  This
courthouse would be packed if the Chinese drywall homeowners
were not desperately working, without any assistance from our
legal system and the United States government, to restore our
lives and move forward with our families."

          I have a statement from one of the homeowners
who has kidney cancer.  He was just diagnosed about two months
ago.  He says:

          "Unfortunately, I cannot be here today.  I have
to work.  And secondly, with me, the damage has been done.  I
feel like the more I speak out, the more I'm talking to a brick
wall.  At this point I'm just trying my best to get healthy and
not stress out.  I agreed to a settlement, which I have no idea
of how much I'm actually going to get, and giving up my rights
to a health claim just because I have no other option.

          "My doctors have said that I have cancer that
they rarely see in a 31-year-old, one that's caused by inhaling
bad stuff.  Not only did I live in a Chinese drywall home, but
I had to come over and over again during remediation and argue
with the builders over the drywall and which was Chinese and
which was not.  The only way to tell us is to sniff the
drywall, so I breathed it in and I got the cancer.  Another

Virginia homeowner about the same age also has the same cancer. This other homeowner remediated his house with his own hands while living in it.

"Now I myself have cancer, thyroid, high uric acid, and extreme fatigue.  I feel old and sick at 31, and I'm still stuck in this condo that made me sick because I can't afford to move out.

"Like I said before, with me it's not about the money because I'm already screwed.  I'm just worried that I may lose my ability to work, have kids, or lose my life because of this toxic product.  It just doesn't seem right that I have to give up my right to health claims later on if a link is proveable.

"We know that the toxic imports were used in our homes, and our legal system is supposed to penalize those that fail to live up to their contractual obligations.  As a group we have been let down by our legal system due to pro business rulings and rulings that have allowed them to escape liability. Once again tax-paying citizens are left with nothing while our courts and our government let those who manufactured, imported, and installed toxic imports walk away."

Thank you for listening.

THE COURT:  Any response?

JUDGE HALL:  Thank you, Ms. Nguyen.

THE COURT:  One moment.

|   |   |
|---|---|
| 10:06 | 1 |

**MR. LEWIS:**  Thank you, Your Honor.  Richard Lewis.

Mr. Serpe, would you like me to respond at this time, or should we continue with the objections?

**MR. SERPE:**  Let me just respond very briefly and say that the suffering of the Virginia families has been extremely motivating for us.  We understand.  We have been in the houses. We have had many, many meetings, have looked at the health claims, spoken to doctors, tried to establish the link.

We had raised the question what were we going to do with these domestic defendants and the insurance policies. As Mr. Lewis mentioned earlier, we were very glad to negotiate these resolutions before the Virginia Supreme Court's decision on pollution exclusion finding no coverage.

The motivation level remains extremely high. The fight against Taishan continues.  The search for a link on health claims continues.  You have got our word that as this settlement unfolds that we will continue this litigation against Taishan and attempt to find the wholeness that Ms. Nguyen spoke eloquently about.

Thank you.

**THE COURT:**  Let me make a comment to Ms. Nguyen. First, I appreciate your description and work in the matter.

There are really two groups of defendants in this type of litigation.  One is the manufacturers and the other are the downstream defendants, so to speak.

The manufacturers of a defective product are responsible or liable whether they knew it was defective, could have known it was defective, or should have known it was defective.  If you manufacture a defective product, you're liable for all the injuries that result from it or that can be proved result from it.

The downstream people -- that is to say, the people that they sold it to such as installers and builders and distributors and those individuals -- under the law of most states, if not all of the states affected herein, a party seeking to recover from those defendants must show they either knew or could have known or should have known that it was defective.  I tried at least one if not more cases involving those individuals, and the jury has found that they didn't know; therefore, they were not liable.  They didn't know, nor could they have known.  It was the first time this has ever happened in the history of this type product.  The manufacturers said that they didn't know; if they had known, they would have done something about it.

Now, the manufacturers are liable whether or not they knew.  But the downstream individuals, the plaintiff must show some knowledge or opportunity to know or should have known.  That's an issue.  Also, the downstream individuals, many of them are either small businesses or mom-and-pop installers, and they are relying on their insurance to cover

10:10  1  any responsibility that the Court or the jury may find that

10:10  2  they have.

10:10  3          The problem that's presented in this particular

10:10  4  case, and it's particularly significant in Virginia, is that

10:10  5  the Supreme Court of Virginia has held that an insurance policy

10:10  6  that contains a pollution exclusion immunizes the insurance

10:10  7  company; that is to say, the insurance company is not liable,

10:10  8  and so the insurance company then is out of the picture and the

10:10  9  plaintiff is left with a suit against either a small business

10:10  10  that either declares bankruptcy or has limited assets or an

10:10  11  individual installer who has none.  That is an issue.

10:11  12          The other issues in the case are collectability.

10:11  13  The problem with foreign defendants or out-of-state defendants

10:11  14  present some issues, and that's the issue that presents itself

10:11  15  to the litigants in Virginia with regard to this particular

10:11  16  settlement.

10:11  17          Now, it doesn't mean that their claims against

10:11  18  Taishan are affected in any way.  Their claims against Taishan

10:11  19  still survive.  If the Fifth Circuit affirms my ruling, then

10:11  20  you will have a viable claim against the manufacturer, who

10:11  21  can't say that they didn't know or should have known or could

10:11  22  have known.  They are liable if they manufactured it.

10:11  23          Now, I also have to tell you, though, that this

10:11  24  is a foreign company, a foreign national, and that that may

10:12  25  present some future problems.  But the problems that are

presented with the present defendants that are involved in this particular settlement are greater than those particular problems.

Let me hear from you.

**MR. LEWIS:**  Thank you, Your Honor.  Richard Lewis, just to supplement Mr. Serpe's comments.

For the record, it should be clear that a former owner of a Chinese drywall home under the proposed allocation plan is able to participate in both the funds for damages, the square footage section of the allocation plan, and the other loss.  So it's not either/or; it's both.

The proposed allocation plan does have a provision for people who have suffered personal injuries who can prove that through medical records.

Although we can't give precise estimates of individual recoveries at this time, it is likely that several class members will recover more than the $15,000 that was mentioned.  Counsel for Nationwide has made estimates in papers they filed with the Court showing that the amounts would be significantly more for that settlement.  Some of these claimants will be able to participate in multiple settlements.

So what we as class counsel have to bear in mind is we have to weigh the problems we face with perhaps running into a lack of insurance coverage at trial or the limited assets of these defendants.  We have to weigh that risk which

1   would result in no recovery against the benefit of this

2   compromise settlement of $17.4 million.  We think that this is

3   fair and adequate and in the interest of the class as a whole

4   to be able to obtain some relief from these domestic

5   defendants.

6            Thank you, Your Honor.

7        THE COURT:  Thank you.

8            Any other objectors wish to speak?

9        MR. SERPE:  Your Honor, Ms. Nguyen would like to

10   speak one more time if that's acceptable to the Court.

11       THE COURT:  Of course, it is.

12           Ms. Nguyen.

13       MS. NGUYEN:  Thank you, Judge Fallon, Judge Hall.

14           I'm a little nervous.  I'm not an attorney.  One

15   of the things that I forgot to mention was Section 4.3 -- I

16   have written it up in my objection -- where the liability is

17   transferred back to the homeowners.

18           I myself have already been through a frivolous

19   lawsuit where a builder had sued us, knowing that we were

20   getting ready to sue him, and had to spend $30,000 to defend

21   ourselves.  Seeing this issue in this settlement is a huge

22   complication for myself because while it may be rare that

23   somebody would come after us for having a home built with

24   Chinese drywall or go after one of these defendants, it can

25   happen, and it would probably end up being more than what we

1   would actually win from this settlement.

2          One of the other things that Judge Fallon has

3   mentioned was that you would have to prove that one of the

4   defendants down the line did not know that this product was

5   dangerous.  Well, we did know from the discovery that

6   Venture Supply knew before they brought it into this country

7   that it did not meet federal ASTM standards.

8          The final statement is we realize all the

9   complications that we face in our court system.  The biggest

10  complication we have going forward, we know, is with Taishan,

11  and we have been told it will probably be six years, if ever,

12  before that settlement.

13         I would like to know, Judge Fallon, what your

14  opinion is on how long it will take to go through with Taishan

15  and how possibly we will collect money from a foreign

16  manufacturer.

17         Thank you.

18  **THE COURT:**  Yes.  With regard to that question, it's

19  difficult for me to give any particular time frame because this

20  is what can possibly happen.  I think that it's reasonable to

21  assume that the Fifth Circuit is going to have oral argument in

22  this case in the next month or two.  Then they will write their

23  opinion.  If Taishan loses and the Fifth Circuit affirms my

24  opinion, I don't know whether they will take this to the

25  United States Supreme Court and file a *certiorari* request.  If

they do that, it will take more time.  I don't know when the
Supreme Court will rule on that.  They generally rule within a
year, but there are issues that sometimes present themselves
that it takes longer.  So I'm not able to say when this type of
matter will come to fruition.  It's a significant issue.

The companies in China apparently feel that it's
appropriate for them to sell products in this country, but they
feel that they shouldn't be sued for problems that result in
this country.  I think the courts have to look at that closely
and see whether or not that is accurate under our law.

I'm not trying to beat around the bush,
Ms. Nguyen.  I just don't know the answer to that question
because, frankly, it's out of my hands at this point.

**MR. HERMAN:**  May it please the Court.  Russ Herman.
I just want to make a brief statement.

Originally Mr. Serpe assigned me to take the
first two depositions in Virginia against Porter-Blaine and its
sister corporation, so I'm familiar with the really difficult
situation in Virginia that faces the claimants, particularly
because a Chinese manufacturer, Taishan, was responsible for
the manufacture and sale of the product.

I want to indicate for the record that the PSC
not only has pledged to pursue Taishan wherever and however
that our federal courts may allow, but we also have worked
diligently on the legislative front with senators and

congresspersons from Virginia and the Gulf Coast, and we have full-time folks proposing legislation in Congress to ease this situation or to balance the playing field.  We cannot predict how that legislation will play out.  But I think it's important that those that are participating, those that are objecting know that substantial funds have been spent and are continuing to be spent directed at the legislative issues in Congress regarding these claims.

THE COURT:  Richard, do you want to follow up on this?

MR. LEWIS:  Yes, Your Honor.  Richard Lewis for the plaintiff.

Briefly, the 4.3 provision in the settlement agreement that Ms. Nguyen addressed does not apply to former owners of homes.  What it does do is require a present owner of a home to apply some of the funds of the settlement towards the remediation of that home.  So the former owners are not at risk of the kind of frivolous lawsuit that she mentioned.  We really don't think it would be likely that a present owner could ever face such a lawsuit like that.  I know that both Mr. Serpe and I would be available to assist to have such a matter dismissed if it was ever filed.

THE COURT:  I think the value of the remediation is that part of the remediation program requires an inspection and an inspector's certificate indicating that there is no Chinese

drywall left in the house or any pollution or any issues involving that particular drywall.  So that is part of the remediation program.

Any other comments from anyone?  Richard.

**MR. LEWIS:**  Your Honor, I believe Mr. Serpe mentioned there might be other persons who wanted to address the Court.

**MR. SERPE:**  Your Honor, another claimant that filed an objection, Tom Roskowski, is here.  He does not wish to amplify his written comments with making any argument today or any comments to the Court.

The final person who filed an objection is Candi Roberts.  She is active duty military.  We all thank her for her service.  I know she is monitoring the call today, and we send her our regards.

The only other person that has expressed an interest to me to being heard is one of the *Germano* 7 intervenors, Liz Heischober, who does not wish to object but has some brief comments to the Court, with the Court's permission.

**THE COURT:**  Okay.

**MS. HEISCHOBER:**  Thank you, Judge Fallon and Judge Hall, for your attention to our cases regarding the Chinese drywall.

My name is Elizabeth Heischober.  My husband Steve and I represent one family in the *Germano* 7 trial.  The

10:22  1    last four years have been a nightmare and a time of great loss
10:22  2    for all the plaintiffs involved.  Many issues that are an
10:22  3    outcome of having owned homes with Chinese drywall continue to
10:22  4    plague us today, such as credit issues for families that have
10:22  5    lost their homes because the Chinese drywall forced them into
10:22  6    short sales, foreclosures, and bankruptcies.  There was no
10:22  7    other way to be financially responsible without doing something
10:22  8    like this because the debt flow just increased.  We had no
10:22  9    other recourse for our solution for our situation.
10:23  10            We need to have this settlement approved to
10:23  11   assist us with moving on from this terrible ordeal.  This
10:23  12   settlement is never going to repay us for our losses, but we
10:23  13   welcome the relief you will hopefully approve on our behalf.
10:23  14   Please approve this settlement.
10:23  15            Thank you.
10:23  16       THE COURT:  Thank you very much.
10:23  17            Anyone else?
10:23  18       MR. SERPE:  No, Your Honor, not from Virginia.
10:23  19       THE COURT:  Anything, Richard, in closing?
10:23  20       MR. LEWIS:  Yes.  Thank you, Your Honor.
10:23  21            Mr. Serpe, this is Rich Lewis.  I know there
10:23  22   were many persons who you wanted to express your thanks to, and
10:23  23   this would be an appropriate time to do that.
10:23  24       MR. SERPE:  Thank you, Your Honor.
10:23  25            Over the last four years, as these cases have

10:23   1   been aggressively pursued in Your Honor's Court, we are very

10:23   2   grateful for Your Honor's assistance as well as Lexy Butler and

10:23   3   Sam Brandao.

10:23   4           In addition to the Eastern District of

10:23   5   Louisiana, we have had seven cases, insurance declaratory

10:24   6   judgment actions, in the Eastern District of Virginia.  Russ

10:24   7   Herman, Arnold Levin, and the whole PSC have given us the time

10:24   8   and attention and focus to have fought those declaratory

10:24   9   judgment battles, and I thank them for their leadership in

10:24   10  having achieved these settlements today.

10:24   11          Of course, tremendous thanks to Judge Hall, who

10:24   12  has diligently coordinated this litigation in the state court

10:24   13  system.

10:24   14          Every claimant that's here is a party not only

10:24   15  to an omni complaint but has an individual case filed in the

10:24   16  Virginia state court system, which were consolidated on the

10:24   17  first of two trips to the Virginia Supreme Court for this

10:24   18  litigation.

10:24   19          In addition, we have been to the U.S.

10:24   20  Fourth Circuit on appellate issues that now, of course, are

10:24   21  also in the U.S. Fifth Circuit.  We are very grateful to all of

10:25   22  the members of the PSC and people participating for the

10:25   23  litigation in all those areas.

10:25   24          We also would like to thank opposing counsel,

10:25   25  who were extremely diligent in representing their clients.

10:25  1    Catherine Colinvaux for Nationwide gets a special thanks for
10:25  2    having been the icebreaker, if you will, for the first major
10:25  3    class settlement for the Virginia victims.  All of the counsel,
10:25  4    both for the carriers and the individual defendants, have done
10:25  5    a very professional job representing their clients, and we are
10:25  6    grateful for that professionalism.
10:25  7              Your Honor, I would like to thank the clients,
10:25  8    the victims here in Virginia, who have been extremely patient,
10:25  9    have been very supportive of each other, and have been very
10:25  10   giving of their time, particularly plaintiffs that have served
10:25  11   in a bellwether capacity, the *Germano* 7 intervenors, as well as
10:26  12   the plaintiffs that were the lead trial plaintiffs that drove
10:26  13   these class action settlements and another approximately
10:26  14   $2 million in settlements which are currently under
10:26  15   Judge Hall's jurisdiction for distribution.  We are very
10:26  16   grateful to the clients for their patience, for their
10:26  17   confidence in the representation, and for their support of each
10:26  18   other.
10:26  19             Your Honor, with those thanks expressed, we
10:26  20   would ask the Court to grant the motion and approve these four
10:26  21   class settlements on behalf of the victims.  Thank you.
10:26  22        **THE COURT:**  Just one comment from me on this, and I
10:26  23   speak particularly to the Virginia claimants.  We all know the
10:26  24   trauma that each of you have been going through these past
10:26  25   years.  It seems like a very long time.  To some extent I can

understand that.  But when this case was created, mainly the MDL portion of it, and sent to this Court for handling, it presented some challenges.  There were, as I say, about 26 states involved, with 20,000 or thereabouts claimants.  The unusual fact of this case is that there were 1,000 defendants, 1,400 lawyers before this Court.

The case proceeded very fast, frankly, with discovery commencing immediately and trials happening within four months of the case being transferred to this Court.  I know that the *Germano* and the other bellwether cases have proceeded, and I know that it's been a traumatic experience for them, but they were very, very helpful in creating an atmosphere by which some of these claims could be brought to fruition.  Because of their diligence and because of their patience, this matter has moved to this particular point.  The settlements of Knauf have been completed.  The settlements of these individual defendants are now before the Court.  The case is not over.  It's still proceeding against Taishan.  There's much to be done at this point.

I have heard from everybody.  I have read all of the material.  I'm particularly grateful to the objectors for the time they have taken and the interest they have shown in the case.

I'm going to take all of this under advisement.  I will be out with my opinion very shortly.  I do want to write

10:29  1   on it so that you will have the benefit of my thinking, and

10:29  2   then I will announce my ruling.  Hopefully within a week or two

10:29  3   it will be out, and then we will see where we go from there.

10:29  4              Thanks to all the parties who participated

10:29  5   today, and one last "thank you" to Judge Hall.  I have had the

10:29  6   pleasure of working with her now for a number of years, and I

10:29  7   have always looked to her for counsel on the Virginia issues

10:29  8   that are presented.  She has always been very wise in her

10:29  9   counsel and very diligent in her work.  I appreciate all of her

10:29  10  efforts in this regard.

10:29  11             **JUDGE HALL:**  Excuse me, Judge Fallon, if I could just

10:29  12  briefly comment.

10:29  13             I wanted to say to the folks who are in my

10:29  14  courtroom first that I concur with the remarks that

10:29  15  Judge Fallon has just made.  Because of the level of

10:30  16  frustration on behalf of the affected families -- it's been

10:30  17  very painfully obvious to all those involved -- I certainly

10:30  18  don't want them to think that anybody considers this to be a

10:30  19  great day of celebration.  Obviously, we know that this is not

10:30  20  as good as all had hoped and as good as perhaps they expected

10:30  21  it would be.

10:30  22             On the other hand, it is certainly far, far less

10:30  23  sad than we feared at several points along the way that it

10:30  24  might at the end of the day be.  I want everyone to consider

10:30  25  that this day is just a way station on the journey and not the

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
| 10:30 | 1  | end of the journey.  Hopefully when we get to the end of the           |
| 10:30 | 2  | journey, the situation will have resolved in a positive way.           |
| 10:30 | 3  | We don't know that, but everybody is working very hard towards         |
| 10:30 | 4  | that end.                                                              |
| 10:30 | 5  |               So thank you, Judge Fallon, for your leadership          |
| 10:30 | 6  | here.                                                                  |
| 10:30 | 7  |          **THE COURT:**  Thank you very much.                          |
| 10:30 | 8  |               The Court will stand in recess at this time.            |
| 10:31 | 9  |          **THE DEPUTY CLERK:**  All rise.                              |
| 10:31 | 10 |          (Proceedings adjourned.)                                      |
| 10:31 | 11 |                         * * *                                          |
|       | 12 |                       <u>**CERTIFICATE**</u>                           |
|       | 13 |          I, Toni Doyle Tusa, CCR, FCRR, Official Court                 |
|       | 14 | Reporter for the United States District Court, Eastern District       |
|       | 15 | of Louisiana, do hereby certify that the foregoing is a true          |
|       | 16 | and correct transcript, to the best of my ability and                 |
|       | 17 | understanding, from the record of the proceedings in the              |
|       | 18 | above-entitled matter.                                                |
|       | 19 |                                                                        |
|       | 20 |                                                                        |
|       | 21 |                         *s/ Toni Doyle Tusa*                           |
|       | 22 |                         Toni Doyle Tusa, CCR, FCRR                     |
|       |    |                         Official Court Reporter                       |
|       | 23 |                                                                        |
|       | 24 |                                                                        |
|       | 25 |                                                                        |

**$**

$1 [1]  19/4
$1 million [1]  19/4
$1.4 [1]  19/3
$1.4 million [1]  19/3
$15,000 [2]  21/20 27/17
$17.4 [3]  5/5 8/3 28/2
$17.4 million [3]  5/5 8/3 28/2
$2 [2]  19/3 35/14
$2 million [2]  19/3 35/14
$30,000 [1]  28/20
$800,000 [1]  19/4

**0**

09-MD-2047 [1]  1/4

**1**

1,000 [1]  36/5
1,400 [1]  36/6
10 percent [2]  21/14
100 [1]  1/15
13 [2]  6/9 18/7
1306 [1]  16/6
1307 [1]  16/11
16 [1]  4/2
17 [2]  3/6 6/17
1700 [1]  1/21
180 [1]  3/22

**2**

20 percent [2]  18/25 19/2
20,000 [1]  36/4
20006 [1]  1/21
2010 [2]  5/8 5/14
2012 [3]  6/7 6/10 6/14
2013 [6]  1/7 3/2 3/6 4/2 4/2 6/15
2047 [1]  1/4
21 [2]  1/7 3/2
23 [2]  3/24 6/18
23510 [2]  1/15 1/24
26 states [1]  36/4

**3**

31 [1]  23/5
31-year-old [1]  22/20
310 [1]  1/24

**4**

4.3 [4]  10/15 10/22 28/15 31/13
406 [1]  2/1

**5**

500 [1]  2/1
504 [1]  2/2
580 [1]  1/24
589-7778 [1]  2/2

**7**

70113 [1]  1/18
70130 [1]  2/2
7778 [1]  2/2

**8**

80 percent [1]  19/1
820 [1]  1/18

**9**

900 [1]  3/21

**A**

abandoned [1]  21/12
ability [3]  17/10 23/10 38/16
able [6]  8/6 16/15 27/9 27/21 28/4 30/4

about [12]  3/18 7/13 10/8 10/15 11/13
 11/20 14/11 23/16/9 25/19 36/11 38/6
above [1]  38/18
above-entitled [1]  38/18
absent [2]  8/9 8/12
acceptable [1]  28/10
accordance [1]  3/24
accordingly [1]  4/20
accountable [2]  14/20 14/21
accurate [1]  30/10
achieved [1]  34/10
acid [1]  23/5
across [2]  19/17 19/24
action [2]  14/22 35/13
actions [1]  34/6
active [1]  32/12
actually [5]  7/22 16/8 16/12 22/17 29/1
acute [1]  13/18
add [1]  14/25
addition [5]  5/18 6/2 10/5 34/4 34/19
additional [2]  3/17 10/14
address [4]  13/5 15/1 17/1 32/6
addressed [2]  9/2 31/14
addresses [1]  13/23
adequate [3]  3/8 4/3 28/3
adjourned [1]  38/10
advanced [2]  17/14 17/17
advised [1]  4/8
advisement [1]  36/24
affected [3]  25/10 26/18 37/16
affirms [3]  14/13 26/19 29/23
afford [2]  22/1 23/7
after [8]  4/24 11/10 15/1 18/23 18/24
 22/3 28/23 28/24
again [5]  9/8 15/7 22/22 23/19
against [12]  14/13 14/17 14/19 24/15
 24/18 26/9 26/17 26/18 26/20 28/1 30/17
 36/18
age [2]  20/14 23/1
agencies [1]  13/16
aggressively [1]  34/1
ago [2]  21/16 22/11
agree [1]  10/21
agreed [2]  11/11 22/16
agreement [2]  11/15 31/14
agreements [1]  10/16
aided [1]  2/6
albatross [1]  20/21
all [50]
allocation [24]  9/18 9/19 9/23 10/12
 11/13 11/14 11/16 11/20 11/25 12/5 12/8
 12/17 13/4 13/6 13/11 13/20 14/8 17/8
 17/20 18/4 18/7 27/8 27/10 27/12
allow [4]  12/1 13/6 13/12 30/24
allowed [6]  11/23 12/6 12/10 12/25 16/1
 23/18
allowing [1]  4/2
almost [2]  19/16 20/16
alone [1]  19/3
along [3]  14/3 14/4 37/23
already [2]  23/9 28/18
also [19]  3/13 3/15 5/21 7/10 8/2 9/10
 9/24 11/4 11/12 12/6 12/14 16/6 20/20
 23/1 25/23 26/23 30/24 34/21 34/24
alternative [6]  6/23 6/23 8/5 11/23 12/2
 12/4
Although [1]  27/15
always [2]  37/7 37/8
am [3]  16/8 16/9 16/9
American [1]  19/24
Among [1]  7/1
amount [1]  8/20
amounts [4]  9/15 10/2 10/3 27/19

amplify [1]  32/9
announce [1]  37/2
announced [1]  3/14
announcements [1]  3/19
another [4]  20/14 22/25 32/7 35/13
answer [2]  18/8 30/12
any [21]  4/5 4/9 4/17 11/3 14/9 14/23
 15/4 16/13 18/11 22/1 22/6 23/23 26/1
 26/18 28/8 29/19 32/1 32/1 32/4 32/9
 32/10
anybody [1]  37/18
anyone [4]  14/23 15/24 32/4 33/17
Anything [3]  15/10 18/5 33/19
apparently [1]  30/6
Appearances [1]  1/13
appellate [1]  34/20
applied [1]  7/18
applies [1]  10/22
apply [6]  10/16 10/17 10/24 12/19 31/14
 31/16
appointed [1]  18/18
appreciate [5]  15/9 16/20 16/21 24/22
 37/9
appropriate [4]  12/19 18/20 30/7 33/23
approval [2]  5/1 6/16 6/18 10/1 10/23
approve [5]  14/7 14/7 33/13 33/14 35/20
approved [3]  3/6 11/18 33/10
approving [1]  6/20
approximately [1]  35/13
are [51]
areas [1]  34/23
argue [1]  22/22
argument [2]  29/21 32/9
arm's [1]  6/13
arm's-length [1]  6/13
Arnold [1]  34/7
around [1]  30/11
as [39]
ask [3]  4/17 14/6 35/20
asked [2]  10/8 12/6
asset [1]  20/25
assets [3]  7/8 26/10 27/25
assigned [1]  30/16
assist [3]  19/16 31/21 33/11
assistance [3]  14/4 22/6 34/2
associations [1]  21/9
assume [1]  29/21
ASTM [1]  29/7
at [31]  4/16 7/12 8/17 8/18 9/11 9/16
 9/25 10/22 11/25 14/5 14/9 15/6 16/12
 17/8 19/5 19/19 22/15 23/5 24/2 24/7
 25/13 27/16 27/24 30/9 30/13 31/7 31/17
 36/19 37/23 37/24 38/8
atmosphere [1]  36/13
attempt [1]  24/18
attend [1]  21/24
attention [2]  32/22 34/8
attorney [1]  28/14
attorneys' [4]  11/5 11/6 11/8 11/9
authority [1]  12/12
autoimmune [1]  20/3
available [4]  6/5 8/4 13/14 31/21
Avenue [1]  1/18
average [1]  21/20
award [3]  9/11 10/1 12/17
awarded [1]  11/8
away [2]  20/10 23/21

**B**

back [4]  5/8 5/14 21/7 28/17
bad [1]  22/21
balance [1]  31/3

**B**

bank [2] 12/24 16/15
bankruptcies [2] 21/8 33/6
bankruptcy [19] 12/8 12/10 12/13 15/23 15/25 16/6 16/9 16/11 16/12 17/10 17/13 17/14 17/16 17/17 17/18 17/21 17/22 18/3 26/10
based [13] 3/7 4/9 5/1 5/8 5/16 6/6 6/8 8/21 9/4 12/18 12/20 13/14 13/16
basic [2] 4/23 20/2
battles [1] 34/9
be [56]
bear [2] 7/2 27/22
beat [1] 30/11
because [20] 6/22 7/6 13/19 21/4 21/7 21/11 21/25 22/18 23/6 23/9 23/10 28/22 29/19 30/13 30/20 33/5 33/8 36/14 36/14 37/15
been [35] 5/15 6/3 6/5 8/14 8/24 9/23 10/3 10/11 11/18 13/24 17/15 18/18 19/11 19/13 21/9 21/10 22/13 23/17 24/5 24/6 28/18 29/11 31/6 33/1 34/1 34/19 35/2 35/8 35/9 35/9 35/24 36/16 37/8 37/16
before [14] 1/10 4/4 5/9 5/10 9/24 18/23 19/5 21/18 23/8 24/12 29/6 29/12 36/6 36/17
beginning [2] 8/18 14/18
behalf [5] 4/22 15/13 35/21 37/16
being [7] 14/19 15/22 16/20 17/9 28/25 32/16 36/9
believe [6] 4/3 4/23 17/5 17/9 18/3 32/5
bellwether [2] 35/11 36/10
bench [1] 5/10
benefit [4] 6/6 18/4 28/1 37/1
benefits [1] 13/25
best [3] 18/19 22/15 38/16
biggest [2] 18/21 29/9
Blaine [5] 5/3 30/17
bloody [1] 20/2
both [6] 12/4 12/20 27/9 27/11 31/20 35/4
bothered [1] 21/21
bottom [1] 16/22
Boulevard [1] 1/15
Bragg [1] 19/19
brain [1] 20/7
Brandao [1] 34/3
breathed [1] 22/25
brick [1] 22/14
brief [5] 6/18 6/18 8/18 30/15 32/18
briefly [3] 24/4 31/13 37/12
brought [2] 29/6 36/13
builder [1] 28/19
builders [5] 5/4 7/7 22/23 25/8
building [1] 5/21
built [1] 28/23
burden [2] 20/23 21/6
bush [1] 30/11
business [2] 23/17 26/9
businesses [2] 7/7 25/24
busy [1] 5/15
but [23] 10/25 11/9 12/11 13/20 14/5 16/17 18/22 20/9 20/20 21/24 22/21 25/21 26/25 30/3 30/7 30/24 31/4 32/17 33/12 34/15 36/1 36/12 38/3
Butler [1] 34/2

**C**

calculate [2] 9/11 10/3
calculated [1] 10/1
call [3] 3/16 4/16 32/13

called [1] 17/16
came [1] 20/24
can [17] 9/17 10/1 13/9 15/15 16/8 16/11 16/18 16/22 18/19 18/23 20/6 21/23 25/5 27/14 28/24 29/20 35/25
can't [3] 23/6 26/21 27/15
cancer [6] 20/13 22/10 22/19 22/25 23/1 23/4
Candi [1] 32/11
cannot [6] 9/15 10/12 13/17 22/1 22/12 31/3
capacity [1] 35/11
careful [1] 17/20
Carolina [1] 19/19
carried [2] 6/4 6/11
carriers [1] 35/4
case [16] 8/22 9/13 9/14 10/12 17/16 17/23 26/4 26/12 29/22 34/15 36/1 36/5 36/7 36/9 36/17 36/23
cases [7] 1/7 5/19 25/13 32/22 33/25 34/5 36/10
Catherine [1] 35/1
causation [1] 5/11
caused [2] 12/20
CCR [3] 2/1 38/13 38/21
celebration [1] 37/19
center [1] 3/16
certainly [4] 15/9 18/3 37/17 37/22
certificate [2] 31/25 38/12
certification [1] 6/19
certified [1] 3/8
certify [2] 14/6 38/15
certiorari [1] 29/25
challenge [1] 11/2
challenges [3] 5/25 9/8 36/3
children [1] 20/22
China [2] 19/13 30/6
CHINESE [19] 1/4 3/14 5/11 7/18 8/25 13/19 19/12 19/17 20/17 22/5 22/21 22/23 27/8 28/24 30/20 31/25 32/23 33/3 33/5
CHINESE-MANUFACTURED [1] 1/4
Christmas [1] 19/5
Circuit [7] 1/15 14/13 26/19 29/21 29/23 34/20 34/21
cite [1] 9/13
cities [1] 21/10
citizens [2] 19/24 23/19
Civil [1] 3/25
claim [9] 12/11 12/16 12/25 13/8 17/11 17/19 17/25 22/18 26/20
claimant [4] 12/19 13/9 32/7 34/14
claimants [6] 10/9 14/12 27/21 30/19 35/23 36/4
claimed [1] 32/1
claims [17] 3/19 5/8 5/24 7/9 9/16 9/17 11/3 13/7 14/17 17/17 17/13 23/12 24/8 24/16 26/17 26/18 31/8 36/13
clarification [1] 15/21
class [36] 3/12 3/12 3/17 3/22 3/22 3/23 4/3 4/8 4/9 4/11 4/16 4/19 4/22 5/23 6/10 8/6 8/9 8/9 8/10 8/11 8/12 8/13 9/10 10/6 10/8 10/18 11/7 11/10 12/10 18/19 27/7 27/22 28/3 35/3 35/13 35/21
classes [3] 3/9 6/6 14/7
clause [3] 7/16 7/16 7/18
clear [2] 8/22 27/7
Clearly [1] 12/25
clients [4] 34/25 35/5 35/7 35/16
closely [1] 30/9
closer [2] 15/14 15/19
closing [2] 13/25 33/19
Coast [1] 31/1

code [3] 5/21 16/6 16/11
Comaux [1] 6/9
collect [1] 29/15
collectability [2] 9/8 26/12
Colleen [1] 18/13
come [4] 21/18 22/22 28/23 30/5
comes [1] 19/2
coming [4] 6/7 16/14 18/14 19/23
commencing [1] 36/8
comment [3] 24/21 35/22 37/12
comments [9] 4/24 14/23 15/4 16/22 27/6 32/4 32/9 32/10 32/18
committee [6] 1/17 1/20 1/23 11/17 11/18 11/18
companies [1] 30/6
company [4] 26/7 26/7 26/8 26/24
compensation [2] 8/4 14/2
complaint [1] 34/15
complete [1] 9/3
completed [1] 36/16
completion [1] 9/16
complication [2] 28/22 29/10
complications [1] 29/9
complied [1] 11/2
comply [1] 17/22
compromise [2] 8/23 28/2
computer [1] 2/6
computer-aided [1] 2/6
concern [2] 7/5 7/14 16/23 18/9
concerns [1] 19/25
conclusions [1] 5/13
concur [1] 37/14
conditionally [1] 3/8
condo [1] 23/6
conferred [1] 10/20
confidence [1] 35/17
Congress [2] 31/2 31/7
congresspersons [1] 31/1
consider [5] 4/4 10/10 12/11 20/20 37/24
considerable [2] 8/24 14/1
consideration [1] 14/6
considered [1] 17/7
considers [1] 37/18
consistent [2] 12/9 13/8
consolidate [1] 16/2
consolidated [1] 34/16
contains [1] 26/6
contested [1] 7/12
continue [4] 17/4 24/3 24/17 33/3
continued [4] 6/24 7/1 9/6 9/9
continues [2] 24/15 24/16
continuing [1] 31/6
contracts [1] 7/17
contractual [1] 23/16
contrast [1] 8/3
convert [1] 16/12
coordinated [1] 34/12
corporation [1] 30/18
correct [1] 38/16
corrosion [1] 5/11
costs [7] 5/25 11/24 12/2 12/2 12/3 12/4 13/3
Cotton [1] 8/22
could [12] 3/17 9/11 21/4 21/15 21/24 25/2 25/12 25/16 26/21 31/19 36/13 37/11
counsel [25] 4/8 4/16 4/19 4/22 5/15 5/23 6/11 7/6 8/6 8/10 10/6 10/7 10/20 11/6 11/16 14/4 16/19 18/5 18/19 27/18 27/22 34/24 35/3 37/7 37/9
country [5] 19/17 19/24 29/6 30/7 30/9
course [6] 6/24 11/7 17/25 28/11 34/11 34/20

## C

court [52]
Court's [5]  3/14 11/9 14/14 24/12 32/18
courthouse [1]  22/5
courtroom [2]  19/19 37/14
courts [4]  5/20 23/20 30/9 30/24
cover [6]  7/8 8/21 8/25 9/1 13/4 25/25
coverage [9]  5/17 6/5 6/5 7/3 7/19 9/7
 13/21 24/13 27/24
covered [2]  12/5 12/24
covering [1]  7/17
CPSC [1]  13/14
crafted [1]  16/21
created [1]  36/1
creating [1]  36/12
credit [1]  33/4
criteria [2]  11/19 17/8
currently [1]  35/14

## D

D.C [1]  1/21
damage [7]  7/19 10/1 12/16 12/20 18/22
 18/23 22/13
damages [10]  5/11 8/21 8/25 9/1 9/20
 9/20 9/21 9/21 17/11 27/9
dangerous [1]  29/5
date [2]  4/7 10/22
day [8]  6/10 19/5 19/11 19/16 20/16
 37/19 37/24 37/25
dealt [2]  8/18 18/6
debt [2]  16/2 33/8
debtor [4]  16/1 16/7 17/17 17/19
deciding [1]  4/4
decision [5]  7/4 7/4 7/20 7/23 24/12
decisions [1]  21/2
declaratory [2]  34/5 34/8
declares [1]  26/10
deeded [1]  12/23
deeply [1]  17/6
default [2]  17/9 17/12
defect [1]  7/11
defective [6]  25/1 25/2 25/3 25/4 25/4
 25/13
defend [1]  28/20
defendant [1]  6/11
defendants [18]  7/11 7/17 8/1 10/21
 24/10 24/23 24/25 24/25 11 26/13 26/13
 27/1 27/25 28/5 28/24 29/4 35/4 36/5
 36/17
defense [2]  11/2 11/3
DeHoyos [2]  9/14 10/12
deposition [1]  6/3
depositions [1]  30/17
depth [1]  5/12
described [1]  17/7
describing [1]  17/24
description [1]  24/22
desperately [2]  22/3 22/6
detailed [1]  9/19
determined [2]  9/16 13/16
devastated [1]  19/13
developed [1]  17/8
diagnosed [1]  4/23
dialysis [1]  21/24
did [9]  6/13 7/14 10/6 11/6 12/1 22/21
 29/4 29/5 29/7
didn't [6]  11/24 20/7 25/14 25/15 25/18
 26/21
different [4]  5/10 6/11 12/12 20/5
difficult [4]  6/13 20/24 29/19 30/18
difficulties [1]  9/7
diligence [1]  36/14

diligent [2]  34/25 37/9
diligently [2]  37/10 37/10
directed [1]  31/7
disaster [1]  19/15
discharged [1]  17/15
disclosed [2]  9/12 10/4
discovery [5]  6/2 6/3 6/3 29/5 36/8
discretion [1]  11/9
discuss [3]  4/17 4/19 19/25
discussion [2]  11/9 15/11
disease [2]  20/4 20/11
dismissal [1]  16/12
dismissed [1]  31/21
disseminated [1]  3/11
distance [1]  8/24
distinct [4]  5/6 7/2 11/15 12/3
distribution [1]  35/15
distributors [1]  25/9
DISTRICT [7]  1/1 1/2 1/11 34/4 34/6
 38/14 38/14
do [14]  7/14 14/14 16/18 17/1 17/10
 17/13 24/10 30/1 31/9 31/15 33/23 36/25
 38/15
Docket [1]  1/4
doctors [2]  22/19 24/8
document [1]  6/3
does [10]  11/25 13/4 13/6 13/11 18/8
 27/12 31/14 31/15 32/8 32/17
doesn't [2]  23/11 26/17
doing [1]  34/7
domestic [2]  24/10 28/4
don't [7]  18/1 29/24 30/1 30/12 31/19
 37/18 38/3
done [8]  10/12 14/19 15/8 18/19 22/13
 25/19 35/4 36/19
down [5]  7/24 18/24 19/4 23/17 29/4
downstream [5]  7/10 24/25 25/7 25/21
 25/23
Doyle [4]  2/1 38/13 38/21 38/21
draws [1]  13/11
drove [1]  35/12
drywall [21]  1/5 3/14 5/12 7/18 8/25 9/4
 13/19 19/12 19/17 20/17 22/5 22/21
 22/23 22/25 27/8 28/24 32/1 32/2 32/23
 33/3 33/5
due [3]  14/6 20/11 23/17
dues [1]  21/10
during [6]  7/22 11/7 12/4 20/17 22/4
 22/22
duty [1]  32/12

## E

each [7]  3/12 3/13 3/22 12/19 35/9 35/17
 35/24
earlier [1]  9/2 24/11
ease [1]  31/2
East [1]  1/24
EASTERN [4]  1/2 34/4 34/6 38/14
efforts [1]  37/10
either [7]  4/10 16/2 25/11 25/24 26/9
 26/10 27/11
either/or [1]  27/11
ELDON [1]  1/10
elements [1]  4/23
eligible [1]  12/19
Elizabeth [1]  32/24
eloquently [1]  24/19
else [1]  33/17
enabled [1]  5/23
end [5]  28/25 37/24 38/1 38/1 38/4
ending [1]  20/23
endorse [1]  8/6
endure [2]  19/14 20/21

endured [2]  20/1 22/4
enough [2]  20/13 23/2
entitled [1]  10/9 38/18
entity [1]  14/12
equity [5]  12/15 12/18 12/21 16/16 18/22
escape [1]  23/18
ESQ [3]  1/17 1/20 1/23
establish [1]  24/8
established [2]  3/16 4/1
estimates [2]  27/15 27/18
etc [1]  16/10
evaluate [1]  9/17
even [3]  11/24 12/7 16/9
ever [7]  19/22 20/9 21/15 25/16 29/11
 31/19 31/22
every [4]  10/1 19/16 20/16 34/14
everybody [2]  36/20 38/3
everyone [2]  22/2 37/24
evidence [1]  13/14
exception [1]  4/14
excluded [3]  7/19 15/22 16/17
excludes [1]  15/24
exclusion [3]  7/16 24/13 26/6
Excuse [1]  37/11
expected [1]  37/20
expenses [7]  8/2 8/5 13/10 13/10 13/11
 13/12 13/22
experience [3]  12/1 20/6 36/11
experienced [1]  13/18
expert [1]  8/1
explored [1]  5/12
express [1]  33/22
expressed [2]  32/15 35/19
extensive [2]  5/13 6/2
extent [2]  12/9 35/25
extreme [1]  23/5
extremely [4]  24/5 24/14 34/25 35/8

## F

face [7]  6/12 6/12 17/6 17/24 27/23 29/9
 31/20
face-to-face [1]  6/12
faces [1]  30/19
fact [4]  5/13 11/6 12/16 36/5
factor [4]  6/21 7/24 8/2 8/8
factors [2]  6/19 8/8
facts [1]  21/1
fail [1]  23/16
fair [3]  3/7 9/18 28/3
FAIRNESS [1]  1/10
FALLON [11]  1/10 15/6 15/17 18/15
 28/13 29/2 29/13 32/21 37/11 37/15 38/5
familiar [4]  5/7 5/24 6/24 30/18
families [7]  19/12 20/19 21/23 22/8 24/5
 33/4 37/16
family [2]  19/23 32/25
far [2]  37/22 37/22
fast [1]  36/7
fatigue [1]  23/5
favor [1]  6/19
FCRR [3]  2/1 38/13 38/21
feared [1]  37/23
February [1]  4/2
February 4 [1]  4/2
federal [8]  3/25 12/9 12/13 14/3 16/1
 17/18 29/7 30/24
feel [6]  16/13 21/11 22/14 23/5 30/6 30/8
fees [2]  11/5 11/6 11/8 11/10
felt [2]  20/7
field [1]  31/3
Fifth [5]  14/13 26/19 29/21 29/23 34/21
Fifth Circuit [5]  14/13 26/19 29/21 29/23
 34/21

## F

fight [1]  24/15
fighting [1]  21/20
file [1]  29/25
filed [11]  4/13 6/17 8/14 10/15 15/12
  15/23 27/19 31/22 32/7 32/11 34/15
filing [1]  4/7
final [7]  4/25 6/18 9/25 10/22 18/2 29/8
  32/11
finally [2]  13/1 19/4
finances [1]  20/25
financial [3]  20/23 21/2 21/6
financially [3]  21/4 22/1 33/7
find [3]  6/5 24/18 26/1
finding [1]  24/13
findings [1]  5/13
firmly [1]  8/6
first [13]  3/12 4/17 6/9 8/19 13/4 13/13
  19/8 24/22 25/16 30/17 34/17 35/2 37/14
first-class [1]  3/12
fit [1]  20/7
five [1]  16/4
fix [1]  16/15
Florida [1]  19/20
flow [1]  33/8
focus [2]  6/21 34/8
folks [2]  31/2 37/13
follow [1]  31/9
Following [1]  6/10
follows [1]  11/21
footage [6]  12/16 12/18 12/20 17/11
  18/25 27/10
forced [2]  21/7 33/5
foreclosure [2]  12/22 12/24
foreclosures [2]  21/8 33/6
foregoing [1]  38/15
foreign [4]  26/13 26/24 26/24 29/15
forever [1]  20/21
forgot [1]  28/15
form [1]  20/13
former [8]  9/21 10/19 10/23 11/22 12/1
  27/7 31/14 31/17
forms [1]  9/7
Fort [1]  19/19
forward [2]  2/8 29/10
fought [2]  14/3 34/8
found [4]  7/18 20/14 20/24 25/14
four [21]  3/7 3/8 4/9 4/12 4/13 5/1 5/5
  6/14 6/17 8/14 10/6 13/23 19/15 21/5
  21/16 21/19 22/4 33/1 33/25 35/20 36/9
Fourth [1]  34/20
Fourth Circuit [1]  34/20
frame [1]  29/19
frankly [2]  30/13 36/7
friends [1]  19/23
frivolous [2]  28/18 31/18
front [1]  30/25
fruition [2]  30/5 36/14
frustration [1]  37/16
full [2]  13/21 31/2
full-time [1]  31/2
fully [1]  9/3
fund [8]  13/3 15/23 15/24 16/17 18/25
  19/1 19/2 19/6
funds [11]  8/3 8/23 9/18 10/17 10/17
  10/24 12/20 16/13 27/9 31/6 31/16
further [1]  3/19
future [6]  13/3 13/10 13/12 13/17 13/21
  26/25

## G

generally [1]  30/2

gentleman [1]  18/22
Germano [1]  19/12 19/25 35/14 35/16
  36/10
get [8]  3/9 15/14 15/18 16/16 16/22
  22/15 22/17 38/1
gets [1]  35/1
getting [1]  28/20
give [6]  4/18 14/6 17/20 23/12 27/15
  29/19
given [2]  6/16 34/7
giving [3]  18/2 22/17 35/10
glad [1]  24/11
go [8]  8/15 8/17 8/24 14/1 18/23 28/24
  29/14 37/3
goes [1]  9/20
going [10]  10/11 15/16 18/24 22/17 24/9
  29/10 29/21 33/12 35/24 36/24
good [3]  21/22 37/20 37/20
got [3]  7/22 22/25 24/16
gotten [1]  19/9
govern [1]  17/23
government [3]  13/15 22/7 23/20
grant [1]  35/20
grateful [5]  34/2 34/21 35/6 35/16 36/21
great [2]  33/1 37/19
greater [1]  27/2
group [2]  14/2 23/16
groups [3]  6/11 8/17 24/23
Gulf [1]  31/1

## H

had [20]  3/21 9/3 12/4 12/21 15/22 18/17
  18/21 19/14 19/15 21/1 22/22 24/7 24/9
  25/18 28/19 28/20 33/8 34/5 37/5 37/20
Hall [1]  1/14 4/24 15/4 18/15 28/13 32/22
  34/11 37/5
Hall's [1]  35/15
hand [1]  37/22
handling [1]  36/2
hands [2]  23/2 30/13
happen [2]  28/25 29/20
happened [2]  21/19 25/17
happening [1]  36/8
happy [1]  17/3
hard [2]  14/3 38/3
has [33]  4/10 5/15 5/23 6/3 6/5 6/16 9/23
  10/3 11/18 12/12 12/17 17/15 18/18
  21/18 22/10 22/13 23/1 24/5 25/14 25/16
  26/5 26/10 26/11 27/18 29/2 30/23 32/15
  32/18 34/12 34/15 36/15 37/8 37/15
Hausfeld [1]  1/20
have [124]
having [4]  28/23 33/3 34/10 35/2
HB [1]  2/1
HB-406 [1]  2/1
he [11]  10/25 12/6 12/7 17/7 17/16 17/25
  18/23 21/24 22/10 22/10 22/11
headaches [3]  20/5 20/6 20/7
health [5]  20/2 22/18 23/12 24/7 24/16
healthy [1]  22/15
hear [6]  4/18 15/15 16/19 19/22 20/3
  27/4
heard [5]  15/2 15/13 15/22 32/16 36/20
hearing [3]  1/10 15/20 18/14
Heischober [2]  32/17 32/24
held [2]  14/20 26/5
help [2]  15/7 21/17
helpful [1]  27/8
her [8]  32/12 32/13 32/14 37/6 37/7 37/8
  37/9 37/9
here [16]  4/25 9/6 16/20 19/18 21/23
  22/12 32/8 34/14 35/8 38/6
hereby [1]  38/15

herein [1]  25/10
Hi [2]  18/15 18/15
high [2]  23/4 24/14
him [1]  28/20
his [7]  10/8 10/23 18/4 20/16 23/2 23/2
  32/9
history [1]  5/7 25/17
hold [2]  14/20 21/4
home [15]  10/25 11/24 12/1 12/3 12/15
  12/16 12/23 13/9 17/12 20/9 22/21 27/8
  28/23 31/16 31/17
homeowner [3]  21/20 23/1 23/2
homeowners [17]  5/22 7/9 9/3 9/4 13/18
  19/9 19/12 19/14 19/17 19/25 20/9 20/12
  20/24 21/6 22/5 22/9 28/17
homeowners' [2]  21/9 21/9
homes [10]  18/24 20/1 20/10 20/16 21/3
  21/7 23/15 31/15 33/3 33/5
Honor [31]  3/4 4/21 4/25 5/9 8/11 10/5
  10/14 11/12 13/1 13/23 14/10 14/15
  14/25 16/24 17/5 18/1 18/6 18/10 18/13
  24/1 27/5 28/6 28/9 31/11 32/5 32/7
  33/18 33/20 33/24 35/7 35/19
Honor's [2]  34/1 34/2
HONORABLE [2]  1/10 1/14
hoped [1]  37/20
hopefully [3]  33/13 37/2 38/1
house [8]  16/15 16/17 17/15 19/3 19/4
  20/17 23/2 32/1
houses [1]  24/6
housing [1]  5/25
how [5]  11/5 22/17 29/14 29/15 31/4
however [2]  4/11 30/23
HUD [1]  13/14
huge [1]  38/21
hundreds [2]  4/11 7/9
husband [1]  32/24

## I

I'm [16]  16/4 16/17 18/1 22/14 22/14
  22/17 23/5 23/9 23/9 28/14 28/14 30/4
  30/11 30/18 36/21 36/24
icebreaker [1]  35/2
idea [1]  27/20
identify [1]  13/17
if [26]  11/1 11/24 12/7 14/13 14/20 16/13
  16/17 16/22 17/21 20/24 21/19 22/5
  23/12 25/4 25/10 25/13 25/18 26/19
  26/22 28/10 29/11 29/23 29/25 31/22
  35/2 37/11
Ilich [7]  15/12 15/16 15/18 16/20 17/6
  17/24 18/8
illness [1]  20/1
imagined [1]  21/16
immediately [1]  36/8
immunizes [1]  26/6
impacted [1]  21/22
implemented [1]  3/20
implications [1]  20/2
important [5]  7/24 8/2 14/16 21/2 31/4
importantly [1]  5/20
imported [2]  19/13 23/20
imports [2]  23/14 23/21
impossible [1]  20/25
in [151]
included [1]  10/15 13/20
increased [1]  33/8
indemnification [1]  11/3
indicate [1]  30/22
indicating [1]  31/25
individual [8]  5/19 10/1 10/9 26/11 27/16

**I**

individual... [3]  34/15 35/4 36/17
individuals [6]  9/15 18/4 25/9 25/14
  25/21 25/23
information [3]  3/18 10/8 10/10
informed [1]  3/23
inhaling [1]  22/20
injuries [2]  25/5 27/13
injury [6]  8/6 9/23 13/2 13/7 13/9 13/21
input [1]  11/19
inspection [1]  31/24
inspector's [1]  31/25
installed [1]  23/21
installer [1]  26/11
installers [4]  5/4 7/7 25/8 25/25
insurance [13]  5/17 6/4 7/3 7/13 7/17
  24/10 25/25 26/5 26/6 26/7 26/8 27/24
  34/5
intended [1]  4/12
interest [3]  28/3 32/16 36/22
interpreted [1]  7/15
intervenors [2]  32/17 35/11
intimately [1]  19/11
into [5]  17/6 21/8 27/24 29/6 33/5
involved [7]  5/17 12/7 19/11 27/1 33/2
  36/4 37/17
involving [3]  5/8 25/13 32/2
is [101]
issue [8]  7/10 7/12 16/19 25/23 26/11
  26/14 28/21 30/5
issued [1]  5/12
issues [14]  5/10 6/19 20/3 20/4 20/13
  26/12 26/14 30/3 31/7 32/1 33/2 33/4
  34/20 37/7
it [58]
it's [14]  9/14 23/8 26/4 27/11 27/11 29/18
  29/20 30/5 30/6 30/13 31/4 36/11 36/18
  37/16
items [1]  4/14
its [3]  17/6 17/24 30/17
itself [1]  26/14

**J**

Jane [1]  1/14
January [3]  3/6 6/14 6/17
January 17 [2]  3/6 6/17
Jersey [1]  19/20
job [2]  15/8 35/5
JOINT [1]  1/10
journey [3]  37/25 38/1 38/2
judge [20]  1/11 4/24 12/13 15/4 15/6
  15/17 18/15 18/15 28/13 28/13 29/2
  29/13 32/21 32/22 34/11 35/15 37/5
  37/11 37/15 38/5
Judge Fallon [5]  15/6 15/17 29/2 29/13
  37/15
Judge Hall [3]  32/22 34/11 37/5
Judge Hall's [1]  35/15
judgment [2]  34/6 34/9
judgments [1]  7/8
jurisdiction [1]  35/15
jury [2]  25/14 26/1
just [22]  3/5 4/14 10/11 13/25 14/11
  15/21 15/22 18/6 22/10 22/15 22/18 23/9
  23/11 24/4 27/6 30/12 30/15 33/8 35/22
  37/11 37/15 37/25

**K**

Katz [1]  1/17
keep [1]  16/16
kidney [6]  20/11 20/13 20/13 20/15 21/25
  22/10

kids [1]  23/10
kind [1]  36/18
Kingrea [1]  6/9
Knauf [1]  36/16
knew [5]  21/19 25/2 25/12 25/21 29/6
know [24]  18/22 19/7 23/14 25/15 25/15
  25/18 25/22 26/21 29/4 29/5 29/10 29/13
  29/24 30/1 30/12 31/6 31/20 32/13 33/21
  35/23 36/10 36/11 37/19 38/3
knowing [1]  28/19
knowledge [2]  7/11 25/22
known [14]  3/12 10/2 10/3 13/10 13/22
  25/3 25/3 25/12 25/12 25/16 25/18 25/23
  26/21 26/22

**L**

lack [1]  27/24
laed.uscourts.gov [1]  2/3
language [1]  12/8
last [6]  6/4 19/5 19/15 33/1 33/25 37/5
later [1]  23/12
law [12]  1/23 5/13 7/22 8/22 9/13 12/9
  12/10 13/9 16/1 17/18 25/9 30/10
lawsuit [3]  28/19 31/18 31/20
lawyers [1]  36/6
laying [2]  6/18 6/19
lead [3]  6/13 10/20 35/12
leadership [3]  5/18 34/9 38/5
least [1]  25/13
left [4]  20/8 23/19 26/9 32/1
legal [6]  16/8 16/8 21/16 22/7 23/15
  23/17
legislation [2]  31/2 31/4
legislative [2]  30/25 31/7
lender [2]  16/3 16/5
length [1]  6/13
less [2]  21/14 37/22
let [8]  3/5 13/4 16/19 23/17 23/20 24/4
  24/21 27/4
Let's [1]  16/22
letter [2]  10/7 17/22
level [2]  24/14 37/15
Levin [5]  5/18 9/1 34/7
LEWIS [9]  1/20 4/21 15/1 16/25 24/1
  24/11 27/5 31/11 33/21
Lexy [1]  34/2
liability [4]  1/5 5/11 23/18 28/16
liable [6]  25/2 25/5 25/15 25/20 26/7
  26/22
lieu [1]  12/24
life [1]  23/10
light [2]  9/7 9/7
like [18]  4/13 6/21 8/10 15/5 15/13 17/2
  19/10 20/7 22/14 23/8 24/2 28/9 29/13
  31/20 33/8 34/24 35/7 35/25
likely [2]  27/16 31/19
limited [12]  12/15 26/10 27/24
line [2]  13/11 29/4
link [3]  23/12 24/8 24/15
listening [1]  23/22
litigants [1]  26/15
litigated [1]  5/21
litigation [15]  1/5 5/8 5/16 5/17 6/1 6/24
  7/1 7/25 9/6 9/9 24/7 24/24 34/12 34/18
  34/23
little [3]  18/18 21/1 28/14
live [5]  19/15 20/19 21/11 22/21 23/16
lives [4]  19/12 20/20 22/2 22/8
living [8]  8/5 11/23 12/2 12/4 13/18 20/1
  20/10 23/3
Liz [1]  32/17
LLC [1]  1/17
LLP [1]  1/20

long [7]  13/3 13/7 13/12 13/17 14/1
long-term [3]  13/3 13/12 13/17
longer [4]  10/23 10/25 21/3 30/4
look [1]  30/9
looked [3]  4/15 24/7 37/7
looks [2]  4/13 21/13
lose [3]  7/3 23/10 23/10
loses [1]  29/23
loss [5]  8/5 8/5 19/3 27/11 33/1
losses [4]  9/22 21/14 22/4 33/12
lost [7]  12/15 12/18 12/21 17/15 19/5
  20/10 33/5
lot [1]  5/16
LOUISIANA [7]  1/2 1/6 1/18 2/2 19/20
  34/5 38/15
lung [1]  20/3

**M**

ma [1]  7/7
ma-and-pa [1]  7/7
made [8]  8/4 8/22 9/10 13/7 13/24 23/6
  27/18 37/15
mail [1]  3/12
main [2]  1/24 19/25
mainly [1]  36/1
major [1]  35/2
make [12]  9/18 11/22 15/5 15/5 16/3
  17/10 17/19 21/1 21/17 22/3 24/21 30/15
makes [1]  7/21
making [4]  8/16 16/5 18/2 32/9
manner [1]  18/20
manufacture [2]  25/4 30/21
manufactured [3]  1/4 23/20 26/22
manufacturer [3]  26/20 29/16 30/20
manufacturers [4]  24/24 25/1 25/18
  25/20
many [13]  7/7 7/16 14/4 20/10 20/23
  21/3 21/5 21/23 24/7 24/7 25/24 33/2
  33/22
March [1]  6/9
March 13 [1]  6/9
market [1]  5/25
Mary [1]  1/14
master [6]  9/17 11/17 11/19 12/11 12/12
  17/7
material [1]  36/21
materials [1]  9/12
matter [6]  15/8 24/22 30/5 31/21 36/15
  38/18
may [16]  1/7 3/2 4/2 4/24 7/8 9/1 13/18
  15/1 16/7 20/8 23/9 26/1 26/24 28/22
  30/14 30/24
May 16 [1]  4/2
maybe [2]  16/16 19/3
MD [1]  1/4
MDL [1]  36/2
me [19]  3/5 13/4 14/9 15/20 16/14 16/19
  17/2 22/13 23/6 23/8 24/2 24/4 24/21
  27/4 29/19 30/16 32/16 35/22 37/11
mean [1]  26/17
mechanical [1]  2/5
media [1]  3/16
mediation [2]  6/8 6/10
medical [8]  13/3 13/7 13/10 13/10 13/10
  13/12 13/22 27/14
meet [1]  29/7
meetings [1]  24/7
member [1]  12/10
members [16]  3/12 3/17 3/22 3/23 4/3
  4/12 6/6 8/9 8/11 8/13 9/10 10/8 10/18
  11/11 27/17 34/22
men [4]  20/13 20/14 20/15 20/18

## M

mention [4]  7/2 10/5 14/5 28/15
mentioned [5]  24/11 27/18 29/3 31/18 32/5
met [2]  6/9 11/1
methodology [1]  10/3
mic [1]  15/19
microphone [1]  15/15
might [2]  32/6 37/24
military [1]  32/12
million [7]  5/5 8/3 19/3 19/3 19/4 28/2 35/14
mind [1]  27/22
Mississippi [1]  19/20
mitigation [2]  9/22 12/21
mom [1]  25/24
mom-and-pop [1]  25/24
moment [3]  3/6 15/14 23/25
money [6]  8/20 11/24 17/11 22/3 23/9 29/15
monitoring [1]  32/13
month [1]  29/22
months [2]  22/10 36/9
more [12]  3/22 7/21 10/8 10/10 22/14 22/14 25/13 27/17 27/20 28/10 28/25 30/1
mortgage [2]  16/3 16/5
most [6]  18/17 19/6 21/13 21/20 21/25 25/9
motion [1]  5/20 18/2 35/20
motivating [1]  24/6
motivation [1]  24/14
move [2]  22/8 23/7
moved [1]  36/15
moving [1]  33/11
Mr [1]  15/12
Mr. [26]  4/23 5/18 5/18 5/19 6/9 9/1 9/2 10/6 14/4 14/24 15/1 15/16 15/18 16/20 17/1 17/6 17/24 18/8 18/18 24/2 24/11 27/6 30/16 31/20 32/5 33/21
Mr. Herman [2]  5/18 9/2
Mr. Ilich [6]  15/16 15/18 16/20 17/6 17/24 18/8
Mr. Levin [2]  5/18 9/1
Mr. Lewis [2]  15/1 24/11
Mr. Richard [1]  6/9
Mr. Serpe [12]  4/23 5/19 10/6 14/4 14/24 17/1 18/18 24/2 30/16 31/20 32/5 33/21
Mr. Serpe's [1]  27/6
Ms. [7]  23/24 24/19 24/21 28/9 28/12 30/12 31/14
Ms. Nguyen [7]  23/24 24/19 24/21 28/9 28/12 30/12 31/14
much [5]  15/24 22/17 33/16 36/19 38/7
multiple [1]  27/21
must [3]  20/21 25/11 25/21
Mutual [1]  5/4
my [21]  12/23 15/6 19/3 19/3 22/15 22/17 22/19 23/10 23/10 23/12 26/19 28/16 29/23 30/13 32/24 32/24 36/25 37/1 37/2 37/13 38/16
myself [3]  23/4 28/18 28/22

## N

N.W [1]  1/21
name [1]  32/24
national [1]  26/24
Nationwide [3]  5/2 27/18 35/1
nature [1]  7/25
necessary [2]  3/9 17/12
need [5]  8/1 12/2 15/5 20/15 33/10
needs [1]  21/25

negotiate [3]  11/6 16/15 24/11
negotiated [1]  20/18
negotiating [2]  6/12 7/22
negotiation [1]  11/10
negotiations [1]  6/13
neighbors [1]  19/23
nervous [1]  28/14
neuromuscular [1]  20/4
never [3]  20/23 21/21 33/12
never-ending [1]  20/2
New [5]  1/6 1/18 2/2 19/20 19/21
New Jersey [1]  19/20
New York [1]  19/21
news [1]  20/3
next [1]  29/22
Nguyen [8]  18/13 23/24 24/19 24/21 28/9 28/12 30/12 31/14
nightmare [1]  33/1
no [18]  4/8 10/23 10/25 11/2 11/9 12/12 15/6 16/18 21/1 21/3 22/16 22/18 24/13 28/1 31/25 33/8 33/18
nominate [1]  11/16
nominated [1]  11/17
none [2]  4/10 26/11
nor [1]  25/15
Norfolk [4]  1/14 1/15 1/24 6/10
normal [1]  20/5
North [1]  19/19
noses [1]  20/2
not [24]
nothing [3]  14/25 21/15 23/19
notice [6]  3/11 3/13 3/15 3/22 9/12 17/21
notices [1]  3/1
now [14]  6/21 8/11 8/15 18/14 18/25 20/8 20/20 23/4 25/20 26/17 26/23 34/20 36/17 37/6
number [3]  3/15 7/2 37/6
numerous [1]  14/5

## O

O'Keefe [1]  1/18
object [3]  3/24 4/5 32/17
objected [2]  11/21 15/22
objected-to [1]  11/21
objecting [1]  31/5
objection [12]  4/1 8/19 9/10 11/4 13/1 13/2 13/5 15/12 16/21 28/16 32/8 32/11
objections [11]  4/13 4/15 4/18 4/19 8/14 10/6 10/14 11/12 13/24 18/18 24/3
objector [2]  12/6 12/23
objectors [7]  4/18 8/10 15/1 15/10 18/11 28/8 36/21
obligated [1]  10/24
obligations [1]  23/16
obstacles [4]  6/22 7/1 8/3 14/19
obtain [3]  3/17 9/3 28/4
obtained [2]  7/8 8/24
obvious [1]  37/17
Obviously [1]  37/19
October [1]  6/14
off [2]  15/11 22/1
Offices [1]  1/23
official [4]  2/1 3/14 38/13 38/22
Okay [3]  15/18 32/20
old [2]  22/20 23/5
omni [1]  34/15
on [49]
Once [2]  9/13 23/19
one [26]  6/10 7/2 7/20 10/18 12/6 12/23 14/11 15/14 17/14 19/11 21/24 21/25 22/9 22/20 23/25 24/24 25/13 28/10 28/14 28/24 29/2 29/3 32/16 32/25 35/22 37/5

one-day [1]  6/10
oneself [1]  34/20
online [1]  3/16
only [8]  9/16 10/22 20/18 22/21 22/24 30/23 32/15 34/14
opinion [4]  29/14 29/23 29/24 36/25
opinions [1]  8/9
opportunity [2]  4/3 4/19 25/22
opposed [1]  18/24
opposing [1]  34/24
opt [4]  3/23 4/1 4/5 4/9
opt-out [1]  4/1
opt-outs [1]  4/9
option [3]  9/6 9/9 22/18
or [45]
oral [1]  29/21
ordeal [1]  33/11
order [1]  3/9
ordered [1]  9/8
orders [1]  17/22
Originally [1]  30/16
Orleans [3]  1/6 1/18 2/2
other [18]  9/12 18/11 22/18 23/2 24/25 26/12 27/10 28/8 29/2 32/4 32/6 32/15 33/7 33/9 35/9 35/18 36/10 37/22
others [3]  21/8 21/10 21/23
otherwise [1]  12/22
our [33]  5/1 6/17 6/18 8/18 18/18 18/19 18/24 19/4 19/9 19/23 19/23 19/23 20/20 20/21 21/5 22/6 22/7 22/8 23/14 23/15 23/17 23/19 23/20 24/16 29/9 30/10 30/24 32/14 32/22 33/9 33/9 33/12 33/13
ourselves [2]  20/21 28/21
out [19]  3/9 3/23 4/1 4/5 4/11 6/4 6/18 6/19 16/16 19/2 22/14 22/16 23/7 26/8 26/13 30/13 31/4 36/25 37/3
out-of-state [1]  26/13
outcome [1]  33/3
outs [1]  4/9
over [9]  3/21 4/15 6/4 10/11 22/22 22/22 22/23 33/25 36/18
overrule [1]  12/12
overwhelmingly [2]  8/12 9/8
own [4]  18/18 20/16 21/3 23/2
owned [1]  33/3
owner [8]  10/19 10/23 12/21 16/8 16/9 27/8 31/15 31/19
owners [8]  9/21 9/21 10/22 11/1 11/22 12/1 31/15 31/17
owns [2]  10/23 10/25

## P

pa [1]  7/7
packed [1]  22/5
page [1]  8/18
page 9 [1]  8/18
painfully [1]  37/17
papers [2]  5/1 27/18
part [5]  9/23 11/14 13/8 31/24 32/2
participate [5]  4/12 12/7 12/10 27/9 27/21
participated [1]  37/4
participating [2]  31/5 34/22
particular [8]  12/23 26/3 26/15 27/2 27/2 29/19 32/2 36/15
particularly [6]  17/14 26/4 30/19 35/10 35/23 36/21
parties [2]  6/8 37/4
party [2]  25/10 34/14
passed [1]  20/10
past [4]  13/9 13/21 22/4 35/24
patience [2]  35/16 36/15
patient [1]  35/8

# P

Paul's [1] 1/15
paying [1] 23/19
payment [2] 15/23 15/24
payments [3] 16/3 16/5 16/10
penalize [1] 23/15
people [8] 15/8 17/10 17/12 19/19 25/7 25/8 27/13 34/22
per [2] 11/14 21/20
per se [1] 11/14
percent [4] 18/25 19/1 19/2 21/14
perhaps [2] 27/23 37/20
period [1] 4/2
permission [1] 32/19
person [2] 32/11 32/15
personal [11] 8/5 8/6 9/22 9/22 13/2 13/6 13/9 13/21 20/6 20/25 27/13
personally [1] 21/23
persons [3] 12/14 32/6 33/22
perspective [1] 3/5
pertaining [1] 6/22
pets [1] 20/11
picture [1] 26/8
piecemeal [1] 7/25
place [1] 11/1
plague [1] 33/4
plaintiff [3] 25/21 26/9 31/12
Plaintiff's [1] 1/23
plaintiffs [8] 8/22 10/16 14/17 16/25 33/2 35/10 35/12 35/12
plaintiffs' [3] 1/17 1/20 7/6
plan [20] 9/19 9/24 11/13 11/14 11/25 12/5 12/7 12/8 12/17 13/4 13/6 13/11 13/20 14/8 17/20 18/4 18/7 27/9 27/10 27/12
play [1] 31/4
playing [1] 31/3
please [3] 17/4 30/14 33/14
pleasure [1] 37/6
pledged [1] 30/23
point [9] 4/16 8/16 8/17 10/11 11/22 22/15 30/13 36/15 36/19
points [2] 11/21 37/23
policies [1] 7/20 24/10
policy [1] 26/5
pollutant [1] 7/19
pollution [4] 7/16 24/13 26/6 32/1
pop [1] 25/24
poring [1] 17/5
Porter [2] 5/3 30/17
Porter-Blaine [1] 30/17
Porter-Blaine/Venture [1] 5/3
portion [2] 18/3 36/2
position [2] 18/1 18/4
positive [1] 38/2
possession [2] 16/7 17/17
possibility [1] 7/2
possibly [5] 16/4 16/13 16/15 29/15 29/20
posted [3] 3/13 9/13 9/23
potential [2] 10/7 10/18
Poydras [1] 2/1
practice [1] 5/20
precise [3] 9/11 9/15 27/15
predict [1] 31/3
preliminarily [1] 3/6
preliminary [1] 6/16
preremediation [1] 11/23
present [11] 6/7 7/23 10/22 11/1 20/9 26/14 26/25 27/1 30/3 31/15 31/19
presented [4] 26/3 27/1 36/3 37/8
presents [1] 26/14

press [1] 3/15
pretty [1] 9/6
prior [1] 10/12
private [1] 9/22
pro [1] 23/17
probably [2] 28/25 29/11
problem [3] 18/21 26/3 26/13
problems [6] 13/18 26/25 26/25 27/3 27/23 30/8
Procedure [1] 3/20
procedures [1] 3/20
proceed [2] 4/20 14/13
proceeded [2] 36/7 36/11
proceeding [2] 5/9 36/18
proceedings [4] 2/5 3/1 38/10 38/17
process [5] 9/16 10/13 10/18 11/15 11/16
producing [1] 12/18
product [8] 7/11 19/13 23/11 25/1 25/4 25/17 29/4 30/21
products [2] 1/5 30/7
professional [1] 35/5
professionalism [1] 35/6
program [2] 31/24 32/3
proof [2] 12/19 13/7
properties [1] 21/11
property [13] 8/4 8/5 9/20 9/22 10/23 12/20 15/23 15/24 16/7 16/9 16/14 16/17 18/22
proposed [6] 6/23 11/25 12/8 14/7 27/8 27/12
proposing [1] 31/2
prove [2] 27/14 29/3
proveable [1] 23/13
proved [1] 25/6
provided [1] 13/8
providing [1] 14/2
provision [2] 27/13 31/13
provisions [1] 12/17
PSC [5] 4/22 14/19 30/22 34/7 34/22
published [2] 3/15 9/19
pursuant [1] 12/18
pursue [1] 30/23
pursued [2] 5/19 34/1
pursuing [2] 5/16 9/2
put [4] 3/5 18/24 19/4 22/2

# Q

question [11] 6/22 7/6 9/5 10/15 12/14 14/16 17/6 18/8 24/9 29/18 30/12
questions [2] 11/13 14/9

# R

raised [6] 10/18 11/4 11/13 12/14 17/6 24/9
rare [2] 20/13 28/22
rarely [1] 20/22
rashes [1] 20/3
rather [1] 10/2
RE [1] 1/4
read [2] 19/10 36/20
ready [1] 28/20
real [5] 7/6 15/23 15/24 16/14 16/17
realize [1] 29/8
really [8] 7/20 8/8 10/10 13/13 13/23 24/23 30/18 31/18
reasonable [2] 3/7 29/20
reasons [1] 13/13
receive [2] 3/18 10/6
received [5] 4/8 4/10 4/15 11/19 16/21
recess [1] 37/25
record [4] 15/11 27/7 30/22 38/17
recorded [1] 2/5

records [1] 27/14
recover [7] 9/15 11/23 12/2 13/9 14/21 25/11 27/17
recoveries [1] 27/16
recovering [1] 21/14
recovery [1] 28/1
Reed [3] 6/19 6/21 8/8
refer [1] 5/2
regard [3] 26/15 29/18 37/10
regarding [5] 3/19 11/4 13/2 31/8 32/22
regards [2] 15/22 32/14
register [1] 3/18
registered [1] 3/22
RELATES [1] 1/7
releases [1] 3/15
relief [9] 9/3 11/10 12/17 13/19 14/22 28/4 33/13
relying [1] 25/25
remain [2] 11/24 16/7
remains [1] 24/14
remarks [1] 37/14
remediated [2] 20/15 23/2
remediation [14] 5/24 8/4 9/20 10/17 10/17 10/24 11/25 12/4 20/17 22/22 31/17 31/23 31/24 32/3
reorganize [1] 16/2
repair [1] 17/12
repay [1] 33/12
replicate [1] 8/1
reply [2] 6/18 8/18
Reporter [3] 2/1 38/14 38/22
reports [1] 13/15
represent [1] 32/25
representation [1] 35/17
representatives [2] 8/10 8/13
representing [3] 10/7 34/25 35/5
request [3] 4/9 16/12 29/25
require [1] 31/15
required [1] 3/20 11/16
requirement [2] 10/25 11/1
requires [2] 10/16 31/24
research [1] 13/17
residents [1] 14/2
resolutions [1] 24/12
resolved [2] 5/22 38/2
respond [2] 24/2 24/4
response [1] 23/23
responsibility [1] 26/1
responsible [5] 16/5 16/10 25/2 30/20 33/7
rest [2] 20/19 20/20
restore [1] 22/7
result [6] 7/3 18/2 25/5 25/6 28/1 30/8
retain [3] 14/12 17/10 17/25
reviewing [1] 4/22
Rich [1] 33/21
RICHARD [12] 1/20 1/23 1/23 4/21 6/9 16/24 24/1 27/5 31/9 31/11 32/4 33/19
Rick [1] 15/12
rid [1] 20/25
right [9] 3/23 14/12 14/23 15/3 17/18 18/11 18/25 23/11 23/12
rights [2] 17/17 22/17
rise [1] 38/9
risk [4] 11/2 13/17 27/25 31/17
Roberts [1] 32/12
room [1] 14/5
Roskowski [1] 32/8
routine [1] 9/14
rule [3] 3/24 6/18 30/2 30/2
Rule 23 [2] 3/24 6/18
Rules [1] 3/25

**R**

ruling [3] 14/14 26/19 37/2
rulings [3] 12/12 23/18 23/18
running [1] 27/23
RUSS [3] 1/17 30/14 34/6

**S**

sad [2] 21/18 37/23
said [6] 4/25 12/23 18/23 22/19 23/8 25/18
sale [1] 30/21
sales [2] 21/8 33/6
Salinas [1] 8/23
Sam [1] 34/3
same [4] 8/16 10/11 23/1 23/1
say [9] 13/4 13/25 24/4 25/7 26/7 26/21 30/4 36/3 37/13
says [2] 12/9 22/11
scientific [1] 13/14
scoured [1] 6/5
screwed [1] 23/9
se [1] 11/14
search [1] 24/15
secondly [1] 22/13
section [8] 1/5 10/15 10/22 11/25 12/25 18/7 27/10 28/15
Section 4.3 [2] 10/22 28/15
Section 7 [2] 11/25 12/25
see [5] 16/22 21/14 22/20 30/10 37/3
Seeing [1] 28/21
seek [1] 13/9
seeking [1] 25/11
seem [1] 23/11
seems [1] 35/25
sell [2] 12/21 30/7
senators [1] 30/25
send [1] 32/14
sent [2] 3/10 36/2
separate [2] 5/6 11/15
separately [1] 12/17
serious [1] 7/5
seriously [1] 7/12
Serpe [14] 1/23 1/23 4/23 5/19 10/6 14/4 14/24 17/1 18/18 24/2 30/16 31/20 32/5 33/21
Serpe's [1] 27/6
served [1] 35/10
service [1] 32/13
sessions [1] 6/12
set [4] 3/17 17/9 18/3 18/25
settlement [46]
settlements [26] 3/7 3/11 3/13 3/18 4/4 4/6 4/10 5/1 5/5 5/6 6/14 6/17 6/20 6/23 7/21 7/23 8/20 11/7 14/7 27/21 34/10 35/13 35/14 35/21 36/16 36/16
settling [1] 10/16
seven [1] 34/5
several [4] 6/11 8/15 27/16 37/23
severe [1] 20/8
shattered [1] 22/1
she [5] 10/25 31/18 32/12 32/13 37/8
shifted [1] 17/18
short [2] 18/6 33/6
shortly [1] 36/25
should [11] 10/5 11/22 12/11 12/15 13/3 24/3 25/3 25/12 25/22 26/21 27/7
shouldn't [1] 30/8
show [2] 25/11 25/22
showing [2] 21/22 27/19
shown [1] 36/22
sick [2] 23/5 23/6
significance [1] 14/11

significant [6] 5/20 7/20 8/23 14/21 26/4 30/5
significantly [1] 27/20
similar [1] 4/14
simply [1] 12/9
Since [2] 5/15 19/11
sir [3] 15/20 18/9 18/10
sister [1] 30/18
site [4] 3/14 3/16 3/21 9/13
situation [5] 17/25 30/19 31/3 33/9 38/2
six [1] 29/11
sixth [1] 4/8
skull [1] 20/8
small [3] 8/1 25/24 26/9
sniff [1] 22/24
so [24] 3/17 4/14 7/20 7/24 9/5 9/25 12/12 12/19 13/19 15/15 16/4 17/12 18/19 22/25 24/25 26/8 27/11 27/22 30/4 30/18 31/17 32/2 37/1 38/5
software [1] 2/6
sold [2] 9/21 25/8
solution [1] 33/9
some [16] 4/14 4/24 11/12 11/13 16/16 21/14 25/22 26/14 26/25 27/20 28/4 31/16 32/18 35/25 36/3 36/13
somebody [1] 28/23
something [5] 16/16 19/22 20/20 25/19 33/7
sometimes [1] 30/3
speak [7] 18/12 19/9 22/14 24/25 28/8 28/10 35/23
speakerphone [1] 18/14
speaking [2] 18/23 19/16
special [7] 9/17 11/17 11/19 12/11 12/11 17/7 35/1
specifically [1] 17/7
speculative [2] 13/15 13/20
spend [2] 11/24 28/20
spending [1] 21/19
spent [4] 19/16 20/16 31/6 31/7
spoke [1] 24/19
spoken [1] 24/8
Sprint [2] 9/14 10/11
square [6] 12/16 12/18 12/20 17/11 18/24 27/10
St [1] 1/15
stand [1] 14/21 38/8
standard [2] 7/16 9/25
standards [1] 29/7
state [6] 5/20 7/4 14/3 26/13 34/12 34/16
statement [5] 19/10 21/15 22/9 29/8 30/15
states [8] 1/1 1/11 22/7 25/10 25/10 29/25 36/4 38/14
station [1] 37/25
stayed [1] 12/3
Steering [3] 1/17 1/20 1/23
stenography [1] 2/5
Steve [1] 32/25
still [10] 3/3 16/4 16/8 16/8 16/10 20/9 21/6 23/6 26/19 36/18
stories [1] 19/21
strapped [1] 21/7
Street [3] 1/21 1/24 2/1
stress [1] 22/16
stuck [1] 23/8
stuff [1] 22/21
substantial [2] 7/21 31/6
successfully [1] 5/22
such [4] 25/8 31/20 31/21 33/4
sue [1] 28/20
sued [4] 21/9 21/10 28/19 30/8
suffered [1] 27/13

suffering [1] 24/5
sufficiency [1] 9/8
sufficient [2] 13/7 19/8
suit [1] 26/9
Suite [1] 1/24
superior [2] 9/6 9/9
supervision [1] 6/9
supplement [1] 37/6
Supply [1] 29/6
support [3] 8/12 8/13 35/17
supportive [1] 35/9
supposed [1] 23/15
Supreme [9] 7/4 7/5 7/14 7/15 24/12 26/5 29/25 30/2 34/17
Supreme Court [7] 7/5 7/14 7/15 26/5 29/25 30/2 34/17
Supreme Court's [1] 24/12
survive [2] 22/3 26/19
swollen [1] 20/7
system [8] 21/5 21/16 22/7 23/15 23/17 23/9 34/13 34/16

**T**

Taishan [18] 9/2 9/4 14/12 14/13 14/18 14/19 14/20 14/20 24/15 24/18 26/18 26/18 29/10 29/14 29/23 30/20 30/23 36/18
take [7] 19/5 22/1 29/14 29/24 30/1 30/16 36/24
taken [1] 36/22
takes [1] 30/4
talking [1] 22/14
tax [1] 23/19
tax-paying [1] 23/19
taxes [1] 16/10
telephone [1] 6/12
tell [4] 20/6 21/23 22/24 26/23
term [3] 13/3 13/12 13/17
terrible [1] 33/11
Texas [1] 19/21
than [6] 3/22 20/5 27/2 27/17 28/25 37/23
thank [29] 4/21 14/15 15/20 16/24 18/7 18/10 18/16 23/22 23/24 24/1 24/20 27/5 28/6 28/7 28/13 29/17 32/12 32/21 33/15 33/16 33/20 33/24 34/9 34/24 35/7 35/21 37/5 38/5 38/7
thanks [6] 15/7 33/22 34/11 35/1 35/19 37/4
that [207]
that's [12] 3/9 10/10 14/15 17/11 17/15 18/6 22/20 25/23 26/3 26/14 28/10 34/14
their [41]
them [13] 4/15 5/2 8/16 8/16 8/17 21/12 23/18 25/24 30/7 33/5 34/9 36/12 37/18
themselves [1] 30/3
then [10] 4/17 4/20 13/4 16/2 21/20 26/8 26/19 29/22 37/2 37/3
there [23] 4/11 7/10 7/14 8/14 11/2 11/4 11/9 11/12 12/14 13/1 13/2 13/21 14/9 16/13 24/23 30/3 31/25 32/6 33/6 33/21 36/3 36/5 37/3
there's [4] 7/6 13/13 16/18 36/18
thereabouts [1] 36/4
therefore [2] 16/7 25/15
these [37] 3/11 6/6 6/12 6/13 6/17 6/20 7/10 7/21 7/23 8/1 8/3 11/7 13/16 14/12 14/17 18/18 18/19 20/1 20/6 20/10 20/15 20/18 21/6 24/10 24/12 27/20 27/25 28/4 28/24 31/8 33/25 34/10 35/13 35/20 35/24 36/13 36/17
they [53]
things [2] 28/15 29/2

## T

think [8]  9/6 28/2 29/20 30/9 31/4 31/19 31/23 37/18
thinking [1]  37/1
third [1]  20/16
this [85]
those [22]  5/5 7/1 8/15 9/3 10/3 12/2 12/3 12/3 17/17 19/18 23/15 23/20 25/9 25/11 25/14 27/2 31/5 31/5 34/8 34/23 35/19 37/17
though [3]  16/9 21/13 26/23
thought [1]  19/22
three [4]  6/4 16/4 20/12 20/18
through [10]  4/2 8/15 8/17 9/20 16/3 16/14 27/14 28/18 29/14 35/24
thus [1]  7/18
thyroid [1]  23/4
time [28]  5/15 7/22 8/17 9/11 9/17 9/25 10/10 14/5 14/9 15/6 16/13 17/8 19/8 22/2 24/3 25/16 27/16 28/10 29/19 30/1 31/2 33/1 33/23 34/7 35/10 35/25 36/22 38/8
timing [1]  11/5
Tobin [2]  5/3 6/3
today [11]  9/24 18/16 20/12 21/23 21/24 22/12 32/9 32/13 33/4 34/10 37/5
together [2]  4/4 22/2
told [2]  21/16 29/11
Tom [1]  32/8
Toni [5]  2/1 2/3 38/13 38/21 38/21
too [3]  11/22 14/5 19/15
topic [1]  19/25
total [1]  10/2
towards [2]  31/16 38/3
toxic [6]  19/13 20/25 21/7 23/11 23/14 23/21
Trading [1]  5/3
transcript [1]  38/16
transcription [1]  2/6
transferred [2]  28/17 36/9
transplant [2]  20/15 21/25
trauma [1]  35/24
traumatic [1]  36/11
TravCo [1]  7/4
treat [1]  8/16
treatment [1]  13/3
tremendous [1]  34/11
trial [5]  5/10 7/12 27/24 32/25 35/12
trials [1]  36/8
tried [3]  17/20 24/8 25/13
trips [1]  34/17
true [1]  38/15
trustee [2]  16/3 17/19
try [1]  14/20
trying [5]  19/16 22/2 22/3 22/15 30/11
turn [2]  8/11
Tusa [5]  2/1 2/3 38/13 38/21 38/21
twice [1]  20/14
two [10]  10/7 13/13 20/13 20/15 22/10 24/23 29/22 30/17 34/17 37/2
type [3]  24/24 25/17 30/4
typical [1]  9/14

## U

U.S [3]  14/21 34/19 34/21
under [18]  5/18 6/8 7/19 8/22 9/13 10/9 10/11 11/15 12/25 16/1 16/6 16/11 17/18 25/9 27/8 30/10 35/14 36/24
understand [3]  19/14 24/6 36/1
understanding [1]  38/17
understood [1]  14/18
underwent [1]  12/22

unfair [1]  10/19
unfortunate [1]  16/25
unfolds [1]  24/17
Unfortunately [3]  18/17 21/1 22/12
UNITED [5]  1/1 1/11 22/7 29/25 38/14
United States [2]  22/7 29/25
unknown [1]  13/12
unliveable [1]  21/11
until [3]  7/23 9/16 11/10
unusual [1]  36/5
up [13]  3/17 6/7 6/14 16/4 17/9 18/17 18/25 22/17 23/12 23/16 28/16 28/25 31/9
upkeep [1]  16/10
upon [1]  11/11
uric [1]  23/4
us [14]  3/3 18/16 19/18 20/20 21/7 21/21 22/4 24/6 28/19 28/23 33/4 33/11 34/24 37/1
used [2]  11/20 23/14
using [1]  2/5
usually [1]  20/14

## V

valuable [1]  7/21
value [2]  5/5 31/23
various [1]  3/15
Venture [3]  5/3 6/2 29/6
Venture Supply [1]  29/6
very [30]  4/13 5/15 5/24 6/24 7/5 7/24 8/1 8/25 14/16 14/16 20/24 24/4 24/11 33/16 34/1 34/21 35/5 35/9 35/9 35/15 35/25 36/7 36/12 36/25 37/8 37/9 37/17 38/3 38/7
via [1]  3/12
viable [1]  26/20
victims [4]  17/21 35/3 35/8 35/21
viewing [1]  8/2
violations [1]  5/21
Virginia [47]
Virginia-based [9]  3/7 4/9 5/1 5/8 5/16 6/6 6/8 8/21 9/4
visitors [1]  3/21

## W

Wait [1]  15/14
waited [1]  21/4
walk [1]  23/21
wall [1]  22/15
want [8]  17/1 18/1 30/15 30/22 31/9 36/25 37/18 37/24
wanted [5]  15/21 21/24 32/6 33/22 37/13
was [42]
Washington [1]  1/21
wasn't [1]  9/12
way [10]  6/14 14/1 16/18 19/21 22/24 26/18 33/7 37/23 37/25 38/2
we [93]
Web [4]  3/14 3/16 3/21 9/13
week [1]  37/2
weigh [2]  27/23 27/25
welcome [1]  33/13
well [6]  7/15 9/1 16/21 29/5 34/2 35/11
well-crafted [1]  16/21
were [33]  3/11 4/13 5/9 5/12 5/21 5/22 6/12 7/22 8/16 8/20 10/14 11/5 11/12 11/21 12/1 16/13 17/21 20/5 21/7 21/16 22/6 23/14 24/9 24/11 25/15 28/19 33/22 34/16 34/25 35/12 36/3 36/5 36/12
what [21]  4/3 6/22 7/13 7/13 7/14 10/8 13/4 14/18 14/19 15/21 17/6 17/19 17/24 19/7 19/14 24/9 27/22 28/25 29/13 29/20 31/15

what's [2]  14/11 17/16
where [9]  5/10 12/21 13/11 17/15 17/25 18/1 28/16 28/19 37/3
wherever [1]  30/23
whether [9]  4/5 4/5 7/6 8/20 9/5 25/2 25/20 29/24 30/10
which [19]  3/20 4/13 6/13 6/24 7/16 8/8 9/4 9/20 9/24 10/16 17/15 21/10 22/16 22/23 22/24 27/25 34/16 35/14 36/15
while [6]  13/18 21/8 21/22 23/3 23/19 28/22
who [32]  4/12 7/9 9/3 9/21 10/8 10/19 10/23 12/1 12/3 12/15 13/18 14/2 14/5 15/12 18/11 20/14 21/25 22/10 23/20 26/11 26/20 27/13 27/13 32/6 32/11 32/17 33/22 34/11 34/25 35/8 37/4 37/13
whole [3]  21/17 28/3 34/7
wholeness [1]  24/18
whose [1]  19/12
will [35]  4/16 4/17 4/18 4/18 4/20 4/22 8/15 8/16 8/24 9/15 11/8 14/1 21/14 24/17 26/20 27/17 27/21 29/11 29/14 29/15 29/22 29/24 30/1 30/2 30/5 31/4 33/13 35/2 36/25 37/1 37/2 37/3 37/3 38/2 38/8
win [1]  29/1
wise [1]  37/8
wish [4]  18/11 28/8 32/8 32/17
within [3]  30/2 36/8 37/2
without [3]  17/5 22/6 33/7
wonderful [1]  15/8
word [1]  24/16
work [6]  5/16 5/23 22/13 23/10 24/22 37/9
worked [1]  30/24
working [3]  22/6 37/6 38/3
worried [1]  23/9
worry [1]  20/18
worse [1]  7/22
would [44]
write [4]  18/17 18/19 29/22 36/25
written [3]  19/7 28/16 32/9

## Y

year [3]  19/5 22/20 30/3
years [12]  6/4 16/4 19/15 21/5 21/16 21/19 22/4 29/11 33/1 33/25 35/25 37/6
yes [9]  3/4 14/15 14/15 15/20 18/10 18/13 29/18 31/11 33/20
York [1]  19/21
you [51]
you're [1]  25/4
young [1]  20/13
your [48]
Your Honor [26]  4/21 4/25 5/9 8/11 10/5 10/14 11/12 13/1 13/23 14/10 14/15 14/25 16/24 17/5 18/1 18/10 28/6 28/9 31/11 32/5 32/7 33/18 33/20 33/24 35/7 35/19
Your Honor's [2]  34/1 34/2