UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :   SECTION:  L
-----------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :   JUDGE FALLON
                                      :
Payton v. Knauf Gips, et al., No. 2:09-cv-07628   :   MAG. JUDGE WILKINSON
-----------------------------------------------------------x
```

### EX PARTE CONSENT MOTION TO DISMISS CROSSCLAIMS

Defendants/Crossclaim-plaintiffs Interior/Exterior Building Supply, L.P. and Interior/Exterior Enterprises, L.L.C. move to dismiss their crossclaims against Gebrueder Knauf Verwaltungsgesellschaft KG, Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf Plasterboard (Tianjin) Co., Ltd., and Knauf Plasterboard (Wuhu) Co., Ltd. with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

Counsel for Interior/Exterior Building Supply, L.P. and Interior/Exterior Enterprises, L.L.C.

Dated:  June 12, 2013

61254594.DOCX

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Consent Motion To Dismiss Crossclaims has been served on Plaintiffs' Liaison Counsel, Russ Herman and pennyhg@gmail.com, Homebuilders' Liaison Counsel, Phillip Wittman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by had delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 on this 12th day of June, 2013.

/s/ Kyle A. Spaulding
Kyle A. Spaulding

61254594.DOCX