UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION: L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
*Payton v. Knauf Gips, et al.*, No. 2:09-cv-07628 : MAG. JUDGE WILKINSON
-----------------------------------------------------------------x

## ORDER DISMISSING CROSSCLAIMS

**IT IS HEREBY ORDERED THAT** Defendants/Crossclaim-plaintiffs Interior/Exterior Building Supply, L.P. and Interior/Exterior Enterprises, L.L.C. crossclaims against Gebrueder Knauf Verwaltungsgesellschaft KG, Knauf Gips KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf Plasterboard (Tianjin) Co., Ltd., and Knauf Plasterboard (Wuhu) Co., Ltd. are dismissed with prejudice and without costs or attorneys' fees to any party.

This 13th day of June, 2013, at New Orleans, Louisiana.

*[signature]*
ELDON E. FALLON
United States District Court Judge

61255092.DOCX