**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>AMORIN et. al.v.TAISHAN GYPSUM CO., LTD et. al.<br>Case No. 2: 11-cv-377<br>_____/ | JUDGE FALLON<br>MAG.JUDGE WILKINSON |

**NOTICE OF APPEARANCE**

Undersigned counsel gives notice of her appearance as counsel of record on behalf of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd, in the above-styled action. Undersigned counsel requests that all future pleadings, documents and/or correspondence concerning this matter be served on undersigned counsel at the address reflected below.

> Respectfully submitted,
>
> The law office of Hongwei Shang, LLC
> 9130 S. Dadeland Boulevard
> Ste 1620
> Miami, FL 33156
> Tel:  (786) 581-9759/(305) 670-5266
> Fax: (786) 581-9168/(305) 670-5299
> Email: hshanglaw@gmail.com
>
> By:  s/Hongwei Shang_____
> Hongwei Shang
> Florida Bar No. 0037199
> Attorney for Zhejiang Provincial Second Light Industry Enterprises Group Imp & Exp. Co., Ltd

MDL NO. 2047
SECTION: L

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to pretrial No. 6 in accordance with Pretrial Order No. 6 on this 14th day of June, 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of June, 2013.

By: s/Hongwei Shang_____
     Hongwei Shang