UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL     MDL No. 2047
                                         SECTION:  L

**THIS DOCUMENT RELATES TO ALL CASES**     JUDGE FALLON
                                           MAG. JUDGE WILKINSON

_____

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY SUSAN LAMAR

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Susan LaMar hereby gives notice of her intention to dispose of the physical evidence that she was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Susan LaMar by contacting:  Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com.  Upon the expiration of the thirty (30) day period, Susan LaMar may dispose of such physical evidence.

Dated: June 14, 2013.

                                        Respectfully submitted,

                                        */s/ Michael J. Ryan*_____
                                        Michael J. Ryan
                                        Florida Bar No. 975990
                                        Krupnick, Campbell, Malone, Buser, Slama,
                                        Hancock, Liberman & McKee, P.A.
                                        Attorneys for Plaintiff
                                        12 S.E. 7 Street, Suite 801
                                        Ft. Lauderdale, FL  33301
                                        (954) 763-8181; FAX (954) 763-8292
                                        mryan@krupnicklaw.com
                                        pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, & Katz, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (rherman@hhk.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2013.

            */s/ Michael J. Ryan*
            Michael J. Ryan
            Florida Bar No. 975990
            Krupnick, Campbell, Malone, Buser, Slama,
            Hancock, Liberman & McKee, P.A.
            Attorneys for Plaintiff
            12 S.E. 7 Street, Suite 801
            Ft. Lauderdale, FL 33301
            (954) 763-8181; FAX (954) 763-8292
            mryan@krupnicklaw.com
            pleadings-mjr@krupnicklaw.com