UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL No. 2047

SECTION: L

**THIS DOCUMENT RELATES TO ALL CASES**     JUDGE FALLON
MAG. JUDGE WILKINSON

_____

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
### BY MARINER VILLAGE INVESTMENTS, LLC

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Mariner Village Investments, LLC hereby gives notice of its intention to dispose of the physical evidence that it was previously preserving pursuant to the requirements of Pretrial Order No. 1B for the following addresses:

    4956 SE Mariner Garden Circle, Stuart, FL
    5024 SE Mariner Garden Circle, Stuart, FL
    5040 SE Mariner Garden Circle, Stuart, FL
    5048 SE Mariner Garden Circle, Stuart, FL
    5063 SE Mariner Garden Circle, Stuart, FL
    5064 SE Mariner Garden Circle, Stuart, FL
    5068 SE Mariner Garden Circle, Stuart, FL
    5071 SE Mariner Garden Circle, Stuart, FL
    5083 SE Mariner Garden Circle, Stuart, FL
    5087 SE Mariner Garden Circle, Stuart, FL
    5164 SE Mariner Garden Circle, Stuart, FL
    5172 SE Mariner Garden Circle, Stuart, FL
    5176 SE Mariner Garden Circle, Stuart, FL
    5180 SE Mariner Garden Circle, Stuart, FL
    5184 SE Mariner Garden Circle, Stuart, FL
    5192 SE Mariner Garden Circle, Stuart, FL
    5199 SE Mariner Garden Circle, Stuart, FL

Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Mariner Village Investments, LLC by contacting: Michael Ryan by telephone at (954) 763-8181 or by email at pleadings-

mjr@krupnicklaw.com. Upon the expiration of the thirty (30) day period, Mariner Village Investments, LLC may dispose of such physical evidence.

Dated: June 14, 2013.                    Respectfully submitted,

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Ph: (954) 763-8181; FAX (954) 763-8292
mryan@krupnicklaw.com;
pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to:  Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, &  Katz L.L.P., 820 O'Keefe Avenue, New Orleans, LA   70113 (rherman@hhklawfirm.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA   70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  14        day of June, 2013.

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Ph: (954) 763-8181;   FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com