UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>AMORIN et. al.v.TAISHAN GYPSUM CO., LTD et. al.<br>Case No. 11-1395<br>_____/ | JUDGE FALLON<br>MAG.JUDGE WILKINSON |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD., by and through the undersigned counsel, files the following Answer and Affirmative Defenses to Plaintiffs' Complaint:

## ANSWER

1. Denied.

2. Denied.

3. Without knowledge therefore denied.

4. Without knowledge therefore denied.

5. Without knowledge therefore denied.

6. Without knowledge therefore denied.

7. Without knowledge therefore denied.

8. Without knowledge therefore denied.

9. Without knowledge therefore denied.

10. Without knowledge therefore denied.

11. Without knowledge therefore denied.

12. Without knowledge therefore denied.

13. Without knowledge therefore denied.

14. Without knowledge therefore denied.

15. Without knowledge therefore denied.

16. Without knowledge therefore denied.

17. Without knowledge therefore denied.

18. Without knowledge therefore denied.

19. Without knowledge therefore denied.

20. Without knowledge therefore denied.

21. Without knowledge therefore denied.

22. Without knowledge therefore denied.

23. Without knowledge therefore denied.

24. Without knowledge therefore denied.

25. Without knowledge therefore denied.

26. Without knowledge therefore denied.

27. Without knowledge therefore denied.

28. Without knowledge therefore denied.

29. Without knowledge therefore denied.

30. Without knowledge therefore denied.

31. Without knowledge therefore denied.

32. Without knowledge therefore denied.

33. Without knowledge therefore denied.

34. Without knowledge therefore denied.

35. Without knowledge therefore denied.

36. Without knowledge therefore denied.

37. Without knowledge therefore denied.

38. Without knowledge therefore denied.

39. Without knowledge therefore denied.

40. Without knowledge therefore denied.

41. Without knowledge therefore denied.

42. Without knowledge therefore denied.

43. Without knowledge therefore denied.

44. Without knowledge therefore denied.

45. Without knowledge therefore denied.

46. Without knowledge therefore denied.

47. Without knowledge therefore denied.

48. Without knowledge therefore denied.

49. Without knowledge therefore denied.

50. Without knowledge therefore denied.

51. Without knowledge therefore denied.

52. Without knowledge therefore denied.

53. Without knowledge therefore denied.

54. Without knowledge therefore denied.

55. Without knowledge therefore denied.

56. Without knowledge therefore denied.

57. Without knowledge therefore denied.

58. Without knowledge therefore denied.

59. Without knowledge therefore denied.

60. Without knowledge therefore denied.

61. Without knowledge therefore denied.

62. Without knowledge therefore denied.

63. Without knowledge therefore denied.

64. Without knowledge therefore denied.

65. Without knowledge therefore denied.

66. Without knowledge therefore denied.

67. Without knowledge therefore denied.

68. Without knowledge therefore denied.

69. Without knowledge therefore denied.

70. Without knowledge therefore denied.

71. Without knowledge therefore denied.

72. Without knowledge therefore denied.

73. Without knowledge therefore denied.

74. Denied.

75. Without knowledge therefore denied.

76. Without knowledge therefore denied.

77. Without knowledge therefore denied.

78. Without knowledge therefore denied.

79. Without knowledge therefore denied.

80. Without knowledge therefore denied.

81. Without knowledge therefore denied.

82. Without knowledge therefore denied.

83. Without knowledge therefore denied.

84. Without knowledge therefore denied.

85. Denied.

86. Without knowledge therefore denied.

87. Without knowledge therefore denied.

88. Without knowledge therefore denied.

89. Without knowledge therefore denied.

90. Without knowledge therefore denied.

91. Without knowledge therefore denied.

92. Without knowledge therefore denied.

93. Without knowledge therefore denied.

94. Without knowledge therefore denied.

95. Without knowledge therefore denied.

96. Without knowledge therefore denied.

97. Without knowledge therefore denied.

98. Without knowledge therefore denied.

99. Without knowledge therefore denied.

100. Without knowledge therefore denied.

101. Without knowledge therefore denied.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Without knowledge therefore denied.

109. Without knowledge therefore denied.

110. Without knowledge therefore denied.

111. Without knowledge therefore denied.

112. Without knowledge therefore denied.

113. Without knowledge therefore denied.

114. Without knowledge therefore denied.

115. Without knowledge therefore denied.

116. Without knowledge therefore denied.

117. Without knowledge therefore denied.

118. Without knowledge therefore denied.

119. Without knowledge therefore denied.

120. Without knowledge therefore denied.

121. Without knowledge therefore denied.

122. Without knowledge therefore denied.

123. Without knowledge therefore denied.

124. Without knowledge therefore denied.

125. Without knowledge therefore denied.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

131. Denied.

132. Denied.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.

138. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

139. Denied.

140. Denied.

141. Denied.

142. Denied.

143. Denied.

144. Denied.

145. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

146. Admitted that Defendant is in the business of distributing, delivering, supplying, marketing, and/or selling drywall for sale. All other allegations are denied.

147. Admitted that Defendant's drywall is placed in the stream of commerce. Denied that its drywall reached the homes of class members in this litigation.

148. Denied.

149. Admitted that Defendant intended its drywall to reach the ultimate consumers. Denied that its drywall reached class members.

150. Without knowledge therefore denied.

151. Without knowledge therefore denied.

152. Without knowledge therefore denied.

153. Denied.

154. Denied.

155. Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Denied.

163. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

170. Denied.

171. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

172. Denied.

173. Denied.

174. Denied.

175. Denied.

176. Denied.

177. Denied.

178. Denied.

179. Denied.

180. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

181. Denied.

182. Without knowledge therefore denied.

183. Denied.

184. Without knowledge therefore denied.

185. Without knowledge therefore denied.

186. Without knowledge therefore denied.

187. Denied.

188. Denied.

189. Denied.

190. Denied.

191. Denied.

192. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

193. Denied.

194. Denied.

195. Denied.

196. Denied.

197. Denied.

198. Denied.

199. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

200. Denied.

201. Denied.

202. Denied.

203. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

204. Denied.

205. Denied.

206. Denied.

207. Denied.

208. Defendant adopts and restates the preceding paragraphs as if fully set forth herein.

209. Denied.

210. Denied.

211. Denied.

212. Denied.

213. Denied.

214. Denied.

215. Denied.

216. Denied.

217. Denied.

218. Denied.

219. Denied.

220. Denied.

## AFFIRMATIVE DEFENSES

### I. FAILURE TO STATE A CAUSE OF ACTION

Plaintiffs failed to state a cause of action against Defendant.

### II. LACK OF PERSONAL JURISDITION

Defendant never sold any drywall in the United States. Therefore, this Court lacks personal jurisdiction over Defendant.

### III. LACHES

Plaintiffs' claims are barred by laches, i.e., the immediate actions against Defendant for the alleged negligence and/or misconduct, if any.

### IV. STATUTE OF LIMITATIONS

Plaintiffs' claims are barred by applicable Statute of Limitations.

### V. WAIVER

Plaintiffs waived their right to claim any damages from Defendant by their own inaction against Defendant after discovering the alleged negligence and/or misconduct of Defendant, if any.

### VI. ESTOPPEL

Plaintiffs are estopped from claiming any damages, if any, from Defendant because of their inaction against Defendant after discovering the alleged negligence and/or misconduct of Defendant, if any.

**WHEREFORE**, Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD, demands that this Court dismiss the Complaint against Defendant with Prejudice, awards attorneys' fees and costs, and any and all such further relief as this Court deems just and appropriate.

Dated: June 14, 2013.

                                              Respectfully submitted,

                                              The law office of Hongwei Shang, LLC
                                              9130 S. Dadeland Boulevard
                                              Ste 1620
                                              Miami, FL 33156
                                              Tel: (786) 581-9759/(305) 670-5266
                                              Fax: (786) 581-9168/(305) 670-5299
                                              Email: hshanglaw@gmail.com

                                     By: s/Hongwei Shang
                                              Hongwei Shang
                                              Florida Bar No. 0037199
                                              Attorney for Zhejiang Provincial Second
                                              Light Industry Enterprises Group Imp &
                                              Exp. Co., Ltd

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to pretrial No. 6 in accordance with Pretrial Order No. 6 on this 14th day of June, 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of June, 2013.

                                        By: s/Hongwei Shang
                                            Hongwei Shang