*Patti Beare, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Second Supplemental Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|---|---|---|---|
| 1. | Aronchick, Joel and Wendy | 1064 N. Tamiami Trail, Unit 1429 Sarasota, FL 34236 | Allison Grant, PA |
| 2. | Louis, Nixon | 2415 SE Betty Road Port St. Lucie, FL | Morgan & Morgan |
| 3. | Wood, Deborah | | Pro Se |

| Last Name of Claimant | First Name of Claimant | Affected Property Address | City | State AND ZIP | Represented by: |
|---|---|---|---|---|---|
| Aafedt | Roy and Cindy | 2216 NE 35th Terrace | Cape Coral | FL 33909 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Abad | Jose and America Adams | 8741 SW 203 Street | Cutler Bay | FL 33189 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Adams | Richard and Marylin | 5748 Staysail Court | Cape Coral | FL, 33914 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Adedji | Moses | 11803 Honeybear Lane | Saucier | MS, 39574 | Doyle Law Firm, PC (Jimmy Doyle) |
| Alcorn | Linda | 21130 Norman Meadows Lane | Humble | TX 77338 | Collins & Horsely, P.C. (Brian Collins) |
| Alvarado | Maria | 20298 SW 324 Street | Homestead | FL 33030 | Morgan & Morgan, PA (Pete Albanis) |
| American Home 4 Rent, LLC | | 501 Falcon Lake Drive | Friendswood | TX 77546 | Collins & Horsely, P.C. (Brian Collins) |
| American Home 4 Rent, LLC | | 2402 Fountain Grass Drive | Valrico | FL 33594 | Collins & Horsely, P.C. (Brian Collins) |
| American Home 4 Rent, LLC | | 4087 Plum Forest Lane | Houston | TX 77084 | Collins & Horsely, P.C. (Brian Collins) |
| Arsenaux | Dave | 16217 Via Solera Circle, Number 102 | Fort Myers | FL, 33908 | Self |
| Arzillo | Richard | 3935 Rollingsford Circle | Lakeland | FL, 33810 | Self |
| Asch | Rick | 138 Saint Clair Drive | St. Simons Island | GA 31522 | Doyle Law Firm, PC (Jimmy Doyle) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Bas | Ayse | 1660 Rennaisance Commons Blvd., Number 2326 | Boynton Beach | FL, 33426 | Doyle Law Firm, PC (Jimmy Doyle) |
| Battillo | Robert | 3501 S. Lake Drive | Miami | FL | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee (Mike Ryan) |
| Becerra | Luis and Elsa | 3 Lulach Cr. | Conroe | TX 77301 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Belfatti | Ralph | 3202 Park Green Drive | Tampa | FL, 33611 | Parker Waichman LLP (Jerry Parker) |
| Bell | Donald and Nicole | 511 Falcon Lake Drive | Friendswood | TX 77546 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Bhiro | Ramnarine and Chanroutie | 3521 SW Savona Blvd. | Port St. Lucie | FL, 34953 | Allison Grant, PA (Allison Grant) |
| Bisignano | Anthony | 9940 Cobblestone Creek | Boyton Beach | FL, 33472 | Doyle Law Firm, PC (Jimmy Doyle) |
| Bonamy | David | 5246 Greystone Way | Birmingham | AL 35242 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Bonney | Henry | 627 Royal Oak Drive | Pass Christian | MS, 39571 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Brackett | Joyce | 3468 SW Fashoda Street | Port St. Lucie | FL, 34953 | Roberts & Durkee, PA |
| Bragan | Todd and Amy | 8530 Highlands Trace | Trussville | AL 35173 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Breezee | Harold and Sung Augustynowicz | 3309 Fiddle Leaf Way | Lakeland | FL, 33811 | Allison Grant, PA (Allison Grant) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Briz | Jose | 3151 NW 3rd Street | Miami | FL, 33125 | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee (Mike Ryan) |
| Brown | Gladys | 2781 Eagle Rock Circle, Unit 308 | West Palm Beach | FL 33411 | Ellis, Ged & Bodden, P.A. (Michael Long) |
| Brown | Erin | 5460 Deer Run Road | Punta Gorda | FL, 33982 | Morgan & Morgan, PA (Pete Albanis) |
| Brown | Alicia and Darin | 835 NW 28th Place | Cape Coral | FL, 33993 | Parker Waichman LLP (Jerry Parker) |
| Brown | Wilfred and Annette | 3189 Armucher Street | Port St. Lucie | FL, 34953 | Morgan & Morgan, PA (Pete Albanis) |
| Byrd | Derrick | 14472 Autumn Chase Lane | Gulfport | MS 39503 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Cabrera | Luis | 8200 Emerald Avenue | Parkland | FL | Pro Se |
| Cabrera | Martha & Amaranato | 875 NE 208th Terrace | North Miami Beach | FL, 33179 | Roberts & Durkee, PA |
| Cabrera | Sergio | 3536 NW 14th Court | Lauderhill | FL, 33311 | Allison Grant, PA (Allison Grant) |
| Caldwell TH 16 LLC | | 4401 N. Ocean Boulevard, Apt. 16 | Boca Raton | FL, 33431 | Roberts & Durkee, PA |
| Callister | Gary and Suzanne | 800 Itasca Place | Dauphin Island | AL,36528 | Doyle Law Firm, PC (Jimmy Doyle) |
| Cameron | Betty | 3395 Augusta Place | Montgomery | AL, 36111 | Doyle Law Firm, PC (Jimmy Doyle) |
| Canales | Jose | 5933 NW Dowell Court | Port St. Lucie | FL 34986 | Seeger Weiss LLP |
| Cannata | James | 2242 SE Flanders Rd. | Port St. Lucie | FL, 34952 | Baron & Budd, P.C. |
| Capozzoli | Kenneth and Lori | 1453 South Mateo Drive | North Port | FL 34288 | Morgan & Morgan, PA (Pete Albanis) |
| Carroccia | Valerie and Michael Notarianni | 6700 Citrus Park Boulevard | Fort Pierce | FL, 34951 | Allison Grant, PA (Allison Grant) |

| Carter | Dwayne and Mavis | 13041 SW 268th Street | Homestead | FL, 33032 | Morgan & Morgan, PA (Pete Albanis) |
|---|---|---|---|---|---|
| Case | Ronald | 240 West End Drive, Unit 1411 | Punta Gorda | FL, 33950 | Allison Grant, PA (Allison Grant) and Baron & Budd |
| Casl | Roger and Ruth | 1878 Coconut Palm Circle | North Port | FL, 34288 | Self |
| Caswell | Nora | 2017 SE 21 Court | Homestead | FL 33033 | Doyle Law Firm, PC (Jimmy Doyle) |
| Ceide | Jose and Vanessa Salum | 3081 NW 4th Terrace | Miami | FL, 33125 | Baron & Budd, P.C. |
| Celestin | Silecieux and Suzie and Snyder | 7737 Stoney Hill Drive | Westley Chapel | FL, 33445 | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee (Mike Ryan) |
| Chaplin | Leon | 3575 Monday Terrace | North Port | FL, 34288 | Baron & Budd, P.C. |
| Charania | Jasmine | 3081 Arbor Bend | Birmingham | AL | Collins & Horsely, P.C. (Brian Collins) |
| Chen | Frank | 21130 Field House Court | Humble | TX, 77338 | N/A |
| Chen | Michael | 21114 Field House Court | Humble | TX, 77338 | N/A |
| Chesser | Jefferey | 1237 Coldwater Road | Woodstock | AL 35188 | Leitman, Siegal, Payne & Campbell (Jason Smith) |
| Christoforo | Mark and Julanne Sapronetti | 1324 NE 34th Lane | Cape Coral | FL, 33909 | Self |
| Clarke | Joseph and Sandra | 325 Cipriami Way | Nokomis | FL, 34275 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Claro | Felix | 6399 Fielding Street | North Port | FL, 34288 | Morgan & Morgan, PA (Pete Albanis) |
| Clay | Taneshia | 1639 Nichole Woods Drive | Houston | TX, 77047 | Collins & Horsely, P.C. (Brian Collins) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Cobblestone on the Lake Condo Association | | 4385 Cortina Circle, Building 1 AND Unit 129 | Fort Myers | FL, 33916 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Codner | Mary and Lee | 3951 McCrory Street | Port St. Lucie | FL, 34953 | Allison Grant, PA (Allison Grant) |
| Coello | Ruben | 2375 SW 2nd Terrace | Miami | FL, 33135 | Morgan & Morgan, PA (Pete Albanis) |
| Contreras | Edwin & Maria Santiago | 414 NW Stratford Lane | Port St. Lucie | FL, 34983 | Morgan & Morgan, PA (Pete Albanis) |
| Cordero | Mercedes  and Alfredo | 20138 SW 324 St. | Homestead | FL, 33030 | Baron & Budd, P.C. |
| Cott | Lawrence J. | 2760 Hackney Road | Weston | FL, 33331 | Self (Robert Johnston) |
| Cottom (Jr.) | William Thomas and Joe Michael Mayo | 141 Hwy 90 | Waveland | MS, 39576 | Pro Se (from Robert Johnston) |
| Couch | Ronald | | | | N/A |
| Cove | Joseph (Jr.) | 214 SW 39th Terrace | Cape Coral | FL, 33914 | Parker Waichman LLP (Jerry Parker) |
| Craig | William | 320 Hillstone Drive | Pell City | AL, 35125 | Doyle Law Firm, PC (Jimmy Doyle) |
| Crews | Pamela | 404 Fairview Drive | Gadsden | AL 35904 | Collins & Horsely, P.C. (Brian Collins) |
| Cronin | Michael and Michele | 5745 Pennock Point Road | Jupiter | FL 33458 | Morgan & Morgan, PA (Pete Albanis) |
| Currans | Debbie | unkown | Unknown | Unknown | Self |
| Cut the Check | | 11 S.W. 3rd Avenue | Hallandale Beach | FL, 33009 | Pro Se (from Robert Johnston) |
| Dalsin | Mike and Julie | 23069 Redfish Lane | Cudjoe Key | FL, 33042 | Roberts & Durkee, PA |
| Damani | Salimah | 2368 Arbor Glen | Hoover | AL 35244 | Doyle Law Firm, PC (Jimmy Doyle) |
| Darden | Reggie | 1037 Little Sorrell Drive | Calera | AL 35040 | Self |
| DAS Investments | | 6355 Arrowhead Lane | Vero Beach | FL, 32960 | Morgan & Morgan, PA (Pete Albanis) |

Second Supplement to Exhibit A

| Dean | Darrell and Erica | 4 Papps Circle | Carriere | MS 39426 | Collins & Horsely, P.C. (Brian Collins) |
|---|---|---|---|---|---|
| Dean | Mark and Cynthia | 526 34th Avenue SW | Vero Beach | FL 32968 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| DeLaGarza | Michael and Arlene | 305 Falcon Lake Drive | Friendswood | TX 77546 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Della-Pietra, Jr. | Ralph | 5076 SE Mariner Circle | Stuart | FL 34997 | Allison Grant, PA (Allison Grant) |
| Demedicus | Jack and Jan | 5812 Chestnut Trace | Hoover | AL, 35244 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Desrosiers | Youri | 330 21 Ct SW | Vero Beach | FL 32962 | The Steckler Firm (Bruce Steckler) |
| Dewar | Owen | 8902 Cobblestone Point Circle | Boynton Beach | FL 33472 | Ellis, Ged & Bodden, P.A. (Michael Long) |
| Diaz | Kathy (Macri) and Ivan | 185 SW 7th Street, Unit 2607 | Miami | FL, 333130 | Self |
| Dickerson | Torris | 11916 Prior Park Drive | Houston | TX, 77047 | Collins & Horsely, P.C. (Brian Collins) |
| Dieuvil | Guilford | 8757 Baystone Cove | Boynton Beach | FL 33473 | Doyle Law Firm, PC (Jimmy Doyle) |
| Divco Construction Corp. | | 28548 Chianti Terrace | Bonita Springs | FL | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee (Mike Ryan) |
| Dobert | Marcus and Michelle | 10673 Cashiers Court | Daphne | AL 36526 | Edward P. Rowan |
| Dornacher | Ronald | 26195 Paysandu Drive | Punta Gorda | FL, 33983 | Self (Robert Johnston) |
| Dorr | Thomas | 1818 NE 2nd Avenue | Cape Coral | FL, 33909 | Morgan & Morgan, PA (Pete Albanis) |
| Dueck | Titus | 19130 Center Park Drive | Spring | TX 77373 | Collins & Horsely, P.C. (Brian Collins) |

Second Supplement to Exhibit A

| Eagan | David and Cheri | 2 Lulach Circle | Conroe | TX 77301 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
|---|---|---|---|---|---|
| Eagle Dawg Properties, LLC | | 11594 Bluff Lane | Gulfport | MS  39507 | Vaughn & Bowden, PA |
| Eastern Savings Bank | | 29461 SW 169th Avenue | Homestead | FL, 33030 | Self (Bank foreclosure) |
| Eastern Savings Bank | | 16705 SW 296th Street | Homestead | FL, 33030 | Self (Bank foreclosure) |
| EEE Properties, Ltd. | | 5801 Matanzas Drive | Sebring | FL, 33872 | Parker Waichman LLP (Jerry Parker) |
| EEE Properties, Ltd. | | 5803 Matanzas Drive | Sebring | FL, 33872 | Parker Waichman LLP (Jerry Parker) |
| Elkins | George and Phyllis | 10520 SW Stephanie Way, Unit 2-212 | Port St. Lucie | FL 34987 | Allison Grant, PA (Allison Grant) |
| Erman | Rob | 10086 Bald Eagle Drive | Biloxi | MS, 39532 | Doyle Law Firm, PC (Jimmy Doyle) |
| Fego | Thomas and Helen | 5116 Pinetree Drive | Fort Pierce | FL, 34982 | Morgan & Morgan, PA (Pete Albanis) |
| Fernandez | Carlos and Judy | 2415 E. 28th Avenue | Palmetto | FL 34221 | Morgan & Morgan, PA (Pete Albanis) |
| Ferrer | Silvia | 9321 SW 70th Street | Miami | FL 33173 | Morgan & Morgan, PA (Pete Albanis) |
| Fesmire | Bill | 117 Morningwalk Lane | Huntsville | AL, 35824 | Doyle Law Firm, PC (Jimmy Doyle) |
| Fils-Aime | Nadia | 351 Portage Avenue | Lehigh Acres | FL 33974 | Morgan & Morgan, PA (Pete Albanis) |
| Finn | Stephanie | 6511 Hillock Lane | Pearland | TX 77584 | Collins & Horsely, P.C. (Brian Collins) |
| Finney | Thomas | 21519 Edgewater Drive | Port Charlotte | FL 33952 | Morgan & Morgan, PA (Pete Albanis) |
| Fitzpatrick | Ryan | 2281 Abbeyglen Lane | Hoover | AL, 35226 | Doyle Law Firm, PC (Jimmy Doyle) |
| Flowers | Robert | 11276 Creek Drive | Gulfport | MS, 39503 | N/A |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Foreman | William | 7514 Pinhurst | Diamondhead | MS, 39525 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Fort Bayou Apartments | | 3230 Cumberland Road | Ocean Springs | MS | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Fox | Frederick Todd and Audrey | 8838 Cross Country Drive | Humble | TX 77346 | Reich & Binstock |
| Fox | Robert | 1064 N. Tamiami Trail, #1416 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Frais | Sherley | 137 SE 16th Ter. | Cape Coral | FL 33990 | Ellis, Ged & Bodden, P.A. (Michael Long) |
| Franco | Annette and Jorge Rafols | 4242 NE 16th Street | Homestead | FL, 33033 | Allison Grant, PA (Allison Grant) |
| Gay | Brian | 2381 Abbeyglen Circle | Hoover | AL, 35227 | Doyle Law Firm, PC (Jimmy Doyle) |
| Ghaffari-Tabrizi | Melanie Ann | 7397 Bristol Circle | Naples | FL, 34120 | Parker Waichman LLP (Jerry Parker) |
| Glick | Susan | 3550 Thurloe Drive | Rockledge | FL, 32955 | Allison Grant, PA (Allison Grant) |
| Gobel | Jason and Cynthia | 5771 SW 162nd Court | Miami | FL, 33193 | Morgan & Morgan, PA (Pete Albanis) |
| Goldstein (et al) | Paul | 33 S. E. 3rd Avenue | Hallandale Beach | FL, 33009 | Pro Se (from Robert Johnston) |
| Golembo | Christopher and Karen | 611 SW 1st Avenue | Pompano Beach | FL 33060 | Morgan & Morgan, PA (Pete Albanis) |
| Gonzalez | Lourdes | 361 NE 34 Avenue | Homestead | FL 33303 | Parker Waichman LLP (Jerry Parker) |
| Gorie | Patrick | 593 SW Columbus Drive | Port St. Lucie | FL, 34953 | Allison Grant, PA (Allison Grant) |
| Goudy | Harvey | 17285 Cape Horn Blvd. | Punta Gorda | FL, 33955 | Doyle Law Firm, PC (Jimmy Doyle) |

| | | | | | Parker Waichman LLP (Jerry Parker) |
|---|---|---|---|---|---|
| Grant | Wayne and Carol | 1629 NW 15th Terrace | Cape Coral | FL, 33993 | |
| Greenhow | Eric A. | 6821 Brompton Drive | Lakeland | FL, 33809 | Self |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 1 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 2 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 3 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 4 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 5 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 6 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 7 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Greenwood 4 Condominium Association | | 1723 Golf Club Drive, Unit 8 | North Fort Myers | FL | Morgan & Morgan, PA (Pete Albanis) |
| Griffis | Raymond | 832 NE 14th Place | Fort Lauderdale | FL, 33304 | Collins & Horsely, P.C. (Brian Collins) |
| Griffis | Raymond | 836 NE 14th Place | Fort Lauderdale | FL 33304 | Collins & Horsely, P.C. (Brian Collins) |
| Grissom | Larry and Denise | 5 Lulach Circle | Conroe | TX 77301 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |

Second Supplement to Exhibit A

| Groce | Janice | 1440 Kings Way | Birmingham | AL 35242 | Doyle Law Firm, PC (Jimmy Doyle) |
|---|---|---|---|---|---|
| Grullon | Maria | 1001 Beneschop Avenue | Port St. Lucie | FL, 34953 | Doyle Law Firm, PC (Jimmy Doyle) |
| Gualdoni | Lawrence | 15596 Alsask Circle | Port Charlotte | FL, 33981 | Morgan & Morgan, PA (Pete Albanis) |
| Guerrero | Maria | 12978 S.W. 133 Terrace | Miami | FL 33186 | Baron & Budd, P.C. |
| Guida | Gerard | 48 Pilgrim Drive | Palm Coast | FL, 32164 | Doyle Law Firm, PC (Jimmy Doyle) |
| Gutierrez | Javier | 15589 SW 182nd Lane | Miami | FL, 33187 | Allison Grant, PA (Allison Grant) |
| Guzman | David | 350 NW Friar | Port St. Lucie | FL 34983 | Allison Grant, PA (Allison Grant) |
| Hadgu | Sabu | 1647 Nichole Woods Drive | Houston | TX, 77047 | Collins & Horsely, P.C. (Brian Collins) |
| Hammant | Frank | 112 Sweet Bay Drive (2 units) | Pass Christian | MS, 39571 | Doyle Law Firm, PC (Jimmy Doyle) |
| Hammerton | Michael | 16216 89th Place N. | Loxahatchee | FL, 33470 | Allison Grant, PA (Allison Grant) |
| Hampton | Andrew and Jerry | 701 Hidden Oaks | Ocean Springs | MS 39564 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Haney | Max and Jeanette | 21142 Kenswick Meadows Court | Humble | TX, 77338 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Haney | Max and Jeanette | 21150 Kenswick Meadows Court | Humble | TX, 77338 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Hastings | Dave | 9997 Via San Marco Loop | Fort Myers | FL, 33905 | Self |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Havlin | Dennis | 7881 Barrancas Avenue | Bokeelia | FL, 33922 | Doyle Law Firm, PC (Jimmy Doyle) |
| Heard | Valerie | 18092 Robinwood Drive East | Saucier | MS, 39574 | Doyle Law Firm, PC (Jimmy Doyle) |
| Heckert | Brian and Sarah | 2421 Chalybe Trail | Hoover | AL, 35226 | Collins & Horsely, P.C. (Brian Collins) |
| Heetderks | William | 467 Rayford | Lehigh Acres | FL, 33974 | Parker Waichman LLP (Jerry Parker) |
| Heitzmann Brothers, LLC, through Neil Heitzman | | 105 Demontluzin Avenue, Unit 1 | Bay St. Louis | MS 39759 | Thornhill Law Firm (Tom Thornhill) |
| Heitzmann Brothers, LLC, through Neil Heitzman | | 105 Demontluzin Avenue, Unit 2 | Bay St. Louis | MS 39759 | Thornhill Law Firm (Tom Thornhill) |
| Heitzmann Brothers, LLC, through Neil Heitzman | | 105 Demontluzin Avenue, Unit 3 | Bay St. Louis | MS 39759 | Thornhill Law Firm (Tom Thornhill) |
| Heitzmann Brothers, LLC, through Neil Heitzman | | 105 Demontluzin Avenue, Unit 4 | Bay St. Louis | MS 39759 | Thornhill Law Firm (Tom Thornhill) |
| Helper | Dennis | 10560 Stephanie Way, Building 1-105 | Port St. Lucie | FL, 34987 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Henderson | Patricia | 5500 East Oak Ridge Drive | Orange Beach | AL, 36561 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Henry | Mary | 3516 NW 14th Court | Lauderhill | FL, 33311 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Hernandez | Juan | 20268 SW 324 St. | Homestead | FL 33030 | Self |
| Hernandez | Lorna and Stephen Boneo | 1177 SW Babcok Street | Port St. Lucie | FL, 34953 | Morgan & Morgan, PA (Pete Albanis) |
| Hewes | Harry and Marian | 11531 Briarstone Place | Gulfport | MS  39503 | Vaughn & Bowden, PA |
| Hogue | Kevin | Unknown | Unknown | Unknown | Self |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Hollis | Gregory and Celia | 150 Shelby Drive | Hayden | AL 35079 | Pittman, Dutton & Hellums |
| Holmes | Chad | 6152 Longmeadow Way | Trussville | AL 35173 | Doyle Law Firm, PC (Jimmy Doyle) |
| Holton | Erik and Erika | 608 Pintale Circle | Auburndale | FL, 33823 | Morgan & Morgan, PA (Pete Albanis) |
| Houston | Jeff and Laura | 2035 Lulach Lane | Conroe | TX 77031 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Ireland | Joseph and Jessica | 4830 Heron Pointe Drive, Unit 808 | Tampa | FL, 33616 | Parker Waichman LLP (Jerry Parker) |
| Jackson | Michael | 20395 Gordon Street | Saucier | MS, 39574 | The Lambert Firm |
| Jacob | Susan | 2079 Arbor Hills | Birmingham | AL | Collins & Horsely, P.C. (Brian Collins) |
| James | LaChelle | 11916 Princess Garden Way | Houston | TX, 77047 | Collins & Horsely, P.C. (Brian Collins) |
| Jamison | Steve and Kimberly | 10560 Stephanie Way, Building 1-209 | Port St. Lucie | FL, 34987 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Jenkins | Vangela | 2009 Hamilton Place | Birmingham | AL 35215 | Collins & Horsely, P.C. (Brian Collins) |
| Johnson | Peyton | 19306 Aquatic Drive | Humble | TX 77346 | Collins & Horsely, P.C. (Brian Collins) |
| Jones | Teareya | 2033 Hamilton Place | Birmingham | AL, 35215 | Collins & Horsely, P.C. (Brian Collins) |
| Jones | Georgiann | 1985 Searay Shore Drive | Clearwater | FL, 33763 | Self |
| Jorge | Javier | 3464 SW 147 Place | Miami | FL, 33185 | Doyle Law Firm, PC (Jimmy Doyle) |
| Ann M. Richard Revocable Trust | Melanie Judson, Trustee | 1144 Coverbrook Lane | Sebastian | FL, 32958 | Allison Grant, PA (Allison Grant) |
| Keen | Robert | 9809 Boraso Way, Unit 101 | Fort Myers | FL, 33908 | Morgan & Morgan, PA (Pete Albanis) |
| Kemp | Jennifer | 1405 2nd Court West | Birmingham | AL 35208 | Doyle Law Firm, PC (Jimmy Doyle) |

Second Supplement to Exhibit A

| Kim | Steve and Jung | 4342 Boulder Lake Circle | Birmingham | AL, 35242 | Pittman, Dutton & Hellums |
| Kimos | Maria and Constantine | 7808 Regal Heron Circle, Unit 106 | Naples | FL 34104 | Allison Grant, P.A. (Allison Grant) |
| Kupferle | Emile | 25 Dolphin Circle | Bay St. Louis | MS | Morris Bart (Sal Christina) |
| LaBauve | Larry and Jeanine | 309 Falcon Lake Drive | Friendswood | TX 77546 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Larkin | Chel | 2014 Lulach Lane | Conroe | TX 77031 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Latham | Brian & Tara | 1005 Maryanna Road | Calera | AL, 35040 | Parker Waichman LLP |
| Latiff | Mohamed | 1943 SE 22nd Drive | Homestead | FL 33035 | Doyle Law Firm, PC (Jimmy Doyle) |
| Latiff | Mohamed | 1898 SE 23rd Court | Homestead | FL 33035 | Doyle Law Firm, PC (Jimmy Doyle) |
| Lauderdale One Condominium Association, Inc. | | 2421 NE 65th Street-Entire Building | Ft. Lauderdale | FL, 33308 | Allison Grant, P.A. and Baron & Budd, P.C. |
| Lewis | Lance and Donna | 301 Falcon Lake Drive | Friendswood | TX 77546 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Lin | Guichang | 14439 Sunbluff Court | Cypress | TX 77429 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Llanes | Pedro L. | 219 NW 12th Avenue, Unit 702 (San Lorenzo Building) | Miami | FL, 33128 | Allison Grant, PA and Baron & Budd, P.C. |
| Llord | Maria | 5000 SW 73rd Terrace | Miami | FL, 33143 | Roberts & Durkee, PA |
| Loggett | Nona Sue | 5319 Creekside Place | Hoover | AL, 35244 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Loosli | Curt | 6177 East Lamar Street | Bay St. Louis | MS, 39520 | Doyle Law Firm, PC (Jimmy Doyle) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Lucarelli | Arthur and Dianne | 27043 Curitiba Drive | Punta Gorda | FL, 33983 | Morgan & Morgan, PA (Pete Albanis) |
| Lucky | Jack | 838 NE 14th Street | Fort Lauderdale | FL, 33304 | Collins & Horsely, P.C. (Brian Collins) |
| Lucky | Jack | 840 NE 14th Street | Fort Lauderdale | FL, 33304 | Collins & Horsely, P.C. (Brian Collins) |
| Kozak | Jeffrey A. | 4 Spring Hollow | Houston | TX 77024 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Macholtz | Steve | 218 North Harbor Drive | Holmes Beach | FL, 34217 | Doyle Law Firm, PC (Jimmy Doyle) |
| Macon | Jamarcy & Alvin Terry | 1279 Washington Drive | Moody | AL, 35004 | Parker Waichman LLP |
| Madaffari | Jolene | 2833 Grant Avenue SE | Palm Bay | FL, 32909 | Morgan & Morgan, PA (Pete Albanis) |
| Madesa, Inc. | | 8128 NW 114th Passage | Doral | FL, 33178 | Allison Grant, PA (Allison Grant) |
| Magalhaes | Tony | 395 Albatross Road | Rotonda West | FL, 33047 | Doyle Law Firm, PC (Jimmy Doyle) |
| Maier | Kyle and Emily | 2016 Lulach Lane | Conroe | TX 77301 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Maldonado | Ruthbi | 21118 Escala Drive | Humble | TX, 77338 | Baron & Budd, P.C. |
| Mann | Leslie and Tamara | 1064 N. Tamiami Trail, #1631 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Manosis | George | 305 Mestre Place | Venice | FL 34275 | Allison Grant, PA (Allison Grant) |
| Manweiler | Terence and Andrea | 638 SW 1st Avenue | Pompano Beach | FL, 33060 | Roberts & Durkee, PA |
| Marengo | Fernando and Giacoma | 507 Lexi Lane | Lakeland | FL, 33809 | Parker Waichman LLP (Jerry Parker) |
| Mariani | Margaret | 10560 Stephanie Way, Unit 210 | Port St. Lucie | FL, 34987 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Marichal | Olga and Pedro Rodriguez | 10 Callao St. | Punta Gorda | FL, 33983 | Self |

| | | | | | |
|---|---|---|---|---|---|
| Marine | Rolando | 219 NW 12th Avenue, Unit 1009 | Miami | FL, 33128 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Martinez | Candida | 290 SW Idaho Lane | Port St. Lucie | FL, 34953 | Doyle Law Firm, PC (Jimmy Doyle) |
| Martinez | Jessica | 8202 SW 189 Terrace | Miami | FL 33157 | Parker Waichman LLP (Jerry Parker) |
| Martinez | Julio | 3710 Inland | Pearland | TX 77584 | Collins & Horsely, P.C. (Brian Collins) |
| Masel | David and Edna | 18760 SW 238th Street | Homestead | FL, 3303 | Morgan & Morgan, PA (Pete Albanis) |
| McBride | Martha and Belkis Contreras | 1352 SW Edinburgh Drive | Port St. Lucie | FL, 34953 | Allison Grant, PA (Allison Grant) |
| McClurg | Michael & Judy | 167 Silo Hill Road | Madison | AL, 35758 | Leitman, Siegal, Payne & Campbell, PC (Jay Smith) |
| McIntyre | Paul | 15922 Innerarity Point | Pensacola | FL 32507 | Doyle Law Firm, PC (Jimmy Doyle) |
| McLaren | Jason and Michelle | 2027 Lulach Lane | Conroe | TX 77301 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| McManus | Michael | 6144 Longmeadow Way | Trussville | AL 35173 | Doyle Law Firm, PC (Jimmy Doyle) |
| Meadows | Don and Anita | 525 Pittman Avenue | Vero Beach | FL, 32968 | Allison Grant, PA (Allison Grant) |
| Meadows | Darryl | 6900 Ocean Springs Road | Ocean Springs | MS, 39564 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Mennen | Becky | 206 Kenniston Dale | Pelham | AL 35124 | Collins & Horsely, P.C. (Brian Collins) |
| Michel | Olga and Rolando | 1121 SW Haleyberry Avenue | Port St. Lucie | FL, 34953 | Roberts & Durkee, PA |
| Mikkelsen | Vickki | 3210 15th Street SW | Lehigh Acres | FL, 33976 | Doyle Law Firm, PC (Jimmy Doyle) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Miles | Stacey and Jonathan | 18196 Fairway View Drive | Biloxi | MS, 39532 | Morris Bart (Sal Christina) |
| Miner | Heath | 3 Nevin Court | Conroe | TX 77301 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Mohabir | Adrian | 2316 NW 38th Avenue | Cape Coral | FL 33993 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Moore | Jim | 289 Travelers Court | Satsuma | AL 35051 | Self |
| Moore | Stephanie | 3025 Chelsea Ridge Trail | Columbiana | AL | Doyle Law Firm, PC (Jimmy Doyle) |
| Morales | Rafael and Aleida Negron | 15569 SW 182nd Lane | Miami | FL, 33187 | Parker Waichman LLP (Jerry Parker) |
| Morales | Miguel | 9307 Taftsberry Drive | Houston | TX, 77095 | Baron & Budd, P.C. |
| Moran | William | 114 Arbor Hills Lane | Huntsville | AL, 35824 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Morgan | Dierdre | 10384 Pin Oak Drive | Biloxi | MS, 93532 | Doyle Law Firm, PC (Jimmy Doyle) |
| Motley | Zion | 1401 2nd Court West | Birmingham | AL 35208 | Doyle Law Firm, PC (Jimmy Doyle) |
| Mueller | Shirley | 10560 SW Stephanie Way #I-207 | Port St. Lucie | FL 34986 | Billing Cochran Lyles Mauro & Ramsey, PA (Manuel R. Comras) |
| Murray | Jocelyn | 2907 Landing Edge Lane | League City | TX 77539 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Navarro | Juan | 7074 Venice Way, Unit 2603 | Naples | FL, 34119 | Roberts & Durkee, PA |
| Necaise | Raymond and Kim | 7065 Magnolia Street | Bay St. Louis | MS, 39520 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |

Second Supplement to Exhibit A

| Nettles | Frank | 1421 2nd Court West | Birmingham | AL 35208 | Doyle Law Firm, PC (Jimmy Doyle) |
|---|---|---|---|---|---|
| Nevins | Linda | 1630 Amnesty Drive | North Port | FL, 34288 | Parker Waichman LLP (Jerry Parker) |
| Noorani | Anish | 2351 Arbor Glenn | Birmingham | AL, 35244 | Collins & Horsely, P.C. (Brian Collins) |
| Norman | Marc | 29127 Hidden lake Court | Magnolia | TX, 77354 | Baron & Budd, P.C. |
| Oak Glen Condominiums and Marina | | 2130 Cumberland Road | Ocean Springs | MS | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Olvera | Diana and Sanchez, Oracio | 21118 Sprouse Circle | Humble | TX 77338 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Ormondroyd | Peter and Susan | 126 Bella Vista Ter., Unit C | Venice | FL 34275 | Self |
| Otero | Fabian | 23641 SW 112th Court | Homestead | FL, 33032 | Doyle Law Firm, PC (Jimmy Doyle) |
| Otten | George and Susan | 8546 98th Court | Vero Beach | FL, 32967 | Self |
| Outten | George and Suzanne | 9016 86th Street | Vero Beach | FL, 32967 | Morgan & Morgan, PA (Pete Albanis) |
| Padilla | Jose | 10320 SW 120th Street | Miami | FL, 33176 | Self (Robert Johnston) |
| Padron | Giovani | 4949 W. Highway 316 | Reddick | FL, 32686 | Self |
| Patterson | Rory | 531 Cardinal Street SE | Palm Bay | FL 32909 | Morgan & Morgan, PA (Pete Albanis) |
| Patton | Alicia | 108 Morning Walk Lane | Huntsville | AL, 35824 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Payne | Mickey | 1430 Brookes Trace | Hoover | AL, 35244 | Collins & Horsely, P.C. (Brian Collins) |
| Pearce | Samuel | 219 NW 12th Avenue, Unit 707 (San Lorenzo Building) | Miami | FL, 33128 | Allison Grant, PA and Baron & Budd, P.C. |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Pederson | Ronald and Sharon | 4722 SW 25th Court | Cape Coral | FL 33914 | Morgan & Morgan, PA (Pete Albanis) |
| Perales | Julio | 21134 Field House Court | Humble | TX 77338 | Collins & Horsely, P.C. (Brian Collins) |
| Peterson | Kristin | 1413 2nd Court West | Birmingham | AL 35208 | Doyle Law Firm, PC (Jimmy Doyle) |
| Petit | Marcklin | 1842 NE 5th St, #1403 | Boynton Beach | FL, 33435 | Allison Grant, P.A. and Baron & Budd, P.C. |
| Pheifer | Dan | 1821 Lake Cyrus Club Drive | Birmingham | AL, 35244 | Collins & Horsely, P.C. (Brian Collins) |
| Philip | Sindhu | 360 NE 33rd Terrace | Homestead | FL, 33033 | Roberts & Durkee, PA |
| Phillips | Jeffrey | 6148 Longmeadow Way | Trussville | AL 35173 | Doyle Law Firm, PC (Jimmy Doyle) |
| Pierre | Christine | 1441 NW 36th Way | Lauderhill | FL, 333130 | Roberts & Durkee, PA |
| Pinell | Lazaro | 2602 Eighth Street SW | Lehigh Acres | FL, 33976 | Self |
| Pisciotta | Vito and Krista | 9539 Avenel Lane | Port St. Lucie | FL 34986 | Allison Grant, PA |
| Polycarpe | Jean | 3590 NW 14th Court | Lauderhill | FL, 33311 | Allison Grant, PA (Allison Grant) AND Baron & Budd |
| Porter | Linda | 4169 Payton Place | Birmingham | AL, 35242 | Pro Se (from Robert Johnston) |
| Price | Dale | 5483 Park Street | Satsuma | AL, 36572 | Doyle Law Firm, PC (Jimmy Doyle) |
| Price | Henry and Rose | 5220 NW Iredell Street | Port St. Lucie | FL, 34986 | Allison Grant, PA (Allison Grant) |
| Prima Vista Commons, LLC | | 345 NW Prima Vista Boulevard, Unit 205 | Port St. Lucie | FL 34983 | Allison Grant, PA (Allison Grant) |
| Prima Vista Commons, LLC | | 345 NW Prima Vista Boulevard, Unit 206 | Port St. Lucie | FL 34983 | Allison Grant, PA (Allison Grant) |
| Quackenbush | Ronald and Lorraine | 10560 SW Stephanie Way #205 | Port St. Lucie | FL 34986 | Billing Cochran Lyles Mauro & Ramsey, PA (Manuel R. Comras) |
| Radcliffe | Malcom and Cleo | 2270 Silver Palm Road | North Port | FL, 34288 | Allison Grant, PA (Allison Grant) |

| | | | | | |
|---|---|---|---|---|---|
| Rajpari | Irfan | 5019 Melrose Place | Hoover | AL, 35226 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Ramirez | Monica | 22101 SW 88 Path | Miami | FL 33190 | Morgan & Morgan, PA (Pete Albanis) |
| Rice | Frederick and Melody | 12759 Kentwood Avenue | Fort Meyers | FL, 33913 | Morgan & Morgan, PA (Pete Albanis) |
| Rivera | Diana Isabel | 14661 SW 31st Street | Miami | FL,33175 | Baron & Budd, P.C. |
| Rodriguez | Raymond | 3358 SE 3 Drive | Homestead | FL | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee (Mike Ryan) |
| Rojas | Joseph and Eugenia | 2389 SW Independence Road | Port St. Lucie | FL 33412 | Allison Grant, PA (Allison Grant) |
| Romero | John | 749 Euclid Circle | Mountain Brook | AL, 35213 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Rono | Frank | 1056 Kings Way | Birmingham | AL 35242 | Collins & Horsely, P.C. (Brian Collins) |
| Rosen | Sheree | 11618 Hammocks Glade Drive | Riverview | FL, 33569 | Parker Waichman LLP (Jerry Parker) |
| Rothman | Shawn | 1918 S.E. 23rd Court | Homestead | FL,33035 | Self |
| Rowe | Bob | 16059 Via Solera Circle | Fort Myers | FL, 33908 | The Lambert Firm |
| Rowe | Bob | 9801 Boraso Way, Number 103 | Fort Myers | FL, 33908 | The Lambert Firm |
| Rowe | Bob | 9817 Boraso Way, Number 102 | Fort Myers | FL, 33908 | The Lambert Firm |
| Rowe | Bob | 8701 Pegasus Drive | Lehigh Acres | FL, 33971 | The Lambert Firm |
| Roy | Sandy J. | 10560 Stephanie Way, Unit 203 | Port St. Lucie | FL, 34987 | Allison Grant, PA (Allison Grant) AND Baron & Budd |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Rubio | Maria Cecilia | 7912 NW 107 Court | Doral | FL, 33178 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Russo | Ronald Raymond (Jr.) | 9461 Denescheewah Trail | Pass Christian | MS, 29571 | Self |
| S&S Holding Group, LLC | | 20308 SW 324th Street | Homestead | FL, 33030 | Allison Grant, PA (Allison Grant) |
| Saeger | Deborah | 171 Tucker Street SW | Palm Bay | FL,32908 | Morgan & Morgan, PA (Pete Albanis) |
| Sampedro | Manuel and Estrella | 14860 SW 160th Street | Miami | FL 33187 | Roberts & Durkee, PA |
| Sanibel Condo Owners Association | | 1504 West Beach Blvd. | Gulf Shores | AL 36542 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Scala | George | 6043 Pontiac Drive | Kiln | MS, 39556 | Doyle Law Firm, PC (Jimmy Doyle) |
| Scharett | Daniel and Elizabeth | 2719 Flagami Lane | North Port | FL, 34286 | Morgan & Morgan, PA (Pete Albanis) |
| Schmitt Investments | | 10222 Hwy 603 | Waveland | MS, 39576 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Scott | Chris and Regina | 5027 Melrose Place | Hoover | AL, 35226 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Seay | John | 2468 Arbor Glenn | Hoover | AL 35244 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Shallow | Jimmy | 6136 Longmeadow Way | Trussville | AL 35173 | Doyle Law Firm, PC (Jimmy Doyle) |
| Shave | Richard and Ruth | 1136 SW 47th Street | Cape Coral | FL 33914 | Parker Waichman |
| Shenouda | Ray | 4287 Caskie Place | Brooksville | FL 34604 | Pro Se |
| Shocklee | Timothy and Pamela | 13040 River Bluff Court | Fort Myers | FL 33905 | Morgan & Morgan, PA (Pete Albanis) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Sinisterra | Sonia | 219 NW 12th Avenue, Unit 1002 (San Lorenzo Building) | Miami | FL, 33128 | Allison Grant, PA and Baron & Budd, P.C. |
| Slim | Sami | 9677 Cinnamon Court | Parkland | FL 33076 | Self |
| Smith | Louvenia | 12418 SW 230 Street | Miami | FL, 33170 | Collins & Horsely, P.C. (Brian Collins) |
| Smith | Thomas and Carol | 7302 Bristol Circle | Naples | FL, 34120 | Roberts & Durkee, PA |
| SMTM Wildcard Ltd. | | 2873 St. Barts Square | Vero Beach | FL, 32967 | Allison Grant, PA (Allison Grant) |
| Speh | Carol | 2583 St. Lucia Circle | Vero Beach | FL, 32967 | Allison Grant, PA (Allison Grant) |
| Stanley | Maureen | 3773 SW Kastin St. | Port St. Lucie | FL, 34593 | Self (Robert Johnston) |
| Steen | Fonselin | unknown | Tampa | FL | Self |
| Steiner | Maximilian | 8665 Cobblestone Pt. Cir. | Boynton Beach | FL, 33472 | Baron & Budd, P.C. |
| Stephens | Shauna | 1681 Nichole Drive | Houston | TX 77047 | Collins & Horsely, P.C. (Brian Collins) |
| Stevens | Catherine | 16161 Alcira Circle | Punta Gorda | FL 33955 | Parker Waichman LLP (Jerry Parker) |
| Stewart | Jascinth | 3589 NW 14th Court | Lauderhill | FL, 33311 | Roberts & Durkee, PA |
| Stoddard | Henry and Katarina | 17255 36th Court N. | Loxahachee | FL, 33470 | Allison Grant, PA (Allison Grant) |
| Strowd | Tommy and Barbara | 7900 Germany Canal Road | Port St. Lucie | FL, 34987 | Allison Grant, PA (Allison Grant) |
| Sturgeon-Eaton | Cynthia | 1417 2nd Court West | Birmingham | AL 35208 | Doyle Law Firm, PC (Jimmy Doyle) |
| Sullivan | George and Camille | 5028 Mariners Garden Circle, Unit C14 | Stuart | FL 34997 | Allison Grant, PA (Allison Grant) |
| Summers | Charles | 5223 Bathgate Lane | Houston | TX 77084 | Collins & Horsely, P.C. (Brian Collins) |
| Sunrise Lake Condominium Apartments Phase III, Inc. 1 | | 2700 NW 94 Way | Sunrise | FL 33322 | Colson Hicks Eidson |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Sutton | Markita | 7960 Camden Woods Drive | Tampa | FL, 33619 | Self (Robert Johnston) |
| Taylor | Samuel | Homestead | Homestead | FL | Self |
| Tenace | Robert and Karol | 9507 Satin Leaf Place | Parkland | FL, 33076 | Allison Grant, PA (Allison Grant) |
| Toche | Curtis, Jr. | 6809 Riviera Drive | Biloxi | MS, 39532 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Toxey | Judith & George | 403 Fairwood Blvd. | Fairhope | AL, 36532 | Holston Vaughn, LLC (Greg Vaughn) |
| Treasure Coast Commercial Real Estate, Inc. | | 353 NW Prima Vista Boulevard, Unit 111 | Port St. Lucie | FL 34983 | Allison Grant, PA (Allison Grant) |
| Tryangle Associates | | 4486 Hickory Drive | Palm Beach Gardens | FL, 33418 | Allison Grant, PA (Allison Grant) |
| Tryangle Associates | | 4490 Hickory Drive | Palm Beach Gardens | FL, 33418 | Allison Grant, PA (Allison Grant) |
| Tucker | John | 101 Seminole Place | Calera | AL, 35040 | Doyle Law Firm, PC (Jimmy Doyle) |
| Tunnell | Chris | 1302 Legacy Drive | Birmingham | AL, 35242 | Collins & Horsely, P.C. (Brian Collins) |
| Urrutia | Remberto and Norma | 15559 SW 182nd Lane | Miami | FL 33187 | Parker Waichman LLP |
| Vera | Benito, Jr. | 5875 S.W. 129 Terrace | Pinecrest | FL, 33156 | Baron & Budd, P.C. |
| Vida | Julius | 9817 Boraso Way, Number 101 | Fort Myers | FL, 33908 | Morgan & Morgan, PA (Pete Albanis) |
| Wagner | Mark | 407 Fargo Street | Houston | TX 77006 | Reich & Binstock and O'Steen Law Group (Eric O'Steen) |
| Wales | Guy | 1053 Washington Court | Moody | AL, 35004 | Doyle Law Firm, PC (Jimmy Doyle) |
| Wallace | Joyce | Unknown | Pass Christian | MS | Self |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Washer | Susanne | 19 SE 3rd Street | Hallandale | FL | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee (Mike Ryan) |
| Washington | Laura | 1651 Nichole Woods Drive | Houston | TX, 77047 | Collins & Horsely, P.C. (Brian Collins) |
| Waters | Fidel | 2138 Timberline Drive | Calera | AL 35040 | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| Waters | John W. (Jr.) as Administartor of Estates of John and Barbara Waters | 116 Sweetbay Drive | Pass Christian | MS | Self |
| Weaver | Frazer | 2597 Sawgrass Lake Court | Cape Coral | FL, 33909 | Roberts & Durkee, PA |
| Wentworth | Nick | 10130 Bayou Grande Avenue | Seminole | FL, 33772 | Doyle Law Firm, PC (Jimmy Doyle) |
| Whisenhunt | Larry | 2881 Levine Road | Margaret | AL | McCallum, Hoaglund, Cook & Irby, LLP (Eric Hoaglund) |
| White | Jacob and Rosalie | 617 Pintail Circle | Auburndale | FL, 33823 | Self |
| Williams | Adam | 1005 Little Sorrel Drive | Calera | AL, 35040 | Leitman, Siegal, Payne & Campbell, PC (Jason Smith) |
| Williams | Joseph (III) | 1328 Karok Street | Orlando | FL, 32828 | Higley & Szabo, PA (Erik F. Szabo) |
| Wilk | Ronald (M.D.) | 7291 Lemon Grass Drive | Parkland | FL 33076 | Allison Grant, PA (Allison Grant) |
| Wint | Edmond and Jacqueline Dockery-Wint | 1590 Abalom Street | Port Charlotte | FL 33908 | Morgan & Morgan, PA (Pete Albanis) |
| Winter Farm, L.L.C. | by Deborah A. Rubenacker | 21597 Baccarat Lane, Building 14, Unit 101 | Estero | FL, 33928 | Salvatori, Wood & Buckel (Rebecca M. Vaccariello) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Winter Farm, L.L.C. | by Deborah A. Rubenacker | 21717 Baccarat Lane, Building 12, Unit 102 | Estero | FL, 33928 | Salvatori, Wood & Buckel (Rebecca M. Vaccariello) |
| Woodward | Dan | 5154 Wildgoose Drive | North Port | FL ,34286 | Self |
| Zarifulin | Oleg | 1405 NW 36th Way | Lauderhill | FL, 33311 | Allison Grant, PA (Allison Grant) and Baron & Budd |
| Zeanah | Leigh Ann | 12102 Danny Drive | McCalla | AL 35111 | Collins & Horsely, P.C. (Brian Collins) |
| Zekofsky | Marc and Aimee | 61 SE 3rd Avenue | Hallandale Beach | FL, 33009 | Roberts & Durkee, PA |

Second Supplement to Exhibit A

| Last Name of Claimant | First Name of Claimant | Affected Property Address | City | State AND ZIP | Represented by: |
|---|---|---|---|---|---|
| Abbing | Frits | 2815 72nd Street W | Lehigh Acres | FL 33971 | Allison Grant, PA (Allison Grant) |
| Anderson | Patricia | 1064 N. Tamiami Trail #1518 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Bowels | Wayne and Zayanna | 5021 Neveda Street | Bay St. Louis | MS 39520 | Reeves & Mestayer, PLLC |
| Broadway Promenade Condominium Association, Inc. | | 1064 N. Tamiami Trail (All affected units and areas including, but not limited to, units 1416, 1418, 1420, 1425, 1427, 1431, 1433, 1518, 1520, 1522, 1524, 1525, 1527, 1529, 1533, 1535, 1616, 1618, 1620, 1622, 1628, 1631, 1633) | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Buckley | Bill | 11471 Pine Drive | Gulfport | MS 39503 | Reeves & Mestayer, PLLC |
| Burton | Danny | 844 Courthouse Road | Gulfport | MS 39507 | Reeves & Mestayer, PLLC |
| Cahall | Donald and Betty | 1064 N. Tamiami Trail #1633 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Cardelu | Lauren | 32793 Water View Drive E #A | Loxley | AL 36551 | Reeves & Mestayer, PLLC |
| Cerone | Daniel and Christine | 1064 N. Tamiami Trail #1622 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Davidson | Kenneth and Halina | 1064 N. Tamiami Trail, Unit 1529 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Duchatelier | Jean | 9497 Exbury Court | Parkland | FL 33076 | Florida Legal Help (Julie Mandel and Lawrence Weisberg) |
| Eby | Terri | 10754 Luawai Place | | | Reeves & Mestayer, PLLC |
| Felter | Mike | 25014 Arcadia Farm Road | Pass Christian | MS 39571 | Pro Se |
| Firth | Robert and Ruth | 1064 N. Tamiami Trail, Unit 1427 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Flowers | Ashley | 11276 Creek Drive | Gulfport | MS 39503 | Reeves & Mestayer, PLLC |
| Forbord | Thomas and Austin | 1064 N. Tamiami Trail, #1525 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Forsberg | William and Jennifer Peterson | 1064 N. Tamiami Trail, #1527 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Gollot | Nicolas and Susie | 6310 Anela Dr. | Diamondhead | MS 39525 | Reeves & Mestayer, PLLC |
| Gomer | Brian D. | 1628 SW 44th Terrace | Cape Coral | FL 33914 | Morgan & Morgan, PA (Pete Albanis) |
| Gray | Gail | 3112 Johnson Steel Drive | Dibervill | MS | Reeves & Mestayer, PLLC |
| Hankinson | Lloyd | 1064 N. Tamiami Trail, #1524 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Holetz | George | 9013 Alabama Street | Bay St. Louis | MS 39520 | Thornhill Law Firm (Tom Thornhill) |
| Izzo | Lawrence L. | 1064 N. Tamiami Trail, #1627 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Jaffe | Scot | 1064 N. Tamiami Trail #1533 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Kozak | Jeffrey A. | 4 Spring Hollow | Houston | TX 77024 | Reich & Binstock & O'Steen Law Group (Eric O'Steen) |
| Ladiner | Adam | 735 Waters View Drive | Biloxi | MS | Reeves & Mestayer, PLLC |
| Ladner | Richie | 23440 Standard Dedeaux Rd. | Pass Christian | MS | Reeves & Mestayer, PLLC |
| Lake Crest Townhomes, LLC | | | | | Beavers Law Firm, Inc. (Branscomb Beavers) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Lower | Janet | 11539 Hammocks Glade Drive | Riverview | FL 33569 | Morgan & Morgan, PA (Pete Albanis) |
| Maklad | Marie-Antoinette | 1064 Tamiami Trail, #1620 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Marrero | Buenaventura J. | 16001 NW 83 Place | Miami Lakes | FL 33016 | Morgan & Morgan, PA (Pete Albanis) |
| Martin | James and Jana | 1064 N. Tamiami Trail, #1431 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Miles | Stacy | 18196 Fairway View Drive | Biloxi | MS 39532 | Reeves & Mestayer, PLLC |
| Miller | Thomas and Mary | 136 Blue Lakes Drive | Lucedale | MS 39452 | Whitfield Bryson & Mason LLP & Pendley Baudin & Coffin LLP (Daniel K. Bryson) |
| Milton | Wilmer | 831 Valencia Avenue | Daytona Beach | FL 32114 | Morgan & Morgan, PA (Pete Albanis) |
| Mitchell | Dysonya | 225 SW 7th Avenue | Delray Beach | FL 33444 | Allison Grant, PA (Allison Grant) |
| Oley | Cindy | 129 A Erkhart Lane | Lucedale | MS 39452 | Reeves & Mestayer, PLLC |
| Pennington | Sam | 7941 Park Place Drive S | Loxley | AL | Reeves & Mestayer, PLLC |
| Pitts | Jamie | 1064 N. Tamiami Trail, #1533 | Sarasota | FL 34236 | Pro Se |
| Richards | Juliette | 1113 Glendale Place | Gulfport | MS | Reeves & Mestayer, PLLC |
| Roe | Fred | 32759 Water View Drive East | Loxley | AL | Reeves & Mestayer, PLLC |
| Seiss | Brad and Lauren | 149 S.E. 23rd Street | Cape Coral | FL 33990 | Allison Grant, PA (Allison Grant) |
| Smith | James E., Jr. | 1915 21st Avenue | Gulfport | MS 39501 | Reeves & Mestayer, PLLC |
| Stampede Holdings, Ltd. | | 1064 N. Tamiami Trail, Unit 1618 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Travlin | Danny | 13586 Laurel Oaks Lane | Gulfport | MS 39503 | Reeves & Mestayer, PLLC |
| Tribuzzi | Jeanne and Michael | 1064 N. Tamiami Trail, Unit 1522 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |

Second Supplement to Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Trnka | William | 1064 N. Tamiami Trail, Unit 1433 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Trull | Vicki Gail | 9443 Ambrose Lane | Kimberly | AL 35091 | Pittman, Dutton & Hellums |
| Witz | Timothy | 1064 N. Tamiami Trail, #1616 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Vanier | Muriel | 1064 N. Tamiami Trail, #1425 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |
| Yogaratnam | Ingrid and Gunaratnam | 1064 N. Tamiami Trail, #1418 | Sarasota | FL 34236 | Allison Grant, PA (Allison Grant) |

Second Supplement to Exhibit A