UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO | MAG. JUDGE WILKINSON |

Payton, et al. v. Knauf GIPS KG, et al.
Case No. 2:09-cv-7628 (E.D.La.)
OCI Intervention A
_____/

## PLAINTIFF STEVE HERRINGTON'S
## NOTICE OF REMEDIATION

NOTICE IS HEREBY given that Steve Herrington, Plaintiff in the above captioned matter, will begin remediation of their property located at 10355 Pin Oak, Biloxi, MS 39532 on Monday, July 1, 2013.  The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation.  Anyone desiring to view the property should contact my assistant Amanda Mkamanga at amanda@wbmllp.com.

Respectfully submitted,

/s/ Daniel K. Bryson
_____
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLLP
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff Steve Herrington's, Notice of Remediation has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a noticed of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of June 2013.

/s/ Daniel K. Bryson

_____

Daniel K. Bryson