# SIIC SHANGHAI INTERNATIONAL TRADE (GROUP) CO.,LTD

To:                                         C.C.

Richard J. Serpe, Esquire        Fernando Galindo,  R. Simmons,
Crown Center, Suite 310          CLERK'S OFFICE, United States Courthouse
580 E. Main St.                  600 Granby Street
Norfolk, VA 23510                Norfolk, VA 23510
(757)233-0009                    (757)222-7201

*09 md 2047*

Re: Case No. 2:11-cv-377
*EDLA 11-1673*

Regarding the claims filed by the Plaintiffs of the captioned case, SIIC Shanghai International Trade (Group) Co., Ltd (hereinafter referred to as "SIIC") hereby states its position as below:

SIIC has never engaged in any business and/or transactions in relation to manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing and selling Chinese manufactured drywalls as stated in the Plaintiffs' complaint.

All and any of the allegations, claims and statements in the complaint are totally and completely denied and rejected, and shall be dismissed by the court.

SIIC reserves the right to claim and recover any and all the costs, losses and damages incurred by the Plaintiffs' claim.

Date: May 30, 2013

Signature: _____

For and on behalf of SIIC

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JUN 1 0 2013

WILLIAM W. BLEVINS
CLERK

