

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached objection to the Coastal Settlement Agreement from Annette Polovin. **IT IS ORDERED** that this objection be filed into the record with reference to this Court's Order granting preliminary approval to that settlement (R. Doc. 16777).

New Orleans, Louisiana, this 14th day of June, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Annette Polovin
16112 Villa Vizcaya Place
Delray Beach
FL 33446