UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

The Court having been advised of a scheduling conflict,

**IT IS ORDERED** that the telephone status conference, currently scheduled to begin at 1:30 p.m. on Monday, June 24, 2013, is hereby **CONTINUED** until 4:15 p.m. on Tuesday, June 25, 2013.  **IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Steering Committee, counsel for the Knauf entities, Attorney Robert K. Spotswood, and Attorney K. Edward Sexton II shall participate in the telephone conference.  Counsel shall use the following call-in information: (877) 336-1839; access code: 4227405; security code: 62513.

New Orleans, Louisiana, this 18th day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE