UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                                  MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                      SECTION l

*Payton, et al  v. Knauf Gips KG, et al;*                              JUDGE FALLON
*Cause No. 09-7628*

                                                                                    MAGISTRATE JUDGE WILKINSON

*Rogers, et al v. Knauf Gips, KG, et al;*
*Cause No. 10-0362*
_____/

## MOTION TO WITHDRAW AS COUNSEL WITH SUBSTITUTION

Pursuant to Local Rule 83.2.11, Holly R. Werkema, of the law firm Baron & Budd, P.C., and on behalf of Baron & Budd, P.C. and Allison Grant, P.A., counsel of record for Plaintiff W. Bart Ziegler, hereby files this Motion to Withdraw as Counsel With Substitution for the Plaintiff W. Bart Ziegler.

Plaintiff's counsel, Baron & Budd, P.C. and Allison Grant, P.A. have encountered irreconcilable differences with the Plaintiff on issues in Plaintiff's case.  Plaintiff has hired the law firm of Broad and Cassel to pursue his Chinese drywall claims.  Broad and Cassel have agreed to be substituted as counsel for Plaintiff in the above captioned cases.

WHEREFORE, the law firms of Baron & Budd, P.C. and Allison Grant, P.A., request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff W. Bart Ziegler in the above captioned cases.

Respectfully Submitted,

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Withdraw as Counsel with Substitution has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 20th day of June, 2013.  I further certify that the above and foregoing has been served on Plaintiff, W. Bart Ziegler, by and through his substitute counsel, Jeremy Springhart of Broad and Cassel.

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181