**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                              SECTION l

*Payton, et al  v. Knauf Gips KG, et al;*                              JUDGE FALLON
*Cause No. 09-7628*
                                                           MAGISTRATE JUDGE WILKINSON
*Rogers, et al v. Knauf Gips, KG, et al;*
*Cause No. 10-0362*

_____/


**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS**
**COUNSEL WITH SUBSTITUTION**

Pursuant to Local Rule 83.2.11, Holly R. Werkema, of the law firm Baron & Budd, P.C.,

and on behalf of Baron & Budd, P.C. and Allison Grant, P.A., counsel of record for Plaintiff W.

Bart Ziegler, hereby files this Memorandum of Law in Support of the Motion to Withdraw as

Counsel with Substitution for the Plaintiff W. Bart Ziegler.  In support thereof,  Movants state as

follows:

Plaintiff's counsel, Baron & Budd, P.C. and Allison Grant, P.A., have encountered

irreconcilable differences with the Plaintiff on issues in Plaintiff's case.   Under the

circumstances, it is requested that the law firms of Baron & Budd, P.C. and Allison Grant, P.A.

be granted leave to withdraw as counsel for Plaintiff.

Jeremy Springhart of Broad and Cassel is currently pursuing Plaintiff's Chinese drywall

claims in state court.  He has agreed to be substituted as counsel for Plaintiff in the above

captioned cases.  Accordingly, it is requested that the law firms of Baron & Budd, P.C. and

Allison Grant, P.A. be granted leave to withdraw as counsel for Plaintiff W. Bart Ziegler and that

Jeremy Springhart of Broad and Cassel be substituted as counsel of record for Plaintiff W. Bart Ziegler.

This motion is made in good faith and will not prejudice any party.  None of the parties will suffer any prejudice if the law firms of Baron & Budd, P.C. and Allison Grant, P.A. withdraw from this case.

WHEREFORE, the law firms of Baron & Budd, P.C. and Allison Grant, P.A., request this Honorable Court to grant their Motion to Withdraw as Counsel with Substitution.

Respectfully Submitted,

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum of Law in Support Of Motion to Withdraw as Counsel with Substitution has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in Accordance with Pre-trial Order No. 6 and that the foregoing was electronically filed with Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 20th  day of June, 2013.  I further certify that the above and foregoing has

been served on Plaintiff, W. Bart Ziegler, by and through his substitute counsel, Jeremy

Springhart of Broad and Cassel.

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181