UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION l |
| *Payton, et al  v. Knauf Gips KG, et al;* *Cause No. 09-7628* | JUDGE FALLON |
| *Rogers, et al v. Knauf Gips, KG, et al;* *Cause No. 10-0362* _____/ | MAGISTRATE JUDGE WILKINSON |

### ORDER GRANTING BARON & BUDD, P.C. ET AL. MOTION TO WITHDRAW AS COUNSEL FOR W. BART ZIEGLER

Considering the law firms of Baron & Budd, P.C. and Allison Grant, P.A.'s Motion to Withdraw as counsel of record for Plaintiff W. Bart Ziegler and the attached supporting memorandum, and finding that the counsel have complied with Local Rule 83.2.11,

IT IS SO ORDERED that the law firms of Baron & Budd, P.C. and Allison Grant, P.A.'s Motion to Withdraw as counsel of record for Plaintiff W. Bart Ziegler is GRANTED.  The law firms of Baron & Budd, P.C. and Allison Grant, P.A. are discharged from any further obligation and relieved of any further appearance in these cases on behalf of W. Bart Ziegler.

All pleadings shall be served on Plaintiff's substitute counsel, Jeremy Springhart, Esq. of Broad and Cassel at 390 N. Orange Ave., Ste. 1400, Orlando, FL  32801.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE