## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Sean and Beth Payton, et al. v. Knauf Gips KG, et al., Case No. 09-7628<br><br>David Gross, et al. v. Knauf Gips, KG, et al., Case No. 09-6690<br><br>Joyce W. Rogers, et al. v. Knauf Gips KG, et al., Case 10-362<br><br>Kenneth Abel, et al. v. Taishan Gypsum Co., et al., Case No. 11-080<br><br>Laura Haya, et al. v. Taishan Gypsum Co., et al., Case No. 11-1077<br><br>Robert W. Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al., Case No. 11-1363<br><br>Richard and Constance Almeroth, et al., v. Taishan Gypsum Co., et al, Case No. 12-0498<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 11-1672<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 11-1395<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 11-1673 | |

1

## PLAINTIFF PEACE HARBOR CONDOMINIUM ASSOCIATION'S NOTICE OF REMEDIATION

NOTICE IS HEREBY given that the properties located 900 E. Marion Avenue, Units 1201, 1203, 1301, 1302, 1303, 1401, and 1402, Punta Gorda, FL 33950, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this notice.  Plaintiff alleges that the properties contain drywall manufactured by Taishan and may contain drywall manufactured by Knauf Tianjin.  The drywall was supplied by Banner Supply Co. and installed by C.A. Steelman, Inc.   The Builder is Core Construction Services, Southeast, Inc. d/b/a Core Construction.

Dated: June 20, 2013                                     Respectfully submitted,

/s/ Holly R. Werkema
Holly R. Werkema
Florida Bar No. 71133
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219
hwerkema@baronbudd.com
Phone: (214) 521-3605
Fax:  (214) 520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Remediation has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this

20th day of June, 2013.

              Respectfully submitted,

              /s/ Holly R. Werkema
              Holly R. Werkema
              Florida Bar No. 71133
              Baron & Budd, P.C.
              3102 Oak Lawn Ave., Ste. 1100
              Dallas, TX  75219
              hwerkema@baronbudd.com
              Phone: (214) 521-3605
              Fax:  (214) 520-1181