UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                              MDL Docket No. 2047

THIS DOCUMENT RELATES TO:                                               SECTION l

*Payton, et al  v. Knauf Gips KG, et al;*                               JUDGE FALLON
*Cause No. 09-7628*
                                                            MAGISTRATE JUDGE WILKINSON

*Rogers, et al v. Knauf Gips, KG, et al;*
*Cause No. 10-0362*
_____/

### ORDER GRANTING BARON & BUDD, P.C. ET AL. MOTION TO WITHDRAW AS COUNSEL FOR W. BART ZIEGLER

Considering the law firms of Baron & Budd, P.C. and Allison Grant, P.A.'s Motion to Withdraw as counsel of record for Plaintiff W. Bart Ziegler and the attached supporting memorandum, and finding that the counsel have complied with Local Rule 83.2.11,

IT IS SO ORDERED that the law firms of Baron & Budd, P.C. and Allison Grant, P.A.'s Motion to Withdraw as counsel of record for Plaintiff W. Bart Ziegler is GRANTED.  The law firms of Baron & Budd, P.C. and Allison Grant, P.A. are discharged from any further obligation and relieved of any further appearance in these cases on behalf of W. Bart Ziegler.

All pleadings shall be served on Plaintiff's substitute counsel, Jeremy Springhart, Esq. of Broad and Cassel at 390 N. Orange Ave., Ste. 1400, Orlando, FL  32801.

New Orleans, Louisiana, this  21st  day of _____June_____, 2013.

_____
UNITED STATES DISTRICT JUDGE