UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Second Motion to Extend Registration Period filed by Class Counsel, Russ M. Herman and Arnold Levin;

IT IS ORDERED BY THE COURT that the motion is GRANTED;

IT IS FURTHER ORDERED BY THE COURT that the Registration Period set forth in the Court's Order of March 27, 2013 [Rec. Doc. 16642] and extended in the Court's Order of May 23, 2013 [Rec. Doc. 16877], is further extended from June 24, 2013 and will now close on July 8, 2013.

IT IS FURTHER ORDERED BY THE COURT that a copy of this Order shall be posted on the Court's Chinese Drywall MDL Website and on the website established for the Global Settlement, www.chinesedrywallclass.com.

New Orleans, Louisiana, this ___ day of _____, 2013

                                                                                                                 _____
                                                                                                                  Eldon E. Fallon
                                                                                                                  United States District Court Judge