UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 11-1395 *(Amorin)* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

NOW COMES Orient International Holding Shanghai Foreign Trade Co., Ltd ("SFTC"), who files this Notice of Appearance in the *Amorin* (11-1395) matter:

1.

In the referenced matter, David S. Osterman, Esq. (NJ Bar #040091988) of Goldberg Segalla and Bruce A. Cranner, Esq. (LA. Bar #1796) of Frilot L.L.C. hereby appear as counsel on behalf of the Orient International Holding Shanghai Foreign Trade Co., Ltd with respect to the following claims only:

(1) Unknown

Respectfully submitted,

By: /s/ Bruce A. Cranner
BRUCE A. CRANNER (#1796)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8069
Facsimile: (504) 599-8151
Email: bcranner@frilot.com

AND

DAVID S. OSTERMAN
GOLDBERG SEGALLA
902 Carnegie Center, Suite 100
Princeton, NJ 08540
Telephone: (609) 986-1310
Facsimile: (609) 986-1301
Email: dosterman@goldbergsegalla.com

ORIENT INTERNATIONAL HOLDING
SHANGHAI FOREIGH TRADE CO., LTD

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2013.

/s/ Bruce A. Cranner