UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Second Motion to Extend Registration Period filed by Class Counsel, Russ M. Herman and Arnold Levin;

IT IS ORDERED BY THE COURT that the motion is GRANTED;

IT IS FURTHER ORDERED BY THE COURT that the Registration Period set forth in the Court's Order of March 27, 2013 [Rec. Doc. 16642] and extended in the Court's Order of May 23, 2013 [Rec. Doc. 16877], is further extended from June 24, 2013 and will now close on July 8, 2013.

IT IS FURTHER ORDERED BY THE COURT that a copy of this Order shall be posted on the Court's Chinese Drywall MDL Website and on the website established for the Global Settlement, www.chinesedrywallclass.com.

New Orleans, Louisiana, this 24th day of _____June_____, 2013

_____
Eldon E. Fallon
United States District Court Judge