MINUTE ENTRY
FALLON, J.
JUNE 25, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic conference was held on this date in the Chambers of District Judge Eldon E. Fallon to discuss issues related to a potential dispute among entities represented by Robert K. Spotswood and K. Edward Sexton II. Russ Herman and Lenny Davis participated on behalf of the PSC. Kerry Miller participated on behalf of the Knauf entities. Michael Sansbury participated on behalf of Triton Management Group, Inc. Eddie Sexton participated on behalf of Entredeal, LLC.

JS10(00:13)