UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     :     MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION    :

    :     SECTION: L

    :

    :     JUDGE FALLON
This Document Relates to All Cases    :     MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

The Court received and reviewed the attached correspondence from Brian Lambert. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence, share the correspondence with the Ombudsman, and take further appropriate action, if any.

New Orleans, Louisiana, this 2nd day of July, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Brian Lambert
444 SE 13th Place
Cape Coral
FL 33990