July 2, 2013

Hon. Eldon E. Fallon
United States District Court
500 Poydras Street, Room C-456
New Orleans, LA 70130

RE (Client Property):   **Brian Lambert – 444 SE 13th Place Cape Coral FL 33990**
Chinese Drywall Restoration/Service/Remodel

Hon. Judge Fallon;

Hi, my name is Brian Lambert and I reside at 444 SE 13th Place Cape Coral FL 33990. I am a part of the Chinese Drywall remediation which is being completed by Moss & Associates. Below are the following Moss associates we have been communicating with during this remediation:

Al Steel (Field Contact, Moss and Associates): asteel@mossemail.com
Alex Rodriquez (PM Contact, Moss and Associates): arodriquez@mossemail.com
Guy Reese (VP/Project Exec, Moss and Associates): greese@mossemail.com
Chris Krause (Moss and Associates): ckrause@mossemail.com
Kevin Scott (Drywall, Legacy United, Inc): kscott@legacyunitedinc.com
Jennifer Krenek (Attorney, Reich and Binstock): jkrenek@reichandbinstock.com

Possession of my residence was given to Moss & Associates on February 18, 2013. As of today, our home is 95% complete and for the second time, during this 4-1/2 month process, we are at a standstill.

A month into the remediation I had several concerns that I wanted addressed by Moss. With several emails sent to Mr. Steel and Mr. Scott, my concerns and questions were not being addressed. It seemed that the only concern Mr. Steel and Mr. Scott had was making sure all work was completed within their timeline of 90 days. I did meet with Mr. Steel on the jobsite and showed him some of my concerns. The bathroom was a huge concern of mine as I wanted to be sure there was no Knauf drywall in that area as I was told during the kick-off meeting the bathroom was going to be remediated. If there was drywall found, then we would have a tile issue because I have the same tile running throughout the entire house. My concerns were not being addressed and Moss continued to proceed with their timeline for the remediation, even jumping ahead of schedule (i.e. putting up cabinets in the kitchen and bath, installing doors, hardware and trim base/moldings without having our paint selection). I refused to provide them with our paint selections until I knew what the tile situation was going to be addressed. When Moss refused to address our concerns that is when our attorney, Ms. Krenek, suggested we remove the key from the lockbox and have all work cease until we all start communicating and addressing these concerns. Moss was also told from Ms. Krenek that if these issues were not dealt with and addressed with the homeowner then work was to cease. So on the night of 3/27/2013, I removed the key from the lockbox.

On 03/28/2013, Moss was found to be back on the jobsite without my knowledge. Moss did not have access to the key, but they found a window that was left unlocked in the master bedroom.

Moss instructed one of their employees to climb into the window to gain access into the home. Once they got in, they removed our "original" Medeco locks and put Walmart locks on every door. I was furious!!! They broke into my home, changed the locks; locking me out of my own home. They never contacted me or my lawyer letting us know what they were doing on the property.

On the morning of 03/29/2013 I received a phone call from a neighbor stating that there were contractors on our property. Immediately I contacted the Cape Coral Police Department (CCPD). The CCPD had all contractors removed off the property. The house remained unlocked all day Friday and Saturday. I had to pay a locksmith to come out Saturday morning to rekey the locks because Moss refused to provide us with the keys.

At this time, construction was placed on hold for over 3-1/2 weeks. No one from Moss' upper management team ever contacted me to find what had taken place at the jobsite or why the job has been placed on hold, but they were carbon copied on every email so they knew what was taking place.

In speaking with my lawyer during this time, I had requested to take this to the next level. Moss and Associates staff had been very disrespectful to me, as the homeowner. What they did was a slap in the face to me and my family. During this time of the job on hold, I requested Ms. Krenek contact the Ombudsman and Special Masters. Ms. Krenek did not have any luck reaching the Ombudsman via phone, as this gentleman does not have email. Ms. Krenek made several calls and left several messages, but no return phone calls were made back to her from the Ombudsman.

On 4/25/2013, Moss' VP/Project Exec Guy Reese scheduled for all of us to have been available for a conference call to discuss the issues at hand. During the conference call there were some issues that were worked out, but some issues (i.e. bathroom tile, multilayer foil insulation was to be removed or not) were not. During the conversation Ms. Krenek stated to Mr. Guy Reese that we were in the process of contacting the Ombudsman and Special Masters regarding this situation. Mr. Reece replied to Ms. Krenek stating, *"The Ombudsman nor Special Masters have no authority over Moss. The Ombudsman and Special Masters can only make recommendations, but in the end Moss makes the decision."*

Now here we are on 07/02/2013 and the job is on standstill for the second time. Moss wanted us to schedule our final walk-through on 6/20/2013, but after Mr. Rodriquez came and inspected the property he decided to postpone because the home was not ready for final walk-through. We stated that there are some issues that they have known about for weeks that need to be fixed and that we will not allow for them to put these items on an H/O Punch List. With everything that has taken place these past 5 months, I know Moss is looking to get off this job, but I will not chase them down to complete items on a punch list and I made that clear during kick-off. If they won't fix these items now, why should I expect them to fix these items later? Once they are paid in full they have no incentive to rectify our concern. And according to Moss, there is no authority (i.e. Obundsman/Special Master), not our attorney to force them to.

This remediation process has been extremely stressful on me and my family. The lack of communication from the Moss team is very unprofessional. The Moss team has not responded to any of our emails in a week. They do not respect me as a homeowner and they do not respect anything my attorney has to say. I feel that our situation needs to be heard. At this point we are looking from some assistance from your office. This has been a long remediation process for us. We have documentation and photos upon request.

Thank you for your time and we look forward to any help or assistance you can provide.

Sincerely,

Brian Lambert
Homeowner

Cell: 215-317-1613
Email: brian.lambert1966@gmail.com

Brian Lambert
444 SE 13th Pl Cape Coral FL 33990
215-317-1613 | brian.lambert1966@gmail.com |



| TO: | Hon. Judge Fallon | FROM: | Brian Lambert |
|---|---|---|---|
|  | Attn: Sam Brandao |  | Homeowner |
| FAX: | 504-589-6966 | PAGES: | 4 including cover page |
| PHONE: | 504-589-7545 | DATE: | 7/2/2013 |
| RE: | Lambert Residence – 444 SE 13th Pl Cape Coral 33990 | CC: |  |

☒ Urgent    ☒ For Review    ☐ Please Comment    ☒ Please Reply    ☐ Please Recycle

Please review the attached information. I am in the middle of a Chinese drywall remediation and we are looking for some assistance on some issues we have with our contractor, Moss and Associates.

Please feel free to contact me regarding the attached.

Thank you for your time.