*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Third Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|---|---|---|---|
| 1. | Assett Portfolio Servicing Company | 1305 East 9th Street<br>Lehigh Acres, FL 33972 | Doyle Law Firm, PC |
| 2. | Badahur, Doodnauth | 1925 SE 22nd Court<br>Miami, FL 33035 | Doyle Law Firm, PC |
| 3. | Baxter, Imogene | 211 Weatherby Street West<br>Saraland, AL 36571 | Doyle Law Firm, PC |
| 4. | Blue Water Coach Homes Condominium Association, Inc. | 206 Shadroe Cove Circle, Unit 302<br>Cape Coral, FL 33991 | Baron & Budd |
| 5. | Butts, Lowell | 15902 Innerarity Point Road<br>Pensacola, FL 32507 | Doyle Law Firm, PC |
| 6. | Butts, Lowell | 15906 Innerarity Point Road<br>Pensacola, FL 32507 | Doyle Law Firm, PC |
| 7. | CDO Investments, LLC | 4698 Globe Terrace<br>Northport, FL 34286 | Doyle Law Firm, PC |
| 8. | CDO Investments, LLC | 1374 Cathedall Avenue<br>Northport, FL 34288 | Doyle Law Firm, PC |
| 9. | CDO Investments, LLC | 2063 Vancouver Lane<br>Northport, FL 34286 | Doyle Law Firm, PC |
| 10. | Chen, Xiao-Ching | 15944 Innerarity Point Road<br>Pensacola, FL 32407 | Doyle Law Firm, PC |
| 11. | Davis, Terry | 1409 2nd Court West<br>Birmingham, AL 35208 | Doyle Law Firm, PC |
| 12. | Freelander, Gregory | 1625 Martin Bluff Road, Unit #99<br>Gautier, MS | Braswell Murphy |
| 13. | Gill, Theresa | 4204 Scovel Avenue<br>Pascagoula, MS 39581 | Reeves & Mestayer, PLLC |
| 14. | Jackson, Jerry and Diane | 3074 Arbor Glenn<br>Hoover, AL 35244 | Collins & Horsely, P.C. |
| 15. | Kubick, Andrew | 2802 21st Street W<br>Lehigh Acres, FL 33971 | Doyle Law Firm, PC |
| 16. | MCF Enterprises, Inc. | 199 Wanda Avenue<br>Lehigh Acres, FL 33971 | Doyle Law Firm, PC |
| 17. | MCF Enterprises, Inc. | 2511 17th Street SW<br>Lehigh Acres, FL 33976 | Doyle Law Firm, PC |
| 18. | MCF Enterprises, Inc. | 343 Ranchito Avenue<br>Lehigh Acres, FL 33974 | Doyle Law Firm, PC |
| 19. | MCF Enterprises, Inc. | 3505 9th Street W<br>Lehigh Acres, FL 33971 | Doyle Law Firm, PC |
| 20. | MCF Enterprises, Inc. | 900 Tena Avenue N<br>Lehigh Acres, FL 33971 | Doyle Law Firm, PC |
| 21. | Pariona, Elmer | 288 Rodenburg Avenue<br>Biloxi, MS 39531 | Doyle Law Firm, PC |

*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Third Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|---|---|---|---|
| 22. | Pringle, Glenn | 2010 Luloch Lane<br>Conroe, TX 77301 | Collins & Horsely, P.C. |
| 23. | Steward, Darrell | 15904 Innerarity Point Road<br>Pensacola, FL 32507 | Doyle Law Firm, PC |
| 24. | Telling, Timothy | 2515 Florida Street<br>West Palm Beach, FL 33406 | Morgan & Morgan, PA |
| 25. | Tompkins, Kenneth and Chantay Bronson | 3244 Silverado Circle<br>Green Cove Springs, FL 32043 | Pro Se |
| 26. | Zhu, Jinxi | 15916 Innerarity Point Road<br>Pensacola, FL 32507 | Doyle Law Firm, PC |
| 27. | Zhu, Jinxi | 15938 Innerarity Point Road<br>Pensacola, FL 32507 | Doyle Law Firm, PC |