*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Third Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

### PLAINTIFFS' COUNSEL

Holly R. Werkema, Esquire
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219-4281
Phone: (214) 521-3605
Fax: (214) 520-1181
hwerkema@baronbudd.com

Kasie Braswell, Esquire
Braswell Murphy, LLC
59 St. Joseph St.
Mobile, AL 36602
Phone: (251) 438-7503
kasie@braswellmurphy.com

W. Brian Collins
Collins & Horsley, P.C.
2021 Morris Avenue Suite 200
Birmingham, AL 35203
Phone: (205) 324-1834
Fax: (205) 324-1846
brian@collinshorsley.com

Jimmy Doyle, Esquire
Doyle Law Firm, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209
Phone:  (205) 533-9500
Fax: (205) 332-1362
jimmy@doylefirm.com

Pete V. Albanis, Esquire
Morgan & Morgan
12800 University Drive Suite 600
Fort Myers, FL 33907
Phone: (239) 433-6680
Fax: (239) 433-6836
palbanis@forthepeople.com

*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Third Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

Jim Reeves, Esq.
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Phone: (228) 374-5151
Fax: (228)374-6630
jrr@attorneys4people.com

**PRO SE**

Kenneth and Chantay Bronson Tompkins
3244 Silverado Circle
Green Cove Springs, FL 32043
Phone: (904) 589-9980
tayken11508@att.net