UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL     ) | MDL NO. 2047 |
|   PRODUCTS LIABILITY LITIGATION                       ) | |
|                                                         ) | SECTION: L |
| This document relates to:                                              ) | |
|                                                         ) | JUDGE FALLON |
| *Beane, et al vs. Gebrueder Knauf*                              ) | |
| *Verwaltungsgesellschaft, KG, et al*                          ) | MAG. JUDGE WILKINSON |
| (EDLA NO. 13-609)                                                       ) | |
| _____)   | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Plaintiffs' Third Supplemental and Amended Omnibus Class Action Complaint (XVIII);

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee ("PSC") is granted leave of court to file the attached Plaintiffs' Third Supplemental and Amended Omnibus Class Action Complaint (XVIII), and same is hereby filed into the record.

New Orleans, Louisiana, this  9th  day of _____July_____, 2013.

_____
Eldon E. Fallon
United States District Court Judge