| |
|---|
| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br><br>**Third Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
| **PLAINTIFFS' COUNSEL** |
| Holly R. Werkema, Esquire<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hwerkema@baronbudd.com |
| Kasie Braswell, Esquire<br>Braswell Murphy, LLC<br>59 St. Joseph St.<br>Mobile, AL 36602<br>Phone: (251) 438-7503<br>kasie@braswellmurphy.com |
| W. Brian Collins<br>Collins & Horsley, P.C.<br>2021 Morris Avenue Suite 200<br>Birmingham, AL 35203<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846<br>brian@collinshorsley.com |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone: (205) 533-9500<br>Fax: (205) 332-1362<br>jimmy@doylefirm.com |
| Pete V. Albanis, Esquire<br>Morgan & Morgan<br>12800 University Drive Suite 600<br>Fort Myers, FL 33907<br>Phone: (239) 433-6680<br>Fax: (239) 433-6836<br>palbanis@forthepeople.com |

| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br><br> **Third Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
|---|
| Jim Reeves, Esq. <br> Reeves & Mestayer, PLLC <br> P. O. Drawer 1388 <br> Biloxi, MS 39533 <br> Phone: (228) 374-5151 <br> Fax: (228)374-6630 <br> jrr@attorneys4people.com |
| **PRO SE** |
| Kenneth and Chantay Bronson Tompkins <br> 3244 Silverado Circle <br> Green Cove Springs, FL 32043 <br> Phone: (904) 589-9980 <br> tayken11508@att.net |