## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD AND CONSTANCE ALMEROTH, et al. | NUMBER 12-0498 |
| -VERSUS- | SECTION L, MAG 2 |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al. | CLASS ACTION COMPLAINT |

*************************************************************************

# PARTIAL MOTION TO DISMISS WITH PREJUDICE
# WITH RESERVATION OF RIGHTS

NOW COMES plaintiff, Andrew A. Lemmon, in proper person, who represents that he has settled and compromised all his claims against defendants, Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, and that he accordingly wishes to dismiss, with prejudice, all claims against Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, all parties to bear their own costs, with plaintiff reserving all rights against all other defendants.

WHEREFORE, plaintiff, Andrew A. Lemmon, prays that this Motion be granted, and that all of his claims against defendants, Daigle Home Improvements, LLC, Patrick Daigle, and Canal

Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, be dismissed with prejudice, all parties to bear their own costs, with plaintiff reserving all rights against all other defendants.

Respectfully submitted;

ANDREW A. LEMMON (Bar No. 18302)
LEMMON LAW FIRM, LLC
Post Office Box 904
15058 River Road
Hahnville LA 70057
Telephone: (985) 783-6789
Fax: (985) 783-1333
Email: Andrew@LemmonLawFirm.com

CERTIFICATE OF SERVICE

hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[✓] U. S. Mail
[ ] Email
[ ] Hand Delivery
[ ] Facsimile

This 9th day of JULY, 2013.