UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Cassidy v. Gebrueder Knauf<br>Verwaltungsgesellschaft, KG et al<br>Case No. 11-3023 | |
| Amorin, et al., v. Taishan Gypsum Co., Ltd<br>f/k/a Shandong Taihe DongxinCo., Ltd., et al<br>Case No. 11-1395<br>Case No. 11-1672<br>Case No. 11-1673 | |

## NOTICE OF REMEDIATION BY PLAINTIFF MARINER VILLAGE INVESTMENTS LLC

NOTICE IS HEREBY given that the properties located at

> 4996 Mariner Garden Circle, Stuart, FL 34997;
> 5016 Mariner Garden Circle, Stuart, FL 34997;
> 5112 Mariner Garden Circle, Stuart, FL 34997;
> 5128 Mariner Garden Circle, Stuart, FL 34997;
> 5144 Mariner Garden Circle, Stuart, FL 34997;
> 5047 Mariner Garden Circle, Stuart, FL 34997;
> 5156 Mariner Garden Circle, Stuart, FL 34997;
> 5108 Mariner Garden Circle, Stuart, FL 34997;
> 5031 Mariner Garden Circle, Stuart, FL 34997;

shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this notice. Plaintiff alleges that the properties contain drywall manufactured by Taishan or unknown Chinese drywall. The drywall

was supplied by Banner Supply. The installer was Atco Interiors, Inc. The Builder was Mariner Village Townhomes, Inc.

Dated: July 12, 2013.

Respectfully submitted,

/s/ Michael J. Ryan
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Ph: (954) 763-8181; FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Remediation has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of July, 2013.

/s/ Michael J. Ryan
Michael J. Ryan
Florida Bar No. 975990
Krupnick, Campbell, Malone, Buser, Slama,
Hancock, Liberman & McKee, P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL 33301
Ph: (954) 763-8181; FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com