**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | |

**CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF
MOTION TO APPROVE FUNDING,
ADMINISTRATION AND SPECIAL MASTER SERVICES**

## I.    INTRODUCTION

On July 9, 2013, the Court issued its Order approving the motion for final approval of the four Virginia class action settlements. [Rec.Doc. 16934].   Now that final approval of those settlements has been rendered, Class Counsel intend to engage the Garretson Resolution Group ("GRG") to provide fund administration and special master services.  To that purpose, Class Counsel move for the Court's approval of GRG's proposed contract.

## II.    BACKGROUND

On January 17, 2013 this Court issued preliminary approval of four Chinese drywall class settlements (Nationwide Insured Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) relating to Virginia and certain other remaining claims.  *See* Rec. Doc. 16516.  Following notice to the class, Class Counsel moved this Court for final approval of these settlements on May 8, 2013.  *See* Rec. Doc. 16806.  That motion was submitted to the Court

1

following the hearing of May 21, 2013, and on July 9, 2013, the Court approved these settlements.

In the meantime, Class Counsel have been working with Matthew Garretson of GRG towards an appropriate retainer agreement for services of fund administration and acting as a Special Master. (On April 25, 2013, the Court approved Mr. Garretson as Special Master)[Rec.Doc. 16780]. Class Counsel and Mr. Garretson have reached an agreement which they believe is fair, reasonable and adequate that Mr. Garretson would provide his services on an hourly fee schedule, *i.e.*, a "time and materials" approach. *See* June 19, 2013 letter of Matthew Garretson attached hereto as Exhibit "A". As set forth in Mr. Garretson's letter of June 19, 2013, GRG will provide fund administration by helping to establish and manage a qualified settlement fund ("QSF") as well as assist in the disbursement of funds from the QSF. Further, Mr. Garretson will as a Special Master develop an allocation model with objective criteria for allocation of the settlement funds. Finally, Mr. Garretson will engage in claims processing to ensure the fair and efficient distribution of settlement funds. It is anticipated that Mr. Garretson's efforts will not exceed $1,000.00 per claim or $300,00.00 in the aggregate.

### III.  LEGAL ARGUMENT

The Virginia Settlement Agreements contemplate that distribution of the settlement funds will be overseen by a Special Master. Class Counsel submit that the proposed terms of engagement of the Special Master are fair, reasonable and adequate and that Mr. Garretson is well qualified for the position of engaging in these activities. Accordingly, Class Counsel submit that now that the Virginia class actions are certified by this Court, that the terms of Mr. Garretson's engagement should also be approved by the Court.

## IV.    <u>CONCLUSION</u>

For the reasons set forth above, Class Counsel respectfully request that this Class Counsel's

Motion to Approve Funding, Administration and Special Master Services should be granted.

Respectfully submitted,

Dated: July 12, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*and Proposed Class counsel*

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*and Proposed Class Counsel*

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpelawfirm.com
*Proposed Class Counsel*

Richard S. Lewis, Esquire
Kristen M. Ward, Esquire
HAUSFELD, LLP
1700 K Street, NW
Suite 650
Washington, D.C.  20006
Phone: (202) 540-7200
Fax: (202) 540-7201

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of July, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*