# EXHIBIT A



June 19, 2013

Richard Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Ste 310
Norfolk, VA 23510-2212

**RE: Chinese Drywall Matters – Fund Administration & Special Master Services**

Dear Richard,

Thank you again for the opportunity to work with you and your colleagues on the Chinese Drywall matters. Pursuant to counsel's feedback, we have revised our proposed fee schedule and agreement. In the attached documents, I have provided our proposed fees with respect to the settlements against the following defendant parties in MDL 2047:

- Nationwide
- Porter-Blaine Corp. and Venture Supply Inc. and Certain of their Insurers
- Tobin Trading Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers
- Builders Mutual Insurance Company
- Torres
- Ramirez

Based on your feedback, and due to the variable time required to review proof materials per claimant, our group proposes to apply an hourly fee schedule (a "time and materials" approach). As a result of economies of scale, cost-savings, and common foundational work among six similar settlements involving Chinese Drywall, we are able to combine and reduce certain expenses which overlap among defendants and settlements.

Please review the attached schedule and provide any feedback. If the parties accept this offer at this time, please sign and return the attached document. I am available to discuss at your convenience, and we would be happy to tailor the proposal as needed. Above all, thank you each again.

We look forward to providing our services to you, your clients and colleagues.

Sincerely,

Matthew Garretson

www.garretsongroup.com

Cincinnati Office
Phone 513.794.0400 • Fax 513.936.5186
7775 Cooper Road • Cincinnati, OH • 45242

Charlotte Office
Phone 704.559.4300 • Fax 704.559.4331
2115 Rexford Road • 4th Floor • Charlotte, NC • 28211



**Exhibit 1: Chinese Drywall Settlement - Scope of Service and Fee Schedule**

**Overview:** This Exhibit 1 describes the proposed fee schedule of the Garretson Resolution Group ("GRG") to administer the Chinese Drywall-related settlements of claims against the following defendant parties in MDL 2047:

- Nationwide
- Porter-Blaine Corp. and Venture Supply Inc. and Certain of their Insurers
- Tobin Trading Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and Participating Insurers
- Builders Mutual Insurance Company
- Torres
- Ramirez

Subject to the terms herein, GRG's fees shall accrue hourly based upon time and materials. This proposed agreement encompasses proposed fees for work already performed (foundational work performed in past months), as well as proposed fees for future time and materials.

With respect to work already performed, a foundational fee is proposed herein based upon an estimate of time and materials expended to date. With respect to work to be performed in the future, fees shall be invoiced monthly. Fees shall be allocated among and applied to each settlement fund as directed by counsel.

**Scope of Services:** In addition to other services which may be from time to time agreed upon by the parties, GRG shall provide the following services in its capacity as Fund Administrator and Special Master in each of the foregoing settlements:

### 1. Fund Administration

#### a. Establishing and Managing a QSF

GRG will provide a template Order that the firm(s) will review, change as needed, and file in order to establish a Qualified Settlement Fund (QSF). GRG will obtain a tax payer identification number, as well as establish and maintain the QSF account. GRG will prepare the quarterly estimated tax payments for the fund, and will maintain the accounting records necessary to prepare the yearly tax return.

#### b. Disbursements

GRG will assist to develop the release and settlement agreement that claimants sign with defendant, provide Fund Settlement Agreements, provide neutral certification and assurance of the satisfaction of escrow conditions prior to disbursement of beneficiaries' funds, ensure the resolution of lien obligations, manage claimant population data (such as damages data, attorney's fees and expenses, liens and holdbacks if any, claimant payment instructions, payment approval information, payments and payment dates, and other data required for administration of the settlement). This service includes disbursing funds directly to claimants and other payees, unless otherwise agreed.

### 2. Special Master Services

#### a. Record Evaluation & Settlement Award Allocation

In accordance with the terms and conditions within the governing documents and agreements of each settlement, GRG will utilize our record review team to analyze the applicable records for eligibility and compensable damages. GRG will continue to assist to develop and apply an allocation model

www.garretsongroup.com

| Cincinnati Office | Charlotte Office | New Orleans Office |
|---|---|---|
| Phone 513.794.0400 | Fax 513.575.7201 | Phone 704.559.4300 | Fax 704.559.4331 | Phone 504.662.1317 |
| 7775 Cooper Rd. | Cincinnati, OH | 45242 | 2115 Rexford Rd. | 4th Floor | Charlotte, NC | 28211 | 935 Gravier St., Ste 1400 | New Orleans, LA | 70112 |



incorporating objective claim criteria and algorithms to ensure fair, consistent evaluation of each claimant's circumstances and damages.

### b. Claims Processing (Mailing & Fulfillment)

GRG will draft claimant correspondence including letters, claims forms, and other materials as needed. Subject to the direction of the parties, such correspondence and communication may be web-based or paper-based. GRG will coordinate and execute the mailing and receipt of these packages, process and track each package as it is completed and returned, review documents for accuracy, prepare and send signed documents to defendant as directed, and maintain a document file of all claimants. GRG will also employ a formalized approach for educating all of the claimants about important settlement-related issues, subject to the review and direction of counsel.

The following table provides GRG's Fee Schedule to administer the Chinese Drywall settlement matters. This is the identical Fee Schedule GRG utilizes on other hourly-based engagements.

### Schedule 1: Hourly Fee Rates by Function

| PROGRAM MANAGEMENT & OPERATIONS | Hourly Rate |
|---|---|
| President / CEO | $440 |
| Compliance Officer / Associate General Counsel / Subject Matter Expert / Director | $275 |
| Project Manager / Fund Manager | $125 |

| RECORD EVALUATION | Hourly Rate |
|---|---|
| Property Records Evaluation Manager / Medical Record Evaluation Manager | $125 |
| Real / Personal Property Record Analyst / Claims Analyst | $75 |
| Registered Nurse | $75 |
| Medical Coding Technician | $50 |

| INFORMATION TECHNOLOGY | Hourly Rate |
|---|---|
| Sr. Business Analyst / Sr. Application Developer | $125 |
| Technical Support / Design Staff / Application Developer / Business Analyst | $90 |

In addition to the costs proposed above, specific activity-based costs will be passed through directly to the associated firm(s). These pass-through costs may include:

- ➢ Fees incurred by local counsel, if required, to establish the qualified settlement fund.
- ➢ All postage, printing, & envelope materials costs.
- ➢ External expert costs (to be discussed and approved prior to the engagement of any expert).
- ➢ Travel expenses (if applicable for any court proceedings).
- ➢ Check-stock, bank fees, and tax preparation fees.
- ➢ Other reasonable expenses which are agreed upon by the parties from time to time.

### Foundational Costs & Fee:

As stated, this proposed agreement encompasses proposed fees for work already performed (foundational work performed in past months). The following foundational fee is proposed based upon an estimate of time and materials expended to date.

| FOUNDATIONAL COSTS & FEE | |
|---|---|
| Program Management, Record Evaluation, Information Technology | $44,800 |



**Billing and Payment Terms:**

(1) GRG has begun administration prior to funding of all settlements (e.g., records review and allocation model development). Accrued fees shall be allocated to each settlement fund as determined by counsel and GRG. Accrued fees shall be payable subsequent to funding per settlement fund.

(2) GRG shall submit an invoice at the conclusion of each month beginning in June, 2013, describing services, time, materials, and fees. Fees for past services (Foundational Costs & Fee) shall be applied within the initial invoice.

(3) Payment shall be made for all invoices within fifteen (15) days of receipt.

*Any and all claimant call activity is to be processed directly through the respective plaintiff's counsel. This fee schedule does not incorporate or include any call center activity.

**Print Firm Name:** _____

**Print Name:** _____

**Acknowledged and Agreed:** _____   **Date:** _____

3