**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS |  |

**MOTION TO REMOVE CERTAIN**
**PARTICIPATING DEFENDANTS FROM GLOBAL SETTLEMENT**

Class Counsel, Russ M. Herman and Arnold Levin, and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers in the Global Settlement submit this motion to remove two entities listed as Participating Defendants from the Global Settlement for failure to pay their settlement allocations and to allow Plaintiffs to proceed against those Defendants.

On February 7, 2013 the Court entered an Order and Judgment:  (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570].  The Order is now final.  The Global Settlement Class relates to the Settlement Agreement that was entered into by and among the Plaintiffs' Steering Committee ("PSC") on behalf of the Class Members in *In re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047, Eastern District of Louisiana, including the various consolidated Omnibus Complaints and individual actions, and those Builders, Installers and Suppliers referred to as Participating Defendants, together with the

- 2 -

Participating Insurers (the "Global Settlement").  In all, each Participating Defendant, except for two, paid their allocated portion of the Global Settlement and the settlement will go forward as to all such Participating Defendants.  Plaintiffs are further allowed to proceed against those two Defendants.

However, two parties in MDL 2047 listed as Participating Defendants, Coastal Living Homes, LLC and F&L Developers, Inc., have failed to pay their share of the Global Settlement and Plaintiffs should be allowed to proceed against those entities.  As a result, Class Counsel and Liaison Counsel hereby request that the Court enter an order removing Coastal Living Homes, LLC and F&L Developers, Inc. as listed Participating Defendants in the Global Settlement, and rescind the release as it applied to these entities and lift the bar order to the extent it applies to Coastal Living Homes, LLC and F&L Developers, Inc. so these entities do not receive the benefit of the Global Settlement and that Plaintiffs be allowed to proceed against those two entities.

Dated:  July 12, 2013.

                        Respectfully submitted,

                        /s/ Leonard A. Davis
                        Russ M. Herman, 6819
                        Leonard A. Davis, 14190
                        Stephen J. Herman, 23129
                        HERMAN, HERMAN & KATZ, L.L.C.
                        820 O'Keefe Avenue
                        New Orleans, LA 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        Ldavis@hhklawfirm.com
                        *Plaintiffs' Liaison Counsel in MDL 2047*
                        *and Class Counsel*

- 3 -

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Matthew C. Gaughan
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047 and*
        *Class Counsel*


        Judy Y. Barrasso, 2814
        H. Minor Pipes, III, 24603
        BARRASSO USDIN KUPPERMAN FREEMAN
         & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana  70112
        Telephone:  504/589-9700
        Fax:  504/589-9701
        jbarrasso@barrassousdin.com
        mpipes@barrassousdin.com
        *Counsel for Participating Defendants and*
        *Participating Insurers*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Motion to Remove Participating Defendants From Global Settlement and supporting Memorandum have been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of July, 2013.

                   /s/ Leonard A. Davis
                   **Leonard A. Davis**