UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION:  L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS |  |

### MEMORANDUM IN SUPPORT OF MOTION TO REMOVE CERTAIN PARTICIPATING DEFENDANTS FROM GLOBAL SETTLEMENT

Class Counsel, Russ M. Herman and Arnold Levin and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers in the Global Settlement submit this memorandum in support of motion to remove two entities listed as Participating Defendants from the Global Settlement for failure to pay their settlement allocations and to allow Plaintiffs to proceed against those Defendants.

On February 7, 2013 the Court entered an Order and Judgment:  (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570].  The Order is now final.  The Global Settlement Class relates to the Settlement Agreement that was entered into by and among the Plaintiffs' Steering Committee ("PSC") on behalf of the Class Members in *In re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047, Eastern District of Louisiana, including the various consolidated Omnibus Complaints and individual actions, and those Builders, Installers and Suppliers referred to as Participating Defendants, together with the

Participating Insurers (the "Global Settlement").  In all, each Participating Defendant, except for two, paid their allocated portion of the Global Settlement and the settlement will go forward as to all such Participating Defendants.  Plaintiffs are further allowed to proceed against those two Defendants.

Class Counsel and Counsel for Defendants further respectfully request that this matter be set for hearing and Coastal Living Homes, LLC and F&L Developers, Inc. be required to appear and show cause why they should not be deleted from the list of Participating Defendants in the Global Settlement and that Plaintiffs be allowed to proceed against those two entities.

Dated:  July 12, 2013.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

- 3 -

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN
  & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:  504/589-9700
Fax:  504/589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
*Counsel for Participating Defendants and Participating Insurers*