UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | |

# O R D E R

Considering the foregoing Motion to Remove Certain Participating Defendants From Global Settlement;

**IT IS ORDERED BY THE COURT** that Coastal Living Homes, LLC and F&L Developers, Inc. appear and show cause on _____, 2013 at ____ o'clock a.m./p.m. as to why each should not be deleted as a Participating Defendant from the Global Settlement and no longer be eligible for the release and bar order contained in the Global Settlement and this Court's Orders Approving the Global Settlement.

New Orleans, Louisiana, this ____ day of _____, 2013.

ELDON E. FALLON
United States District Judge