# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS |  |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, following the monthly status conference on August 20, 2013, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion to Remove Certain Participating Defendants from Global Settlement, and for such other and further relief as the Court may deem just and appropriate.

Dated:  July 12, 2013.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

- 2 -

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Matthew C. Gaughan
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047 and*
        *Class Counsel*


        Judy Y. Barrasso, 2814
        H. Minor Pipes, III, 24603
        BARRASSO USDIN KUPPERMAN FREEMAN
          & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana  70112
        Telephone:  504/589-9700
        Fax:  504/589-9701
        jbarrasso@barrassousdin.com
        mpipes@barrassousdin.com
        *Counsel for Participating Defendants and*
        *Participating Insurers*

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Hearing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of July, 2013.

                 /s/ Leonard A. Davis
                 **Leonard A. Davis**