UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

### JOINT MOTION TO DISMISS, IN PART OR IN FULL, MDL CASES COVERED BY THE GLOBAL SETTLEMENT

Class Counsel, Russ M. Herman and Arnold Levin and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers in the Global Settlement jointly submit this motion to dismiss, in part or in full, various cases in MDL 2047 as those cases are encompassed within the Global Settlement.

As a result of the Global Settlement, a number of lawsuits pending in MDL 2047 have now been resolved, and Class Counsel and Liaison Counsel hereby request that the Court set a hearing for any party objecting to dismissal of the lawsuits attached as Exhibit A to this motion, with prejudice, each party to bear its own costs, to appear and show cause why each lawsuit listed should not be dismissed in its entirety.  Similarly, that any party objecting to the partial dismissal of the lawsuits attached as Exhibit B to this motion, with prejudice, each party to bear its own costs, to appear and show cause why each defendant identified in the lawsuits listed should not be dismissed.

- 2 -

Dated: July 12, 2013.

    Respectfully submitted,

    /s/ Russ M. Herman
    Russ M. Herman, 6819
    Leonard A. Davis, 14190
    Stephen J. Herman, 23129
    HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    Ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

    Arnold Levin
    Fred S. Longer
    Sandra L. Duggan
    Matthew C. Gaughan
    LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    Alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

    Judy Y. Barrasso, 2814
    H. Minor Pipes, III, 24603
    BARRASSO USDIN KUPPERMAN FREEMAN
     & SARVER, L.L.C.
    909 Poydras Street, 24th Floor
    New Orleans, Louisiana 70112
    Telephone: 504/589-9700
    Fax: 504/589-9701
    jbarrasso@barrassousdin.com
    mpipes@barrassousdin.com
    *Counsel for Participating Defendants and Participating Insurers*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss, in Part or in Full, MDL Cases Covered by the Global Settlement and supporting Memorandum have been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of July, 2013.

/s/ Leonard A. Davis
**Leonard A. Davis**