UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) |  |

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS, IN PART OR IN FULL, MDL CASES COVERED BY THE GLOBAL SETTLEMENT

Class Counsel, Russ M. Herman and Arnold Levin and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers in the Global Settlement submit this joint motion to dismiss, in part or in full depending on the case, various cases in MDL 2047 as those cases are encompassed within the Global Settlement.

On February 7, 2013 the Court entered an Order and Judgment: (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570]. The Order is now final. The Global Settlement Class relates to the Settlement Agreement that was entered into by and among the Plaintiffs' Steering Committee ("PSC") on behalf of the Class Members in *In re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047, Eastern District of Louisiana, including the various consolidated Omnibus Complaints and individual actions, and those Builders, Installers and Suppliers referred to as Participating Defendants, together with the Participating Insurers (the "Global Settlement").

- 2 -

As a result of this settlement, a number of lawsuits pending in MDL 2047 have now been resolved in full or in part, and Class Counsel and Liaison Counsel hereby request that the Court dismiss the lawsuits attached as Exhibit A to this motion in full, with prejudice, each party to bear its own costs, and partially dismiss those lawsuits attached as Exhibit B to this motion as to the defendants listed, with prejudice, each party to bear its own costs.

To the extent any party believes that any portion of these lawsuits should be reserved, Class Counsel and Liaison Counsel respectfully request this matter be set for hearing and such parties be required to appear and show cause why each lawsuit listed should not be dismissed in full or in part as designated on the attached Exhibits.

Dated: July 12, 2013.

    Respectfully submitted,

/s/ Russ M. Herman  
Russ M. Herman, 6819  
Leonard A. Davis, 14190  
Stephen J. Herman, 23129  
HERMAN, HERMAN & KATZ, L.L.C.  
820 O'Keefe Avenue  
New Orleans, LA 70113  
Phone: (504) 581-4892  
Fax: (504) 561-6024  
Ldavis@hhklawfirm.com  
*Plaintiffs' Liaison Counsel in MDL 2047*  
*and Class Counsel*

- 3 -

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN
 & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:  504/589-9700
Fax:  504/589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
*Counsel for Participating Defendants and Participating Insurers*