UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

**O R D E R**

Considering the foregoing Joint Motion to Dismiss, in Part or in Full, MDL Cases Covered by the Global Settlement;

**IT IS ORDERED BY THE COURT** that any party objecting to the full dismissal of the lawsuits listed in Exhibit A to the Motion appear and show cause on _____, 2013 at ____ o'clock a.m./p.m. why these lawsuits should not be dismissed in their entirety.

**IT IS FURTHER ORDERED BY THE COURT** that any party objecting to the partial dismissal of the lawsuits listed in Exhibit B to the Motion appear and show cause on _____, 2013 at ____ o'clock a.m./p.m. why the defendants identified in the lawsuits listed in Exhibit B should not be dismissed.

New Orleans, Louisiana, this ____ day of _____, 2013.

_____
ELDON E. FALLON
United States District Judge