UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | MAG. JUDGE WILKINSON |

_____/

## SETTLING DEFENDANTS' NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715

COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC. (Coastal), by and through undersigned counsel, hereby give notice of its compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Statute"), with regard to the Joint Motion for Preliminary Approval of Settlement Agreement regarding claims against Coastal Construction of South Florida, Inc. (Doc. 16741) related to Villa Lago at Renaissance Commons in MDL 2047and states the following:

1. Pursuant to subsection (b) of the CAFA Statute, each defendant participating in the proposed settlement of a class action lawsuit "shall serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement.".

2. On July 12, 2013, on behalf of the Coastal and Participating Insurers, the undersigned, Brian A. Eves of Mintzer, Sarowitz, Zeris, Ledva, and Meyers, caused a Notice letter to be served by certified mail on the Attorney General for the United States, the Attorney Generals for California, Colorado, Florida, Maryland, Massachusetts,

Michigan, New Hampshire, New Jersey, New York, Pennsylvania, Texas, Virginia, and the District of Columbia.

3. Each recipient received a Notice letter, a copy of the complaint and the amended complaint in this action, Notice of the hearing on the motion for preliminary approval of the settlement; the proposed direct mail notice to be sent to the members of the Class and the proposed publication notice; the proposed class Settlement Agreement; and the names of the class members who reside in each state, if known, and a reasonable estimate of the number of class members residing in each State.

4. The body of the Notice letter was identical for all recipients, and a representative copy of that letter is Exhibit A. The list of recipients, including the addresses to which the Notice was sent, is attached as Exhibit B.

Respectfully submitted,

Dated: July 12, 2013

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Tel: 305-774-9966
Fax: 305-774-7743
ameyers@defensecounsel.com

/s/ Gina E. Romanik
Gina E. Romanik, Esq.
Fl Bar No. 154334
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon

1000 NW 57th Court, Suite 300
Miami, FL 33126
Tel: 305-774-9966
Fax: 305-774-7743
gromanik@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Tel: 305-774-9966
Fax: 305-774-7743
beves@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 12th day of July, 2013.

/s/ Addison J. Meyers
Addison J. Meyers

# EXHIBIT "A"



**Mintzer Sarowitz
Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

The Waterford at Blue Lagoon
1000 N.W 57th Court
Suite 300
Miami, FL 33126
Tel: 305.774.9966
Fax: 305.774.7743

www.defensecounsel.com

Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

Woodland Corporate Center
8166 Woodland Center Blvd
Tampa, FL 33614
Tel: 813-885-5220

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

53 Washington Avenue
Wheeling, WV 26003
Tel: 304.203.1115

July 12, 2013

**CERTIFIED MAIL**
Hon. Eric Holder
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: *In Re Chinese Manufactured Drywall Products Liability Litig.*, MDL. No. 2047
*Hobbie, et al., v. RCR Holdings II. LLC, et al.*, No 10-1113 (E.D. La.)

Dear Sir or Madam:

I am writing to inform you that on April 8, 2013, a proposed settlement was filed in the United States District Court for the Eastern District of Louisiana. The proposed settlement was reached in the above-captioned action between plaintiff Wendy Lee Hobbie, on behalf of herself and the proposed class, and defendant Coastal Construction of South Florida, Inc. ("Coastal"). The settlement resolves the plaintiffs' Chinese drywall claims against Coastal relating to 198 condominium residences located in Villa Lago at Renaissance Commons, Boynton Beach, Florida. Pursuant to 28 U.S.C. § 1715, attached are the following documents:

1. A copy of the complaint and the amended complaint in this action;

2. Notice of the hearing on the motion for preliminary approval of the settlement;

3. The proposed direct mail notice to be sent to the members of the Class and the proposed publication notice;

4. The proposed class Settlement Agreement; and

5. The names of the class members who reside in each state, if known, and a reasonable estimate of the number of class members residing in each State.

6. The MDL Court's Order preliminarily approving the settlement

We are not currently able to estimate the proportionate share of the claims of the members of the class of each State as it relates to the entire settlement because the plan of distribution will not be determined until the completion of the case, so that all funds received in this case, whether through settlements or judgment following trial, can be distributed together at one time. The distribution plan will provide for redress of

July 12, 2013
The Honorable Eric Holder
Page 2 of 2

the claims filed by the class members which may include remediation, cash compensation or a combination thereof.

Sincerely,

Brian Eves
Email: beves@defensecounsel.com

BAE/bae

# EXHIBIT "B"

| Name | Title/Position | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Hon. Eric Holder | United States Attorney General | 950 Pennsylvania Ave., NW | | Washington | DC | 20530-0001 |
| CAFA Coordinator Kamala D. Harris | Office of the Attorney - Consumer Law | 110 West A street | Suite 1100 | San Diego | California | 92186 |
| Hon. John Suthers | Colorado Office of the Attorney General | 1525 Sherman St. | 7th Floor | Denver | Colorado | 80203 |
| Hon. Pam Bondi | Florida Office of the Attorney General | The Capitol | PL-01 | Tallahassee | Florida | 32399 |
| Hon. Douglas F. Gansler | Maryland Office of the Attorney General | 200 St. Paul Place | #1700 | Baltimore | Maryland | 21202 |
| Hon. Martha Coakley | Office of Massachusetts Attorney General | One Ashburton Place | | Boston | Massachusetts | 02108 |
| Hon. Bill Schuette | Michigan Office of the Attorney General | P.O. Box 30212 | 525 West Ottawa St. | Lansing | Michigan | 48909 |
| Hon. Joseph Foster | New Hampshire Office of the Attorney General | 33 Capitol Street | State House Annex | Concord | New Hampshire | 03301 |
| Hon. Jeffrey D. Chiesa | New Jersey Office of the Attorney General | P.O. Box 080 | | Trenton | New Jersey | 08625 |
| Hon. Eric T. Schneiderman | New York Office of the Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | New York | 12224 |
| Hon. Kathleen Kane | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | Pennsylvania | 17120 |
| Hon. Greg Abbott | Texas Office of the Attorney General | Capitol Station | P.O. Box 12548 | Austin | Texas | 78711 |
| Hon. Kenneth T. Cuccunelli, II | Virginia Office of the Attorney General | 900 East Main Street | | Richmond | Virginia | 23219 |

| Name | Title/Position | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Hon. Eric Holder | United States Attorney General | 950 Pennsylvania Ave., NW | | Washington | DC | 20530-0001 |
| CAFA Coordinator Kamala D. Harris | Office of the Attorney - Consumer Law | 110 West A street | Suite 1100 | San Diego | California | 92186 |
| Hon. John Suthers | Colorado Office of the Attorney General | 1525 Sherman St. | 7th Floor | Denver | Colorado | 80203 |
| Hon. Pam Bondi | Florida Office of the Attorney General | The Capitol | PL-01 | Tallahassee | Florida | 32399 |
| Hon. Douglas F. Gansler | Maryland Office of the Attorney General | 200 St. Paul Place | #1700 | Baltimore | Maryland | 21202 |
| Hon. Martha Coakley | Office of Massachusetts Attorney General | One Ashburton Place | | Boston | Massachusetts | 02108 |
| Hon. Bill Schuetta | Michigan Office of the Attorney General | P.O. Box 30212 | 525 West Ottawa St. | Lansing | Michigan | 48909 |
| Hon. Joseph Foster | New Hampshire Office of the Attorney General | 33 Capitol Street | State House Annex | Concord | New Hampshire | 03301 |
| Hon. Jeffrey D. Chiesa | New Jersey Office of the Attorney General | P.O. Box 080 | | Trenton | New Jersey | 08625 |
| Hon. Eric T. Schneiderman | New York Office of the Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | New York | 12224 |
| Hon. Kathleen Kane | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | Pennsylvania | 17120 |
| Hon. Greg Abbott | Texas Office of the Attorney General | Capitol Station | P.O. Box 12548 | Austin | Texas | 78711 |
| Hon. Kenneth T. Cuccunelli, II | Virginia Office of the Attorney General | 900 East Main Street | | Richmond | Virginia | 23219 |