MINUTE ENTRY
FALLON, J.
JULY 12, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of District Judge Eldon E. Fallon to discuss issues related to the Knauf Settlement. Russ Herman and Arnold Levin participated on behalf of the PSC. Kerry Miller participated on behalf of the Knauf entities. Counsel advised the Court that they have reached an agreement related to cases filed after the deadline and certain other matters. **IT IS ORDERED** that the attached term sheet be entered into the record.

JS10(00:13)