## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA
## FOR JULY 17, 2013 STATUS CONFERENCE

I.   PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV.  OMNIBUS CLASS ACTION COMPLAINTS

V.   PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI.  PILOT PROGRAM

VII. INEX, BANNER, KNAUF & L&W and GLOBAL SETTLEMENTS

VIII. SHARED COSTS FUND

IX.  TAISHAN DEFENDANTS

X.   VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI.  PLAINTIFF AND DEFENDANT PROFILE FORMS

XII. FREQUENTLY ASKED QUESTIONS

XIII.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIV.    *PRO SE* CLAIMANTS

XV.     PHYSICAL EVIDENCE PRESERVATION ORDER

XVI.    ENTRY OF PRELIMINARY DEFAULT

XVII.   ALREADY REMEDIATED HOMES

XVIII.  PRE-TRIAL CONFERENCE REGARDING THE LAFARGE ENTITIES

XIX.    NEXT STATUS CONFERENCE