ATTORNEYS AT LAW
## JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

| | | |
|---|---|---|
| 400 POYDRAS STREET, SUITE 2450<br>NEW ORLEANS, LOUISIANA 70130<br>TELEPHONE (504) 561-7799<br>FACSIMILE (504) 525-1488 | June 25, 2013 | 2895 HIGHWAY 190, SUITE 216<br>MANDEVILLE, LOUISIANA 70471<br>TELEPHONE (985) 871-9983<br>FACSIMILE (504) 525-1488 |

Sender's Email:
rmj@ahhelaw.com

Pro Se Plaintiffs

Re:   Chinese Drywall Litigation

Dear Pro Se Plaintiff:

On June 24, 2013 the Court signed an Order extending the deadline for registering Chinese Drywall claims from June 24, 2013 to July 8, 2013.

To those of you who have not yet registered in the Chinese Drywall Settlement Program, I am providing this information to notify you that you have this additional time to complete registration of any claims that you have against the Knauf, Banner, InEx, Global, and/or L & W entities.

If I can be of further assistance to you, please feel free to contact me.

Very truly yours,

Robert M. Johnston

RMJ/gwh