UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Ryan Johnson. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs and Liaison Counsel for Defendants review the correspondence and contact the Court to provide their response.

New Orleans, Louisiana, this 17th day of June, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE