

**ARTEMIS**
BIOSOLUTIONS
*Many threats. One solution.*

Judge Eldon Fallon  
500 Poydra Street, Room C456  
New Orleans, LA, 70103

June 11, 2013  
RE: Chinese Drywall Remediation  
FR: Artemis Bio-Solutions

Dear Judge Eldon Fallon,

Fannie Mae now requires an additional Chemical Decontamination Protocol, Testing, and Warranty for all of their CDW affected properties that does not exist in the current "Remediation Protocol".

It has been brought to our attention that a client of ours has successfully implemented a Chinese Drywall toxic chemical decontamination and warranty protocol that may be of great value to your settlement agreement and remediation protocol, the remediation contractors, and the plaintiffs of the Knauff/Taishan Chinese Drywall Settlement Agreement.

Our Company, Artemis Biosolutions, develops decontamination products for the restoration and remediation industry. These products range from mold killers, to disinfectants, to chemical neutralizing agents.

In Jan of 2013 a customer approached us with the need to eliminate the chemical toxins created from the use of Chinese drywall (CDW). We recommended the use of our Bio-Oxygen Chem Decon product and provided samples to this customer for testing. This product has been used for years successfully in neutralizing the chemical toxins created by clandestine "meth" drug labs.

Our client first had a third party accredited laboratory take air and surface samples for testing of a CDW property. These samples were taken after the removal of the CDW and other affected materials, but before reconstruction. Our client then treated the property using their proprietary decontamination protocol and our Chem Decon Product. Lastly, the client had the third party accredited laboratory take a post decontamination protocol round of samples for testing to determine the toxicity levels.

The results were very conclusive. The pre-decontamination protocol test results showed that high levels of toxins indeed remained after the removal of the CDW. The post decontamination protocol tests showed little to no levels of toxicity.

From Jan 2013 to present our client has treated hundreds of homes to fully decontaminate them of these residual toxins. This client has recently gained the exclusive contract from Fannie Mae to perform this decontamination protocol on all of their CDW affected properties.

Our client has also included a much needed warranty for this decontamination protocol. This warranty is backed by an environmental insurance underwriter. In fact, it is underwriter that wrote the testing protocol, selected the testing laboratory, and determines the certified industrial hygienist (CIH) that gathers the post decontamination protocol samples for testing on every treated and warranted property.



**ARTEMIS**
BIOSOLUTIONS
*Many threats. One solution.*

As defined in exhibit F of the current settlement agreement, the remediation protocol only calls for the removal of the toxic CDW and other affected materials, and, the replacement/reconstruction of these materials. Nowhere does it require that a chemical decontamination treatment of the property be performed in any way.

As defined in exhibit F of the current settlement agreement "Clearance" of a property is determined by a Certified Industrial Hygienist (CIH) performing a visual and personal nose odor test to determine that the toxins have been removed. Nowhere does it require third party laboratory testing or air and surface samples be taken to determine levels of toxicity.

As defined in the current settlement agreement a "warranty" or "environmental certificate" is issued to the property owner which is only backed by the visual and nose odor inspection of the CIH.

Multiple CDW affected properties exist that have been remediated following the existing "remediation protocol" as outlined in exhibit F of the settlement agreement, yet the chemical toxins have resurfaced making these properties once again uninhabitable.

The addition of a proven chemical decontamination protocol and post third party testing would ensure that these properties are indeed toxic free. The addition of an environmental insurance underwriter backed warranty would completely remove any type of future liability from the contractor, the CIH, the property owner, and other parties involved.

Upon discovering the proper application and the right decontamination product we feel our client has developed a missing and much needed segment to the existing remediation protocol, testing, and warranty as it is currently defined in the settlement agreement.

We would like to request the opportunity to meet with your office to disclose toxic testing results, outline the warranty, and propose the addition of this decontamination protocol, testing, and warranty be made to the existing "Remediation Protocol" defined in the current settlement agreement.

Thank you for your consideration,

Ryan Johnson
Vice President Commercial Sales
Artemis Bio-Solutions CO.
630.359.4090
Ryan.johnson@artemisbiosolutions.com

Artemis Bio Solutions 960 N Industrial Suite 4 Elmhurst IL 60126   Ph. 630 359 4090