APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ Taishan Gypsum (Henan) Co., Ltd.
_____ Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan, China, 471900

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
 b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
 c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Civil Cover Sheet<br>Translations | Done at , the 27 DEC 2012<br>*Fait à* Minneapolis, Minnesota, U.S.A. *, le*<br><br>Signature and/or stamp.  APS INTERNATIONAL<br>*Signature et/ou cachet.*  APS International Plaza<br>  7800 Glenroy Road<br>  Minneapolis, MN 55439<br>(Formerly OBD-116 which was formerly LAA-116,  USM-94<br>both of which may still be used)  (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0035

证　明　书　　　　　SX-13-21

## CERTIFICATE

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1, 文书已予送达* 1. that the document has been served* upon: Taishan Gypsum, Henan, Co. Ltd.
—日期：the (date) Nov. 26, 2013
—地点(城镇、街、号)：at (place, street, number) Beishouyang Industrial Zone, Beihuan Rd., Yan Shi City, Henan Prov., China

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b) in accordance with the following particular method*:

_____

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)
The court officiers left the documents at the company.
—与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):

_____

2、由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:

_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用* In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:

_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于 Done at Beijing, Apr. 22, 2013
签名和 (或) 盖章
Signature and / or stamp.

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

*如不适用，则请删去。
*Delete if inappropriate.

FX-13-173                                        SX-13-21

No. 0044731

# Henan Provincial Higher People's Court
## Proof of Service
[Seal affixed: Henan Provincial Higher People's Court]

| The Addressee | Taishan Gypsum Co., Ltd. | Cause of Action | Damage Claim Dispute | | |
|---|---|---|---|---|---|
| Address for Service | Shouyang Industrial Park, Beihuan Road North, Yanshi City, Henan Province | | | | |
| Documents Served | Issuer | Server(s) | Date of Service | Signature or Seal of the Addressee | Reason for Inability to Serve |
| | Juenian Ye | [Two signatures {illegible}] | 17:00 3-26-3013 | | The addressee alleged that all leaders of the factory were not in the factory. Director Qi of the General Office refused to accept the documents and sign, therefore, the documents were left at the factory. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Remarks | Qi, the person in charge of the General Office of the factory (18637915256) alleged that all leaders of the factory were not in the factory, that he was unable to accept the documents and affix his signature, and he refused to contact the leader of the factory for instruction on this matter, and refused to take any phone call only after talking with the servers over the phone. The serves took pictures at the scene, affixed their signatures herein, left the documents on the tea table at the General Office on the first floor of the integrated office building of the factory. | | | | |

Note: (1) If the addressee is not present, deliver the documents to his adult family member, neighbor, his employer or the township government, village committee or neighborhood office where the addressee resides as his agent.

(2) For service to the addressee's agent, the receiving person shall affix his/her signature or seal in the column of the addressee's agent and indicate his/her relationship with the addressee.

No 0044731

# 河南省高级人民法院

## 送达回证

| 收件人 | 泰山石膏有限公司 | 案由 | 索求赔偿 纠纷 |
|---|---|---|---|
| 送达地点 | 河南省偃师市北环路北首阳工业园 | | |

| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| | 偃师 | 张某 邵某 | 2014年3月26日17时 | | 对方称该厂所有领导均不在，唯一领导综合处处长各处拒绝签收，故得留置送达。 |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |

| 备注 | 该厂综合处负责人齐某（18637915256）称厂领导均不在，自己不能签收且拒绝联系厂领导请示此事，并仅与送达人员通过电话后便不再接听电话。送达人在现场拍照、录像后将文书留置送达于该厂综合办公楼一楼综合处办公室茶几。|
|---|---|

注：（1）如收件人不在时，将文件交与他的成年家属、近邻、工作机关或收件人居住地的乡政府、村委会或街道办事处代收。
　　（2）如系代收，代收人应在收件人栏内签名或盖章注明收件人的关系。