APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Taishan Gypsum (Tongling) Co., Ltd.
Jinqiao Industrial Park, Tongling Anhui, China, 244000

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*_____Minneapolis, Minnesota, U.S.A._____, the
, le  27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0040



# 证 明 书
## CERTIFICATE

OX-13-15.

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

① 文书已予送达* 1. that the document has been served*
—日期：the (date) _Mar 19, 2013_
—地点(城镇、街、号)：at (place, street, number) _Jinqiao Industrial Park, Tongling, Anhui, China._

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b) in accordance with the following particular method*:

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)
_The addressee said there was nothing to do with it so it refused to accept the documents. The court officers left the documents at the company_
—与受送达人的关系(家庭、业务及其它) / relationship to the addressee (family, business or other):

2、由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于　　　　年　　月　　日
Done at _Beijing_ , 2013 _May 22_.
签名和 (或) 盖章
Signature and / or stamp.

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

*如不适用，则请删去。
*Delete if inappropriate.

The People's Republic of China

Anhui Provincial Higher People's Court

SX-13-15

Proof of Service

[Seal affixed: Anhui Provincial Higher People's Court]

(2013) Anhui Assistance 00007

| | |
|---|---|
| Cause of Action | |
| The Addressee | Taishan Gypsum (Tongling) Co., Ltd. |
| Address for Service | Jinqiao Industrial Park, Tongling |
| Documents Served | One summary of document(s) to be served, one summons, one complaint, which have Chinese translation versions |
| Signature or Seal of the Addressee | |
| Date of Service | Year     Month     Day   Time |
| The Addressee's Agent and Reason for such Agency | |
| Server(s) | |
| Remarks | The addressee refused to accept the documents on the ground that the case has nothing to do with it, the documents were left at the company.<br>Servers: Ju Wang, Kang Chen<br>3-19-2013<br>Judicial Assistance (2013) 160 |

Note: 1. If the addressee is not present, deliver the documents to his adult family member or the person in charge of his work unit as his agent.

    2. For service to the addressee's agent, the receiving person shall affix his/her signature or seal in the column of the addressee's agent and indicate his/her relationship with the addressee.

    3. If the addressee or his/her agent refuses to accept the documents or affix his/her signature or seal, the server may invite his neighbor or other witness to the scene, explain the situation and leave the documents at his residence, and record the reason for refusal and date of service on the proof of service, affix the signature of the server herein, and it shall be deemed that service is made.

# 安徽省高级人民法院
## 送达回证

SX-13-15

2013 皖民_ 字第 00007 号

| 案　由 | |
|---|---|
| 受送达人 | 泰山石膏（铜陵）有限公司 |
| 送达地点 | 铜陵金桥工业园内 |
| 送达文书 | 被告应诉通知书一份、传票一份、诉状一份、对方有关证据 |
| 收件人签名盖章 | |
| 收到日期 | 　年　月　日　时 |
| 代收人记明代收理由 | |
| 送达人 | |
| 备　注 | 当事人以案件与其无关为由，拒绝签收，留置送达。<br>送达人：王振、陈康<br>2013.3.19<br><br>法协(2013)160号 |

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。