APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Tianjin Tianbao Century Development Co., Ltd.
    3F, Eastern Exhibition Hall, 31 Halbin Fifth Road, Tianjin Free Trade Zone,, Tianjin City, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*    Minneapolis, Minnesota, U.S.A.    , the
    , le    27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0046

证 明 书

CERTIFICATE

SX-13-9

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1. 文书已予送达* 1. that the document has been served* upon: Tianjin Tianbao Century Development CO. Ltd.
—日期：the (date) Apr. 1, 2013
—地点(城镇、街、号)：at (place, street, number) Dongzhanting, No 3rd Floor, Guozhan Center, Haibin Wu Road, Bonded Zone, Tianjin City, China

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b) in accordance with the following particular method*:

_____
_____

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)
General Administration Apartment of the Company.

—与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):
Not mentioned.

2. 由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:

_____
_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:

_____
_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

_____
_____

制于        年    月    日
Done at Beijing, Apr. 22, 2013
签名和 (或) 盖章
Signature and/or stamp.

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

*如不适用，则请删去。
*Delete if inappropriate.

The People's Republic of China

*SX-13-9*

Tianjin Second Intermediate People's Court

Proof of Service
[Seal affixed: Tianjin Second Intermediate People's Court]

| Cause of Action | Foreign Entrusted Service | Case Number | Judicial Assistance (2013) 188 |
|---|---|---|---|
| Name and Number of Copies of Documents Served |  | Document(s) to be served under Judicial Assistance (2013) 188 | |
| The Addressee |  | Tianjin Tianbao Century Trade Development Co., Ltd. | |
| Address for Service |  | 3F, Eastern Exhibition Hall, Haibin Fifth Road, Tianjin Free Trade Zone, Tianjin City | |
| Signature or Seal of the Addressee |  | Year    Month    Day | |
| The Addressee's Agent and Reason for such Agency |  | [Seal affixed: Integrated Management Department of Tianjin Tianbao Century Trade Development Co., Ltd.]  April 1, 2013 | |
| Remarks |  | | |

Issuer:                  Server(s): Jun Cui, Qiang Yao

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 57 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

    (2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

0000226

# 中华人民共和国
# 天津市第二中级人民法院
## 送 达 回 证

sx-13-9

| 案由 | 海外委托送达 | 案号 | 法协(2013)188号 |
|---|---|---|---|
| 送达文书名称和件数 | 法协(2013)188号送达材料 | | |
| 受送达人 | 天津天保世纪贸易发展有限公司 | | |
| 送达地址 | 天津市保税区海滨五路国展中心3栋东展厅 | | |
| 受送达人签名或盖章 | | | 年 月 日 |
| 代收人及代收理由 |  | | 2013年 4月 1日 |
| 备考 | | | |

填发人　　　　　　　　　送达人 崔东 姚佳强

注：①送达刑事诉讼文书，按照《中华人民共和国刑事诉讼法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照《中华人民共和国民事诉讼法》第七十八条、第七十九条的规定办理。
②代收诉讼书的，由代收人签名或盖章后，还应注明其受送达人的关系及代理理由。

0000226