APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*       __Yunan Taishan Gypsum and Building Material Co., Ltd.__
__Sanjia Village Liujiezhen Factory, Yimen County, Yunan 651107, China__

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Civil Cover Sheet<br>Translations | Done at<br>*Fait à*   Minneapolis, Minnesota, U.S.A.    , the<br>, *le* 27 DEC 2012<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>    APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0048

U.S.A.

Yimen County People's Court

Proof of Service
[Seal affixed: Yimen County People's Court]

SX-13-8

| Cause of Action | | Case Number | (2013) Yimen Foreign Assistance 1 |
|---|---|---|---|
| Name and Address of the Addressee | Yunnan Taishan Gypsum Building Materials Co., Ltd. | | |
| Name and Number of Copies of Documents Served | The Addressee's Signature | The Addressee's Agent's Signature | Server(s) |
| Summons (Chinese and English versions) | Year  Month  Day | Year  Month  Day | Jianming Yang Yuxuan Li |
| Complaint (Chinese and English versions) | Year  Month  Day | Year  Month  Day | Jianming Yang Yuxuan Li |
| Document (Chinese and English versions) | Year  Month  Day | Year  Month  Day | Jianming Yang Yuxuan Li |
|  | Year  Month  Day | Year  Month  Day |  |

Remarks: Pursuant to the letter Yunnan Higher Court Foreign Assistance (2013), this court serves the above materials to Yunnan Taishan Gypsum Building Materials Co., Ltd. on behalf of Yunnan Provincial Higher People's Court.

Yuxuan Li of Yimen County People's Court   Telephone: 15987079014

As Yunnan Taishan Gypsum Building Materials Co., Ltd. refused to sign and accept the above materials, police officers Jianming Yang, Shouchang Xia, Yuxuan Li left the above materials at the office of the company which was witnessed by Fabao Mo and Ronglai Gao, staff of the Sixth Street Office.

Servers: Shouchang Xia        Jianming Yang        Yuxuan Li

Issuer: Yuxuan Li

Eyewitnesses: Fabao Mo    Ronglai Gao
March 26, 2013

# 易门县人民法院
# 送 达 回 证

SX-13-8

| 案　由 | | 案号 | (2013)易外协1号 | |
|---|---|---|---|---|
| 受送达人的姓名、地址 | 云南泰山石膏建材有限公司 | | | |
| 送达的文书名称及件数 | 受送达人签收 | 代收人签收 | | 送达人 |
| 传票(中、英文) | 年　月　日 | 年　月　日 | | 杨建明 李昱萱 |
| 诉状(中、英文) | 年　月　日 | 年　月　日 | | 杨建明 李昱萱 |
| 文书(中、英文) | 年　月　日 | 年　月　日 | | 杨建明 李昱萱 |
| | 年　月　日 | 年　月　日 | | |

备注：根据云高法外协(2013)号函，本院代云南省高级人民法院向云南泰山石膏建材有限公司送达上述材料。

易门县人民法院李昱萱电话：15987079014

此于云南泰山石膏建材有限公司拒绝签收上述材料，2013年3月26日在本院干警杨建明、夏寿昌、李昱萱及六街办事处工作人员赵宝、高榕媛的见证下，将上述材料留置送达于该公司办公室。 送达人：夏寿昌　杨建明　李昱萱

填发人：李昱萱

见证人：赵宝、高榕媛
2013年3月26日

证 明 书

CERTIFICATE

SX-13-8

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

① 文书已予送达* 1.that the document has been served*
—日期：the (date) _Mar 26, 2013._
—地点(城镇、街、号)：at (place, street, number) _Taishan Gypsum Building Materials Corporation, Ltd, Yunnan Prov., China._

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
①依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
②依下述特定方法：* b) in accordance with the following particular method*:
_____
_____

③交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)
_The company refused to accept the documents so the court officers left the documents at the company._
—与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):
_____
_____

2、由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:
_____
_____
_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:
_____
_____

适当时，确认送达的文件：                    制于 _Beijing_ 年 _Apr 17, 2013_ 月 日
In appropriate cases, documents establishing the service:    Done at _____, 2013
_____    签名和 (或) 盖章
_____    Signature and / or stamp.

*如不适用，则请删去。
*Delete if inappropriate.

中华人民共和国
司法部
民商事司法协助专用章