APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*) Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.
11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, 310005 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention,*
   a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b)*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at  Minneapolis, Minnesota, U.S.A.    , the 27 DEC 2012
*Fait à*                                    *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Signature]

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94
(Est. 11/22/77)

* Delete if inappropriate.
*Rayez les mentions inutiles.*

266532-0057

SX-13-44

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*que la demande a été exécutée*
   - the (date)
   - *le (date)* __Apr. 2, 2013__
   - at (place, street, number)
   - *à (localité, rue, numéro)* __F. 11 Jinjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang Prov., China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __The signature is not legible.__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Company Staff__

2) that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __Apr. 27, 2013__
*Fait à*, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0057

SX-13-44
U.S.A.

| Hangzhou City Intermediate People's Court of Zhejiang Province<br><br>Proof of Service<br>(Seal affixed: Hangzhou City Intermediate People's Court of Zhejiang Province) ||||
|---|---|---|---|
| Case Number | (2013) Zhejiang Higher Court Foreign 84<br>Pursuant to the letter Judicial Assistance (2013) 179 of the Supreme People's Court | Cause of Action | Entrusted Service of International Judicial Assistance |
| The Addressee (Unit) | Zhejiang Provincial Second Light Industry Enterprises Group Import & Export Co., Ltd. |||
| Address for Service | 11/F, Jinjiang Building, 111South Hushu Road, Hangzhou City, Zhejiang Province |||

| Documents Served | Issuer | Server(s) | Date of Service | Signature or Seal of the Addressee |
|---|---|---|---|---|
| One summary of documents served | | | 04-02-2013 | [Signature affixed: illegible] |
| One summons | | Gang Hua | 04-02-2013 | [Signature affixed: illegible] |
| One complaint | | | 04-02-2013 | [Signature affixed: illegible] |
| Document | | | 04-02-2013 | [Signature affixed: illegible] |
| Translation versions of the above documents | | | Year Month Day | [Signature affixed: illegible] |
| | | | Year Month Day | |
| | | | Year Month Day | |

| Remarks | I am an employee of the company<br><br>[Signature affixed: illegible]<br><br>04-02-2013 |
|---|---|

Note: (1) If the documents can't be service for any special reasons, state the reason of inability to serve in the remarks column.
   (2) If the addressee is not present, deliver the documents to his adult family member, neighbor, work unit or government or neighbor committee where the addressee resides as his agent. For service to the addressee's agent, the receiving person shall affix his/her signature or seal in the column of the addressee and indicate the reason and his/her relationship with the addressee in the remarks column.

Sx-13-44.

# 浙江省杭州市中级人民法院
## 送 达 回 证

| 案　号 | （2013）浙高法外字第 84 号<br>根据最高人民法院法协（2013）第 179 号函 | 案　由 | 国际司法协助委托送达 |
|---|---|---|---|
| 收件人（单位） | Zhejiang Provincial Second Light Industry Enterprises Group Imp.&Exp. Co., Ltd.<br>浙江省二轻企业集团进出口有限公司 | | |
| 送 达 地 点 | 11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, 310005 China.<br>浙江省杭州市湖墅南路 111 号锦江大厦 11 楼 | | |

| 送 达 文 件 | 签发人 | 送达人 | 收 到 日 期 | 收件人签名或盖章 |
|---|---|---|---|---|
| 被送达文书概要壹份 | | | 2013 年 4 月 2 日 | |
| 传票壹份 | | 华刚 | 〃 年 4 月 2 日 | |
| 诉状壹份 | | | 〃 年 4 月 2 日 | |
| 文书 | | | 〃 年 4 月 2 日 | |
| 以上文书译文 | | | 　年　月　日 | |
| | | | 　年　月　日 | |
| | | | 　年　月　日 | |

| 备注 | 代收同志。　　2013.4.2 |
|---|---|

注：（1）如因特殊情况，文件不能送达时，在备注栏内注明不能送达的理由。
（2）如收件人不在时，将文件交与他的成年家属、近邻、工作单位或收件人居住地的所在政府或街道办事处代收。如系代收，代收人应在收件人栏内签名或盖章并在备注栏内注明原因及代收人与收件人的关系。