# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Approve Funding Administration and Special Master Services;

IT IS ORDERED BY THE COURT that said motion is GRANTED.

New Orleans, Louisiana, this 19th day of _____July_____, 2013.

*[signature]*

Eldon E. Fallon
United States District Court Judge