**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | ) | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED** | ) | **SECTION: L** |
| **DRYWALL PRODUCTS LIABILITY** | ) | **JUDGE FALLON** |
| **LITIGATION** | ) | **MAG. JUDGE WILKINSON** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| **ALL ACTIONS** | ) | |

**O R D E R**

Considering the foregoing Motion to Remove Certain Participating Defendants From Global Settlement;

**IT IS ORDERED BY THE COURT** that Coastal Living Homes, LLC and F&L Developers, Inc. appear and show cause on _August 20_, 2013 at _9:00_ o'clock a.m. as to why each should not be deleted as a Participating Defendant from the Global Settlement and no longer be eligible for the release and bar order contained in the Global Settlement and this Court's Orders Approving the Global Settlement.

New Orleans, Louisiana, this _19th_ day of _____July_____, 2013.

_____
ELDON E. FALLON
United States District Judge