# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## O R D E R

Considering the foregoing Joint Motion to Dismiss, in Part or in Full, MDL Cases Covered by the Global Settlement;

**IT IS ORDERED BY THE COURT** that any party objecting to the full dismissal of the lawsuits listed in Exhibit A to the Motion appear and show cause on August 20, 2013 at 9:00 o'clock a.m. why these lawsuits should not be dismissed in their entirety.

**IT IS FURTHER ORDERED BY THE COURT** that any party objecting to the partial dismissal of the lawsuits listed in Exhibit B to the Motion appear and show cause on August 20, 2013 at 9:00 o'clock a.m. why the defendants identified in the lawsuits listed in Exhibit B should not be dismissed.

New Orleans, Louisiana, this 19th day of July, 2013.

_____
ELDON E. FALLON
United States District Judge