UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from the Ombudsman, Louis Velez. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that the Ombudsman's contact information be placed on the Court's website as requested. The Court wishes to thank the Ombudsman for his continued assistance in this matter.

New Orleans, Louisiana, this 22nd day of July, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Louis A. Velez
870 Wilson Drive
New Orleans
LA 70119

Brian Lambert
444 SE 13th Place
Cape Coral
FL 33990