


# VELEZ
## CONSTRUCTION, LLC
### CHINESE DRYWALL OMBUDSMAN

July 12, 2013

Honorable Eldon E. Fallon
Judge, Div. "L"
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA  70130

                Re:       In re:  Chinese Manufactured Drywall Products Liability Litigation
                            MDL 2047
                            Claimant:  Brian Lambert

Dear Judge Fallon:

      Pursuant to this Court's Order of July 2, 2013 [Rec. Doc. 16932], I, as the Chinese Drywall MDL 2047 Ombudsman, immediately contacted Mr. Brian Lambert. Mr. Lambert and I discussed all of his concerns about the tile work in his home. We spoke for a little over an hour. It is my belief that I have answered all of Mr. Lambert's concerns and left him with a positive attitude toward the remediation. Mr. Lambert was somewhat concerned that his attorney had no knowledge of who the Ombudsman was or how to contact him. His attorney had a telephone number that was not responsive. I advised Mr. Lambert that I have an email address and cell phone that is with me at all times, and I respond to all communications immediately. I provided Mr. Lambert with all of my contact information. I am attaching various communications I have had with Mr. Lambert, as well as with Philip Adams of Moss.

      I do not believe that most of the attorneys connected with the Chinese drywall litigation have the information on how to contact me as the Ombudsman. I have never had any contact from Florida, very little from Mississippi, just a few from Alabama and Louisiana, and only one from Texas asking for help in getting their attorney to proceed in getting their home remediated.

Honorable Eldon E. Fallon
July 12, 2013
PAGE -2-

    I hope that I have complied with this Court's Order. If there are any additional duties that re required of me please let me know.

                          Respectfully yours,

                          LOUIS A. VELEZ
                        **Chinese Drywall Ombudsman**

Encls.
cc:    Russ M. Herman, Esq.
       Leonard A. Davis, Esq.
       Kerry Miller, Esq.



**From:** BRIAN LAMBERT [mailto:brian.lambert1966@gmail.com]
**Sent:** Tuesday, July 09, 2013 5:40 PM
**To:** louisav@cox.net
**Cc:** laredo-22@hotmail.com
**Subject:** Brian Lambert Residence - 444 SE 13th Pl Cape Coral 33990 - Chinese Drywall Remediation

Mr. Velez,

First and foremost, I sincerely appreciate you taking the time to contact me regarding the circumstance I'm facing with the Chinese drywall remediation of my home.

Please find attached a copy of our punch list for our walkthrough which took place today, 07/09/2013. Also, you will find attached a photo on the "exterior R-5 multi-layer insulation" that we discussed. You will notice that the insulation had been cut into. This was done during the initial demo process, which was also one of my concerns as to integrity of the insulation.

We are able to provide you with corresponding emails, photos, etc. upon request. Our attorney is Jennifer Krenek of Reich & Binstock, email address is jkrenek@reichandbinstock.com

Once again, thank you for your time in this matter.


Brian Lambert
444 SE 13th Place Cape Coral 33990
215-317-1613
brian.lambert1966@gmail.com

Lambert Residence
444 SE 13th Pl Cape Coral 33990

## Final Walk-Through Punch List – 7/9/2013

**GENERAL:**
Install all window screens
Reinstall original locks – all done except for front door
Remove washer, dryer and dishwasher and dispose of – to be completed today
Are all a/c filters installed? Yes
Cannot verify volume controls/speakers with no stereo equipment
Cannot verify smoke detector function due to height of ceilings
Damaged pavers & haze color issue - Being addressed by Moss

**FOYER:**
1. Front door weather stripping (top of door) needs to be repaired
2. Remove paint on foyer entrance window
3. Remove paint on front door floor plate
4. Remove paint on front door handle and lock
5. Front door weather stripping (bottom of door) needs to be repaired
6. ~~What does this work? Floor outlet~~

**DINING ROOM:**
7. Remove paint on upper window trim
8. Chipped tile - currently being addressed/worked on
9. Chipped tile - currently being addressed/worked on
10. Stains on decorative mantel.

**LAUNDRY ROOM:**
11. Interior garage door handle upside down
12. Interior garage door does not lock properly
13. Remove paint on interior garage door handle
14. Door squeaks when opening/closing
15. Control panel on wall should have a lock/doesn't close properly
16. Cabinet door(s) warped; handles to be removed and reset – cabinet doors being installed this week

**HALLWAY #1:**
17. Drywall/paint imperfection
18. Drywall/paint imperfection
19. Door trim damaged
20. Door trim missing paint
21. Closet shelving not installed properly (height adjustment, patch holes)
22. Bubbling in the paint
23. Door trim has paint imperfection

## BEDROOM #2 AND CLOSET:
24. ~~Outlet upside down (due to light switch?)~~
25. Ceiling fan missing 1 light bulb / light not functioning properly
26. Drywall/paint imperfection
27. Drywall/paint imperfection
28. Inside closet trim damaged
29. Trim damaged
30. Drywall/paint imperfection
31. All door hinges have paint overspray on them

## BEDROOM #3 AND CLOSET:
32. ~~Outlet upside down (due to light switch?)~~
33. In closet, need to adjust the height of the top self (too high)
34. In closet, patch holes in drywall

## GUEST BATHROOM:
35. Remove paint/drywall dust from window
36. ~~There are several scratches on window sill (new?)~~
37. Tub faucet is loose
38. Vanity (right side) has scratch marks
39. Remove paint on toilet backing
40. ~~Towel ring missing~~

## POOL BATHROOM AND CLOSET:
41. Door leading out to pool (interior side) has several dents
42. Closet shelving not installed properly (height adjustment, patch holes)
43. ~~Outlet (GFI requirement?) – Runs off GFI outlet in Guest Bathroom~~
44. ~~Towel ring missing~~
45. Closet door making noise when opening/closing (bottom hinge?)

## BREAKFAST NOOK:
46. ~~Remove paint on window~~
47. Drywall/paint imperfection (2nd window panel, corner of ceiling)
48. Lighting fixture is not working properly (1 light is out)
49. Paint missing on baseboard

## KITCHEN/PANTRY:
50. Moen faucet (like for like?)
51. ~~Outlet crooked and loose~~
52. ~~Outlet crooked and loose~~
53. ~~Outlet crooked and loose~~
54. Granite has a white haze look
55. Shelving needs to be added with correct height; patch holes
56. Paint on door trim missing (inside)
57. ~~Eyeball trim ring above sink has a gap, not sitting flush~~
58. ~~Eyeball trim ring above sink has a gap, not sitting flush~~
59. ~~Phone jack screws not flush; need to be mounted correctly~~

## GREAT ROOM:
60. Entertainment center (right side) ~~light not working~~; eyeball trim ring not flush
61. Remove paint from HDMI cables
62. Fan on HI Speed has a squeaky noise & one side of fan spins faster than the other
63. ~~Outlet missing on the floor (only has a plate cover?)~~
64. Drywall/paint imperfection
65. Drywall/paint imperfection (ceiling)
66. Slider glass door track is bent

## MASTER BEDROOM:
67. ~~Outlet upside down (due to light switch?)~~
68. ~~Outlet upside down (due to light switch?)~~
69. ~~Door leading to the pool area (left side) handle is upside down~~
70. ~~Missing cover for cables~~
71. ~~Missing cover for cables~~
72. Remove paint from HDMI cables
73. Remove paint on window frames/sills

## MASTER BEDROOM: WALK-IN CLOSET #1:
74. Top shelving need to be adjusted higher; also require 2nd set of shelving (originally had 2 sets of shelving in closet)
75. ~~What is this? Transformer for hockey puck light above hallway mirror~~

## MASTER BEDROOM HALLWAY:
76. Drywall/paint imperfection
77. Pocket door not functioning properly and will need to be repainted.

## MASTER BEDROOM: WALK-IN CLOSET #2:
78. Top shelving need to be adjusted higher; also require 2nd set of shelving (originally had 2 sets of shelving in closet)
79. Drywall/paint imperfection

## MASTER BATHROOM:
80. Missing white strip on window
81. ~~Remove paint on shutter panel~~
82. Missing paint on upper window
83. Remove paint on middle window
84. Remove paint on upper window trim
85. Shower head connection needs to be attached
86. Mirror behind tub not flush
87. ALL faucets need to have hot & cold indicators (red & blue) – need to address with plumbing sub-contractor

## MASTER BATHROOM: LINEN CLOSET:
88. There is a piece of wire above top door hinge, what is it?

## MASTER BATHROOM: TOILET ROOM:
89. Drywall/paint imperfection

## MASTER BATHROOM: SHOWER:
90. Shower floor grout cracked


## STUDY:
91. Remove ALL paint off hardwood floor, to include the closet
92. Fan blade broken
93. Bad magnet on shutter panel
94. Remove paint off upper window frame
95. Drywall/paint imperfection
96. Adjust shelving height and patch holes
97. ~~Closet light does not work~~
98. Remove paint off hardwood floors.
99. Remove paint from study entrance door window
100. Cracked tile outside study leading into Great Room – currently being addressed/worked on


## GARAGE:
Touch up paint above garage door
Paint right of walk door


## EXTERIOR LIGHTING:
Exterior light above grill not working and touchup paint around eyeball trim
Exterior lighting fixtures need to be address with Gator Electric (chipped)
All exterior lighting fixtures need to be fully operational
Touchup paint at outside speakers


## EXTERIOR PLUMBING:
Check auto fill line shut off for pool
Seawall faucet leaking – flex elbow at seawall to be repaired which is connected to the auto fill valve



**From:** BRIAN LAMBERT [mailto:brian.lambert1966@gmail.com]
**Sent:** Tuesday, July 09, 2013 5:52 PM
**To:** Alex Rodriguez; KScott@legacyunitedinc.com; tlorenz@mossemail.com; david-gatorelectric@comcast.net
**Cc:** Jennifer Krenek; laredo-22@hotmail.com
**Subject:** Lambert Residence: Final Walk-Through 7-9-2013

Alex/Kevin/Taylor,

The final walk-through of our residence took place today, 07/09/2013 at 10:00 am. In attendance was Kevin Scott, Taylor Lorenz, Jeremy and his assistant from Gator Electric.

Please find attached our "*Final Punch List*". You will notice some issues that were listed have already been corrected and crossed off the list as of today.

We did sign the attached punch list for Moss, per the request of Mr. Lorenz today verifying that we did the walkthrough, but we <u>did not</u> sign the "Homeowner Release of Contractor" as per our attorney's request. There were no lien release documentation provided to us from Moss. Kevin stated that there were no liens filed against the property. We were told to get with Alex regarding the lien release documentation.

The key will remain in the lockbox in order for punch list items to be completed. Estimated date of completion, as per Kevin Scott, will be next Wednesday, 07/17/2013. We informed everyone that we are scheduled to move back into our home on 07/18/2013.

**I would personally like to thank Jeremy and his assistant of Gator Electric for assisting us during our walkthrough today.**

Thank you for your time in this matter. Any questions, please contact me.

Sincerely,

Brian Lambert
215-317-1613
brian.lambert1966@gmail.com

Lambert Residence
444 SE 13th Pl Cape Coral 33990

## Final Walk-Through Punch List – 7/9/2013

**GENERAL:**
Install all window screens
Reinstall original locks – all done except for front door
Remove washer, dryer and dishwasher and dispose of – to be completed today
Are all a/c filters installed?  Yes
Cannot verify volume controls/speakers with no stereo equipment
Cannot verify smoke detector function due to height of ceilings
Damaged pavers & haze color issue - Being addressed by Moss

**FOYER:**
1. Front door weather stripping (top of door) needs to be repaired
2. Remove paint on foyer entrance window
3. Remove paint on front door floor plate
4. Remove paint on front door handle and lock
5. Front door weather stripping (bottom of door) needs to be repaired
6. ~~What does this work? Floor outlet~~

**DINING ROOM:**
7. Remove paint on upper window trim
8. Chipped tile - currently being addressed/worked on
9. Chipped tile - currently being addressed/worked on
10. Stains on decorative mantel.

**LAUNDRY ROOM:**
11. Interior garage door handle upside down
12. Interior garage door does not lock properly
13. Remove paint on interior garage door handle
14. Door squeaks when opening/closing
15. Control panel on wall should have a lock/doesn't close properly
16. Cabinet door(s) warped; handles to be removed and reset – cabinet doors being installed this week

**HALLWAY #1:**
17. Drywall/paint imperfection
18. Drywall/paint imperfection
19. Door trim damaged
20. Door trim missing paint
21. Closet shelving not installed properly (height adjustment, patch holes)
22. Bubbling in the paint
23. Door trim has paint imperfection

## BEDROOM #2 AND CLOSET:
24. ~~Outlet upside down (due to light switch?)~~
25. Ceiling fan missing 1 light bulb / light not functioning properly
26. Drywall/paint imperfection
27. Drywall/paint imperfection
28. Inside closet trim damaged
29. Trim damaged
30. Drywall/paint imperfection
31. All door hinges have paint overspray on them

## BEDROOM #3 AND CLOSET:
32. ~~Outlet upside down (due to light switch?)~~
33. In closet, need to adjust the height of the top self (too high)
34. In closet, patch holes in drywall

## GUEST BATHROOM:
35. Remove paint/drywall dust from window
36. ~~There are several scratches on window sill (new?)~~
37. Tub faucet is loose
38. Vanity (right side) has scratch marks
39. Remove paint on toilet backing
40. ~~Towel ring missing~~

## POOL BATHROOM AND CLOSET:
41. Door leading out to pool (interior side) has several dents
42. Closet shelving not installed properly (height adjustment, patch holes)
43. ~~Outlet (GFI requirement?) – Runs off GFI outlet in Guest Bathroom~~
44. ~~Towel ring missing~~
45. Closet door making noise when opening/closing (bottom hinge?)

## BREAKFAST NOOK:
46. ~~Remove paint on window~~
47. Drywall/paint imperfection (2nd window panel, corner of ceiling)
48. Lighting fixture is not working properly (1 light is out)
49. Paint missing on baseboard

## KITCHEN/PANTRY:
50. Moen faucet (like for like?)
51. ~~Outlet crooked and loose~~
52. ~~Outlet crooked and loose~~
53. ~~Outlet crooked and loose~~
54. Granite has a white haze look
55. Shelving needs to be added with correct height; patch holes
56. Paint on door trim missing (inside)
57. ~~Eyeball trim ring above sink has a gap, not sitting flush~~
58. ~~Eyeball trim ring above sink has a gap, not sitting flush~~
59. ~~Phone jack screws not flush; need to be mounted correctly~~

## GREAT ROOM:
60. Entertainment center (right side) ~~light not working~~; eyeball trim ring not flush
61. Remove paint from HDMI cables
62. Fan on HI Speed has a squeaky noise & one side of fan spins faster than the other
63. ~~Outlet missing on the floor (only has a plate cover?)~~
64. Drywall/paint imperfection
65. Drywall/paint imperfection (ceiling)
66. Slider glass door track is bent

## MASTER BEDROOM:
67. ~~Outlet upside down (due to light switch?)~~
68. ~~Outlet upside down (due to light switch?)~~
69. ~~Door leading to the pool area (left side) handle is upside down~~
70. ~~Missing cover for cables~~
71. ~~Missing cover for cables~~
72. Remove paint from HDMI cables
73. Remove paint on window frames/sills

## MASTER BEDROOM: WALK-IN CLOSET #1:
74. Top shelving need to be adjusted higher; also require 2nd set of shelving (originally had 2 sets of shelving in closet)
75. ~~What is this? Transformer for hockey puck light above hallway mirror~~

## MASTER BEDROOM HALLWAY:
76. Drywall/paint imperfection
77. Pocket door not functioning properly and will need to be repainted.

## MASTER BEDROOM: WALK-IN CLOSET #2:
78. Top shelving need to be adjusted higher; also require 2nd set of shelving (originally had 2 sets of shelving in closet)
79. Drywall/paint imperfection

## MASTER BATHROOM:
80. Missing white strip on window
81. ~~Remove paint on shutter panel~~
82. Missing paint on upper window
83. Remove paint on middle window
84. Remove paint on upper window trim
85. Shower head connection needs to be attached
86. Mirror behind tub not flush
87. ALL faucets need to have hot & cold indicators (red & blue) -- need to address with plumbing sub-contractor

## MASTER BATHROOM: LINEN CLOSET:
88. There is a piece of wire above top door hinge, what is it?

## MASTER BATHROOM: TOILET ROOM:
89. Drywall/paint imperfection

## MASTER BATHROOM: SHOWER:
90. Shower floor grout cracked

## STUDY:
91. Remove ALL paint off hardwood floor, to include the closet
92. Fan blade broken
93. Bad magnet on shutter panel
94. Remove paint off upper window frame
95. Drywall/paint imperfection
96. Adjust shelving height and patch holes
97. ~~Closet light does not work~~
98. Remove paint off hardwood floors.
99. Remove paint from study entrance door window
100. Cracked tile outside study leading into Great Room – currently being addressed/worked on

## GARAGE:
Touch up paint above garage door
Paint right of walk door

## EXTERIOR LIGHTING:
Exterior light above grill not working and touchup paint around eyeball trim
Exterior lighting fixtures need to be address with Gator Electric (chipped)
All exterior lighting fixtures need to be fully operational
Touchup paint at outside speakers

## EXTERIOR PLUMBING:
Check auto fill line shut off for pool
Seawall faucet leaking – flex elbow at seawall to be repaired which is connected to the auto fill valve



**From:** Phil Adams [mailto:padams@mossemail.com]
**Sent:** Wednesday, July 10, 2013 7:30 PM
**To:** Louis A. Velez
**Subject:** Re: Chinese Drywall MDL 2047 re Brian Lambert

Louis
We had the areas checked by Benchmark. No KPT behind the tile. Moss is preparing a response to Judge Fallon and the PSC.
Thanks

Sent from my iPhone

On Jul 10, 2013, at 8:25 PM, "Louis A. Velez" <louisav@cox.net> wrote:

> Phil,
>
> I spoke to Mr. Lambert as soon as I received the order from Judge Fallon. I think I have solved some of his concerns. He sent me the latest punch list and said the contractor was in the process of correcting the items. I explained that the contractor was not responsible for removing all of the tile unless it was clear that Chinese Drywall existed.. His main concern was that his previous contractor told him that they may have installed Knauff behind the tile. Louis V.
>
> **From:** Phil Adams [mailto:padams@mossemail.com]
> **Sent:** Wednesday, July 10, 2013 5:49 AM
> **To:** Kate Danahay; 'louisav@cox.net'
> **Cc:** Lenny Davis; Lillian Flemming; 'jkrenek@reichandbinstock.com'; 'Sam Brandao (sam_brandao@laed.uscourts.gov)'; Arnold Levin; Russ Herman; Fred Longer ; Kerry Miller (kmiller@frilot.com); Guy Reese; Joe Harris; Chris Krause
> **Subject:** RE: Chinese Drywall MDL 2047 re Brian Lambert
>
> Lenny,
> Moss acknowledges receipt of this order and will respond to both the PSC and the Court.
> Thank you
>
> *Philip A. Adams*
> *Sr. Project Manager |* **Moss & Associates**
> o (954) 769-8199 | m (954) 812-0524 | f (954) 524-5677
> 2101 N. Andrews Ave., Suite 300, Fort Lauderdale, Fl 33311
>
> **From:** Kate Danahay [mailto:kdanahay@hhklawfirm.com]
> **Sent:** Tuesday, July 09, 2013 4:06 PM
> **To:** Phil Adams; 'louisav@cox.net'
> **Cc:** Lenny Davis; Lillian Flemming; 'jkrenek@reichandbinstock.com'; 'Sam Brandao (sam_brandao@laed.uscourts.gov)'; Arnold Levin; Russ Herman; Fred Longer ; Kerry Miller (kmiller@frilot.com)
> **Subject:** Chinese Drywall MDL 2047 re Brian Lambert

1

FROM LEONARD A. DAVIS:

On July 2, 2013 Judge Eldon E. Fallon presiding judge in MDL 2047, In Re: Chinese Manufactured Drywall Products Liability Litigation issued an order [Rec. Doc. 16932], copy attached. Judge Fallon ordered that our office review the correspondence from Brian Lambert and share the correspondence with the Ombudsman. I am forwarding a copy of this to you as well as Mr. Velez. I trust that you will investigate this matter. I believe that this claimant is represented by Jennifer Krenek and I am also copying Ms. Krenek on this email. Furthermore I am copying Judge Fallon's clerk so that he is aware that we have complied with the order.

**Kate Danahay**
Legal Assistant to Leonard A. Davis,
Jeremy S. Epstein and Adam H. Weintraub
Herman, Herman & Katz, LLC
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (fax)
kdanahay@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED.  PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

 Please consider the environment before printing this e-mail

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

**From:** Brian Lambert [mailto:brian.lambert1966@gmail.com]
**Sent:** Friday, July 12, 2013 9:37 AM
**To:** Alex Rodriguez
**Cc:** Taylor Lorenz; KScott@LegacyUnitedInc.com; Jennifer Krenek
**Subject:** Fwd: Lambert Residence: Final Walk-Through 7-9-2013

Good morning Alex,
Please let me know the status of the paver drive way surface damage and brick replacement. We would like to do our final walkthrough with all repairs completed on Thursday July 18th in the morning as early as possible. We have the moving company scheduled to move our belongings back that day. Please let me know if all the work will be completed by this date. Thank you.

Brian Lambert's IPhone

Begin forwarded message:

> **From:** BRIAN LAMBERT <brian.lambert1966@gmail.com>
> **Date:** July 9, 2013, 6:51:54 PM EDT
> **To:** Alex Rodriguez <arodriguez@mossemail.com>, KScott@legacyunitedinc.com, tlorenz@mossemail.com, david-gatorelectric@comcast.net
> **Cc:** Jennifer Krenek <jkrenek@reichandbinstock.com>, laredo-22@hotmail.com
> **Subject: Lambert Residence: Final Walk-Through 7-9-2013**
>
> Alex/Kevin/Taylor,
>
> The final walk-through of our residence took place today, 07/09/2013 at 10:00 am. In attendance was Kevin Scott, Taylor Lorenz, Jeremy and his assistant from Gator Electric.
>
> Please find attached our "*Final Punch List*". You will notice some issues that were listed have already been corrected and crossed off the list as of today.
>
> We did sign the attached punch list for Moss, per the request of Mr. Lorenz today verifying that we did the walkthrough, but we <u>did not</u> sign the "Homeowner Release of Contractor" as per our attorney's request. There were no lien release documentation provided to us from Moss. Kevin stated that there were no liens filed against the property. We were told to get with Alex regarding the lien release documentation.
>
> The key will remain in the lockbox in order for punch list items to be completed. Estimated date of completion, as per Kevin Scott, will be next Wednesday, 07/17/2013. We informed everyone that we are scheduled to move back into our home on 07/18/2013.

1

\*\*I would personally like to thank Jeremy and his assistant of Gator Electric for assisting us during our walkthrough today.\*\*

Thank you for your time in this matter. Any questions, please contact me.

Sincerely,

Brian Lambert
215-317-1613
brian.lambert1966@gmail.com

$01.32
JUL 16 2013
MAILED FROM ZIP CODE 70113

U.S. MARSHALS

Honorable Eldon E. Fallon
Judge, Div. "L"
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C456
New Orleans, LA 70130



**VELEZ**
CONSTRUCTION, LLC
LOUIS VELEZ
870 Wilson Drive • New Orleans, LA 70119

27687.9999