**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CLASS COUNSELS' MEMORANDUM IN SUPPORT OF**
**MOTION TO EXTEND CLAIM SUBMISSION PERIOD**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted in support of the Motion to Extend Claim Submission Period filed by Class Counsel, Russ M. Herman and Arnold Levin.

On February 7, 2013, the Court entered an Order and Judgment:  (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570].  On February 19, 2013, the Court issued an Order Correcting Clerical Error [Rec. Doc. 16580] in the February 7, 2013 Order [16570].

On March 27, 2013, the Court issued an Order [Rec. Doc. 16642] setting forth procedures and deadlines for registration of claims associated with the Class Settlements.  The Registration Deadline occurred on July 8, 2013.

On May 23, 2013, the Court issued an Order [Rec. Doc. 16877] setting forth the Claim Submission Period of August 26, 2013.  The Settlement Administrator, BrownGreer, began accepting claim submissions from Class Members in the Class Settlements on Monday, May 27, 2013.  Since that time, BrownGreer has been receiving claim submissions on a daily basis.  Some issues have arisen regarding claim submission and BrownGreer has been working with Class

1

Counsel and others to better enable claimants to submit data for consideration in the Settlements. This process is ongoing and reports are being made to the Court at the monthly status conference. Claimants should be allowed ample time to submit completed Claim Forms. Class Counsel respectfully requests that the Claim Submission Period of August 26, 2013 be extended up until and through September 30, 2013 to allow all claimants to submit completed Claim Forms. This additional time frame will enable Class Members to gather materials, submit the materials, and enable the Class Settlements to proceed efficiently.

Respectfully submitted,

Dated: July 24, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of July, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*

3