UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION l |
| **Wiltz, et al vs. Beijing New Building Public Limited Co., et al; Case No. 10-0361** | JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |
| **Abel, et al vs. Taishan Gypsum Co., et al; Case No. 11-080** | |
| **Amorin, et al vs. Taishan Gypsum Co. Ltd., et al; Case No. 11-1672** | |
| **Amorin, et al vs. Taishan Gypsum Co. Ltd., et al; Case No. 11-1395** | |
| **Amorin, et al vs. Taishan Gypsum Co. Ltd., et al; Case No. 11-1673** | |

## PLAINTIFF'S NOTICE OF INTENT TO REMEDIATE

NOTICE IS HEREBY given by John Hernandez, Plaintiff in the above captioned matter, that the property located at 3416 N. Perry Avenue, Tampa, FL 33603, shall be made available for inspection prior to the commencement of remediation, which shall occur no sooner than twenty (20) days from the date of this notice. Plaintiff alleges that the property contains Taihe drywall manufactured by Taishan. The Builder is Bridges Development Group, Inc. The installer is believed to be William Talmadge Drywall, Inc., and the supplier is believed to be Stock Building Supply.

Anyone desiring to view the property should contact Plaintiff's counsel, Holly Werkema at hwerkema@baronbudd.com or (214) 521-3605 or Allison Grant at agrant@allisongrantpa.com or (561) 994-9646.

        Respectfully submitted,

Dated: July 26, 2013      /s/ Holly R. Werkema
            Holly R. Werkema
            Baron & Budd, P.C.
            3102 Oak Lawn Ave., Suite 1100
            Dallas, TX 75219
            Phone: (214) 521-3605
            Fax: (214) 520-1181
            hwerkema@baronbudd.com

            Allison Grant, Esq.
            Allison Grant, P.A.
            730 S. Federal Highway
            Lake Worth, Florida   33460
            Phone: (561) 994-9646
            Fax: (561) 431-4627
            agrant@allisongrantpa.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Plaintiff, John Hernandez's Notice of Intent to Remediate has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 26th day of July, 2013.

/s/ Holly R. Werkema
Holly R. Werkema