**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED** | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | **SECTION:  L** |
| **LITIGATION** | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO ALL CASES**

**NOTICE OF DISPOSAL OF PHYSICAL**
**EVIDENCE BY THE LIBERTY MUTUAL ENTITIES**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Liberty Mutual Insurance Company, Liberty Mutual First Insurance Company, The First Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance Company, America First Insurance Company, Peerless Insurance Company and Safeco Insurance Company of America (collectively, the "Liberty Mutual Entities") hereby give notice of their intention to dispose of the physical evidence that the Liberty Mutual Entities were previously preserving pursuant to the requirements of Pretrial Order No. 1B for the following claims:

| **Homeowner** | **Address** |
|---|---|
| Albino, Joe & Wood | 14131 Stilton St. Tampa, Florida 33626 |
| Allen, Phillip & Clarine | 907 Eastfield Ln. Newport News, Virginia  23602 |
| Alonso, Judy | 2014 Lac Cache Baton Rouge, Louisiana  70816-8363 |
| Anderson, Jason & Kristina | 2815 Newbern Way Clearwater, Florida 33761 |
| Andrews, Angela/Haley, Walter | 2527 Monticello Street, New Orleans, Louisiana 70117 |
| Atkins, Leonard | 1272 Century Oaks Drive # A, Gulfport, Mississippi 39507 |

- 2 -

| Homeowner | Address |
|---|---|
| Barousse, Audrey & Gordon | 615 Highway 1085<br>Madisonville, Louisiana 70447 |
| Bartels, Joseph | 3900 Canal Street<br>New Orleans, Louisiana 70119 |
| Bissett, Sandra & Robert | 8911 Scent Fern Street<br>Houston, Texas 77064 |
| Blue, Damon & Latanya | 8770 Fort Socrum Village Way<br>Lakeland, Florida 33810 |
| Borne, Carol R. | 835 Montgomery Street<br>Mandeville, Louisiana 70448 |
| Bourgeois, Richard & Gail | 10968 Shoreline Dr.<br>Baton Rouge, Louisiana 70809 |
| Boyce, Chris | 4049 Greenan Way<br>Gulf Shores, Alabama 36542 |
| Braud, Michael and Mary Ann Saucer-Braud | 9048 Firetower Road Pass<br>Christian, Mississippi 39571 |
| Brown, Ada & Hillary | 812 Cole Ct.<br>Covington, Louisiana 70433 |
| Caban, Jose & Erica | 475 Randolph Street<br>Camden, New Jersey 08105 |
| Calvo, Rosa | 4257 Winding Vine Drive<br>Lakeland, Florida 33812 |
| Coats, Angela & Charles | 20 Cedar Wood Drive<br>Perkinston, Mississippi 39573 |
| Coiro, Donna | 340 Annette Lane<br>Diberville, Mississippi 39540 |
| D'Amico, Michelle and Daniel | 591 Autumn Wind Lane<br>Mandeville, Louisiana 70741 |
| d'Hemecourt, Thomas & Marcelle | 3036 Hill Court<br>Mandeville, Louisiana 70448 |
| Delk (Lorona), Karen | 14820 Nassau Drive<br>Biloxi, Mississippi 39532 |
| Fath, Thomas & Noriko | 1130 Century Oaks Drive, Unit A<br>Gulfport, Mississippi 39507 |
| Ferguson, Truman | 208 Plantation Rd.<br>Dothan, Alabama 36303 |
| Gagnon, Chad and Amy | 701 Summer Lane<br>Mandeville, Louisiana 70471 |
| Garrett, Courtney & Philip | 6050 General Diaz Street<br>New Orleans, Louisiana 70124 |

| Homeowner | Address |
|---|---|
| Graham, James Ellis | 229 Villager Drive,  St. Simons Island, Georgia 31522 |
| Greene, Craig | 3117 McClendon Court Baton Rouge, Louisiana  70810 |
| Greeney, Cathleen | 1953 Silver Palm Road North Port, Florida 34288 |
| Greer, Robert | 9643 Octavia Avenue Baton Rouge, Louisiana 70809 |
| Guillory, Gregory & Cynthia | 12060 Clanton Dr. Walker, Louisiana 70785 |
| Hall, Shanna | 161 Historic Main Street Garyville, Louisiana  70051 |
| Harrelson, Michael | 4153 Ireland Street Bay St. Louis, Mississippi  39529 |
| Hegwood, Joseph & Corrine | 4512 Alabama Avenue, Chattanooga, Tennessee  37409 |
| Holder, David | 11005 Shoreline Dr. Baton Rouge, Louisiana 70809 |
| Hubbard, J. Shane & Elizabeth | 1728 Mayfair Drive Birmingham, Alabama 35209 |
| Jones, Marian | 2817 Newbern Way Clearwater, Florida 33761 |
| Landry, Justin & Renee | 12302 Dutchtown Villa Drive Geismar, Louisiana  70734 |
| Lawrence, Annette/Spencer, Joyce | 7579 Berg Street New Orleans, Louisiana 70128 |
| Levine, Michael & Cheryl | 5548 Brixton Road Williamsburg, Virginia 23185 |
| Matos, Anthony | 506 Crestview Ct. Canton, Georgia 30115 |
| Middleton, Michael II & Meghan | 18725 Tall Oaks Court Baton Rouge, Louisiana  70817 |
| Munson, James | 13602 Elm Shores Dr. Houston, Texas  77044 |
| Naden, Roberta and Craig | 5263 Courtyard Dr. Gonzales, Louisiana 70737 |
| Pabon, Ramonita | 1319 Lyonshire Drive Zephyrhills, Florida 33543 |

| Homeowner | Address |
|---|---|
| Parr, Shelley G. & Kelly | 683 Solomon Drive<br>Covington, Louisiana 70433 |
| Patin, Danielle | 5012 Pauger Street<br>New Orleans, Louisiana 70122 |
| Penton, Angie | 10055 Park Ridge Drive<br>Denham Springs, Louisiana 70706 |
| Perez, Louis, Jr. | 170-172 Felicity Street<br>Bay St. Louis, Mississippi 39520 |
| Perez, Louis, Sr. | 166 & 168 Felicity Street<br>Bay St. Louis, Mississippi 39520 |
| Petagna, Brent & Lisa | 2619 Octavia Street<br>New Orleans, Louisiana 70115 |
| Popovitch, Robert | 1217 Avondale Lane<br>Newport News, Virginia 23602 |
| Reed, Amy & Dustin | 19 Conner Dr.<br>Perkinston, Mississippi 39573 |
| Ruesch, Dorothy & Kevin | 7860 Highland Rd.<br>Baton Rouge, Louisiana 70808 |
| Sampson, Henry & Pauline | 10630 Camarelle Cir.<br>Fort Myers, Florida 33913 |
| Tarver, Tony & Sharon | 1008 Dunnavant Place<br>Birmingham, Alabama 35242 |
| Thomas, James & Darlene | 17152 Jo Boy Road<br>Prairieville, Louisiana 70769 |
| Walls, Larry & Rosalee | 2510 Van Buren Pkwy.<br>Cape Coral, Florida 33993 |
| Wheeler, Don and Agnes | 4133 Tulip Hill Avenue<br>Prairieville, Louisiana 70769 |
| White, Kendall | 15228 Styx River Road<br>Stapleton, Alabama 36578 |
| Wilson-Romans, Adma | 1986 NW 79th Terr.<br>Pembroke Pines, Florida 33024 |
| Zeber, Michele & Neal | 8949 Glenfield Drive<br>Baton Rouge, Louisiana 70809 |

Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the Date of this notice upon reasonable notice to the Liberty Mutual Entities by contacting: H, Minor Pipes, III. by telephone at: (504) 949-9726 or by email at mpipes@barrassousdin.com.

- 5 -

Upon the expiration of the thirty-day period, the Liberty Mutual Entities may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated: July 30, 2013

**LIBERTY MUTUAL INSURANCE COMPANY**

**LIBERTY MUTUAL FIRST INSURANCE COMPANY**

**THE FIRST LIBERTY INSURANCE CORPORATION**

**LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY**

**AMERICA FIRST INSURANCE COMPANY**

**PEERLESS INSURANCE COMPANY**

**SAFECO INSURANCE COMPANY OF AMERICA**

By their counsel,


*/s/ H. Minor Pipes, III*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana 70112
Telephone:  504/589-9700
Fax:  504/589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that this Notice of Disposal of Physical Evidence has been filed with the Court and served on the parties in this MDL through File & Serve in the master case number 2:09-md-02047-EEF-JCW. Additional copies of this Notice of Disposal of Physical Evidence has been served upon Plaintiffs' Liaison Counsel, Russ M. Herman, either electronically to drywall@hhkc.com, or in hard copy to, Russ M. Herman, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113; to Defendants' Liaison Counsel, Kerry Miller, either electronically to kmiller@frilot.com, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163; to Homebuilders' Liaison Counsel, Dorothy Wimberly, either electronically to dwimberly@stonepigman.com, or in hard copy to Dorothy Wimberly, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street,New Orleans, LA 70130; and to Insurance Liaison Counsel, Judy Y. Barrasso, either electronically to cdwinsurance@barrassousdin.com, or in hard copy to Judy Y. Barrasso, Insurance Liaison Counsel, Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112, (504) 589-9700 and fax (504) 589-9701.

*/s/H. Minor Pipes, III*
H. Minor Pipes, III

{888451_1}