### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
| DRYWALL PRODUCTS | ) | MDL NO. 2047 |
| LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al. v.* | ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.,* | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

### JOINT MOTION FOR AN ORDER (1) GRANTING FINAL APPROVAL OF THE SETTLEMENT AGREEMENT  REGARDING CLAIMS AGAINST COASTAL CONSTRUCTION OF  SOUTH FLORIDA, INC. RELATED TO VILLA LAGO AT RENAISSANCE COMMONS IN MDL 2047; (2) CERTIFYING THE SETTLEMENT CLASS; AND (3) APPOINTING CLASS COUNSEL

**NOW INTO COURT**, comes Plaintiffs in the action styled *Hobbie, et al. v. RCR Holdings II, LLC, et al*., No. 10-1113 (E.D. La.) (Fallon, J.) (the "*Hobbie*" matter), on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendant Coastal Construction Company of South Florida, Inc., through their undersigned counsel, who respectfully represent to the Court that they have entered into a Settlement Agreement.[1]  The parties to this putative class action represent that, pursuant to Federal Rule of Civil Procedure 23, the Settlement is fair, reasonable, and adequate for all Settlement Class Members.  Accordingly,

---

[1] Capitalized terms used in this Joint Motion shall have the same meaning as those defined in the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047 dated March 28, 2013, (the "Coastal Settlement") (Doc. #16741-2), attached as Exhibit 1 to the Memorandum in Support of the Joint Motion for an Order (1) Preliminarily Approving Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047; (2) Conditionally Certifying a Settlement Class; (3) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (4) Scheduling a Fairness Hearing; and (5) Staying the Litigation Against Coastal Construction of South Florida, Inc. (Doc. # 16741).

the Settling Parties hereby move for the entry of an Order and Judgment,[2] the terms of which include:

(1)      Finally approving the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047 dated March 28, 2013 as fair, reasonable and adequate;

(2)      Certifying the Settlement Class under Rule 23(a) and Rule 23(b)(3), appointing Gary E. Mason and Daniel R. Bryson of Whitfield Bryson & Mason LLP, Joel R. Rhine of The Rhine Law Firm, P.C., Adam Linkhorst of Linkhorst & Hockin P.A., and Gregory S. Weiss of Leopold Law, P.A. as Settlement Class Counsel;

(3)      Finding that the notice given constituted due, adequate and sufficient notice, and met the requirements of due process, the Federal Rules of Civil Procedure, and any applicable state laws;

(4)      Finding that Settlement Class Counsel has served upon the appropriate State official of each State in which a Class Member resides, and the appropriate Federal official, a copy of the complaint and the amended complaint in this Action, notice of the hearing on the motion for preliminary approval of the Settlement, Class Notice, the Settlement Agreement, the names of the class members who reside in each state, if known, and a reasonable estimate of the number of class members residing in each state that complies with the requirements of the Class Action Fairness Act, 28 U.S.C. §§ 1711-1715;

(5)      Approving the Class Release provided in Section 5.2 of the Settlement Agreement and ordering that, as of the Effective Date, the Released Claims will be released as to Coastal and all Released Parties;

---

[2] The "[Proposed] Final Order and Judgment" is filed herewith.

(6)     Dismissing all of the Class Members' claims in the Litigation against Coastal Construction of South Florida, Inc. with prejudice;

(7)     Dismissing all of RCR Holdings II, LLC's claims in its Third Party Complaint against Arch Insurance Company ("Surety");[3]

(8)     Enjoining and forever barring any and all Participating Class Members, any individual or entity who has not properly opted out, Knauf, and its affiliated companies and/or any of the Other Hobbie Defendants from commencing and/or maintaining any action, legal or otherwise, or any and all claims which could have been brought against Coastal Construction of South Florida, Inc. and any other Released Party arising from or relating to, Chinese Drywall; and

(9)     Finding that, pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of final judgment with respect to the foregoing.

This Motion is supported by the accompanying memorandum of law, the Declaration of Gary E. Mason, the Settlement Agreement, the Class Notice, and the CAFA Service List attached as exhibits to the [Proposed] Final Order and Judgment Approving Class Settlement with Defendant Coastal Construction of South Florida, Inc., filed herewith, the Court's file in this Action, and such other arguments or evidence as may be presented at or prior to the hearing on this Motion.

---

[3] *See* Defendant/Third Party Plaintiff, RCR Holdings II, LLC's Third Party Complaint Against Third Party Defendant, Arch Insurance Company, Mar. 7, 2011, Exhibit 1 to Memorandum being filed concurrently.

DATED: July 30, 2013    Respectfully submitted,

    /s/ Gary E. Mason
    Gary E. Mason
    WHITFIELD BRYSON & MASON LLP
    1625 Massachusetts Ave., NW, Suite 605
    Washington, D.C. 20036
    Telephone:  (202) 429-2290
    Facsimile:  (202) 429-2294

    Adam C. Linkhorst, Esq.
    LINKHORST & HOCKIN P.A.
    4495 Military Trail, Suite 106
    Jupiter, Florida 33458
    Telephone:   561.626.8880/954.776.5990
    Facsimile:  561.626.8885

    Joel R. Rhine
    RHINE LAW FIRM, PC
    314 Walnut Street, Suite 1000
    Wilmington  NC  28401
    Telephone:  (910) 772-9960
    Facsimile:   (910) 772-9062

    Daniel K. Bryson
    WHITFIELD BRYSON & MASON LLP
    1305 Navaho Drive, Suite 400
    Raleigh, NC 27609-7482
    Telephone: (888) 981-0939
    Facsimile: (919) 981-0199

    Gregory S. Weiss (Florida Bar No. 163430)
    Leopold Law, P.A.
    2925 PGA Boulevard, Suite 200
    Palm Beach Gardens, FL 33410
    Telephone: (561) 515-1400
    Facsimile: (516) 515-1401
    Email: gweiss@leopold-law.com

    *Attorneys for Plaintiffs*

    /s/ Addison J. Meyers
    Addison J. Meyers, Esquire
    MINTZER SAROWITZ ZERIS

LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Telephone: (305) 774-9966
Fax: (305) 774-7743
Email: ameyers@defensecounsel.com

*Attorneys for Coastal Construction of South
Florida, Inc*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail

and email or hand delivery and email and upon all parties by electronically uploading same to

Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing

in accordance with procedures established in MDL 2047 on this 30th day of July, 2013.


/s/ Gary E. Mason
Gary E. Mason