# EXHIBIT A



**PUBLISHED DAILY**
**MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared:

**JEANNETTE MARTINEZ**

Who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

**May 12, 2013**

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

Sworn to and subscribed before me this
10th day of June, 2013

My Commission
Expires: _____August 1, 2014_____
           Silvia Sendra

_____
                Notary

SILVIA SENDRA
MY COMMISSION # DD 977762
EXPIRES August 1, 2014
Bonded Thru Notary Public Underwriters



**PUBLISHED DAILY**
**MIAMI-DADE-FLORIDA**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE**

Before the undersigned authority personally appeared:

**MERCEDES BORGE**

Who on oath says that he/she is

**CUSTODIAN OF RECORDS**

of The Miami Herald, a daily newspaper published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement was published in said newspaper in the issues of:

May 16, 2013
May 28, 2013

Affiant further says that the said The Miami Herald is a newspaper published at Miami, in the said Miami-Dade County, Florida and that the said newspaper has heretofore been continuously published in said Miami-Dade County, Florida each day and has been entered as second class mail matter at the post office in Miami, in said Miami-Dade County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that he has neither paid nor promised any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspapers(s).

_____

Sworn to and subscribed before me this
       7th day of June, 2013

My Commission
Expires:  _____August 1, 2014_____
              Silvia Sendra

_____
                Notary



## PROFESSIONAL

**Audit**

KPMG LLP invites you to explore the following dynamic career opportunities available in Miami, FL. We are seeking candidates for manager positions. These positions require a bachelor's degree from an accredited college/university or foreign equivalent in a related field plus five years of experience in the offered position or in a related occupation. Employer will accept a master's degree or foreign equivalent plus two years of experience in lieu of a bachelor's degree plus five years of experience. Qualifications must include two years of experience reviewing audit working papers including performing audit procedures to help ensure they meet professional requirements under U.S. GAAS; performing audit procedures and acting as a resource for engagement team members through application of SEC and PCAOB auditing standards; identifying and resolving financial statement, control audit, and reporting issues based on U.S. GAAP and IFRS; reviewing, collecting, and analyzing data to identify client controls, fraud, or non compliance with laws, regulations, and management policies in accordance with SOX Act Section 404; and performing Benefit Plan and Pension audits in accordance with U.S. GAAP, IRS, and DOL requirements. Up to 40 percent travel required. CPA license required. Any suitable combination of education, training, or experience is acceptable.

Interested? Apply online at http://www.kpmg.apply2jobs.com and type requisition number 35979 in the keyword search box. Should you have any difficulty in applying for this position through our web site, please contact: us.hrsacsa@kpmg.com for assistance in the application process.

If offered employment, must have legal right to work in the U.S. EOE.

KPMG offers a comprehensive compensation and benefits package.

No phone calls or agencies please.

KPMG Affirmative Action, Equal Opportunity Employer, M/F/D/V. KPMG maintains a drug free workplace.

© 2013 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity. All rights reserved.

**Bookkeeper** (Miami, FL) sought by Immigration Law Firm w/2 years experience in collections from Hispanic market & budgeting monetary strategies for target population segments in Venezuela. Comp. Sal. Send resumes by postal mail. Michelle Canero, Antonia Canero PA, 1200 Brickell Ave, Ste 1250, Miami, FL 33131

**Business Development Specialist:** Coord logistics, ship'g, import & quality control (QC) activities. Insure QC of perishable foods, ship'g/transport of prod'ts (ocean, air & land freight). Advise on mktg, strategic plan'g, sales, budget & cost & expansion. Assist w/ purchas'g, pric'g & negotiations. Conduct mkt & fin'l research, Liaison/dip relations w/ vendors, customers & new prospects. 40 hrs. MBA (or for. equiv.) + 2 yrs exp. OR Bach's in Business Admin. (or for. equiv.) + 5 yrs exp. Mail resume + sal'y reqmts to Produce Inspectors of America, LLC, Attn: Mr. Eisstoche, 8500 NW 17 St., # 105, Miami, FL 33126. Job in Miami, FL.

...

## TRANSPORTATION / DRIVERS

**Driver**
**DEDICATED RUNS FOR CLASS A TEAMS!!! $1,500**
**Sign On Bonus**
✓ Weekly Hometime
✓ $.40/mile;Consistent Miles
✓ Ask about Safety Bonuses
✓ 5,000+miles/week;3 man
✓ $3,000 for Pre Made Teams
✓ Day one medical + Benefits
✓ No training for 3+mos exp.
✓ Can partner drives if needed

CALL 866-331-3335
www.drivecrst.com

## REAL ESTATE

...

## RESTAURANT



**DOMINO'S PIZZA**
**Hiring OVER 200 Applicants**
In the Miami/Fort Lauderdale Area for
**Management and Drivers**
Walk into any of our stores on Wed. May 15th between 10am-2pm for an interview.
Apply online today at:
careers.dominos.com

## LEGAL NOTICES

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NOTICE OF SETTLEMENT

**If You Owned, Leased or Occupied a Condominium at Villa Lago at Renaissance Commons in Boynton Beach, Florida, A Lawsuit And Settlement May Affect You.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013**. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

| WHITFIELD BRYSON & MASON LLP | RHINE LAW FIRM, P.C. |
|---|---|
| Gary E. Mason | Joel R. Rhine |
| 1625 Massachusetts Ave. NW, Ste. 605 | 314 Walnut Street, Ste. 1000 |
| Washington, D.C. 20036 | Wilmington, N.C. 28401 |

The Court will hold a Fairness Hearing at **9:00 a.m., Central time on August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

---

## FINANCE & INVESTMENTS
@MIAMIHERALD.COM/CLASSIFIEDS

**7-Eleven, Inc. Directs Sealed Bid Sale**

**31 CONVENIENCE STORES WITH GAS**
- 12 South Florida
- 12 Orlando
- 5 Fort Myers
- 2 Sarasota
- and surrounding areas

Sites also in Texas (83), Ohio (11), Pennsylvania (9), Utah (8) & Wisconsin (1)

Sites from: 15,000 sf to 1.8 ac
Buildings from: 900 to 2,000 sf

**BID DEADLINE: JUNE 27**

NRC.com/1305
800.747.3342 x1305

---



## YOUR NEW JOB AWAITS

The Miami Herald Classified
MiamiHerald.com/careerbuilder



# THE MIAMI HERALD CLASSIFIEDS

To advertise, please call 1-866-860-6000 or visit MiamiHerald.com/classifieds

## LEGAL NOTICES

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT**

### IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013**. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

WHITFIELD BRYSON & MASON LLP
Gary E. Mason
1625 Massachusetts Ave. NW, Ste. 605
Washington, D.C. 20036

RHINE LAW FIRM, P.C.
Joel R. Rhine
314 Walnut Street, Ste. 1000
Wilmington, N.C. 28401

The Court will hold a Fairness Hearing at **9:00 a.m., Central time on August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

---

The remainder of this page consists of classified advertisements (Legal Notices, Fictitious Names, Announcements, Personals, Miscellaneous, Entertainment, Auctions, Pets/Animals, Dogs, Garage Sales, Flea Markets) and a full-width CareerBuilder advertisement: "YOUR SEARCH FOR A NEW JOB BEGINS HERE — The Miami Herald / careerbuilder.com — You deserve better. Find your frustration-free job today! | START BUILDING".








# CLASSIFIEDS

To advertise, please call 1-866-860-6000 or visit MiamiHerald.com/classifieds

## LEGAL NOTICES

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT**

**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund,

which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013**. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

WHITFIELD BRYSON & MASON LLP
Gary E. Mason
1625 Massachusetts Ave. NW, Ste. 605
Washington, D.C. 20036

RHINE LAW FIRM, P.C.
Joel R. Rhine
314 Walnut Street, Ste. 1000
Wilmington, N.C. 28401

The Court will hold a Fairness Hearing at **9:00 a.m., Central time on August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

---

# Find Your Ideal Home Now.



Visit the **Real Estate Channel** and search thousands of real estate listings at the click of your mouse with **MiamiHerald.com**

Find an apartment, house or commercial property for rent or sale.
The Advanced Search feature allows you to
choose a map, street address, price range and more to help you find
the perfect home or ideal location to start your business.

Go to www.MiamiHerald.com and click on Real Estate.   MiamiHerald.com



# THE PALM BEACH POST
Published Daily and Sunday
West Palm Beach
Palm Beach County

STATE OF FLORIDA
COUNTY OF PALM BEACH

## PROOF OF PUBLICATION

Before the undersigned authority personally appeared **Emily Minch**, who on oath says that she is a **Legal Advertising Clerk** of The Palm Beach Post, a daily and Sunday newspaper, published at West Palm Beach in Palm Beach County, Florida; that the attached copy of advertising for a **LEGAL ADVERTISING NOTICE** was published in said newspaper in the issues of **MAY. 12, 16 & 28, 2013**  Affiant further says that the said The Post is a newspaper published at West Palm Beach, in said Palm Beach County, Florida, and that the said newspaper has heretofore been continuously published in said Palm Beach County, Florida, daily and Sunday and has been entered as second class mail matter at the post office in West Palm Beach, in said Palm Beach County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant further says that she/he has neither paid nor promised any person, firm or corporation any discount rebate, commission or refund for the purpose of securing this advertisement for publication in the said newspaper. Also published in Martin and St. Lucie Counties.

Signed _____

Sworn or affirmed to, and subscribed before me, this

__23RD__ day of __MAY 2013__

In Testimony Whereof, I have hereunto set my hand and affixed my official seal, the day and year aforesaid.





MONICA BRACKMAN, Notary Public
In and for the State of Ohio
My Commission Expires September 30, 2014

| | |
|---|---|
| Order No. | 83467 |
| Ad Cost | $3,228.75 |
| Paid | $0.00 |
| Balance Due | $3,228.75 |

---

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT**

### IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co Ltd, and related entities, and several of the Defendants' insurers

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is July 8, 2013. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by July 8, 2013. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

WHITFIELD BRYSON & MASON LLP
Gary E. Mason
1625 Massachusetts Ave NW, Ste 605
Washington, DC 20036

RHINE LAW FIRM, PC
Joel R. Rhine
314 Walnut Street, Ste 1000
Wilmington, NC 28401

The Court will hold a Fairness Hearing at 9:00 a.m. Central time on August 20, 2013 to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

Case 2:09-md-02047-EEF-MBN   Document 16964-6   Filed 07/30/13   Page 8 of 17

| | |
|---|---|
| Ad Number: | 83467 |
| Insertion Number: | 183403 |
| Size: | 3 x 10.25 |
| Color Type: | B&W |
| Client Name: | |
| Advertiser: | LEOPOLD LAW PA |
| Section/Page/Zone: | MAIN/015/PPBP |
| Description: | VILLA LAGO |
| PO# | VILLA LAGO |

COX MEDIA GROUP Palm Beach — Creating solutions. Delivering results.
The Palm Beach Post  Palm Beach Daily News

**Publication Date: 05/12/2013**

This E-Sheet(R) is provided as conclusive evidence that the ad appeared in the newspaper on the date and page indicated. You may not create derivative works or in any way exploit or re-purpose any content.

THE PALM BEACH POST  REAL NEWS STARTS HERE | SUNDAY, MAY 12, 2013  A15

## Criminals seize on confusion

### Scams
continued from A1

information about Medicare. When somebody calls and says they're from Medicare or they have information about Medicare, they're very inclined to stay on the phone."

The Federal Trade Commission, the nation's consumer protection agency, said phones began ringing as soon as the U.S. Supreme Court ruled last year that the sweeping health care law was constitutional.

"If someone who claims to be from the government calls and asks for your personal information, hang up. It's a scam," said FTC Spokesman Frank Dorman. "The government and legitimate organizations you do business with already have the information they need and will not ask you for it."

Scammers are taking advantage of widespread confusion about the law. In April, the Kaiser Family Foundation found that 4 in 10 Americans were unaware that the Affordable Care Act was the law of the land and that it was being implemented. Forty-nine percent said they do not have enough information about the law to understand how it will affect their family.

That information gap is becoming a greater source of concern as the federal government tries to mobilize millions of Americans to sign up for insurance starting in October through an online marketplace.

In the meantime, criminals capitalize on the lack of understanding. They tend to target seniors who are more likely to be home to answer their phones, and because they often have a steady income in the form of Social Security.

Scammers focus on the Medicare card itself because a senior's Social Security number is also his Medicare card number.

"It's obviously the key to plain old ordinarily identify theft, but it's also the key to health insurance fraud or Medicare fraud," Hurme said. "If you have the Medicare number and somebody's name, then you can falsely bill Medicare."

That same information is all one needs to steal a tax refund. There has been a explosion of that kind of fraud in Florida.

Florida Sen. Bill Nelson, D-Fla., recently held a hearing on that issue as chairman of the Senate Special Committee on Aging. At the hearing, Sen. Susan Collins, R-Maine, of Maine suggested making it harder for criminals to steal identities.

"An issue also that we need to look at is the use of the Social Security number on Medicare cards that are then available to all sorts of healthcare providers," she said. "I know that for years we've been told it's too expensive to convert, but certainly from hence forward we could stop using the Social Security number on Medicare cards."

Fraudsters are experts at taking advantage of a moment. As Superstorm Sandy was on its way, some began calling seniors on the East Coast, offering them a waterproof Medicare card – for $40. Scammers asked for bank routing numbers to complete the transaction.

The scam would be a perfect fit as hurricane season approaches, Hurme said.

Whatever the scam, "you can almost guarantee that half of them are going to come from Florida," Hurme said. "Of course they prey on Florida citizens, but they use Florida as their home base to go around the country."

lgreen@pbpost.com
Twitter: @Lgreenonthehill

### REPORT SUSPICIOUS CALLS
■ If you get a suspicious call, report it to the Federal Trade Commission.
■ The phone number on your caller ID — if there is one — or the name or location of the caller — is helpful information to investigators and professional fraud fighters.
■ You can report it online at https://www.ftccomplaintassistant.gov/ or on the phone, toll-free, at 1-877-FTC-HELP.
■ Your report might help stop the scammers, and it could help keep others from being scammed.

SOURCE: FEDERAL TRADE COMMISSION

Reshma Begum, who survived for 17 days after the building collapse in Bangladesh, receives treatment Saturday at a hospital in Savar. A.M. AHAD / ASSOCIATED PRESS

## Woman pulled from rubble recovering

The death toll from the garment factory collapse up to 1,100.

**By Julhas Alam**
Associated Press

SAVAR, BANGLADESH — A seamstress who survived 17 days before being rescued from a collapsed garment factory building was panicked, dehydrated and suffering from insomnia as she recovered in a Bangladesh hospital Saturday, but was in generally good condition, according to her doctors.

The rescue Friday of 19-year-old Reshma Begum brought a boost to the workers who had spent more than two weeks pulling decaying bodies from the rubble. By Saturday, they had resumed their grim task and the death toll surpassed 1,100 in the world's worst garment industry disaster.

"We will not leave the operation until the last dead body and living person is found," said Maj. Gen. Chowdhury Hasan Suhrawardy, the head of the local military units in charge of rescue operations.

Lt. Col. Azizur Rahman, a doctor at the military hospital where Begum is being treated, said she was exhausted and badly stressed when she was brought in an ambulance Friday afternoon.

She suffered scratches, but no major injuries, he said.

Her kidneys were functioning at less than 45 percent and she suffered insomnia.

"She is panicked, sometimes she holds nurses' hands tight," he said.

Doctors were giving her semi-solid food and saline for her dehydration.

They advised complete rest, and barred reporters from speaking with her for fear their questions would worsen her fragile psychological state.

"We don't want those memories to haunt her now, so we are not allowing anybody to ask her anything," Rahman said, adding that a team of psychiatrists will be examining her.

Nevertheless, Suhrawardy said Begum told him she was fine.

Several photographers and cameramen were allowed to take pictures of Begum on Saturday afternoon as she lay on her hospital bed. Her head was covered in a neon green scarf, and she looked tired but alert.

A white sheet covered her up to her neck. She was hooked to a monitor and had an intravenous drip in her left arm.

Begum had spent 17 days in a room-like area under the rubble high enough for her to stand, surviving on dried food, bottled water and rain water, Suhrawardy said.

She got fresh air from some of the 27 air holes that rescuers had dug in the rubble.

She even found cartons of dresses inside and was able to change her clothes, he said.

"Her return is amazing, miraculous," he said.

## NRA has sought law before

### Guns
continued from A1

list.

"That's a problem," said NRA Florida lobbyist Marion Hammer, who helped get the bill, sponsored by two Democratic lawmakers, passed.

But the National Association for Gun Rights, a fast-growing Second Amendment advocacy group describing itself as a more conservative alternative to the NRA, targeted the measure – and the NRA – even before the bill passed.

In early April, Dudley Brown, NAGR's executive vice president, sent an email alerting supporters that "gun-grabbing Rep. Barbara Watson," the bill's House sponsor, "is teaming up with the NRA in Florida in an anti-gun betrayal that will make your head spin."

The message, quoted widely in the messages sent to Scott, linked the Florida measure to New York City mayor "billionaire-playboy Michael Bloomberg." Brown accused Bloomberg of being "hell-bent on passing New York-style gun control all across the nation."

NAGR has fought with the NRA on other issues and drew criticism from Republicans this year for running ads attacking GOP members of congress, including House Majority Leader Eric Cantor of Virginia.

Sen. Rand Paul, R-Ky., a tea party favorite and possible 2016 presidential candidate, has helped raise money for the group.

A message about the bill (HB 1355) sent in April from Brown accused the NRA of "once again proving it is the weakest link and the first to broker anti-gun 'deals,' not just in Washington, but in the halls of your own state capitol."

Brown's email also seeks $10 or $20 donations to help the organization "fight for pro-gun legislation and against anti-gun schemes in Tallahassee and Washington."

Over the past month, Scott has received more than 20,000 gun rights messages, many of them including excerpts of Brown's alert on federal proposals and generally asking the governor to "protect Second Amendment gun rights from attack" without specifically mentioning or requesting a veto of HB 1355.

NAGR did not respond to telephone calls and emails seeking comment.

Gun Owners of America, another NRA alternative, also opposed the measure earlier in the legislative session but isn't behind the mass emails requesting a veto, legislative counsel Michael Hammond said.

"We do still think it's a bad bill and the governor should veto it," Hammond said.

Despite outrage over the Sandy Hook Elementary School shootings and pleas from the victims' parents, President Barack Obama was unable to muster enough congressional support for measures that would have required universal background checks for gun purchases or reinstated a ban on assault weapons.

With the exception of the Baker Act bill, the gun-friendly, GOP-dominated Florida Legislature also avoided action on gun legislation and ignored demands from Democratic lawmakers to amend the state's "stand your ground" law in response to last year's shooting of Trayvon Martin, an unarmed black teenager shot to death by neighborhood watch volunteer George Zimmerman.

Long before the Sandy Hook shooting that left 20 schoolchildren and six adults dead, the NRA [unreadable] gun buying guns, said Hammer, a former president of the national NRA.

She said critics of the bill "don't have a clue what the bill actually does or why it is needed."

### 'The system is failing. People with mental illnesses ... are not being stopped from purchasing firearms.'

Marion Hammer
NRA Florida lobbyist

"The measure won't affect people who seek private counseling from doctors or clinics. But it would bar from purchasing guns those already in a mental health facility under a Baker Act petition and who have subsequently been diagnosed as being an imminent danger to themselves or others.

"The problem is that some of these dangerous people immediately revoke their voluntary agreement as soon as they reach the treatment facility and must be released within 24 hours. And they do it repeatedly. The system is failing. People with mental illnesses, who are known to be a danger to self or others, are not being stopped from purchasing firearms," Hammer said.

Under the Florida bill, people who agree to voluntary commitment or treatment would be informed that their names will be entered into the National Instant Criminal Background Check System and remain there until a court agrees they are no longer a danger.

"Obviously, anyone asking the governor to veto the bill is doing so based on erroneous information," Hammer said. "I certainly hope the people calling for a veto don't really think it's OK for dangerous people with mental illnesses to purchase firearms – as their actions suggest."

Scott, a lifetime NRA member, has not yet received the bill. Once he does, he has 15 days to sign it, veto it or allow it to become law without his signature.

dkam@pbpost.com
Twitter: @dkpbpost

---

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT**

### IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013.** If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by July 8, 2013. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows

| WHITFIELD BRYSON & MASON LLP | RHINE LAW FIRM, P.C. |
|---|---|
| Gary E. Mason | Joel R. Rhine |
| 1625 Massachusetts Ave, NW, Ste. 605 | 314 Walnut Street, Ste. 1000 |
| Washington, D.C. 20036 | Wilmington, N.C. 28401 |

The Court will hold a Fairness Hearing at 9:00 a.m. Central time on August 20, 2013 to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

B8   THE PALM BEACH POST   REAL NEWS STARTS HERE   |   THURSDAY, MAY 16, 2013

Ad Number: 83467
Insertion Number: 183403
Size: 3 x 10.25
Color Type: B&W
Client Name: 
Advertiser: LEOPOLD LAW PA
Section/Page/Zone: LOCAL/008/PPBP
Description: VILLA LAGO
/ PO# VILLA LAGO

COX MEDIA GROUP Palm Beach   The Palm Beach Post   Palm Beach Daily News
Publication Date: 05/16/2013
This E-Sheet(R) is provided as conclusive evidence that the ad appeared in the newspaper on the date and page indicated. You may not create derivative works or in any way exploit or re-purpose any content.

PALM BEACH GARDENS

# FPL campus plan called 'great opportunity'

**Planning board's OK sends proposal to Gardens council.**

*By Bill DiPaolo*
*Palm Beach Post Staff Writer*

PALM BEACH GARDENS — A plan to build a Florida Power & Light Co. corporate campus that could employ hundreds and be a future research center for solar and wind energy could come before the city council for tentative approval as early as next month.

The Juno Beach-based power company won a recommendation late Tuesday night from the city's planning board for development o 86 vacant acres on the north side of PGA Boulevard between Interstate 95 and Alternate A1A. FPL would develop the property over 20 to 30 years.

"This is a great opportunity for the city," Randolph Hansen, a member of the Planning, Zoning and Appeals Board, said after the 4-0 vote.

Residents expressed concern about helicopter landings and takeoffs.

Except during emergencies, helicopters would land only during the day and would neither be refueled nor worked on at the campus, said Ken Tuma, the project planner.

Pilots would try to avoid flying over residential areas. The helicopters would be for use by FPL only. The helipad would be at least 800 feet from residences.

"I don't think it's necessary. FPL already has a helicopter pad in Juno Beach," said Douglas Gordon, who lives in Winchester Courts, a townhouse development north of the property.

About four helicopters per weekday took off and landed during 2012 from the Juno Beach office between 7:30 a.m. and sunset. That dropped to about two flights a day in the past three months. Flights after those hours are only during emergencies, FPL Spokesman Neil Nissan said.

"We have power stations from Jacksonville to Miami to Sarasota. We need the helicopters to provide rapid transportation for our technicians, administrators and employees," Nissan said.

FPL has not said how many would work at the proposed campus stretching nearly 1 million square feet. The FPL office in Juno Beach is about 900,000 square feet and employs about 2,500. The nearby Gardens mall, which is 1.4 million square feet on 100 acres, employs about 3,500 people.

The FPL campus would add 1,000 vehicles to the area at rush hours, according to transportation studies.

The city council could vote June 6 on first reading on the master plan for the project. The council is not bound by the planning board's vote.

A second council approval is required before building plans can be submitted to the city.

bdipaolo@pbpost.com
Twitter: @BillDipaolo

# Enquirer founder's son charged

**Paul Pope has not stalked Lois Pope, his lawyer claims.**

*By Alexandra Seltzer*
*Palm Beach Post Staff Writer*

A local multimillionaire philanthropist's son spent several days behind bars for allegedly stalking his mother while demanding money from her. He has also threatened to spill the beans on what he refers to as "family secrets" and scared her to the point that she thinks she should wear a bulletproof vest.

It's a story the Pope family likely would have published in the 1980s when they owned the Lantana-based National Enquirer.

Paul Pope, the 45-year-old son of late tabloid founder Gene Pope, was arrested Saturday in Brevard County and was booked into the Palm Beach County Jail on Tuesday on a charge of stalking. He was released Wednesday evening.

Pope's attorney, Michael Salnick, said Wednesday that Pope will enter a plea of not guilty.

He referred to "other motives" that are behind the allegations against his client and said they will come out in court.

The arrest came after Pope's mother, Lois Pope, 79, of western Delray Beach, suffered emotional distress from her son's "erratic" and "unpredictable" behavior, according to a sheriff's probable-cause affidavit.

Lois Pope said she has hired security, has restricted her jogging to inside her gated community and has pondered wearing a bulletproof vest in case her son, or someone he hires, shoots at her, the document said.

Lois Pope took control of the Enquirer after her husband died in 1988 and later sold it for $412 million. Paul Pope has been battling his mother, claiming he should receive more money from the sale of the business.

Paul Pope, who lives in Ocean Ridge, wrote to his mother in January 2012 explaining plans for a Pope Media Center — and told her that if she didn't give money for it, he would reveal the family's secrets, according to the affidavit.

Lois Pope has apparently not given the money to her son. In response, he in April sent documents to media outlets, including The Palm Beach Post, that spoke of missing charity funds and alleged his mother stole money belonging to her children. The binder's title: "Lois Pope: A Fraudulent Life."

She tell's deputies say from February 2012 through last month, Paul Pope sought details about his mother from her co-workers, charities and family members. He's also gone on the television shows "Good Morning America" and "Nightline" to speak about his mother.

In March, Lois Pope asked a county judge for a restraining order against her son. She said she refuses to give him money to fund his "excessive lifestyle" and accused him of "increasingly erratic behavior." That case is pending, court records show.

Pope in late April filed a $5 million lawsuit against his mother, claiming she had taken out a kidnapping and ransom insurance policy on his children without his permission, used his son's name to promote a charity she'd founded and given false reports to the media that he was stalking her.

"Plaintiff lives in continuous fear of his children's safety as well as his own as a result of Defendant's actions," wrote another Paul Pope attorney, Michael Schlesinger. "Plaintiff has trouble sleeping, has lost his appetite and has lost weight."

Deputies arrested Paul Pope after speaking with board members at several charities with which Lois Pope is involved.

After talking with the Tri-County Humane Society, the LIFE Foundation and the Disabled Veterans Life Memorial Foundation, they concluded Lois Pope has had to "dramatically alter her way of life" out of fear of what her son might do.

*Staff writers Daphne Duret and Barbara Marshall contributed to this story.*
aseltzer@pbpost.com
Twitter: @alexseltzer



---

**2013 Business Awards Breakfast**
Honoring Business Success

CHAMBER of COMMERCE

**Monday, May 20, 2013**
**7:45 a.m. – 9 a.m.**
Palm Beach County Convention Center
650 Okeechobee Blvd., West Palm Beach

### Finalists

**SMALL BUSINESS PERSON OF THE YEAR**
- Angela M. Barnard, Audio Video Systems, Inc.
- Robert Kirschner, Passport Publications & Media Corporation
- Steve Politziner, ESPN West Palm

**BUSINESS OF THE YEAR**
- Gunster
- Illustrated Properties Real Estate, Inc.
- Palm Beach Kennel Club
- Southern Waste Systems/Sun Recycling

**NON-PROFIT/ARTS & CULTURE**
- Norton Museum of Art
- South Florida Fair & P.B.C. Expositions, Inc.
- South Florida Science Museum

**NON-PROFIT/HEALTH & HUMAN SERVICES**
- Education Foundation of P.B.C., Inc.
- Girl Scouts of Southeast Florida
- Jack the Bike Man, Inc.
- The Lord's Place Inc.
- Peggy Adams Animal Rescue League of the Palm Beaches

**HEALTH/SCIENCE PROFESSIONAL OF THE YEAR**
- Kevin Bandy, Hanley Center
- Jeff Kotzen, M.D., Good Samaritan Medical Center
- Ali Malek, M.D., F.S.N.I.S., St. Mary's Medical Center

**COMMUNITY LEADER OF THE YEAR**
- Dr. Donald Warren

**PNC BANK** — Presenting Sponsor

BB HUBER BROTHERS — Parking Sponsor
FORDHARRISON — Earlybird Coffee Sponsor - 7am
The Palm Beach Post REAL NEWS STARTS HERE — Co-Sponsor
SOUTHWEST — 2 round-trip tickets

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NOTICE OF SETTLEMENT**

**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013**. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

WHITFIELD BRYSON & MASON LLP
Gary E. Mason
1625 Massachusetts Ave. NW, Ste. 605
Washington, D.C. 20036

RHINE LAW FIRM, P.C.
Joel R. Rhine
314 Walnut Street, Ste. 1000
Wilmington, N.C. 28401

The Court will hold a Fairness Hearing at 9:00 a.m., Central time on **August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

Case 2:09-md-02047-EEF-MBN Document 16964-6 Filed 07/30/13 Page 10 of 17

COXMEDIA GROUP Palm Beach — The Palm Beach Post — Palm Beach Daily News
Creating solutions. Delivering results.

Publication Date: 05/28/2013

This E-Sheet(R) is provided as conclusive evidence that the ad appeared in the newspaper on the date and page indicated. You may not create derivative works or in any way exploit or re-purpose any content.

| Ad Number: | 83467 | Client Name: | / PO# VILLA LAGO |
| Insertion Number: | 183403 | Advertiser: | LEOPOLD LAW PA |
| Size: | 3 x 10.25 | Section/Page/Zone: | LOCAL/006/PPBP |
| Color Type: | B&W | Description: | VILLA LAGO |

B6 THE PALM BEACH POST | REAL NEWS STARTS HERE | TUESDAY, MAY 28, 2013

## Fee hike could net $4 million

**Fire tax**
continued from B1

pesky $25 fee" altogether.

However, at Monday's commission workshop, Mitchell said she would now go along with the increase as long as the city looks to cut elsewhere. She would not say what the city should cut.

If the city were to raise the fee to $85, it would fill $4 million of the city's estimated $8.2 million shortfall that officials have been blaming on rising pension costs.

"This is something we should definitely consider, but I'd only consider and support it if we are at the same time reshifting our thinking," Mitchell said.

City finance director Jeff Green said he looked at other cities' fire taxes and that they ranged from a low of $80 in Boca Raton to a high of $189 in Hollywood. Fort Lauderdale is looking to raise its fire tax to more than $200, Green said.

City Administrator Ed Mitchell also defended the hike, saying it's in line with other cities. "Boca is $80, Boynton Beach is $68 and we have an $8 million-plus gap," he said.

Commissioners won't have to set the rate until the fall, but Green wanted permission from commissioners to set it as high as $85, so homeowners could be alerted. The first public hearing on the fire tax will take place on July 8.

The fire tax was a hot topic locally in 2010, when an overflow crowd poured into city hall for a hearing and broke out in applause when Frankel surprised commissioners and residents by deciding to keep the fee at $25.

On Monday, Commissioner Shanon Materio noted that West Palm Beach's commercial fire tax rate, which is based on the size of a business, is cheaper than Lake Worth's rate. Materio owns a business in Lake Worth.

But Materio said she was concerned with what an increase would do to elderly residents on fixed incomes.

Kimberly Mitchell also said it was "unfair" for low-income residents.

On Thursday, Mitchell defended her changing position on the fire tax over the last three years, saying the economy has changed. In 2010, she said, "property values were declining at a very rapid rate."

Mitchell blamed police and fire pensions, as well as rising health care costs, for the city's $8 million shortfall. The shortfall comes despite the city predicting its first increase in taxable property values in five years.

Mayor Jeri Muoio said the city needs to find a way to lure more businesses to expand its tax base. Otherwise, she said, "we're just going to have to cut and cut and cut."

aabramson@pbpost.com
Twitter: @abramsonbp







ONE SUBSCRIPTION. TOTAL ACCESS.
PalmBeachPost.com/Demo
The Palm Beach Post
REAL NEWS STARTS HERE

Clothes taking too long to dry? Your vent may need cleaning!
Dave's Fireplace & Dryer Vent Cleaning
Visit us at davesfireplace.com or call
772-288-0011

the multimedia | photography | video showcase of
The Palm Beach Post
ClikHear.PalmBeachPost.com

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT

### IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013**. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

WHITFIELD BRYSON & MASON LLP
Gary E. Mason
1625 Massachusetts Ave. NW, Ste 605
Washington, D.C. 20036

RHINE LAW FIRM, P.C.
Joel R. Rhine
314 Walnut Street, Ste. 1000
Wilmington, N.C. 28401

The Court will hold a Fairness Hearing at **9:00 a.m., Central time on August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

---



Make an epic Difference for Kids!

epic ONLY IN THEATERS

## Shands Hospital for Children
at the University of Florida



Children's Miracle Network Hospitals

Children's Miracle Network Hospitals appreciate your support in helping local kids get the care they need. Donate when you see our Miracle Balloon and help kids at Shands Hospital for Children at the University of Florida.

**cmnhospitals.org**



Walmart | Sam's Club | Publix
99.5 La Ley | 96.9FM 1380AM RADIO FIESTA
IHOP | Marriott
RE/MAX | Credit Unions for Kids | Foresters

Thank you to our generous corporate partners!



SUN SENTINEL

Published Daily

Fort Lauderdale, Broward County, Florida

Boca Raton, Palm Beach County, Florida

Miami, Miami-Dade County, Florida

STATE OF FLORIDA

COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE

Before the undersigned authority personally appeared *Mark Kuznitz* who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, a daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a _PUBLIC NOTICE_ in the matter of _THE LEOPOLD LAW FIRM P.A. - NOTICE OF SETTLEMENT_ appeared in the paper on _MAY 12, 2013 A.D. ID 1435009_   Affiant further says that the said Sun-Sentinel is a newspaper published in said Broward/Palm Beach/ Miami-Dade County, Florida, and that the said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant says that he/she has neither paid, nor promised, any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

_____
Mark Kuznitz, Affiant

Sworn to and subscribed before me on _13. MAY. 2013 A.D._

X _____
(Signature of Notary Public)

_____
(Name of Notary typed, printed or stamped)

Personally Known _____ or Produced Identification _____

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT

**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc.; and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co. and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**

On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**

You are a member of the Settlement Class if you are: (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons, Boynton Beach, Florida, regardless of

Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**How do I Make a Claim?**

The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**

If you do nothing, your rights will be affected. If you do not wish to be legally...

[advertisements: Westrom Plumbing; visit SunSentinel.com/insider; Levitt-Weinstein Memorial Chapels & Cemeteries]

# SUN SENTINEL
## Published Daily

Fort Lauderdale, Broward County, Florida
Boca Raton, Palm Beach County, Florida
Miami, Miami-Dade County, Florida

**STATE OF FLORIDA**

**COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE**

Before the undersigned authority personally appeared *Mark Kuznitz* who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, a daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a *PUBLIC NOTICE* in the matter of __THE LEOPOLD LAW FIRM P.A. – NOTICE OF SETTLEMENT__ appeared in the paper on _MAY 16, 2013 A.D._ ID 1435016 Affiant further says that the said Sun-Sentinel is a newspaper published in said Broward/Palm Beach/ Miami-Dade County, Florida, and that the said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has been entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant says that he/she has neither paid, nor promised, any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

Mark Kuznitz, Affiant

Sworn to and subscribed before me on _16, MAY, 2013 A.D._

(Signature of Notary Public)
LINDA M HALL
MY COMMISSION # EE182121
EXPIRES March 22, 2016

X _____ Personally Known _____ or Produced Identification

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NOTICE OF SETTLEMENT**

**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd. and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**

On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**

You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**

The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**

If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude

**SUN SENTINEL**

Published Daily

Fort Lauderdale, Broward County, Florida

Boca Raton, Palm Beach County, Florida

Miami, Miami-Dade County, Florida

STATE OF FLORIDA

COUNTY OF BROWARD/PALM BEACH/MIAMI-DADE

Before the undersigned authority personally appeared _Mark Kuznitz_ who on oath says that he/she *is* a duly authorized representative of the Classified Department of the Sun-Sentinel, a daily newspaper published in Broward/Palm Beach/Miami-Dade County, Florida, that the attached copy of advertisement, being, a _PUBLIC NOTICE_ in the matter of _THE LEOPOLD LAW FIRM P.A_ – _NOTICE OF SETTLEMENT appeared_ in the paper on _MAY 28, 2013 A.D._ ID 1435020 Affiant further says that the said Sun-Sentinel is a newspaper published in said Broward/Palm Beach/ Miami-Dade County, Florida, and that the said newspaper has heretofore been continuously published in said Broward/Palm Beach/Miami-Dade County, Florida, each day, and has been entered as second class matter at the post office in Fort Lauderdale, in said Broward County, Florida, for a period of one year next preceding the first publication of the attached copy of advertisement; and affiant says that he/she has neither paid, nor promised, any person, firm or corporation any discount, rebate, commission or refund for the purpose of securing this advertisement for publication in said newspaper.

Mark Kuznitz, Affiant

Sworn to and subscribed before me on _28, MAY, 2013 A.D._

(Signature of Notary Public)

LINDA M HALL
MY COMMISSION # EE182121
EXPIRES March 22, 2016

X _____ or Produced Identification

Personally Known _____

---

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT**

**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co. and related entities, Knauf Plasterboard (Tianjin) Co. Ltd., and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**

On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability, for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**

You are a member of the Settlement if you are (1) a person or entity that owned, leased, or occupied a condominium unit at Villa Lago at Renaissance Commons in Boynton Beach, Florida, whether or not you own the unit as of the date of this notice. Villa Lago at Renaissance Commons or entity that owned, leased, or occupied a condominium unit

The Court will hold a hearing to consider whether to approve the Settlement. At that hearing, the Court will listen to people who have asked to speak and the Court will decide...

Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.html

**How do I Make a Claim?**

The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson...

Case 2:09-md-02047-EEF-MBN Document 16964-6 Filed 07/30/13 Page 14 of 17

# Sun-Sentinel

**Publication Date: 05/12/2013**

This E-Sheet confirms that the ad appeared in Sun-Sentinel on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content displayed or contained on the electronic tearsheet.

| | |
|---|---|
| Ad Number: | 1435009-1 |
| Insertion Number: | |
| Size: | 3 x 10.5 |
| Color Type: | B&W |
| Client Name: | / PO# Natasha S |
| Advertiser: | LEOPOLD LAW P.A. |
| Section/Page/Zone: | Local/B007/SB |
| Description: | Notice of Settlement |





### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NOTICE OF SETTLEMENT
**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd. and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is July 8, 2013. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by July 8, 2013. You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

| | |
|---|---|
| WHITFIELD BRYSON & MASON LLP | RHINE LAW FIRM, P.C. |
| Gary E. Mason | Joel R. Rhine |
| 1625 Massachusetts Ave. NW, Ste. 605 | 314 Walnut Street, Ste. 1000 |
| Washington, D.C. 20036 | Wilmington, N.C. 28401 |

The Court will hold a Fairness Hearing at 9:00 a.m. Central time on August 20, 2013 to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NOTICE OF SETTLEMENT
### IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

### What is the Lawsuit About?

On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

### Who is Included in the Settlement?

You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

### What does the Settlement Provide?

The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

### How do I Make a Claim?

The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

### What are my Rights?

If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013.** You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

| | |
|---|---|
| WHITFIELD BRYSON & MASON LLP | RHINE LAW FIRM, P.C. |
| Gary E. Mason | Joel R. Rhine |
| 1625 Massachusetts Ave. NW, Ste. 605 | 314 Walnut Street, Ste. 1000 |
| Washington, D.C. 20036 | Wilmington, N.C. 28401 |

The Court will hold a Fairness Hearing at **9:00 a.m., Central time on August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.



### INTRODUCING GE APPLIANCES
NOW AVAILABLE AT

*Florida builder* APPLIANCES

### GEt Cooking! A Dynamic Evening of Live Cooking & Savory Samplings

Watch, sip and savor while our own Chef Rachelle Boucher hosts Chef Oliver Saucy of Café Maxx and Chef Elisa Eliot of Elisa's Catering as they demonstrate show-stopping dishes in the live kitchen on our new intuitive GE Appliances. Enjoy a "sweet" dessert demonstration and tasting with Pastry Chef Jodi Gelfenbaum from Jodi's Cupcakes & More!

**Chef Oliver Saucy**
Chef/Owner

**Chef Elisa Eliot**
Chef/Owner

Also featuring Pastry Chef Jodi Gelfenbaum from

**Thursday, May 16, 2013 / 6pm - 8:30pm**
Florida Builder Appliances / 1742 W. Atlantic Blvd / Pompano Beach, FL 33069
Admission: $20 per person (at the door)
**RSVP: 954.977.6407 / canderson@floridabuilderappliances.com**

All proceeds from the event will benefit march of dimes   Media partner 

www.floridabuilderappliances.com / www.facebook.com/floridabuilderappliances / www.twitter.com/luxekitchens


DONATE YOUR CAR
Wheels For Wishes
Benefiting
MAKE·A·WISH.
Southern Florida

*Free Vehicle Pickup ANYWHERE
*We Accept All Vehicles Running or Not
*We Also Accept Boats, Motorcycles & RVs

100% Tax Deductible

WheelsForWishes.org
Call: (954) 372-0988

Get your FREE rewards today
visit SunSentinel.com/insider


Never Had A Screening Colonoscopy, But Think It's Time?
Individuals 40 - 75 years old may qualify to have a colonoscopy done at no cost.
Certain restrictions apply.
Please Call
The Center for Gastrointestinal Disorders
954-893-9222


TROPICAL ACRES STEAKHOUSE
VOTED BEST STEAKHOUSE CHANNEL 10
Broward's Oldest Steakhouse & Seafood Restaurant
FAMILY OWNED SINCE 1949
Where the Traditional American Steakhouse Began
WE'RE BACK AND BETTER THAN EVER AFTER THE FIRE
Extensive Banquet Facilities Accommodating 20-300
½ Price Wine ~ MON. & TUES.
Happy Hour ~ 4:30 – 6:00

## CITY OF MIRAMAR, FLORIDA

## NOTICE OF MAP AMENDMENT TO THE COMPREHENSIVE PLAN

Pursuant to Florida Statutes Chapter 163, the City of Miramar is proposing a land use plan map amendment to the Future Land Use Element of its adopted Comprehensive Plan. The applicant is proposing a land use plan map amendment to change the land use designation of 485 acres from Irregular (4.62) Residential (477 acres) and Commercial (8 acres) all within a dashed line area to Irregular (4.95) Residential all within a dashed line area. The amendment will affect the parcel shown in the map below, located west of Flamingo Road north of Honey Hill Road and east of the Homestead Extension of the Florida Turnpike.


Location Map

Public hearings to consider an ordinance amending the Future Land Use Plan Map to the Comprehensive Plan will be held by the Miramar Planning and Zoning Board on June 11, 2013 at 6:30 p.m. and by the Miramar City Commission on Wednesday, July 3, 2013 at 7:00 p.m., both hearings will be held in the Commission Chambers, Miramar City Hall, 2300 Civic Center Place, Miramar, Florida.

A copy of the proposed ordinance and Comprehensive Plan amendment may be inspected in the City Clerk's Office, Miramar City Hall, 2300 Civic Center Place, Miramar, Florida. Any interested parties may appear at this meeting and be heard regarding the amendment to the Comprehensive Plan. The following proposed ordinance will be discussed:

AN ORDINANCE OF THE CITY COMMISSION OF THE CITY OF MIRAMAR, FLORIDA CONSIDERING APPLICATION 13-CPA-01, AMENDING THE FUTURE LAND USE PLAN MAP OF THE FUTURE LAND USE ELEMENT OF THE ADOPTED CITY OF MIRAMAR COMPREHENSIVE PLAN, BY CHANGING THE LAND USE DESIGNATION OF 485 ACRES FROM IRREGULAR (4.62) RESIDENTIAL (477 ACRES) AND COMMERCIAL (8 ACRES) ALL WITHIN A DASHED LINE AREA TO IRREGULAR (4.95) RESIDENTIAL ALL WITHIN A DASHED LINE AREA.

Another public hearing by the City Commission for the second reading of the ordinance, which will be duly noticed, will take place to consider adoption of the map amendment to the Comprehensive Plan. For further information, please contact the Community Development Department at (954) 602-3267.

Any person who decides to appeal any decision made by the City Commission with respect to any matter considered at this hearing will need a record of the proceedings, and for such purpose, may need to ensure that a verbatim record of the proceedings is made, which record includes the testimony and evidence upon which the appeal is to be based.

In accordance with the Americans with Disabilities Act and Florida Statutes 286.26, persons with disabilities needing special accommodation to participate in this proceeding should contact the City Clerk at least 48 hours prior to the proceedings at (954) 602-3011 for assistance.

CITY OF MIRAMAR

Yvette M. McLeary
City Clerk

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NOTICE OF SETTLEMENT**
**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned,

Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation, or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**

*see next page for complete Ad*

### TROPICAL ACRES STEAKHOUSE
**Broward's Oldest Steakhouse & Seafood Restaurant**

FAMILY OWNED SINCE 1949

VOTED BEST CHANNEL 10

*Where the Traditional American Steakhouse Began*

**WE'RE BACK AND BETTER THAN EVER AFTER THE FIRE**

Extensive Banquet Facilities Accommodating 20-300

½ Price Wine ~ MON & TUES.
Happy Hour ~ 4:30 – 6:00
Piano Music ~ Wed. – Sun.

**Lobster Special begins May 20th!**
$22.95 Monday – Friday
Two Whole One Pound Maine Lobsters with a side choice and salad

Not to be combined with any specials, promotions, Early Bird, ½ Priced Wine or discounted coupons at the table.

**RESTAURANT HOURS:**
Monday – Saturday 4:30 – 10
Sunday 3:00 – 9

For Reservation & Banquets
**954-989-2500**

**2500 GRIFFIN ROAD
FT. LAUDERDALE, FL 33312**
www.TROPICALACRES.com

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NOTICE OF SETTLEMENT**

**IF YOU OWNED, LEASED OR OCCUPIED A CONDOMINIUM AT VILLA LAGO AT RENAISSANCE COMMONS IN BOYNTON BEACH, FLORIDA, A LAWSUIT AND SETTLEMENT MAY AFFECT YOU.**

This notice concerns a lawsuit involving damages caused by Chinese Drywall that was installed in the condominiums at Villa Lago at Renaissance Commons, Boynton Beach, Florida. A settlement has been reached with Defendants Coastal Construction of South Florida, Inc., and related entities, Precision Drywall, Inc. and its related insurers, Banner Supply Co., and related entities, Knauf Plasterboard (Tianjin) Co. Ltd, and related entities, and several of the Defendants' insurers.

**What is the Lawsuit About?**
On June 15, 2009, the Judicial Panel on Multidistrict Litigation created MDL 2047 in order to consolidate lawsuits brought in several federal district courts in the Gulf Coast and mid-Atlantic regions of the United States by property owners whose homes and other properties were allegedly damaged by Chinese Drywall. This litigation seeks relief on behalf of persons with claims arising out of Chinese Drywall installed in Villa Lago. The Defendants and their insurers have denied liability for the manufacture, sale, distribution, use, and installation of Chinese Drywall at Villa Lago. The Court has not decided who is right.

**Who is Included in the Settlement?**
You are a member of the Settlement Class if you are (1) a person or entity who owned, leased, or occupied a condominium located at Villa Lago at Renaissance Commons in Boynton Beach, Florida, regardless of whether or not you own, lease, or occupy the unit as of the date of this Notice, (2) the Villa Lago Condominium Association at Renaissance Commons, Inc., or (3) a person or entity who sustained or claims to have sustained damages of any nature or kind as a result of the alleged manufacture, sale, distribution, use, installation, or remediation of Chinese Drywall at Villa Lago at Renaissance Commons.

**What does the Settlement Provide?**
The Settlement provides for a payment of $7,200,000 to the Villa Lago Settlement Fund, which, in combination with payments from other related settlements, shall be used to remediate condominiums at Villa Lago and provide cash payments to Class Members. The cost to administer the Settlement as well as attorneys' fees will come out of the Settlement Fund. More details are available at:
http://www.laed.uscourts.gov/Drywall/Settlements.htm.

**How do I Make a Claim?**
The remediation of condominiums and cash payments from the Villa Lago Settlement Fund will not be made until the Settlement becomes final. If the Court approves the Settlement, each Class Member who did not opt out from the Settlement Class will receive a Court Notice with final instructions. You will need to file a valid claim form when the claims period begins. A notice about the claims process will be made available at a later date.

Each individual may receive remediation of their Residence, cash compensation or a combination thereof. Your eligibility for these benefits depends on your Class Member status.

If you want to receive notice about the claims process or future settlements, you should register by calling Whitfield Bryson & Mason LLP at (202) 429-2290.

**What are my Rights?**
If you do nothing, your rights will be affected. If you do not want to be legally bound by the lawsuits, you must exclude yourself from the Class. The deadline to exclude yourself is **July 8, 2013**. If you do not exclude yourself, you will not be able to sue any of the Defendants for any claim relating to this lawsuit. If you stay in the Class, you may object to the Settlement by **July 8, 2013.** You or your own lawyer may appear and speak at the hearing at your own expense.

Instructions for how to exclude yourself from the Settlement, or file an objection, and/or appear at the hearing can be found at: http://www.laed.uscourts.gov/Drywall/Settlements.htm

**Do I Have a Lawyer in this Lawsuit?** The Court has designated the following lawyers to represent you and all Class Members. Together, these lawyers are called Lead Class Counsel. You will not be charged for these lawyers. The names and addresses of Lead Class Counsel are as follows:

WHITFIELD BRYSON & MASON LLP
Gary E. Mason
1625 Massachusetts Ave. NW, Ste. 605
Washington, D.C. 20036

RHINE LAW FIRM, P.C.
Joel R. Rhine
314 Walnut Street, Ste. 1000
Wilmington, N.C. 28401

The Court will hold a Fairness Hearing at **9:00 a.m., Central time on August 20, 2013** to consider whether to approve the Settlement. At this hearing, the Court will consider whether or not the Settlement is fair and adequate. If there are written objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether or not to approve the Settlement.