# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* Case No. 10-1113 (E.D. La.) ) ) ) ) | JUDGE FALLON |
| *Payton , et al. v. Knauf Gips, KG, et al.*, Case No. 09-07628 (E.D. La.) ) ) ) | MAG. JUDGE WILKINSON |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 2:10-cv-00361 (E.D. La.) ) ) ) ) | |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) ) ) ) | |
| *Block et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-2349 (E.D. La.) ) ) ) ) | |
| *Almeroth, et al. v. Taishan Gypsum Co., LTD. f/k/a Shandong Taihe Dongxin Col, LTD., et al.* Case No. 2:12-cv-0498 (E.D. La.) ) ) ) ) | |
| *RCR Holdings II, LLC. v. Arch Insurance Company and Coastal Construction of South Florida, Inc. d/b/a/ Coastal Condominiums* Case No. 502010CA015377XXXXMBAI (15th JDC Palm Beach County, Florida) ) ) ) ) ) ) ) | |
| *Coastal Construction Group of South Florida, Inc. v. Precision Drywall, Inc. and Mid-Continent Casualty Company* Case No. 11-07387 CA 04 (11th JDC Miami-Dade County, Fla.) ) ) ) ) ) ) | |
| *Coastal Construction of South Florida, Inc. and Arch Insurance Company v. Everest National Insurance Company, et al.* Case No. 12-80380-CIV-MARRA (S.D. Fla.) ) ) ) ) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Proposed Settlement Class Counsel and Coastal Construction Company of South Florida, Inc., by and undersigned counsel, hereby submit the following Joint Motion for an Order (1) Granting Final Approval of the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related toVilla Lago at Renaissance Commons in MDL 2047; (2) Certifying the Settlement Class; and (3) Appointing Class Counsel for consideration on August 20, 2013.

DATED: July 30, 2013                     Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:   561.626.8880/954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1305 Navaho Drive, Suite 400
Raleigh, NC 27609-7482
Telephone: (888) 981-0939
Facsimile: (919) 981-0199

Gregory S. Weiss (Florida Bar No. 163430)
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (516) 515-1401
Email: gweiss@leopold-law.com

*Proposed Class Counsel*

 */s/* Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Telephone: (305) 774-9966
Fax: (305) 774-7743
Email: ameyers@defensecounsel.com

*Attorneys for Coastal Construction of South Florida, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 30th day of July, 2013.

/s/ Gary E. Mason
Gary E. Mason