*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fourth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

## PLAINTIFFS' COUNSEL

Holly R. Werkema, Esquire
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281
Phone: (214) 521-3605
Fax: (214) 520-1181
hwerkema@baronbudd.com

Kasie Braswell, Esquire
Braswell Murphy, LLC
59 St. Joseph St.
Mobile, AL 36602
Phone: (251) 438-7503
kasie@braswellmurphy.com

Joe Bufington, Esquire
2021 Morris Avenue Suite 200
Birmingham, AL 35203
Phone: (205) 324-1834
Fax: (205) 324-1846
buffingtonjoe9@gmail.com

W. Brian Collins, Esquire
Collins & Horsley, P.C.
2021 Morris Avenue Suite 200
Birmingham, AL 35203
Phone: (205) 324-1834
Fax: (205) 324-1846
brian@collinshorsley.com

Jimmy Doyle, Esquire
Doyle Law Firm, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL 35209
Phone: (205) 533-9500
Fax: (205) 332-1362
jimmy@doylefirm.com

Gregory M. Friedlander
Gregory M. Friedlander & Associates, P.C.
11 S. Florida Street
Mobile, AL 36606
Phone: (251) 470-0303
isee3@aol.com

*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fourth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

H. Glen Kent, Jr.
12027 St. Helena Street
P.O. Box 98
Clinton, LA 70722
gklaw@bellsouth.net

Michael J. Ryan, Esquire
Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee
12 Southeast 7th Street, Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
mryan@krupnicklaw.com

Andrew Lemmon, Esquire
Lemmon Law Firm, LLC
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Pete V. Albanis, Esquire
Morgan & Morgan
12800 University Drive Suite 600
Fort Myers, FL 33907
Phone: (239) 433-6680
Fax: (239) 433-6836
palbanis@forthepeople.com

Eric O'Steen, Esquire
O'Steen Law Group
2121 Mid Lane, Suite 412
Houston, TX  77027
Phone: (832) 274-2099
Fax: (281) 220-6426
eosteen@osteenlawgroup.com

| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br><br>**Fourth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
|---|
| April S. Goodwin, Esquire<br>Parker Waichman LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>jerry@yourlawyer.com |
| Bruce W. Steckler, Esquire<br>Steckler Law Firm<br>12700 Park Central Drive, Suite 1900<br>Dallas, TX 75251<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>Bruce@stecklerlaw.com |
| Edward P. Rowan, Esquire<br>Taylor Martino, PC<br>51 St. Joseph Street<br>Mobile, AL 36602<br>Phone: (251) 433-3131<br>Fax: (251) 433-4207<br>ed@taylormartino.com |
| **PRO SE** |
| Phuong Van Huynh and Lieu Nguyen<br>28208 Saltwater Run Place<br>Tampa, FL 33647<br>Phone: (727) 686-6533 |