*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fifth Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|---|---|---|---|
| 1. | Cruz, Jose | 2514 SE 12th Court<br>Homestead, FL 33030 | Parker Waichman LLP |
| 2. | Forkin, Mircha | 1987 SE 21 Court<br>Homestead, FL 33035 | Parker Waichman LLP |
| 3. | Parada, Armando | 8876 SW 229 Street<br>Miami, FL 33190 | Parker Waichman LLP |