| |
|---|
| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br><br>**Fifth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
| **PLAINTIFFS' COUNSEL** |
| April S. Goodwin, Esquire<br>Parker Waichman LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone:  (239) 390-1000<br>Fax:  (239) 390-0055<br>jerry@yourlawyer.com |