UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>: SECTION: L<br>: |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | : JUDGE FALLON<br>: MAGISTRATE JUDGE WILSON<br>: |

**STIPULATION AND ORDER REGARDING ATTORNEYS FEES AND COSTS IN THE INEX/NORTH RIVER TRIAL**

WHEREAS, on December 20, 2011, the PSC and the Knauf Defendants entered into a proposed class settlement with the Knauf Defendants, which settlement was approved as amended on February 7, 2013;

WHEREAS, in order to induce the Knauf Defendants to enter into the class settlement, the PSC agreed that Knauf class members who were also InEx class members would have to assign their recoveries to the InEx Class Settlement to the Knauf Defendants, including any supplemental recovery against InEx's excess insurer, The North River Insurance Company ("North River"), which provision was later amended to require InEx class members to assign a substantial portion of such supplemental recovery to the Knauf Defendants;

WHEREAS, a trial against InEx and North River was held from November 26, 2012 to December 3, 2012 (the "North River Trial"), which resulted in a defense verdict in favor of InEx and North River;

WHEREAS, the PSC assigned certain law firms to conduct the North River Trial;

WHEREAS, the PSC has represented that the attorney's fees associated with the North River Trial totaled $1.4 million based on the value of the time that the lawyers expended during the trial, and that costs associated with the trial totaled approximately $1 million;

WHEREAS, the Knauf Defendants by virtue of the assignments it received from InEx class members, would have been the substantial beneficiary of any recovery against InEx and North River; and

WHEREAS, the parties have agreed that, under the circumstances, it is fair that the PSC law firms that conducted the trial be allowed to petition the Court for an award of fees and costs associated with the trial.

**IT IS THEREFORE STIPULATED BY THE PARTIES AS FOLLOWS:**

1. The Knauf Defendants will remit to the PSC an additional fee and cost payment of $2.4 million, to be used only to reimburse North River Trial fees and costs, within 15 days of Court approval of this stipulation. This amount shall be held in a separate account, pending the Court's determination on any application for attorneys' fees and costs associated with the North River Trial, and shall be in addition to the $160 million in attorneys' fees and costs under Section 16 of the Knauf Class Settlement. The PSC shall be entitled to any interest accruing in the account. The payment of that amount by the Knauf Defendants shall be in full satisfaction of their obligation for any attorneys' fees and costs that the Court might award associated with the North River Trial.

2. The Knauf Defendants will support the PSC's application for North River Trial fees and costs so long as the application does not exceed $2.4 million. The Knauf Defendants will take no position on the allocation of fees and costs among counsel.

Dated: July 31, 2013

Russ M. Herman, Esq. (Bar No. 6819)
Leonard A. Davis, Esq. (Bar No. 14190)
Stephen J. Herman, Esq. (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892

Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

Kerry J. Miller (Bar No. 24562)
Kyle A. Spaulding (Bar No. 29000)
FRILOT, L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8194
Fax: (504) 599-8145
kmiller@frilot.com

and

Steven Glickstein
Jay P. Mayesh
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Phone: (212) 836-8000
Fax: (212) 836-7879
steven.glickstein@kayescholer.com

*Attorneys for the Knauf Defendants*

So Ordered, New Orleans, Louisiana this 31st day of July, 2013.

_____
ELDON E. FALLON
United States District Court Judge

3