UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) |

### SECOND JOINT MOTION TO DISMISS, IN PART, AN MDL CASE COVERED BY THE GLOBAL SETTLEMENT

Class Counsel, Russ M. Herman and Arnold Levin and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers in the Global Settlement jointly submit this second joint motion to dismiss, in part, another case in MDL 2047 as part of that case is also encompassed within the Global Settlement.

As a result, Class Counsel and Liaison Counsel hereby request that the Court set a hearing for any party objecting to the partial dismissal, with prejudice, as to Participating Defendant Maranatha Construction, Inc. in the lawsuit *Mary Ann Catalanotto v. S.A. Weber Construction, LLC, et al.,* 10-1828, each party to bear its own costs, and such objector to appear and show cause why this lawsuit should not be partially dismissed as to this defendant, with prejudice, each party to bear its own costs.

Dated:  August 2, 2013.

        Respectfully submitted,

        /s/ Russ M. Herman
        Russ M. Herman, 6819
        Leonard A. Davis, 14190
        Stephen J. Herman, 23129
        HERMAN, HERMAN & KATZ, L.L.C.
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

        Arnold Levin
        Fred S. Longer
        Sandra L. Duggan
        Matthew C. Gaughan
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

        Judy Y. Barrasso, 2814
        H. Minor Pipes, III, 24603
        BARRASSO USDIN KUPPERMAN FREEMAN
         & SARVER, L.L.C.
        909 Poydras Street, 24th Floor
        New Orleans, Louisiana  70112
        Telephone:  504/589-9700
        Fax:  504/589-9701
        jbarrasso@barrassousdin.com
        mpipes@barrassousdin.com
        *Counsel for Participating Defendants and Participating Insurers*

- 3 -

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Second Joint Motion to Dismiss, in Part, an MDL Case Covered by the Global Settlement and supporting Memorandum have been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of August, 2013.

                /s/ Leonard A. Davis