UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL NO. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS  ) ) ) ) | |

**MEMORANDUM IN SUPPORT OF SECOND JOINT MOTION TO DISMISS, IN PART, AN MDL CASE COVERED BY THE GLOBAL SETTLEMENT**

Class Counsel, Russ M. Herman and Arnold Levin and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers in the Global Settlement submit this second joint motion to dismiss, in part, a case in MDL 2047 as that case is encompassed within the Global Settlement.

The Court has set for hearing the initial Joint Motion to Dismiss, in Part or in Full, MDL Cases Covered by the Global Settlement for August 20, 2013, after the Monthly Status Conference.  Since that motion was filed and set for hearing, the parties have determined another suit, *Mary Ann Catalanotto v. S.A. Weber Construction, LLC, et al.,* 10-1828, should also be partially dismissed as to Participating Defendant Maranatha Construction, Inc.

As a result, Class Counsel and Liaison Counsel hereby request that the Court partially dismiss the *Catalanotto* lawsuit as to Maranatha Construction, Inc., with prejudice, each party to bear its own costs.

To the extent any party believes this part of the *Catalanotto* lawsuit should not be dismissed, Class Counsel and Liaison Counsel respectfully request this matter be set for hearing and such parties be required to appear and show cause why this lawsuit should not be partially dismissed as to this defendant.

Dated: August 2, 2013.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, 6819
Leonard A. Davis, 14190
Stephen J. Herman, 23129
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

- 3 -

                                Judy Y. Barrasso, 2814
                                H. Minor Pipes, III, 24603
                                BARRASSO USDIN KUPPERMAN FREEMAN
                                  & SARVER, L.L.C.
                                909 Poydras Street, 24th Floor
                                New Orleans, Louisiana  70112
                                Telephone:  504/589-9700
                                Fax:  504/589-9701
                                jbarrasso@barrassousdin.com
                                mpipes@barrassousdin.com
                                *Counsel for Participating Defendants and Participating Insurers*