# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) ) | |

## O R D E R

Considering the foregoing Second Joint Motion to Dismiss, in Part, an MDL Case Covered by the Global Settlement;

**IT IS ORDERED BY THE COURT** that any party objecting to the partial dismissal of the matter of *Mary Ann Catalanotto v. S.A. Weber Construction, LLC, et al.,* 10-1828 as to Participating Defendant Maranatha Construction, Inc., appear and show cause on August 20, 2013 immediately following the monthly status conference why Maranatha Construction, Inc. should not be dismissed from the *Catalanotto* lawsuit, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this ____ day of _____, 2013.

						_____
						ELDON E. FALLON
						United States District Judge