## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
### BY TROY and CARRIE SIMMS

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Troy and Carrie Simms hereby give notice of their intention to dispose of the physical evidence that they were previously preserving for their affected property located at 3180 Lamb Court, Miami, Florida pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Troy and Carrie Simms by contacting: Holly Werkema by telephone at (214) 523-6465 or by email at hwerkema@baronbudd.com.   Upon the expiration of the thirty (30) day period, Troy and Carrie Simms may dispose of such physical evidence.

                                                          Respectfully submitted,

Dated: August 6th, 2013                    /s/ Holly R. Werkema
                                                        Holly R. Werkema, Esquire
                                                        Baron & Budd, P.C.
                                                        3102 Oak Lawn Avenue, Suite 1100
                                                        Dallas, Texas   75219
                                                        Phone: (214) 521-3605
                                                        Fax: (214) 520-1181
                                                        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been served by U.S. Mail and email to: Russ Herman, Esquire, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA 70113 (drywall@hhkc.com); Kerry Miller, Esquire, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 (kmiller@frilot.com); Dorothy Wimberly, Esquire, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130 (dwimberly@stonepigman.com); and Judy Y. Barrasso, Esquire, Insurance Liaison Counsel, Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA 70112 (cdwinsurance@barrassousdin.com) and upon all parties by electronically uploading the same to File and Serve Xpress (formally known as Lexis Nexis File and Serve) in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2013.

/s/ Holly R. Werkema
Holly R. Werkema, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas   75219
Phone: (214) 521-3605
Fax: (214) 520-1181
Attorneys for Plaintiff