*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fourth Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

|  | **Plaintiff(s)** | **Property Address** | **Firm(s) representing Plaintiff(s)** |
|---|---|---|---|
| 1. | Anthony, Evelyn | 3 Ashley Court<br>Slidell, LA 70458 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 2. | Antoine, Eddy | 11580 Hammocks Glade Drive<br>Riverview, FL 33569 | Parker Waichman LLP |
| 3. | Bagert, Suzanne | 5444 Bancroft Drive<br>New Orleans, LA | Herman, Herman & Katz, LLC |
| 4. | Baldone, Charles | 813 Boulder Lake Court<br>Birmingham, AL 35242 | Joe Buffington |
| 5. | Barilla, Edward and Takae | 1603 Nichole Woods Drive<br>Houston, TX 77047 | O'Steen Law Group |
| 6. | Bridges, Joe and Stephanie | 107 Finland Place<br>New Orleans, LA 70131 | Steckler Law Group |
| 7. | Bodkin, Patrick | 12412 Oak Alley Drive<br>Geismar, LA 70734 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 8. | Carter, John | 22374 Max Jude Lane<br>Mandeville, LA 70471 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 9. | Champagne, John | 144 Golden Meadow Drive<br>Covington, LA 70433 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 10. | Clark, Christopher | 4933 S. Prieur<br>New Orleans, LA 70125 | Lemmon Law Firm |
| 11. | Doss, Luther | 1322 Kings Row<br>Slidell, LA 70461 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 12. | Frego, Valentine and Kimberly | 8080 Bishop Road<br>Fairhope, AL 36532 | Taylor Martino, PC |
| 13. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #99 | Gregory M. Friedlander & Associates, P.C. |
| 14. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #16 | Gregory M. Friedlander & Associates, P.C. |
| 15. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #30 | Gregory M. Friedlander & Associates, P.C. |
| 16. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #6 | Gregory M. Friedlander & Associates, P.C. |
| 17. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #25 | Gregory M. Friedlander & Associates, P.C. |
| 18. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #17 | Gregory M. Friedlander & Associates, P.C. |
| 19. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #20 | Gregory M. Friedlander & Associates, P.C. |
| 20. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #35 | Gregory M. Friedlander & Associates, P.C. |
| 21. | Friedlander, Gregory | 1625 Martin Bluff Road, Unit #36 | Gregory M. Friedlander & Associates, P.C. |

*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fourth Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|---|---|---|---|
| 22. | Gauthreaux, Lillian | 435 Charles Court<br>Slidell, LA 70460 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 23. | Giangrosso, John | 207 Lestin Drive<br>Slidell, LA 70460 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 24. | Gill, Ryan | 37407 Cypress Alley Avenue<br>Golzales, LA 70737 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 25. | Gilmore, Christopher and Betty | 20324 Chestnut Grove Drive<br>Tampa, FL 33647 | Morgan & Morgan, PA |
| 26. | Gomez-Mantellini, Jorge and Daniela | 1982 SE 23 Court<br>Homestead, FL 33035 | Parker Waichman LLP |
| 27. | Hallal, George | 1201 Magnolia Alley, Lot 32<br>Mandeville, LA 70471 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 28. | Heck, Alton (Jr.) | 4380 Comanche Trail Boulevard<br>St. Johns, FL 32259 | Joe Buffington |
| 29. | Hurst, Mark | 6414 Larrycrest Drive<br>Pearland, TX 77584 | O'Steen Law Group |
| 30. | Huynh, Phuong Van and Nguyen, Lieu | 28208 Saltwater Run Place<br>Tampa, FL 33647 | Pro Se |
| 31. | Iberia Bank | 111 Westchester Place<br>Slidell, LA | Herman, Herman & Katz, LLC |
| 32. | Iberia Bank | 9903 Keanland Court<br>Baton Rouge, LA 70810 | Herman, Herman & Katz, LLC |
| 33. | Iberia Bank | 9923 Keanland Court<br>Baton Rouge, LA 70810 | Herman, Herman & Katz, LLC |
| 34. | Iberia Bank | 9933 Keanland Court<br>Baton Rouge, LA 70810 | Herman, Herman & Katz, LLC |
| 35. | Iberia Bank | 9912 Smithfield Court<br>Baton Rouge, LA 70810 | Herman, Herman & Katz, LLC |
| 36. | Johnson, Jordan | 182 Emerald Oaks Drive<br>Covington, LA 70433 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 37. | Key, Nicholas | 2112 Mallard Street<br>Slidell, LA 70460 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 38. | Kurian, Wayne and Susan | 411 SE 6 Terrace<br>Pompano Beach, FL | Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee |
| 39. | Lazenby, Thomas and Rebecca | 19 Montevallo Lane<br>Mt. Brook, AL 35213 | Collins & Horsley, P.C. |
| 40. | Londono, Amalia | 367 NE 36 Terrace<br>Homestead, FL 33033 | Parker Waichman LLP |
| 41. | Mackie, Richard "Dale" | 580 Northwoods Drive<br>Abita Springs, LA 70420 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |

*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fourth Supplement to Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

| | Plaintiff(s) | Property Address | Firm(s) representing Plaintiff(s) |
|---|---|---|---|
| 42. | Maldonado, Belita and Victor Ortega | 3033 Lake Butler Court<br>Cape Coral, FL 33909 | Parker Waichman LLP |
| 43. | Marsh, Sarah | 912 2nd Street<br>New Orleans, LA 70130 | Lemmon Law Firm |
| 44. | Martinez, Denise | 203 Vintage Court<br>Covington, LA 70433 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 45. | Meredith, Craig | 4694 Lummus Street<br>Northport, FL 34286 | Morgan & Morgan, PA |
| 45. | Moses, Erica | 596 Huseman Lane<br>Covington, LA 70435 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 46. | Nagin, Chris | 123 Moonraker<br>Slidell, LA 70458 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 47. | Nolte, Fred | 9243 U.S. Highway 98<br>Fairhope, AL 36532 | Taylor Martino, PC |
| 48. | Owens, Nancy | 3759 Village Lane<br>Birmingham, AL 35223 | Doyle Law Firm, PC |
| 49. | Page, David (Page Group, LLC) | 2135 Wellington Lane<br>Slidell, LA 70460 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 50. | Ponquinette, Earl | 2324 Venetia Road<br>Mobile, AL 36605 | Doyle Law Firm, PC |
| 51. | Racine, Derrick | 15926 Innerarity Point Road<br>Pensacola, FL 32507 | Doyle Law Firm, PC |
| 52. | Singleton, Enrica | 11413 Long View Drive<br>New Orleans, LA 70128 | Lemmon Law Firm |
| 53. | Smith, Anita | 18 Chamale Drive<br>Slidell, LA 70460 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 54. | Vera, Benito and Iraida | 5875 S.W. 129 Terrace<br>Pinecrest, FL 33156 | Baron & Budd, PC |
| 55. | Williams, Aisha | 44022 Lake Hills Drive<br>Prairieville, LA 70769 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 56. | Williams, Thomas | 301 Intrepid Drive<br>Slidell, LA 70458 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 57. | Winstead, David | 25451 Turkey Ridge Road<br>Bush, LA 70431 | Doyle Law Firm, PC<br>H. Glen Kent, Jr. |
| 58. | Yorsch, Frederick (Yorsch Development Group, LLC) | 2404-2406 Shangri La<br>Chalmette, LA 70043 | Lemmon Law Firm |