| |
|---|
| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br><br>**Fourth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
| **PLAINTIFFS' COUNSEL** |
| Holly R. Werkema, Esquire<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hwerkema@baronbudd.com |
| Kasie Braswell, Esquire<br>Braswell Murphy, LLC<br>59 St. Joseph St.<br>Mobile, AL 36602<br>Phone: (251) 438-7503<br>kasie@braswellmurphy.com |
| Joe Bufington, Esquire<br>2021 Morris Avenue Suite 200<br>Birmingham, AL 35203<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846<br>buffingtonjoe9@gmail.com |
| W. Brian Collins, Esquire<br>Collins & Horsley, P.C.<br>2021 Morris Avenue Suite 200<br>Birmingham, AL 35203<br>Phone: (205) 324-1834<br>Fax: (205) 324-1846<br>brian@collinshorsley.com |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>2100 Southbridge Parkway, Suite 650<br>Birmingham, AL 35209<br>Phone:  (205) 533-9500<br>Fax: (205) 332-1362<br>jimmy@doylefirm.com |
| Gregory M. Friedlander<br>Gregory M. Friedlander & Associates, P.C.<br>11 S. Florida Street<br>Mobile, AL 36606<br>Phone: (251) 470-0303<br>isee3@aol.com |

| |
|---|
| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br><br>**Fourth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
| Russ M. Herman, Esquire<br>Leonard A. Davis, Esquire<br>Stephen J. Herman, Esquire<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>rherman@hhklawfirm.com |
| H. Glen Kent, Jr.<br>12027 St. Helena Street<br>P.O. Box 98<br>Clinton, LA 70722<br>gklaw@bellsouth.net |
| Michael J. Ryan, Esquire<br>Krupnick Campbell Malone Buser Slama Hancock Lieberman & McKee<br>12 Southeast 7th Street, Suite 801<br>Fort Lauderdale, FL 33301<br>Phone: (954) 763-8181<br>Fax: (954) 763-8292<br>mryan@krupnicklaw.com |
| Andrew Lemmon, Esquire<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |
| Pete V. Albanis, Esquire<br>Morgan & Morgan<br>12800 University Drive Suite 600<br>Fort Myers, FL 33907<br>Phone: (239) 433-6680<br>Fax: (239) 433-6836<br>palbanis@forthepeople.com |
| Eric O'Steen, Esquire<br>O'Steen Law Group<br>2121 Mid Lane, Suite 412<br>Houston, TX  77027<br>Phone: (832) 274-2099<br>Fax: (281) 220-6426<br>eosteen@osteenlawgroup.com |

| |
|---|
| *Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br><br>**Fourth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)** |
| April S. Goodwin, Esquire<br>Parker Waichman LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone:  (239) 390-1000<br>Fax:  (239) 390-0055<br>jerry@yourlawyer.com |
| Bruce W. Steckler, Esquire<br>Steckler Law Firm<br>12700 Park Central Drive, Suite 1900<br>Dallas, TX  75251<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>Bruce@stecklerlaw.com |
| Edward P. Rowan, Esquire<br>Taylor Martino, PC<br>51 St. Joseph Street<br>Mobile, AL 36602<br>Phone: (251) 433-3131<br>Fax: (251) 433-4207<br>ed@taylormartino.com |
| **PRO SE** |
| Phuong Van Huynh and Lieu Nguyen<br>28208 Saltwater Run Place<br>Tampa, FL 33647<br>Phone: (727) 686-6533 |