APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*         Hubei Taishan Building Material Co., Ltd.
                          Jingmen High and New Technology Industrial Park, Hubei, China 448000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*___

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at _____ Minneapolis, Minnesota, U.S.A. _____, the 27 DEC 2012
*Fait à*                                                  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0009

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Hubei Taishan Building Material Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

CERTIFICATE
*ATTESTATION*

SX-13-53

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

(1) 1)   that the document has been served*
    *que la demande a été exécutée*
    - the (date)
    - *le (date)* Apr. 18, 2013
    - at (place, street, number)
    - *à (localité, rue numéro)* Jingmen High and New Technology Industrial Park, Hubei, China.

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* _____

        The addressee refused to accept the documents, and the court officers left the documents at the company.

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at / *Fait à* Beijing , the / *le* May. 13, 2013
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章 266592-0009]

2

*   Delete if inappropriate.
    *Rayer les mentions inutiles.*

Jingmen City Intermediate People's Court of Hubei Province

Proof of Service

[Seal affixed: Jingmen City Intermediate People's Court of Hubei Province]

Fx-13-164

SX-13-53   USA

| Case Number | (2013) Hubei Jingmen Civil Three Others 00001 | |
|---|---|---|
| Cause of Action | Judicial Document for Service in Assistance of Foreign Court | |
| Addressee | Hubei Taishan Building Material Co., Ltd. | |
| Address for Service | Jingmen High and New Technology Industrial Development Park, Hubei | |
| Name and Number of Copies of Documents Served | Name of Document | Number of Copies |
| | REQUEST: FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS | 1 |
| | CERTIFICATE | 1 |
| | SUMMARY OF THE DOCUMENT TO BE SERVED | 1 |
| | SUMMONS IN A CIVIL ACTION | 1 |
| | PLAINTIFFS' CLASS ACTION COMPLAINT | 1 |
| | EXHIBIT "A" | 1 |
| | SUMMONS IN A CIVIL ACTION | 1 |
| | PLAINTIFFS' CLASS ACTION COMPLAINT WITH EXHIBIT "A" | 1 |
| | | |
| | | |
| Signature or Seal of the Addressee | | |
| Manner of Service | Personal Service       Servers     Huabo Xiang     Jingjing Dong | |
| Shuyi Ma, a staff at the office of the company, refused signing and accepting that above documents upon getting instructions from the leader, the documents to be served were left there according to the law.      April 18, 2013  Statement Maker: Jingjing dong | | |

Huabo Xiang
4-18-2013

# 湖北省荆门市中级人民法院
## 送达回证

Fx-13-164
SX-13-53 第

| 案　　号 | （2013）鄂荆门民三他字第 00001 号 | |
|---|---|---|
| 案　　由 | 协助外国法院送达司法文书 | |
| 受送达人 | Hubei Taishan Building Material Co.,Ltd.<br>（湖北泰山建材有限公司） | |
| 送达地址 | 湖北荆门高新技术产业开发区 | |
| 送达文书<br>名称和件数 | 材料名称 | 份数 |
| | REQUEST: FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS | 1 |
| | CERTIFICATE | 1 |
| | SUMMARY OF THE DOCUMENT TO BE SERVED | 1 |
| | 民事诉讼传票 | 1 |
| | 原告集团诉讼申诉书 | 1 |
| | 证物"A" | 1 |
| | SUMMONS IN A CIVIL ACTION | 1 |
| | PLAINTIFFS' CLASS ACTION COMPLAINT WITH EXHIBIT "A" | 1 |
| 受送达人<br>签名或盖章 | | |
| 送达方式 | 直接 | 送达人　向华波　董菁菁 |

该公司办公室工作人员与本人一经请示领导，表示拒绝签收上述文书，特依法留置送达上述文书。

2013年4月18日　送达人：董菁菁

向华波 2013.4.18

1