APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*    Nantong Economic and Technological Development Zone Corporation
                              9 Waihuan West Rd., Chongchuan Nantong, Jiangsu, China

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Civil Cover Sheet<br>Translations | Done at    Minneapolis, Minnesota, U.S.A.    , the 27 DEC 2012<br>*Fait à*                                            , *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>APS INTERNATIONAL<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439 |

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0049

# 证 明 书
## CERTIFICATE

13 - SXS -307

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1、文书已予送达* 1.that the document has been served*
— 日期：the (date) May 17, 2013
— 地点(城镇、街、号)：at (place, street, number) Intermediate People's Court of Nantong, Jiangsu Province, China.

— 采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a)in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b)in accordance with the following particular method*:
_____
_____

③ 交付给自愿接受的收件人。* c)by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)
Tang Dali
_____

— 与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):
Vice office manager
_____

2、由于下列事实文书未能送达* : 2. that the document has not been served, by reason of the following facts*:
_____
_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:
_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于 Beijing 年 July 5 月 日, 2013
Done at
签名和 (或) 盖章
Signature and / or stamp.

*如不适用，则请删去。
*Delete if inappropriate.

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

Nantong City Intermediate People's Court, Jiangsu Province
Fx-13-298 Sx-13-307
Proof of Service
[Seal affixed: Nantong City Intermediate People's Court, Jiangsu Province]

| Cause of Action | International Judicial Assistance | Case Number | Nantong Intermediate Court Judicial Assistance (2013) 3 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | On summary of documents to be served, one copy of other documents (see the list on the request) (there are translation versions of all documents) | | |
| The Addressee | Nantong Economic and Technological Development Zone Corporation | | |
| Address for Service | This court | | |
| Signature or Seal of the Addressee | Dali Zhang, Deputy Director of the Office of Nantong Economic and Technological Development Zone Corporation<br>05-17-2013 | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year   Month   Day | | |
| Remarks | | | |

Issuer: Nan Sha                              Servers:

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 57 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.
    (2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

江苏省南通市中级人民法院
送达回证

FX-13-258
SX-13-307

| 案　　由 | 国际司法协助 | 案　号 | (2013)字第3号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要一份　其他文书各一份（详见请求书清单）（此文书有译文） | | |
| 受送达人 | 南通市经济技术开发区总公司 (Nantong Economic and Technological Developement Zone Corporation) | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 南通开发区总公司办公室副主任 项大力　2013年5月17日 | | |
| 代收人及代收理由 | | | 年　　月　　日 |
| 备　　考 | | | |

填发人　[签名]　　　　　　　　　　送达人

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；
　　送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八、七十九条的规定办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应该注明其与受送达人的关系及代收理由。