APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Pingyi Baier Building Materials Co., Ltd.
    Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong, China 273305

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*
[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at                                                  , the
*Fait à*    Minneapolis, Minnesota, U.S.A.    , le  27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0017

Linyi City Intermediate People's Court of Shandong Province
The People's Republic of China

Proof of Service
[Seal affixed: Linyi City IntermediatePeople's Court of Shandong Province]
Fx-13-172
SX-13-26

| Cause of Action | | Case Number | Shandong Higher Court Judicial Assistance Entrusted (2013) 26 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One summary of document(s) to be served, one summons, one complaint, one document | | |
| The Addressee | Pingyi Baier Building Materials Co., Ltd. | | |
| Address for Service | Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong 273305 | | |
| Signature or Seal of the Addressee | Xueyuan Huang   4-3-2013 [Seal affixed: Shandong Pingyi Baier Building Materials Co., Ltd.] | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Xueyuan Huang           4-2-2013 | | |
| Remarks | | | |

Issuer: Peidong Hou          Issuing Date          Servers: Xiuzhen Zhao   Peidong Hou

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.
    (2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

SX-13-26

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __Apr. 3, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Baier Industrial Park, Ziqiu Town, Pingyi Country, Shandong Prov., China,__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
       *b) selon la forme particulière suivante:* _____
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Huang Somebody__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not mentioned.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __May. 13, 2013__
*Fait à* ; *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章 32-0017]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# 中华人民共和国
## 山东省临沂市中级人民法院
# 送 达 回 证

Fx-13-17z
Sx-13-26

| 案　由 | | 案　号 | 鲁高法协受<br>（2013）26 号 |
|---|---|---|---|
| 送达文书<br>名　　称 | 被送达文书概要一份、传票一份、诉状一份、文书 | | |
| 受送达人 | 平邑拜尔建材有限公司<br>(Pingyi Baier Building Material CO.,Ltd.) | | |
| 送达地址 | 山东省平邑县资邱乡拜尔工业园<br>(Baier Inderstrial Park, Ziqiu Town, Pingyi Country, Shangdong 273305) | | |
| 受送达人<br>签名或盖章 | （签名） 2013年 月 日 | | |
| 代收人及<br>代收理由 | （签名） 2013年 4月 2 日 | | |
| 备　考 | | | |

签发人侯培栋　　　　　　　签发日期：　　　　　　　送达人：（签名）

注：1、送达刑事诉讼文书，按照《刑诉法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参考《民事诉讼法》第七十八条、第七十九条的规定办理。
　　2、代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。