APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(Identité et adresse)*              Qingdao Yilie International Trade Co., Ltd.
      Room 804 Building 1, Tianshengyuan, 21 Donghai West Road, Shinan District, Qingdao, Shandong, China 266071

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumeration des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at                                              , the 27 DEC 2012
*Fait à*     Minneapolis, Minnesota, U.S.A.     , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0019

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Qingdao Yilie International Trade Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

SX-13-27

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___Mar 27, 2013___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Room 804 Building 1, Tianshengyuan, 21 Donghai West Road, Shinan District, Qingdao, Shandong, China___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Zheng Zhaohong___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Not mentioned___

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Beijing___, the ___May 22___
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

66532-0019

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

Qingdao City Intermediate People's Court of Shandong Province
The People's Republic of China

Proof of Service
[Seal affixed: Qingdao City Intermediate People's Court of Shandong Province]

Fx-13-163
SX-13-27

| Cause of Action | | Case Number | Shandong Higher Court Judicial Assistance Entrusted (2013) 25 |
|---|---|---|---|
| Name and Number of Copies of Documents Served |  | | Summons in a Civil Action of United States District Court for the Southern District of Florida, Class Action Complaint, Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint, Cover Letter of Civil Action |
| The Addressee |  | | Qingdao Yilie International Trade Co., Ltd. |
| Address for Service |  | | Room 804, Building 1, Tianshengyuan, 21 Donghai West Road, Shinan District, Qingdao, Shandong, China 266071 |
| Signature or Seal of the Addressee |  | | 3-27-2013<br>Zhaohong Zhang<br>[Seal affixed: Qingdao Yilie International Trade Co., Ltd.] |
| Signature or Seal of the Addressee's Agent and Reason for such Agency |  | | Year   Month   Day |
| Remarks |  | | |

Issuer: Juan Wang                        Servers:  Panli Sun    Yunmao Wu

# 山东省青岛市中级人民法院
## 送 达 回 证

Fx-13-163
SX-13-27

| 事由 | 受托送达 | 来文文号 | 鲁高法协受（2013）25号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国佛罗里达州南部地区美国地区法院民事诉讼传票、集团诉讼申诉书、证物"A"-原告集团诉讼申诉书相关原告律师与原告联络信息、民事案封面表格 | | |
| 受送达人 | Qingdao Yilie International Trad Co.,Ltd（青岛怡羚国际贸易有限公司，以英文为准） | | |
| 送达地址 | 青岛市市南区东海西路21号天晟苑1号楼804室（Room 804 Building1, Tianshengyuan, 21 Donghai West Road, Shinan District, Qingdao,Shandong 266071） | | |
| 受送达人签名或盖章 | [青岛怡羚国际贸易有限公司印章] 2013年3月27日 张兆红 | | |
| 代收人及代收理由 | 年 月 日 | | |
| 备注 | | | |

填发人：王娟       送达人：[签名]