## NEW CLAIMS POST 12/9/2011 - Exhibit A - New Claims - Confirmed KPT Indicia

| Homeowner | Street Address | City | State | Zip | Counsel | Filing Date |
|---|---|---|---|---|---|---|
| Abad, Jose and America Adams | 8741 SW 203 Street | Cutler Bay | FL | 33189 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Adedji, Moses | 11803 Honeybear Lane | Saucier | MS | 39574 | Doyle Law Firm, PC | 6/12/2013 |
| Ann M. Richard Revocable Trust (Melanie Judson, Trustee) | 1144 Coverbrook Lane | Sebastian | FL | 32958 | Allison Grant, P.A. | 6/12/2013 |
| Becerra, Luis and Elsa | 3 Lulach Circle | Conroe | TX | 77301 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Belfatti, Ralph | 3202 Park Green Drive | Tampa | FL | 33611 | Parker Waichman Alonso LLP | 6/12/2013 |
| Bhiro, Ramnarine and Chanroutie | 3251 SW Savona Boulevard | Port St. Lucie | FL | 34953 | Allison Grant, P.A. | 6/12/2013 |
| Bonney, Henry | 627 Royal Oak Drive | Pass Christian | MS | 39571 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Brantley, Mike and Susanne | 2539 Octavia Street | New Orleans | LA | 70115 | Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC | 4/3/2013 |
| Breezee, Harold and Sung Augustynowicz | 3309 Fiddle Leaf Way | Lakeland | FL | 33811 | Allison Grant, P.A. | 6/12/2013 |
| Brown, Erin | 5460 Deer Run Road | Punta Gorda | FL | 33982 | Morgan and Morgan P.A. | 6/12/2013 |
| Brown, Wilfred and Annette | 3189 SW Armucher Street | Port St. Lucie | FL | 34953 | Morgan and Morgan P.A. | 6/12/2013 |
| Cabrera, Sergio | 3536 NW 14th Court | Lauderhill | FL | 33311 | Allison Grant, P.A. | 6/12/2013 |
| Cameron, Betty | 3395 Augusta Place | Montgomery | AL | 36111 | Doyle Law Firm, PC | 6/12/2013 |
| Carroccia, Valerie and Michael Notarianni | 6700 Citrus Park Boulevard | Fort Pierce | FL | 34951 | Allison Grant, P.A. | 6/12/2013 |
| Carter, Dwayne and Mavis | 13041 SW 268th Street | Homestead | FL | 33032 | Morgan and Morgan P.A. | 6/12/2013 |
| Casi, Roger and Ruth | 1878 Coconut Palm Circle | North Port | FL | 34288 | Pro Se Plaintiff | 6/12/2013 |
| Chaplin, Leon | 3575 Monday Terrace | North Port | FL | 34288 | Baron and Budd PC | 6/12/2013 |
| Charania, Jasmine | 3081 Arbor Bend | Birmingham | AL | 35244 | Collins and Horsley, P.C. | 6/12/2013 |
| Christoforo, Mark and Julanne Sapronetti | 1324 NE 34th Lane | Cape Coral | FL | 33909 | Pro Se Plaintiff | 6/12/2013 |
| Clarke, Joseph and Sandra | 325 Cipriani Way | Nokomis | FL | 34275 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Claro, Felix | 6399 Fielding Street | North Port | FL | 34288 | Morgan and Morgan P.A. | 6/12/2013 |
| Clay, Taneshia | 1639 Nichole Woods Drive | Houston | TX | 77047 | Collins and Horsley, P.C. | 6/12/2013 |
| Cobblestone on the Lake Condo Association | 4385 Cortina Circle, Building 1 and Unit 129 | Fort Myers | FL | 33916 | Allison Grant, P.A.; Baron and Budd PC | 6/12/2013 |
| Codner, Mary and Lee | 3951 SW McCrory Street | Port St. Lucie | FL | 34953 | Allison Grant, P.A. | 6/12/2013 |
| Coello, Ruben | 2375 SW 2nd Terrace | Miami | FL | 33135 | Morgan and Morgan P.A. | 6/12/2013 |
| Cottom, William Thomas Jr. and Joe Michael Mayo | 141 Hwy 90 | Waveland | MS | 39576 | Pro Se Plaintiff | 6/12/2013 |
| Danna, Deona | 7421 Scottsdale Drive | New Orleans | LA | 70127 | The Lambert Firm, PLC | 4/3/2013 |
| Dean, Mark and Cynthia | 526 34th Avenue SW | Vero Beach | FL | 32968 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Dickerson, Torris | 11916 Prior Park Drive | Houston | TX | 77047 | Collins and Horsley, P.C. | 6/12/2013 |
| Dorr, Thomas | 1818 NE 2nd Avenue | Cape Coral | FL | 33909 | Morgan and Morgan P.A. | 6/12/2013 |
| Eagan, David and Cheri | 2 Lulach Circle | Conroe | TX | 77301 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| EEE Properties, Ltd. | 5801 Matanzas Drive | Sebring | FL | 33872 | Parker Waichman Alonso LLP | 6/12/2013 |
| EEE Properties, Ltd. | 5803 Matanzas Drive | Sebring | FL | 33872 | Parker Waichman Alonso LLP | 6/12/2013 |
| Erman, Rob | 10086 Bald Eagle Drive | Biloxi | MS | 39532 | Doyle Law Firm, PC | 6/12/2013 |
| Fego, Thomas and Helen | 5116 Pinetree Drive | Fort Pierce | FL | 34982 | Morgan and Morgan P.A. | 6/12/2013 |
| Fesmire, Bill | 117 Morningwalk Lane | Huntsville | AL | 35824 | Doyle Law Firm, PC | 6/12/2013 |
| Fils-Aime, Nadia | 351 Portage Avenue | Lehigh Acres | FL | 33974 | Morgan and Morgan P.A. | 6/12/2013 |
| Fitzpatrick, Ryan | 2281 Abbeyglen Lane | Hoover | AL | 35226 | Doyle Law Firm, PC | 6/12/2013 |
| Foreman, William | 7514 Pinehurst Court | Diamondhead | MS | 39525 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Fox, Frederick Todd and Audrey | 8838 Cross Country Drive | Humble | TX | 77346 | Reich and Binstock | 6/12/2013 |
| Franco, Annette and Jorge Rafols | 4242 NE 16th Street | Homestead | FL | 33033 | Allison Grant, P.A. | 6/12/2013 |

EXHIBIT A

## NEW CLAIMS POST 12/9/2011 - Exhibit A - New Claims - Confirmed KPT Indicia

| Homeowner | Street Address | City | State | Zip | Counsel | Filing Date |
|---|---|---|---|---|---|---|
| Frederick, David and Theresa | 14452 Riverlake Drive | Covington | LA | 70435 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Ghaffari-Tabrizi, Melanie Ann | 7397 Bristol Circle | Naples | FL | 34120 | Parker Waichman Alonso LLP | 6/12/2013 |
| Glick, Susan | 3550 Thurloe Drive | Rockledge | FL | 32955 | Allison Grant, P.A. | 6/12/2013 |
| Goldstein, Paul (et al.) | 33 S.E. 3rd Avenue | Hallandale Beach | FL | 33009 | Pro Se Plaintiff | 6/12/2013 |
| Goudy, Harvey | 17285 Cape Horn Blvd. | Punta Gorda | FL | 33955 | Doyle Law Firm, PC | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 5 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 6 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 7 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 8 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greer, Robert Stephenson, III | 9643 Octavia Avenue | Baton Rouge | LA | 70809 | Pro Se Plaintiff | 4/3/2013 |
| Grissom, Larry and Denise | 5 Lulach Circle | Conroe | TX | 77301 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Grufton, Maria | 1001 Beneschop Avenue | Port St. Lucie | FL | 34953 | Doyle Law Firm, PC | 6/12/2013 |
| Grundmeyer, Joseph and Rowena | 42090A Gardens Blvd. | Hammond | LA | 70403 | Pro Se Plaintiff | 4/3/2013 |
| Gualdoni, Lawrence | 15596 Alsask Circle | Port Charlotte | FL | 33981 | Morgan and Morgan P.A. | 6/12/2013 |
| Guida, Gerard | 48 Pilgrim Drive | Palm Coast | FL | 32164 | Doyle Law Firm, PC | 6/12/2013 |
| Gutierrez, Javier | 15589 SW 182nd Lane | Miami | FL | 33187 | Allison Grant, P.A. | 6/12/2013 |
| Hadgu, Sabu | 1647 Nichole Woods Drive | Houston | TX | 77047 | Collins and Horsley, P.C. | 6/12/2013 |
| Hammerton, Michael | 16216 89th Place N. | Loxahatchee | FL | 33470 | Allison Grant, P.A. | 6/12/2013 |
| Hampton, Andrew and Jerry | 701 Hidden Oaks | Ocean Springs | MS | 39564 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Haney, Max and Jeanette | 21142 Kenswick Meadows Court | Humble | TX | 77338 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Haney, Max and Jeanette | 21150 Kenswick Meadows Court | Humble | TX | 77338 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Havlin, Dennis | 7881 Barrancas Avenue | Bokeelia | FL | 33922 | Doyle Law Firm, PC | 6/12/2013 |
| Heard, Valerie | 18092 Robinwood Drive East | Saucier | MS | 39574 | Doyle Law Firm, PC | 6/12/2013 |
| Heetderks, William | 467 Rayford Street | Lehigh Acres | FL | 33974 | Parker Waichman Alonso LLP | 6/12/2013 |
| Henry, Mary | 3516 NW 14th Court | Lauderhill | FL | 33311 | Allison Grant, P.A.; Baron and Budd PC | 6/12/2013 |
| Holton, Erik and Erika | 608 Pintale Circle | Auburndale | FL | 33823 | Morgan and Morgan P.A. | 6/12/2013 |
| Houston, Jeff and Laura | 2035 Lulach Lane | Conroe | TX | 77031 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Hudson, Tommy | 6437 Province Lane | Baton Rouge | LA | 70808 | Donohue, Patrick and Scott, PLLC | 4/3/2013 |
| LeBauve, Larry and Jeanine | 309 Falcon Lake Drive | Friendswood | TX | 77546 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Jack, Tamu | 643 North Montz Ave. | Gramercy | LA | 70052 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 4/3/2013 |
| Jackson, Michael | 20395 Gordon Street | Saucier | MS | 39574 | The Lambert Firm, PLC | 6/12/2013 |
| James, LaChelle | 11916 Princess Garden Way | Houston | TX | 77047 | Collins and Horsley, P.C. | 6/12/2013 |
| Jones, Sheldon | 616 Timberwood Loop | Madisonville | LA | 70447 | Doyle Law Firm, PC | 4/3/2013 |
| Jones, Teareya | 2033 Hamilton Place | Birmingham | AL | 35215 | Collins and Horsley, P.C. | 6/12/2013 |
| Jones, Troy | 2285 St. Andrews Avenue | Zachary | LA | 70791 | Doyle Law Firm, PC | 4/3/2013 |
| Keen, Robert | 9809 Boraso Way, Unit 101 | Fort Myers | FL | 33908 | Morgan and Morgan P.A. | 6/12/2013 |
| Langston, Mary (Donna L. Langston Special Needs Trust) | 3412 Lemon Street | Metairie | LA | 70006 | Pro Se Plaintiff | 4/3/2013 |
| Larkin, Chel | 2014 Lulach Lane | Conroe | TX | 77031 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Latham, Brian & Tara | 1005 Maryanna Road | Calera | AL | 35040 | Parker Waichman Alonso LLP | 6/12/2013 |
| Lawrence, Jeffrey and Dina | 3736 Clermont Drive | New Orleans | LA | 70122 | Herman, Herman, Katz and Cotlar LLP; Irpino Law Firm, LLP | 4/3/2013 |
| Lin, Guichang | 14439 Sunbluff Court | Cypress | TX | 77429 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Loosli, Curt | 6177 East Lamar Street | Bay St. Louis | MS | 39520 | Doyle Law Firm, PC | 6/12/2013 |

| Homeowner | Street Address | City | State | Zip | Counsel | Filing Date |
|---|---|---|---|---|---|---|
| | | | | | **NEW CLAIMS POST 12/9/2011 - Exhibit A - New Claims - Confirmed KPT Indicia** | |
| Lucky, Jack | 838 NE 14th Street | Fort Lauderdale | FL | 33304 | Collins and Horsley, P.C. | 6/12/2013 |
| Lucky, Jack | 840 NE 14th Street | Fort Lauderdale | FL | 33304 | Collins and Horsley, P.C. | 6/12/2013 |
| Macholtz, Steve | 218 North Harbor Drive | Holmes Beach | FL | 34217 | Doyle Law Firm, PC | 6/12/2013 |
| Madaffari, Jolene | 2833 Grant Avenue SE | Palm Bay | FL | 32909 | Morgan and Morgan P.A. | 6/12/2013 |
| Madesa, Inc. (Rodriguez, Maximiliano) | 8128 NW 114th Passage | Doral | FL | 33178 | Allison Grant, P.A. | 6/12/2013 |
| Magalhaes, Tony | 395 Albatross Road | Rotonda West | FL | 33047 | Doyle Law Firm, PC | 6/12/2013 |
| Maier, Kyle and Emily | 2016 Lulach Lane | Conroe | TX | 77301 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Majeste, Clayton and Miriam B. (Estate) | 3826 Palmyra Street | New Orleans | LA | 70119 | Pro Se Plaintiff | 4/3/2013 |
| Mann, Robert and Marie | 505 Place Saint Laurent | Covington | LA | 70433 | Pro Se Plaintiff | 4/3/2013 |
| Marengo, Fernando and Giacoma | 507 Lexi Lane | Lakeland | FL | 33809 | Parker Waichman Alonso LLP | 6/12/2013 |
| Marichal, Olga and Pedro Rodriguez | 10 Callao Street | Punta Gorda | FL | 33983 | Pro Se Plaintiff | 6/12/2013 |
| Martinez, Candida | 290 SW Idaho Lane | Port St. Lucie | FL | 34953 | Doyle Law Firm, PC | 6/12/2013 |
| Masel, David and Edna | 18760 SW 238th Street | Homestead | FL | 33031 | Morgan and Morgan P.A. | 6/12/2013 |
| McBride, Martha and Belkis Contreras | 1352 SW Edinburgh Drive | Port St. Lucie | FL | 34953 | Allison Grant, P.A. | 6/12/2013 |
| McClurg, Michael and Judy | 167 Silo Hill Road | Madison | AL | 35758 | Leitman, Siegal, Payne & Campbell, P.C. | 6/12/2013 |
| McLaren, Jason and Michelle | 2027 Lulach Lane | Conroe | TX | 77301 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Meadows, Darryl | 6900 Ocean Springs Road | Ocean Springs | MS | 39564 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Meadows, Don and Anita | 525 Pittman Avenue | Vero Beach | FL | 32968 | Allison Grant, P.A. | 6/12/2013 |
| Miles, Stacey and Jonathan | 18196 Fairway View Drive | Biloxi | MS | 39532 | Morris Bart, L.L.C. / Becnel Law Firm, LLC / Reeves and Mestayer, PLLC[in both Omnibus XVIII Original Complaint, Supplement and Tolling Agreement with different counsel] | 4/3/2013 |
| Miner, Heath | 3 Nevin Court | Conroe | TX | 77301 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Minor, Monique | 9381 Pascagoula Drive | Baton Rouge | LA | 70810 | Doyle Law Firm, PC | 4/3/2013 |
| Moore, Cydney | 2219 St. Croix Avenue | Baton Rouge | LA | 70810 | Doyle Law Firm, PC | 4/3/2013 |
| Moore, Jim (Moore Properties, LLC) | 289 Travelers Court | Satsuma | AL | 36572 | Pro Se Plaintiff | 6/12/2013 |
| Morales, Miguel | 9307 Taftsberry Drive | Houston | TX | 77095 | Baron and Budd PC | 6/12/2013 |
| Morales, Rafael and Aleida Negron | 15569 SW 182nd Lane | Miami | FL | 33187 | Parker Waichman Alonso LLP | 6/12/2013 |
| Morgan, Dierdre | 10384 Pin Oak Drive | Biloxi | MS | 93532 | Doyle Law Firm, PC | 6/12/2013 |
| Murray, Jocelyn | 2907 Landing Edge Lane | League City | TX | 77539 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Necaise, Raymond and Kim | 7065 Magnolia Street | Bay St. Louis | MS | 39520 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Nevins, Linda | 1630 Amnesty Drive | North Port | FL | 34288 | Parker Waichman Alonso LLP | 6/12/2013 |
| Noorani, Anish | 2351 Arbor Glenn | Birmingham | AL | 35244 | Collins and Horsley, P.C. | 6/12/2013 |
| Norman, Marc | 29127 Hidden Lake Court | Magnolia | TX | 77354 | Baron and Budd PC | 6/12/2013 |
| Padilla, Jose | 10320 SW 120th Street | Miami | FL | 33176 | Pro Se Plaintiff | 6/12/2013 |
| Padron, Giovani | 4949 W. Highway 316 | Reddick | FL | 32686 | Pro Se Plaintiff | 6/12/2013 |
| Perrone, Joseph and Stacey | 13072 State Street | Hammond | LA | 70403 | Pro Se Plaintiff | 4/3/2013 |
| Pheifer, Dan | 1821 Lake Cyrus Club Drive | Birmingham | AL | 35244 | Collins and Horsley, P.C. | 6/12/2013 |
| Polycarpe, Jean | 3590 NW 14th Court | Lauderhill | FL | 33311 | Allison Grant, P.A.; Baron and Budd PC | 6/12/2013 |
| Price, Dale | 5483 Park Street | Satsuma | AL | 36572 | Doyle Law Firm, PC | 6/12/2013 |
| Price, Henry and Rose | 5220 NW Iredell Street | Port St. Lucie | FL | 34986 | Allison Grant, P.A. | 6/12/2013 |
| Quinn, Michael Scott | 7301 Jade Street | New Orleans | LA | 70124 | Pro Se Plaintiff | 4/3/2013 |
| Rabito, Anthony Jr. | 4650 Woodland Avenue | Metairie | LA | 70002 | Pro Se Plaintiff | 4/3/2013 |
| Radcliffe, Malcom and Cleo | 2270 Silver Palm Road | North Port | FL | 34288 | Allison Grant, P.A. | 6/12/2013 |
| Rice, Frederick and Melody | 12759 Kentwood Avenue | Fort Myers | FL | 33913 | Morgan and Morgan P.A. | 6/12/2013 |
| Rivera, Diana Isabel | 14661 SW 31st Street | Miami | FL | 33175 | Baron and Budd PC | 6/12/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit A - New Claims - Confirmed KPT Indicia

| Homeowner | Street Address | City | State | Zip | Counsel | Filing Date |
|---|---|---|---|---|---|---|
| Rosen, Sheree | 11618 Hammocks Glade Drive | Riverview | FL | 33569 | Parker Waichman Alonso LLP | 6/12/2013 |
| Rowe, Bob | 16059 Via Solera Circle #101 | Fort Myers | FL | 33908 | The Lambert Firm, PLC | 6/12/2013 |
| Rowe, Bob | 9801 Boraso Way, Number 103 | Fort Myers | FL | 33908 | The Lambert Firm, PLC | 6/12/2013 |
| Rowe, Bob | 8701 Pegasus Drive | Lehigh Acres | FL | 33971 | The Lambert Firm, PLC | 6/12/2013 |
| Rubio, Maria Cecilia | 7912 NW 107 Court | Doral | FL | 33178 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Russo, Ronald Raymond (Jr.) | 9461 Benesheewah Trail | Pass Christian | MS | 29571 or 39571 | Pro Se Plaintiff | 6/12/2013 |
| S&S Holding Group, LLC | 20308 SW 324th Street | Homestead | FL | 33030 | Allison Grant, P.A. | 6/12/2013 |
| Scharett, Daniel and Elizabeth | 2719 Flagami Lane | North Port | FL | 34286 | Morgan and Morgan P.A. | 6/12/2013 |
| Schmitt Investments | 10222 Hwy 603 | Waveland | MS | 39576 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| SMTM Wildcard Ltd. | 2873 St. Barts Square | Vero Beach | FL | 32967 | Allison Grant, P.A. | 6/12/2013 |
| Speh, Carol | 2583 St. Lucia Circle | Vero Beach | FL | 32967 | Allison Grant, P.A. | 6/12/2013 |
| Stevens, Catherine | 16161 Alcira Circle | Punta Gorda | FL | 33955 | Parker Waichman Alonso LLP | 6/12/2013 |
| Stoddard, Henry and Katarina | 17255 36th Court N. | Loxahachee | FL | 33470 | Allison Grant, P.A. | 6/12/2013 |
| Strowd, Tommy and Barbara | 7900 Germany Canal Road | Port St. Lucie | FL | 34987 | Allison Grant, P.A. | 6/12/2013 |
| Taub, Gordon | 808 Cole Court | Covington | LA | 70433 | Thornhill Law Firm, APLC | 4/3/2013 |
| Tenace, Robert and Karol | 9507 Satin Leaf Place | Parkland | FL | 33076 | Allison Grant, P.A. | 6/12/2013 |
| The West House, LLC | 9902 Smithfield Court | Baton Rouge | LA | 70810 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 4/3/2013 |
| Thompson, Wynethia | 2147 St. Croix Avenue | Baton Rouge | LA | 70810 | Doyle Law Firm, PC | 4/3/2013 |
| Tillison, Tameecka | 9380 Pascagoula Drive | Baton Rouge | LA | 70810 | Doyle Law Firm, PC | 4/3/2013 |
| Toche, Curtis Jr. | 6809 Riviera Drive | Biloxi | MS | 39532 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Toney, Julia Llewellyn | 5728 Millbank Place | St. Francisville | LA | 70775 | deGravelles, Palmintier, Holthaus and Fruge, LLC (LA State) / Pro Se Plaintiff (Omni XVIII) | 4/3/2013 |
| Tryangle Associates | 4486 Hickory Drive | Palm Beach Gardens | FL | 33418 | Allison Grant, P.A. | 6/12/2013 |
| Tryangle Associates | 4490 Hickory Drive | Palm Beach Gardens | FL | 33418 | Allison Grant, P.A. | 6/12/2013 |
| Tucker, John | 101 Seminole Place | Calera | AL | 35040 | Doyle Law Firm, PC | 6/12/2013 |
| Tunnell, Chris | 1302 Legacy Drive | Birmingham | AL | 35242 | Collins and Horsley, P.C. | 6/12/2013 |
| Wagner, Mark | 407 Fargo Street | Houston | TX | 77006 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Washer, Susanne | 19 SE 3rd Street | Hallandale | FL | 33009 | Krupnick Campbell Malone | 6/12/2013 |
| Washington, Della | 2229 St. Croix Avenue | Baton Rouge | LA | 70810 | Doyle Law Firm, PC | 4/3/2013 |
| Waters, John W. Jr. (as Administrator of Estates of John and Barbara Waters) | 116 Sweetbay Drive | Pass Christian | MS | 39571 | Pro Se Plaintiff | 6/12/2013 |
| Wentworth, Nick | 10130 Bayou Grande Avenue | Seminole | FL | 33772 | Doyle Law Firm, PC | 6/12/2013 |
| White, Jacob and Rosalie | 617 Pintail Circle | Auburndale | FL | 33823 | Pro Se Plaintiff | 6/12/2013 |
| Williams, Adam | 1005 Little Sorrel Drive | Calera | AL | 35040 | Leitman, Siegal, Payne & Campbell, P.C. | 6/12/2013 |
| Williams, Joseph III | 1328 Karok Street | Orlando | FL | 32828 | Higley and Szabo, PA | 6/12/2013 |
| Windham, John | 4212 Green Acres Road | Metairie | LA | 70003 | Doyle Law Firm, PC | 4/3/2013 |
| Winter Farm, LLC (by Deborah A. Rubenacker) | 21597 Baccarat Lane, Building 14, Unit 101 | Estero | FL | 33928 | Salvatori, Wood and Buckel | 6/12/2013 |
| Wooten, Jean | 5711 Foxcroft Drive | New Orleans | LA | 70128 | Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC | 4/3/2013 |
| Zarifulin, Oleg | 1405 NW 36th Way | Lauderhill | FL | 33311 | Allison Grant, P.A.; Baron and Budd PC | 6/12/2013 |