## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| *Abbing, Frits | 2815 72nd Street W | Lehigh Acres | FL | 33971 | Allison Grant, P.A. | 6/12/2013 |
| *Alvarado, Maria | 20298 SW 324 Street | Homestead | FL | 33030 | Morgan and Morgan P.A. | 6/12/2013 |
| *Anthony, Evelyn | 3 Ashley Court | Slidell | LA | 70458 | Doyle Law Firm, P.C.; H. Glen Kent, Jr. | 7/30/2013 |
| *Antoine, Eddy | 11580 Hammocks Glade Drive | Riverview | FL | 33569 | Parker Waichman LLP | 7/30/2013 |
| *Aronchick, Joel and Wendy | 1064 N. Tamiami Trail, #1429 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Bagert, Suzanne | 5444 Bancroft Drive | New Orleans | LA | | Herman, Herman & Katz, LLC | 7/30/2013 |
| *Barilla, Edward and Takae | 1603 Nichole Woods Drive | Houston | TX | 77047 | O'Steen Law Group | 7/30/2013 |
| *Barrios, Alma and Edwain | 377 Olive Drive | Slidell | LA | 70458 | Thornhill Law Firm, APLC | 4/3/2013 |
| *Battilo, Robert | 3501 S. Lake Drive | Miami | FL | 33155 | Krupnick Campbell Malone | 6/12/2013 |
| *Bodkin, Patrick | 12412 Oak Alley Drive | Geismar | LA | 70734 | Doyle Law Firm, P.C.; H. Glen Kent, Jr. | 7/30/2013 |
| *Bridges, Joe and Stephanie | 107 Finland Place | New Orleans | LA | 70131 | Steckler Law Group | 7/30/2013 |
| *Broadway Promenade Condominium Association, Inc. | 1064 N. Tamiami Trail, #1420 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. | 1064 N. Tamiami Trail, #1520 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. | 1064 N. Tamiami Trail, #1535 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. | 1064 N. Tamiami Trail, #1418 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Anderson, Patricia | 1064 N. Tamiami Trail, #1518 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Cahall, Donald and Betty | 1064 N. Tamiami Trail, #1633 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Cerone, Daniel and Christine | 1064 N. Tamiami Trail, #1622 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Davidson, Kenneth and Halina | 1064 N. Tamiami Trail, #1529 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Firth, Robert and Ruth | 1064 N. Tamiami Trail, #1427 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Forbord, Thomas and Austin | 1064 N. Tamiami Trail, #1525 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Forsberg, William and Jennifer Peterson | 1064 N. Tamiami Trail, #1527 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Fox, Robert | 1064 N. Tamiami Trail, #1416 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Hankinson, Lloyd | 1064 N. Tamiami Trail, #1524 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Jaffe, Scot / Pitts, Jamie | 1064 N. Tamiami Trail, #1533 | Sarasota | FL | 34236 | Allison Grant, P.A.; Pro Se Plaintiff (Jamie Pitts is Pro Se) | 6/12/2013 |



EXHIBIT B

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| *Broadway Promenade Condominium Association, Inc. / Maklad, Marie-Antoinette | 1064 N. Tamiami Trail, #1620 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Mann, Leslie and Tamara | 1064 N. Tamiami Trail, #1631 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Martin, James and Jana | 1064 N. Tamiami Trail, #1431 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Stampede Holdings, Ltd. | 1064 N. Tamiami Trail, #1618 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Tribuzzi, Jeanne and Michael | 1064 N. Tamiami Trail, #1522 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Trnka, William | 1064 N. Tamiami Trail, #1433 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Vanier, Muriel | 1064 N. Tamiami Trail, #1425 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Broadway Promenade Condominium Association, Inc. / Witz, Timothy | 1064 N. Tamiami Trail, #1616 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Capozzoli, Kenneth and Lori | 1453 South Mateo Drive | North Port | FL | 34288 | Morgan and Morgan P.A. | 6/12/2013 |
| *Carlin, Kirk and Donna | 3729 Karen Drive | Chalmette | LA | 70043 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| *Carter, John | 22374 Max Jude Lane | Mandeville | LA | 70471 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Champagne, John | 144 Golden Meadow Drive | Covington | LA | 70433 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Clark, Christopher | 4933 S. Prieur Street | New Orleans | LA | 70125 | Lemmon Law Firm | 7/30/2013 |
| *Cronin, Michael and Michele | 5745 Pennock Point Road | Jupiter | FL | 33458 | Morgan and Morgan P.A. | 6/12/2013 |
| *Cruz, Jose | 2514 SE 12th Court | Homestead | FL | 33030 | Parker Waichman Alonso LLP | 7/31/2013 |
| *Damani, Salimah | 2368 Arbor Glen | Hoover | AL | 35244 | Doyle Law Firm, PC | 6/12/2013 |
| *Della-Pietra, Ralph Jr. | 5076 SE Mariner Circle | Stuart | FL | 34997 | Allison Grant, P.A. | 6/12/2013 |
| *Dobert, Marcus and Michelle | 10673 Cashiers Court | Daphne | AL | 36526 | Taylor, Martino and Zarzaur, PC | 6/12/2013 |
| *Doggett, Roger Jr. | 303 East Celestine Street | Chalmette | LA | 70043 | Collins and Horsley, P.C. | 6/10/2013 |
| *Doss, Luther | 1322 Kings Row | Slidell | LA | 70461 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Fernandez, Carlos and Judy | 2415 E. 28th Avenue or 2410 E. 28th Avenue | Palmetto | FL | 34221 | Morgan and Morgan P.A. | 6/12/2013 |
| *Ferrer, Silvia | 9321 SW 70th Street | Miami | FL | 33173 | Morgan and Morgan P.A. | 6/12/2013 |
| *Fontenot, Cynthia W. and James Carl | 1336 Oberlin Road | Mamou | LA | 70554 | Thornhill Law Firm, APLC | 4/3/2013 |
| *Frego, Valentine and Kimberly | 8080 Bishop Road | Fairhope | AL | 36532 | Taylor Martino, PC | 7/30/2013 |
| *Friedlander, Gregory | 1625 Martin Bluff Road, Unit #20 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | 7/30/2013 |
| *Friedlander, Gregory | 1625 Martin Bluff Road, Unit #35 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | 7/30/2013 |
| *Friedlander, Gregory | 1625 Martin Bluff Road, Unit #36 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | 7/30/2013 |
| *Frigola, John and Pam | 178 Emerald Oaks | Covington | LA | 70433 | Paul A. Lea, Jr., APLC | 4/3/2013 |
| *Gauthreaux, Lillian | 435 Charles Court | Slidell | LA | 70460 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Giangrosso, John | 207 Lestin Drive | Slidell | LA | 70460 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| *Gill, Ryan | 37407 Cypress Alley Avenue | Gonzales | LA | 70737 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Gilmore, Christopher and Betty | 20324 Chestnut Grove Drive | Tampa | FL | 33647 | Morgan and Morgan P.A. | 7/30/2013 |
| *Golembo, Christopher and Karen | 611 SW 1st Avenue | Pompano Beach | FL | 33060 | Morgan and Morgan P.A. | 6/12/2013 |
| *Greeson, James | 13738 Bayou Terrace Drive | Saint Amant | LA | 70774 | Pendley, Baudin and Coffin, L.L.P. | 4/3/2013 |
| *Guillot, Randy and Renee | 96 Tupelo Trace | Mandeville | LA | 70471 | Paul A. Lea, Jr., APLC | 6/10/2013 |
| *Guzman, David | 350 NW Friar | Port St. Lucie | FL | 34983 | Allison Grant, P.A. | 6/12/2013 |
| *Hampton, Sydonia | 70276 10th Street | Covington | LA | 70433 | Paul A. Lea, Jr., APLC | 4/3/2013 |
| *Heck, Alton (Jr.) | 4380 Comanche Trial Boulevard | St. Johns | FL | 32259 | Joe Buffington | 7/30/2013 |
| *Heitzmann Brothers, LLC, through Neil Heitzman | 105 Demontluzin Avenue, Unit 1 | Bay St. Louis | MS | 39759 | Thornhill Law Firm, APLC | 6/12/2013 |
| *Heitzmann Brothers, LLC, through Neil Heitzman | 105 Demontluzin Avenue, Unit 2 | Bay St. Louis | MS | 39759 | Thornhill Law Firm, APLC | 6/12/2013 |
| *Heitzmann Brothers, LLC, through Neil Heitzman | 105 Demontluzin Avenue, Unit 3 | Bay St. Louis | MS | 39759 | Thornhill Law Firm, APLC | 6/12/2013 |
| *Heitzmann Brothers, LLC, through Neil Heitzman | 105 Demontluzin Avenue, Unit 4 | Bay St. Louis | MS | 39759 | Thornhill Law Firm, APLC | 6/12/2013 |
| *Hurst, Mark | 6414 Larrycrest Drive | Pearland | TX | 77584 | O'Steen Law Group | 7/30/2013 |
| *Huynh, Phung Van and Nguyen, Lieu | 28208 Saltwater Run Place | Tampa | FL | 33647 | Pro Se | 7/30/2013 |
| *Iberia Bank | 111 Westchester Place | Slidell | LA | | Herman, Herman & Katz, LLC | 7/30/2013 |
| *Izzo, Lawrence L. | 1064 N. Tamiami Trail, #1627 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| *Johnson, Jordan | 182 Emerald Oaks Drive | Covington | LA | 70433 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Key, Nicholas | 2112 Mallard Steet | Slidell | LA | 70460 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Kimos, Maria and Constantine | 7808 Regal Heron Circle, Unit 106 | Naples | FL | 34104 | Allison Grant, P.A. | 6/12/2013 |
| *Lake Crest Townhomes, LLC | Address Not Provided | | | | Beavers Law Firm, Inc. | 6/12/2013 |
| *Lazenby, Thomas and Rebecca | 19 Montevallo Lane | Mt. Brook | AL | 35213 | Collins & Horsley, P.C. | 7/30/2013 |
| *London, Amalia or Lodono, Amalia | 367 NE 36th Terrace | Homestead | FL | 33033 | Parker Waichman LLP | 7/30/2013 |
| *Louis, Nixon | 2415 SE Betty Road | Port St. Lucie | FL | 34952 | Morgan and Morgan P.A. | 6/12/2013 |
| *Lower, Janet | 11539 Hammocks Glade Drive | Riverview | FL | 33569 | Morgan and Morgan P.A. | 6/12/2013 |
| *Ludwig, Edward | 1838 Moss Street | New Orleans | LA | 70119 | The Lambert Firm, PLC | 4/3/2013 |
| *Ludwig, Edward | 1842 Moss Street | New Orleans | LA | 70119 | The Lambert Firm, PLC | 4/3/2013 |
| *Mackie, Richard "Dale" | 580 Northwoods Drive | Abita Springs | LA | 70420 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Maldonado, Belita and Victor Ortega | 3033 Lake Butler Drive | Cape Coral | FL | 33909 | Parker Waichman LLP | 7/30/2013 |
| *Manosis, George | 305 Mestre Place | Venice | FL | 34275 | Allison Grant, P.A. | 6/12/2013 |
| *Marrero, Buenventura J. | 16001 NW 83 Place | Miami Lakes | FL | 33016 | Morgan and Morgan P.A. | 6/12/2013 |
| *Marsh, Sarah | 912 2nd Street | New Orleans | LA | 70130 | Lemmon Law Firm | 7/30/2013 |
| *Martinez, Denise | 203 Vintage Court | Covington | LA | 70433 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *McCloud, Jeanette | 20 Thrush Street | New Orleans | LA | 70124 | Bruno and Bruno, LLP | 4/3/2013 |
| *McLindon, Andrew/Iberia Bank | 9903 Keanland Court | Baton Rouge | LA | 70810 | Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC; Herman, Herman & Katz (for Plaintiff Andrew McLindon); Herman, Herman & Katz, LLC (for Plaintiff Iberia Bank) | 4/3/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| *McLindon, Andrew/Iberia Bank | 9912 Smithfield Court | Baton Rouge | LA | 70810 | Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC; Herman, Herman & Katz (for Plaintiff Andrew McLindon); Herman, Herman & Katz, LLC (for Plaintiff Iberia Bank) | 4/3/2013 |
| *McLindon, Andrew/Iberia Bank | 9923 Keanland Court | Baton Rouge | LA | 70810 | Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC; Herman, Herman & Katz (for Plaintiff Andrew McLindon); Herman, Herman & Katz, LLC (for Plaintiff Iberia Bank) | 4/3/2013 |
| *McLindon, Andrew/Iberia Bank | 9933 Keanland Court | Baton Rouge | LA | 70810 | Gainsburgh, Benjamin, David, Meunier and Warshauer, LLC; Herman, Herman & Katz (for Plaintiff Andrew McLindon); Herman, Herman & Katz, LLC (for Plaintiff Iberia Bank) | 4/3/2013 |
| *Meredith, Craig | 4694 Lummus Street | Northport | FL | 34286 | Morgan and Morgan P.A. | 7/30/2013 |
| *Milton, Wilmer | 831 Valencia Avenue | Daytona Beach | FL | 32114 | Morgan and Morgan P.A. | 6/12/2013 |
| *Mitchell, Dysonya | 225 SW 7th Avenue | Delray Beach | FL | 33444 | Allison Grant, P.A. | 6/12/2013 |
| *Moses, Erica | 596 Huseman Lane | Covington | LA | 70435 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Nagin, Chris | 123 Moonraker | Slidell | LA | 70458 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *New Orleans Area Habitat for Humanity ("NOAHH") | 1821 Alvar Street | New Orleans | LA | 70117 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| *New Orleans Area Habitat for Humanity ("NOAHH") | 1833 Alvar Street | New Orleans | LA | 70117 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| *Nolte, Fred | 9243 U.S. Highway 98 | Fairhope | AL | 36532 | Taylor Martino, PC | 7/30/2013 |
| *Owens, Nancy | 3759 Village Lane | Birmingham | AL | 35223 | Doyle Law Firm, P.C. | 7/30/2013 |
| *Page, David (Page Group, LLC) | 2135 Wellington Lane | Slidell | LA | 70460 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Parada, Armando | 8876 SW 229 Street | Miami | FL | 33190 | Parker Waichman Alonso LLP | 7/31/2013 |
| *Pisciotta, Vito and Krista | 9539 Avenel Lane | Port St. Lucie | FL | 34986 | Allison Grant, P.A. | 6/12/2013 |
| *Ponquinette, Earl | 2324 Venetia Road | Mobile | AL | 36605 | Doyle Law Firm, PC | 7/30/2013 |
| *Prima Vista Commons, LLC | 345 NW Prima Vista Boulevard, Unit 205 | Port St. Lucie | FL | 34983 | Allison Grant, P.A. | 6/12/2013 |
| *Prima Vista Commons/Treasure Coast Commercial Real Estate, Inc. | 353 NW Prima Vista Boulevard, Unit 111 or 453 Prima Vista Boulevard #111 | Port St. Lucie | FL | 34983 | Allison Grant, P.A. | 6/12/2013 |
| *Rojas, Joseph and Eugenia | 2389 SW Independence Road | Port St. Lucie | FL | 33412 | Allison Grant, P.A. | 6/12/2013 |
| *Seiss, Brad and Lauren | 149 SE 23rd Street | Cape Coral | FL | 33990 | Allison Grant, P.A. | 6/12/2013 |
| *Shocklee, Timothy and Pamela | 13040 River Bluff Court | Fort Myers | FL | 33905 | Morgan and Morgan P.A. | 6/12/2013 |
| *Smith, Anita | 18 Chamale Drive | Slidell | LA | 70460 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Steiner, Elizabeth | 359 Tallow Creek Blvd. | Covington | LA | 70433 | Paul A. Lea, Jr., APLC | 4/3/2013 |
| *Stephens, Mark and Rhonda | 2619 Carrollton Avenue | New Orleans | LA | 70118 | Morgan and Morgan P.A. | 4/3/2013 |
| *Sullivan, George and Camille | 5028 Mariners Garden Circle, Unit C14 | Stuart | FL | 34997 | Allison Grant, P.A. | 6/12/2013 |
| *Telling, Timothy | 2515 Florida Street | West Palm Beach | FL | 33406 | Morgan and Morgan P.A. | 7/9/2013 |
| *Urrutia, Remberto and Norma | 15559 SW 182nd Lane | Miami | FL | 33187 | Parker Waichman Alonso LLP | 6/12/2013 |
| *Wilk, Ronald M.D. | 7291 Lemon Grass Drive | Parkland | FL | 33076 | Allison Grant, P.A. | 6/12/2013 |
| *Williams, Aisha | 4402 Lake Hills Drive | Prairieville | LA | 70769 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Williams, Thomas | 301 Intrepid Drive | Slidell | LA | 70458 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |
| *Winstead, David | 25451 Turkey Ridge Road | Bush | LA | 70431 | Doyle Law Firm, PC; H. Glen Kent, Jr. | 7/30/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| *Winter Farm, LLC (by Deborah A. Rubenacker) | 21717 Baccarat Lane, Building 12, Unit 102 | Estero | FL | 33928 | Salvatori, Wood and Buckel | 6/12/2013 |
| *Yorsch Development, LLC (Yorsch, Frederick) | 2404-2406 Shangri La or 3404-3406 Shangri-La | Chalmette | LA | 70043 | Lemon Law Firm | 7/30/2013 |
| Aafedt, Roy and Cindy | 2216 NE 35th Terrace | Cape Coral | FL | 33909 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Alcorn, Linda | 21130 Norman Meadows Lane | Humble | TX | 77338 | Collins and Horsley, P.C. | 6/12/2013 |
| American Home 4 Rent, LLC | 2402 Fountatin Grass Drive | Valrico | FL | 33594 | Collins and Horsley, P.C. | 6/12/2013 |
| American Home 4 Rent, LLC | 4087 Plum Forest Lane | Houston | TX | 77084 | Collins and Horsley, P.C. | 6/12/2013 |
| Arsenaux, Dave | 16217 Via Solera Circle, Number 102 | Fort Myers | FL | 33908 | Pro Se Plaintiff | 6/12/2013 |
| Arzillo, Richard | 3935 Rollingsford Circle | Lakeland | FL | 33810 | Pro Se Plaintiff | 6/12/2013 |
| Asch, Rick | 138 Saint Clair Drive | St. Simons Island | GA | 31522 | Doyle Law Firm, PC | 6/12/2013 |
| Badinger, James R. and Brittany N. | 18195 Cusachs Drive | Covington | LA | 70433 | Becnel Law Firm, LLC | 4/3/2013 |
| Beane, Paul | 1005 Barracks Street, Unit 2 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Bell, Donald and Nicole | 511 Falcon Lake Drive | Friendswood | TX | 77546 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Bisignano, Anthony | 9940 Cobblestone Creek | Boyton Beach | FL | 33472 | Doyle Law Firm, PC | 6/12/2013 |
| Blue Water Coach Homes Condominium Association, Inc. | 206 Shadroe Cove Circle, Unit 302 | Cape Coral | FL | 33991 | Baron and Budd PC | 7/9/2013 |
| Bowman, Marcy | 17739 Shady Elm Avenue | Baton Rouge | LA | 70816 | Pro Se Plaintiff | 4/3/2013 |
| Bowels, Wayne and Zayanna | 5021 Neveda Street | Bay St. Louis | MS | 39520 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Briz, Jose | 3151 NW 3rd Street | Miami | FL | 33125 | Krupnick Campbell Malone | 6/12/2013 |
| Broadway Promenade Condominium Association, Inc. | 1064 N. Tamiami Trail, #1628 | Sarasota | FL | 34236 | Allison Grant, P.A. | 6/12/2013 |
| Broussard, John / Armantrout, Linda and Riley | 174 Emerald Oaks Drive | Covington | LA | 70433 | Margaret L. Sunkel, APLC; Paul A. Lea, Jr., APLC | 4/3/2013 |
| Brown, Gladys | 2781 Eagle Rock Circle, Unit 308 | West Palm Beach | FL | 33411 | Ellis, Ged & Bodden, P.A. | 6/12/2013 |
| Buckley, Bill | 11471 Pine Drive | Gulfport | MS | 39503 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Burns, Donlynn | 1717 Benton Street | New Orleans | LA | 70117 | Becnel Law Firm, LLC | 4/3/2013 |
| Burton, Danny (Frilot lists owners as Dan and Melissa Burton) | 844 Courthouse Road | Gulfport | MS | 39507 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Byrd, Derrick | 14472 Autumn Chase Lane | Gulfport | MS | 39503 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Cabrera, Luis | 8200 Emerald Avenue | Parkland | FL | 33076 | Pro Se Plaintiff | 6/12/2013 |
| Camet, Loryn | 3402 Montesquieu Street | Chalmette | LA | 70043 | Pro Se Plaintiff | 6/10/2013 |
| Cappy, Brian | 32800 CC Road | Slidell | LA | 70460 | Becnel Law Firm, LLC | 4/3/2013 |
| Cardelu, Lauren | 32793 Water View Drive E #A | Loxley | AL | 36551 | Reeves and Mestayer, PLLC | 6/12/2013 |
| CDO Investments, LLC | 4698 Globe Terrace | Northport | FL | 34286 | Doyle Law Firm, PC | 7/9/2013 |
| CDO Investments, LLC | 1374 Cathedall Avenue | Northport | FL | 34288 | Doyle Law Firm, PC | 7/9/2013 |
| CDO Investments, LLC | 2063 Vancouver Lane | Northport | FL | 34286 | Doyle Law Firm, PC | 7/9/2013 |
| Ceide, Jose and Vanessa Salum | 3081 NW 4th Terrace | Miami | FL | 33125 | Baron and Budd PC | 6/12/2013 |
| Celestin, Silecleux and Suzie and Synder | 7737 Stoney Hill Drive | Westley Chapel | FL | 33445 | Krupnick Campbell Malone | 6/12/2013 |
| Chesser, Jefferey | 1237 Coldwater Road | Woodstock | AL | 35188 | Leitman, Siegal, Payne & Campbell, P.C. | 6/12/2013 |
| Contreras, Edwin & Maria Santiago | 414 NW Stratford Lane | Port St. Lucie | FL | 34983 | Morgan and Morgan P.A. | 6/12/2013 |
| Cott, Lawrence J. | 2760 Hackney Road | Weston | FL | 33331 | Pro Se Plaintiff | 6/12/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| Couch, Ronald | Address Not Provided in Tolling Agreement | | | | Unknown | 6/12/2013 |
| Couvillion, John and Ann | 12231 Myers Park Avenue | Baton Rouge | LA | 70810 | Pendley, Baudin and Coffin, L.L.P. | 4/3/2013 |
| Creole Orleans Condominium Association | 1005 Barracks Street, Common Area | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Cresap, Ronald and Jill | 17708 East Purple Martin Court | Baton Rouge | LA | 70816 | Pro Se Plaintiff | 4/3/2013 |
| Crews, Pamela | 404 Fairview Drive | Gadsden | AL | 35904 | Collins and Horsley, P.C. | 6/12/2013 |
| Cristina, Douglas J. (Par Oil Company) | 324 Courthouse Alley | Covinton | LA | 70433 | Pro Se Plaintiff | 4/3/2013 |
| Currans, Debbie | Unknown | Unknown | | | Pro Se Plaintiff | 6/12/2013 |
| Cut the Check | 11 S.W. 3rd Avenue or 11 SE 3rd Avenue | Hallandale Beach | FL | 33009 | Pro Se Plaintiff | 6/12/2013 |
| DAS Investments | 6355 Arrowhead Lane or 6255 Arrowhead Lane | Vero Beach | FL | 32960 | Morgan and Morgan P.A. | 6/12/2013 |
| Davis, Terry | 1409 2nd Court West | Birmingham | AL | 35208 | Doyle Law Firm, PC | 7/9/2013 |
| Dean, Darrell and Erica | 4 Papps Circle | Carriere | MS | 39426 | Collins and Horsley, P.C. | 6/12/2013 |
| DeLaGarza, Michael and Arlene | 305 Falcon Lake Drive | Friendswood | TX | 77546 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Desrosiers, Youri | 330 21 Ct SW | Vero Beach | FL | 32962 | Steckler Firm | 6/12/2013 |
| Dewar, Owen | 8902 Cobblestone Point Circle | Boynton Beach | FL | 33472 | Ellis, Ged & Bodden, P.A. | 6/12/2013 |
| Dieuvil, Guilford | 8757 Baystone Cove | Boynton Beach | FL | 33473 | Doyle Law Firm, PC | 6/12/2013 |
| Domacher, Ronald | 26195 Paysandu Drive | Punta Gorda | FL | 33983 | Pro Se Plaintiff | 6/12/2013 |
| Duchatelier, Jean | 9497 Exbury Court | Parkland | FL | 33076 | Florida Legal Help | 6/12/2013 |
| Dueck, Titus | 19130 Center Park Drive | Spring | TX | 77373 | Collins and Horsley, P.C. | 6/12/2013 |
| Eby, Terri | 10754 Luawai Place | City, State and Zip not provided | | | Reeves and Mestayer, PLLC | 6/12/2013 |
| Ellender, Dwight D. | 3827/3829 Old Weis Road | Zachary | LA | 70791 | Pro Se Plaintiff | 6/10/2013 |
| English, Marcia Robin | 2912 Dumain Street | New Orleans | LA | 70119 | Pro Se Plaintiff | 4/3/2013 |
| Finn, Stephanie | 6511 Hillock Lane | Pearland | TX | 77584 | Collins and Horsley, P.C. | 6/12/2013 |
| Finney, Thomas | 21519 Edgewater Drive | Port Charlotte | FL | 33952 | Morgan and Morgan P.A. | 6/12/2013 |
| Flowers, Ashley and Robert | 11276 Creek Drive | Gulfport | MS | 39503 | Reeves and Mestayer, PLLC (counsel for Ashley Roberts listed in Omni XVIII supplement); (counsel for Robert Flowers is listed as N/A in Tolling Agreement) | 6/12/2013 |
| Fort Bayou Apartments | 3230 Cumberland Road | Ocean Springs | MS | 39564 | McCallum, Hoaglund, Cook And Irby, LLP | 6/12/2013 |
| Gill, Theresa | 4204 Scovel Avenue | Pascagoula | MS | 39581 | Reeves and Mestayer, PLLC | 7/9/2013 |
| Gobel, Jason and Cynthia | 5771 SW 162nd Court | Miami | FL | 33193 | Morgan and Morgan P.A. | 6/12/2013 |
| Gober, Ruel R., Jr. | 136 Sanctuary Boulevard | Mandeville | LA | 70471 | Pro Se Plaintiff | 6/10/2013 |
| Gollot, Nicolas and Susie | 6310 Anela Dr. | Diamondhead | MS | 39252 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Gomer, Brian D. | 1628 SW 44th Terrace | Cape Coral | FL | 33914 | Morgan and Morgan P.A. | 6/12/2013 |
| Gonzalez, Lourdes | 361 NE 34 Avenue | Homestead | FL | 33303 | Parker Waichman Alonso LLP | 6/12/2013 |
| Gray, Gail | 3112 Johnson Steel Drive | Dibervill | MS | Zip not provided | Reeves and Mestayer, PLLC | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 2 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 3 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 1 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Greenwood 4 Condominium Association | 1723 Golf Club Drive, Unit 4 | North Fort Myers | FL | 33903 | Morgan and Morgan P.A. | 6/12/2013 |
| Griffis, Raymond | 832 NE 14th Place | Fort Lauderdale | FL | 33304 | Collins and Horsley, P.C. | 6/12/2013 |
| Griffis, Raymond | 836 NE 14th Place | Fort Lauderdale | FL | 33304 | Collins and Horsley, P.C. | 6/12/2013 |
| Groce, Janice | 1440 Kings Way | Birmingham | AL | 35242 | Doyle Law Firm, PC | 6/12/2013 |
| Heckert, Brian and Sarah | 2421 Chalybe Trail | Hoover | AL | 35226 | Collins and Horsley, P.C. | 6/12/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| Hernandez, Juan | 20268 SW 324 Street | Homestead | FL | 33030 | Pro Se Plaintiff | 6/12/2013 |
| Hernandez, Lorna and Stephen Boneo | 1177 SW Babcok Street | Port St. Lucie | FL | 34953 | Morgan and Morgan P.A. | 6/12/2013 |
| Hewes, Harry and Marian | 11531 Briarstone Place | Gulfport | MS | 39503 | Vaughn and Bowden PA | 6/12/2013 |
| Hogue, Kevin | Unknown | Unknown | | | Pro Se Plaintiff | 6/12/2013 |
| Holetz, George | 9013 Alabama Street | Bay St. Louis | MS | 39520 | Thornhill Law Firm, APLC | 6/12/2013 |
| Hollis, Gregory and Celia | 150 Shelby Drive | Hayden | AL | 35079 | Pittman, Dutton, Kirby and Hellums, P.C. | 6/12/2013 |
| Holmes, Chad | 6152 Longmeadow Way | Trussville | AL | 35173 | Doyle Law Firm, PC | 6/12/2013 |
| Huff, Jason | 305 Brown Thrasher Loop | Madisonville | LA | 70477 | McInnis Law Firm, LLC | 4/3/2013 |
| Jackson, Jerry and Diane | 3074 Arbor Glenn | Hoover | AL | 35244 | Collins and Horsley, P.C. | 7/9/2013 |
| Jacob, Susan | 2079 Arbor Hills | Birmingham | AL | 35244 | Collins and Horsley, P.C. | 6/12/2013 |
| Jenkins, Vangela | 2009 Hamilton Place | Birmingham | AL | 35215 | Collins and Horsley, P.C. | 6/12/2013 |
| Johnson, Peyton | 19306 Aquatic Drive | Humble | TX | 77346 | Collins and Horsley, P.C. | 6/12/2013 |
| Jones, Georgiann | 1985 Searay Shore Drive | Clearwater | FL | 33763 | Pro Se Plaintiff | 6/12/2013 |
| Jorge, Javier | 3464 SW 147 Place | Miami | FL | 33185 | Doyle Law Firm, PC | 6/12/2013 |
| Keith, Alice and Henry | 1005 Barracks Street, Unit 4 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Kemp, Jennifer | 1405 2nd Court West | Birmingham | AL | 35208 | Doyle Law Firm, PC | 6/12/2013 |
| Kim, Steve and Jung | 4342 Boulder Lake Circle | Birmingham | AL | 35242 | Pittman, Dutton, Kirby and Hellums, P.C. | 6/12/2013 |
| Kozak, Jeffrey A. | 4 Spring Hollow | Houston | TX | 77024 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Kubick, Andrew | 2802 21st Street W | Lehigh Acres | FL | 33971 | Doyle Law Firm, PC | 7/9/2013 |
| Kupferle, Emile | 25 Dolphin Circle | Bay St. Louis | MS | 39520 | Morris Bart, L.L.C. | 6/12/2013 |
| Ladiner, Adam | 735 Waters View Drive | Biloxi | MS | 39532 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Lander, Richie (Frilot lists name as Ladnier, Andrew) | 23440 Standard Dedeaux Road | Pass Christian | MS | 39571 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Langlois, Lionel P. | 715 Fall Creek Drive | Baton Rouge | LA | 70810 | Pro Se Plaintiff | 6/10/2013 |
| Lewis, Clifton | 9932 Smithfield Court | Baton Rouge | LA | 70810 | Pro Se Plaintiff | 4/3/2013 |
| Lewis, Lance and Donna | 301 Falcon Lake Drive | Friendswood | TX | 77546 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Marshall, Nicole Christine | 1005 Barracks Street, Unit 1 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Martinez, Jessica | 8202 SW 189 Terrace | Miami | FL | 33157 | Parker Waichman Alonso LLP | 6/12/2013 |
| Martinez, Julio | 3710 Inland | Pearland | TX | 77584 | Collins and Horsley, P.C. | 6/12/2013 |
| MCF Enterprises, Inc. | 199 Wanda Avenue | Lehigh Acres | FL | 33971 | Doyle Law Firm, PC | 7/9/2013 |
| MCF Enterprises, Inc. | 2511 17th Street SW | Lehigh Acres | FL | 33976 | Doyle Law Firm, PC | 7/9/2013 |
| MCF Enterprises, Inc. | 343 Ranchito Avenue | Lehigh Acres | FL | 33974 | Doyle Law Firm, PC | 7/9/2013 |
| MCF Enterprises, Inc. | 3505 9th Street W | Lehigh | FL | 33974 | Doyle Law Firm, PC | 7/9/2013 |
| MCF Enterprises, Inc. | 900 Tena Avenue N | Lehigh Acres | FL | 33971 | Doyle Law Firm, PC | 7/9/2013 |
| McManus, Michael | 6144 Longmeadow Way | Trussville | AL | 35173 | Doyle Law Firm, PC | 6/12/2013 |
| Mennen, Becky | 206 Kenniston Dale | Pelham | AL | 35124 | Collins and Horsley, P.C. | 6/12/2013 |
| Mikkelsen, Vickki | 3210 15th Street SW | Lehigh Acres | FL | 33976 | Doyle Law Firm, PC | 6/12/2013 |
| Miller, Thomas and Mary | 136 Blue Lakes Drive | Lucedale | MS | 39452 | Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Mohabir, Adrian | 2316 NW 38th Avenue | Cape Coral | FL | 33993 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 6/12/2013 |
| Moore, Stephanie | 3025 Chelsea Ridge Trail | Columbiana | AL | 35051 | Doyle Law Firm, PC | 6/12/2013 |
| Motley, Zion | 1401 2nd Court West | Birmingham | AL | 35208 | Doyle Law Firm, PC | 6/12/2013 |
| Mott, Mark and Marcia | 2625 Prentiss Avenue | New Orleans | LA | 70122 | Thornhill Law Firm, APLC | 4/3/2013 |
| Nettles, Frank | 1421 2nd Court West | Birmingham | AL | 35208 | Doyle Law Firm, PC | 6/12/2013 |
| Oak Glen Condominiums and Marina | 2130 Cumberland Road | Ocean Springs | MS | 39564 | McCallum, Hoaglund, Cook And Irby, LLP | 6/12/2013 |
| O'Brien, Robert and Construction Group, LLC | 1005 Barracks Street | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Oley, Cindy | 129 A Erkhart Lane | Lucedale | MS | 39452 | Reeves and Mestayer, PLLC | 6/12/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| Ormondroyd, Peter and Susan | 126 Bella Vista Terrace, Unit C | Venice | FL | 34275 | Pro Se Plaintiff | 6/12/2013 |
| Otten, George and Susan | 8546 98th Court | Vero Beach | FL | 32967 | Pro Se Plaintiff | 6/12/2013 |
| Outten, George and Suzanne | 9016 86th Street | Vero Beach | FL | 32967 | Morgan and Morgan P.A. | 6/12/2013 |
| Pariona, Elmer | 288 Rodenburg Avenue | Biloxi | MS | 39531 | Doyle Law Firm, PC | 7/9/2013 |
| Patterson, Rory | 531 Cardinal Street SE | Palm Bay | FL | 32909 | Morgan and Morgan P.A. | 6/12/2013 |
| Pederson, Ronald and Sharon | 4722 SW 25th Court | Cape Coral | FL | 33914 | Morgan and Morgan P.A. | 6/12/2013 |
| Pennington, Sam | 7941 Park Place Drive S | Loxley | AL | Not Provided | Reeves and Mestayer, PLLC | 6/12/2013 |
| Perales, Julio | 21134 Field House Court | Humble | TX | 77338 | Collins and Horsley, P.C. | 6/12/2013 |
| Peterson, Kristin | 1413 2nd Court West | Birmingham | AL | 35208 | Doyle Law Firm, PC | 6/12/2013 |
| Phillips, Jeffrey | 6148 Longmeadow Way | Trussville | AL | 35173 | Doyle Law Firm, PC | 6/12/2013 |
| Pinell, Lazaro | 2602 Eighth Street SW | Lehigh Acres | FL | 33976 | Pro Se Plaintiff | 6/12/2013 |
| Porter, Linda | 4169 Paxton Place | Birmingham | AL | 35242 | Pro Se Plaintiff | 6/12/2013 |
| Prescott, James and Daniel Raysin | 1005 Barracks Street, Unit 3 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Prima Vista Commons, LLC | 345 NW Prima Vista Boulevard, Unit 206 | Port St. Lucie | FL | 34983 | Allison Grant, P.A. | 6/12/2013 |
| Pringle, Glenn | 2010 Lulach Lane | Conroe | TX | 77301 | Collins and Horsley, P.C. | 7/9/2013 |
| Ramirez, Monica | 22101 SW 88 Path | Miami | FL | 33190 | Morgan and Morgan P.A. | 6/12/2013 |
| Richards, Juliette | 1113 Glendale Place | Gulfport | MS | 39507 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Roberts, Herman and Sandra | 8412 Colonel Drive | Chalmette | LA | 70043 | Thornhill Law Firm, APLC | 4/3/2013 |
| Rodriguez, Raymond | 3358 NE 3 Drive or 3358 SE 3 Drive | Homestead | FL | 33033 | Krupnick Campbell Malone | 6/12/2013 |
| Roe, Fred | 32759 Water View Drive East | Loxley | AL | 36551 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Rono, Frank | 1056 Kings Way | Birmingham | AL | 35242 | Collins and Horsley, P.C. | 6/12/2013 |
| Roule, Carol E. | 220 Emerald Oaks Drive | Covington | LA | 70433 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Rungis, Austris and Renee | 1005 Barracks Street, Unit 7 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Saeger, Deborah | 171 Tucker Street SW | Palm Bay | FL | 32908 | Morgan and Morgan P.A. | 6/12/2013 |
| Sanibel Condo Owners Association | 1504 West Beach Boulevard | Gulf Shores | AL | 36542 | McCallum, Hoaglund, Cook And Irby, LLP | 6/12/2013 |
| Schneider, David and Sheri | 3142 State Street | New Orleans | LA | 70116 | Pro Se Plaintiff | 4/3/2013 |
| Seay, John | 2468 Arbor Glenn | Hoover | AL | 35244 | McCallum, Hoaglund, Cook And Irby, LLP | 6/12/2013 |
| Shallow, Jimmy | 6136 Longmeadow Way | Trussville | AL | 35173 | Doyle Law Firm, PC | 6/12/2013 |
| Shave, Richard and Ruth | 1136 SW 47th Street | Cape Coral | FL | 33914 | Parker Waichman Alonso LLP | 6/12/2013 |
| Shenouda, Ray | 4287 Caskie Place | Brooksville | FL | 34604 | Pro Se Plaintiff | 6/12/2013 |
| Slim, Sami | 9677 Cinnamon Court | Parkland | FL | 33076 | Pro Se Plaintiff | 6/12/2013 |
| Smith, James E., Jr. | 1915 21st Avenue | Gulfport | MS | 39501 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Smith, Louvenia | 12418 SW 230 Street | Miami | FL | 33170 | Collins and Horsley, P.C. | 6/12/2013 |
| Smith, Sabrina | 4575 Hickerson Drive | New Orleans | LA | 70127 | Pro Se Plaintiff | 4/3/2013 |
| Smith, William G. and Laurie S. | 3835 S. Pin Oak Avenue | New Orleans | LA | 70131 | Willis and Buckley, APC | 4/3/2013 |
| Stanley, Maureen | 3773 SW Kastin Street | Port St. Lucie | FL | 34593 | Pro Se Plaintiff | 6/12/2013 |
| Steen, Fonselin | Unknown | Tampa | FL | | Pro Se Plaintiff | 6/12/2013 |
| Stephens, Shauna | 1681 Nichole Drive | Houston | TX | 77047 | Collins and Horsley, P.C. | 6/12/2013 |
| Stone, Mathilde / McKenzie, Tiffany / Rice, Ana | 3912-3914 Perrier Street | New Orleans | LA | 70115 | Paul A. Lea, Jr., APLC (Stone); Pro Se Plaintiff (McKenzie and Rice) | 4/3/2013 |
| Sturgeon-Eaton, Cynthia | 1417 2nd Court West | Birmingham | AL | 35208 | Doyle Law Firm, PC | 6/12/2013 |
| Sunrise Lake Condominium Apartments Phase III, Inc. 1 | 2700 NW 94 Way or 2811 Pine Island Road N 71-310 | Sunrise | FL | 33322 | Colson Hicks Eidson | 6/12/2013 |
| Sutton, Markita | 7960 Camden Woods Drive | Tampa | FL | 33619 | Pro Se Plaintiff | 6/12/2013 |

## NEW CLAIMS POST 12/9/2011 - Exhibit B - Insufficient Indicia or Confirmed NON-KPT

| Homeowner | Street Address | City | State | Zip | Counsel | Date Filed |
|---|---|---|---|---|---|---|
| Taylor, Samuel | Homestead [complete address not provided in Tolling Agreement] | Homestead | FL | | Pro Se Plaintiff | 6/12/2013 |
| Tompkins, Kenneth and Chantay Bronson | 3244 Silverado Circle | Green Cove Springs | FL | 32043 | Pro Se Plaintiff | 7/9/2013 |
| Toomer, Rae | 9922 Smithfield Court | Baton Rouge | LA | 70810 | The Lambert Firm, PLC | 4/3/2013 |
| Toxey, Judith & George | 403 Fairwood Blvd. | Fairhope | AL | 36532 | Holston Vaughan, LLC | 6/12/2013 |
| Travlin, Danny | 13586 Laurel Oaks Lane | Gulfport | MS | 39503 | Reeves and Mestayer, PLLC | 6/12/2013 |
| Trull, Vicki Gail | 9443 Ambrose Lane | Kimberly | AL | 35091 | Pittman, Dutton, Kirby and Hellums, P.C. | 6/12/2013 |
| Wallace, Joyce | Unknown | Pass Christian | MS | | Pro Se Plaintiff | 6/12/2013 |
| Washington, Laura | 1651 Nichole Woods Drive | Houston | TX | 77047 | Collins and Horsley, P.C. | 6/12/2013 |
| Williams, Albert (Jr.) | 1346 Dilton Avenue | Metairie | LA | 70003 | Pro Se Plaintiff | 4/3/2013 |
| Williams, Albert (Jr.) | 1346 Dilton Avenue | Metairie | LA | 70003 | Pro Se Plaintiff | 4/3/2013 |
| Wint, Edmond and Jacqueline Dockery-Wint | 1590 Abalom Street | Port Charlotte | FL | 33908 | Morgan and Morgan P.A. | 6/12/2013 |
| Wood, Deborah | Address Not Provided | | | | Pro Se Plaintiff | 6/12/2013 |
| Woodward, Dan | 5154 Wildgoose Drive | North Port | FL | 34286 | Pro Se Plaintiff | 6/12/2013 |
| Zeanah, Leigh Ann | 12102 Danny Drive | McCalla | AL | 35111 | Collins and Horsley, P.C. | 6/12/2013 |
| Brown, Waylon W. and Allison A. | 4128 Poplar Grove Drive | Addis | LA | 70710 | Herman, Herman, Katz and Cotlar LLP | 4/3/2013 |
| Eastern Savings Bank | 16705 SW 296th Street or 16705 SW 196th Street | Homestead | FL | 33030 | Pro Se Plaintiff | 6/12/2013 |
| Eastern Savings Bank | 29461 SW 169th Avenue or 2946 SW 167th Avenue | Homestead or Miami-Dade | FL | 33030 | Pro Se Plaintiff | 6/12/2013 |
| Ireland, Joseph and Jessica | 4830 Heron Pointe Drive, Unit 808 or 2286 Nuremberg Boulevard | Tampa or Punta Gorda | FL | 33616 or 33983 | Parker Waichman Alonso LLP | 6/12/2013 |
| Olvera, Diana and Oracio Sanchez (Graves) | 21118 Sprouse Circle | Humble | TX | 77338 | O'Steen Law Group; Reich and Binstock | 6/12/2013 |
| Otero, Fabian (Guerrero, Arquimedes and Maria) | 23641 SW 112th Court | Homestead | FL | 33032 | Doyle Law Firm, PC | 6/12/2013 |
| Payne, Mickey | 1430 Brook Trace | Hoover | AL | 35244 | Collins and Horsley, P.C. | 6/12/2013 |
| Polson, John | 23213 Kilgore Street | Mandeville | LA | 70471 or 70448 | Pro Se Plaintiff | 4/3/2013 |
| Vida, Julius | 9817 Boraso Way, Number 101 | Fort Myers | FL | 33908 | Morgan and Morgan P.A. | 6/12/2013 |
| Engemann, Eric | 9913 Keanland Court, Number 18 | Baton Rouge | LA | 70810 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | 4/3/2013 |