## NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| 1005 Barracks Condominiums, LLC | 1005 Barracks Street, Unit 5 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | Yes (PP - Released to Moss) | 1/4/2013 - Inspected by Benchmark/MZA |
| 1005 Barracks Condominiums, LLC | 1005 Barracks Street, Unit 6 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | Yes (PP - Released to Moss) | 1/4/2013 - Inspected by Benchmark/MZA |
| Adam Scott Melton Revocable Trust | 1005 Barracks Street, Unit 8 | New Orleans | LA | 70116 | Herman, Herman, Katz and Cotlar LLP | Yes (PP - Released to Moss) | 1/4/2013 - Inspected by Benchmark/MZA |
| Adams, Richard and Marylin | 5748 Staysail Court | Cape Coral | FL | 33914 | Pendley, Baudin and Coffin, L.L.P.; Whitfield Bryson & Mason, LLP | Yes (Amorin, Eduardo et al v. Taishan Gypsum Co. Ltd. et al, 3 non-Knauf cases in ED of LA, 2:11cv01395, 2:11cv01672, 2:11cv01673) | 06/13/2011 - Earliest filing date |
| American Home 4 Rent, LLC | 501 Falcon Lake Drive | Friendswood | TX | 77546 | Collins and Horsley, P.C. | Different Claimant** (Omni I - Debruin, Candice and James) | 12/15/2010 - Omni I Intervention Complaint - C |
| Assett Portfolio Servicing Company | 1305 East 9th Street | Lehigh Acres | FL | 33972 | Doyle Law Firm, PC | Different Claimant** (Omni III - Azacarate, Jose and Lori) | 3/18/2010 - Omni III |
| Badahur, Doodnauth | 1925 SE 22nd Court | Miami | FL | 33035 | Doyle Law Firm, PC | Different Claimant** (FL State Harrell - bank owned) | 2/3/2009 - Harrell filing date |
| Baldone, Charles | 813 Boulder Lake Court | Birmingham | AL | 35242 | Joe Buffington | Yes (Omni IV); (PP - Released to Moss) | 3/15/2010 - Omni IV |
| Baxter, Imogene | 211 Weatherby Street West | Saraland | AL | 36571 | Doyle Law Firm, PC | Different Claimant** (Omni I - Mitchell, Ralph and Lisa) | 7/9/2010 - Omni I Intervention Complaint - A |
| Bonamy, David | 5246 Greystone Way | Birmingham | AL | 35242 | McCallum, Hoaglund, Cook And Irby, LLP | Yes (Omni I) | 12/9/2009 - Omni I |
| Brackett, Joyce | 3468 SW Fashoda Street | Port St. Lucie | FL | 34953 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Butts, Lowell | 15902 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Butts, Lowell | 15906 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |


EXHIBIT C

### NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| Cabrera, Martha & Amaranato | 875 NE 208th Terrace | North Miami Beach | FL | 33179 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Caldwell TH 16 LLC | 4401 N. Ocean Boulevard, Apt. 16 | Boca Raton | FL | 33431 | Roberts and Durkee, P.A | | |
| Callister, Gary and Suzanne | 800 Itasca Place | Dauphin Island | AL | 36528 | Doyle Law Firm, PC | Yes (PP - Released to Moss - Under Construction) | 1/14/2012 - submitted to Pilot Program |
| Canales, Jose | 5933 NW Dowell Court | Port St. Lucie | FL | 34986 | Seeger Weiss LLP | Yes (Omni XIV) | 12/8/2011 - Omni XIV |
| Cannata, James | 2242 SE Flanders Road | Port St. Lucie | FL | 34952 | Baron and Budd PC | Yes (PP - Released to Moss - Complete) | 4/18/2012 - submitted to Pilot Program |
| Case, Ronald | 240 West End Drive, Unit 1411 | Punta Gorda | FL | 33950 | Allison Grant, P.A.; Baron and Budd PC | Yes (Omni I, IV and X); (PP - Released to Moss) | 10/5/2010 - Omni I Intervention Complaint - B |
| Caswell, Nora | 2017 SE 21 Court | Homestead | FL | 33033 | Doyle Law Firm, PC | Different Claimant** (Omni I and FL State Harrell - Sims, Robert Alan) | 7/9/2010 - Omni I Intervention Complaint - A |
| Cerise, Joseph | 6351 Milne | New Orleans | LA | 70124 | Pro Se Plaintiff | Yes (Omni XII); (PP - Chose Settlement Option 3) | 9/20/2011 - Omni XII |
| Chen, Xiao-Ching | 15944 Innerarity Point Road | Pensacola | FL | 32407 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Chierici, Eugene | 42345-B Broadwalk Avenue | Hammond | LA | 70401 | Allison Grant, P.A.; Baron and Budd PC | Different Claimant** (Omni IV - The Parc In Hammond, L.L.C.); (PP - Released to Moss - Complete) | 3/15/2010 - Omni IV |
| Cove, Joseph Jr. | 214 SW 39th Terrace | Cape Coral | FL | 33914 | Parker Waichman Alonso LLP | Yes (PP - Inspected Mixed Board) | 11/10/2011 - Inspected by Benchmark/MZA |
| Craig, William | 320 Hillstone Drive | Pell City | AL | 35125 | Doyle Law Firm, PC | Different Claimant** (Omni I - Thompson, Frank); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Dalsin, Mike and Julie | 23069 Redfish Lane | Cudjoe Key | FL | 33042 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Darden, Reggie | 1037 Little Sorrell Drive | Calera | AL | 35040 | Pro Se Plaintiff | Yes (Omni I) | 12/9/2009 - Omni I |
| Demedicus, Jack and Jan | 5812 Chestnut Trace | Hoover | AL | 35244 | McCallum, Hoaglund, Cook And Irby, LLP | Yes (PP - Released to Moss) | 11/7/2012 - submitted to Pilot Program |

## NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| Divco Construction Corp. | 28548 Chianti Terrace | Bonita Springs | FL | 34135 | Krupnick Campbell Malone | Different Claimant** (Omni X and XIV - Perkins, John and Azzarello, Jo-Anne) | 6/8/2011 - Omni X |
| Eagle Dawg Properties, LLC | 11594 Bluff Lane | Gulport | MS | 39507 | Vaughn and Bowden PA | Different Claimant** (Omni I and IV - Robicheaux, Bobbie and John) | 10/5/2010 - Omni I Intervention Complaint - B |
| Elkins, George and Phyllis | 10520 SW Stephanie Way, Unit 2-212 | Port St. Lucie | FL | 34987 | Allison Grant, P.A. | Different Claimant** (Omni III and IV - Promenade at Tradition Community Association Inc.) | 3/15/2010 - Omni IV |
| Felter, Mike | 25014 Arcadia Farm Road | Pass Christian | MS | 39571 | Pro Se Plaintiff | Yes (Omni I (dismissed)); (PP - Released to Moss) | 6/27/2011 - Inspected by Benchmark/MZA |
| Forkin, Mircha | 1987 SE 21 Court | Homestead | FL | 33035 | Parker Waichman Alonso LLP | Different Claimant** (Omni I and Fed Non-Omni and FL State Harrell - Rizzo, Ricardo and Alfonso, Madelia) | 12/9/2009 - Omni I |
| Frais, Sherley | 137 SE 16th Terrace | Cape Coral | FL | 33990 | Ellis, Ged & Bodden, P.A. | Yes (Omni I; Frais, Sherley v. Knauf Gips KG et al, ED of LA, 2:09cv04322) | 12/9/2009 - Omni I |
| Friedlander, Gregory | 1625 Martin Bluff Road, Unit #17 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | Different Claimant** (Omni I - Cabrera, Michael); (PP - Inspected - Confirmed KPT) | 12/9/2009 - Omni I |
| Gay, Brian | 2381 Abbeyglen Circle | Hoover | AL | 35227 | Doyle Law Firm, PC | Yes (PP - Released to Moss - Complete) | 12/15/2011 - submitted to Pilot Program |
| Gomez-Mantellini, Jorge and Daniela | 1982 SE 23 Court | Homestead | FL | 33035 | Parker Waichman LLP | Different Claimant** (Omni I and FL State Harrell - Kurutz, Barbara and Stephen); (PP - Released to Moss) | 12/9/2009 - Omni I |
| Gorie, Patrick | 593 SW Columbus Drive | Port St. Lucie | FL | 34953 | Allison Grant, P.A. | Yes (PP - Released to Moss as Mixed Home) | 8/17/2012 - submitted to Pilot Program |
| Greenhow, Eric A. | 6821 Brompton Drive | Lakeland | FL | 33809 | Pro Se Plaintiff | Yes (PP - Released to Moss - Complete) | 12/29/2011 - submitted to Pilot Program |
| Guerrero, Maria | 12978 S.W. 133 Terrace | Miami | FL | 33186 | Baron and Budd PC | Yes (Omni III) | 3/18/2010 - Omni III |
| Hallal, George | 1201 Magnolia Alley, Lot 32 | Mandeville | LA | 70471 | Doyle Law Firm, PC; H. Glen Kent, Jr. | Different Claimant** (Omni II, VII and Fed Non-Omni Non Knauf - Eide, Stale) | 10/05/2010 - Omni II Intervention Complaint - B |
| Hammant, Frank | 112 Sweet Bay Drive, North | Pass Christian | MS | 39571 | Doyle Law Firm, PC | Yes (PP - Released to Moss) | 1/17/2012 - submitted to Pilot Program |

## NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| Hammant, Frank | 112 Sweet Bay Drive, South | Pass Christian | MS | 39571 | Doyle Law Firm, PC | Yes (PP - Released to Moss) | 1/17/2012 - submitted to Pilot Program |
| Helper, Dennis | 10560 Stephanie Way, Building 1-105 | Port St. Lucie | FL | 34987 | Grant, P.A.; Baron and Budd PC | Yes (Omni III and II); (PP - Released to Moss) | 3/15/2010 - Omni IV |
| Henderson, Patricia | 5500 East Oak Ridge Drive | Orange Beach | AL | 36561 | McCallum, Hoaglund, Cook And Irby, LLP | Yes (PP - Released to Moss) | 11/7/2012 - submitted to Pilot Program |
| Hoag, Kevin | 145 Warrior Trace | Covington | LA | 70435 | The Lambert Firm, PLC | Yes (PP - Released to Moss - Complete) | 9/8/2011 - Inspected by Benchmark/MZA |
| Jamison, Steve and Kimberly | 10560 Stephanie Way, Building 1-209 | Port St. Lucie | FL | 34987 | Allison Grant, P.A.; Baron and Budd PC | Yes (Omni II) | 02/10/2010 - Omni II |
| Kurian, Wayne and Susan | 411 SE 6 Terrace | Pompano Beach | FL | 33060 | Krupnick Campbell Malone Buser; Slama Hancock Lieberman & McKee | Yes (PP - Released to Moss - Complete) | 12/13/2011 - submitted to Pilot Program |
| Latiff, Mohamed | 1898 SE 23rd Court | Homestead | FL | 33035 | Doyle Law Firm, PC | Different Claimant** (FL State Harrell - bank owned) | 2/3/2009 - Harrell filing date |
| Latiff, Mohamed | 1943 SE 22nd Drive | Homestead | FL | 33035 | Doyle Law Firm, PC | Different Claimant** (FL State Harrell - bank owned) | 2/3/2009 - Harrell filing date |
| Loggett, Nona Sue | 5319 Creekside Place | Hoover | AL | 35244 | McCallum, Hoaglund, Cook And Irby, LLP | Yes (PP - Released to Moss) | 11/7/2012 - submitted to Pilot Program |
| Llord, Maria | 5000 SW 73rd Terrace | Miami | FL | 33143 | Roberts and Durkee, P.A | | |
| Macon, Jamarcy & Alvin Terry | 1279 Washington Drive | Moody | AL | 35004 | Parker Waichman Alonso LLP | Different Claimant** (Omni I - Pilkington, Barbara and Joseph Tennet) | 12/9/2009 - Omni I |
| Maldonado, Ruthbi | 21118 Escala Drive | Humble | TX | 77338 | Baron and Budd PC | Different Claimant** (Omni I and VIII - Medina, Luis and Toneisha); (PP - Released to Moss) | 10/5/2010 - Omni I Intervention Complaint - B |
| Manweiler, Terence and Andrea | 638 SW 1st Avenue | Pompano Beach | FL | 33060 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 4/17/2013 - submitted to Pilot Program |
| Mariani, Margaret | 10560 Stephanie Way, Unit 210 | Port St. Lucie | FL | 34987 | Allison Grant, P.A.; Baron and Budd PC | Yes (Omni III); (PP - Inspected - No KPT) | 3/18/2010 - Omni III |

## NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| McIntyre, Paul | 15922 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Michel, Olga and Rolando | 1121 SW Haleyberry Avenue | Port St. Lucie | FL | 34953 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Minor, Calvin J. | 42345-A Broadwalk Avenue | Hammond | LA | 70401 | Allison Grant, P.A.; Baron and Budd PC | Different Claimant** (Omni IV - The Parc In Hammond, L.L.C.); (PP - Chose Settlement Option 3) | 3/15/2010 - Omni IV |
| Moran, William | 114 Arbor Hills Lane | Huntsville | AL | 35824 | McCallum, Hoaglund, Cook And Irby, LLP | Yes (PP - Released to Moss) | 11/7/2012 - submitted to Pilot Program |
| Mueller, Shirley | 10560 SW Stephanie Way, #1-207 | Port St. Lucie | FL | 34986 | Billing, Cochran, Lyles, Mauro and Ramsey, PA | Yes (Omni II) | 7/9/2010 - Omni II Intevention Complaint - A |
| Navarro, Juan | 7074 Venice Way, Unit 2603 | Naples | FL | 34119 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Pelican Point Resort Living, LLC through Douglas Diez | 40008 Champion Tif East | Gonzales | LA | 70737 | Thornhill Law Firm, APLC | Yes (Omni I); (PP - Released to Moss) | 12/9/2009 - Omni I |
| Petit, Marcklin | 1842 NE 5th Street, #1403 | Boynton Beach | FL | 33435 | Allison Grant, P.A.; Baron and Budd PC | Yes (PP - Chose Settlement Option 3) | 1/3/2012 - submitted to Pilot Program |
| Philip, Sindhu | 360 NE 33rd Terrace | Homestead | FL | 33033 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Pierre, Christine | 1441 NW 36th Way | Lauderhill | FL | 33311 | Roberts and Durkee, P.A | Yes (PP - Release to Moss) | 1/18/2013 - submitted to Pilot Program |
| Quackenbush, Ronald and Lorraine | 10560 SW Stephanie Way, #205 | Port St. Lucie | FL | 34986 | Billing, Cochran, Lyles, Mauro and Ramsey, PA | Yes (Omni II) | 7/9/2010 - Omni II Intevention Complaint - A |
| Racine, Derrick | 15926 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Miller, Gary); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Rothman, Shawn | 1918 S.E. 23rd Court | Homestead | FL | 33035 | Pro Se Plaintiff | Different Claimant** (FL State Harrell - Viggen, Mikael) | 2/3/2009 - Harrell filing date |
| Rowe, Bob (Arete Holdings LLC) | 9817 Boraso Way, Number 102 | Fort Myers | FL | 33908 | The Lambert Firm, PLC | Different Claimant** (Omni XII - Graziano, Vito D.) | 9/20/2011 - Omni XII |

## NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| Roy, Sandy J. | 10560 Stephanie Way, Unit 203 | Port St. Lucie | FL | 34987 | Allison Grant, P.A.; Baron and Budd PC | Yes (Omni II) | 2/10/2010 - Omni II |
| Sampedro, Manuel and Estrella | 14860 SW 160th Street | Miami | FL | 33187 | Roberts and Durkee, P.A | Yes (FL State Post GS Filing); (PP - Released to Moss as Mixed Board home) | 3/11/2013 - submitted to Pilot Program |
| Scala, George | 6043 Pontiac Drive | Kiln | MS | 39556 | Doyle Law Firm, PC | Yes (PP - Released to Moss) | 1/14/2012 - submitted to Pilot Program |
| Schroeder, Scott | 1974 North Highway 190 | Covinton | LA | 70433 | The Lambert Firm, PLC | Yes (PP - Released to Moss - Under Construction) | 3/21/2012 - submitted to Pilot Program |
| Singleton, Enrica | 11413 Longview Drive | New Orleans | LA | 70128 | Lemon Law Firm | Yes (Omni I) | 12/9/2009 - Omni I |
| Smith, Thomas and Carol | 7302 Bristol Circle | Naples | FL | 34120 | Roberts and Durkee, P.A | Yes (PP - Inspection of material removed from home during self-remediation) | 4/16/2013 - Inspected by Benchmark/MZA |
| Steiner, Maximilian | 8665 Cobblestone Pt. Circle | Boynton Beach | FL | 33472 | Baron and Budd PC | Yes (Omni I, II and Steiner, Stephanie and Charles v. Beijing New Building Material, PLC et al, non-Knauf case in ED of LA, 2:09cv06545) | 12/9/2009 - Omni I |
| Steward, Darrell | 15904 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Stewart, Jascinth | 3589 NW 14th Court | Lauderhill | FL | 33311 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |
| Summers, Charles | 5223 Bathgate Lane | Houston | TX | 77084 | Collins and Horsley, P.C. | Different Claimant** (Omni VIII - Barni, Guy); (PP - Released to Moss) | 2/7/2011 - Omni VIII |
| Vera, Benito Jr. | 5875 SW 129 Terrace | Pinecrest | FL | 33156 | Baron and Budd PC | Yes (PP - Released to Moss - Under Construction) | 9/24/2011 - Inspected by Benchmark/MZA |
| Wales, Guy | 1053 Washington Court | Moody | AL | 35004 | Doyle Law Firm, PC | Yes (PP - Released to Moss - Complete) | 12/7/2011 - submitted to Pilot Program |
| Weaver, Frazer | 2597 Sawgrass Lake Court | Cape Coral | FL | 33909 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 12/23/2011 - submitted to Pilot Program |
| Zekofsky, Marc and Aimee | 61 SE 3rd Avenue | Hallandale Beach | FL | 33009 | Roberts and Durkee, P.A | Yes (PP - Released to Moss) | 1/18/2013 - submitted to Pilot Program |

## NEW CLAIMS POST 12/9/2011 - Exhibit C - In Litigation (pre 12/9/11) or in Pilot Program

| Homeowner | Street Address | City | State | Zip | Counsel | Litigation/Pilot Program Notes | Complaint Filing or Pilot Program Date |
|---|---|---|---|---|---|---|---|
| Zhu, Jinxi | 15916 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| Zhu, Jinxi | 15938 Innerarity Point Road | Pensacola | FL | 32507 | Doyle Law Firm, PC | Different Claimant** (Omni I and X - Sundance, LLC); (PP - Released to Moss) | 7/9/2010 - Omni I Intervention Complaint - A |
| *Cordero, Mercedes and Alfredo | 20318 SW 324th Street | Homestead | FL | 33030 | Baron and Budd PC | - | |