## NEW CLAIMS POST 12/9/2011 - Exhibit D - Otherwise Settled Properties

| Homeowner | Street Address | City | State | Zip | Counsel | Settlement |
|---|---|---|---|---|---|---|
| Bas, Ayse | 1660 Renaissance Commons Blvd., Number 2326 | Boynton Beach | FL | 33426 | Doyle Law Firm, PC | Renaissance Commons |
| Bragan, Todd and Amy | 8530 Highlands Trace | Trussville | AL | 35173 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Chen, Michael | 21114 Field House Court | Humble | TX | 77338 | Unknown | Castle Rock |
| Diaz, Kathy (Macri) and Ivan | 185 SW 7th Street, Unit 2607 | Miami | FL | 33130 | Pro Se Plaintiff | Latitude on the River |
| Friendlander, Gregory | 1625 Martin Bluff Road, Unit #6 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | Friedlander |
| Friendlander, Gregory | 1625 Martin Bluff Road, Unit #16 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | Friedlander |
| Friendlander, Gregory | 1625 Martin Bluff Road, Unit #25 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | Friedlander |
| Friendlander, Gregory | 1625 Martin Bluff Road, Unit #30 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | Friedlander |
| Freelander, Gregory | 1625 Martin Bluff Road, Unit #99 | Gautier | MS | 39553 | Gregory M. Friedlander & Associates, P.C. | Friedlander |
| Lauderdale One Condominium Association, Inc. | 2421 NE 65th Street - Entire Building | Ft. Lauderdale | FL | 33308 | Allison Grant, P.A.; Baron and Budd PC | Lauderdale One |
| Llanes, Pedro L. | 219 NW 12th Avenue, Unit 702 (San Lorenzo Building) | Miami | FL | 33128 | Allison Grant, P.A.; Baron and Budd PC | San Lorenzo |
| Marine, Rolando | 219 NW 12th Avenue, Unit 1009 | Miami | FL | 33128 | Allison Grant, P.A.; Baron and Budd PC | San Lorenzo |
| Patton, Alicia | 108 Morning Walk Lane | Huntsville | AL | 35824 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Pearce, Samuel | 219 NW 12th Avenue, Unit 707 (San Lorenzo Building) | Miami | FL | 33128 | Allison Grant, P.A.; Baron and Budd PC | San Lorenzo |
| Rajpani, Irfan | 5019 Melrose Place | Hoover | AL | 35226 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Romero, John | 749 Eucluid Circle | Mountain Brook | AL | 35213 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Scott, Chris and Regina | 5027 Melrose Place | Hoover | AL | 35226 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Sinisterra, Sonia | 219 NW 12th Avenue, Unit 1002 (San Lorenzo Building) | Miami | FL | 33128 | Allison Grant, P.A.; Baron and Budd PC | San Lorenzo |
| Waters, Fidel | 2138 Timberline Drive | Calera | AL | 35040 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Whisenhunt, Larry | 2881 Levine Road | Margaret | AL | 35112 | McCallum, Hoaglund, Cook And Irby, LLP | Hoaglund/Sexton |
| Brown, Alicia and Darin | 835 NW 28th Place | Cape Coral | FL | 33993 | Parker Waichman Alonso LLP | |
| Grant, Wayne and Carol | 1629 NW 15th Terrace | Cape Coral | FL | 33993 | Parker Waichman Alonso LLP | |
| Lucarelli, Arthur and Dianne | 27043 Curitiba Drive | Punta Gorda | FL | 33983 | Morgan and Morgan P.A. | |
| Hastings, Dave | 9997 Via San Marco Loop | Fort Myers | FL | 33905 | Pro Se Plaintiff | |
| Chen, Frank | 21130 Field House Court | Humble | TX | 77338 | Unknown | |


EXHIBIT D