UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Beane v. Gebrueder Knauf Verwaltungsgesellschaft KG*, No. 2:13-cv-609 | JUDGE FALLON<br>MAGISTRATE JUDGE WILSON |

## OPT IN FORM FOR COUNSEL

To: Russ Herman, Esq.
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com

Kerry J. Miller, Esq.
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
kmiller@frilot.com

The following plaintiffs in the above-captioned action, who are represented by me, hereby agree to participate in the Settlement dated July __, 2013 according to the terms and conditions of that Settlement:

[List Plaintiffs Who Have Agreed to Participate]

_____
(Signature of Counsel)

[Counsel's Printed Name, Firm Name, Address, Phone Number and Email]



EXHIBIT E