APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*  China Xuzhou International Economic & Technological Cooperation Co., Ltd.
4/F Yingdu Bldg. 120 Huaihai West Rd., Xuzhou, Jiangsu, China

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*;
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.  , the 27 DEC 2012
                                          *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles.*

266532-0065

13-SXS-42

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: China Xuzhou International Economic & Technological Cooperation Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date) __Apr. 24, 2013__
   - *le (date)*
   - at (place, street, number) __4/F Yingdu Bldg. 120 Huaihai West Rd. Xuzhou, Jiangsu, China__
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
       - *a) selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
       - *b) selon la forme particulière suivante:* _____
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       - *c) par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) __Zhang Aiqin__
   - *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other): __the accountant of that Company__
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __June 20, 2013__
*Fait à                  le*

Signature and/or stamp.
*Signature et/ou cachet.*

2

中华人民共和国
司法部
民商事司法协助专用章

266532-0065

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

*Law Association No. FX-13-195*
*Judicial Association No. SX-13-42*

| Cause of Action | | Case No. | 2013 Xuzhou Intermediate Court Service No. 002 |
|---|---|---|---|
| Document Served and Number | Summary of documents for service, on copy; summons, one copy; complaint, one copy, and other documents. | | |
| Servee/Recipient | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | | |
| Address for Service | 4/F, Yindu Building, 120 Huaihai West Rd., Xuzhou City, Jiangsu Province, (China). | | |
| Signature or seal by Recipient | Date    Year | | |
| Substitute Recipient and Reason for Substitution | Zhang, Aiqin (Accountant)    April 24, 2013 | | |
| Notes | | | |

Issuer:            Server:   Song, Lijuan    Xu, Haiqing

# 徐州市中级人民法院

## 送达回证

FX-13-195
SX-13-42

| 案　由 | | 案号 | (2013)徐牌法撤字第002号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书摘要一份；传票一份；诉状一份；文书 | | |
| 受送达人 | China Xuzhou International Economic & Technological Cooperation Co. Ltd. 中国徐州国际经济技术合作有限公司 | | |
| 送达地址 | 12号，徐州淮海西路120号银都大厦4楼 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | 张美芹（会计） | | 2013年 4月 24日 |
| 备　考 | | | |

填发人　　　　　　　　　　　　送达人 朱和力、徐逸青