

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
      (identité et adresse)    _____Hangzhou Great Import and Export Co., Ltd._____
_____Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province,  310012  China_____

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439              , the  27 DEC 2012
Fait à_____Minneapolis, Minnesota, U.S.A._____, le _____

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0063

# 证 明 书
## CERTIFICATE

13-SXS-38

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

①、文书已予送达* 1.that the document has been served*
——日期：the (date) Apr. 3, 2013
——地点(城镇、街、号)：at (place, street, number) Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province, China.

——采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b) in accordance with the following particular method*:

_____

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
——(收件人身份和说明)：(identity and description of person)
Hua Gang

——与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):
The manager of that Company.

2、由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:

_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于　　　　年　　月　　日
Done at Beijing , June 26 , 2013
签名和 (或) 盖章
Signature and / or stamp.

*如不适用，则请删去。
*Delete if inappropriate.

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

*Judicial Association No. SX-13-38*

| [Seal: Zhejiang Province Hangzhou City Intermediate People's Court] <br> **ZHEJIANG PROVINCE HANGZHOU CITY INTERMEIDATE PEOPLE'S COURT** <br> **PROOF OF SERVICE** ||||||
|---|---|---|---|---|---|
| Cause No. | (2013) Zhejiang Superior Court International No. 82 Supreme People's Court Law Association No. (2013) 194 || Cause of Action | International Judicial Assistance/ Entrusted Service ||
| Recipient | Hangzhou Great Import andExport Co., Ltd. |||||
| Address for Service | Suite 201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province, (310012, China). |||||
| Document for Service | Issuer | Server | Receiving Date || Recipient's Signature or seal |
| Summary of documents for service One copy | | Hua Gang | 4/3/2013 || Ye Feng |
| Summons One copy | | ^ | 4/3/2013 || ^ |
| Complaint One copy | | ^ | 4/3/2013 || ^ |
| Documents | | ^ | 4/3/2013 || ^ |
| Translation of the above documents | | ^ | 4/3/2013 || ^ |
| | | | Date/Time || |
| | | | Date/Time || |
| Notes | I am the Manager of the company. <br>                       Ye Feng |||||

Note:
(1) If under unusual circumstances the documents are not deliverable, note down the reason(s) for non-service in the Notes space.
(2) If the recipient is not in, hand the documents to his/her adult relative(s), neighbors, work unit or government offices or neighborhood committee nearby as substitute recipient. The recipient on behalf shall sign or seal in the recipient's column on this form and note his/he relationship with the named recipient.

sx-13-38.

# 浙江省杭州市中级人民法院
## 送 达 回 证

| 案　号 | （2013）浙高法外字第 82 号<br>根据最高人民法院法协（2013）第 194 号函 | 案　由 | 国际司法协助委托送达 |
|---|---|---|---|
| 收件人（单位） | Hangzhou Great Import and Export Co, Ltd<br>杭州格瑞德进出口有限公司 | | |
| 送达地点 | Suite1201, Torch Building #3,#259 Wen San Road, Hangzhou City, Zhejiang Province, 310012 China.<br>浙江省杭州市文三路 259 号（昌地）火炬大厦 3 号楼 1201 室 | | |

| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 |
|---|---|---|---|---|
| 被送达文书概要壹份 | | | 2013年4月3日 | |
| 传票壹份 | | | 年　月　日 | |
| 诉状壹份 | | 华刚 | 年　月　日 | |
| 文书 | | | 年　月　日 | |
| 以上文书译文 | | | 年　月　日 | |
| | | | 年　月　日 | |
| | | | 年　月　日 | |
| 备注 | 本人是公司经理 | | | |

注：（1）如因特殊情况，文件不能送达时，在备注栏内注明不能送达的理由。
　　（2）如收件人不在时，将文件交与他的成年家属、近邻、工作单位或收件人居住地的所在政府或街道办事处代收。如系代收，代收人应在收件人栏内签名或盖章并在备注栏内注明原因及代收人与收件人的关系。