APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____ Taishan Gypsum (Jiangyin) Co., Ltd.
Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangsu, China, 214443

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.  , the *le* 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94   (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

266532-0037

13-SXS-1217

~~Case Name: Donnaly v. Vireo Industry, Inc.~~
~~(Third Party Defendant — Xiongyuan Industry Co., Ltd.~~
~~Court Case No.: 3:12-cv-00206-GPM-DGW~~

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue, numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

(2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
**The addressee refused to accept the documents.**

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons on a Third-Party Complaint, Third Party Complaint/Exhibits A and B, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at **Beijing** , the **June 27, 2013**
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

Jiangyin City People's Court

Proof of Service                Fx-13-144 Sx-13-~~12~~ 17

[Seal affixed: Jiangyin City People's Court]

| Cause of Action | Jiangsu Higher Court Judicial Assistance (2012) 624 Foreign Service |
|---|---|
| The Addressee | Taishan Gypsum (Jiangyin) Co., Ltd. |
| Address for Service | Shengang Park, Jiangyin Economic and Technological Development Zone, Jiangyin City |
| Name and Number of Copies of Documents Served | One summary of documents to be served, one complaint, one Summons and document (there are translation versions of all documents) |
| Signature or Seal of the Addressee | |
| Date of Receipt | Year   Month   Day   Time |
| Reasons of Receiving on behalf written by the Receiving Agent | |
| Servers | Yuejie Gong 4-23-2013     Bin Qian 4-23-2013 |
| Remarks | Filing Court        Gong, Miu<br>Submit to the Trial Court of this Courthouse as soon as the signature of receipt is obtained<br>Sign with a fountain pen or Chinese brush<br>In the morning of April 23, 2013, Yuejie Gong and Bin Qian from Jiangyin City People's Court went to Taishan Gypsum (Jiangyin) Co., Ltd. at 9 Yishan Road, Shengang Town, Jiangyin City to serve the above documents which was refused by the company. |

Note: 1. If the addressee is not present, deliver the documents to his adult family member or the person in charge of his work unit to receive on his behalf.
2. For receipt by any agent, the receiving person shall affix his/her signature or seal in the column of the addressee, and stated his/her relation to the addressee.
3. If the addressee or his/her agent refuses to accept or affix his/her signature or seal, the server may invite his/her neighbor or other witness to the scene and explain the situation, leave the documents at his residence, and write down the reason for refusal and date of service on the proof of service, which is signed by the server and considered served.

# 江阴市人民法院

## 送达证



FX-13-144
SX-13-1217

苏高法协（2012）624号

| 案　由 | 涉外送达 |
| --- | --- |
| 受送达人 | 泰山石膏（江阴）有限公司 |
| 送达地点 | 江阴市江阴经济技术开发区申港园区 |
| 送达文书 | 被送达文书概要一份、传票一份、诉状一份、文书（以上文书有译文） |
| 收件人签名盖章 | |
| 收到日期 | 　　　　年　　　月　　　日　　　时 |
| 代收人记明代收理由 | |
| 送达人 | 慧月武 2013.4.23<br>钱斌 2013.4.23 |
| 备注 | 立案庭 龚、缪　　　　审判庭<br>此证签收后务必速寄本院<br>**请用钢笔或毛笔签收**<br>2013.4.23上午 江阴市人民法院 慧月武、钱斌 去江阴市申港镇锡山路9号 泰山石膏（江阴）有限公司 送达 上述诉讼文书，该公司拒收。 |

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他人邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。