APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,

(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)        Taishan Gypsum (Pizhou) Co., Ltd.

       Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu, China, 221200

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summary of the Document to be Served
Alias Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at                   , the   27 DEE 2012
*Fait à*     Minneapolis, Minnesota, U.S.A.    , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
· *Rayer les mentions inutiles*

266532-0039

Case Name:  Amorin (FL)  v.  Taishan Gypsum Co., Ltd.
Defendant:  Taishan Gypsum (Pizhou) Co., Ltd.
Court Case No.:  1:11-cv-22408-MGC

13 — SXS — 13.

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**   **that the document has been served\***
*1.    que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____
_____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
        *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] **(b)   in accordance with the following particular method\*:**
        *b)    selon la forme particulière suivante:* _____
_____
  [ ] **(c)   by delivery to the addressee, who accepted it voluntarily.\***
        *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____
_____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____
_____

**2)**   **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
The addressee refused to accept the documents and the court officers couldn't leave the documents at the company.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Alias Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at
*Fait à*   Beijing   , the
              , le   June 20, 2013

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    **Delete if inappropriate.**
      *Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

266532-0039

Pizhou City People's Court

Fx-13-158 Sx-13-12

Proof of Service

[Seal affixed: Pizhou City People's Court]

| Cause of Action | | Case Number | Jiangsu Higher Court Judicial Assistance (2013) 623 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One summary of documents to be served, one complaint, one Summons  (there are translation versions of all documents) | | |
| The Addressee | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | Yunhe Bridge West, Xulian Road, Pizhou City Company | | |
| Signature or Seal of the Addressee | Year   Month   Day | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year   Month   Day | | |
| Remarks | We went to Taishan Gypsum Pizhou Co., Ltd. three times, in the morning of April 8, at 4 p.m. on April 11 and at 4:00 p.m. on April 15, 2013 respectively, but nobody in the company wanted to accept the documents, and they refused providing its legal representative, phone number and other information. It is hereby stated that serving by leaving at the address was not possible.  Servers: Shunfa Zhang    Qing Xu  Made phone call at 9:47 a.m. on April 14, 2013 to 02583785469 for instructions. | | |

Issuer: Nan Sha                    Servers:   Shunfa Zhang    Qing Xu

邳 州 市 市人民 法 院

送 达 回 证 FX-13-158

SX-13-12



| 案　由 | | | 案号 | 芥建材字第 63 号 [2013] 诉状一份 |
|---|---|---|---|---|
| 送达文书名称和件数 | 应送达文书概要一份 （以上文书为原本） | | | 证据一份 |
| 受送达人 | 泰山石膏(邳州)有限公司 | | | |
| 送达地址 | 邳州市 徐连路三分场西 公司 | | | |
| 受送达人签名或盖章 | 我们分别于2013年4月9日 年4月11日 月4月15日 日 | | | |
| 代收人及代收理由 | 三次到泰山石膏邳州有限公司 但公司一直无人接收此件 也拒不提供法定代表人 电话号 其他联系 无法送达等 待核实后 | | | |
| 备　考 | 送达人 省钱信 许晴 | | | |

2013.4.16邳省地 9.43时核实 0051837 85469 陈超

填发人　　　　　　　　　送达人 陈超信 许晴