APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

**Zibo International Economic and Technical Cooperation Corporation**

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5).

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes -- with a certificate as provided on the reverse side.

List of documents

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at Minneapolis, Minnesota, U.S.A. , the 27 DEC 2012

Signature and/or stamp.

(Formerly OBD-116 which was formerly LAA-116
both of which may still be used)   USM-94
(Est. 11/22/77)

266532-0070

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Material Incubator Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

SX-13-33

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __May. 27, 2013__
   - at (place, street, number)
   - *à (localité, rue, numéro)* __Bldg. 4, 107 Liuquan Road, Zhongdian District, Zibo City, Shandong Prov., China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b)  *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c)  *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Xin Ran__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Company Staff__

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at __Beijing__ , the __Apr. 18, 2013__
*Fait à* _____ , *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles*

2

266532-0070

# ZIBO CITY INTERMEIDATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Zibo City Intermediate People's Court]

(To be used by all types of case )

*Law Association No. FX-13-175*
*Judicial Association No. SX-13-33*
*U.S.*

| Cause of Action | | Cause No. | No. ( ) |
|---|---|---|---|
| Documents Served and Number | Summary of documents served, summons, complaint and other documents, one copy each. | | |
| Recipient (Unit) | Zibo International Economicand Technical Cooperation Corporation | | |
| Address for Service | No. 107, 4th Floor, Linchuan Road, Zhangdian District, Zibo City, Shandong Province, China. | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Xin Ran (Staff) March 27, 2013 | | |
| Notes | | | |

Issuer:   Liu Ning                                    Servers:   Liu Ning      Sun Feng Zhi

*Note:*
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

# 淄博市中级人民法院
## 送达回证
(各类案件通用)

FX-13-175
SX-13-33 芜

| 案　　由 | | 案号 | (　) 字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书根罗、传票、诉状各一份、文书 | | |
| 受送达人 | Zibo International Economic and Technical Cooperation Corporation 淄博国际经济技术合作有限公司 | | |
| 送达地址 | 山东省淄博市张店区柳泉路107号4楼 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | 辛燕 (员工) | 2013年 3月 27日 | |
| 备　　注 | | | |

填发人 刘宁　　　　　送达人 刘宁、朴丰莹

注：①送达刑事诉讼文书，按照刑事诉讼第八十一条的规定办理，送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。