APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*   China Xuzhou International Economic & Technological Cooperation Co., Ltd.
4/F Yingdu Bldg. 120 Huaihai West Rd., Xuzhou, Jiangsu, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at
*Fait à*   Minneapolis, Minnesota, U.S.A.   , the   , le   2-28-13

[Stamp: APS INTERNATIONAL / APS International Plaza / 7800 Glenroy Road / Minneapolis, MN 55439]

Signature and/or stamp.
*Signature et/ou cachet.*

[Signature: Diane K. Myers]

(Formerly OBD-116 which was formerly LAA-116, USM-94 both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 65

SX-13-322

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: China Xuzhou International Economic & Technological Cooperation Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __June 5, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __4/F Yingdu Bldg. 120 Huaihai West Rd., Xuzhou, Jiangsu, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Chen Tiantian__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Company Staff__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at __Beijing__, the __July 17, 2013__
*Fait à* _____, *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

中华人民共和国
司法部
民商事司法协助专用章

267249 ± 65

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

*Law Association No. FX-13-300*
*Judicial Association No. SX-13-322*

| Cause of Action | | Case No. | (2013) Jiangsu Superior Court Service No. 634 |
|---|---|---|---|
| Document Served and Number |  | Service of legal documents entrusted by the U.S. court Summons in civil action, Plaintiff's complaint, etc. | |
| Servee/Recipient |  | China Xuzhou International Economic & Technological Coorperation Co., Ltd. Ltd. | |
| Address for Service |  | 4/F Yingdu Bldg, 120 Huaihai West Rd., Xuzhou, Jiamgsu Province, (China). | |
| Signature or seal by Recipient | | | |
| Substitute Recipient and Reason for Substitution | Chen, Tiantian | [Seal: China Xuzhou International Economic & Technological Coorperation Co., Ltd. Ltd.]   Date   Year   June 5, 2013 | |
| Notes | The substitute recipient is a company staff. | | |

Issuer:                                   Server:   Zhu, Hongyan    Chou, Donghai

徐 州 市 中 级 人 民 法 院

送 达 回 证



FX-13-300
SX-13-322

| 案　由 | | 案号 | (2013)苏商外审 第634号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国法院多托送达 传唤法律宗、原诉状书 等诉讼文书 | | |
| 受送达人 | 徐州国际经济技术合作有限公司 | | |
| 送达地址 | 江苏徐州淮海西路120号软都大厦4楼 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | 陈莉莉 | | 2013年 6月 5日 |
| 备　考 | 代收人为该公司办公室人员 | | |

填发人　　　　　　　　　　　　　送达人 褚任艳 周晓雨