APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   Hubei Taishan Building Material Co., Ltd.
   Jingmen High and New Technology Industrial Park, Hubei, China, 448000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer au de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at   Minneapolis, Minnesota, U.S.A.   , the
*Fait à*                                    *le* 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles*

267249 - 9

# 证 明 书
## CERTIFICATE

13- SXS- 341

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) 文书已予送达* 1. that the document has been served*
— 日期：the (date) __March 29, 2013__
— 地点(城镇、街、号)：at (place, street, number) __The office of Taishan Building material Corporation, Jimen City, Hubei Province, China.__

— 采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:

① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention* __A staff of the company named Feng refused the service. But the__
② 依下述特定方法：* b) in accordance with the following particular method*: __Court officer left the papers at the office of the company.__

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
—(收件人身份和说明)：(identity and description of person)

— 与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):

2. 由于下列事实文书未能送达* : 2. that the document has not been served, by reason of the following facts*:

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于　　　年　　月　　日
Done at __Beijing__, __July 5__, 2013
签名和 (或) 盖章
Signature and / or stamp.

*如不适用，则请删去。
*Delete if inappropriate.

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

# HUBEI PROVINCE JINGMEN CITY
# DUODAO DISTRICT PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Jingmen City Duodao District People's Court]

*Law Association No. FX-13-305*
*Judicial Association No. SX-13-341*

| Cause of Action | | Cause No. | (     ) No. _____ |
|---|---|---|---|
| Document Served | Summary of document served, one copy; summons, one copy; complaint, one copy, and other documents. | | |
| Recipient (Unit) | Hubei Taishan Building Material Co., Ltd. | | |
| Address for Service | The office of this company. | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Note: At about 10:30 am on March 29, 2013, the three of us of this court went to Hubei Taishan Building Material Co., Ltd. to serve the aforesaid documents. The guard at the gate contacted someone by the surname of Ma (this person refused to tell his full name). This said person came out and led us (the court personnel) to the company's office. But he refused to accept and sign the documents for service by reason that he had never received any notification from the company. So the service was executed by leaving the legal processes at the place of abode according to law. 0724-2499095 | | |
| Notes | | | |

Issuer:   Signature [illegible]                    Server:    Signature1 [illegible],  Guo, Hongbo
                                                                              Yang, ... Li [illegible]

*Note:*
   (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
   (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

# 湖北省荆门市掇刀区人民法院
# 送 达 回 证

FX-13-305
SX-13-341.

| 案　由 | | 案号 | （　）字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达之书"应诉一份"、传票一份"、诉状一份及?书" | | |
| 受送达人 | 湖北泰山建材有限公司 | | |
| 送达地址 | 该公司办公室 | | |
| 受送达人签名或盖章 | | 年　月　日 | |
| 代收人及代收理由 | 注：于2013年3月29日10时30分许，本院一行3人到湖北泰山建材有限公司送达上述之书。由该公司门卫与该公司办公室一姓曾的同志联系（该同志报不说其姓名），由该同志出来接到本院三个人员到该公司办公室，该公司对于本院送达的函如何办由推不受收，按依法律规定，留置送达。0724-2489095. | | |
| 备　考 | | | |

填发人：（签名）　　　送达人：（签名）（签名）（签名）

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。