APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* _____Nantong Economic and Technological Development Zone Corporation_____
_____9 Waihuan West Rd., Chongchuan Nantong, Jiangsu, China_____

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Translations | Done at _____, the 2-28-13<br>*Fait à* Minneapolis, Minnesota, U.S.A., *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>Diane K Myers<br>(Formerly OBD-116 which was formerly LAA-116,<br>both of which may still be used)   USM-94   (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

267249 - 49

证 明 书

CERTIFICATE

13-SXS-7

根据公约第六条，签署本证明书的机关荣幸地证明：
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

① 文书已予送达* 1. that the document has been served*
——日期：the (date) __Apr. 12, 2013__
——地点(城镇、街、号)：at (place, street, number) __Intermediate People's Court of Nantong City.__

——采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:
① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
② 依下述特定方法：* b) in accordance with the following particular method*:
_____
_____

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.
请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:
——(收件人身份和说明)：(identity and description of person)
__Tang Dali__

——与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):
__Not Mentioned__

2. 由于下列事实文书未能送达*：2. that the document has not been served, by reason of the following facts*:
_____
_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes
退还的文书：Documents returned:
_____
_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于 __Beijing__ 年 月 日
Done at __Beijing__, __July 5__, 2013
签名和 (或) 盖章
Signature and/or stamp.

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

*如不适用，则请删去。
*Delete if inappropriate.

# JIANGSU PROVINCE NANTONG CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Jiangsu Province Nantong IntermediateCity People's Court]

*Law Association No. FX-2013-165*
*Judicial Association No. SX-2013-7*

| Cause of Action | International judicial assistance case | Case No. | (2013) Nantong Intermediate Court Law Association No. 1 |
|---|---|---|---|
| Document Served and Number | 1 Summary of documents to be served, one copy; 2 Summons, one copy; 3 Complaint, one copy; 4 Documents   (all with translation) | | |
| Servee | NANTONG ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE CORPORATION | | |
| Address for Service | This court. | | |
| Recipient Signature or Seal | Tang Dali                                                  April 12, 2013 | | |
| Substitute Recipient and Reason for substitution | Date | | |
| Notes | | | |

Issuer                                                                 Servers    Sha Nan

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

Name:          Tang, Dali

Sex:           Male                              [Photo]

Ethnic Group:  Han

Date of Birth: April 25, 1966

Home Address:  Room 304, Guang Ming East Village Building 30,

               Chong Chuan District, Nantong City, Jiangsu Province.

Resident ID No.: 320602196604252012


[National emblem]    THE PEOPLE'S REPUBLIC OF CHINA

                     **RESIDENT IDENTIFICATION CARD**

                     Issuing Authority:  Nantong City Public Security Bureau Chong Chuan Branch

                     Expiration:  09/17/2006 – 09/17/2026

**NANTONG ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE CORPORATION**

# LETTER OF INTRODUCTION

(2013) Introduction Letter No. 001560

<u>City Intermediate Court</u>:

We hereby introduce TANG DALI (one person), who will go to your court to pick up legal documents. We would be grateful if you could receive him for document pickup.

Respectfully yours,

Nantong Economic and Technological
Development Zone Corporation [Seal]

April 11, 2013

(Valid for 5 days)

江 苏 省 南 通 市 中 级 人 民 法 院



送 达 回 证

Fx-13-165
Sx-13-7

| 案　　由 | 国际司法协助案件 | 案　号 | 通中济协(2013)字第 1 号 |
|---|---|---|---|
| 送达文书名称和件数 | 1.被送达文书概要一份；2.传票一份；3.诉状一份； 4.文书 （以上均附译文） | | |
| 受送达人 | NAN TONG ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE CORPORATION（南通经济技术开发区总公司） | | |
| 送达地址 | 本院 | | |
| 受送达人签名或盖章 | 汤太为　　　　　　2013 年 4 月 12 日 | | |
| 代 收 人及代收理由 | 　　　　　　　　　　　　年　月　日 | | |
| 备　　考 | | | |

填发人　　　　　　　　　　　　　　送达人 沙桥

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；
　　送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八、七十九条的规定办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应该注明其与受送达人的关系及代收理由。

姓　名　汤大力
性别　男　　民族　汉
出　生　1966 年 4 月 25 日
住　址　江苏省南通市崇川区光明
　　　　东村30幢304室

公民身份号码　320602196604252012



中华人民共和国
居民身份证

签发机关　南通市公安局崇川分局
有效期限　2006.09.17-2026.09.17

# 南通市经济技术开发区总公司 介 绍 信

(2013) 介字 No. 001560

市中级法院：

兹介绍 沈十八 等 贰 同志

前往你处联系 诉讼 事宜，

请予接洽为荷。

此致

敬礼！

（有效期 伍 天）

2013年4月17日

[印章：南通经济技术开发区总公司]