APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel: 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Pingyi Baier Building Materials Co., Ltd.
Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong, China, 273305

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Summary of the Document to be Served<br>Summons in a Civil Action<br>Plaintiffs' Class Action Complaint with Exhibit "A"<br>Translations | Done at   Minneapolis, Minnesota, U.S.A.   , the 2-28-13<br>*Fait à*                                                              *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.*<br><br>_Diane K Myers_<br>(Formerly OBD-116 which was formerly LAA-116,   USM-94<br>both of which may still be used)                        (Est. 11/22/77) |

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 17

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 11-1395

SX-13-338

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date) **Apr. 18, 2013**
   - *le (date)*
   - at (place, street, number) **Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong, China**
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         *b)   selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) **Pang Yi Quan**
   - *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other): **Research and Development Department Manager**
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at **Beijing**, the **June 28, 2013**
*Fait à*                *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

THE PEOPLE'S REPUBLIC OF CHINA
SHANDONG PROVINCE LINYI CITY
INTERMEIDATE PEOPLE'S COURT
PROOF OF SERVICE

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-13-354*
*Judicial Association No. SX-13-338*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Transaction No. (2013) 37 |
|---|---|---|---|
| Document Served | Summary of documents, one copy, summons, one copy, complaint, one copy; plaintiff's class action complaint's related information of plaintiff's counsel and plaintiff's contact information, one copy (See the list on the request letter) | | |
| Recipient (Unit) | Pingyi Baier Building Materials Co., Ltd. | | |
| Address for Service | Baier Industrial Park, Ziqiu Town, Pingyi County, Shandong Province, China 273305. | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Peng, Yiquan [Finger print]<br>April 18, 2013 | | |
| Notes | I am Project Manager of R&D Department at Pingyi Baier Building Materials Co., Ltd.<br><br>Peng, Yiquan [Finger print] | | |

Issuer: Hou, Peidong    Date of Issue: 4/18/2013    Server: Hou, Peidong   Zhao, Xiumin

*Note:*
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

# 中华人民共和国
## 山东省临沂市中级人民法院
# 送达回证

FX-13-354
SX-13-338

| 案　由 | | 案　号 | 鲁高法协受（2013）37号 |
|---|---|---|---|
| 送达文书名称 | 被送达文书概要一份、传票一份、申诉书一份、原告集团申诉书相关原告律师与原告联络信息文书一份（详见请求所列清单） | | |
| 受送达人 | 平邑拜尔建材有限公司<br>(Pingyi Baier Building Material CO.,Ltd.) | | |
| 送达地址 | 山东省平邑县资邱乡拜尔工业园<br>邮编 273305 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 张义全<br>2013年4月18日 |
| 备　考 | 本人在平邑拜尔建材有限公司任研发部项目经理。张义全 | | |

签发人侯培栋　　　签发日期：2013年4月18日　　　送达人：徐宫栋、赵修郎

注：1、送达刑事诉讼文书，按照《刑诉法》第五十七条的规定办理；送达民事、行政诉讼文书，按照或参考《民事诉讼法》第七十八条、第七十九条的规定办理。

2、代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。