APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)

Taishan Gypsum (Tongling) Co., Ltd.
Jinqiao Industrial Park, Tongling Anhui, 244000 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the *le* 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)     USM-94     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 40

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Tongling) Co., Ltd.
Court Case No.: 11-1395

SX-13-304

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __Apr. 9, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Jinqiao Industrial Park, Tongling, Anhui, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*: __The addressee refused to accept the__
       b) *selon la forme particulière suivante:* __documents, and the court officers__
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.* __left the documents at the company.__
       c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __May. 13, 2013__
*Fait à*, *le*
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

Anhui Province Higher People's Court

Proof of Service

[Seal affixed: Anhui Province Higher People's Court]

FX-13-333

SX-13-304 USA

(2013) Anhui Assistance 00012

| Cause of Action | Product Quality |
|---|---|
| The Addressee | Taishan Gypsum (Tongling) Co., Ltd. |
| Address for Service | Jinqiao Industrial Park, Tongling |
| Name and Number of Copies of Documents Served | One summary of document(s) to be served, one copy of other documents (with Chinese translation versions) |
| Signature or Seal of the Addressee | |
| Date of Receipt | Year      Month      Day      Time |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | |
| Server | |
| Remarks | Went to the office of the company to serve, staff in the office refused to accept the documents on the ground of lack of authority, the documents were left at the office and photos were taken as evidence.<br><br>Ju Wang      Yi Zhang      4-9-2013 |

Note: 1. If the addressee is not present, deliver the documents to his adult family member or the person in charge of his work unit to receive on his behalf.
2. For receipt by any agent, the receiving person shall affix his/her signature or seal in the column of the addressee, and stated his/her relation to the addressee.
3. If the addressee or his/her agent refuses to accept or affix his/her signature or seal, the server may invite his/her neighbor or other witness to the scene and explain the situation, leave the documents at his residence, and write down the reason for refusal and date of service on the proof of service, which is signed by the server and considered served.

# 安徽省高级人民法院
## 送达回证

Fx-13-333
Sx-13-304 号

(2013) 皖甘 字第 00012 号

| | |
|---|---|
| 案　　由 | 产品质量 |
| 受送达人 | 泰山石膏（铜陵）有限公司 |
| 送达地点 | 铜陵金桥工业园内 |
| 送达文书 | 复送达邮批及一份 其它文书各一份（有收件书） |
| 收件人签名盖章 | |
| 收到日期 | 　年　月　日　时 |
| 代收人记明代收理由 | |
| 送达人 | |
| 备　　注 | 送至单位办公室，办公室人员以此案无权签字签收为由拒签，已留置送达，拍照存证。<br><br>王火昆　张毅<br>2013.4.9 |

装　订　线

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
3、受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。