APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

13-SXS-323

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Xuzhou Hanbang Global Trade Co., Ltd.
Room 409, Yicheng Plaza, No. 95 Pengcheng Road, Xuzhou Jiangsu, 221003 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____
_____

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , le  2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116, USM-94 both of which may still be used)     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 64

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Xuzhou Hanbang Global Trade Co., Ltd.
Court Case No.: 11-1395

13-SYS-323

### CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __June 5, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Room 1108, Wealth Plaza, No.29, West Huaihai Road, Xuzhou City, Jiangsu Province, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b)  *selon la forme particulière suivante:* ____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __The signature is not legible.__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not mentioned.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
___
___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at __Beijing__, the __July 19, 2013__
*Fait à* ____, *le* ____

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249 - 64

## XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

*Law Association No. FX-13-297*
*Judicial Association No. SX-13-323*

| | | | |
|---|---|---|---|
| Cause of Action | | Case No. | 2013 Jiangsu Superior Court Service No. 635 |
| Document Served and Number | The State of Louisiana District Court, Eastern District, United States Civil action summons, plaintiff's complaint, litigation materials. | | |
| Servee/Recipient | Xuzhou Hanbang Global Trade Co., Ltd. | | |
| Address for Service | Room 1108, Wealth Plaza, No. 29 West Huaihai Road, Xuzhou City, Jiangsu Province, (China). | | |
| Signature or seal by Recipient | Lu (name illegible)<br><br>June 5, 2013 | | |
| Substitute Recipient and Reason for Substitution | [Seal] Xuzhou Hanbang Global Trade Co., Ltd.<br><br>Date    Year | | |
| Notes | The company's current address is shown as above.<br>It is not Room 409, Yicheng Plaza, No. 95 Pengcheng Road, Xuzhou City. | | |

Issuer:                           Server:   Zhu, Hongyan    Zhou, Dongmin



徐 州 市     人 民   法 院

送 达 回 证

FX-13-297
SX-13-323

| 案　由 | | 案号 | （2013）苏徐法涉字第635号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国路易斯安那州东部地区美国地区法院民事诉讼传票、原告申诉书等诉讼材料 | | |
| 受送达人 | 徐州汉邦商贸有限公司 | | |
| 送达地址 | 淮海西路29号 财富大厦1108室 江苏徐州彭城路75号苏域广场408室 | | |
| 受送达人签名或盖章 | [签名] 2013年6月5日 | | |
| 代收人及代收理由 | [印章：徐州汉邦商贸有限公司 XUZHOU HANBANG GLOBAL TRADE CO., LTD]     年 月 日 | | |
| 备　考 | 该公司住址已变更为上述送达地址。 | | |

填发人　　　　　　　送达人 [签名]