APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)         Yunan Taishan Gypsum and Building Material Co., Ltd.
Sanjia Village Liujiezhen Factory, Yimen County, Yunan 651107, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

- Summary of the Document to be Served
- Summons in a Civil Action
- Plaintiffs' Class Action Complaint with Exhibit "A"
- Translations

Done at                                                                    , the
*Fait à*     Minneapolis, Minnesota, U.S.A.    , *le*   2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 48

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Yunan Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 11-1395

# CERTIFICATE
## *ATTESTATION*

SX-13 -308

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       *b) selon la forme particuliére suivante:* _____
   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:* The charger of company refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at / *Fait à* Beijing , the / *le* May 22.

Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249 - 48

## STATEMENT

Yunnan Province Superior People's Court entrusted this court to serve legal materials to Yunnan Taishan Gypsum Co., Ltd. On the morning of April 24, 2013, Li Yuxuan, Kang Guohui and Gu Fahong, sheriffs of this court, went to deliver the materials (legal documents) to office of said company at Sanjia Cun, Iron Plant, Liujie Town, Yimen County. A company staff contacted the person in charge by phone. The said person in charge refused to accept and sign the service documents.

Li Yuxuan     April 24, 2013

Kang Guohui   April 24, 2013

Gu Fahong     April 24, 2013

Yimen County People's Court

[Seal] Yimen County People's Court

April 24, 2013

Judicial Association -2013-308

# Yunnan Province Superior People's Court

### LETTER IN REPLY ON SERVICE MATTERS

Yunnan Superior Court
International Assistance No. (2013) 3

The Supreme People's Court Foreign Affairs Bureau:

We received your Court's Law Association Letter No (2013) 329 regarding the request made by the U.S. to serve the legal documents on YUNNAN TAISHAN GYPSUM CO., LTD. (Chinese address: 云南易门县六街镇铁厂三家村/Sanjia Cun, Iron Plant, Liujie Town, Yimen County, Yunnan Province ). In spite of the assistance of Yunnan Yimen County People's Court, the service failed.

Yunnan Yimen County People's Court stated in its letter in reply: The sheriff of this court went to deliver the said documents to Yunnan Taishan Gypsum Co., Ltd., a staff of the company reported the matter to someone in charge by phone. The person in charge refused to accept and sign the service documents. We now return the said materials to your Bureau.

Attachments: Summary of documents for service, one copy; other documents, one copy each (all documents with transition), Yimen County Court's Statement.

[Seal]  Yunnan Province
Superior People's Court

April 26, 2012

SX-13-308

# 云南省高级人民法院

## 送达事项回函

云高法外协（2013）3号

最高人民法院外事局：

我处收到贵局法协（2013）329号函，内容是关于美国请求向云南泰山石膏建材有限公司（中文地址：云南易门县六街镇铁厂三家村）送达有关司法文书。经云南省易门县人民法院协助，未能送达成功。

云南省易门县人民法院答复称：该院干警将文书送至云南泰山石膏建材有限公司办公室，该公司员工电话向其负责人汇报后，公司负责人拒绝签收。现将相关材料退还贵局，请查收。

附件：被送达文书概要一份、其他文书各一份（以上文书有译文）、易门县法院情况说明。



二〇一三年四月二十六日

# 情况说明

云南省高级人民法院委托我院向云南泰山石膏建材有限公司送达相关材料，2013年4月24日早上，本院干警李昱萱、康国辉、顾发红将材料送至易门县六街镇铁厂三家村该公司办公室，经该公司员工电话向其负责人汇报后，公司负责人拒绝签收。

李昱萱　2013年4月24日

康国辉　2013年4月24日

顾发红　2013年4月24日



易门县人民法院

二〇一三年四月二十四日