UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## MOTION FOR ENTRY OF PRE-TRIAL ORDER ESTABLISHING CLAIMS ADMINSTRATION PROCEDURES

The Settlement Administrator, the Knauf Defendants, the Plaintiff's Steering Committee, and the Builder Class report to the Court that they have agreed to procedures for establishing Claims Administration Procedures ("CAPs") to ensure that claimants and all participants in the Chinese Drywall Settlement Program understand how the Claims Administrator will exercise the discretion afforded her by the Settlement Agreement, and to ensure that Claim processing policies are applied consistently to all claimants. The procedures agreed upon by the parties are set forth more fully in CAP 2013-1, attached to this motion as Exhibit 1. The parties, having agreed, respectfully request that the Court enter the Pre-Trial Order attached to this motion as Exhibit 2 establishing the CAP procedure.

Respectfully submitted,

Dated: August 15, 2013

\_\_/s/ Lynn Greer_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Entry of Pre-Trial Order has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of August, 2013.

    /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*