ATTORNEYS AT LAW
# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450  
NEW ORLEANS, LOUISIANA 70130  
TELEPHONE (504) 561-7799  
FACSIMILE (504) 525-1488

July 30, 2013

2895 HIGHWAY 190, SUITE 216  
MANDEVILLE, LOUISIANA 70471  
TELEPHONE (985) 871-9983  
FACSIMILE (504) 525-1488

Sender's Email:  
rmj@ahhelaw.com

Pro Se Plaintiffs

Re: Extension of Time to Submit Chinese Drywall Claim Forms

Dear Pro Se Plaintiff:

On July 26, 2013 United States District Court Judge Eldon Fallon issued an Order extending the deadline from August 26, 2013 to September 30, 2013 for claimants to file claim forms with the Claims Administrator, Brown Greer.

In my capacity as court appointed curator for pro se plaintiffs, I am sending this letter to notify you of how important it is for you to submit the claim form(s) to the Claims Administrator if you have not already done so. The registration and the filing of claim forms is a separate two step process. The deadline for registration of claims, which was July 8, 2013, has past. For all claimants, including pro se plaintiffs, who timely registered, the completion of, and transmittal to the Claims Administrator, Brown Greer, **must be done by the new deadline of September 30, 2013.** Any registered claimants, including pro se plaintiffs, who fail to file the claim forms applicable to the claims pertaining to any of the five court approved settlements (Knauf, Banner, Inex, L&W, Global Settlement) by the **new deadline date of September 30, 2013 will lose their right to participate in the said settlement(s).** It is also important that any documents that are required to be filed with the claim form must be sent to the Claims Administrator. Failure to do so will mean that your claim will not be considered by the Claims Administrator.

If you failed to register by the July 8, 2013 deadline, you may send a hard copy of a new registration form along with a letter to the Claims Administrator explaining any extenuating circumstances that kept you from filing prior to the deadline. The Settlement Administrator will review all such requests to determine if you will be permitted to register. I have enclosed a copy of the Registration Form. The address for the Claim Administrator is as follows: Chinese Drywall Settlement Administrator, P.O. Box 25401, Richmond, VA 23260. Please be sure to send the letter and registration form via Registered Mail or you can email the new registration form to Chinesedrywallregistration@browngreer.com.

Pro Se Plaintiffs
July 30, 2013
Page 2

    The claim forms for the court approved settlements can be found on the Brown Greer website, https://chinesedrywallclass.com. If you do not have access to a computer, you may contact my office for assistance regarding the necessary claim forms that must be completed.

                         Very truly yours,

                         Robert M. Johnston

RMJ/gwh

cc:    Russ Herman
        Jeannette McCurnin