*Paul Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*

**Fifth Supplement to Exhibit "B"–Plaintiffs' Counsel and Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (XVIII)**

### PLAINTIFFS' COUNSEL

April S. Goodwin, Esquire
Parker Waichman LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
jerry@yourlawyer.com