UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motion for Entry of Pre-Trial Order Establishing Claims Administration Procedures (R. Doc. 17002), **IT IS ORDERED** that this Motion shall be submitted for decision without oral argument on Friday, August 30, 2013. **IT IS FURTHER ORDERED** that responses in opposition to this Motion shall be filed on or before 12:00 noon on Friday, August 23, 2013.

New Orleans, Louisiana this 16th day of August, 2013.

_____
United States District Judge