**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **Section L** |
| | * | |
| | * | **Judge Fallon** |
| **This document relates to All Cases** | * | |
| | * | **Mag. Judge Wilkinson** |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA**
**FOR AUGUST 20, 2013 STATUS CONFERENCE**

I.      PRE-TRIAL ORDERS

II.     STATE COURT TRIAL SETTINGS

III.    STATE/FEDERAL COORDINATION

IV.     OMNIBUS CLASS ACTION COMPLAINTS

V.      PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'
        LITIGATION FEE AND EXPENSE FUND

VI.     PILOT PROGRAM

VII.    INEX, BANNER, KNAUF & L&W and GLOBAL SETTLEMENTS

VIII.   SHARED COSTS FUND

IX.     TAISHAN DEFENDANTS

X.      VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI.     HOBBIE, ET AL VS. RCR HOLDINGS, II, LLC, ET AL (SETTLEMENT)

XII.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII.   FREQUENTLY ASKED QUESTIONS

1

XIV.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS
       CONFERENCE

XV.    *PRO SE* CLAIMANTS

XVI.   PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.  ENTRY OF PRELIMINARY DEFAULT

XVIII. ALREADY REMEDIATED HOMES

XIX.   PRE-TRIAL CONFERENCE REGARDING THE LAFARGE ENTITIES

XX.    NEXT STATUS CONFERENCE