UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................... | : | |

# REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM

## STATUS REPORT NO. 1, DATED AUGUST 19, 2013

The Settlement Administrator of the Chinese Drywall Settlement Program (the "Settlement Program") submits this Report to inform the Court of the status of the Chinese Drywall Settlement Program as of August 19, 2013. The Settlement Administrator will provide any other information in addition to this Report as requested by the Court.

**I.    STATUS OF REGISTRATION AND CLAIM FORM SUBMISSION**

**A. Registration**

The Settlement Administrator opened the Settlement Program March 27, 2013 following the Court's entry of a Pre-Trial Order requiring registration of claims. To facilitate registration of claims, we created an online registration portal and made a hard copy registration form available to the general public. To facilitate the registration of properties by law firms with large claim inventories, we also made available a bulk registration system that allowed for bulk registration of claims via excel spreadsheet.

The registration period closed on July 9, 2013 after several deadline extensions. We engaged in several outreach efforts during the course of the registration period to alert potential claimants to the necessity of registering in order to file claims, to notify claimants of deadline

1

extensions, and to alert claimants with incomplete registration forms that they needed to complete the registration process prior to the registration deadline. At the conclusion of the registration period, a total of 8,904 claimants registered a total of 16,637 properties. There are more registered properties than registered claimants because many claimants registered multiple properties.

### B. Claims Progress

#### 1. Claim Forms

Claim forms became available for both online and hard copy submission on May 27, 2013. Claims forms are available for the following claim types:

1. Bodily Injury
2. Foreclosure or Short Sale
3. Global, Banner, InEx Repair and Relocation Expenses
4. Knauf Remediation
5. Lost Rent, Use, or Sales
6. Miscellaneous
7. Pre-Remediation Alternative Living Expenses
8. Tenant Losses

The online claim portal can be found at https://www3.browngreer.com/drywall. Claimants are strongly encouraged to use the online claim portal. Claimants who do not wish to use the online portal to submit claims may obtain paper versions of all claim forms at https://www3.browngreer.com/Drywall/Un-Secure/PaperForms.aspx, by emailing CDWQuestions@browngreer.com, or by calling (866) 866-1729.

To simplify the claims process, the Portal filters the claim forms available to claimants depending on answers to basic questions provided by claimants. For instance, if a claimant indicates that they own and reside in the Affected Property at issue, the Portal will not make the Tenant Loss claim form available to that claimant. Similarly, if a claimant indicates that they are the current owner of a property, we do not make the Foreclosure and Short Sale claim form available because that claim should only be filed by former owners.

We have also linked registered properties to our Special Master database and have imported documents contained in the Special Master database to the Settlement Program Portal. To date, we have linked 4,969 properties and imported 70,346 documents into the Settlement Program Portal from the Special Master database. Imported documents may be used by claimants as part of the claims filing process, and we will consider all imported documents during the course of a review of a claim. We encourage claimants to check for imported documents prior to filing a claim. If a document necessary to the claim is already available in the Portal, a claimant does not need to take further action to have that document considered during our review of the claim. Claimants who believe that a property should be linked and documents imported into the Portal may contact us at CDWQuestions@browngreer.com.

2. **Claims Submission**

To date, there have been 786 claims submitted. An additional 773 claims are in progress, but have not yet been signed and submitted. We encourage all claimants to submit claims well in advance of the September 30, 2013 claim submission deadline, even if they may be incomplete at the time of submission. We will engage in outreach to claimants to remind them of the pending deadline and to encourage them to file claims as soon as possible. Table 1 provides a detailed breakdown of the claims filing status by claim type.

| **Table 1.  Chinese Drywall Settlement Program Claim Summary Report (As of 8/19/13)** |
|---|---|---|---|---|
| **Row** | **Claim Type** | **Submitted Claims** | **In Progress Claims** | **Total** |
| 1. | Bodily Injury | 17 | 18 | 35 |
| 2. | Foreclosure or Short Sale | 9 | 97 | 106 |
| 3. | Global, Banner, InEx Repair and Relocation Expenses | 363 | 366 | 729 |
| 4. | Knauf Remediation | 252 | 170 | 422 |
| 5. | Lost Rent, Use, or Sales | 21 | 48 | 69 |
| 6. | Miscellaneous | 91 | 39 | 130 |
| 7. | Pre-Remediation Alternative Living Expenses | 31 | 31 | 62 |
| 8. | Tenant Loss | 2 | 4 | 6 |
|  | **Total** | **786** | **773** | **1,559** |

### 3. Claims Review

To date, we have performed preliminary reviews of 152 Knauf Remediation claims and have made preliminary completeness and eligibility determinations.  We will begin notifying claimants of review results in the near future.  We will also begin preliminary reviews of other claim types and notify claimants of eligibility and completeness determinations.

### 4. Online Filing Tutorials

Online claim filing tutorials are available at https://www3.browngreer.com/Drywall/Un-Secure/Webinars.aspx.  There is an individual tutorial available for each online claim form, and claimants or law firms who would like a live tutorial can email a request to CDWQuestions@browngreer.com.

## II.  CLAIMS ADMINISTRATOR PROCEDURES

The Plaintiffs Steering Committee, the Knauf Defendants, the Builder class, and the Settlement Administrator have been working diligently to agree on and implement Claims Administrator Procedures ("CAPs") that will clarify certain elements of the Settlement Program. The parties have had a number of productive in person and telephonic meetings to discuss the

CAP system as well as specific CAP provisions.  The initial CAP is an exhibit to a Motion for a Pre-Trial Order filed by the Settlement Administrator on August 15, 2013.  On August 16, 2013, the Court scheduled the Motion for decision on August 30, 2013.  If the Court approves the CAP system, we will post agreed upon CAPs in a prominent place on the Settlement Program Portal and file the same with the Court.

### III. CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date.  If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

Respectfully submitted,

__/s/ Lynn Greer_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of August, 2013.

                      __/s/Jacob Woody_____
                      Lynn Greer, Esquire (Va. Bar No. 29211)
                      Jacob S. Woody, Esquire (Va. Bar No. 77485)
                      BrownGreer, PLC
                      250 Rockets Way
                      Richmond, VA 23231
                      Telephone:  (804) 521-7200
                      Facsimile:  (804) 521-7299
                      lgreer@browngreer.com
                      jswoody@browngreer.com

                      *Settlement Administrator for the Chinese Drywall Settlement Program*