IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES | x<br>x<br>x<br>x<br>x<br>x<br>x<br>x<br>x | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF
MOTION TO ESTABLISH VARIOUS QUALIFIED SETTLEMENT FUNDS
AND TO APPOINT FUND ADMINISTRATOR AND DEPOSITORY BANK
(VIRGINIA SETTLEMENTS)**

**MAY IT PLEASE THE COURT:**

This memorandum is submitted in support of the Motion to Establish Various Qualified Settlement Funds and to Appoint Fund Administrator and Depository Bank (Virginia Settlements) filed by Class Counsel/Plaintiffs' Liaison Counsel, Russ M. Herman, Class Counsel/Plaintiffs' Lead Counsel, Arnold Levin, and Class Counsel, Richard Serpe.

On July 9, 2013, the Court entered an Order (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements [Rec. Doc. 16934].

1

The various settlements provide that funds from each of the Settlements shall be deposited and held in accordance with specific provisions in each respective Settlement.

It is in the best interest of all parties, for the Court to authorize the establishment of various Qualified Settlement Funds (the "Funds") in connection with each of the Settlements. The various Funds will be identified as follows:

      a. Builders Mutual Insurance Settlement Fund;

      b. Builders Mutual Insurance Attorney Fee Settlement Fund;

      c. Nationwide Settlement Fund;

      d. Nationwide Attorney Fee Settlement Fund;

      e. Porter-Blaine/Venture Supply Settlement Fund;

      f. Porter-Blaine/Venture Supply Attorney Fee Settlement Fund;

      g. Tobin Trading and Installers Settlement Fund; and

      h. Tobin Trading and Installers Attorney Fee Settlement Fund.

Each Fund shall be a Qualified Settlement Fund ("QSF") as described in Treas. Reg. Section 1.468B-1, established by order of this Court, and each Fund shall remain subject to the continuing jurisdiction of this Court. Each Fund will contain separate identifiable accounts. The Funds shall be placed at Esquire Bank[1], a financial institution doing business in New York. Information regarding Esquire Bank and its credentials to act as the Depository Bank are set forth in the attached Exhibit "I". Esquire Bank shall be the Depository Bank for each QSF and will hold and invest the monies in accordance

---

[1] Class Counsel discloses and informs the Court that members of the Plaintiffs' Steering Committee cumulatively own less than 5% of the issued and outstanding stock in this financial institution. Any member of the Plaintiffs' Steering Committee is available to the Court for further disclosure of information should the Court desire any additional information.

with Orders of the Court. Statements for each account shall be issued and provided on a routine basis to Class Counsel, the Administrator and Philip Garrett, the Court Appointed CPA. Garretson Resolution Group shall be the Administrator of each Fund pursuant to Treas. Reg. Section 1.468B-2.

This Court has jurisdiction over this matter under Treas. Reg. Section 1.468B-1(c)(1), which states in relevant part that a QSF "is established pursuant to an order of, or is approved by, the United States, any state (including the District of Columbia), territory, possession, or political subdivision thereof, or any agency or instrumentality (including a court of law) . . . and is subject to the continuing jurisdiction of that governmental authority."

Until such time that Claimants are entitled to settlement monies under the appropriate Settlement Agreement applicable to their claim, no settlement monies shall be set apart for any Claimant, or otherwise made available so that he or she may draw upon or otherwise control said settlement monies. The Fund, by and through the Administrator, shall only make payments to or for the benefit of Claimants pursuant to the applicable Settlement Agreement(s).

The settlement monies will be the sole property of the respective Fund. No portion of such monies shall be made available to Claimants except as specifically set forth in the appropriate Settlement Agreement applicable to a particular Claimant. Until such time as monies are distributed, Claimants shall not possess any rights to demand or receive any portion of the monies or to mortgage, pledge, or encumber the same in any manner. To the extent possible, the terms of the Court's Order shall be construed so as to

prevent Claimants from being in constructive receipt, as determined under federal income tax principles, of any amounts held by the Fund.

The monies deposited at the Depository Bank in each Fund are to be invested with third parties in instruments/securities comprised of (a) United States Agency, Government Sponsored Enterprises or Treasury debt securities or obligations (maturities not to exceed five years at time of purchase) or mutual funds invested solely in such instruments (average maturity not to exceed 5 years); and/or (b) cash equivalent securities including SEC registered money market funds and collateralized money market accounts; and/or (c) in checking accounts up to current FDIC insurance limits; and/or (d) Certificates of Deposit that are fully insured by the FDIC through use of the Cedars Deposit Placement Agreement with Esquire; and/or (e) insured Cash Sweep Services, all as is more fully set forth in Exhibit "A" attached to each of the proposed Orders attached hereto as Exhibits "A" through "H".

Attached hereto as Exhibits "A" through "H" are proposed Qualified Settlement Fund Orders to establish Funds for each of the following:

       a. Builders Mutual Insurance Settlement Fund;

       b. Builders Mutual Insurance Attorney Fee Settlement Fund;

       c. Nationwide Settlement Fund;

       d. Nationwide Attorney Fee Settlement Fund;

       e. Porter-Blaine/Venture Supply Settlement Fund;

       f. Porter-Blaine/Venture Supply Attorney Fee Settlement Fund;

       g. Tobin Trading and Installers Settlement Fund; and

       h. Tobin Trading and Installers Attorney Fee Settlement Fund.

Class Counsel requests that the Court issue the appropriate Orders establishing the various Qualified Settlement Funds.

                                      Respectfully submitted,

Dated: August 19, 2013         /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day of August, 2013.

/s/ Leonard A. Davis _____
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfrm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-counsel for Plaintiffs*