| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| PLAINTIFF | DEFENDANTS NOT SUBJECT TO DISMISSAL | APPLICABLE SETTLEMENT | OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED |
| 1. DeBruin, Candice | Knauf | **Knauf Inex Global** | **I(C)** |
| 2. Haas, Albert and Anne | Knauf<br><br>Interior/Exterior entities | **Knauf Inex Global** | **I(A)** |
| 3. Ladner, Brian and Lisa | | **Global** | **I(A)** |
| 4. Pentecost, Mary Louise | Knauf<br><br>Executive Home Builders, LLC (builder)<br><br>Finish One Drywall, LLC (contractor) | **Knauf** | **I** |
| 5. Pipkin, Andrew B. And Valerie K. | Knauf | **Knauf** | **I(C)** |
| 6. Pisaris-Henderson, Craig and Kelly | Knauf | **Knauf Banner Global** | **I** |

| | *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|---|
| | PLAINTIFF | DEFENDANTS NOT SUBJECT TO DISMISSAL | APPLICABLE SETTLEMENT | OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED |
| 7. | Raborn, Randy and Pamela | Knauf | **Knauf** | I |
| 8. | Slidell Property Management, LLC (John Campbell) | Southern Homes, LLC<br><br>Springhill, LLC | **Global** | I(C) |
| 9. | Tures, Matthew and Tracy | Knauf | **Knauf** | I(B) |
| 10. | Ung, Kim and Cai, Xiao | Knauf | **Knauf<br>Inex<br>Global** | I(A) |
| 11. | Weller, Diane and Jeffrey | | **Global<br>L&W** | I(B) |
| 12. | Weller, Jeffrey and Diane | L&W Supply Corporation dba Seacoast Supply<br><br>USG Corporation | **Global<br>L&W** | I(C) |
| 13. | Wilson, David and Lisa | | **Global** | I(B) |
| 14. | Ziegler, Bart | Knauf<br><br>Banner Supply | **Knauf<br>Banner<br>Global** | I(B) |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE II** |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Company Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC<br>Banner Supply International, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Knauf Gips KG<br>Guangdong Knauf New Building Materials Products Co., Ltd. |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 84 Lumber Company |
| 84 Lumber Company, LP |
| A-1 Brothers, Inc. now 53 Enterprises |
| Aburton Homes, Inc. |
| Acadian Builders & Contractors, L.L.C. |
| Adams Homes of North West Florida, Inc. |
| Advantage Builders of America, Inc. |
| Affordable Homes & Land, L.L.C. |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| Alvin Royes, Jr., LLC |
| America's First Home, Inc. |
| American Dream Builders, Inc. |

1

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE II |
|---|
| American Gallery Development Group d/b/a American Gallery Homes |
| Andrews Hardware Company, Inc. d/b/a Andrews Ace hardware |
| Anthony F. Marino General Contract, LLC |
| Anthony's Drywall, Inc. |
| Antilles Vero Beach, LLC |
| Aranda Homes, Inc. |
| Arm Structural, Inc. |
| Arthur Homes (JL Arthur) |
| Aubuchon Homes, Inc. |
| B&E Construction of Miami, Corp. |
| Bagley Construction, LLC |
| Bailey Lumber & Supply Company |
| Baroney Homes, Inc. |
| Bass Homes, Inc. |
| Bauhaus, Inc. |
| Bauhaus Solutions, Inc. |
| Baystate Drywall |
| Baywood Construction, Inc. |
| Bella Builders, Inc. |
| Bender Construction and Development, Inc. |
| Benoit Builders, LLC f/k/a Benoit Builders & Realtors, Inc. |
| Big Bear Const. Co. |
| Big River Construction & Remodeling Co., Inc. |
| Bill Gregory Drywall |
| Blackhawk Partners, LLC |
| Bradford Plastering, Inc. |

2

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE II** |
| --- |
| Building Materials Wholesale (B.M.W.) |
| Burnett Construction Co. |
| C. Adams Construction & Design, LLC |
| C.A. Steelman, Inc. |
| C&C Home Builders, Inc. |
| Calmar Construction Company, Inc. |
| Caribe Central LLC |
| Caribe East, LLC |
| Catalano Custom Homes, LLC |
| CDC Builders, Inc. |
| Centerline Homes at Delray, Inc. |
| Centerline Homes at Georgetown, LLC |
| Centerline Homes at Tradition, LLC |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Centerline Homes Port St. Lucie, Ltd. |
| Chabot Enterprises, Inc. |
| Chris Cadis |
| Cockerham Construction, LLC |
| Continental Drywall Contractors, Inc. |
| Corner Stone Construction of S.W. Florida, Inc.; a/k/a Cornerstone Construction of Collier Co., LLC |
| Cox Lumber Company d/b/a HD Supply Lumber and Building Materials |
| Craftsmaster, LLC |
| Creola Ace Hardware, Inc. |
| Cretin Homes, LLC (EL Cretin, LLC d/b/a) |
| CRF Management Co. |

3

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE II |
| --- |
| D.C. Builders LLC |
| D.R. Horton, Inc. |
| Daelen of Tangipahoa, L.L.C. |
| Danal Homes Development, Inc. |
| Darwin Sharp Construction, LLC |
| David Weekley Homes, LLC a/k/a Weekley Homes, LP |
| Design Drywall of South Florida, LLC |
| Diamond Court Construction Company |
| DMH Development Co. |
| Dunn Wright Construction, Inc. |
| Duo Fast Construction, Inc. |
| Dupree Contractors, Inc. |
| E. Jacob Fakouri Construction, Inc. |
| Eastern Construction Group, Inc. |
| Ed Price Building Materials Inc. |
| Empire Construction, L.L.C. |
| Empire Properties, LLC |
| Excel Construction of SW Florida, Inc. |
| F. Vincino and Company |
| First Construction Corporation |
| First Home Builders of Florida, Inc. |
| Florida Style Services, Inc. |
| Font Builders, Inc. |
| G. Drywalls Corporation |
| G.L. Building Corporation |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation |

4

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE II** |
| --- |
| Global Home Builders, Inc. |
| Global Home Builders, LLC |
| Global Home Builders of the Treasure Coast, Inc. |
| GMI Construction, Inc. |
| Gold Coast Homes of SW Florida, Inc. |
| Gooden Homes, LLC |
| Great Southern Homes, Inc. |
| Gregg Nieberg, Inc. |
| Gremillion Homes, Inc. |
| Groff Construction, Inc. |
| Gulf Coast Drywall, L.L.C. |
| Gulf Coast Engineering, LLC |
| Gulfstream Homes, Inc. |
| H & H Custom Homebuilders |
| H.C. Owen Builder, Inc. |
| Hallmark Homes, Inc. |
| Hammer Construction Services, Ltd. |
| Hansen Homes of South Florida, Inc. |
| Harbor Springs Construction and Development, LLC |
| Heights Properties, LLC |
| Highland Lakes, LLC d/b/a Eddleman Homes, LC |
| Hilliard Butler Construction Company, Inc. |
| Holiday Builders, Inc. |
| Holmes Building Materials, LLC |
| Home Depot USA, Inc. |
| Home One Homes |

5

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE II |
|---|
| Home Town Lumber & Supply, Inc. |
| HWB Construction, Inc. |
| In-Line Contractors, L.L.C. |
| Independent Drywall Distributors, LLC |
| Ironwood Properties, Inc. |
| J. Helm Construction, Inc. d/b/a Sundown Development |
| JM Interiors, Inc. |
| J.W. Hodges Drywall, Inc. |
| J&J Builders Northshore, Inc. |
| Jack's Drywall, LLC |
| JB Plaster, Inc. |
| Jim Walter Homes, Inc. |
| John Gillespie |
| John Korn Builders, LLC |
| John L. Crosby, LLC |
| Judson Construction Group, LLC |
| K. Hovnanian First Homes, LLC |
| Kaye Homes, Inc. |
| KB Home Florida LLC |
| KB Home of Orlando, LLC |
| Kelley Drywall, Inc. |
| Kemah Construction, Inc. |
| KG Home Fort Myers, LLC |
| Klepk Bros. Drywall, Inc. |
| L.A. Homes, Inc. |
| La Homes and Properties, Inc. |

6

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE II |
|---|
| Lake Ashton Development Group II, LLC |
| Laporte Family Properties |
| Lebaron Bros. Drywall |
| Lee Roy Jenkins |
| Lee Wetherington Homes, LLC |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Lennar Homes, LLC |
| Lifescape Builders |
| Louisiana Lumber, LLC |
| Louran Builders, Inc. |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Lucky Strike M.K., Inc. |
| Lynch Builders, L.L.C. |
| M/I Homes, Inc. |
| M/I Homes of Tampa, LLC |
| M.K. Development, Inc. |
| Mandy Drywall, Inc. |
| Marigold Court, LLC |
| Maronda Homes, Inc. of Florida |
| Mavied Corp. |
| Mayeaux Construction, Inc. |
| Mazer's Discount Home Centers, Inc. |
| McCar Homes - Tampa, LLC |
| McCombs Services, LLC |

7

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE II |
|---|
| McDowell Builders, LLC |
| McMath Construction, Inc. |
| Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes |
| Medallion Homes Gulf Coast, Inc. |
| Medallion Homes, LLC |
| Melvin Prange, Jr. Construction, LLC |
| Meridian Homes USA, Inc. |
| Meritage Homes of Florida, Inc. |
| Methodical Builders, Inc. |
| MGB Construction |
| Millennium Homes & Development, Inc. |
| Ming K. Wong |
| Morgan Homes, Inc. |
| Murphy Bateman Building Supplies, LLC |
| Nice Homes, Inc. |
| Northstar Holdings at B and A, LLC |
| Northstar Homebuilders, Inc. |
| Northstar Homes, Inc. |
| Nu Way Drywall, LLC |
| Oak Tree Construction |
| Oakbrook Building and Design, Inc. |
| Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |
| Ocean Springs Lumber Company, LLC |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Coast Construction, LLC |

8

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE II** |
| --- |
| Palm Isles Holdings, LLC |
| Parish Home Center |
| Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. |
| Paul Homes of Florida, LLC |
| Penn Construction Co., L.L.C. |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. |
| Pioneer Construction, LLC |
| Precision Drywall |
| Premier Communities, Inc. |
| Premier Custom Homes |
| Prestige Development, Inc. |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| ProBuild |
| R. Fry Builders, Inc. |
| Ray Bec, Inc. |
| Ray Horvath Drywall, Inc. |
| Reed Builders, LLC |
| Regatta Construction, LLC |
| Regency Homes, Inc. |
| Residential Drywall, Inc |
| Resource Rental & Renovation LLC |
| RFC Homes |
| Richard Hoover |
| Richard Jones Construction Company, Inc. |
| Right Way Finishing |
| Rivercrest, LLC/The St. Joe Company |

9

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE II** |
| --- |
| RJL Drywall, Inc. |
| RJM Builders North, Inc. |
| RL Drywall, Inc. |
| Robert Champagne, Great Southern Builders, LLC |
| Royal Homes (Anthony Marino) |
| Ryland Group, Inc. |
| S&O Investments,LLC |
| Saturno Construction AB, Inc. |
| Savoie Construction, Inc. |
| Savoie Real Estate Holdings, LLC |
| Schenley Park Homes, LLC |
| Scott Designer Homes, Inc. |
| Shelby Homes at Meadows, Inc. |
| Shelby Homes, Inc. |
| Sidney Sutton Drywall, Inc. |
| Siesta Bay Custom Homes, LLC |
| Smith Family Homes Corporation |
| Sorrento Lumber Company, Inc. |
| South Kendall Construction Corp. |
| Southern Homes, LLC |
| Southern Star Construction Company, Inc. |
| Southwell Homes, LLC |
| Southwest Innovations, Inc. |
| Speedy Drywall |
| Springhill, LLC |
| St. Joe Home Building, L.P. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE II** |
|---|
| Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc., a Delaware Corporation |
| Standard Pacific of South Florida GP, Inc. |
| Standard Pacific of South Florida, a Florida General Partnership |
| Star Homes of Florida, LLC |
| Sterling Communities, Inc. |
| Sterling Communities, Realty, Inc. |
| Steven R. Carter, Inc. |
| Stock Building Supply, LLC |
| Stonebrook Estates, Inc. |
| Stonebrook Homes, LLC |
| Suarez Housing Corp. |
| Summit Contractors, Inc. |
| Summit Homes of LA, Inc. |
| Sun Construction on LLC Sunrise Homes |
| Suncoast Building materials, Inc. |
| Sunrise Construction and Development, L.L.C. |
| Sunrise Homes/Sun Construction |
| Swift Supply, Inc. |
| Taber Construction, LLC |
| Tallow Creek, LLC |
| Taylor Morrison of Florida, Inc. |
| Taylor-Woodrow Communities at Vasari |
| Teamwork Construction, LLC |
| The Jade Organization, Inc. |
| The Mitchell Co. |
| The Sterling Collection, Inc. |

11

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE II |
| --- |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| Treasure Coast Homes, LLC |
| Tudela Classic Homes, LLC |
| Tuscan Harvey Estate Homes, Inc. |
| United Homes International, Inc. |
| United-Bilt Homes, L.L.C. |
| Van Aller Construction |
| Velez Construction, LLC |
| Venture Supply Company |
| Vernon Construction Corp. |
| Vicinity Drywall, Inc. |
| Viking Homes of SW Florida, Inc. |
| Villa Development, Inc. |
| Vincent Montalto Construction, Inc. |
| Waterways Development, Inc. |
| Waterways Joint Venture IV, LLC |
| Windship Homes of Florida, Inc. |
| Woodland Enterprises, Inc. |
| Ybarzabal Contractors, LLC |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| 911 Drywall, Inc. |
| Acadian Builders of Gonzales, Inc. |
| Ace Drywall |
| Aced Interior Drywall, Inc. |
| Adam Carpenter |
| Alana Development Corporation |
| Alternative Source, Inc. |
| Anthony Raggs |
| Anthony Skrmetti |
| Aranda Homes of Florida, Inc. |
| Arizen Homes, Inc. |
| Avalon Preserve Developers, LLC |
| B & B Drywall |
| B&W Complete Construction, Inc. |
| Banner Supply Co. **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Fort Myers, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Pompano, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Port St. Lucie, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Tampa, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply International, LLC **(remains as to plaintiff(s) on Schedule I)** |
| BDG Waterstone, LLC |
| Belmont Lakes Investments, LLC |
| BO Builders, LLC |
| Bonita Beachwalk, LLC |
| Bove Company |

Page 1 of 8

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE III |
| --- |
| **Remaining Defendants** |
| Brantly Homes, Inc. |
| Brian Papania |
| Brightwater Community 1 LLC |
| Cape Cement & Supply, Inc. |
| Cardel Master Builder, Inc. d/b/a Cardel Homes |
| Central Peninsula Contracting LLC |
| Centurion Homes of Louisiana, LLC |
| Certain Homes, Inc. |
| CGF Construction |
| Chris Booty |
| Chris P. Roberts |
| Christopher Billot |
| Christopher M. Odom |
| Craftsmen Builders, Inc. |
| Crosby Development Company, LLC |
| CSI Contractor Services, Inc. |
| David Ray Gavins |
| Dedicated Builders, LLC |
| DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. |
| Derby Homes, Inc. |
| Design Contractors, LLC |
| Dorado Homes Development, Ltd. |
| Drywall Service, Inc. |
| E.B. Developers, Inc. |
| EH Building Group |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Elite Construction Co. SW Inc. |
| Elite Home Construction Inc. |
| Enchanted Homes, Inc. |
| Executive Home Builders, LLC |
| Finish One Drywall, LLC |
| First Choice Drywall Services, Inc. |
| Fisher & Son Contractors, LLC |
| Floridian Gulf Coast Homes, Inc. |
| Fortis Construction, LLC |
| Francioni Builders, Inc. |
| Fusion Building Concepts, Inc. |
| Galloway Sunset Estates, Inc. |
| Garram Homes, Inc. |
| Gatco Construction, Inc. |
| Gateway Drywall, Inc. |
| Gavins Construction Company |
| Genesis Residential Group, Inc. |
| George Meza |
| GHO Development Corporation |
| Graf's Drywall, LLC |
| Greystoke Homes at South Point II LLC |
| Gryphon Construction, LLC |
| Guangdong Knauf New Building Materials Products Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Guillermo Permuy |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Gulfstream Development, LLC |
| Gwen Core |
| Hansen Homes, Inc. |
| Hc Seals Drywall Partners |
| Homes, Inc. |
| HPH Homes |
| HPH Properties, LLC |
| Hutchinson Homes, Inc. |
| Interior/Exterior Building Supply, LP **(remains as to plaintiff(s) on Schedule I)** |
| Interior/Exterior Enterprises, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Investment Properties Unlimited Inc. |
| J&H Distributers |
| James LeBlanc |
| JJK&A Holding Corporation |
| John Eschete |
| John Paul George d/b/a JPG Enterprises, Inc. |
| John T. Grab, III |
| Jon A. Wilder, Inc. |
| Jonathan Scott Shewmake |
| JP Drywall, LLC |
| JPG Enterprises, Inc. |
| JST Properties, LLC of Mississippi |
| Just-Rite Supply |
| Keith Warrick Drywall, Inc. |
| Ken Roberts |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Knauf Gips KG **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Tianjin) Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Wuhu) Co., Ltd.**(remains as to plaintiff(s) on Schedule I)** |
| L&W Supply Corporation d/b/a Seacoast Supply **(remains as to plaintiff(s) on Schedule I)** |
| La Drywall |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lakeside Village Development, L.L.C. 1 |
| Land Resources LLC |
| Las Playas LLC |
| Last Minute Properties, LLC |
| Lawrence Migliar LLJ Construction |
| Lee Harbor Homes of Florida, Inc. |
| Leroy Laporte, Jr. |
| Liongate Design Structure, LLC |
| Louran Gips KG |
| Lowe's Home Centers, Inc. |
| Lucra Investments, Inc. |
| M.E. Gibbens, Inc. |
| Majestic Homes and Realty SW LLC |
| Majestic Homes, Inc. |
| Majestic Homes of Port St.Lucie, Inc. |
| Manny's Drywall |
| Manuel Gonzales Terra Group Intl. |
| Mariner Village Townhomes Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Master Builders of South Florida, Inc. |
| MCM Building Enterprise, Inc. |
| Midwest Construction & Development, LLC |
| Miller Professional Contracting, Inc. |
| Morrison Homes, Inc. |
| Nathanial Crump |
| Neslo Contracting |
| North Palm Estates Homes, Inc. |
| Northeast Drywall Co. |
| O'Neal Homes, Inc. |
| O'Neill/Holliman Corporation |
| Oak Avenue, LLC |
| Paradise Builders of SW Florida, Inc. |
| Paragon Homes Corporation |
| Paramount Quality Homes Corp. |
| Paul Hyde Homes |
| Philip Latapie |
| Ponce Riviera, LLC |
| Ponce Siding & Remodeling |
| Premier Plastering of Naples |
| Prestige Properties |
| Punta Gorda Partners, LLC |
| R & B Construction of Northwest, FL, Inc. |
| R.J. Homes, LLC |
| R.L. Drywall Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
| --- |
| **Remaining Defendants** |
| Rafuls & Associates Construction Co., Inc. |
| Randal Maranto Builders, LLC |
| RCR Holdings II, LLC |
| Richardson Drywall |
| Rookery Park Estates, LLC |
| Rothchilt International Ltd. |
| Sampson Drywall, Inc. |
| Santa Barbara Estates, Inc. |
| Scott Colson |
| Sea Coast Construction, LLC |
| Seals Drywall |
| Signature Series Homes, Inc. |
| Smith and Core, Inc. |
| Southwell Homes, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Springhill, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Stephen Shivers |
| Stephen Steiner d/b/a  Steiner Drywall |
| Stone Sheetrock |
| Sundown Development |
| Sunrise Custom Homes & Construction, LLC |
| Supreme Builders |
| Tad Brown |
| Tepeyac, LLC |
| The New Morning, LLC |
| Tikal Construction Co. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Total Contracting and Roofing, Inc. |
| Triumph Construction |
| Twin Lakes Reserve & Golf Club, Inc. |
| United Homes Builders, Inc. |
| United Homes, Inc. |
| USG Corporation **(remains as to plaintiff(s) on Schedule I)** |
| Velvet Pines Construction, LLC |
| Wellington Drywall, Inc. |
| Wilson Heights Development, Inc. |
| Zamora Corporation |