UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361* (E.D.La)<br>OMNI II, II(A), II(B), II(C) | |

### CLASS COUNSEL'S MOTION FOR RULE TO SHOW CAUSE WHY SETTLED CLAIMS SHOULD NOT BE DISMISSED

Pursuant to the February 7, 2013 Order and Judgment: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements ¶¶ 19, 31, 49, 59 and 70 [Rec.Doc. No. 16570], those plaintiffs that are members of the five interrelated class actions involving the InEx, Banner, Knauf, L&W and Global settlements are no longer permitted to maintain their claims against the settling defendants. Similarly, pursuant to the July 9, 2013 Order and Judgment: (1) Certifying Each of Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2) Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements [Rec. Doc. No. 16934], those plaintiffs in the four "Virginia" based class actions (and other related settlements) are also required to dismiss their claims against the settling defendants. Both Orders and Judgments are now final. Accordingly, pursuant to Fed.R.Civ.P. 41(a)(2), Class Counsel on

behalf of those class members whose claims are settled by the five interrelated class actions and the four "Virginia" based class actions (and other related settlements) move to dismiss their claims against the settling defendants for the reasons set forth in the accompanying Memorandum of Law.

                                                  Respectfully submitted,

Dated:  August 19, 2013                /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, LLP
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  Ldavis@hhklawfirm.com
                                                  *Plaintiffs' Liaison Counsel in MDL 2047*
                                                  *and Class Counsel*

                                                  Arnold Levin (On the Brief)
                                                  Fred S. Longer (On the Brief)
                                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 592-1500
                                                  Fax: (215) 592-4663
                                                  Alevin@lfsblaw.com

                                                  *Plaintiffs' Lead Counsel in MDL 2047*
                                                  *and Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading, memorandum in support and exhibits has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 19th day August, 2013.

      /s/ *Leonard A. Davis*
      Leonard A. Davis, Esquire
      HERMAN, HERMAN & KATZ, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel*
      *MDL 2047*
      *Co-counsel for Plaintiffs*