| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| **PLAINTIFF** | | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. | Avner, Brett and Wendy | Pro Wall | **Global** | **II** |
| 2. | Boyce, Gary E. And Chris | Taishan | **Inex** | **II(A)** |
| 3. | Carbone, Vincent and Kathleen | Pro Wall | **Global** | **II(C)** |
| 4. | Collins, Braxton and Kerrie | Ace Hardware<br><br>Taishan<br><br>Bass Homes, Inc. | **Global** | **II** |
| 5. | Duke, Barry and Marlene | Pro Wall | **Global** | **II(C)** |
| 6. | Finger, Simon and Rebecca | Taishan | **Global** | **II(A)** |
| 7. | Herrington, Jason and Cassie | Ace Hardware Corp.<br><br>Taishan<br><br>Bass Homes, Inc. | **Global** | **II** |
| 8. | Marlinga, Don and Janice | Pro Wall | **Global** | **II** |

Page 1 of 3

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**SCHEDULE I**<br>**PLAINTIFFS NOT SUBJECT TO DISMISSAL** | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 9. Peek, William and Stacy | Devonshire Properties, Inc.<br><br>All Florida Drywall Supplies, Inc.<br><br>Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br><br>Harrells Drywall | **Global** | **II** |
| 10. Smith Enterprises, Inc. | Taishan | **Banner** | **II(A)** |
| 11. Tataris, Ann and DeJesus Roy | IMT<br><br>KB Home Tampa | **Global** | **II** |
| 12. Whittington, Brenda and Charles | Governors Pointe, LLC<br><br>Wermers Development<br><br>Tobin Trading, Inc.<br><br>Venture Supply<br><br>Taishan<br><br>Porter-Blaine Corp. | **Inex** | **II** |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| **PLAINTIFF** | | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 13. | Wiggins, Greg and Sherry | Taishan<br><br>Bass Homes, Inc. | **Global** | **II** |
| 14. | Willett, Keith | Devonshire Properties, Inc.<br><br>All Florida Drywall Supplies, Inc.<br><br>Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br><br>Harrells Drywall, Inc. | **Global** | **II** |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE II |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply International, LLC |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| A.R.B.C. Corporation |
| A1 Brothers, Inc. |
| AHJV, LLC |
| Ainslie Group, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P |
| All Florida Drywall Supplies, Inc. |
| Alvian Homes, Inc. |
| American Building Materials, Inc. |
| American Eastern, Inc. |
| American Gallery Development Group, LLC |
| Antilles Vero Beach, LLC |
| Aranda Homes, Inc. |
| Atlantic Homes, LLC |
| Barony Homes, Inc. |
| Bass Homes, Inc. |
| Baywood Constructions, Inc. |
| Beazer Homes Corp. |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**SCHEDULE II** |
| --- |
| Beta Drywall, LLC |
| Black Bear Gypsum, LLC |
| Black Bear Gypsum Supply, Inc. |
| City Salvage, Inc. |
| Clark-Whitehill Enterprises, Inc. |
| Core Construction Services, Southeast, Inc. |
| D & A Construction Services Inc. |
| D.R. Horton, Inc. |
| D'Alessio Drywall & Painting Corporation |
| David Daniels, individually |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Devonshire Properties, Inc. |
| Drywall Experts, Inc. |
| Eastmond Enterprises, Inc. |
| Franciscus Homes, Inc. |
| G. Drywalls Corporation |
| G.L. Homes of Boynton Beach Associates IX, Ltd |
| Genesis Group, Inc. |
| Grand Harbour Homes, Inc. |
| Greensprings Condominiums, LLC |
| Greensprings Plantation, Inc. |
| Groff Construction, Inc. |
| Hansen Homes of South Florida, Inc. |
| Harbor Walk Development, LLC |
| HHJV, LLC |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE II |
| --- |
| Hinkle Drywall, Inc. |
| Holiday Builders Construction of Florida, Inc. |
| Holiday Builders, Inc. |
| Home Depot U.S.A., Inc. |
| Inman Construction Services |
| International Property Investments of Central Florida, Inc. d/b/a Henin International Services |
| Ironwood Properties, Inc. |
| J.W. Hodges Drywall, Inc. |
| Jerome Henin, individually |
| Jim Morris & Sons, Inc. |
| K. Hovnanian First Homes, LLC, d/b/a First Home Builders of Florida |
| Kaye Homes of South Florida, Inc. |
| KB Home Florida LLC |
| KB Home of Orlando, LLC |
| KB Home Tampa LLC |
| Laporte Family Properties |
| Lavish Holding Corp. |
| Lennar Corporation |
| Lennar Homes, LLC |
| Littles Construction of Central Florida, Inc. |
| LTL Construction, Inc. |
| MacGlen Builders, Inc. |
| Mandalay Homes, Inc. |
| McCar Homes, Inc. |
| Meritage Homes of Florida, Inc. |
| Millennium Homes & Development, Inc. |

3

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE II |
| --- |
| Northstar Holdings at B&A, LLC |
| Ocean Coast Drywall o f South Florida, Inc. |
| Osprey Gulfshore Building Materials, Inc. |
| Overlook, LLC |
| Overlook Point, LLC |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Isles Holdings, LLC |
| Parellel Design and Development LLC |
| Par-Self, Inc. |
| Peak Building Corporation |
| Plantation Group, LLC |
| Portofino Homes, Inc. |
| Premier Design Homes, Inc. |
| Premier International Realty d/b/a Henin Realty |
| Preserve Development, LLC |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| Pukka Development, Inc. |
| R. Fry Builders, Inc. |
| Residential Drywall, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RiverStreet Homes, Inc. |
| RJL Drywall, Inc. |
| Rosen Building Supplies, Inc. |
| Rottlund Homes of Florida, Inc. |
| S. Petersen Homes Inc. |

4

***Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361***
**OMNI II, II(A), II(B), II(C)**
**SCHEDULE II**

| |
|---|
| S3 Enterprises, Inc. |
| S3Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall |
| Santa Maria Builders, LLC |
| Schear Corporation |
| South Florida Custom Trim, Inc. |
| South Kendall Construction Corporation |
| Southern Bay Homes, Inc. |
| Southern Star Construction Company, Inc. |
| Speedy Drywall |
| Standard Pacific of South Florida GP, Inc. |
| Stock Building Supply, LLC |
| Stuart South Group, LC |
| Suarez Housing Corp. |
| Sunrise Construction & Development, LLC |
| Sunrise Construction, LLC |
| Sunrise Homes |
| Suntree Homes. Inc. |
| Tapia Construction, Inc. |
| Taylor Morrison of Florida, Inc. |
| The Jade Organization, Inc. |
| Timberline Builders, Inc. |
| The Porter-Blaine Corporation |
| Tobin Trading, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| Traderscove Corporation d/b/a the Henin Group |
| Turn Key Home Builders, Inc. |

5

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**SCHEDULE II** |
| --- |
| United Homes International, Inc. |
| Venture Supply, Inc. |
| Vernon Construction Corp. |
| Vet Construction, Inc. |
| Vizcaya Custom Homes, Inc. |
| Wellington LLC |
| Wermers Development, Inc. |
| Woodall, LLC |
| Wyndwil, LLC |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| A & D Homes, Inc. |
| Ace Hardware Corporation |
| Aces Towing Enterprises, LLC |
| All Florida Drywall Supplies, Inc.**(remains as to plaintiff(s) on Schedule I)** |
| American Homes |
| Arizen Homes, Inc. |
| Atlantic Homes Development Corporation |
| Bass Homes, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Bay Colony-Gateway, Inc. |
| BDG Waterstone, LLC |
| BE Wholesale |
| Beijing New Building Materials Public Limited Co. |
| Bel-Tex Contracting, Inc. |
| Better Boxing |
| Breakwater Homes Association |
| Brighton Home Builders, Inc. |
| Bristol Corner, LLC |
| Brothers Properties LA, LLC |
| Bush Construction Corp. |
| Cajun Construction & Design, Inc. |
| Calvin P. Williams |
| CB Creek, Inc. |
| Chase Construction, Inc. |
| Country Walk Sales, LLC |
| Crossroad Homes, Inc. |
| Curb Appeal Home Builders, Inc. |
| Daniel Wayne Homes, Inc. |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Delgado's Painting |
| Delta- Eden, Inc. |
| Development Co. of Boca, Inc. d/b/a Boca Developers |
| Devonshire Properties, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Drive Enterprises, Inc. |
| E.B. Developers, Inc. |
| Enchanted Homes, Inc. |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida |
| Five-Star Drywall, Inc. |
| G&B Roofing and Construction, Inc. |
| Governor's Pointe, LLC |
| Gridmarx |
| Gryphon Corporation (GC) |
| Gulf Sales & Import Company, Inc. |
| Gypsum Board |
| Harrell's Drywall, Inc. |
| HC Seals Drywall Partners |
| HLP/GAC International, Inc. |
| Home DevCo, LLC |
| IMT |
| J. Galloway Construction, Inc. |
| J. Wade Payne, LLC |
| Jose Lopez |
| Joseph Jones |
| Joseph Scott |
| K&B Homes, Inc. |
| KB Home Tampa, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Kensington Woods, LLC |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE III |
| --- |
| **Remaining Defendants** |
| Kevin Burton |
| Lee Harbor Homes, Inc. |
| Leroy Laporte, Jr. |
| Lopez Drywall, Inc. |
| Majestic Homes of Port St. Lucie, Inc. |
| Mariner Village Townhomes, Inc. |
| Merit Homes, Inc. |
| Mesa Construction Group, Inc. |
| Midwest Construction & Development LLC |
| Millennium Builders, Inc. |
| Monopoly Builders, Inc. |
| MW Johnson Construction of Florida, Inc. |
| Oscar Jiles d/b/a. JJ Construction |
| Pabco |
| Panel Rey |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. |
| Preferred Homes, Inc. |
| Pro Wall |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. |
| R A Grant Corporation |
| Ray Turner Drywall, LLC |
| RCR Holding II LLC |
| Renar Development Company |
| Safeway Contractors, L.L.C. |
| Shamrock Gold |
| Southern Community Homes, Inc. |
| Southern Homes of Broward XI, Inc. |
| Stone Development, LLC |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>SCHEDULE III |
| --- |
| **Remaining Defendants** |
| Taishan |
| Tapia Brothers Constructions, Inc. |
| Three J's Remodeling, Incorporated |
| Tony Helton Construction, LLC |
| Touchstone At Rapallo, Inc. |
| United Homes, Inc. |
| Upscale Properties, Inc. |
| USB |
| Vasquez Construction Company, LLC |
| Venus Street, LLC |
| Walker Homes, Inc. |
| Wholesale Direct Lumber, LLC |
| Wolf & Bear Distributors |
| Woodside Homes of Southeast Florida, LLC |