UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361* (E.D.La)<br>OMNI II, II(A), II(B), II(C) | |

## ORDER

AND, NOW, this _____ day of _____, 2013, upon consideration of Class Counsel's Motion for Rule to Show Cause Why Settled Claims Should not be Dismissed, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. On ____ day of _____, 2013, this Court conducted a show-cause hearing as to why the settled claims presented by Class counsel in their motion should not be dismissed;

2. As a result of that hearing, this Court hereby orders that all plaintiffs in the above-referenced matter, with the exception of those plaintiffs identified in Schedule I have their claims dismissed with prejudice against all those defendants identified on Schedule II; and

3. Plaintiffs specifically reserve all claims that may be asserted under law against those Remaining Defendants that are identified in Schedule III.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE