*Gross, et al v. Knauf Gips, KG, et al 09-6690*
**ORIGINAL COMPLAINT, OMNI III, III(A)**
**SCHEDULE I**
**PLAINTIFFS NOT SUBJECT TO DISMISSAL**

| | PLAINTIFF | DEFENDANTS NOT SUBJECT TO DISMISSAL | APPLICABLE SETTLEMENT | OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED |
|---|---|---|---|---|
| 1. | Boyce, Gary E. And Chris | | Inex | III |
| 2. | Cole, John and Star | | Banner | III |
| 3. | Hummer, Charles | Knauf<br><br>L&W Supply Corp. D/b/a Seacoast Supply Co.<br><br>USG Corporation | Knauf<br>L&W | III |
| 4. | McKinley, Jacob | Picayune Discount Building Supply | Global | III |
| 5. | Packard, Suki and Michael | | Banner | III |
| 6. | Slidell Property Management, LLC | Adrian Kornman<br>Southern Homes, LLC<br>Springhill, LLC | Global | III |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE II** |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Ft. Myers, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG<br>Knauf Insulation GmbH<br>Knauf AMF GmbH & Co. KG<br>Knauf do Brasil Ltd.<br>PT Knauf Gypsum Indonesia |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC<br>Interior/Exterior |
| L&W Supply Corporation<br>L & W Supply Corporation d/b/a Seacoast Supply<br>USG Corporation |
| **Other Settling Defendants** |
| 84 Lumber Company, LP |
| Aarco, L.L.C. |
| Aburton Homes, Inc. |
| ACE Home Center, Inc. |
| Adams Homes of Northwest Florida, Inc. |
| Adams Homes Realty, Inc. |
| Adrian Kornman, Individually |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| American Gallery Development, LLC |
| Amerisouth, Inc. |
| Angel Developments, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE II** |
|---|
| Aranda Homes, Inc. |
| Aubuchon Homes, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Bailey Lumber & Supply Company of Biloxi |
| Bailey Lumber & Supply Co. |
| Banner Homes of Florida, Inc. |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| Baywood Construction, Inc. |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Belfor USA Group, Inc. |
| Beta Drywall, LLC |
| Black Bear Gypsum Supply, Inc. |
| Blanchard Homes, Inc. |
| Boyle Lumber Company |
| Bradford Lumber & Supply, Inc. |
| Brent Garrod Drywall, Inc. |
| Builders Gypsum Supply Co., Inc. |
| Builders Gypsum Supply LLP |
| BurMon Properties, L.L.C. |
| By-George, Inc. |
| C.A. Steelman, Inc. |
| Capitol Materials, Incorporated |
| Carter Custom Homes, Inc. |
| CB Dupree Construction, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE II |
|---|
| Cemex, Inc. (formerly CSR Rinker) |
| Centerline Homes at Tradition, LLC |
| Centerline Homes at Vizcaya, Inc. |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Cloutier Brothers, Inc. |
| CMH Manufacturing, Inc. |
| Completed Communities II, LLC |
| Coral Plastering & Wall Systems, Inc. |
| Core Construction, LLC |
| Cornerstone Builders, LLC |
| Custom Homes by Kaye, Inc. |
| Cypress Builders, Inc. |
| D.R. Horton, Inc. |
| Dave Walker Construction Inc. |
| Davis Construction Supply, LLC |
| DeLaCruz Drywall Plastering & Stucco, Inc. |
| Deloach Corporation, Inc. |
| Devon International Group, Inc. |
| Diamond Court Construction Co. |
| Drywall Done Right |
| duPont Builders, Inc. |
| Dupree Construction Company, LLC |
| E. Jacob Construction, Inc. |
| Edwards Construction Company |
| Everglades Lumber & Building Supplies, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE II** |
|---|
| Federal Construction Specialists, Inc. |
| First Choice Homes of SW Florida, Inc. |
| First Home Builders of Florida, Inc. |
| First Home Builders of Florida I, LLC |
| Florida Drywall, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| Gant & Shivers |
| Gator Gypsum, Inc. |
| Great Western Building Materials |
| Groza Builders, Inc. |
| Gulf Coast Shelter, Inc. |
| Gulf South Drywall |
| Hanover Homes |
| Hansen Homes of South Florida, Inc. |
| Hartsville Lumber & Barns, Inc. |
| Heights Properties, LLC |
| Hendrickson Contracting |
| Hilliard Butler Construction Company, Inc |
| Holiday Builders, Inc. |
| Holmes Building Materials, LLC |
| Home Depot USA, Inc. |
| Independent Builders Supply Assoc., Inc. |
| Inman Construction Services, Inc. |
| Ironwood Properties, Inc. |
| J.W. Allen and Company Incorporated |

4

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE II |
|---|
| Jade Organization General Contractor, LLC |
| Jim Walter Homes, Inc. |
| Jim Walter Homes, LLC |
| K. Hovnanian First Homes, LLC |
| Karr Drywall, Inc. |
| Kaye Homes, Inc. |
| KB Home Fort Myers, LLC |
| KB Home Jacksonville, LLC |
| KB Home of Orlando, LLC |
| KB Home/Shaw Louisiana, L.L.C. |
| KB Home Tampa LLC |
| KB Homes Florida LLC |
| Kelley Drywall, Inc. |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| L'Oasis Builders Incorporated |
| La Homes and Properties, Inc. |
| Laporte Family Properties, LLC |
| Lavish Holding Corp. |
| Lee Roy Jenkins Builder, Inc. |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Lennar Homes, LLC |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Lucas Construction Corporation |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE II |
|---|
| M/I Homes, Inc. |
| MacGlen Builders, Inc. |
| Maronda Homes, Inc. of Florida |
| Marvins Building Materials and Home Centers |
| Mazer's Discount Home Centers, Inc. |
| McCar Homes - Tampa, LLC |
| Meadows of Estero - Bonita Springs Ltd. P'ship d/b/a Shelby Homes |
| Medallion Homes Gulf Coast, Inc. |
| Meritage Homes of Florida, Inc. |
| MGB Construction |
| Mitchell Homes, Inc. |
| Modern Construction Group, Inc. |
| North Pacific Group |
| North Pacific Lumber Co. |
| Nu way Drywall, LLC |
| O.C.D. of S. Florida, Inc. |
| Ocean Springs Lumber Company, L.L.C. |
| Oyster Bay Homes, Inc. |
| P.D.C. Dyrwall Contractors, Inc. |
| Palm Isles Holdings, LLC |
| Parr-Self, Inc. |
| Pate Stevedore Company of Pensacola |
| Picayune Discount Building Supply |
| Precision Drywall, Inc. |
| Premier Design Homes, Inc. |
| Pride Homes of Lakes by the Bay Parcel H, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE II |
|---|
| Princeton Homes, Inc. |
| R & H Masonry Contractors, Inc. |
| Ray Horvath Drywall, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| Rightway Drywall, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RJL Drywall, Inc. |
| Russ Mills |
| S&D Specialists, Inc. |
| S. Peterson Homes, Inc. |
| Sedgwick Developers, Inc. |
| Shelby Homes, Inc. |
| Shelter Products Inc. |
| Shoma Homes, Inc. |
| Shoma Homes Splendido, Inc. |
| Smith Family Homes Corporation |
| Smoky Mountain Materials, Inc. |
| Sorrento Lumber Company, Inc. |
| South Kendall Construction Corp. |
| Southern Homes, LLC |
| Southern Star Construction Company, Inc. |
| Speedy Drywall |
| Springhill, LLC |
| Standard Pacific of South Florida GP, Inc. |
| Standard Pacific of Southwest Florida, GP, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE II** |
|---|
| Steeler, Inc. |
| Steven R. Carter, Inc. |
| Stine Lumber, LLC |
| Stock Building Supply, Inc. |
| Stock Building Supply, LLC |
| Suarez Housing Corp. |
| Summit Homes, LLC n/k/a PHL Construction, LLC |
| Sun Construction LLC |
| Sunrise Construction & Development, LLC |
| Sunrise Homes |
| Swedberg Enterprises, Inc. |
| Taylor Morrison, Inc. |
| Taylor Morrison Services, Inc. |
| The Haskell Company |
| The Jade Organization, Inc. |
| The Ryland Group, Inc. |
| Thomas R. Gould, Inc. |
| Thompson Wood Products, Inc. |
| Tillman Construction, Inc. |
| Timberline Builders, Inc. |
| TMO Global Logistics, L.L.C. |
| Tobin Trading, Inc. |
| Toll Estero Ltd. Partnership, d/b/a Toll Brothers |
| Total Community Action |
| Treasure Coast Communities, Inc. |
| Treasure Coast Homes, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE II** |
|---|
| Trust America Homes, Inc. |
| United Drywall & Stucco, Inc. |
| US Home Corporation, a Delaware Corporation |
| Venture Supply, Inc. |
| Waterways Joint Venture IV, LLC |
| Waterways Joint Venture IV |
| WB Construction Company, Inc. |
| Wellington Shores - Wellington Limited Partnership |
| Woodland Enterprises, Inc. |

9

| Gross, et al v. Knauf Gips, KG, et al 09-6690<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| A & C Development, LLC |
| A & R Hardware Supply, Inc. |
| Aced Interior Drywall, Inc. |
| Adam Homes Realty, Inc. |
| Adrian Kornman **(remains as to plaintiff(s) on Schedule I)** |
| Aggies First Call Contractors |
| Albert Howard, Jr. |
| All County Drywall Services, Inc. |
| All Interior Supply, Inc. |
| Andre Rodgers, Carpenter |
| Atchafalaya Homes |
| Avalon Preserve Developers, L.L.C. |
| B &B Stucco, Inc. |
| Baron Construction Co. |
| Bay Colony-Gateway, Inc. |
| Bedrock Building Materials, LLC |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) |
| Beijing New Building Materials Public Limited Company (BNBM) |
| Bell Construction |
| Billy Wayne Goekler |
| BJ&K Construction, Inc. |
| Brandon Gremillion |
| Brian Saltalmachia |
| Brothers Properties, LA, LLC |
| Building Supply House, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Buras Construction LLC, |
| C & N Construction Co. LLC |
| C.L. Paul Plastering, Inc. |
| C&L Roofing and Remodeling |
| Cajun Construction & Design, Inc. |
| Capital Construction |
| Centerra Homes, LLC |
| Changzhou Yinhe Wood Industry Co., Ltd. |
| Chase Construction, Inc. |
| Chateau Bourbon, LLC |
| Chateau Development LLC |
| Chavez |
| China National Building Material Group Corporation (CNBM Group) |
| China National Building Materials Co., Ltd. (CNBM) |
| CNBM USA Corp |
| Colvin Homes, Inc. |
| Comfort Home Builders, Inc. |
| Conti Construction Company, Inc. |
| Continental Classic Construction, Inc. |
| Curington Contracting, Inc. |
| Curtis Lee Wimberly General Contractor Incorporated |
| D.R. Horton, Texas, Ltd. |
| Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes |
| Dave's Drywall |
| David W. Stewart, Inc. |

| ***Gross, et al v. Knauf Gips, KG, et al 09-6690*** <br> **ORIGINAL COMPLAINT, OMNI III, III(A)** <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Delta Lumber Co. Building Supply |
| Done-Rite Construction |
| Dwayne Williams |
| Dynamic Contractors |
| Eagle Builders, Inc. |
| Ed's Drywall & Construction |
| Elite Supply Corporation |
| Eric Bolden |
| First Choice Drywall Services, Inc. |
| First Home Builders, Inc. |
| Fleetwood Homes of Florida, Inc. |
| Fleetwood Homes of GA, Inc. |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. |
| G & F Drywall |
| Gabourel's Construction, L.L.C. |
| Garraway's Stores, Inc. |
| Gatco Construction, Inc. |
| George Meza |
| Georgia Pacific, LLC |
| Global Trading of Louisiana, LLC |
| Grogan Construction and Real Estate, Inc. |
| Guangdong Knauf New Building Material Products Co. Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Gulf Coast Drywall Building Products, LLC |
| Gulf Coast Supply, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| HC Seals Drywall Partners |
| Heritage Homes, Inc. |
| HLP/GAC International, Inc. |
| Homes of Merit, Inc. |
| Horton Homes, Inc. |
| Hubei Taishan Building Material Co., Ltd. |
| Hulsey-Nezlo Construction, LLC |
| Infinity Homes, Inc |
| International Materials Trading, Incorporated |
| J & S Drywall |
| J. B. Homes, Inc. |
| Jacob Chapman |
| James Kayser |
| James Walker |
| Jay 37 Construction, LLC |
| Jeff Laporte |
| Jim Korn Builders, LLC |
| Jinan Run & Fly New Materials Co., Ltd. |
| John Kidd |
| John P. Gregg |
| Johnny Weary |
| Johnson & Johnson Home Repairs, L.L.C. |
| JP Renovations, Inc. |
| K&B Homes, Inc. |
| KC2 Investments, LLC |

| Gross, et al v. Knauf Gips, KG, et al 09-6690<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Kenneth B. Speights Construction Co. |
| Kenneth Campo |
| Kenwood Homes, Inc. |
| Kimball Hill Homes Florida, Inc. |
| King Shing Steel Enterprises Co., Ltd. |
| Knauf AMF GmbH & Co. KG **(remains as to plaintiff(s) on Schedule I)** |
| Knauf do Brasil Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Gips KG **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Insulation GmbH **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Tianjin) Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Wuhu) Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| L&W Supply Corporation d/b/a Seacoast Supply Company **(remains as to plaintiff(s) on Schedule I)** |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lakeridge Builders, Inc. |
| Lawrence McCorvey |
| Leon Ramsey |
| Leroy Laporte, Jr. |
| Lowe's Home Centers, Inc. |
| M & M Construction |
| Magnolia State Construction, Inc. |
| Magnum Development, LLC |
| Maguel Torez |
| Majestic Homes of Port St. Lucie, Inc. |
| Marathon Construction Materials Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Mario Salvana |
| Martinez Drywall & Painting, LLC |
| Master Builders of South Florida, Inc. |
| Mat D Construction |
| MATSA Construction |
| Maurice Pincoffs Company, Inc. |
| McLean Drywall |
| Medallion Homes, LLC |
| Meeks Drywall & Stucco, Inc. |
| Mesa Construction Group, Inc. |
| Metro Resources Corp. |
| Michael Hownrd |
| Mike Jones Construction, Inc. |
| Miller Construction Company |
| Monzelle Diles |
| MW Johnson Construction of Florida, Inc. |
| Nanhai Silk Imp. & Exp. Corporation |
| Negotiable Remodeling |
| Norman Gannon |
| Oakwood Mobile Homes, Inc. |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc |
| Paramount Quality Homes Corp. |
| Parkview Homes Realty, Inc. |
| Patter Construction Services |
| Paul England Construction |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| PFS Corporation |
| Phoenix Imports Co., LTD |
| Picayune Discount Building Supply **(remains as to plaintiff(s) on Schedule I)** |
| Pine Ridge Development, Inc. |
| Pine Ridge Real Estate Enterprises, L.L.C. |
| Pingyi Baier Building Materials Co., Ltd. |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.  f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) |
| Pod Homes, LLC |
| Port of Pensacola Users Association, Inc. |
| PT Knauf Gypsum Indonesia **(remains as to plaintiff(s) on Schedule I)** |
| Pulte Home Corporation |
| Pyramid Construction Corporation |
| Qingdao Yilie International Trade Co., Ltd |
| Qinhuangdao Taishan Building Material Co., Ltd |
| Quiet Solutions Inc. |
| R & B Housing, LLC |
| Redman Homes, Inc. |
| RNB Construction |
| Rocky Ruckman |
| Roman Gonzalez |
| Ross Home Builders, Inc. |
| Rothchilt International, Ltd. |
| Rylex Homes, Inc. |
| Sands Construction Group, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| SC Builders, L.L.C. |
| Seaside Development, LLC |
| Shaanxi Taishan Gypsum Co., Ltd. |
| Shandong Oriental International Trading Co., Ltd. |
| Shandong Yifang Gypsum Industry Co., Ltd. |
| Shanghai East Best Arts & Crafts Co., Ltd. |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd |
| Signature Series Homes, Inc. |
| SIIC Shanghai International Trade (Group) Co., Ltd. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd |
| Southern Homes, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Southern Homes of Broward XI, Inc. |
| Space Coast Truss, LLC |
| Speights Cash & Carry |
| Springhill, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Standard Pacific Homes of South Florida, GP, Inc. |
| Statewide Associates, Inc. |
| Steve Harrington Homes, Inc. |
| Steve Suchmel |
| Stewart's Remodeling & Electrical |
| Stock Development, LLC |
| Sunrise Building Materials Ltd. |
| Tai'an Jindun Building Material Co., Ltd. |
| Tai'an Kangyijia Building Materials Co., Ltd. |
| Tai'an Taishan Gypsum Board Co., Ltd. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Taian Taishan Plasterboard Co., Ltd. |
| Taishan Gypsum (Baotou) Co., Ltd. |
| Taishan Gypsum (Chongqing) Co., Ltd. |
| Taishan Gypsum (Henan) Co., Ltd. |
| Taishan Gypsum (Hengshui) Co., Ltd. |
| Taishan Gypsum (Jiangyin) Co., Ltd. |
| Taishan Gypsum (Pingshan) Co., Ltd. |
| Taishan Gypsum (Pizhou) Co., Ltd. |
| Taishan Gypsum (Tongling) Co., Ltd. |
| Taishan Gypsum (Wenzhou) Co., Ltd. |
| Taishan Gypsum (Xiangtan) Co., Ltd. |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. |
| Taishan Gypsum Co., Ltd. Lucheng Branch |
| The China Corporation, LTD |
| Tianjin Tianbao Century Development Co., Ltd. |
| Timberline Homes |
| Titan Demolition and Construction, LLC |
| Tov Trading Inc. |
| Triorient Trading, Inc. |
| United Home Builders, Inc. |
| United Homes, Inc. |
| USG Corporation **(remains as to plaintiff(s) on Schedule I)** |
| Veal Enterprises, Inc. |
| Venture Homes |
| Venus Street, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Victor Bustillos |
| VP Construction Services, Inc. |
| W.B. Howland Co., L.L.C. |
| Walter Ferri |
| Weifang Aotai Gypsum Co., Ltd. |
| Westerheim Properties, Inc. |
| Wide Strategy Limited |
| William Hurst |
| William P. Joseph Jr. Construction, Inc. |
| Willie Kelly Construction Co. |
| Yunan Taishan Gypsum And Building Material Co., Ltd. |