| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932* <br> **Omni V** <br> **SCHEDULE I** <br> **PLAINTIFFS NOT SUBJECT TO DISMISSAL** | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. Pentecost, Mary Louise | Knauf | **Knauf** | V |
| 2. Raborn, Randy and Pamela | Knauf | **Knauf** | V |

| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932*<br>Omni V<br>SCHEDULE II | |
|---|---|
| **Major Settling Defendants** | **Insurers for This Major Settling Defendant** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC<br>Banner Supply International, LLC | American International Specialty Lines Insurance Company<br><br>FCCI Commercial Insurance Company<br><br>FCCI Insurance Company<br><br>Illinois National Insurance Company<br><br>National Union Fire Insurance Company of Pittsburgh, PA<br><br>The Hanover American Insurance Company<br><br>Travelers Indemnity Company of Connecticut<br><br>Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC | American International Specialty Lines Insurance Company<br><br>Arch Insurance Company<br><br>Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation<br><br>Fireman's Fund Insurance Company<br><br>Liberty Mutual Insurance Company<br><br>RSUI Group, Inc.<br><br>The North River Insurance Company |

| Major Settling Defendants | Insurers for This Major Settling Defendant |
|---|---|
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>USG Corporation | Alabaster Assurance Company, Ltd.<br><br>American Zurich Insurance Company<br><br>Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)<br><br>Endurance American Insurance Company<br><br>Great American Assurance Company<br><br>Illinois National Insurance Company<br><br>Lexington Insurance Company<br><br>St. Paul Fire & Marine Insurance Company |

*Amato, et al v. Liberty Mutual Insurance Company, et al 10-932*
Omni V
**SCHEDULE II**

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| 84 Lumber Company | Zurich American Insurance Company |
| 84 Lumber Company, LP | Zurich American Insurance Company |
| Advantage Builders of America, Inc. | Mid-Continent Casualty Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | Mid-Continent Casualty Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Albanese-Popkin The Oaks Development Group, L.P. | Amerisure Mutual Insurance Company<br><br>Mid-Continent Casualty Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Aubuchon Homes, Inc. | Builders Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Vinings Insurance Company |
| Bailey Lumber & Supply Company | Employers Insurance Company of Wausau<br><br>Wausau Underwriters Insurance Company |
| Bailey Lumber & Supply Company of Biloxi | Employers Insurance Company of Wausau<br><br>Wausau Underwriters Insurance Company |
| Baroney Homes, Inc. | The Builders Risk Plan |
| Beazer Homes Corp. | American Guarantee and Liability Insurance Company<br><br>Endurance Specialty Insurance Ltd.<br><br>SR International Business Insurance Company Ltd.<br><br>Steadfast Insurance Company<br><br>Swiss Re International SE<br><br>XL Insurance Company Ltd. |
| Beta Drywall, LLC | Amerisure Insurance Company |
| Black Bear Gypsum, LLC | FCCI Commercial Insurance Company<br><br>Safeco Insurance (Liberty Mutual)<br><br>Scottsdale Insurance Company<br><br>Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois<br><br>Zurich North American |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Black Bear Gypsum Supply, Inc. | FCCI Commercial Insurance Company<br><br>Safeco Insurance (Liberty Mutual)<br><br>Scottsdale Insurance Company<br><br>Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois<br><br>Zurich North American |
| Centerline Homes at Georgetown, LLC | Amerisure Insurance Company<br><br>Interstate Fire & Casualty Company<br><br>Mid-Continent Casualty Company<br><br>Royal & Sunalliance Insurance Agency, Inc.<br><br>The Insurance Company of the State of Pennsylvania |
| Centerline Homes at Port St. Lucie, LLC | Amerisure Insurance Company<br><br>Interstate Fire & Casualty Company<br><br>Mid-Continent Casualty Company<br><br>Royal & Sunalliance Insurance Agency, Inc.<br><br>The Insurance Company of the State of Pennsylvania |
| Centerline Homes at Tradition, LLC | Amerisure Insurance Company<br><br>Interstate Fire & Casualty Company<br><br>Mid-Continent Casualty Company<br><br>Royal & Sunalliance Insurance Agency, Inc.<br><br>The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Centerline Homes at Vizcaya, Inc. | Amerisure Insurance Company <br><br> Interstate Fire & Casualty Company <br><br> Mid-Continent Casualty Company <br><br> Royal & Sunalliance Insurance Agency, Inc. <br><br> The Insurance Company of the State of Pennsylvania |
| Centerline Homes Construction, Inc. | Amerisure Insurance Company <br><br> Interstate Fire & Casualty Company <br><br> Mid-Continent Casualty Company <br><br> Royal & Sunalliance Insurance Agency, Inc. <br><br> The Insurance Company of the State of Pennsylvania |
| Centerline Homes, Inc. | Amerisure Insurance Company <br><br> Interstate Fire & Casualty Company <br><br> Mid-Continent Casualty Company <br><br> Royal & Sunalliance Insurance Agency, Inc. <br><br> The Insurance Company of the State of Pennsylvania |
| Centerline Homes of Delray, Inc. | Amerisure Insurance Company <br><br> Interstate Fire & Casualty Company <br><br> Mid-Continent Casualty Company <br><br> Royal & Sunalliance Insurance Agency, Inc. <br><br> The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Centerline Port St. Lucie, Ltd. | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Completed Communities II, LLC | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Daelen of Tangipahoa, L.L.C | General Fidelity Insurance Company |
| | North American Specialty Insurance Company |
| | Quanta Indemnity Company |
| Design Drywall of South Florida, LLC | Mid-Continent Casualty Company |
| E. Jacob Construction, Inc. | Clarendon America Insurance Company |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| E. Jacob Fakouri Construction, Inc. | Clarendon America Insurance Company |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| F. Vicino and Company, Inc. | National Union Fire Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Gooden Homes, LLC | Louisiana Home Builders Association General Liability Trust, a Louisiana entity |
| Hinkle Drywall, Inc. | Auto-Owners Insurance Company |
| JM Interiors, Inc. | American Reliable Insurance Corporation<br><br>Canal Indemnity Company<br><br>First Commercial Insurance Company |
| Lennar Corporation | General Security Indemnity Company of Arizona<br><br>Interstate Fire & Casualty Company<br><br>Old Republic Insurance Company<br><br>XL Europe, Ltd. |
| Lennar Homes, LLC | General Security Indemnity Company of Arizona<br><br>Interstate Fire & Casualty Company<br><br>Old Republic Insurance Company<br><br>XL Europe, Ltd. |
| Louran Builders, Inc. | General Fidelity Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Owners Insurance Company<br><br>Vinings Insurance Co. |
| M/I Homes, Inc. | Allied World Assurance Company<br><br>Chubb Group of Insurance Companies<br><br>Endurance Specialty Insurance Ltd.<br><br>Old Republic Insurance Company<br><br>Steadfast Insurance Company<br><br>Zurich American Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| M/I Homes of Tampa, LLC | Allied World Assurance Company<br><br>Chubb Group of Insurance Companies<br><br>Endurance Specialty Insurance Ltd.<br><br>Old Republic Insurance Company<br><br>Steadfast Insurance Company<br><br>Zurich American Insurance Company |
| Mayeaux Construction, Inc. | Louisiana Home Builders Association General Liability Trust, a Louisiana entity<br><br>Markel Insurance Company |
| Mazer's Discount Home Centers, Inc. | Cincinnati Insurance Company<br><br>Continental Casualty Company<br><br>Harleysville Mutual Insurance Company<br><br>Wesco Insurance Company |
| Medallion Homes Gulf Coast, Inc., | Auto-Owners Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Southern-Owners Insurance Company<br><br>Sunshine State Insurance Company |
| Morrison Homes, Inc. | ACE Fire Underwriters Insurance Company<br><br>American International Surplus Lines Agency, Inc.<br><br>Chubb Custom Insurance Company<br><br>XL Europe Limited<br><br>Westchester Surplus Lines Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Northstar Holdings at B&A, LLC | Axis Surplus Insurance Company |
| | Essex Insurance Company |
| | General Fidelity Insurance Company |
| | Mid-Continent Casualty Company |
| | Quanta Indemnity Company |
| Northstar Homebuilders, Inc. | Axis Surplus Insurance Company |
| | Essex Insurance Company |
| | General Fidelity Insurance Company |
| | Mid-Continent Casualty Company |
| | Quanta Indemnity Company |
| Northstar Homes, Inc. | Axis Surplus Insurance Company |
| | Essex Insurance Company |
| | General Fidelity Insurance Company |
| | Mid-Continent Casualty Company |
| | Quanta Indemnity Company |
| Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | Interstate Fire & Casualty Company |
| Overlook Point, LLC | Nationwide Mutual Insurance Company |
| | Nationwide Mutual Fire Insurance Company |
| | Nationwide Property and Casualty Insurance Company |
| Parallel Design and Development, LLC | Builders Mutual Insurance Company |
| Precision Drywall,. Inc. | Essex Insurance Company |
| | Mid-Continent Casualty Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Premier Communities, Inc. | General Fidelity Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Ray Beck, Inc. | Catlin Specialty Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company |
| Residential Drywall, Inc. | FCCI Insurance Company<br><br>Mid-Continent Casualty Company |
| Right Way Finishing | Auto-Owners Insurance Company<br><br>Owners Insurance Company |
| RJL Drywall, Inc. | American Insurance Company<br><br>Old Dominion Insurance Company |
| Saturno Constructions, AB, Inc. | Essex Insurance Company<br><br>Underwriters at Lloyd's, London |
| Siesta Bay Custom Homes, LLC | Auto-Owners Insurance Company<br><br>Bankers Insurance Company<br><br>Granada Insurance Company |
| Smoky Mountain Materials, Inc. | Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois |
| Southwell Homes, LLC | Nautilus Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Sterling Communities, Inc. | Builders Insurance Group<br><br>General Fidelity Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Sterling Communities Realty, Inc. | Builders Insurance Group<br><br>General Fidelity Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Summit Contractors, Inc. | Nautilus Insurance Company<br><br>Standard Fire Insurance Company |
| Summit Homes, LLC n/k/a PHL Construction, LLC | Nautilus Insurance Company<br><br>Standard Fire Insurance Company |
| Summit Homes of LA, Inc. | Nautilus Insurance Company<br><br>Standard Fire Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Sun Construction, LLC | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Specialty Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |
| Sun Construction, LLC d/b/a Sunrise Homes | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Speciality Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Sunrise Construction & Development, LLC | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Speciality Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |
| Taylor Morrison, Inc. | ACE Fire Underwriters Insurance Company |
| | American International Surplus Lines Agency, Inc. |
| | Chubb Custom Insurance Company |
| | XL Europe Limited |
| | Westchester Surplus Lines Insurance Company |
| Taylor Morrison of Florida, Inc. | ACE Fire Underwriters Insurance Company |
| | American International Surplus Lines Agency, Inc. |
| | Chubb Custom Insurance Company |
| | XL Europe Limited |
| | Westchester Surplus Lines Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc. | ACE Fire Underwriters Insurance Company<br><br>American International Surplus Lines Agency, Inc.<br><br>Chubb Custom Insurance Company<br><br>XL Europe Limited<br><br>Westchester Surplus Lines Insurance Company |
| Taylor Woodrow Communities at Vasari, L.L.C. a/k/a Taylor Morrison Construction, Company | American International Specialty Lines Insurance Company<br><br>Greenwich Insurance Company<br><br>Landmark American Insurance Company<br><br>Liberty Mutual Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Westchester Surplus Lines Insurance Company |
| The Mitchell Co. | Auto-Owners Insurance Company<br><br>Owners Insurance Company |
| The Overlook, LLC | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property and Casualty Insurance Company |
| The Porter-Blaine Corporation | Fireman's Fund Insurance Company<br><br>Hanover Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| The Sterling Collection, Inc. | Builders Insurance Group |
| | General Fidelity Insurance Company |
| | North American Specialty Insurance Company |
| | Quanta Indemnity Company |
| | Vinings Insurance Company |
| Tobin Trading, Inc. | State Farm Fire and Casualty Company |
| Venture Supply Company | Fireman's Fund Insurance Company |
| | Hanover Insurance Company |
| Venture Supply, Inc. | Fireman's Fund Insurance Company |
| | Hanover Insurance Company |
| Vicinity Drywall, Inc. | American Strategic Insurance Corporation |
| Ybarzabal Contractors, LLC | Atlantic Casualty Insurance Company |

| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932*<br>Omni V<br>SCHEDULE III ||
|---|---|
| **Remaining Defendants** | **Insurers for This Remaining Defendant** |
| Alana Development Corporation | Essex Insurance Company |
| Brightwater Community #1 LLC | Essex Insurance Company<br><br>Mid-Continent Casualty Company |
| Gateway Drywall, Inc. | Southern-Owners Insurance Company |
| Graf's Drywall, LLC | Bankers Insurance Company |
| Gryphon Construction, LLC | American Home Assurance Company |
| Gryphon Corporation | American Home Assurance Company |
| MATSA Construction Company, Inc. | Mid-Continent Casualty Company<br><br>Mount Hawley Insurance Company |
| Sunrise Custom Homes and Construction, LLC | Assurance Company of America<br><br>Audubon Insurance Group<br><br>Clarendon America Insurance Company<br><br>Crum & Foster Speciality Insurance Company<br><br>Health Insurance Brokers, Inc.<br><br>Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.<br><br>QBE Specialty Insurance Company<br><br>RLI Insurance Company<br><br>Steadfast Insurance Company<br><br>The Insurance Company of the State of Pennsylvania |
| Velvet Pines Construction, LLC | Zurich Commercial Insurance |