| ***Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*** Omni VII SCHEDULE II |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC<br>Banner Supply International, LLC |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 84 Lumber, LP |
| Aburton Homes, Inc. |
| ACE Home Center, Inc. |
| Adams Homes Realty, Inc. |
| Advantage Builders of America, Inc. |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, Inc. |
| Allied Building Products Corporation |
| American Building Materials, Inc. |
| Anadon Construction, LLC |
| Antilles Vero Beach |
| Aranda Homes, Inc. |
| Ashton Tampa Residential LLC d/b/a Ashton Woods Homes |
| ATCO Int. Corp. |
| Avalon Building Corporation of Tampa Bay |
| Bailey Lumber & Supply Co. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**SCHEDULE II** |
|---|
| Banner Homes of Florida, Inc. |
| Barony Construction |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| Beazer Homes Corp. |
| Black Bear Gypsum, LLC |
| Blanchard Homes Inc. |
| Bradford Lumber & Supply, Inc. |
| Breakwater Custom Homes, Inc. |
| C.A. Steelman, Inc. |
| Centerline Homes at Tradition, LLC |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Chabot Enterprises, Inc. |
| Cierra Homes, LLC |
| Citrus Park Development Group, LLC |
| Clayton's Drywall, Inc. |
| Completed Communities II, LLC |
| Core Construction, LLC |
| Core Construction Services, Southeast, Inc. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Custom Drywall |
| D & A Construction Services Inc. |
| D & W Drywall |
| Dalbert J. Poree, Individually |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**SCHEDULE II** |
|---|
| Dalbert Poree' General Repairs & Renovations |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Deerfield Court Townhomes |
| Design Drywall of South Florida, LLC |
| Devon International Group, Inc. |
| Devon International, Inc. |
| Devon International Industries |
| Devon International Industries, Inc. f/k/a Devon International Trading, Inc. |
| First Choice Homes of SW Florida, Inc. |
| Florida Drywall, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| G.L. Homes of Boynton Beach Associates IX, Ltd. |
| G.L. Homes of Davie Associates, III, Ltd. |
| GLM Remodeling Building Contractors, Inc. |
| Global Home Builders, LLC |
| Gregg Nieberg Drywall |
| Gulf Coast Shelter, Inc. |
| Gulf South Drywall |
| Gulfstream Development Group, LLC |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| Heights Custom Homes, LLC |
| Heritage Homes of Northwest FL, LLC |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**SCHEDULE II** |
|---|
| Home Depot U.S.A., Inc. |
| Ironwood Properties, Inc. |
| J.W. Hodges Drywall, Inc. |
| The Jade Organization, Inc. |
| Jade Organization General Contractor, LLC |
| James Drywall, LLC |
| James G. Hoskins, Inc. d/b/a Chippendale |
| Jim Walter Homes, LLC |
| Kaye Homes, Inc. |
| KB Home Florida LLC |
| KB Home Port St. Lucie, LLC n/k/a KB Home Treasure Coast LLC |
| KB Home Tampa LLC |
| KC Gypsum d/b/a Rew Materials |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| Laporte Family Properties, LLC |
| Lavish Holding Corp. |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| LTL Construction, Inc. |
| Lucas Construction Corp. |
| M/I Homes, Inc. |
| MacGlen Builders, Inc. |
| Manuel Development Corporation |
| Maranatha Construction, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**SCHEDULE II** |
|---|
| Maronda Homes, Inc. of Florida |
| Mazer's Discount Home Centers, Inc. |
| MC Contractors, Inc. |
| McCar Homes, Inc. |
| Medallion Homes Gulf Coast, Inc. |
| Mercado Enterprises, Inc. |
| Mid-State Drywall, Inc. |
| Mills Construction |
| Mitchell Homes, Inc. |
| MSC of NWF, Inc. |
| North Pacific Group |
| Northstar Holdings at B and A, LLC |
| O.C.D. of S. Florida, Inc. |
| Osprey Gulfshore Building Materials, Inc. |
| Other Brothers Drywall, Inc. |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Isles Holdings, LLC |
| Pat's Construction, LLC |
| Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. |
| Picayune Discount Building Supply |
| Precision Drywall, Inc. |
| Preferred Homes |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| Princeton Homes, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080* Omni VII **SCHEDULE II** |
| --- |
| Pukka Development, Inc. |
| R & H Masonry Contractors, Inc. |
| RCL Development, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| Rightway Drywall, Inc. |
| Rightway Drywall, LLC |
| Rinker Materials of Florida, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| Robertsdale Ace Home Center |
| Rogers Company, LLC |
| Rosen Building Supplies, Inc. |
| Rosen Materials, LLC |
| Rottlund Homes of Florida, Inc. |
| Russell Mills |
| SAM Drywall, Inc. |
| Shear, Corp. |
| Shelter Products Inc. |
| Shoma Homes Splendido, Inc. |
| Siesta Bay Custom Homes, LLC |
| Smith Family Homes Corporation |
| Smokey Mountain Materials, Inc. |
| Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes |
| South Florida Custom Trim, Inc. |
| Southern Bay Homes, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**SCHEDULE II** |
|---|
| Southern Star Construction Company, Inc. |
| St. Joe Home Building LP |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. |
| Steven R. Carter, Inc. |
| Steven Sweet Drywall, LLC |
| Stock Building Supply Holdings, LLC |
| Stock Building Supply, LLC |
| Stuart Lumbar Company |
| Stuart South Group, L.C. |
| Sumaj Builders Corporation |
| Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc. |
| The Haskell Company |
| The Jade Organization, Inc. |
| Thompson Wood Products, Inc. |
| Timberline Builders, Inc. |
| Toula Properties, LLC |
| Treasure Coast Communities, LLC |
| United Dream Builders, Inc. |
| US Home Corporation, a Delaware Corporation |
| Venetian Village, LLC |
| Venture Supply, Inc. |
| Vet Construction, Inc. |
| Vetter Lumber Company, Inc. |
| Wyman Stokes Builder, LLC |

| **Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080** **Omni VII** **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| A & C Development, LLC |
| A&D Homes, LLC |
| Albert Howard, Jr. |
| All County Drywall Service, Inc. |
| American Homes, LLC |
| Arizen Homes, Inc. |
| Ashton Woods, LLC |
| Avalon Preserve Developers, LLC |
| Bayou Contracting, LLC |
| BE Wholesale |
| Bel-Tex Contracting, Inc. |
| Better Boxing |
| Brandhurst Construction & Maintenance Co., Inc. |
| Bridges Development Group, Inc. |
| Bristol Corner, LLC |
| Broadmoor Development Corp. |
| Builder's Depot |
| Building Supply House, L.L.C. |
| C&G Development Group, LLC |
| Cabinets 4 Sure |
| Cali-Florida Investments, Inc. |
| Caliber Homes, LLC |
| Christopher O. and Valerie M. Jones |
| Coastal Living Homes, LLC |

| **Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080** **Omni VII** **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Conti Construction Company, Inc. |
| D & J Development, LLC |
| Dalmau Construction, Corp. |
| Darius Henry |
| David W. Stewart, Inc. |
| Delgado's Painting |
| Drive Enterprises, Inc. |
| Emerald Coast Drywall, LLC |
| Enchanted Homes, Inc. |
| Eric Manuel |
| Esplanade Construction, L.L.C. |
| Flips, L.L.C. |
| Florida Walls, Inc. |
| G&B Roofing |
| Gabourel's Construction, L.L.C. |
| Gilbert Lucas |
| Gleibe Chavez |
| Grant Homes, LLC |
| Gulf Contracting, Inc. |
| Gulf States & Import Co., Inc. |
| Harrell's Drywall, Inc. |
| HC Seals Drywall Partners |
| Husley-Nezlo Construction, LLC |
| J. Wade Payne, LLC |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080* <br> Omni VII <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| J&A Brothers, Inc. |
| James & Vita, L.L.C. |
| Johnny Weary |
| Johnson & Johnson Home Repairs, L.L.C. |
| Johnson Lumber Co., Inc. |
| Joseph E. Bellande |
| Joseph Scott |
| JP Renovations, Inc. |
| Kenneth Campo |
| Kenneth D. Nichols |
| Kenwood Homes, Inc. |
| Kevin McCusker |
| Kimball Hill Homes Florida, Inc. |
| LA Home Improvement of New Orleans, LLC |
| Lauris Boulanger, Inc. |
| Liberty Home Builders, Inc. |
| Lighthouse Construction, L.L.C. |
| Lonnie Vollentine |
| Lowe's Home Centers, Inc. |
| MacIntosh Homes, LLC |
| Madussa, LLC |
| Maguel Torez |
| Malphus and Son General Contractors, Inc. |
| Mario Salvana |

| ***Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*** <br> **Omni VII** <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Martinez Drywall & Painting, L.L.C. |
| Matsa Construction Company, Inc. |
| MC-FT Myers Associates, Ltd. |
| Meeks Drywall & Stucco, Inc. |
| Merit Homes, Inc. |
| Mesa Construction Group, Inc. |
| Millennium Builders, Inc. |
| MW Johnson Construction of Florida, Inc. |
| New Harbor Lofts, LLC |
| Orient International Holding Shanghai Foreign Trade Co., Ltd. |
| R & B Housing, LLC |
| R.D.S. Construction |
| Robert Matriene |
| Robertsdale Ace Home Center |
| Roman Gonzalez |
| S. George Investments, LLC |
| S.A. Weber Construction, LLC |
| Safeway Contractors, L.L.C. |
| Shanghai Yuyuan Market Import & Export Co., Ltd. |
| SIIC Shanghai International Trade (Group) Co., Ltd. |
| Sinceno Construction, LLC |
| Sino Industries, Inc. |
| Southern Community Homes, Inc. |
| Southern Homes of Broward XI, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Statewide Associates, Inc. |
| Steve Harrington Homes, Inc. |
| Streamline Homes, Inc. |
| Struggler Drywall, LLC |
| Suncoast Drywall, Inc. |
| Supreme Builders, Inc. |
| Talmadge Drywall, Inc. |
| Taurus Homes, Inc. |
| Three J's Remodeling, Incorporated |
| Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction |
| Troy Patterson Drywall LLC |
| United Home Builders, Inc. |
| Vasquez Construction Company, LLC |
| Venus Street, LLC |
| W.B. Howland Co., L.L.C. |
| Welsh Companies of Bevard, Inc. |
| Welsh Construction, LLC |
| Westminster Builders, Inc. |
| Wholesale Direct Lumber, LLC |
| Wolf & Bear Distributors d/b/a Wolf & Bear Holdings, Corp. |