*Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*
**Omni IX**
**SCHEDULE I**
**PLAINTIFFS NOT SUBJECT TO DISMISSAL**

| | PLAINTIFF | DEFENDANTS NOT SUBJECT TO DISMISSAL | APPLICABLE SETTLEMENT | OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED |
|---|---|---|---|---|
| 1. | Cole, John and Star | | Banner | IX |
| 2. | Packard, Suki | | Banner | IX |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>SCHEDULE II |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 84 Lumber, LP |
| A.B.S. Building Corporation |
| Aburton Homes, Inc. |
| Adams Homes of Northwest Florida, Inc. |
| AHJV, LLC |
| AL Brothers, Inc. |
| All Florida Drywall Supplies, Inc. |
| Allied Building Products Corporation |
| American Building Materials, Inc. |
| American Gallery Development Group, LLC |
| American Housing Corporation |
| Amerisouth, Inc. |
| Angel Developments, LLC |
| Anthony's Drywalls |
| Aranda Homes, Inc. |
| Area Builders of Tidewater, Inc. |
| Ashton Tampa Residential L.L.C. d/b/a Ashton Woods Homes |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**SCHEDULE II** |
|---|
| Atlantic Homes, LLC |
| Aubuchon Homes, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Banner Homes of Florida, Inc. |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Best Homes of SWFL, Inc. |
| Beta Drywall, Inc. |
| BFS Townhomes, L.L.C. d/b/a Highpoint Development |
| Black Bear Gypsum, LLC |
| Black Bear Gypsum Supply, Inc. |
| Boardwalk Drywall, Inc. |
| Bradford Lumber & Supply, Inc. |
| Brooks & Freund, LLC |
| Brownstone Builders, Inc. |
| Building Materials Wholesale |
| BurMon Properties, L.L.C. |
| C.A. Steelman, Inc. |
| Carew Construction, Inc. |
| Cemex, Inc. |
| Centerline Homes at Tradition, LLC |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* <br> Omni IX <br> **SCHEDULE II** |
|---|
| Citrus Park Development Group, LLC |
| Cloutier Brothers, Inc. |
| Completed Communities II, LLC |
| Coral Plastering & Wall Systems, Inc. |
| Core Construction, LLC |
| Core Construction Services, Southeast, Inc. |
| Cornerstone Group Construction, Inc. |
| Cornerstone Group Development, Corp. |
| D.R. Horton, Inc. |
| D and A Construction Services, Inc. |
| Deerfield Court Townhomes |
| Deloach Corporation, Inc. |
| Design Drywall of South Florida, LLC |
| Devon International Group, Inc. |
| Distinctive Drywall Designs, Inc. |
| Diversified General Contractors, Inc. |
| Dobson Construction, Inc. |
| DSG Construction, Inc. |
| Eastmond Enterprises, Inc. |
| Everglades Lumber & Building Supplies, LLC |
| Excel Construction of SW Florida, Inc. |
| F. Vicino Drywall II, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| Gibson & Anderson Construction, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**SCHEDULE II** |
|---|
| Grays Bay Builders, Inc. |
| Gulf Coast Shelter, Inc. |
| Gulfeagle Supply |
| Gulfside Supply, Inc. |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| Heights Properties, LLC |
| HHJV, LLC |
| Holiday Builders, Inc. |
| Hollywood Dixie Associates, LLC |
| Home Depot, Inc. |
| Home Depot USA, Inc. |
| Hovstone Properties Florida, LLC d/b/a K Hovnanian Homes |
| Island Coast Drywall & Stucco, Inc. |
| J & A Brothers Drywall & Stucco, Inc. |
| J. Cherry and Sons, Inc. |
| J. Helm Construction, Inc. d/b/a Sundown Development |
| J.W. Hodges Drywall, Inc. |
| Jade Organization, Inc. |
| James Drywall, LLC |
| K. Hovnanian First Homes, LLC |
| K. Hovnanian of Palm Beach XIII, Inc. |
| K. Hovnanian Windward Homes, LLC |
| Karr Drywall, Inc. |
| KB Home Tampa LLC |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>SCHEDULE II |
|---|
| KB Homes, Inc. |
| Lavish Holding Corp. |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Littles Construction of Central Florida, Inc. |
| LTL Construction, Inc. |
| M/I Homes, Inc. |
| Manclar Builders, Inc. |
| Manuel Development Corporation |
| Mazer's Discount Home Centers, Inc. |
| MC Contractors, Inc. |
| McCar Homes, Inc. |
| McCluskey Custom Homes, Inc. |
| Medallion Homes Gulf Coast, Inc. |
| Mercado Enterprises, Inc. |
| Meritage Homes of Florida, Inc. |
| Nautical Homes, LLC a/k/a Statewide Structural, LLC |
| Next Level Group, LLC |
| Nicholas & Co. Construction |
| Northstar Homes, LLC |
| O.C.D. of S. Florida, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Paul Homes, Inc., a/k/a Management Services of Lee County, Inc. |
| Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc |
| Precision Drywall, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* **Omni IX SCHEDULE II** |
|---|
| Premier Design Homes, Inc. |
| Preserve Development, LLC |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| ProBuild Company, LLC |
| ProBuild East, LLC |
| Pukka Development, Inc. |
| Quality Builders of North Florida, Inc. |
| Radd Builders, Inc. |
| Ramos Builders, Inc. |
| Ray Horvath Drywall, Inc. |
| Regency Homes Group LLC |
| Residential Concepts, Ltd. |
| Residential Drywall, Inc. |
| Reve Development Corporation |
| Richard Jones Construction, Inc. |
| Rinker Materials of Florida, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RiverStreet Homes, Inc. |
| RJL Drywall, Inc. |
| Roche Jr. Construction, Inc. |
| Rogers Company, LLC |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| S. Peterson Homes Inc. |
| Schmidth Brothers Homes, Inc. |
| Sedgwick Developers, Inc |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* **Omni IX SCHEDULE II** |
|---|
| Shoma Development Corp. |
| Shoma Homes Splendido, Inc. |
| Smith Drywall & Insulation, LLC |
| Smith Family Homes Corporation |
| Smokey Mountain Materials, Inc. |
| Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes |
| South Bay Development Corporation |
| Southern Atlantic Supply Division Corp d/b/a Allied Building Products Corp. |
| Southern Star Construction Company, Inc. |
| Spring Park Builders, LLC |
| Standard Pacific of South Florida GP, Inc. |
| Sterling Communities at Talavera, LLC |
| Sterling Communities Inc. |
| Steven R. Carter, Inc. |
| Steven Sweet Drywall, Inc. |
| Stock Building Supply |
| Stock Building Supply of Florida, LLC |
| Stuart South Group, LLC |
| Suarez Housing Corp. |
| Sumaj Builders Corporation |
| Sun Construction, Inc. |
| Suntree Homes, Inc. |
| Sweet Interiors, Inc. |
| Swift Supply, Inc. |
| Tapia Brothers Construction, LLC |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**SCHEDULE II** |
|---|
| Taylor Morrison Services, Inc. |
| The Haskell Company |
| The Henning Group, LC |
| The Porter-Blaine Corp. |
| The Ryland Group, Inc. |
| The Sterling Collection, Inc. |
| Timberline Builders, Inc. |
| Tobin Trading, Inc. |
| Toll Estero Limited Partnership |
| Total Community Action, Inc. |
| Total Drywall, Inc. |
| Treasure Coast Communities, LLC |
| Trivium Construction, Inc. |
| Turn Key Home Builders, Inc. |
| Venture Supply, Inc. |
| Villa Development, Inc. |
| Villa Homes of Southwest Florida |
| Waterways Joint Venture IV, LLC |
| Wermers Development, Inc. |
| West Coast Drywall Construction, Inc. |
| William L. Perry Plastering & Drywall, Inc. |
| Woodland Enterprises, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* <br> Omni IX <br> SCHEDULE III |
|---|
| **Remaining Defendants** |
| 704 N. Ocean Blvd. Associates, Ltd. |
| Ability Construction, Inc. |
| All County Drywall Service, Inc. |
| Allied Construction, Inc. |
| Amado Maschmeyer d/b/a Ace's Towing |
| American Homes, LLC |
| Arizen Homes, Inc. |
| Avalon Preserve Developers, LLC |
| B & B Stucco, Inc. |
| Baron Construction Company Inc. |
| Brighton Builders |
| Builder's Depot |
| Building Supply House, L.L.C. |
| Calliouet Builders LLC |
| Cape Cement & Supply, Inc. |
| Castillo Azul Developers, Inc. |
| Central Drywall Contractors, Incorporated |
| Chase Construction, Inc. |
| Choice Builders, Inc. |
| Christian Ladner d/b/a Builders Supply |
| Comfort Home Builders, Inc. |
| Common Ground Relief, Inc. |
| Coupel Construction LLC |
| Custom Construction, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* <br> Omni IX <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Cypress Corporation of Southwest Florida Inc. |
| Dan Spires Floor Covering, Inc. |
| Distinctive Builders, Inc. |
| Dollaway Drywall, Inc. |
| Donald Wayne Tindle |
| Double D. Investments of Broward LLC |
| East Meadow Construction, Inc. |
| Eric Esteban Rivera |
| European Quality Builders, LLC |
| F. Development, LLC |
| Floridian Gulf Coast Homes, Inc. |
| Fly System, Inc. |
| GCF Construction LLC |
| Global Trading of LA |
| Gulf Sales & Import Co., Inc. #1 |
| Hanson Homes, Inc. |
| Harrell's Drywall, Inc. |
| Haven Properties, Inc. |
| HPH Properties, LLC |
| Hulsey-Nezlo Construction, LLC |
| Iota Twenty-Four, LLC |
| J.B.C. Builders, Inc. |
| K.A. Wallace, Inc. DBA Kenwood Homes |
| Kenwood Homes, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| La Suprema Enterprises |
| Lauris Boulanger, Inc. |
| Lexington Homes, Inc. |
| Lowe's Home Centers, Inc. |
| Majestic Homes of Port St. Lucie |
| Malphus and Sons |
| Marr Development of Central Florida, Inc. |
| Master Builders of South Florida, Inc. |
| Matsa Construction Company, Inc. |
| MC-Ft. Myers Associates, LLC |
| Millennium Trading & Export, LLC |
| Millennium Trading, Inc. |
| Mobley Homes Florida, LLC |
| Morales Carpentry |
| North Landing Development, LLC |
| Paradise Builders of S.W. Florida, Inc. |
| Paramount Quality Homes Corp. |
| Parkview Homes Realty, Inc. |
| Premier Homes, LLC |
| Prime Homes at Portofino Falls, Ltd. |
| R & B Housing LLC |
| R.A. Grant Corporation |
| Renaissance Commons, LLC |
| Renola Equity Fund III, LLC |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Roy Harris Drywall, Inc. |
| Sheridan 87, LLC |
| Signature Series Homes, Inc. |
| Smiling Construction & More |
| Space Coast Truss, LLC |
| Stadelman Drywall |
| Starlifter Homes, Inc. |
| Statewide Associates, Inc. |
| Sterling Lumber Company |
| Stewart's Remodeling |
| Suncoast Drywall, Inc. |
| Superior Enterprise, Inc. |
| TFH Corp. |
| The Home Team d/b/a Great Southern Homes, Inc. |
| Tindle Homes |
| Titan Demolition |
| Trafalgar Associates, Inc. |
| United Home Builders, Inc. |
| United Homes, Inc. |
| Vazquez Construction Company LLC |
| Vision Homes of SW, FL, Inc. |
| WB Howland Co., LLC |
| West Construction Group, Inc. |
| West Florida Construction Group, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>**Omni IX**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| West Lake Estate, Inc. |
| Wholesale District Lumber, L.L.C. |
| Will Davis d/b/a D&W Home Restoration |
| Woodside Stoneybrook, LLC |
| Zaccaria Construction, LLC |
| Zamora Homes Corporation |