| *Benoit, et al v. LaFarge S.A., et al, 11-1893*<br>Omni XI<br>SCHEDULE II |
|---|
| **Major Settling Defendants** |
| L&W Supply d/b/a Seacoast Supply |
| **Other Settling Defendants** |
| Boardwalk Drywall, Inc. |
| Centerline Homes Construction, Inc. |
| Dave Walker Construction Inc. |
| Diamond Corp. Construction Company |
| Eastmond Enterprises, Inc. |
| Home Depot U.S.A., Inc. |
| J.W. Hodges Drywall, Inc. |
| Karr Drywall, Inc. |
| Kelley Drywall, Inc. |
| Lennar Homes, , LLC |
| O.C.D. of S. Florida, Inc. |
| Premier Design Homes, Inc. |
| Probuild Company, LLC |
| Rottlund Homes of Florida, Inc. |
| S. Petersen Homes Inc. |
| Sedgwick Developers, Inc. |
| Shamrock Building Materials, Inc. d/b/a Shamrock Trading and Overseas Building Supply, L.C. |
| South Bay Development Corporation, Inc. |
| Sterling Communities, Inc. |
| Suncoast Building Materials, Inc. |
| Thomas F. Gray Construction, Inc. |
| Thomas R. Gould, Inc. |
| Vista Builders, Inc. |

| *Benoit, et al v. LaFarge S.A., et al, 11-1893*<br>**Omni XI**<br>**SCHEDULE II** |
|---|
| Wellington Shores - Wellington Limited Partnership |

| *Benoit, et al v. LaFarge S.A., et al, 11-1893*<br>Omni XI<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| 5 Star Builders Inc., of W.P.B. |
| Arizen Homes, Inc. |
| Curtis Lee Wimberly General Contractor, Incorporated |
| Diamond Court Homes, Inc. |
| Haven Properties, Inc. |
| Kimball Hill Homes Florida, Inc. |
| L.J.&L. Enterprises, Inc. |
| Norgrips |
| OH Investments, Inc. |
| Paul Davis Systems of the Treasure Coast |
| Restoration Of The Palm Beaches, Inc. |
| Sea Coast Supply, Inc. |
| Steve Corbett, Incorporated |
| Tropical Homes a/k/a Daniel D'Loughy Homes, Inc. A Fla Corp. |
| West Lakes Estates, Inc. |
| Wood Nation, Inc. |