| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349*<br>Omni XII<br>SCHEDULE II |
|---|
| **Major Settling Defendants** |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG<br>Gebr. Knauf Verwaltungsgesellschaft KG<br>Knauf International GmbH<br>Knauf Insulation GmbH<br>Knauf UK GmbH<br>Knauf AMF GmbH & Co. KG<br>Knauf do Brasil Ltd.<br>PT Knauf Gypsum Indonesia |
| L&W Supply Corp. d/b/a Seacoast Supply |
| **Other Settling Defendants** |
| 84 Lumber Company |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. |
| AI Brothers, Inc. |
| Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware |
| Aranda Homes, Inc. |
| Avatar Properties Inc. |
| B J & K Condo Construction, Inc. |
| Barloy Contractors, Inc. |
| Baywood Construction, Inc. |
| Beazer Homes Corp. |
| Best Homes of SW Florida a/k/a Legend Custom Builders, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC |
| BFS Townhomes, L.L.C. d/b/a Highpoint Development |
| BMD, Inc. |

| Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349<br>Omni XII<br>SCHEDULE II |
|---|
| Boohaker & Associates, LLC |
| Bradford Plastering, Inc. |
| CastleRock Communities LP |
| Centerline Homes at Georgetown LLC |
| CM Duncan Contracting, Inc. |
| Cretin Homes, LLC |
| Dave Johnson Construction, Inc. |
| David Weekly Homes, LLC a/k/a Weekly Homes, LP |
| Delacruz Drywall Plastering & Stucco, Inc. |
| Design Drywall of South Florida, LLC |
| E.L. Cretin, LLC d/b/a Cretin Homes |
| F. Vicino and Company, Inc. |
| Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall, Inc. |
| First Home Builders of Florida I, LLC |
| Florida Home Partnership, Inc. |
| Florida Style Services, Inc. |
| Frost Metal Framing & Drywall, Inc. |
| G. Drywalls Corporation |
| Gregan Construction Corp. |
| Gregg Nieberg, Inc. |
| Gulfstream Development Group, LLC |
| Hansen Homes of South Florida, Inc. |
| Hinkle Drywall, Inc. |
| K. Hovnanian First Homes, LLC |
| K. Hovnanian First Homes, LLC, d/b/a First Home Builders of Florida |

| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349*<br>Omni XII<br>SCHEDULE II |
|---|
| Legend Custom Builders, Inc. |
| Lennar Homes, Inc. |
| Likness Construction of Southwest Florida, Inc. |
| Louran Builders, Inc. |
| Mayco Construction, LLC |
| Medallion Homes Gulf Coast, Inc. |
| Metropolitan Design Group, Inc. |
| Northstar Holdings at B and A, LLC |
| Nu Way Drywall, LLC |
| O.C.D. of S. Florida, Inc. |
| Pelican Builders, Inc. |
| Precision Drywall, Inc. |
| Residential Drywall, Inc. |
| Rinker Materials, LLC n.k.a Cemex Materials, LLC |
| Rinker Materials of Florida, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RJL Drywall, Inc. |
| Sampson Construction Co., LLC |
| Shelby Building Corp. |
| Siesta Bay Custom Homes, LLC |
| Sixty Fifth and One LLC |
| Star Homes, LLC |
| Star Homes of Florida LLC |
| Sun Construction, L.L.C. |
| Sun Construction, LLC d/b/a Sunrise Homes |

| ***Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349*** **Omni XII** **SCHEDULE II** |
|---|
| The David Group Inc. |
| U/C Universal Construction, Inc. |
| United Homes International, Inc. |
| Vincent Montalto Construction, Inc. |
| Williams-Brown, Inc. |
| Woodland Construction of SW FL, Inc. |
| Yarco, Inc. |

| ***Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349*** <br> **Omni XII** <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| 616, L.L.C. |
| Aced Interior Drywall, Inc. |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. |
| Arif Parupia |
| ASAP Drywall |
| AW Independent, Inc. |
| Bay Town Builders, LLC |
| Caceres Drywall Corp. |
| Canino Construction, Inc. |
| Carmen P Pacinelli Drywall Inc. |
| Coastal Living Homes, LLC |
| Constructo Building Services, Inc. |
| Craft Contractors, LLC |
| Craftsmen Builders, Inc. |
| Desarata Building Corporation |
| Design Stucco, Inc. |
| Dorado Homes Development, Ltd. |
| Drywall & Framing Investment Group, Inc. |
| EH Building Group, LLC |
| Enchanted Homes, Inc. |
| First Choice Drywall Services, Inc. |
| Foster Home Builders, Inc. |
| Glen Dupree Specialty Services |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes |

| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349* Omni XII SCHEDULE III |
|---|
| **Remaining Defendants** |
| Hawkeye Construction |
| HPH Properties, LLC |
| International Building Products Corp. |
| Jon A. Wilder, Inc. |
| Jorge A. Meza |
| JVP Drywall & Finish, Inc. |
| Lake Shore Construction LLC |
| Landmark Building Consultants, L.L.C. |
| Legend Custom Builders, Inc. |
| Livaudais Electrical & Construction, LLC |
| Lopez Construction Group, Inc. |
| Majestic Custom Homes & Realty, Inc. |
| Merrick Homes, LLC |
| Midwest Construction & Development, LLC |
| Milton Construction Company |
| Newtech Builders Corp. |
| Orchid Grove, LLC |
| Paramount Quality Homes Corp. |
| R.H. Hernandez Drywall, Inc. |
| Santa Barbara Estates, Inc. |
| Signature Construction Management Corp. |
| Signature Series Homes, Inc. |
| Supreme Builders, Ltd. |
| Supreme Homes Ltd. |

| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349*<br>Omni XII<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Tagan Landry |
| TTT Enterprises, Inc. |
| United Framers, Inc. |
| Wolfman Construction Company |