| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* <br> Omni XIII <br> SCHEDULE I <br> PLAINTIFFS NOT SUBJECT TO DISMISSAL ||||  |
|---|---|---|---|---|
| | **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. | Boyce, Gary E. and Chris | McCaw Construction & Services | **Inex** | **XIII** |
| 2. | Collins, Braxton and Kerri | Ace Home Center, Inc. | **Global** | **XIII** |
| 3. | Herrington, Jason and Cassie | Bartlett Ranch, LLC | **Global** | **XIII** |
| 4. | Smith Enterprises, Inc. (Erik C. Smith, President) | Price-Bilt Homes | **Banner** | **XIII** |
| 5. | Tataris, Anna and DeJesus, Roy | KB Home Tampa, LLC <br><br> Boardwalk Drywall, Inc. <br><br> American Building Materials, Inc. | **Global** | **XIII** |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>Omni XIII<br>SCHEDULE II |
|---|
| **Major Settling Defendants** |
| L&W Supply Corporation d/b/a Seacoast Supply |
| **Other Settling Defendants** |
| ABF Drywall, Inc. |
| A.R.B.C. Corporation |
| AC1 Supply, Inc. |
| ACE Home Center, Inc. |
| Acme Drywall, Inc. n/k/a Acme International Services, Inc. |
| Adams Homes, LLC |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| Alliance Construction Inc. n/k/a Cornerstone Group Construction, Inc. |
| Allied Building Products Corporation |
| Alvian Homes, Inc. |
| American Building Materials, Inc. |
| Angel Developments, LLC |
| Antonieta Torres |
| Aranda Homes, Inc. |
| ATCO Interior Corp. |
| Avalon Building Corporation of Tampa Bay |
| Banner Homes of Florida, Inc. |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| Baywood Construction, Inc. |
| Best Homes of S.W. Florida, Inc. |

1

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>Omni XIII<br>SCHEDULE II |
|---|
| Beta Credit Management, LLC |
| Beta Drywall, LLC |
| Black Bear Gypsum Supply, Inc. |
| BMD, Inc. |
| Boardwalk Drywall, Inc. |
| Boasso Construction, LLC |
| Boulanger Drywall Corp. |
| Boynton Village Associates, Ltd. |
| Bradford Lumber & Supply, Inc. |
| Brooks & Freund, LLC |
| Builders Plaster & Drywall, LLC |
| Building Materials Wholesale |
| Butler Properties, LLC |
| C.A. Steelman, Inc. |
| Carruth Brothers Lumber Company, Inc. |
| Cemex Construction Materials Florida, LLC f/k/a Rinker Materials of Florida, Inc. |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Citrus Park Development Group, LLC |
| City Salvage, Inc. |
| Completed Communities II, LLC |
| Core Construction, LLC |
| Core Construction Services, Southeast, Inc. |
| Corner Stone Construction of S.W. Florida, Inc. |
| Cornerstone Group Construction, Inc. |

2

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* <br> **Omni XIII** <br> **SCHEDULE II** |
|---|
| Cornerstone Group Development Corp. |
| Creative Home Builders, LLC d/b/a Clipper Construction |
| D.R. Horton, Inc. |
| Deagnelis Diamond Construction, Inc. |
| Design Drywall of South Florida |
| Devon Building Products |
| Devon International Group, Inc. |
| Devon International Industries, Inc. |
| Devon International Trading, Inc. |
| Diamond Corp. Construction Company |
| Eastmond Enterprises, Inc. |
| Eastmond Homes, LLC |
| Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall, Inc. |
| Fekel Stucco & Plastering, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| G. Proulx, Inc. |
| G. Proulx, LLC |
| G.L. Homes of Davie Associates, III, Ltd. |
| Groza Builders, Inc. |
| Gulf Coast Shelter, Inc. |
| Gulfeagle Supply, Inc. |
| Gulfstream Development Group, LLC |
| Hallmark International Lands & Investments, Inc. |
| Hansen Homes of South Florida, Inc. |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**SCHEDULE II** |
|---|
| Heritage Homes of Northwest FL, LLC |
| Hinkle Drywall, Inc. |
| Holiday Builders Construction of Florida, Inc. |
| Holiday Builders, Inc. |
| Hollywood Dixie Associates, LLC |
| Home Depot USA, Inc. |
| Ironwood Properties, Inc. |
| J & A Stucco Drywall, Inc. f/k/a J&A Brothers Drywall & Stucco, Inc. |
| J. Cherry & Sons, Inc. |
| James Drywall, LLC |
| JMM Drywall Co., LLC |
| Joseph Grimsley, LLC |
| KB Home Tampa LLC |
| Land Services of FL, LLC |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Lennar Homes, Inc. |
| Lennar Homes, LLC |
| Luke & Sons Construction, Inc. |
| M/I Homes, Inc. |
| Maranatha Construction, Inc. |
| Mazer Discount Center |
| Mazer's Discount Home Centers, Inc. |
| McCar Homes - Tampa, LLC |
| Medallion Homes Gulf Coast, Inc. |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>Omni XIII<br>**SCHEDULE II** |
| --- |
| Mercado Enterprises, Inc. |
| Meritage Homes of Florida, Inc. |
| Millenium Homes & Development, Inc. |
| Mitchell Homes, Inc. |
| Northstar Holdings at B and A, LLC |
| Nu Way Drywall, LLC |
| O.C.D. of S. Florida, Inc. |
| Osprey Gulfshore Building Materials, Inc. |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Pat's Construction |
| Paul Homes Inc., a/k/a Management Services of Lee County, Inc. |
| Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. |
| Picayune Discount Building Supply |
| Precision Drywall, Inc. |
| Preserve Development, LLC |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| ProBuild East, LLC |
| Professional Drywall |
| Pukka Development, Inc. |
| R & H Masonry Contractors, Inc. |
| R. Mossel Construction, Inc. |
| Ray Horvath Drywall, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |

5

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* Omni XIII **SCHEDULE II** |
|---|
| Rightway Drywall, Inc. |
| RJL Drywall, Inc. |
| Rottlund Homes of Florida, Inc. |
| Shelby Building Corp. |
| Shoma Homes Splendido, Inc. |
| Sleuth, Inc. |
| Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials |
| South Florida Custom Trim, Inc. |
| Southwest Innovations, Inc. |
| Spires Commercial Flooring, Inc. |
| Sterling Collection, Inc. |
| Stock Building Supply, Inc. n/k/a Stock Building Supply, LLC |
| Stock Building Supply, LLC |
| Stock Building Supply of Florida, LLC |
| Sumaj Builders Corporation |
| Suncoast Building Materials Inc. |
| Sweet Interiors, Inc. |
| The Haskell Company |
| The Home Depot |
| The Jade Organization, Inc. |
| The Porter-Blaine Corp. |
| The St. Joe Company |
| Three County Construction Co., Inc. |
| Tobin Trading, Inc. |
| Total Home Renovation, LLC |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**SCHEDULE II** |
|---|
| Toula Properties LLC |
| Tracey Construction, Inc. |
| United Homes International, Inc. |
| Van Aller Construction, Inc. |
| Venture Supply, Inc. |
| WB Construction, Inc. |
| Wermers Development, LLC |
| Woodland Enterprises, Inc. |
| Work Company, Drywall & Plaster |
| Wyman Stokes |

| ***Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*** Omni XIII SCHEDULE III |
|---|
| **Remaining Defendants** |
| 704 N. Ocean Blvd. Associates, Ltd. |
| A & C Development, LLC |
| Ace Home Center, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Aced Interior Drywall, Inc. |
| Allen Pigg |
| American Building Materials, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Andrea Varuso Corne and Scott M. Corne |
| Arif Parupia |
| B & B Stucco, Inc. |
| B&E Wholesale |
| Bartlett Ranch, LLC |
| Barney Core |
| Baron Construction Co., Inc. |
| Boardwalk Drywall Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Boutwell Drywall |
| Brighton Home Builders, Inc. |
| Bryant Construction & Building, Inc. |
| BTR Exteriors f/k/a Gulf Eagle Supply, Inc. |
| Building Materials Wholesale, Inc. of Tuscaloosa |
| C.H. Builders, LLC |
| Cabba, Inc. |
| Cabinets 4 Sure |
| Caloosahatchee Construction, Inc. |
| Cape Cement and Supply, Inc. |


| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* Omni XIII SCHEDULE III |
|---|
| **Remaining Defendants** |
| Carter GM Builders, L.L.C. |
| Central Drywall Contractors Inc. |
| Chicas Construction, Inc. |
| Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums |
| Coastal Construction of South Florida, Inc |
| D & K GCB, Inc. |
| Daigle Home Improvements |
| Dajon's Disaster Masters, Inc. |
| Dewey Leonard |
| Diamond Corp. Construction Company |
| E.B. Developers, Inc. |
| Eagle Bay Construction & Development, Inc. |
| Eagle Creek Remodeling, Inc. |
| Ebbtide Investment Group, LLC |
| Edward Pierre |
| Efrain Guerrero |
| Elias Brothers Group Construction, Inc. |
| Enchanted Homes, Inc. |
| Esplanade Construction, L.L.C. |
| Florida Style Services of Southwest Florida, Inc. |
| Florida Walls Inc. |
| Fly System, Inc. |
| Grand Orleans Properties, L.L.C. |
| Gulf Coast Spray Inc. |

| ***Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*** <br> **Omni XIII** <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| H. Harris Investments, Inc. |
| Harmon Lafon |
| Hendricks Building Supply, LLC |
| Highland Holdings, Inc. |
| Hollis Developers, LLC |
| Horizon Commercial Group, Inc. |
| Horvath & Horvath Drywall, Inc. |
| Inovawalls, Inc. |
| Interiors of America, Inc. |
| Island Roofing and Interiors, LLC |
| J.C. Drywall, L.L.C. |
| J&H Drywall Supplies, L.L.C. |
| J&H Sheetrock |
| Jay Sprays, Inc. |
| Jcanto Homes, Inc. |
| JMP Construction, Inc. |
| John Haigh |
| John Randall |
| Johnson Lumber & Supply |
| Jonathan Wise |
| Jose Drywall Finisher, L.L.C. |
| Jose L. Castro |
| JQ Construction Group, Inc. |
| JV Drywall |

| ***Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*** Omni XIII SCHEDULE III |
|---|
| **Remaining Defendants** |
| JVP Drywall & Finish, Inc. |
| K&M Drywall |
| KB Home Tampa, LLC  **(remains as to plaintiff(s) on Schedule I)** |
| Kevin G. Hanzo and Debra B. Hanzo |
| Koky Drywall |
| La Suprema Enterprise, Inc. |
| Laviolette Construction Corp. |
| LCA Lumbermen's |
| Lighthouse Construction, L.L.C. |
| Lonnie Goddard d/b/a Custom Interiors, LLC |
| Lorenzo I. Garcia |
| Majestic Homes of Port St. Lucie, Inc. |
| Mariner Village Townhomes, Inc. |
| Mario Martinez-Romero |
| Mario Saldana Total Restoration & Remodeling |
| Martinez Drywall & Painting, LLC |
| Matsa Construction |
| McCaw Construction & Services, LLC |
| Meeks Drywall & Stucco, Inc. |
| Metro Resources Corp. |
| Millennium Trading, Inc. |
| Milton Construction Company |
| Mobley Homes Florida, LLC |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* Omni XIII SCHEDULE III |
|---|
| **Remaining Defendants** |
| Molleda Corp. |
| MVM Construction, Inc. |
| New Century Home Builders Corp. |
| New Millenial, LLC |
| NICO Development, Inc. |
| P&P Skilled Contractors |
| Perry Custom Homes, LLC |
| Phillip Eric Price |
| Premier Southern Builders, L.L.C. |
| Price-Built Homes |
| Prime Homebuilders, Inc. |
| Promenade at Doral, LLC |
| R & R Building Materials, Inc. |
| R.L. Stockett & Associates, LLC |
| R&R Supplies Inc. f/k/a R&R Building Materials, Inc. |
| RCR Holdings II, LLC |
| Rebuilding Together, Inc. |
| Rickey Pittman |
| Rigoberto H. Gonzalez |
| Riverside Bank of the Gulf Coast |
| RJC Drywall |
| Robert Nicholas d/b/a Robert Nicholas Drywall |
| Ron Zuckerman Avalon Preserve Developers, LLC |
| S & D Custom Built Homes, LLC |

| **Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498** **Omni XIII** **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| S.A. Weber Construction, LLC |
| Santa Fe, LLC |
| Scott Hodgson |
| Simpson-Davis Development, LLC |
| Smith Discount Home Center |
| Southern Community Homes Inc. |
| Stoughton Homes, Inc. |
| Strauch Builders, LLC |
| Suncoast Drywall, Inc. |
| Talmadge Drywall, Inc. |
| Terre Neuve Corp. |
| The Sterling Lumber Company |
| Touchstone at Rapallo, Inc. |
| United Framers, Inc. |
| United Home Builders, Inc. |
| United Homes, Inc. |
| Victor O. Moncada-Reyes |
| WCS Construction, Inc. |
| Webster Construction, LLC |
| Webster Drywall & Plastering, Inc. |
| West Florida Construction Group, Inc. |
| Westminster Builders Inc. |
| Wilfredo Medina Guzman |
| William D. Smyly |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* <br> Omni XIII <br> **SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Woods Restoration Services, LLC |