UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>12-0498 (E.D.La)<br>OMNI XIII | |

## ORDER TO SHOW CAUSE

AND, NOW, this _____ day of _____, 2013, upon consideration of Class Counsel's Motion for Rule to Show Cause Why Settled Claims Should not be Dismissed, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Any party disputing that their claims should not be dismissed against any settling defendant shall appear before this Court on the ____ day of _____, 2013, at ____ o'clock in the _____ to explain why their claims should not be dismissed.

2. Any party intending to pursue their claim against a Remaining Defendant shall appear before this Court on the ____ day of _____, 2013, at ____ o'clock in the _____ to explain their willingness to maintain their claim against any Remaining Defendant.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE