| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>**Omni XIV**<br>**SCHEDULE II** |
|---|
| **Major Settling Defendants** |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG<br>Gebr. Knauf Verwaltungsgesellschaft KG<br>Knauf International GmbH<br>Knauf Insulation GmbH<br>Knauf UK GmbH<br>Knauf AMF GmbH & Co. KG<br>Knauf do Brasil Ltd.<br>PT Knauf Gypsum Indonesia |
| L&W Supply Corporation d/b/a Seacoast Supply Company |
| **Other Settling Defendants** |
| ABF Drywall, Inc. |
| Antilles Vero Beach |
| ATCO Interior Corp. |
| Avatar Properties Inc. |
| Bailey Lumber & Supply Company |
| Bay Area Custom Homes, LLC |
| Baystate Drywall |
| Beta Credit Management, LLC |
| Beta Drywall, LLC |
| BMD, Inc. |
| Brooks & Freund, LLC |
| C.A. Steelman, Inc. |
| CastleRock Communities LP |
| Cemex Construction Materials Florida, LLC f/k/a Rinker Materials of Florida, Inc. |
| Centerline Homes at Georgetown LLC |
| Centerline Homes Construction, Inc. |

| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>**Omni XIV**<br>**SCHEDULE II** |
| --- |
| Centerline Homes, Inc. |
| Cornerstone Construction, Inc. |
| Cothern Construction Company, Inc. |
| Cox Lumber Co. n/k/a ProBuild Company LLC |
| Deco Paver Bricks, Inc. |
| Design Drywall of South Florida, LLC |
| Diamond Corp. Construction Company |
| Distinctive Drywall Designs |
| F. Vicino & Company |
| Faith Built Homes, LLC |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| G.L. Homes Limited Corporation |
| Gomez's Interiors, Inc. |
| Gregg Nieberg, Inc. |
| Gulfstream Development Group |
| Gulfstream Development Group, LLC |
| Hansen Homes of South Florida, Inc. |
| Holiday Builders Construction of Florida, Inc. |
| HomeTown Lumber & Supply, Inc. |
| Ironwood Properties, Inc. |
| James Drywall, LLC |
| K. Hovnanian First Homes, LLC |
| LTL Construction, Inc. |
| Lucky Strike M.K., Inc. |
| Luke & Sons Construction, Inc. |

| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>**Omni XIV**<br>**SCHEDULE II** |
|---|
| M. Slayton Construction, Inc. |
| Medallion Homes Gulf Coast, Inc. |
| Mercado Enterprises, Inc. |
| Nu Way Drywall, LLC |
| P.D.C. Drywall Contractors, Inc. |
| Patrick Drywall, Inc. |
| Platinum Property Management, Inc. |
| Precision Drywall, Inc. |
| Residential Drywall, Inc. |
| Richmond American Homes of Texas, Inc. |
| Richmond Heights Community Development Corporation, Inc. |
| RJM Builders North, Inc. |
| S.D. & Associates, Inc. |
| Shelby Building Corp. |
| Shoma Homes at Keys Cove Phase II, Inc. |
| Southern Homes, LLC |
| Southwest Innovations, Inc. |
| Stonecrest Home Builders, LLC |
| The David Group Inc. |
| Triple Crown Homes, Inc. |
| U/C Universal Construction |
| United Homes International, Inc. |
| Vicinity Drywall, Inc. |
| Waterways Joint Venture IV, LLC |
| West Coast Drywall Construction, Inc. |

| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>**Omni XIV**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| B & W Drywall, Inc. |
| Barney Core |
| Blue Line Builders, Inc. |
| Builtek Corp. |
| C.A.L. Investments, LLC |
| Caloosahatchee Construction, Inc. |
| Canino Construction, Inc. |
| Carmen P Pacinelli Drywall Inc. |
| Certified Building Contractors, Inc. |
| Certified Building Systems, Inc. |
| CGF Construction Corp. |
| Chicas Construction, Inc. |
| Coastal Construction of South Florida, Inc. |
| Coscan Home Builders, LLC |
| DCT Investment Group, Inc. |
| Design Stucco, Inc. |
| Diamond Court Homes, Inc. |
| Distinctive Drywall, LLC |
| Dorado Homes Development, Ltd. |
| Grande Valley Homes, L.L.C. |
| H & S Drywall, Inc. |
| Home Team d/b/a Great Southern Homes |
| HPH Properties, LLC |
| Inovawalls, Inc. |
| Jacobus Builders of Florida, Inc. |

| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>**Omni XIV**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Jim's Drywall, Inc. |
| JQ Construction Group, Inc. |
| JVP Drywall & Finish, Inc. |
| Mariner Village Townhomes, Inc. |
| Master Builders of South Florida, Inc. |
| Medimart Investment, Inc. |
| Mesa Construction Group, Inc. |
| Milton Construction Company |
| Prestigious Homes, LLC |
| R&R Supplies, Inc. f/k/a R&R Building Materials, Inc. |
| Santa Barbara Estates, Inc. |
| Sea Coast Supply, L.L.C. |
| Signature Series Homes, Inc. |
| Strauch Builders, LLC |
| Sunshine Drywall |
| Supreme Builders, Ltd. |
| United Framers, Inc. |
| United Homes, Inc. |
| Westpoints Investment Partners III, LLC |
| Louisiana Lumber, LLC |