UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

     Considering the pending Motion for Entry of Pre-Trial Order Establishing Claims Administration Procedures (R. Doc. 17002), **IT IS ORDERED** that this Motion shall be submitted for decision without oral argument on Friday, August 30, 2013.  **IT IS FURTHER ORDERED** that responses in opposition to this Motion shall be filed on or before 12:00 noon on Friday, August 23, 2013.

   New Orleans, Louisiana this 16th day of August, 2013.

                                              _____
                                              United States District Judge