UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Francisco J. Perez, P.E. **IT IS ORDERED** that this correspondence be filed into the record. .

New Orleans, Louisiana, this 19th day of August, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Francisco, J. Perez, P.E.
President, F & L Developers, Inc.
4970 SW 72 Ave, Suite 108
Miami
FL 33155