# F & L Developers, Inc.

*4970 SW 72 Ave, Ste. 108, Miami, FL 33155* • *Tel (305) 662-1920* • *facsimile (305) 662-1925*

July 30, 2013

RECEIVED
AUG 0 5 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Honorable Eldon E. Fallon
U.S. District Court of
Eastern District of Louisiana

Re: MDL No. 2047

Dear Sir:

We have elected not to contribute to the settlement fund because the attorney for the Plantiffs refused to participate in the settlement themselves, thus we would have no real benefit to participate and we only have this one house as possible Chinese drywall claim against our company. Therefore, we will not attend the hearing.

Respectfully,

Francisco J. Perez, P.E.
President

FL Developers, Inc
4970 SW 72 Ave, Ste. 108
Miami, FL 33155

Honorable Eldon E. Fallon
US District Court of
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130