MINUTE ENTRY
FALLON, J.
AUGUST 20, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO. 2047 |
| DRYWALL PRODUCTS | |
| LIABILITY LITIGATION | SECTION: L |
| | |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| REF: ALL CASES | MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   Russ Herman, Esq. for Plaintiffs' Liaison Counsel
H. Minor Pipes, Esq. for Insurance Liaison Counsel

1. Motion to Remove Certain Participating Defendants from Global Settlement by Plaintiffs (16940)

After discussion - Motion GRANTED

2. Joint MOTION to Dismiss, In Part or In Full, MDL Cases Covered by the Global Settlement by Plaintiff and Insurance Liaison Counsel representing Participating Defendants and Participating Insurers (16941)

After discussion - Motion TAKEN UNDER ADVISEMENT

3. Second MOTION to Dismiss, in Part, an MDL Case Covered by the Global Settlement (Joint Motion) by Plaintiffs and Insurance Liaison Counsel (16969)

After discussion - Motion TAKEN UNDER ADVISEMENT


JS10:   :04