MINUTE ENTRY
FALLON, J.
AUGUST 20, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 10-1113 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:    Gary Mason, Esq., Arnold Levin, Esq., and Gregory Weiss, Esq.,  for Plaintiffs

FAIRNESS HEARING

Joint Motion of the Plaintiffs, for an Order (1) Granting Final Approval of the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047; (2) Certifying the Settlement Class; and (3) Appointing Class Counsel

After argument was heard -  Motion was TAKEN UNDER ADVISEMENT


JS10:   :16