UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>10-1828 | |

**O R D E R**

Considering the foregoing Second Joint Motion to Dismiss, in Part, an MDL Case Covered by the Global Settlement and the lack of objections to this Motion (Rec. Doc. 16979);

**IT IS ORDERED BY THE COURT** that Maranatha Construction Inc. is dismissed with prejudice from the matter of *Mary Ann Catalanotto v. S.A. Weber Construction, LLC, et al.,* 10-1828, each party to bear its own costs.

New Orleans, Louisiana, this 21st day of August, 2013.

_____
ELDON E. FALLON
United States District Judge