UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**O R D E R**

Considering the Joint Motion to Dismiss, in Part or in Full, MDL Cases Covered by the Global Settlement (Rec. Doc. 16941) and the lack of objections to the Motion;

**IT IS ORDERED BY THE COURT** that the law suits listed in Exhibit A attached to this Order be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**IT IS FURTHER ORDERED BY THE COURT** that the lawsuits listed in Exhibit B attached to this Order are dismissed as to only the defendants identified to be dismissed in Exhibit B, with prejudice, and each party to bear its own costs.

New Orleans, Louisiana, this 21st day of August, 2013.

ELDON E. FALLON
United States District Judge