UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ) ) ) ) | |

**EXHIBIT A – CASES TO BE DISMISSED IN FULL**

| No. | CASE NAME | USDC EDLA NO. |
|---|---|---|
| 1. | Amerson, Amy et al v. Lloyds of London et al | 09-07227 |
| 2. | Ard, Tryan et al. v. Ace Home Center Inc., et al. | 12-01468 |
| 3. | Bartholomew, Alexandra and Craig Bartholomew v. Knauf Plasterboard (Tianjin) Co., et al | 09-07495 |
| 4. | Berthaut, Colin v. ASI Lloyds | 10-01627 |
| 5. | Blalock, Angeles et al. v. Interior Exterior Building Supply LP, et al. | 09-03608 |
| 6. | Boutte, Donald v. E. Jacob Construction, Inc. et al | 10-01464 |
| 7. | Boutte, Donald v. E. Jacob Construction, Inc. et al | 10-04338 |
| 8. | Bourdon, Lucille v. Interior Exterior Building Supply LP, et al. | 09-07025 |
| 9. | Brown, Ada wife of/and Hillary Brown v. Liberty Mutual Fire Ins. Co., et al | 10-00130 |
| 10. | Burke, Mona wife of/and Thomas E. Burke, IV v. Daelen of Tangipahoa, L.L.C. | 10-01840 |
| 11. | Centerline Homes Construction, Inc. et al v. Mid-Continent Casualty Co., et al | 10-00178 |

| No. | CASE NAME | USDC EDLA NO. |
|---|---|---|
| 12. | D R Horton Inc. - Gulf Coast v. Interior Exterior Building Supply LP, et al. | 10-00804 |
| 13. | Francis, Timothy and Ashley Francis v. Colony Insurance Company, et al | 10-00720 |
| 14. | Galvin, Larry and Rene Galvin v. Knauf GIPS KG, Knauf Plasterboard Tianjin Co., Ltd., Knauf Plasterboard WUHU Co. Ltd., Knauf Plasterboard Dongguan Co. Ltd., Taylor Woodrow Communities at Vasari, L.L.C. | 09-04294 |
| 15. | Hufft, Val Louis and Audrey Huther Hufft v. Interior/Exterior Building Supply, LP et al | 09-07016 |
| 16. | Hughes, Mathew D. et al v. Rogers Company, L.L.C. | 10-01649 |
| 17. | Kessler, David and Amanda Kessler v. GMI Construction, Inc., et al | 09-06072 |
| 18. | Ledford, Samuel et. al. v Knauf Gips KG, et al. | 09-04292 |
| 19. | Medallion Homes Gulf Coast Inc v. Mid-Continent Casualty Company | 10-01500 |
| 20. | Meyer, Kirk et al v. KB Home/Shaw Louisiana, LLC et al | 09-06834 |
| 21. | Minafri, Steven et al v. M/I Homes, Inc., et al. | 09-04120 |
| 22. | Niswonger, Mary et al. v. Interior Exterior Enterprises LLC, et al. | 10-02734 |
| 23. | Northstar Holdings, Inc. et al v. General Fidelity Insurance Co. et al | 10-00384 |
| 24. | Pate, Robert v. American Int'l. Spec. Lines Insurance Company, et al. | 09-07791 |
| 25. | Perry, Timothy & Tracey v. Knauf Gips KG et al | 09-05500 |
| 26. | Rogers, Brad & Cassandra v. Sun Construction, L.L.C., et al | 10-00088 |
| 27. | Ruesch, Kevin et al v. Knauf Gips KG et al | 09-04660 |
| 28. | Seminole Baptist Church v. Ace Home Center, Inc., et al. | 12-01469 |
| 29. | Silva, Stephen et al v. Arch Insurance Company et al | 09-08034 |
| 30. | Taylor Woodrow Homes Central FL Division , LLC, et al. v. Scottsdale Indemnity Company | 10-00555 |

| No. | CASE NAME | USDC EDLA NO. |
|---|---|---|
| 31. | Wilfer, Rosanne v. ASI Lloyds | 10-02974 |