UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION   ) ) ) ) | MDL NO. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS   ) ) ) ) | |

**O R D E R**

Considering the Motion to Remove Certain Participating Defendants From Global Settlement (R. Doc. 16940) and the lack of objections to this Motion;

**IT IS ORDERED BY THE COURT** that the Motion is hereby **GRANTED**.  **IT IS FURTHER ORDERED** that Coastal Living Homes, LLC and F&L Developers, Inc. are deleted as Participating Defendants from the Global Settlement and no longer eligible for the release and bar order contained in the Global Settlement and this Court's Orders Approving the Global Settlement (R. Doc. 16570).  **IT IS FURTHER ORDERED** that the attached updated and final list of Participating Defendants in the Global Settlement replaces Exhibit 1 to the Global Settlement (the list of Participating Defendants) at R. Doc. 16570-1.

New Orleans, Louisiana, this 21st day of August, 2013.

_____
ELDON E. FALLON
United States District Judge