UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

The Court received and reviewed the attached correspondence from Keith H. Morgan, Jr.

**IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the attached correspondence and take appropriate action, if any.

New Orleans, Louisiana, this19th day of August, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Keith H. Morgan, Jr.
6545 Caicos Ct.
Vero Beach
FL 32967