Keith H. Morgan, Jr.
6545 Caicos Ct.
Vero Beach, Florida 32967

August 14, 2013

Judge Eldon E. Fallon
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Dear Judge Fallon:

Since I have written before, I know not to expect a response- sorry state of affairs. Nevertheless, as a TAISHAN CDW VICTIM, I want you to know how outraged I am regarding the injustice in the MDL proceedings in your Court.

This whole proceeding has been flawed from the outset. One class of victims- KNAUF- has received complete and satisfactory resolution of their problem, while Taishan victims have received none and the prospects for a satisfactory remedy appear slim or none. Even if the 5th Circuit Court upholds the Lower Court's decision that the U.S. Courts do have jurisdiction over Taishan, what leverage do we have to force Taishan to act responsibly and enter into a plan to remediate the homes that have their contaminated product? If, as I suspect, we have no leverage other than "political persuasion" with the Chinese Government then we, as Taishan victims, will end up with no remedy to our financial/emotional disaster. The MDL will have proven to be a complete failure for us.

Why wasn't a pool established to capture all the insurance proceeds from Banner Supply, et al., the equivalent of the funds Knauf is expending to remediate their contaminated homes, and all other available resources from other defendants? Then the total accumulated funds in the pool could have been allocated to ALL victims in a fair and equitable manner. I assume this must be a too simple and equitable solution.

Someone in the "food chain"- PSC, Allocation Committee- must have an answer to why one group of victims- Taishan- is being treated differently/no remedy, when all are equally victimized by CDW.

I would appreciate a response from anyone in the "food chain".

Respectfully,

Keith H. Morgan, Jr.