UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY
## LILLIAN EYRICH

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Lillian

Eyrich hereby gives notice of her intention to dispose of the physical evidence that she was

previously preserving pursuant to the requirements of Pretrial Order No. 1B. Any person or

entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of

this notice upon reasonable notice to Lillian Eyrich by contacting: Dawn M. Barrios, Esq. by

telephone at (504) 524-3300 or by e-mail at barrios@bkc-law.com. Upon the expiration of the

thirty-day period, Lillian Eyrich may dispose of such physical evidence.


Dated:  August 26, 2013                    Respectfully submitted,

                                           By: /s/ Dawn M. Barrios
                                           Dawn M. Barrios (LA Bar Roll #2821)
                                           Bruce S. Kingsdorf (LA Bar Roll #7403)
                                           Zachary L. Wool (LA Bar Roll #32778)
                                           701 Poydras Street, Suite 3650
                                           New Orleans, Louisiana 70139
                                           Tel: (504) 524-3300
                                           Fax: (504) 524-3313
                                           barrios@bkc-law.com
                                           bkingsdorf@bkc-law.com
                                           zwool@bkc-law.com

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that the above has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2013.

/s/ Dawn M. Barrios
