UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL  * | | MAG. JUDGE WILKINSON |
| CASES AND, | * | |
| | * | |
| *Amorin, et al. v. Taishan Gypsum Co.,* | * | |
| *Ltd. f/k/a Shandong Taihe Dongxin Co.,* | * | |
| *Ltd, et al.*, **Case No. 11-1672**;  *Amorin, et al. v.* | * | |
| *Taishan Gypsum Co.,Ltd. f/k/a Shandong Taihe* | * | |
| *Dongxin Co., Ltd, et al.*, **Case No. 11-1395**; | * | |
| *Amorin, et al. v. Taishan Gypsum Co.,* | * | |
| *Ltd. f/k/a Shandong Taihe Dongxin Co.,* | * | |
| *Ltd, et al.*, **Case No. 11-1673** | | * |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF, JENNIFER M. DUARTE'S
<u>NOTICE OF REMEDIATION</u>**

NOTICE IS HEREBY given that Jennifer M. Duarte, Plaintiff in the above captioned matter, will begin remediation of her property beginning on Monday, October 7, 2013. The property will be made available to any party in the above captioned matter prior to the date of commencement of remediation. Anyone desiring to view the property should contact Jeremy S. Epstein by telephone at (504) 581-4892 or by email at jepstein@hhklawfirm.com.

        Respectfully submitted,

        **/s/ Leonard A. Davis**
        _____
        **RUSS M. HERMAN, La. Bar No. 6819**
        **LEONARD A. DAVIS, La. Bar No. 14190**
        **STEPHEN J. HERMAN, La. Bar No. 23219**
        **JOSEPH E. "JED" CAIN, La. Bar No. 29785**
        **JEREMY S. EPSTEIN, La. Bar No. 32135**
        **HERMAN, HERMAN & KATZ, LLC**
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Telephone:   (504) 581-4892
        Fax No.:   (504) 561-6024
        *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiff, Jennifer M. Duarte's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2013.

/s/ Leonard A. Davis
_____
LEONARD A. DAVIS