UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO ALL CASES** | | |

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY PLAINTIFF JENNIFER M. DUARTE

Subject to the requirements of Pretrial Order No. 1(I) dated January 24, 2012, Plaintiff, Jennifer M. Duarte hereby gives notice of her intention to dispose of physical evidence. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Jennifer M. Duarte by contacting: Jeremy S. Epstein by telephone at (504) 581-4892 or by e-mail at jepstein@hhklawfirm.com  Upon the expiration of the thirty-day period, Jennifer M. Duarte may dispose of such physical evidence.

Dated: August 26, 2013           Respectfully submitted:

/s/ **Leonard A. Davis**
_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**JEREMY S. EPSTEIN, La. Bar No. 32135**
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:       (504) 561-6024
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiff, Jennifer M. Duarte's, Notice of Disposal of Physical Evidence, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of August, 2013.

                                                  **/s/ Leonard A. Davis**
                                                  LEONARD A. DAVIS