```
Filters Used:                                              Date Printed:  8/16/2013
1 Tagged  Record            Email Report                   Time Printed:  9:25AM
                             Form Format                   Printed By:    DSM
```

```
Date       12/20/2011  Time    3:00PM   3:00PM   Duration   0.00 (hours)   Code   Client
Subject    FW: Knauf global settlement                                     Staff  David S Maglich
Client     RAYMOND FARLEY           MatterRef  TAYLOR WOODROW- CHINESE DRY  MatterNo  24106
From       NSivyer@sbwlegal.com
To         David S. Maglich
CC To
BCC To
Reminders              (days before)  Follow  N  Done  N  Notify  N  Hide  N  Trigger  N  Private  N  Status
Attachment                                          Custom3
Custom2                                             Custom4
```

Neal A. Sivyer

Sivyer Barlow & Watson, P.A.

Suntrust Financial Center

401 E. Jackson St.

Suite 2225

Tampa, FL 33602

(p) 813-221-4242

(f) 813-227-8598

Confidentiality Notice: The information contained in this e-mail message is intended for use of the recipient listed above. The message may contain information that is protected by the attorney/client or other legal privilege. Any unauthorized use is strictly prohibited.

Hearing on preliminary approval of the Knauf agreement is January 4.

The settlement covers all plaintiffs with federal or state court cases filed before Dec. 9, 2011 (guess that explains OMNI 14). It also covers remediated homes for economic loss and personal injury claims. Those will be resolved via a mediation process.

The settlement creates 2 funds: the "remediation fund" which is uncapped and will be funded initially

EXHIBIT B

| Filters Used:<br>1 Tagged   Record | **Email Report**<br>Form Format | Date Printed: **8/16/2013**<br>Time Printed: **9:25AM**<br>Printed By: **DSM** |
|---|---|---|

with a $200 million deposit, but will be replenished in $50 million increments when it falls to $25 million; the "other loss fund" which is capped at $30 million and will reimburse for provable economic losses and/or personal injuries.

**Homeowners will have 3 options:**

1. remediation by Moss contractors (or whomever they hire)

2. homeowner selects his own contractor

3. cash out option (subject to a 4% discount)

**Homeowners who take under options 1 and 2 also get relocation expenses.**

**In addition to the "remediation fund" and the "other loss fund," Knauf is funding $160 million in attorneys' fees and costs paid separately.**

**Nothing will be owned by homeowners to their attorneys.**