UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED            :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY              :
LITIGATION                              :   SECTION:  L
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:               :   JUDGE FALLON
                                        :
ALL CASES                               :   MAG. JUDGE WILKINSON
-----------------------------------------------------------------x
```

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY BANNER SUPPLY COMPANY AND THE KNAUF DEFENDANTS**

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Banner Supply Company ("Banner") and the Knauf Defendants hereby give notice of their intention to dispose of physical evidence consisting of Knauf Chinese Drywall stored at a warehouse located at 5600 N.W. 10th Terrace, Fort Lauderdale, FL and at a yard located at 7195 Northwest 30th Street, Miami, FL that Banner and the Knauf Defendants previously were preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to (i) Banner by contacting Michael P. Peterson by telephone at 305-270-3773 or by email at mpeterson@petersonespino.com; and (ii) the Knauf Defendants by contacting Steven Glickstein by telephone at 212-836-8485 or by email at steven.glickstein@kayescholer.com.  Upon the expiration of the thirty-day period, Banner and the Knauf Defendants may dispose of such physical evidence.

Respectfully submitted,

By: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)

61521285.DOCX

        KYLE A. SPAULDING (#29000)
        FRILOT, L.L.C.
        1100 Poydras Street
        Suite 3700
        New Orleans, LA 70163
        Telephone: (504) 599-8194
        Facsimile: (504) 599-8145
        Email: kmiller@frilot.com

        - and -

        STEVEN GLICKSTEIN (NY Bar No. 1038157)
        JAY P. MAYESH (NY Bar No. 1081603)
        KAYE SCHOLER LLP
        425 Park Avenue
        New York, NY 10022
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        Email: steven.glickstein@kayescholer.com

        Counsel for the Knauf Defendants

        By: /s/ Michael P. Peterson
        MICHAEL P. -PETERSON
        PETERSON & ESPINO P.A.
        10631 North Kendall Drive
        Miami, FL 33176
        Telephone: (305) 270-3773
        Facsimile: (305) 275-7410
        Email: mpeterson@petersonespino.com

        Counsel for Banner Supply Company

Dated: August 28, 2013

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Disposal of Physical Evidence by Banner Supply Company and the Knauf Defendants has been served on Plaintiffs' Liaison Counsel, Russ Herman and pennyhg@gmail.com, Homebuilders' Liaison Counsel, Phillip Wittman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by had delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 on this 28th day of August, 2013.

                <u>/s/ Kyle A. Spaulding</u>
                Kyle A. Spaulding