7/23/2013

**From:** NSivyer@sbwlegal.com
**To:** David S. Maglich
**Sent:** 6/02/2011   5:33PM
**Subject:** RE: Taylor Morrison/Farley

I will check.  Normally the Environ reports are work product.  Perhaps a letter.


Neal A. Sivyer

Sivyer Barlow & Watson, P.A.

Suntrust Financial Center

401 E. Jackson St.

Suite 2225

Tampa, FL  33602

(p) 813-221-4242

(f)  813-227-8598


Confidentiality Notice:The information contained in this e-mail message is intended for use of the recipient listed above.  The message may contain information that is protected by the attorney/client or other legal privilege.  Any unauthorized use is strictly prohibited.

From: David S. Maglich [mailto:DMaglich@fergesonskipper.com]
Sent: Thursday, June 02, 2011 5:30 PM
To: Neal Sivyer
Subject: RE: Taylor Morrison/Farley


Neal-

Thanks for the Order with detailed repair protocol. I will discuss with the clients to see if there is any interest in agreeing to this revised repair methodology as part of a settlement.  In the interim, can you please provide us with a copy of the report generated by Environ as a result of its recent inspection of the Farley residence. Mr. Farley needs this report to provide to the Manatee County Property Appraiser in order to qualify for the reduced valuation provided under Florida law for homes containing Chinese drywall.  The appraiser requires either a letter from the builder or a report from a certified inspector confirming the presence of Chinese drywall. Please advise whether your client will provide either. Thanks.



7/23/2013

David S. Maglich, Esq.

dmaglich@fsskbt.com

Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A.

P.O. Box 3018

Sarasota, Florida 34230

(941) 957-1900 voice

(941) 957-1800 facsimile

www.fergesonskipper.com


************************************************************************

This transmission contains confidential or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure by another person is strictly prohibited.

Due to its inherent nature, e-mail may be vulnerable to interception by unauthorized parties during transmission. We cannot guarantee the confidentiality of any information sent by e-mail or that it will be considered "attorney-client" privileged. If you do not wish us to communicate by e-mail on your matters, please notify us at your earliest convenience. In the absence of such notification, your consent will be assumed and we will not take any additional security measures, such as encryption. Although we have taken steps to ensure that this e-mail and attachments are free from any virus, we advise that, in keeping with good computing practice, the recipient should ensure they are actually virus-free.

************************************************************************

From: Neal Sivyer [mailto:NSivyer@sbwlegal.com]
Sent: Thursday, May 19, 2011 1:39 PM
To: David S. Maglich
Cc: 'Todd Merrill'
Subject: FW: Taylor Morrison/Farley


David,

As discussed, we would follow the attached repair methodology as part of a repair and remediation agreement.   We have done this for all repaired homes.

There would be an exception in any release for personal injury claims.

Let me know if your client is interested.

7/23/2013

Neal A. Sivyer

Sivyer Barlow & Watson, P.A.

Suntrust Financial Center

401 E. Jackson St.

Suite 2225

Tampa, FL  33602

(p) 813-221-4242

(f)  813-227-8598


Confidentiality Notice:The information contained in this e-mail message is intended for use of the recipient listed above.  The message may contain information that is protected by the attorney/client or other legal privilege.  Any unauthorized use is strictly prohibited.

hibited.