| Filters Used: | | |
|---|---|---|
| 1 Tagged  Record | **Email Report**<br>Form Format | Date Printed:  8/16/2013<br>Time Printed:  9:39AM<br>Printed By:  DSM |

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | 5/10/2013 Time | 10:56AM  10:56AM | Duration | 0.00 (hours) | Code | Client |
| Subject | RE: Farley v. Taylor Morrison | | | | Staff | David S Maglich |
| Client | RAYMOND FARLEY | | MatterRef | TAYLOR WOODROW- CHINESE DR\MatterNo 24106 | | |
| From | NSivyer@sbwlegal.com | | | | | |
| To | David S. Maglich; Mary Healey | | | | | |
| CC To | | | | | | |
| BCC To | | | | | | |
| Reminders | (days before) Follow  N   Done  N   Notify  N   Hide  N   Trigger  N   Private  N   Status | | | | | |
| Attachment | | | Custom3 | | | |
| Custom2 | | | Custom4 | | | |

I believe that Knauf provides a warranty for the Moss work.  Please check with Mr. Pipes.  I know TM does not, since we do not hire Moss.

---

From: David S. Maglich [DMaglich@fergesonskipper.com]
Sent: Friday, May 10, 2013 10:42 AM
To: Neal Sivyer; Mary Healey
Subject: RE: Farley v. Taylor Morrison


Neal-

Thanks. That is satisfactory- I just wanted confirmation that there is Knauf board there since as you know that is the key to being entitled to the Knauf settlement benefits. I am in the process of sending out the Farleys' rescission of their opt out so that will avoid direct litigation/arbitration with Taylor Morrison.  When you get back can you advise how is Taylor handling the warranty with regards to homes that are remediated by Moss pursuant to the Knauf settlement? You can address that issue when you get back from vacation- no need to interrupt you any further now. Thanks.


From: Neal Sivyer [mailto:NSivyer@sbwlegal.com]
Sent: Friday, May 10, 2013 10:26 AM
To: Mary Healey; David S. Maglich
Subject: RE: Farley v. Taylor Morrison



without removing all the drywall the best that we can tell is that there is Knauf board present in the areas tested. As you know, some homes have both Knauf and other board

---

From: Mary Healey
Sent: Friday, May 10, 2013 9:25 AM
To: David S. Maglich
Cc: Neal Sivyer
Subject: RE: Farley v. Taylor Morrison



1

| Filters Used: | Email Report | Date Printed: 8/16/2013 |
|---|---|---|
| 1 Tagged Record | Form Format | Time Printed: 9:39AM |
| | | Printed By: DSM |

I believe that generally that would be true, but I cannot confirm that each home had Knauf and only Knauf board.

Mary S. Healey

Paralegal

Sivyer Barlow & Watson, P.A.

Suntrust Financial Center

401 E. Jackson St.

Suite 2225

Tampa, FL 33602

mhealey@sbwlegal.com

813-221-4242

Confidentiality Notice: The information contained in this e-mail message is intended for use of the recipient listed above. The message may contain information that is protected by the attorney/client or other legal privilege. Any unauthorized use is strictly prohibited.

From: David S. Maglich [mailto:DMaglich@fergesonskipper.com]
Sent: Friday, May 10, 2013 9:12 AM
To: Mary Healey
Cc: Neal Sivyer
Subject: RE: Farley v. Taylor Morrison

Is it also correct that the other homes in that subdivision remediated by Taylor all had Knauf?

From: Mary Healey [mailto:mhealey@sbwlegal.com]
Sent: Friday, May 10, 2013 8:57 AM
To: Neal Sivyer; David S. Maglich
Cc: Todd Merrill (TMerrill@taylormorrison.com)
Subject: RE: Farley v. Taylor Morrison

Filters Used:
1 Tagged   Record

# Email Report
Form Format

Date Printed: 8/16/2013
Time Printed: 9:39AM
Printed By: DSM

Neal is correct. It is my understanding that Banner was the supplier and Environ had indicated that markings found appeared to be consistent with Knauf.

Mary


Mary S. Healey

Paralegal

Sivyer Barlow & Watson, P.A.

Suntrust Financial Center

401 E. Jackson St.

Suite 2225

Tampa, FL  33602

mhealey@sbwlegal.com

813-221-4242


Confidentiality Notice: The information contained in this e-mail message is intended for use of the recipient listed above. The message may contain information that is protected by the attorney/client or other legal privilege.  Any unauthorized use is strictly prohibited.


From: Neal Sivyer
Sent: Thursday, May 09, 2013 1:53 PM
To: David S. Maglich
Cc: Mary Healey; Todd Merrill (TMerrill@taylormorrison.com)
Subject: RE: Farley v. Taylor Morrison


I think that is the case but Mary Healey will confirm. I am on vacation this week.

---

From: David S. Maglich [DMaglich@fergesonskipper.com]
Sent: Thursday, May 09, 2013 1:43 PM
To: Neal Sivyer
Subject: Farley v. Taylor Morrison

Neal-

| Filters Used:<br>1 Tagged Record | Email Report<br>Form Format | Date Printed: 8/16/2013<br>Time Printed: 9:39AM<br>Printed By: DSM |
|---|---|---|

The Farleys are seriously considering rescinding their opt out from the Knauf Settlement in the MDL. This would obviously be beneficial to your clients and will avoid protracted arbitration and litigation. Can you please confirm by tomorrow that Banner was the supplier on this job, and that Knauf drywall was found and identified as a result of the Environ inspections conducted by Taylor Morrison? You had previously indicated this to me in an email but wanted to get confirmation before the Farleys finalize their rescission. Thanks.


David S. Maglich
Board Certified Civil Trial and Business Litigation Lawyer


1515 Ringling Blvd., Tenth Floor, Sarasota, FL 34236
P.O. Box 3018, Sarasota, FL 34230
dmaglich@fergesonskipper.com
Office (941) 957-1900 = Facsimile (941) 957-1800 = Toll Free (877) 874-4318
Legal Assistant: Anna L. Miller = amiller@fergesonskipper.com

———

This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see www.fergesonskipper.com for Legal Notices, including IRS Circular 230 Notice.

———