UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2047 |
| | : | |
| CHINESE MANUFACTURED DRYWALL | : | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, through undersigned counsel have requested to bring on for hearing their Motion to Opt-Out of Settlement and Withdraw Notice of Rescission of Opt-Out of Settlement Agreements Regarding Claims in MDL No. 2047, before the Honorable Eldon E. Fallon, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, C-456, New Orleans, Louisiana 70130, on October 24, 2013, or at a time set further by this Court.

RESPECTFULLY SUBMITTED this 28 day of August, 2013.

FERGESON, SKIPPER, SHAW, KEYSER,
BARON & TIRABASSI, P.A.
1515 Ringling Boulevard – 10th Floor
Sarasota, FL 34236
941-957-1900 / Fax 941-957-1800
Attorneys for Claimants,
RAYMOND P. FARLEY and AMELIA J. FARLEY

BY:_____/s/DAVID S. MAGLICH_____
DAVID S. MAGLICH
Florida Bar No. 441708
dmaglich@fergesonskipper.com

Copies to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA 19106
alevin@lfsblaw.com

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhklawfirm.com

Kerry J. Miller
Frilot, L.L.C.
1100 Poydras Street - Suite 3700
New Orleans, LA 70163
kmiller@frilot.com

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street – Suite 220
Miami, FL 33186
mpeterson@petersonespino.com

W. David Conner
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC 29602
dconner@hsblawfirm.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman
& Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA 70112
mpipes@barrassousdin.com

Neal A. Sivyer
Sivyer Barlow & Watson, P.A.
Suntrust Financial Center
401 E. Jackson Street – Suite 2225
Tampa, FL 33602
NSivyer@sbwlegal.com

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE – Suite 2400
Atlanta, GA 30326
msexton@wwhgd.com

Dorothy Wimberly
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130
dwimberly@stonepigman.com

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street – 40th Floor
New Orleans, LA 70139
rduplantier@gjtbs.com

Steven Glickstein
Kaye, Scholer, LLP
425 Park Avenue
New York, NY 10022
sglickstein@kayescholer.com