UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Benoit, et al v. Lafarge S.A., et al,* Civ. Action No. 11-1893 (E.D.La) (OMNI XI) | |

## ORDER

AND, NOW, this _____ day of _____, 2013, upon consideration of the Plaintiffs' Steering Committee's Motion for Rule to Show Cause Why The Omni XI Complaint Should Not be Dismissed, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. On ____ day of _____, 2013, this Court conducted a show-cause hearing as to why the Omni XI Complaint should not be dismissed; and

2. As a result of that hearing, this Court hereby orders that all plaintiffs in the above-referenced matter, shall have their claims dismissed without prejudice against all those defendants in Omni XI, all sides to bear their own costs.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE