UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932* (E.D.La) OMNI V .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : : : : | MAG. JUDGE WILKINSON |

ORDER TO SHOW CAUSE

Upon consideration of Class Counsel's Motion for Rule to Show Cause Why Settled Claims Should not be Dismissed, IT IS HEREBY ORDERED that:

1. Any party disputing that their claims should not be dismissed against any settling defendant shall appear before this Court on the 17th day of September, 2013, at 9:00 a.m. to explain why their claims should not be dismissed.

2. Any party intending to pursue their claim against a Remaining Defendant shall appear before this Court on the 17th day of September, 2013, at 9:00 a.m. to explain their willingness to maintain their claim against any Remaining Defendant.

The hearings will take place following the monthly status conference in this case.

New Orleans, Louisiana this 27th day of August, 2013.

_____
United States District Judge