**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION:  L** |
| | : | |
| | : | **JUDGE FALLON** |
| *Wiltz, et al v. Beijing New Building Materials* | : | |
| *Public Limited Co., et al 10-361* **(E.D.La)** | : | **MAG. JUDGE WILKINSON** |
| **OMNI II, II(A), II(B), II(C)** | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

<u>**ORDER TO SHOW CAUSE**</u>

Upon consideration of Class Counsel's Motion for Rule to Show Cause Why Settled

Claims Should not be Dismissed, IT IS HEREBY ORDERED that:

1.  Any party disputing that their claims should not be dismissed against any settling

defendant shall appear before this Court on the 17th day of September, 2013, at 9:00 a.m. to

explain why their claims should not be dismissed.

2.  Any party intending to pursue their claim against a Remaining Defendant shall appear

before this Court on the 17th day of September, 2013, at 9:00 a.m. to explain their willingness to

maintain their claim against any Remaining Defendant.

The hearings will take place following the monthly status conference in this case.

New Orleans, Louisiana this 27th day of August, 2013.

_____

United States District Judge