UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

The Court received and reviewed the attached correspondence from Mr. and Mrs. Jack Godwin . **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the attached correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 9th day of September, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Mr. Jack Godwin & Mrs. Pamela Godwin
11120 Nibbick Loop
Fairhope, AL 36532