8-26-13

Dear Judge Fallon,

   I am writing you because of my Wife and I have Knauf Drywall in our home . Three years are coming with Knauf's failure to repairing our home because we did not choose there Contractor to work on our home . With several homes in the area under repair in our area. We are deprived the repairs . Our home has been inspected and approved for repair by Knauf and all other who verified the tainted China Drywall . March the first we will more than likely loose our home after spending over $30,000.00 to keep the home. I am pleading with you for help to save our home from foreclosure . I am a Disable Vietnam Vet who fear Agent Orange popping up . Now I fear other disease cropping up now . None of this did we ask for . You have our future in your hands . The question is not can you . It is when will do something for all who need you to act now ? Before we all loose or suffer major health problems .For no fault of our own . Paying interest only for three years then loose just isn't fair at all ! Do you think ?

                                Sufferers from Knauf Drywall
                                Jack and Pamela Godwin
                                11120 Niblick Loop
                                Fairhope Al. 36532

RECEIVED
AUG 29 2013
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Gust & Pamela Shine
11,120 Millie Loop
Irvington, Al. 36532

MOBILE AL 366
26 AUG 2013 PM 2 L
U.S. MARSHALS

7013 0870 3

Judge Eldon Fallon
Wall Boggs Federal Bldg.
500 Poydras St. U.S. Courthouse
New Orleans, La. 70130