UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Benoit, et al. v. LaFarge, S.A., et al.*, Civ. Action No. 11-1893 (E.D.La)(OMNI XI) | |

ORDER TO SHOW CAUSE

AND, NOW, this __9th__ day of __September__, 2013, upon consideration of the Plaintiffs' Steering Committee's Motion for Rule to Show Cause Why The Omni XI Complaint Should Not Be Dismissed, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Any party disputing that their claims should not be dismissed within the Omni XI Complaint shall appear before this Court on the 17th day of September, 2013 at 9:00 a.m. to explain why their claims should not be dismissed. The hearing will follow the monthly status conference in this matter.

New Orleans, Louisiana this 9th day of September, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE