UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

PRE-TRIAL ORDER NO: 27

**(Order Approving Establishment of System for Creating and
Tracking Chinese Drywall Settlement Program Claims Administration Procedures)**

The Settlement Administrator, the Knauf Defendants, the Plaintiff's Steering Committee, and the Builder Class have reported to the Court that they have agreed to procedures for creating and tracking Claims Administration Procedures ("CAPs") to ensure that claimants and all participants in the Chinese Drywall Settlement Program understand how the Claims Administrator will exercise the discretion afforded her by the Settlement Agreement, and to ensure that Claim processing policies are applied consistently to all claimants.

AND NOW, this __9th__ day of September, 2013 this Court having considered the parties' proposal to establish a system for creating and tracking CAPs, it is hereby ORDERED that the Settlement Administrator may promulgate CAPs for the implementation of the Settlement Agreements based on the criteria set out in CAP 2013-1.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1