UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                            MDL DOCKET: 2047

CHINESE MANUFACTURED DRYWALL                SECTION:  L
PRODUCTS LIABILITY LITIGATION

                                                                         JUDGE FALLON
                                                                         MAG. JUDGE WILKINSON

_____/

### NOTICE OF FILING AFFIDAVIT OF NEAL A. SIVYER IN OPPOSITION TO THE MOTION TO OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Taylor Morrison of Florida, Inc. ("Taylor Morrison"), through undersigned counsel, hereby gives notice of filing the Affidavit of Neal A. Sivyer in Opposition to the Motion to Opt-Out of Settlement Agreements Regarding Claims in MDL No. 2047 by Individual Class Members, Raymond P. Farley and Amelia J. Farley in the above-styled case.

s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
nsivyer@sbwlegal.com
nasassistant@sbwlegal.com
**SIVYER BARLOW & WATSON, P.A.**
401 East Jackson Street, Suite 2225
Tampa, Florida 33602
Telephone:  (813) 221-4242
Facsimile:  (813) 227-8598
*Attorneys for Taylor Morrison*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served on counsel of record by electronic mail and U.S. mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of

Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of September, 2013.

                                                                  s/ Neal A. Sivyer
                                                                   Attorney

Copies to:

| | |
|---|---|
| Arnold Levin<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>alevin@lfsblaw.com | Russ M. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>rherman@hhklawfirm.com |
| Kerry J. Miller<br>Frilot, L.L.C.<br>1100 Poydras Street, Suite 3700<br>New Orleans, LA 70163<br>kmiller@frilot.com | Michael A. Sexton<br>Weinberg Wheeler Hudgins Gunn & Dial, LLC<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, GA 30326<br>msexton@wwhgd.com |
| Michael P. Peterson<br>Peterson & Espino, P.A.<br>10631 S.W. 88th Street, Suite 220<br>Miami, FL 33186<br>mpeterson@petersonespino.com | Dorothy Wimberly<br>Stone Pigman Walther Wittman, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130<br>dwimberly@stonepigman.com |
| H. Minor Pipes, III<br>Barrasso Usdin Kupperman Freeman & Sarver, LLC<br>909 Poydras Street, Suite 2400<br>New Orleans, LA 70112<br>mpipes@barrassousdin.com | Steven Glickstein<br>Kaye, Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022<br>sglickstein@kayescholer.com |
| David S. Maglich<br>Fergeson, Skipper, Shaw, Keyser, Baron & Tirabassi, P.A.<br>1515 Ringling Boulevard – 10th Floor<br>Sarasota, FL 34236<br>dmaglich@fergesonskipper.com | |