UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | :<br>: MAG. JUDGE WILKINSON<br>:<br>: |

## CLASS PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Class Plaintiff Petrus Carolus Jaspers, (hereinafter "Jaspers"), hereby provides this Response to the Court's Order to Show Cause entered on August 27, 2013, and, for the reasons stated herein, respectfully request that this Honorable Court not dismiss this action.

1. In January of 2010, Jaspers acquired two condominium units located at 1490 SE 15th Street in Fort Lauderdale, Florida. Jaspers purchased the units directly from the developer, Florida Waterfront Holdings, LLC.

2. Included in the purchase and sale agreement between Jaspers and Florida Waterfront Holdings, LLC was an assignment of Florida Waterfront Holdings, LLC's claims against the manufacturer of the defective drywall installed in the two units, Knauf.

3. The Knauf MDL Settlement explicitly provides that homeowners who purchased with knowledge of the installation of the defective Chinese manufactured drywall within their home are excluded from the proposed settlement.

4. Counsel for Plaintiffs has attempted, unsuccessfully, to reach a settlement with the Knauf Defendants on Jaspers' behalf. To date, no settlement agreement has been reached.

1

5.     Dismissal of this action would unduly prejudice Jaspers by eliminating any ability to negotiate with the manufacturers of the defective drywall installed in his properties without instituting a new, individual action in Broward, County Florida.

WHEREFORE, Plaintiff respectfully request that this action not be dismissed until a fair and adequate resolution of Plaintiffs' claims has been reached.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served upon all parties by electronically uploading the same to Lexis Nexis *File & Serve*, which will send a notice of electronic filing to all interested parties on this 11th day of September, 2013.

**VM DIAZ and PARTNERS, LLC**
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
Tel:    305-704-3200
Fax:   305-538-4928

By:    /s/ Victor M. Diaz Jr.
Victor M. Diaz, Jr., Esq.
Florida Bar No. 503800
victor@diazpartners.com
*Counsel for Plaintiffs*