# EXHIBIT A

| | | |
|---|---|---|
| *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,*<br>CASE NO.: 2:11-CV-1395 (E.D.LA.)<br>DEFENDANTS IN DEFAULT | | |

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District<br>East of National Road 104, 25KM South<br>Tai'an City<br>Shandong, China 271000 | 2/28/13 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271026<br>China | 6/20/13 |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 | 6/25/13 |
| China National Building Materials Co., Ltd. | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | 4/3/13 |
| CNBM USA Corp | 17800 Castleton Street, Ste. 558<br>City of Industry, CA 91748 | 10/2/12 |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei<br>448000 | 3/29/13 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305 | 4/18/13 |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271026 | 6/20/13 |

| *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1395 (E.D.LA.) DEFENDANTS IN DEFAULT |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>047500 | 2/28/13 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>050400 | 6/7/13 |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 | 7/18/13 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 | 4/9/13 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 | 4/8/13 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 | 4/24/13 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>053000 | 2/28/13 |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 | 2/28/13 |

| *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.,* CASE NO.: 2:11-CV-1395 (E.D.LA.) DEFENDANTS IN DEFAULT |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall 31 Halbin Fifth Road Tianjin Free Trade Zone Tianjin City, China | 4/27/13 |
| Shandong Oriental International Trading Corp. | 17 - 21/F Shandong International Trades Mansion 51 Taiping Road Qingdao, China 266002 | 4/22/13 |
| Zibo International Economic and Technical Cooperation Corporation | 4/F No. 107 LiuQuan Rd. ZhangDian District Zibo, Shandong, China | 4/12/13 |
| Xuzhou Hanbang Global Trade Co., Ltd. | Room409, Yicheng Plaza, No.95 Pengcheng Road Xuzhou Jiangsu 221003 China | 6/5/13 |
| China Xuzhou International Economic & Technological Cooperation Co., Ltd. | 4/F Yingdu Bldg. 120 Huaihai West Rd. Xuzhou, Jiangsu, China | 6/5/13 |
| Jiangsu Easthigh Group Import & Export Co., Ltd. | 3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing 210001 | 3/23/13 |