**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.,  Case No. 2:11-cv-1395 (E.D.La.)

Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.,  Case No. 2:11-cv-1672 (E.D.La.)

## ORDER

AND NOW, on this _____ Day of _____, 2013, upon consideration of the Plaintiffs' Third Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the defendants with whom they are aligned as follows:

1.      With respect to the proceedings in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*,  Case No. 2:11-cv-1395 (E.D.La.), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "A" hereto; and

2.      With respect to the proceedings in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*,  Case No. 2:11-cv-1672 (E.D.La.), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "B" hereto.

Plaintiffs and the class they seek to represent are entitled to the entry of default and preliminary default judgment against the Defaulting Defendants with whom they are aligned on liability, with damages to be determined on further submission according to proof.

By the Court,

_____
                                                    J.