UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**NOTICE OF APPROVED CLAIMS ADMINSTRATOR PROCEDURES**

Pursuant to Pre-Trial Order 27, the Settlement Administrator for the Chinese Drywall Settlement Program reports to the Court that the parties have agreed to the following Claims Administrator Procedures ("CAPs"):

1. ***Establishment of System for Creating and Tracking Chinese Drywall Settlement Program Claims Administration Procedures*** ("CAP 2013-1"). CAP 2013-1 establishes the CAP process and sets out the procedure for issuing CAPs. CAP 2013-1 is attached as Exhibit 1.

2. ***Clarification of Proof Requirements and Use of Affidavit to Prove Indicia*** ("CAP 2013-2"). CAP 2013-2 sets out a detailed explanation of how the Settlement Administrator will review claims for indicia of Chinese Drywall and other facts related to builder, supplier, and installer information for an Affected Property. It also adopts an Affected Property Information Affidavit for use by claimants who do not have documentary evidence of their builder, supplier, or installer. CAP 2013-2 is attached as Exhibit 2.

3. ***Incomplete Claim Procedure*** ("CAP 2013-3"). CAP 2013-3 sets out a detailed explanation of the procedure that the Settlement Administrator will follow in processing Incomplete Claims. Upon determining that a claim is incomplete, the Settlement Administrator will notify the claimant (or if represented, the claimant's counsel) of the

incompleteness, and will list the documents or information necessary to complete the claim. The claimant or counsel will have 30 days to supply the missing documents or information. CAP 2013-3 is attached as Exhibit 3.

On September 10, 2011, the Settlement Administrator posted Pre-Trial Order 27, CAP 2013-1, CAP 2013-2, and CAP 2013-3 to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. On September 11, 2013, the Settlement Administrator sent an email notification regarding the approved CAPs to every email address registered with the Chinese Drywall Settlement Program database. Finally, on September 11, 2013, the Settlement Administrator notified the Pro Se Curator of the approved CAPs and supplied copies of the approved CAPs for distribution to pro se claimants.

Respectfully submitted,

Dated: September 12, 2013

/s/ Lynn Greer

Lynn Greer, Esquire
Va. Bar No. 29211
Jacob S. Woody, Esquire
Va. Bar No. 77485
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Approved Claims Administrator Procedures has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of September, 2013.

__/s/Jacob Woody__________________

Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*