| |
|---|
| ***Payton, et al v. Knauf Gips, KG, et al 09-7628***<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Company Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC<br>Banner Supply International, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Knauf Gips KG<br>Guangdong Knauf New Building Materials Products Co., Ltd. |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 84 Lumber Company |
| 84 Lumber Company, LP |
| A-1 Brothers, Inc. now 53 Enterprises |
| Aburton Homes, Inc. |
| Acadian Builders & Contractors, L.L.C. |
| Adams Homes of North West Florida, Inc. |
| Advantage Builders of America, Inc. |
| Affordable Homes & Land, L.L.C. |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| Alvin Royes, Jr., LLC |
| America's First Home, Inc. |
| American Dream Builders, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| American Gallery Development Group d/b/a American Gallery Homes |
| Andrews Hardware Company, Inc. d/b/a Andrews Ace hardware |
| Anthony F. Marino General Contract, LLC |
| Anthony's Drywall, Inc. |
| Antilles Vero Beach, LLC |
| Aranda Homes, Inc. |
| Aranda Homes of Florida, Inc. |
| Arm Structural, Inc. |
| Arthur Homes (JL Arthur) |
| Aubuchon Homes, Inc. |
| B&E Construction of Miami, Corp. |
| Bagley Construction, LLC |
| Bailey Lumber & Supply Company |
| Baroney Homes, Inc. |
| Bass Homes, Inc. |
| Bauhaus, Inc. |
| Bauhaus Solutions, Inc. |
| Baystate Drywall |
| Baywood Construction, Inc. |
| Bella Builders, Inc. |
| Bender Construction and Development, Inc. |
| Benoit Builders, LLC f/k/a Benoit Builders & Realtors, Inc. |
| Big Bear Const. Co. |
| Big River Construction & Remodeling Co., Inc. |
| Bill Gregory Drywall |
| Blackhawk Partners, LLC |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| Bradford Plastering, Inc. |
| Building Materials Wholesale (B.M.W.) |
| Burnett Construction Co. |
| C. Adams Construction & Design, LLC |
| C.A. Steelman, Inc. |
| C&C Home Builders, Inc. |
| Calmar Construction Company, Inc. |
| Caribe Central LLC |
| Caribe East, LLC |
| Catalano Custom Homes, LLC |
| CDC Builders, Inc. |
| Centerline Homes at Delray, Inc. |
| Centerline Homes at Georgetown, LLC |
| Centerline Homes at Tradition, LLC |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Centerline Homes Port St. Lucie, Ltd. |
| Chabot Enterprises, Inc. |
| Chris Cadis |
| Cockerham Construction, LLC |
| Continental Drywall Contractors, Inc. |
| Corner Stone Construction of S.W. Florida, Inc.; a/k/a Cornerstone Construction of Collier Co., LLC |
| Cox Lumber Company d/b/a HD Supply Lumber and Building Materials |
| Craftsmaster, LLC |
| Creola Ace Hardware, Inc. |
| Cretin Homes, LLC (EL Cretin, LLC d/b/a) |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| CRF Management Co. |
| D.C. Builders LLC |
| D.R. Horton, Inc. |
| Daelen of Tangipahoa, L.L.C. |
| Danal Homes Development, Inc. |
| Darwin Sharp Construction, LLC |
| David Weekley Homes, LLC a/k/a Weekley Homes, LP |
| Design Drywall of South Florida, LLC |
| Diamond Court Construction Company |
| DMH Development Co. |
| Dunn Wright Construction, Inc. |
| Duo Fast Construction, Inc. |
| Dupree Contractors, Inc. |
| E. Jacob Fakouri Construction, Inc. |
| Eastern Construction Group, Inc. |
| Ed Price Building Materials Inc. |
| Empire Construction, L.L.C. |
| Empire Properties, LLC |
| Excel Construction of SW Florida, Inc. |
| F. Vincino and Company |
| First Construction Corporation |
| First Home Builders of Florida, Inc. |
| Florida Style Services, Inc. |
| Font Builders, Inc. |
| G. Drywalls Corporation |
| G.L. Building Corporation |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>REVISED SCHEDULE II |
|---|
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation |
| Global Home Builders, Inc. |
| Global Home Builders, LLC |
| Global Home Builders of the Treasure Coast, Inc. |
| GMI Construction, Inc. |
| Gold Coast Homes of SW Florida, Inc. |
| Gooden Homes, LLC |
| Great Southern Homes, Inc. |
| Gregg Nieberg, Inc. |
| Gremillion Homes, Inc. |
| Groff Construction, Inc. |
| Gulf Coast Drywall, L.L.C. |
| Gulf Coast Engineering, LLC |
| Gulfstream Homes, Inc. |
| H & H Custom Homebuilders |
| H.C. Owen Builder, Inc. |
| HC Seals Drywall Partners |
| Hallmark Homes, Inc. |
| Hammer Construction Services, Ltd. |
| Hansen Homes of South Florida, Inc. |
| Harbor Springs Construction and Development, LLC |
| Heights Properties, LLC |
| Highland Lakes, LLC d/b/a Eddleman Homes, LC |
| Hilliard Butler Construction Company, Inc. |
| Holiday Builders, Inc. |
| Holmes Building Materials, LLC |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| Home Depot USA, Inc. |
| Home One Homes |
| Home Town Lumber & Supply, Inc. |
| HWB Construction, Inc. |
| In-Line Contractors, L.L.C. |
| Independent Drywall Distributors, LLC |
| Ironwood Properties, Inc. |
| J. Helm Construction, Inc. d/b/a Sundown Development |
| JM Interiors, Inc. |
| J.W. Hodges Drywall, Inc. |
| J&J Builders Northshore, Inc. |
| Jack's Drywall, LLC |
| JB Plaster, Inc. |
| Jim Walter Homes, Inc. |
| John Gillespie |
| John Korn Builders, LLC |
| John L. Crosby, LLC |
| Judson Construction Group, LLC |
| K. Hovnanian First Homes, LLC |
| Kaye Homes, Inc. |
| KB Home Florida LLC |
| KB Home of Orlando, LLC |
| Kelley Drywall, Inc. |
| Kemah Construction, Inc. |
| KG Home Fort Myers, LLC |
| Klepk Bros. Drywall, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| L.A. Homes, Inc. |
| La Homes and Properties, Inc. |
| Lake Ashton Development Group II, LLC |
| Laporte Family Properties |
| Lebaron Bros. Drywall |
| Lee Roy Jenkins |
| Lee Wetherington Homes, LLC |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Lennar Homes, LLC |
| Lifescape Builders |
| Louisiana Lumber, LLC |
| Louran Builders, Inc. |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Lucky Strike M.K., Inc. |
| Lynch Builders, L.L.C. |
| M/I Homes, Inc. |
| M/I Homes of Tampa, LLC |
| M.K. Development, Inc. |
| Mandy Drywall, Inc. |
| Marigold Court, LLC |
| Maronda Homes, Inc. of Florida |
| Mavied Corp. |
| Mayeaux Construction, Inc. |
| Mazer's Discount Home Centers, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| McCar Homes - Tampa, LLC |
| McCombs Services, LLC |
| McDowell Builders, LLC |
| McMath Construction, Inc. |
| Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes |
| Medallion Homes Gulf Coast, Inc. |
| Medallion Homes, LLC |
| Melvin Prange, Jr. Construction, LLC |
| Meridian Homes USA, Inc. |
| Meritage Homes of Florida, Inc. |
| Methodical Builders, Inc. |
| MGB Construction |
| Millennium Homes & Development, Inc. |
| Ming K. Wong |
| Morgan Homes, Inc. |
| Morrison Homes, Inc. |
| Murphy Bateman Building Supplies, LLC |
| Nice Homes, Inc. |
| Northstar Holdings at B and A, LLC |
| Northstar Homebuilders, Inc. |
| Northstar Homes, Inc. |
| Nu Way Drywall, LLC |
| Oak Tree Construction |
| Oakbrook Building and Design, Inc. |
| Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. |
| Ocean Springs Lumber Company, LLC |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>**REVISED SCHEDULE II** |
|---|
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Coast Construction, LLC |
| Palm Isles Holdings, LLC |
| Parish Home Center |
| Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. |
| Paul Homes of Florida, LLC |
| Penn Construction Co., L.L.C. |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. |
| Pioneer Construction, LLC |
| Precision Drywall |
| Premier Communities, Inc. |
| Premier Custom Homes |
| Prestige Development, Inc. |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| ProBuild |
| R. Fry Builders, Inc. |
| Ray Bec, Inc. |
| Ray Horvath Drywall, Inc. |
| Reed Builders, LLC |
| Regatta Construction, LLC |
| Regency Homes, Inc. |
| Residential Drywall, Inc |
| Resource Rental & Renovation LLC |
| RFC Homes |
| Richard Hoover |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| Richard Jones Construction Company, Inc. |
| Right Way Finishing |
| Rivercrest, LLC/The St. Joe Company |
| RJL Drywall, Inc. |
| RJM Builders North, Inc. |
| RL Drywall, Inc. |
| Robert Champagne, Great Southern Builders, LLC |
| Royal Homes (Anthony Marino) |
| Ryland Group, Inc. |
| S&O Investments,LLC |
| Saturno Construction AB, Inc. |
| Savoie Construction, Inc. |
| Savoie Real Estate Holdings, LLC |
| Schenley Park Homes, LLC |
| Scott Designer Homes, Inc. |
| Shelby Homes at Meadows, Inc. |
| Shelby Homes, Inc. |
| Sidney Sutton Drywall, Inc. |
| Siesta Bay Custom Homes, LLC |
| Smith Family Homes Corporation |
| Sorrento Lumber Company, Inc. |
| South Kendall Construction Corp. |
| Southern Homes, LLC |
| Southern Star Construction Company, Inc. |
| Southwell Homes, LLC |
| Southwest Innovations, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE II** |
|---|
| Speedy Drywall |
| Springhill, LLC |
| St. Joe Home Building, L.P. |
| Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc., a Delaware Corporation |
| Standard Pacific of South Florida GP, Inc. |
| Standard Pacific of South Florida, a Florida General Partnership |
| Star Homes of Florida, LLC |
| Sterling Communities, Inc. |
| Sterling Communities, Realty, Inc. |
| Steven R. Carter, Inc. |
| Stock Building Supply, LLC |
| Stonebrook Estates, Inc. |
| Stonebrook Homes, LLC |
| Suarez Housing Corp. |
| Summit Contractors, Inc. |
| Summit Homes of LA, Inc. |
| Sun Construction on LLC Sunrise Homes |
| Suncoast Building materials, Inc. |
| Sunrise Construction and Development, L.L.C. |
| Sunrise Custom Homes & Construction, LLC |
| Sunrise Homes/Sun Construction |
| Swift Supply, Inc. |
| Taber Construction, LLC |
| Tallow Creek, LLC |
| Taylor Morrison of Florida, Inc. |
| Taylor-Woodrow Communities at Vasari |

| |
|---|
| ***Payton, et al v. Knauf Gips, KG, et al 09-7628*** <br> **OMNI I, I(A), I(B), I(C)** <br> **REVISED SCHEDULE II** |
| Teamwork Construction, LLC |
| The Jade Organization, Inc. |
| The Mitchell Co. |
| The Sterling Collection, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| Treasure Coast Homes, LLC |
| Tudela Classic Homes, LLC |
| Tuscan Harvey Estate Homes, Inc. |
| United Homes International, Inc. |
| United-Bilt Homes, L.L.C. |
| Van Aller Construction |
| Velez Construction, LLC |
| Venture Supply Company |
| Vernon Construction Corp. |
| Vicinity Drywall, Inc. |
| Viking Homes of SW Florida, Inc. |
| Villa Development, Inc. |
| Vincent Montalto Construction, Inc. |
| Waterways Development, Inc. |
| Waterways Joint Venture IV, LLC |
| Windship Homes of Florida, Inc. |
| Woodland Enterprises, Inc. |
| Ybarzabal Contractors, LLC |