| |
|---|
| ***Payton, et al v. Knauf Gips, KG, et al 09-7628***<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| 911 Drywall, Inc. |
| Acadian Builders of Gonzales, Inc. |
| Ace Drywall |
| Aced Interior Drywall, Inc. |
| Adam Carpenter |
| Alana Development Corporation |
| Alternative Source, Inc. |
| Anthony Raggs |
| Anthony Skrmetti |
| Arizen Homes, Inc. |
| Avalon Preserve Developers, LLC |
| B & B Drywall |
| B&W Complete Construction, Inc. |
| Banner Supply Co. **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Fort Myers, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Pompano, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Port St. Lucie, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply Company Tampa, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Banner Supply International, LLC **(remains as to plaintiff(s) on Schedule I)** |
| BDG Waterstone, LLC |
| Belmont Lakes Investments, LLC |
| BO Builders, LLC |
| Bonita Beachwalk, LLC |
| Bove Company |
| Brantly Homes, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>REVISED SCHEDULE III |
|---|
| **Remaining Defendants** |
| Brian Papania |
| Brightwater Community 1 LLC |
| Cape Cement & Supply, Inc. |
| Cardel Master Builder, Inc. d/b/a Cardel Homes |
| Central Peninsula Contracting LLC |
| Centurion Homes of Louisiana, LLC |
| Certain Homes, Inc. |
| CGF Construction |
| Chris Booty |
| Chris P. Roberts |
| Christopher Billot |
| Christopher M. Odom |
| Craftsmen Builders, Inc. |
| Crosby Development Company, LLC |
| CSI Contractor Services, Inc. |
| David Ray Gavins |
| Dedicated Builders, LLC |
| DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. |
| Derby Homes, Inc. |
| Design Contractors, LLC |
| Dorado Homes Development, Ltd. |
| Drywall Service, Inc. |
| E.B. Developers, Inc. |
| EH Building Group |
| Elite Construction Co. SW Inc. |

| |
|---|
| ***Payton, et al v. Knauf Gips, KG, et al 09-7628***<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Elite Home Construction Inc. |
| Enchanted Homes, Inc. |
| Executive Home Builders, LLC |
| Finish One Drywall, LLC |
| First Choice Drywall Services, Inc. |
| Fisher & Son Contractors, LLC |
| Floridian Gulf Coast Homes, Inc. |
| Fortis Construction, LLC |
| Francioni Builders, Inc. |
| Fusion Building Concepts, Inc. |
| Galloway Sunset Estates, Inc. |
| Garram Homes, Inc. |
| Gatco Construction, Inc. |
| Gateway Drywall, Inc. |
| Gavins Construction Company |
| Genesis Residential Group, Inc. |
| George Meza |
| GHO Development Corporation |
| Graf's Drywall, LLC |
| Greystoke Homes at South Point II LLC |
| Gryphon Construction, LLC |
| Guangdong Knauf New Building Materials Products Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Guillermo Permuy |
| Gulfstream Development, LLC |

| |
|---|
| ***Payton, et al v. Knauf Gips, KG, et al 09-7628***<br>**OMNI I, I(A), I(B), I(C)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Gwen Core |
| Hansen Homes, Inc. |
| Homes, Inc. |
| HPH Homes |
| HPH Properties, LLC |
| Hutchinson Homes, Inc. |
| Interior/Exterior Building Supply, LP **(remains as to plaintiff(s) on Schedule I)** |
| Interior/Exterior Enterprises, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Investment Properties Unlimited Inc. |
| J&H Distributers |
| James LeBlanc |
| JJK&A Holding Corporation |
| John Eschete |
| John Paul George d/b/a JPG Enterprises, Inc. |
| John T. Grab, III |
| Jon A. Wilder, Inc. |
| Jonathan Scott Shewmake |
| JP Drywall, LLC |
| JPG Enterprises, Inc. |
| JST Properties, LLC of Mississippi |
| Just-Rite Supply |
| Keith Warrick Drywall, Inc. |
| Ken Roberts |
| Knauf Gips KG **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Tianjin) Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>REVISED SCHEDULE III |
|---|
| **Remaining Defendants** |
| Knauf Plasterboard (Wuhu) Co., Ltd.**(remains as to plaintiff(s) on Schedule I)** |
| L&W Supply Corporation d/b/a Seacoast Supply **(remains as to plaintiff(s) on Schedule I)** |
| La Drywall |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lakeside Village Development, L.L.C. 1 |
| Land Resources LLC |
| Las Playas LLC |
| Last Minute Properties, LLC |
| Lawrence Migliar LLJ Construction |
| Lee Harbor Homes of Florida, Inc. |
| Leroy Laporte, Jr. |
| Liongate Design Structure, LLC |
| Louran Gips KG |
| Lowe's Home Centers, Inc. |
| Lucra Investments, Inc. |
| M.E. Gibbens, Inc. |
| Majestic Homes and Realty SW LLC |
| Majestic Homes, Inc. |
| Majestic Homes of Port St.Lucie, Inc. |
| Manny's Drywall |
| Manuel Gonzales Terra Group Intl. |
| Mariner Village Townhomes Inc. |
| Master Builders of South Florida, Inc. |
| MCM Building Enterprise, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>REVISED SCHEDULE III |
|---|
| **Remaining Defendants** |
| Midwest Construction & Development, LLC |
| Miller Professional Contracting, Inc. |
| Nathanial Crump |
| Neslo Contracting |
| North Palm Estates Homes, Inc. |
| Northeast Drywall Co. |
| O'Neal Homes, Inc. |
| O'Neill/Holliman Corporation |
| Oak Avenue, LLC |
| Paradise Builders of SW Florida, Inc. |
| Paragon Homes Corporation |
| Paramount Quality Homes Corp. |
| Paul Hyde Homes |
| Philip Latapie |
| Ponce Riviera, LLC |
| Ponce Siding & Remodeling |
| Premier Plastering of Naples |
| Prestige Properties |
| Punta Gorda Partners, LLC |
| R & B Construction of Northwest, FL, Inc. |
| R.J. Homes, LLC |
| R.L. Drywall Inc. |
| Rafuls & Associates Construction Co., Inc. |
| Randal Maranto Builders, LLC |
| RCR Holdings II, LLC |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>REVISED SCHEDULE III |
|---|
| **Remaining Defendants** |
| Richardson Drywall |
| Rookery Park Estates, LLC |
| Rothchilt International Ltd. |
| Sampson Drywall, Inc. |
| Santa Barbara Estates, Inc. |
| Scott Colson |
| Sea Coast Construction, LLC |
| Seals Drywall |
| Signature Series Homes, Inc. |
| Smith and Core, Inc. |
| Southwell Homes, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Springhill, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Stephen Shivers |
| Stephen Steiner d/b/a Steiner Drywall |
| Stone Sheetrock |
| Sundown Development |
| Supreme Builders |
| Tad Brown |
| Tepeyac, LLC |
| The New Morning, LLC |
| Tikal Construction Co. |
| Total Contracting and Roofing, Inc. |
| Triumph Construction |
| Twin Lakes Reserve & Golf Club, Inc. |
| United Homes Builders, Inc. |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>REVISED SCHEDULE III |
|---|
| **Remaining Defendants** |
| United Homes, Inc. |
| USG Corporation **(remains as to plaintiff(s) on Schedule I)** |
| Velvet Pines Construction, LLC |
| Wellington Drywall, Inc. |
| Wilson Heights Development, Inc. |
| Zamora Corporation |