| |
|---|
| ***Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361***<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE II** |
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply International, LLC |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| A.R.B.C. Corporation |
| A1 Brothers, Inc. |
| AHJV, LLC |
| Ainslie Group, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P |
| All Florida Drywall Supplies, Inc. |
| Alvian Homes, Inc. |
| American Building Materials, Inc. |
| American Eastern, Inc. |
| American Gallery Development Group, LLC |
| Antilles Vero Beach, LLC |
| Aranda Homes, Inc. |
| Atlantic Homes, LLC |
| Barony Homes, Inc. |
| Bass Homes, Inc. |
| Baywood Constructions, Inc. |
| Beazer Homes Corp. |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE II** |
|---|
| Beta Drywall, LLC |
| Black Bear Gypsum, LLC |
| Black Bear Gypsum Supply, Inc. |
| Breakwater Homes Association |
| City Salvage, Inc. |
| Clark-Whitehill Enterprises, Inc. |
| Core Construction Services, Southeast, Inc. |
| D & A Construction Services Inc. |
| D.R. Horton, Inc. |
| D'Alessio Drywall & Painting Corporation |
| David Daniels, individually |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Devonshire Properties, Inc. |
| Drywall Experts, Inc. |
| Eastmond Enterprises, Inc. |
| Franciscus Homes, Inc. |
| G. Drywalls Corporation |
| G.L. Homes of Boynton Beach Associates IX, Ltd |
| Genesis Group, Inc. |
| Grand Harbour Homes, Inc. |
| Greensprings Condominiums, LLC |
| Greensprings Plantation, Inc. |
| Groff Construction, Inc. |
| Hansen Homes of South Florida, Inc. |
| Harbor Walk Development, LLC |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>REVISED SCHEDULE II |
|---|
| HC Seals Drywall Partners |
| HHJV, LLC |
| Hinkle Drywall, Inc. |
| Holiday Builders Construction of Florida, Inc. |
| Holiday Builders, Inc. |
| Home Depot U.S.A., Inc. |
| Inman Construction Services |
| International Property Investments of Central Florida, Inc. d/b/a Henin International Services |
| Ironwood Properties, Inc. |
| J.W. Hodges Drywall, Inc. |
| Jerome Henin, individually |
| Jim Morris & Sons, Inc. |
| K. Hovnanian First Homes, LLC, d/b/a First Home Builders of Florida |
| Kaye Homes of South Florida, Inc. |
| KB Home Florida LLC |
| KB Home of Orlando, LLC |
| KB Home Tampa LLC |
| Laporte Family Properties |
| Lavish Holding Corp. |
| Lennar Corporation |
| Lennar Homes, LLC |
| Littles Construction of Central Florida, Inc. |
| LTL Construction, Inc. |
| MacGlen Builders, Inc. |
| Mandalay Homes, Inc. |
| McCar Homes, Inc. |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>REVISED SCHEDULE II |
|---|
| Meritage Homes of Florida, Inc. |
| Millennium Homes & Development, Inc. |
| Northstar Holdings at B&A, LLC |
| Ocean Coast Drywall o f South Florida, Inc. |
| Osprey Gulfshore Building Materials, Inc. |
| Overlook, LLC |
| Overlook Point, LLC |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Isles Holdings, LLC |
| Parellel Design and Development LLC |
| Par-Self, Inc. |
| Peak Building Corporation |
| Plantation Group, LLC |
| Portofino Homes, Inc. |
| Premier Design Homes, Inc. |
| Premier International Realty d/b/a Henin Realty |
| Preserve Development, LLC |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| Pukka Development, Inc. |
| R. Fry Builders, Inc. |
| Residential Drywall, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RiverStreet Homes, Inc. |
| RJL Drywall, Inc. |
| Rosen Building Supplies, Inc. |

| ***Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*** <br> **OMNI II, II(A), II(B), II(C)** <br> **REVISED SCHEDULE II** |
|---|
| Rottlund Homes of Florida, Inc. |
| S. Petersen Homes Inc. |
| S3 Enterprises, Inc. |
| S3Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall |
| Santa Maria Builders, LLC |
| Schear Corporation |
| South Florida Custom Trim, Inc. |
| South Kendall Construction Corporation |
| Southern Bay Homes, Inc. |
| Southern Star Construction Company, Inc. |
| Speedy Drywall |
| Standard Pacific of South Florida GP, Inc. |
| Stock Building Supply, LLC |
| Stuart South Group, LC |
| Suarez Housing Corp. |
| Sunrise Construction & Development, LLC |
| Sunrise Construction, LLC |
| Sunrise Homes |
| Suntree Homes. Inc. |
| Tapia Construction, Inc. |
| Taylor Morrison of Florida, Inc. |
| The Jade Organization, Inc. |
| Timberline Builders, Inc. |
| The Porter-Blaine Corporation |
| Tobin Trading, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE II** |
|---|
| Traderscove Corporation d/b/a the Henin Group |
| Turn Key Home Builders, Inc. |
| United Homes International, Inc. |
| Venture Supply, Inc. |
| Vernon Construction Corp. |
| Vet Construction, Inc. |
| Vizcaya Custom Homes, Inc. |
| Wellington LLC |
| Wermers Development, Inc. |
| Woodall, LLC |
| Wyndwil, LLC |