| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| A & D Homes, Inc. |
| Ace Hardware Corporation |
| Aces Towing Enterprises, LLC |
| All Florida Drywall Supplies, Inc.**(remains as to plaintiff(s) on Schedule I)** |
| American Homes |
| Arizen Homes, Inc. |
| Atlantic Homes Development Corporation |
| Bass Homes, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Bay Colony-Gateway, Inc. |
| BDG Waterstone, LLC |
| BE Wholesale |
| Beijing New Building Materials Public Limited Co. |
| Bel-Tex Contracting, Inc. |
| Better Boxing |
| Brighton Home Builders, Inc. |
| Bristol Corner, LLC |
| Brothers Properties LA, LLC |
| Bush Construction Corp. |
| Cajun Construction & Design, Inc. |
| Calvin P. Williams |
| CB Creek, Inc. |
| Chase Construction, Inc. |
| Country Walk Sales, LLC |
| Crossroad Homes, Inc. |
| Curb Appeal Home Builders, Inc. |
| Daniel Wayne Homes, Inc. |
| Delgado's Painting |

| |
|---|
| ***Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361***<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Delta- Eden, Inc. |
| Development Co. of Boca, Inc. d/b/a Boca Developers |
| Devonshire Properties, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Drive Enterprises, Inc. |
| E.B. Developers, Inc. |
| Enchanted Homes, Inc. |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida |
| Five-Star Drywall, Inc. |
| G&B Roofing and Construction, Inc. |
| Governor's Pointe, LLC |
| Gridmarx |
| Gryphon Corporation (GC) |
| Gulf Sales & Import Company, Inc. |
| Gypsum Board |
| Harrell's Drywall, Inc. |
| HLP/GAC International, Inc. |
| Home DevCo, LLC |
| IMT |
| J. Galloway Construction, Inc. |
| J. Wade Payne, LLC |
| Jose Lopez |
| Joseph Jones |
| Joseph Scott |
| K&B Homes, Inc. |
| KB Home Tampa, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Kensington Woods, LLC |
| Kevin Burton |
| Lee Harbor Homes, Inc. |

| |
|---|
| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Leroy Laporte, Jr. |
| Lopez Drywall, Inc. |
| Majestic Homes of Port St. Lucie, Inc. |
| Mariner Village Townhomes, Inc. |
| Merit Homes, Inc. |
| Mesa Construction Group, Inc. |
| Midwest Construction & Development LLC |
| Millennium Builders, Inc. |
| Monopoly Builders, Inc. |
| MW Johnson Construction of Florida, Inc. |
| Oscar Jiles d/b/a. JJ Construction |
| Pabco |
| Panel Rey |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. |
| Preferred Homes, Inc. |
| Pro Wall |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. |
| R A Grant Corporation |
| Ray Turner Drywall, LLC |
| RCR Holding II LLC |
| Renar Development Company |
| Safeway Contractors, L.L.C. |
| Shamrock Gold |
| Southern Community Homes, Inc. |
| Southern Homes of Broward XI, Inc. |
| Stone Development, LLC |
| Taishan |
| Tapia Brothers Constructions, Inc. |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>**OMNI II, II(A), II(B), II(C)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Three J's Remodeling, Incorporated |
| Tony Helton Construction, LLC |
| Touchstone At Rapallo, Inc. |
| United Homes, Inc. |
| Upscale Properties, Inc. |
| USB |
| Vasquez Construction Company, LLC |
| Venus Street, LLC |
| Walker Homes, Inc. |
| Wholesale Direct Lumber, LLC |
| Wolf & Bear Distributors |
| Woodside Homes of Southeast Florida, LLC |