UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Gross, et al v. Knauf Gips, KG, et al 09-6690* (E.D.La) ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON MAG. JUDGE WILKINSON |

MEMORANDUM OF LAW IN SUPPORT OF CLASS
COUNSEL'S MOTION TO SUBSTITUTE SCHEDULES

      For the reasons set forth in the accompanying Class Counsel's Motion to Substitute Schedules, Class Counsel respectfully requests that the Motion should be granted.

                Respectfully submitted,

Dated:  September 12, 2013      /s/ Russ M. Herman
                Russ M. Herman, Esquire (Bar No. 6819)
                Leonard A. Davis, Esquire (Bar No. 14190)
                Stephen J. Herman, Esquire (Bar No. 23129)
                HERMAN, HERMAN & KATZ, LLP
                820 O'Keefe Avenue
                New Orleans, LA 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                Ldavis@hhklawfirm.com
                *Plaintiffs' Liaison Counsel in MDL 2047*
                *and Class Counsel*

                Arnold Levin (On the Brief)
                Fred S. Longer (On the Brief)
                LEVIN, FISHBEIN, SEDRAN & BERMAN
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                Phone: (215) 592-1500
                Fax: (215) 592-4663
                Alevin@lfsblaw.com

                *Plaintiffs' Lead Counsel in MDL 2047*
                *and Class Counsel*