| |
|---|
| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| A & C Development, LLC |
| A & R Hardware Supply, Inc. |
| Aced Interior Drywall, Inc. |
| Adam Homes Realty, Inc. |
| Adrian Kornman **(remains as to plaintiff(s) on Schedule I)** |
| Aggies First Call Contractors |
| Albert Howard, Jr. |
| All County Drywall Services, Inc. |
| All Interior Supply, Inc. |
| Andre Rodgers, Carpenter |
| Atchafalaya Homes |
| Avalon Preserve Developers, L.L.C. |
| B &B Stucco, Inc. |
| Baron Construction Co. |
| Bay Colony-Gateway, Inc. |
| Bedrock Building Materials, LLC |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) |
| Beijing New Building Materials Public Limited Company (BNBM) |
| Bell Construction |
| Billy Wayne Goekler |
| BJ&K Construction, Inc. |
| Brandon Gremillion |
| Brian Saltalmachia |
| Brothers Properties, LA, LLC |
| Building Supply House, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Buras Construction LLC, |
| C & N Construction Co. LLC |
| C.L. Paul Plastering, Inc. |
| C&L Roofing and Remodeling |
| Cajun Construction & Design, Inc. |
| Capital Construction |
| Centerra Homes, LLC |
| Changzhou Yinhe Wood Industry Co., Ltd. |
| Chase Construction, Inc. |
| Chateau Bourbon, LLC |
| Chateau Development LLC |
| Chavez |
| China National Building Material Group Corporation (CNBM Group) |
| China National Building Materials Co., Ltd. (CNBM) |
| CNBM USA Corp |
| Colvin Homes , Inc. |
| Comfort Home Builders, Inc. |
| Conti Construction Company, Inc. |
| Continental Classic Construction, Inc. |
| Curington Contracting, Inc. |
| Curtis Lee Wimberly General Contractor Incorporated |
| D.R. Horton, Texas, Ltd. |
| Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes |
| Dave's Drywall |
| David W. Stewart, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Delta Lumber Co. Building Supply |
| Done-Rite Construction |
| Dwayne Williams |
| Dynamic Contractors |
| Eagle Builders, Inc. |
| Ed's Drywall & Construction |
| Elite Supply Corporation |
| Eric Bolden |
| First Choice Drywall Services, Inc. |
| First Home Builders, Inc. |
| Fleetwood Homes of Florida, Inc. |
| Fleetwood Homes of GA, Inc. |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. |
| G & F Drywall |
| Gabourel's Construction, L.L.C. |
| Garraway's Stores, Inc. |
| Gatco Construction, Inc. |
| George Meza |
| Georgia Pacific, LLC |
| Global Trading of Louisiana, LLC |
| Grogan Construction and Real Estate, Inc. |
| Guangdong Knauf New Building Material Products Co. Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Gulf Coast Drywall Building Products, LLC |
| Gulf Coast Supply, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Heritage Homes, Inc. |
| HLP/GAC International, Inc. |
| Homes of Merit, Inc. |
| Horton Homes, Inc. |
| Hubei Taishan Building Material Co., Ltd. |
| Hulsey-Nezlo Construction, LLC |
| Infinity Homes, Inc |
| International Materials Trading, Incorporated |
| J & S Drywall |
| J. B. Homes, Inc. |
| Jacob Chapman |
| James Kayser |
| James Walker |
| Jay 37 Construction, LLC |
| Jeff Laporte |
| Jim Korn Builders, LLC |
| Jinan Run & Fly New Materials Co., Ltd. |
| John Kidd |
| John P. Gregg |
| Johnny Weary |
| Johnson & Johnson Home Repairs, L.L.C. |
| JP Renovations, Inc. |
| K&B Homes, Inc. |
| KC2 Investments, LLC |
| Kenneth B. Speights Construction Co. |

| |
|---|
| ***Gross, et al v. Knauf Gips, KG, et al 09-6690***<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Kenneth Campo |
| Kenwood Homes, Inc. |
| Kimball Hill Homes Florida, Inc. |
| King Shing Steel Enterprises Co., Ltd. |
| Knauf AMF GmbH & Co. KG **(remains as to plaintiff(s) on Schedule I)** |
| Knauf do Brasil Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Gips KG **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Insulation GmbH **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Tianjin) Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| Knauf Plasterboard (Wuhu) Co., Ltd. **(remains as to plaintiff(s) on Schedule I)** |
| L&W Supply Corporation d/b/a Seacoast Supply Company **(remains as to plaintiff(s) on Schedule I)** |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Lakeridge Builders, Inc. |
| Lawrence McCorvey |
| Leon Ramsey |
| Leroy Laporte, Jr. |
| Lowe's Home Centers, Inc. |
| M & M Construction |
| Magnolia State Construction, Inc. |
| Magnum Development, LLC |
| Maguel Torez |
| Majestic Homes of Port St. Lucie, Inc. |
| Marathon Construction Materials Inc. |
| Mario Salvana |

| |
|---|
| ***Gross, et al v. Knauf Gips, KG, et al 09-6690***<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Martinez Drywall & Painting, LLC |
| Master Builders of South Florida, Inc. |
| Mat D Construction |
| MATSA Construction |
| Maurice Pincoffs Company, Inc. |
| McLean Drywall |
| Medallion Homes, LLC |
| Meeks Drywall & Stucco, Inc. |
| Mesa Construction Group, Inc. |
| Metro Resources Corp. |
| Michael Hownrd |
| Mike Jones Construction, Inc. |
| Miller Construction Company |
| Monzelle Diles |
| MW Johnson Construction of Florida, Inc. |
| Nanhai Silk Imp. & Exp. Corporation |
| Negotiable Remodeling |
| Norman Gannon |
| Oakwood Mobile Homes, Inc. |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc |
| Paramount Quality Homes Corp. |
| Parkview Homes Realty, Inc. |
| Patter Construction Services |
| Paul England Construction |
| PFS Corporation |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Phoenix Imports Co., LTD |
| Picayune Discount Building Supply **(remains as to plaintiff(s) on Schedule I)** |
| Pine Ridge Development, Inc. |
| Pine Ridge Real Estate Enterprises, L.L.C. |
| Pingyi Baier Building Materials Co., Ltd. |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.  f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) |
| Pod Homes, LLC |
| Port of Pensacola Users Association, Inc. |
| PT Knauf Gypsum Indonesia **(remains as to plaintiff(s) on Schedule I)** |
| Pulte Home Corporation |
| Pyramid Construction Corporation |
| Qingdao Yilie International Trade Co., Ltd |
| Qinhuangdao Taishan Building Material Co., Ltd |
| Quiet Solutions Inc. |
| R & B Housing, LLC |
| Redman Homes, Inc. |
| RNB Construction |
| Rocky Ruckman |
| Roman Gonzalez |
| Ross Home Builders, Inc. |
| Rothchilt International, Ltd. |
| Rylex Homes, Inc. |
| Sands Construction Group, LLC |
| SC Builders, L.L.C. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Seaside Development, LLC |
| Shaanxi Taishan Gypsum Co., Ltd. |
| Shandong Oriental International Trading Co., Ltd. |
| Shandong Yifang Gypsum Industry Co., Ltd. |
| Shanghai East Best Arts & Crafts Co., Ltd. |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd |
| Signature Series Homes, Inc. |
| SIIC Shanghai International Trade (Group) Co., Ltd. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd |
| Southern Homes, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Southern Homes of Broward XI, Inc. |
| Space Coast Truss, LLC |
| Speights Cash & Carry |
| Springhill, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Standard Pacific Homes of South Florida, GP, Inc. |
| Statewide Associates, Inc. |
| Steve Harrington Homes, Inc. |
| Steve Suchmel |
| Stewart's Remodeling & Electrical |
| Stock Development, LLC |
| Sunrise Building Materials Ltd. |
| Tai'an Jindun Building Material Co., Ltd. |
| Tai'an Kangyijia Building Materials Co., Ltd. |
| Tai'an Taishan Gypsum Board Co., Ltd. |
| Taian Taishan Plasterboard Co., Ltd. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Taishan Gypsum (Baotou) Co., Ltd. |
| Taishan Gypsum (Chongqing) Co., Ltd. |
| Taishan Gypsum (Henan) Co., Ltd. |
| Taishan Gypsum (Hengshui) Co., Ltd. |
| Taishan Gypsum (Jiangyin) Co., Ltd. |
| Taishan Gypsum (Pingshan) Co., Ltd. |
| Taishan Gypsum (Pizhou) Co., Ltd. |
| Taishan Gypsum (Tongling) Co., Ltd. |
| Taishan Gypsum (Wenzhou) Co., Ltd. |
| Taishan Gypsum (Xiangtan) Co., Ltd. |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. |
| Taishan Gypsum Co., Ltd. Lucheng Branch |
| The China Corporation, LTD |
| Tianjin Tianbao Century Development Co., Ltd. |
| Timberline Homes |
| Titan Demolition and Construction, LLC |
| Tov Trading Inc. |
| Triorient Trading, Inc. |
| United Home Builders, Inc. |
| United Homes, Inc. |
| USG Corporation **(remains as to plaintiff(s) on Schedule I)** |
| Veal Enterprises, Inc. |
| Venture Homes |
| Venus Street, LLC |
| Victor Bustillos |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| VP Construction Services, Inc. |
| W.B. Howland Co., L.L.C. |
| Walter Ferri |
| Weifang Aotai Gypsum Co., Ltd. |
| Westerheim Properties, Inc. |
| Wide Strategy Limited |
| William Hurst |
| William P. Joseph Jr. Construction, Inc. |
| Willie Kelly Construction Co. |
| Yunan Taishan Gypsum And Building Material Co., Ltd. |