| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932*<br>Omni V<br>**REVISED SCHEDULE III** | |
|---|---|
| **Remaining Defendants** | **Insurers for This Remaining Defendant** |
| Alana Development Corporation | Essex Insurance Company |
| Brightwater Community #1 LLC | Essex Insurance Company<br><br>Mid-Continent Casualty Company |
| Gateway Drywall, Inc. | Southern-Owners Insurance Company |
| Graf's Drywall, LLC | Bankers Insurance Company |
| Gryphon Construction, LLC | American Home Assurance Company |
| Gryphon Corporation | American Home Assurance Company |
| MATSA Construction Company, Inc. | Mid-Continent Casualty Company<br><br>Mount Hawley Insurance Company |
| Velvet Pines Construction, LLC | Zurich Commercial Insurance |