UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Amato, et al v. Liberty Mutual Insurance Company, et al 10-932* (E.D.La)<br>OMNI V | |

## ORDER

AND NOW, on this _____ day of _____, 2013, upon consideration of Class Counsel's Motion to the Substitute Schedules, it is hereby

ORDERED, ADJUDGED AND DECREED that said motion is GRANTED and the attached Revised Schedules to that Motion be substituted and appended for the existing Schedules appended to Class Counsel's Motion for Rule to Show Cause Why Settled Claims Should not be Dismissed [Rec.Doc. No. 17015].

BY THE COURT:

_____
J.