| |
|---|
| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| A & C Development, LLC |
| A&D Homes, LLC |
| Albert Howard, Jr. |
| All County Drywall Service, Inc. |
| American Homes, LLC |
| Arizen Homes, Inc. |
| Ashton Woods, LLC |
| Avalon Preserve Developers, LLC |
| Bayou Contracting, LLC |
| BE Wholesale |
| Bel-Tex Contracting, Inc. |
| Better Boxing |
| Brandhurst Construction & Maintenance Co., Inc. |
| Bridges Development Group, Inc. |
| Bristol Corner, LLC |
| Broadmoor Development Corp. |
| Builder's Depot |
| Building Supply House, L.L.C. |
| C&G Development Group, LLC |
| Cabinets 4 Sure |
| Cali-Florida Investments, Inc. |
| Caliber Homes, LLC |
| Christopher O. and Valerie M. Jones |
| Coastal Living Homes, LLC |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Conti Construction Company, Inc. |
| D & J Development, LLC |
| Dalmau Construction, Corp. |
| Darius Henry |
| David W. Stewart, Inc. |
| Delgado's Painting |
| Drive Enterprises, Inc. |
| Emerald Coast Drywall, LLC |
| Enchanted Homes, Inc. |
| Eric Manuel |
| Esplanade Construction, L.L.C. |
| Flips, L.L.C. |
| Florida Walls, Inc. |
| G&B Roofing |
| Gabourel's Construction, L.L.C. |
| Gilbert Lucas |
| Gleibe Chavez |
| Grant Homes, LLC |
| Gulf Contracting, Inc. |
| Gulf States & Import Co., Inc. |
| Harrell's Drywall, Inc. |
| Husley-Nezlo Construction, LLC |
| J. Wade Payne, LLC |
| J&A Brothers, Inc. |

| |
|---|
| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| James & Vita, L.L.C. |
| Johnny Weary |
| Johnson & Johnson Home Repairs, L.L.C. |
| Johnson Lumber Co., Inc. |
| Joseph E. Bellande |
| Joseph Scott |
| JP Renovations, Inc. |
| Kenneth Campo |
| Kenneth D. Nichols |
| Kenwood Homes, Inc. |
| Kevin McCusker |
| Kimball Hill Homes Florida, Inc. |
| LA Home Improvement of New Orleans, LLC |
| Lauris Boulanger, Inc. |
| Liberty Home Builders, Inc. |
| Lighthouse Construction, L.L.C. |
| Lonnie Vollentine |
| Lowe's Home Centers, Inc. |
| MacIntosh Homes, LLC |
| Madussa, LLC |
| Maguel Torez |
| Malphus and Son General Contractors, Inc. |
| Mario Salvana |
| Martinez Drywall & Painting, L.L.C. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Matsa Construction Company, Inc. |
| MC-FT Myers Associates, Ltd. |
| Meeks Drywall & Stucco, Inc. |
| Merit Homes, Inc. |
| Mesa Construction Group, Inc. |
| Millennium Builders, Inc. |
| MW Johnson Construction of Florida, Inc. |
| New Harbor Lofts, LLC |
| Orient International Holding Shanghai Foreign Trade Co., Ltd. |
| R & B Housing, LLC |
| R.D.S. Construction |
| Robert Matriene |
| Robertsdale Ace Home Center |
| Roman Gonzalez |
| S. George Investments, LLC |
| S.A. Weber Construction, LLC |
| Safeway Contractors, L.L.C. |
| Shanghai Yuyuan Market Import & Export Co., Ltd. |
| SIIC Shanghai International Trade (Group) Co., Ltd. |
| Sinceno Construction, LLC |
| Sino Industries, Inc. |
| Southern Community Homes, Inc. |
| Southern Homes of Broward XI, Inc. |
| Statewide Associates, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Steve Harrington Homes, Inc. |
| Streamline Homes, Inc. |
| Struggler Drywall, LLC |
| Suncoast Drywall, Inc. |
| Supreme Builders, Inc. |
| Talmadge Drywall, Inc. |
| Taurus Homes, Inc. |
| Three J's Remodeling, Incorporated |
| Tommy Hawk a/k/a Tommy Hawk d/b/a DKT Construction |
| Troy Patterson Drywall LLC |
| United Home Builders, Inc. |
| Vasquez Construction Company, LLC |
| Venus Street, LLC |
| W.B. Howland Co., L.L.C. |
| Welsh Companies of Bevard, Inc. |
| Welsh Construction, LLC |
| Westminster Builders, Inc. |
| Wholesale Direct Lumber, LLC |
| Wolf & Bear Distributors d/b/a Wolf & Bear Holdings, Corp. |