## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* (E.D.La)**<br>**OMNI VIII** | |

### CLASS COUNSEL'S MOTION TO SUBSTITUTE SCHEDULES

Class Counsel moves to substitute Schedules to their Memorandum of Law in Support of Class Counsel's Motion for Rule to Show Cause Why Settled Claims Should not be Dismissed, Rec. Doc. No. 17017.  Since the filing of their show cause Motion and Memorandum, Class Counsel has consulted with affected counsel regarding the accuracy of the Schedules appended thereto.  After exercising due diligence, Class Counsel believes that it is appropriate to revise these Schedules to reflect the appropriate defendants to be dismissed and those remaining defendants, if any.

Accordingly, Class Counsel respectfully requests that the attached Revised Schedules be substituted and appended for the existing Schedules on our original show cause Memorandum for purposes of future action.

Respectfully submitted,

Dated:  September 12, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Class Counsel's Motion to Substitute Schedules and Memorandum of Law in Support thereof has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of September, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

CO-COUNSEL FOR PLAINTIFFS