UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br>*Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* **(E.D.La)**<br>**OMNI VIII** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## MEMORANDUM OF LAW IN SUPPORT OF CLASS COUNSEL'S MOTION TO SUBSTITUTE SCHEDULES

For the reasons set forth in the accompanying Class Counsel's Motion to Substitute Schedules, Class Counsel respectfully requests that the Motion should be granted.

                                                    Respectfully submitted,

Dated:  September 12, 2013        /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, LLP
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  [Ldavis@hhklawfirm.com](mailto:Ldavis@hhklawfirm.com)
                                                  *Plaintiffs' Liaison Counsel in MDL 2047*
                                                  *and Class Counsel*

                                                  Arnold Levin (On the Brief)
                                                  Fred S. Longer (On the Brief)
                                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 592-1500
                                                  Fax: (215) 592-4663
                                                  [Alevin@lfsblaw.com](mailto:Alevin@lfsblaw.com)

                                                  *Plaintiffs' Lead Counsel in MDL 2047*
                                                  *and Class Counsel*