| |
|---|
| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252*<br>Omni VIII<br>**REVISED SCHEDULE II** |
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC<br>Banner Supply International, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG<br>Gebr. Knauf Verwaltungsgesellschaft KG<br>Knauf International GmbH<br>Knauf Insulation GmbH<br>Knauf UK GmbH |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 1st Drywall, LLC |
| 5177 Builders, Ltd. |
| Adams Homes, LLC |
| Adams Homes of Northwest Florida, Inc. |
| Aranda Homes, Inc. |
| Ashton Houston Residential L.L.C. d/b/a Ashton Woods Homes |
| Bailey Lumber & Supply Company |
| Baroney Homes, Inc. |
| Boynton Village, LLC |
| Building Resources, Inc. |
| C & C Homebuilders Construction, Inc. |

| |
|---|
| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252*<br>Omni VIII<br>**REVISED SCHEDULE II** |
| C.A. Steelman, Inc. |
| CastleRock Communities LP |
| Centerline Homes at Georgetown LLC |
| Centerline Homes, Inc. |
| Chase Drywall, Ltd. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Cornerstone Group Development LLC |
| Cornerstone Group, LLC |
| Cretin Homes, LLC |
| Derouen Homes, LLC |
| First Home Builders of Florida I, LLC |
| Florida Home Partnership, Inc. |
| Forester Homes, Incorporated |
| G. Drywalls Corporation |
| G. Patrick Bourgeois & Associates, Inc. |
| Grove Hammock Investments, LLC |
| Gulfstream Development Group, LLC |
| Hansen Homes of South Florida |
| Holiday Builders, Inc. |
| Hovnanian Enterprises, Inc. d/b/a Brighton Homes |
| Hovnanian Enterprises, LLC d/b/a Brighton Homes, Ltd. |
| JM Interiors, Inc. |
| J.M.G. Drywall, Inc. |
| J.W. Hodges Drywall, Inc. |
| JDC of Florida, Inc. |

| |
|---|
| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252*<br>Omni VIII<br>**REVISED SCHEDULE II** |
| K. Hovnanian Developments of Texas, Inc. |
| K. Hovnanian Developments of New Jersey, Inc. |
| K. Hovnanion Homes of Houston, II, L.L.C. d/b/a K. Hovnanion Homes |
| K. Hovnanion of Houston, II, L.L.C. |
| K. Hovnanion of Houston, II, L.P. d/b/a Brighton Homes |
| K. Hovnanion of Houston, L.P. d/b/a Parkside Homes d/b/a/ K. Hovnanion Homes |
| Lancer Enterprises, Inc. |
| Lennar Corporation |
| Louran Builders, Inc. d/b/a Vincent Montalto Construction |
| LTL Construction, Inc. |
| McCombs Services, LLC |
| Mercedes Homes, LLC |
| Meritage Homes of Texas, LLC a/k/a Meritage Homes of Texas II, LLC |
| Millennium Homes & Development, Inc. |
| MJF Construction Corp. |
| Paul Homes of Florida, LLC |
| Precision Drywall, Inc. |
| Proctor & Sons's Builders, Inc. |
| RAH of Texas, LP a/k/a Richmond American Homes |
| Richmond Heights Community Development Corporation |
| RJM Builders North, Inc. |
| Rockwell Builders, L.L.C. |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, L.L.C. |
| Southern Homes, LLC |

| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252*<br>Omni VIII<br>**REVISED SCHEDULE II** |
|---|
| Springhill, LLC |
| Stuart South Group, L.C. d/b/a Treasure Coast Homes |
| Sun Construction, LLC d/b/a Sunrise Homes |
| The Haskell Company |
| Timberline Builders, Inc. |
| Titan Drywall, Inc. |
| Treasure Coast Communities, L.L.C. |
| United Homes International, Inc. |
| Vintage Homes, LLC |
| Waterways Joint Venture IV, LLC |
| Woodland Enterprises, Inc. |
| Wyman Stokes Builder, Inc. |