| |
|---|
| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| 704 N. Ocean Blvd. Associates, Ltd. |
| Ability Construction, Inc. |
| All County Drywall Service, Inc. |
| Allied Construction, Inc. |
| Amado Maschmeyer d/b/a Ace's Towing |
| American Homes, LLC |
| Arizen Homes, Inc. |
| Avalon Preserve Developers, LLC |
| B & B Stucco, Inc. |
| Baron Construction Company Inc. |
| Brighton Builders |
| Builder's Depot |
| Building Supply House, L.L.C. |
| Calliouet Builders LLC |
| Cape Cement & Supply, Inc. |
| Castillo Azul Developers, Inc. |
| Central Drywall Contractors, Incorporated |
| Chase Construction, Inc. |
| Choice Builders, Inc. |
| Christian Ladner d/b/a Builders Supply |
| Comfort Home Builders, Inc. |
| Common Ground Relief, Inc. |
| Coupel Construction LLC |
| Custom Construction, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>Omni IX<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Cypress Corporation of Southwest Florida Inc. |
| Dan Spires Floor Covering, Inc. |
| Distinctive Builders, Inc. |
| Dollaway Drywall, Inc. |
| Donald Wayne Tindle |
| Double D. Investments of Broward LLC |
| East Meadow Construction, Inc. |
| Eric Esteban Rivera |
| European Quality Builders, LLC |
| F. Development, LLC |
| Floridian Gulf Coast Homes, Inc. |
| Fly System, Inc. |
| GCF Construction LLC |
| Global Trading of LA |
| Gulf Sales & Import Co., Inc. #1 |
| Hanson Homes, Inc. |
| Harrell's Drywall, Inc. |
| Haven Properties, Inc. |
| HPH Properties, LLC |
| Hulsey-Nezlo Construction, LLC |
| Iota Twenty-Four, LLC |
| J.B.C. Builders, Inc. |
| K.A. Wallace, Inc. DBA Kenwood Homes |
| Kenwood Homes, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>**Omni IX**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| La Suprema Enterprises |
| Lauris Boulanger, Inc. |
| Lexington Homes, Inc. |
| Lowe's Home Centers, Inc. |
| Majestic Homes of Port St. Lucie |
| Malphus and Sons |
| Marr Development of Central Florida, Inc. |
| Master Builders of South Florida, Inc. |
| Matsa Construction Company, Inc. |
| MC-Ft. Myers Associates, LLC |
| Millennium Trading & Export, LLC |
| Millennium Trading, Inc. |
| Mobley Homes Florida, LLC |
| Morales Carpentry |
| North Landing Development, LLC |
| Paradise Builders of S.W. Florida, Inc. |
| Paramount Quality Homes Corp. |
| Parkview Homes Realty, Inc. |
| Premier Homes, LLC |
| Prime Homes at Portofino Falls, Ltd. |
| R & B Housing LLC |
| R.A. Grant Corporation |
| Renaissance Commons, LLC |
| Renola Equity Fund III, LLC |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>**Omni IX**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Roy Harris Drywall, Inc. |
| Sheridan 87, LLC |
| Signature Series Homes, Inc. |
| Smiling Construction & More |
| Space Coast Truss, LLC |
| Stadelman Drywall |
| Starlifter Homes, Inc. |
| Statewide Associates, Inc. |
| Sterling Lumber Company |
| Stewart's Remodeling |
| Suncoast Drywall, Inc. |
| Superior Enterprise, Inc. |
| Tapia Brothers Construction, LLC |
| TFH Corp. |
| The Home Team d/b/a Great Southern Homes, Inc. |
| Tindle Homes |
| Titan Demolition |
| Trafalgar Associates, Inc. |
| United Home Builders, Inc. |
| United Homes, Inc. |
| Vazquez Construction Company LLC |
| Vision Homes of SW, FL, Inc. |
| WB Howland Co., LLC |
| West Construction Group, Inc. |

| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>**Omni IX**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| West Florida Construction Group, Inc. |
| West Lake Estate, Inc. |
| Wholesale District Lumber, L.L.C. |
| Will Davis d/b/a D&W Home Restoration |
| Woodside Stoneybrook, LLC |
| Zaccaria Construction, LLC |
| Zamora Homes Corporation |