**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*  (E.D.La) OMNI IX | |

## ORDER

AND NOW, on this _____ day of _____, 2013, upon consideration of

Class Counsel's Motion to the Substitute Schedules, it is hereby

ORDERED, ADJUDGED AND DECREED that said motion is GRANTED and the

attached Revised Schedules to that Motion be substituted and appended for the existing

Schedules appended to Class Counsel's Motion for Rule to Show Cause Why Settled Claims

Should not be Dismissed [Rec.Doc. No. 17018].

BY THE COURT:

_____
                                                    J.