UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363* **(E.D.La)** OMNI -X | JUDGE FALLON MAG. JUDGE WILKINSON |

MEMORANDUM OF LAW IN SUPPORT OF CLASS
COUNSEL'S MOTION TO SUBSTITUTE SCHEDULES

For the reasons set forth in the accompanying Class Counsel's Motion to Substitute Schedules, Class Counsel respectfully requests that the Motion should be granted.

Respectfully submitted,

Dated:  September 12, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*