|   | *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>Omni X<br>**REVISED SCHEDULE I**<br>**PLAINTIFFS NOT SUBJECT TO DISMISSAL** | | | |
|---|---|---|---|---|
| | **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. | Ladner, Brian and Lisa | Caliber Properties, LLC | **Global** | **X** |
| 2. | Stock, Wayne C. | | **Global** | **X** |