| |
|---|
| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>Omni X<br>**REVISED SCHEDULE II** |
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG<br>Gebr. Knauf Verwaltungsgesellschaft KG<br>Knauf International GmbH<br>Knauf Insulation GmbH<br>Knauf UK GmbH<br>Knauf AMF GmbH & Co. KG<br>Knauf do Brasil Ltd.<br>PT Knauf Gypsum Indonesia |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 1st Drywall, LLC |
| 84 Lumber Company |
| Aburton Homes, Inc. |
| Acadian Builders & Contractors, L.L.C. |
| Adams Homes of Northwest Florida, Inc. |
| Affordable Homes & Land, L.L.C |
| AI Brothers, Inc. |
| Alliance Construction Inc. n/ka Cornerstone Group Construction, Inc. |
| Alvin R. Savoie & Associates, Inc. |
| Angel Developments, LLC |
| Anthony F. Marino General Contractor, LLC |
| Aranda Homes, Inc. |

| |
|---|
| ***Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363***<br>**Omni X**<br>**REVISED SCHEDULE II** |
| Ashton Houston Residential L.L.C. d/b/a Ashton Woods Homes |
| Associated Builders and Developers, Inc. |
| Atco Int. Corp. |
| Avatar Properties Inc. |
| B & E Construction of Miami Corp. |
| B J & K Condo Construction, Inc. |
| Bailey Lumber & Supply Company |
| Barnett Drywall |
| Baystate Drywall, Inc. |
| Baywood Construction, Inc. |
| Beazer Homes Corp. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC |
| BGS & Associates, Inc. |
| BMI Construction |
| Boynton Village Associates, Ltd. |
| Brantley Homes, Inc. |
| Briella Townhomes, LLC |
| Brooks & Freund, LLC |
| Building Materials Wholesale |
| C & D Plastering & Stucco, Inc. |
| CA Steelman, Inc. |
| Caliber Properties, LLC |
| Caribe Central LLC |
| Caribe East, LLC |
| Carl B. Hamilton, Inc. |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE II** |
|---|
| Carl Gonzales |
| Carter Custom Homes, Inc. |
| CastleRock Communities LLP |
| Centerline Homes at Georgetown LLC |
| Centerline Homes Construction, Inc. |
| Centerline Port St. Lucie, Ltd. |
| Chabot Enterprises, Inc. |
| Chase Drywall, Ltd. |
| Christopher Duet |
| Core Construction, LLC |
| Cornerstone Construction of S.W. Florida, Inc. |
| Courtside Development, Inc. |
| Creola Ace Hardware, Inc. |
| D & A Construction Services Inc. |
| Daelen of Tangipahoa, L.L.C. |
| David E. Diggs & Nancy S. Diggs |
| DeLaCruz Drywall Plastering & Stucco, Inc. |
| Design Drywall of South Florida, LLC |
| E.L. Cretin. LLC d/b/a Cretin Homes, LLC |
| Ed Price Building Materials Inc. |
| Eddleman Homes, LLC |
| F. Vicino and Company, Inc. |
| F. Vicino Drywall, Inc. |
| Florida Style Services, Inc. |
| Foster Coatings & Contracting |
| G. Drywalls Corporation, Inc. |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE II** |
|---|
| Gant & Shivers Homes, LLC |
| Gator Gypsum, Inc. |
| George Fraker General Contractor, Inc. |
| GL Homes of Davie Associates II, Ltd. |
| GL Homes of Florida, Inc. |
| Gregg Nieberg, Inc. |
| Grove Hammocks Investments LLC |
| Groza Builders, Inc. |
| Guarantee Service Team of Professionals, Inc. |
| Hammer Commercial Services, LLC |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| Highland Lakes Homes, LLC d/b/a Eddleman Homes, LLC |
| HomeTown Lumber & Supply, Inc. |
| Innovative Custom Builders, Inc. |
| Ironwood Properties, Inc. |
| J.S.D Builders, Inc. |
| J.W. Hodges Drywall, Inc. |
| JSK Construction, Inc. |
| K. Hovnanian Homes of Houston, LP |
| K. Hovnanian Windward Homes, LLC |
| Kaye Homes, Inc. |
| Kemah Construction, Inc. |
| Lennar Corporation |
| Levet Homes, L.L.C. |
| Likness Construction of Southwest Florida |

| |
|---|
| ***Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*** <br> **Omni X** <br> **REVISED SCHEDULE II** |
| M. Carbine Restorations, Ltd. |
| M.K Developers, Inc. |
| MACC Construction, Inc. |
| Mandy Drywall, Inc. |
| Maronda Homes, Inc. of Florida |
| Mastercraft Homes, LLC |
| Matmo Construction, L.L.C. |
| McCombs Services, LLC |
| Ming K. Wong and Jean C. Wong |
| Miramar Associates IV, LLP |
| Morgan Homes, Inc. |
| Mount Home Builders, Inc. |
| New Millennium Builders, Inc. |
| Northstar Holdings at B&A, LLC |
| O.C.D. of S. Florida, Inc. |
| O'Key Homes, Inc. |
| Ocean Springs Lumber Co., LLC |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Parish Home Center |
| Pat's Construction, LLC |
| Paul Homes, Inc. n/k/a Management Services of Lee County, Inc. |
| Paul Homes of Florida, LLC |
| Phillip W. Giles Drywall, LLC |
| Precision Drywall, LLC |
| Premier Design Homes, Inc. |

| |
|---|
| ***Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363***<br>**Omni X**<br>**REVISED SCHEDULE II** |
| R. Fry Builders, Inc. |
| Ray Horvath Drywall, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| Rick Strawbridge, Inc. |
| Rinker Materials of Florida, Inc. |
| Rinker Materials Southwest n.k.a. Cemex Construction Materials Florida, LLC |
| Rivercrest, LLC/The St. Joe Company |
| RJL Drywall, Inc. |
| Robert/Charles Builders, Inc. |
| Rosen Building Supplies, Inc. d/b/a On-Site Materials |
| Royal Homes, L.L.C. |
| S3 Enterprises, Inc. |
| S3 Enterprises, Inc. d/b/a A1 Brothers Metal Framing and Drywall |
| Schenley Park Homes, LLC |
| Shelby Building Corp. |
| Shoma Development Corp. |
| Siesta Bay Custom Homes, LLC |
| Sixty Fifth and One LLC |
| Southern Homes, LLC |
| Standard Pacific of South Florida GP, Inc. |
| State Lumber & Supply Co., Inc. |
| Sterling Communities, Inc. |
| Stuart South Group, LLC |
| Summit Homes, LLC |
| Summit Homes of LA, Inc. |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE II** |
|---|
| Sun Construction and Development, LLC |
| Sun Construction, L.L.C. |
| Sun Construction, LLC d/b/a Sunrise Homes |
| Sunrise Construction & Development, LLC |
| T&T Enterprises of SWFL, Inc. |
| Tallow Creek, LLC |
| Terry Mott Builder |
| The Haskell Company |
| Timberline Builders, Inc. |
| Timberline Homes, Inc. |
| Toll Estero Limited Partnership d/b/a Toll Brothers |
| Treasure Coast Communities, Inc. |
| Triple Crown Homes, Inc. |
| Tudela's Classic Homes, L.L.C. |
| United Homes International, Inc. |
| Villa Development, Inc. |
| Vintage Homes, LLC |
| Waterways Joint Venture IV, LLC |
| Williams-Brown, Inc. |
| Windship Homes of Florida, Inc. |
| Woodland Enterprises, Inc. |
| Wyman Stokes Builder, Inc. |
| Yarco, Inc. |
| Ybarzabal Contractors, LLC |