*Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*
**Omni X**
**REVISED SCHEDULE III**

**Remaining Defendants**

616, LLC

Aced Interior Drywall, Inc.

AJ & Sons Construction, LLC

American Homes, LLC

Amerimex Construction of Palm Beach Inc.

Anglada Drywall & Painting

Arizen Homes, Inc.

Avalon Preserve Developers, LLC

B & B Stucco, Inc.

Bellew Plastering

Bo Builders, LLC

Brad R. Gray

Brighton Builders, Inc.

Building Materials Wholesale, Inc.

C. Craig Edewaard, Inc.

Caceres Drywall Corp.

Caribbean Custom Homes, Inc.

Caribe Homes Corp.

Castle Rock Builders, LLC

Centurion Homes of Louisiana, LLC

Choice Homes, Inc.

Chris P. Roberts

Chuck Hurst Contracting

Coastal Construction of South Florida, Inc.

Coastal Living Homes, L.L.C.

| ***Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363***<br>**Omni X**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Coscan Homes, LLC |
| Dedicated Builders, LLC |
| Dima Homes, Inc. |
| Dove Enterprises Contractor & Design, Inc. |
| Drywall Services |
| Edewaard Development Company, LLC |
| EH Building Group II, LLC |
| Elite Developers, LLC |
| Enchanted Homes, Inc. |
| Fisherman Homes, Inc. |
| Fountain Homes |
| Four Star Group, Inc. |
| Galloway Home Builders, Inc. |
| Gateway Drywall, Inc. |
| GEM Builders, Inc. |
| Green Devco, Inc. |
| Gulf Breeze Construction, Inc. |
| H & S Drywall, Inc. |
| Handy Man Connection, Inc. |
| Hanson Homes, Inc. |
| Hawkeye Construction, Inc. |
| Hessen Construction, Corp. |
| HGE Construction, Inc. |
| Holder Construction Co., Inc. |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363* |
|---|
| **Omni X** |
| **REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Horizon Builders, Inc. |
| Horvath & Horvath Drywall, Inc. |
| HPH Properties, LLC |
| Hubert Seals and Sarah Seals dba Seals Drywall |
| J & H Distributors |
| J & J Homes, L.L.C. |
| J-Bec Homes of Diamondhead, LLC |
| J&E Developers, Inc. |
| Jack's Home Improvement Center |
| JCT Construction Co., Inc. |
| JJK&A Holding Corporation |
| John's Drywall Service |
| Jose Sandoval |
| Just-Rite Supply, Inc. |
| JVP Drywall & Finish, Inc. |
| KSH Construction, LLC |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Laviolette Construction Corp. |
| Lennicx Builders, Inc. |
| Lowe's Home Centers, Inc. |
| Mark Drake |
| Marriott Development, LLC |
| Matsa Construction Company, Inc. |
| Meeks Drywall & Stucco, Inc. |

| |
|---|
| ***Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363***<br>**Omni X**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Milton Construction Company |
| MIRA Construction Group, Inc. |
| MNB Builders, LLC |
| Neslo Contracting |
| O'Neill/Holliman Corporation |
| Perry Homes, LLC |
| R & B Construction of Northwest FL, Inc. |
| Ramirez Builders, Inc. |
| Randy Kelley dba Special Projects Remodeling |
| RCR Holdings II, LLC |
| Renar Development Co. |
| Renar Homes, Inc. |
| Residential Drywall of Ft. Myers, Inc. |
| RH Hernandez Drywall, Inc. |
| River Oaks I, LLC |
| RJ Builders & Renovators, Inc. |
| Royal Construction Group, Inc. |
| Santa Barbara Estates, Inc. |
| SGS Construction, Inc. |
| Shane Heitzman |
| Sovereign Homes, LLC |
| Stephen Steiner d/b/a Steiner Drywall |
| Steve Corbett, Inc. |
| Streamline Homes, Inc. |
| Stro's Construction |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE III** |
| --- |
| **Remaining Defendants** |
| Supreme Builders |
| Supreme Builders, Ltd. |
| T & F General Contracting, Inc. |
| Tapia Brothers Construction, LLC |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) |
| Triangle Drywall Supply, Inc. |
| United Framers, Inc. |
| United Homes, Inc. |
| Velvet Pines Construction, LLC |
| Virginia Homes, Inc. |
| W.S. Keel Lumber Co., Inc. |
| Woodside Stoneybrook, LLC |