MINUTE ENTRY
FALLON, J.
SEPTEMBER 12, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| *Hobbie, et al. v.* | : | |
| *RCR Holdings II, LLC, et al.,* | : | |
| | : | |
| No. 10-1113 | : | MAG. WILKINSON |

The Court has been advised that notices of the Settlement in this matter, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), were not sent out until July 12, 2013.

Accordingly, **IT IS ORDERED** that the Court's approval of this Settlement (Rec. Doc. 17063) be withdrawn pending the completion of the 90 day CAFA time period.

-1-

JS10(00:03)