ATTORNEYS AT LAW
## JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

September 6, 2013

2895 HIGHWAY 190, SUITE 216
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 871-9983
FACSIMILE (504) 525-1488

Sender's Email:
rmj@ahhelaw.com

Pro Se Plaintiffs

Re:   **BE AWARE OF SEPTEMBER 30, 2013 DEADLINE
FOR SUBMITTING CHINESE DRYWALL CLAIM FORMS**

Dear Pro Se Plaintiff:

In my capacity as Court Appointed Curator for Pro Se Plaintiffs in the Chinese Drywall MDL Litigation, I have received from the Claims Administrator, Brown Greer, a list of all Pro Se Plaintiffs who timely registered claims with the Claims Administrator. You are included on that list as is your address.

In addition to previously sent correspondence to Pro Se Plaintiffs, I am sending this additional letter to each Pro Se Plaintiff on the Claims Administrator's current list to stress the importance that claim forms be completed and transmitted to the Claims Administrator, Brown Greer, by the Court imposed deadline of September 30, 2013. If the claim forms are not received by the Claims Administrator by that date, claimants will lose the right to participate in the Court approved settlements.

The five Court approved settlements are those of the following defendants: Knauf, Banner, InEx, Global Settlement and L&W. The claim forms may be found at the BrownGreer Chinese Drywall Settlement Program website.

I am sending with this letter a document that I have received from the Claims Administrator entitled Claim Type Document Requirements. In addition to the completion and transmittal to BrownGreer of the appropriate claim form(s), this document will provide you with a listing of the required documentary evidence that you need to send to the Claims Administrator in support of your claim(s).

If you have questions pertaining to the filing of claim forms with the Claims Administrator, my office is available to provide assistance to you. You can call me or my legal assistant Jeannette McCurnin at (504) 561-7799. In addition, my email address is, rmj@ahhelaw.com and Jeannette McCurnin's email is jmc@ahhelaw.com.

Pro Se Plaintiffs
September 6, 2013
Page 2


     To further assist you regarding information about claim filing requirements, I also recommend that you review the court's MDL 2047 website, which is www.laed.uscourts.gov/Drywall/Drywall/htm, and BrownGreer's website, which is https://www3.browngreer.com/drywall.

                             Very truly yours,

                             Robert M. Johnston


RMJ/gwh

cc:   Russ Herman, Esq.
      Kerry J. Miller. Esq.
      Jeannette McCurnin

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

# CLAIM TYPE DOCUMENT REQUIREMENTS

| | CLAIM TYPE DOCUMENT REQUIREMENTS |
|---|---|
| | **A.  Knauf Remediation Claim Form** |
| **1.** | Deed or other documents demonstrating proof of ownership of the Affected Property; and |
| **2.** | Photographs, inspection reports or other documents demonstrating the presence of Knauf Chinese Drywall; |
| **3.** | Any other document that you believe supports your claim. |
| | **B.  Global, Banner, InEx Repair and Relocation Expenses Claim Form** |
| **1.** | Proof of Ownership or Assignment of Claim, such as<br><br>(a) a Deed or other document demonstrating the ownership of the Affected Property; OR<br><br>(b) An Assignment of Claim from the Owner of the Affected Property |
| **2.** | Documents demonstrating the presence of Chinese Drywall in the Affected Property; |
| **3.** | Floor Plan or other document evidencing the Under Air Square Footage of the Property; |
| **4.** | Evidence of Settlement Eligibility, such as<br><br>(a) a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR<br><br>(b) a Document demonstrating that a participating builder built the Affected Property; OR<br><br>(c) a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer. |
| **5.** | Any other document that you believe supports your claim. |
| | **C.  Bodily Injury Claim** |
| **1.** | Proof that you resided in the Affected Property (ownership document or lease/rental agreement); |

| 2. | All pharmacy records since January 1, 2005; |
|---|---|
| 3. | Signed Certification from the Claimants' pharmacy or pharmacies, or from the Claimant, indicating that all records have been produced; |
| 4. | All medical records since January 1, 2005; |
| 5. | Signed Certification from all healthcare providers, or from the Claimant, indicating that all records have been produced; |
| 6. | Signed Affidavit from the Participating Class Member or their legal guardian attesting that all Pharmacy Records and all Medical Records have been produced along with an index or list identifying the source of these records; |
| 7. | Report from a treating physician or an expert providing:<br><br>(a) Evidence that the Bodily Injury was substantially caused by Chinese Drywall; and<br><br>(b) The medical and scientific basis for both general and specific causation of the injury. |
| 8. | Any other document that you believe supports your claim. |
| **D.  Pre-Remediation Alternative Living Expenses Claim** ||
| 1. | Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall in the Affected Property; |
| 2. | Documents demonstrating residence in the Affected Property, such as a deed, utility bills, or mortgage statement; |
| 3. | Documents demonstrating Alternative Living Expenses, such as a lease, rental agreement, or mortgage; |
| 4. | Documents demonstrating payment for Alternative Living Expenses, such as cancelled checks; and |
| 5. | A Signed Affidavit from the Resident Owner supporting the claim for Alternative Living Expenses. |
| 6. | Any other document you believe supports your claim. |
| **E.  Lost Rent, Use, or Sales Claim** ||
| 1. | Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall; |

| 2. | Proof of purchase of the Affected Property; |
|----|---------------------------------------------|
| 3. | Documents evidencing purchase price and appraised value at purchase of Affected Property; |
| 4. | Documents relating to communications with third parties, such as real estate agents and contractors, regarding using, leasing or sale of the Affected Property; |
| 5. | Documents relating to mortgage or lease payments, such as, cancelled checks, past due notices and late fees or other charges; |
| 6. | Documents demonstrating the inability to use, rent or sell the Affected Property as result of property damage caused by Chinese Drywall; |
| 7. | Tax Returns for three years prior to the inability to use, rent or sell the Affected Property as a result of property damage caused by Chinese Drywall; |
| 8. | Profit and Loss Statements for three years prior to inability to use, rent or sell the Affected Property as a result of property damage caused by Chinese Drywall; and |
| 9. | Signed Affidavit from the Commercial Owner supporting the claim for Lost Use, Sales and Rentals. |
| 10. | Any other document you believe supports your claim. |

|   | **F.   Foreclosure and Short Sale Claim Form** |
|---|------------------------------------------------|

|   | **Foreclosure Documentation** |
|---|-------------------------------|

| 1. | Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall; |
|----|--------------------------------------------------------------------------------------------------|
| 2. | Proof of purchase of the Affected Property; |
| 3. | Documents evidencing purchase price and appraised value at purchase of the Affected Property; |
| 4. | Documents evidencing sale price and tax assessed value at sale of the Affected Property; |
| 5. | For Residential Owners, all documents evidencing alternative living expenses, such as a lease; |
| 6. | For Commercial Owners, all documents evidencing the occupancy arrangement with the Tenant(s), such as a lease; |
| 7. | Loan documents, such as the mortgage; |

DM # 428775
8/7/13                                    3

| 8. | Foreclosure documents, such as forbearance agreements, court documents and correspondence between the Owner and the bank; |
|---|---|
| 9. | Documents relating to mortgage payments, such as cancelled checks and past due notices; |
| 10. | Documents evidencing attempts to sell or rent the Affected Property; |
| 11. | Signed Affidavit from the Owner supporting Foreclosure claim; |
| 12. | Report from an expert providing that the foreclosure was substantially caused by Chinese Drywall; and |
| 13. | Any other document that you believe supports your claim. |
| **Short Sale Documents** ||
| 1. | Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall; |
| 2. | Proof of purchase of the Affected Property; |
| 3. | Closing documents, such as proof of sales price of the Affected Property, appraised value at purchase of the Affected Property, down payment on the purchase price and mortgage amount related to the purchase of the Affected Property; |
| 4. | Short Sale price, appraised value at Short Sale and tax assessed value at Short Sale of the Affected Property; |
| 5. | For Residential Owners, all documents evidencing alternative living expenses, such as a lease; |
| 6. | For Commercial Owners, all documents evidencing the occupancy arrangement with the Tenant(s), such as a lease; |
| 7. | Loan documents, such as the mortgage; |
| 8. | Documents relating to mortgage payments, such as cancelled checks and past due notices; |
| 9. | Documents evidencing attempts to sell or rent the Affected Property; |
| 10. | Signed Affidavits from the Owner supporting the claim and explaining that the Short Sale was not related to other factors; |
| 11. | Report from an expert providing that the Lost Equity was substantially caused by Chinese Drywall; and |

DM # 428775
8/7/13                                    4

| 12. | Any other document that you believe supports your claim. |
|---|---|
| **G.  Tenant Loss Claim** | |
| 1. | Lease or rental agreement related to the Affected Property, if applicable; |
| 2. | Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall; |
| 3. | If you are claiming moving expenses, documents demonstrating moving expenses, such as cancelled checks or receipts from a moving company; |
| 4. | If you are claiming personal property damage, documents demonstrating; <br><br> a.  damage to your personal property, such as photographs, repair invoices, or repair estimates; and <br><br> b.  ownership of damaged items, such as cancelled checks or receipts; |
| 5. | Signed Affidavit from the Tenant supporting the claim for Tenant Losses; and |
| 6. | Any other document that you believe supports your claim. |
| **H.  Miscellaneous** | |
| 1. | Any documentation you believe supports your claim. |

## Photographs of Chinese Drywall





















# Photographs showing corrosion possibly related to Chinese Drywall

Normal Copper Color



Sulfide Corroded



Normal



Sulfide Corroded



**Normal copper in a rusty steel frame**

**Sulfide corroded coil**



Normal

Corroded



**Normal wiring**



**Black corrosion on wiring**



**Normal outlet**



**Black corrosion on wiring**

Normal

Corroded





**Normal copper plumbing**

**Corroded copper plumbing**





**Normal shut off valve**

**Corroded shut off valve**

**Other evidence of potential Chinese Drywall Corrosion**













