UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
|---|---|---|
| | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM**

**STATUS REPORT NO. 2, DATED SEPTEMBER 16, 2013**

The Settlement Administrator of the Chinese Drywall Settlement Program (the "Settlement Program") submits this Report to inform the Court of the status of the Chinese Drywall Settlement Program as of September 16, 2013. The Settlement Administrator will provide other information in addition to this Report as requested by the Court.

## I. STATUS OF REGISTRATION AND CLAIM FORM SUBMISSION

### A. Registration

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims. To facilitate registration, the Settlement Administrator created an online registration portal and made a hard copy registration form available to the general public. To facilitate registration by law firms with large claim inventories, the Settlement Administrator also made available a bulk registration system that allowed for the mass registration of claims by completion of an excel spreadsheet.

The registration period closed on July 9, 2013 after several deadline extensions. The Settlement Administrator engaged in several outreach efforts during the course of the registration period to alert potential claimants to the necessity of registering in order to file claims, to notify

claimants of deadline extensions, and to alert claimants with incomplete registration forms that they needed to complete the registration process prior to the registration deadline. At the conclusion of the registration period, a total of 9,397 claimants registered a total of 17,145 properties.[1] Collectively, these claimants indicated that they would file a total of 25,303 claims. This number is based solely on non-binding information solicited as part of the registration process, and may not reflect the total number of claims actually filed.

There are more registered properties than registered claimants because many claimants registered multiple properties. Table 1 shows the number of registered properties and claimants.

**Table 1. Chinese Drywall Settlement Program Registered Affected Properties**

| Row | Category | Claimants | Properties | Anticipated Claims |
|---|---|---|---|---|
| 1 | Represented | 8,295 (194 firms) | 15,623 | 23,094 |
| 2 | Pro Se | 1,102 | 1,522 | 2,209 |
| | **Total** | **9,397** | **17,145** | **25,303** |

## B. Claims Filing

### 1. Claim Forms

Claim forms became available for both online and hard copy submission on May 27, 2013. Claims forms are available for the following claim types:

1. Bodily Injury
2. Foreclosure or Short Sale
3. Global, Banner, InEx Repair and Relocation Expenses
4. Knauf Remediation
5. Lost Rent, Use, or Sales

[1] The number of registered properties continues to increase because the Knauf defendants continue to receive assignments of claims related to properties remediated through the pilot program after the registration deadline. Because those claims were not assigned to the Knauf defendants prior to the claims deadline, the Knauf defendants were unable to register the properties prior to the registration deadline.

6. Miscellaneous
7. Pre-Remediation Alternative Living Expenses
8. Tenant Losses

The online claim portal can be found at https://www3.browngreer.com/drywall. Claimants are strongly encouraged to use the online claim portal. Claimants who do not wish to use the online portal to submit claims may obtain paper versions of all claim forms at https://www3.browngreer.com/Drywall/Un-Secure/PaperForms.aspx, by emailing CDWQuestions@browngreer.com, or by calling (866) 866-1729.

To simplify the claims process, the Portal filters the claim forms available to claimants depending on answers to basic questions provided by claimants. For instance, if a claimant indicates that they own and reside in the Affected Property at issue, the Portal will not make the Tenant Loss claim form available to that claimant. Similarly, if a claimant indicates that they are the current owner of a property, we do not make the Foreclosure and Short Sale claim form available because that claim should only be filed by former owners.

We have also linked registered properties to our Pilot Program database and have imported documents contained in the Pilot Program database to the Settlement Program Portal. To date, we have linked 5,656 properties and imported 79,154 documents into the Settlement Program Portal from the Pilot Program database. Imported documents may be used by claimants as part of the claims filing process, and the Settlement Administrator will consider all imported documents during the course of a review of a claim. We encourage claimants to check for imported documents prior to filing a claim. If a document necessary to the claim is already available in the Portal, a claimant does not need to take further action to have that document considered during our review of the claim. Claimants who believe that a property should be

linked and documents imported into the Portal may contact the Settlement Administrator at CDWQuestions@browngreer.com.

### 2. Claims Submission

To date, there have been 1,963 claims submitted. An additional 1,373 claims are in progress, but have not yet been signed and submitted. We encourage all claimants to submit claims well in advance of the September 30, 2013 claim submission deadline, even if they may be incomplete at the time of submission. Table 2 provides a detailed breakdown of the claims filing status by claim type.

**Table 2. Chinese Drywall Settlement Program Claim Summary Report (As of 9/15/13)**

| Row | Claim Type | Submitted Claims | In Progress Claims | Total |
|---|---|---|---|---|
| **1.** | Bodily Injury | 37 | 36 | 73 |
| **2.** | Foreclosure or Short Sale | 58 | 168 | 226 |
| **3.** | Global, Banner, InEx Repair and Relocation Expenses | 838 | 657 | 1,495 |
| **4.** | Knauf Remediation | 480 | 248 | 728 |
| **5.** | Lost Rent, Use, or Sales | 117 | 116 | 233 |
| **6.** | Miscellaneous | 323 | 84 | 407 |
| **7.** | Pre-Remediation Alternative Living Expenses | 105 | 57 | 162 |
| **8.** | Tenant Loss | 5 | 7 | 12 |
| | **Total** | **1,963** | **1,373** | **3,336** |

Since the status conference on August 20, 2013, 1,177 claims have been filed and 600 have been started, but not yet submitted. Table 3 summarizes the detailed breakdown of claims activity since the August 20, 2013 status conference.

| **Table 3. Chinese Drywall Claims Activity Since 8/20/13 Status Conference (As of 9/15/13)** | | | | |
|---|---|---|---|---|
| **Row** | **Claim Type** | **Submitted Claims** | **In Progress Claims** | **Total** |
| **1.** | Bodily Injury | 20 | 18 | 38 |
| **2.** | Foreclosure or Short Sale | 49 | 71 | 120 |
| **3.** | Global, Banner, InEx Repair and Relocation Expenses | 475 | 291 | 766 |
| **4.** | Knauf Remediation | 228 | 78 | 306 |
| **5.** | Lost Rent, Use, or Sales | 96 | 68 | 164 |
| **6.** | Miscellaneous | 232 | 45 | 277 |
| **7.** | Pre-Remediation Alternative Living Expenses | 74 | 26 | 100 |
| **8.** | Tenant Loss | 3 | 3 | 6 |
| | **Total** | **1,177** | **600** | **1,777** |

### 3. Claims Review

To date, the Settlement Administrator has performed preliminary reviews of 262 Knauf Remediation claims and has made preliminary completeness and eligibility determinations. The Settlement Administrator has also developed an online Notification system that will allow claimants to view Notices related to their claims online and respond using online forms, greatly reducing the amount of paper and effort necessary for claimants to view and respond to Notices. Claimants with a new Notice will receive an email communication notifying the claimant that a new Notice is available, along with a link to the Chinese Drywall Settlement Program Portal. The notification email sent to law firms will also contain a detailed list of the claimants for whom the Settlement Administrator posted a new Notice. Claimants and law firms can view and if necessary, respond to Notices online. All Notices issued by the Settlement Administrator will be stored in the Claimant's file and will be accessible at any time.

Claimants or law firms who have indicated that they do not intend to use the portal will receive Notices by U.S. Mail, and will be provided with hard copy response forms.

**4. Online Filing Tutorials**

Online claim filing tutorials are available at https://www3.browngreer.com/Drywall/Un-Secure/Webinars.aspx. There is an individual tutorial available for each online claim form, and claimants or law firms who would like a live tutorial can email a request to CDWQuestions@browngreer.com.

## II. CLAIMS ADMINISTRATOR PROCEDURES

The Plaintiffs Steering Committee, the Knauf Defendants, the Builder class, and the Settlement Administrator have agreed on three Claims Administrator Procedures ("CAPs") that clarify certain elements of the Settlement Program. On September 10, 2011, the Court entered Pre-Trial Order 27, which approved the CAP system. Shortly thereafter, the Claims Administrator promulgated the first three approved CAPs. The details of the three CAPs are as follows:

1. ***Establishment of System for Creating and Tracking Chinese Drywall Settlement Program Claims Administration Procedures*** ("CAP 2013-1"). CAP 2013-1 establishes the CAP process and sets out the procedure for issuing CAPs. CAP 2013-1 is attached as Exhibit 1.

2. ***Clarification of Proof Requirements and Use of Affidavit to Prove Indicia*** ("CAP 2013-2"). CAP 2013-2 sets out a detailed explanation of how the Settlement Administrator will review claims for indicia of Chinese Drywall and other facts related to builder, supplier, and installer information for an Affected Property. It also adopts an Affected

Property Information Affidavit for use by claimants who do not have documentary evidence of their builder, supplier, or installer. CAP 2013-2 is attached as Exhibit 2.

3. ***Incomplete Claim Procedure*** ("CAP 2013-3"). CAP 2013-3 sets out a detailed explanation of the procedure that the Settlement Administrator will follow in processing Incomplete Claims. Upon determining that a claim is incomplete, the Settlement Administrator will notify the claimant (or if represented, the claimant's counsel) of the incompleteness, and will list the documents or information necessary to complete the claim. The claimant or counsel will have 30 days to supply the missing documents or information. CAP 2013-3 is attached as Exhibit 3.

On September 10, 2011, the Settlement Administrator posted Pre-Trial Order 27, CAP 2013-1, CAP 2013-2, and CAP 2013-3 to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. On September 11, 2013, the Settlement Administrator sent an email notification regarding the approved CAPs to every email address registered in the Chinese Drywall Settlement Program database and notified the Pro Se Curator of the approved CAPs and supplied copies of the approved CAPs for distribution to pro se claimants. Finally, on September 12, 2013, the Settlement Administrator filed copies of the approved CAPs with the Court and served the same on all parties via the Court's ECF notification system and LexisNexis file and serve.

## III. QUALIFIED SETTLEMENT FUNDS

On September 10, 2013, the Court entered Orders approving the establishment of 13 Qualified Settlement Funds ("QSFs"). The Settlement Administrator has submitted applications with the IRS to obtain Employer Identification Numbers for each QSF, which is a prerequisite to formally establishing the accounts and disbursing funds. Once the IRS issues an EIN for each

account, the accounts can be formally established and begin disbursing funds, if appropriate. The 13 Chinese Drywall Settlement Program QSFs approved by the Court are:

1. Banner Repair and Relocation Fund
2. Banner Other Loss Fund
3. Banner Attorney Fee Fund
4. Global Repair and Relocation Fund
5. Global Other Loss Fund
6. Global Attorney Fee Fund
7. L&W Repair and Relocation Fund
8. L&W Other Loss Fund
9. InEx Repair and Relocation Fund
10. InEx Other Loss Fund
11. InEx Attorney Fee Fund
12. Knauf Attorney Fee Fund
13. Knauf Other Loss Fund

## IV. OUTREACH EFFORTS

The Settlement Administrator, in conjunction with the Pro Se Curator and class counsel, has engaged in vigorous outreach efforts throughout the life of the Settlement Program. Table 4 summarizes the Settlement Administrator's outreach efforts.

| Table 4. Chinese Drywall Settlement Program<br>Claims Administrator Outreach Efforts | | |
|---|---|---|
| **Row** | **Method** | **Detail** |
| 1. | Email Communication | 2500+ answers to questions sent to CDWQuestions@browngreer.com. |
| 2. | Online Claim Tutorials | Video tutorials available at https://www3.browngreer.com/Drywall/Un-Secure/Webinars.aspx. |
| 3. | Posting of CAPs | Full text of all CAPS available at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. |
| 4. | Telephone | Live personnel respond to all calls placed to (866) 866-1729. |
| 5. | Email Blasts | Important Updates and CAPS sent via email to all email addresses registered with Settlement Administrator. |
| 6. | Notices | Notification of Claim determinations will be sent to firms or pro se claimants via email, or by hard copy if the claimant or firm did not register online. |
| 7. | Pro Se Curator | The Settlement Administrator makes CAPS, claim documents, and important updates available to the Pro Se Curator for use in his contact with pro se claimants. |

Claimants can contact the Settlement Administrator by a variety of methods. Table 5 lists all contact information for the Settlement Administrator.

| Table 5. Chinese Drywall Settlement Program<br>Settlement Administrator Contact Information | | |
|---|---|---|
| **Row** | **Method** | **Detail** |
| 1. | Web Portal | www3.browngreer.com/drywall |
| 2. | Email Address | CDWQuestions@browngreer.com |
| 3. | Toll Free Number | (866) 866-1729 |
| 4. | Claim Submission Address | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| 5. | Parcel Delivery | Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |

## V. CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

Respectfully submitted,

__/s/ Lynn Greer__________
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of September, 2013.

__/s/Jacob Woody__________________

Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*