UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON |
| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | : MAG. JUDGE WILKINSON |
| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361* (E.D.La) OMNI II, II(A), II(B), II(C) | |
| *Rogers, et al v. Knauf Gips, KG, et al 10-362* (E.D.La) OMNI IV, IV(A), IV(B), IV(C) | |

## ORDER

The Court received and reviewed the Class Plaintiffs' Consolidated Response to The Court's Order to Show Cause. (Rec. Doc. 17085, 17086, 17087, 17088). Upon consideration of the issues raised in the responses,

**IT IS ORDERED** that Liaison Counsel for Plaintiffs review the objection and submit a response by Monday, September 16, 2013 at 5:00 p.m.

New Orleans, Louisiana this 13h day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE