UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>:<br>: SECTION: L<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES ONLY TO | :<br>: |
| Alexandra Bartholomew, et al. v. Knauf Plasterboard (Tianjin) Co., et al. Case No. 09-07495 (E.D.La.) | :<br>:<br>: |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss with prejudice their claims or causes of action against all defendants in *Alexandra Bartholomew, et al. v. Knauf Plasterboard (Tianjin) Co., et al.* Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

J. Patrick Connick (Bar No. 22219)
Law Office of J. Patrick Connick
5201 Westbank Expressway, Suite 100
Marrero, Louisiana 70072
Telephone: (504) 347-4535
Facsimile: (504) 347-4526
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of September, 2013.