UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 :  : SECTION: L : JUDGE FALLON : MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES ONLY TO | : : |
| Alexandra Bartholomew, et al. v. Knauf Plasterboard (Tianjin) Co., et al. Case No. 09-07495 (E.D.La.) | : : : |

## ORDER

Plaintiffs herein have submitted a request for a voluntary dismissal with prejudice of their claims against all defendants in *Alexandra Bartholomew, et al. v. Knauf Plasterboard (Tianjin) Co., et al.*

Good cause appearing, the motion for voluntary dismissal is GRANTED under the authority of Fed.R.Civ.P 41(a)(2).

IT IS SO ORDERED.

New Orleans, Louisiana, this ___ day of September, 2013.

_____
United States District Court Judge