**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | : MDL No.  2047 |
| DRYWALL PRODUCTS LIABILITY | : |
| LITIGATION | : SECTION: L |
| | : JUDGE FALLON |
| | : MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES ONLY TO | : |
| | : |
| Alexandra Bartholomew, et al. v. | : |
| Knauf Plasterboard (Tianjin) Co., et al. | : |
| Case No. 09-07495 (E.D.La.) | |

<u>**NOTICE OF SUBMISSION**</u>

NOW INTO COURT, through undersigned counsel, come plaintiffs, Alexandra
Bartholomew and Craig Bartholomew, who pursuant to Local Civil Rule 54.3.1, respectfully provide
notice that their Notice of Voluntary Dismissal with Prejudice, will come for consideration before
the Judge Eldon E. Fallon, United States Eastern District Court, 500 Poydras Street, Room C456,
New Orleans, Louisiana  70130 on October 2, 2013 at 9:00 a.m.

Respectfully submitted,

/s/ J. Patrick Connick
J. Patrick Connick
Law Offices of J. Patrick Connick, L.L.C.
5201 Westbank Expressway, Suite 100
Marrero, Louisiana 70072
Telephone:  (504) 347-4535

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of September, 2013.


           /s/ J. Patrick Connick

           J. Patrick Connick