IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES | x<br>x<br>x<br>x<br>x<br>x<br>x<br>x | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Document Under Seal filed by Class Counsel/Plaintiffs' Liaison Counsel, Russ M. Herman, and Class Counsel/Plaintiffs' Lead Counsel, Arnold Levin;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached document provided by Esquire Bank relating to its Financial Holdings is FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge