APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
        (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
        *(identité et adresse)*     Qinhuangdao Taishan Building Materials Co., Ltd.
                                                        also known as Qinhuang Dao Taishan Building Materials Co., Ltd.
                                                   Gangcheng St. East No. 69,  Haigang District,  Qinhuangdao,  China  066000

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
        *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
        *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
        *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Translations

Done at           Minneapolis, Minnesota, U.S.A.           , the  2-28-13
*Fait à*                                                                                       *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

/s/ Diane K. Myers

(Formerly OBD-116 which was formerly LAA-116,                                   USM-94
both of which may still be used)                                                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 20

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Qinhuangdao Taishan Building Materials Co., Ltd. also known as Qinhuang Dao Taishan Building Materials Co., Ltd.
Court Case No.: 11-1395

**CERTIFICATE**
*ATTESTATION*

12-SXS-331

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   <u>The company refused to accept the documents.</u>

conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*nformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

T OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

nexes
*iexes*

uments returned:
*ces renvoyées:*

ppropriate cases, documents establishing the service:
*as échéant, les documents justificatifs de l'exécution:*

Done at _Beijing_ , the _June 25, 2013_
*Fait à*                     , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267249 - 20

# QINGHUANGDAO CITY HAIGANG DISTRICT COURT

# PROOF OF SERVICE

[Seal: Qinghuangdao City Haigang District People's Court]

| Cause of Action | | Document No. | No. (2013) 7 |
|---|---|---|---|
| Document Served and Number | Service request made by Hebei Superior Court Law Association No. [2013] 20: Summary of documents for service, 4 documents in all. | | |
| Recipient (Unit) | **QINGHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD.** | | |
| Address for Service | No. 69, Gangcheng Boulevard East, Haigang District (Qinghuangdao City) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | **Refused to accept.**<br><br>**April, 24, 2013** | | |

Issuer: Zhang, Ling                Servers: Zhang, Ling    Wang, Yufeng

Note:

(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

# Hebei Province Superior People's Court

*Judicial Association No. SX-13-331*
*Shangdong Superior Court Law Association No. (2013) 20*

Supreme People's Court Foreign Affairs Office :

With regard to your Court's Request No. (2013) 325, to serve legal documents to **QINGHUANGDAO TAISHAN BUILDING MATERIAL CO., LTD.** (Address: No. 69, Gangcheng Boulevard East, Haigang District, Qinghuangdao City, Heibei Province), as requested by the U.S., this is to inform you that Hebei Province Qinghuangdao City Haigang District People's Court made an attempt to execute the service of the said legal documents, however the said company refused to sign and accept any documents in this case. We now return the attached materials to you. Please find them therein.

[Seal]  The People's Republic of China
Hebei Province Superior People's Court
Judicial Assistance Special Stamp

May 7, 2013

# 河北省高级人民法院

SX-13-331.

冀高法协[2013]20号

最高法院外事局：

  贵院法协[2013]325号，美国请求向秦皇岛泰山建材有限公司（地址：河北省秦皇岛市海港区港城大街东段69号）送达法律文书。业经河北省秦皇岛市海港区人民法院送达该法律文书，该公司表示不签收该案的任何文书。现将原材料寄回，请查收。

中华人民共和国
河北省高级人民法院
司法协助专用章

二〇一三年五月七日