APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant*
*conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)    Shandong Oriental International Trading Corp.
17-21/F Shandong International Trades Mansion, 51 Taiping Road, Qingdao, China, 266002

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)* *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)* *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____
_____
_____
_____

Done at    Minneapolis, Minnesota, U.S.A.    , the
*Fait à* _____ , *le*  2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249-22

证　明　书

13- SXS- 292

## CERTIFICATE

根据公约第六条，签署本证明书的机关荣幸地证明：

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1. 文书已予送达* 1. that the document has been served*

—日期：the (date) _Apr. 22, 2013_

—地点(城镇、街、号)：at (place, street, number) _Floor 17-21, Shandong Guo Mao Tower, No. 51 Taiping Road, Qingdao City, ShanDong Province, China._

—采用的第五条所规定的送达方法为：in one of the following methods authorized by article 5:

① 依公约第五条第一款(一)项的规定。* a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

② 依下述特定方法：* b) in accordance with the following particular method*:

_____

_____

③ 交付给自愿接受的收件人。* c) by delivery to the addressee, who accepted it voluntarily*.

请求书中所列文书已经交付给：The documents referred to in the request have been delivered to:

—(收件人身份和说明)：(identity and description of person)

_Ge Baoqing_

—与受送达人的关系(家庭、业务及其它)：relationship to the addressee (family, business or other):

_Company Stuff_

2. 由于下列事实文书未能送达* 2. that the document has not been served, by reason of the following facts*:

_____

_____

_____

按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用 * In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

附件 Annexes

退还的文书：Documents returned:

_____

_____

适当时，确认送达的文件：
In appropriate cases, documents establishing the service:

制于　　　　年　　月　　日
Done at _Beijing, July 5_ , 2013

签名和 (或) 盖章
Signature and / or stamp.

_____

*如不适用，则请删去。

*Delete if inappropriate.

中华人民共和国
司法部
民商事司法协助专用章

# SHANDONG PROVINCE QINGDAO CITY
# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Qingdao City Intermediate People's Court]

*Law Association No. FX-13-358*
*Judicial Association No. SX-13-292*

| Cause of Action | Entrusted service | Cause No. | Shandong Superior Court Law Association Receiving No. (2013) 41 |
|---|---|---|---|
| Documents Served and Number | US District Court, the State of Louisiana, Eastern District: Civil Action Summons, Complaint in Class Action, Exhibit "A", Plaintiff's Council and Plaintiff's contact information, one copy each. | | |
| Recipient (Unit) | **Shandong Oriental International Trading Corp.** | | |
| Address for Service | **17-21/F, Shandong International Trades Mansion, 51 Taiping Road, Qingdao City, (Shandong Province, China).** | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | **Ge, BaoQing** | **April 22, 2013** | |
| Notes | **Ge, BaoQing is an employee of the company.** | | |

Issuer:   Wang, Juan          Servers:  Fu, Guo      [Signature illegible]



**山东省青岛市中级人民法院**
**送　达　回　证**

FX-13-358
SX-13-292

| 事由 | 受托送达 | 来文文号 | 鲁高法协受（2013）41 号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国路易斯安那州东部地区美国地区法院民事诉讼传票、原告集团诉讼申诉书、证物 A-原告集团诉讼申诉书相关原告律师与原告联络信息各一份 ||||
| 受送达人 | Shandong Oriental International Trading Corp.（山东省东方国际贸易股份有限公司） ||||
| 送达地址 | 青岛市太平路 51 号山东国贸大厦 17-21 楼 ||||
| 受送达人签名或盖章 | 年　　月　　日 ||||
| 代收人及代收理由 | 菊秀港　2013 年 4 月 22 日 ||||
| 备注 | 菊秀峰原代收了。 ||||

填发人：王娟　　　　　　　　　　　　　　送达人：

# Shandong Province Qingdao City Intermediate People's Court

## Entrusted Service Return

*Qingdao Intermediate Court No. (2013) 182*

Shandong Province Superior People's Court

Notice is hereby given that we acknowledge the receipt of the foreign legal documents, the service of which was mandated by your Court's Law Association Document No [2013] 41 and the Letter Rogatory.

On April 22, 2013, this court sent severs to the address — 17-21/F, Shandong International Trades Mansion, 51 Taiping Road, Qingdao City to serve the said documents. Ge Baoqing, on staff of the company signed and accepted the documents.

We now send you the Proof of Service and Letter in Reply to you. Please find them therein.

Shandong Province Qingdao City

Intermediate People's Court

May 7, 2013

# 山东省青岛市中级人民法院
# 受托送达回函

（2013）青送字第 182 号

山东省高级人民法院：

你院转来鲁高法协受字（2013）41 号委托送达的涉外法律文书已收悉。

我院于 2013 年 4 月 22 日到青岛市太平路 51 号山东国贸大厦送达了该法律文书，由其公司职员葛全清签收。现将送达回证及回函寄回你院，请查收。

特此函告

