APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SXS-293

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Tai'an Jindun Building Material Co., Ltd.
                               Dawenkou, Daiyue District, Tai'an, China, 271026

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

√ Summary of the Document to be Served
√ Summons in a Civil Action
√ Plaintiffs' Class Action Complaint with Exhibit "A"
√ Translations

Done at _____, the
*Fait à*    Minneapolis, Minnesota, U.S.A.    *le* 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Diane K Myers]

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249-29

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Tai'an Jindun Building Material Co., Ltd.
Court Case No.: 11-1395

13-585-293

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
      *b) selon la forme particulière suivante:* _____

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_The addressee refused to accept the documents._

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* _Beijing_, the / *le* _June 20, 2013_

Signature and/or stamp.
*Signature et/ou cachet.* [Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249-29

# Shandong Province Superior People's Court

*Judicial Association No. SX-13-293*
*Shandong Superior Court*
*Law Association Receipt No. [2013] 42*

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2013] 359 document to serve legal documents to **Tai'an Jindun Building Materials Co., Ltd.**, Shandong Tai'an City Intermediate People's Court has made an attempt to serve the party concerned, but due to the fact that the servee refused to accept the said documents, the service failed. We are now returning the said documents and material to you.

[Seal]

Shandong Province Superior People's Court
Foreign Affairs Office

May 10, 2013

# 山东省高级人民法院

鲁SX-13-293
鲁高法协受(2013)42号

最高人民法院外事局：

  贵院法协[2013]359号关于____美国____请求向 Tai'an Jindun Building Materials Co., Ltd（泰安金盾建材股份有限公司）送达法律文书一事，业已经____山东省泰安市中级人民法院____将该法律文书进行了送达，因____受送达人拒收____原因未能成功送达，现将所附材料退回，请查收。



山东省高级人民法院

# Tai'an City Intermediate People's Court

Tai'an Intermediate Court Law Association Letter No. [2013] 9

---

### Shandong Province Tai'an City Intermediate People's Court Correspondence

Shandong Province Superior People's Court:

Regarding the request made by your Court's Shandong Superior Court Law Association No (2013) 42 document to serve the legal proceedings on **TAI'AN JINDUN BUILDING MATERIALS CO., LTD.** as requested by the United States, this is to inform you that the service failed due to the fact that **TAI'AN JINDUN BUILDING MATERIALS CO., LTD.** refused to accept the said documents. We are now returning the attached legal materials to you. Please find them therein.

                                          [Seal]
                                          Shandong Province
                                          Tai'an City Intermediate People's Court

                                          May 7, 2013

---

Tai'an City Intermediate People's Court Office                     Printed on May 7, 2013

# 泰安市中级人民法院

泰中法函〔2013〕9号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

  贵院鲁高法协受（2013）42号关于美国请求向Tai'an Jindun Building Materials Co.,Ltd（泰安金盾建材股份有限公司）送达法律文书一事，因Tai'an Jindun Building Materials Co.,Ltd（泰安金盾建材股份有限公司）拒收原因未能送达，现将所附材料退回，请查收。



泰安市中级人民法院
2013年5月7日

— 1 —