APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)         Taishan Gypsum (Hengshui) Co., Ltd.
Renmin West Road, (Hengfeng Power Plant Ecology Industrial Park), Hengshiu City,   053000   China

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

- Summary of the Document to be Served
- Summons in a Civil Action
- Plaintiffs' Class Action Complaint with Exhibit "A"
- Translations

Done at     Minneapolis, Minnesota, U.S.A.     , the  2-28-13
*Fait à*                                            *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Diane K. Myers]

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 36

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Hengshui) Co., Ltd.
Court Case No.: 11-1395

13-SXS-299

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The company refused to accept the documents.

   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing, the June 21, 2013
*Fait à* _____, *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

Delete if inappropriate.
*Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

267249 - 36

Hebei Province Higher People's Court

SX-13-299

Hebei Higher Court Judicial Assistance [2013] 14

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 327 on the U.S. Request to Serve Legal Documents to Taishan Gypsum (Hengshui) Co., Ltd. (Address: Hengfeng Power Plant Ecology Industry Park, Renmin West Road, Hengshui City, Hebei Province), Hengshui City Intermediate People's Court of Hebei Province tried to serve said legal documents but the company refused to accept any documents with regards to this case. Please note that those materials are hereby returned to you.

[Seal affixed: Authorized Seal for Judicial Assistance of Hebei Province Higher People's Court, the People's Republic of China]

May 7, 2013

## Hengshui City Intermediate People's Court of Hebei Province

### STATEMENT

Pursuant to the request by the documents (Hebei Higher Court Judicial Assistance [2013] 4, 14) of Hebei Province Higher People's Court, we sent Yongwei Li and Fuchun Guan, Judges of our Civil Department One to serve Taishan Gypsum (Hengshui) Co., Ltd. with relevant legal documents, the person from the company refused to sign on the Proof of Service under the excuse that its head office requires that nobody shall accept any legal documents without authorization.

Hengshui City Intermediate People's Court

April 26, 2013
[Seal affixed: Hengshui City Intermediate People's Court of Hebei Province]

# 河北省高级人民法院

SX-13-299.

冀高法协[2013]14号

最高法院外事局：

  贵院法协[2013]327号，美国请求向泰山石膏（衡水）有限公司（地址：河北省衡水市人民西路，衡丰电厂生态工业园）送达法律文书。业经河北省衡水市中级人民法院送达该法律文书，该公司表示不签收该案的任何文书。现将原材料寄回，请查收。

中华人民共和国
河北省高级人民法院
司法协助专用章

二〇一三年五月七日

# 河北省衡水市中级人民法院

## 情况说明

我院根据河北省高级人民法院（冀高法协[2013]4、14号）文件要求，于2013年4月24日下午由我院民一庭法官李永玮、关春富依法向泰山石膏（衡水）有限公司送达有关法律文书，该公司人员以总公司有要求不能擅自接收法律文书为由拒绝在送达回证上签字。

衡水市中级人民法院

2013.4.26