APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-525-298

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    Taishan Gypsum (Jiangyin) Co., Ltd.
Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangsu, 214443 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at
*Fait à*    Minneapolis, Minnesota, U.S.A.    , the  2-28-13
                                              *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

267249 - 37

13-SSS-298

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Jiangyin) Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
       *b) selon la forme particulière suivante:* _____
  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
  *The addressee refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at Beijing , the July 19, 2013
*Fait à* _____ ; *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249 - 37

Jiangyin City People's Court

Proof of Service
[Seal affixed: Jiangyin People's Court]
FX-13-296
SX-13-298
Jiangsu Higher Court Judicial Assistance (2013) 639

| Cause of Action | Foreign Service |
|---|---|
| The Addressee | Taishan Gypsum (Jiangyin) Co., Ltd. |
| Address for Service | Shengang Industrial Park, Jiangyin Economic and Technological Development Zone, Jiangyin City |
| Name and Number of Copies of Documents Served | One summary of document(s) to be served, one summons, one complaint, one document (with Chinese translation versions) |
| Signature or Seal of the Addressee | |
| Date of Receipt | Year     Month     Day     Time |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | |
| Server | Gong and Miao from the Filing Court |
| Remarks | Send this certificate to the trial court of this courthouse immediately upon obtaining signature of recipient<br><br>Please sign to acknowledge receipt with a pen or Chinese brush<br><br>At 9:00 a.m. on June 7, 2013, Yuejie Gong, Bin Mao, Gang Wang and Mingjiang Li from our court went to Taishan Gypsum (Jiangyin) Co. Ltd. at 9 Yishan Road, Shengang Industrial Park, Jiangyin City to serve the above documents, but the staff of the company refused to accept the same.<br>Servers: Yuejie Gong 6-7-2013   Mingjiang Li 6-7-2013  Gang Wang<br>        Bin Qian 6-7-2013 |

Note: 1. If the addressee is not present, deliver the documents to his adult family member or the person in charge of his work unit to receive on his behalf.
2. For receipt by any agent, the receiving person shall affix his/her signature or seal in the column of the addressee, and stated his/her relation to the addressee.
3. If the addressee or his/her agent refuses to accept or affix his/her signature or seal, the server may invite his/her neighbor or other witness to the scene and explain the situation, leave the documents at his residence, and write down the reason for refusal and date of service on the proof of service, which is signed by the server and considered served.

<u>The Supreme People's Court of the People's Republic of China</u>

Judicial Assistance (2013) 296

Jiangsu Province Higher People's Court,

Our bureau has received a U.S. request to serve relevant documents to Taishan Gypsum (Jiangyin) Co., Ltd. Upon a preliminary review, we found the request meets the requirements of the Service Convention or the bilateral judicial assistance agreement between China and a foreign country. The request is hereby forwarded to you for further review, and if you don't have any opinion otherwise, please arrange service according to the procedure and send the proof of service to this bureau in a timely manner.

The Addressee: Taishan Gypsum (Jiangyin) Co., Ltd.

Address for Service: Please refer to the Request.

> Note: See the Chinese translation version of Summons in a Civil Action for the Chinese translation of the address.

List of Documents to Be Served:

1. One summary of the documents to be served
2. One copy of all other documents (See the list in the Request)
(All the above documents have Chinese translation versions)

March 28, 2013

[Seal affixed: Authorized Seal for Judicial Assistance of the Supreme People's Court of the People's Republic of China]

# 江 阴 市 人 民 法 院

## 送 达 证



FX-13-256
SX-13-258

苏高法协（2013）639号

| 案　　由 | 涉外送达 |
|---|---|
| 受送达人 | 泰山石膏(江阴)有限公司 |
| 送达地点 | 江阴市江阴经济技术开发区申港园区 |
| 送达文书 | 被送达文书概要一份、传票一份、诉状一份、文书(以上文书有译文) |
| 收件人签名盖章 | |
| 收到日期 | 　　　年　　月　　日　　时 |
| 代收人记明代收理由 | |
| 送达人 | |
| 备注 | 立案庭　龚、缪　审判庭<br>此证签收后务必速寄本院<br>**请用钢笔或毛笔签收**<br>2013.6.7上午9:00 我院立案庭龚姐刘萧刚李铭忆去江阴市申港工业园港四路9号泰山石膏(江阴)有限公司送达上述法律文书，遭该承办拒收。遂定人：龚卅红 2013.6.7　李铭忆 2013.6.7 萧刚<br>送达效 2013.6.7 |

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他人邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。

639

# 中华人民共和国最高人民法院

法协（2013）296 号

江苏省高级人民法院：

我局收到美国请求向 Taishan Gypsum (Jiangyin) Co., Ltd. [泰山石膏（江阴）有限公司]送达的有关文书。经初步审查，其请求符合有关送达公约或中外双边司法协助协定的规定。现转你院进一步审查，如无不同意见，请按规定安排送达并及时将送达回证寄回我局。

受送达人：Taishan Gypsum (Jiangyin) Co., Ltd.（泰山石膏（江阴）有限公司）

送达地址：请以请求书为准。

注：地址中译文请参见 Summons in a Civil Action（民事诉讼传票）的中译文。

所送达的文书清单：

1、 被送达文书概要一份

2、 其他文书各一份（详见请求书所列清单）

（以上文书有中文译文）



[photo: 9 Yishan Road]







