APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

### FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

13-SUS-297

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

Taishan Gypsum (Pingshan) Co., Ltd.
Dianchang Road, Pingshan Township, Pingshan County,   050400 China

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

- Summary of the Document to be Served
- Summons in a Civil Action
- Plaintiffs' Class Action Complaint with Exhibit "A"
- Translations

Done at
*Fait à* ___Minneapolis, Minnesota, U.S.A.___ , the
, *le*   2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)

          (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

267249 - 38

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Pingshan) Co., Ltd.
Court Case No.: 11-1395

**CERTIFICATE**
*ATTESTATION*

13-555-297

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
     - the (date)
     - *le (date)* _____
     - at (place, street, number)
     - *à (localité, rue numéro)* _____

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
       [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
             *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ]  (b)  in accordance with the following particular method*:
             *b)*   *selon la forme particulière suivante:* _____

       [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
             *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)* _____

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

The company refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

appropriate cases, documents establishing the service:
*cas échéant, les documents justificatifs de l'exécution:*

_____

Delete if inappropriate.
*Rayer les mentions inutiles.*

Done at
*Fait à* __Beijing__ , the
_____ , *le* __July 26, 2013__

Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

2

267249 - 38

FX-2013-326
SX-297

Hebei Province Higher People's Court

Hebei Higher Court Judicial Assistance [2013] 19

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 326 on the U.S. Request to Serve Legal Documents to Taishan Gypsum (Pingshan) Co., Ltd. (Address: Dianchang Road, Pingshan Township, Pingshan County, Hebei Province), Pingshan County People's Court of Hebei Province tried to serve said legal documents but Taishan Gypsum (Pingshan) Co., Ltd. refused to accept any documents with regards to this case. Please note that those materials are hereby returned to you.

[Seal affixed: Authorized Seal for Judicial Assistance of Hebei Province Higher People's Court, the People's Republic of China]

June 7, 2013

Hebei Province Higher People's Court ,

We are in receipt of your Hebei Higher Court Judicial Assistance [2013] 19 and attachments on April 12, 2013.  We sent staffs to serve Taishan Gypsum (Pingshan) Co., Ltd. on April 16 and May 20 respectively.  Upon contacting Jin Wang, Director of the General Office of the company, Wang said that this case is handled universally by its head office, and Taishan Gypsum (Pingshan) Co., Ltd. is a branch of the business, so it won't sign and accept any documents of this case. Please note that those materials are hereby returned to you.

Sincerely,

Pingshan County People's Court

May 23, 2013
[Seal affixed: Pingshan County People's Court]

F-X-2013
SX-297

# 河北省高级人民法院

冀高法协[2013]19号

最高法院外事局:

　　贵院法协[2013]326号,美国请求向泰山石膏(平山)股份有限公司(地址:河北省平山县平山镇电厂路)送达法律文书。业经河北省平山县人民法院送达该法律文书,泰山石膏(平山)股份有限公司表示不签收该案件的任何文书,现将文书退回,请查收。

中华人民共和国
河北省高级人民法院
司法协助专用章

二○一三年六月七日

河北省高级人民法院：

　　　你院冀高法协[2013]19号协助函及相关附件于2013年4月12日收悉。我院派员于4月16日及5月20日分两次到泰山石膏（平山）股份有限公司进行了送达。经与该公司综合处处长王金接洽，王表示此案由其总公司统一协调，泰山石膏（平山）股份有限公司为该企业分公司，不签收该案的任何文书。现将该案材料附函一并退回。

　　　此致

　　　　　　　　　　　　敬礼



　　　　　　　　　　　　二０一三年五月二十八日