Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Xiangtan) Co., Ltd.
Court Case No.: 11-1395

SX-13-302

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date) Apr. 8, 2013
   - *le (date)*
   - at (place, street, number) _____
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b)  *selon la forme particulière suivante:* _____
   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c)  *par remise simple*

   *Handwritten note:* The addressee refused to accept the documents, and the court officers left the documents at the company.

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing , the May. 13, 2013
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

*[Stamp in Chinese: 中华人民共和国 司法部 民商事司法协助专用章]*

67249 - 42

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

FX-13-332
SX-13-302    USA

|  | | |
|---|---|---|
| Xiangtan City Intermediate People's Court of Hunan Province<br><br>Proof of Service<br>[Seal affixed: Xiangtan City Intermediate People's Court of Hunan Province] | | |
| Plaintiff | Eduardo and Carmen Amorin, et al | |
| Defendant | Taishan Gypsum (Xiangtan) Co., Ltd. | |
| Name of Documents for Service | 1. Summary of documents for service;<br>2. A civil action summons<br>3. Plaintiffs' Class Action Complaint and Exhibit "A"<br>(The above documents have translation versions) | |
| Addressee | Date of Receipt | Signature / Seal of Recipient |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Year    Month    Day | Yunqing Li, the guard of Taishan Gypsum (Xiangtan) Co., Ltd., refused to sign and accept the documents, the reason was the same as the previous time, which was that the company was established in 2008 and never had any transactions with any foreign business, therefore refusing to sign and accept the documents. The documents were left at the guard room of the company pursuant to the document of Supreme Court 2013 (332) for service.<br><br>Servers:<br>Xing Huang 4-8-2013<br>Bin Feng 4-8-2013 |
|  | Year    Month    Day |  |
|  | Year    Month    Day |  |

Note: Serve pursuant to Judicial Assistance 2013 (332)

FX-13-332
SX-13-302

# 湖南省湘潭市中级人民法院

送达回证

| 原告 | 爱德华多·艾莫林和卡门·艾莫林（Eduardo and Carmen Amorin）等人 |
|---|---|
| 被告 | 泰山石膏（湘潭）有限公司 |
| 送达文件名称 | 1、被送达文书概要一份；<br>2、民事诉讼传票一份<br>3、原告集团诉讼申诉及证物"A"<br>（以上文书有译文） |

| 收件人单位及姓名 | 收到日期 | 收件人签名或盖章 |
|---|---|---|
| 泰山石膏（湘潭）有限公司 | 年 月 日 | 泰山石膏（湘潭）有限公司门卫李运庆拒绝签收，理由与上次一致，即该公司成立于2006年，从未与国外发生业务往来，所以拒绝签收。依据最高法[2013]332号文件送达，留置送达于该公司门卫室。送达人：黄??  冯斌 2013.9.8 |
|  | 年 月 日 |  |
|  | 年 月 日 |  |

备注：依据（法协 2013[332]号）进行送达

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

Taishan Gypsum (Xiangtan) Co., Ltd.
Industrial Park, Guoqiang Village, Shuangma Township, Yuetang District, Xiangtan, Hunan, 411102 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a);*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*
[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the
   *le* 8-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94   (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

267249 - 42