APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE* 2013-STS-52
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) Changzhou Yinhe Wood Industry Co., Ltd.
Qianfeng Industrial Park, Henglin Town Changzhou, Jiangsu, China 213103

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the
, *le* 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: APS INTERNATIONAL, APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439]

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)  USM-94  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles.*

266532-0007

SX-13-52

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __June 3, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Qianfeng Industrial Park, Henglin Town Changzhou, Jiang Su China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Wang Hedi__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not Mentioned__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations
Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* __Beijing__, the / *le* __July 17, 2013__

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Stamp: 中华人民共和国 司法部 民商事...专用章 266?2-0007]

Changzhou City Intermediate People's Court of Jiangsu Province

Proof of Service
[Seal affixed: Changzhou City Intermediate People's Court of Jiangsu Province]

Fx-13-151
SX-13-52

| Cause of Action | Serving Assistance | Case Number | Changzhou Intermediate Court Judicial Assistance (2013) 2 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One summary of document(s) to be served, one summons, one complaint |||
| The Addressee | Changzhou Yinhe Wood Industry Co., Ltd. |||
| Address for Service | Qianfeng Industrial Park, Henglin Town, Changzhou |||
| Signature or Seal of the Addressee | Hedi Wang  6-3-2013 |||
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year   Month   Day |||
| Remarks | The address is changed to 14 Weixi Road, Henglin, Wujin District, Changzhou City |||

Issuer: Xuechao Weng                Servers: Zhongze Dai   Xiao Lu

# 江苏省常州市中级人民法院
## 送达回证



FX-13-151
SX-13-52

| 案　由 | 协助送达 | 案　号 | （2013）常中法协字第 2 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书概要一份<br>传票一份<br>诉状一份 | | |
| 受送达人 | CHANGZHOU YINHE WOOD INDUSTRY Co., LTD<br>常州银河木业有限公司 | | |
| 送达地址 | QIANFENG INDUSTRIAL PARK, HENGLIN TOWN, CHANGZHOU | | |
| 受送达人签名或盖章 | 汪芳娇 2013年 6月 3日 | | |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | 地址为常州市武进区横林工业路1号 | | |

填发人 翁宵起　　　　送达人 戴志伟