APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

2013-SXS-54

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)*   Fuxin Taishan Gypsum and Building Material Co., Ltd.
Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning, China 123000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at   Minneapolis, Minnesota, U.S.A.   , the 27 DEC 2012
*Fait à*   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles.*

266532-0008

SX-13-54

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Fuxin Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __May. 29, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Fuxin Taishan Gsp Gypsum and Building Material Co. Ltd.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*  __The general manager refused to accept the__
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:*
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*   __documents, and the court officers left__

   The documents referred to in the request have been delivered to:   __the documents at the company).__
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Done at __Beijing__ , the __Apr. 27, 2013__
*Fait à* , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0008

Fuxin City Intermediate People's Court of Liaoning Province

Proof of Service

[Seal affixed: First Filing Court of Fuxin City Intermediate People's Court of Liaoning Province]

| | |
|---|---|
| Case Number | Liaoning Higher Court Foreign Miscellaneous (2013) 23 |
| Cause of Action | |
| The Addressee | Fuxin Taishan Gypsum and Building Material Co., Ltd. |
| Address for Service | Same as above |
| Name and Number of Copies of Documents Served | Legal documents |
| Signature of the Addressee | |
| Signature of the Receiving | Refuse to accept.    Fazhen Xue |
| Date of Receipt | March 29, 2013 |
| Servers | Jixiang Zhang    Yu Song |
| Remarks | |

# 辽宁省阜新市中级人民法院
## 送 达 回 证

| 案　号 | 辽高法外他字〔2013〕第23 |
|---|---|
| 案　由 |  |
| 受送达人 | 阜新泰山石膏建材有限公司 |
| 送达地点 | 同上 |
| 送达文书名称及件数 | 法律文书 |
| 受送达人签收 |  |
| 代收人签收 | 拒收　　〔签名〕 |
| 收到日期 | 2013 年 3 月 29 日 |
| 送达人 | 〔签名〕　宋雨 |
| 备　注 |  |

FX-13-150
SX-13-54
U.S.A.

## Statement

Pursuant to the request by Liaoning Province Higher People's Court in its letter Liaoning Higher Court Foreign Miscellaneous (2013) 23, our servers went to Fuxin Taishan Gypsum and Building Material Co., Ltd. at about 2:30 p.m. on March 29, 2013 to serve the legal documents, Fazhen Xue, legal representative and general manager of the company said, do not agree to accept those legal documents, we cannot sign it. After our servers explained patiently, Fazhen Xue wrote "Refuse to accept, Fazhen Xue, March 29, 2013" on the Proof of Service. Our servers left the legal documents at the company, and the servers are Jixiang Zhang and Yu Song from our First Filing Court.

Fuxin City Intermediate People's Court First Filing Court
March 29, 2013
[Seal affixed: Fuxin City Intermediate People's Court First Filing Court]

FX-13-150
SX-13-54

# 情况说明

根据辽宁省高级人民法院辽高法外他字（2013）第23号函的要求，我院送达人员于2013年3月29日下午2时30分左右到阜新泰山石膏建材有限公司向其送达法律文书，该公司法定代表人、总经理薛法珍称：不同意接收这些法律文书，我们不能签收。经送达人员耐心解释，薛法珍在送达回证上写上"拒收，薛法珍，2013年3月29日"。送达人员将法律文书留在了该公司，送达人员是我院立案一庭的张吉相、宋雨。



阜新市中级人民法院立案一庭
二○一三年三月二十九日