APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-24

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
      (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

      (identité et adresse) _____ Qinhuangdao Taishan Building Materials Co., Ltd.
      _____ also known as Qinhuang Dao Taishan Building Materials Co., Ltd.
      _____ Gangcheng St. East No. 69, Haigang District, Qinhuangdao, China, 066000

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant* un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.

**List of documents**
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations
_____
_____
_____
_____
_____

**APS INTERNATIONAL**
**APS International Plaza**
**7800 Glenroy Road**
**Minneapolis, MN 55439**

Done at _____, the
*Fait à* _____ Minneapolis, Minnesota, U.S.A. _____, *le* 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)          USM-94          (Est. 11/22/77)

266532-0020

Case Name:  Amorin (FL)  v.  Taishan Gypsum Co., Ltd.
Defendant:  Qinhuangdao Taishan Building Materials Co., Ltd. also known as Qinhuang Dao Taishan Building Materials Co., Ltd.
Court Case No.:  1:11-cv-22408-MGC

**CERTIFICATE**
*ATTESTATION*

*13 – SXS – 24*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.   que la demande a été exécutée*
      - the (date)
      *- le (date)* _____
      - at (place, street, number)
      *- à (localité, rue numéro)* _____

      - in one of the following methods authorised by article 5-
      *- dans une des formes suivantes prévues à l'article 5:*
          [  ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
          [  ]  (b)  in accordance with the following particular method*:
            *b)  .  selon la forme particuliére suivante:* _____

          [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
            *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      *- (identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      *- liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
      *The addressee refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*
_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at *Beijing* , the *June 27, 2013*
*Fait à* _____ ; *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

*   **Delete if inappropriate.**
   *Rayer les mentions inutiles.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

266532-0020

# QINGHUANGDAO CITY HAIGANG DISTRICT COURT

# PROOF OF SERVICE

[Seal: Qinghuangdao City Haigang District People's Court]

*Law Association No. FX-2013-186*
*Judicial Association No. SX-13-24*

| Cause of Action | | Document No. | No. (2013) 6 |
|---|---|---|---|
| Document Served and Number | Service request made by Hebei Superior Court Law Association No. [2013] 13: Summary of documents for service, 4 documents in all. | | |
| Recipient (Unit) | **QINGHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD.** | | |
| Address for Service | **No. 69, Gangcheng Boulevard East, Haigang District (Qinghuangdao City)** | | |
| Recipient Signature or Seal | | | Date |
| Recipient in substitution and reason(s) | | | Date |
| Notes | **Refused to accept.**<br><br>**April, 17, 2013** | | |

Issuer:  Zhang, Ling                    Servers:  Zhang, Ling    Wang, Yufeng

Note:

 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.

秦 皇 岛 市 海 港 区 人 民 法 院

# 送 达 回 证

（各类案件通用）

FX-13-186
GX-13-24.

| 案　　　由 | | 案号 | 和13）字第 6 号 |
|---|---|---|---|
| 送达文书名称和件数 | 《秦高法协[2013]13号要求送达的诉讼文书转交等共四件 | | |
| 受送达人 | 秦皇岛泰山建材有限公司 | | |
| 送达地址 | 南苑四街城土街东段69号 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　　考 | 拒收。<br><br>2013.4.17 | | |

填发人 张伶　　　　送达人 张伶、王邯郸

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。