APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Shaanxi Taishan Gypsum Co., Ltd.
    Weibei Industrial Park, Xinshi Township, Linwei District, Weinan City, Shaanxi, China, 714000

[X] (a)         in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)    in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)    by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations

Done at    APS INTERNATIONAL
*Fait à*   APS International Plaza
           7800 Glenroy Road
           Minneapolis, MN 55439  the 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0021

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Shaanxi Taishan Gypsum Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

# CERTIFICATE
## *ATTESTATION*

2013-SXS-20

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The court officers went to the company at April 2, 2013. The addressee refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* Beijing    the / August 8, 2013
Signature and/or stamp.
*Signature et/ou cachet* [Chinese seal]

_____

* Delete if inappropriate.
 *Rayer les mentions inutiles.*

2

266532-0021

*Law Association No. FX-13-162*

*Judicial Association No. SX-13-20*

# STATEMENT

Comrades Wang Xing and Ma Kun, Marshals of the Judicial Police Corp of Shaanxi Province Superior People's Court, went to Wei Bei Industrial Park, Xinshi Town, Linwei District, Weinan City, Shaanxi Province on April 2, 2013 to serve the relevant legal instruments to **Shaanxi Taishan Gypsum Co., Ltd.**, as requested by the U.S. District Court Southern District Court of Florida. At the said address, they contacted the relevant person in charge through the company's Reception Office, the person in charge of Shaanxi Taishan Gypsum Co., Ltd. refused to sign and accept the said legal instruments. Similarly, again on May 9, 2011, the said court made a separate trip to the said location to execute the service of the same legal instruments, Shaanxi Taishan Gypsum Co., Ltd. refused to sign and accept. This is to inform you that the service of the legal instruments requested by the U.S. District Court Southern District Court of Florida failed.

Shaanxi Province Superior People's Court
Judicial Police Corp Marshals

FX-13-162

SX-13-20

# 情况说明

  陕西省高级人民法院司法警察总队法警王鑫、马坤同志于2013年4月2日前往陕西省渭南市临渭区辛市镇渭北产业园向陕西泰山石膏有限公司送达美国佛罗里达州南部地区法院的相关法律文书，到达该址后，通过其值班室联系相关负责人，泰山石膏公司负责人拒绝签收此法律文书。此前于2011年5月及9月分别前往该处送达过此法律文书，泰山石膏公司也一直拒绝签收。所以导致美国佛罗里达州南部地区法院的相关法律文书无法送达。

  特此说明

陕西省高级人民法院司法警察总队法警