APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*   Shanghai East Best Arts & Crafts Co., Ltd.
                              273 Sl Ping Lu, Shanghai, Shanghai, China, 200081

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations

Done at   APS INTERNATIONAL
*Fait à*   APS International Plaza
           7800 Glenroy Road
           Minneapolis, MN 55439, the 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0024

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Shanghai East Best Arts & Crafts Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

**CERTIFICATE**
*ATTESTATION*

13-585-25

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  (b)  in accordance with the following particular method*:
           b)  *selon la forme particulière suivante:* _____

      [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
           c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
The company refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Done at Beijing , the July 26, 2013
*Fait à* _____ *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp. [seal: 中华人民共和国 司法部 民商事司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0024

*Law Association No. FX-2013-177*
*Judicial Association No. SX-25*

# THE PEOPLE'S REPUBLIC OF CHINA

# SHANGHAI SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shanghai Superior People's Court]

| | |
|---|---|
| Cause No. | Shanghai Superior Court International Service No. (2013) 039 |
| Cause of Action | Law Association Receiving No. (2013) 177   U.S. |
| Documents Served and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy; documents, one copy. |
| Recipient (Unit) | **Shanghai East Best Arts & Crafts Company Limited** |
| Address for Service | **No. 273, Siping Road, (Shanghai, China).** |
| Recipient Signature or Seal | Date          Year |
| Mode of Service Delivery | Execution Server |

Reason(s) for Non-service or Servee's refusal to accept:     **Refused to accept.**

                                Cui, Genping     Li, Chengmin

                                **April 26, 2013**

                                                            Date          Year

法协-2013-177
SX-25



# 中华人民共和国
## 上海市高级人民法院
### 送达回证

| 案号 | 沪高法外(2013) 039 号 |
|---|---|
| 案由 | 法协（2013）177 号　　美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份，文书一份 |
| 受送达人 | 上海东浩工艺品股份有限公司 |
| 送达地址 | 四平路 273 号 |
| 受送达人签名或签章 | 　　　　　　　　　　　　年　　月　　日 |
| 送达方式 | 　　　　　　执行送达人 |
| 不能送达的原因或受送达人拒收理由： | 拒收. 崔根平 李成民 2013.4.26. |
|  | 　　　　　　　　　　　　年　　月　　日 |