# SHANDONG PROVINCE QINGDAO CITY
# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Qingdao City Intermediate People's Court]

*Law Association No. FX-13-184*
*Judicial Association No. SX-13-19*

| Cause of Action | Entrusted service | Cause No. | Shandong Superior Court Law Association Receiving No. (2013) 29 |
|---|---|---|---|
| Documents Served and Number | US District Court, the State of Louisiana, Eastern District: Civil Action Summons, Complaint in Class Action, Exhibit "A", Plaintiff's Council and Plaintiff's contact information, one copy each. | | |
| Recipient (Unit) | Shandong Oriental International Trading Corp. | | |
| Address for Service | 17-21/F, Shandong International Trades Mansion, 51 Taiping Road, Qingdao City, (Shandong Province, China). | | |
| Recipient Signature or Seal | Yu, Tian Tian                              March 27, 2013 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | The siganatory is a staff of the company's personnel department.  370283198104124588          Yu, Tian Tian | | |

Issuer:   Wang, Juan               Servers:  Sun, Pan Li     Wu, Yun Mao

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Shandong Oriental International Trading Corp.
Court Case No.: 1:11-cv-22408-MGC

6N-13-19

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___May 27, 2013___
   - at (place, street, number)
   - *à (localité, rue, numéro)* ___17-21/F, Shandong International Trades Mansion, 51 Taiping Road, Qingdao, China___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* ___
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Yu tiantian___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Staff of the personnel Department___

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   ___
   ___
   ___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at ___Beijing___, the ___May 22___.
*Fait à* ___ , *le* ___

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]   266532-0022

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# 山东省青岛市中级人民法院
# 送 达 回 证

FX-13-184
SX-13-19

| 事由 | 受托送达 | 来文文号 | 鲁高法协受（2013）29号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国佛罗里达州南部地区美国地区法院民事诉讼传票、集团诉讼申诉书、证物"A"-原告集团诉讼申诉书相关原告律师与原告联络信息、民事案封面表格 | | |
| 受送达人 | Shandong Oriental International Trading Corp.（山东省东方国际贸易股份有限公司，以英文为准） | | |
| 送达地址 | 青岛市太平路51号山东国贸大厦17-21楼（17-21/F,Shandong International Trades Mansion,51Taiping Road,Qingdao,266002） | | |
| 受送达人签名或盖章 | [签名] 2013年 3月 27日 | | |
| 代收人及代收理由 | 年 月 日 | | |
| 备注 | 该公司人事部门办事员. 370283198104124588 于\[签名\] | | |

填发人：王娟                                送达人：[签名]

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Shandong Oriental International Trading Corp.
                             17-21/F Shandong International Trades Mansion, 51 Taiping Road, Qingdao, China, 266002

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire... et de ses annexes... au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at                                              APS INTERNATIONAL
Fait à____Minneapolis, Minnesota, U.S.A.____, le 27 DEC 2012

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0022

SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaries et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority:
*Nom et adresse de l'autorité requérante:* Jeff J. Karsten
APS INTERNATIONAL, LTD
APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota 55439-3122, U.S.A.

Particulars of the parties*:
*Identité des parties* Amorin (FL) v. Taishan Gypsum Co., Ltd.

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**JUDICIAL DOCUMENT***
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:* The purpose of this document is to inform Shandong Oriental International Trading Corp. that a lawsuit has been started against them and that they have been joined as a defendant.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige:* Plaintiffs' claim against the defendant is for damages and other relief in an amount to be determined as a result of the defendant's negligence; negligence per se; problematic product (strict liability); breach of express and/or implied warranties; product containing redhibitory defects; unreasonably dangerous product (liability under the Louisiana Products Liability Act); private nuisance; unjust enrichment; and violation of consumer protection acts.

Date and place for entering appearance**:
*Date et lieu de la comparution:* Defendant is required to serve on the plaintiff or plaintiff's attorney, Ervin A. Gonzalez, Colson Hicks Eidson, 255 Alhambra Circle, Penthouse, Coral Gables, FL 33134 USA, an answer to the attached documents or a motion under Rule 12 of the Federal Rules of Civil Procedure, within 21 days after service of the attached documents, not counting the day of service. Defendant must also file the answer or motion with the Clerk of Court, United States District Court for the Southern District of Florida.

Court which has given judgment**:
*Juridiction qui a rendu la décision:* N/A

Date of judgment**:
*Date de la décision:* N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte:* Defendant has 21 days after service of the attached documents, not counting the day of service, in which to serve an answer to the attached documents or a motion under Rule 12 of the Federal Rules of Civil Procedure on the plaintiff or plaintiff's attorney. Defendant must also file the answer or motion with the Clerk of Court.

Failure to do so may result in the plaintiff(s) taking a default judgment against the defendant for the relief demanded in the attached documents.

**EXTRAJUDICIAL DOCUMENT***
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte:* N/A

Time limits stated in the document**:
*Indication des délias figurant dans l'acte* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

3

266532-0022