APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    SIIC Shanghai International Trade (Group) Co., Ltd.
30/F, SIIC Building, No. 18, Caoxi North Road, Shanghai, China, 200030

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at    APS INTERNATIONAL
Fait à    APS International Plaza
          7800 Glenroy Road
          Minneapolis, MN 55439  the 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

266532-0026

13-SXS-31

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: SIIC Shanghai International Trade (Group) Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __April 26, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __30/F, SIIC Building, No. 18 Caoxi North Road, Shanghai City, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b)  *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __The signature is not legible.__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not Mentioned.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __July 29, 2013__
*Fait à* _____ ; *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]   66532-0026

*Law Association No. FX-2013-190*
*Judicial Association No. SX-31*

# THE PEOPLE'S REPUBLIC OF CHINA

# SHANGHAI SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shanghai Superior People's Court]

| | |
|---|---|
| Cause No. | Shanghai Superior Court International Service No. (2013) 44 |
| Cause of Action | Law Association Receiving No. (2013) 190   U.S. |
| Documents Served and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy; documents, one copy. |
| Recipient (Unit) | SIIC Shanghai International Trade Group Co., Ltd |
| Address for Service | SIIC Mansion, 30/F, No. 18 Caoxi Road, (Shanghai, China). |
| Recipient Signature or Seal | Lu, Xiao Luo<br>April 26, 2013 |
| Mode of Service Delivery | Execution Server: Xiao, Zhen Ping; Li, Mian    April 26, 2013 |
| Reason(s) for Non-service or Servee's refusal to accept: | Date |

FX-2013-190
SX-31

**中华人民共和国**
**上海市高级人民法院**
**送 达 回 证**

| 案号 | 沪高法外（2013）044 号 |
|---|---|
| 案由 | 法协（2013）190 号　　美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份，文书一份 |
| 受送达人 | 上海上实国际贸易集团有限公司 |
| 送达地址 | 漕溪北路 18 号上实大厦 30 楼 |
| 受送达人签名或签章 | [签名]　　2013年 4 月 26 日 |
| 送达方式 | 　　执行送达人 [签名] 2013.4.26 |
| 不能送达的原因或受送达人拒收理由： | 　　　　　　　年　月　日 |