APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

12-SXS-29

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Tai'an Jindun Building Material Co., Ltd.
                             Dawenkou, Daiyue District, Tai'an, China, 271026

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)   *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations

Done at   APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439
*Fait à*   Minneapolis, Minnesota, U.S.A.   , le  27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0029

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Tai'an Jindun Building Material Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

13-SXS-29

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:* **The addressee refused to accept the documents.**

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* Beijing , the / *le* Jun 25, 2013

Signature and/or stamp.
*Signature et/ou cachet.*

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

266532-0029

# Tai'an City Intermediate People's Court

Tai'an Intermediate Court Law Association Letter No. [2013] 4

## Shandong Province Tai'an City Intermediate People's Court Correspondence

Shandong Province Superior People's Court:

Regarding the request made by your Court's Shandong Superior Court Law Association No (2013) 23 document to serve the legal proceedings on <u>TAI'AN JINDUN BUILDING MATERIALS CO., LTD</u>. as requested by <u>the United States</u>, this is to inform you that the service failed due to the fact that <u>TAI'AN JINDUN BUILDING MATERIALS CO., LTD</u>. refused to accept the said documents. We are now returning the attached legal materials to you. Please find them herein.

[Seal]
Shandong Province
Tai'an City Intermediate People's Court

May 7, 2013

Tai'an City Intermediate People's Court Office          Printed on May 7, 2013

# 泰安市中级人民法院

泰中法函〔2013〕4号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

贵院鲁高法协受(2013)23号关于美国请求向 Tai'an Jindun Building Materials Co.,Ltd（泰安金盾建材股份有限公司）送达法律文书一事，因 Tai'an Jindun Building Materials Co.,Ltd（泰安金盾建材股份有限公司）拒收原因未能送达，现将所附材料退回，请查收。



泰安市中级人民法院
2013年5月7日

— 1 —

# Shandong Province Superior People's Court

Judicial Association No. *SX-13-29*
Shandong Superior Court Law Association
Receipt No. [2013] 23

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2013] 157 document to serve legal instruments to __Taian Jindun Building Material Co., Ltd.__ as entrusted by the United States, this is to inform you that the Shandong Province Taian City Intermediate People's Court made an attempt to serve the said legal instruments, but due to the fact that the servee refused to accept the said instruments, the service failed. We are now returning the attached materials to you. Please find them herein.

[Seal]

Shandong Province Superior People's Court
Foreign Affairs Office

May 10, 2013

# 山东省高级人民法院

鲁高法协受(2013)23号

最高人民法院外事局：

贵院法协[2013]157号关于___美国___请求向 Taian Jindun Building Material Co.,Ltd (泰安金盾建材股份有限公司) 送达法律文书一事，业已经___山东省泰安市中级人民法院___将该法律文书进行了送达，因___受送达人拒收___原因未能成功送达，现将所附材料退回，请查收。

