APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
       (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
       *(identité et adresse)*    Taian Taishan Plasterboard Co., Ltd.
                                  Beixiyao Village, Dawenkou, Taian, Shandong, China, 271026

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire* _ et de ses annexes _ avec l'attestation figurant au verso.

List of documents
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Civil Cover Sheet
✓ Translations

Done at _____ APS INTERNATIONAL
Fait à   Minneapolis, Minnesota, U.S.A.  APS International Plaza
                                         7800 Glenroy Road
                                         Minneapolis, MN 55439 , le 27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0032

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

13-SXS-28

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
 - the (date)
 - *le (date)* _____
 - at (place, street, number)
 - *à (localité, rue numéro)* _____

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
   [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b)  *selon la forme particulière suivante:* _____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)* _____

 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

The company refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* Beijing , the / *le* June 25, 2013

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0032

# Tai'an City Intermediate People's Court

Tai'an Intermediate Court Law Association Letter No. [2013] 6

## Shandong Province Tai'an City Intermediate People's Court Correspondence

Shandong Province Superior People's Court:

Regarding the request made by your Court's Shandong Superior Court Law Association No (2013) 28 document to serve the legal proceedings on **Tai'an Taishan Plasterboard Co., Ltd.** as requested by the United States, this is to inform you that the service failed due to the fact that Tai'an Taishan Plasterboard Co., Ltd. refused to accept the said documents. We are now returning the attached legal materials to you. Please find them herein.

[Seal]
Shandong Province
Tai'an City Intermediate People's Court

May 7, 2013

Tai'an City Intermediate People's Court Office                Printed on May 7, 2013

Case 2:09-md-02047-EEF-MBN   Document 17136   Filed 09/18/13   Page 4 of 6

# 泰安市中级人民法院

泰中法函〔2013〕6号

## 山东省泰安市中级人民法院函

山东省高级人民法院：

贵院鲁高法协受（2013）28号关于<u>美国</u>请求向<u>Taian Taishan Plasterboard Co., Ltd（泰安泰山石膏板有限公司）</u>送达法律文书一事，因<u>Taian Taishan Plasterboard Co., Ltd（泰安泰山石膏板有限公司）拒收</u>原因未能送达，现将所附材料退回，请查收。



泰安市中级人民法院
2013年5月7日

— 1 —

# Shandong Province Superior People's Court

Judicial Association No. *SX-13-28*
Shandong Superior Court Law Association
Receipt No. [2013] 28

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2013] 183 document to serve legal instruments to **Tai'an Taishan Plasterboard Co., Ltd.** as entrusted by the United States, this is to inform you that the Shandong Province Taian City Intermediate People's Court made an attempt to serve the said legal instruments, but due to the fact that the servee refused to accept the said instruments, the service failed. We are now returning the attached materials to you. Please find them herein.

[Seal]

Shandong Province Superior People's Court
Foreign Affairs Office

May 10, 2013

# 山东省高级人民法院

鲁高法协受(2013)28号

最高人民法院外事局：

　　贵院法协[2013]183号关于___美国___请求向 Taian Taishan Plasterboard Co., Ltd (音译：泰安泰山石膏板有限公司) 送达法律文书一事，业已经___山东省泰安市中级人民法院___将该法律文书进行了送达，因___受送达人拒收___原因未能成功送达，现将所附材料退回，请查收。



山东省高级人民法院