APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Florida

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
## *D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

$1_{2}$-GX5-22

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Jeff J. Karsten**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776        Fax: 952.831.8150**<br>**Email: JKarsten@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

*(identité et adresse)* ___ Taishan Gypsum (Chongqing) Co., Ltd. ___

_____ Luhuang Industrial Park A,  Jiangjin,  Chongqing,  China,  402260 _____

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplai et de ... au verso.*

**List of documents**
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Done at
*Fait à* ___ Minneapolis, Minnesota, U.S.A. ___, le  27 DEC 2012

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                      (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0034

Case Name:  Amorin (FL)  v.  Taishan Gypsum Co., Ltd.
Defendant:  Taishan Gypsum (Chongqing) Co., Ltd.
Court Case No.:  1:11-cv-22408-MGC

*2013-SXS-22*

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
*1.   que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)**
- *à (localité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
  [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
  *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ]  **(b)  in accordance with the following particular method\*:**
  *b)   selon la forme particulière suivante:* _____

  [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
  *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)   **that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
*The court officers went to the company at June 7, 2013. The division head of the company claimed they didn't sell any product to U.S.A. Then, the court officers explained what the documents say to him, but the division head refused to accept*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*. *the documents. The court officers tried to leave the documents at the company, but failed.*

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** *Beijing* 人民 **the** *August 8, 2013*
*Fait à* _____

**Signature and/or stamp.**
*Signature et/ou cachet*
司 法 部
民 商 事 司 法 协 助 专 用 章

---

\*   **Delete if inappropriate.**
    *Rayer les mentions inutiles.*

2

266532-0034

*Judicial Association No. SX-13-22*

# CHONGQING CITY
## JIANGJIN DISTRICT PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Chongqing City Jiangjin District People's Court]

| Cause of Action | Judicial assistance for the service of legal instruments in foreign civil and commercial actions. | Cause No. | *Law Association No. (2013) 152* |
|---|---|---|---|
| Document Served and Number | 1. Civil Action Summons, one copy issued by U.S. District Court, Eastern District Court, the State of Louisiana;<br>2. Complaint, one copy;<br>3. Documents and related Chinese Translation;<br>4. Summary of legal instruments served. | | |
| Recipient (Unit) | **TAISAHN GYPSUM (CHONGQING) CO., LTD.** | | |
| Address for Service | **Section A, Luo Huang Industrial Park, Jiangjin District, Chongqing City (Suchuan Province, China)** | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | **This is to inform you that Judge Yang Jun and Zhang Jiao Dong, the Clerk went to serve legal instruments on Taishan Gypsum (Chongqing) Co., Ltd. on June 7, 2013 at 9:20 at the address of the said company. Someone (around 40 year of age, 165 cm tall, and with a non-Sichuan accent) who identified himself as Person in Charge of the company asserted that his company has no product sold to the U.S.. After the court personnel explained obligations and rights specified in the said legal instruments, he refused to accept the said documents. So the court officers tried to leave the documents at the company but failed.** | | |

Issuer: Yang, Jun        Server: Yang, Jun     Zhang, Jiao Dong

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

SX-13-22

# 重庆市江津区人民法院
# 送达回证

| 案　由 | 协助外国司法区域<br>商事案件司法文书<br>送达 | 案号 | （　　） | 字第　　　号<br>法协（2013）152号 | | |
|---|---|---|---|---|---|---|
| 送达文书<br>名称和件数 | 1、路易斯安那州东部地区 美国地区法院 民事诉讼传票1份<br>2、诉状1份<br>3、文书及相关中译文    4、独送达文书概要1份 | | | | | |
| 受送达人 | 泰山石膏（重庆）有限公司 | | | | | |
| 送达地址 | 重庆市江津区珞璜工业园区A区 | | | | | |
| 受送达人<br>签名或盖章 | | | | 年　　月　　日 | | |
| 代收人及<br>代收理由 | | | | 年　　月　　日 | | |
| 备　考 | 重庆市江津区人民法院审判员扬长伦及张荣华于2013年6月7日时10分持相关文书到泰山石膏（重庆）有限公司住地 向该司送达上述文书，一名自称法明律服处处直人（男、约45岁左右、165cm、接头地青）表示其公司早已知并有任律经问取我所附上述文书中所载权利义务 具表示拒收上述文书向门送定记将。 | | | | | |

填表人　杨年　　　　送达人 杨年 张荣华　2013.6.7

注：(1)送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉
　　　讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　(2)代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收
　　　理由。