APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-20

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*

Taishan Gypsum Co., Ltd. Lucheng Branch
Ganlin Road No. 3, Lucheng, Shaanxi, China, 047500

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à* ___Minneapolis, Minnesota, U.S.A.___, the ___27 DEC 2012___
                                                *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0044

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd. Lucheng Branch
Court Case No.: 1:11-cv-22408-MGC

13- SXS — 20

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations
**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Beijing
*Fait à* _____ , the June 27, 2013
*, le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

266532-0044

<u>Shanxi Province Higher People's Court</u>

Shanxi Judicial Assistance [2013] 12

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 148 on the Request to Serve Legal Documents to Lucheng City Taishan Gypsum Building Material Co., Ltd., ~~Court has served the relevant party with said legal documents~~/ the service was not successful as <u>the party refused to accept them</u>. Please note that ~~the Proof of Service is hereby attached~~/ those materials are hereby returned to you.

[Seal affixed: Authorized Seal for Judicial Assistance of Shanxi Province Higher People's Court, the People's Republic of China]

May 22, 2013

Shanxi Higher People's Court ,

In response to the letters numbered Shanxi Judicial Assistance [2013] 8 and 9, Yu Gao and Luxia Shi, staffs of our court, went to Lucheng City Taishan Gypsum Building Material Co., Ltd. to serve the legal documents at 10:45 a.m. on May 7, 2013, yet Lei Hong, Director of the General Office of the company made excuses and refused to accept them, our staffs took those legal documents back.

May 7, 2013
[Seal affixed: Lucheng City People's Court]

# 山 西 省 高 级 人 民 法 院

晋法协[2013] 12 号

最高人民法院外事局：

贵院法协[2013] 148 号关于请求向当事人<u>潞城和东山</u><u>石膏建材有限公司</u>送达法律文书一事，业已经 ~~法院将该法律文书送达有关当事人~~/因<u>当事人拒收</u>原因未能送达，现 ~~将送达回证附后~~/将所附材料退回，请查收。

（中华人民共和国 山西省高级人民法院 司法协助专用章）

山西省高级人民法院：

  接晋法协[2013]08 号、09 号函，我院工作人员高宇、师露霞于 2013 年 5 月 7 日上午 10 时 45 分前往潞城市泰山石膏建材有限公司送达有关法律文书，该公司综合办主任任洪雷借故拒收，工作人员已将法律文书带回。

（潞城市人民法院印章）

二〇一三年五月七日