APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Florida

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5-12

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*            Taishan Gypsum (Pingshan) Co., Ltd.
                          Dianchang Road, Pingshan Township,  Pingshan County, China, 050400

[X]  (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ]  (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at                                               , the  27 DEC 2012
*Fait à*     Minneapolis, Minnesota, U.S.A.      , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0038

Case Name: Amorin (FL) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Pingshan) Co., Ltd.
Court Case No.: 1:11-cv-22408-MGC

B-SSS-12

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b)  *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at    Beijing                 , the   June 17, 2013
*Fait à* _____  *, le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

266532-0038

## Pingshan County People's Court of Hebei Province

### Proof of Service

(          ) Pingshan No.

| Issuer | | Cause of Action | | |
|---|---|---|---|---|
| Documents to Be Serviced | Addressee | Recipient | Date of Receipt | Signature of Recipient |
| Abstract of Documents | Taishan Gypsum (Pingshan) Co., Ltd. | Wenlong Peng | 4-8-2013 | |
| Summons | | | 4-8-2013 | |
| Complaint | | | 4-8-2013 | |
| Document | | | 4-8-2013 | |
| | | | Year  Month Day | |
| | | | Year  Month Day | |
| | | | Year  Month Day | |
| | | | Year  Month Day | |
| | | | Year  Month Day | |
| | | | Year  Month Day | |
| Remarks | We have contacted Jin Wang, Director of the General Office of the company, who stated that the company would not accept any documents of this case, would not sign or make any written explanation or response. | | | |

FX-13-185
SX-13-12  USA

Hebei Province Higher People's Court,

We received your Assistance Letter numbered Hebei Higher Court Judicial Assistance [2013] 13 and attachments on April 2, 2013. On 11 of this month, Junjie Guo, Deputy Director of the Office of our court, together with our staffs Pengfei Fu and Wei Li went to the company to serve. According to our investigation, the legal representative of Taishan Gypsum (Pingshan) Co., Ltd. is Wenlong Peng, and upon contacting Jin Wang, Director of the General Office of the company, Wang stated that the company would not accept any documents of this case. The materials of this case are hereby returned as attachments to this letter.

Sincerely,


Pingshan County People's Court


April 12, 2013

# 河北省平山县人民法院
## 送达回证

( ) 平 字第 号

| 签发人 | | 案由 | | |
|---|---|---|---|---|
| 送达文件 | 送达地点 | 收件人 | 收到时间 | 收到人签章 |
| 文书推送案 | 泰山 | 彭 | 2013年4月8日 | |
| 传票 | 石膏 (平山) | 彭文龙 | 2013年4月8日 | |
| 诉状 | 服饰 | | 2013年4月8日 | |
| 文书 | 有限公司 | | 2013年4月8日 | |
| | | | 年 月 日 | |
| | | | 年 月 日 | |
| | | | 年 月 日 | |
| | | | 年 月 日 | |
| | | | 年 月 日 | |
| 备考 | 经与该公司综合处处长北金接洽，表示不接收该案的任何文书，并不签字及相关书面解释、答复。 | | | |

河北省高级人民法院：

　　你院冀高法协[2013]12号协助函及相关附件于2013年4月2日收悉。本月11日上午由我院办公室副主任郭俊杰，工作人员付鹏飞、李伟三人到该公司进行送达。据查，泰山石膏（平山）股份有限公司法人代表为彭文龙，经与该公司综合处处长王金接洽，王表示不签收该案的任何文书。现将该案材料附函一并退回。

　　此致

敬礼

