~~Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.~~
Defendant: Taishan Gypsum (Xiangtan) Co., Ltd.
~~Court Case No.: 11-1395~~

SX-13-11

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*que la demande a été exécutée*
- the (date)
- *le (date)* ___Mar 14, 2013___
- at (place, street, number)
- *à (localité, rue numéro)* ___Taishan Gypsum (Xiangtan) Co. Ltd Industrial Park, Guoqiang Village, Chuangma Township, Yuetang District Xiangtan___

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
   b) *selon la forme particulière suivante:* ___
  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* ___The court officers left the documents at the company___
- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

___
___
In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___
___

Done at ___Beijing___, the
*Fait à*                   ; *le* ___May 22___

Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese seal: 中华人民共和国 司法部 民商事司法协助专用章]

2

* Delete if inappropriate.
 *Rayer les mentions inutiles.*

FX-13-169
SX-13-11

## Xiangtan City Intermediate People's Court of Hunan Province

### Proof of Service

[Seal affixed: Xiangtan City Intermediate People's Court of Hunan Province]

| Plaintiff | Eduardo and Carmen Amorin, et al | | |
|---|---|---|---|
| Defendant | Taishan Gypsum (Xiangtan) Co., Ltd. | | |
| Name of Documents for Service | 1. Summary of documents for service;<br>2. A summons<br>3. A complaint<br>4. Document<br>(The above documents have translation versions) | | |
| Addressee | | Date of Receipt | Signature / Seal of Recipient |
| Taishan Gypsum (Xiangtan) Co., Ltd. | | Year   Month   Day | Xiang Zhantg, manager of the General Office of Taishan Gypsum (Xiangtan) Co., Ltd., stated that Guochun Jia, legal representative of the company, was on a business trip out of town, that the General Office was responsible for meeting visitors and signing for receipt of any documents. His stated reason of refusal is that the company was established in 2008 and never had any transactions with any foreign business, therefore refusing to sign and accept the documents. Therefore, the documents were left there pursuant to the relevant provisions of the Civil Code of Procedure.<br><br>Servers:<br>Xing Huang<br>Bin Feng 3-14-2013 |
| Cellular Phone number of Xiang Zhang 15200372580 | | Year   Month   Day | |
| | | Year   Month   Day | |

FX-13-169
SX-13-11

# 湖南省湘潭市中级人民法院
## 送达回证

| 原告 | 爱德华多·艾莫林和卡门·艾莫林（Eduardo and Carmen Amorin）等人 |
|---|---|
| 被告 | 泰山石膏（湘潭）有限公司 |
| 送达文件名称 | 1、被送达文书概要一份；<br>2、传票一份<br>3、诉状一份<br>4、文书<br>（以上文书有译文） |

| 收件人单位及姓名 | 收到日期 | 收件人签名或盖章 |
|---|---|---|
| 泰山石膏（湘潭）有限公司 | 年 月 日 | 泰山石膏（湘潭）有限公司综合处张祥处长陈述，该公司法人代表名叫贾同春，出差在外，公司的对待，签收文件由综合处签。 |
| 张祥手机号码 15200372580 | 年 月 日 | 其情述拒签理由是该公司成立于2008年，从未与国外发业务往来，所以拒绝签收，所以依据民事诉讼法的相关规定，留置送达。 |
|  | 年 月 日 | 送达人 黄彤 冯斌<br>2013.3.14 |

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Florida

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)    Taishan Gypsum (Xiangtan) Co., Ltd.
Industrial Park, Guoqiang Village, Shuangma Township, Yuetang District, Xiangtan, Hunan, China, 411102

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.    , the
                                                  *le*  27 DEC 2012

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94
                                                                                    (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

266532-0042