MINUTE ENTRY
FALLON, J.
SEPTEMBER 17, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 09-7628, 10-361, 09-6690, 10-362, 10-932, 11-80, 11-252, 11-1077, 11-1363, 11-1893, 11-2349, 12-498 and 11-3023 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Fred Longer, Esq., and Arnold Levin, Esq. for Plaintiffs' Liaison Counsel
Helaine Goodner, Esq. (By Phone) for Defendant Shamrock Materials
George Lorenzo, Esq., (By Phone) for Various Class Plaintiffs
H. Minor Pipes, Esq. for Insurance Liaison Counsel

Class Counsel's Motions for Rule to Show Cause Why Settled Claims Should not be Dismissed (Rec. Doc. Nos. 17011, 17012, 17013, 17014, 17015, 17016, 17017, 17018, 17019, 17020, 17021, 17022, 17023 and 17043)

After Argument - Motions were granted with prejudice

JS10:   :15