09 md 2047
Exh. 9/17/13

ESQUIRE® BANK

# Forward Looking Statements

This presentation may contain statements relating to the future results or actions of the Company (including certain projections and business trends) that are considered "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Such forward-looking statements, in addition to historical information, which involve risk and uncertainties, are based on the beliefs, assumptions and expectations of management of the Company. Words such as "expects," "believes," "should," "plans," "anticipates," "will," "potential," "could," "intend," "may," "outlook," "predict," "project," "would," "estimated," "assumes," "likely," and variation of such similar expressions are intended to identify such forward-looking statements. Examples of forward-looking statements include, but are not limited to, possible or assumed estimates with respect to the financial condition, expected or anticipated revenue, and results of operations and business of the Company, including earnings growth; revenue growth in retail banking lending and other areas; origination volume in the consumer, commercial and other lending businesses; current and future capital management programs; non-interest income levels, including fees banking services as well as product sales; tangible capital generation; market share; expense levels; and other business operations and strategies. For this presentation, the Company claims the protection of the safe harbor for forward-looking statements contained in the PSLRA.

Factors that could cause future results to vary from current management expectations include, but are not limited to, changing economic conditions; legislative and regulatory changes, including increases in FDIC insurance rates; monetary and fiscal policies of the federal government; changes in tax policies; rates and regulations of federal, state and local tax authorities; changes in interest rates; deposit flows; the cost of funds; demands for loan products; demand for financial services; competition; changes in the quality and composition of the Bank's loan and investment portfolios; changes in management's business strategies; changes in accounting principles, policies or guidelines, changes in real estate values; an unexpected increase in operating costs; expanded regulatory requirements as a result of the Dodd-Frank Act, which could adversely affect operating results; and other factors discussed elsewhere in this presentation, and in other reports filed by the Company with regulatory agencies. The forward-looking statements are made as of the date of this report, and the Company assumes no obligation to update the forward-looking statements or to update the reasons why actual results could differ from those projected in the forward-looking statements.



ESQUIRE BANK

# Esquire QSF Banking Program

- Esquire Bank has developed a Qualified Settlement Fund ("QSF") banking program with an **innovative and well secured qualified settlement loan product.** Esquire Bank is a unique provider of financial services and products to the legal community, developing a strong brand and reputation as the **"Bank of Choice" for attorneys and** their firms.

- Esquire Bank's **dedicated QSF Team** is compromised of members from our Senior Management Team. These individuals have **multiple years of banking experience** and assist our clients to fulfill their fiduciary responsibilities.

- Understanding the important principles of **preservation of capital and fiduciary responsibilities** of the Trustee is key to our successful program. We have partnered with industry leaders to offer products that fulfill the investment requirements issued to the trustees by the courts for both on and off balance sheet products.



ESQUIRE BANK

3

# Esquire QSF Banking Program

Esquire Bank has an **in-depth understanding of QSFs** and the legal documents required to establish and administer QSFs.

**Esquire's tailored services include, and are not limited to:**

- Understanding of the Master Settlement Agreements and related confidentiality and non-disclosure elements of the MSA
- Customized QSF Account Applications & Investment Agreements
- In-depth understanding of Blocking Agreements & related Release Documents
- Coordinate document between TPA, Defense Attorney & Plaintiff Attorney
- Understanding of Release Documents protocol
- Online Banking with ability to upload the necessary files for reconciliation
- Positive Pay services (fraud protection)
- Electronic statements
- Dedicated QSF Team available 24/7
- Remote Deposit Capture
- Streamlined KYC Process



Esquire Bank

# Esquire QSF Banking Program

Understanding the importance of **principle preservation and fiduciary responsibilities** of the Trustee is key to our successful program.

We have partnered with industry leaders to offer products that **fulfill the investment requirements** issued to the trustees by the courts for both on and off balance sheet products.

- **CDARS** – The Certificate of Deposit Account Registry Services is the most convenient way to access **100% FDIC Insurance** on multi-million dollar CD deposits.

- **Insured Cash Sweep (ICS)** – The Insured Cash Sweep Service provides access to multi-million dollar **100% FDIC Insurance** for funds placed into money market accounts, providing enhanced flexibility for funding needs.



Esquire® Bank

# Esquire QSF Banking Program

- **Federated Investment Funds** – Since 1955, millions of investors in the United States and around the globe have relied on Federated Investors *for world-class investment management.* Federated has grown to become one of the nation's largest investment managers with $377.3 billion in assets under management. Federated diversified product line is distributed through approximately 5,500 financial intermediaries and institutions who assist investors in meeting their unique objectives. Esquire Bank offers numerous investment solutions including but not limited to:

    - Treasury Funds
    - Money Market Funds
    - Commercial Paper Funds (CP)
    - Corporate Bond Funds

- **Esquire Investment Services (EIS)** – Esquire Investment Services is a full service Investment Company, inclusive of Trust Services. Utilizing Esquire Investment Services is a great way to structure an investment portfolio with known parameters, such as *liquidity and maturity to maximize returns* with a focus on safety and soundness.

ESQUIRE® BANK

6

# QSF Rates

## 100% FDIC Insured Products

CDARS and ICS program market rates are set on a weekly basis. The rates for the week of September 9th are listed below and subject to change based on market conditions.

- Insured Cash Sweep (ICS) – 5bps

- **CDARS**
  - 4 week – 5bps
  - 13 week – 5bps
  - 26 week – 10bps
  - 52 week – 15bps
  - 2 year – 20bps
  - 3 year – 25bps

## Federated Investment Products

*See funds and daily rates below as of 09/11/13. Rates are subject to change based on market conditions.*

| | |
|---|---|
| U.S. Treasury Cash Reserves Fund – U.S. Treasury Securities | 0.00% |
| Treasury Obligations Fund – U.S. Treasury Securities and Repo | 0.01% |
| Government Obligations Fund – AAA Treasuries Agencies and Repo | 0.01% |
| Prime Obligations Fund – AAA Commercial Paper | 0.01% |
| Prime Cash Obligations Fund – AAA Commercial Paper with Int'l Paper | 0.03% |



Esquire® Bank

7

## QSF Fee Overview

Esquire Bank's QSF Banking Program fees are **charged to cover partial administrative costs only.** Esquire Bank's primary focus is delivering our products and services to law firms and their customers to generate revenue.

Our fees are minimal and consist mainly for the items listed below:

- Wires
- Positive Pay (Fraud Protection), if applicable
- Release Review and Processing
- Minimal Annual and Set-up Fee

Esquire Bank is prepared to work with the courts on all fees to **minimize expenses** to the QSF. The Bank will provide detailed and clear monthly statements to the courts for their review.

*See full itemized fee schedule on next slide.

ESQUIRE° BANK

8

# Primary QSF Fee Schedule

| Service | Fee per unit | Fee per annum* *It is estimated that CDW will have 21 bank accounts. |
|---|---|---|
| Wires | $20 per wire | Typical wire activity runs from 10-50 wires per $100 million in QSF annually or $200 - $2,500 annually. This fee can be adjusted. |
| Positive Pay This represents the banking service required by Claims Administrators for disbursing funds directly to claimants (Fraud Protection). | $40 per month per account (Esquire's cost) | It is estimated that CDW will have 21 banking accounts x $40 per month = $10,080 per annum. This fee represents recovery of our cost with no profit. Positive Pay only used when disbursements via check directly to plaintiffs. |
| Charge for Release Review Processing Blocked Account Agreements & Review Release | $20 per review | Typical activity runs from 10-50 reviews per $100 million in QSF annually or $200 - $2,500 annually. This fee can be adjusted. |
| Federated Investments | $50 per month per account | $12,600 per annum. This fee will be waived. |
| Annual Fee | $100 per month per account | $25,200 per annum. Typical fees by other institutions run $125-$200 per month per account or $31,500-$52,500 per annum. This fee can be adjusted. |



ESQUIRE BANK

# Current QSF Program Management



- 22 Open QSFs to Date
  - Including, but not limited to:
    - Avandia
    - Byetta
    - Chantix
    - Yaz
- $513 million Funded
- Numerous TPA's & Claims Administrators
- **Primary Focus = Preservation of Principal**



Esquire Bank

# QSF Loan Program



> Why mass tort attorneys love us: *liquidity*.

Esquire Bank's QSF Loan Program gives attorneys:

- *Liquidity*
  - No longer does an attorney have to wait for 90% of his plaintiffs to have settled before he and his clients can get paid.

- *Flexibility*
  - Attorneys can decide how they want to get paid: a lump sum, a structured settlement, or a combination of the two.

 Esquire® Bank

11

# A Safe & Sound Institution
## Core Principles – June 2013

### Strong Capital Position
- Leverage Ratio 9.98%
- Tier 1 Risk Based Capital Ratio 17.78%
- Total Risk Based Capital Ratio 19.03%

### Excess Liquidity to Meet Customer Demands
- $100 million of Excess Liquidity; 50% of deposit base

### Pristine Asset Quality
- 32% Securities (Primarily FNMA/FHLMC MBS)
- 65% Loan to deposit ratio
- Non Performing Loans to Total Assets .01%

### Strong Core Deposit Base
- $200 million with 21bp cost of funds
- 64% Low Cost Core Deposits (DDA & NOW)



ESQUIRE BANK

12

# A Safe & Sound Institution
## Excess Liquidity

**Maximize Liquidity Position**
- $100+ million or 50% deposit base; industry average is 20%-30% of deposit base.
- Ability to consistently meet all customer demands in a timely manner.

**Deposit Aggregator**
- High level of customer service; access to decision makers
- Free cash management solution; a "branch" in the office

**Regulation**
- Esquire Bank is regulated by the Office of Comptroller of the Currency (OCC).
- Supplemented with Annual Audited Financial Statements

13



ESQUIRE® BANK

# Steering Committee Stock Ownership

Members of the Plaintiffs' Steering Committee cumulatively own less than 5% of the issued and outstanding stock in Esquire Financial Holdings, Inc.*

*Individual ownership available upon request.*



ESQUIRE BANK

# Experienced Senior Management

| Management | Role | Years Financial Services Experience | Prior Experience |
|---|---|---|---|
| **Dennis Shields** | Chairman of the Board | 24 | CEO of Plaintiff Funding Corp since its inception in 2000. |
| *[illegible]* | *[illegible]* | *[illegible]* | *[illegible]* |
| Eric Bader | EVP and Chief Financial Officer / Treasurer | 14 | Former Vice President and Investment Officer at North Fork Bank. |
| *[illegible]* | *[illegible]* | *[illegible]* | *[illegible]* |
| Ari Kornhaber, Esq. | EVP and Director of Sales | 14 | Former practicing plaintiff's lawyer with the law firm of Pariser and Vogelman, PC. Former trial attorney for the law firm of Napoli, Kaiser and Bern, LLC. |



Esquire® Bank