IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion for Leave to File Document Under Seal filed by Class Counsel/Plaintiffs' Liaison Counsel, Russ M. Herman, and Class Counsel/Plaintiffs' Lead Counsel, Arnold Levin;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached document provided by Esquire Bank relating to its Financial Holdings is FILED UNDER SEAL.

New Orleans, Louisiana, this   18th   day of   September  , 2013.

_____
Eldon E. Fallon
United States District Court Judge