UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Joseph and Julie Mraz, Jr. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that the Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel investigate the issues raised in this correspondence and contact the Court to report their findings.

New Orleans, Louisiana, this 18th day of September, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Joseph and Jule Mraz, Jr.
14367 Sweat Loop Road
Wimauma, FL 33598