September 17, 2012

Honorable Judge Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, Louisiana
70130

09-2047



Dear Judge Fallon,

Joseph Mraz Jr. , my Husband of 30 years, and myself, Julie Anne Mraz are Disabled.  We are also Victims of Domestic Drywall, specifically United States Gypsum Barcode 810990035 , please see marked as Document (A).  There are others with this barcode that have filed on Safer products .Gov via the Consumer Product Safety Commission. There is one gentleman specifically  with the same barcode that is already in one of the Omnibus.  Our specific reason for writing to you , You Honor, Judge Fallon is the Case 2:09 md-02047-EEF-JCW Document 12061-5 , Filed 12/21/11 page 1 of 81 in RE: Exhibit C-1  Knauf Kpt. Page 34-35  #25 viewable United States Gypsum Barcode ending in 90037.

We are concerned as to  the Plaintiff Steering Committee's / Consumer Product Safety Commission's /Knauf Gips filing of these, what we believe to be incomplete documents via the "Non-Reactive" American or Domestically produced drywall.  We have asked the questions several times as to how this information was turned over to the courts, testing, standards, etc.. we are including the emails marked as Documents  (B) and (c ),  .  We contacted the Plaintiff Steering Committee as to this and was told via email to contact Mr. Johnston, the Curator.  Mr. Johnston has informed us that he can do nothing as to this issue and knows nothing about how the barcodes were given to the Courts.

We then contacted  Mr. Dean Oser today and left him a voice mail. He did return our phone call.  We were told that this information was turned in by Knauf and the Attorney's via the Settlement dated 12/21/11.  He further stated that in this entire drywall disaster "I can tell you right now in sitting in on these hearings on a monthly basis , it might say American but there was a shortage , there was some that was  brought in and stamped American ", I then asked if the Particular barcodes on the website were

stamped and he responded " I can't speak for those but I know it was happening" can you imagine the devastation of hearing this. I knew this was a possibility , we were told the same from the Engineer that originally inspected our home. His name is Tom Plotts. I wrote it down as he stated it (the Engineer) because we were desperate for answers back in 2010 after a month long stay in the hospital. In United States Gypsums's steadfast denial of that circumstance we now , after seeing   Vickers vs. Knauf Gips , and doing some investigation it seems more than a possibility. Our concern is that our barcode, our Reactive Domestic drywall or Re-stamped Chinese Drywall, through United States Gypsum, Jacksonville , Fl admittedly by their Counsel Pamela Martin,  however it came to be Reactive, it is just that and to be excluded from the Knauf Gips settlement ▮ to us does not seem fair and equal treatment under the law as it pertains to the listing of American/United States Gypsum "Non Reactive"..


 We have not been silent to this issue, all parties have known of our barcode , our drywall, our Poisoning , please see Document  (D) ....Poisoned through the Reactive drywall and documented on the In depth investigation through the Consumer Product Safety Commission. Please see the email from 2010 where Mr. Dean Woodard of the C.P.S.C asked us to contact him.  He did try and get United States Gypsum to fix our home and in doing so spoke with Attorney Robert Gary several times. A few months later, Dean Woodard of the C.P.S.C responded to my Disabled Husband's desperate cries for help with  "the Companies are hiring their own contractors", this was in early 2011, who were the Contractor's/Company's.  Since United States Gypsum is named, Knauf and United States Gypsum are entities of each other. How is it that all of the people that have knowledge of this have ignored this. We are speaking of all that knew of our Reactive Barcode.

Christopher Day of the Consumer Product Safety Commission as in the email,(Document E) states several different responses as to if our I.D.I "can be" released or if it was.  We have our own County in Florida via S.W.M.D. refusing to landfill the United States gypsum drywall, they do have a Chemist on the board.  We had to go in front of the Environmental Protection Commission to try and get help to dispose of it.  We also had to go in from of the Commission because it was bagged , (as it crumbled off of the walls during removal) , on concrete yet the State of Florida quoted a pollutant statute to us.  We have a Hazardous Material letter that was actually discussed in one of the Congressman's office before introducing H.R. 4212, not discussed by us but this letter states that the persons responsible for "this material" should transport to a hazardous waste facility. We did not created this hazardous or "special waste". We needed

help. The State of Florida Bureau of Financial Responsiblity stated that the Engineering report done is absolutely enough to declare the drywall "Improperly Manufactured Drywall". We had to dispose of this as "Special Waste". So we are asking the Court to respectfully please look at all Documents included and ask the Court to please have someone explain why the American made drywall listed on the settlement above, particularly the United States Gypsum barcode viewable as 90037 United States Gypsum , all labeled as "Non -Reactive", why and who tested this? To determine it not reactive and why our United States Gypsum barcode cannot be included under the "Reactive" section ? We also sent an email almost two months ago to Mr. Herman as to this question of inclusion who stated in (Document F) "I do not know what you are asking" and referred us to Mr.Johnston. Realizing this is a Chinese drywall issue via the MDL, this is why we never thought of this and having two Attorney's previous aware of all of this, never thought to ask. We have no Counsel as to date. This is why after learning that the Gentleman mentioned before with the same barcode is under one of the Omnibus, we posed the question and then in viewing the Knauf Settlement, we saw the United States Gypsum "Non Reactive" barcode and looking identical to ours, in our entire 900 sq ft home built for our Disabilites , just two numbers at the end different, we had to inquire as to how, what, when and why this is included, American Drywall. So again Your Honor, without wasting the Court's time, we sent the PSC an email as to all of this almost two months ago and again last evening(September 18,2012) but we are mailing this letter to your Chambers certified mail and would like it entered into record please as to the questions per the Settlement Agreement between the PSC and Knauf Gips dated 12/21/11.

Respectfully,

Joseph and Julie Mraz Jr.      *12/18/2012*

Joseph Mraz Jr. Julie A. Mraz



*Regrates in the complaint identified in the report.* 1/3/11

| 1. Task Number<br>101026CNE0700 | 2. Investigator's ID<br>9102 | **EPIDEMIOLOGIC INVESTIGATION REPORT** |
|---|---|---|
| 3. Office Code<br><br>810 | 4. Date of Accident<br>YR  MO  DAY<br>2010  04  19 | 5. Date Initiated<br>YR  MO  DAY<br>2010  10  28 | |

**6. Synopsis of Accident or Complaint**          UPC  081099000355

A 53 year old male and a 48 year old female are retired handicapped persons whose medical conditions were aggravated by unknown conditions that resulted in hospitalization to both.  A review of their home and symptoms resulted in the family concluding that they had contaminated drywall which was aggravating the wife's Lupus and creating upper respiratory problems for the husband.  Both are doing much better since moving out of the home.

| 7. Location (Home, School, etc)<br>1 - HOME | 8. City<br>WIMAUMA | 9. State<br>FL |
|---|---|---|
| 10A. First Product<br>1876 - House Repair Or Construction | 10B. Trade/Brand Name<br>UNITED STATES GYPSUM | 10C. Model Number<br>USG |

**10D. Manufacturer Name and Address**
USG CORPORATION
550 W. Adams St.
Chicago, IL  60661

| 11A. Second Product<br>0 | 11B. Trade/Brand Name<br>NONE | 11C. Model Number<br>NONE |
|---|---|---|

**11D. Manufacturer Name and Address**
NONE

| 12. Age of Victim<br>53 | 13. Sex<br>1 - Male | 14. Disposition<br>4 - Hospitalized | 15. Injury Diagnosis<br>68 - Poisoning |
|---|---|---|---|
| 16. Body Part(s) Involved<br>85 - ALL OF BODY | 17. Respondent<br>1 - Victim/Complainant | 18. Type of Investigation<br>1 - On-Site | 19. Time Spent<br>(Operational / Travel)<br>15 / 5 |

| 20. Attachment(s)<br>9 - Multiple Attachments | 21. Case Source<br>07 - Consumer Complaint | 22. Sample Collection Number |
|---|---|---|

**23. Permission to Disclose Name (Non NEISS Cases Only)**

◯ Yes          ◯ No          ◯ Verbal          ● Yes for Manuf. Only

| 24. Review Date<br>11/16/2010 | 25. Reviewed By<br>2147 | 26. Regional Office Director<br>Dennis R. Blasius |
|---|---|---|
| 27. Distribution<br>Woodard, Dean | | 28. Source Document Number<br>I1040360A |

CPSC FORM 182 (12/96) OMB No. 3041-0029

The family indicated that their name was to be released only to the manufacturer.
Please see exhibit #4.

**Product Information:**

**Product: Drywall**
**USG United States Gypsum Company**
**USG Corporation**
550 West Adams Street
Chicago, IL 60661
312-436-4000
www.usg.com

**Builder:**
**The home owners were the general contractors.**

**Drywall Subcontractor:**
**Hinkle Drywall Inc**
1460 Booth Dr
Valrico, FL 33594
Hillsborough County
(813) 643-8605

**Drywall Supplier:**
**Banner Supply**
Ray
7195 N.W. 30th Street
Miami, FL 33122 U.S.A.
305-593-2946
305-477-2775 fax
www.bannersupply.com
**Attorney for the Drywall Supplier:**
**Michael Peterson**
Peterson & Espino, P.A.8900 SW 117th Ave, Suite C104
Miami, FL 33186
View Map & Directions
T: 305-270-3773 F: 305-275-7410

**Attachments:**

| | |
|---|---|
| Exhibit #1 | Contacts |
| Exhibit #2 | Photographs of the home and corrosion (24) |
| Exhibit #3 | Photographs of the drywall (15) |

IDI 101026CNE0700



Photograph of the labeling on that drywall.

The home had some examples of corrosion to fixtures:



Photograph of corrosion to a toilet paper stand in the bathroom.



Photograph of corrosion to the shower head.



Photograph of corrosion to the bathroom water cutoff valve.



Close up of labeling.

IDI 101026CNE0700    Exh #3    Page 14 of 15



Close up of labeling

IDI 1010026CNE0700     Exh #3     Page 3 of 15



Close up of labeling.

IDI 101026CNE0700     Exh #3     Page 15 of 15

**JULIE A. MRAZ**
P.O. BOX 287
WIMAUMA, FL 33598

63-8300/2631
0000087883956

643

Date _Jan. 5, 07_

Pay to the
Order of _Hinkle Drywall_                    $ _800.00_

_Eight hundred + 00/100_                    Dollars

floridacentral™
The credit union you can bank on.
BRANDON, FLORIDA 33511

_Paid in full_                    _Julie C. Mraz_

⑆263183007⑆ ⑉000008788395⑉ 0643 ⑈0000080000⑈

---

0002176385 01/18/2007 009 18
4409    2 01172007    2    4409

BANK OF TAMPA TPA
⑆63000047⑆ E3822.58 P95
01/18/07

0240773116

---

Date:01-18-2007  Sequence:2176385  CUID:263183007  Serial:643  Account:87883956  Amount:$800.00
WorkType:MSDS  HiLow:H  RetCd:0  RetDt:-  RIC:0



Close up of labeling.

# FLORIDA PENINSULA

## I n s u r a n c e C o m p a n y

Claims Office – P.O. Box 89239
Tampa, FL  33689
Phone # (813) 689-5513      Fax # (813) 689-5461

June 18, 2010

JULIE MRAZ
15430 TERRY CLARK LN
WIMAUMA, FL  33598

Re:  Insured:            JULIE MRAZ
        Claim Number:     FPI021340-00
        Policy Number:    FPH1026691-01
        Date of Loss:     4/8/2010
        Peril:            All Other
        Location of Loss: 15430 TERRY CLARK LN, WIMAUMA, FL  33598

Dear JULIE MRAZ:

We have completed our inspection of the residence located at 15430 Terry Clark Ln Wimauma, FL 33598 in regards to your claim for damages resulting from "Chinese Drywall" which you say occurred on 4/8/2010 and reported to us on 4/12/2010.

Among other things, Florida Peninsula Insurance Company retained an engineer to conduct an investigation and analysis with regard to the cause of the damage. Information obtained and conclusions reached by the consulting engineer are subject to and protected by the work/product privilege and Florida Peninsula Insurance Company declines at this time to waive the privilege. Notwithstanding, without waiving that privilege and specifically reserving its rights and privileges herein, the investigation concluded that:

*1. Some of the drywall used in the construction of the home was reactive drywall. This conclusion was based on visual observation of a blackened air conditioner evaporator coil, corrosion and pitting of faucets and metal fixtures, and laboratory test results.*

*2. The outdoor air and building moisture sources were eliminated as potential sources of gases causing the sulfur-like odor in the home.*

*3. It appears that sulfide gas was available within the atmosphere of the home and has led to reactions resulting in blackening of the copper elements of the air conditioner heat exchanger coil, and pitting/corrosion of faucets and metal fixtures.*

**CITIZENS PROPERTY INSURANCE CORPORATION**
TAMPA OFFICE
PO Box 172729
TAMPA, FL 33672-0729
TELEPHONE: (866) 868-0649     FACSIMILE (866) 868 0650



September 16, 2010

Julie Anne Mraz
15430 Terry Clark Ln
Wimauma. FL 33598-5026

RE:   Citizens Claim Number:       348227
      Citizens Policy Number:      FRJH2816620
      Date of Loss:                01/29/2007
      Cause of Loss:               All Other
      Insured Location:            15430 Terry Clark Ln Wimauma, FL 33598-5026

Dear Ms. Mraz:

This letter is a follow-up to our inspection of your property June 30, 2010. During that inspection, we discussed the drywall found in the 15430 Terry Clark Lane address.  Your claim involves possible damages to your home including:  corrosion on the a/c coils, copper wires, and other electrical and plumbing fixtures and systems.  As you claimed, the damages have occurred as a result of your property being constructed with improperly manufactured drywall.

Based on the results of the inspection and evaluation of this claim, Citizens is unable to provide coverage for these claimed building property and contents damages.   Unfortunately, your Homeowners policy does not provide coverage for defective building materials, corrosion, deterioration or for the discharge, dispersal, seepage, migration release or escape of pollutants.  Please refer to the following policy provisions of your HO 00 3 04 91 policy and CIT 23 10 05 endorsement which state in part:

## PERILS INSURED AGAINST

### Coverage A – Dwelling and Coverage B – Other Structures
We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:

---

*If this document contains an excerpt from a Citizens Property Insurance Policy ("the Policy") it is provided here for informational purposes only. This excerpt is not the official version of the Policy. The official version of the Policy is the policy issued to the insured on the policy effective date. In the event there is inconsistency between this document and the Policy, the Policy shall serve as the official version.*

*F.S. 817.234(1)(b) Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.*

# **A**dcock - **A**dcock

## Property & Casualty Agency, Inc.

In Remembrance of
**John L. Adcock** †
Chairman of the Board

**Michael Adcock**
President

**Jeffrey A. Kemp, CIC.**
Executive Vice President

**James D. Randall, III, CIC.**
Vice President

Since 1973

1/5/2011

Julie & Joe Mraz
1711 Chapel Tree Cir
Apt A
Brandon, FL 33511

Re:    Homeowners
       FPH1026691
       Non-Renewal Date: 01/19/2011

Dear Mr. & Mrs. Mraz:

We have sincerely appreciated the opportunity to serve as your insurance agent for the above indicated policy. We regretfully do not have a market at this time for the above listed property due to the Chinese drywall and the residence being vacant. The policy will expire on 01/19/2011 as indicated above. **It is imperative that you secure coverge prior to the 01/19/2011 expiration date.**

Our goal has been to provide appropriate financial protection with highly-regarded insurers at competitive rates.  Insurance market conditions change regularly, and, as an independent agent, we are able to select from a variety of carriers and programs.

We will plan to stay in touch and hope we will have the opportunity to represent you again at some point in the future.  In the meantime, whenever we may be of assistance or answer questions, please don't hesitate to call us at (813) 933-6691.

Sincerely,

Cynthia Diane King

Commercial Service Rep.

Adcock Financial Center • 315 West Fletcher Avenue • Tampa, Florida 33612-3414
Phone : (813) 933-6691 • Fax : (813) 932-6287
www.adcock-insurance.com

Business Packages • Workers Compensation • Homeowners • Auto • Life • Group Health



Photograph of the A/C system

IDI 101026CNE0700   Exh #2   Page 15 of 34

MICHAEL PETERSON

PETERSON LAW

8900 SW 117TH AVE  SUITE C-104  MIAMI, FL 3318

305 - 270 - 3773

RAY JOHNSON

BANNER Supply





**FLORIDA PENINSULA**
Insurance Company

February 28, 2012

JULIE MRAZ
15430 TERRY CLARK LN
WIMAUMA, FL 33598

Re:  Insured:          JULIE MRAZ
     Claim Number:     FPI021340-00
     Policy Number:    FPH1026691-01
     Date of Loss:     4/8/2010
     Peril:            All Other
     Location of Loss: 15430 TERRY CLARK LN , WIMAUMA, FL 33598

Dear Mrs. Julie Mraz:

We have completed our investigation for your claim damages resulting from "Chinese Drywall" which you stated occurred on 4/8/2010 and reported to us on 4/12/2010. On January 31, 2012 we received a request that a supplemental claim be opened and further testing occur as it relates to your loss involving reactive drywall also known as "Chinese Drywall".

As you are aware, among other things, Florida Peninsula Insurance Company had retained an engineer who conducted an investigation, analysis and testing with regard to the cause of the damage. We find no cause for concern about the results and find no support for further testing.

These were the findings, and information obtained and conclusions reached by the consulting engineer are subject to and protected by the work/product privilege and Florida Peninsula Insurance Company declines at this time to waive the privilege. Notwithstanding, without waiving that privilege and specifically reserving its rights and privileges herein, the investigation, analysis and testing concluded that:

- Some of the drywall used in the construction of the home was reactive drywall. This conclusion was based on visual observation of a blackened air conditioner evaporator coil, corrosion and pitting of faucets and metal fixtures, and laboratory test results.

- The outdoor air and building moisture sources were eliminated as potential sources of gases causing the sulfur-like odor in the home.

- It appears that sulfide gas was available within the atmosphere of the home and has led to reactions resulting in blackening of the copper elements of the air

**To:** Day, Christopher
**Subject:** RE: chemicals
**Importance:** High


Christopher,


       You have tested American Drywall particularly usg, our year and found Chloroform? What levels are significant and of concern? should there ever be Chloroform in drywall and the other chemicals that we have , particularly the Cancer causing ones ? Chloroform level in ours should be multiplied times 1000's we have 900 sq ft of it, or did, we have our evidence samples and also some still on walls but having taken pics of all, we have all usg, same barcode, same year and some of the drywall is very disturbing. The MSDS does state that these chemicals offgas, and are toxic and hazardous. The Chloroform in particular could account for Glen Dunlap's comment on the in depth investigation. The MSDS also states that Chloroform and some of the other chemicals we have should never be mixed. I can only believe that including the Carbonyl Sulfide, etc, along with these new findings, this is why Josephs windpipe looked burned.. I would just like to mention that the Attorney on the testing is no longer representing us, he came on board after the article and let's just say, We like to be treated with dignity and respect and treat others the same. Also, we are not looking to be Millionaires, we need our health and our home desperately and have said that from day one. So there are no worries as to legal aspect .So please do not discuss our home with him. We released him.


Please let me know if you can view.


Sincerely,

Joseph and Julie Mraz Jr.

---

From: CDay@cpsc.gov
To: jamkinn@hotmail.com
Subject: RE: chemicals
Date: Fri, 1 Jun 2012 01:16:32 +0000

Julie:


I have not seen chloroform in significant levels in other drywall samples.  If you have test results showing it at a level of concern, please forward that information to me.

Thanks –


Chris


**From:** julie mraz [mailto:jamkinn@hotmail.com]
**Sent:** Wednesday, May 30, 2012 10:03 PM
**To:** Day, Christopher
**Subject:** chemicals


Chris,

        Have some pretty strange chemicals in our drywall testing. One being Chloroform.....ever heard of
this ?


Joseph and Julie Mraz Jr.


*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are
solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety
Commission. Copies of product recall and product safety information can be sent to you automatically via
Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following
web page: https://www.cpsc.gov/cpsclist.aspx *****!!!


*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are
solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety
Commission. Copies of product recall and product safety information can be sent to you automatically via
Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following
web page: https://www.cpsc.gov/cpsclist.aspx *****!!!


*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are
solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety
Commission. Copies of product recall and product safety information can be sent to you automatically via
Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following
web page: https://www.cpsc.gov/cpsclist.aspx *****!!!


*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are
solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety

**Hillsborough County Solid Waste Management Department**
**COUNTYWIDE SOLID WASTE PROFILE FORM**          **SWMD 27845**

925 E. Twiggs Ave
TAMPA, FL 33602

RETURN FORM TO:

...ugh County Solid Waste Management Department

P.O. BOX 1110
TAMPA, FL 33601-1110

...N: Management and Environmental Services Section

| COUNTY USE ONLY |
| --- |
| Approved_____   Rejected_____ |
| Disposal Facility _____ |
| Expiration Date _____ |
| Special Instructions _____ |
| Reviewed By _____ |

**GENERAL INFORMATION**

...s Name  Home Owner - Julie Anne MRAZ - Repair Permit pulled
...le                                       by Homeowner as Contractor
...Business   N/A                            PER H.C.B.P office
...s Location  Home  14367 Sweat Loop Rd. Wimauma, FL  33598
            (Street)              (City)        (State)      (Zip Code)
...s to Facility ____
...al Contact Person  Julie Anne MRAZ                    7. Phone 813-260-04
...r's Name (Hauler)  Self                              9. Phone/Fax 813-900-2617
...r's Mailing Address  Same As above

**What is the general nature of your waste (Check all that apply):**

...cultural/Nursery Retail                  5. ____ Medical/Veterinary/Pharmaceutical
...omotive Service                          6. ____ Photo Film Processing
...Cleaning/Laundry Establishments          7. ____ Retail/Office
...ustrial Process/Manufacturing            8. ✔ Other Domestic Defective Reactive Drywall
                                                (Describe)

**SOLID WASTE CHARACTERIZATION: (Please complete a separate form for each type of waste.)**

...Waste  DOMESTIC Defective Reactive Drywall
...Method of Disposal ____
...cy of Disposal  1/2 house, 1st disposal .... second 1/2 house 2nd disposal
...Generated  60 30 gal. black   Per Week_____   Month_____   Year As above
                    trash bags
...State_____ Solid_____ Liquid_____ Semi-Solid_____ Other  (Describe) Drywall broken into
...ontainer Types_____   How Many?  (Per Week, Month, Year)_____   pieces put into bags
...RCRA or D.O.T. hazardous material? (As defined in USEPA 40 CFR PART 260.10) ____YES  ✔NO      As Above
...e any Free Liquids present? ____YES  ✔NO

**SAMPLING CRITERIA**

...rial/commercial wastes require analytical testing data to determine if they are acceptable for disposal in the Solid Waste
... System. The Hillsborough County Solid Waste Management Department (HCSWMD) may require additional information
...e stream. (Please see instruction sheet.) The HCSWMD reserves the right to require additional analysis of waste prior
...quent to acceptance for disposal.

...current method used to determine the physical and chemical composition of the waste.

...__TCLP _____ OTHER  (Describe) Testing Per Engineering Firm

...f current test results are to be submitted with this form. Attached? Yes ✔  No____

**GENERATOR CERTIFICATION** By signing this form, generator certifies that, unless clearly stated above:
...e is not hazardous waste (as defined by the USEPA 40 CFR Part 260.10) Federal Regulation or other State and Local
...ns.
...te does not contain any levels of Polychlorinated Biphenols (PCBs).
...te does not contain any infectious, biomedical, or biohazardous waste materials. )? See testing.
...te does not contain any soil (dirt) material.
...contains a true and accurate description of the waste material to be disposed.
...nt information regarding known or suspect hazards in possession of the generator has been disclosed.

...d any changes occur in the character of the solid waste, the generator shall immediately notify the Hillsborough
... Waste Management Department.



**BOARD OF COUNTY COMMISSIONERS**
Kevin Beckner
Victor D. Crist
Ken Hagan
Al Higginbotham
Lesley "Les" Miller, Jr.
Sandra L. Murman
Mark Sharpe

# Hillsborough County
## Florida

Office of the County Administrator
Michael S. Merrill
January 17, 2012

**CHIEF ADMINISTRATIVE OFFICER**
Helene Marks

**CHIEF FINANCIAL ADMINISTRATOR**
Bonnie M. Wise

**DEPUTY COUNTY ADMINISTRATORS**
Lucia E. Garsys
Sharon D. Subadan

Julie A. Mraz
Property Owners
14367 Sweat Loop Rd
Wimauma, Florida 33598

Dear Mrs. Mraz:

The Hillsborough County Public Utilities Department Solid Waste Management Group (SWMG)
has received your **Countywide Solid Waste Profile Form** for **Julie Mraz/Property Owners.**
The SWMG **rejects** the solid waste for disposal in the Solid Waste Management System.

Application No: **SWMD 27845**          Type Waste: **Defective Drywall**

Disposition: **REJECTED**          Expiration Date: **N/A**

**CONDITIONS:**

> **THE SOLID WASTE MANAGEMENT GROUP HAS DETERMINED THAT THIS MATERIAL IS
> UNACCEPTABLE FOR DISPOSAL DUE TO CONCERNS REVEALED IN TEST RESULTS, INDICATING
> CONTENTS OF STRONTIUM, IRON AND SULFUR.  THE UNKNOWN EFFECTS OF THESE
> PROBLEMATIC CONSTITUENTS COULD IMPACT EMISSIONS AS WELL AS NEGATIVELY IMPACT
> THE LANDFILL LEACHATE TREATMENT SYSTEM. THEREFORE, YOUR WASTE IS REJECTED FOR
> DISPOSAL IN THE PUBLIC UTILITIES' SOLID WASTE MANAGEMENT SYSTEM.**
>
> **NOTE:  THE GENERATOR MAY WANT TO CONTACT A HAZARDOUS WASTE TRANSPORTER TO
> ASSIST IN PROPER HANDLING OF THIS WASTE STREAM.**

Should you have any questions, please contact Ernie Mayes at (813) 272-5977 x43930.

Sincerely,

Patricia V. Berry, Group Manager
Solid Waste Management Group
Public Utilities Department

PVB/em
xc:  Raymond Graves, Sen. Eng. Tech.,  SWMG
      Sheryl Colonado, Waste Management, Inc



# CONSUMER SERVICES
## Department of Financial Services

July 13, 2012

Julie Mraz
14367 Sweat Loop Road
Wimauma, FL 33598

Re:     Service Request Number: 1-746597728
        Company Name: Citizens Property Insurance Corporation

Dear Ms. Mraz:

Thank you for contacting the Florida Department of Financial Services regarding your homeowner claim with Citizens. In an effort to assist you, we contacted the company, and we have now received the company's response.

Citizens states they received notice of your loss on June 24, 2010, with January 29, 2007, reported as the date of loss.

On June 29, 2010, the field adjuster contacted you to discuss the details of the claim. During the conversation, the adjuster scheduled an appointment to inspect the property.

On Jun 30, 2010, the field adjuster arrived at your residence and conducted a full inspection obtaining photographs during this visit.

During the investigation of this reported loss, Citizens obtained a copy of the engineering report prepared by Rimkus Consulting Group, Inc.  Rimkus was retained by Florida Peninsula Insurance Company and therefore, provided their repot following the inspection and testing conducted at the residence. There is nothing wrong with Citizens using this report since, Rimkus provided an expert, professional opinion based upon their investigation at the premises in May of 2010, as such, a second opinion was not necessary.

Citizens denied your claim based upon the evidence obtained by Rimkus Consulting Group who concluded that the home was damaged as a result of the installation of improperly manufactured drywall Drywall along with the exclusions in your policy provisions applicable to such a loss.

On September 16, 2010, the adjuster mailed you a denial letter explaining the exclusions which apply to their loss. Citizens remains firm with their denial of this claim.

FLORIDA DEPARTMENT OF FINANCIAL SERVICES • DIVISION OF CONSUMER SERVICES
www.myfloridacfo.com/Division/Consumers
Rebecca Blackburn • DFS Insurance Analyst/Advisor
200 E. Gaines St. • Tallahassee, FL 32399-0322
Toll-free: 1-877-693-5236 • Direct: 850-413-3089 • Fax 850-413-1550
Affirmative Action • Equal Opportunity Employer

As an administrative agency, the Department does not have the jurisdiction to adjudicate disputes of fact or law.

We realize this letter does not resolve your specific problem, but we hope these comments help you better understand the handling of your concerns. For additional information on insurance or financial matters, please visit us on the web at www.myfloridacfo.com/Division/Consumers. If you would prefer, you can speak to one of our Insurance Specialists by calling our Consumer Helpline at 1-877-693-5236 between 8:00 am and 5:00 pm EST.

Sincerely,


Rebecca Blackburn

# RE: AmericanMadeDrywall/Knauf Subsidiary/Omnibus?

**Brandy Blisard** (bblisard@hhklawfirm.com)

Wed 9/19/12 9:52 AM

'julie mraz' (jamkinn@hotmail.com)

Russ Herman (RHERMAN@hhklawfirm.com); alevin@lfsblaw.com (alevin@lfsblaw.com); Lenny Davis
(LDAVIS@hhklawfirm.com)

Mr. and Mrs. Mraz,

This confirms receipt of your email. I will confer with the attorneys copied on the email and then
respond.

Sincerely,

Brandy J. Blisard, MDL Paralegal

Chinese Drywall MDL 2047

Herman, Herman & Katz, LLC

820 O'Keefe Avenue

New Orleans, LA  70115

V: 504.581.4892

F: 504.561.6024

E-mail: bblisard@hhklawfirm.com

www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT
INFORMATION ACCORDINGLY.**

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not
read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call immediately
at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the

message back to us and deleting it from your system. Thank you.

**From:** julie mraz [mailto:jamkinn@hotmail.com]
**Sent:** Tuesday, September 18, 2012 7:02 PM
**To:** Brandy Blisard
**Cc:** Russ Herman; alevin@lfsblaw.com; Lenny Davis
**Subject:** FW: AmericanMadeDrywall/Knauf Subsidiary/Omnibus?

Brandy,

        I returned your phone call today at approximately 1:00 p.m., left you a voice mail and was later
told after phoning you again that you were at lunch and then when I phoned back you were in a meeting
with the Senior Partner. I was given your email address. I did not hear from you later this afternoon so we
are sending this now.

As you can see, we contacted your office back in August. The email speaks for itself and we did follow
up with Mr.Johnston per the email. Mr. Johnston emailed us while on vacation and asked for any and all
documents related to our home. We sent those including but not limited to the Consumer Product Safety
Commission In-depth-investigation, the Engineering Report, the Hazardous Material letter denying
disposal and a number of photos and other documents as to our United States Gypsum Barcode
#081099000355  deemed to be Reactive by all involved.

Having stated all of this, Mr.Johnston phoned us on 9/10 and stated that if we do have Reactive American
Made Drywall we have an issue but he can do nothing. Our questions as to being included in the Banner
Settlement, (we were supplied the Reactive, United States Gypsum Barcode 081099000355    ) by
Banner Supply, Tampa, Fl. It was brought in from the United States Gypsum Plant in Jacksonville, Fl.
This admitted by the Counsel for U.S.G. . We do not have Counsel.

We were told by another gentlemen that he is in a particular Omnibus, yet his Reactive wallboard is not
listed on the Court's website via the Settlement Agreement  which made us question how the Courts,
Judge Fallon, received the American Drywall barcodes listed on the Knauf Gips Settlement
of http://www.laed.uscourts.gov/Drywall/12-21-11.kpt.global.settlement.pdf . His is the same barcode as ours. Two
numbers different from the "Non Reactive" United States Gypsum barcode listed on the Settlement agreement via the
PSC and Knauf Gips, etc...

We decided to contact Christopher Day of the Consumer Product Safety Commission to see if we could get answers to this question and exactly why, American Drywall particularly United States Gypsum is even listed in the Settlement and on the Website. We have Reactive U.S.G. drywall, two numbers different only. He stated that the C.P.S.C aggregated the documentation and turned it over to the court. I then posed the question as to when this particular "non-reactive " barcode, U.S.G. , on the settlement agreement was given to the Court. We also posed the question as to why our particular barcode,  the one that several others have as well was not released as the "Reactive" drywall that it is.  We were told that it would be checked on.

Yesterday we decided to phone Judge Fallon's Chambers and spoke with Mr.Oser when he phoned us back, he informed us that the information listed including the United States Gypsum Barcode(Exhibit C-1 page 34-35 #25 ending in 90037 viewabe only    "Non Reactive" was given to the Courts by your office and Knauf Gips and that as Plaintiff Counsel and PSC, we should contact your office, this brings us back to you now one and a half months later.

Question : Knauf Gips , this is a Subsidary of United States Gypsum, correct ?

              Knauf Gips, this is a Subsidary of Gips Recycling , correct ?

              Where did the PSC and / or Knauf get the information as to "Non reactive" American Made Drywall, particularly the United States Gypsum barcode    ending in 90037 viewable only    ?

              Was it tested as to it's "Non reactivity"?

              In the settlement, it states sulfur as one of the "Reactive" guidelines , who created these "Reactive " or "Non Reactive" guidelines as to the Sulfur Content? as it relates to this Settlement ?

              Why is American Drywall included on the Settlement Exhibit at all ?

              Would full disclosure include all United States Gypsum Drywall barcodes if "Reactive", shouldn't this be listed.?

Since Mr.Oser asked us to phone your office, your Settlement agreement with Knauf includes United States Gypsum , certain barcodes as Exhibit  C-1, we are respectfully asking... for the record ...as to an answer to these questions please. We are Disabled Americans trying to find answers and as Officers of the Court and part of the Plaintiff Steering Committee and Plaintiff Liason, we are looking to your office for the answers as to the date of awareness and receipt of these American Made  Drywall "Non reactive" barcodes and how you obtained this information.

We patiently await your response but intend to find the answers through all avenues. Mr.Oser helped us greatly.

Sincerely,

Joseph and Julie Mraz Jr.

---

From: RHERMAN@hhklawfirm.com
To: jamkinn@hotmail.com
CC: alevin@lfsblaw.com; LDAVIS@hhklawfirm.com
Subject: Re: AmericanMadeDrywall/Knauf Subsidiary/Omnibus?
Date: Wed, 1 Aug 2012 15:03:57 +0000

I do not understand your question If you have an attorney you should direct your question and additional information to her or him If you do not have an attorney you should contact Robert Johnston of New Orleans Atty appointed by the court

Sent from my iPhone

On Aug 1, 2012, at 6:40 AM, "julie mraz" <jamkinn@hotmail.com> wrote:

Dear Sir,

We would greatly appreciate a response to our questions please.

Sincerely,

Joseph and Julie Mraz Jr.

---

From: jamkinn@hotmail.com
To: rherman@hhkc.com
Subject: AmericanMadeDrywall/Knauf Subsidiary/Omnibus?
Date: Mon, 30 Jul 2012 12:34:37 -0400

Dear Sir,

       We have United States Gypsum , subsidary, part of Knauf. Our drywall is proven to be defective by an Engineering Report, confirmed by the Chemist for our County and now through a letter from the State of Florida "we have improperly manufactured drywall".

My question is, we bought this through Banner Supply. The Gentlemen that has the same barcode, just withdrew from the MDL under the Omnibus? because he hired an Attorney, but how was he allowed to file under this , he received his from L&W ?  He does not have Chinese.

Are we able to file because Knauf /United States Gypsum/Banner are involved?

Sincerely,

Joseph and Julie Mraz Jr.

CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.

# Re: FW: Mr. and Mrs. Mraz, pls contact me. thx

**Robert Gary** (rdgary@gmail.com)
Thu 1/06/11 3:32 PM
julie mraz (jamkinn@hotmail.com)

You should call him.

On Fri, Dec 3, 2010 at 5:19 PM, julie mraz <jamkinn@hotmail.com> wrote:

> I just checked my email. Too late to call today. Should I contact him Monday or wait and let you
> do it ?
>
> Julie Anne Mraz
>
> _____
>
> From: DWoodard@cpsc.gov
> To: jamkinn@hotmail.com
> Date: Fri, 3 Dec 2010 14:40:35 -0500
> Subject: Mr. and Mrs. Mraz, pls contact me. thx
>
>
>
> Dean W. Woodard
>
> Director, Defect Investigations
>
> U.S. Consumer Product Safety Commission
>
> 301 504 7651
>
>
> *****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any
> attachments) are solely those of the author and do not necessarily represent those of the U.S.
> Consumer Product Safety Commission. Copies of product recall and product safety information
> can be sent to you automatically via Internet e-mail, as they are released by CPSC. To
> subscribe or unsubscribe to this service go to the following web page:
> https://www.cpsc.gov/cpsclist.aspx *****!!!

been admonished via

# Fwd: Mraz home

**Robert Gary** (rdgary@gmail.com)

Mon 12/20/10 1:26 PM

julie mraz (jamkinn@hotmail.com)


---------- Forwarded message ----------
From: **Robert Gary** <rdgary@gmail.com>
Date: Mon, Dec 20, 2010 at 1:25 PM
Subject: Mraz home
To: DWoodard@cpsc.gov

Dean

Is there any word from USG?  We have been waiting for word from you before determining our legal strategy.

Bob Gary

# RE: chemicals

**Day, Christopher** (CDay@cpsc.gov)
Wed 9/05/12 6:19 PM
julie mraz (jamkinn@hotmail.com)
Howell, Robert (RHowell@cpsc.gov)

Julie:

Again, the MDL aggregated information from a number of sources (the CPSC, litigants, state agencies, etc.). As noted in my first email to you, I am checking to see if your specific IDI was cleared for release to the public.

Chris

**From:** julie mraz [mailto:jamkinn@hotmail.com]
**Sent:** Wednesday, September 05, 2012 5:57 PM
**To:** Day, Christopher
**Cc:** Howell, Robert
**Subject:** RE: chemicals

Chris,

In your statement, first sentence : So was our drywall sample/barcode released to the MDL?

second sentence:  So, our drywall barcode was not cleared ?

third sentence :  I did not ask about categorization, I asked why our barcode was not on the website, and why not ?   Chris, it is a simple question. Why was it not included in the barcode or in addition to the barcode on the MDL ?  it is not a question of placement but rather Release to the MDL by the Consumer Product Safety commission and why American Made Drywall is even mentioned or placed . You have to have an answer to that question, there was a request by Judge Fallon and this is what you gave him, why ? Why was the request made and for what reason is American Drywall Barcodes included ?

If you cannot give me an answer as to all of the questions....simply, then I will ask elsewhere within the Commission.


Thanks,

Joseph and Julie.

---

From: CDay@cpsc.gov
To: jamkinn@hotmail.com
CC: RHowell@cpsc.gov
Subject: RE: chemicals
Date: Wed, 5 Sep 2012 21:37:45 +0000

Julie:


I have no information as to why the barcode ending in number 37 is listed in that specific part of the MDL website and your drywall sample is not. As I have noted in several previous emails, we have made all of our cleared information and data available to all outside parties including the MDL. However, we have no control the categorization of information on the MDL website. That is controlled by Judge Fallon and the U.S. District Court for the Eastern District of Louisiana, not the Commission.


Chris


**From:** julie mraz [mailto:jamkinn@hotmail.com]
**Sent:** Wednesday, September 05, 2012 5:27 PM
**To:** Day, Christopher
**Cc:** Howell, Robert
**Subject:** RE: chemicals
**Importance:** High


Chris,


        As in all below emails....and in your response. Why is it that on the Court's website,  there is a U.S.G barcode ending in number 37 that is listed as Non or Not Reactive. Why this particular barcode ? If the Consumer Product Safety Commission believes our Particular Barcode to be Not Reactive, why would it not be

included on the Court's website ? As in full disclosure.

What difference does it make to the Court's, the CPSC if American Drywall....the barcodes that you gave them is Not Reactive as it pertains to  the litigation in the MDL ? why would the CPSC turn this info over to the Court as in your words below ? You are an Attorney. I have to believe that you know exactly what we are asking.

Sincerely,

Joseph and Julie Mraz Jr.

---

From: CDay@cpsc.gov
To: jamkinn@hotmail.com
CC: RHowell@cpsc.gov
Subject: RE: chemicals
Date: Wed, 5 Sep 2012 21:03:06 +0000

Julie:

I have asked Commission staff to look into your question regarding redaction of the name from the manufacturer's response to your filing on SaferProducts.gov.  I am also checking to see if you IDI can be cleared for public posting.

With regard to your question on the barcode, I'm not really sure what you are asking for.  Can you please clarify?

Thanks –

Chris

Case 2:09-md-02047-EEF-MBN  Document 17147-1   Filed 09/19/13   Page 37 of 41

**From:** julie mraz [mailto:jamkinn@hotmail.com]
**Sent:** Tuesday, September 04, 2012 6:57 PM
**To:** Day, Christopher
**Cc:** Howell, Robert
**Subject:** RE: chemicals
**Importance:** High


A Response to all questions and issues below would be greatly appreciated.



Sincerely,

Joseph and Julie Mraz Jr.

---

From: jamkinn@hotmail.com
To: cday@cpsc.gov
CC: rhowell@cpsc.gov
Subject: RE: chemicals
Date: Wed, 29 Aug 2012 12:37:33 -0400

Chris,



We did not receive an answer to the below question as in the below email :


We would further like to know why the person from USG that made the last comment , why his name was removed after our Article came out ? How can a representative from a Corporation be Anonymous ?




Your answer to my question as to Our Barcode and the Barcode on the Court's website

With regard to the MDL, we made all of our studies and research available to the Court, participants in the litigation, and the general public.  As it is private litigation, I can't comment specifically (because I do not know) how it may or may not have been used by the parties.

Having found a 2009 release of a Bar code, the same as ours  and quite an extensive IDI done, since you released online, the one U.S.G Barcode as in your statement above ........are you in act of omission somehow admitting that our Barcode/U.S.G is Reactive ?  We know it is but as a Government Agency , we would like this entire situation explained as to the legality of it per the Federal Court, your In depth investigation  and your statement above.

We would further like to know why our In depth investigation has not been released online and if it has please send the link.

Sincerely,

Joseph and Julie Mraz Jr.

_____

From: CDay@cpsc.gov
To: jamkinn@hotmail.com
CC: RHowell@cpsc.gov
Subject: RE: chemicals
Date: Thu, 9 Aug 2012 19:07:00 +0000

Julie:

Thanks for the follow-up e-mail.  I'll try to respond to your questions – in order:

With regard to the MDL, we made all of our studies and research available to the Court, participants in the litigation, and the general public.  As it is private litigation, I can't comment specifically (because I do not know) how it may or may not have been used by the parties.

I'll ask Lori Saltzman about the chloroform testing in the Tab A/EPA materials. I know that chloroform was tested by LBNL, and is listed in the Tab C materials ( see, eg, page 318).

With regard to Congress, the CPSC is under the jurisdiction of the House Energy and Commerce Committee and the Senate Commerce Committee.

You are more than free to file another report with SaferProducts.gov regarding your latest findings. Please note, however, that we are required (by our statute) to allow manufacturers to respond to information/complaints filed and post their response. In some cases, we are also statutorily required to remove certain information if a claim is made that contains "materially inaccurate information" or "confidential" information. Again, this is not an individual decision made by Commission staff – it is required by the statute.

Hope this information is helpful. Please let me know if you have any other questions or concerns.

Chris

**From:** julie mraz [mailto:jamkinn@hotmail.com]
**Sent:** Wednesday, August 08, 2012 8:16 AM
**To:** Day, Christopher
**Cc:** Howell, Robert
**Subject:** FW: chemicals
**Importance:** High

http://chinesedrywall.com/files/Drywall_Indicia_Guide.pdf

Chris, Mr.Howell,

In handling some issues with this drywall, I came upon Judge Fallon's or I should say the Court's website and found the USG barcode, said to be not reactive, obviously this is not our barcode. I am curious as to how this information was given to Judge Fallon and what testing was used to determine this. Did the Consumer Product Safety Commission test this particular year and bar code and if so what were the findings as to determine it Not Reactive ?

'Chloroform was not found in the chemical analysis of drywall done by EPA (Tab A) or in the emissions reported by LBNL (LBNL Chamber Emissions Study, October 2010).

Chris, the above excerpt from your email before the conference call stated that Chloroform was not found in Tab A , however this is not what we were told during the conference call per Ms.Saltzman and having been sent the below link, I cannot find Chloroform anywhere, Please copy and paste if you find it.

We, are also requesting exactly whom it is in Congress that the Consumer Product Safety Commission reports to ?  You, being the Legislative Liason should be able to give us this information , no problem.

Having absorbed all of the information that was stated during the phone conference, and previous conversation with one of your Scientist before you asked me to just speak directly with yourself or Mr.Howell, we are wondering now how feasible it is to put our new findings on the SaferProducts .org site ?  We would like to let the Public know of our findings as to the Cancer causing chemicals whether the EPA approves them or not, and we are in process of speaking with them.  Just like to know if our complaint will be printed?  We would further like to know why the person from USG that made the last comment , why his name was removed after our Article came out ? How can a representative from a Corporation be Anonymous ?

Julie:

Here are the links to the 10-home study and the elemental study:


http://www.cpsc.gov/info/drywall/TabC.pdf


http://www.cpsc.gov/info/drywall/TabA.pdf


Chris

---

From: CDay@cpsc.gov
To: jamkinn@hotmail.com
Subject: RE: chemicals
Date: Fri, 1 Jun 2012 14:49:59 +0000

Julie:


Just to clarify my e-mail from last night, I have personally never seen chloroform in other drywall test results.  As you know, I am a lawyer not a scientist -- and have personally reviewed only a small subsample of test results.  (Those that I have seen generally only identify substances above a certain reference level, and I have never seen chloroform.)


Having said all that, I will forward your test results to our professional staff so they can take a look at them.


Thanks –


Chris


From: julie mraz [mailto:jamkinn@hotmail.com]
Sent: Friday, June 01, 2012 9:21 AM