Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, be dismissed with prejudice, all parties to bear their own costs, with plaintiff reserving all rights against all other defendants.

Respectfully submitted;

_____
ANDREW A. LEMMON (Bar No. 18302)
LEMMON LAW FIRM, LLC
Post Office Box 904
15058 River Road
Hahnville LA 70057
Telephone: (985) 783-6789
Fax: (985) 783-1333
Email: Andrew@LemmonLawFirm.com

CERTIFICATE OF SERVICE

hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[✓] U. S. Mail
[ ] Email
[ ] Hand Delivery
[ ] Facsimile

This __9th__ day of __JULY__, 2013.

_____

00239154 - v1                                   -2-

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD AND CONSTANCE ALMEROTH, et al. | NUMBER 12-0498 |
| -VERSUS- | SECTION L, MAG 2 |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al. | CLASS ACTION COMPLAINT |

**************************************************************************

## ORDER

The foregoing Motion considered;

IT IS ORDERED that all claims of plaintiff, Andrew A. Lemmon, against defendants, Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, be and the same are hereby dismissed with prejudice, all parties to bear their own costs, with plaintiff reserving all rights to proceed against all other defendants.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[✓] U. S. Mail
[ ] Email
[ ] Hand Delivery
[ ] Facsimile

This 9th day of JULY, 2013.

_____

00239154 - v1                                    -2-