UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2047 |
| | : | |
| CHINESE MANUFACTURED DRYWALL | : | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

## NOTICE OF FILING AFFIDAVIT OF RAYMOND P. FARLEY IN SUPPORT OF MOTION TO OPT-OUT OF SETTLEMENT AND WITHDRAW NOTICE OF RESCISSION OF OPT-OUT OF SETTLEMENT AGREEMENTS BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Counsel for RAYMOND P. FARLEY and AMELIA J. FARLEY, hereby gives notice of filing the following in support of their Motion to Opt-Out of Settlement and Withdraw Notice of Rescission of Opt-Out of Settlement Agreement:

1. Affidavit of RAYMOND P. FARLEY.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the a true and correct copy of the foregoing has been served on counsel of record via regular U.S. Mail and electronic mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24 day of September, 2013.

FERGESON, SKIPPER, SHAW, KEYSER,
BARON & TIRABASSI, P.A.
1515 Ringling Boulevard – 10th Floor
Sarasota, FL 34236
941-957-1900 / Fax 941-957-1800
Attorneys for Claimants,
RAYMOND P. FARLEY and AMELIA J. FARLEY

BY: /s/DAVID S. MAGLICH
DAVID S. MAGLICH
Florida Bar No. 441708
dmaglich@fergesonskipper.com

Copies to:

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street – Suite 500
Philadelphia, PA  19106
alevin@lfsblaw.com

Kerry J. Miller
Frilot, L.L.C.
1100 Poydras Street - Suite 3700
New Orleans, LA  70163
kmiller@frilot.com

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street – Suite 220
Miami, FL  33186
mpeterson@petersonespino.com

W. David Conner
Haynsworth Sinkler Boyd, P.A.
P.O. Box 2048
Greenville, SC  29602
dconner@hsblawfirm.com

H. Minor Pipes, III
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street – Suite 2400
New Orleans, LA  70112
mpipes@barrassousdin.com

Neal A. Sivyer
Sivyer Barlow & Watson, P.A.
Suntrust Financial Center
401 E. Jackson Street – Suite 2225
Tampa, FL  33602
NSivyer@sbwlegal.com

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
rherman@hhklawfirm.com

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road, NE – Suite 2400
Atlanta, GA  30326
msexton@wwhgd.com

Dorothy Wimberly
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA  70130
dwimberly@stonepigman.com

Richard Duplantier
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street – 40th Floor
New Orleans, LA  70139
rduplantier@gjtbs.com

Steven Glickstein
Kaye, Scholer, LLP
425 Park Avenue
New York, NY  10022
sglickstein@kayescholer.com