UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2047 |
| | : | |
| CHINESE MANUFACTURED DRYWALL | : | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER

This Court, having considered RAYMOND P. FARLEY and AMELIA J. FARLEY'S Motion for Leave of Court to Supplement Record in Support of Class Members, Raymond P. Farley and Amelia J. Farley's Motion To Opt-Out of Settlement and Withdraw Notice of Rescission of Opt-Out of Settlement Agreements by Individual Class Members (Doc. 17042),

It is ORDERED that the motion is GRANTED, and Exhibit "A" is FILED into the record in support of the FARLEYS' Motion to Opt-Out of Settlement and Withdraw Notice of Rescission of Opt-Out of Settlement Agreements by Individual Class Members.

New Orleans, Louisiana, this _____ day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE