UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### CLASS COUNSEL'S AND INSURANCE LIAISON COUNSEL'S JOINT MOTION TO DISBURSE SETTLEMENT FUNDS

NOW COMES, Class Counsel, Russ M. Herman and Arnold Levin, and Insurance Liaison Counsel, who move this court for an Order, in connection with the Global Settlement, directing Insurance Liaison Counsel to distribute Settlement Funds to Class Counsel, and further authorizing Class Counsel to deposit the Funds in the account previously approved by the Court and established by Class Counsel, all as is more fully set forth in the attached memorandum in support.

Respectfully submitted,

Dated:  September 25, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

1

Arnold Levin Fred S. Longer Sandra L. Duggan Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

/s/ H. Minor Pipes, III.
**Judy Y. Barrasso, Esquire**
**H. Minor Pipes, III., Esquire**
**BARRASSO USDIN KUPPERMAN FREEMAN & SARVER, LLC**
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: (504) 589-9700
Fax: (504) 589-9701
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
*Insurance Liaison Counsel in MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Class Counsel's and Insurance Liaison Counsel's Joint Motion to Disburse Settlement Funds and Establish Fund has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of September, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*