UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL ACTIONS | : : : | |
| : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | | |

**CLASS COUNSEL'S AND INSURANCE LIAISON COUNSEL'S
MEMORANDUM IN SUPPORT OF
JOINT MOTION TO DISBURSE SETTLEMENT FUNDS**

**MAY IT PLEASE THE COURT:**

Class Counsel, Russ M. Herman and Arnold Levin, and Insurance Liaison Counsel jointly submit this memorandum in support of their Joint Motion to Disburse Settlement Funds:

On February 7, 2013, the Court entered an Order and Judgment: (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570]. The Order is now final. The Global Settlement Class relates to the Settlement Agreement that was entered into by and among the Plaintiffs' Steering Committee ("PSC") on behalf of the Class Members in *In re: Chinese- Manufactured Drywall Products Liability Litigation*, MDL No. 2047, Eastern District of Louisiana, including the various consolidated Omnibus Complaints and individual actions, and those Builders, Installers and Suppliers referred to as Participating Defendants, together with the Participating Insurers (the "Global Settlement").

Insurance Liaison Counsel is in possession and holding settlement funds from the Participating Defendants and Participating Insurers, and Class Counsel and Insurance Liaison Counsel seek authorization from the Court for Insurance Liaison Counsel to distribute the

1

Settlement Funds being held by Insurance Liaison Counsel in connection with the Global Settlement in accordance with Section 4 of the Global Settlement.

The Court's Order of February 7, 2013, approved certain expenditures in connection with the issuance of notice to Class Members and other terms of the Prospective Insurance Agreement at the time preliminary approval was granted by the Court on May 31, 2012 [Rec. Doc. 14562]. Class Notice was provided in accordance with the Global Settlement and as a result of the approval of the Class Settlement, the following expenses were incurred which were and should be approved by the Court, and request that Insurance Liaison Counsel be authorized to distribute some of the Settlement Funds as follows:

| | | |
|---|---|---:|
| a. | Mediation Fees to John Perry | $236,403.01 |
| b. | Class Notice to Kinsella | $2,695,000.00 |
| c. | Direct Mailings to Class Members by Edward Dunlap | $22,531.31 |
| d. | Reimbursements to the PSC for Costs Incurred | $530,939.53 |

Pursuant to this Court's orders dated September 10, 2013 (Rec. Docs. 17067, 17068 and 17069), Class Counsel has established QSF accounts at Esquire Bank so that the funds received from Insurance Liaison Counsel can be deposited and used in accordance with the Global Settlement. Insurance Liaison Counsel should be authorized to immediately remit the amount of $69,486,565.68 to Class Counsel as full and final funding of all amounts due under the Global Settlement. Movants ask for authority to have these amounts funded, consistent with the approved Allocation Plan for this settlement (Rec. Doc. 16616), as follows:

> Builder, Installer, Supplier and Participating Insurer's Repair and Relocation Set-Aside Fund – (63%) - $43,438,541.38 [1]
>
> Builder, Installer, Supplier and Participating Insurer's Attorney Fee Settlement Fund – (32% ) - $22,528,021.02

---

[1] This amount is $44,352.041.38 (or 63% of the $70,400,065.68 remaining amount due under the Global Settlement) less the Knauf credit of $913,500.00.

2

    Builder, Installer, Supplier and Participating Insurer's Bodily Injury
    and Other Loss Set-Aside Fund (5%) – (5%)- $3,520,003.28

In addition, due to separate settlements between certain Participating Defendants and Knauf, Knauf owes $913,500 to the Global Settlement. Movants request authority to have Knauf not fund this amount, but instead credit it against the final $913,500 Knauf would receive under the Allocation Plan approved by this Court for the Global Settlement towards the Knauf Remediation Fund.[2]

Dated: September 25, 2013

    Respectfully submitted,

    /s/ Russ M. Herman
    Russ M. Herman, Esquire (Bar No. 6819)
    Leonard A. Davis, Esquire (Bar No. 14190)
    Stephen J. Herman, Esquire (Bar No. 23129)
    HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    Ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel in MDL 2047 and*
    *Class Counsel*

    Arnold Levin
    Fred S. Longer
    Sandra L. Duggan
    Matthew C. Gaughan
    LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    Alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

---

[2] The Knauf Defendants and Insurance Liaison Counsel have confirmed that this will not in any way impact the attorney's fee amount agreed upon due the PSC pursuant to the Global Settlement or the Knauf Settlement.

                      /s/ H. Minor Pipes, III.
                      **Judy Y. Barrasso, Esquire**
                      **H. Minor Pipes, III., Esquire**
                      **BARRASSO USDIN KUPPERMAN**
                        **FREEMAN & SARVER, LLC**
                      909 Poydras Street, 24th Floor
                      New Orleans, LA  70112
                      Phone:  (504) 589-9700
                      Fax:  (504) 589-9701
                      jbarrasso@barrassousdin.com
                      mpipes@barrassousdin.com
                      *Insurance Liaison Counsel in MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Class Counsel's and Insurance Liaison Counsel's Memorandum in Support of Joint Motion to Disburse Settlement Funds and Establish Fund has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of September, 2013.

                      /s/ Leonard A. Davis
                      Leonard A. Davis, Esquire
                      Herman, Herman & Katz, L.L.C.
                      820 O'Keefe Avenue
                      New Orleans, Louisiana 70113
                      Phone: (504) 581-4892
                      Fax: (504) 561-6024
                      Ldavis@hhklawfirm.com
                      *Plaintiffs' Liaison Counsel MDL 2047*
                      *Co-counsel for Plaintiffs*