UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Joint Motion to Disburse Settlement Funds filed by Class Counsel, Russ M. Herman and Arnold Levin, and Insurance Liaison Counsel;

**IT IS ORDERED BY THE COURT** that Insurance Liaison Counsel is authorized to distribute the Settlement Funds being held by Insurance Liaison Counsel in connection with the Global Settlement in accordance with Section 4 of the Global Settlement as follows:

| | | |
|---|---|---|
| a. | Mediation Fees to John Perry | $236,403.01 |
| b. | Class Notice to Kinsella | $2,695,000.00 |
| c. | Direct Mailings to Class Members by Edward Dunlap | $22,531.31 |
| d. | Reimbursements to the PSC for Costs Incurred | $530,939.53 |

**IT IS FURTHER ORDERED BY THE COURT** that Insurance Liaison Counsel shall remit the amount of $69,486,565.68[1] to Class Counsel to be deposited in to the Builder, Installer, Supplier and Participating Insurers set-aside funds, as provided in the Allocation Plan approved by this Court at Rec. Doc. 16616, at Esquire Bank as full and final funding of all amounts due under the Global Settlement as follows:

---

[1] This amount is the remaining amount due under the Global Settlement of $70,400,065.68 less the $913,500.00 credit from Knauf.

Builder, Installer, Supplier and Participating Insurer's Repair and Relocation Set-Aside Fund – (63%) - $43,438,541.38 [2]

Builder, Installer, Supplier and Participating Insurer's Attorney Fee Settlement Fund – (32% ) - $22,528,021.02

Builder, Installer, Supplier and Participating Insurer's Bodily Injury and Other Loss Set-Aside Fund (5%) – (5%)- $3,520,003.28

**IT IS FURTHER ORDERED BY THE COURT** that the $913,500 owed by Knauf to the Global Settlement, due to separate settlements between certain Participating Defendants and Knauf, is to be a credit against the final amount Knauf would receive under the Allocation Plan approved by this Court for the Global Settlement towards the Knauf Remediation Fund. This will not in any way impact the attorney's fee amount agreed upon due the PSC pursuant to the Global Settlement or the Knauf Settlement.

New Orleans, Louisiana, this _____ day of _____, 2013.

                                                                                   _____
Eldon E. Fallon
United States District Court Judge

---

[2] This amount is $44,352.041.38 (or 63% of the $70,400,065.68 remaining amount due under the Global Settlement) less the Knauf credit of $913,500.00.