UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Plaintiffs Raymond and Amelia Farley recently filed a Motion to Opt-out of the Settlement (Rec. Doc. 17042). This Motion has been opposed by Taylor Morrison (Rec. Doc. 17062). It has come to the Court's attention that a status conference in this matter would facilitate discussion between the parties. Accordingly,

**IT IS ORDERED** that a status conference shall take place in the Chambers of District Judge Eldon E. Fallon on October 24, 2013 following the Drywall Monthly Status Conference.

**IT IS FURTHER ORDERED** that a representative from each of the parties shall attend, or participate by phone, namely:

David S. Maglich
Fergeson, Skipper, Shaw, Keyser,
Baron & Tirabassi, P.A.
Attorneys for Claimants,
Raymond P. Farley and Amelia J. Farley

Neal A. Sivyer
Sivyer Barlow & Watson, P.A.
Attorneys for Taylor Morrison

Steven Glickstein
Kaye, Scholer, LLP
Attorneys for Knauf

If necessary, the Court will initiate the call. Any other interested or relevant parties may attend. The court does not find that it would be instructive to have Oral Argument

on this matter. Accordingly,

        **IT IS FURTHER ORDERED** that the Request for Oral Argument filed by Mr. and Mrs. Farley (Rec. Doc. 17040) is DENIED.

        New Orleans, Louisiana this 25th day of September, 2013.

        */s/ Eldon E. Fallon*
        United States District Judge