**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

William W. Blevins
   Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

September 23, 2013

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
 600 South Maestri Place
 New Orleans, LA  70130

APPEAL NO <u>12-31213</u>

<u>IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS</u>    MD 09-2047 I

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED SEP 23 2013
WILLIAM W. BLEVINS
CLERK**

In connection with this appeal, the following documents are transmitted. Please
acknowledge receipt on the enclosed copy of this letter.

___ 1) Electronic Record on appeal

   ___ Volume(s) of record   ___ Volume(s)of transcripts

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ expansion folders ___ box

   ___ 2) Supplemental record_____

   ___ 3) SEALED DOCUMENT _____

 _x_ 4) Other **1 envelope of attachment to doc#14215**

Very truly yours,

By___Alicia Phelps_____
     Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dkd_____
___ ClRmDep_____
___ Doc. No_____