UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### CLASS COUNSELS' AND DEFEDANTS' LIAISON COUNSEL'S JOINT MOTION TO EXTEND CLAIM SUBMISSION PERIOD

NOW COMES, Class Counsel, Russ M. Herman and Arnold Levin and Defendants' Liaison Counsel, Kerry J. Miller, who move the Court for an Order extending the deadline for the Claim Submission Period as set forth in the Orders issued by the Court on May 23, 2013 [Rec. Doc. 16877] and July 26, 2013 [Rec. Doc. 16961], for the reasons more fully set forth in the attached memorandum in support.  Class Counsel and Defendants' Liaison Counsel request that the close date for the Claim Submission Period be extended from September 30, 2013 to October 25, 2013.

Respectfully submitted,

| | |
|---|---|
| /s/ Russ M. Herman | /s/ Kyle A. Spaulding |
| Russ M. Herman, Esquire (Bar No. 6819) | Kerry Miller (LA Bar No. 24562) |
| Leonard A. Davis, Esquire (Bar No. 14190) | Kyle A. Spaulding (LA Bar No. 29000) |
| Stephen J. Herman, Esquire (Bar No. 23129) | **FRILOT L.L.C.** |
| HERMAN, HERMAN & KATZ, L.L.C. | 1100 Poydras Street, #3700 |
| 820 O'Keefe Avenue | New Orleans, LA 70162 |
| New Orleans, LA 70113 | Phone: (504)599-8194 |
| Phone: (504) 581-4892 | Fax: (504)599-8145 |
| Fax: (504) 561-6024 | kmiller@frilot.com |
| Ldavis@hhklawfirm.com | |
| *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel* | *Defendants' Liaison Counsel* |

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*


Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*
Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

/s/  Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Defendants' Liaison Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of September, 2013.

                s/ Kyle A. Spaulding
                Kerry Miller (LA Bar No. 24562)
                Kyle A. Spaulding (LA Bar No. 29000)
                **FRILOT L.L.C.**
                1100 Poydras Street, #3700
                New Orleans, LA 70162
                Phone: (504)599-8194
                Fax: (504)599-8145
                kmiller@frilot.com

                *Defendants' Liaison Counsel*