**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CLASS COUNSELS' AND DEFENDANTS' LIAISON COUNSELS'**
**MEMORANDUM IN SUPPORT OF JOINT MOTION**
**TO EXTEND CLAIM SUBMISSION PERIOD**

MAY IT PLEASE THE COURT:

This memorandum is being submitted in support of the Motion to Extend Claim Submission Period filed by Class Counsel, Russ M. Herman and Arnold Levin, Defendants' Liaison Counsel, Kerry J. Miller.

On February 7, 2013, the Court entered an Order and Judgment:  (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. 16570].  On February 19, 2013, the Court issued an Order Correcting Clerical Error [Rec. Doc. 16580] in the February 7, 2013 Order [16570].  On March 27, 2013, the Court issued an Order [Rec. Doc. 16642] setting forth procedures and deadlines for registration of claims associated with the Class Settlements. The Registration Deadline occurred on July 8, 2013.

On May 23, 2013, the Court issued an Order [Rec. Doc. 16877] setting forth the Claim Submission Period of August 26, 2013.  The Settlement Administrator, BrownGreer, began

1

accepting claim submissions from Class Members in the Class Settlements on Monday, May 27, 2013.  Since that time, BrownGreer has been receiving claim submissions on a daily basis.  Due to some issues having arisen with the claims submission process, the Court extended the claims submission period to September 30, 2013 [Rec. Doc. 16961].

Brown Greer, Class Counsel, and Defendants' Liaison Counsel have fielded numerous inquires concerning the claims submission process.   As the process for submission of claims is far more complex than a typical settlement, further issues have arisen, and BrownGreer has been working with Class Counsel and Defendants' Liaison Counsel to better enable claimants to submit data for consideration in the various settlements.   This complex process is ongoing and reports are being made to the Court at the monthly status conference.   Claimants should be allowed ample time to submit completed Claim Forms.   Accordingly, the undersigned respectfully request that the Claim Submission Period of September 30, 2013 be extended up until and through October 25, 2013 to allow all claimants to submit completed Claim Forms.   This additional time frame will enable Class Members to gather materials, submit the materials, and enable the Class Settlements to proceed efficiently.

Respectfully submitted,

/s/ Russ M. Herman                    
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

/s/   Kyle A. Spaulding                    
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Defendants' Liaison Counsel*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of September, 2013.

s/   Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Defendants' Liaison Counsel*

4