UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Joint Motion to Extend Claim Submission Period filed by Class Counsel, Russ M. Herman and Arnold Levin, Defendants' Liaison Counsel, Kerry J. Miller;

IT IS ORDERED BY THE COURT that the motion is GRANTED;

IT IS FURTHER ORDERED BY THE COURT that all Registrants who have timely registered during the Registration Period by submitting a properly completed Registration Form, shall submit online or in hard copy form the information necessary to file a claim (the "Claim Form"). The Claim Form shall be made in the following manner:

a. By using the online Claim Form available at: https://chinesedrywallclass.com or at https://www3.browngreer.com/drywall; or

b. Although it may be easier to complete and process a claim using the online claim filing process, if a claimant desires to utilize a process other than the online Claim Form, the claimant shall obtain a copy of the appropriate Claim Form by going to https://www3.browngreer.com/drywall, downloading the form, completing it and submitting it to the Settlement Administrator at the address below, or alternatively, may call the Settlement Administrator to secure the necessary forms at (866) 866-1729. If a Claim Form is delivered by mail, it should be sent by Registered U.S. Mail or other delivery service that reflects proof of delivery.

                                        Chinese Drywall Settlement Administrator
                                        P.O. Box 25401
                                        Richmond, VA 23260

IT IS FURTHER ORDERED BY THE COURT that the deadline for submission of Claim Forms be extended from September 30, 2013 up until and through October 25, 2013 (the "Claim Submission Period"). Absent good cause shown, only claims submitted during the Claim Submission Period will be allowed to participate and be eligible for compensation in any of the Class Settlements referenced in paragraph 1 of this Court's March 27, 2013 Order [16642].

IT IS FURTHER ORDERED BY THE COURT that a copy of this Order shall be posted on the Court's Chinese Drywall MDL Website and on the website established for the Global Settlement, www.chinesedrywallclass.com.

New Orleans, Louisiana, this ___ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge