**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2047<br>*<br>*   SECTION: L<br>* |
| THIS DOCUMENT RELATES TO: | *   MAGISTRATE 2<br>* |
| *Richard and Constance Almeroth, et al.*<br>*verses*<br>*Taishan Gypsum Co., LTD. f/k/a Shandong Taihe Dongxin Co., TLD., et al., ,* No. 12-0498 | *   CLASS ACTION COMPLAINT<br><br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIAL MOTION TO DISMISS WITH PREJUDICE**
**WITH RESERVATION OF RIGHTS**

NOW COMES plaintiff, Andrew A. Lemmon, in proper person, who represents that he has settled and compromised all his claims against defendants, Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, and that he accordingly wishes to dismiss, with prejudice, all claims against Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, all parties to bear their own costs, with plaintiff reserving all rights against all other defendants.

WHEREFORE, plaintiff, Andrew A. Lemmon, prays that this Motion be granted, and that all of his claims against defendants, Daigle Home Improvements, LLC, Patrick

Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, be dismissed with prejudice, all parties to bear their own costs, with plaintiff reserving all rights against all other defendants.

Respectfully submitted;

*s/ Andrew Lemmon*

_____
ANDREW A. LEMMON (Bar No. 18302)
LEMMON LAW FIRM, LLC
Post Office Box 904
15058 River Road
Hahnville LA 70057
Telephone: (985) 783-6789
Fax: (985) 783-1333
Email: Andrew@LemmonLawFirm.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by the service method indicated below:

[ ] U. S. Mail
[ X ] Email
[ ] Hand Delivery
[ ] Facsimile

This 30th day of September, 2013.

*s/ Andrew Lemmon*