**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   **CHINESE-MANUFACTURED**           *   **MDL NO. 2047**
         **DRYWALL PRODUCTS LIABILITY**      *
         **LITIGATION**                      *   **SECTION: L**
_____     *
**THIS DOCUMENT RELATES TO:**                *   **MAGISTRATE 2**
                                             *
*Richard and Constance Almeroth, et al.*     *   **CLASS ACTION COMPLAINT**
*verses*
*Taishan Gypsum Co., LTD. f/k/a Shandong Taihe*   *
*Dongxin Co., TLD., et al., ,* No. 12-0498
_____

*****************************************************************************

# <u>ORDER</u>

The foregoing Motion considered;

IT IS ORDERED that all claims of plaintiff, Andrew A. Lemmon, against defendants,

Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent

Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, be

and the same are hereby dismissed with prejudice, all parties to bear their own costs, with

plaintiff reserving all rights to proceed against all other defendants.

New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE