UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:

## NOTICE OF APPROVED CLAIMS ADMINSTRATOR PROCEDURES

Pursuant to Pre-Trial Order 27, the Settlement Administrator for the Chinese Drywall Settlement Program reports to the Court that the parties have agreed to the following Claims Administrator Procedures ("CAPs"):

1. ***Time for Mediation Following Remediation by Lead Contractor*** ("CAP 2013-4"). CAP 2013-4 sets forth the timing by which claimants, the Knauf Defendants, or the Lead Contractor may request mediation with the Special Master pursuant to the Knauf Settlement Agreement. This CAP relates solely to remediations conducted pursuant to section 4.3.1 of the Knauf Settlement Agreement (Option 1. Program Contractor Remediation Option/Property Not Yet Remediated). CAP 2013-4 is attached as Exhibit 1.

2. ***Appellate Procedure*** ("CAP 2013-5"). CAP 2013-5 sets out a detailed explanation of the appellate procedure available to claimants after the Settlement Administrator issues an Eligibility, Denial, or Incompleteness Denial for a claim. Claimants may appeal directly to the Special Master within 30 days of the issuance of an Eligibility, Denial, or Incompleteness Denial Notice for a claim. The Special Master will perform a de novo review of the claim and issue a written opinion. CAP 2013-5 is attached as Exhibit 2.

The Settlement Administrator will post CAP 2013-4, and CAP 2013-5, to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. Additionally, the Settlement Administrator will send an email notification regarding the approved CAPs to every email address registered with the Chinese Drywall Settlement Program database and will notify the Pro Se Curator of the approved CAPs and supply copies of the approved CAPs for distribution to pro se claimants.

Respectfully submitted,

Dated: October 1, 2013

   /s/ Lynn Greer_____
Lynn Greer, Esquire
Va. Bar No. 29211
Jacob S. Woody, Esquire
Va. Bar No. 77485
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone: (804) 521-7234
Facsimile: (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Approved Claims Administrator Procedures has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of October, 2013.

                                  /s/Jacob Woody
                                  Lynn Greer, Esquire (Va. Bar No. 29211)
                                  Jacob S. Woody, Esquire (Va. Bar No. 77485)
                                  BrownGreer, PLC
                                  250 Rockets Way
                                  Richmond, VA 23231
                                  Telephone:  (804) 521-7200
                                  Facsimile:  (804) 521-7299
                                  lgreer@browngreer.com
                                  jswoody@browngreer.com

                                  *Settlement Administrator for the Chinese Drywall Settlement Program*