| CHINESE DRYWALL SETTLEMENT PROGRAM<br>CLAIMS ADMINISTRATION PROCEDURE ||||
|---|---|---|---|
| CAP No. | 2013-4 | Effective Date | October 1, 2013 |
| Subject || Time For Mediation Following Remediation by Lead Contractor ||

1. **_Purpose of this Procedure._**  This Procedure sets forth the timing by which claimants, the Knauf Defendants, or the Lead Contractor may request mediation with the Special Master pursuant to the Knauf Settlement Agreement.  This CAP relates solely to remediations conducted pursuant to section 4.3.1 of the Knauf Settlement Agreement (Option 1.  Program Contractor Remediation Option/Property Not Yet Remediated).

2. **_Definitions and Section References._**  Any capitalized terms used in this Procedure and not expressly defined in this Procedure shall have the meanings given to them in the Knauf Settlement Agreement.  Deadlines set forth in this section are to be calculated using the same method for the calculation of deadlines set forth in Fed.R.Civ.P. 6.

3. **_Mediation Procedure_**.  Mediation with the Special Master shall be initiated by filing a Request for Mediation with the Special Master and sending a copy to the interested parties, including the claimants, BrownGreer, the Knauf Defendants, the Lead Contractor, and Class Counsel.

    a. **_Deadline to Request Mediation._**  A Request for Mediation must be filed with the Special Master within 90 days of the receipt of the Certificate of Occupancy, as that term is defined in the Work Authorization Agreement, by the claimants.  The Special Master will not consider Requests for Mediation filed after the filing deadline, absent good cause shown.

    b. **_Method of Request For Mediation_**. The Request for Mediation shall state all reasons for the mediation, and if applicable, reference supporting documents.

    c. **_Mediation Proceedings_**.  The Special Master shall hold a conference with the interested parties to set a briefing schedule following a timely and proper Request for Mediation.  The Special Master and the interested parties will need to determine whether the mediation can be held on the briefs alone or a phone and/or in person session is needed.  If an agreement cannot be reached, the Special Master will decide the form for mediation.

4. **_Form and Manner of Special Master Decision._**  All decisions made by the Special Master shall be in writing and shall be transmitted pursuant to section 4.2.8 of the Knauf Settlement Agreement to the claimants, BrownGreer, the Knauf Defendants, the Lead Contractor, and Class Counsel.

5. **_Rights After Special Master Decision._**  Appeal rights from a Special Master decision are described in section 4.2.9 of the Knauf Settlement Agreement.

6. ***Claimants' Rights Not Affected.*** Nothing in this CAP shall impair the claimants' rights to make warranty related claims within the applicable deadlines set forth in the Work Authorization Agreement and Remediation Protocol.

7. ***Court Has Jurisdiction to Interpret the Knauf Settlement Agreement.*** Nothing in this CAP changes in any way section 15 of the Knauf Settlement Agreement which vests exclusive jurisdiction in the MDL 2047 Court to interpret, construe and enforce the Knauf Settlement Agreement.

**APPROVED:**

By: /s/ Leonard Davis                Date: October 1, 2013
    Plaintiffs' Steering Committee
    Settlement Agreement Liaison


By: /s/ Kerry Miller                 Date: October 1, 2013
    Knauf Defendants
    Settlement Agreement Liaison


By: /s/ Hilarie Bass                 Date: October 1, 2013
    Builder Class
    Settlement Agreement Liaison


By: /s/ Lynn Greer                   Date: October 1, 2013
    Settlement Administrator