| CHINESE DRYWALL SETTLEMENT PROGRAM CLAIMS ADMINISTRATION PROCEDURE | | | |
|---|---|---|---|
| **CAP No.** | **2013-5** | **Effective Date** | **October 1, 2013** |
| **Subject** | | **Appellate Procedure** | |

1. ***Purpose of this Procedure.*** This Procedure sets forth the process by which Claimants may appeal claim determinations made by Settlement Administrator to the Special Master. This Procedure applies to all claim determinations made by the Settlement Administrator, regardless of the settlement agreement under which the claim was submitted. This Procedure is subject to and does not supersede the claims determinations and settlement qualifying procedures identified in the Knauf Settlement Agreement including but not limited to sections 4.4 and 4.7.4 of the Knauf Settlement Agreement.

2. ***Definitions and Section References.*** Any capitalized terms used in this Procedure and not expressly defined in this Procedure shall have the meanings given to them in the applicable settlement agreement(s). Deadlines set forth in this section are to be calculated using the same method for the calculation of deadlines set forth in Fed.R.Civ.P. 6.

3. ***Appeal Procedure***. A claimant may appeal any aspect of an Eligibility, Denial or Incompleteness Denial determination (collectively a "claim determination"), including the compensation amount, made by the Settlement Administrator directly to the Special Master by filing a Notice of Appeal with the Settlement Administrator and serving the same on Lead and Liaison Counsel. The appealing party may submit documents not previously submitted to the Settlement Administrator in support of an Appeal. The Settlement Administrator's ability to make a determination with regard to eligibility of a claim under the Knauf Settlement Agreement is limited to section 4.4 ("Remediation Fund Qualifying Procedures"). The Special Master has the authority to approve or deny claims to the Other Loss Fund in the Knauf Settlement Agreement.

   a. ***Deadline to File Appeal***. A Notice of Appeal must be filed within 30 days of the claim determination made by the Settlement Administrator to be appealed. The Special Master will not consider Appeals filed after the filing deadline, absent good cause shown.

   b. ***Method of Filing Appeal***. The Settlement Administrator will create and maintain an on-line Notice of Appeal submission form for use by portal users and will make a hardcopy Notice of Appeal form available for use by non-portal users. The Notice of Appeal shall state all reasons for appeal and if applicable, reference supporting documents. The Settlement Administrator will transmit the Notice of Appeal along with all documents related to the claim being appealed ("the Appealed Claim") to the Special Master and Settlement Liaison Counsel for review.

   c. ***Appellate Hearings***. The Special Master may, at his sole discretion, request oral argument or an evidentiary hearing on any Appealed Claim. A claimant may

request oral argument and the Special Master at his sole discretion grant or deny the request. Any Party may, at its own expense, request that proceedings before the Special Master be transcribed.

4. **Standard of Review.** The Special Master will conduct a de novo review of an appealed claim and will consider all documents and information related to the Appealed Claim. The Special Master may consult with and/or request information from the Settlement Administrator, Settlement Liaison Counsel, and any other third party, including defendants in any Chinese Drywall Settlement, during the appellate review process.

5. **Form and Manner of Appellate Opinion.** All appellate decisions made by the Special Master shall be in writing and shall be transmitted to the appealing party by the Settlement Administrator. The Settlement Administrator shall make all Appellate decisions available to all defendants and to Settlement Liaison Counsel in the manner required by Section 4.6.7 of the Knauf Settlement Agreement, regardless of the settlement agreement under which the claim was submitted. The Special Master will issue decisions as expeditiously as possible.

6. **Rights After Special Master Appeal.** Special Master Appellate opinions that relate to claims made pursuant to the Knauf Settlement Agreement may be appealed to the MDL 2047 Court by the method described in section 4.2.9 of the Knauf Settlement Agreement. Special Master Appellate opinions that relate to Non-Knauf claims may be appealed within 15 days of service of the Special Master's decision by filing an objection with the Court. Unless the Court orders otherwise, appeals will be based on the record and briefing before the Special Master without further evidentiary submissions, briefing, or argument. The Court's decision on any objection will be final, with no further appeals permitted.

**APPROVED:**

By:  /s/ Leonard Davis                 Date: October 1, 2013
     Plaintiffs' Steering Committee
     Settlement Agreement Liaison


By:  /s/ Kerry Miller                  Date: October 1, 2013
     Knauf Defendants
     Settlement Agreement Liaison


By:  /s/ Hilarie Bass                  Date: October 1, 2013
     Builder Class
     Settlement Agreement Liaison


By:  /s/ Lynn Greer                    Date: October 1, 2013
     Settlement Administrator