UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

### BUILDER, INSTALLER, SUPPLIER & INSURER SETTLEMENT CLASS MEMBERS THOMAS P. WILLEY'S AND GLORIA WILLEY'S MOTION FOR AN ORDER AWARDING REASONABLE ATTORNEYS' FEES AND COSTS

Thomas P. Willey and Gloria Willey (collectively "Mr. & Mrs. Willey") are class members of the Builder, Installer, Supplier & Insurer, Settlement Class. Pursuant to Federal Rules of Civil Procedure 7(b) Mr. & Mrs. Willey hereby move for an order awarding their reasonable attorneys' fees and costs under the Class Settlement.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by e-mail upon: Russ M. Herman, Esq. (counsel for Plaintiff), Herman, Hermay & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, e-mail: rwestenfeld@hhkc.com; Arnold Levin, Esq. (lead counsel – Plaintiff's Steering Committee), Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, P.A. 19106, e-mail: alevin@lfsblaw.com; Phillip A. Wittmann, Esq. (counsel for Homebuilders and Installers Steering Committee), Stone, Piegman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130-3588, e-mail pwittman@stonepigman.com; Judy Y. Barrasso, Esq. (counsel for Defendant Insurer Steering Committee), Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, LL&E Tower, 909 Poydras Street, Suite 2400, New Orleans, LA 70112, e-mail: jbarrasso@barrassoudin.com; Kerry J. Miller, Esq. (Counsel for Defendant), Frilot L.L.C., Energy Centre, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163-3700, e-mail: kmiller@frilot.com; Christopher Bandas, Esq. (Counsel for Objector Saul Soto), Bandas Law Firm, P.C., 500 N. Shoreline Blvd., Suite 1020,

Corpus Christi, TX 78471, e-mail: cbandas@bandaslawfirm.com; Robert R. Saunders, Esq. (counsel for 4th Party Defendant Manchester Furniture), Wicker, Smith, O'Hara, McCoy & Ford, P.A., P.O. Box 2753, Orlando, Florida 32802-2753, Fax No. (407) 649-8118; Mark R. Kapusta, Esquire, Law Offices of Bohdan Neswiacheny, 1800 Second Street, Suite 760, Sarasota, Florida 34236, e-mail: mkapusta@bnlaw.com; Corey Lee, Esquire (Counsel for Third-Party Defendant Stock), Hunton & Williams, LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, fax no. (305) 810-2460; A. Todd Brown, Esq. (co-counsel for Third-Party Defendant Stock), Hunton & Williams, LLP, Bank of American Plaza, Suite 3500, 101 S. Tryon Street, Charlotte, NC, 28280, fax no. (704) 378-4890; Gary F. Baumann, Esquire, Fulmer LeRoy Albee Baumann, P.L.C., (Counsel for South Florida Custom Trim, Inc.), 2866 East Oakland Park Blvd., Fort Lauderdale, Florida 33306, e-mail: gBaumann@fulmerleroy.com, MMccahill@fulmerleroy.com; mBarskaya@fulmerleroy.com; Charles E. Reynolds, II, Esquire, Butler, Pappas Weihmuller, Katz, Craig, LLP, 777 S. Harbour Island Blvd., Suite 500, Tampa, FL 33602, J. Michael Coleman, Esquire, Coleman, Hazzard & Taylor, P.A., 2640 Golden Gate Parkway, Suite 304, Naples, Florida 34105-3203, and to Bud Clarke, Esquire, Clarke Silverglate (Counsel for 4th Party Defendant Guardian Building Products), 799 Brickell Plaza, Suite 900, Miami, Florida 33131, e-mail: mcoleman@chtlegal.com, e-mail: bclarke@cspalaw.com, and on this 3rd day of October, 2013.

By: /s/ Michael W. Pettit
Michael W. Pettit
Florida Bar No. 0970336
David A. Zulian
Florida Bar No. 711012
Cheffy, Passidomo, P.A.
Counsel for Thomas and Gloria Willey
821 Fifth Avenue South, Suite 201
Naples, Florida 34102
Telephone No. (239) 261-9300
Fax No. (239) 261-9782
E-mail: dazulian@napleslaw.com
mwpettit@napleslaw.com

10436-0001 Doc #473

2