# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

### MEMORANDUM IN SUPPORT OF BUILDER, INSTALLER, SUPPLIER & INSURER, SETTLEMENT CLASS MEMBERS THOMAS P. WILLEY'S AND GLORIA P. WILLEY'S MOTION FOR AN ORDER AWARDING REASONABLE ATTORNEYS' FEES AND COSTS

1. Mr. & Mrs. Willey have previously registered and filed their claim for the Builders, Installer, Supplier & Insurer's Settlement.

2. As part of their claim, Mr. & Mrs. Willey submitted a claim for reimbursement of their reasonable attorneys' fees.

3. Mr. & Mrs. Willey are also now submitting this claim directly to the Court.

4. Attached as an Exhibit "1", is a Notice of Filing as well as Affidavits in support of an award for reasonable Attorneys' Fees supplied by lead counsel, David A Zulian, Esq., Cheffy Passidomo, P.A., 821 Fifth Avenue South, Naples, Florida 34102 for Mr. & Mrs. Willey in their state court proceeding in Collier County Circuit Court and a supporting Affidavit for an award of reasonable attorneys' fees from Collier County attorney Michael A. Baviello, Jr., Esq., 800 Seagate Drive, Suite 204, Naples, Florida 34103-2809.

5. Mr. & Mrs. Willey believe they are entitled to an award of reasonable attorneys' fees as their prosecution of the state court lawsuit in Collier County, Florida assisted in the development of the Defendant Class, the Chinese Drywall claims of the Plaintiff Class and ultimately the determination of this Court to establish a Settlement in conjunction with the Builder, Installer, Supplier & Insurers Defendant Class.

6. In addition, the Willeys, by agreeing to participate in the settlement, have given up entitlement to certain categories of damages and anticipate that they will not be

made whole through the class allocation. Nevertheless, their participation in the settlement assists the efficient resolution of these Chinese Drywall claims and provides an additional basis for an award of reasonable fees.

Wherefore, Mr. and Mrs. Willey through undersigned counsel respectfully request that they be awarded a reasonable attorney fee of $48,285.50 as well as costs in the amount of $4,559.18.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by e-mail upon: Russ M. Herman, Esq. (counsel for Plaintiff), Herman, Hermay & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, e-mail: rwestenfeld@hhkc.com; Arnold Levin, Esq. (lead counsel – Plaintiff's Steering Committee), Levin, Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, P.A. 19106, e-mail: alevin@lfsblaw.com; Phillip A. Wittmann, Esq. (counsel for Homebuilders and Installers Steering Committee), Stone, Piegman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130-3588, e-mail pwittman@stonepigman.com; Judy Y. Barrasso, Esq. (counsel for Defendant Insurer Steering Committee), Barrasso, Usdin, Kupperman, Freeman & Sarver, LLC, LL&E Tower, 909 Poydras Street, Suite 2400, New Orleans, LA 70112, e-mail: jbarrasso@barrassoudin.com; Kerry J. Miller, Esq. (Counsel for Defendant), Frilot L.L.C., Energy Centre, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163-3700, e-mail: kmiller@frilot.com; Christopher Bandas, Esq. (Counsel for Objector Saul Soto), Bandas Law Firm, P.C., 500 N. Shoreline Blvd., Suite 1020, Corpus Christi, TX 78471, e-mail: cbandas@bandaslawfirm.com; Robert R. Saunders, Esq. (counsel for 4th Party Defendant Manchester Furniture), Wicker, Smith, O'Hara, McCoy & Ford, P.A., P.O. Box 2753, Orlando, Florida 32802-2753, Fax No. (407) 649-8118; Mark R. Kapusta, Esquire, Law Offices of Bohdan Neswiacheny, 1800 Second Street, Suite 760, Sarasota, Florida 34236, e-mail: mkapusta@bnlaw.com; Corey Lee, Esquire (Counsel for Third-Party Defendant Stock), Hunton & Williams, LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, fax no. (305) 810-2460; A. Todd Brown, Esq. (co-counsel for Third-Party Defendant Stock), Hunton & Williams, LLP, Bank of American Plaza, Suite 3500, 101 S. Tryon Street, Charlotte, NC, 28280, fax no. (704) 378-4890; Gary F. Baumann, Esquire, Fulmer LeRoy

Albee Baumann, P.L.C., (Counsel for South Florida Custom Trim, Inc.), 2866 East Oakland Park Blvd., Fort Lauderdale, Florida 33306, e-mail: gBaumann@fulmerleroy.com, MMccahill@fulmerleroy.com; mBarskaya@fulmerleroy.com; Charles E. Reynolds, II, Esquire, Butler, Pappas Weihmuller, Katz, Craig, LLP, 777 S. Harbour Island Blvd., Suite 500, Tampa, FL 33602, J. Michael Coleman, Esquire, Coleman, Hazzard & Taylor, P.A., 2640 Golden Gate Parkway, Suite 304, Naples, Florida 34105-3203, and to Bud Clarke, Esquire, Clarke Silverglate (Counsel for 4th Party Defendant Guardian Building Products), 799 Brickell Plaza, Suite 900, Miami, Florida 33131, e-mail: mcoleman@chtlegal.com, e-mail: bclarke@cspalaw.com, and on this 3rd day of October, 2013.

By:  /s/ Michael W. Pettit
Michael W. Pettit
Florida Bar No. 0970336
David A. Zulian
Florida Bar No. 711012
Cheffy, Passidomo, P.A.
Counsel for Thomas and Gloria Willey
821 Fifth Avenue South, Suite 201
Naples, Florida 34102
Telephone No. (239) 261-9300
Fax No. (239) 261-9782
E-mail: dazulian@napleslaw.com
mwpettit@napleslaw.com

10436-0001 Doc #477

3

UNITED STATES DISTRICT COURT
EATERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

## NOTICE OF FILING

Class Plaintiffs, Thomas P. Willey and Gloria Willey, by and through their undersigned counsel, pursuant to the Second Amended Settlement Allocation Plan for Settlement Industry Builders, Installers, Suppliers and Participating Insurers, hereby file the following documents regarding and in support of their claim:

1. Affidavit of Attorneys' Fees and Costs; and,

2. Affidavit of Reasonable Fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by e-mail upon:   Robert R. Saunders, Esq. (counsel for 4th Party Defendant Manchester Furniture), Wicker, Smith, O'Hara, McCoy & Ford, P.A., P.O. Box 2753, Orlando, Florida 32802-2753, Fax No. (407) 649-8118, Mark R. Kapusta, Esquire, Law Offices of Bohdan Neswiacheny, 1800 Second Street, Suite 760, Sarasota, Florida 34236, e-mail: mkapusta@bnlaw.com; Corey Lee, Esquire (Counsel for Third-Party Defendant Stock), Hunton & Williams, LLP, 1111 Brickell Avenue, Suite 2500, Miami, Florida 33131, fax no. (305) 810-2460; A. Todd Brown, Esq. (co-counsel for Third-Party Defendant Stock), Hunton & Williams, LLP, Bank of American Plaza, Suite 3500, 101 S. Tryon Street, Charlotte, NC, 28280, fax no.



EXHIBIT
"1"

(704) 378-4890; Gary F. Baumann, Esquire, Fulmer LeRoy Albee Baumann, P.L.C., (Counsel for South Florida Custom Trim, Inc.), 2866 East Oakland Park Blvd., Fort Lauderdale, Florida 33306, e-mail: gBaumann@fulmerleroy.com, MMccahill@fulmerleroy.com; mBarskaya@fulmerleroy.com; Charles E. Reynolds, II, Esquire, Butler, Pappas Weihmuller, Katz, Craig, LLP, 777 S. Harbour Island Blvd., Suite 500, Tampa, FL 33602, J. Michael Coleman, Esquire, Coleman, Hazzard & Taylor, P.A., 2640 Golden Gate Parkway, Suite 304, Naples, Florida 34105-3203, and to Bud Clarke, Esquire, Clarke Silverglate (Counsel for 4th Party Defendant Guardian Building Products), 799 Brickell Plaza, Suite 900, Miami, Florida 33131, e-mail: mcoleman@chtlegal.com, e-mail: bclarke@cspalaw.com, and on this 23rd day of May, 2013.

By: _____

David A. Zulian
Florida Bar No. 711012
Cheffy, Passidomo, P.A.
Counsel for Thomas and Gloria Willey
821 Fifth Avenue South, Suite 201
Naples, Florida 34102
Telephone No. (239) 261-9300
Fax No. (239) 261-9782
E-mail: dazulian@napleslaw.com
        mwpettit@napleslaw.com

10436-0001 Doc #446

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

## AFFIDAVIT OF ATTORNEYS' FEES AND COSTS

BEFORE ME, the undersigned authority, personally appeared David A. Zulian with the law firm of Cheffy Passidomo, P.A., who after being by me first duly sworn under oath, deposes and says:

1.    I am David A. Zulian, an attorney with the law firm of Cheffy Passidomo, P.A., who along with others identified herein represent the Class Plaintiffs, Thomas P. Willey and Gloria Willey (hereinafter collectively the "Willeys").

2.    I have been a practicing attorney in the state of Florida for an excess of 25 years. I have been personally involved in this action since its inception. I have personal knowledge of the facts contained herein.

3.    I am familiar with the books and records of Cheffy Passidomo, P.A. concerning the charges made for services rendered on behalf of Willeys which records have been kept in the normal course of the business of the firm.

4.    The total amount of attorneys' fees that have been incurred for services rendered through the date of the filing of this Affidavit, for which the Willeys are seeking is:$48,285.50.  This is based on a total of 180.5 hours at a blended rate of $267.50.

The attorneys and paralegals who worked on this matter and the hours spent and fees charged for services are as follows:

| Name | Hours | Fees |
|---|---|---|
| **Attorneys:** | | |
| Edward K. Cheffy | .20 | $ 90.00 |
| David A. Zulian | 119.30 | $39,037.50 |
| John Kehoe | 2.50 | $ 812.50 |
| Michael W. Pettit | 18.70 | $ 5,296.00 |
| Brian D. Orsborn | .40 | $ 84.00 |
| **Paralegals:** | | |
| Jamie Print | 7.10 | $ 935.50 |
| Simone Reveter | 28.50 | $ 2,020.00 |
| Fay Harper | 5.50 | $ 550.00 |

5.    The total amount of costs that have been incurred through the date of the filing of this Affidavit, for which the Willeys are seeking is $4,559.18.

6.    Invoices supporting the amounts referenced in paragraphs 4 and 5 above are attached hereto.

7.    FURTHER AFFIANT SAYETH NAUGHT.

By: _____
David A. Zulian
Florida Bar No. 711012

2

STATE OF FLORIDA       :
                       : SS
COUNTY OF COLLIER      :

The foregoing instrument was acknowledged before me this ~22~ day  of  May, 2013, by <u>David A. Zulian</u>, who is personally known to me ✓ or who has produced _____ _____ as identification and who did take an oath.



Notary Public

Name: <u>Louis Caffey</u>

(Type or Print)

My Commission Expires:

10436-0001 Doc #444

3

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

March 10, 2010
Client #:     10436
File #:        0001
Inv #:         90263

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 02/28/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Feb-16-10 | Telephone conference with Mr. Willey; legal research. | 1.50 | DAZ |
| Feb-19-10 | Draft 558 Notice. | 0.50 | SLR |
| | **Total Hours** | 2.00 | $537.50 |

TOTAL FOR THIS BILL                                                  $537.50

PRIOR BALANCE

**PLEASE PAY**                                                  $537.50

# CHEFFY PASSIDOMO
## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

April 19, 2010
Client #:     10436
File #:        0001
Inv #:        90825

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 03/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Mar-08-10 | Review documents; prepare for meeting with clients. | 0.20 | DAZ |
| Mar-09-10 | Review documents; meeting with Willeys; revise and finalize 558 Notice of Claim, Notice of Dispute, Request for List of Subcontractors and Suppliers, Request for Insurance Information and Demand to Place Insurance Companies on Notice;  revise and finalize Request for Information; draft and finalize rescission notice; review contracts and documents; revise notices and requests to subcontractors and suppliers; organize file. | 4.50 | DAZ |
| Mar-09-10 | Research net for EPA Guidelines; Draft Request for Information; Draft 558 Notice; Draft Rescission Letter. | 2.00 | SLR |
| Mar-10-10 | Conference with counsel for ARBC; draft status memorandum to client. | 1.00 | DAZ |
| Mar-11-10 | Review message received from client; conference with Michael Coleman, Esquire; conference with Glorida Willey regarding scheduling of inspection. | 0.20 | DAZ |
| Mar-19-10 | Conference with counsel for Willey; review correspondence. | 0.20 | DAZ |

|  | Total Hours | ·8.10 | $2,182.50 |
|--|-------------|-------|-----------|

| TOTAL FOR THIS BILL | $2,182.50 |
|---------------------|-----------|
| PRIOR BALANCE | $537.50 |
| **PLEASE PAY** | **$2,720.00** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

May 12, 2010
Client #:     10436
File #:        0001
Inv #:         91095

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 04/30/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Apr-06-10 | Review status of matter. | 0.10 | DAZ |
| Apr-12-10 | Review matter; conference with Willeys; legal research on scope of testing; communication to counsel for ARBC. | 1.10 | DAZ |
| Apr-13-10 | Communications; review documents. | 0.20 | DAZ |
| Apr-21-10 | Review status of matter. | 0.10 | DAZ |
| Apr-22-10 | Communications regarding inspections and procedures. | 0.50 | DAZ |
| Apr-23-10 | Communications regarding inspections and procedures. | 0.30 | DAZ |
| Apr-26-10 | Conference with Mr. Thomas Willey; communications; review reports. | 0.20 | DAZ |
| Apr-27-10 | Review matter; review and respond to communications regarding reports, inspections and scope of testing. | 0.30 | DAZ |
| Apr-28-10 | Communications. | 0.10 | DAZ |
| | **Total Hours** | 2.90 | $942.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $942.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$942.50** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  : (239) 261-9300
Facsimile   : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

June 06, 2010
Client #:      10436
File #:         0001
Inv #:          91360

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 05/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| May-03-10 | Communications regarding inspection. | 0.10 | DAZ |
| May-04-10 | Conference with counsel for ARBC; review matter; communications. | 0.50 | DAZ |
| May-05-10 | Review Louisiana Court Order on Chinese Drywall. | 0.50 | DAZ |
| May-06-10 | Communications regarding inspections and procedures. | 0.60 | DAZ |
| May-07-10 | Review and respond to correspondence regarding inspections and procedures; conference with Willeys; review matter. | 0.80 | DAZ |
| May-10-10 | Conferences with counsel for ARBC and the Willeys; communications; follow-up communications on inspections and procedures. | 1.00 | DAZ |
| May-21-10 | Review communications and report; draft response and request for clarification on remediation protocol. | 0.80 | DAZ |
| May-28-10 | Review letter explaining scope of proposal; review matter. | 0.20 | DAZ |
| **Total Hours** | | 4.50 | $1,462.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $1,462.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $1,462.50 |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

July 20, 2010
Client #:     10436
File #:        0001
Inv #:        92069

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 06/30/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jun-01-10 | Review communications; conference with Willeys; conference with consultant; draft communication to consultant with reports and operative communications attached. | 1.40 | DAZ |
| Jun-02-10 | Review communications; review recommendation from Mr. Hall; conference with Dr. Salazar; conference with the Willeys; communications to Dr. Salazar. | 1.40 | DAZ |
| Jun-07-10 | Prepare for and attend conference with the Willeys and Renee Salazar. | 1.50 | DAZ |
| Jun-09-10 | Review plans; communications. | 0.10 | DAZ |
| Jun-10-10 | Conference with Renee Salazar; review matter. | 0.20 | DAZ |
| Jun-14-10 | Conferences with Renee Salazar regarding recommendation letter; review matter. | 0.50 | DAZ |
| Jun-16-10 | Review Renee Salazar's report; communication to the Willeys. | 0.20 | DAZ |
| Jun-17-10 | Communications with client regarding Renee Salazar's report. | 0.20 | DAZ |
| Jun-21-10 | Review message from Tom Willey; send response by e-mail. | 0.10 | DAZ |
| Jun-23-10 | Communications with clients. | 0.10 | DAZ |
| **Total Hours** | | 5.70 | $1,852.50 |

TOTAL FOR THIS BILL                              $1,852.50

PRIOR BALANCE                                        $0.00

RE:   Willey/ARBC and Globetti
File Number: 0001

**PLEASE PAY**                                $1,852.50

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South, Suite 201
Naples, FL 34102

Telephone : (239) 261-9300
Facsimile : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers, FL 33905

August 26, 2010
Client #:     10436
File #:       0001
Inv #:       92383

RE: Willey/ARBC and Globetti
For Services Rendered Through: 07/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jul-20-10 | Conference with client. | 0.10 | DAZ |
| Jul-30-10 | Revise letter to client and demand letters. | 0.50 | DAZ |
| | **Total Hours** | 0.60 | $195.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $195.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$195.00** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  : (239) 261-9300
Facsimile   : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

August 26, 2010
Client #:    10436
File #:      0001
Inv #:       92394

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 07/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jul-27-10 | Communications. | 0.10 | DAZ |
| | **Total Hours** | 0.10 | $32.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $32.50 |
| PRIOR BALANCE | $195.00 |
| **PLEASE PAY** | **$227.50** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

September 16, 2010
Client #:      10436
File #:         0001
Inv #:          92692

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 08/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Aug-02-10 | Review correspondence with insurance company; communications. | 0.30 | DAZ |
| Aug-06-10 | Conference with Mark Boyle. | 0.10 | DAZ |
| Aug-09-10 | Review matter; conference with Mark Boyle; review insurance policies. | 0.30 | DAZ |
| Aug-26-10 | Prepare for conference with counsel for ARBC; attend conference; conference with Tim Davis; draft response; communications to Mark Boyle. | 2.50 | DAZ |
| | **Total Hours** | 3.20 | $1,040.00 |

**DISBURSEMENTS**

| | | Amount |
|---|---|---|
| 08/19/2010 | Kelly Blueprinters outside document production | 15.79 |
| | **Total:** | 15.79 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $1,055.79 |
| PRIOR BALANCE | $227.50 |
| **PLEASE PAY** | **$1,283.29** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

October 22, 2010
Client #:     10436
File #:        0001
Inv #:         93003

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 09/30/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Sep-08-10 | Review documents; draft Complaint. | 1.50 | DAZ |
| Sep-17-10 | Review file; draft complaint. | 0.50 | SLR |
| Sep-27-10 | Review documents; draft Complaint. | 2.50 | DAZ |
| | **Total Hours** | 4.50 | $1,350.00 |

## DISBURSEMENTS

| | | Amount |
|---|---|---|
| 09/14/2010 | Salazar Consulting Group re: Prepare/finalize expert report | 750.00 |
| | **Total:** | 750.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $2,100.00 |
| PRIOR BALANCE | $860.79 |
| **PLEASE PAY** | $2,960.79 |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

November 03, 2010
Client #:    10436
File #:       0001
Inv #:        93070

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 10/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Oct-04-10 | Prepare Summonses (2), confirm registered agent. Prepared Civil Cover Sheet.  (No Charge) | 0.30 | SLR |
| Oct-04-10 | Conference with Mark Boyle; revise Complaint; communications. | 1.10 | DAZ |
| Oct-06-10 | Finalize Complaint and Summons. | 0.60 | DAZ |
| Oct-06-10 | Draft Civil Cover Sheet, draft correspondence to clerk of court regarding filing, draft Summonses, draft Acceptance of Service for J. Michael Coleman for ARBC. | 0.20 | SLR |
| Oct-14-10 | Review matter; finalize notice of acceptance of service to counsel for ARBC; review pleading. | 0.20 | DAZ |
| Oct-15-10 | Research settlement in other CDW cases; communications with client. | 0.50 | DAZ |
| **Total Hours** | | **2.90** | **$800.00** |

| DISBURSEMENTS | | Amount |
|---------------|--|--------|
| | Photocopies | 8.50 |
| 10/05/2010 | Filing of Complaint and Issuance of Two Summonses | 420.00 |
| 10/25/2010 | Ortino's service of process re: South Florida Custom Trim, Inc. | 40.00 |
| **Total:** | | 468.50 |

| | |
|--|--|
| TOTAL FOR THIS BILL | $1,268.50 |
| PRIOR BALANCE | $1,677.50 |

RE:   Willey/ARBC and Globetti
File Number: 0001

**PLEASE PAY**          **$2,946.00**

# CHEFFY PASSIDOMO
## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers, FL 33905

January 20, 2011
Client #:    10436
File #:      0001
Inv #:       93894

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 12/31/2010

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Nov-01-10 | Revise and finalize letter to insurance company; communication. | 0.20 | DAZ |
| Nov-04-10 | Conferences with insurance adjuster, Craig Malecko; conference with clients; review status of matter. | 0.40 | DAZ |
| Nov-05-10 | Review status of matter; conference with Gloria Willey; draft communication to Michael Coleman, Esquire; draft communication to counsel for Drywall Installer; multiple communications with counsel for ARBC and Mark Boyle regarding claims against the supplier; review attachments. | 1.60 | DAZ |
| Nov-12-10 | Conference with engineer for Tower Hill; review documents. | 0.20 | DAZ |
| Nov-18-10 | Communications with counsel for drywall company. | 0.20 | DAZ |
| Nov-24-10 | Review and respond to communications regarding pleadings. | 0.30 | DAZ |
| Nov-30-10 | Review matter; communications regarding insurance counsel for ARBC. | 0.10 | DAZ |
| Dec-06-10 | Communications with counsel for ARBC; conference with clients. | 0.30 | DAZ |
| | **Total Hours** | 3.30 | $1,072.50 |

## DISBURSEMENTS

| | | Amount |
|------|------|--------|
| 11/30/2010 | Coastal Courier Messenger Service fee. | 9.00 |
| 11/30/2010 | Coastal Courier Messenger Service fee. | 20.00 |
| **Total:** | | 29.00 |

RE:   Willey/ARBC and Globetti
File Number: 0001

| | |
|---|---|
| TOTAL FOR THIS BILL | $1,101.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$1,101.50** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone : (239) 261-9300
Facsimile  : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

April 20, 2011
Client #:    10436
File #:        0001
Inv #:        94730

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 03/31/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Mar-10-11 | Review status of matter. | 0.20 | DAZ |
| Mar-16-11 | Prepare for meeting with clients; review pleadings and discovery requests; attend meeting; draft discovery responses. | 3.30 | DAZ |
| Mar-17-11 | Draft discovery responses. | 1.00 | DAZ |
| Mar-18-11 | Review and revise discovery responses. | 1.50 | DAZ |
| Mar-21-11 | Revise discovery responses. | 0.50 | DAZ |
| Mar-29-11 | Review documents; communications; conference with Willeys; review discovery responses. | 1.50 | DAZ |
| | **Total Hours** | 8.00 | $2,600.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $2,600.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$2,600.00** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

May 19, 2011
Client #:     10436
File #:        0001
Inv #:         95105

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 04/30/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Apr-11-11 | Communications; review matter regarding discovery; prepare for depositions. | 1.00 | DAZ |
| Apr-13-11 | Conference with potential remediation contractor; revise and finalize draft Answers to Interrogatories. | 1.00 | DAZ |
| Apr-14-11 | Communications; revise discovery responses. | 0.50 | DAZ |
| Apr-15-11 | Communications. | 0.20 | DAZ |
| Apr-18-11 | Communications; conference with Tom Willey; communications with defendants' counsel. | 0.50 | DAZ |
| Apr-19-11 | Review documents; revise and finalize Answers to Interrogatories; finalize response to request for production. | 0.50 | DAZ |
| | **Total Hours** | 3.70 | **$1,202.50** |

| | |
|---|---|
| TOTAL FOR THIS BILL | $1,202.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$1,202.50** |

# CHEFFY PASSIDOMO

## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

June 17, 2011
Client #:    10436
File #:       0001
Inv #:        95484

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 05/31/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| May-05-11 | Communications. | 0.20 | DAZ |
| May-09-11 | Review documents; prepare for depositions. | 1.50 | DAZ |
| May-24-11 | Review documents; conference with the Willeys in preparation for their depositions tomorrow; communications regarding depositions. | 1.40 | DAZ |
| May-25-11 | Meeting with Mr. & Ms. Willey in preparation for their depositions; attend deposition of Mr. Willey; attend deposition of Ms. Willey; post deposition meeting with counsel for defendants; review documents. | 6.00 | DAZ |
| May-25-11 | Conference with the Willeys; draft notices, discovery and correspondence. | 1.50 | DAZ |
| May-25-11 | Waiver, Release and Indemnity | 0.20 | JMP |
| | **Total Hours** | **10.80** | **$3,518.00** |

| DISBURSEMENTS | | Amount |
|---------------|---|--------|
| | Photocopies | 116.00 |
| **Total:** | | **116.00** |

| | |
|---|---|
| TOTAL FOR THIS BILL | $3,634.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$3,634.00** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

July 22, 2011
Client #:     10436
File #:        0001
Inv #:        95774

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 06/30/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jun-06-11 | Conference with Ms. Willey; finalize letters and notices; conference with Mark Kapusta, Esquire; review correspondence; conference with remediation contractor. | 1.50 | DAZ |
| Jun-07-11 | Communications regarding inspections; review agreement from remediation contractor. | 0.40 | DAZ |
| Jun-08-11 | Communications with counsel for ARBC about inspections. | 0.20 | DAZ |
| Jun-09-11 | Communications regarding inspections; review inspection procedures; review documents. | 1.80 | DAZ |
| Jun-10-11 | Legal research on Chinese drywall coverage issues; review documents; finalize letter to Willeys' insurance company; communications regarding inspections. | 1.50 | DAZ |
| Jun-13-11 | Review matter; communications; conference with Mark Boyle on Chinese Drywall decisions. | 1.00 | DAZ |
| Jun-14-11 | Communications; draft letter to counsel for Stock; draft communication to CJ's insurer. | 0.50 | DAZ |
| Jun-16-11 | Communications and conference with insurance company; review emergency motion to enjoin remediation; prepare for hearing. | 1.00 | DAZ |
| Jun-17-11 | Review documents; prepare for emergency hearing on ARBC's motion to enjoin. | 0.50 | DAZ |
| Jun-20-11 | Review documents; communications; prepare for hearing. | 0.10 | DAZ |
| Jun-21-11 | Prepare for and attend hearing on ARBC's Motion to Enjoin. | 1.50 | DAZ |
| Jun-21-11 | Telephone conference with David Zulian. | 0.30 | JDK |
| Jun-21-11 | Review of proposed Order on Emergency Motion regarding inspection of remediation and reviewed assumption of risk document. | 0.20 | JDK |

RE:   Willey/ARBC and Globetti
File Number: 0001

| Date | Description | Hours | |
|------|-------------|-------|---|
| Jun-21-11 | Receipt and review of e-mail from DAZ to opposing counsel with prepared order. | 0.20 | JDK |
| Jun-21-11 | Receipt and review of e-mails (x3) from defense counsel. | 0.10 | JDK |
| Jun-21-11 | Conferences with S. Reveter re: proposed order; Review and edit of proposed order re: emergency motion to enjoin inspection of property. | 0.40 | BDO |
| Jun-22-11 | Receipt and review of e-mail from David Zulian and prepared e-mail to Simone. | 0.10 | JDK |
| Jun-23-11 | Receipt and review of e-mails between DAZ and opposing counsel and prepared e-mail to DAZ. | 0.10 | JDK |
| Jun-23-11 | Review documents; communications regarding hold harmless and indemnification agreement. | 0.30 | DAZ |
| Jun-24-11 | Conference with John Kehoe; review documents; communications regarding hold harmless and indemnification agreement. | 0.20 | DAZ |
| Jun-24-11 | Office conference with Simone regarding status of agreement regarding inspection. | 0.10 | JDK |
| Jun-24-11 | Telephone conference with Corey Lee. | 0.10 | JDK |
| Jun-24-11 | Receipt and review of e-mail from Eugene Shuboy and prepared e-mail to opposing counsel. | 0.80 | JDK |
| Jun-24-11 | Numerous communications with contractor, and counsel for defendant and third-party defendant regarding remediation; prepare e-mail communication to call counsel concerning schedule of remediation. | 0.50 | SLR |
| Jun-27-11 | Office conference with DAZ regarding Hold Harmless document for building inspection. | 0.40 | JDK |
| Jun-27-11 | Receipt and review of e-mail from DAZ and office conference with DAZ regarding same. | 0.10 | JDK |
| Jun-27-11 | Communications; revise assumption of risk agreement; review matter; conferences with opposing counsels; conference with remediation contractor; review contract. | 3.00 | DAZ |
| Jun-28-11 | Review documents; conference with Fred Dudley, Esquire on 558 notice and Chinese Drywall issues; draft 558 notices and requests for insurance to suppliers (Stock and Rew). | 1.00 | DAZ |

|  | **Total Hours** | 17.90 | $5,659.00 |

**DISBURSEMENTS**                                              <u>**Amount**</u>

Westlaw research fees.                                          117.19

**Total:**                                                      117.19

RE:  Willey/ARBC and Globetti
File Number: 0001

| | |
|---|---:|
| TOTAL FOR THIS BILL | $5,776.19 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$5,776.19** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers, FL 33905

August 04, 2011
Client #:     10436
File #:       0001
Inv #:        95847

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 07/31/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jul-06-11 | Review communications from insurance company for drywall subcontractor. | 0.20 | DAZ |
| Jul-07-11 | Conference with Remediation Contractor regarding status of remediation and findings; coordinate inspection by SF Trim; communications regarding inspection. | 0.50 | DAZ |
| Jul-11-11 | Review status of matter. | 0.10 | DAZ |
| Jul-14-11 | Communications with FCCI. | 0.10 | DAZ |
| Jul-15-11 | Communications. | 0.10 | DAZ |
| Jul-18-11 | Review status of matter. | 0.10 | DAZ |
| Jul-25-11 | Review matter; coordinate conference with expert. | 0.20 | DAZ |
| | **Total Hours** | 1.30 | $422.50 |

**DISBURSEMENTS**

| | | Amount |
|------|-------------|--------|
| 07/19/2011 | Federal Express courier fees. | 53.88 |
| 07/19/2011 | CourtCall re: filing fees | 60.00 |
| | **Total:** | 113.88 |

| | |
|------|------|
| TOTAL FOR THIS BILL | $536.38 |
| PRIOR BALANCE | $5,776.19 |
| **PLEASE PAY** | **$6,312.57** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

September 08, 2011
Client #:    10436
File #:       0001
Inv #:       96171

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 08/31/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Aug-09-11 | Prepare for meeting with proposed appraiser; attend meeting with Lili Montes; dictate notes from meeting. | 0.60 | DAZ |
| Aug-30-11 | Draft letter to Mr. and Mrs. Willey - discovery propounded on the Willeys. | 0.20 | SLR |
| Aug-31-11 | Finalize status letter to client. | 0.10 | DAZ |
| | **Total Hours** | 0.90 | $247.50 |

**DISBURSEMENTS**                                                      Amount

| 08/18/2011 | Courtcall filing fees. | -60.00 |
|------------|------------------------|--------|
| | **Total:** | -60.00 |

| TOTAL FOR THIS BILL | $187.50 |
|---------------------|---------|
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $187.50 |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

October 06, 2011
Client #:    10436
File #:        0001
Inv #:        96543

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 09/30/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Sep-20-11 | Draft Notices of Service of answers to Interrogatories; review documents and draft answers. | 1.00 | SLR |
| Sep-21-11 | Review documents; conference with the Willey's on Stock's discovery requests; draft responses and answers to Stock's discovery requests. | 3.70 | DAZ |
| Sep-22-11 | Review documents; follow-up conference with the Willey's on Stock's discovery requests; revise responses and answers to Stock's discovery requests. | 2.50 | DAZ |
| Sep-23-11 | Conferences with Willey; revise answers to Stock interrogatories. | 1.00 | DAZ |
| Sep-26-11 | Review documents; conferences with clients; revise and finalize Answers to Stock's Interrogatories and Responses to Stock's Request for Production; review and revise damage chart; communications. | 4.30 | DAZ |
| Sep-27-11 | Conference with attorney on defective drywall cases; legal research on diminution in value. | 0.30 | DAZ |
| Sep-27-11 | Legal research on diminution in value damages and Chinese Drywall disclosure requirement. | 0.40 | DAZ |
| **Total Hours** | | **13.20** | **$4,065.00** |

| | |
|---|---|
| TOTAL FOR THIS BILL | $4,065.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$4,065.00** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

November 07, 2011
Client #:      10436
File #:         0001
Inv #:         96865

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 10/31/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Oct-10-11 | Communications regarding document production with counsel for Defendants. | 0.10 | DAZ |
| Oct-17-11 | Review matter. | 0.10 | DAZ |
| Oct-18-11 | Review status of matter. | 0.20 | DAZ |
| | **Total Hours** | 0.40 | $130.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $130.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$130.00** |



## CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers, FL 33905

December 06, 2011
Client #:     10436
File #:        0001
Inv #:         97062

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 11/30/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Nov-07-11 | Organize file, review documents; update pleadings; review discovery requests. | 5.00 | SLR |
| Nov-08-11 | Pull documents for attorney review responsive to previous requests for production. | 2.00 | SLR |
| Nov-08-11 | Review discovery request and response; review matter. | 0.20 | DAZ |
| Nov-09-11 | Review document production. | 0.20 | DAZ |
| Nov-09-11 | Continue to organize documents (digitally) in preparation of responses to discovery; pull documents responsive to Requests for Production for attorneys' review.  (No Charge) | 8.00 | SLR |
| Nov-10-11 | Review discovery responses; draft discovery requests. | 0.50 | DAZ |
| Nov-16-11 | Conference with Thomas Willey; review matter. | 0.10 | DAZ |
| Nov-18-11 | Review discovery responses; draft discovery requests. | 2.70 | DAZ |
| Nov-21-11 | Draft discovery requests to various parties; draft requests for copies; legal research. | 3.00 | DAZ |
| Nov-21-11 | Draft responses to ARBC's request for production concerning Remediation Documents and Storage documents. | 0.10 | SLR |
| Nov-23-11 | Review status of matter. | 0.20 | DAZ |
| Nov-30-11 | Review correspondence, e-mails for privileged communications in preparation of response to discovery requests. | 1.50 | SLR |

|  | **Total Hours** | 23.50 | $3,102.50 |

DISBURSEMENTS                                                                                                   Amount

RE:  Willey/ARBC and Globetti
File Number: 0001

|  | |
|---|---|
| Photocopies | 1.50 |
| **Total:** | 1.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $3,104.00 |
| PRIOR BALANCE | $130.00 |
| **PLEASE PAY** | **$3,234.00** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  : (239) 261-9300
Facsimile   : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

January 12, 2012
Client #:    10436
File #:       0001
Inv #:        97416

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 12/31/2011

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Dec-12-11 | Correspondence regarding discovery. | 0.10 | DAZ |
| Dec-14-11 | Review status of matter. | 0.10 | DAZ |
| | **Total Hours** | 0.20 | $65.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $65.00 |
| PRIOR BALANCE | $0.00 |
| RETAINER APPLIED | $65.00 |
| **PLEASE PAY** | **$0.00** |

# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers, FL 33905

February 17, 2012
Client #:     10436
File #:        0001
Inv #:        97698

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 01/31/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jan-09-12 | Review status of matter. | 0.10 | DAZ |
| Jan-17-12 | Conference with Tom Willey; draft motion for mediation. | 0.20 | DAZ |
| Jan-19-12 | Review documents produced by clients; commence drafting updated damage chart. | 1.50 | DAZ |
| Jan-20-12 | Review photographs, documents and reports; communications; draft notice for trial and mediation. | 1.20 | DAZ |
| Jan-20-12 | Review documents produced to the defendants by Mr. and Mrs. Willey; begin preparing index to determine relevance to issues in the case. | 1.50 | FFH |
| Jan-21-12 | Revise Motion for Mediation. | 0.10 | DAZ |
| Jan-23-12 | Finalize Motion for Mediation; review discovery responses. | 0.20 | DAZ |
| Jan-26-12 | Continue review of document production and preparation of index to determine relevance to issues. | 2.00 | FFH |
| Jan-31-12 | Revise and finalize document requests. | 0.50 | DAZ |
| **Total Hours** | | **7.30** | **$1,623.00** |

| | |
|---|---|
| TOTAL FOR THIS BILL | $1,623.00 |
| PRIOR BALANCE | $0.00 |
| RETAINER APPLIED | $65.00 |
| **PLEASE PAY** | **$1,558.00** |



# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

March 13, 2012
Client #:   10436
File #:      0001
Inv #:      97984

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 02/29/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Feb-06-12 | Revise discovery requests. | 0.30 | DAZ |
| Feb-15-12 | Review documents produced by Mr. and Mrs. Willey; update index regarding relevance to issues | 2.00 | FFH |
| Feb-22-12 | Meeting with appraiser; finalize discovery requests. | 0.30 | DAZ |
| Feb-23-12 | Organize documents for appraiser. | 0.20 | DAZ |
| Feb-24-12 | Finalize letter to counsel for contractor regarding discovery. | 0.10 | DAZ |
| | **Total Hours** | 2.90 | $501.50 |

| DISBURSEMENTS | | Amount |
|---------------|--|--------|
| | Scans | 0.00 |
| 01/31/2012 | Federal Express courier charge | 50.14 |
| | **Total:** | 50.14 |

| | |
|--|--|
| TOTAL FOR THIS BILL | $551.64 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$551.64** |



# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers, FL 33905

April 11, 2012
Client #:     10436
File #:        0001
Inv #:         98427

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 03/31/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Mar-09-12 | Conferences with Thomas Willey; communications to Mr. Willey; review documents; conference with Appraiser; dictate letters to Appraiser and opposing counsel; conference with remediation contractor. | 2.00 | DAZ |
| Mar-12-12 | Finalize status memorandum to clients; follow-up conference with Willeys. | 0.30 | DAZ |
| Mar-12-12 | Finalize status memorandum to clients. | 0.20 | DAZ |
| Mar-20-12 | Meeting with Michael Coleman regarding settlement in MDL; communications to client and Mr. Coleman; review orders in MDL. | 1.00 | DAZ |
| Mar-29-12 | Status conference with clients. | 0.20 | DAZ |
| | **Total Hours** | 3.70 | $1,239.50 |

**DISBURSEMENTS**

Amount

| 03/16/2012 | Federal Express courier fee | 49.90 |
|-----------|------------------------------|-------|
| | **Total:** | 49.90 |

| TOTAL FOR THIS BILL | $1,289.40 |
|---------------------|-----------|
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$1,289.40** |



# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

May 18, 2012
Client #:    10436
File #:        0001
Inv #:        98919

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 04/30/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Mar-23-12 | Communications and organization regarding appraiser and diminution claim. | 0.20 | DAZ |
| Apr-05-12 | Review status of matter regarding completion of project. | 0.10 | DAZ |
| | **Total Hours** | **0.30** | $100.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $100.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$100.50** |

# CHEFFY PASSIDOMO

## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile  :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

June 14, 2012
Client #:    10436
File #:       0001
Inv #:        99257

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 05/31/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| May-16-12 | Review files, backup to costs associated with remediation; update damage table.  Conference call with Vito regarding status of backup documents.  Conference call with client regarding damage amounts by line item. | 2.50 | SLR |
| **Total Hours** | | 2.50 | $250.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $250.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $250.00 |

# CHEFFY PASSIDOMO
## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  : (239) 261-9300
Facsimile   : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

July 16, 2012
Client #:    10436
File #:       0001
Inv #:       99577

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 06/30/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jun-11-12 | Communications with counsel for ARBC and with client regarding settlement procedures regarding the MDL. | 0.20 | DAZ |
| Jun-22-12 | Draft letter to counsel for Stock requesting reimbursement of payment of copying charges regarding Willey documents responsive to Stock's Request for Production. | 0.20 | SLR |
| Jun-26-12 | Conference and communications with counsel for Defendant, Corey Lee on MDL stay. | 0.20 | DAZ |
| Jun-27-12 | Review communications. | 0.20 | DAZ |
| | **Total Hours** | **0.80** | **$221.00** |

**DISBURSEMENTS**                                                                      Amount

| 06/12/2012 | Lit & More re: outside copy fees | 338.12 |
|------------|-----------------------------------|--------|
| 06/22/2012 | Lit & More outside copy fee re: document production | 1,147.96 |
| | **Total:** | 1,486.08 |

| TOTAL FOR THIS BILL | $1,707.08 |
|---------------------|-----------|
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$1,707.08** |



## CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

August 03, 2012
Client #:     10436
File #:        0001
Inv #:        99800

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 07/31/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jun-29-12 | Conference with counsel for defendants on MDL and stay of proceedings; review communications. | 0.40 | DAZ |
| Jul-06-12 | Revise updated damage summary; revise letters to counsel; revise Motion for Mediation and Notice of Trial; revise letter to appraiser. | 0.50 | DAZ |
| Jul-09-12 | Revise letter to appraiser; call from counsel for defendants regarding depositions. | 0.30 | DAZ |
| Jul-10-12 | Revise letter to counsel regarding damages, mediation and notice for trial; revise letter to appraiser; review back-up; prepare for meeting with appraiser. | 0.90 | DAZ |
| Jul-10-12 | Review documents; prepare for meeting with Rik Bass; attend meeting; conference with Tom and Gloria Willey; revise damage calculations. | 1.60 | DAZ |
| Jul-10-12 | Review backup for damages, revise chart and organize backup.  Pull documents identified in letter to Rik Bass. | 1.00 | SLR |
| Jul-11-12 | (.5) Communications with Rik Bass; research date for appraisal; (.7) finalize discovery requests and letter to counsel. | 1.20 | DAZ |
| Jul-12-12 | Communications regarding stay order and mediation, etc. | 0.10 | DAZ |
| Jul-13-12 | Review MDL documents; review Motion to Abate; meeting with Michael Pettit; review rights of WIlleys; communications to clients. | 1.00 | DAZ |
| Jul-13-12 | Review Order and Settlement Agreement in Chinese Drywall Class Action; Review Eastern District website re: lien dates for opt out and objection; Research diminution of value issue. | 1.30 | MWP |
| Jul-16-12 | Research status of "stigma" damages and relationship to "diminution of value"; Research issue of timing of appraisal; Office conference with D. Zulian. | 2.20 | MWP |

RE:  Willey/ARBC and Globetti
File Number: 0001

| Date | Description | Hours | |
|---|---|---|---|
| Jul-16-12 | Research on damages; meeting with Michael Pettit; conference with Rick Bass on rent analysis. | 1.20 | DAZ |
| Jul-17-12 | Draft memorandum re: stigma damages. | 0.80 | MWP |
| Jul-18-12 | Research "diminution of value"; Draft memorandum on appraisal date and "stigma". | 0.70 | MWP |
| Jul-18-12 | Research on stigma and diminution claims; review documents; | 0.50 | DAZ |
| Jul-19-12 | Follow-up on class action procedures. | 0.20 | DAZ |
| Jul-20-12 | Legal research; conference with clients on class action and loss of use damages. | 1.20 | DAZ |
| Jul-23-12 | Research on mitigation of damages. | 0.20 | DAZ |
| Jul-24-12 | Draft Response to Manchester's Request for Production; review documents; revise response. | 0.60 | DAZ |
| Jul-25-12 | Finalize discovery responses to 4th Party Defendant; conference with Thomas Willey about MDL, class action settlement, damages, and procedures; meeting with Michael Pettit; review matter. | 1.00 | DAZ |
| Jul-30-12 | Review procedures for MDL settlement. | 0.10 | DAZ |
| Jul-30-12 | Review all settlement documents; E-mail to D. Zulian re: allocation committee; E-mail to counsel (07/31) re: allocation committee | 0.30 | MWP |

|  | **Total Hours** | 17.30 | $5,269.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $5,269.00 |
| PRIOR BALANCE | $1,707.08 |
| **PLEASE PAY** | **$6,976.08** |



## CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

September 13, 2012
Client #:    10436
File #:       0001
Inv #:        100196

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 08/31/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Aug-16-12 | Review E.D. La website and attempt to e-mail Plaintiff's counsel. | 0.10 | MWP |
| Aug-18-12 | T/C with D. Zulian; email to M. Pettit | 0.10 | EKC |
| Aug-21-12 | Review website in E.D. La. re: allocation committee; Telephone conference with Plaintiff's Liaison attorney Leonard Davis; Office conference with E. Cheffy. | 0.20 | MWP |
| Aug-27-12 | Analize class action order; Telephone conference with J. Hall - expert from Expert Building re: type of drywall and review his report; Review file re: status of Defendants as members of settlement class. | 2.20 | MWP |
| Aug-29-12 | Telephone conference with Mrs. Willey; Followup with e-mail. | 0.20 | MWP |
| Aug-31-12 | Preparation for hearing on 09/04/12 at 10:30 a.m. on Motion to Stay. | 1.00 | MWP |
| | **Total Hours** | 3.80 | $1,081.00 |

**DISBURSEMENTS**

| | | Amount |
|---|---|---|
| | Photocopies | 7.50 |
| **Total:** | | 7.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $1,088.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$1,088.50** |



# CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

October 17, 2012
Client #:    10436
File #:       0001
Inv #:        100528

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 09/30/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Sep-04-12 | Prepare for and attend hearing on Motion to Stay Action. | 2.30 | MWP |
| Sep-13-12 | Office conference with E. Cheffy and D. Zulian re: status. | 0.30 | MWP |
| Sep-18-12 | Telephone conference with M. Boyle; Telephone conference with D. Zulian; Telephone conference with M. Coleman; E-mail to M. Boyle | 0.60 | MWP |
| Sep-18-12 | Review matter; conference with Mike Pettit regarding class action settlement and discussion with Mark Boyle regarding claims against insurance companies (contractors and homeowners). | 0.30 | DAZ |
| Sep-19-12 | Telephone conference with Mr. and Mrs. Willey; Review file re: insurance documents and e-mail to M. Boyle. | 0.30 | MWP |
| Sep-19-12 | Conference with M. Pettit; R/R email | 0.10 | EKC |
| Sep-20-12 | Prepare for and hold telephonic conference with Mr. and Mrs. Willey. | 0.30 | MWP |
| Sep-24-12 | Review coverage letter from Gentile & Boyle; Office conference with D. Zulian; Telephone conference with M. Boyle; Telephone conference with Mr. and Mrs. Willey; Telephone conference with F. Longer - attorney with lead class counsel's firm. | 1.20 | MWP |
| Sep-24-12 | Review class action issue; conference with Mike Petit and Mark Boyle. | 0.50 | DAZ |
| Sep-24-12 | Review all documents regarding insurance, including requests for insurance, responses, policies, prepare chart identifying all insurance information for all parties. | 3.00 | SLR |
| Sep-25-12 | Research asset information on defendants. | 6.70 | JJP |
| Sep-25-12 | Updated asset search on defendants; conference with Willeys; conference with private investigator. | 1.00 | DAZ |

RE:  Willey/ARBC and Globetti
File Number: 0001

| Date | Description | Hours | Initials |
|---|---|---|---|
| Sep-25-12 | Office conference with J. Print re: asset search on ARBC; Telephone conference with Coleman - ARBC attorney; Telephone conference with D. Zulian and Mr. Willey. | 0.50 | MWP |
| Sep-26-12 | Conference with private investigator; meeting with Michael Pettit; conference with Willeys. | 0.50 | DAZ |
| Sep-26-12 | Telephone conference with Mr. Willey and D. Zulian; Review website in Federal Court; Attempt to call F. Longer; Telephone conference with Mrs. Willey re: no need to act except to register. | 0.20 | MWP |
| Sep-26-12 | Correspondence with D. Watts re: investigation re: assets of defendants (ARBC, FSCTI). | 0.20 | JJP |

| | Total Hours | 18.00 | $3,574.00 |
|---|---|---|---|

| | |
|---|---|
| TOTAL FOR THIS BILL | $3,574.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $3,574.00 |

# CHEFFY PASSIDOMO
## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  : (239) 261-9300
Facsimile   : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

November 02, 2012
Client #:    10436
File #:       0001
Inv #:       100605

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 10/31/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Oct-05-12 | Communications with Michael Petit, Esq. regarding status of matter. | 0.10 | DAZ |
| Oct-31-12 | Status conference with Tom Willey; meeting with Mike Pettit. | 0.40 | DAZ |
| | **Total Hours** | 0.50 | $167.50 |

## DISBURSEMENTS

| | | Amount |
|--|--|--------|
| 09/25/2012 | Records Search | 101.90 |
| 10/11/2012 | Lit & More re: document production | 1,209.90 |
| | **Total:** | 1,311.80 |

| | |
|--|--|
| TOTAL FOR THIS BILL | $1,479.30 |
| PRIOR BALANCE | $3,574.00 |
| **PLEASE PAY** | **$5,053.30** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

December 11, 2012
Client #:    10436
File #:        0001
Inv #:        101055

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 11/30/2012

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Nov-01-12 | Review memorandum on procedures and Notice from MDL; draft recommended response to Mike Pettit. | 1.00 | DAZ |
| Nov-02-12 | Follow-up with Michael Pettit on class action settlement procedures. | 0.10 | DAZ |
| Nov-09-12 | Review file and Court Order; Draft letter to Class Plaintiff's counsel. | 1.00 | MWP |
| | **Total Hours** | 2.10 | $648.50 |

**DISBURSEMENTS**

| | Amount |
|--|--------|
| Online Search | 101.90 |
| **Total:** | 101.90 |

| | |
|--|--|
| TOTAL FOR THIS BILL | $750.40 |
| PRIOR BALANCE | $1,479.30 |
| **PLEASE PAY** | **$2,229.70** |

# CHEFFY PASSIDOMO

### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

February 13, 2013
Client #:      10436
File #:         0001
Inv #:          101561

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 01/31/2013

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Jan-10-13 | Review status of matter; meeting with Michael Pettit; communications regarding status. | 0.10 | DAZ |
| Jan-18-13 | Conference with counsel for Guardian Supplier; communication regarding conference. | 0.20 | DAZ |
| | **Total Hours** | 0.30 | $100.50 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $100.50 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $100.50 |



## CHEFFY PASSIDOMO
ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

March 18, 2013
Client #:    10436
File #:       0001
Inv #:        101933

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 02/28/2013

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Feb-08-13 | Communications and meeting with Michael Pettit on class action settlement and order. | 0.20 | DAZ |
| Feb-21-13 | Review status of matter; communications. | 0.10 | DAZ |
| Feb-22-13 | Office conference with D. Zulian; Telephone conference with M. Geaughan - Plaintiff's counsel in class action re: status. | 0.20 | MWP |
| **Total Hours** | | 0.50 | $160.50 |

| TOTAL FOR THIS BILL | $160.50 |
|---------------------|---------|
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | **$160.50** |



## CHEFFY PASSIDOMO
### ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  :  (239) 261-9300
Facsimile   :  (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

April 18, 2013
Client #:    10436
File #:       0001
Inv #:        102260

RE:   Willey/ARBC and Globetti
For Services Rendered Through: 03/31/2013

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Mar-18-13 | Status communication to clients. | 0.10 | DAZ |
| Mar-22-13 | Review status of matter. | 0.10 | DAZ |
| | **Total Hours** | **0.20** | $67.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $67.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $67.00 |

# CHEFFY PASSIDOMO

## ATTORNEYS AT LAW

821 Fifth Ave. South,  Suite 201
Naples, FL  34102

Telephone  : (239) 261-9300
Facsimile   : (239) 261-9782

Federal Employer Identification Number: 65-0448546

Thomas and Gloria Willey
12680 Oak Bend Drive
Fort Myers,  FL 33905

May 16, 2013
Client #:    10436
File #:       0001
Inv #:       102532

RE:  Willey/ARBC and Globetti
For Services Rendered Through: 04/30/2013

| DATE | DESCRIPTION | HOURS | TKPR |
|------|-------------|-------|------|
| Apr-17-13 | Review E.D. La website re: drywall claims. | 0.20 | MWP |
| Apr-18-13 | Review claim form; emails to D. Zulian and Mr. & Mrs. Willey and receipt and review of responses. | 0.50 | MWP |
| Apr-18-13 | Review MDL claim procedures. | 0.20 | DAZ |
| Apr-22-13 | Office conference with D. Zulian; Review Court website. | 0.20 | MWP |
| Apr-23-13 | Prepare for and participate in telephone conference with Mr. & Mrs. Willey; Research appearance in E.D. LA. | 0.50 | MWP |
| Apr-23-13 | Prepare for conference with the Willeys; meeting with Mike Pettit; conference with the Willeys; draft response communication to the Willeys. | 1.00 | DAZ |
| | **Total Hours** | 2.60 | $822.00 |

| | |
|---|---|
| TOTAL FOR THIS BILL | $822.00 |
| PRIOR BALANCE | $0.00 |
| **PLEASE PAY** | $822.00 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

## AFFIDAVIT OF REASONABLE FEES

STATE OF FLORIDA        :
                        : SS
COUNTY OF COLLIER       :

BEFORE ME, the undersigned authority, personally appeared Michael A. Baviello, Jr., Esquire, who being duly sworn, states that:

1.      Affiant is a member in good standing of The Florida Bar, has been actively engaged in the practice of law since 1991, and has substantial experience in causes of action similar to that in this action.

2.      Affiant is familiar with attorneys' fees usually and customarily charged and allowed attorneys in actions such as those involved in this action.

3.      Affiant has examined the files of counsel for the Plaintiff, and has reviewed the scope of the work and time devoted by counsel in this action.

4.      Affiant has considered all of the factors and guidelines set forth in Florida Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985), as modified by Standard Guaranty v. Quanstrom, 555 So.2d 828 (Fla. 1990), and Rule 4-1.5(B) of The Florida Bar Rules of Professional Conduct as set forth below:

(a) The time and labor required, the novelty and difficulty of the questions involved, and the skills requisite to perform the legal service property;

(b) The likelihood that the acceptance of the particular employment will preclude other employment by the lawyer;

(c) The fee, or rate of fee, customarily charged in the locality for legal services of a comparable or similar nature;

(d) The significance of, or amount involved in, the subject matter of the representation, the responsibility involved in the representation, and the results obtained;

(e) The time limitations imposed by the client or by circumstances, and, as between attorney and client, any additional or special time demands or requests of the attorney by the client;

(f) The nature and length of the professional relationship with the client;

(g) The experience, reputation, diligence, and ability of the lawyer or lawyers performing the services and the skill, expertise, or efficiency of effort reflected in the actual providing of such services; and,

(h) That the fee is not a fixed fee.

5.    Affiant has been informed that Plaintiff has agreed to pay attorneys' fees in the representation of this action through its conclusion.

6.    Affiant has been informed of the hourly rates charged by counsel for Plaintiff.  Affiant is familiar with charges made by attorneys for like services, and the

2

hourly rates charged are commensurate with the charges of attorneys having comparable experience for similar services.

      7.    Affiant states that a reasonable fee for the services rendered by counsel for Plaintiff is $52,000.00.

By: _____
           Affiant

STATE OF FLORIDA    :
                      : SS
COUNTY OF COLLIER   :

      I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgements, the foregoing instrument was acknowledged before me by MICHAEL ZAVIELLO, who is personally known to me or who has produced Personally Known for identification.

      WITNESS my hand and official seal in the County and State last aforesaid this 22 day of May, 2013.

LOUIS W. CHEFFY
Notary Public - State of Florida
My Comm. Expires Feb 9, 2014
Commission # DD 948292

_____
Notary Public
Name: Louis W. Cheffy
      (Type or Print)

My Commission Expires: