UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ.Action No. 10-361 (E.D.La) | |

**CHRISTOPHER AND CARRIE DOLAN; BRYON HAND; SCOTT AND MARGARET JARRETT; PAUL AND JANET JONES; NATHAN AND ELIZABETH KIEWIET; JASON MCLAIN; FRANCES MYOTT; ANTHONY AND CAROLINE PALAMIDESSI AND SUSANN AND JEFFREY TIERNEY'S NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, BUSH CONSTRUCTION CORPORATION**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Christopher and Carrie Dolan; Bryon Hand; Scott and Margaret Jarrett; Paul and Janet Jones; Nathan and Elizabeth Kiewiet; Jason McLain; Frances Myott; Anthony and Caroline Palamidessi and Susann and Jeffrey Tierney, hereby dismiss, with prejudice, all of their claims against defendant, Bush Construction Corporation, in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Christopher and Carrie Dolan; Bryon Hand; Scott and Margaret Jarrett; Paul and Janet Jones; Nathan and Elizabeth Kiewiet; Jason McLain; Frances Myott; Anthony and Caroline Palamidessi and Susann and Jeffrey Tierney shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Fred S. Longer, counsel for Christopher and Carrie Dolan; Bryon Hand; Scott and Margaret Jarrett; Paul

1

and Janet Jones; Nathan and Elizabeth Kiewiet; Jason McLain; Frances Myott; Anthony and Caroline Palamidessi and Susann and Jeffrey Tierney dated October 3, 2013 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

    Respectfully submitted,

Dated: October 3, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhk.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal, With Prejudice, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of October, 2013.

    /s/  Leonard A. Davis  
    Leonard A. Davis, Esquire  
    Herman, Herman & Katz, LLC  
    820 O'Keefe Avenue  
    New Orleans, Louisiana 70113  
    Phone: (504) 581-4892  
    Fax: (504) 561-6024  
    LDavis@hhk.com  
    Plaintiffs' Liaison Counsel  
    MDL 2047