# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *

\* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

October 3, 2013

**VIA EMAIL AND UNITED
STATES FIRST CLASS MAIL**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re: In re: Chinese Manufactured Drywall Products Liability Litigation
> *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,*
> Civ.Action No. 10-361 (E.D.La.)

Dear Russ and Lenny:

My clients, Christopher and Carrie Dolan; Bryon Hand; Scott and Margaret Jarrett; Paul and Janet Jones; Nathan and Elizabeth Kiewiet; Jason McLain; Frances Myott; Anthony and Caroline Palamidessi and Susann and Jeffrey Tierney, authorize the attorneys of Herman, Herman & Katz, LLC to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendant Bush Construction Corporation in the above matter, reserving their rights and claims against any and all other defendants therein.

Very truly yours,

FRED S. LONGER

/mmh
Enc.