UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Haya, et al. v. Taishan Gypsum Corp., Ltd., et al.*, Civ.Action No. 11-1077 (E.D.La) | |

**ROBERT DAWSON'S NOTICE OF**
**VOLUNTARY DISMISSAL, WITH PREJUDICE, OF**
**DEFENDANT, ATLANTIC HOMES DEVELOPMENT CORPORATION**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, Robert Dawson, hereby dismisses, with prejudice, all of his claims against defendant, Atlantic Homes Development Corporation, in Plaintiffs' Omnibus Complaint, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Robert Dawson shall continue to pursue his claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Fred S. Longer, counsel for Robert Dawson, dated October 3, 2013 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: October 3, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhk.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Notice of Voluntary Dismissal, With Prejudice, has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of October, 2013.

    /s/  Leonard A. Davis
    Leonard A. Davis, Esquire
    Herman, Herman & Katz, LLC
    820 O'Keefe Avenue
    New Orleans, Louisiana 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    LDavis@hhk.com
    Plaintiffs' Liaison Counsel
    MDL 2047