# LEVIN, FISHBEIN, SEDRAN & BERMAN

*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *

\* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

October 3, 2013

**VIA EMAIL AND UNITED
STATES FIRST CLASS MAIL**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   In re: Chinese Manufactured Drywall Products Liability Litigation
      *Haya, et al. v. Taishan Gypsum Corp., Ltd.,* No. 11-1077 (E.D.La.)

Dear Russ and Lenny:

My client, Robert Dawson, authorizes the attorneys of Herman, Herman & Katz, LLC to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, with prejudice, all of his claims against defendant Atlantic Homes Development Corporation in the above matter, reserving his rights and claims against any and all other defendants therein.

Very truly yours,

FRED S. LONGER

/mmh
Enc.