UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED           : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            : SECTION: L
LITIGATION                            :
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             : JUDGE FALLON
ALL CASES AND                         : MAG. JUDGE WILKINSON
                                      :
*Payton, et al. v. Knauf Gips KG, et al.*  :
Case No. 2:09-cv-07628 (E.D. La.)     :
                                      :
*Gross, et al. v. Knauf Gips KG, et al.*   :
Case No. 2:09-cv-06690 (E.D. La.)     :
                                      :
*Rogers, et al. v. Knauf Gips KG, et al.*  :
Case No. 2:10-cv-00362 (E.D. La.)     :
                                      :
*Abreu, et al. v. Gebrueder Knauf*         :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 2:11-cv-00252 (E.D. La.)     :
                                      :
*Block, et al. v. Gebrueder Knauf*         :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 11-cv-1363 (E.D. La.)        :
                                      :
*Arndt, et al. v. Gebrueder Knauf*         :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 11-cv-2349 (E.D. La.)        :
                                      :
*Cassidy, et al. v. Gebrueder Knauf*       :
*Verwaltungsgesellschaft KG, et al.*       :
Case No. 11-cv-3023 (E.D. La.)        :
                                      :
*Vickers, et al. v. Knauf Gips KG, et al.* :
Case No. 2:09-cv-04117 (E.D. La.)     :
------------------------------------------------------------------x

60228206.DOCX

**JOINT MOTION AND INCOPORATED MEMORANDUM
TO SUBSTITUTE FOURTH AMENDMENT TO SETTLEMENT AGREEMENT
REGARDING CLAIMS AGAINST
THE KNAUF DEFENDANTS IN MDL NO. 2047**

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC") and the Knauf Defendants[1], who submit this Joint Motion to Substitute Fourth Amendment To Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047 ("Fourth Amended Knauf Class Settlement Agreement").

The parties seek Court Approval of the Fourth Amended Knauf Class Settlement Agreement attached hereto as Exhibit "1" because certain provisions in prior versions of the Knauf class settlement agreements have been amended. However, none of the revised provisions diminish Class Members' benefits or adversely impact their rights.

WHEREFORE, the PSC and Knauf Defendants respectfully request that the Court approve the substitution of this Fourth Amended Knauf Class Settlement Agreement and its exhibits and approve it as amended in the form set forth hereto as Exhibit "2."

---

[1] The Knauf Defendants are Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebrueder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH and Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Respectfully submitted,

| | |
|---|---|
| /s/ Russ M. Herman | /s/ Kyle A. Spaulding |
| Russ M. Herman, Esquire (Bar No. 6819) | Kerry Miller (LA Bar No. 24562) |
| Leonard A. Davis, Esquire (Bar No. 14190) | Kyle A. Spaulding (LA Bar No. 29000) |
| Stephen J. Herman, Esquire (Bar No. 23129) | **FRILOT L.L.C.** |
| HERMAN, HERMAN & KATZ, L.L.C. | 1100 Poydras Street, #3700 |
| 820 O'Keefe Avenue | New Orleans, LA 70162 |
| New Orleans, LA 70113 | Phone: (504)599-8194 |
| Phone: (504) 581-4892 | Fax: (504)599-8145 |
| Fax: (504) 561-6024 | kmiller@frilot.com |
| Ldavis@hhklawfirm.com | |
| *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel* | *Counsel for the Knauf Defendants* |

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 3rd day of October, 2013.

/s/ Kyle Spaulding