Deutsche Bank
Global Trade Operations & Services

Deutsche Bank AG New York Branch
60 Wall Street
Mail Stop NYC60-3817
New York, NY 10005

DATE: September 25, 2013

**FOR INTERNAL IDENTIFICATION PURPOSES ONLY**

Applicant:    the "Knauf Defendants"

**OUR STANDBY LETTER OF CREDIT NO.: 839BGB1300370**

TO:    Settlement Class Counsel
Russ Herman, MDL No. 2047 Plaintiffs' Liaison Counsel
Arnold Levin, MDL No. 2047 Plaintiffs' Lead Counsel
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

For purposes of this Standby Letter of Credit, "Settlement Agreement" shall mean that certain Settlement Agreement by and between The Knauf Defendants in MDL NO. 2047 and the Plaintiffs' Steering Committee in *In re: Chinese Manufactured Drywall Products Liability Litigation,* MDL No. 2047 and Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd, Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG. Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia, (collectively, the "Knauf Defendants") dated effective as of December 20, 2011, which settlement was approved as amended on February 7, 2013. The Settlement Agreement was last amended on August 30, 2013, when the PSC and the Knauf defendants entered into a Fourth Amendment to the Settlement Agreement ("Knauf Class Settlement").

We hereby open our irrevocable Standby Letter of Credit in favor of the aforesaid addressee ("Beneficiary"), as collateral agent for the Settlement Class (as defined in the Settlement Agreement), for the account of Knauf Gips KG ("Accountee"), on behalf of the Knauf Defendants (as defined in the Settlement Agreement), pursuant to Section 17.1.2 of the Fourth Amendment to Settlement Agreement, for drawings up to Two Hundred Million U.S. Dollars ($200,000,000.00), (the "Stated Amount") in accordance with the terms and conditions hereinafter set forth and effective immediately. Multiple draws on this Standby Letter of Credit are permitted. Each draft drawn on us must be in the form of a drawing certificate in the form of Exhibit A attached hereto. Each such drawing must bear on its face the words, "Drawn under Standby Letter of Credit Number 839BGB1300370", have all blanks appropriately filled in and be executed by at least two of Russ Herman, Arnold Levin or a third person authorized to act on behalf of Settlement Class Counsel pursuant to the Settlement Agreement.

Chairman of the Supervisory Board: Paul Achleitner
Management Board: Jürgen Fitschen (Co-Chairman), Anshuman Jain (Co-Chairman), Stephan Leithner, Stuart Lewis, Stefan Krause, Rainer Neske, Henry Ritchotte
Deutsche Bank Aktiengesellschaft domiciled in Frankfurt am Main; HRB No 30 000, Frankfurt am Main, Local Court; VAT ID No DE114103378; www.db.com



EXHIBIT
K



Page Two of Three Pages
**OUR STANDBY LETTER OF CREDIT NO.: 839BGB1300370**

We do hereby engage with you that each draft drawn hereunder and subject to the terms and conditions provided herein will be honored if drawn on us at the following address: Deutsche Bank AG, New York Branch, 60 Wall Street, 38th Floor, New York, NY 10005-2858 on or before our close of business on June 30, 2015 (the "Expiration Date").

Demand for payment may be made under this Standby Letter of Credit if presented at our office specified above on or before the Expiration Date. Demands for payment hereunder honored by us shall not in the aggregate exceed the Stated Amount in effect at the time, and each such drawing shall reduce the Stated Amount of this Standby Letter of Credit. Any charges due and owing to us from the Accountee or to the Accountee from us may not be collected or deducted from the proceeds of the Standby Letter of Credit. Our payment(s) under this Standby Letter of Credit will only be made in favor of the escrow account established in Knauf Class Settlement with U.S. Bank (Account No. 180121167365; Bank Routing Number 091000022; BIC/SWIFT: USBKUS4T).

In accordance with the Settlement Agreement, upon receipt of a certificate from you, in the form of Exhibit B hereto (the "Reduction Certificate"), indicating the replenishment of the Remediation Fund by the Knauf Defendants' pursuant to Section 4.2.2 of the Settlement Agreement, we shall amend this Letter of Credit to evidence the new Stated Amount in accordance with such Reduction Certificate. The Reduction Certificate, which forms an integral part of this Standby Letter of Credit, shall have all blanks appropriately filled in and shall be signed by the Settlement Class Counsel.

This Standby Letter of Credit sets forth in full the terms of our undertaking, and such undertaking shall not in any way be modified, amended or amplified by reference to any note, document, instrument or agreement referred to herein or in which this Standby Letter of Credit is referred to or to which this Standby Letter of Credit relates and any such reference shall not be deemed to be incorporated herein by reference. The obligation of Deutsche Bank under this Standby Letter of Credit is the individual obligation of Deutsche Bank, and is in no way contingent upon reimbursement with respect thereto.

Upon the Expiration Date, this Standby Letter of Credit shall automatically terminate and be cancelled, unless extended, modified or terminated prior to the Expiration Date.

This Standby Letter of Credit is subject to and governed by the laws of the State of New York and the 2007 Revision of the Uniform Customs and Practice for Documentary Credits of the International Chamber of Commerce (Publication No. 600) and, in the event of any conflict, the laws of the State of New York will control.

To the extent that New York law or the 2007 Revision of the Uniform Customs and Practice for Documentary Credits of the International Chamber of Commerce (Publication No. 600) require mandatory arbitration of disputes arising from, on, or in connection with this Letter of Credit, such provision(s) will not be applicable to the parties hereto.



**Page Three of Three Pages**
**OUR STANDBY LETTER OF CREDIT NO.: 839BGB1300370**

All actions, proceedings or disputes arising from, on or in connection with this Letter of Credit shall be resolved exclusively in the jurisdiction of the United States District Court for the Eastern District of Louisiana, and we irrevocably consent to exclusive venue and jurisdiction of the United States District Court for the Eastern District of Louisiana for the resolution of any such actions, proceedings or disputes.

Very truly yours,

Deutsche Bank AG,
New York Branch

Lynn Nicaretta
Director

Cherine Kenawy
Asst. Vice President

**EXHIBIT A**
**(Drawing Certificate)**

TO:     Deutsche Bank AG, New York Branch
        60 Wall Street
        38ᵗʰ Floor
        New York, NY 10005 U.S.A.
        Attn: Trade Services

Drawn under Standby Letter of Credit Number 839BGB1300370, issued dated September 25, 2013.

The Beneficiary hereby certifies to [name of bank] (the "Bank"), with reference to the Bank's Standby Letter of Credit No. 839BGB1300370 (the "Letter of Credit": capitalized terms used herein and not otherwise defined herein shall have the respective meanings given to such terms in the Letter of Credit) that:

(i)     The Knauf Defendants are in breach of their obligation(s) to replenish the Remediation Fund pursuant to Section 4.2.2 of the Settlement Agreement.

(ii)    Beneficiary, as collateral agent for the Settlement Class, is entitled to demand payment under the Letter of Credit for the sum of $_____ (in figures) (say: _____), which amount does not exceed the current Stated Amount of the Letter of Credit.

(iii)   The amount demanded hereby has been calculated in accordance with the terms of the Settlement Agreement.

(iv)    You are hereby directed to pay the amount so demanded to the Remediation Fund, in favor of [Escrow Account, _____].

IN WITNESS WHEREOF, the Beneficiary has executed and delivered this Certificate as of the ___ day of _____, 20___.

Very truly yours,

SETTLEMENT CLASS COUNSEL

By:_____
     Russ M. Herman
     MDL 2047 Plaintiffs' Liaison Counsel

By:_____
     Arnold Levin
     MDL 2047 Plaintiffs' Lead Counsel

## EXHIBIT B
### (Reduction Certificate)

TO:   Deutsche Bank AG, New York Branch
      60 Wall Street
      38th Floor
      New York, NY 10005 U.S.A.
      Attn: Trade Services


The Beneficiary hereby certifies to [name of bank] (the "Bank"), with reference to the Bank's Standby Letter of Credit No. 839BGB1300370 (the "Letter of Credit"; capitalized terms used herein and not otherwise defined herein shall have the respective meanings given to such terms in the Letter of Credit) that the Knauf Defendants have replenished the Remediation Fund pursuant to Section 4.2.2 of the Settlement Agreement in the amount of $_____.

We hereby request that, pursuant to the terms of the Letter of Credit, you amend the Letter of Credit to evidence the new Stated Amount of $_____.

IN WITNESS WHEREOF, the Beneficiary has executed and delivered this Certificate as of the ____ day of _____, 20____.

Very truly yours,

SETTLEMENT CLASS COUNSEL

By:_____
     Russ M. Herman
     MDL 2047 Plaintiffs' Liaison Counsel

By:_____
     Arnold Levin
     MDL 2047 Plaintiffs' Lead Counsel