UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>: SECTION: L<br>: |

------------------------------------------------------------x
| | |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES AND | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |
| | : |
| *Payton, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-07628 (E.D. La.) | : |
| | : |
| *Gross, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-06690 (E.D. La.) | : |
| | : |
| *Rogers, et al. v. Knauf Gips KG, et al.* Case No. 2:10-cv-00362 (E.D. La.) | : |
| | : |
| *Abreu, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 2:11-cv-00252 (E.D. La.) | : |
| | : |
| *Block, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-1363 (E.D. La.) | : |
| | : |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-2349 (E.D. La.) | : |
| | : |
| *Cassidy, et al. v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al.* Case No. 11-cv-3023 (E.D. La.) | : |
| | : |
| *Vickers, et al. v. Knauf Gips KG, et al.* Case No. 2:09-cv-04117 (E.D. La.) | : |

------------------------------------------------------------x

**ORDER APPROVING FOURTH AMENDMENT TO THE SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN <u>MDL NO. 2047</u>**

61521898.DOCX



EXHIBIT 2

Upon the Joint Motion of the Knauf Defendants, Settlement Class Counsel and the Plaintiffs' Steering Committee ("PSC") for an order approving the Fourth Amendment to the Settlement Agreement Regarding Claims Against The Knauf Defendants In MDL No. 2047 (the "Fourth Amendment"), IT IS HEREBY ORDERED THAT:

1. The Fourth Amendment is approved.

2. Paragraph 51 of the Order and Judgment: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W and Global Settlements dated February 7, 2013 [Rec. Doc. 16570] as amended by order dated February 19, 2013 [Rec. Doc. 16580] is amended as follows:

> Non-Knauf Class Members and Knauf Class Members who opted out under Section 8 of the Knauf Settlement are enjoined from seeking or obtaining any recovery against or from, or seeking to execute or otherwise exercise remedies against the Letter of Credit and the Knauf Gips guarantee pledged as security under Sections 17.1.1 and 17.1.2, the Remediation Fund, the Other Loss Fund, funds established for the payment of attorneys' fees and costs, and any reversionary or cy pres interests therein, which assets have been made available by the Knauf Defendants solely for the purpose of implementing the Knauf Settlement for the exclusive benefit of the Knauf Settlement Class.

This ___ day of September, 2013, at New Orleans, Louisiana.

                                              ELDON E. FALLON
                                              United States District Court Judge