IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 <br> : <br> : Section L <br> : <br> : JUDGE FALLON |
| This Document Relates to: ALL ACTIONS | : MAG. JUDGE WILKINSON <br> : <br> : |

### THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO THOMAS P. WILLEY'S AND GLORIA P. WILLEY'S MOTION FOR AWARD OF REASONABLE ATTORNEY FEES

**I.    INTRODUCTION**

The Plaintiffs' Steering Committee ("PSC") hereby responds to the motion for award of attorney fees of Thomas P. Willey and Gloria P. Willey. [Rec.Doc.No. 17162]. The Willey's seek a specific award of fees and expenses from a fund that has not yet been approved by the Court to pay for such awards. The Willey's motion is patently premature. The PSC opposes the requested motion because the time has not yet arrived to seek such compensation.

**II.    FACTUAL BACKGROUND**

At the outset of this litigation, the Court appointed individual plaintiffs' counsel to the Plaintiffs' Steering Committee ("PSC") which committee was authorized to manage the affairs of prosecuting the claims of all plaintiffs participating in this MDL.[1]  Amongst the many

---

[1] The PSC is currently comprised of the following counsel: Russ M. Herman (ex-officio member of the Committee), Dawn M. Barrios, Daniel E. Becnel, Jr., Daniel K. Bryson, Ervin Amanda Gonzalez, Ben Gordon, Robert C. Josefsberg, Hugh P. Lambert, Arnold Levin, Gerald E. Meunier, Jerrold Seth Parker, James Robert Reeves, Christopher Seeger, Richard J. Serpe, Bruce William Steckler, Scott Weinstein, and Victor M. Diaz, Jr. *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, PTO No. 8B (E.D.La. March 19, 2012).

1

responsibilities assigned to the PSC was the obligation to "explore, develop and pursue all settlement options" in the MDL.  *In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, PTO No. 8 at 4 (E.D.La. July 27, 2009).

To this end, the PSC engaged in extensive efforts to resolve this litigation. Over the past three years the PSC made tremendous efforts to achieve a global resolution of the Chinese Drywall Litigation.  As a result of protracted and arm's-length negotiations with hundreds of builders, installers, suppliers and manufacturer Defendants and their insurers, and the Knauf Defendants, the PSC reached a series of five separate, but inter-related and inter-dependent class settlements with: (1) supplier Interior Exterior Building Supply, LP ("InEx") and its insurers[2] (the "InEx Settlement"); (2) the Banner entities[3] and their insurers[4] (the "Banner Settlement"); (3) L&W Supply Corporation ("L&W") and USG Corporation (the "L&W Settlement"); (4) the Knauf Defendants[5] (the "Knauf Settlement"); and (5) more than 700 additional Participating Builders, Suppliers, Installers, and their Participating Insurers (the "Global Settlement").  *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047, Order and Judgement (E.D.La. Feb. 7, 2013).  These

---

[2]InEx's Insurers that have entered into a class settlement include Arch Insurance Company ("Arch") and Liberty Mutual Fire Insurance Company ("Liberty").

[3]The Banner entities include:  Banner Supply Co., Banner Supply Co. Pompano, LLC, Banner Supply Co. Port St. Lucie, LLC, Banner Supply Co. Ft. Myers, LLC, Banner Supply Co. Tampa, LLC, Banner Supply International, LLC, and any other entity insured under the Banner Insurance Policies (collectively, "Banner").

[4]Banner's Insurers include:  Chartis, FCCI, Hanover, and Maryland Casualty.

[5]The Knauf Defendants include:  Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH ("KI"), Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda. and PT Knauf Gypsum Indonesia.

settlements will provide necessary remediation and monetary relief to the thousands of claimants impacted by Chinese Drywall, many of whom have been displaced from their homes, lost their properties due to foreclosure or sales in mitigation and suffered loss of personal property.[6]

The PSC submits that because matters involving attorneys fees related to the inter-related settlements has not yet been sanctioned by this Court, it is premature to address the Willey's motion at this time.

## III.     ARGUMENT

Before there can be any allocation from a common fund, there must first be an award of the fund. *Compare In re Vioxx Products Liability Litigation*, 760 F.Supp.2d 640, 642 n.2 (E.D.La. 2010)("The allocation of the common benefit fee amongst the fee applicants, which is the responsibility of this Court pursuant to the Settlement Agreement, will not be addressed at this time. The Court will merely determine the appropriate total fee amount, leaving allocation for another day.") *with In re Vioxx Products Liability Litigation*, 802 F.Supp.2d 740 (E.D.La. 2011)("The Court has previously determined the value of the common benefit work in the Vioxx MDL and associated state litigations which produced the global settlement of November 9, 2007. . . . Now, the Court must allocate those common benefit attorneys' fees among the attorneys who did the work which produced this settlement."). Plainly spoken: you can't put the cart before the horse. The Willey's motion seeks to upset this plain logic.

Other counsel have ventured prematurely down the same path as the Willeys. This Court denied without prejudice those attorney's petition for attorneys fees noting:

---

[6]The PSC has also achieved resolution of substantial parts of the Virginia-based litigation. *See In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, Order and Judgment (E.D.La. July 9, 2013).

> The Court will order any necessary hearings and allow for submissions regarding attorney fees at an appropriate time. For now, the Court remains focused on resolving the claims of the parties rather than any claims by attorneys, which are at this time premature.

*See In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, Order (E.D.La. Dec. 6, 2012)(ECF No. 16371). This Court has not yet announced that an appropriate time for the filing of fee petitions has arrived. The Willey's motion is therefore premature.

## IV.  CONCLUSION

For the reasons set forth above, the motion of Thomas P. Willey and Gloria P. Willey for payment of attorney fee and expenses should be denied without prejudice.

Respectfully submitted,

Dated: October 4, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

        Arnold Levin (On the Brief)
        Fred S. Longer (On the Brief)
        Matthew C. Gaughan (On the Brief)
        Levin, Fishbein, Sedran & Berman
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        215-592-1500 (phone)
        215-592-4663 (fax)
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel*
        *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

        Hugh P. Lambert

| | |
|---|---|
| The Lambert Firm<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Christopher Seeger<br>Seeger Weiss, LLP<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Daniel K. Bryson<br>Whitfield, Bryson & Mason<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5002<br>dan@wbmllp.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| | Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis | Andrew A. Lemmon |
| HAUSFELD LLP | Lemmon Law Firm, LLC |
| 1700 K Street, N.W | P.O. Box 904 |
| Suite  650 | 15058 River Road |
| Washington, DC 20006 | Hahnville, LA 70057 |
| Phone: (202) 540-7200 | Phone: (985) 783-6789 |
| Fax:  (202) 540-7201 | Fax: (985) 783-1333 |
| rlewis@hausfeldllp.com | andrew@lemmonlawfirm.com |

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing The Plaintiffs' Steering Committee's Response in Opposition to Thomas P. Willey's and Gloria P. Willey's Motion for Award of Reasonable Attorney Fees has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of October, 2013.

/s/ Leonard A. Davis  
Leonard A. Davis, Esquire  
Herman, Herman & Katz, LLC  
820 O'Keefe Avenue  
New Orleans, Louisiana 70113  
Phone: (504) 581-4892  
Fax: (504) 561-6024  
Ldavis@hhklawfirm.com  
*Plaintiffs' Liaison Counsel*  
*MDL 2047*  
*Co-counsel for Plaintiffs*