UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE 2 |
| *Richard and Constance Almeroth, et al.* *verses* *Taishan Gypsum Co., LTD. f/k/a Shandong Taihe Dongxin Co., TLD., et al.,* , No. 12-0498 | * * | CLASS ACTION COMPLAINT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

The foregoing Motion considered;

IT IS ORDERED that all claims of plaintiff, Andrew A. Lemmon, against defendants, Daigle Home Improvements, LLC, Patrick Daigle, and Canal Indemnity Company, to the extent Canal Indemnity Company insures either Daigle Home Improvements, LLC or Patrick Daigle, be and the same are hereby dismissed with prejudice, all parties to bear their own costs, with plaintiff reserving all rights to proceed against all other defendants.

New Orleans, Louisiana this __2nd__ day of ____October____, 2013.

_____
UNITED STATES DISTRICT JUDGE