UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| This Document Relates to:<br>Amorin et al. v. Taishan Gypsum Co., Ltd. et al<br>11-1672 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from SIIC Shanghai International Trade Co., Ltd in which it denies all claims in the Plaintiffs' Complaint. The Court construes this to be an answer to Plaintiffs' Complaint. **IT IS ORDERED** that this correspondence be filed into the record.

New Orleans, Louisiana, this 2nd day of October, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
SIIC Shanghai International Trade (Group) Co., Ltd
30F Shanghai Investment Bldg
No. 18 CAOXI ROAN (N)
Shanghai
Shanghai 200030
China, People's Repbulic

## SIIC SHANGHAI INTERNATIONAL TRADE (GROUP) CO.,LTD.

To:                                                                    C.C.

Russ M. Herman, Esquire                            Loretta G..Whyte , Clerk of Court
Leonard A. Davis, Esquire                           U.S. District Court
Herman, Herman, Katz & Cotlar, LLP        500 Poydras Street, Room C-151
820 O'Keefe Avenue                                    New Orleans, LA 70130
New Orleans, Louisiana 70113                    Phone: (504) 589-7600

**Re: Case No. 11-1672 Section L**

Regarding the claims filed by the Plaintiffs of the captioned case, SIIC Shanghai International Trade (Group) Co., Ltd (hereinafter referred to as "SIIC") hereby states its position as below:

SIIC has never engaged in any business and/or transactions in relation to manufacturing, exporting, importing, distributing, delivering, supplying, inspecting, marketing and selling Chinese manufactured drywalls as stated in the Plaintiffs' complaint.

All and any of the allegations, claims and statements in the complaint are totally and completely denied and rejected, and shall be dismissed by the court.

SIIC reserves the right to claim and recover any and all the costs, losses and damages incurred by the Plaintiffs' claim.

Date: Sep. 16, 2013

SIIC Shanghai International Trade (Group) Co., Ltd

TENDERED FOR FILING

SEP 27 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk