UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co.,Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company,* Case No. 2:10-cv-00932 (E.D. La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 10-cv-361 (E.D. La.) | |

**CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING THE REAL PROPERTY CLAIM FORM AND (2) SETTING A DEADLINE OF DECEMBER 16, 2013 FOR FILING REAL PROPERTY CLAIMS IN EACH OF THE FOUR VIRGINIA-BASED CHINESE DRYWALL CLASS SETTLEMENTS**

Now Come Class Counsel, Russ M. Herman, Arnold Levin, and Richard Serpe, who respectfully move this Honorable Court to enter an order (1) approving the Real Property Claim Form and (2) setting a Real Property claim filing deadline of December 16, 2013 in each of the Four Virginia-based Chinese Drywall Settlements. Each settlement received final approval by this Court on July 9, 2013 (Dkt. #16934). In addition, the Allocation Plan for the Four Class Settlements was approved on July 9, 2013 (Dkt. #16934). Furthermore, Matthew Garretson of Garretson Resolution Group ("GRG") was appointed Special Master to Administer the Claim Process on April 25, 2013 (Dkt. #16780).

Mr. Garretson has completed the claim form for the Real Property component of the Four Virginia-based Class Settlements. It is attached hereto as Exhibit 1. Real property damages make up 80% of the damages to be awarded to class members under the Approved Allocation Plan. (Dkt. #16934 at ¶5).

Pending approval of this motion, Mr. Garretson is prepared to mail out the Real Property claim form to all identified class members and post the claim form on chinesedrywallclass-va.com (a website which was created pursuant to the Court-approved notice plan (Dkt. #16516 at ¶ 14)) and the Court's website, pursuant to the Court-approved long-form notice (Dkt. #16463-7 at 9).

Furthermore, Class Counsel respectfully move this Honorable Court to enter a deadline for Class Members to submit Real Property claims of December 16, 2013.

The claims process for the Four Virginia-based Class Settlements is a bifurcated process. Phase I is "Real Property" claims. Phase II is "Other Loss" claims. A subset of persons claiming Real Property damages will also claim Other Loss damages. Other Loss damages make up 20% of the damages to be awarded to class members under the Allocation Plan. (Dkt. #16934

at ¶7). At a later date, class counsel will file a motion seeking approval of the Other Loss claim form.

In sum, class counsel request (1) approval of the Real Property claim form (attached hereto as Exhibit 1) and (2) the setting of deadline for filing Real Property Claims of December 16, 2013.

A proposed order is attached hereto.

Respectfully submitted,

Dated: October 14, 2013  /s/ Russ M. Herman_____
Russ M. Herman, Esq. (Bar No. 6819)
Leonard A. Davis, Esq. (Bar No. 14190)
Stephen J. Herman, Esq. (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*And Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: 9215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and*
*Class Counsel*

        Richard Serpe
        Law Offices of Richard J. Serpe
        Crown Center, Suite 310
        580 East Main Street
        Norfolk, VA 23510-2322
        Phone: (757) 233-0009
        Fax: (757) 233-0455
        rserpe@serpefirm.com
        *Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of October, 2013.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN & KATZ, L.L.C.
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com