UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* | JUDGE FALLON |
| No. 10-1113 | MAG. JUDGE WILKINSON |

**NOTICE OF CHANGE OF ADDRESS**

Attorney GREGORY S. WEISS, ESQUIRE files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

> Mrachek, Fitzgerald, Rose, Konopka & Dow, P.A.
> 505 S. Flagler Drive, Suite 600
> West Palm Beach, FL 33401
> Telephone:  (561) 655-2250
> Facsimile:   (561) 655-2250
> gweiss@mrachek-law.com
> psymons@mrachek-law.com

>> Respectfully submitted,

>>  *s/* GREGORY S. WEISS
>> GREGORY S. WEISS (Fla. Bar No. 163430)
>> *Attorney for RCR Holdings II, LLC*
>> Mracheck, Fitzgerald, Rose, Konopka & Dow, P.A.
>> 505 S. Flagler Drive, Suite 600
>> West Palm Beach, FL 33401
>> Tel.: (561) 655-2250
>> Fax: (561) 655-5537
>> gweiss@mrachek-law.com
>> psymons@mrachek-law.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 15th day of October, 2013.

                   *s/* GREGORY S. WEISS
                   GREGORY S. WEISS (Fla. Bar No. 163430)