# Stone Pigman Walther Wittmann L.L.C.

546 Carondelet Street
New Orleans, LA  70130-3588
(504) 581-3200
Fax (504) 581-3361
Federal Tax ID #72-0354510

Honorable Eldon Fallon, Judge
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana

Invoice  204677
September 10, 2013

ID: B9256-063273 - DHW

Re: In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL 2047

For Services Rendered Through August 31, 2013

| | | |
|---|---|---|
| Current Fees | 17,218.50 | |
| Current Disbursements | 21.97 | |
| Total Current Charges | | 17,240.47 |
| | Total Due | 17,240.47 |

## Stone Pigman Walther Wittmann L.L.C.

| | |
|---|---|
| Honorable Eldon Fallon, Judge<br>Re: In re: Chinese-Manufactured Drywall Prod<br>I.D. B9256-063273 - DHW | September 10, 2013<br>Invoice 204677<br>Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/13 | DHW | In preparation for conference call, review revised draft of proposed CAP 2 and chart of outstanding issues; participate in conference call of various liaison and other counsel to discuss unresolved CAP issues; telephone conference with Adam Foslid and Mark Salky following large conference to discuss builder issues; review stipulation and order regarding fees in INEX/North River action; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 2.85 | 330.00 | 940.50 |
| 08/02/13 | DHW | Review stipulation and order regarding attorneys' fees and costs from INEX/North River trial; review KPT's proposed changes to CAP order no. 2; review joint motion to dismiss certain MDL cases that are part of settlement; review draft motion and schedule for dismissal of Omni IV cases; review multiple additional pleadings and correspondence received in the MDL; multiple communications regarding CAP order issues | 1.75 | 330.00 | 577.50 |
| 08/05/13 | DHW | Review answers filed by certain Chinese defendants to claims in Amorin Omni complaint; multiple communications with remediating builders regarding claims issues; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 1.70 | 330.00 | 561.00 |
| 08/08/13 | DHW | Multiple communications with counsel regarding CAP issues; review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same | 1.15 | 330.00 | 379.50 |
| 08/10/13 | DHW | Review reply brief of Taishan in Mitchell Homes appeal | 1.65 | 330.00 | 544.50 |
| 08/12/13 | DHW | Multiple communications with Brown Greer and repairing builders' counsel regarding claims issues; review revised draft of motions to dismiss Omni complaints pursuant to global settlement; review revised drafts of CAP orders and proof affidavit; review multiple additional pleadings and correspondence received in the MDL | 2.80 | 330.00 | 924.00 |
| 08/13/13 | DHW | Review joint motion for approval of settlement of Knauf claims identified after December 2011; review initial draft of joint monthly status report and communicate with counsel regarding suggested revisions to same; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 1.85 | 330.00 | 610.50 |
| 08/14/13 | DHW | Review revised drafts of CAP orders; multiple communications regarding same; conference call with Hilarie Bass, Mark Salky, and Adam Foslid regarding CAP issues and builder proof issues; review revised draft of joint monthly status report; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 2.20 | 330.00 | 726.00 |
| 08/15/13 | DHW | Review draft of remediating builders' proposed revisions to CAP | 3.00 | 330.00 | 990.00 |

Stone Pigman Walther Wittmann L.L.C.

| | |
|---|---|
| Honorable Eldon Fallon, Judge<br>Re: In re: Chinese-Manufactured Drywall Prod<br>I.D. B9256-063273 - DHW | September 10, 2013<br>Invoice 204677<br>Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | order 2; conference call of liaison counsel to discuss CAP issues and draft orders; review further revisions to joint monthly status report; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | | | |
| 08/16/13 | DHW | Review final draft of joint monthly status report 47; review order on motion to establish CAP procedures; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to claims process | 2.80 | 330.00 | 924.00 |
| 08/19/13 | DHW | Review revised drafts of CAP orders and affidavit in preparation for meeting of liaison counsel to discuss same; meeting of liaison counsel and Brown Greer to discuss further revisions to CAP orders and affidavits; review multiple motions to establish QSFs; review status report no. 1 of Settlement Administrators; review multiple rules to show cause why Omni claims should not be dismissed as a result of settlements; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to claims process and CAP orders; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; meeting with builders' steering committee; conference call of installers in advance of status conference | 5.35 | 330.00 | 1,765.50 |
| 08/20/13 | DHW | Attendance at in chambers meeting of liaison counsel to prepare for monthly status conference; attendance at monthly status conference and motion hearings; multiple communications with counsel for builders and installers regarding claims procedure issues addressed during conference | 2.80 | 330.00 | 924.00 |
| 08/21/13 | DHW | Multiple communications with counsel and Brown Greer regarding addition of additional names to approved inspectors list in CAP 2; review minute entry regarding status conference proceedings; review multiple orders entered by the Court; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to claims process and CAP orders; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 2.15 | 330.00 | 709.50 |
| 08/22/13 | DHW | Review multiple orders of dismissal; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to claims process and CAP orders; review additional correspondence | 1.10 | 330.00 | 363.00 |
| 08/23/13 | DHW | Multiple communications regarding CAP meeting and agreements; review Order dismissing individual MDL cases pursuant to settlement; communicate with builders' counsel regarding same; review multiple additional correspondence and pleadings, including | 2.30 | 330.00 | 759.00 |

Stone Pigman Walther Wittmann L.L.C.

| | |
|---|---|
| Honorable Eldon Fallon, Judge | September 10, 2013 |
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 204677 |
| I.D. B9256-063273 - DHW | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | additional PPFs | | | |
| 08/26/13 | DHW | Multiple telephone conferences with counsel for multiple builders regarding issues related to dismissal motions and ongoing state litigation; review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications regarding issues related to draft CAP orders | 2.35 | 330.00 | 775.50 |
| 08/27/13 | DHW | Attendance via live stream at oral argument of Lennar v. Taishan in Florida appellate court; multiple communications regarding duplicative registrations and claim submissions; multiple communications regarding CAP issues; review revised drafts of CAPs 2 and 3 and draft affidavit; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 3.85 | 330.00 | 1,270.50 |
| 08/28/13 | LWS | Travel to United States District Court for the Eastern District of Louisiana to pick up correspondence from clerk | 0.30 | 140.00 | 42.00 |
| 08/28/13 | DHW | Review motion to opt out of settlement post final approval; multiple communications with builder's counsel regarding background of same; multiple communications with counsel regarding CAP issues and revised drafts; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple telephone conferences with counsel for multiple builders regarding issues related to dismissal motions and ongoing state litigation | 3.35 | 330.00 | 1,105.50 |
| 08/29/13 | DHW | Multiple communications with counsel for multiple builders regarding issues related to dismissal motions and ongoing state litigation; conference call of CAP committee to discuss and finalize draft CAP orders and affidavits; review motion to show cause why Benoit case should not be dismissed pursuant to settlement; review multiple show cause orders issued by the Court and communicate with builders' counsel regarding same; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 3.65 | 330.00 | 1,204.50 |
| 08/30/13 | DHW | Multiple communications with counsel regarding inclusion of INEX downstream releasees as continuing defendants and resolution of same; review draft CAP order regarding appeal procedures; review suggested revisions to same; communicate with counsel regarding same; review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications with builders' counsel regarding issues related to state court dismissals and refusals of plaintiffs' counsel to agree to same | 3.40 | 330.00 | 1,122.00 |
| | | **Total Fees** | **52.35** | | **17,218.50** |

Stone Pigman Walther Wittmann L.L.C.

| Honorable Eldon Fallon, Judge | September 10, 2013 |
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 204677 |
| I.D. B9256-063273 - DHW | Page 5 |

### Fee Recap

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Dorothy H. Wimberly | 52.05 | 330.00 | 17,176.50 |
| Lee W. Scharff | 0.30 | 140.00 | 42.00 |
| **Totals** | **52.35** | | **17,218.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 08/01/13 | Long Distance Telephone; 18557478824 | 6.16 |
| 08/15/13 | Long Distance Telephone; 18557478824 | 1.76 |
| 08/15/13 | Long Distance Telephone; 18557478824 | 3.28 |
| 08/16/13 | Telephone; Copper Conferencing | 5.33 |
| 08/19/13 | Photocopies | 4.00 |
| 08/26/13 | Long Distance Telephone; 13053505374 | 0.96 |
| 08/30/13 | Long Distance Telephone; 18132294362 | 0.48 |
| | **Total Disbursements** | **21.97** |

Stone Pigman Walther Wittmann L.L.C.

| Honorable Eldon Fallon, Judge | September 10, 2013 |
|---|---|
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 204677 |
| I.D. B9256-063273 - DHW | Page 6 |

|  |  |
|---|---|
| Total Fees and Disbursements | 17,240.47 |
| Total Current Charges | 17,240.47 |

**PAYMENT IN FULL**
**DUE UPON RECEIPT**

Please remit to:

Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA   70130-3588

## Stone Pigman Walther Wittmann L.L.C.

546 Carondelet Street
New Orleans, LA 70130-3588
(504) 581-3200
Fax (504) 581-3361
Federal Tax ID #72-0354510

Honorable Eldon Fallon, Judge
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana

Invoice 205218
October 10, 2013

ID: B9256-063273 - DHW
Re: In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL 2047

For Services Rendered Through September 30, 2013

### Open Invoices

| Invoice Date | Invoice Number | Original Amount | Payments and Credits | Balance |
|---|---|---|---|---|
| 09/10/13 | 204677 | 17,240.47 | 0.00 | 17,240.47 |
| | | | | 17,240.47 |
| | Current Fees | 19,512.50 | | |
| | Current Disbursements | 178.06 | | |
| | Total Current Charges | | | 19,690.56 |
| | | | Total Due | 36,931.03 |

**Stone Pigman Walther Wittmann L.L.C.**

| | |
|---|---|
| Honorable Eldon Fallon, Judge | October 10, 2013 |
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 205218 |
| I.D. B9256-063273 - DHW | Page 2 |

### Fees

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/02/13 | DHW | Review multiple pleadings and correspondence received in the MDL | 0.60 | 350.00 | 210.00 |
| 09/03/13 | DHW | Review and revise draft memorandum in opposition to motion to opt out post approval; multiple communications with counsel for multiple builders regarding claims procedures; multiple communications regarding CAP orders; multiple communications regarding issues on INEX downstream releasees; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 3.40 | 350.00 | 1,190.00 |
| 09/04/13 | DHW | Review suggested revisions to CAP 4; multiple communications with counsel regarding CAP issues; multiple telephone conferences with counsel for multiple builders regarding issues related to dismissal motions and ongoing state litigation; multiple communications with counsel regarding multiple registrants for single addresses and conflicts regarding same; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 3.25 | 350.00 | 1,137.50 |
| 09/05/13 | DHW | Multiple communications with builders' counsel regarding claims procedures and regarding issues related to dismissal of state cases; review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications regarding CAP issues | 2.35 | 350.00 | 822.50 |
| 09/06/13 | DHW | Review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to class settlements and claims process; multiple telephone conferences with counsel regarding dismissal issues | 2.35 | 350.00 | 822.50 |
| 09/09/13 | DHW | Review and analysis of Taishan's Fifth Circuit reply brief in Wiltz appeal; review PSC's thirty-first status report in accordance with PTO 1H; multiple communications with builders' counsel regarding status of joint complaint by builders against Taishan entities; communicate with counsel regarding status of Order authorizing CAP procedures; review revised draft of proposed CAP 4; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 4.35 | 350.00 | 1,522.50 |
| 09/10/13 | DHW | Telephone conference with pro se builder regarding status of claims by homeowner in Knauf remediation program and possible dismissal of claims against his company; review opposition to plaintiff's motion to again opt-out of settlement; review PTO 27 regarding CAP procedures; review final order certifying Coastal settlement; review multiple additional pleadings and correspondence received in the MDL and communicate with | 2.85 | 350.00 | 997.50 |

Stone Pigman Walther Wittmann L.L.C.

| Honorable Eldon Fallon, Judge | October 10, 2013 |
|---|---|
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 205218 |
| I.D. B9256-063273 - DHW | Page 3 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | counsel regarding same; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to dismissals of claims now barred by settlements and procedures for same; multiple communications with builders' counsel regarding settlement claims issues | | | |
| 09/11/13 | DHW | Telephone conference with counsel regarding status of Taishan's appeal of Florida judgment on jurisdiction; review per curiam of Florida appellate court; multiple communications regarding CAP issues to be discussed during weekly conference call; review certain plaintiffs' responses to Orders to show cause why cases should not be dismissed pursuant to settlement agreements; review further proposed revisions to CAP 4; multiple communications regarding same and regarding numbers and types of claims submitted to Brown Greer; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to dismissals of state claims now barred by settlements and procedures for same; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications with builders' counsel regarding claims procedures | 4.20 | 350.00 | 1,470.00 |
| 09/12/13 | DHW | Multiple communications with builders' counsel regarding submission of multiple claims via spreadsheet procedure and requirements for same; participate in conference call of liaison counsel and committee regarding CAP and other issues; review initial draft of joint monthly status report 38; review PSC's third omnibus motion for entry of preliminary default judgments; review multiple substituted and amended schedules to rules to show cause why cases should not be dismissed; communicate with counsel regarding same; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 4.50 | 350.00 | 1,575.00 |
| 09/13/13 | DHW | Review revised draft of joint monthly status report 38; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 0.80 | 350.00 | 280.00 |
| 09/16/13 | DHW | Review Settlement Administrator's status report; participation in conference call of installers' counsel; review responses of PSC and Knauf to objections to dismissal filed by certain plaintiffs pursuant to rule to show cause; multiple communications with multiple builders' counsel regarding substituted and amended schedules to orders to show cause and reasons for same; conference with HSC members in preparation for monthly status conference; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications with builders' counsel regarding claims procedures | 3.70 | 350.00 | 1,295.00 |
| 09/17/13 | DHW | Multiple communications with builders' counsel and Brown Greer | 4.35 | 350.00 | 1,522.50 |

**Stone Pigman Walther Wittmann L.L.C.**

| | | | | | |
|---|---|---|---|---|---|
| Honorable Eldon Fallon, Judge | | | | | October 10, 2013 |
| Re: In re: Chinese-Manufactured Drywall Prod | | | | | Invoice 205218 |
| I.D. B9256-063273 - DHW | | | | | Page 4 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | regarding submission of claims spreadsheets for large builder claims and issues related to same; attendance at in chambers meeting of liaison counsel and the court to prepare for monthly status conference; attendance at monthly status conference and hearing on pending motions; multiple communications regarding possible extension of claims submission deadline; multiple communications with builders' counsel regarding court's ruling on dismissal motions; multiple communications with counsel regarding claims issues; review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same | | | |
| 09/18/13 | DHW | Review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to dismissals of state court claims now barred by settlements and procedures for same; multiple communications with counsel regarding claims procedure issues | 2.75 | 350.00 | 962.50 |
| 09/19/13 | DHW | Review additional document production of Knauf; multiple communications with committee regarding CAP order issues; review revised drafts of CAP 4 and verification; multiple communications regarding same; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to dismissals of state court claims now barred by settlements and procedures for same and regarding claims procedures for submission of multiple claims and supporting documents required for same | 3.30 | 350.00 | 1,155.00 |
| 09/20/13 | DHW | Review additional proposed revisions to CAP verification and to CAP 4; review initial draft of CAP 5; multiple communications regarding same; multiple communications with counsel for multiple builders regarding issues related to claims procedures; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 2.25 | 350.00 | 787.50 |
| 09/23/13 | DHW | Review spreadsheet submission of multiple claims of builder to settlement administrator and correspondence to administrator regarding same; multiple communications with counsel for multiple builders regarding issues related to claims procedures; review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple telephone conferences and e-mails with counsel for multiple builders regarding issues related to dismissals of state court claims now barred by settlements and procedures for same | 2.75 | 350.00 | 962.50 |
| 09/24/13 | DHW | Multiple telephone conferences with counsel regarding claims procedures and duplicative claims; review multiple pleadings and correspondence received in the MDL; multiple communications regarding status of dismissal orders and issues related to state court proceedings and stays of same; multiple communications | 2.65 | 350.00 | 927.50 |

Stone Pigman Walther Wittmann L.L.C.

| Honorable Eldon Fallon, Judge | October 10, 2013 |
|---|---|
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 205218 |
| I.D. B9256-063273 - DHW | Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | with committee members regarding CAP issues | | | |
| 09/25/13 | DHW | Review data from claims administrator regarding status of claims filings; multiple communications regarding same; review motion of Farley plaintiffs to supplement their motion to opt back out of class settlements; multiple communications regarding issues for CAP weekly call; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications with counsel for multiple builders regarding issues related to claims procedures; | 2.15 | 350.00 | 752.50 |
| 09/26/13 | DHW | Multiple communications regarding Farley motion; review claim filing data received from Brown Greer; multiple communications with CAP committee; review motion to extend claim submission deadline; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 1.50 | 350.00 | 525.00 |
| 09/27/13 | DHW | Review claims filing update from the claims administrator; multiple communications regarding CAP issues; review multiple additional pleadings and correspondence received in the MDL and communicate with counsel regarding same | 0.90 | 350.00 | 315.00 |
| 09/30/13 | DHW | Review multiple pleadings and correspondence received in the MDL and communicate with counsel regarding same; multiple communications regarding revised CAP order drafts | 0.80 | 350.00 | 280.00 |
| | | **Total Fees** | **55.75** | | **19,512.50** |

### Fee Recap

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Dorothy H. Wimberly | 55.75 | 350.00 | 19,512.50 |
| **Totals** | **55.75** | | **19,512.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 09/05/13 | Photocopies | 1.10 |
| 09/10/13 | Long Distance Telephone; 15613859260 | 0.24 |
| 09/12/13 | Long Distance Telephone; 12182370330 | 0.80 |
| 09/16/13 | Long Distance Telephone; 17137726400 | 0.48 |
| 09/18/13 | Long Distance Telephone; 12182370330 | 0.08 |
| 09/18/13 | Long Distance Telephone; 17124320383 | 0.56 |
| 09/27/13 | Court Report/Deposition; Cathy Pepper, CCR RPR CRR | 174.80 |
| | **Total Disbursements** | **178.06** |

Stone Pigman Walther Wittmann L.L.C.

| | |
|---|---|
| Honorable Eldon Fallon, Judge | October 10, 2013 |
| Re: In re: Chinese-Manufactured Drywall Prod | Invoice 205218 |
| I.D. B9256-063273 - DHW | Page 6 |

| | |
|---|---|
| **Total Fees and Disbursements** | 19,690.56 |
| **Total Current Charges** | 19,690.56 |
| Balance Forward | 17,240.47 |
| **Total Amount Due** | 36,931.03 |

### PAYMENT IN FULL
### DUE UPON RECEIPT

Please remit to:

Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130-3588