UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL           MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

                                              SECTION L
                                              JUDGE FALLON
                                              MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

WENDY LEE HOBBIE, individually, and on behalf
of all others similarly situated,
CASE NO. 2:10-cv-01113
_____/

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE THAT effective September 1, 2013, Rhine Law Firm, P.C. has dissolved and Joel R. Rhine, Catherine H. Lesica and Jean S. Martin are now practicing with the Rhine Martin Law Firm, P.C. All future reference to the firm in this matter should be to Rhine Martin Law Firm, P.C. The firm's mailing address has changed to: 1612 Military Cutoff Road, Suite 300, Wilmington, NC 28403. The phone number, fax number and e-mail domains have not been affected by this change.

                                              Respectfully submitted,

                                              s/ JOEL R. RHINE
                                              **Joel R. Rhine** (*pro hac vice*)
                                              NC State Bar No. 16028
                                              RHINE MARTIN LAW FIRM, P.C.
                                              1612 Military Cutoff Road
                                              Suite 300
                                              Wilmington, NC 28403
                                              Tel: (910) 772-9960
                                              Fax: (910) 772-9062
                                              E-mail: jrr@rhinelawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 18th day of October, 2013.

                                            **RHINE MARTIN LAW FIRM, P.C.**

                                            s/ JOEL R. RHINE
                                            Joel R. Rhine (*pro hac vice*)
                                            North Carolina State Bar No. 16028
                                            RHINE MARTIN LAW FIRM, P.C.
                                            1612 Military Cutoff Road
                                            Suite 300
                                            Wilmington, North Carolina 28403
                                            Tel: (910) 772-9960
                                            Fax: (910) 772-9062
                                            Email: jrr@rhinelawfirm.com
                                            *Attorney for Plaintiffs*