UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Hobbie, et al. v. RCR Holdings II, LLC, et al.<br>No. 10-1113 | MAG. JUDGE WILKINSON |

_____/

### SETTLING DEFENDANTS' NOTICE OF NON-OBJECTION IN COMPLIANCE WITH 28 U.S.C. § 1715

COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC. (Coastal), by and through undersigned counsel, hereby give notice of its compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 (the "CAFA Statute"), with regard to the Joint Motion for Preliminary Approval of Settlement Agreement regarding claims against Coastal Construction of South Florida, Inc. (Doc. 16741) related to Villa Lago at Renaissance Commons in MDL 2047 and certifies that no objections have been received pursuant to the required notices, and states the following:

1.  On July 12, 2013, on behalf of the Coastal and Participating Insurers, the undersigned, Brian A. Eves of Mintzer, Sarowitz, Zeris, Ledva, and Meyers, caused a Notice letter to be served by certified mail on the Attorney General for the United States, and on the Attorneys General for California, Colorado, Florida, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, Pennsylvania, Texas, Virginia, and the District of Columbia, pursuant to subsection (b) of 28 U.S.C. § 1715, requiring each defendant participating in the proposed settlement of a class action lawsuit

to "serve upon the appropriate State official of each State in which a class member resides and the appropriate Federal official, a notice of the proposed settlement.".

2. Each recipient received a Notice letter, a copy of the complaint and the amended complaint in this action, Notice of the hearing on the motion for preliminary approval of the settlement; the proposed direct mail notice to be sent to the members of the Class and the proposed publication notice; the proposed class Settlement Agreement; and the names of the class members who reside in each state, if known, and a reasonable estimate of the number of class members residing in each State.

3. The body of the Notice letter was identical for all recipients, and a representative copy of that letter is attached as Exhibit A. The list of recipients, including the addresses to which the Notice was sent, is attached as Exhibit B.

4. The required ninety day period, pursuant to 28 U.S.C. § 1715, has passed and there have been no objections received by this Defendant from the Attorney General for the United States, nor from the Attorneys General for California, Colorado, Florida, Maryland, Massachusetts, Michigan, New Hampshire, New Jersey, New York, Pennsylvania, Texas, Virginia, and the District of Columbia.

5. Accordingly, the Defendants respectfully request the Court enter its Final Order and Judgment regarding the Joint Motion for and Order (1) Granting Final Approval of Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago At Renaissance Commons In MDL 2047; (2) Certifying the Settlement Class; And (3) Appointing Class Counsel (Doc. 169641).

CASE NO.: 50 2009CA032471XXXXMB AG
Page 3 of 4

Respectfully submitted,

Dated: October 18, 2013

/s/ Addison J. Meyers
Addison J. Meyers, Esq.
Fl Bar No. 267041
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

/s/ Gina E. Romanik
Gina E. Romanik, Esq.
Fl Bar No. 154334
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
gromanik@defensecounsel.com

/s/ Brian A. Eves
Brian A. Eves, Esq.
FL Bar No. 43794
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
beves@defensecounsel.com

**CERTIFICATE OF SERVICE**

CASE NO.: 50 2009CA032471XXXXMB AG<br>
Page 4 of 4

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 18th day of October, 2013.

<u>/s/ Addison J. Meyers</u><br>
Addison J. Meyers