

**Mintzer Sarowitz Zeris Ledva & Meyers LLP**

ATTORNEYS AT LAW

The Waterford at Blue Lagoon
1000 N.W 57th Court
Suite 300
Miami, FL 33126
Tel: 305.774.9966
Fax: 305.774.7743

www.defensecounsel.com

Centre Square, West Tower
1500 Market Street
Suite 4100
Philadelphia, PA 19102
Tel: 215.735.7200

2070 Springdale Road
Suite 400
Cherry Hill, NJ 08003
Tel: 856.616.0700

39 Broadway
Suite 950
New York, NY 10006
Tel: 212.968.8300

17 West John Street
Suite 200
Hicksville, NY 11801
Tel: 516.939.9200

Woodland Corporate Center
8166 Woodland Center Blvd
Tampa, FL 33614
Tel: 813-885-5220

625 Liberty Avenue
Suite 390
Pittsburgh, PA 15222
Tel: 412.928.0502

1220 North Market Street
Suite 300
Wilmington, DE 19801
Tel: 302.655.2181

53 Washington Avenue
Wheeling, WV 26003
Tel: 304.203.1115

October 18, 2013

**CERTIFIED MAIL**
Hon. Eric Holder
United States Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: *In Re Chinese Manufactured Drywall Products Liability Litig.,* MDL. No. 2047
     *Hobbie, et al., v. RCR Holdings II. LLC, et al.,* No 10-1113 (E.D. La.)

Dear Sir or Madam:

I am writing to inform you that on April 8, 2013, a proposed settlement was filed in the United States District Court for the Eastern District of Louisiana. The proposed settlement was reached in the above-captioned action between plaintiff Wendy Lee Hobbie, on behalf of herself and the proposed class, and defendant Coastal Construction of South Florida, Inc. ("Coastal"). The settlement resolves the plaintiffs' Chinese drywall claims against Coastal relating to 198 condominium residences located in Villa Lago at Renaissance Commons, Boynton Beach, Florida. Pursuant to 28 U.S.C. § 1715, attached are the following documents:

1. A copy of the complaint and the amended complaint in this action;

2. Notice of the hearing on the motion for preliminary approval of the settlement;

3. The proposed direct mail notice to be sent to the members of the Class and the proposed publication notice;

4. The proposed class Settlement Agreement; and

5. The names of the class members who reside in each state, if known, and a reasonable estimate of the number of class members residing in each State.

6. The MDL Court's Order preliminarily approving the settlement

We are not currently able to estimate the proportionate share of the claims of the members of the class of each State as it relates to the entire settlement because the plan of distribution will not be determined until the completion of the case, so that all funds received in this case, whether through settlements or judgment following trial, can be distributed together at one time. The distribution plan will provide for redress of

October 18, 2013
Page 2 of 2

the claims filed by the class members which may include remediation, cash compensation or a combination thereof.

                                    Sincerely,

                                    Brian Eves
                                    Email: beves@defensecounsel.com

BAE/bae

2246090