| Name | Title/Position | Address1 | Address2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Hon. Eric Holder | United States Attorney General | 950 Pennsylvania Ave., NW | | Washington | DC | 20530-0001 |
| CAFA Coordinator Kamala D. Harris | Office of the Attorney - Consumer Law | 110 West A street | Suite 1100 | San Diego | California | 92186 |
| Hon. John Suthers | Colorado Office of the Attorney General | 1525 Sherman St. | 7th Floor | Denver | Colorado | 80203 |
| Hon. Pam Bondi | Florida Office of the Attorney General | The Capitol | PL-01 | Tallahassee | Florida | 32399 |
| Hon. Douglas F. Gansler | Maryland Office of the Attorney General | 200 St. Paul Place | #1700 | Baltimore | Maryland | 21202 |
| Hon. Martha Coakley | Office of Massachusetts Attorney General | One Ashburton Place | | Boston | Massachusetts | 02108 |
| Hon. Bill Schuetta | Michigan Office of the Attorney General | P.O. Box 30212 | 525 West Ottawa St. | Lansing | Michigan | 48909 |
| Hon. Joseph Foster | New Hampshire Office of the Attorney General | 33 Capitol Street | State House Annex | Concord | New Hampshire | 03301 |
| Hon. Jeffrey D. Chiesa | New Jersey Office of the Attorney General | P.O. Box 080 | | Trenton | New Jersey | 08625 |
| Hon. Eric T. Schneiderman | New York Office of the Attorney General | Dept. of Law - The Capitol | 2nd Floor | Albany | New York | 12224 |
| Hon. Kathleen Kane | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | Pennsylvania | 17120 |
| Hon. Greg Abbott | Texas Office of the Attorney General | Capitol Station | P.O. Box 12548 | Austin | Texas | 78711 |
| Hon. Kenneth T. Cuccunelli, II | Virginia Office of the Attorney General | 900 East Main Street | | Richmond | Virginia | 23219 |