OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 OCT 16  AM 11:53

WILLIAM W. BLEVINS
CLERK

Date: October 16, 2013

Amorin, et al

vs.

Taishan Gypsum Co., Ltd, et al

Case No. 11-1395 Section L

09md 2047

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)   Beijing New Building Materials (Group) Co., Ltd.
   (address) 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road
             ~~Haidian District, Beijing 100036~~
2. (name)   China National Building Material Group
   (address) 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road
3. (name)   Haidian District, Beijing 100036
   (address) _____
4. (name)   _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Plaintiffs

Address   510 Walnut St., Suite 100
          Philadelphia, PA

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.___