```
                                            U.S. DIST. CT. COURT
                                         EASTERN DISTRICT OF LOUISIANA

                                            2013 OCT 16  AM 11: 53

                                            WILLIAM W. BLEVINS
                                                  CLERK
```

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: __October 16, 2013__

__Amorin, et al__

vs.

__Taishan Gypsum Co., Ltd, et al__

Case No. __11-1672__  Section __L__
__09 md 2047__

Dear Sir:

Please (issue) ((re-issue)) summons on the ((complaint)) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) __Beijing New Building Materials (Group) Co., Ltd.__
   (address) __15/F, Tower 2, Guohai Plaza, 17 Fuxing Road__
   __Haidian District, Beijing 100036__
2. (name) __China National Building Material Group__
   (address) __23/F, Tower 2, Guohai Plaza, 17 Fuxing Road__
3. (name) __Haidian District, Beijing 100036__
   (address) _____
4. (name) __China National Building Materials Co., Ltd.__
   (address) __21/F, Tower 2, Guohai Plaza, 17 Fuxing Road__
   __Haidian District, Beijing 100036__

Very truly yours,

_[signature]_

"Signature"

Attorney for __Plaintiffs__
Address __510 Walnut St., Suite 100__
__Philadelphia, PA__

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____