OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: October 16, 2013

Amorin, et al

vs.

Taishan Gypsum Co., Ltd, et al

Case No. 11-1673   Section L

09md 2047

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Beijing New Building Materials (Group) Co., Ltd.
   (address) 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road
   Haidian District, Beijing 100036

2. (name) China National Building Material Group
   (address) 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road
   Haidian District, Beijing 100036

3. (name) China National Building Materials Co., Ltd.
   (address) 21/F, Tower 2, Guohai Plaza, 17 Fuxing Road
   Haidian District, Beijing 100036

Very truly yours,

_____
"Signature"

Attorney for   Plaintiffs

Address  510 Walnut St, Suite 100
Philadelphia, PA

___ Fee_____
___ Process___
X   Dktd_____
___ CtRmDep__