OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: October 16, 2013

Amorin, et al

vs.

Taishan Gypsum Co., Ltd, et al

Case No. 11-1673   Section L   MDL 09-2047 L

11-1672 and
11-1395

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Beijing New Building Materials Public Limited Company
   (address) Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China
2. (name) ~~102208~~
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for  Plaintiffs
Address  Levin Fishbein Sedran & Berman
         510 Walnut St. Ste 500
         Phila. PA 19106

Fee ____
Process: ✓ (3) sms
X Dktd ____
  CtRmDep ____
  Doc. No. ____