UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| …………………………………………………… | : | |

**REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE DRYWALL SETTLEMENT PROGRAM**

**STATUS REPORT NO. 3, DATED OCTOBER 22, 2013**

The Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") submits this Report to inform the Court of the status of the Chinese Drywall Settlement Program as of October 22, 2013. The Settlement Administrator will provide other information in addition to this Report as requested by the Court.

I. STATUS OF REGISTRATION AND CLAIM FORM SUBMISSION

A. Registration

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims. To facilitate registration, the Settlement Administrator created an online registration portal and made a hard copy registration form available to the general public. To facilitate registration by law firms with large claim inventories, the Settlement Administrator also made available a bulk registration system that allowed for the mass registration of claims by completion of an excel spreadsheet.

The registration period closed on July 9, 2013 after several deadline extensions. The Settlement Administrator engaged in several outreach efforts during the course of the registration period to alert potential claimants to the necessity of registering in order to file claims, to notify

1

claimants of deadline extensions, and to alert claimants with incomplete registration forms that they needed to complete the registration process prior to the registration deadline. To date, a total of 9,824 claimants registered a total of 18,025 properties.[1] Collectively, these claimants indicated that they would file a total of 26,376 claims. This number is based solely on non-binding information solicited as part of the registration process, and may not reflect the total number of claims actually filed.

There are more registered properties than registered claimants because many claimants registered multiple properties. Table 1 shows the number of registered properties and claimants.

| Table 1. Chinese Drywall Settlement Program Registered Affected Properties As of 10/22/2013 | | | | |
|---|---|---|---|---|
| Row | Category | Claimants | Properties | Anticipated Claims |
| 1 | Represented | 8,453 (199 Firms) | 16,210 | 23,811 |
| 2 | Pro Se | 1,371 | 1,815 | 2,565 |
|  | Total | 9,824 | 18,025 | 26,376 |

**B. Claims Filing**

   **1. Claim Forms**

Claim forms became available for both online and hard copy submission on May 27, 2013. Claims forms are available for the following claim types:

1. Bodily Injury

2. Foreclosure or Short Sale

3. Global, Banner, InEx Repair and Relocation Expenses

4. Knauf Remediation

---

[1] The number of registered properties continues to increase because the Knauf defendants continue to receive assignments of claims related to properties remediated through the pilot program after the registration deadline. Because those claims were not assigned to the Knauf defendants prior to the claims deadline, the Knauf defendants were unable to register the properties prior to the registration deadline.

5. Lost Rent, Use, or Sales
6. Miscellaneous
7. Pre-Remediation Alternative Living Expenses
8. Tenant Losses

The online claim portal can be found at https://www3.browngreer.com/drywall. Claimants are strongly encouraged to use the online claim portal. Claimants who do not wish to use the online portal to submit claims may obtain paper versions of all claim forms at https://www3.browngreer.com/Drywall/Un-Secure/PaperForms.aspx, by emailing CDWQuestions@browngreer.com, or by calling (866) 866-1729.

To simplify the claims process, the Portal filters the claim forms available to claimants depending on answers to basic questions provided by claimants. For instance, if a claimant indicates that they own and reside in the Affected Property at issue, the Portal will not make the Tenant Loss claim form available to that claimant. Similarly, if a claimant indicates that they are the current owner of a property, we do not make the Foreclosure and Short Sale claim form available because that claim should only be filed by former owners.

We have also linked registered properties to our Pilot Program database and have imported documents contained in the Pilot Program database to the Settlement Program Portal. To date, we have linked 5,902 properties and imported 84,176 documents into the Settlement Program Portal from the Pilot Program database. Imported documents may be used by claimants as part of the claims filing process, and the Settlement Administrator will consider all imported documents during the course of a review of a claim. We encourage claimants to check for imported documents prior to filing a claim. If a document necessary to the claim is already available in the Portal, a claimant does not need to take further action to have that document

considered during our review of the claim. Claimants who believe that a property should be linked and documents imported into the Portal may contact the Settlement Administrator at CDWQuestions@browngreer.com.

2. **Claims Submission**

To date, there have been 9,999 claims submitted. An additional 1,831 claims are in progress, but have not yet been signed and submitted. Table 2 provides a detailed breakdown of the claims filing status by claim type.

| Table 2. Chinese Drywall Settlement Program Claim Summary Report (As of 10/22/13) ||||||
|---|---|---|---|---|
| Row | Claim Type | Submitted Claims | In Progress Claims | Total |
| 1. | Bodily Injury | 464 | 56 | 520 |
| 2. | Foreclosure or Short Sale | 566 | 89 | 655 |
| 3. | Global, Banner, InEx Repair and Relocation Expenses | 4,450 | 909 | 5,359 |
| 4. | Knauf Remediation | 791 | 391 | 1,182 |
| 5. | Lost Rent, Use, or Sales | 1,048 | 95 | 1,143 |
| 6. | Miscellaneous | 2,174 | 220 | 2,394 |
| 7. | Pre-Remediation Alternative Living Expenses | 471 | 66 | 537 |
| 8. | Tenant Loss | 35 | 5 | 40 |
|  | **Total Claims Filed** | **9,999** | **1,831** | **11,830** |
|  | **Total Affected Properties** | **6,655** | **1,368** | **8,023** |

Since the status conference on September 17, 2013, 8,036 claims have been filed and an additional 458 have been initiated, but not signed. Table 3 provides a detailed breakdown of new claims activity since the September 17, 2013 status conference.

| Table 3. Chinese Drywall Claims Activity Since 9/17/13 Status Conference (As of 10/22/13) | | | | |
|---|---|---|---|---|
| Row | Claim Type | Submitted Claims | In Progress Claims | Total |
| 1. | Bodily Injury | 427 | 20 | 447 |
| 2. | Foreclosure or Short Sale | 508 | -79 | 429 |
| 3. | Global, Banner, InEx Repair and Relocation Expenses | 3,612 | 252 | 3,864 |
| 4. | Knauf Remediation | 311 | 143 | 454 |
| 5. | Lost Rent, Use, or Sales | 931 | -21 | 910 |
| 6. | Miscellaneous | 1,851 | 136 | 1,987 |
| 7. | Pre-Remediation Alternative Living Expenses | 366 | 9 | 375 |
| 8. | Tenant Loss | 30 | -2 | 28 |
|  | Total | +8,036 | 458 | +8,494 |

3. **Claims Review**

To date, the Settlement Administrator has performed preliminary reviews of 585 claims and issued 205 notices to Claimants. Because Knauf Remediation claims and Global, Banner, and InEx claims constitute the bulk of all filed claims, the Settlement Administrator has focused attention on reviewing those claim types. The Settlement Administrator is working with the parties to develop a review protocol for Global, Banner, and InEx Repair and Relocation claims, as the Settlement Agreement and Allocation plan provide only general guidance regarding acceptable documentation. Once the review protocol is developed, the pace of claim review will increase. Table 4 summarizes the Settlement Administrator's claim review progress to date.

| | Table 4. Claims Review Summary (As of 10/22/13) | | | | |
|---|---|---|---|---|---|
| Row | Claim Type | Total Claims | Reviewed Claims | Reviews In Progress | Notices Issued |
| 1. | Global, Banner, InEx Repair and Relocation Expenses | 4,451 | 51 | 6 | 10 |
| 2. | Knauf Remediation | 791 | 534 | 55 | 195 |
| | Total | 5,242 | 585 | 61 | 205 |

The Settlement Administrator has also developed an online Notification system that will allow claimants to view Notices related to their claims online and respond using online forms. Claimants with a new Notice receive an email communication notifying the claimant that a new Notice is available, along with a link to the Chinese Drywall Settlement Program Portal. The notification email sent to law firms also contains a detailed list of the claimants for whom the Settlement Administrator posted a new Notice. Claimants and law firms can view and if necessary, respond to Notices online. All Notices issued by the Settlement Administrator will be stored in the Claimant's file and will be accessible at any time.

As noted in Table 4, the Settlement Administrator has issued 205 Notices to date. Table 5 summarizes the Notices issued to date.

| | Table 5. Settlement Administrator Notice Summary (As of 10/22/13) | | | | |
|---|---|---|---|---|---|
| Row | Claim Type | Incompleteness Notice | Denial Notice | Other | Notices Issued |
| 1. | Global, Banner, InEx Repair and Relocation Expenses | 8 | 2 | 0 | 10 |
| 2. | Knauf Remediation | 98 | 97 | 0 | 195 |
| | Total | 106 | 99 | 0 | 205 |

The Settlement Administrator has issued 99 Denial Notices to date. Table 6 summarizes the basis for all Denial Notices issued to date.

| Table 6. Basis of Denial Notices (As of 10/22/13) | | | | |
|---|---|---|---|---|
| Row | Claim Type | Remediated Through Pilot Program | Claimant Self-Remediated | Total |
| 1. | Global, Banner, InEx Repair and Relocation Expenses | 2 | 0 | 2 |
| 2. | Knauf Remediation | 89 | 8 | 97 |
|  | Total | 91 | 8 | 99 |

The Settlement Administrator has issued 106 Incompleteness Notices. Table 7 summarizes the basis for all Incompleteness Notices issued to date.

| Table 7. Basis of Incompleteness Notices (As of 10/22/13) | | | | | | |
|---|---|---|---|---|---|---|
| Row | Claim Type | No Evidence of Chinese Drywall | No Evidence of Class Membership | No Evidence of Ownership | Multiple | Total |
| 1. | Global, Banner, InEx Repair and Relocation Expenses | N/A | 1 | N/A | 7 | 8 |
| 2. | Knauf Remediation | 11 | 35 | 3 | 49 | 98 |
|  | Total | 11 | 36 | 3 | 56 | 106 |

To date, the Settlement Administrator has received 21 responses to Notices. The deadline to respond to a Notice has passed for 129 claims, but remains open for 55 claims. Table 8 summarizes the responses submitted to the Settlement Administrator by claimants.

| Table 8. Notice Response Summary (As of 10/22/13) | | | | | | |
|---|---|---|---|---|---|---|
| Row | Claim Type | Claimant Responded to Incompleteness | Claimant Appeal | No Response | Response Period Open | Total |
| 1. | Global, Banner, InEx Repair and Relocation Expenses | 0 | 0 | 0 | 10 | 10 |
| 2. | Knauf Remediation | 20 | 1 | 129 | 45 | 195 |
|  | **Total** | **20** | **1** | **129** | **55** | **205** |

4. **Online Filing Tutorials**

Online claim filing tutorials are available at https://www3.browngreer.com/Drywall/Un-Secure/Webinars.aspx. There is an individual tutorial available for each online claim form, and claimants or law firms who would like a live tutorial can email a request to CDWQuestions@browngreer.com.

II. CLAIMS ADMINISTRATOR PROCEDURES

The Plaintiffs Steering Committee, the Knauf Defendants, the Builder class, and the Settlement Administrator have agreed on five Claims Administrator Procedures ("CAPs") that clarify certain elements of the Settlement Program. The details of the five CAPs are as follows:

1. *Establishment of System for Creating and Tracking Chinese Drywall Settlement Program Claims Administration Procedures* ("CAP 2013-1"). CAP 2013-1 establishes the CAP process and sets out the procedure for issuing CAPs.

8

2. *Clarification of Proof Requirements and Use of Affidavit to Prove Indicia* ("CAP 2013-2").  CAP 2013-2 sets out a detailed explanation of how the Settlement Administrator will review claims for indicia of Chinese Drywall and other facts related to builder, supplier, and installer information for an Affected Property.  It also adopts an Affected Property Information Affidavit for use by claimants who do not have documentary evidence of their builder, supplier, or installer.

3. *Incomplete Claim Procedure* ("CAP 2013-3").  CAP 2013-3 sets out a detailed explanation of the procedure that the Settlement Administrator will follow in processing Incomplete Claims.  Upon determining that a claim is incomplete, the Settlement Administrator will notify the claimant (or if represented, the claimant's counsel) of the incompleteness, and will list the documents or information necessary to complete the claim.  The claimant or counsel will have 30 days to supply the missing documents or information.

4. *Time for Mediation Following Remediation by Lead Contractor* ("CAP 2013-4").  CAP 2013-4 sets forth the timing by which claimants, the Knauf Defendants, or the Lead Contractor may request mediation with the Special Master pursuant to the Knauf Settlement Agreement.  This CAP relates solely to remediations conducted pursuant to section 4.3.1 of the Knauf Settlement Agreement (Option 1.  Program Contractor Remediation Option/Property Not Yet Remediated).

5. *Appellate Procedure* ("CAP 2013-5").  CAP 2013-5 sets out a detailed explanation of the appellate procedure available to claimants after the Settlement Administrator issues an Eligibility, Denial, or Incompleteness Denial for a claim.  Claimants may appeal directly to the Special Master within 30 days of the issuance of an Eligibility, Denial, or

Incompleteness Denial Notice for a claim. The Special Master will perform a de novo review of the claim and issue a written opinion.

The Settlement Administrator has posted all CAPs to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx and has filed copies of all approved CAPs with the Court and served the same on all parties via the Court's ECF notification system and LexisNexis file and serve.

### III. OUTREACH EFFORTS

The Settlement Administrator, in conjunction with the Pro Se Curator and class counsel, has engaged in vigorous outreach efforts throughout the life of the Settlement Program. Table 9 summarizes the Settlement Administrator's outreach efforts.

| Table 9. Chinese Drywall Settlement Program Settlement Administrator Outreach Efforts |||
|---|---|---|
| Row | Method | Detail |
| 1. | Email Communication | 3000+ answers to questions sent to CDWQuestions@browngreer.com. |
| 2. | Online Claim Tutorials | Video tutorials available at https://www3.browngreer.com/Drywall/Un-Secure/Webinars.aspx. |
| 3. | Posting of CAPs | Full text of all CAPS available at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. |
| 4. | Telephone | Live personnel respond to all calls placed to (866) 866-1729. |
| 5. | Email Blasts | Important Updates and CAPS sent via email to all email addresses registered with Settlement Administrator. |
| 6. | Notices | Notification of Claim determinations will be sent to firms or pro se claimants via email, or by hard copy if the claimant or firm did not register online. |
| 7. | Pro Se Curator | The Settlement Administrator makes CAPS, claim documents, and important updates available to the Pro Se Curator for use in his contact with pro se claimants. |

Claimants can contact the Settlement Administrator by a variety of methods.  Table 10 lists all contact information for the Settlement Administrator.

| | Table 10.  Chinese Drywall Settlement Program<br>Settlement Administrator Contact Information | |
|---|---|---|
| **Row** | **Method** | **Detail** |
| 1. | Web Portal | www3.browngreer.com/drywall |
| 2. | Email Address | CDWQuestions@browngreer.com |
| 3. | Toll Free Number | (866) 866-1729 |
| 4. | Claim Submission Address | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| 5. | Parcel Delivery | Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |

## IV.  CONCLUSION

We offer this Report to ensure that the Court is informed of the status of the Program to date.  If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

Respectfully submitted,

   /s/ Lynn Greer
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of October, 2013.

    /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*