UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DEPOSIT AND DISBURSE SETTLEMENT FUNDS

**COMES NOW**, Interior Exterior Building Supply, LP, by and through counsel of record, and Class Counsel, Russ M. Herman and Arnold Levin, who respectfully move this Honorable Court to enter an Order, in connection with the Interior Exterior Settlement, directing counsel for Interior Exterior to distribute settlement funds to Class Counsel, and further authorizing counsel for Interior Exterior to deposit the settlement funds in the account previously approved by this Honorable Court and established by Class Counsel, as more fully described in the attached memorandum in support therein.

Dated: October 23, 2013

                                              Respectfully Submitted,

                                              *Richard G. Duplantier, Jr.   /s/*
                                              Richard G. Duplantier, Jr. (# 18874)
                                              Carlina C. Eiselen (# 28524)
                                              GALLOWAY, JOHNSON, TOMPKINS,
                                              BURR & SMITH
                                              701 Poydras Street, 40th Floor
                                              New Orleans, Louisiana 70139
                                              Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
                                              rduplantier@gjtbs.com /ceiselen@gjtbs.com
                                              *Counsel for Interior Exterior Building Supply, LP*

                                              AND

*__Russ M. Herman  /s/_____*
Russ M. Herman (#6819)
Leonard A. Davis (#14190)
Stephen J. Herman (# 23129)
HERMAN. HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892 / Fax:   (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

*__Arnold Levin   /s/_____*
Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  (215) 592-1500 / Fax:   (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the ____ day of September, 2013.

              *Richard G. Duplantier, Jr.   /s/*
              RICHARD G. DUPLANTIER, JR.