UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO DEPOSIT AND DISBURSE SETTLEMENT FUNDS

**MAY IT PLEASE THE COURT:**

Interior Exterior Building Supply, LP, and Class Counsel, Russ M. Herman and Arnold Levin, submit this memorandum in support of their Joint Motion to Deposit and Disburse Settlement Funds:

On April 25, 2011, Interior Exterior and its insurers, Liberty Mutual Fire Insurance Company and Arch Insurance Company, and the Plaintiffs' Steering Committee in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, entered into a gross settlement agreement of $8,000,000.00. On February 7, 2013, this Honorable Court entered an Order and Judgment: (1) Certifying the INEX, Banner, Knauf, L&W, and Global Settlement Classes, and (2) Granting Final Approval to the INEX, Banner, Knauf, L&W, and Global Settlements. [Rec. Doc. 16570]. That Order is now final.

The INEX settlement agreement contemplated Interior Exterior's and its insurers' prior settlements of $2,720,183.00 and costs for the Notice to potential class members would be deducted from the gross settlement amount. The following is a breakdown of the prior

settlements paid by Interior Exterior and its insurers, Liberty Mutual Fire Insurance Company and Arch Insurance Company:

| | |
|---|---|
| Pilot Remediation Program | $2,250,000.00 |
| Castle Rock Settlement | $ 120,183.00 |
| Pritchard Housing Authority | $ 250,000.00 |
| Svendson | $ 100,000.00. |

The INEX settlement agreement further contemplated attorney's fees of 32% as reflected in Section 16.7 of the settlement agreement. Thus, attorney's fees from the INEX settlement agreement are $2,560,000.00.

The following is an accounting of Interior Exterior's and its insurers', Liberty Mutual Fire Insurance Company and Arch Insurance Company, $8,000,000.00 settlement proceeds:

| | |
|---|---|
| Prior Settlements | $2,720,183.00 |
| Plaintiffs' Attorney's Fees | $2,560,000.00 |
| Repair & Relocation | $2,583,826.15 |
| Bodily Injury | $ 135,990.85 |

Thus, the amount to be deposited into the INEX qualified settlement accounts is $5,279,817.00.

Counsel for Interior Exterior Building Supply, LP, is in possession of and holding settlement funds, and seeks authorization to deposit the settlement funds in the account previously approved by this Honorable Court and established by Class Counsel. Moreover, Liberty Mutual Fire Insurance Company and Arch Insurance Company, as Interior Exterior Building Supply, LP's insurers, request for an Order showing that their respective policy limits are now exhausted. Furthermore, Class Counsel seeks authorization to distribute the settlement funds in connection with INEX settlement.

WHEREFORE, Interior Exterior Building Supply, L.P. and its insurers Liberty Mutual Fire Insurance Company and Arch Insurance Company, along with Class Counsel, Russ M. Herman and Arnold Levin, respectfully pray that this Honorable Court to enter an Order, in connection with the Interior Exterior Settlement, directing counsel for Interior Exterior to distribute settlement funds to Class Counsel, and further authorizing counsel for Interior Exterior to deposit the settlement funds in the account previously approved by this Honorable Court and established by Class Counsel; and Liberty Mutual Fire Insurance Company and Arch Insurance Company, as Interior Exterior Building Supply, LP's insurers, request for an Order showing that their respective policy limits are now exhausted.

Dated:  October 23, 2013

Respectfully Submitted,

**_Richard G. Duplantier, Jr.   /s/_**
Richard G. Duplantier, Jr. (# 18874)
Carlina C. Eiselen (# 28524)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802 / Fax:   (504) 525-2456
rduplantier@gjtbs.com /ceiselen@gjtbs.com
*Counsel for Interior Exterior Building Supply, LP*

AND
**_Russ M. Herman  /s/_**
Russ M. Herman (#6819)
Leonard A. Davis (#14190)
Stephen J. Herman (# 23129)
HERMAN. HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892 / Fax:   (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

<u>*Arnold Levin   /s/*</u>   _____
Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  (215) 592-1500 / Fax:   (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and*
*Class Counsel*

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and all other counsel of record, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the ____ day of September, 2013.

                                                  *Richard G. Duplantier, Jr.   /s/*
                                                  RICHARD G. DUPLANTIER, JR.