UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | : : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED ORDER

Considering the foregoing Joint Motion to Deposit and Disburse Settlement Funds:

IT IS ORDERED counsel for Interior Exterior shall deposit settlement funds of $5,279,817.00 into the INEX set-aside accounts, as provided in the Allocation Plan approved by this Court, as full and final and funding of all amounts due under the INEX Settlement as follows:

| | |
|---|---|
| Plaintiffs' Attorney's Fees | $2,560,000.00 |
| Repair & Relocation | $2,583,826.15 |
| Bodily Injury | $ 135,990.85. |

IT IS FURTHER ORDERED THAT Liberty Mutual Fire Insurance Company's and Arch Insurance Company's, as Interior Exterior Building Supply, LP's insurers, respective policy limits are now exhausted.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge