# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x<br>x<br>x<br>x<br>x<br>x<br>x<br>x | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | | |

## MOTION TO ESTABLISH QUALIFIED SETTLEMENT FUND AND TO APPOINT FUND ADMINISTRATOR AND DEPOSITORY BANK

NOW COMES, Settlement Class Counsel, Gary E. Mason and Daniel R. Bryson of Whitfield Bryson & Mason, LLP, Joel R. Rhine of Rhine Martin Law Firm, P.C., Adam Linkhorst of Linkhorst & Hockin, P.A., and Gregory S. Weiss of Mrachek, Fitzgerald, Rose Konopka & Dow, P.A., Plaintiffs' Liaison Counsel, Russ M. Herman, and Plaintiffs' Lead Counsel, Arnold Levin, who move this Court for an Order establishing a Qualified Settlement Fund ("QSF"), appointing a Fund Administrator for the QSF, appointing Esquire Bank as the Depository Bank for the QSF and for other settlement provisions, as will be more fully set forth in the memorandum in support filed contemporaneously herewith.

1

                                                        Respectfully submitted,

Dated: October 23, 2013                  /s/ Russ M. Herman
                                                        Russ M. Herman, Esquire (Bar No. 6819)
                                                        Leonard A. Davis, Esquire (Bar No. 14190)
                                                        Stephen J. Herman, Esquire (Bar No. 23129)
                                                        HERMAN, HERMAN & KATZ, L.L.C.
    820 O'Keefe Avenue
    New Orleans, LA 70113
    Phone: (504) 581-4892
    Fax: (504) 561-6024
    Ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel in MDL*
    *2047 and Class Counsel*

    Arnold Levin
    Fred S. Longer Sandra
    L. Duggan Matthew C.
    Gaughan
    LEVIN, FISHBEIN, SEDRAN & BERMAN
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106
    Phone: (215) 592-1500
    Fax: (215) 592-4663
    Alevin@lfsblaw.com
    *Plaintiffs' Lead Counsel in MDL 2047*
    *and Class Counsel*

    **SETTLEMENT CLASS COUNSEL:**

    Gary E. Mason, Esq.
    Daniel R. Bryson, Esq.
    Whitfield Bryson & Mason, LLP
    1625 Massachusetts Ave., NW
    Suite 605
    Washington, DC  20036

Joel R. Rhine, Esq.
Rhine Martin Law Firm, P.C.
1612 Military Cutoff Road
Suite 300
Wilmington, NC 28403

Adam Linkhorst, Esq.
Linkhorst & Hockin, P.A.
515 North Flagler Drive, 20th Floor
West Palm Beach, Florida 33401

Gregory S. Weiss, Esq.
Mrachek, Fitzgerald, Rose
    Konopka & Dow, P.A.
505 South Flagler Drive
Suite 600
West Palm Beach, FL 33401

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of October, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfrm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*Co-counsel for Plaintiffs*

3