# ATTENTION PRO SE PLAINTIFFS

THE DEADLINE FOR SUBMISSION OF CLAIMS FORMS IN THE CHINESE DRYWALL CLAIMS SETTLEMENT PROGRAM HAS BEEN EXTENDED BY THE COURT THROUGH OCTOBER 25, 2013. IF YOU DO NOT SUBMIT YOUR CLAIM FORM TO THE CHINESE DRYWALL SETTLEMENT CLAIMS ADMINISTRATOR, BROWN GREER, BY OCTOBER 25, 2013, YOU WILL NOT BE ABLE TO PURSUE A CHINESE DRYWALL CLAIM.

IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT ROBERT JOHNSTON, PRO SE CURATOR OR HIS PARALEGAL, JEANNETTE McCURNIN AT 504-561-7799.

PLEASE SUBMIT YOUR CLAIMS FORMS AND ALL REQUIRED DOCUMENTS TO THE CLAIM ADMINISTRATOR AT THE FOLLOWING ADDRESS:

## CHINESE DRYWALL SETTLEMENT ADMINISTRATOR
## P.O. BOX 25401
## RICHMOND, VIRGINIA 23260