UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM IN SUPPORT OF
CLASS COUNSELS' MOTION TO AUTHORIZE
DEPOSIT OF SETTLEMENT FUNDS**

By Order & Judgment entered February 7, 2013 [Rec. Doc. 16570], this Court certified and gave final approval to the InEx, Banner, Knauf, L&W and Global Settlements.  Furthermore, by Order dated July 9, 2013 [Rec. Doc. 16934], this Court certified and gave final approval to Four (4) Chinese Drywall Class Settlements (Nationwide Insured Settlement Agreement, Porter-Blain/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement).  Various allocation plans have been approved with some of the settlements.

On September 9, 2013, this Court granted approval to establish numerous Qualified Settlement Funds naming Esquire Bank as the Depository Bank [Rec. Docs. 17064, 17065, 17066, 17067, 17068, 17069, 17070, 17071, 17072, 17073, 17074, 17075, 17076, 17077, 17078, 17079, 17080, 17081, 17082, 17083 thru 17084].

Class Counsel seeks an Order allowing for the funding of the various Qualified Settlement Funds.  Attached hereto as Exhibit "A" is a spreadsheet setting forth funding for the various Qualified Settlement Funds.  The spreadsheet has been reviewed by counsel involved in each of the

1

settlement matters, as well as Philip A. Garrett, Court Appointed CPA (see unsigned Affidavit attached – signed copy will be substituted when received).

The InEx Settlement of $8,000,000.00 has been allocated in accordance with the Settlement Agreement, as amended, and Allocation Plan that was approved by the Court.

The Banner Settlement of $53,081,572.30 has been allocated in accordance with the Settlement Agreement, as amended, and Allocation Plan that was approved by the Court.

The Global Settlement of $69,486,565.68 has been allocated in accordance with the Settlement Agreement, as amended, and after taking into consideration Notice and mediation expenses and credit from Knauf. Further, Class Counsel and Insurance Liaison Counsel has filed a separate Joint Motion to Disburse Settlement Funds that has previously been ruled upon on October 21, 2013 by the Court [Rec. Doc. 17178].

The Knauf Settlement has been allocated in accordance with the Knauf Settlement Agreement, as amended.

The L&W has been allocated in accordance with the Settlement Agreement and the Confidential Settlement Agreement and Release between USG Corporation, L&W Supply Corporation and Knauf.

The four (4) Virginia Settlement amounts have been allocated in accordance with the various Settlement Agreements and the Allocation Plan and after taking into consideration that $50,000.00 was deposited as a Notice Advance Payment in three (3) of the Settlements (Nationwide, Porter-Blaine Corp. and Venture Supply, Inc. and Tobin Trading, Inc.) for a total of $150,000.00. In addition, the PSC advanced $174,473.68 towards Notice as evidenced by the attached checks and

invoices (Exhibit "B"). The advance payments have been reimbursed from the total Settlements and appropriate computations have been made as reflected in the Chart attached as Exhibit "A".

Movants request an Order from the Court authorizing funding of the Qualified Settlement Funds in accordance with the attached schedule, Exhibit "A".

                                         Respectfully submitted,

Dated: October 23, 2013                /s/ Russ M. Herman
                                         Russ M. Herman, Esquire (Bar No. 6819)
                                         Leonard A. Davis, Esquire (Bar No. 14190)
                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                         HERMAN, HERMAN & KATZ, L.L.C.
                                         820 O'Keefe Avenue
                                         New Orleans, LA 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         Ldavis@hhklawfirm.com
                                         *Plaintiffs' Liaison Counsel in MDL 2047*
                                         *and Class Counsel*

                                         Arnold Levin
                                         Fred S. Longer
                                         Sandra L. Duggan
                                         Matthew C. Gaughan
                                         LEVIN, FISHBEIN, SEDRAN & BERMAN
                                         510 Walnut Street, Suite 500
                                         Philadelphia, PA 19106
                                         Phone: (215) 592-1500
                                         Fax: (215) 592-4663
                                         Alevin@lfsblaw.com
                                         *Plaintiffs' Lead Counsel in MDL 2047*
                                         *and Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of October, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*