# Exhibit "A"

## FUNDING OF QSFs

| SETTLEMENT | REPAIR & RELOCATION | BODILY INJURY | OTHER LOSS | ATTORNEY'S FEES | TOTAL |
|---|---|---|---|---|---|
| InEx | $2,583,826.15 | $135,990.85 | | $2,560,000.00 | $8,000,000.00[1] |
| Banner | $32,390,695.70 | $1,704,773.46 | | $18,986,103.14 | $53,081,572.30 |
| Global | $43,438,541.38 | $3,520,003.28 | | $22,528,021.02 | $69,486,565.68[2] |
| Knauf | UNCAPPED | | $30,000,000.00[3] | $142,565.000.00[4] | |
| L&W | $7.00 per UA SF[5] | | | 32% of each $7.00 | |

---

[1] Includes prior settlements of $2,720,183.00.

[2] Total Global Settlement funding after notice and mediation expenses is $70,400,065.68, less $913,500.00 credit from Knauf.

[3] See Section 4.6.2 of the Settlement Agreement.

[4] Original Agreement and Fourth Amendment to Settlement Agreement.

[5] See Confidential Settlement Agreement and Release between Knauf and USG/L&W.  All Funds for remediation are payable directly to Knauf and Knauf is to remit 32% to the PSC as attorney's fees.

| SETTLEMENT | REPAIR & RELOCATION | BODILY INJURY | OTHER LOSS | ATTORNEY'S FEES | TOTAL |
|---|---|---|---|---|---|
| VA - Nationwide | $5,260,421.06[6] | | $1,315,105.26[7] | $3,200,000.00[8] | $10,000,000.00 |
| VA - Porter-Blaine/Venture | $1,592,000.00[9] | | $398,000.00[10] | $960,000.00[11] | $3,000,000.00 |
| VA - Builders Insurance Company | $924,800.00[12] | | $231,200.00[13] | $544,000.00[14] | $1,700,000.00 |

---

[6] See Section 5 of Allocation Plan.  Also, see Section 4.1 referencing Notice Advance Payment for Class Notice.  There has already been a $50,000.00 advance made for Notice. Further, the PSC expended $174,473.68 for Notice which also has to be reimbursed to the PSC.

[7] See Section 7 of Allocation Plan.

[8] See Section 17.8 (32%).

[9] See Section 5 of Allocation Plan.  Also, see Section 4.1 referencing Notice Advance Payment for Class Notice.  There has already been a $50,000.00 advance made for Notice.

[10] See Section 7 of Allocation Plan.

[11] See Section 16.8 (32%).

[12] See Section 5 of Allocation Plan.

[13] See Section 7 of Allocation Plan.

[14] See Section 17.8 (32%).

| SETTLEMENT | REPAIR & RELOCATION | BODILY INJURY | OTHER LOSS | ATTORNEY'S FEES | TOTAL |
|---|---|---|---|---|---|
| VA - Tobin Trading/JMM | $1,428,800.00[15] | | $357,200.00[16] | $864,000.00[17] | $2,700,000.00[18] |

---

[15] See Section 5 of the Allocation Plan.  Also, see Section 4.1 referencing Notice Advance Payment for Class Notice.   There has already been a $50,000.00 advance made for Notice.

[16] See Section 7 of the Allocation Plan.

[17] See Section 17.8 (32%).

[18] $1,700,000.00 payable on behalf of State Farm insured installers, Builders Plaster & Drywall, LLC and JMM Drywall Co., LLC; and $1,000,000.00 on behalf of Tobin Trading, Inc. and Phillip Perry.