# EXHIBIT "B"

**Chinese Drywall MDL 2047**
820 O'Keefe Ave.
New Orleans, LA 70113
(504) 581-4892

**WHITNEY NATIONAL BANK**
14-017/650

**3463**

02/13/2013

PAY TO THE ORDER OF ___ Kinsella Media, LLC ___ $ **148,313.50

One hundred forty-eight thousand three hundred thirteen and 50/100************************************************* DOLLARS

Kinsella Media, LLC
Attn: Accounts Receivable
2120 L Street, NW, Suite 860
Wahington, D.C. 20037

MEMO   4558

⑈003463⑈ ⑆065000171⑆ 717824330⑈

---

Chinese Drywall MDL 2047                                                                         3463
         02/13/2013        Kinsella Media, LLC
                                    Print & Online Media - Virginia settlement

Cash - Checking Acc  4558

Chinese Drywall MDL 2047    Kinsella Media, LLC                                         3463
         02/13/2013                 Print & Online Media - Virginia settlement          148,313.50

Cash - Checking Acc  4558                                                               148,313.50



Rev 3/11

## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

|   |   | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | February 11, 2013 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Kinsella Media |
| 4. | Social Security # or TIN # of the payee: | On file |
| 5. | Invoice No.: | 4558 |
| 6. | Date check needed (check one): | Now____ 30 Days____ 60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | Media – Virginia settlement |
| 8. | Amount of Check: | $148,313.50 |
| 9. | Documentation[1] | Yes: ___X___     No: _____ |
| 10. | Send Check To (check one): | Requestor _____ OR Payee _____ |
| 11. | Requesting Attorney's Signature[2] |  |

Allocation of costs;

| $ _____ | Court filing fees | $ _____ | Common witness expense |
| $ _____ | Deposition/court reporter | $ _____ | Translation Costs |
| $ _____ | Document depository | $ _____ | Bank or financial institution charges |
| $ _____ | PLC (administration) | $ _____ | Investigative services |
| $ _____ | PSC group administration | $ _____ | Claims administrator charges |
| $ _____ | Legal & accounting fees | $ _____ | Special master charges |
| $148,313.50 | Expert witness/consultant | $ _____ | Other |
| $ _____ | Printing, copying & scanning (bulk or 3rd party) | $ _____ |  |
| $ _____ | Research (3rd party) | $ _____ |  |

$ __148,313.50__ TOTAL

---

**Liaison Counsel Accounting Use Only:**
Check # _____
Approved by Plaintiffs' Liaison Counsel: _____/s/_____ Date: 2/13/13

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

1     Documentation must be provided with check request.
2     By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

C:\Users\kdanahay\Desktop\CDW Check Request.doc

INVOICE # 4558


**KINSELLA**
MEDIA

*In re Chinese-Manufactured Drywall Products (Virginia)*

**Bill To:**

Job: 2470
Invoice Date: 1/30/2013
Terms: On Receipt

Frederick Longer
Levin, Fishbein, Sedran & Berman
510 Walnut St, Ste 500
Philadelphia, PA 19106

### Paid Media Components

| Print Media | Insertions |
|---|---|
| **Newspaper(s)** | |
| Bristol Herald Courier | 1 |
| Charlottesville Daily Progress | 1 |
| Culpeper Star-Exponent | 1 |
| Daily News Leader (Staunton, VA) | 1 |
| Danville Register & Bee | 1 |
| Fredericksburg Free Lance-Star | 1 |
| Harrisonburg Daily News-Record | 1 |
| Martinsville Bulletin | 1 |
| Navy Times | 1 |
| Newport News Daily Press | 1 |
| Newport News Daily Press - Sunday | 1 |
| Norfolk Flagship | 1 |
| Norfolk Jet Observer | 1 |
| Northern Virginia Daily | 1 |
| Progress-index (Petersburg, VA) | 1 |
| Richmond Times-Dispatch | 1 |
| Roanoke Times | 1 |
| Suffolk News- Herald | 1 |
| Virginian Pilot | 1 |
| Virginian Pilot - Sunday | 1 |
| Washington Post | 1 |
| Winchester Star | 1 |

**Broadcast Media**
TV
  *Local Market TV-Norfolk-Portsmouth-Newport News, VA*

| Online Media | Estimated Impressions |
|---|---|
| **Web** | |
| 24/7 Network | 81,000,000 |

| | Paid Media Components Total: | $141,163.50 |
|---|---|---|

### Notice Administration Components

Settlement Website:
Includes modifications the current website and hosting for six number of months; site Includes online registration form to register to receive case updates; site would also include photos of Chinese Drywall for easy reference by Class Members, key court documents and deadlines, answers to frequently asked questions, and additional contact information.

$1,500 +
$275/month = $3150

Phones:
Interactive Voice Recording modifications (one-time), hosting, and reporting for six additional months (assume the remaining time period overlaps with the current case).

$1,000 +
$500/month = $4000

| | Notice Administration Components Total: | $7,150.00 |
|---|---|---|

### Current Total Due

$148,313.50

### Payment Instructions

**Wire Payment to:**
ABA/Routing # (Wire or ACH): 111014325
Account#: 8093434332
Account Name: Kinsella Media, LLC
Reference #: 4558
Bank: Bank of Texas
Bank Contact: Mayra Landeros - 214.987.8817
Federal Tax ID: 52-2301194

**Or Mail Payment to:**
SourceHOV
Attn: Accounts Receivable
2200 Chemsearch Blvd
Drawer # 9065
Irving, TX 75062

**Chinese Drywall MDL 2047**
820 O'Keefe Ave.
New Orleans, LA 70113
(504) 581-4892

**WHITNEY NATIONAL BANK**
14-017/650

**3626**

07/15/2013

PAY TO THE ORDER OF   Kinsella Media, LLC              $ **24,427.35

Twenty-four thousand four hundred twenty-seven and 35/100************************************************ DOLLARS

Kinsella Media, LLC
Attn: Accounts Receivable
2120 L Street, NW, Suite 860
Wahington, D.C.  20037

MEMO   4617

⑈003626⑈ ⑆065000171⑆ 717824330⑈

| | | | |
|---|---|---|---|
| Chinese Drywall MDL 2047 | | | 3626 |
| 07/15/2013 | Kinsella Media, LLC | | |
| | VA class settlement notice program | | 24,427.35 |

Cash - Checking Acc  4617                                                                24,427.35

| | | | |
|---|---|---|---|
| Chinese Drywall MDL 2047 | Kinsella Media, LLC | | 3626 |
| | VA class settlement notice program | | 24,427.35 |

Cash - Checking Acc  4617                                                                24,427.35



Rev 3/11

## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | June 18, 2013 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Kinsella Media (see attached invoice) |
| 4. | Social Security # or TIN # of the payee: | |
| 5. | Invoice No.: | 4617 |
| 6. | Date check needed (check one): | Now__X__ 30 Days____ 60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | VA Class settlement notice program |
| 8. | Amount of Check: | 24,427.35 |
| 9. | Documentation[1] | Yes: __X__(attached)__ No: ____ |
| 10. | Send Check To (check one): | Requestor ____ OR Payee __X__ |
| 11. | Requesting Attorney's Signature[2] | /s/ Rick Lewis |

Allocation of costs:

| | | | |
|---|---|---|---|
| $ _____ | Court filing fees | $ _____ | Common witness expense |
| $ _____ | Deposition/court reporter | $ _____ | Translation Costs |
| $ _____ | Document depository | $ _____ | Bank or financial institution charges |
| $ _____ | PLC (administration) | $ _____ | Investigative services |
| $ _____ | PSC group administration | $ _____ | Claims administrator charges |
| $ _____ | Legal & accounting fees | $ _____ | Special master charges |
| $ _____ | Expert witness/consultant | $24,427.35 | Other (Notice Provider) |
| $ _____ | Printing, copying & scanning (bulk or 3rd party) | $ _____ | |
| $ _____ | Research (3rd party) | $ _____ | |

$ 24,427.35 TOTAL

**Liaison Counsel Accounting Use Only:**
Check # _____
Approved by Plaintiffs' Liaison Counsel: _____ Date: 7/9/13

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

1   Documentation must be provided with check request.
2   By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.
C:\Users\sverges\Desktop\CDW Check Request.doc



**INVOICE #**     4617

*In re Chinese-Manufactured Drywall Products (Virginia)*

**Bill To:**

| | |
|---|---|
| **Job:** | 2470 |
| **Invoice Date:** | 6/11/2013 |
| **Terms:** | On Receipt |

Frederick Longer
Levin, Fishbein, Sedran & Berman
510 Walnut St, Ste 500
Philadelphia, PA 19106

## Notice Program Costs

### Rust Consulting
**Current Charges June 2012 through June 2013**

| | |
|---|---:|
| Project Management | 6,770.44 |
| Technical Support | 10,240.35 |
| IVR Transcription | 173.24 |
| Expenses | 711.66 |
| Telephone Support (CSRs, IVR minutes, long distance minutes) | 366.66 |
| **Rust Consulting Subtotal:** | **18,262.35** |

### Kinsella Media
**Other Program Components**

| | |
|---|---:|
| Earned Media: Press Release Creation and Distribution (National) | 1,365.00 |
| Production and Distribution: Print Ad | 1,050.00 |
| Production and Distribution: TV Spot | 3,750.00 |
| **Kinsella Media Subtotal:** | **6,165.00** |
| **Notice Program Costs Total:** | **24,427.35** |

## Current Total Due

**$24,427.35**

## Payment Instructions

**Wire Payment to:**
ABA/Routing # (Wire or ACH): 111014325
Account#: 8093434332
Account Name: Kinsella Media, LLC
Reference #: 4617
Bank: Bank of Texas
Bank Contact: Mayra Landeros - 214.987.8817
Federal Tax ID: 52-2301194

**Or Mail Payment to:**
SourceHOV
Attn: Accounts Receivable
2200 Chemsearch Blvd
Drawer # 9065
Irving, TX 75062

CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

| | | |
|---|---|---|
| **Chinese Drywall MDL 2047**<br>820 O'Keefe Ave.<br>New Orleans, LA 70113<br>(504) 581-4892 | **WHITNEY NATIONAL BANK**<br>14-017/650 | **3495**<br><br>03/05/2013 |

PAY TO THE ORDER OF ___ Smith-Edwards-Dunlap Company ___   $ **1,732.83

One thousand seven hundred thirty-two and 83/100************************************************ DOLLARS

Smith-Edwards-Dunlap Company
2867 E. Allegherny Ave.
Philadelphia, PA  19134

MEMO     83964

⑆003495⑆ ⑈065000171⑈ 717824330⑆

| Chinese Drywall MDL 2047<br>03/05/2013 | Smith-Edwards-Dunlap Company<br>Copy services | 3495<br>1,732.83 |
|---|---|---|

Cash - Checking Acc  83964                                                                                          1,732.83

| Chinese Dryw 03/05/2013 | Smith-Edwards-Dunlap Company<br>Copy services | 3495<br>1,732.83 |
|---|---|---|

Cash - Checking Acc  83964                                                                                          1,732.83



Rev 3/11

## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | February 28, 2013 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Smith Edwards Dunlap Co. |
| 4. | Social Security # or TIN # of the payee: | On file |
| 5. | Invoice No.: | 83964 |
| 6. | Date check needed (check one): | Now____ 30 Days____ 60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | Copy services |
| 8. | Amount of Check: | $1,732.83 |
| 9. | Documentation[1] | Yes: ___X___ No: _____ |
| 10. | Send Check To (check one): | Requestor_____ OR Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

Allocation of costs;

| | | | |
|---|---|---|---|
| $_____ | Court filing fees | $_____ | Common witness expense |
| $_____ | Deposition/court reporter | $_____ | Translation Costs |
| $_____ | Document depository | $_____ | Bank or financial institution charges |
| $_____ | PLC (administration) | $_____ | Investigative services |
| $_____ | PSC group administration | $_____ | Claims administrator charges |
| $_____ | Legal & accounting fees | $_____ | Special master charges |
| $_____ | Expert witness/consultant | $_____ | Other |
| $1,732.83 | Printing, copying & scanning (bulk or 3rd party) | $_____ | |
| $_____ | Research (3rd party) | $_____ | |

$__1,732.83__ TOTAL

Liaison Counsel Accounting Use Only:
Check #_____
Approved by Plaintiffs' Liaison Counsel: _____ Date: 2/28/13

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

1      Documentation must be provided with check request.
2      By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

C:\Users\kdanahay\Desktop\CDW Check Request.doc

| | | | INVOICE NO. |
|---|---|---|---|
| **ITH-EDWARDS-DUNLAP CO.** | | | 83964 |
| 2867 E. Allegheny Ave. Phila., PA 19134 | PRINTING AND GRAPHIC SERVICES | | |
|  | REMIT TO: P.O. BOX 8500-S5560 | Philadelphia: (215) 425-8800 | |
| | PHILADELPHIA, PA 19178-5560 | | |

DATE 2/15/13 3/13

SOLD TO:
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT ST. SUITE 500
PHILA. PA 19106

SHIP TO:

| CUST. I.D. | OUR ORDER | PAGE | SALES | CUSTOMER P.O. | TERMS |
|---|---|---|---|---|---|
| 112138 | 36700 | 1 | 171 | | NET 30 DAYS |

le: Chinese Dry Wall

| | | |
|---|---|---|
| 150  8 Page Notice | 1,602 | 86 |
| Postage | 121 | 75 |
| Shipping | 8 | 22 |

finance charge of 1.5% per month will be applied if not paid within terms.
is and Conditions are so stated on the reverse side hereof.
hereby certify that the goods of services which are the subject of this invoice have been produced or rendered in full compliance with the provisions of the Labor Standards Act of 1938, as amended.

| TOTAL | 1,732 | 83 |
|---|---|---|

# Kate Danahay

| | |
|---|---|
| **From:** | Lenny Davis |
| **Sent:** | Tuesday, February 19, 2013 11:59 AM |
| **To:** | Kate Danahay |
| **Subject:** | FW: Bill from Smith-Edwards |
| **Attachments:** | DOC021913-002.pdf; ATT00001.htm |

process

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Tuesday, February 19, 2013 10:29 AM
**To:** Lenny Davis
**Cc:** Richard Lewis; Richard J. Serpe; Marion Hutson
**Subject:** Fwd: Bill from Smith-Edwards

Lenny, This is the bill for mailed notice for the Virginia settlements. Please pay. FSL

Sent from my iPad

Begin forwarded message:

> **From:** Marion Hutson <MHutson@lfsblaw.com>
> **Date:** February 19, 2013 11:16:54 AM EST
> **To:** Fred Longer <FLonger@lfsblaw.com>
> **Subject: Bill from Smith-Edwards**
>
> Fred, Debbie gave this to me and said to send to you. It needs to be forwarded to whoever is paying the notice expense.
>
> Marion

1