UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

STATE OF LOUISIANA      :
                        :       SS
PARISH OF ORLEANS       :

Philip A. Garrett, being duly sworn according to law deposes and says:

1.   I am a certified public accountant.  For over 35 years I was associated with the public accounting firm of Wegman Dazet & Company (WDC) and I am now associated with the firm of Philip A. Garrett, CPA.

2.   I was appointed by the Court in Pretrial Order No. 9 to assist and provide accounting services to the Plaintiffs' Liaison Counsel, the PSC and the Court in MDL No. 2047.

3.   I have reviewed Class Counsel's Motion to Authorize Deposit of Settlement Funds, as well as the Memorandum in Support and the QSF Funding Chart attached as Exhibit "A".  I have also reviewed the various Settlement Agreements referenced, along with their respective Allocation

Plans, if any, and other documents relating to the various Settlements. Class Counsel's Motion and the Funding Chart attached as Exhibit "A" are true and correct as to the amounts to be funded in each of the various QSFs.

_____
PHILIP A. GARRETT, C.P.A.

Sworn & Subscribed
before me this \_\_\_
day of October, 2013.

_____
NOTARY PUBLIC