APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     China Xuzhou International Economic & Technological Cooperation Co., Ltd.
4/F Yingdu Bldg., 120 Huaihai West Rd., Xuzhou, Jiangsu, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at   Minneapolis, MN 55439, the 3/29/2013
*Fait à*   Minneapolis, Minnesota, U.S.A.   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

267247-65

2013- SXS- 527

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: China Xuzhou International Economic & Technological Cooperation Co., Ltd.
Court Case No.: 2:11-cv-377

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __June 5, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __4/F Yingdu Bldg., 120 Huaihai West Rd., Xuzhou City, Jiang Su Province, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
        b) *selon la forme particulière suivante:* ____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
        c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Chen Tiantian__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Office Staff__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

Done at __Beijing__, the __July 18, 2013__
*Fait à* ; *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp.
*Signature et/ou cachet.*

_____
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

267247-65

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

*Law Association No. FX-13-548*
*Judicial Association No. SX-13-527*

| Cause of Action | | Case No. | 2013 Jiangsu Superior Court Service No. 652 |
|---|---|---|---|
| Document Served and Number |  | Entrusted service requested by the U.S. Court. Civil action summons, plaintiff's complaint and other litigation materials. | |
| Servee/Recipient |  | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | |
| Address for Service |  | 4/F Yingdu Bldg., 120 Huahai West Rd., Xuzhou City, Jiangsu Province, (China). | |
| Signature or seal by Recipient |  | | Date |
| Substitute Recipient and Reason for Substitution | Chen, Tian Tian | [Seal] Xuzhou International Economic & Technological Cooperation Co., Ltd. | June 5, 2013 |
| Notes |  | The substitute recipient is a staff of Company's Administrative Office. | |

Issuer:         Server:   Zhu, Hong Yan     Zhou, Dong Hai

徐 州 市 江苏省徐州市中级人民法院 法 院

送 达 回 证

FX-13-548
SX-13-527

| 案　　由 | | 案　号 | (2013)苏01法惊第652号 |
|---|---|---|---|
| 送达文书名称和件数 | 美国法院委托送达 民事诉讼传票、原告申诉书、举证通知书 | | |
| 受送达人 | 徐州国际经济技术合作有限公司 | | |
| 送达地址 | 江苏徐州淮海西路120号颖都大厦4楼 | | |
| 受送达人签名或盖章 | | （徐州国际经济技术合作有限公司印章） 2013 年 6 月 5 日 | |
| 代收人及代收理由 | 陈甜甜 代收人为该公司办公室人员 | | |
| 备　　考 | | | |

填发人　　　　　　　　　　　　　　送达人 诸仕纯 顾海