APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*                       Hangzhou Great Import and Export Co., Ltd.
Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province, 310012, China

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at       Minneapolis, Minnesota, U.S.A.       , the  3/29/2013
*Fait à*                                                       *le*

[Stamp: APS INTERNATIONAL, APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439]

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner* (signature)

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                          (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247-63

13- SXS- 538

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Hangzhou Great Import and Export Co., Ltd.
Court Case No.: 2:11-cv-377

# CERTIFICATE
# *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __June 4, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
      b) *selon la forme particulière suivante:* _____
      
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* __Ye Feng__

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Company Manager__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Beijing__, the __July 25, 2013__
*Fait à*                  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

267247-63

*Law Association No. FX-2013-612*
*Judicial Association NO. SX-538*

| | [Seal: Zhejiang Province Hangzhou City Intermediate People's Court] | | | |
|---|---|---|---|---|
| | **ZHEJIANG PROVINCE HANGZHOU CITY INTERMEIDATE PEOPLE'S COURT** | | | |
| | **PROOF OF SERVICE** | | | |
| Cause No. | (2013) Zhejiang Superior Court International No. 171 Supreme People's Court Law Association No. (2013) 612 | Cause of Action | International Judicial Assistance/ Entrusted Service | |
| Recipient | Hangzhou Great Import and Export Co., Ltd. | | | |
| Address for Service | Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province, (China). | | | |
| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal |
| Summary of documents for service One copy | | Hua Gang | 6/4/2013 | Ye Feng |
| Summons in a Civil Action | | | Date  Year | |
| Plaintiff's Class Action Complaint with Exhibit "A" | | | Date  Year | |
| Translations | | | Date  Year | |
| Notes | I am the manager of the company.<br>                              Ye Feng         June 4, 2013 | | | |

Note:
(1) If under unusual circumstances the documents are not deliverable, note down the reason(s) for non-service in the Notes space.
(2) If the recipient is not in, hand the documents to his/her adult relative(s), neighbors, work unit or government offices or neighborhood committee nearby as substitute recipient. The recipient on behalf shall sign or seal in the recipient's column on this form and note his/he relationship with the named recipient.

FX-2013-612
SX-538

# 浙江省杭州市中级人民法院
## 送 达 回 证

| 案　号 | （2013）浙高法外字第 171 号<br>根据最高人民法院法协（2013）第 612 号函 | 案　由 | 国际司法协助委托送达 |
|---|---|---|---|
| 收件人（单位） | Hangzhou Great Import and Export Co., Ltd.<br>杭州格瑞德进出口有限公司 | | |
| 送 达 地 点 | Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province<br>浙江省杭州市文三路 259 号火炬大厦 3 号楼 1201 室 | | |

| 送 达 文 件 | 签发人 | 送达人 | 收 到 日 期 | 收件人签名或盖章 |
|---|---|---|---|---|
| Summary of the Document to be Served<br>被送达文书概要 | | | 　年　月　日 | |
| Summons in a Civil Action with attached Plaintiffs &Defendants List<br>民事诉讼传票及附原被告名单 | | 华 | 2013 年 6 月 4 日 | 叶峰 |
| Civil Cover Sheet<br>民事案封面表格 | | 阿 | 　年　月　日 | |
| Plaintiffs' Class Action Complaint with Exhibit "A"<br>原告集团诉讼申诉书及附证据 A | | | 　年　月　日 | |
| Translations<br>翻译件 | | | 　年　月　日 | |
| 备注 | 本人是公司经理 | | 叶峰 2013.6.4 | |

注：（1）如因特殊情况，文件不能送达时，在备注栏内注明不能送达的理由。
（2）如收件人不在时，将文件交与他的成年家属、近邻、工作单位或收件人居住地的所在政府或街道办事处代收。如系代收，代收人应在收件人栏内签名或盖章并在备注栏内注明原因及代收人与收件人的关系。