APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

13-SXS-328

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Jiangsu Easthigh Group Import & Export Co., Ltd.
   3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing, 210001, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at / *Fait à*   Minneapolis, Minnesota, U.S.A.   , the / *le*  3/29/2013

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247-66

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Jiangsu Easthigh Group Import & Export Co., Ltd..
Court Case No.: 2:11-cv-377

# CERTIFICATE
# ATTESTATION

13-SXS-528

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __July 16, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __31F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing City, 210001, Jiangsu Province, China.__
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*: _____
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Zhu Baojun__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Office manager.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at / *Fait à* __Beijing__, the __August 13, 2013__
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247-66

# NANJING CITY QINHUAI DISTRICT PEOPLE'S COURT

## JUDICIAL ASISTANCE

## PROOF OF SEERVICE

Law Association No. FX-13-541
Judicial Association No. XS-13-528

[Seal of Server Court]  Nanjing City Qinhuai District People's Court]

| | |
|---|---|
| Service Court Case Number | (2013) Qinhuai People's Court Judicial Assistance Request (Service) No. 2 |
| Request County/Reagion | United States    Cause of Action    Assistance for executing service of legal documents |
| Document Served and Number | Summary of documents for service, summons, complaint, one copy each and translations of documents. |
| Servee/Recipient | Jiangsu Easthigh Group Import & Export Co., Ltd. |
| Designated Address for Service | 3F, Jiangsu International Trade Building, No. 50 Zhonghua Road, Nanjing City, (Jiangsu Province, China). |
| Actual Address for Service | ☐ Same as above.  ☐ Changed address for service |
| Signature or seal by Recipient | Zhu, Bao Jun<br>[Seal] Jiangsu Easthigh Group Import & Export Co., Ltd.<br>July 16, 2013 |
| Substitute Recipient and Reason for Substitution | Date |
| Reason for Failed Service | |
| Server's Signature or Seal | Mr. Zhu Baojun is Head of the Administrative Office of Jiangsu Easthigh Group Import & Export Co., Ltd.<br>Server: Fang, Dong  (Judge)<br>Kong, Wei Jia (Clerk)<br>May 7, 2013 |

| Note | 1. Document number of the entrusted wervice letter of the superior court: Jiangsu Province Nanjing City Intermediate People's Court (2013) Nanjing Intermediate Court Judicial Assistance Request ( Service) No. 007.<br>2. Other: |
|---|---|

# 南京市秦淮区人民法院司法协助
# 送 达 回 证

| 送达法院案号 | （2013）秦法助受请(送)字第 2 号 | | |
|---|---|---|---|
| 请求国家/地区 | 美国 | 案由 | 协助送达民事司法文书 |
| 送达文书名称和件数 | 被送达文书概要、传票、诉状各 1 份；文书；文书译文。 | | |
| 受送达人 | 江苏东恒集团进出口有限公司 | | |
| 指定送达地址 | 南京市中华路 50 号 江苏国际经贸大厦 3 楼 | | |
| 实际送达地址 | □同上址 □改送: | | |
| 受送达人签章 | | | |
| 代收人签章 | | | |
| 未成功送达原因 | | | |
| 送达人签名或盖章 | 朱宝军先生系江苏东恒集团进出口有限公司办公室主任。 送达人：方东（审判员） 孔维甲（书记员） | | |