APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Virginia

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*       Shandong Oriental International International Trading Corp.

17-21/F Shandong International Trades Mansion,  51 Taiping Road,  Qingdao, China,  266002

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the , le   3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles.*

267247 - 22

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

FX-13-526   SX-13-557

Qingdao City Intermediate People's Court of Shandong Province

Proof of Service

[Seal affixed: Qingdao City Intermediate People's Court of Shandong Province]

| Subject | Entrusted Service | Incoming Document No.: | Shandong Higher Court Judicial Assistance Processing (2013) 55 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | A Civil Action Summons with Norfolk Division of Eastern District of Virginia of United Stated District Court with attachments of a List of Plaintiffs and Defendants, a Cover Form of Civil Action, Plaintiffs' Class Complaint as well as translations | | |
| The Addressee | Shandong Oriental International Trading Corp. | | |
| Address for Service | 17-21/F Shandong International Trades Mansion, 51 Taiping Road, Qingdao | | |
| Signature or Seal of the Addressee | Zuhong Huang      June 4, 2013 | | |
| The Addressee's Agent and Reason for such Agency |                            Year      Month      Day | | |
| Remarks | By the legal counsel of the company | | |

Issued by: Juan Wang                Servers: Mingli Sun, Yunyi Wu



山东省青岛市中级人民法院
送　达　回　证

Fx-13-526
SX-13-557

| 事由 | 受托送达 | 来文文号 | 鲁高法协受（2013）55号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 美国弗吉尼亚州东部地区美国地区法院 Norfolk 分庭<br>民事诉讼传票及其所附原被告名单、民事案封面表格、原告<br>集团诉讼申诉书及其译文各一份 | | |
| 受送达人 | Shandong Oriental<br>International Trading Corp.（山东省东方国际贸易股<br>份有限公司) | | |
| 送达地址 | 青岛市太平路51号山东国际贸易大厦17-21<br>楼 | | |
| 受送达人签<br>名或盖章 | *[签名]* 2013年 6月 4日 | | |
| 代收人及<br>代收理由 | 年　　月　　日 | | |
| 备注 | *[手写]* | | |

填发人：王娟　　　　　　　　　　　　送达人：*[签名]*

2013 - SXS - 557

Case Name: Amorin (VA)  v.  Taishan Gypsum Co., Ltd.
Defendant:   Shandong Oriental International Trading Corp.
Court Case No.:  2:11-cv-377

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.    que la demande a été exécutée*

     - the (date)   June 4, 2013
     *- le (date)*
     - at (place, street, number)   17-21/F Shandong International Trades Mansion, 51 Taiping
     *- à (localité, rue numéro)*   Road, Qingdao City, Shandong Province, China.

     - in one of the following methods authorised by article 5-
     *- dans une des formes suivantes prévues à l'article 5:*
        [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)     selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ]   (b)   in accordance with the following particular method*:
           *b)     selon la forme particulière suivante:* _____

        [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
           *c)     par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)   The signature is not legible
     *- (identité et qualité de la personne)*

     - relationship to the addressee (family, business or other):   Company legal counsel.
     *- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*

2)    that the document has not been served, by reason of the following facts*:
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Beijing
*Fait à*                                                   , the   July 18, 2013
                                                            *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

*     Delete if inappropriate.
    *Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

267247 - 22