APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-6x5-152

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *identité et adresse)*    Tai'an Jindun Building Material Co., Ltd.
                              Dawenkou, Daiyue District, Tai'an, China 271026

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte et de ses annexes avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at
*Fait à*    Minneapolis, Minnesota, U.S.A.    , the    3/29/2013
                                               , *le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 29

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Tai'an Jindun Building Material Co., Ltd.
Court Case No.: 2:11-cv-377

## CERTIFICATE
## ATTESTATION

2013-SXS-552

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____
   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____
   _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   *The addressee refused to accepts the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at _____ Beijing _____ August 27, 2013
*Fait à*
Signature and/or stamp. [Chinese seal: 中华人民共和国司法部 民商事司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 29

_____Shandong Province Higher People's Court_____

SX-13-552
Shandong Higher Court Judicial Assistance Processing [2013] 49

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 517 on the __U.S.__ Request to Serve Legal Documents to <u>Tai'an Jindun Building Materials Co., Ltd.,</u> _____ <u>Tai'an City Intermediate People's Court of Shandong Province</u> has tried to serve the legal documents, the service was not successful as <u>the addressee refused to accept the documents</u>. Please note that those materials attached herewith are returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

August 6, 2013

# 山 东 省 高 级 人 民 法 院

SK BF 13-552

鲁高法协受(2013)49号

最高人民法院外事局：

  贵院法协[2013]517 号关于___美国___请求向 __Tai'an Jindun Building Materials Co., Ltd（泰安金盾建材股份有限公司）__ 送达法律文书一事，业已经 __山东省泰安市中级人民法院__ 将该法律文书进行了送达，因 __受送达人拒绝接收__ 原因未能成功送达，现将所附材料退回，请查收。



山 东 省 高 级 人 民 法 院

Tai'an City Intermediate People's Court of Shandong Province

**Statement on Inability to Serve**

Shandong Province Higher People's Court ,

In response to your Shandong Higher Court Judicial Assistance Processing [2013] 49 on the U.S. Request to Serve Legal Documents to Tai'an Jindun Building Materials Co., Ltd. service was not successful as Tai'an Jindun Building Materials Co., Ltd. refused to accept them. This statement is hereby made.

Tai'an City Intermediate People's Court of Shandong Province

July 23, 2013
[Seal affixed: Tai'an City Intermediate People's Court of Shandong Province]

# 山东省泰安市中级人民法院

# 未能送达原因说明

山东省高级人民法院：

贵院鲁高法协受（2013）49号关于<u>美国</u>请求向 <u>Tai'an Jindun Building Materials Co.,Ltd（泰安金盾建材股份有限公司）</u>送达法律文书一事，因 <u>Tai'an Jindun Building Materials Co.,Ltd（泰安金盾建材股份有限公司）拒收而未能送达</u>。

特此说明。



二〇一三年七月二十三日