APPLICANT'S AUTHORITY TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

Case 2:09-md-02047-EEF-MBN   Document 17198   Filed 10/24/13   Page 1 of 6

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-5x5545

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*         Taishan Gypsum (Pizhou) Co., Ltd.
_____Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu, 221200 China_____

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at _____, the
*Fait à* Minneapolis, Minnesota, U.S.A. , *le* 3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 39

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Tizhou) Co., Ltd.
Court Case No.: 2:11-cv-377

# CERTIFICATE
## ATTESTATION

13-SXS-565

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____
   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
The court officers came to the company office building at 15:17, May 31, 2013, but nobody accepted the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at / *Fait à* Beijing , the / *le* July 18, 2013
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247-39

Pizhou City People's Court

Fx-13-604 Sx-13-545

Proof of Service

[Seal affixed: Pizhou City People's Court]

| Cause of Action | | Case Number | (   ) No. |
|---|---|---|---|
| Name and Number of Copies of Documents Served | Entrusted service of documents for answer | | |
| The Addressee | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | In the factory of Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Signature or Seal of the Addressee | Year   Month   Day | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year   Month   Day | | |
| Remarks | We went to the office building of the factory to serve at 15:17 on May 31, 2013, nobody accepted them. | | |

Issuer: Xifa Meng          Servers:   Xifa Meng     Hui Gao

[Left margin: Binding Line]

Pizhou City People's Court

Proof of Service
[Seal affixed: Pizhou City People's Court]

| Cause of Action | Entrusted service of documents for answer | Case Number | ( ) No. |
|---|---|---|---|
| Name and Number of Copies of Documents Served | | | |
| The Addressee | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | In the factory of Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Signature or Seal of the Addressee | Year   Month   Day | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year   Month   Day | | |
| Remarks | We went to the office building of the factory to serve at 14:10 on June 5, 2013, nobody accepted them. | | |

Issuer: Xifa Meng                    Servers:  Xifa Meng    Hui Gao

[Left margin: Binding Line]

# 邳州市人民法院
## 送达回证

FX-13-��604
SX-13-��545

| 案　由 | | 案　号 | （　） 字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 委托送达应诉材料 | | |
| 受送达人 | 泰山石膏（邳州）有限公司 | | |
| 送达地址 | 泰山石膏（邳州）有限公司厂内 | | |
| 受送达人签名或盖章 | | 年　月　日 | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | 2013年5月31日15:17分到该厂内办公楼送达无人接收 | | |

填发人 ���　　　　　送达人 ���
　　　　　　　　　　　　　　高慧

# 邳州市人民法院
## 送达回证



| 案　由 | | 案　号 | （　）字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 委托送达应诉材料 | | |
| 受送达人 | 泰山石膏（邳州）有限公司 | | |
| 送达地址 | 泰山石膏（邳州）有限公司厂内 | | |
| 受送达人签名或盖章 | 　年　月　日 | | |
| 代收人及代收理由 | 　年　月　日 | | |
| 备　考 | 2013年6月5日14:10分到该厂办公楼送达，无人接收 | | |

填发人 博希法　　　送达人 博希法
　　　　　　　　　　　　　　 高慧