APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-525-523

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Taishan Gypsum Co., Ltd, formerly known as Shandong Taihe Dongxin Co., Ltd.
    Dawenkou Daiyue District, East of National Road 104, 25 KM South, Tai'an City, Shandong,   271000  China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

√1. Summary of the Document to be Served
√2. Summons in a Civil Action with attached Plaintiffs
   & Defendants List
√3. Civil Cover Sheet
√4. Plaintiffs' Class Action Complaint with attached
   Exhibit "A"
√5. Translations

Done at    Minneapolis, Minnesota, U.S.A.    , the 3/29/2013
*Fait à*_____, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 43

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 2:11-cv-377

## CERTIFICATE
## ATTESTATION

2013-SXS-123

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
1.    *que la demande a été exécutée*
     - the (date)
     - *le (date)* _____
     - at (place, street, number)
     - *à (localité, rue numéro)* _____

     - in one of the following methods authorised by article 5-
     - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b)   in accordance with the following particular method*:
           *b)   selon la forme particulière suivante:* _____

       [ ] (c)   by delivery to the addressee, who accepted it voluntarily.*
           *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
     - (identity and description of person)
     - *(identité et qualité de la personne)* _____

     - relationship to the addressee (family, business or other):
     - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
2.    *que la demande n'a pas été exécutée, en raison des faits suivants:*

*The addressee refused to accept the documents.*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at ____ Beijing ____ the ____ August 27, 2013
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp in Chinese: 中华人民共和国司法部 民商事司法协助专用章]

\* Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

267247 - 43

Shandong Province Higher People's Court
---

SX-13-523
Shandong Higher Court Judicial Assistance Processing [2013] 51

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 519 on U.S. Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd., Taian City Intermediate People's Court of Shandong Province tried to serve said legal documents but was not successful as the addressee refused to accept them. Please note that those materials are hereby returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

August 6, 2013

Taian City Intermediate People's Court of Shandong Province

**Statement of Reason for Inability to Serve**

Shandong Province Higher People's Court,

In response to your Shandong Higher Court Judicial Assistance Processing (2013) 51 on <u>U.S. Request to Serve Leal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.</u>, <u>Taian City Intermediate People's Court of Shandong Province</u> tried to serve said legal documents but was not successful as <u>the addressee refused to accept them</u>.

This statement is hereby made.

[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

July 23, 2013

# 山东省高级人民法院

鲁13-523

鲁高法协受(2013)51号

最高人民法院外事局：

贵院法协[2013]519号关于___美国___请求向 Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd（泰山石膏有限公司，原山东泰和东新股份有限公司）___

送达法律文书一事，业已经___山东省泰安市中级人民法院___将该法律文书进行了送达，因___受送达人拒绝接收___原因未能成功送达，现将所附材料退回，请查收。



2013年8月6日

# 山东省泰安市中级人民法院

# 未能送达原因说明

山东省高级人民法院：

贵院鲁高法协受（2013）51号关于<u>美国</u>请求向 <u>Taishan Gypsum Co.,Ltd,f/k/a Shandong Taihe Dongxin Co.,Ltd（泰山石膏有限公司,原山东泰和东新股份有限公司）</u>送达法律文书一事,因<u>受送达人拒收</u>而未能送达。

特此说明。



二〇一三年七月二十三日