APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SAS-52

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Tianjin Tianbao Century Development Co., Ltd.
3F, Eastern Exhibition Hall, 31 Haibin Fifth Road, Tianjin Free Trade Zone, Tianjin City, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Énumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the
*le*  3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 46

The People's Republic of China

Tianjin Second Intermediate People's Court   SX-13-521

Proof of Service

[Seal affixed: Tianjin Second Intermediate People's Court]

| Cause of Action | Foreign Entrusted Service | Case Number | Judicial Assistance (2013) 520 |
|---|---|---|---|
| Name and Number of Copies of Documents Served |  | Summary Document, Summons, Complaint, etc. (With Chinese Translations) | |
| The Addressee |  | Tianjin Tianbao Century Trade Development Co., Ltd. | |
| Address for Service | | | |
| Signature or Seal of the Addressee |  | [Seal affixed: Tianjin Tianbao Century Development Co., Ltd. Yuchuan Zhang, President]<br><br>May 24, 2013 | |
| The Addressee's Agent and Reason for such Agency |  | Year     Month     Day | |
| Remarks | | | |

Issuer:                                 Server: Liping Wang, Qiang Yao

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 105 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 85 and 86 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

Document No. 13524-104732-217-340-763028

SX-13-521

中华人民共和国

天津市第二中级人民法院



送达回证

| 案　　由 | 涉外送达 | 案号 | 法协（2013）520号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要、传票、诉状等文书（以上均附有中文译本） | | |
| 受送达人 | 天津天保世纪发展有限公司 | | |
| 送达地址 | 天津天保世纪贸易发展有限公司 TIANJIN TIANBAO CENTURY DEVELOPMENT CO., LTD. | | |
| 受送达人签名或盖章 | [签名] 2013年5月24日 PRESIDENT ZHANG YUCHUN | | |
| 代收人及代收理由 | 　　　　　　　　　　　　年　　月　　日 | | |
| 备　　考 | | | |

　　填发人　　　　　　　　　　　　　　送达人王丽平、[签名]

注：① 送达刑事诉讼文书，按照刑事诉讼法第一百零五条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第八十五条、第八十六条的规定办理。
　　② 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

文件编号13524-104732-217-340-763028

13-SXS-521

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Tianjin Tianbao Century Development Co., Ltd.
Court Case No.: 2:11-cv-377

CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __May 24, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __3F, Eastern Exhibition Hall, 31 Haibin Fifth Road, Tianjin Free Trade Zone, Tianjin City, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Zhang Yuchun__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __The president of the company__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __July 30, 2013__
*Fait à*                       *le*
Signature and/or stamp.
*Signature et/ou cachet*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

\* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 46