APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Jeff J. Karsten<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JKarsten@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (identité et adresse)      Taishan Gypsum (Wenzhou) Co., Ltd.
      Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhou, Zhenjiang, China 325602

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Plaintiffs' Class Action Complaint with Exhibit "A"
Civil Cover Sheet
Translations

Done at
*Fait à*_____Minneapolis, Minnesota, U.S.A._____, the / *le* 17 JAN 2013

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)                    USM-94                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

266532-0041

SX-13-14

The People's Republic of China
Wenzhou City Intermediate People's Court of Zhejiang Province

Proof of Service
[Seal affixed: Wenzhou City Intermediate People's Court of Zhejiang Province]

| | |
|---|---|
| Cause of Action | Entrusted Service of International Judicial Assistance |
| Supreme People's Court Document Number | Judicial Assistance (2013) 180 |
| Zhejiang Province Higher People's Court Document Number | (2013) Zhejiang Higher Court Foreign 83 |
| Name and Number of Copies of Documents Served | Legal documents to be served as requested by U.S.A.: One summary of document(s) to be served, one copy of summons, one copy of complaint, one document. |
| The Addressee | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Specified Address of Service | 76 Yinghui Road, Panshi Town, Leqing, Wenzhou City, Zhejiang Province |
| Actual Address of Service | ☐ Same as above.<br>☐ Changed Address (Same as above unless otherwise specified): |

| | | | | |
|---|---|---|---|---|
| Signature or Seal of the Addressee | | Year | Month | Day |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | | Year | Month | Day |
| Reasons for Unsuccessful Service | | | | |

| | | | |
|---|---|---|---|
| Signature of Seal of Server | Lu Chen | Seal or Signature of the Supreme People's Court | |
| Remarks | This clerk went to serve Taishan Gypsum (Wenzhou) Co., Ltd. at Yinghui Road, Panshi Town, Leqing on May 9, 2013, the person in charge of the general office of the company alleged that the general manager was not present, and refused to sign to accept the documents.  This clerk left the legal documents there and took some pictures at the scene.<br>Lu Chen  5-9-2013 | | |

SX-13-14

# 中华人民共和国
## 浙江省温州市中级人民法院
## 送 达 回 证

| 案　　由 | 国际司法协助委托送达 |
|---|---|
| 最高院文号 | 法协（2013）第180号 |
| 浙江省高院文号 | （2013）浙高法外字第83号 |
| 送达文书<br>名称和件数 | 美国请求送达法律文书：被送达文书概要一份，传票一份，诉状一份，文书。 |
| 受送达人 | Taishan Gypsum (Wenzhou) Co.,Ltd. [泰山石膏（温州）有限公司] |
| 指定送达地址 | 浙江温州乐清磐石镇迎晖路76号 |
| 实际送达地址 | □同上址。<br>□改送地址（如未注明即同上址）: |
| 受送达人<br>签名或盖章 | 年　　月　　日 |
| 代收人签名或盖<br>章及代收理由 | 年　　月　　日 |
| 未成功送达原因 | |
| 送达人<br>签名或盖章 | 陈锋　　｜高级人民法院<br>　　　　签名或盖章 |
| 备注 | 书记员于2013年5月9日到乐清磐石镇迎晖路76号泰山石膏（温州）有限公司送达文书，该公司综合办公室签收人称无意签收，本人拒绝签收，书记员现场留置拍照。<br>陈锋 2013.5.9 |







Case Name:  Amorin (FL)  v.   Taishan Gypsum Co., Ltd.
~~Defendant:  Nanhai Silk Imp. & Exp. Corporation~~
Court Case No.:  1:11-cv-22408-MGC

*13-585-14*

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)**  **that the document has been served\***
*1.*   *que la demande a été exécutée*
- the (date)  May 9, 2013
- *le (date)*
- at (place, street, number)  No.76 Yinhui Road, Panshi Town, Leqing County, Wenzhou City, Zhejiang
- *à (localité, rue numéro)*  Province, China.   (The manager of the general office said that the General Manager was not at
the company. So he refused to accept the documents. The Court officer
- in one of the following methods authorised by article 5–  then left the documents at the company and took photos as
- *dans une des formes suivantes prévues à l'article 5:*  evidence.)

⊠ (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.
      *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method\*:
      *b)    selon la forme particulière suivante:* _____

[ ] (c)  by delivery to the addressee, who accepted it voluntarily.\*
      *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)**  **that the document has not been served, by reason of the following facts\*:**
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Civil Cover Sheet, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at  Beijing, the  August 22, 2013
*Fait à* _____ *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

266532-0016

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

13-SXS-14

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>~~████~~ *Jeff J. Karsten*<br>**APS INTERNATIONAL, LTD**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*) _____ Taishan Gypsum (Wenzhou) Co., Ltd.
Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhou, Zhenjiang,  325602  China

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
*c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____
_____

Done at
*Fait à* ___ Minneapolis, Minnesota, U.S.A. ___ , the
, *le* __2-28-13__

Signature and/or stamp,
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                                          (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles*

267249 - 41