UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL NO. 2047 SECTION: l |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co.,Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company,* Case No. 2:10-cv-00932 (E.D. La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* Case No. 10-cv-361 (E.D. La.) | |

**ORDER:**
**(1) APPROVING THE REAL PROPERTY CLAIM FORM AND (2) SETTING A DEADLINE OF DECEMBER 16, 2013 FOR FILING REAL PROPERTY CLAIMS IN EACH OF THE FOUR VIRGINIA-BASED CHINESE DRYWALL CLASS SETTLEMENTS**

Upon consideration of Class Counsel's Motion for an Order: (1) approving the Real Property Claim Form and (2) setting a Real Property claim filing deadline of December 16, 2013 in each of the Four Virginia-based Chinese Drywall Class Settlements, this Court hereby:

1. APPROVES the Real Property Claim Form which is attached to the Memorandum in Support of Class Counsel's Motion for an Order Approving the Real Property Claim Form at Exhibit 1; and

2. ESTABLISHES the Real Property claim filing deadline of December 16, 2013 in each of the Four Virginia-based Chinese Drywall Class Settlements.

New Orleans, Louisiana, this 24th day of October, 2013.

_____
ELDON E. FALLON
United States District Court Judge