UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

... .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

The Court received and reviewed the attached correspondence from Floyd Goodson and

Tracy S. Goodson.  **IT IS ORDERED** that this correspondence be filed into the record.  The

Court does not find it necessary to respond to this letter at this time.

New Orleans, Louisiana, this 23rd day of October, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Floyd Peck Goodson
8060 NW 126th Ter
Parkland, FL 33076-4918