UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------------x
IN RE: : MDL NO. 2047
: SECTION: L
CHINESE MANUFACTURED DRYWALL :
PRODUCTS LIABILITY LITIGATION : JUDGE FALLON
:
: MAG. JUDGE WILKINSON
:
---------------------------------------------------------------------------x

**PLAINTIFFS RICHARD A. IGERCICH AND KATHY S. IGERCICH'S MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO PARAGRAPH 14.3(VI) OF THE AMENDED SETTLEMENT AGREEMENT REGARDING CLAIMS AGAINST THE KNAUF DEFENDANTS IN MDL NO. 2047 WITH INCORPORATED MEMORANDUM**

NOW INTO COURT, through undersigned counsel, come plaintiffs Richard A. Igercich and Kathy S. Igercich ("Plaintiffs") who, together with undersigned counsel, move this Court for an order awarding attorneys' fees and costs based upon the following facts:

1.

On October 1, 2012, Plaintiffs entered into a Settlement Agreement ("Igercich Settlement Agreement") with Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co. Ltd., Guandong Knauf New Building Material Product Co. Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebr., Knauf Verwaltungsgesellschaft, PT.Knauf Gypsum Indonesia, and Knauf Gips KG (collectively, the "Knauf Defendants") relating to their claims asserted against the Knauf Defendants as a result of allegedly reactive KPT Chinese Drywall installed at 46 Preserve Lane, Mandeville, Louisiana 70471. A copy of the Igercich Settlement Agreement is attached hereto as Exhibit "A."

2.

Pursuant to the terms of the Igercich Settlement Agreement, claims by Claimant's counsel for Attorneys' Fees were reserved. *See* Igercich Settlement Agreement II.B.2.

3.

In paragraph five, the Igercich Settlement Agreement provides that it was made pursuant to the Already Remediated Properties Protocol attached as Exhibit A to the Class Settlement Agreement. A copy of the Class Settlement Agreement is attached hereto as Exhibit "B." The Already Remediated Properties Protocol begins on page eighty-three.

4.

The Already Remediated Properties Protocol provides that "[a]ll claims for attorneys' fees and costs arising from the Owner's claims… shall be governed by Section 14 of the [Class] Settlement Agreement…." *See* Already Remediated Properties Protocol VII.B.

5.

Section 14.3(vi) of the Class Settlement Agreement provides for an award of attorneys' fees and costs, which include "any other previous settlement between Knauf and any other party relating to claims arising from KPT Chinese Drywall unless attorneys' fees and reasonable costs have already been separately addressed under such settlement." *See* Class Settlement Agreement, ¶ 14.3(vi).

6.

Plaintiffs have previously entered into a settlement with the Knauf Defendants relating to claims arising from KPT Chinese Drywall. *See* Igercich Settlement Agreement. Attorneys' fees and reasonable costs were not separately addressed under that settlement. *See* Igercich Settlement Agreement II.B.2.

7.

Furthermore, the Igercich Settlement Agreement provides that claims for Attorneys' Fees shall be made pursuant to the terms of the Class Settlement Agreement upon final approval by the MDL Court of the Class Settlement Agreement. *See* Igercich Settlement Agreement II.B.2.

8.

On February 7, 2013, the MDL Court entered an Order granting final approval of the Knauf Settlement.

9.

Therefore, pursuant to Paragraph 14.3(vi) of the Class Settlement Agreement, undersigned counsel now seeks attorneys' fees and costs. As evidenced in the attached spreadsheet, Plaintiffs' attorneys' fees incurred in the matter are $22,457.00 and plaintiffs' attorneys' costs incurred are $698.44. Together, the fees and costs sought total $23,155.44. A copy of the spreadsheet is attached hereto as Exhibit "C."

For these reasons, Plaintiffs, together with undersigned counsel, respectfully request that the Court award the attorneys' fees and costs detailed in Exhibit "C."

Respectfully submitted,

/s/ Jonathan J. Fox
Thomas P. Diaz (Bar #18863)
Robert B. McNeal (Bar #14211)
Jonathan J. Fox (Bar #34551)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 556-4052
Facsimile: (504) 556-4108

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all known attorney(s) of record who are non-CM/ECF participants.

/s/ Jonathan J. Fox