UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------------x
IN RE:                                          :   MDL NO. 2047
                                                :   SECTION: L
CHINESE MANUFACTURED DRYWALL                    :
PRODUCTS LIABILITY LITIGATION                   :   JUDGE FALLON
                                                :
                                                :   MAG. JUDGE WILKINSON
                                                :
------------------------------------------------------------------------x

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that plaintiffs Richard A. Igercich and Kathy S. Igercich will submit for consideration their Motion for Attorneys' Fees and Costs before the Honorable Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, Section "L," 500 Poydras Street, New Orleans, Louisiana, on the 20th day of November, 2013 at 9:00 a.m.

Respectfully submitted,

/s/ Jonathan J. Fox
Thomas P. Diaz (Bar #18863)
Robert B. McNeal (Bar #14211)
Jonathan J. Fox (Bar #34551)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 556-4052
Facsimile: (504) 556-4108

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all known attorney(s) of record who are non-CM/ECF participants.

/s/ Jonathan J. Fox