# Igercich - Attorneys' Fees Spreadsheet

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 5/1/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $277.50 | 1.50 | Analyze Louisiana New Home Warranty Act to determine applicable prescriptive periods and whether prescription can be interrupted upon request of R. McNeal for head of Exxon Chalmette Refinery |
| 5/4/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $277.50 | 1.50 | Further review whether Louisiana New Home Warranty Act applies to personal injury claims; email R. McNeal with results of research |
| 5/8/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $92.50 | 0.50 | Draft letter to home manufacturer to provide notice of defective drywall upon request of R. McNeal for Head of Exxon Chalmette Refinery |
| 6/30/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $971.25 | 5.25 | Draft petition for breach of contract and damages against Crosby Homes; revise and update petition; laise with R. Igercich regarding changes to petition and instructions for filing |
| 6/30/2009 | 668 | Giarrusso, Joe, I. | 99975 | 227 | $110.00 | 0.50 | Assist E. Hinningan with drafting petition |
| 7/21/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $37.00 | 0.20 | Contact St. Tammany Clerk of Court to verify whether Crosby Homes served with process; email R. McNeal to advise Crosby not yet served |
| 9/8/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $74.00 | 0.40 | Review exceptions filed by Crosby Homes |
| 9/10/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $1,073.00 | 5.80 | Discuss strategy of dealing with exceptions with R. McNeal; analyze proper entity name; analyze law pertaining to exception of no cause of action and prematurity |
| 9/11/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $832.50 | 4.50 | Analyze possible strategies to respond to plaintiffs exceptions regarding NHWA; research whether Crosby involved in any drywall class action and implications thereof |
| 9/14/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $37.00 | 0.20 | Email R. McNeal regarding first amended petition and responses to plaintiff's exceptions |
| 9/14/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $203.50 | 1.10 | Draft first amended petition; draft opposition to crosby's exceptions. |
| 9/29/2009 | 928 | Mahone, Jr., Michael, A. | 99975 | 227 | $138.75 | 0.75 | Research for Emma Hinnigan re: Louisiana New Home Warranty Act. |

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 9/29/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $231.25 | 1.25 | Further draft memorandum in opposition to Crosby's exceptions; discuss NHWA research with M. Mahone |
| 9/30/2009 | 928 | Mahone, Jr., Michael, A. | 99975 | 227 | $231.25 | 1.25 | Research for Emma Hinnigan re: Louisiana New Home Warranty Act. |
| 10/1/2009 | 928 | Mahone, Jr., Michael, A. | 99975 | 227 | $323.75 | 1.75 | Research for Emma Hinnigan re: Louisiana New Home Warranty Act. |
| 10/2/2009 | 928 | Mahone, Jr., Michael, A. | 99975 | 227 | $370.00 | 2.00 | Research for Emma Hinnigan re: Louisiana New Home Warranty Act. |
| 10/2/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $1,156.25 | 6.25 | Further draft memo in opposition to Crosby's Exceptions; revise update and edit memo |
| 10/5/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $185.00 | 1.00 | Left message for R. Igercich; review online docket; contact clerk to verify hearing date; conference with R. Igercich re case; email R. McNeal to advise re same; review emails documenting communication from Crosby |
| 10/7/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $222.00 | 1.20 | Review faxes received; discuss file and case with C. Dubourg; review and edit memorandum in opposition to Crosby's exceptions |
| 10/8/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $185.00 | 1.00 | Review and edit memo in opposition to Crosby's exceptions |
| 10/9/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $92.50 | 0.50 | Draft, revise and edit memo in opposition to exceptions |
| 10/12/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $610.50 | 3.30 | Research theories of liability available to a homeowner in action against the home builder |
| 10/14/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $314.50 | 1.70 | Further research theories of liability available to homeowner in action against builder |
| 10/15/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $74.00 | 0.40 | Conference with T. Diaz to discuss memo in response to Crosby's exceptions |
| 10/16/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $333.00 | 1.80 | Further draft opposition to Crosby's Exceptions |
| 10/17/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $1,341.25 | 7.25 | Further Draft memo in opposition to Crosby's Exceptions |
| 10/18/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $878.75 | 4.75 | Further draft, revise, and edit memo in opposition to Crosby's Exceptions; email draft to T. Diaz |
| 11/4/2009 | 918 | Hinnigan, Emma J. | 99975 | 227 | $92.50 | 0.50 | Draft motion to enroll R. McNeal, T. Diaz and E. Hinnigan as counsel of record; draft order |
| 11/23/2009 | 327 | Diaz, Thomas P. | 99975 | 227 | $1,085.00 | 3.50 | Draft motion to enroll; meeting with Mr. Igercich; file motion in Covington |

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 12/1/2009 | 327 | Diaz, Thomas P. | 99975 | 227 | $310.00 | 1.00 | Prepare for hearing |
| 12/2/2009 | 327 | Diaz, Thomas P. | 99975 | 227 | $1,240.00 | 4.00 | Prepare for hearing; travel to Convington; attend hearing; meeting with Igercichs; travel to New Orleans |
| 12/7/2009 | 327 | Diaz, Thomas P. | 99975 | 227 | $310.00 | 1.00 | Analyze case cited by Crosby and email to Mr. Igercich; research additional case law |
| 12/9/2009 | 327 | Diaz, Thomas P. | 99975 | 227 | $682.00 | 2.20 | Draft supplemental opposition and email to Mr. Igercich |
| 12/11/2009 | 327 | Diaz, Thomas P. | 99975 | 227 | $310.00 | 1.00 | Revise supplemental opposition to exceptions and fax file |
| 2/2/2010 | 327 | Diaz, Thomas P. | 99975 | 227 | $320.00 | 1.00 | Review reasons for judgment and emails with Mr. Igercich re: same |
| 2/10/2010 | 327 | Diaz, Thomas P. | 99975 | 227 | $160.00 | 0.50 | Review ruling |
| 3/1/2010 | 918 | Hinnigan, Emma J. | 99975 | 227 | $560.00 | 2.80 | Review dismissal and order; strategize with R. McNeal; analyze implications of appealing tort/negligence issue on ability to participate in class action |
| 3/11/2010 | 918 | Hinnigan, Emma J. | 99975 | 227 | $40.00 | 0.20 | Discuss appeal with R. McNeal; email T. Diaz re appeal |
| 3/12/2010 | 918 | Hinnigan, Emma J. | 99975 | 227 | $300.00 | 1.50 | Discuss appeal with T. Diaz; verify delay for filing devolutive appeal and determine deadline for filing appeal; review requirements for filing appeal; draft email to T. Diaz to advise when delay for appealing expires |
| 3/15/2010 | 918 | Hinnigan, Emma J. | 99975 | 227 | $700.00 | 3.50 | Review time periods applicable for devolutive and suspensive appeals; analyze jurisprudence addressing whether sustaining an exception of no cause of action but granting plaintiff time to amend is an interlocutory judgment; email T. Diaz re research |
| 3/19/2010 | 327 | Diaz, Thomas P. | 99975 | 227 | $320.00 | 1.00 | Draft and revise correspondence to Mr. Nash re: exceptions and appeal |
| 3/30/2010 | 918 | Hinnigan, Emma J. | 99975 | 227 | $300.00 | 1.50 | Review local rules for filing devolutive appeal; further draft petition and order for appeal |
| 3/31/2010 | 918 | Hinnigan, Emma J. | 99975 | 227 | $1,100.00 | 5.50 | Analyze Louisiana principles of statutory interpretation |
| 8/12/2011 | 327 | Diaz, Thomas P. | 99975 | 227 | $495.00 | 1.50 | Review and compile claims dates; review pleadings for steering committee; email to Mr. McNeal re: Meunier; review INEX clas settlement notice; draft email to Mr. Igercich re: same |
| 8/29/2011 | 327 | Diaz, Thomas P. | 99975 | 227 | $825.00 | 2.50 | Compile claim/settlement binder; upload support |

| Date | Tkpr | TKPR Name | Client | Matter | Base Amt | Bs Hrs | Narrative |
|---|---|---|---|---|---|---|---|
| 8/31/2011 | 327 | Diaz, Thomas P. | 99975 | 227 | $165.00 | 0.50 | Emails re: property value issues |
| 10/25/2011 | 327 | Diaz, Thomas P. | 99975 | 227 | $165.00 | 0.50 | Review emails and telephone call with Katz law firm re: Omnibus complaint PPF |
| 11/8/2011 | 327 | Diaz, Thomas P. | 99975 | 227 | $231.00 | 0.70 | Telephone call and emails with class counsel and Mr. Igercich re: warranty issues and profile form |
| 11/11/2011 | 327 | Diaz, Thomas P. | 99975 | 227 | $165.00 | 0.50 | Emails with Mr. Igercich re: warranty issues |
| 8/28/2012 | 694 | McNeal, Rob, B. | 99975 | 227 | $1,260.00 | 3.50 | Review and revise settlement agreement and related correspondence with client |
| 10/1/2012 | 694 | McNeal, Rob, B. | 99975 | 227 | $360.00 | 1.00 | Correspondence with Knauf counsel and client re: finalizing settlement; revise agreement and arrange for execution. |
| 10/5/2012 | 694 | McNeal, Rob, B. | 99975 | 227 | $144.00 | 0.40 | Review settlement and related correspondence with Thalgott and with client |
| 11/18/2012 | 694 | McNeal, Rob, B. | 99975 | 227 | $144.00 | 0.40 | Correspondence regarding completion of settlement with client |
| | | | | | 22,457.00 | 99.80 | |

## Igercich - Attorneys' Costs Spreadsheet

| Date | Client | Matter | Cost Code | Base Amt | Narrative |
|---|---|---|---|---|---|
| 9/30/2009 | 99975 | 227 | 128 | $67.75 | Westlaw research by Emma J. Hinnigan during the month of September 2009 |
| 9/30/2009 | 99975 | 227 | 128 | $80.74 | Westlaw research by Michael A. Mahone during the month of September 2009 |
| 10/31/2009 | 99975 | 227 | 128 | $159.71 | Westlaw research by Emma J. Hinnigan during the month of October 2009 |
| 10/31/2009 | 99975 | 227 | 128 | $102.49 | Westlaw research by Michael A. Mahone during the month of October 2009 |
| 10/31/2009 | 99975 | 227 | 128 | $15.85 | Westlaw research by Emma J. Hinnigan during the month of October 2009 |
| 12/8/2009 | 99975 | 227 | 110 | $39.05 | Travel expense of Thomas P. Diaz to and from Covington courthouse for exceptions hearing |
| 12/15/2009 | 99975 | 227 | 101 | $2.00 | In House Copying |
| 12/11/2009 | 99975 | 227 | 112 | $25.00 | Clerk, St. Tammany Parish for Filing Opposition to Exceptions |
| 3/31/2010 | 99975 | 227 | 128 | $30.94 | Westlaw research by Emma J. Hinnigan during the month of March 2010 |
| 12/11/2009 | 99975 | 227 | 113 | $25.00 | Clerk, Jefferson Parish fee for filing Opposition to Exceptions |
| 9/30/2010 | 99975 | 227 | 104 | $4.00 | Facsimile |
| 9/30/2010 | 99975 | 227 | 101 | $0.60 | In House Copying |
| 9/12/2011 | 99975 | 227 | 150 | $76.54 | In-house Color Copies |
| 9/12/2011 | 99975 | 227 | 150 | $68.53 | In-house Color Copies |
| 11/15/2012 | 99975 | 227 | 124 | $0.24 | Long Distance Telphone Call |
|  |  |  |  | $698.44 |  |