UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------------x
IN RE:                                                :    MDL NO. 2047
                                                      :    SECTION: L
CHINESE MANUFACTURED DRYWALL         :
PRODUCTS LIABILITY LITIGATION             :    JUDGE FALLON
                                                      :
                                                      :    MAG. JUDGE WILKINSON
                                                      :
-----------------------------------------------------------------------x

# PLAINTIFFS RICHARD A. IGERCICH AND KATHY S. IGERCICH'S MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL AND INCORPORATED MEMORANDUM

Plaintiffs Richard A. Igercich and Kathy S. Igercich, together with undersigned counsel, respectfully request leave to file under seal the Settlement Agreement attached as Exhibit "A" to Plaintiffs Richard A. Igercich and Kathy S. Igercich's Motion for Attorneys' Fees and Costs. This motion should be granted for the following reasons.

1.

Courts have held it appropriate to file under seal documents protected by a confidentiality agreement. *DiRussa v. Dean Witter Reynolds Inc.*, 121 F.3d 818, 826 (2nd Cir. 1997) (affirming the district court's decision to file documents protected by a confidentiality agreement under seal).

2.

Plaintiffs, together with undersigned counsel, have filed a Motion for Attorneys' Fees and Costs. Attached to the motion is a settlement agreement between Plaintiffs and the Knauf Defendants that is protected by a confidentiality provision.

3.

It is necessary to place this document under seal so that Plaintiffs, and undersigned counsel, may honor their confidentiality obligations under the terms of the Settlement Agreement. Therefore, Plaintiffs respectfully request that the Court grant them leave to file under seal the Settlement Agreement attached as Exhibit "A" to Plaintiffs' Motion for Attorneys' Fees and Costs.

4.

Plaintiffs seek to have the documents maintained under seal indefinitely in order to protect the confidential nature of the document.

Accordingly, Plaintiffs respectfully request that this Court grant its Motion for Leave to File Document Under Seal.

                         Respectfully submitted,

                         /s/ Jonathan J. Fox
                         Thomas P. Diaz (Bar #18863)
                         Robert B. McNeal (Bar #14211)
                         Jonathan J. Fox (Bar #34551)
                         LISKOW & LEWIS
                         One Shell Square
                         701 Poydras Street, Suite 5000
                         New Orleans, Louisiana 70139
                         Telephone: (504) 556-4052
                         Facsimile: (504) 556-4108

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.  I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all known attorney(s) of record who are non-CM/ECF participants.

                                          /s/ Jonathan J. Fox