UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------------x
IN RE:                                                : MDL NO. 2047
                                                      : SECTION: L
CHINESE MANUFACTURED DRYWALL         :
PRODUCTS LIABILITY LITIGATION              : JUDGE FALLON
                                                      :
                                                      : MAG. JUDGE WILKINSON
                                                      :
------------------------------------------------------------------------x

## NOTICE OF REQUEST TO SEAL

**PLEASE TAKE NOTICE** that through the foregoing motion Plaintiffs Richard A. Igercich and Kathy S. Igercich request that Exhibit "A" to their Motion for Attorneys' Fees and Costs be sealed.

Respectfully submitted,

/s/ Jonathan J. Fox
Thomas P. Diaz (Bar #18863)
Robert B. McNeal (Bar #14211)
Jonathan J. Fox (Bar #34551)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 556-4052
Facsimile: (504) 556-4108

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 28, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all known attorney(s) of record who are non-CM/ECF participants.

/s/ Jonathan J. Fox