UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------x
IN RE: : MDL NO. 2047
: SECTION: L
CHINESE MANUFACTURED DRYWALL :
PRODUCTS LIABILITY LITIGATION : JUDGE FALLON
:
: MAG. JUDGE WILKINSON
:
---------------------------------------------------------------------x

**ORDER**

    Considering Plaintiffs Richard A. Igercich and Kathy S. Igercich's Motion for Leave to File Document Under Seal;

    And further considering that the documents that Plaintiffs request be filed under seal are protected by a confidentiality provision;

    **IT IS HEREBY ORDERED** that the Plaintiffs' Motion is GRANTED.

    New Orleans, Louisiana this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE