**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | |

**CLASS COUNSELS' NOTICE OF WITHDRAWAL OF**
**MOTION TO AUTHORIZE DEPOSIT OF SETTLEMENT FUNDS**

PLEASE TAKE NOTICE that Class Counsel, Russ M. Herman and Arnold Levin, respectfully withdraw, with a full reservation of all rights, the Motion to Authorize Deposit of Settlement Funds [Rec. Doc. 17188] which was filed on October 23, 2013.  The motion will be re-filed in its entirety at a later date.

1

Respectfully submitted,

Dated: October 29, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

2

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of October, 2013.

                    /s/ Leonard A. Davis                   
                    Leonard A. Davis, Esquire
                    Herman, Herman & Katz, L.L.C.
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Phone: (504) 581-4892
                    Fax: (504) 561-6024
                    Ldavis@hhklawfirm.com
                    *Plaintiffs' Liaison Counsel*
                    *MDL 2047*
                    *Co-counsel for Plaintiffs*