UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |
| ............................................. | : | |

## ORDER

On September 17, 2013, the Court conducted a show-cause hearing as to why the settled claims presented by Class counsel should not be dismissed. This show-cause hearing covered several groups of settled claims and several motions by Class counsel. (Rec. Docs. 17011, 17012, 17013, 17014, 17015, 17016, 17017, 17018, 17019, 17020, 17021, 17022, 17023). At the show-cause hearing, Class counsel informed the Court of some changes that needed to be made to the proposed schedules in these motions. These changes involved the clarification that L&W's dismissal should reflect only its liability as to KPT drywall, but not as to other brands of defective drywall. In addition, certain defendants were removed from the schedule of defendants to be dismissed. The Court has received the new, amended schedules.

**IT IS ORDERED** that the Court will enter the amended schedules into the record.

New Orleans, Louisiana, this 24th day of October, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE