UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED           :     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY             :     SECTION:  L
LITIGATION                             :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:              :     JUDGE FALLON
ALL CASES AND                          :     MAG. JUDGE WILKINSON
                                       :
Payton, et al. v. Knauf Gips KG, et al.    :
Case No. 2:09-cv-07628 (E.D. La.)      :
                                       :
Gross, et al. v. Knauf Gips KG, et al.     :
Case No. 2:09-cv-06690 (E.D. La.)      :
                                       :
Rogers, et al. v. Knauf Gips KG, et al.    :
Case No. 2:10-cv-00362 (E.D. La.)      :
                                       :
Abreu, et al. v. Gebrueder Knauf           :
Verwaltungsgesellschaft KG, et al.     :
Case No. 2:11-cv-00252 (E.D. La.)      :
                                       :
Block, et al. v. Gebrueder Knauf           :
Verwaltungsgesellschaft KG, et al.     :
Case No. 11-cv-1363 (E.D. La.)         :
                                       :
Arndt, et al. v. Gebrueder Knauf           :
Verwaltungsgesellschaft KG, et al.     :
Case No. 11-cv-2349 (E.D. La.)         :
                                       :
Cassidy, et al. v. Gebrueder Knauf         :
Verwaltungsgesellschaft KG, et al.     :
Case No. 11-cv-3023 (E.D. La.)         :
                                       :
Vickers, et al. v. Knauf Gips KG, et al.   :
Case No. 2:09-cv-04117 (E.D. La.)      :
-----------------------------------------------------------------x
```

## JOINT MOTION AND INCORPORATED MEMORANDUM
## TO SUBSTITUTE ESCROW AGENT AND ESCROW AGREEMENT

NOW INTO COURT, through undersigned counsel, come the Plaintiff Steering Committee ("PSC") and the Knauf Defendants[1], who submit this Joint Motion to Substitute the Escrow Agent and Escrow Agreement (attached hereto as Exhibit "A").

The PSC and Knauf Defendants have met and determined that it is the best interest of the litigation and settlement administration to substitute Whitney Bank as the escrow agent in place of U.S. Bank, and thus seek the Court's approval to substitute: (1) Whitney Bank as the escrow agent and (2) the attached Amended and Restated Escrow Agreement in place of the original Escrow Agreement with U.S. Bank.

WHEREFORE, the PSC and Knauf Defendants respectfully request that the Court approve the substitution of Whitney Bank as escrow agent and the attached Amended and Restated Escrow Agreement in place of the original Escrow Agreement with U.S. Bank.

---

[1] The Knauf Defendants are Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebrueder Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH and Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

/s/  Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 29th day of October, 2013.

                                                /s/ Kyle Spaulding