UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>*Benoit et al., v. Lafarge S.A., et al.*<br>Case No. 11-1893 (Omni XI) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## LAFARGE NORTH AMERICA INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT

Lafarge North America Inc. ("LNA") moves the Court to enter final judgment in the above-captioned action pursuant to Federal Rule of Civil Procedure 54(b), dismissing all of plaintiffs' claims against Lafarge S.A., Lafarge Boral Gypsum in Asia (LBGA), Lafarge Onoda Gypsum in Shanghai, Lafarge North America Inc., and Boral Limited a.k.a. Boral Ltd. (collectively, the "Lafarge/Boral Defendants"), with prejudice. Such an order is justified by the Court's disposition of the Plaintiffs' Steering Committee's Motion for Rule to Show Cause Why the Omni XI Complaint Should Not Be Dismissed (Doc. 17043), as reflected in the Minute Entry for the September 17, 2013 hearing (Doc. 17143), and the reasons stated in the Motion and in open court at the September 17, 2013 hearing. For the same reasons, there is no just reason for delay in the entry of judgment in favor of the Lafarge/Boral Defendants.

Accordingly, LNA requests that the Court enter final judgment dismissing with prejudice all claims in Omni Complaint XI against the Lafarge/Boral Defendants. A proposed form of order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: October 29, 2013 | /s/ *Mark S. Raffman* \_<br>Mark S. Raffman, (T.A.) (DC Bar #414578)<br>mraffman@goodwinprocter.com<br>Andrew S. Hudson (DC Bar #996294)<br>ahudson@goodwinprocter.com<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Tel.: (202) 346-4000<br>Fax: (202) 346-4444<br><br>*Attorneys for Defendant Lafarge North America Inc.* |

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Motion for Entry of Final Judgment and supporting documents have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of October, 2013.

                /s/ *Mark S. Raffman*
                Mark S. Raffman