UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>*Benoit et al., v. Lafarge S.A., et al*.<br>Case No. 11-1893 (Omni XI) | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

# **FINAL JUDGMENT**

Considering the Court's disposition of the Plaintiffs' Steering Committee's Motion for Rule to Show Cause Why the Omni XI Complaint Should Not Be Dismissed (Doc. 17043), as reflected in the Minute Entry for the September 17, 2013 hearing (Doc. 17143),

For the reasons stated in the Motion and in open court at the September 17, 2013 hearing, the Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay in the entry of judgment in favor of Lafarge S.A., Lafarge Boral Gypsum in Asia (LBGA), Lafarge Onoda Gypsum in Shanghai, Lafarge North America Inc., and Boral Limited a.k.a. Boral Ltd.   Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that final judgment shall be entered in favor of Lafarge S.A., Lafarge Boral Gypsum in Asia (LBGA), Lafarge Onoda Gypsum in Shanghai, Lafarge North America Inc., and Boral Limited a.k.a. Boral Ltd (collectively, the "Lafarge/Boral Defendants") and against all plaintiffs, dismissing all

claims of all plaintiffs against each and all of the Lafarge/Boral Defendants with prejudice and with all parties to bear their own costs.

New Orleans, Louisiana this ___ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE