UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x

IN RE:  CHINESE-MANUFACTURED         :     MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :     SECTION:  L
LITIGATION                           :

---------------------------------------------------------------x

THIS DOCUMENT RELATES TO:            :     JUDGE FALLON
ALL CASES AND                        :     MAG. JUDGE WILKINSON
                                     :
*Payton, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:09-cv-07628 (E.D. La.)    :
                                     :
*Gross, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:09-cv-06690 (E.D. La.)    :
                                     :
*Rogers, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:10-cv-00362 (E.D. La.)    :
                                     :
*Abreu, et al. v. Gebrueder Knauf*    :
*Verwaltungsgesellschaft KG, et al.*    :
Case No. 2:11-cv-00252 (E.D. La.)    :
                                     :
*Block, et al. v. Gebrueder Knauf*    :
*Verwaltungsgesellschaft KG, et al.*    :
Case No. 11-cv-1363 (E.D. La.)    :
                                     :
*Arndt, et al. v. Gebrueder Knauf*    :
*Verwaltungsgesellschaft KG, et al.*    :
Case No. 11-cv-2349 (E.D. La.)    :
                                     :
*Cassidy, et al. v. Gebrueder Knauf*    :
*Verwaltungsgesellschaft KG, et al.*    :
Case No. 11-cv-3023 (E.D. La.)    :
                                     :
*Vickers, et al. v. Knauf Gips KG, et al.*    :
Case No. 2:09-cv-04117 (E.D. La.)    :

---------------------------------------------------------------x

**ORDER**

Considering the Joint Motion to Substitute Escrow Agreement filed by the Plaintiffs' Steering Committee and the Knauf Defendants;

IT IS ORDERED BY THE COURT that the Joint Motion to Substitute the Escrow Agent and Escrow Agreement is GRANTED.  Whitney Bank is substituted as escrow agent in place of U.S. Bank, and the Amended and Restated Escrow Agreement is substituted in place of the original Escrow Agreement.

New Orleans, Louisiana, this 31st day of _____October_____, 2013.

_____

Eldon E. Fallon
United States District Court Judge

2