## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 |
| | ) |
| | ) SECTION: L |
| | ) |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| ALL CASES | ) JUDGE FALLON |
| | ) MAG. JUDGE WILKINSON |
| | ) |
| | ) |

### INDIVIDUAL PLAINTIFFS' MOTION TO WITHDRAW VERIFICATION OF CLAIMS FORM REQUIREMENT OR, IN THE ALTERNATIVE, TO MODIFY LANGUAGE

Individual Plaintiffs hereby file this brief for the limited purpose of moving to withdraw the Verification of Claims Form requirement or, in the alternative, to modify the language contained therein.  Individual Plaintiffs hereby and respectfully reserve all jurisdictional and substantive defenses and arguments pending this Court's decision on whether to set the motion for hearing.

## I.    INTRODUCTION

Each of the various Chinese drywall settlement agreements states *with specificity* all mandatory information and documentation for class members to provide the Settlement Administrator in order to receive benefits from the settlements.  The settlements, as approved by this Court, do not require a signed Verification of Claims Form.

However, on October 15, 2013, a notice was sent to Individual Plaintiffs' counsel by way of e-mail, providing an <u>additional</u> claims submission requirement to be completed by all class members in the Chinese drywall settlements. Exhibit "A." The e-mail states "[b]y agreement of the parties, all claimants in the Chinese Drywall Settlement Program must submit a Verification of Claims Form signed by the Claimant certifying that Claim Form information and supporting documents provided by the claimant are true and correct." *Id.* The e-mail further states the Settlement Administrator will accept the Verification of Claims Form after the October 25, 2013 submission deadline, but provides no deadline. *Id.*

Prior to October 15, 2013, the claim submission verification requirement was for either the claimant as pro se, or counsel on the claimant's behalf, to verify that the claim form, information and documents provided in support thereof, are true and correct. This verification process is still required.

Now, there is an additional obligation that the Verification of Claims Form be signed by all claimants, whether or not they are represented by counsel. Accordingly, the Verification of Claims Form is seemingly unnecessary. This form poses yet another time-consuming hurdle to what is already a cumbersome and complicated process.

Furthermore, the e-mail notice sent with the Verification of Claims Form does not identify the parties who agreed to the form, nor does it provide any reason to support the imposition of an additional claims submission requirement. Individual Plaintiffs' counsel were not consulted or even given an opportunity to review the Form, nor, in all likelihood, were numerous others whose claims are at issue.

II.     **LEGAL ANALYSIS**

      **A.**     **Federal Rule Of Civil Procedure 23 Requires Court Review And Approval For Any Agreement Made In Connection With The Settlement.**

Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval." The Advisory Committee's Notes to Rule 23, Paragraph (2) states "Subdivision (e)(2) requires parties seeking approval of a settlement, voluntary dismissal, or compromise under Rule 23(e)(1) to file a statement identifying any agreement made in connection with the settlement."

As set forth in Federal Rule of Civil Procedure 23, the addition of a Verification of Claims Form as a requirement to full participation in the Chinese drywall settlements must receive Court approval. The "agreeing parties", whoever they may be, have imposed this obligation onto each class member, but failed to acquire Court approval first. The Court must be provided with the proper case law and justification for the Verification of Claims Form in order to analyze whether or not it will prejudice class members. Without having adequate information supporting the Verification of Claims Form, this Court cannot assure that the settlement remains fair.

Because the Verification of Claims Form has not received approval from this Court, the obligation should be withdrawn.

      **1.**     **The Verification Of Claims Form Has No Deadline And, As A Result, Could Delay Distribution Of Settlement Funds.**

The Notice states the Settlement Administrator will accept the Verification of Claims Form after the October 25, 2013 submission deadline, but provides no deadline. Exhibit "A."

3

Various settlement funds, including but not limited to the Global Settlement Fund and the Knauf Settlement Other Loss Fund, may be distributed on a pro rata basis. If that is the case, these funds cannot be allocated until the whole number of participants to the respective fund is known. Here, if some class members fail to timely submit the Verification of Claims Form, the funds to be distributed on a pro rata basis will be delayed, thereby prejudicing other class members.

      **2.**    **The Language In The Verification Of Claims Form Could Have A Chilling Effect On Claimants With Valid Claims.**

The Verification of Claims Form states "I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte [sic] of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution." Exhibit "B."

There is no definition for "suspicious claims" in the Verification Form or the accompanying e-mail notice of the form. With no definition of "suspicious claims," claimants are left to wonder if their claim could possibly be read as suspicious, thereby leading to a federal, state and local investigation. It is certainly possible that claimants

will read the language in the Verification as intimidating which could cause them to either forego, or at a minimum delay, their legitimate claims.

Because the Verification of Claims Form has not been approved by this Court, the obligation should be withdrawn.     However, if this Court chooses to endorse the Verification of Claims Form requirement, it is requested that the language be changed to the following:

"I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in support of all claims either myself or through reliance on counsel or information provided by third parties, and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge."

5

## III.   CONCLUSION

Based on the foregoing, it is hereby respectfully requested that the Court Withdraw the Verification of Claims Form requirement, or in the alternative, modify the language contained therein.

Respectfully submitted,

Dated: November 1, 2013

/s/ C. David Durkee, Esq.
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL  33134
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Paul D. Stevens, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

# EXHIBIT A

| From: | CDWQuestions@browngreer.com |
| --- | --- |
| Sent: | Tuesday, October 15, 2013 1:42 PM |
| To: | Allison Willett |
| Subject: | Chinese Drywall Claim Verification Requirement |
| Attachments: | CDW_Verification_of_Claims.PDF |

Importance:       High

This is a message from the Settlement Administrator for the Chinese Drywall Settlement Program. By agreement of the parties, all claimants in the Chinese Drywall Settlement Program must submit a Verification of Claims Form signed by the Claimant certifying that Claim Form information and supporting documents provided by the claimant are true and correct. The Verification of Claims Form is attached to this email and is also available for download at https://www3.browngreer.com/Drywall/Un-Secure/Docs/CDW_Verification_of_Claims.pdf. To submit the Verification of Claims Form to the Settlement Administrator, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload the Form to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send it by U.S. Mail to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

If you are a law firm, you need only submit the Verification of Claims Form once for each claimant. If you are not represented by an attorney, you should submit only one Verification of Claims Form. The Settlement Administrator will review submitted Verification of Claims Forms in conjunction with all submitted claims by a claimant.

The Settlement Administrator will accept the Verification of Claims Form after the October 25, 2013 claim submission deadline. If you do not submit the Verification of Claims Form and are otherwise eligible for compensation through the Chinese Drywall Settlement Program, you may receive an Incompleteness Notice requesting the Verification of Claims Form, and your claim(s) will be incomplete until you submit the Verification of Claims Form. You must submit a completed Verification of Claims Form in order to receive compensation through the Chinese Drywall Settlement Program.

If you have any questions about the Verification of Claims Form, contact the Settlement Administrator by email at CDWQuestions@browngreer.com or by phone at (866) 866-1729.

**Chinese Drywall Settlement Administrator**
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
CDWQuestions@browngreer.com
Telephone: (866) 866-1729
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received*

1

*this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# *EXHIBIT B*

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A   CLAIMANT INFORMATION

| | | Last Name/Business Name | First | M.I. |
|---|---|---|---|---|
| **1.** | **Claimant Name:** | | | |
| **2.** | **Claimant Identification Number (if you know it):** | | | |
| **3.** | **SSN or TIN (If you do not know the Affected Property Identification Number):** | | | |

### B   VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in supporte of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge.   I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

| **Claimant's Signature:** | | **Date:** | _____/_____/_____ (Month/Day/Year) |
|---|---|---|---|
| **Title (If a business):** | | | |
| **Printed Name:** | First | Last | M.I. |

CDW AFF-2

1