```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3    IN RE: CHINESE-MANUFACTURED     )
      DRYWALL PRODUCTS LIABILITY      )
 4    LITIGATION                      )
                                      ) CIVIL DKT NO.09-MD-2047-EEF-JCW
 5                                    ) SECTION "L"
                                      ) NEW ORLEANS, LOUISIANA
 6                                    ) JANUARY 15, 2013
                                      ) 9:00 A.M.
 7    THIS DOCUMENT RELATES TO:       )
                                      )
 8    ROBERT C. PATE, AS TRUSTEE      )
      FOR THE CHINESE DRYWALL TRUST   )
 9                                    )
      vs.                             )
10                                    )
      AMERICAN INTERNATIONAL          )
11    SPECIALTY LINES INSURANCE       )
      COMPANY, FCCI COMMERCIAL        )
12    INSURANCE COMPANY, FCCI         )
      INSURANCE COMPANY, ET AL        )
13                                    )
      2:09-CV-07791 (E.D. LA.)        )
14    ******************************

15

16              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

17             HEARD BEFORE THE HONORABLE ELDON E. FALLON

18                    UNITED STATES DISTRICT JUDGE

19

20
      APPEARANCES:
21
      FOR THE PLAINTIFFS'
22    STEERING COMMITTEE:              HERMAN HERMAN KATZ & COTLAR
                                       BY:  RUSS HERMAN, ESQUIRE
23                                     820 O'KEEFE AVENUE
                                       NEW ORLEANS, LA 70113
24

25
```

```
 1   APPEARANCES CONTINUED:

 2

     THE PLAINTIFFS:              DANIEL BECNEL, ESQUIRE
 3                                425 W. AIRLINE HIGHWAY
                                  SUITE B
 4                                LAPLACE, LA 70086

 5

                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
 6                                BY:  ARNOLD LEVIN, ESQUIRE
                                  510 WALNUT STREET, SUITE 500
 7                                PHILADELPHIA, PA 19106

 8

 9   DEFENDANT:                   Frilot, LLC
                                  BY:  KERRY J. MILLER, ESQUIRE
10                                ENERGY CENTRE
                                  1100 POYDRAS STREET
11                                SUITE 3700
                                  NEW ORLEANS, LA 70163

12

13   FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:      BARRIOS, KINGSDORF & CASTEIX
14                                BY:  DAWN BARRIOS, ESQUIRE
                                  701 POYDRAS STREET, SUITE 3600
15                                NEW ORLEANS, LA 70139

16

     ALSO APPEARING:              STEVE GLICKSTEIN, ESQUIRE
17

18

     OFFICIAL COURT REPORTER:     SUSAN A. ZIELIE, RMR, FCRR
19                                UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF LOUISIANA
20                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS, LA 70130
21                                susan_zielie@laed.uscourts.gov
                                  504.589.7781
22

23

24   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
25
```

07:57AM
07:57AM
07:58AM
07:58AM
09:05AM
09:05AM
09:05AM
09:05AM
09:05AM
09:05AM
09:05AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM
09:06AM

1    NEW ORLEANS, LOUISIANA; JANUARY 15, 2013

2                     9:00 A.M.

3              (COURT CALLED TO ORDER)

4

5         THE COURT:  Good morning, ladies and gentlemen.

6              Let's call the cases, please.

7         THE CLERK:  MDL No. 2047, in re:  Chinese Drywall

8    Products Litigation.

9         THE COURT:  Counsel make their appearance for the

10   record.

11        MR. MILLER:  Good morning, Your Honor.  It's Kerry

12   Miller on behalf of the Defense Steering Committee.

13        MR. HERMAN:  May it please the Court, good morning,

14   Judge Fallon.  Russ Herman for plaintiffs.

15        THE COURT:  All right.  Folks, first, I want to welcome

16   everybody and thank you for being here.

17             This case, we're getting to a point now where we

18   have to bring it into focus and end it.  All of these things

19   have a beginning, a middle and an end.  I like the beginning of

20   the middle, a middle and an end, but not a beginning and a

21   muddle and an end because it gets muddled and you don't have an

22   end.  The biggest problem that MDLs have is they just sit there

23   and they become warehouses for cases and more and more expenses

24   are plugged in, more and more time goes by, nothing is done.

25   Litigants get angry, they get angry with their attorneys, they

1   get angry with the principals, they get angry with the Court and   09:06AM

2   the system in general.   09:07AM

3           So my thinking on these matters is, I know they're   09:07AM

4   complex, I know they're problematic, but we've got to move them.   09:07AM

5   So, we can move them either by trying to resolve them, or we can   09:07AM

6   move them by trial.   09:07AM

7           So, the discovery process has proceeded well.  The   09:07AM

8   parties have a good feeling on it.  In this particular case,   09:07AM

9   we've had the opportunity to have pilot programs, we've had the   09:07AM

10   opportunity to see how much costs are involved and things of   09:07AM

11   that sort.  And we really have to now bring it to a conclusion.   09:07AM

12   And I know I'm speaking to the choir, because you all have been   09:07AM

13   doing yoman work, and this case is a massive undertaking.  More   09:07AM

14   often than not, there's a number of plaintiffs always in these   09:07AM

15   cases, but there's a manageable number of defendants, sometimes   09:07AM

16   one, sometimes two or three.  But in this case we have a   09:07AM

17   thousand defendants in addition to thousands of plaintiffs.  So   09:08AM

18   it's very complex.  And it takes good lawyering to try to wade   09:08AM

19   through this thicket and to come up with some solutions.  And,   09:08AM

20   we've had the benefit of good lawyering, you folks out there.   09:08AM

21   And that's the best thing going for us in this particular case.   09:08AM

22           I need you to put your collective heads together   09:08AM

23   today and hopefully we can resolve it.  These are complex   09:08AM

24   issues, but it's like a puzzle.  We've got to put this puzzle   09:08AM

25   together.  And we've got a good picture on the box so that we   09:08AM

1   can follow it, we show the parts.  We've had a lot of help from     09:08AM

2   everybody in this room to try to resolve this matter, and I         09:08AM

3   really urge you to do so.  I've scheduled my day that I can be       09:09AM

4   of assistance to you if you feel I can be of assistance.  I'm        09:09AM

5   just a couple of feet away, just come in and talk with me about      09:09AM

6   it.                                                                  09:09AM

7           We've tried to structure this.  I've met with the           09:09AM

8   parties.  I've met with many of you out there to get a feel for     09:09AM

9   your particular issues, and they will be addressed.  We've tried    09:09AM

10  to work up a schedule so that you won't be inconvenienced, or       09:09AM

11  the inconvenience will be lesser.  And, hopefully, we'll be able    09:09AM

12  to get through this today and put this aspect of the case to        09:09AM

13  bed.  And then see where we are with the Taishan entities.          09:09AM

14          It's across the street, as you know.  There's I             09:09AM

15  think a panel has been organized for the case.  But I don't         09:09AM

16  think that any argument or anything of that sort has been           09:10AM

17  scheduled yet.  But, it is moving along properly, and hopefully     09:10AM

18  we'll hear something soon on that.                                  09:10AM

19          Again, I urge you all to look at this matter and            09:10AM

20  see if we can put an end to it today.  My concern, as you've        09:10AM

21  heard me sing this song before, is that, if we keep this too        09:10AM

22  long percolating, it's going to be more problematic than trying     09:10AM

23  to resolve it now.  We're looking at a case that is primarily,      09:10AM

24  if not exclusively, probably exclusively, property damage.  But,    09:10AM

25  you keep people under stress for years, and it becomes something    09:10AM

1    that's not only property damage, and then the whole complexion    09:10AM

2    changes.  So let's see if we can finish it up today.    09:10AM

3           So we've got scheduled rooms.  If you need extra    09:11AM

4    courtrooms, I'll have that available to you.  So, Steve, you and    09:11AM

5    -- you all are in charge of it.    09:11AM

6           MR. LEVIN:  Good morning, Your Honor.    09:11AM

7           Since everybody is here and there was a notice of    09:11AM

8    a motion filed, if I may, I'd like to ask that anybody want to    09:11AM

9    address the Virginia settlements, or have an objection to    09:11AM

10   preliminary approval being granted today?    09:11AM

11          THE COURT:  We have had that motion.  I've posted it.    09:11AM

12   I've looked it over.  It's proper.  I haven't heard anything    09:11AM

13   from anyone.  So I will preliminarily approve it.    09:11AM

14          MR. LEVIN:  We can set the notice then, Your Honor.    09:11AM

15          MR. GLICKSTEIN:  Your Honor, just one other thing on    09:11AM

16   the schedule, is that, I think Mr. Pipes, who is the insurance    09:11AM

17   liaison counsel, wanted to get the renaissance folks together    09:11AM

18   after the meeting with Mr. Dirkey.  And so, somewhere around 10,    09:12AM

19   10:15, the renaissance common participants stay here and can    09:12AM

20   meet with Mr. Pipes so that we can get that started.    09:12AM

21          THE COURT:  Okay.  All right.    09:12AM

22          Well, let's get started.  If you all need any    09:12AM

23   coffee or anything...    09:12AM

24          THE CLERK:  All rise.    09:12AM

25          (9:13 a.m., proceedings concluded.)    09:12AM

09:12AM

1                         CERTIFICATE                                09:13AM

2

3

        I, Susan A. Zielie, Official Court Reporter, do hereby
4   certify that the foregoing transcript is correct.

5

6

                         /S/ SUSAN A. ZIELIE, FCRR
7                        _____
                              Susan A. Zielie, FCRR
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

/S [1] - 8:6

## 1

10 [1] - 6:18
10:15 [1] - 6:19
1100 [1] - 2:10
15 [2] - 1:6, 3:1
19106 [1] - 2:7

## 2

2012 [1] - 3:1
2013 [1] - 1:6
2047 [1] - 3:7
2:09-CV-07791 [1] - 1:13

## 3

3600 [1] - 2:14
3700 [1] - 2:11

## 4

425 [1] - 2:3

## 5

500 [2] - 2:6, 2:20
504.589.7781 [1] - 2:21
510 [1] - 2:6

## 7

70086 [1] - 2:4
701 [1] - 2:14
70113 [1] - 1:23
70130 [1] - 2:20
70139 [1] - 2:15
70163 [1] - 2:11

## 8

820 [1] - 1:23

## 9

9:00 [2] - 1:6, 3:2
9:13 [1] - 6:25

## A

A.M [2] - 1:6, 3:2
a.m [1] - 6:25
able [1] - 5:11
addition [1] - 4:17
address [1] - 6:9

addressed [1] - 5:9
AIDED [1] - 2:24
AIRLINE [1] - 2:3
AL [1] - 1:12
aMERICAN [1] - 1:10
angry [4] - 3:25, 4:1
anything.. [1] - 6:23
appearance [1] - 3:9
APPEARANCES [2] - 1:20, 2:1
APPEARING [1] - 2:16
approval [1] - 6:10
approve [1] - 6:13
argument [1] - 5:16
ARNOLD [1] - 2:6
AS [1] - 1:8
aspect [1] - 5:12
assistance [2] - 5:4
attorneys [1] - 3:25
available [1] - 6:4
AVENUE [1] - 1:23

## B

B406 [1] - 2:20
BARRIOS [2] - 2:13, 2:14
BECNEL [1] - 2:2
become [1] - 3:23
becomes [1] - 5:25
bed [1] - 5:13
BEFORE [1] - 1:17
beginning [3] - 3:19, 3:20
behalf [1] - 3:12
benefit [1] - 4:20
BERMAN [1] - 2:5
best [1] - 4:21
biggest [1] - 3:22
box [1] - 4:25
bring [2] - 3:18, 4:11
BY [6] - 1:22, 2:6, 2:9, 2:14, 2:24, 2:24

## C

CALLED [1] - 3:3
case [8] - 3:17, 4:8, 4:13, 4:16, 4:21, 5:12, 5:15, 5:23
cases [3] - 3:6, 3:23, 4:15
CASTEIX [1] - 2:13
CENTRE [1] - 2:10
CERTIFICATE [1] - 8:1
certify [1] - 8:4
changes [1] - 6:2
charge [1] - 6:5
CHINESE [2] - 1:3, 1:8

Chinese [1] - 3:7
CHINESE-MANUFACTURED [1] - 1:3
choir [1] - 4:12
CIVIL [1] - 1:4
CLERK [2] - 3:7, 6:24
coffee [1] - 6:23
collective [1] - 4:22
COMMERCIAL [1] - 1:11
COMMITTEE [2] - 1:22, 2:13
Committee [1] - 3:12
common [1] - 6:19
COMPANY [3] - 1:11, 1:12, 1:12
complex [3] - 4:4, 4:18, 4:23
complexion [1] - 6:1
COMPUTER [1] - 2:24
concern [1] - 5:20
concluded [1] - 6:25
conclusion [1] - 4:11
CONFERENCE [1] - 1:16
CONTINUED [2] - 2:1
COORDINATION [1] - 2:13
correct [1] - 8:4
costs [1] - 4:10
COTLAR [1] - 1:22
counsel [2] - 3:9, 6:17
couple [1] - 5:5
COURT [8] - 1:1, 2:18, 2:19, 3:5, 3:9, 3:15, 6:11, 6:21
cOURT [1] - 3:3
Court [3] - 3:13, 4:1, 8:3
courtrooms [1] - 6:4

## D

damage [2] - 5:24, 6:1
DANIEL [1] - 2:2
DAWN [1] - 2:14
DEFENDANT [1] - 2:9
defendants [2] - 4:15, 4:17
Defense [1] - 3:12
dirkey [1] - 6:18
discovery [1] - 4:7
DISTRICT [5] - 1:1, 1:2, 1:18, 2:19, 2:19
DKT [1] - 1:4
DOCUMENT [1] - 1:7
done [1] - 3:24
Drywall [1] - 3:7

DRYWALL [2] - 1:3, 1:8

## E

E.D [1] - 1:13
EASTERN [2] - 1:2, 2:19
either [1] - 4:5
ELDON [1] - 1:17
end [6] - 3:18, 3:19, 3:20, 3:21, 3:22, 5:20
ENERGY [1] - 2:10
entities [1] - 5:13
ESQUIRE [6] - 1:22, 2:2, 2:6, 2:9, 2:14, 2:16
ET [1] - 1:12
exclusively [2] - 5:24
expenses [1] - 3:23
extra [1] - 6:3

## F

FALLON [1] - 1:17
Fallon [1] - 3:14
FCCI [2] - 1:11, 1:12
FCRR [3] - 2:18, 8:6, 8:7
feet [1] - 5:5
filed [1] - 6:8
finish [1] - 6:2
first [1] - 3:15
FISHBEIN [1] - 2:5
focus [1] - 3:18
folks [3] - 3:15, 4:20, 6:17
follow [1] - 5:1
FOR [3] - 1:8, 1:21, 2:13
foregoing [1] - 8:4
Frilot [1] - 2:9

## G

general [1] - 4:2
gentlemen [1] - 3:5
GLICKSTEIN [2] - 2:16, 6:15
granted [1] - 6:10

## H

heads [1] - 4:22
hear [1] - 5:18
HEARD [1] - 1:17
heard [2] - 5:21, 6:12
help [1] - 5:1
hereby [1] - 8:3

Herman [1] - 3:14
HERMAN [4] - 1:22, 1:22, 3:13
HIGHWAY [1] - 2:3
Honor [4] - 3:11, 6:6, 6:14, 6:15
HONORABLE [1] - 1:17
hopefully [3] - 4:23, 5:11, 5:17

## I

IN [1] - 1:3
inconvenience [1] - 5:11
inconvenienced [1] - 5:10
insurance [1] - 6:16
INSURANCE [3] - 1:11, 1:12, 1:12
INTERNATIONAL [1] - 1:10
involved [1] - 4:10
issues [2] - 4:24, 5:9

## J

JANUARY [2] - 1:6, 3:1
Judge [1] - 3:14
JUDGE [1] - 1:18

## K

KATZ [1] - 1:22
keep [2] - 5:21, 5:25
KERRY [1] - 2:9
Kerry [1] - 3:11
KINGSDORF [1] - 2:13

## L

LA [6] - 1:13, 1:23, 2:4, 2:11, 2:15, 2:20
ladies [1] - 3:5
LAPLACE [1] - 2:4
lawyering [2] - 4:18, 4:20
lesser [1] - 5:11
LEVIN [4] - 2:5, 2:6, 6:6, 6:14
LIABILITY [1] - 1:3
liaison [1] - 6:17
LINES [1] - 1:11
litigants [1] - 3:25
Litigation [1] - 3:8
LITIGATION [1] - 1:4
LLC [1] - 2:9

**look** [1] - 5:19
**looked** [1] - 6:12
**looking** [1] - 5:23
**LOUISIANA** [4] - 1:2, 1:5, 2:19, 3:1

## M

**manageable** [1] - 4:15
**MANUFACTURED** [1] - 1:3
**massive** [1] - 4:13
**matter** [2] - 5:2, 5:19
**matters** [1] - 4:3
**MDL** [1] - 3:7
**MDLs** [1] - 3:22
**MECHANICAL** [1] - 2:24
**meet** [1] - 6:20
**meeting** [1] - 6:18
**met** [2] - 5:7, 5:8
**middle** [3] - 3:19, 3:20
**MILLER** [2] - 2:9, 3:11
**Miller** [1] - 3:12
**morning** [4] - 3:5, 3:11, 3:13, 6:6
**motion** [2] - 6:8, 6:11
**move** [3] - 4:4, 4:5, 4:6
**moving** [1] - 5:17
**MR** [5] - 3:11, 3:13, 6:6, 6:14, 6:15
**muddle** [1] - 3:21
**muddled** [1] - 3:21

## N

**need** [3] - 4:22, 6:3, 6:22
**NEW** [6] - 1:5, 1:23, 2:11, 2:15, 2:20, 3:1
**NO.09-MD-2047-EEF -JCW** [1] - 1:4
**nothing** [1] - 3:24
**notice** [2] - 6:7, 6:14
**number** [2] - 4:14, 4:15

## O

**O'KEEFE** [1] - 1:23
**objection** [1] - 6:9
**OF** [3] - 1:2, 1:16, 2:19
**Official** [1] - 8:3
**OFFICIAL** [1] - 2:18
**often** [1] - 4:14
**one** [2] - 4:16, 6:15
**opportunity** [2] - 4:9, 4:10
**ORDER** [1] - 3:3
**organized** [1] - 5:15

**ORLEANS** [6] - 1:5, 1:23, 2:11, 2:15, 2:20, 3:1

## P

**PA** [1] - 2:7
**panel** [1] - 5:15
**participants** [1] - 6:19
**particular** [3] - 4:8, 4:21, 5:9
**parties** [2] - 4:8, 5:8
**parts** [1] - 5:1
**PATE** [1] - 1:8
**people** [1] - 5:25
**percolating** [1] - 5:22
**PHILADELPHIA** [1] - 2:7
**picture** [1] - 4:25
**pilot** [1] - 4:9
**Pipes** [1] - 6:16
**pipes** [1] - 6:20
**plaintiffs** [3] - 3:14, 4:14, 4:17
**PLAINTIFFS** [1] - 2:2
**PLAINTIFFS'** [1] - 1:21
**plugged** [1] - 3:24
**point** [1] - 3:17
**posted** [1] - 6:11
**POYDRAS** [3] - 2:10, 2:14, 2:20
**preliminarily** [1] - 6:13
**preliminary** [1] - 6:10
**primarily** [1] - 5:23
**principals** [1] - 4:1
**problem** [1] - 3:22
**problematic** [2] - 4:4, 5:22
**proceeded** [1] - 4:7
**proceedings** [1] - 6:25
**PROCEEDINGS** [2] - 1:16, 2:24
**process** [1] - 4:7
**PRODUCED** [1] - 2:24
**PRODUCTS** [1] - 1:3
**Products** [1] - 3:8
**programs** [1] - 4:9
**proper** [1] - 6:12
**properly** [1] - 5:17
**property** [3] - 5:24, 6:1
**put** [4] - 4:22, 4:24, 5:12, 5:20
**puzzle** [1] - 4:24

## R

**RE** [1] - 1:3
**re** [1] - 3:7
**really** [2] - 4:11, 5:3

**record** [1] - 3:10
**RECORDED** [1] - 2:24
**RELATES** [1] - 1:7
**renaissance** [2] - 6:17, 6:19
**REPORTER** [1] - 2:18
**Reporter** [1] - 8:3
**resolve** [4] - 4:5, 4:23, 5:2, 5:23
**rise** [1] - 6:24
**RMR** [1] - 2:18
**ROBERT** [1] - 1:8
**ROOM** [1] - 2:20
**room** [1] - 5:2
**rooms** [1] - 6:3
**Russ** [1] - 3:14
**RUSS** [1] - 1:22

## S

**schedule** [2] - 5:10, 6:16
**scheduled** [3] - 5:3, 5:17, 6:3
**SECTION** [1] - 1:5
**SEDRAN** [1] - 2:5
**see** [4] - 4:10, 5:13, 5:20, 6:2
**set** [1] - 6:14
**settlements** [1] - 6:9
**show** [1] - 5:1
**sing** [1] - 5:21
**sit** [1] - 3:22
**solutions** [1] - 4:19
**sometimes** [2] - 4:15, 4:16
**somewhere** [1] - 6:18
**song** [1] - 5:21
**soon** [1] - 5:18
**sort** [2] - 4:11, 5:16
**speaking** [1] - 4:12
**SPECIALTY** [1] - 1:11
**started** [2] - 6:20, 6:22
**STATE/FEDERAL** [1] - 2:13
**STATES** [3] - 1:1, 1:18, 2:19
**STATUS** [1] - 1:16
**stay** [1] - 6:19
**STEERING** [1] - 1:22
**Steering** [1] - 3:12
**STENOGRAPHY** [1] - 2:24
**Steve** [1] - 6:4
**STEVE** [1] - 2:16
**street** [1] - 5:14
**STREET** [4] - 2:6, 2:10, 2:14, 2:20
**stress** [1] - 5:25

**structure** [1] - 5:7
**SUITE** [4] - 2:3, 2:6, 2:11, 2:14
**Susan** [2] - 8:3, 8:7
**SUSAN** [2] - 2:18, 8:6
**susan_zielie@laed. uscourts.gov** [1] - 2:21
**system** [1] - 4:2

## T

**Taishan** [1] - 5:13
**THE** [11] - 1:8, 1:17, 1:21, 2:13, 3:5, 3:7, 3:9, 3:15, 6:11, 6:21, 6:24
**thicket** [1] - 4:19
**thinking** [1] - 4:3
**thousand** [1] - 4:17
**thousands** [1] - 4:17
**three** [1] - 4:16
**TO** [2] - 1:7, 3:3
**today** [5] - 4:23, 5:12, 5:20, 6:2, 6:10
**together** [3] - 4:22, 4:25, 6:17
**transcript** [1] - 8:4
**TRANSCRIPT** [2] - 1:16, 2:24
**TRANSCRIPTION** [1] - 2:24
**trial** [1] - 4:6
**tried** [2] - 5:7, 5:9
**TRUST** [1] - 1:8
**TRUSTEE** [1] - 1:8
**try** [2] - 4:18, 5:2
**trying** [2] - 4:5, 5:22
**two** [1] - 4:16

## U

**under** [1] - 5:25
**undertaking** [1] - 4:13
**UNITED** [3] - 1:1, 1:18, 2:19
**up** [3] - 4:19, 5:10, 6:2
**urge** [2] - 5:3, 5:19

## V

**Virginia** [1] - 6:9
**vs** [1] - 1:9

## W

**wade** [1] - 4:18
**WALNUT** [1] - 2:6
**warehouses** [1] - 3:23
**welcome** [1] - 3:15

**whole** [1] - 6:1

## Y

**years** [1] - 5:25
**yoman** [1] - 4:13

## Z

**Zielie** [2] - 8:3, 8:7
**ZIELIE** [2] - 2:18, 8:6