UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

**MOTION TO EXTEND DEADLINE FOR CLAIM SUBMISSION**

COME NOW, Plaintiffs identified in Exhibit "A" ("Claimants") and move this Honorable Court for an extension of the claims filing deadline of October 25, 2013 in MDL 2047, and as grounds therefore show the Court as follows:

1. On May 24, 2013, this Court established the claim submission deadline in the Chinese-Manufactured Drywall Products Liability Proceeding ("proceeding") as August 26, 2013 [Doc. 16877]. On July 26, 2013, this Court extended the deadline to September 30, 2013 [Doc. 16961]. On September 27, 2013, this Court issued a second extension to file a claim in this proceeding to October 25, 2013 [Doc. 17157].

2. The undersigned counsel's law firm ("the firm") has been diligently working to complete and submit all claim forms by the October 25, 2013 deadline. However, on or about October 15, 2013, the firm discovered that its computer server was infected with the Cryptolocker ransomware virus, which encrypts certain files connected to the server. All of the

firm's Chinese Drywall files were affected by this virus, and the firm's IT technician was unable to decrypt or restore Claimants' files before the expiration of the claims submission deadline.

3. As a result of the sudden and unexpected Cryptolocker virus attack on the firm's servers, Claimants' claim forms were not timely filed through the Claims Administrator's Web Portal. Claimants are eligible for benefits under one or more of the various settlements reached in this litigation.

4. No prejudice will result from the extension of Claimants' filing deadline. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding. Claimants make this request not for purposes of delay or harassment but rather to expeditiously complete their filings in the settlement process.

For the above reasons, Claimants respectfully request this Honorable Court for a ten day extension to allow Claimants additional time to complete and file their claims through the Claim Administrator's Web Portal or in the alternative, by mail or email.

Respectfully submitted,

**REICH & BINSTOCK, LLP**

/s/ Dennis C. Reich
Dennis C. Reich, Esq. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

***ATTORNEY FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Extend Deadline for Claim Submission has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2013.

    /s/ Dennis C. Reich
Dennis C. Reich, Esq.
Reich & Binstock, LLP
4265 San Felipe St., Suite 1000
Houston, Texas 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dreich@reichandbinstock.com

# EXHIBIT A

Reich Binstock's Unfiled Claims

| Claimant ID | Name | Claimant Address | City | State | Zip | Parish/County | Type of Claim | Claim Submission Status |
|---|---|---|---|---|---|---|---|---|
| 107832 | Aguirre, Gilberto | 8223 Sugar Cane Dr | Baytown | TX | 77523 | Chambers | Knauf, Global, InEx | Registration Form Submitted |
| 107800 | Baile, Elizabeth | 2108 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | PRME | Claim Form in Progress |
| 107743 | Bart, Cynthia | 5531 Rickert Dr | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107701 | Bray, Andy | 180 Lake Hampton Dr | Hampton | GA | 30228 | | Global | Registration Form Submitted |
| 107739 | Brock, Ora | P.O. Box 322 | Franklinton | LA | 70438 | Washington | Global | Registration Form Submitted |
| | Brown, Zamir | 2116 Unity Village Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | |
| 107708 | Davis, Wash | 2305 Brighton Park Lane | Friendswood | TX | 77546 | Galveston | OLFB | Registration Form Submitted |
| 107681 | DeOlivera, Harry | 1819 Carriage Oak Ct | Hartsville | SC | 29550 | | Global | Registration Form Submitted |
| 107778 | Dodson, Chris | 25211 Pepper Ridge Lane | Spring | TX | 77373 | Harris | OLFB | Claim Form in Progress |
| 107702 | Fyfe, Jody Lee | 2112 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | Registration Form Submitted |
| 107734 | Galmiche, Stephen | 107 Overseas Avenue | Belle Chasse | LA | 70037 | Plaquemines | Global | Registration Form Submitted |
| | Givins, Rose | 6007 & 6009 Warfield | New Orleans | LA | 70117 | Orleans | Global | |
| 107813 | Gomez, Diana | 2207 Pleasant View Ave | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | Registration Form Submitted |
| 107812 | Haughton, Marcia | 1212 Santa Catalina Lane | North Lauderdale | FL | 33068 | Broward | Global | Registration Form Submitted |
| 107814 | Hill, Jamaal | 2105 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Global | Registration Form Submitted |
| 107802 | Le, Anh Van | 3503 Sringwood Lane | Ocean Springs | MS | 39564 | Jackson | Global | Registration Form Submitted |
| 107769 | Lewis, Lance | 301 Falcon Lake Dr | Friendswood | TX | 77546 | Galveston | Knauf, Global, InEx | Registration Form Submitted |
| 102020 | Majeed, Christina M | 351 Channelside Walk Way Apt. 4207 | Tampa | FL | 33602 | Hillsborough | Knauf, Global, Banner | Registration Form Submitted |
| 107829 | Padron, Augustin | 415 Mystic Trail Loop | Kingwood | TX | 77339 | Harris | Knauf, InEx | Registration Form Submitted |
| 107741 | Rankins, Edward | 4841 Franciso Verrette | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107759 | Sewell, Raymond | 2228 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | OLFB | Registration Form Submitted |
| 107749 | Sewell, Shirley | 2228 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | OLFB | Registration Form Submitted |
| 107693 | Seybold Flats Condominium Ass | 5680 W. Cypress St., Suite 5680A | Tampa | FL | 33607 | Hillsborough | Knauf, Global, Banner | Registration Form Submitted |
| 107816 | Sockman, Richard | 8856 E 98th Ave | Vero Beach | FL | 32967 | Indian River | Knauf, Global | Registration Form Submitted |
| 107750 | Spencer, Johnny | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | Knauf, InEx | Registration Form Submitted |
| 107737 | Steele, Wanda | 7821 Mullet St | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107700 | Thornton, Julian | P.O. Box 1208 | Jacksonville | AL | 36265 | Calhoun | OLFB, PRME | Registration Form Submitted |
| 107685 | Urso, Christopher | 10629 Marsha Dr. | New Port Richey | FL | 34655 | Pasco | Global | Registration Form Submitted |
| 107692 | Urtubey, Jason | 20001 NE 14th Court | Miami | FL | 33179 | Miami-Dade | Global | Registration Form Submitted |
| 107824 | Valdovinos, Jose | 8215 Sugar Cane Dr | Baytown | TX | 77523 | Chambers | OLFB | Registration Form Submitted |
| | Violino, David | 2105 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | |

Propery remediated under pilot program seeking Other Loss Fund benefits only
Condominium Association Only - no other claims
Option 2 Claimant - currently awaiting claimants choice of contractor - no other claims
Tried to file claim but would not allow me access to the claim form
These claimants were timely registered but they are not showing up on the claims administrators website