UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

_____

MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR CLAIM SUBMISSION
_____

COME NOW, Plaintiffs identified in Exhibit "A" ("Claimants") and file this Memorandum in Support of the accompanying Motion to Extend Deadline for Claim Submission.  Claimants respectfully seek this Honorable Court's permission to extend Claimants' deadline to file claims in MDL 2047 for the following reasons:

1. The undersigned counsel has been diligently preparing Claimants' claim forms to meet the court deadline of October 25, 2013.[1]  On or about October 15, 2013, counsel's law firm, Reich & Binstock ("the firm"), discovered that its computers and server were infected by the CryptoLocker ransomware virus.[2]  This virus, which was undetected by anti-virus and malware software, encrypted Claimants' files using an impenetrable encryption system.[3]  Due to the

---

[1] *See* Affidavit of Paralegal, Jennifer Krenek, attached as Plaintiffs' "Exhibit B."
[2] *See* Affidavit of Reich & Binstock's IT Technician, Phil Harris, attached as Plaintiffs' "Exhibit C."
[3] *Id.*

1

nature of the virus, the only method to decrypt the files is to pay a ransom.[4] Although payment was made according to the virus' demands, payment was never confirmed by the receiving server and Claimants' files could not be decrypted.[5] Additionally, the firm's backup servers were also compromised by the virus which resulted in a much slower process to restore Claimants' files.[6] As such, Claimants were unable to meet the claim filing deadline.

2. Local Rule 7.8 allows for the Court's discretion in extending deadlines upon motion and for good cause shown. Under Fed. R. Civ. P. 6(b)(2), where the deadline has passed, a district court may enlarge the period and permit the tardy act where the omission is the result of excusable neglect. Specifically, the Supreme Court identified a nonexclusive list of factors the district court should consider when determining excusable neglect: (1) the danger of the prejudice to the non-movant, (2) the length of the delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith. *Pioneer Inv. Servs. v. Brunswick Assocs.*, 507 US 380, 391 (1993).

3. In the proceeding at hand, no prejudice will result from the ten day extension to file the claim forms as the deadline to file passed only a week ago and no determinations have been made in any claims. Further, Claimants were unable to meet the deadline because the Cryptolocker virus infected Reich & Binstock's computer servers and substantially delayed the completion of the filings.[7] Claimants have acted in good faith and counsel's IT technician is working expeditiously to restore Claimants' files for filing.[8]

For the above reasons, Claimants respectfully request this Honorable Court for a ten day extension to allow Claimants additional time to complete and file their claims through the Claim Administrator's Web Portal or alternatively, by mail or email.

---

[4] *Id*.
[5] *Id*.
[6] *Id*.
[7] *See* Plaintiffs' "Exhibits B" and "Exhibit C."
[8] *See* Plaintiffs' "Exhibit C."

2

Respectfully submitted,

**REICH & BINSTOCK, LLP**


/s/ Dennis C. Reich
Dennis C. Reich, Esq. (Bar No. 16739600)
4265 San Felipe, Suite 1000
Houston, Texas  77027
(713) 622-7271 [Telephone]
(713) 623-8724 [Facsimile]
dreich@reichandbinstock.com

*ATTORNEY FOR PLAINTIFFS*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Extend Deadline for Claim Submission has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of November, 2013.

/s/ Dennis C. Reich
Dennis C. Reich, Esq.

# EXHIBIT A

Reich Binstock's Unfiled Claims

| Claimant ID | Name | Claimant Address | City | State | Zip | Parish/County | Type of Claim | Claim Submission Status |
|---|---|---|---|---|---|---|---|---|
| 107832 | Aguirre, Gilberto | 8223 Sugar Cane Dr | Baytown | TX | 77523 | Chambers | Knauf, Global, InEx | Registration Form Submitted |
| 107800 | Baile, Elizabeth | 2108 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | PRME | Claim Form in Progress |
| 107743 | Bart, Cynthia | 5531 Rickert Dr | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107701 | Bray, Andy | 180 Lake Hampton Dr | Hampton | GA | 30228 | | Global | Registration Form Submitted |
| 107739 | Brock, Ora | P.O. Box 322 | Franklinton | LA | 70438 | Washington | Global | Registration Form Submitted |
|  | Brown, Zamir | 2116 Unity Village Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global |  |
| 107708 | Davis, Wash | 2305 Brighton Park Lane | Friendswood | TX | 77546 | Galveston | OLFB | Registration Form Submitted |
| 107681 | DeOlivera, Harry | 1819 Carriage Oak Ct | Hartsville | SC | 29550 | | Global | Registration Form Submitted |
| 107778 | Dodson, Chris | 25211 Pepper Ridge Lane | Spring | TX | 77373 | Harris | OLFB | Claim Form in Progress |
| 107702 | Fyfe, Jody Lee | 2112 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | Registration Form Submitted |
| 107734 | Galmiche, Stephen | 107 Overseas Avenue | Belle Chasse | LA | 70037 | Plaquemines | Global | Registration Form Submitted |
|  | Givins, Rose | 6007 & 6009 Warfield | New Orleans | LA | 70117 | Orleans | Global |  |
| 107813 | Gomez, Diana | 2207 Pleasant View Ave | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | Registration Form Submitted |
| 107812 | Haughton, Marcia | 1212 Santa Catalina Lane | North Lauderdale | FL | 33068 | Broward | Global | Registration Form Submitted |
| 107814 | Hill, Jamaal | 2105 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Global | Registration Form Submitted |
| 107802 | Le, Anh Van | 3503 Sringwood Lane | Ocean Springs | MS | 39564 | Jackson | Global | Registration Form Submitted |
| 107769 | Lewis, Lance | 301 Falcon Lake Dr | Friendswood | TX | 77546 | Galveston | Knauf, Global, InEx | Registration Form Submitted |
| 102020 | Majeed, Christina M | 351 Channelside Walk Way Apt. 4207 | Tampa | FL | 33602 | Hillsborough | Knauf, Global, Banner | Registration Form Submitted |
| 107829 | Padron, Augustin | 415 Mystic Trail Loop | Kingwood | TX | 77339 | Harris | Knauf, InEx | Registration Form Submitted |
| 107741 | Rankins, Edward | 4841 Francisco Verrette | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107759 | Sewell, Raymond | 2228 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | OLFB | Registration Form Submitted |
| 107749 | Sewell, Shirley | 2228 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | OLFB | Registration Form Submitted |
| 107693 | Seybold Flats Condominium Ass | 5680 W. Cypress St., Suite 5680A | Tampa | FL | 33607 | Hillsborough | Knauf, Global, Banner | Registration Form Submitted |
| 107816 | Sockman, Richard | 8856 E 98th Ave | Vero Beach | FL | 32967 | Indian River | Knauf, Global | Registration Form Submitted |
| 107750 | Spencer, Johnny | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | Knauf, InEx | Registration Form Submitted |
| 107737 | Steele, Wanda | 7821 Mullet St | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107700 | Thornton, Julian | P.O. Box 1208 | Jacksonville | AL | 36265 | Calhoun | OLFB, PRME | Registration Form Submitted |
| 107685 | Urso, Christopher | 10629 Marsha Dr. | New Port Richey | FL | 34655 | Pasco | Global | Registration Form Submitted |
| 107692 | Urtubey, Jason | 20001 NE 14th Court | Miami | FL | 33179 | Miami-Dade | Global | Registration Form Submitted |
| 107824 | Valdovinos, Jose | 8215 Sugar Cane Dr | Baytown | TX | 77523 | Chambers | OLFB | Registration Form Submitted |
|  | Violino, David | 2105 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global |  |

Propery remediated under pilot program seeking Other Loss Fund benefits only
Condominium Association Only - no other claims
Option 2 Claimant - currently awaiting claimants choice of contractor - no other claims
Tried to file claim but would not allow me access to the claim form
These claimants were timely registered but they are not showing up on the claims administrators website

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## AFFIDAVIT OF JENNIFER KRENEK

STATE OF TEXAS            §
                          §
COUNTY OF HARRIS          §

BEFORE ME, the undersigned authority, personally appeared Jennifer Krenek, who, after being duly sworn, deposed as follows:

"My name is Jennifer Krenek. I am of sound mind, capable of making this affidavit, over the age of eighteen years, and am personally acquainted with the facts stated herein:

I am the paralegal at Reich & Binstock working on the firm's Chinese drywall docket. Reich & Binstock represents approximately 184 claimants in the Chinese drywall MDL.

Shortly after arriving to work on Tuesday, October 15, 2013, I discovered I wasn't able to access any of the documents located in the Chinese drywall directory. Thinking that it was just an Adobe problem, I decided to test my theory by opening a Word document instead. When that didn't work, I moved on to an Excel file, a WordPerfect file, and then some photos, but all to no avail. I was not able to open a single document inside the Chinese directory. I soon learned other people in the firm were experiencing similar issues with their files being inaccessible. Not long thereafter it was discovered that the firm's server had been infected with the CryptoLocker ransomware virus, which had ultimately encrypted all documents in the files located in folders A - L on our server.

Our IT department was quick to respond and immediately began investigating the particulars of the virus with respect to how to remove it, how to minimize further damage and ultimately, how to restore the encrypted files. After a couple of days it was determined that the only way to restore the firm's files would be by paying the ransom as demanded. Various sources on the internet regarding the CryptoLocker virus agreed on two things: 1) the files encrypted by the virus are impossible to decrypt absent a private key, and 2) once the ransom is paid, the files are actually decrypted. With this information in hand, we were optimistic the files would be decrypted and our server restored once the ransom was paid. There are only two ways to pay the ransom, either through MoneyPak vouchers or Bitcoins, both of which are untraceable, and both take three days to verify. So for the next three days we waited, all the while feeling certain we would get our files back. But three days came and went and our payment had still not been verified and the files remained encrypted. Apparently, in an effort to thwart being discovered, the receiving server holding the private key that would decrypt our files was shut down before our payment could be verified and in the process, destroyed our only means of recovering our firm's files.

With less than two weeks before the deadline to file claims in Chinese drywall, I had no means of filing any of the claims. Everything I had spent the last three months collecting in preparation for the deadline was gone.

For the next 10 days I worked day and night to obtain what information I could and filed as many claims as possible before the expiration date. Unfortunately, time ran out, and I was not able to get everyone's claims completed.

The foregoing statement is true and correct. Further affiant sayeth not."

*/s/ Jennifer Krenek*
Jennifer Krenek

BEFORE ME, the undersigned authority, on this day personally appeared Jennifer Krenek and by oath stated that the facts herein stated are true and correct.

SWORN TO AND SUBCRIBED BEFORE ME on this 1st day of November, 2013.

CRYSTAL A. DELEON
Notary Public, State of Texas
My Commission Expires
September 09, 2017

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## AFFIDAVIT OF PHIL HARRIS

STATE OF TEXAS                    §
                                  §
COUNTY OF HARRIS                  §

BEFORE ME, the undersigned authority, personally appeared Phil Harris, who, after being duly sworn, deposed as follows:

"My name is Phil Harris. I am of sound mind, capable of making this affidavit, am over the age of eighteen years, and am personally acquainted with the facts herein stated:

I am the IT Technician employed at Reich & Binstock. On or about October 15, 2013, the employees of Reich & Binstock noticed that they were unable to open many of their computer documents. I quickly discovered that the Cryptolocker ransomware virus had infected two of our computers and subsequently spread to the rest of our servers through the computer network. This virus affects a computer by being downloaded from an attachment to a seemingly harmless email usually disguised as a business or company email. The Cryptolocker virus is both ransomware and malware that searches for files to encrypt on all drives using a complex and impenetrable RSA and AES encryption.

This virus also bypasses detection from anti-virus and malware protection software and goes undetected until all files targeted by the virus are encrypted.

Initially, the virus goes unnoticed while it secretly encrypts your files in the background. After the encryption process, the virus reveals itself by displaying a prompt demanding a ransom in order to decrypt the files. This screen also displays a timer with a deadline to pay the ransom and a warning that the encryption key will be deleted if the ransom is not paid within the given timeframe. Currently, the only known way to decrypt the files is by paying the ransom using untraceable methods such as a MoneyPak voucher or Bitcoins.

After consulting with other IT technicians and through my own research, I decided it was in the firm's best interest to pay the ransom. Unfortunately, the server holding the key that would effectively restore our encrypted files was shut down before our payment could be verified. On October 28, 2013, the FBI's internet crime department, IC3, posted a public service announcement regarding the Cryptolocker virus (see Exhibit 1).

The virus could not have come at a worse time for Reich & Binstock. At the time the virus began infecting the servers, an offsite company, Integrity Ltd., was in the process of rebuilding Reich & Binstock's backup servers. When the virus hit, the company was in the live testing stage which required removal of the security layer to ensure that the basic configuration worked. Without the security layer, the backup servers also became infected with the virus (see email from Integrity Ltd. attached as Exhibit 2).

The only solution at this point was to restore the system through whatever existing backup files were left or by locating deleted shadow copies of files via the "Undelete" software. This process is extremely time-consuming as it requires individual files to be located and then restored rather than restoring the system as a whole."

The foregoing is true and correct.

_____
Phil Harris

BEFORE ME, the undersigned authority, this day personally appeared Phil Harris and by oath stated that the facts herein stated are true and correct.

SWORN TO AND SUBCRIBED BEFORE ME on this 1st day of November, 2013.



CRYSTAL A. DELEON
Notary Public, State of Texas
My Commission Expires
September 09, 2017

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS



EXHIBIT 1

 **Public Service Announcement**
Prepared by the
**Internet Crime Complaint Center (IC3)**
October 28, 2013


**CRYPTOLOCKER RANSOMWARE ENCRYPTS USER'S FILES**

The FBI is aware of a file encrypting Ransomware known as CryptoLocker. Businesses are receiving email with alleged customer complaints containing an attachment that when opened, appears as a window and is in fact a malware downloader. This downloader than downloads and installs the actual CryptoLocker malware.

The verbiage in the window states that important files have been encrypted using a unique public key generated for the computer. To decrypt the files you need to obtain the private key. A copy of the private key is located on a remote server that will destroy the key after the specified time shown in the window. The attackers demand a ransom of $300.00 to be paid in order to decrypt the files.



*Unfortunately, once the encryption of the files is complete, decryption is not feasible. To obtain the file specific Advanced Encryption Standard (AES) key to decrypt a file, you need the private RSA key (an algorithm for public key cryptography) corresponding to the RSA public key generated for the victim's system by the command and control server. However, this key never leaves the command and control server, putting it out of reach of everyone except the attacker. The recommended solution is to scrub your hard drive and restore encrypted files from a backup.

As with any virus or malware, the way to avoid it is with safe browsing and email habits. Specifically, in this case, be wary of email from senders you don't know and never open or download an attachment unless you're sure you know what it is and that it's safe. Be especially wary of unexpected email from postal/package services and dispute notifications.

If you have been a victim of an internet scam, please file a complaint at www.ic3.gov.

**To:** Phil Harris
**Subject:** RE: Reich & Binstock - Disaster Recovery - Cryptolocker Virus Issue
**Sensitivity:** Confidential

---

**From:** Ross Baldridge [mailto:rb@integr.it]
**Sent:** Sunday, October 27, 2013 10:23 PM
**To:** Phil Harris
**Subject:** Reich & Binstock - Disaster Recovery - Cryptolocker Virus Issue
**Sensitivity:** Confidential

Dear Philip,

As requested please find below a summary of the effects of the Cryptolocker virus on the integrity of the Reich & Binstock offsite backup repositories hosted at Softlayers Texas datacentre.

Having been tasked with designing and putting into service a comprehensive DR solution I opted for an offsite live mirrored server which itself was also backed up to a separate server using "Grandfather, Father, Son" methodology. The proposed DR solution that's been implemented has two stages, the first of which consists of an encrypted FTP link which mirrors the file system from R&B's server to a dedicated backup server at Softlayers secure datacentre in Texas. The second stage automatically creates backups of the mirrored file system in such a way as to ensure that any one point there are thirty days of daily snapshots made of R&B's file system, as well as a snapshot taken at the end of every month that is retained for 12 months and finally an annual snapshot which are to be kept indefinitely.
This solution once fully implemented in combination with the "Undelete software" installed on R&Bs onsite server protects R&Bs files from almost every eventuality.

When configuring a solution such as this standard operating procedure dictates that you remove as many layers of complication whilst testing the various facets of the job.
During the initial stages of live testing the security layer was taken out of the equation to ensure that the basic configuration works as planned and it was during this period that R&Bs PC's and subsequently the file and backup servers were infected.

Unfortunately the timing of R&Bs encounter with "Cryptolocker" couldn't have been worse to the point where had the infection had taken place either a day earlier or a day later then the outcome would've differed dramatically.
This situation only goes to show just how fragile the systems on which we rely in order to do business can be if not properly protected by both the systems administrators and the users.

Please let me now once you are settled and in a position to recreate your DR solution on your freshly reinstalled servers.

Kind regards

Ross Baldridge
**Technical architect**
Mob: +44 7703 350010


**Integrity Ltd.**
London
**NW9 5HB**

1