*Rogers, et al v. Knauf Gips, KG., et al 10-362*
OMNI IV, IV(A), IV(B), IV(C)
SCHEDULE II

| **Major Settling Defendants** |
|---|
| Banner Supply Co.<br>Banner Supply Co. Ft. Myers, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation |
| **Other Settling Defendants** |
| 3180 Lamb Court Acquisition LLC |
| Aburton Homes, Inc. |
| Adams Homes of Northwest Florida, Inc. |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| Andrews Hardware Company, Inc. d/b/a Andrews Ace hardware |
| Angel Developments, LLC |
| Antilles Vero Beach, LLC |
| Aranda Homes, Inc. |
| B & E Construction of Miami Corp. |
| Baystate Drywall, Inc. |
| Baywood Construction, Inc. |
| Boynton Village, LLC |
| Buquoi Construction LLC |
| Burmaster Construction, Inc. |
| Carter Custom Homes, Inc. |

1

| *Rogers, et al v. Knauf Gips, KG., et al 10-362*<br>OMNI IV, IV(A), IV(B), IV(C)<br>SCHEDULE II |
|---|
| Centerline Homes at Georgetown, LC |
| Centerline Homes at Port St. Lucie, LLC |
| Centerline Homes, Inc. |
| CL Architects and Contractors, Corp. |
| Completed Communities, II, LLC |
| Construction Building Services, Inc. |
| Core Construction, LLC |
| Cornerstone Group |
| Cornerstone Group Development, LLC |
| Cretin Homes, Inc. |
| D.R. Horton, Inc. |
| Diamond Court Construction Co. |
| First Home Builders of Florida, Inc. |
| First Home Builders of Florida I, LLC |
| Florida Style Services, Inc. |
| Freemar Homes, Inc. |
| Gomez Interiors, Inc. |
| Gregan Construction Corp. |
| Gremillion Homes, Inc. |
| Grove Hammock Investments, LLC |
| Groza Builders, Inc. |
| Hanover Homes |
| Hansen Homes of South Florida, Inc. |
| Hilliard Butler Construction |
| Holmes Building Materials, LLC |
| Hovnanian Developments of Florida, Inc. |

| *Rogers, et al v. Knauf Gips, KG., et al 10-362*<br>OMNI IV, IV(A), IV(B), IV(C)<br>SCHEDULE II |
|---|
| Hovstone Properties Florida, LLC |
| Ironwood Properties, Inc. |
| J. Cherry and Sons, Inc. |
| Jim Walter Homes, Inc. |
| Jimmy Stokely d/b/a Choctaw Builders, Inc. |
| KB Homes |
| L.R. Gardere Drywall Construction, Inc. |
| LaPorte Builders, Inc. |
| Lavish Holding Corp. |
| Lennar Homes, Corp. |
| Lennar Homes, LLC |
| LifeScape Buildings, LLC |
| Linel Consulting LLC |
| LPR Builders, Inc. |
| LTL Construction, Inc. |
| Mandy Drywall, Inc. |
| Maronda Homes, Inc. of Florida |
| Marsiglia Construction Co., Inc. |
| MJF Construction Corporation |
| Moore Unique Interiors, Inc. |
| Northstar Holdings at B&A, LLC |
| O'Key Homes, Inc. |
| Palm Isles Holdings, LLC |
| Paul Homes |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc. |
| Pride Homes of Lakes by the Bay Parcel H, LLC |

| *Rogers, et al v. Knauf Gips, KG., et al 10-362*<br>OMNI IV, IV(A), IV(B), IV(C)<br>SCHEDULE II |
|---|
| Princeton Homes, Inc. |
| Richard Hoover |
| Richard Jones Construction Company, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| Robert/Charles Builders, Inc. |
| Royal Homes, L.L.C. |
| South Kendall Construction Corp. |
| Southern Homes, LLC |
| Standard Pacific of South Florida |
| Standard Pacific of South Florida GP, Inc. |
| Standard Pacific of Tampa GP, Inc. f/k/a Westfield Homes of Florida, Inc. |
| Summit Contractors, Inc. |
| Summit Homes, LLC n/k/a PHL Construction, LLC |
| Sunrise Construction & Development, LLC |
| The Sterling Collection, Inc. |
| Tillman Construction, Inc. |
| Timberline Builders, Inc. |
| Treasure Coast |
| Tuscan Harvey Estates |
| United Homes International, Inc. |
| Villa Development, Inc. |
| Waterways Joint Venture IV |
| Waterways Joint Venture IV, LLC |