| *Rogers, et al v. Knauf Gips, KG., et al 10-362*<br>OMNI IV, IV(A), IV(B), IV(C)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| 616 LLC/ Andy Ziffer |
| Arizen Homes |
| Avalon Preserve Developers, LLC |
| Berrywood Estates a Senior Community, LLC |
| Cabot Homes |
| Cajun Construction & Development, LLC |
| Can-Am Drywall, Inc. (successor to Baystate Drywall, Inc.) |
| Cape Cement & Supply, Inc. |
| Carribean Custom Builders and Developers |
| Chicas Construction, Inc. |
| Comfort Home Builders, Inc. |
| D & C Construction Group, Inc. |
| D&W Homes, LLC |
| Davis General Contractors |
| Delacruz Enterprise's, Inc. |
| Edweaard Development Company, LLC |
| Enchanted Homes, Inc. |
| First Home Builders, Inc. |
| George Meza |
| Grand Palazzo Hendricks, LLC |
| HPH Properties, LLC |
| Joseph E. Clouse, Inc. |
| JPG Enterprises, Inc. d/b/a Majestic Homes |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |

| *Rogers, et al v. Knauf Gips, KG., et al 10-362*<br>OMNI IV, IV(A), IV(B), IV(C)<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Liberty Home Builders, Inc. |
| Lloyd & Sons Construction, Inc. |
| Majestic Homes & Realty SW, LLC |
| Majestic Homes of Port St. Lucie, Inc. |
| Majestic Homes of Vero Beach, Inc. |
| Mesa Construction Group, Inc. |
| P N K Builders, LLC |
| Pine Ridge Real Estate Enterprises, LLC |
| Port St. Lucie Builders, Inc. |
| RCR Holding II, LLC |
| RCR Holdings I and II, LL |
| Santa Barbara Townhomes, Inc. |
| Sovereign Homes, LLC |
| Symphony Builders, Inc. |
| The Kabar Group, LLC |
| United Homes, Inc. |
| Venus Street, LLC |
| West Construction, Inc. |
| Westminster Builders, Inc. |
| Woodside f/k/a GHO Properties |
| Woodside Homes of Southeast Florida, LLC |