| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>Omni XIV<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| B & W Drywall, Inc. |
| Barney Core |
| Blue Line Builders, Inc. |
| Builtek Corp. |
| C.A.L. Investments, LLC |
| Caloosahatchee Construction, Inc. |
| Canino Construction, Inc. |
| Carmen P Pacinelli Drywall Inc. |
| Certified Building Contractors, Inc. |
| Certified Building Systems, Inc. |
| CGF Construction Corp. |
| Chicas Construction, Inc. |
| Coastal Construction of South Florida, Inc. |
| Coscan Home Builders, LLC |
| DCT Investment Group, Inc. |
| Design Stucco, Inc. |
| Diamond Court Homes, Inc. |
| Distinctive Drywall, LLC |
| Dorado Homes Development, Ltd. |
| Grande Valley Homes, L.L.C. |
| H & S Drywall, Inc. |
| Home Team d/b/a Great Southern Homes |
| HPH Properties, LLC |
| Inovawalls, Inc. |
| Jacobus Builders of Florida, Inc. |

| *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-3023*<br>Omni XIV<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| Jim's Drywall, Inc. |
| JQ Construction Group, Inc. |
| JVP Drywall & Finish, Inc. |
| Mariner Village Townhomes, Inc. |
| Master Builders of South Florida, Inc. |
| Medimart Investment, Inc. |
| Mesa Construction Group, Inc. |
| Milton Construction Company |
| Prestigious Homes, LLC |
| R&R Supplies, Inc. f/k/a R&R Building Materials, Inc. |
| Santa Barbara Estates, Inc. |
| Sea Coast Supply, L.L.C. |
| Signature Series Homes, Inc. |
| Strauch Builders, LLC |
| Sunshine Drywall |
| Supreme Builders, Ltd. |
| United Framers, Inc. |
| United Homes, Inc. |
| Westpoints Investment Partners III, LLC |
| Louisiana Lumber, LLC |