# TOWN & COUNTRY

## *"A New Attitude"*

### FAX TRANSMITTAL

DATE: Oct. 28, 13

ATTENTION: Judge Eldon Fallon

COMPANY:

FAX NUMBER: 504-589-6966

OFFICE NUMBER: 504-589-7545

REFERENCE: Chinese DryWall + Moss & Ass.

You are receiving a fax transmittal from ___
If you do not receive the following __2__ pages which includes the cover sheet, Please contact me at (205) 491-0000.

### COMMENTS

We need help! PLEASE!!!

Geoff + Dawn Smith
8199 Lock 17 Rd.
Bessemer, AL 35023

Geoff's cell      Dawn's cell      Home
205 260-0738   205 478-1705   205 497-9545

**CONFIDENTIALLY NOTE:**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone (collect) and return the original message to us at the address listed below via US Postal Service. We will reimburse you for the postage.

5041 Ford Parkway    Bessemer, AL 35022
Ofc: (205) 491-0000  Fax: (205) 481-2970

Oct. 28, 15

We cannot get Moss & Ass. to hold to our agreements. They are running all over us. Destroying our home. Making it worse - not better, and putting us in the poor house while doing it. Our Lawyer Jimmy Doyle is non-existant, and unefective.

If you are not the Judge in charge could you please, please, please point us in the right direction.

Thank You,
Geoff & Dawn
    Smith

# TOWN & COUNTRY
### "A New Attitude"

## FAX TRANSMITTAL

**DATE:** Oct. 30, 13

**ATTENTION:** Case Manager: Dean Oser

**COMPANY:**

**FAX NUMBER:** 504-589-6966

**OFFICE NUMBER:**

**REFERENCE:**

You are receiving a fax transmittal from _____
If you do not receive the following _____ pages which includes the cover sheet, Please contact me at (205) 491-0000.

**COMMENTS**

We Need Help Please!!!

Geoff & Dawn Smith
8199 Lock 17 Rd.
Bessemer AL 35023

Geoff's cell       Dawn's cell       Home
205-240-0738    205-478-1705    205-497-9545

Thank you,

**CONFIDENTIALLY NOTE:**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone (collect) and return the original message to us at the address listed below via US Postal Service. We will reimburse you for the postage.

5041 Ford Parkway      Bessemer, AL 35022
Ofc: (205) 491-0000  Fax: (205) 481-2970

```
BUSINESS OFFICE          Fax:205-481-2970          Oct 30 2013 01:27pm   P002/004
                      * * Transmit Confirmation Report * *

                                                              Oct 28 2013 09:34am
      -P1
Sender:GUEST
TTI1:BUSINESS OFFICE      TTI Number:205-481-2970
Destination      Type     Mode      Start Time    Time   Page Note    Result    Details
15045896966      FAX      Normal    10/28 09:33am 00'59"  2                     # O K
```

# TOWN & COUNTRY
## "A New Attitude"

### FAX TRANSMITTAL

DATE: Oct. 28, 13

ATTENTION: Judge Eldon Fallon

COMPANY:

FAX NUMBER: 504-589-4966

OFFICE NUMBER: 504-589-7545

REFERENCE: Chinese DryWall + Moss & Ass.

You are receiving a fax transmittal from _____
If you do not receive the following ___2___ pages which includes the cover sheet, Please contact me at (205) 491-0000.

### COMMENTS

We need help! PLEASE!!!

Geoff + Dawn Smith
8199 Lock 17 Rd.
Bessemer, AL 35023

Geoff's cell      Dawn's cell      Home
205 260-0738   205 478-1705   205 497-9545

Thank you,

**CONFIDENTIALITY NOTE:**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone (collect) and return the original message to us at the address listed below via US Postal Service. We will reimburse you for the postage.

6041 Ford Parkway          Bessemer, AL 35022
Ofc: (205) 491-0000 Fax: (205) 481-2970

# TOWN & COUNTRY
## *Ford*
### "A New Attitude"

## FAX TRANSMITTAL

DATE: Oct. 28, 13

ATTENTION: Judge Eldon Fallon

COMPANY:

FAX NUMBER: 504-589-6966

OFFICE NUMBER: 504-589-7545

REFERENCE: Chinese DryWall + Moss & Ass.

You are receiving a fax transmittal from _____
If you do not receive the following __2__ pages which includes the cover sheet, Please contact me at (205) 491-0000.

## COMMENTS

We need help! PLEASE!!!

Geoff + Dawn Smith
8199 Lock 17 Rd.
Bessemer, AL 35023

Geoff's cell      Dawn's cell       Home     Thank you,
205 260-0738   205 478-1705   205 497-9545

**CONFIDENTIALLY NOTE:**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone (collect) and return the original message to us at the address listed below via US Postal Service. We will reimburse you for the postage.

5041 Ford Parkway     Bessemer, AL 35022
Ofc: (205) 491-0000 Fax: (205) 481-2970

Oct. 28, 15

We cannot get Moss & Ass. to hold to our agreements. They are running all over us. Destroying our home. Making it worse - not better, and putting us in the poor house while doing it. Our Lawyer Jimmy Doyle is non-existant, and unefective.

If you are not the Judge in charge could you please, please, please point us in the right direction.

Thank You,
Geoff & Dawn
      Smith