| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349* Omni XII SCHEDULE II |
|---|
| **Major Settling Defendants** |
| Knauf Plasterboard (Tianjin) Co., Ltd. Knauf Plasterboard (Wuhu) Co., Ltd. Guangdong Knauf New Building Material Products Co. Ltd. Knauf Gips KG Gebr. Knauf Verwaltungsgesellschaft KG Knauf International GmbH Knauf Insulation GmbH Knauf UK GmbH Knauf AMF GmbH & Co. KG Knauf do Brasil Ltd. PT Knauf Gypsum Indonesia |
| L&W Supply Corp. d/b/a Seacoast Supply |
| **Other Settling Defendants** |
| 84 Lumber Company |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. |
| AI Brothers, Inc. |
| Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware |
| Aranda Homes, Inc. |
| Avatar Properties Inc. |
| B J & K Condo Construction, Inc. |
| Barloy Contractors, Inc. |
| Baywood Construction, Inc. |
| Beazer Homes Corp. |
| Best Homes of SW Florida a/k/a Legend Custom Builders, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC |
| BFS Townhomes, L.L.C. d/b/a Highpoint Development |
| BMD, Inc. |

| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349* Omni XII SCHEDULE II |
| --- |
| Boohaker & Associates, LLC |
| Bradford Plastering, Inc. |
| CastleRock Communities LP |
| Centerline Homes at Georgetown LLC |
| CM Duncan Contracting, Inc. |
| Cretin Homes, LLC |
| Dave Johnson Construction, Inc. |
| David Weekly Homes, LLC a/k/a Weekly Homes, LP |
| Delacruz Drywall Plastering & Stucco, Inc. |
| Design Drywall of South Florida, LLC |
| E.L. Cretin, LLC d/b/a Cretin Homes |
| F. Vicino and Company, Inc. |
| Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall, Inc. |
| First Home Builders of Florida I, LLC |
| Florida Home Partnership, Inc. |
| Florida Style Services, Inc. |
| Frost Metal Framing & Drywall, Inc. |
| G. Drywalls Corporation |
| Gregan Construction Corp. |
| Gregg Nieberg, Inc. |
| Gulfstream Development Group, LLC |
| Hansen Homes of South Florida, Inc. |
| Hinkle Drywall, Inc. |
| K. Hovnanian First Homes, LLC |
| K. Hovnanian First Homes, LLC, d/b/a First Home Builders of Florida |

| *Arndt, et al v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft, KG, et al, 11-2349*<br>**Omni XII**<br>**SCHEDULE II** |
| --- |
| Legend Custom Builders, Inc. |
| Lennar Homes, Inc. |
| Likness Construction of Southwest Florida, Inc. |
| Louran Builders, Inc. |
| Mayco Construction, LLC |
| Medallion Homes Gulf Coast, Inc. |
| Metropolitan Design Group, Inc. |
| Northstar Holdings at B and A, LLC |
| Nu Way Drywall, LLC |
| O.C.D. of S. Florida, Inc. |
| Pelican Builders, Inc. |
| Precision Drywall, Inc. |
| Residential Drywall, Inc. |
| Rinker Materials, LLC n.k.a Cemex Materials, LLC |
| Rinker Materials of Florida, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RJL Drywall, Inc. |
| Sampson Construction Co., LLC |
| Shelby Building Corp. |
| Siesta Bay Custom Homes, LLC |
| Sixty Fifth and One LLC |
| Star Homes, LLC |
| Star Homes of Florida LLC |
| Sun Construction, L.L.C. |
| Sun Construction, LLC d/b/a Sunrise Homes |

| *Arndt, et al v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft, KG, et al, 11-2349*<br>**Omni XII**<br>**SCHEDULE II** |
| --- |
| The David Group Inc. |
| U/C Universal Construction, Inc. |
| United Homes International, Inc. |
| Vincent Montalto Construction, Inc. |
| Williams-Brown, Inc. |
| Woodland Construction of SW FL, Inc. |
| Yarco, Inc. |