| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349* Omni XII SCHEDULE III |
|---|
| **Remaining Defendants** |
| 616, L.L.C. |
| Aced Interior Drywall, Inc. |
| Ameritek Homes Co. f/k/a Dulcie and Company, Inc. |
| Arif Parupia |
| ASAP Drywall |
| AW Independent, Inc. |
| Bay Town Builders, LLC |
| Caceres Drywall Corp. |
| Canino Construction, Inc. |
| Carmen P Pacinelli Drywall Inc. |
| Coastal Living Homes, LLC |
| Constructo Building Services, Inc. |
| Craft Contractors, LLC |
| Craftsmen Builders, Inc. |
| Desarata Building Corporation |
| Design Stucco, Inc. |
| Dorado Homes Development, Ltd. |
| Drywall & Framing Investment Group, Inc. |
| EH Building Group, LLC |
| Enchanted Homes, Inc. |
| First Choice Drywall Services, Inc. |
| Foster Home Builders, Inc. |
| Glen Dupree Specialty Services |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes |

| *Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-2349* Omni XII SCHEDULE III |
| --- |
| **Remaining Defendants** |
| Hawkeye Construction |
| HPH Properties, LLC |
| International Building Products Corp. |
| Jon A. Wilder, Inc. |
| Jorge A. Meza |
| JVP Drywall & Finish, Inc. |
| Lake Shore Construction LLC |
| Landmark Building Consultants, L.L.C. |
| Legend Custom Builders, Inc. |
| Livaudais Electrical & Construction, LLC |
| Lopez Construction Group, Inc. |
| Majestic Custom Homes & Realty, Inc. |
| Merrick Homes, LLC |
| Midwest Construction & Development, LLC |
| Milton Construction Company |
| Newtech Builders Corp. |
| Orchid Grove, LLC |
| Paramount Quality Homes Corp. |
| R.H. Hernandez Drywall, Inc. |
| Santa Barbara Estates, Inc. |
| Signature Construction Management Corp. |
| Signature Series Homes, Inc. |
| Supreme Builders, Ltd. |
| Supreme Homes Ltd. |

| *Arndt, et al v. Gebrueder Knauf*<br>*Verwaltungsgesellschaft, KG, et al, 11-2349*<br>**Omni XII**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Tagan Landry |
| TTT Enterprises, Inc. |
| United Framers, Inc. |
| Wolfman Construction Company |