| *Payton, et al v. Knauf Gips, KG, et al 09-7628*<br>OMNI I, I(A), I(B), I(C)<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. DeBruin, Candice | Knauf | **Knauf<br>Inex<br>Global** | **I(C)** |
| 2. Haas, Albert and Anne | Knauf<br><br>Interior/Exterior entities | **Knauf<br>Inex<br>Global** | **I(A)** |
| 3. Ladner, Brian and Lisa | | **Global** | **I(A)** |
| 4. Pentecost, Mary Louise | Knauf<br><br>Executive Home Builders, LLC (builder)<br><br>Finish One Drywall, LLC (contractor) | **Knauf** | **I** |
| 5. Pipkin, Andrew B. And Valerie K. | Knauf | **Knauf** | **I(C)** |
| 6. Pisaris-Henderson, Craig and Kelly | Knauf | **Knauf<br>Banner<br>Global** | **I** |

| *Payton, et al v. Knauf Gips, KG, et al 09-7628* OMNI I, I(A), I(B), I(C) SCHEDULE I PLAINTIFFS NOT SUBJECT TO DISMISSAL ||||
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 7. Raborn, Randy and Pamela | Knauf | **Knauf** | I |
| 8. Slidell Property Management, LLC (John Campbell) | Southern Homes, LLC<br><br>Springhill, LLC | **Global** | I(C) |
| 9. Tures, Matthew and Tracy | Knauf | **Knauf** | I(B) |
| 10. Ung, Kim and Cai, Xiao | Knauf | **Knauf<br>Inex<br>Global** | I(A) |
| 11. Weller, Diane and Jeffrey |  | **Global<br>L&W** | I(B) |
| 12. Weller, Jeffrey and Diane | L&W Supply Corporation dba Seacoast Supply<br><br>USG Corporation | **Global<br>L&W** | I(C) |
| 13. Wilson, David and Lisa |  | **Global** | I(B) |
| 14. Ziegler, Bart | Knauf<br><br>Banner Supply | **Knauf<br>Banner<br>Global** | I(B) |