```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED        )
     DRYWALL PRODUCTS                   )
 4   LIABILITY LITIGATION               )
                                        )
 5                                      ) CIVIL NO. 09-MD-2047 "L"
                                        )
 6                                      ) NEW ORLEANS, LOUISIANA
                                        ) October 24, 2013
 7                                      ) 9:00 A.M.
     THIS DOCUMENT RELATES TO:          )
 8                                      ) Monthly Status Conference
     ALL CASES                          )  & Motions
 9                                      )
     *******************************
10

11
                TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
13
                     UNITED STATES DISTRICT JUDGE
14

15

16

17

18   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER:
19   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
20   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
21   susan_zielie@laed.uscourts.gov
     504.589.7781
22

23   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.

24

25
```

```
1   APPEARANCES:

2

3   Special Master:              LYNN C. GREER, ESQ.
                                 BrownGreer, PLC
4                                250 Rocketts Way
                                 Richmond VA 23231
5                                804.521.7299

6   For the AG:                  DAWN M. BARRIOS, ESQ.
                                 Barrios Kingsdorf & Casteix LLP
7                                One Shell Square
                                 701 Poydras Street, Suite 3650
8                                New Orleans LA 70139-3650
                                 barrios@bkc-law.com
9                                504.524.3300

10  For the Plaintiff:           RUSS M. HERMAN, ESQ.
                                 LEONARD A. DAVIS, ESQ.
11                               Herman Herman & Katz, LLC
                                 820 O'Keefe Avenue
12                               New Orleans LA 70113
                                 504.581.4892

13
                                 ARNOLD LEVIN, ESQ.
14                               LEVIN, FISHBEIN, SEDRAN & BERMAN
                                 510 WALNUT STREET, SUITE 500
15                               PHILADELPHIA, PA 19106

16                               DANIEL E. BECNEL, III
                                 Becnel Law Firm, LLC
17                               106 West Seventh Street
                                 PO Drawer H
18                               Reserve LA 70084
                                 985.536.1186
19                               becket@becnellaw.com

20

21

22

23

24

25
```

```
1    APPEARANCES-2

2

3    For the Defendant:          KERRY J. MILLER, ESQ.
                                 Frilot, LLC
4                                Energy Centre
                                 1100 Poydras Street
5                                Suite 3700
                                 New Orleans LA 70163-3700
6                                504.599.8000
                                 kmiller@frilot.com
7
     Arbitrator:                 ROBERT MURRAY JOHNSTON, ESQ.
8                                Law Offices of
                                   Robert M. Johnston, LLC
9                                400 Poydras Street
                                 Suite 2450
10                               New Orleans LA 70130
                                 504.561.7799
11                               rmj@ahhelaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              NEW ORLEANS, LOUISIANA; THURSDAY, OCTOBER 24, 2013      08:50AM

 2                           9:00 A.M.                                 08:50AM

 3              THE COURT:  Have a seat.  Good morning, ladies and     09:09AM

 4    gentlemen.                                                       09:09AM

 5                   Call the case, please.                           09:09AM

 6              CASE MANAGER:  Case No. MDL 2047, in re:  Chinese      09:09AM

 7    Drywall Manufacturers Liability Litigation.                     09:09AM

 8              THE COURT:  Counsel, note your appearance for the      09:09AM

 9    record.                                                          09:09AM

10         MR. MILLER:  Good morning, Your Honor.  Kerry Miller on     09:09AM

11    behalf of Knauf and the Defense Steering Committee.             09:09AM

12         MR. HERMAN:  May it please the Court, good morning,         09:09AM

13    Judge Fallon.  Russ Herman on behalf of plaintiffs.            09:09AM

14              THE COURT:  We're today for our monthly status         09:09AM

15    conference.  We have a number of people on the phone so please   09:09AM

16    use the microphone.                                             09:09AM

17                   I met with liaison/lead counsel to discuss the    09:09AM

18    agenda with them.  We'll take them in the orders proposed.      09:09AM

19                   Pretrial Orders, No. 1, is the first item.        09:09AM

20    Anything on that?                                               09:09AM

21         MR. HERMAN:  No, Your Honor.                               09:09AM

22                   But, may it please the Court, I'd like to report  09:09AM

23    on the new depository for the record.                           09:10AM

24                   The new depository has accommodations for trial   09:10AM

25    prep, for mock juries.  It is 8,627 square feet.  It's within   09:10AM
```

1    four blocks of the courthouse.  It's $14 and -- excuse me -- $17    09:10AM

2    per square foot, which is below market.  Market right now for    09:10AM

3    similar space in the central district is $20 per square foot.    09:10AM

4            The term of the lease is 42 months beginning    09:10AM

5    November 1st.  However, we were able to negotiate an opt-out    09:10AM

6    after 18 months, figuring that hopefully Chinese Drywall and    09:11AM

7    VIOXX will be resolved by then, or at least the need will be    09:11AM

8    resolved.    09:11AM

9            We've purchased a new server based upon activities    09:11AM

10   that I'm not going to recite in both Drywall and in VIOXX.    09:11AM

11           And we plan to move into that space the first week    09:11AM

12   in November.    09:11AM

13       THE COURT:  Let's make sure that's Bull Garret, CPA,    09:11AM

14   understands what the arrangements are so that he can keep the    09:11AM

15   records as to how much is charged to VIOXX and how much is    09:11AM

16   charged to Drywall.    09:11AM

17       MR. HERMAN:  Yes, Your Honor.  I had one conference    09:11AM

18   with Mr. Garrett about that previously.  We're going to meet    09:11AM

19   after this conference.    09:11AM

20           Presently, the recommendation, subject to his    09:12AM

21   review, is that the initial cost be divided 50/50 because of    09:12AM

22   ongoing activities in both, but it be revisited in three months.    09:12AM

23   And, depending upon what rulings there are in the Fifth Circuit,    09:12AM

24   what happens with the ongoing administration of settlement in    09:12AM

25   Drywall and in VIOXX, attorney generals' matters, what I'll term    09:12AM

1    as the Oldfather matters and consumer settlement issues, it may          09:12AM

2    be that this has to be adjusted at the end of about three                09:12AM

3    months, depending on what Your Honor's orders are.  But we will          09:12AM

4    meet today.                                                              09:12AM

5               Initially, the recommendation because of activity            09:12AM

6    ongoing in both cases, is --                                            09:12AM

7         THE COURT:  The interesting thing to me in this                    09:12AM

8    situation is, this is the first time we put a number of cases           09:13AM

9    into the same cost sharing facility, and I'm interested in              09:13AM

10   seeing how that works.  Because there is some interest in even          09:13AM

11   having different judges participate in that type of an                  09:13AM

12   arrangement.  And, if it works well, that can be done.  If it           09:13AM

13   doesn't, then it's going to be difficult.                              09:13AM

14              What about employees for the facility?                       09:13AM

15        MR. HERMAN:  All those -- there's only one full-time               09:13AM

16   employee and one administrator, and those costs are divided.           09:13AM

17        THE COURT:  Okay.  Great.                                          09:13AM

18        MR. HERMAN:  Just one other footnote based upon Your               09:13AM

19   Honor's interest and concern.  The joint depository was in             09:13AM

20   effect necessitated by Katrina/Rita, and has virtually worked          09:13AM

21   well since 2006.  Even though the costs are shared, the                 09:14AM

22   information is kept separately and can only be accessed                 09:14AM

23   separately.                                                             09:14AM

24              There is some crossover between the two                      09:14AM

25   court-appointed plaintiff steering committees.  But the                 09:14AM

| | | |
|---|---|---|
| 1 | committees are different, they operate differently. | 09:14AM |
| 2 | And we can accommodate a meeting of up to 40 | 09:14AM |
| 3 | lawyers in one place in this new depository.  And, the | 09:14AM |
| 4 | depository's also set up for the latest in video conferencing, | 09:14AM |
| 5 | which we have not had to pay extra for. | 09:14AM |
| 6 | The projected cost, once -- it's a net-net-net | 09:14AM |
| 7 | lease, which is usually about $4,300 a month with the extras. | 09:14AM |
| 8 | And so, we'll make a report, we'll meet with Mr. | 09:15AM |
| 9 | Garrett today and we will we'll be prepared at each status | 09:15AM |
| 10 | conference meeting in Drywall and each status conference meeting | 09:15AM |
| 11 | in VIOXX to give separate reports to Your Honor as to what is | 09:15AM |
| 12 | going on on a monthly basis. | 09:15AM |
| 13 | THE COURT:  The big problem historically in these cases | 09:15AM |
| 14 | -- and it's true not only in these cases but throughout the | 09:15AM |
| 15 | country in a similar cases -- is cost.  And attention really has | 09:15AM |
| 16 | to be focused on methods of minimizing the costs because they | 09:15AM |
| 17 | just get out of hand.  And that has some bad situations not only | 09:15AM |
| 18 | for the litigants but the lawyers, and it excludes certain | 09:15AM |
| 19 | lawyers who cannot maybe participate in those costs. | 09:15AM |
| 20 | So, all of those devices, I know I've talked or | 09:15AM |
| 21 | people have talked to me from Virginia and a couple of other | 09:15AM |
| 22 | places, that they're interested in seeing whether or not | 09:16AM |
| 23 | depositories can be jointly used even in different cases if | 09:16AM |
| 24 | there's some sort of wall that can be technologically done so | 09:16AM |
| 25 | that they can have some confidence that their case is different | 09:16AM |

```
 1   than the other and nobody knows what's happening and so forth.      09:16AM

 2   So I'm interested in seeing what happens in this one.               09:16AM

 3           MR. HERMAN:  The primary additional cost is, what we've     09:16AM

 4   learned is we need a much bigger server.  But, when you divide      09:16AM

 5   that cost, it really isn't particularly significant.                09:16AM

 6           And we frankly looked at maybe a sharing with the           09:17AM

 7   BP PSC, but the volume there is so great that it just wasn't        09:17AM

 8   practical.                                                          09:17AM

 9           THE COURT:  I understand.                                   09:17AM

10           State court trial settings, anything on that?              09:17AM

11           MR. HERMAN:  At page 5, II --                              09:17AM

12           THE COURT:  I think Dawn is getting up.                    09:17AM

13           MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios      09:17AM

14   to report on state court cases.                                    09:17AM

15           As far as Virginia goes, the Ramirez and Torres           09:17AM

16   settlements have all been disbursed.                               09:17AM

17           We're now working on the class settlement.  And           09:17AM

18   before you is a motion to approve the real property claim form     09:17AM

19   and to set the deadlines.  And we'd appreciate if that could be    09:17AM

20   issued as soon as possible because we want to get those claim      09:18AM

21   forms to go out.                                                   09:18AM

22           We also have trials in both Virginia, and Mr.             09:18AM

23   Victor Diaz has an ongoing trial.                                  09:18AM

24           THE COURT:  When is the trial in Florida?                 09:18AM

25           MR. MILLER:  Your Honor, I think -- Kerry Miller for       09:18AM
```

1    Knauf.                                                           09:18AM

2              They picked a jury late yesterday afternoon.  So I     09:18AM

3    think they're doing openings today, this morning.               09:18AM

4         THE COURT:  Okay.  Anything about the class actions         09:18AM

5    under this?                                                      09:18AM

6         MR. HERMAN:  No, Your Honor.  There's a full report on      09:18AM

7    those, but nothing new to add.                                  09:18AM

8              THE COURT:  Anything on the motions to establish       09:18AM

9    the litigation expense fund?                                    09:18AM

10        MR. HERMAN:  Nothing new on that, Your Honor.               09:18AM

11        THE COURT:  Anything to report on the pilot program?        09:18AM

12        MR. MILLER:  Yes, Your Honor.  Kerry Miller for Knauf.      09:18AM

13             On the pilot program which is evolved into the         09:19AM

14   remediation program under the class action settlement, homes    09:19AM

15   continue to be remediated on a regular basis.                   09:19AM

16             Your Honor, we have in court with us today Joe         09:19AM

17   Harris and Phil Adams from Moss that have appeared several times 09:19AM

18   before.  At the last status conference, we met over at Herman,  09:19AM

19   Herman & Katz with Russ and Lenny and Arnold and Fred and other 09:19AM

20   involved lawyers.  And, to the extent that there are issues with 09:19AM

21   homeowners that are in the pilot program or were in the pilot   09:19AM

22   program or want to be in the pilot program and the homeowners   09:19AM

23   and counsel can benefit, from speaking with Moss, they're here  09:19AM

24   today for the next couple hours.  They're available.  Someone   09:19AM

25   wants to walk outside after the conference is over and discuss  09:19AM

| | |
|---|---|
| 1 | issues, they can set up calls, set up meetings.  Whatever it | 09:19AM |
| 2 | takes.  Because, as Your Honor pointed out in chambers, dealing | 09:20AM |
| 3 | with these homes and home repairs, early communication is the | 09:20AM |
| 4 | key. | 09:20AM |
| 5 | THE COURT:  Yeah.  First, let me thank Moss's people | 09:20AM |
| 6 | for being here.  As I mentioned at the earlier conference, I've | 09:20AM |
| 7 | gotten a lot of good letters from people saying that they're | 09:20AM |
| 8 | satisfied with the work and the work's being done well. | 09:20AM |
| 9 | You have to remember that you're dealing with | 09:20AM |
| 10 | people's homes; and, next to their families, probably their | 09:20AM |
| 11 | homes are their most valuable possession, and they have a lot of | 09:20AM |
| 12 | emotional attachment to it.  It's not just looked upon by | 09:20AM |
| 13 | families as a couple of bricks and sticks.  It's their memories | 09:20AM |
| 14 | and everything else.  So they're very, very sensitive about it. | 09:20AM |
| 15 | And I think it would be helpful to have periodic meetings | 09:20AM |
| 16 | arranged so that, if anybody has any issue, they know they can | 09:20AM |
| 17 | talk with somebody about them.  And communication in this | 09:20AM |
| 18 | situation is probably more significant or as significant as | 09:20AM |
| 19 | fixing your home so that they know what's happening.  So I urge | 09:21AM |
| 20 | you all to do that. | 09:21AM |
| 21 | MR. MILLER:  Your Honor, I think what we're going to | 09:21AM |
| 22 | try to do, because the monthly status conferences provide a | 09:21AM |
| 23 | regular opportunity -- and we'll probably build this into the | 09:21AM |
| 24 | report -- is either the afternoon before a conference or the | 09:21AM |
| 25 | morning and afternoon after a conference, we'll have those folks | 09:21AM |

| | |
|---|---|
| 1 | available.  And they can even meet here they courthouse or Russ | 09:21AM |
| 2 | can host or I can host over at my office. | 09:21AM |
| 3 | THE COURT:  Right.  And I'll put that in the website so | 09:21AM |
| 4 | that everybody knows that they can at least come to the people | 09:21AM |
| 5 | who are doing the work. | 09:21AM |
| 6 | All right.  INEX, Banner, Knauf global | 09:21AM |
| 7 | settlements, anything on that? | 09:21AM |
| 8 | MR. MILLER:  One more thing, Your Honor, on this issue, | 09:21AM |
| 9 | on the issue of remediations.  The ombudsman has also played a | 09:21AM |
| 10 | role.  We met with Moss and the ombudsman at the last status | 09:21AM |
| 11 | conference.  We're in touch.  And that's right part of this | 09:21AM |
| 12 | overall process in terms of communication, early communication | 09:21AM |
| 13 | and getting issues straight.  So it's really working well, I | 09:22AM |
| 14 | think. | 09:22AM |
| 15 | THE COURT:  That's fine. | 09:22AM |
| 16 | All right.  Shared -- | 09:22AM |
| 17 | MR. BECNEL:  I want to compliment Moss, after we had | 09:22AM |
| 18 | the initial meeting in your office with Russ and others, when we | 09:22AM |
| 19 | had some problems, they changed up.  And, now, the last 120 | 09:22AM |
| 20 | homes that our office has done, we've assigned two of my | 09:22AM |
| 21 | lawyers, they go meet with not only the homeowner but Moss | 09:22AM |
| 22 | representatives at least five times, during the beginning, | 09:22AM |
| 23 | middle and end, to make sure there's no problems.  And Moss has | 09:22AM |
| 24 | been magnificent, and I'd like the Court to know that. | 09:22AM |
| 25 | THE COURT:  Good.  Thank you. | 09:22AM |

| | |
|---|---|
| 1 | And I think you're right, Danny, from the | 09:22AM |
| 2 | standpoint of keeping in touch with them, I think it's very | 09:22AM |
| 3 | helpful. | 09:22AM |
| 4 | MR. HERMAN:  I want to compliment Danny and his firm. | 09:23AM |
| 5 | Early on, when we were asked where are these claims, Danny's | 09:23AM |
| 6 | office was assigned, with a gentleman from my office, to assist | 09:23AM |
| 7 | lawyers and homeowners in making inspections.  And I believe | 09:23AM |
| 8 | they've made perhaps 60, 70 inspections early in this case, | 09:23AM |
| 9 | which showed the eventual numbers of what we were dealing with. | 09:23AM |
| 10 | Your Honor, I believe the next matter is No. 7, | 09:23AM |
| 11 | INEX, Banner, Knauf, L&W and global settlements, all those | 09:23AM |
| 12 | representatives are in the courtroom or on the phone. | 09:23AM |
| 13 | The deadline for submission of claims is tomorrow, | 09:23AM |
| 14 | October 25th, 2013.  BrownGreer is here.  Lynn Greer will make a | 09:24AM |
| 15 | report fully to Your Honor.  And I'm going to recommend that the | 09:24AM |
| 16 | PowerPoint, which BrownGreer has developed and will be shown in | 09:24AM |
| 17 | the courtroom with Your Honor's permission, be made part of the | 09:24AM |
| 18 | website because the deadline is tomorrow. | 09:24AM |
| 19 | There are two new CAP orders and a Knauf Fourth | 09:24AM |
| 20 | Amendment order pending. | 09:24AM |
| 21 | And I'd like to at this time introduce to someone | 09:24AM |
| 22 | very familiar to the Court and everyone in the courtroom, Lynn | 09:24AM |
| 23 | Greer from BrownGreer, to make her report. | 09:24AM |
| 24 | MS. GREER:  Good morning, Your Honor.  Lynn Greer from | 09:25AM |
| 25 | BrownGreer, and we are honored to sever have as the | 09:25AM |

1    administrator in this case.                                              09:25AM

2              Your Honor, this is our monthly report.  And, as              09:25AM

3    Mr. Herman said tomorrow, tomorrow is the claims filing                 09:25AM

4    deadline.  And what I'd like to do is to show Your Honor and to         09:25AM

5    those present, and for those on the phone I'll read the numbers,        09:25AM

6    where we are in terms of claims that have been registered and          09:25AM

7    also those that have been submitted.                                    09:25AM

8              So, as of yesterday -- we updated the data last               09:25AM

9    night because there's been a lot of activity over the last few         09:25AM

10   days, particularly in terms of claims submitted.  As of last           09:25AM

11   night, there were 10,298 claimants who are registered in the           09:25AM

12   program.  The breakdown of 8,533 represented by counsel, 1,765         09:25AM

13   pro se claimants.                                                       09:26AM

14             The properties that those claimants are registered           09:26AM

15   are greater than the number of claimants registered.  18,501           09:26AM

16   properties have been registered.  And then the claims, because         09:26AM

17   there's yet again more claims that can be registered per                09:26AM

18   complainant and property, 26,376 claims that have been                  09:26AM

19   registered so far.                                                      09:26AM

20             The claims that have been filed as of yesterday              09:26AM

21   are 11,017 claims, and these are claims that have actually been        09:26AM

22   submitted either in hard copy claim form or electronically by          09:26AM

23   the portal.  And these are ones that have been submitted.              09:26AM

24             We encourage people -- obviously, with tomorrow's            09:26AM

25   deadline, it is very important that claims go ahead and be             09:26AM

1    submitted.  We understand that there is so much paperwork and          09:26AM

2    documentation that needs to be submitted to make a complete            09:26AM

3    claim, but we want everybody to get the claims in.  And there          09:26AM

4    are procedures in place where we will work with claimants whose        09:27AM

5    claims are incomplete to give them notice of exactly what is           09:27AM

6    missing and also give them an opportunity to cure.  So, if             09:27AM

7    anyone at this point is holding out for that last document don't       09:27AM

8    wait, they need to go ahead and get it to us.                          09:27AM

9              There are another 1,461 claims that are currently            09:27AM

10   being worked.  We can tell in the database when a claim has been       09:27AM

11   started and when it is being worked.  So a total of 12,478             09:27AM

12   claims have either already been submitted or are in progress.          09:27AM

13             Since the last status conference, Your Honor can             09:27AM

14   see a great deal of activity.  There have been over 9,000 new          09:27AM

15   claims submitted since September the 17th.  Another 127 started.       09:27AM

16   You'll see some negative numbers in the column of In Progress          09:27AM

17   Claims.  And that is because we've sort of hit the ultimate            09:27AM

18   limit of claims that have been started and then those have moved       09:27AM

19   over into the submitted column.  So there are activity on              09:27AM

20   another 9,346 claims since the last status conference.                 09:27AM

21             And that is, Your Honor, very typical.  As a                 09:28AM

22   deadline approaches, you do see an uptick in the activity.             09:28AM

23        THE COURT:  What is miscellaneous?                                09:28AM

24        MS. GREER:  Miscellaneous, there is a provision in the            09:28AM

25   settlement agreement that is just a catch-all.  A lot of what          09:28AM

1   we're seeing in that category are with personal property damage   09:28AM

2   claims.  It's a very vague category.  What we're going to look   09:28AM

3   at as soon as the deadline passes is a way to bucket these   09:28AM

4   claims by subject matter and work with the parties to try to   09:28AM

5   assess how best to review those.  Some of those will be excluded   09:28AM

6   claims under the settlement agreement.  But the majority of   09:28AM

7   those, from what we're seeing so far, are personal property   09:28AM

8   damage claims.   09:28AM

9           This slide, Your Honor, shows in terms of   09:28AM

10  percentages where we are with submissions in progress and   09:28AM

11  remaining claims.  So we start with the numbers that I began   09:28AM

12  with, 10,298 registered claimants.  Of those claimants, we have   09:28AM

13  submissions from 42 percent.  Another 6 percent of claims are in   09:28AM

14  progress.  And the other 45 percent of the claimants are   09:29AM

15  remaining; they have not either begun claims or submitted them.   09:29AM

16  Registered affected properties, 18,501.  38 percent of the   09:29AM

17  property or 7,178 properties have been submitted.  6 percent   09:29AM

18  again in progress, with about 55 percent of the properties   09:29AM

19  remaining to be submitted.   09:29AM

20          The registered claims, 26,376, 42 percent of those   09:29AM

21  claims have been submitted, another 6 percent in progress, and   09:29AM

22  47 percent remaining.   09:29AM

23          So, Your Honor, you'll see, there are still high   09:29AM

24  percentage of claims that have not even been started.  So,   09:29AM

25  again, it is not uncommon even, in the last 48 hours before a   09:29AM

1   deadline, to see the numbers shift significantly.  So we would          09:29AM

2   anticipate that these number percent will increase greatly.             09:29AM

3           I also want to mention, the deadline is midnight               09:29AM

4   Central Time tomorrow night.  So it's not close of business; it         09:30AM

5   is midnight Central Time tomorrow.                                      09:30AM

6           Just as a general summary, most of our focus has               09:30AM

7   been on intake and getting the claim into the system, talk to           09:30AM

8   claimants who have questions.  But we have begun the review             09:30AM

9   process.  We have already looked at 68 percent of the                   09:30AM

10  remediation claims that have been submitted to figure out if            09:30AM

11  there's documentation that is enough to make them eligible for          09:30AM

12  remediation.  We have begun the reviews on the global Banner            09:30AM

13  INEX repair relocation expense claims and we have begun the             09:30AM

14  process where we are issuing notices to claimants.  We have             09:30AM

15  developed, as we have in other cases, Your Honor, electronic            09:30AM

16  notices that are realtime notices that go to the claimants who          09:30AM

17  are represented by counsel and those who are pro se as well that        09:30AM

18  tells them if they are incomplete, tells them if they are               09:30AM

19  denied.  And they can respond to that also electronically on the        09:30AM

20  portal.                                                                 09:30AM

21          We've issued 99 denial notices.  And those have                09:30AM

22  gone exclusively to claimants who we can tell from the database         09:31AM

23  have already participated in the pilot program or have also self        09:31AM

24  -remediated.  And that's data that we have and those are --             09:31AM

25  everyone was very good about submitting all of their claims and         09:31AM

1   yet there are some that have already been taken care of.  And so    09:31AM

2   we've issued denial notices on some of those that we've reviewed    09:31AM

3   so far.    09:31AM

4           We've gone ahead and issued 106 incomplete notices    09:31AM

5   because any were submitted either with no documentation or    09:31AM

6   indica of Chinese drywall, no proof of class membership, no    09:31AM

7   evidence of ownership, or a combination of these reasons.    09:31AM

8           And the notices that we issue, Your Honor, tell    09:31AM

9   the complainant what is missing and what they need to do fix it.    09:31AM

10  So we try to be very specific.  We are open obviously for    09:31AM

11  suggestions if there are ways that the notice can be made even    09:31AM

12  more specific.  But our goal is to tell people what to do; not    09:31AM

13  just tell them what is wrong and without a solution.    09:31AM

14          Claimants have begun responding to notices, so    09:31AM

15  that the system seems to be working.    09:31AM

16          Again, we are available if someone has a question    09:32AM

17  about what they need to do in response to a notice.    09:32AM

18          Since the last status conference, we have worked    09:32AM

19  with the parties to establish two additional claims    09:32AM

20  administration procedures.    09:32AM

21          CAP 2013-4 set a time -- we were seeing and Knauf    09:32AM

22  was seeing instances whose homeowners whose claims had been    09:32AM

23  remediated were waiting a very long to voice concerns about    09:32AM

24  specific pieces of their remediation.  So this CAP 2013-4 sets a    09:32AM

25  time where a claimant who has a remediated claim can come    09:32AM

```
 1   forward and voice concerns about the work that was done.                    09:32AM

 2              CAP 2013-5 sets forth the appeal procedure, which                 09:32AM

 3   basically gives claimants 30 days after they receive a denial                09:32AM

 4   notice or an eligibility notice, if there's something wrong with             09:32AM

 5   that notice from their standpoint, to appeal that decision.  And             09:32AM

 6   then we will look at it, see if there's anything that we missed              09:32AM

 7   or that has been clarified.  Claimants are given an opportunity              09:33AM

 8   to submit whatever documentation they want.                                 09:33AM

 9              And, if we're not able to resolve it, then it will               09:33AM

10   go to the Special Master for resolution.                                    09:33AM

11              Your Honor, this slide, which we will make                       09:33AM

12   available and this presentation we will make available on our               09:33AM

13   website, and I know that this will also be available on the                 09:33AM

14   Court's website -- this slide details the various ways that                 09:33AM

15   claimants and their attorneys can call us with questions.                   09:33AM

16              We do provide updates.  The website is                           09:33AM

17   www3.browngreer.com/drywall.                                                09:33AM

18              We have an in-box that is                                        09:33AM

19   cdwquestions@browngreer.com.  We have answered over 3,500                   09:33AM

20   questions so far that have come to this question in-box email.              09:33AM

21              We do offer online claims tutorials if there is                  09:33AM

22   anyone at this point who has questions about how to actually                09:33AM

23   file a claim.  These tutorials will walk anyone through that to             09:33AM

24   be able to clarify how to submit a.                                         09:33AM

25              Claim posting of CAPS is also on the website.  We                09:33AM
```

1    have all of the CAPS listed.                                          09:34AM

2           The telephone number a toll-free number if anyone             09:34AM

3    is having problems today or tomorrow in terms of submission of       09:34AM

4    claims should call 866-866-1729.                                     09:34AM

5           And the other things that we do for outreach, Your            09:34AM

6    Honor, is send email blasts whenever there's an important            09:34AM

7    development.  We send out notices.  And then we also work with       09:34AM

8    Mr. Johnston, the pro se curator, to help with outreach for the      09:34AM

9    pro se claimants.                                                    09:34AM

10          And this last slide, Your Honor, just summarizes              09:34AM

11   the contact information.                                             09:34AM

12          And I did just want to repeat, if anyone is having            09:34AM

13   a problem over the next two days, if there's something about a       09:34AM

14   claim that is making it hard to submit, a question that they         09:34AM

15   can't answer so the system isn't allowing them to move forward,      09:34AM

16   for example, they should just call us and we will be working         09:34AM

17   with them.  We have people standing by to be able to address         09:34AM

18   those questions on the eve of this deadline.                         09:34AM

19       THE COURT:  Do you have any feel for where the claims            09:34AM

20   are coming from, which state or states?                              09:34AM

21       MS. GREER:  We really haven't done that analysis.  We            09:35AM

22   can certainly do that and provide that to the Court.                 09:35AM

23       THE COURT:  Okay.  We've got to make sure that                   09:35AM

24   somebody's beating the bushes and shaking the tree from the          09:35AM

25   plaintiffs' committee.  So let's get together some group that is     09:35AM

```
 1    able to make the necessary calls and see if we can get as many    09:35AM
 2    people into this program as possible.                             09:35AM
 3              Thank you very much.  Appreciate your work.             09:35AM
 4         MR. HERMAN:  Your Honor, may it please the Court, in         09:35AM
 5    connection and supplementary to this report, Mr. Davis reminds    09:35AM
 6    me that late registrations will be accepted until midnight        09:35AM
 7    tomorrow night, CSD.  So if there are registrants that haven't    09:35AM
 8    registered past the registration date, they still will be        09:35AM
 9    allowed by all parties to register before the deadline.  And     09:35AM
10    that the October 25th deadline is for all deadlines.             09:36AM
11              Also, Your Honor, I wanted to make sure the record     09:36AM
12    was clear on the lease.  It's actually $17.52 a square foot.     09:36AM
13    And the base rent is $3,710.                                     09:36AM
14              In addition, we did request in a meeting with          09:36AM
15    BrownGreer within the last two weeks that at a point when the    09:36AM
16    registration is over, to give all of us, particularly the Court, 09:36AM
17    some idea, if they're able to, as to how many of these claims by 09:36AM
18    percentage are probably repetitive or duplicate filings, how     09:36AM
19    many are mixed as between Taishan and Knauf, and how many claims  09:36AM
20    really have no relationship to this program.                     09:37AM
21              Right now, the projection is approximately 12,000      09:37AM
22    properties including the pilot program.  That's a substantial    09:37AM
23    number, in excess of what we originally thought would be the     09:37AM
24    product of the settlement.                                       09:37AM
25         MR. LEVIN:  Mr. Davis not only speaks to Mr. Herman but     09:37AM
```

```
 1   he also speaks to me.                                          09:37AM

 2            With regard to the late registrants, Your Honor, I    09:37AM

 3   don't know if you should do it by the bench or we should give  09:37AM

 4   you an order just to formally extend it to October 25th.       09:37AM

 5        THE COURT:  Let's do an order so that we have it in the   09:37AM

 6   record.                                                        09:37AM

 7        MR. LEVIN:  Thank you, sir.                               09:37AM

 8        THE COURT:  Anything on the shared costs of Taishan?      09:37AM

 9        MR. MILLER:  Your Honor, before we move in that          09:37AM

10   direction, I'd just like to offer a brief comment.  Kerry Miller 09:37AM

11   on behalf of Knauf.                                            09:38AM

12            Mr. Herman's commented about October 25th being       09:38AM

13   the deadlines of all deadlines.  I think that's an appropriate 09:38AM

14   way to put it.                                                 09:38AM

15            With respect to the Knauf settlement, as Your         09:38AM

16   Honor is aware, we had a pilot program and then a class        09:38AM

17   settlement.  And then, earlier this year in the summertime, we 09:38AM

18   agreed to the new claims settlement, and those were claims that 09:38AM

19   popped up between December 2011 and August I think of this year. 09:38AM

20   A big chunk of them came from Bob Johnston.  They were claims  09:38AM

21   from pro ses that he had been collecting for the last 18 months. 09:38AM

22   And so it's about 300, 325 of those.                           09:38AM

23            And those have been inspected, reviewed and           09:38AM

24   they're getting into the remediation pipeline now.  Moss is out 09:38AM

25   doing some field visits, cost estimate, things of that nature. 09:38AM
```

| | |
|---|---|
| 1 | So it's being folded in the overall remediation program. | 09:38AM |
| 2 | But, October 25th -- I just want to be clear | 09:38AM |
| 3 | because sometimes we get calls from plaintiff's counsel as to | 09:38AM |
| 4 | whether or not Knauf is going to take any new claims because | 09:38AM |
| 5 | that might be a factor into whether or not that particular | 09:39AM |
| 6 | counsel takes on a new case.  And I just want to be fair and | 09:39AM |
| 7 | open with everyone, Your Honor, and the answer is no.  As of | 09:39AM |
| 8 | October 25th, Knauf is not going to entertain new claims.  And | 09:39AM |
| 9 | so that's the answer.  That's the answer from me, that's been | 09:39AM |
| 10 | communicated over to Herman and Herman & Katz and Arnold's firm. | 09:39AM |
| 11 | SO that's the answer that they're going to get from lead and | 09:39AM |
| 12 | liaison counsel.  So I just wanted to be clear so that it's | 09:39AM |
| 13 | known on the record, Knauf is not going to entertain voluntarily | 09:39AM |
| 14 | any claims that pop up after October 25th. | 09:39AM |
| 15 | THE COURT:  Okay. | 09:39AM |
| 16 | MR. BECNEL:  Judge, we have a couple of clients, and | 09:39AM |
| 17 | our office talked to Lenny yesterday about them.  And I'm | 09:39AM |
| 18 | concerned only because they have Knauf non-reactive drywall. | 09:40AM |
| 19 | They self-remediated prior to this program starting.  But, now, | 09:40AM |
| 20 | because they have to disclose, trying to sell their house, that | 09:40AM |
| 21 | they had Knauf, nobody will buy it.  So what we need to try to | 09:40AM |
| 22 | come up with is some sort of certification from Knauf or even | 09:40AM |
| 23 | from Moss that this is non-toxic drywall, that had has nothing | 09:40AM |
| 24 | to do with the Chinese Drywall.  But, the minute you say Chinese | 09:40AM |
| 25 | Drywall, you become tainted. | 09:40AM |

| | |
|---|---|
| 1 | So I don't know what to do about that.  But, if we | 09:40AM |
| 2 | dismiss it, I don't want people like that to be in a catch-22 | 09:40AM |
| 3 | because they didn't know it was non-destructive reactive.  And | 09:41AM |
| 4 | we need to do something to clear them and other people that | 09:41AM |
| 5 | might be in the same boat that they are.  Some certification. | 09:41AM |

1    So I don't know what to do about that.  But, if we

2  dismiss it, I don't want people like that to be in a catch-22

3  because they didn't know it was non-destructive reactive.  And

4  we need to do something to clear them and other people that

5  might be in the same boat that they are.  Some certification.

6      THE COURT:  That ought to be able to be done.  Because

7  we did that once in another similar issue, that that's what the

8  person got.

9      With the contaminated drywall, part of the program

10 is to give a certification.  With non-contaminated drywall,

11 there's some sort of stigma, issue.  Particularly we find that

12 in the cases where it's a condominium and one of condominiums

13 doesn't have any problems, no problem drywall, and all the other

14 condominiums have been repaired and replaced, and it's sometimes

15 an issue.

16     That ought to be done.  Kerry, I know you can work

17 with Danny on that and figure out some program.

18     MR. BECNEL:  And it shouldn't be very many of them.  I

19 know of two.

20     THE COURT:  The same inspecting group should be able to

21 go through it and say it's certified, it's okay.  We ought to be

22 able to do that.

23     Get with Moss, Danny, after this conference and

24 get their input on it.

25     MR. BECNEL:  Yes.

1    MR. MILLER:  The issue is, if there are known claims as    09:42AM

2  of tomorrow -- and sounds like Danny knows the addresses of the    09:42AM

3  plaintiff's he's taking about -- get those to us.  I think    09:42AM

4  what's talking about is either a lower case KTP issue or    09:42AM

5  something that's analogous to it.    09:42AM

6    THE COURT:  I think he's talking about KTP that is not    09:42AM

7  contaminated.    09:42AM

8    MR. MILLER:  We had an issue like that in Alabama; they    09:42AM

9  are actually in the settlement, they are part of the INEX    09:42AM

10  settlement because INEX did no have that reactive component.  So    09:43AM

11  there's a place for them somewhere.    09:43AM

12    MR. BECNEL:  They are looking for certificates so they    09:43AM

13  can give to their real estate people to sell their homes.    09:43AM

14    MR. MILLER:  We had some folks in Alabama.    09:43AM

15    MR. BECNEL:  They filed suit in the one of the Omni    09:43AM

16  complaints.  They self-remediated, and then they discovered it    09:43AM

17  was nonreactive.  And so they even took their air conditioning    09:43AM

18  coils and sent them off to take a look, see what's going on.    09:43AM

19    MR. MILLER:  Like I say, I think there's place for    09:43AM

20  them.  We dealt with this in Alabama.    09:43AM

21    So I think Kyle can give you the template and give    09:43AM

22  you the certification that the home is free of all Chinese    09:43AM

23  Drywall, reactive Chinese Drywall.    09:43AM

24    MR. BECNEL:  That's correct.    09:43AM

25    THE COURT:  All right.  Let's go to the next one.    09:43AM

09:43AM
09:43AM
09:43AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:44AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM
09:45AM

1          MR. HERMAN:  Your Honor, page 14, VIII.

2          Nothing new.

3          THE COURT:  About Taishan defendants?

4          MR. HERMAN:  With Taishan, there was an oral argument

5   before the Fifth Circuit.  What the Fifth Circuit will do, I

6   don't think would be fair to predict.

7          But I can say, for Arnold and myself and for Tom,

8   Owen, that it was a panel well versed in the briefs, the

9   arguments.  And we would expect an opinion hopefully by January.

10  And we'll just have to wait on that.

11         As regards other appeals which are pending, we're

12  working on those briefs, as I'm sure the defendants are.  We

13  don't have a date.  There's a pending motion for consolidation

14  that has not been acted upon.

15         And, of course, if anything should occur in any of

16  those cases, we'll immediately report to Your Honor and then to

17  the body of attorneys.

18         With respect to --

19         THE COURT:  Venture supply.

20         MR. HERMAN:  There's nothing new.  There's a full

21  report regarding Venture Supply and for Porter Blaine, who are

22  principally in Virginia, imported Taishan Chinese Drywall.

23         THE COURT:  And the Hobbie issue is gone, page 11.

24         MR. HERMAN:  Yes, Your Honor.  You've issued an order

25  and the QSF has been filed.

1    MR. MILLER:  Excuse me, Russ.                    09:45AM

2         On that point, Your Honor, Hobbie, we spoke did in   09:45AM

3    chambers prior to the meeting.                  09:45AM

4         One of the issues that we have there in terms of   09:45AM

5    being able to do the remediation now that we have the settlement   09:45AM

6    funds being available by virtue of Your Honor's order and the   09:46AM

7    establishment of the QSFs.  There are a handful of absentee   09:46AM

8    owners and we're going to need to have a receiver appointed to   09:46AM

9    provide access through the association to those units.  Because   09:46AM

10   there's no underlying state court case, we'd like to file the   09:46AM

11   receivership papers before Your Honor, and will do so promptly   09:46AM

12   so it doesn't hold up the remediation.          09:46AM

13        THE COURT:  Let's do that, and I'll issue that order   09:46AM

14   for appointing a receiver for that purpose.     09:46AM

15        MR. MILLER:  Thank you, Judge.             09:46AM

16        MR. HERMAN:  Your Honor, at this juncture, I'd like to   09:46AM

17   thank counsel for INEX, L&W for insurers and Banner, also   09:46AM

18   liaison for the homeowners who have cooperated fully in   09:46AM

19   resolving any matters arising out of the settlement and have   09:46AM

20   participated in the settlement.                 09:46AM

21        THE COURT:  Okay.  Plaintiff profile forms, anything on   09:46AM

22   that?                                          09:46AM

23        MR. HERMAN:  There's nothing new on that.  09:46AM

24        THE COURT:  Frequently asked questions, I know we need   09:47AM

25   to do a review of that because the whole texture of the   09:47AM

```
 1    litigation has changed.                                        09:47AM

 2            MR. HERMAN:  We'll talk to Bob Johnston, we'll talk to 09:47AM

 3    the various liaison counsel, BrownGreer.                       09:47AM

 4            THE COURT:  Get me some suggestions and I'll add to it,09:47AM

 5    because we're in a different mode now than we were originally. 09:47AM

 6            We have some matters set for hearing which I'll        09:47AM

 7    have to deal with later.  There's a motion in a couple of areas.09:47AM

 8            MR. SIVYER:  Yes, Your Honor.  You wanted us to go into09:47AM

 9    your chambers to address the Farly matter.                     09:47AM

10            THE COURT:  Right.                                     09:47AM

11            MR. SIVYER:  Neal Sivyer, by the way.                  09:47AM

12            Mr. Magdish is here somewhere presumably, and I'll     09:47AM

13    direct him over to your chambers.                              09:47AM

14            MR. MILLER:  Kerry Miller for Knauf.                   09:47AM

15            One of the other matters that we had, motions that     09:47AM

16    we had set for today, was the approval of the Fourth Amendment 09:48AM

17    to the Knauf/PSC settlement agreement.                         09:48AM

18            THE COURT:  I didn't get in objection to that.         09:48AM

19            Is there any?                                          09:48AM

20            (No response.)                                         09:48AM

21            THE COURT:  I'll grant that motion.                    09:48AM

22            MR. MILLER:  Thank you, Judge.                         09:48AM

23            THE COURT:  Anything on the pro se?                    09:48AM

24            MR. MILLER:  Bob Johnston is here to make a report.    09:48AM

25            MR. JOHNSTON:  Good morning, Your Honor.  Bob Johnston,09:48AM
```

1    curator for pro se plaintiffs.                                    09:48AM

2                    I have provided the Court with.                    09:48AM

3              THE COURT:  I have received it.                          09:48AM

4              MR. JOHNSTON:  -- status Report No. 20.                  09:48AM

5                    That's a lot, but we've covered an awful lot of    09:48AM

6    distance in terms of that.                                        09:48AM

7              THE COURT:  You have.                                    09:48AM

8              MR. JONSTON:  With regard to the extension by the Court  09:48AM

9    to October 25th for the claim filing that you've heard so much    09:48AM

10   about and certainly know very well, I had talked to Russ Herman   09:48AM

11   and my office sent out -- and also BrownGreer -- and we received  09:48AM

12   from BrownGreer on or just before October 9 a list of 720 pro se  09:49AM

13   plaintiffs who had not gotten into or completed the claim filing  09:49AM

14   form.                                                             09:49AM

15                   And so what I did was to send out 720             09:49AM

16   communications to them that, a copy of which is attached to the   09:49AM

17   status report, the first sentence telling them about the          09:49AM

18   extension and the second essentially says if you do not submit    09:49AM

19   your claim form to BrownGreer by October 25th, quote:  You will   09:49AM

20   not be able to pursue Chinese Drywall claims.  And I felt it was  09:49AM

21   very important to make it as strong as possibly I could.          09:49AM

22                   As a result of that and as the result of a        09:49AM

23   communication that BrownGreer sent out with my name saying call   09:49AM

24   Bob Johnston if you have questions, in the last 30 days, we've    09:50AM

25   had in excess of 400 calls.  And we've handled them.  I've        09:50AM

```
 1    handled quite a significant number of them.  And I think it's        09:50AM

 2    been very beneficial.                                                09:50AM

 3              THE COURT:  I think it has been very successful.           09:50AM

 4              JUDGE JONES:  I just wrote the Court's comments down       09:50AM

 5    about the strong emotional attachment that homeowners have with      09:50AM

 6    regard to the Chinese Drywall being in their property.  And          09:50AM

 7    that's a factor in our communications back, to get them able to      09:50AM

 8    go from A to Z.  And we've done our best to beat the bushes and      09:50AM

 9    shake the trees, as you say.                                         09:50AM

10              I've just had a brief conversation with Kerry             09:50AM

11    Miller.  Since the Bean settlement on August 12th, I've had at       09:50AM

12    least half a dozen or thereabouts individuals who had just found     09:51AM

13    out that they have Knauf, and we've done what we've done over        09:51AM

14    the long period of time that I've been the curator plaintiff         09:51AM

15    profile form and inspection reports.  And, it's been pretty          09:51AM

16    clear to me that October 25th is in stone now, and we will just      09:51AM

17    deal accordingly with the pro ses that we've received               09:51AM

18    communications with.  And I think it's been a beneficial             09:51AM

19    situation all the way around.  But it has been a significant         09:51AM

20    uptick in that.                                                      09:51AM

21              THE COURT:  Thanks very much.  Thanks for your help.       09:51AM

22    You have a done yoman's service.                                     09:51AM

23              Anything on the physical evidence?                         09:51AM

24              MR. HERMAN:  Judge Fallon, from time to time, we get       09:51AM

25    requests infrequently regarding the destruction of evidence.        09:51AM
```

1    We've been reluctant to say anything other than there's a                  09:52AM
2    Pretrial Order in effect, please read it, because of the                   09:52AM
3    complexity of this case.  And, until we see what the mixed board           09:52AM
4    is and what the Fifth Circuit may rule, we've uniformly said we            09:52AM
5    think you ought to maintain -- except in a couple of instances             09:52AM
6    where everyone agrees -- the physical evidence of whatever the             09:52AM
7    defective drywall is.  Other than that, there's nothing to say.            09:52AM
8              As regards the entry of preliminary defaults at                  09:52AM
9    page 22, Article 17, lead counsel Arnold Levin will address the            09:52AM
10   Court.                                                                     09:52AM
11        MR. LEVIN:  As you know, you've entered preliminary                   09:52AM
12   defaults in several of the Chinese drywall cases and at least              09:52AM
13   one of the parent corporations of the Taishan defendants.                  09:53AM
14              We are continuing to invest in service.  Because                09:53AM
15   of the nature of personal jurisdiction and at least some                   09:53AM
16   believing that it's individually linked to each jurisdiction, we           09:53AM
17   now have lawsuits in every jurisdiction where Taishan came in.             09:53AM
18   We've intervened every plaintiff in every case in every one of            09:53AM
19   those jurisdictions, and we continue to make service.  Despite             09:53AM
20   the fact that the Chinese defendants are attempting to avoid               09:53AM
21   service, like longshoreman who are subpoena by running down the           09:53AM
22   stairs, and they think they're doing a very effective job.  They           09:53AM
23   will not accept service.  If ink has had a period in it, instead           09:53AM
24   of no period, they change addresses on us.  And these are major            09:53AM
25   corporations.  And counsel says they're very concerned about               09:54AM

1    these litigants when they speak to the Fifth Circuit.  They                09:54AM

2    don't seem to be as concerned over in China.                              09:54AM

3                I just want to state on the record that this is                09:54AM

4    going on, it's an ongoing process and there will be several               09:54AM

5    motions filed before Your Honor.                                          09:54AM

6           THE COURT:  That's a continuing process.  And just, not            09:54AM

7    only is it a difficult, but it's very, very expensive.  I mean,           09:54AM

8    you're looking at six figures every time you serve something.             09:54AM

9    Something has to be done with that, legislatively, I'm sure.              09:54AM

10          MR. HERMAN:  Your Honor, a matter did come up as sort              09:54AM

11   of a collateral issue, cost issue, before the Fifth Circuit, and         09:54AM

12   it's briefed somewhere, that the PSC spent approximately $1               09:54AM

13   million on a default.  Probably the most expensive default in            09:54AM

14   all the jurisprudence.  And this $100,000 that it takes every            09:55AM

15   time to serve through the Hague and then ignoring the Hague is           09:55AM

16   so contradictory that I don't know if we're ever going to get it         09:55AM

17   remedied.  But it's very frustrating.                                     09:55AM

18                The next --                                                   09:55AM

19          THE COURT:  Remediated homes, anything?                            09:55AM

20          MR. MILLER:  Just briefly, Your Honor.  Kerry Miller on           09:55AM

21   that point.                                                               09:55AM

22                As we reported at the last conference, we had a             09:55AM

23   process this fall with Lenny Davis where he got involved because        09:55AM

24   we a certain portion of already remediated homes that weren't           09:55AM

25   complete files.  They lacked some of the documentation.                  09:55AM

1    So we met with counsel and I think had productive    09:55AM

2  sessions, identifying what was lacking, showing a model file,    09:55AM

3  showing how we keep the binders organized in terms of various    09:55AM

4  sections, the board composition, the contractor quote, the    09:55AM

5  pictures, the cancelled checks, so on and so forth.  So that    09:56AM

6  process seems to be working a little bit better.    09:56AM

7    In connection with my earlier statements about    09:56AM

8  Moss being available for monthly meetings on remediation, Moss    09:56AM

9  also gives us, Knauf, some guidance on construction cost issues    09:56AM

10  and whether or not, for an already remediated home, if the    09:56AM

11  drywall remediation protocol was followed.  So these monthly    09:56AM

12  meetings with Moss is also an opportunity for Moss to speak with    09:56AM

13  us about the stages of the deficiencies in the construction    09:56AM

14  documents or disputes regarding whether or not a protocol was    09:56AM

15  followed.  It would also be an opportunity maybe not to resolve    09:56AM

16  the claim but to advance the process in making that resolution.    09:56AM

17    THE COURT:  All right.  Fine.    09:56AM

18    Anything on the Lafarge entities?    09:56AM

19    MR. HERMAN:  Not at this time, Your Honor.    09:57AM

20    We'd like to again, with regard to counsel for    09:57AM

21  Banner, INEX, L&W and insurers, just indicate that they've been    09:57AM

22  cooperative.  And, in the event some issue comes up once these    09:57AM

23  settlements proceed, I have every feeling that, with Knauf, we    09:57AM

24  can, just in a telephone conference, resolve whatever the issues    09:57AM

25  are.    09:57AM

```
 1              I appreciate the fact that in something this       09:57AM

 2    complex that all counsel, all liaison counsel and all counsel   09:57AM

 3    representing these various parties, have acted so professionally  09:57AM

 4    and in such way as they represented, as they should, very     09:57AM

 5    tenaciously their client's interests but at the same time were  09:57AM

 6    instrumental in getting us where we are today, Your Honor.    09:57AM

 7              THE COURT:  Well, you've heard me say that before, but  09:58AM

 8    these cases are challenging, MDLs are particularly challenging,   09:58AM

 9    but the reason they work is because of the quality and      09:58AM

10    professionalism of the lawyers involved in these types of cases.  09:58AM

11    Otherwise, they wouldn't work at all.  You've got a case like   09:58AM

12    this where we have over 20,000 claimants, but we have over 1,000  09:58AM

13    defendants in this case, insurance agents from all over the    09:58AM

14    world.  And it really takes a skill to handle them, and the    09:58AM

15    lawyers have provided that in this case.             09:58AM

16              The next meeting is the November meeting, which is  09:58AM

17    November the 21st.                          09:58AM

18              The December date available would be December    09:58AM

19    19th.  But, if we can't do that, some time in January would be   09:58AM

20    the next one for me.  December 19th, is there any problem?    09:58AM

21              MR. LEVIN:  It's not available for me, but perhaps   09:58AM

22    Russ.                                 09:59AM

23              MR. HERMAN:  It's not available for me, but I'm certain  09:59AM

24    that Mr. Davis will make himself available.  If they don't send  09:59AM

25    him to Russia, he should be available.             09:59AM
```

1      THE COURT:  Anything for December 19th from the

2  defendants?

3          November 21st, I'll see you all then.  And then

4  December 19th.

5          Court's in recess.

6          (10:00 a.m., proceedings concluded.)

7

8

9                         CERTIFICATE

10

11

12      I, Susan A. Zielie, Official Court Reporter, do hereby
   certify that the foregoing transcript is correct.

13

14

15                   /S/ SUSAN A. ZIELIE, FCRR
                    _____
16                       Susan A. Zielie, FCRR

17

18

19

20

21

22

23

24

25

## $

**$100,000** [1] - 30:14
**$14** [1] - 4:1
**$17** [1] - 4:1
**$17.52** [1] - 19:12
**$20** [1] - 4:3
**$3,710** [1] - 19:13
**$4,300** [1] - 6:7

## /

**/S** [1] - 33:14

## 0

**08-CR-140** [1] - 1:6

## 1

**1** [2] - 3:19, 30:12
**1,000** [1] - 32:12
**1,461** [1] - 13:9
**1,765** [1] - 12:12
**10,298** [2] - 12:11, 14:12
**106** [2] - 2:18, 16:4
**10:00** [1] - 33:6
**11** [1] - 24:23
**11,017** [1] - 12:21
**1100** [1] - 2:14
**12,000** [1] - 19:21
**12,478** [1] - 13:11
**120** [1] - 10:19
**127** [1] - 13:15
**12th** [1] - 28:11
**14** [1] - 24:1
**17** [1] - 29:9
**17th** [1] - 13:15
**18** [2] - 4:6, 20:21
**18,501** [2] - 12:15, 14:16
**19th** [4] - 32:19, 32:20, 33:1, 33:4
**1st** [1] - 4:5

## 2

**20** [1] - 27:4
**20,000** [1] - 32:12
**2006** [1] - 5:21
**2011** [1] - 20:19
**2013** [3] - 1:6, 3:1, 11:14
**2013-4** [2] - 16:21, 16:24
**2013-5** [1] - 17:2
**2047** [1] - 3:6
**21st** [2] - 32:17, 33:3
**22** [1] - 29:9

**23231** [1] - 2:3
**24** [2] - 1:6, 3:1
**2450** [1] - 2:23
**250** [1] - 2:3
**25th** [10] - 11:14, 19:10, 20:4, 20:12, 21:2, 21:8, 21:14, 27:9, 27:19, 28:16
**26,376** [2] - 12:18, 14:20

## 3

**3,500** [1] - 17:19
**30** [2] - 17:3, 27:24
**300** [1] - 20:22
**325** [1] - 20:22
**3650** [1] - 2:6
**3700** [1] - 2:14
**38** [1] - 14:16

## 4

**40** [1] - 6:2
**400** [2] - 2:22, 27:25
**406** [1] - 1:21
**42** [3] - 4:4, 14:13, 14:20
**45** [1] - 14:14
**47** [1] - 14:22
**48** [1] - 14:25

## 5

**5** [1] - 7:11
**50/50** [1] - 4:21
**500** [1] - 1:21
**504.524.3300** [1] - 2:8
**504.561.7799** [1] - 2:24
**504.581.4892** [1] - 2:11
**504.589.7781** [1] - 1:23
**504.599.8000** [1] - 2:15
**55** [1] - 14:18

## 6

**6** [3] - 14:13, 14:17, 14:21
**60** [1] - 11:8
**68** [1] - 15:9

## 7

**7** [1] - 11:10
**7,178** [1] - 14:17
**70** [1] - 11:8

**70084** [1] - 2:19
**701** [1] - 2:6
**70113** [1] - 2:11
**70130** [2] - 1:22, 2:23
**70139-3650** [1] - 2:7
**70163-3700** [1] - 2:14
**720** [2] - 27:12, 27:15

## 8

**8,533** [1] - 12:12
**8,627** [1] - 3:25
**804.521.7299** [1] - 2:4
**820** [1] - 2:10
**866-866-1729** [1] - 18:4

## 9

**9** [1] - 27:12
**9,000** [1] - 13:14
**9,346** [1] - 13:20
**985.536.1186** [1] - 2:19
**99** [1] - 15:21
**9:00** [1] - 3:2

## A

**a.m** [1] - 33:6
**A.M** [1] - 3:2
**able** [12] - 4:5, 17:9, 17:24, 18:17, 19:1, 19:17, 22:6, 22:20, 22:22, 25:5, 27:20, 28:7
**absentee** [1] - 25:7
**accept** [1] - 29:23
**accepted** [1] - 19:6
**access** [1] - 25:9
**accessed** [1] - 5:22
**accommodate** [1] - 6:2
**accommodations** [1] - 3:24
**accordingly** [1] - 28:17
**acted** [2] - 24:14, 32:3
**action** [1] - 8:14
**actions** [1] - 8:4
**activities** [2] - 4:9, 4:22
**activity** [5] - 5:5, 12:9, 13:14, 13:19, 13:22
**Adams** [1] - 3:17
**add** [2] - 8:7, 26:4
**addition** [1] - 19:14
**additional** [2] - 7:3, 16:19
**address** [3] - 18:17,

26:9, 29:9
**addresses** [2] - 23:2, 29:24
**adjusted** [1] - 5:2
**administration** [2] - 4:24, 16:20
**administrator** [2] - 5:16, 12:1
**advance** [1] - 31:16
**affected** [1] - 14:16
**afternoon** [3] - 8:2, 9:24, 9:25
**AG** [1] - 2:5
**agenda** [1] - 3:18
**agents** [1] - 32:13
**agreed** [1] - 20:18
**agreement** [3] - 13:25, 14:6, 26:17
**agrees** [1] - 29:6
**ahead** [3] - 12:25, 13:8, 16:4
**aided** [1] - 1:25
**air** [1] - 23:17
**Alabama** [3] - 23:8, 23:14, 23:20
**allowed** [1] - 19:9
**allowing** [1] - 18:15
**Amendment** [2] - 11:20, 26:16
**analogous** [1] - 23:5
**analysis** [1] - 18:21
**answer** [5] - 18:15, 21:7, 21:9, 21:11
**answered** [1] - 17:19
**anticipate** [1] - 15:2
**appeal** [2] - 17:2, 17:5
**appeals** [1] - 24:11
**appearance** [1] - 3:8
**APPEARANCES** [1] - 2:1
**appeared** [1] - 8:17
**appointed** [2] - 5:25, 25:8
**appointing** [1] - 25:14
**appreciate** [3] - 7:19, 19:3, 32:1
**approaches** [1] - 13:22
**appropriate** [1] - 20:13
**approval** [1] - 26:16
**approve** [1] - 7:18
**Arbitrator** [1] - 2:21
**areas** [1] - 26:7
**argument** [1] - 24:4
**arguments** [1] - 24:9
**arising** [1] - 25:19
**Arnold** [3] - 8:19, 24:7, 29:9

**Arnold's** [1] - 21:10
**arranged** [1] - 9:16
**arrangement** [1] - 5:12
**arrangements** [1] - 4:14
**Article** [1] - 29:9
**assess** [1] - 14:5
**assigned** [2] - 10:20, 11:6
**assist** [1] - 11:6
**association** [1] - 25:9
**AT** [1] - 1:4
**attached** [1] - 27:16
**attachment** [2] - 9:12, 28:5
**attempting** [1] - 29:20
**attention** [1] - 6:15
**attorney** [1] - 4:25
**attorneys** [2] - 17:15, 24:17
**August** [2] - 20:19, 28:11
**available** [13] - 8:24, 10:1, 16:16, 17:12, 17:13, 25:6, 31:8, 32:18, 32:21, 32:23, 32:24, 32:25
**Avenue** [1] - 2:10
**avoid** [1] - 29:20
**aware** [1] - 20:16
**awful** [1] - 27:5

## B

**bad** [1] - 6:17
**Banner** [5] - 10:6, 11:11, 15:12, 25:17, 31:21
**BARRIOS** [2] - 2:5, 7:13
**Barrios** [2] - 2:5, 7:13
**barrios@bkc** [1] - 2:7
**barrios@bkc-law. com** [1] - 2:7
**base** [1] - 19:13
**based** [2] - 4:9, 5:18
**basis** [2] - 6:12, 8:15
**Bean** [1] - 28:11
**beat** [1] - 28:8
**beating** [1] - 18:24
**becket@becnellaw. com** [1] - 2:20
**BECNEL** [8] - 2:17, 10:17, 21:16, 22:18, 22:25, 23:12, 23:15, 23:24
**Becnel** [1] - 2:17
**become** [1] - 21:25
**BEFORE** [1] - 1:11

**began** [1] - 14:11
**beginning** [2] - 4:4, 10:22
**begun** [5] - 14:15, 15:8, 15:12, 15:13, 16:14
**behalf** [3] - 3:11, 3:13, 20:11
**below** [1] - 4:2
**bench** [1] - 20:3
**beneficial** [2] - 28:2, 28:18
**benefit** [1] - 8:23
**best** [2] - 14:5, 28:8
**better** [1] - 31:6
**between** [3] - 5:24, 19:19, 20:19
**big** [2] - 6:13, 20:20
**bigger** [1] - 7:4
**binders** [1] - 31:3
**bit** [1] - 31:6
**Blaine** [1] - 24:21
**blasts** [1] - 18:6
**blocks** [1] - 4:1
**board** [2] - 29:3, 31:4
**boat** [1] - 22:5
**Bob** [5] - 20:20, 26:2, 26:24, 26:25, 27:24
**body** [1] - 24:17
**box** [2] - 17:18, 17:20
**BP** [1] - 7:7
**breakdown** [1] - 12:12
**bricks** [1] - 9:13
**brief** [2] - 20:10, 28:10
**briefed** [1] - 30:12
**briefly** [1] - 30:20
**briefs** [2] - 24:8, 24:12
**BrownGreer** [11] - 2:2, 11:14, 11:16, 11:23, 11:25, 19:15, 26:3, 27:11, 27:12, 27:19, 27:23
**bucket** [1] - 14:3
**build** [1] - 9:23
**Bull** [1] - 4:13
**bushes** [2] - 18:24, 28:8
**business** [1] - 15:4
**buy** [1] - 21:21

**C**

**cancelled** [1] - 31:5
**cannot** [1] - 6:19
**CAP** [4] - 11:19, 16:21, 16:24, 17:2
**CAPS** [2] - 17:25, 18:1
**care** [1] - 16:1
**case** [13] - 3:5, 3:6, 6:25, 11:8, 12:1,

21:6, 23:4, 25:10, 29:3, 29:18, 32:11, 32:13, 32:15
**Case** [1] - 1:6
**CASE** [1] - 3:6
**cases** [13] - 5:6, 5:8, 6:13, 6:14, 6:15, 6:23, 7:14, 15:15, 22:12, 24:16, 29:12, 32:8, 32:10
**Casteix** [1] - 2:5
**catch** [1] - 13:25
**catch-22** [1] - 22:2
**catch-all** [1] - 13:25
**category** [2] - 14:1, 14:2
**cdwquestions@ browngreer.com** [1] - 17:19
**Central** [2] - 15:4, 15:5
**central** [1] - 4:3
**Centre** [1] - 2:13
**certain** [4] - 8:18, 30:24, 32:23
**certainly** [2] - 18:22, 27:10
**CERTIFICATE** [1] - 33:9
**certificates** [1] - 23:12
**certification** [4] - 21:22, 22:5, 22:10, 23:22
**certified** [1] - 22:21
**certify** [1] - 33:12
**challenging** [2] - 32:8
**chambers** [4] - 9:2, 25:3, 26:9, 26:13
**change** [1] - 29:24
**changed** [2] - 10:19, 26:1
**charged** [2] - 4:15, 4:16
**checks** [1] - 31:5
**China** [1] - 30:2
**Chinese** [12] - 3:6, 4:6, 16:6, 21:24, 23:22, 23:23, 24:22, 27:20, 28:6, 29:12, 29:20
**chunk** [1] - 20:20
**Circuit** [6] - 4:23, 24:5, 29:4, 30:1, 30:11
**claim** [14] - 7:18, 7:20, 12:22, 13:3, 13:10, 15:7, 16:25, 17:23, 17:25, 18:14, 27:9, 27:13, 27:19, 31:16
**claimant** [1] - 16:25
**claimants** [18] - 12:11, 12:13, 12:14, 12:15, 13:4, 14:12, 14:14,

15:8, 15:14, 15:16, 15:22, 16:14, 17:3, 17:7, 17:15, 18:9, 32:12
**claims** [47] - 11:5, 11:13, 12:3, 12:6, 12:10, 12:16, 12:17, 12:18, 12:20, 12:21, 12:25, 13:3, 13:5, 13:9, 13:12, 13:15, 13:18, 13:20, 14:2, 14:4, 14:6, 14:8, 14:11, 14:13, 14:15, 14:20, 14:21, 14:24, 15:10, 15:13, 15:25, 16:19, 16:22, 17:21, 18:4, 18:19, 19:17, 19:19, 20:18, 20:20, 21:4, 21:8, 21:14, 23:1, 27:20
**Claims** [1] - 13:17
**clarified** [1] - 17:7
**clarify** [1] - 17:24
**class** [5] - 7:17, 8:4, 8:14, 16:6, 20:16
**clear** [5] - 19:12, 21:2, 21:12, 22:4, 28:16
**client's** [1] - 32:5
**clients** [1] - 21:16
**close** [1] - 15:4
**coils** [1] - 23:18
**collateral** [1] - 30:11
**collecting** [1] - 20:21
**column** [2] - 13:16, 13:19
**combination** [1] - 16:7
**coming** [1] - 18:20
**comment** [1] - 20:10
**commented** [1] - 20:12
**comments** [1] - 28:4
**Committee** [1] - 3:11
**committee** [1] - 18:25
**committees** [2] - 5:25, 6:1
**communicated** [1] - 21:10
**communication** [5] - 9:3, 9:17, 10:12, 27:23
**communications** [3] - 27:16, 28:7, 28:18
**complainant** [2] - 12:18, 16:9
**complaints** [1] - 23:16
**complete** [2] - 13:2, 30:25
**completed** [1] - 27:13
**complex** [1] - 32:2
**complexity** [1] - 29:3

**compliment** [2] - 10:17, 11:4
**component** [1] - 23:10
**composition** [1] - 31:4
**Computer** [1] - 1:25
**Computer-aided** [1] - 1:25
**concern** [1] - 5:19
**concerned** [3] - 21:18, 29:25, 30:2
**concerns** [2] - 16:23, 17:1
**concluded** [1] - 33:6
**conditioning** [1] - 23:17
**condominium** [1] - 22:12
**condominiums** [2] - 22:12, 22:14
**Conference** [1] - 1:7
**conference** [17] - 3:15, 4:17, 4:19, 6:10, 8:18, 8:25, 9:6, 9:24, 9:25, 10:11, 13:13, 13:20, 16:18, 22:23, 30:22, 31:24
**conferences** [1] - 9:22
**conferencing** [1] - 6:4
**confidence** [1] - 6:25
**connection** [2] - 19:5, 31:7
**consolidation** [1] - 24:13
**construction** [2] - 31:9, 31:13
**consumer** [1] - 5:1
**contact** [1] - 18:11
**contaminated** [3] - 22:9, 22:10, 23:7
**continue** [2] - 8:15, 29:19
**continuing** [2] - 29:14, 30:6
**contractor** [1] - 31:4
**contradictory** [1] - 30:16
**conversation** [1] - 28:10
**cooperated** [1] - 25:18
**cooperative** [1] - 31:22
**copy** [2] - 12:22, 27:16
**corporations** [2] - 29:13, 29:25
**correct** [2] - 23:24, 33:12
**cost** [9] - 4:21, 5:9, 6:6, 6:15, 7:3, 7:5, 20:25, 30:11, 31:9
**costs** [5] - 5:16, 5:21,

6:16, 6:19, 20:8
**Counsel** [1] - 3:8
**counsel** [16] - 3:17, 8:23, 12:12, 15:17, 21:3, 21:6, 21:12, 25:17, 26:3, 29:9, 29:25, 31:1, 31:20, 32:2
**country** [1] - 6:15
**couple** [6] - 6:21, 8:24, 9:13, 21:16, 26:7, 29:5
**course** [1] - 24:15
**COURT** [48] - 1:2, 3:3, 3:8, 3:14, 4:13, 5:7, 5:17, 6:13, 7:9, 7:12, 7:24, 8:4, 8:8, 8:11, 9:5, 10:3, 10:15, 10:25, 13:23, 18:19, 18:23, 20:5, 20:8, 21:15, 22:6, 22:20, 23:6, 23:25, 24:3, 24:19, 24:23, 25:13, 25:21, 25:24, 26:4, 26:10, 26:18, 26:21, 26:23, 27:3, 27:7, 28:3, 28:21, 30:6, 30:19, 31:17, 32:7, 33:1
**court** [5] - 5:25, 7:10, 7:14, 8:16, 25:10
**Court** [12] - 1:20, 3:12, 3:22, 10:24, 11:22, 18:22, 19:4, 19:16, 27:2, 27:8, 29:10, 33:11
**Court's** [3] - 17:14, 28:4, 33:5
**court-appointed** [1] - 5:25
**courthouse** [2] - 4:1, 10:1
**courtroom** [3] - 11:12, 11:17, 11:22
**covered** [1] - 27:5
**CPA** [1] - 4:13
**crossover** [1] - 5:24
**CSD** [1] - 19:7
**curator** [3] - 18:8, 27:1, 28:14
**cure** [1] - 13:6

**D**

**damage** [2] - 14:1, 14:8
**DANIEL** [1] - 2:17
**Danny** [5] - 11:1, 11:4, 22:17, 22:23, 23:2
**Danny's** [1] - 11:5

**data** [2] - 12:8, 15:24
**database** [2] - 13:10, 15:22
**date** [3] - 19:8, 24:13, 32:18
**DAVIS** [1] - 2:9
**Davis** [4] - 19:5, 19:25, 30:23, 32:24
**Dawn** [2] - 7:12, 7:13
**DAWN** [1] - 2:5
**days** [4] - 12:10, 17:3, 18:13, 27:24
**deadline** [11] - 11:13, 11:18, 12:4, 12:25, 13:22, 14:3, 15:1, 15:3, 18:18, 19:9, 19:10
**deadlines** [4] - 7:19, 19:10, 20:13
**deal** [3] - 13:14, 26:7, 28:17
**dealing** [3] - 9:2, 9:9, 11:9
**dealt** [1] - 23:20
**December** [6] - 20:19, 32:18, 32:20, 33:1, 33:4
**decision** [1] - 17:5
**default** [2] - 30:13
**defaults** [2] - 29:8, 29:12
**defective** [1] - 29:7
**Defendant** [1] - 2:12
**defendants** [6] - 24:3, 24:12, 29:13, 29:20, 32:13, 33:2
**Defense** [1] - 3:11
**deficiencies** [1] - 31:13
**denial** [3] - 15:21, 16:2, 17:3
**denied** [1] - 15:19
**depositories** [1] - 6:23
**depository** [4] - 3:23, 3:24, 5:19, 6:3
**depository's** [1] - 6:4
**despite** [1] - 29:19
**destruction** [1] - 28:25
**destructive** [1] - 22:3
**details** [1] - 17:14
**developed** [2] - 11:16, 15:15
**development** [1] - 18:7
**devices** [1] - 6:20
**Diaz** [1] - 7:23
**different** [5] - 5:11, 6:1, 6:23, 6:25, 26:5
**differently** [1] - 6:1

**difficult** [2] - 5:13, 30:7
**direct** [1] - 26:13
**direction** [1] - 20:10
**disbursed** [1] - 7:16
**disclose** [1] - 21:20
**discovered** [2] - 23:16
**discuss** [2] - 3:17, 8:25
**dismiss** [1] - 22:2
**disputes** [1] - 31:14
**distance** [1] - 27:6
**district** [1] - 4:3
**DISTRICT** [3] - 1:2, 1:3, 1:12
**divide** [1] - 7:4
**divided** [2] - 4:21, 5:16
**document** [1] - 13:7
**documentation** [5] - 13:2, 15:11, 16:5, 17:8, 30:25
**documents** [1] - 31:14
**done** [13] - 5:12, 6:24, 9:8, 10:20, 17:1, 18:21, 22:6, 22:16, 28:8, 28:13, 28:22, 30:9
**down** [2] - 28:4, 29:21
**dozen** [1] - 28:12
**Drawer** [1] - 2:18
**drywall** [9] - 16:6, 21:18, 21:23, 22:9, 22:10, 22:13, 29:7, 29:12, 31:11
**Drywall** [13] - 3:7, 4:6, 4:10, 4:16, 4:25, 6:10, 21:24, 21:25, 23:23, 24:22, 27:20, 28:6
**duplicate** [1] - 19:18
**during** [1] - 10:22

## E

**early** [4] - 9:3, 10:12, 11:5, 11:8
**EASTERN** [1] - 1:3
**effect** [2] - 5:20, 29:2
**effective** [1] - 29:22
**either** [4] - 9:24, 12:22, 13:12, 14:15, 16:5, 23:4
**ELDON** [1] - 1:11
**electronic** [1] - 15:15
**electronically** [2] - 12:22, 15:19
**eligibility** [1] - 17:4
**eligible** [1] - 15:11
**email** [2] - 17:20, 18:6

**emotional** [2] - 9:12, 28:5
**employee** [1] - 5:16
**employees** [1] - 5:14
**encourage** [1] - 12:24
**end** [2] - 5:2, 10:23
**Energy** [1] - 2:13
**entered** [1] - 29:11
**entertain** [2] - 21:8, 21:13
**entities** [1] - 31:18
**entry** [1] - 29:8
**ESQ** [6] - 2:2, 2:5, 2:9, 2:9, 2:12, 2:21
**essentially** [1] - 27:18
**establish** [2] - 8:8, 16:19
**establishment** [1] - 25:7
**estate** [1] - 23:13
**estimate** [1] - 20:25
**eve** [1] - 18:18
**event** [1] - 31:22
**eventual** [1] - 11:9
**evidence** [4] - 16:7, 28:23, 28:25, 29:6
**evolved** [1] - 8:13
**exactly** [1] - 13:5
**example** [1] - 18:16
**except** [1] - 29:5
**excess** [2] - 19:23, 27:25
**excluded** [1] - 14:5
**excludes** [1] - 6:18
**exclusively** [1] - 15:22
**excuse** [2] - 4:1, 25:1
**expect** [1] - 24:9
**expense** [2] - 8:9, 15:13
**expensive** [2] - 30:7, 30:13
**extend** [1] - 20:4
**extension** [2] - 27:8, 27:18
**extent** [1] - 8:20
**extra** [1] - 6:5
**extras** [1] - 6:7

## F

**facility** [2] - 5:9, 5:14
**fact** [2] - 29:20, 32:1
**factor** [2] - 21:5, 28:7
**fair** [2] - 21:6, 24:6
**fall** [1] - 30:23
**FALLON** [1] - 1:11
**Fallon** [2] - 3:13, 28:24
**familiar** [1] - 11:22

**families** [2] - 9:10, 9:13
**far** [5] - 7:15, 12:19, 14:7, 16:3, 17:20
**Farly** [1] - 26:9
**FCRR** [3] - 1:20, 33:14, 33:15
**feet** [1] - 3:25
**felt** [1] - 27:20
**few** [1] - 12:9
**field** [1] - 20:25
**Fifth** [6] - 4:23, 24:5, 29:4, 30:1, 30:11
**figure** [2] - 15:10, 22:17
**figures** [1] - 30:8
**figuring** [1] - 4:6
**file** [3] - 17:23, 25:10, 31:2
**filed** [4] - 12:20, 23:15, 24:25, 30:5
**files** [1] - 30:25
**filing** [3] - 12:3, 27:9, 27:13
**filings** [1] - 19:18
**fine** [2] - 10:15, 31:17
**Firm** [1] - 2:17
**firm** [2] - 11:4, 21:10
**first** [5] - 3:19, 4:11, 5:8, 9:5, 27:17
**five** [1] - 10:22
**fix** [1] - 16:9
**fixing** [1] - 9:19
**Florida** [1] - 7:24
**focus** [1] - 15:6
**focused** [1] - 6:16
**folded** [1] - 21:1
**folks** [2] - 9:25, 23:14
**followed** [2] - 31:11, 31:15
**foot** [3] - 4:2, 4:3, 19:12
**footnote** [1] - 5:18
**FOR** [1] - 1:2
**foregoing** [1] - 33:12
**form** [5] - 7:18, 12:22, 27:14, 27:19, 28:15
**formally** [1] - 20:4
**forms** [2] - 7:21, 25:21
**forth** [3] - 7:1, 17:2, 31:5
**forward** [2] - 17:1, 18:15
**four** [1] - 4:1
**Fourth** [2] - 11:19, 26:16
**frankly** [1] - 7:6
**Fred** [1] - 8:19
**free** [2] - 18:2, 33:22

**frequently** [1] - 25:24
**Frilot** [1] - 2:13
**frustrating** [1] - 30:17
**full** [3] - 5:15, 8:6, 24:20
**full-time** [1] - 5:15
**fully** [2] - 11:15, 25:18
**fund** [1] - 8:9
**funds** [1] - 25:6

## G

**Garret** [1] - 4:13
**Garrett** [2] - 4:18, 6:9
**general** [1] - 15:6
**generals'** [1] - 4:25
**gentleman** [1] - 11:6
**gentlemen** [1] - 3:4
**given** [1] - 17:7
**global** [3] - 10:6, 11:11, 15:12
**goal** [1] - 16:12
**grant** [1] - 26:21
**great** [3] - 5:17, 7:7, 13:14
**greater** [1] - 12:15
**greatly** [1] - 15:2
**GREER** [4] - 2:2, 11:24, 13:24, 18:21
**Greer** [3] - 11:14, 11:23, 11:24
**group** [2] - 18:25, 22:20
**guidance** [1] - 31:9

## H

**Hague** [1] - 30:15
**half** [1] - 28:12
**hand** [1] - 6:17
**handful** [1] - 25:7
**handle** [1] - 32:14
**handled** [2] - 27:25, 28:1
**hard** [2] - 12:22, 18:14
**Harris** [1] - 8:17
**HB** [1] - 1:21
**heard** [2] - 27:9, 32:7
**hearing** [1] - 26:6
**help** [2] - 18:8, 28:21
**helpful** [2] - 9:15, 11:3
**hereby** [1] - 33:11
**HERMAN** [23] - 2:9, 3:12, 3:21, 4:17, 5:15, 5:18, 7:3, 7:11, 8:6, 8:10, 11:4, 19:4, 24:1, 24:4, 24:20, 24:24, 25:16, 25:23, 26:2, 28:24, 30:10, 31:19, 32:23

**herman** [1] - 2:10
**Herman** [9] - 2:10, 3:13, 8:18, 8:19, 12:3, 19:25, 21:10, 27:10
**Herman's** [1] - 20:12
**high** [1] - 14:23
**himself** [1] - 32:24
**historically** [1] - 6:13
**hit** [1] - 13:17
**Hobbie** [2] - 24:23, 25:2
**hold** [1] - 25:12
**holding** [1] - 13:7
**home** [4] - 9:3, 9:19, 23:22, 31:10
**homeowner** [1] - 10:21
**homeowners** [6] - 8:21, 8:22, 11:7, 16:22, 25:18, 28:5
**homes** [8] - 8:14, 9:3, 9:10, 9:11, 10:20, 23:13, 30:19, 30:24
**Honor** [46] - 3:10, 3:21, 4:17, 6:11, 7:13, 7:25, 8:6, 8:10, 8:12, 8:16, 9:2, 9:21, 10:8, 11:10, 11:15, 11:24, 12:2, 12:4, 13:13, 13:21, 14:9, 14:23, 15:15, 16:8, 17:11, 18:6, 18:10, 19:4, 19:11, 20:2, 20:9, 20:16, 21:7, 24:1, 24:16, 24:24, 25:2, 25:11, 25:16, 26:8, 26:25, 30:5, 30:10, 30:20, 31:19, 32:6
**Honor's** [4] - 5:3, 5:19, 11:17, 25:6
**HONORABLE** [1] - 1:11
**honored** [1] - 11:25
**hopefully** [2] - 4:6, 24:9
**host** [2] - 10:2
**hours** [2] - 8:24, 14:25
**house** [1] - 21:20

### I

**idea** [1] - 19:17
**identifying** [1] - 31:2
**ignoring** [1] - 30:15
**II** [1] - 7:11
**III** [1] - 2:17
**immediately** [1] - 24:16

**important** [3] - 12:25, 18:6, 27:21
**imported** [1] - 24:22
**IN** [2] - 1:2, 1:6
**in-box** [2] - 17:18, 17:20
**including** [1] - 19:22
**incomplete** [3] - 13:5, 15:18, 16:4
**increase** [1] - 15:2
**indica** [1] - 16:6
**indicate** [1] - 31:21
**individually** [1] - 29:16
**individuals** [1] - 28:12
**INEX** [7] - 10:6, 11:11, 15:13, 23:9, 23:10, 25:17, 31:21
**information** [2] - 5:22, 18:11
**infrequently** [1] - 28:25
**initial** [2] - 4:21, 10:18
**ink** [1] - 29:23
**input** [1] - 22:24
**inspected** [1] - 20:23
**inspecting** [1] - 22:20
**inspection** [1] - 28:15
**inspections** [2] - 11:7, 11:8
**instances** [2] - 16:22, 29:5
**instead** [1] - 29:23
**instrumental** [1] - 32:6
**insurance** [1] - 32:13
**insurers** [2] - 25:17, 31:21
**intake** [1] - 15:7
**interest** [2] - 5:10, 5:19
**interested** [3] - 5:9, 6:22, 7:2
**interesting** [1] - 5:7
**interests** [1] - 32:5
**intervened** [1] - 29:18
**introduce** [1] - 11:21
**invest** [1] - 29:14
**involved** [3] - 8:20, 30:23, 32:10
**issue** [15] - 9:16, 10:8, 10:9, 16:8, 22:7, 22:11, 22:15, 23:1, 23:4, 23:8, 24:23, 25:13, 30:11, 31:22
**issued** [5] - 7:20, 15:21, 16:2, 16:4, 24:24
**issues** [7] - 5:1, 8:20, 9:1, 10:13, 25:4,

31:9, 31:24
**issuing** [1] - 15:14
**item** [1] - 3:19

### J

**January** [2] - 24:9, 32:19
**job** [1] - 29:22
**Joe** [1] - 8:16
**JOHNSTON** [3] - 2:21, 26:25, 27:4
**Johnston** [7] - 2:22, 18:8, 20:20, 26:2, 26:24, 26:25, 27:24
**joint** [1] - 5:19
**jointly** [1] - 6:23
**JONES** [1] - 28:4
**JONSTON** [1] - 27:8
**judge** [1] - 21:16
**Judge** [4] - 3:13, 25:15, 26:22, 28:24
**JUDGE** [2] - 1:12, 28:4
**judges** [1] - 5:11
**juncture** [1] - 25:16
**juries** [1] - 3:25
**jurisdiction** [3] - 29:15, 29:16, 29:17
**jurisdictions** [1] - 29:19
**jurisprudence** [1] - 30:14
**jury** [1] - 8:2

### K

**Katrina/Rita** [1] - 5:20
**Katz** [3] - 2:10, 8:19, 21:10
**keep** [2] - 4:14, 31:3
**keeping** [1] - 11:2
**kept** [1] - 5:22
**Kerry** [8] - 3:10, 7:25, 8:12, 20:10, 22:16, 26:14, 28:10, 30:20
**KERRY** [1] - 2:12
**key** [1] - 9:4
**Kingsdorf** [1] - 2:5
**kmiller@frilot.com** [1] - 2:16
**Knauf** [20] - 3:11, 8:1, 8:12, 10:6, 11:11, 11:19, 16:21, 19:19, 20:11, 20:15, 21:4, 21:8, 21:13, 21:18, 21:21, 21:22, 26:14, 28:13, 31:9, 31:23
**Knauf/PSC** [1] - 26:17
**known** [2] - 21:13, 23:1

**knows** [3] - 7:1, 10:4, 23:2
**KTP** [2] - 23:4, 23:6
**Kyle** [1] - 23:21

### L

**L&W** [3] - 11:11, 25:17, 31:21
**LA** [5] - 2:7, 2:11, 2:15, 2:19, 2:23
**lacked** [1] - 30:25
**lacking** [1] - 31:2
**ladies** [1] - 3:3
**Lafarge** [1] - 31:18
**last** [16] - 8:18, 10:10, 10:19, 12:8, 12:9, 12:10, 13:7, 13:13, 13:20, 14:25, 16:18, 18:10, 19:15, 20:21, 27:24, 30:22
**late** [3] - 8:2, 19:6, 20:2
**latest** [1] - 6:4
**Law** [2] - 2:17, 2:21
**law.com** [1] - 2:7
**lawsuits** [1] - 29:17
**lawyers** [8] - 6:3, 6:18, 6:19, 8:20, 10:21, 11:7, 32:10, 32:15
**lead** [2] - 21:11, 29:9
**learned** [1] - 7:4
**lease** [3] - 4:4, 6:7, 19:12
**least** [6] - 4:7, 10:4, 10:22, 28:12, 29:12, 29:15
**legislatively** [1] - 30:9
**Lenny** [3] - 8:19, 21:17, 30:23
**LEONARD** [1] - 2:9
**letters** [1] - 9:7
**LEVIN** [2] - 19:25, 20:7, 29:11, 32:21
**Levin** [1] - 29:9
**Liability** [1] - 3:7
**LIABILITY** [1] - 1:6
**liaison** [4] - 21:12, 25:18, 26:3, 32:2
**liaison/lead** [1] - 3:17
**limit** [1] - 13:18
**linked** [1] - 29:16
**list** [1] - 27:12
**listed** [1] - 18:1
**litigants** [2] - 6:18, 30:1
**litigation** [2] - 8:9, 26:1
**LITIGATION** [1] - 1:6
**Litigation** [1] - 3:7

**LLC** [4] - 2:10, 2:13, 2:17, 2:22
**LLP** [1] - 2:5
**longshoreman** [1] - 29:21
**look** [3] - 14:2, 17:6, 23:18
**looked** [3] - 7:6, 9:12, 15:9
**looking** [2] - 23:12, 30:8
**LOUISIANA** [2] - 1:3, 3:1
**Louisiana** [1] - 1:22
**lower** [1] - 23:4
**Lynn** [3] - 11:14, 11:22, 11:24
**LYNN** [1] - 2:2

### M

**magdish** [1] - 26:12
**magnificent** [1] - 10:24
**maintain** [1] - 29:5
**major** [1] - 29:24
**majority** [1] - 14:6
**MANAGER** [1] - 3:6
**Manufacturers** [1] - 3:7
**market** [2] - 4:2
**Master** [2] - 2:2, 17:10
**matter** [4] - 11:10, 14:4, 26:9, 30:10
**matters** [5] - 4:25, 5:1, 25:19, 26:6, 26:15
**MDL** [1] - 3:6
**MDLs** [1] - 32:8
**mean** [1] - 30:7
**meet** [5] - 4:18, 5:4, 6:8, 10:1, 10:21
**meeting** [8] - 6:2, 6:10, 10:18, 19:14, 25:3, 32:16
**meetings** [4] - 9:1, 9:15, 31:8, 31:12
**membership** [1] - 16:6
**memories** [1] - 9:13
**mention** [1] - 15:3
**mentioned** [1] - 9:6
**met** [4] - 3:17, 8:18, 10:10, 31:1
**methods** [1] - 6:16
**microphone** [1] - 3:16
**middle** [1] - 10:23
**midnight** [1] - 15:3, 15:5, 19:6
**might** [2] - 21:5, 22:5
**Miller** [7] - 3:10, 7:25, 8:12, 20:10, 26:14,

28:11, 30:20
**MILLER** [17] - 2:12, 3:10, 7:25, 8:12, 9:21, 10:8, 20:9, 23:1, 23:8, 23:14, 23:19, 25:1, 25:15, 26:14, 26:22, 26:24, 30:20
**million** [1] - 30:13
**minimizing** [1] - 6:16
**minute** [1] - 21:24
**miscellaneous** [2] - 13:23, 13:24
**missed** [1] - 17:6
**missing** [2] - 13:6, 16:9
**mixed** [2] - 19:19, 29:3
**mock** [1] - 3:25
**mode** [1] - 26:5
**model** [1] - 31:2
**month** [1] - 6:7
**Monthly** [1] - 1:7
**monthly** [6] - 3:14, 6:12, 9:22, 12:2, 31:8, 31:11
**months** [5] - 4:4, 4:6, 4:22, 5:3, 20:21
**morning** [8] - 3:3, 3:10, 3:12, 7:13, 8:3, 9:25, 11:24, 26:25
**Moss** [12] - 8:17, 8:23, 10:10, 10:17, 10:21, 10:23, 21:23, 22:23, 31:8, 31:12
**moss** [1] - 20:24
**Moss's** [1] - 9:5
**most** [3] - 9:11, 15:6, 30:13
**motion** [4] - 7:18, 24:13, 26:7, 26:21
**Motions** [1] - 1:7
**motions** [3] - 8:8, 26:15, 30:5
**move** [3] - 4:11, 18:10, 20:9
**moved** [1] - 13:18
**MR** [54] - 3:10, 3:12, 3:21, 4:17, 5:15, 5:18, 7:3, 7:11, 7:25, 8:6, 8:10, 8:12, 9:21, 10:8, 10:17, 11:4, 19:4, 19:25, 20:7, 20:9, 21:16, 22:18, 22:25, 23:1, 23:8, 23:12, 23:14, 23:15, 23:19, 23:24, 24:1, 24:4, 24:20, 24:24, 25:1, 25:15, 25:16, 25:23, 26:2, 26:8, 26:11, 26:14, 26:22,

26:24, 26:25, 27:4, 27:8, 28:24, 29:11, 30:10, 30:20, 31:19, 32:21, 32:23
**MS** [4] - 7:13, 11:24, 13:24, 18:21
**MURRAY** [1] - 2:21

# N

**name** [1] - 27:23
**nature** [2] - 20:25, 29:15
**Neal** [1] - 26:11
**necessary** [1] - 19:1
**necessitated** [1] - 5:20
**need** [9] - 4:7, 7:4, 13:8, 16:9, 16:17, 21:21, 22:4, 25:8, 25:24
**needs** [1] - 13:2
**negative** [1] - 13:16
**negotiate** [1] - 4:5
**net** [3] - 6:6
**net-net-net** [1] - 6:6
**NEW** [2] - 1:4, 3:1
**new** [15] - 3:23, 3:24, 4:9, 6:3, 8:7, 8:10, 11:19, 13:14, 20:18, 21:4, 21:6, 21:8, 24:2, 24:20, 25:23
**New** [5] - 1:22, 2:7, 2:11, 2:15, 2:23
**next** [8] - 8:24, 9:10, 11:10, 18:13, 23:25, 30:18, 32:16, 32:20
**night** [4] - 12:9, 12:11, 15:4, 19:7
**nobody** [2] - 7:1, 21:21
**non** [4] - 21:18, 21:23, 22:3, 22:10
**non-contaminated** [1] - 22:10
**non-destructive** [1] - 22:3
**non-reactive** [1] - 21:18
**non-toxic** [1] - 21:23
**nonreactive** [1] - 23:17
**note** [1] - 3:8
**nothing** [7] - 8:7, 8:10, 21:23, 24:2, 24:20, 25:23, 29:7
**notice** [6] - 13:5, 16:11, 16:17, 17:4, 17:5
**notices** [9] - 15:14,

15:16, 15:21, 16:2, 16:4, 16:8, 16:14, 18:7
**November** [5] - 4:5, 4:12, 32:16, 32:17, 33:3
**number** [8] - 3:15, 5:8, 12:15, 15:2, 18:2, 19:23, 28:1
**numbers** [5] - 11:9, 12:5, 13:16, 14:11, 15:1

# O

**O'Keefe** [1] - 2:10
**objection** [1] - 26:18
**obviously** [2] - 12:24, 16:10
**occur** [1] - 24:15
**OCTOBER** [1] - 3:1
**October** [12] - 1:6, 11:14, 19:10, 20:4, 20:12, 21:2, 21:8, 21:14, 27:9, 27:12, 27:19, 28:16
**OF** [2] - 1:3, 1:10
**offer** [2] - 17:21, 20:10
**office** [7] - 10:2, 10:18, 10:20, 11:6, 21:17, 27:11
**Offices** [1] - 2:21
**Official** [1] - 1:20, 33:11
**Oldfather** [1] - 5:1
**ombudsman** [2] - 10:9, 10:10
**Omni** [1] - 23:15
**once** [3] - 6:6, 22:7, 31:22
**One** [1] - 2:6
**one** [16] - 4:17, 5:15, 5:16, 5:18, 6:3, 7:2, 10:8, 22:12, 23:15, 23:25, 25:4, 26:15, 29:13, 29:18, 32:20
**ones** [1] - 12:23
**ongoing** [5] - 4:22, 4:24, 5:6, 7:23, 30:4
**online** [1] - 17:21
**open** [2] - 16:10, 21:7
**openings** [1] - 8:3
**operate** [1] - 6:1
**opinion** [1] - 24:9
**opportunity** [5] - 9:23, 13:6, 17:7, 31:12, 31:15
**opt** [1] - 4:5
**opt-out** [1] - 4:5
**oral** [1] - 24:4

**order** [6] - 11:20, 20:4, 20:5, 24:24, 25:6, 25:13
**Order** [1] - 29:2
**orders** [3] - 3:18, 5:3, 11:19
**Orders** [1] - 3:19
**organized** [1] - 31:3
**originally** [1] - 19:23, 26:5
**ORLEANS** [2] - 1:4, 3:1
**Orleans** [5] - 1:22, 2:7, 2:11, 2:15, 2:23
**otherwise** [1] - 32:11
**ought** [4] - 22:6, 22:16, 22:21, 29:5
**outreach** [2] - 18:5, 18:8
**outside** [1] - 8:25
**overall** [2] - 10:12, 21:1
**Owen** [1] - 24:8
**owners** [1] - 25:8
**ownership** [1] - 16:7

# P

**page** [4] - 7:11, 24:1, 24:23, 29:9
**panel** [1] - 24:8
**papers** [1] - 25:11
**paperwork** [1] - 13:1
**parent** [1] - 29:13
**part** [4] - 10:11, 11:17, 22:9, 23:9
**participate** [2] - 5:11, 6:19
**participated** [2] - 15:23, 25:20
**particular** [1] - 21:5
**particularly** [5] - 7:5, 12:10, 19:16, 22:11, 32:8
**parties** [4] - 14:4, 16:19, 19:9, 32:3
**passes** [1] - 14:3
**past** [1] - 19:8
**pay** [1] - 6:5
**pending** [3] - 11:20, 24:11, 24:13
**people** [12] - 3:15, 6:21, 9:5, 9:7, 10:4, 12:24, 16:12, 18:17, 19:2, 22:2, 22:4, 23:13
**people's** [1] - 9:10
**per** [3] - 4:2, 4:3, 12:17
**percent** [11] - 14:13,

14:14, 14:16, 14:17, 14:18, 14:20, 14:21, 14:22, 15:2, 15:9
**percentage** [2] - 14:24, 19:18
**percentages** [1] - 14:10
**perhaps** [2] - 11:8, 32:21
**period** [3] - 28:14, 29:23, 29:24
**periodic** [1] - 9:15
**permission** [1] - 11:17
**person** [1] - 22:8
**personal** [3] - 14:1, 14:7, 29:15
**Phil** [1] - 8:17
**phone** [3] - 3:15, 11:12, 12:5
**physical** [2] - 28:23, 29:6
**picked** [1] - 8:2
**pictures** [1] - 31:5
**pieces** [1] - 16:24
**pilot** [8] - 8:11, 8:13, 8:21, 8:22, 15:23, 19:22, 20:16
**pipeline** [1] - 20:24
**place** [4] - 6:3, 13:4, 23:11, 23:19
**places** [1] - 6:22
**Plaintiff** [1] - 2:9
**plaintiff** [4] - 5:25, 25:21, 28:14, 29:18
**plaintiff's** [2] - 21:3, 23:3
**plaintiffs** [3] - 3:13, 27:1, 27:13
**plaintiffs'** [1] - 18:25
**plan** [1] - 4:11
**played** [1] - 10:9
**PLC** [1] - 2:2
**PO** [1] - 2:18
**point** [5] - 13:7, 17:22, 19:15, 25:2, 30:21
**pointed** [1] - 9:2
**pop** [1] - 21:14
**popped** [1] - 20:19
**portal** [2] - 12:23, 15:20
**Porter** [1] - 24:21
**portion** [1] - 30:24
**possession** [1] - 9:11
**possible** [2] - 7:20, 19:2
**possibly** [1] - 27:21
**posting** [1] - 17:25
**PowerPoint** [1] - 11:16
**Poydras** [4] - 1:21,

2:6, 2:14, 2:22
**practical** [1] - 7:8
**predict** [1] - 24:6
**preliminary** [2] - 29:8, 29:11
**prep** [1] - 3:25
**prepared** [1] - 6:9
**present** [1] - 12:5
**presentation** [1] - 17:12
**presently** [1] - 4:20
**presumably** [1] - 26:12
**Pretrial** [1] - 29:2
**pretrial** [1] - 3:19
**pretty** [1] - 28:15
**previously** [1] - 4:18
**primary** [1] - 7:3
**principally** [1] - 24:22
**pro** [9] - 12:13, 15:17, 18:8, 18:9, 20:21, 26:23, 27:1, 27:12, 28:17
**problem** [4] - 6:13, 18:13, 22:13, 32:20
**problems** [4] - 10:19, 10:23, 18:3, 22:13
**procedure** [1] - 17:2
**procedures** [2] - 13:4, 16:20
**proceed** [1] - 31:23
**proceedings** [1] - 33:6
**PROCEEDINGS** [1] - 1:10
**Proceedings** [1] - 1:25
**process** [8] - 10:12, 15:9, 15:14, 30:4, 30:6, 30:23, 31:6, 31:16
**product** [1] - 19:24
**productive** [1] - 31:1
**PRODUCTS** [1] - 1:6
**professionalism** [1] - 32:10
**professionally** [1] - 32:3
**profile** [2] - 25:21, 28:15
**program** [16] - 8:11, 8:13, 8:14, 8:21, 8:22, 12:12, 15:23, 19:2, 19:20, 19:22, 20:16, 21:1, 21:19, 22:9, 22:17
**progress** [5] - 13:12, 14:10, 14:14, 14:18, 14:21
**Progress** [1] - 13:16
**projected** [1] - 6:6

**projection** [1] - 19:21
**promptly** [1] - 25:11
**proof** [1] - 16:6
**properties** [6] - 12:14, 12:16, 14:16, 14:17, 14:18, 19:22
**property** [6] - 7:18, 12:18, 14:1, 14:7, 14:17, 28:6
**proposed** [1] - 3:18
**protocol** [2] - 31:11, 31:14
**provide** [4] - 9:22, 17:16, 18:22, 25:9
**provided** [2] - 27:2, 32:15
**provision** [1] - 13:24
**PSC** [2] - 7:7, 30:12
**purchased** [1] - 4:9
**purpose** [1] - 25:14
**pursue** [1] - 27:20
**put** [3] - 5:8, 10:3, 20:14

## Q

**QSF** [1] - 24:25
**QSFs** [1] - 25:7
**quality** [1] - 32:9
**questions** [7] - 15:8, 17:15, 17:20, 17:22, 18:18, 25:24, 27:24
**quite** [1] - 28:1
**quote** [2] - 27:19, 31:4

## R

**Ramirez** [1] - 7:15
**RE** [1] - 1:6
**re** [1] - 3:6
**reactive** [4] - 21:18, 22:3, 23:10, 23:23
**read** [2] - 12:5, 29:2
**real** [2] - 7:18, 23:13
**really** [6] - 6:15, 7:5, 10:13, 18:21, 19:20, 32:14
**realtime** [1] - 15:16
**reason** [1] - 32:9
**reasons** [1] - 16:7
**receive** [1] - 17:3
**received** [3] - 27:3, 27:11, 28:17
**receiver** [2] - 25:8, 25:14
**receivership** [1] - 25:11
**recess** [1] - 33:5
**recite** [1] - 4:10
**recommend** [1] -

11:15
**recommendation** [2] - 4:20, 5:5
**record** [6] - 3:9, 3:23, 19:11, 20:6, 21:13, 30:3
**Recorded** [1] - 1:25
**records** [1] - 4:15
**regard** [4] - 20:2, 27:8, 28:6, 31:20
**regarding** [3] - 24:21, 28:25, 31:14
**regards** [2] - 24:11, 29:8
**register** [1] - 19:9
**registered** [11] - 12:6, 12:11, 12:14, 12:15, 12:16, 12:17, 12:19, 14:12, 14:16, 14:20, 19:8
**registrants** [2] - 19:7, 20:2
**registration** [2] - 19:8, 19:16
**registrations** [1] - 19:6
**regular** [2] - 8:15, 9:23
**relationship** [1] - 19:20
**relocation** [1] - 15:13
**reluctant** [1] - 29:1
**remaining** [4] - 14:11, 14:15, 14:19, 14:22
**remediated** [9] - 8:15, 15:24, 16:23, 16:25, 21:19, 23:16, 30:19, 30:24, 31:10
**remediation** [10] - 8:14, 15:10, 15:12, 16:24, 20:24, 21:1, 25:5, 25:12, 31:8, 31:11
**remediations** [1] - 10:9
**remedied** [1] - 30:17
**remember** [1] - 9:9
**reminds** [1] - 19:5
**rent** [1] - 19:13
**repair** [1] - 15:13
**repaired** [1] - 22:14
**repairs** [1] - 9:3
**repeat** [1] - 18:12
**repetitive** [1] - 19:19
**replaced** [1] - 22:14
**report** [14] - 3:22, 6:8, 7:14, 8:6, 8:11, 9:24, 11:15, 11:23, 12:2, 19:5, 24:16, 24:21, 26:24, 27:17
**Report** [1] - 27:4

**reported** [1] - 30:22
**Reporter** [2] - 1:20, 33:11
**reports** [2] - 6:11, 28:15
**representatives** [2] - 10:22, 11:12
**represented** [3] - 12:12, 15:17, 32:4
**representing** [1] - 32:3
**request** [1] - 19:14
**requests** [1] - 28:25
**Reserve** [1] - 2:19
**resolution** [2] - 17:10, 31:16
**resolve** [3] - 17:9, 31:15, 31:24
**resolved** [2] - 4:7, 4:8
**resolving** [1] - 25:19
**respect** [2] - 20:15, 24:18
**respond** [1] - 15:19
**responding** [1] - 16:14
**response** [2] - 16:17, 26:20
**result** [2] - 27:22
**review** [4] - 4:21, 14:5, 15:8, 25:25
**reviewed** [2] - 16:2, 20:23
**reviews** [1] - 15:12
**revisited** [1] - 4:22
**Richmond** [1] - 2:3
**rmj@ahhelaw.com** [1] - 2:24
**ROBERT** [1] - 2:21
**Robert** [1] - 2:22
**Rocketts** [1] - 2:3
**role** [1] - 10:10
**RPR** [1] - 1:20
**rule** [1] - 29:4
**rulings** [1] - 4:23
**running** [1] - 29:21
**Russ** [7] - 3:13, 8:19, 10:1, 10:18, 25:1, 27:10, 32:22
**RUSS** [1] - 2:9
**Russia** [1] - 32:25

## S

**satisfied** [1] - 9:8
**se** [7] - 12:13, 15:17, 18:8, 18:9, 26:23, 27:1, 27:12
**seat** [1] - 3:3
**second** [1] - 27:18
**sections** [1] - 31:4

**see** [10] - 13:14, 13:16, 13:22, 14:23, 15:1, 17:6, 19:1, 23:18, 29:3, 33:3
**seeing** [7] - 5:10, 6:22, 7:2, 14:1, 14:7, 16:21, 16:22
**seem** [1] - 30:2
**self** [3] - 15:23, 21:19, 23:16
**self-remediated** [2] - 21:19, 23:16
**sell** [2] - 21:20, 23:13
**send** [4] - 18:6, 18:7, 27:15, 32:24
**sensitive** [1] - 9:14
**sent** [3] - 23:18, 27:11, 27:23
**sentence** [1] - 27:17
**separate** [1] - 6:11
**separately** [2] - 5:22, 5:23
**September** [1] - 13:15
**serve** [2] - 30:8, 30:15
**server** [2] - 4:9, 7:4
**service** [5] - 28:22, 29:14, 29:19, 29:21, 29:23
**ses** [2] - 20:21, 28:17
**sessions** [1] - 31:2
**set** [7] - 6:4, 7:19, 9:1, 16:21, 26:6, 26:16
**sets** [2] - 16:24, 17:2
**settings** [1] - 7:10
**settlement** [17] - 4:24, 5:1, 7:17, 8:14, 13:25, 14:6, 19:24, 20:15, 20:17, 20:18, 23:9, 23:10, 25:5, 25:19, 25:20, 26:17, 28:11
**settlements** [4] - 7:16, 10:7, 11:11, 31:23
**Seventh** [1] - 2:18
**sever** [1] - 11:25
**several** [3] - 8:17, 29:12, 30:4
**shake** [1] - 28:9
**shaking** [1] - 18:24
**shared** [3] - 5:21, 10:16, 20:8
**sharing** [2] - 5:9, 7:6
**Shell** [1] - 2:6
**shift** [1] - 15:1
**show** [1] - 12:4
**showed** [1] - 11:9
**showing** [2] - 31:2, 31:3
**shown** [1] - 11:16
**shows** [1] - 14:9

**significant** [5] - 7:5, 9:18, 28:1, 28:19
**significantly** [1] - 15:1
**similar** [3] - 4:3, 6:15, 22:7
**situation** [3] - 5:8, 9:18, 28:19
**situations** [1] - 6:17
**SIVYER** [2] - 26:8, 26:11
**Sivyer** [1] - 26:11
**six** [1] - 30:8
**skill** [1] - 32:14
**slide** [4] - 14:9, 17:11, 17:14, 18:10
**SO** [1] - 21:11
**solution** [1] - 16:13
**someone** [3] - 8:24, 11:21, 16:16
**sometimes** [2] - 21:3, 22:14
**somewhere** [3] - 23:11, 26:12, 30:12
**soon** [2] - 7:20, 14:3
**sort** [5] - 6:24, 13:17, 21:22, 22:11, 30:10
**sounds** [1] - 23:2
**space** [2] - 4:3, 4:11
**speaking** [1] - 8:23
**speaks** [2] - 19:25, 20:1
**Special** [1] - 17:10
**special** [1] - 2:2
**specific** [3] - 16:10, 16:12, 16:24
**spent** [1] - 30:12
**square** [4] - 3:25, 4:2, 4:3, 19:12
**Square** [1] - 2:6
**stages** [1] - 31:13
**stairs** [1] - 29:22
**standing** [1] - 18:17
**standpoint** [2] - 11:2, 17:5
**start** [1] - 14:11
**started** [4] - 13:11, 13:15, 13:18, 14:24
**starting** [1] - 21:19
**state** [5] - 7:10, 7:14, 18:20, 25:10, 30:3
**statements** [1] - 31:7
**states** [1] - 18:20
**STATES** [2] - 1:2, 1:12
**status** [11] - 3:14, 6:9, 6:10, 8:18, 9:22, 10:10, 13:13, 13:20, 16:18, 27:4, 27:17
**Status** [1] - 1:7
**steering** [1] - 5:25

**Steering** [1] - 3:11
**Stenography** [1] - 1:25
**sticks** [1] - 9:13
**stigma** [1] - 22:11
**still** [2] - 14:23, 19:8
**stone** [1] - 28:16
**straight** [1] - 10:13
**Street** [5] - 1:21, 2:6, 2:14, 2:18, 2:22
**strong** [2] - 27:21, 28:5
**subject** [2] - 4:20, 14:4
**submission** [2] - 11:13, 18:3
**submissions** [2] - 14:10, 14:13
**submit** [4] - 17:8, 17:24, 18:14, 27:18
**submitted** [15] - 12:7, 12:10, 12:22, 12:23, 13:1, 13:2, 13:12, 13:15, 13:19, 14:15, 14:17, 14:19, 14:21, 15:10, 16:5
**submitting** [1] - 15:25
**subpoena** [1] - 29:21
**substantial** [1] - 19:22
**successful** [1] - 28:3
**suggestions** [2] - 16:11, 26:4
**suit** [1] - 23:15
**Suite** [3] - 2:6, 2:14, 2:23
**summarizes** [1] - 18:10
**summary** [1] - 15:6
**summertime** [1] - 20:17
**supplementary** [1] - 19:5
**supply** [1] - 24:19
**Supply** [1] - 24:21
**Susan** [2] - 33:11, 33:15
**SUSAN** [2] - 1:20, 33:14
**susan_zielie@laed. uscourts.gov** [1] - 1:22
**system** [3] - 15:7, 16:15, 18:15

**T**

**tainted** [1] - 21:25
**Taishan** [7] - 19:19, 20:8, 24:3, 24:4, 24:22, 29:13, 29:17

**technologically** [1] - 6:24
**telephone** [2] - 18:2, 31:24
**template** [1] - 23:21
**tenaciously** [1] - 32:5
**term** [2] - 4:4, 4:25
**terms** [8] - 10:12, 12:6, 12:10, 14:9, 18:3, 25:4, 27:6, 31:3
**texture** [1] - 25:25
**THE** [50] - 1:2, 1:3, 1:11, 3:3, 3:8, 3:14, 4:13, 5:7, 5:17, 6:13, 7:9, 7:12, 7:24, 8:4, 8:8, 8:11, 9:5, 10:3, 10:15, 10:25, 13:23, 18:19, 18:23, 20:5, 20:8, 21:15, 22:6, 22:20, 23:6, 23:25, 24:3, 24:19, 24:23, 25:13, 25:21, 25:24, 26:4, 26:10, 26:18, 26:21, 26:23, 27:3, 27:7, 28:3, 28:21, 30:6, 30:19, 31:17, 32:7, 33:1
**thereabouts** [1] - 28:12
**they've** [2] - 11:8, 31:21
**three** [2] - 4:22, 5:2
**throughout** [1] - 6:14
**THURSDAY** [1] - 3:1
**today** [9] - 3:14, 5:4, 6:9, 8:3, 8:16, 8:24, 18:3, 26:16, 32:6
**together** [1] - 18:25
**toll** [1] - 18:2
**toll-free** [1] - 18:2
**Tom** [1] - 24:7
**tomorrow** [9] - 11:13, 11:18, 12:3, 15:4, 15:5, 18:3, 19:7, 23:2
**tomorrow's** [1] - 12:24
**took** [1] - 23:17
**Torres** [1] - 7:15
**total** [1] - 13:11
**touch** [2] - 10:11, 11:2
**toxic** [1] - 21:23
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 33:12
**tree** [1] - 18:24
**trees** [1] - 28:9
**trial** [4] - 3:24, 7:10, 7:23, 7:24
**trials** [1] - 7:22

**true** [1] - 6:14
**try** [4] - 9:22, 14:4, 16:10, 21:21
**trying** [1] - 21:20
**tutorials** [2] - 17:21, 17:23
**two** [7] - 5:24, 10:20, 11:19, 16:19, 18:13, 19:15, 22:19
**type** [1] - 5:11
**types** [1] - 32:10
**typical** [1] - 13:21

**U**

**ultimate** [1] - 13:17
**uncommon** [1] - 14:25
**under** [3] - 8:5, 8:14, 14:6
**underlying** [1] - 25:10
**uniformly** [1] - 29:4
**UNITED** [2] - 1:2, 1:12
**units** [1] - 25:9
**up** [12] - 6:2, 6:4, 7:12, 9:1, 10:19, 20:19, 21:14, 21:22, 25:12, 30:10, 31:22
**updated** [1] - 12:8
**updates** [1] - 17:16
**uptick** [2] - 13:22, 28:20
**urge** [1] - 9:19

**V**

**VA** [1] - 2:3
**vague** [1] - 14:2
**valuable** [1] - 9:11
**various** [4] - 17:14, 26:3, 31:3, 32:3
**venture** [1] - 24:19
**Venture** [1] - 24:21
**versed** [1] - 24:8
**Victor** [1] - 7:23
**video** [1] - 6:4
**VIII** [1] - 24:1
**VIOXX** [6] - 1:6, 4:7, 4:10, 4:15, 4:25, 6:11
**Virginia** [4] - 6:21, 7:15, 7:22, 24:22
**virtually** [1] - 5:20
**virtue** [1] - 25:6
**visits** [1] - 20:25
**voice** [2] - 16:23, 17:1
**volume** [1] - 7:7
**voluntarily** [1] - 21:13

**W**

**wait** [2] - 13:8, 24:10
**waiting** [1] - 16:23
**walk** [2] - 8:25, 17:23
**wall** [1] - 6:24
**wants** [1] - 8:25
**ways** [2] - 16:11, 17:14
**website** [6] - 10:3, 11:18, 17:13, 17:14, 17:16, 17:25
**week** [1] - 4:11
**weeks** [1] - 19:15
**West** [1] - 2:18
**whole** [1] - 25:25
**work's** [1] - 9:8
**works** [2] - 5:10, 5:12
**world** [1] - 32:14
**wrote** [1] - 28:4
**www3.browngreer. com/drywall** [1] - 17:17

**Y**

**year** [2] - 20:17, 20:19
**yesterday** [4] - 8:2, 12:8, 12:20, 21:17
**yoman's** [1] - 28:22

**Z**

**ZIELIE** [2] - 1:20, 33:14
**Zielie** [2] - 33:11, 33:15