UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ..................................................... | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motion to Withdraw Verification Form, or in the Alternative to Modify Language, filed by individual Plaintiffs (Rec. Doc. 17221),

**IT IS ORDERED** that this Motion be and is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Thursday, November 21, 2013.

New Orleans, Louisiana this 6th day of November, 2013.

_Eldon C. Fallon_
United States District Judge