UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

## ORDER

The Court received and reviewed Plaintiffs' Motion to Extend Deadlines for Claim

Submission.  (Rec. Doc. 17223).  Counsel for Plaintiffs asks the Court to extend the claim

submission deadline for claimants who were unable to submit claims due to a computer virus.  A

list of these claimants has been provided to the Court.  (Rec. Doc. 17223-1 at 5).

**IT IS ORDERED** that anyone objecting to the extension of deadlines for these claimants

should file a response to this motion by November 12, 2013.  At this time, the Court will issue an

order regarding the possible extension of the claim submission deadlines as to the claimants

listed in the above motion.

New Orleans, Louisiana, this 5th day of November, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE