| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* Omni XIII SCHEDULE I PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. Boyce, Gary E. and Chris | McCaw Construction & Services | **Inex** | **XIII** |
| 2. Collins, Braxton and Kerri | Ace Home Center, Inc. | **Global** | **XIII** |
| 3. Herrington, Jason and Cassie | Bartlett Ranch, LLC | **Global** | **XIII** |
| 4. Smith Enterprises, Inc. (Erik C. Smith, President) | Price-Bilt Homes | **Banner** | **XIII** |
| 5. Tataris, Anna and DeJesus, Roy | KB Home Tampa, LLC  Boardwalk Drywall, Inc.  American Building Materials, Inc. | **Global** | **XIII** |