| |
|---|
| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>Omni XIII<br>**REVISED SCHEDULE II** |
| **Major Settling Defendants** |
| L&W Supply Corporation d/b/a Seacoast Supply |
| **Other Settling Defendants** |
| ABF Drywall, Inc. |
| A.R.B.C. Corporation |
| ACI Supply, Inc. |
| Acme Drywall, Inc. n/k/a Acme International Services, Inc. |
| Adams Homes, LLC |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| Alliance Construction Inc. n/k/a Cornerstone Group Construction, Inc. |
| Allied Building Products Corporation |
| Alvian Homes, Inc. |
| Angel Developments, LLC |
| Antonieta Torres |
| Aranda Homes, Inc. |
| ATCO Interior Corp. |
| Avalon Building Corporation of Tampa Bay |
| Banner Homes of Florida, Inc. |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| Baywood Construction, Inc. |
| Best Homes of S.W. Florida, Inc. |
| Beta Credit Management, LLC |
| Beta Drywall, LLC |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **Omni XIII REVISED SCHEDULE II** |
|---|
| Black Bear Gypsum Supply, Inc. |
| BMD, Inc. |
| Boasso Construction, LLC |
| Boulanger Drywall Corp. |
| Boynton Village Associates, Ltd. |
| Bradford Lumber & Supply, Inc. |
| Brooks & Freund, LLC |
| Builders Plaster & Drywall, LLC |
| Building Materials Wholesale |
| Butler Properties, LLC |
| C.A. Steelman, Inc. |
| Carruth Brothers Lumber Company, Inc. |
| Cemex Construction Materials Florida, LLC f/k/a Rinker Materials of Florida, Inc. |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Citrus Park Development Group, LLC |
| City Salvage, Inc. |
| Completed Communities II, LLC |
| Core Construction, LLC |
| Core Construction Services, Southeast, Inc. |
| Corner Stone Construction of S.W. Florida, Inc. |
| Cornerstone Group Construction, Inc. |
| Cornerstone Group Development Corp. |
| Creative Home Builders, LLC d/b/a Clipper Construction |
| D.R. Horton, Inc. |
| Deagnelis Diamond Construction, Inc. |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**REVISED SCHEDULE II** |
|---|
| Design Drywall of South Florida |
| Devon Building Products |
| Devon International Group, Inc. |
| Devon International Industries, Inc. |
| Devon International Trading, Inc. |
| Diamond Corp. Construction Company |
| Eastmond Enterprises, Inc. |
| Eastmond Homes, LLC |
| Farthing Motorsports Enterprises, Inc. d/b/a Star Drywall, Inc. |
| Fekel Stucco & Plastering, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| G. Proulx, Inc. |
| G. Proulx, LLC |
| G.L. Homes of Davie Associates, III, Ltd. |
| Groza Builders, Inc. |
| Gulf Coast Shelter, Inc. |
| Gulfeagle Supply, Inc. |
| Gulfstream Development Group, LLC |
| Hallmark International Lands & Investments, Inc. |
| Hansen Homes of South Florida, Inc. |
| Heritage Homes of Northwest FL, LLC |
| Hinkle Drywall, Inc. |
| Holiday Builders Construction of Florida, Inc. |
| Holiday Builders, Inc. |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **Omni XIII REVISED SCHEDULE II** |
|---|
| Hollywood Dixie Associates, LLC |
| Home Depot USA, Inc. |
| Ironwood Properties, Inc. |
| J & A Stucco Drywall, Inc. f/k/a J&A Brothers Drywall & Stucco, Inc. |
| J. Cherry & Sons, Inc. |
| James Drywall, LLC |
| JMM Drywall Co., LLC |
| Joseph Grimsley, LLC |
| Land Services of FL, LLC |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Lennar Homes, Inc. |
| Lennar Homes, LLC |
| Luke & Sons Construction, Inc. |
| M/I Homes, Inc. |
| Maranatha Construction, Inc. |
| Mazer Discount Center |
| Mazer's Discount Home Centers, Inc. |
| McCar Homes - Tampa, LLC |
| Medallion Homes Gulf Coast, Inc. |
| Mercado Enterprises, Inc. |
| Meritage Homes of Florida, Inc. |
| Millenium Homes & Development, Inc. |
| Mitchell Homes, Inc. |
| Northstar Holdings at B and A, LLC |
| Nu Way Drywall, LLC |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**REVISED SCHEDULE II** |
|---|
| O.C.D. of S. Florida, Inc. |
| Osprey Gulfshore Building Materials, Inc. |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Pat's Construction |
| Paul Homes Inc., a/k/a Management Services of Lee County, Inc. |
| Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. |
| Picayune Discount Building Supply |
| Precision Drywall, Inc. |
| Preserve Development, LLC |
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| ProBuild East, LLC |
| Professional Drywall |
| Pukka Development, Inc. |
| R & H Masonry Contractors, Inc. |
| R. Mossel Construction, Inc. |
| Ray Horvath Drywall, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| Rightway Drywall, Inc. |
| RJL Drywall, Inc. |
| Rottlund Homes of Florida, Inc. |
| Shelby Building Corp. |
| Shoma Homes Splendido, Inc. |
| Sleuth, Inc. |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **Omni XIII REVISED SCHEDULE II** |
|---|
| Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials |
| South Florida Custom Trim, Inc. |
| Southwest Innovations, Inc. |
| Spires Commercial Flooring, Inc. |
| Sterling Collection, Inc. |
| Stock Building Supply, Inc. n/k/a Stock Building Supply, LLC |
| Stock Building Supply, LLC |
| Stock Building Supply of Florida, LLC |
| Sumaj Builders Corporation |
| Suncoast Building Materials Inc. |
| Sweet Interiors, Inc. |
| The Haskell Company |
| The Home Depot |
| The Jade Organization, Inc. |
| The Porter-Blaine Corp. |
| The St. Joe Company |
| Three County Construction Co., Inc. |
| Tobin Trading, Inc. |
| Total Home Renovation, LLC |
| Toula Properties LLC |
| Tracey Construction, Inc. |
| United Homes International, Inc. |
| Van Aller Construction, Inc. |
| Venture Supply, Inc. |
| WB Construction, Inc. |
| Wermers Development, LLC |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**REVISED SCHEDULE II** |
|---|
| Woodland Enterprises, Inc. |
| Work Company, Drywall & Plaster |
| Wyman Stokes |