|  |
|---|
| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* <br> **Omni XIII** <br> **SCHEDULE III** |
| **Remaining Defendants** |
| 704 N. Ocean Blvd. Associates, Ltd. |
| A & C Development, LLC |
| Ace Home Center, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Aced Interior Drywall, Inc. |
| Allen Pigg |
| American Building Materials, Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Andrea Varuso Corne and Scott M. Corne |
| Arif Parupia |
| B & B Stucco, Inc. |
| B&E Wholesale |
| Bartlett Ranch, LLC |
| Barney Core |
| Baron Construction Co., Inc. |
| Boardwalk Drywall Inc. **(remains as to plaintiff(s) on Schedule I)** |
| Boutwell Drywall |
| Brighton Home Builders, Inc. |
| Bryant Construction & Building, Inc. |
| BTR Exteriors f/k/a Gulf Eagle Supply, Inc. |
| Building Materials Wholesale, Inc. of Tuscaloosa |
| C.H. Builders, LLC |
| Cabba, Inc. |
| Cabinets 4 Sure |
| Caloosahatchee Construction, Inc. |
| Cape Cement and Supply, Inc. |

| |
|---|
| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **Omni XIII SCHEDULE III** |
| **Remaining Defendants** |
| Carter GM Builders, L.L.C. |
| Central Drywall Contractors Inc. |
| Chicas Construction, Inc. |
| Coastal Construction of South Florida, Inc. d/b/a Coastal Condominiums |
| Coastal Construction of South Florida, Inc |
| D & K GCB, Inc. |
| Daigle Home Improvements |
| Dajon's Disaster Masters, Inc. |
| Dewey Leonard |
| Diamond Corp. Construction Company |
| E.B. Developers, Inc. |
| Eagle Bay Construction & Development, Inc. |
| Eagle Creek Remodeling, Inc. |
| Ebbtide Investment Group, LLC |
| Edward Pierre |
| Efrain Guerrero |
| Elias Brothers Group Construction, Inc. |
| Enchanted Homes, Inc. |
| Esplanade Construction, L.L.C. |
| Florida Style Services of Southwest Florida, Inc. |
| Florida Walls Inc. |
| Fly System, Inc. |
| Grand Orleans Properties, L.L.C. |
| Gulf Coast Spray Inc. |
| H. Harris Investments, Inc. |

| |
|---|
| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* <br> **Omni XIII** <br> **SCHEDULE III** |
| **Remaining Defendants** |
| Harmon Lafon |
| Hendricks Building Supply, LLC |
| Highland Holdings, Inc. |
| Hollis Developers, LLC |
| Horizon Commercial Group, Inc. |
| Horvath & Horvath Drywall, Inc. |
| Inovawalls, Inc. |
| Interiors of America, Inc. |
| Island Roofing and Interiors, LLC |
| J.C. Drywall, L.L.C. |
| J&H Drywall Supplies, L.L.C. |
| J&H Sheetrock |
| Jay Sprays, Inc. |
| Jcanto Homes, Inc. |
| JMP Construction, Inc. |
| John Haigh |
| John Randall |
| Johnson Lumber & Supply |
| Jonathan Wise |
| Jose Drywall Finisher, L.L.C. |
| Jose L. Castro |
| JQ Construction Group, Inc. |
| JV Drywall |
| JVP Drywall & Finish, Inc. |
| K&M Drywall |

| |
|---|
| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**SCHEDULE III** |
| **Remaining Defendants** |
| KB Home Tampa, LLC  **(remains as to plaintiff(s) on Schedule I)** |
| Kevin G. Hanzo and Debra B. Hanzo |
| Koky Drywall |
| La Suprema Enterprise, Inc. |
| Laviolette Construction Corp. |
| LCA Lumbermen's |
| Lighthouse Construction, L.L.C. |
| Lonnie Goddard d/b/a Custom Interiors, LLC |
| Lorenzo I. Garcia |
| Majestic Homes of Port St. Lucie, Inc. |
| Mariner Village Townhomes, Inc. |
| Mario Martinez-Romero |
| Mario Saldana<br>Total Restoration & Remodeling |
| Martinez Drywall & Painting, LLC |
| Matsa Construction |
| McCaw Construction & Services, LLC |
| Meeks Drywall & Stucco, Inc. |
| Metro Resources Corp. |
| Millennium Trading, Inc. |
| Milton Construction Company |
| Mobley Homes Florida, LLC |
| Molleda Corp. |
| MVM Construction, Inc. |
| New Century Home Builders Corp. |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| New Millenial, LLC |
| NICO Development, Inc. |
| P&P Skilled Contractors |
| Perry Custom Homes, LLC |
| Phillip Eric Price |
| Premier Southern Builders, L.L.C. |
| Price-Built Homes |
| Prime Homebuilders, Inc. |
| Promenade at Doral, LLC |
| R & R Building Materials, Inc. |
| R.L. Stockett & Associates, LLC |
| R&R Supplies Inc. f/k/a R&R Building Materials, Inc. |
| RCR Holdings II, LLC |
| Rebuilding Together, Inc. |
| Rickey Pittman |
| Rigoberto H. Gonzalez |
| Riverside Bank of the Gulf Coast |
| RJC Drywall |
| Robert Nicholas d/b/a Robert Nicholas Drywall |
| Ron Zuckerman Avalon Preserve Developers, LLC |
| S & D Custom Built Homes, LLC |
| S.A. Weber Construction, LLC |
| Santa Fe, LLC |
| Scott Hodgson |
| Simpson-Davis Development, LLC |

| *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*<br>**Omni XIII**<br>**SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Smith Discount Home Center |
| Southern Community Homes Inc. |
| Stoughton Homes, Inc. |
| Strauch Builders, LLC |
| Suncoast Drywall, Inc. |
| Talmadge Drywall, Inc. |
| Terre Neuve Corp. |
| The Sterling Lumber Company |
| Touchstone at Rapallo, Inc. |
| United Framers, Inc. |
| United Home Builders, Inc. |
| United Homes, Inc. |
| Victor O. Moncada-Reyes |
| WCS Construction, Inc. |
| Webster Construction, LLC |
| Webster Drywall & Plastering, Inc. |
| West Florida Construction Group, Inc. |
| Westminster Builders Inc. |
| Wilfredo Medina Guzman |
| William D. Smyly |
| Woods Restoration Services, LLC |