| |
|---|
| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| 616, LLC |
| Aced Interior Drywall, Inc. |
| AJ & Sons Construction, LLC |
| American Homes, LLC |
| Amerimex Construction of Palm Beach Inc. |
| Anglada Drywall & Painting |
| Arizen Homes, Inc. |
| Avalon Preserve Developers, LLC |
| B & B Stucco, Inc. |
| Bellew Plastering |
| Bo Builders, LLC |
| Brad R. Gray |
| Brighton Builders, Inc. |
| Building Materials Wholesale, Inc. |
| C. Craig Edewaard, Inc. |
| Caceres Drywall Corp. |
| Caliber Properties, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Caribbean Custom Homes, Inc. |
| Caribe Homes Corp. |
| Castle Rock Builders, LLC |
| Centurion Homes of Louisiana, LLC |
| Choice Homes, Inc. |
| Chris P. Roberts |
| Chuck Hurst Contracting |
| Coastal Construction of South Florida, Inc. |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>Omni X<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Coastal Living Homes, L.L.C. |
| Coscan Homes, LLC |
| Dedicated Builders, LLC |
| Dima Homes, Inc. |
| Dove Enterprises Contractor & Design, Inc. |
| Drywall Services |
| Edewaard Development Company, LLC |
| EH Building Group II, LLC |
| Elite Developers, LLC |
| Enchanted Homes, Inc. |
| Fisherman Homes, Inc. |
| Fountain Homes |
| Four Star Group, Inc. |
| Galloway Home Builders, Inc. |
| Gateway Drywall, Inc. |
| GEM Builders, Inc. |
| Green Devco, Inc. |
| Gulf Breeze Construction, Inc. |
| H & S Drywall, Inc. |
| Handy Man Connection, Inc. |
| Hanson Homes, Inc. |
| Hawkeye Construction, Inc. |
| Hessen Construction, Corp. |
| HGE Construction, Inc. |
| Holder Construction Co., Inc. |

| |
|---|
| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE III** |
| **Remaining Defendants** |
| Horizon Builders, Inc. |
| Horvath & Horvath Drywall, Inc. |
| HPH Properties, LLC |
| Hubert Seals and Sarah Seals dba Seals Drywall |
| J & H Distributors |
| J & J Homes, L.L.C. |
| J-Bec Homes of Diamondhead, LLC |
| J&E Developers, Inc. |
| Jack's Home Improvement Center |
| JCT Construction Co., Inc. |
| JJK&A Holding Corporation |
| John's Drywall Service |
| Jose Sandoval |
| Just-Rite Supply, Inc. |
| JVP Drywall & Finish, Inc. |
| KSH Construction, LLC |
| La Suprema Enterprise, Inc. |
| La Suprema Trading, Inc. |
| Laviolette Construction Corp. |
| Lennicx Builders, Inc. |
| Lowe's Home Centers, Inc. |
| Mark Drake |
| Marriott Development, LLC |
| Matsa Construction Company, Inc. |
| Meeks Drywall & Stucco, Inc. |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>Omni X<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Milton Construction Company |
| MIRA Construction Group, Inc. |
| MNB Builders, LLC |
| Neslo Contracting |
| O'Neill/Holliman Corporation |
| Perry Homes, LLC |
| R & B Construction of Northwest FL, Inc. |
| Ramirez Builders, Inc. |
| Randy Kelley dba Special Projects Remodeling |
| RCR Holdings II, LLC |
| Renar Development Co. |
| Renar Homes, Inc. |
| Residential Drywall of Ft. Myers, Inc. |
| RH Hernandez Drywall, Inc. |
| River Oaks I, LLC |
| RJ Builders & Renovators, Inc. |
| Royal Construction Group, Inc. |
| Santa Barbara Estates, Inc. |
| SGS Construction, Inc. |
| Shane Heitzman |
| Sovereign Homes, LLC |
| Stephen Steiner d/b/a Steiner Drywall |
| Steve Corbett, Inc. |
| Streamline Homes, Inc. |
| Stro's Construction |

| *Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al, 11-1363*<br>**Omni X**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| Supreme Builders |
| Supreme Builders, Ltd. |
| T & F General Contracting, Inc. |
| Tapia Brothers Construction, LLC |
| The Villas of San Marino at Carrollwood (Emerald Greens at Carrollwood, LLC) |
| Triangle Drywall Supply, Inc. |
| United Framers, Inc. |
| United Homes, Inc. |
| Velvet Pines Construction, LLC |
| Virginia Homes, Inc. |
| W.S. Keel Lumber Co., Inc. |
| Woodside Stoneybrook, LLC |