UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

## ORDER

The Class Action Settlement Agreements between (1) Interior Exterior Building Supply, LP ("InEx") and its insurers (the "InEx Settlement"), which was approved on February 7, 2013 [Rec. Doc. 16570]; (2) the Banner entities and their insurers (the "Banner Settlement"), which was approved on February 7, 2013 [Rec. Doc. 16570]; (3) L&W Supply Corporation ("L&W") and USG Corporation (the "L&W Settlement"), which was approved on February 7, 2013 [Rec. Doc. 16570]; (4) the Knauf Defendants (the "Knauf Settlement"), which was approved on February 7, 2013 [Rec. Doc. 16570]; (5) more than 700 additional Participating Builders, Suppliers, and Installers ("Participating Defendants"), and their Participating Insurers ("Participating Insurers") (together the "Global Settlement"), which was approved on February 7, 2013 [Rec. Doc. 16570]; (6) Non-Manufacturing Defendants insured by Nationwide (the "Nationwide Settlement"), which was approved on July 9, 2013 [Rec. Doc. 16934]; (7) Porter-Blaine Corp. and Venture Supply, Inc., and Certain of Their Insurers (the "Porter-Blaine Settlement"), which was approved on July 9, 2013 [Rec. Doc. 16934]; (8) Defendants Insured by Builders Mutual Insurance Company (the "Builders Mutual Settlement"), which was approved on July 9, 2013 [Rec. Doc. 16934]; (9) Tobin Trading, Inc., Builders Plaster & Drywall, L.L.C.,

1

JMM Drywall Co., LLC and Participating Insurers (the "Tobin Trading Settlement"), which was approved on July 9, 2013 [Rec. Doc. 16934]; and the Plaintiffs' Steering Committee ("PSC"). All require funds be contributed into Qualified Settlement Funds ("QSF").

The Qualified Settlement Funds are in the process of being established and the court appointed CPA, Philip Garrett is reviewing the various settlement agreements and accounting for the funds. Because this process may take some time the Court will establish supervised accounts for the deposit of all settlement funds for each of the various settlement agreements until such time that the funds can be placed in the QSFs. All settling defendants are ordered to make deposits of any settlement proceeds for the various settlement agreements to the Clerk of Court, 500 Poydras Street, Room C-151, New Orleans, Louisiana 70130 accompanied by the form attached to this Order as Exhibit "A." Any questions regarding the filing procedures with the Clerk of Court should be directed to Kim Lange, Financial, Clerk of Court, 504-589-7786, kim_lange@laed.uscourts.gov. Questions regarding the substance of any settlement deposits shall be directed to Philip A. Garrett, CPA, Garrett & Company CPA's 117 Fairgrounds Boulevard, Bush, Louisiana 70431, ph: (985) 635-1500, email: pgarrett@garrettco.com.

The prior orders regarding the Global (Rec. Doc. 17178) and INEX (Rec. Doc. 17228) settlements are hereby modified in accordance with this Order.

New Orleans, Louisiana, this 7th day of November, 2013

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE