UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 2047 SECTION L |
| This document relates to All Cases | * * * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### EXHIBIT "A"

### DEPOSIT WITH CLERK OF COURT FOR SUPERVISED ACCOUNTS FOR THE DEPOSIT OF SETTLEMENT FUNDS

ATTORNEY'S NAME: _____

ATTORNEY'S ADDRESS: _____

_____

_____

ATTORNEY'S PHONE NUMBER: _____

ATTORNEY'S E-MAIL: _____

IDENTIFICATION OF EACH DEPOSIT
(EACH SEPARATE DEPOSIT MUST HAVE ALL ITEMS, A-C BELOW, COMPLETED AS TO EACH SEPARATE DEPOSIT):

A. SPECIFIC SETTLEMENT (CIRCLE ONE LISTED BELOW):

   InEx Settlement
   Banner Settlement
   L&W Settlement
   Knauf Settlement
   Global Settlement
   Nationwide Settlement

1

Porter-Blaine Settlement
Builder's Mutual Settlement
Tobin Trading Settlement

B. NAME OF DEPOSITING PARTY:_____

C. AMOUNT OF DEPOSIT: _____