UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Gross, et al. v. Knauf Gips KG, et al.,*<br>Case No. 09-cv-06690 (E.D. La.)<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF UNAVAILABILITY

Undersigned counsel hereby gives notice that he will be on vacation and, therefore, unavailable from December 23, 2013 through January 6, 2014. Counsel respectfully requests that no hearings or depositions be scheduled during this time; and no motions, notices to produce, interrogatories or other pleadings be filed, which require a timely response during this period of time.

                Respectfully submitted,

                **PETERSON & ESPINO, P.A.**
                *Counsel for Banner Supply Co.,*
                *Banner Supply Company Fort Myers,*
                *LLC, Banner Supply Company Tampa,*
                *LLC, Banner Supply Company*
                *Pompano, LLC, and Banner Supply*
                *Company International, LLC*
                10631 Southwest 88th Street, Suite 220
                Miami, Florida 33176
                Telephone: (305) 270-3773
                Facsimile: (305) 275-7410

By:   **/s/ Michael P. Peterson**
       Florida Bar No. 982040

MDL NO. 2047
SECTION: L

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 6 on this **8th** day of November 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **8th** day of November 2013.

By: **/s/ Michael P. Peterson**