UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to: | * * | JUDGE FALLON (L) |
| *Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-02349 (E.D. La.) | * * * | MAGISTRATE WILKINSON (4) |

## MOTION TO DISMISS A. W. INDEPENDENT, INC.

COMES NOW A. W. Independent, Inc., and files this Motion to Dismiss, seeking a complete dismissal, with prejudice, of all claims pending against it in the above captioned matter, and as grounds would state as follows:

On November 6, 2013, the undersigned Counsel for A. W. Independent, Inc. was served, via Lexis Nexis File & Serve, with this Court's order of October 25, 2013, dismissing claims against certain defendants in the *Arndt* case, Case No. 2011-cv-02349. [Doc. 17227]. A. W. Independent, Inc. was not listed as a Settling (dismissed) Defendant on "Schedule II," but was instead mistakenly listed on "Schedule III" as a "Remaining Defendant." [Doc. 17227-2, p. 1]. As explained in the accompanying Memorandum, A. W. Independent, Inc. is a "Downstream InEx Releasee" and was thus mistakenly omitted from the Schedule of Settling (dismissed) Defendants. Accordingly, the claims against A. W. Independent, Inc. should be dismissed with prejudice.

WHEREFORE, for the reasons stated above and in the accompanying Memorandum In Support of Motion to Dismiss, A. W. Independent respectfully requests the entry of an Order

dismissing it from the *Arndt* action, with prejudice.

 Respectfully submitted, this the 11th day of November, 2013.

          FRANKE & SALLOUM, PLLC

          BY: /s/ Traci Castille
            TRACI CASTILLE, LA Bar No. 16852
            tmc@frslaw.com
            DONALD P. MOORE, LA Bar No. 20970
            dpm@frslaw.com
            SHELLYE V. McDONALD, MS Bar No. 2395
            Franke & Salloum, PLLC
            10071 Lorraine Road (39503)
            Post Office Drawer 460
            Gulfport, MS 39502
            Phone: 228.868.7070
            Fax: 228.868.7090

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Motion to Dismiss A. W. Independent, Inc. has been served by email on the following:

Plaintiffs' Liaison Counsel
Russ Herman, Esq.
Herman, & Katz, LLP
Plaintiffs' Liaison Counsel
820 O'Keefe Avenue, Suite 100,
New Orleans, Louisiana, 70113
at rherman@hhkc.com

Kerry Miller, Esq.
Frilot, L.L.C., Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
at kmiller@frilot.com

Phillip Wittman, Esq.
and Dorothy Wimberly, Esq.
Homebuilders' and Installers' Liaison Counsel
Stone, Pigman
546 Carondelet Street, New Orleans, LA 70130
at  pwittman@stonepigman.com and dwimberly@stonepigman.com

and the foregoing pleading has also been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047 on this, the 11th day of November, 2013.



/s/Traci Castille
TRACI CASTILLE