UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to: | * * | JUDGE FALLON (L) |
| *Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-02349 (E.D. La.) | * * * | MAGISTRATE WILKINSON (4) |

**MEMORANDUM IN SUPPORT OF**
**MOTION TO DISMISS A. W. INDEPENDENT, INC.**

COMES NOW A. W. Independent, Inc., and files this Memorandum In Support of Motion to Dismiss, seeking dismissal with prejudice from the above captioned matter, and as grounds would show the Court as follows:

1. On September 20, 2011, the *Arndt* plaintiffs filed an Omnibus Class Action Complaint against various defendants, including A. W. Independent, Inc. [Doc. 1, Case No. 2011-cv-2349]. According to Exhibit A to the Omnibus Class Action Complaint in *Arndt*, there are only two plaintiffs/properties for whom A. W. Independent, Inc. is specifically named. They are:

   252. Raymond Sewell
        2228 Waterford Village Blvd.
        Missouri City, TX 77459; and

   255. Johnny Spencer
        2216 Waterford Village Blvd.
        Missouri City, TX 77459.

[Doc. 1-2, Case No. 2011-cv-2349 at p. 29]. Plaintiffs Raymond Sewell and Johnny Spencer did not file claims by the October 25, 2013, filing deadline, but have a pending Motion to Extend Deadline for Claim Submission [Doc. 17223]. However, neither opted-out and both are thus

bound by the settlement agreements in this case.

2. According to the Contractor/Installer Defendant Profile Form filed by A. W. Independent, Inc. for each of these properties for which a claim was asserted against it, A. W. Independent, Inc. purchased the drywall used on these properties from Interior Exterior Building Supply. [Exhibits A and B]. Accordingly, A. W. Independent is a "Downstream InEx Releasee" according to the definition found in the Amended Settlement Agreement Regardign Claims Against Interior-Exterior in MDL No. 2047 [Doc. 12258-3] which defines "Downstream InEx Releasees" as:

> Subsuppliers, General Contractors, Subcontractors, Installers, Developers, and Realtors who purchased or received Chines Drywall from InEx, used Chinese Drywall supplied by InEx in the construction fo Affected Property, or sold or marketed Affected Property containing Chinese Drywall sold, marketed, distributed, and/or supplied by InEx. . . .

[Doc. 12258-3 at p. 4]. Moreover, as indicated by the pleading filed by Interior Exterior on March 7, 2013:

> According to the terms and conditions of the INEX global settlement, any and all entities that are defined as a "downstream releasee, are and shall be released from Chinese-manufactured drywall claims in accordance with the terms and conditions as set forth in the INEX global settlement and any other settlement which may be applicable.

[Doc. 16603].

3. On November 6, 2013, the undersigned Counsel for A. W. Independent, Inc. was served, via Lexis Nexis File & Serve, with this Court's order of October 25, 2013, dismissing claims against certain defendants in the *Arndt* case. [Doc. 17227]. A. W. Independent, Inc. was not listed as a Settling (dismissed) Defendant on "Schedule II," but was instead mistakenly listed on "Schedule III" as a "Remaining Defendant." [Doc. 17227-2, p. 1].

4. Based on the above, the omission of A. W. Independent, Inc. as a dismissed

defendant appears to have been in error, and A. W. Independent should be dismissed with prejudice as a Downstream InEx Releasee.

WHEREFORE, for the reasons stated above, A. W. Independent respectfully requests the entry of an Order dismissing it from the *Arndt* action, with prejudice.

Respectfully submitted, this the 11th day of November, 2013.

                                                     FRANKE & SALLOUM, PLLC

                                                     BY:   /s/ Traci Castille
                                                          TRACI CASTILLE, LA Bar No. 16852
                                                          tmc@frslaw.com
                                                          DONALD P. MOORE, LA Bar No. 20970
                                                          dpm@frslaw.com
                                                          SHELLYE V. McDONALD, MS Bar No. 2395
                                                          Franke & Salloum, PLLC
                                                          10071 Lorraine Road (39503)
                                                          Post Office Drawer 460
                                                          Gulfport, MS 39502
                                                          Phone:  228.868.7070
                                                          Fax: 228.868.7090

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Memorandum In Support of Motion to Dismiss A. W. Independent, Inc. has been served by email on the following:

    Plaintiffs' Liaison Counsel
    Russ Herman, Esq.
    Herman, & Katz, LLP
    Plaintiffs' Liaison Counsel
    820 O'Keefe Avenue, Suite 100,
    New Orleans, Louisiana, 70113
    at rherman@hhkc.com

    Kerry Miller, Esq.
    Frilot, L.L.C., Frilot, LLC
    1100 Poydras Street, Suite 3700
    New Orleans, Louisiana 70163
    at kmiller@frilot.com

    Phillip Wittman, Esq.
    and Dorothy Wimberly, Esq.
    Homebuilders' and Installers' Liaison Counsel
    Stone, Pigman
    546 Carondelet Street, New Orleans, LA 70130
    at  pwittman@stonepigman.com and dwimberly@stonepigman.com

and the foregoing pleading has also been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047 on this, the 11th day of November, 2013.



                                                      /s/Traci Castille
                                                      TRACI CASTILLE