IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
:
This Document Relates to : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

## CONTRACTOR/INSTALLER DEFENDANT PROFILE FORM

All Contractor/Installer Defendants must complete and submit this Contractor/Installer Defendant Profile Form. Each Contractor/Installer Defendant must sign and date a separate Contractor/Installer Defendant Profile Form for each property owned, rented or occupied by persons who are named plaintiffs in suits pending in the MDL. If additional knowledge becomes known after completion, this Contractor/Installer Defendant Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Contractor/Installer Defendant Profile Form that relates to the specific attachment or document. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT COMPLETING THIS PROFILE FORM**

   A. Contractor/Installer Name: A.W. Independent, Inc.
   B. Address: 9307 Puritan Way, Rosharon, TX 77583
   C. Phone number: 281-431-5121
   D. Email: georgianawade@grocerybiz.com
   E. President or CEO: Georgianna Wade
   F. Headquarters if Foreign: N/A
   G. Address of USA Headquarters: N/A
   H. Principal Place of Business in USA: N/A

   (If you have identified more than one entity in IA above separately answer 1B-1H for each entity.)

II. **COUNSEL INFORMATION OF CONTRACTOR/INSTALLER DEFENDANT**

   A. Name: Traci Castille, Donald Moore, Shellye McDonald - Franke & Salloum PLLC
   B. Address: 10771 Lorraine Road, Gulfport, MS 39503
   C. Phone Number: 228-868-7070
   D. Fax Number: 228-868-7090
   E. E-Mail: tmc@frslaw.com

III. **INFORMATION ON PLAINTIFF PROPERTY OWNER, RENTER OR OCCUPANT**

   A. Name: Johnny Spencer

EXHIBIT
B

  B.  Address of Affected Property: 2216 Waterford Village, Missouri City, TX 77459

  C.  Case Docket No. 11-2349

IV. **INFORMATION ON SPECIFIC PROPERTIES**

  A. For each property identified in Section III above that you have performed an inspection on or have information concerning, answer the following:

    1. Do you have any contracts or agreements concerning Drywall with the Property owner, renter or occupant? Yes ____ No ✓

     If yes, provide the following information:

     Parties to the agreement:_____

     Date of contract or agreement: ___/___/_____ (Month / Day / Year)

     Subject of contract or agreement: _____

     Provide a complete copy of the contract or agreement.

    2. Did you issue any warranties for the product installed in the property?

     Yes____ No ✓

     Please provide a complete copy of any warranty.

    3. Are you aware of any warranties provided by any subcontractors or installers concerning the drywall installed on the property? If yes, describe the terms of the warranty.

     No.

     Provide a copy of any such warranty.

2

4. Have you had any correspondence or other communication with the Property owner, renter or occupant or any family member concerning Drywall or any construction or remediation matter?   Yes _____ No __✓__

   If yes, provide the following information:

   All dates of correspondence or communications:

   ____/____/_____ (Month / Day / Year)

   ____/____/_____ (Month / Day / Year)

   ____/____/_____ (Month / Day / Year)

   Who was the correspondence or communications by, between or among?
   _____

   What was the substance of the correspondence or communications?

   _____

   Attach copies of the correspondence or communications.

5. Have you performed any inspection(s), testing or analysis of the property? Yes _____ No __✓__

   If yes, provide the following information:

   Date of inspection, testing or analysis: ____/____/_____ (Month / Day / Year)

   Who performed the inspection, testing or analysis? _____

   Description of what was inspected, tested or analyzed:_____

   Attach copies of the complete inspection, test or analysis report.

   Were any photographs taken? Yes _____ No _____ How many? _____

   Attach copies of all photographs.

   What was the reason for the inspection, testing or analysis?_____

   Had there been any complaints about this property leading to the inspection, testing or analysis?_____

6. Has any sampling of drywall been performed of the property? Yes _____ No __✓__

   If yes, provide the following information:

   Date of sampling: ____/____/_____ (Month / Day / Year)

   Name and address of entity that performed the sampling:

   _____

   Describe sample provided for testing, including approximate size:

3

Specific location within property from which sample was taken:

_____

Purpose for which samples were taken (e.g., specific tests that were to be performed):

_____

Describe all tests performed on the samples, including who performed the tests:

_____

Attach complete copies of all sampling reports.

7. Have any statements been taken in connection with property or claim?

   Yes _____    No __✓__

   If yes, provide the following information:

   Date of statement: ____/____/_____ (Month / Day / Year)

   Who provided the statement? _____

   Was it recorded? Yes _____ No _____

   In what form was the statement provided? Written _____ Verbal _____

   Who was the statement provided to? _____

   Who did the person work for that took the statement? _____

   What was the substance of the statement? _____

   Attach complete copies of all statements.

8. Have any communications or correspondence regarding the property taken place with any drywall contractor / installer, builder, distributor in the USA, importer to the USA, exporter from China or manufacturers of drywall? Yes _____ No _____

   If yes, provide the following information:

   Date of correspondence or communication: ____/____/_____ (Month / Day / Year)

   Who was the correspondence or communication by, between or among? _____

   _____

   What was the substance of the correspondence or communication?

4

Attach all copies of the correspondence or communication, or report from the communication.

9. Have you received any communication concerning the subject property regarding the presence of Chinese Drywall? No.

Attach copies of all communications.

10. Have you received a request from anyone to repair the subject property? Yes ____ No ✓

If so, from whom did you receive the request? ____

11. Have you retained, employed or associated any experts or investigators to evaluate problems associated with Chinese Drywall? Yes ____ No ✓

If yes, please provide the following information:

Name ____
Address: ____
____
____
Phone Number: ____
Fax Number: ____
E-Mail: ____
Cell Phone: ____
Date retained: ___/___/___ (Month / Day / Year)
Purpose for which retained: ____
Area of expertise: ____

Have any reports or findings been issued? Yes ____ No ____

If so, please provide complete copies of any such reports or findings.

Please provide a copy of any Curriculum Vitae for each individual identified.

V. **INSTALLATION OF DRYWALL AT THE SPECIFIC PROPERTIES**

B. For each property identified in Section III above that you installed or acted as a contractor for the installation of Drywall, answer the following:

1. Did you have any contracts or agreements concerning Drywall installation with the Property owner, renter or occupant? Yes ____ No ✓

5

If yes, provide the following information:

Parties to the agreement:_____

Date of contract or agreement: ____/____/_____ (Month / Day / Year)

Provide a complete copy of the contract or agreement.

2. Provide the name and address of each individual employee that installed Drywall at the property:_____

3. Provide the name and address of any subcontractors or installers who were involved in the selection and/or installation of all drywall located on the property:
_____

4. Are you aware of any complaints or other problems with the subject drywall, whether raised by your employees, the installers, finishers, homeowners, or anyone else, concerning the drywall installed in the subject premises? If so, please state the exact nature of such complaints or problems: No,
_____
Attach all documents describing such complaints or problems.

5. Was any action taken to remedy such complaints or other problems? Describe all such actions.
N/A
_____
Attach all documents describing such actions taken.

VI. **CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION**

1. For all Drywall installed in the subject property, identify:

   a. Name of Chinese Drywall Manufacturer:_____

   b. Address of Chinese Drywall Manufacturer:_____

   c. Name of Drywall product:_____

   d. Identify any markings on the Chinese Drywall product (e.g., lot number, batch number, serial number, color markings, UPC codes, etc.):_____
   _____

   e. List all trademarks of the product:_____

   f. The name and address of the supplier of the Drywall: Interior/Exterior Building Supply
   _____

   g. Date you purchased the Drywall from the supplier: 4/4/2006

6

      h.     Amount of Drywall installed in the property: 23,280 ft.

      i.     Price you paid for the Drywall installed in the property: $7812.19

Provide documents relating to all of the above. (invoice attached)

2.    Are you aware of the identity of any other entity in the supply chain for the Chinese Drywall used in the subject property? Yes____ No ✓

If so, whom? _____

2.    Prior to installation of the drywall in the property identified in Section IV above:

      a.    Where was the product stored? Interior/Exterior Building Supply
      b.    Dates of storage? From ___/___/_____ (Month/Day/Year) to ___/___/_____ (Month/Day/Year)
      c.    Were any complaints made or received regarding storage of the product? Yes____ No____

Provide copies of all documentation.

## VII. PROPERTY – DRYWALL REPAIR OR REPLACEMENT

A.    Have you taken any measures to repair, replace, or remediate any drywall at the property which is the subject of this Contractor/Installer Defendant Profile Form? Yes____ No ✓

If yes, please provide the following information:

Date ___/___/_____ (Month / Day / Year)

B.    Have you repaired or replaced any appliances (air conditioners, hot water heaters, refrigerators, stoves, etc.) at the subject property? Yes____ No ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

C.    Have you repaired or replaced any electronics (televisions, microwaves, ovens, computers, etc.) at the subject property? Yes____ No ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

D.    Have you repaired or replaced any fixtures (faucets, toilets, etc.) at the subject property? Yes____ No ✓

If yes, please provide the following information:

Date: ___/___/_____ (Month / Day / Year)

E.    Have you repaired or replaced any personal items at the subject property? Yes____ No ✓

If yes, please provide the following information:

7

Date: ___/___/_____ (Month / Day / Year)

F. Have you made any offers to repair any of the property described in Section VI(A) thru (E) above?
Yes_____ No_____

Provide copies of all documentation.

VIII. **INSURANCE**

A. Identify all of your CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies from 2001 -2009:

For each policy, identify the following:

Insurer: _____

Dates policy in effect: ___/___/___ (Month / Day / Year) to ___/___/___ (Month / Day / Year)

Policy Number: _____

Type of Policy: _____

Insurance Agent _____

Policy Coverage Limits _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B. Identify all insurance claims you have made to any insurer related to Chinese Drywall from 2001-2009:

For each claim please provide the following:

Date: ___/___/_____ (Month / Day / Year)

Insurer: _____

Nature of claim: _____

Insurer's response to claim: _____

Final resolution of claim: _____

Please provide copies of any claims.

C. Identify all notices provided to insurers, reservation of rights responses and other replies received in response to any communication made with an insurer.

Please provide copies of any documentation supporting the above.

8

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Contractor/Installer's Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____     George Anne Wade     _____8/17/12_____
Signature                                           Print Name                              Date



**INTERIOR/EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS • MANDEVILLE
BATON ROUGE • BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY • LAFAYETTE • LONGVIEW
TUSCALOOSA • SHREVEPORT
LAKE CHARLES

# ACKNOWLEDGEMENT

| TAKEN BY | ACK DATE | ORDER NO. |
|---|---|---|
| SDB | 04/04/06 | 1608698-00 |
| P.O. NO | | PAGE # |
| 2216 WAREFORD VILLAGE | | 1 |
| SALES INITIALS | HA | |

CUST.#:  7553

SHIP TO: WATERFORD VILLAGE
2216 WATERFORD VILLAGE
GEROLD 713-208-0080
MISSOURI CITY, TX 77459

CORRESPONDENCE TO: INTERIOR / EXTERIOR BUILDING S
P. O. BOX 4002

NEW ORLEANS, LA 70178

BILL TO: CASH SALES HOUSTON

| INSTRUCTIONS | TERMS |
|---|---|
| | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| HOUSTON BRANCH | DEL/OUR TRCK | 04/10/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QUANTITY SHIPPED | QTY. U/M | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| 1 | 41212R<br>4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | 485 | 0 | 485 | PC | 310.00 | MSF | 7216.80 |
| 1 | Lines Total | Qty Shipped Total | | 485 | | Total<br>Taxes<br>Downpayment<br>Invoice Total | | 7216.80<br>595.39<br>7812.19<br>0.00 |

Last Page    ORDER #1608698-00

