UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to: | * * | JUDGE FALLON (L) |
| *Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-02349 (E.D. La.) | * * * | MAGISTRATE WILKINSON (4) |

## ORDER

The Court received and reviewed the Motion to Dismiss filed by A. W. Independent, Inc. [Doc. _____]. Counsel for A. W. Independent, Inc. seeks dismissal, with prejudice, from the *Arndt* case ( Case No. 11-02349) as a "Downstream InEx Releasee."

IT IS ORDERED THAT anyone objecting to A. W. Independent's Motion to Dismiss should file a response on or before November ____, 2013.

IT IS FURTHER ORDERED that a hearing on this Motion shall be held following the Monthly Status Conference on November 21, 2013, at 9:00 a.m.

New Orleans, Louisiana, this the ____ day of November, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE