UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | *<br>*<br>*<br>* | MDL No. 2047 |
| This Document Relates to: | *<br>* | JUDGE FALLON (L) |
| ***Arndt v. Gebrueder Knauf***<br>***Verwaltungsgesellschaft, KG,***<br>***Case No. 11-02349 (E.D. La.)*** | *<br>*<br>* | MAGISTRATE WILKINSON (4) |

**MOTION FOR EXPEDITED HEARING ON
A. W. INDEPENDENT, INC.'S MOTION TO DISMISS**

COMES NOW A. W. Independent, Inc., and files this Motion for Expedited Hearing on its Motion to Dismiss [Doc. 17243] and in support would state as follows::

On November 6, 2013, the undersigned Counsel for A. W. Independent, Inc. was served, via Lexis Nexis File & Serve, with this Court's order of October 25, 2013, dismissing claims against certain defendants in the *Arndt* case, Case No. 2011-cv-02349. [Doc. 17227]. A. W. Independent, Inc. was not listed as a Settling (dismissed) Defendant on "Schedule II," but was instead mistakenly listed on "Schedule III" as a "Remaining Defendant." [Doc. 17227-2, p. 1]. As explained in its Motion to Dismiss and Memorandum In Support, A. W. Independent, Inc. is a "Downstream InEx Releasee" and was thus mistakenly omitted from the Schedule of Settling (dismissed) Defendants.

Because the requested dismissal of A. W. Independent, Inc. would not prejudice any party (as the only persons with claims against A. W. Independent, Inc., Robert Sewell and Johnny Spencer, have not opted out and are bound by the settlement(s) in this case)[1] and since the

---

[1] These individuals have not opted out, but did not file claims by the October 25, 2013, filing deadline. However, they have a pending Motion to Extend Deadline for Claim Submission [Doc. 17223].

dismissal of A. W. Independent would modify in part the Court's October 25, 2013, Order, A. W. Independent, Inc. respectfully requests an expedited hearing on this motion following the Monthly Status Conference on November 21, 2013, at 9:00 a.m.

WHEREFORE, A. W. Independent respectfully requests an expedited hearing on its Motion to Dismiss.

Respectfully submitted, this the 11th day of November, 2013.

                FRANKE & SALLOUM, PLLC

                BY:  /s/ Traci Castille
                    TRACI CASTILLE, LA Bar No. 16852
                    tmc@frslaw.com
                    DONALD P. MOORE, LA Bar No. 20970
                    dpm@frslaw.com
                    SHELLYE V. McDONALD, MS Bar No. 2395
                    Franke & Salloum, PLLC
                    10071 Lorraine Road (39503)
                    Post Office Drawer 460
                    Gulfport, MS 39502
                    Phone:  228.868.7070
                    Fax: 228.868.7090

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing Motion for Expedited Hearing has been served by email on the following:

Plaintiffs' Liaison Counsel
Russ Herman, Esq.
Herman, & Katz, LLP
Plaintiffs' Liaison Counsel
820 O'Keefe Avenue, Suite 100,
New Orleans, Louisiana, 70113
at rherman@hhkc.com

Kerry Miller, Esq.
Frilot, L.L.C., Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
at kmiller@frilot.com

Phillip Wittman, Esq.
and Dorothy Wimberly, Esq.
Homebuilders' and Installers' Liaison Counsel
Stone, Pigman
546 Carondelet Street, New Orleans, LA 70130
at  pwittman@stonepigman.com and dwimberly@stonepigman.com

and the foregoing pleading has also been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047 on this, the 11th day of November, 2013.



/s/Traci Castille
TRACI CASTILLE