UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to: | * * | JUDGE FALLON (L) |
| *Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-02349 (E.D. La.) | * * * | MAGISTRATE WILKINSON (4) |

## **ORDER**

The Court received and reviewed the Motion for Expedited Hearing filed by A. W. Independent, Inc. [Doc. _____]. A. W. Independent, Inc. seeks an expedited hearing on its Motion to Dismiss, namely a hearing following the Monthly Status Conference on November 21, 2013, at 9:00 a.m.

IT IS ORDERED THAT anyone the Motion for Expedited Hearing is GRANTED and a hearing on A. W. Independent's Motion to Dismiss [Doc. 17243] shall be held following the Monthly Status Conference on November 21, 2013, at 9:00 a.m.

New Orleans, Louisiana, this the ____ day of November, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE