## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br><br>ALL CASES | |

## ORDER

The Court, having considered *Plaintiffs' Motion to Extend Deadline for Claim Submission* and supporting *Memorandum,* finds that Plaintiffs' motion should be granted and Claimants identified in Exhibit "A" shall have until the 15th day of    November   , 2013 to file their claim in MDL 2047 via the Claim Administrator's Portal or alternatively, by mail or email; accordingly, it is,

**ORDERED** that *Plaintiffs' Motion to Extend Deadline for Claim Submission* is **GRANTED.**

Signed this 12th day of November 2013.

Hon. Eldon E. Fallon
United States District Court Judge

1

# EXHIBIT A

Reich Binstock's Unfiled Claims

| Claimant ID | Name | Claimant Address | City | State | Zip | Parish/County | Type of Claim | Claim Submission Status |
|---|---|---|---|---|---|---|---|---|
| 107832 | Aguirre, Gilberto | 8223 Sugar Cane Dr | Baytown | TX | 77523 | Chambers | Knauf, Global, InEx | Registration Form Submitted |
| 107800 | Baile, Elizabeth | 2108 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | PRME | Claim Form in Progress |
| 107743 | Bart, Cynthia | 5531 Rickert Dr | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107701 | Bray, Andy | 180 Lake Hampton Dr | Hampton | GA | 30228 | | Global | Registration Form Submitted |
| 107739 | Brock, Ora | P.O. Box 322 | Franklinton | LA | 70438 | Washington | Global | Registration Form Submitted |
| | Brown, Zamir | 2116 Unity Village Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | |
| 107708 | Davis, Wash | 2305 Brighton Park Lane | Friendswood | TX | 77546 | Galveston | OLFB | Registration Form Submitted |
| 107681 | DeOlivera, Harry | 1819 Carriage Oak Ct | Hartsville | SC | 29550 | | Global | Registration Form Submitted |
| 107778 | Dodson, Chris | 25211 Pepper Ridge Lane | Spring | TX | 77373 | Harris | OLFB | Claim Form in Progress |
| 107702 | Fyfe, Jody Lee | 2112 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | Registration Form Submitted |
| 107734 | Galmiche, Stephen | 107 Overseas Avenue | Belle Chasse | LA | 70037 | Plaquemines | Global | Registration Form Submitted |
| | Givins, Rose | 6007 & 6009 Warfield | New Orleans | LA | 70117 | Orleans | Global | |
| 107813 | Gomez, Diana | 2207 Pleasant View Ave | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | Registration Form Submitted |
| 107812 | Haughton, Marcia | 1212 Santa Catalina Lane | North Lauderdale | FL | 33068 | Broward | Global | Registration Form Submitted |
| 107814 | Hill, Jamaal | 2105 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Global | Registration Form Submitted |
| 107802 | Le, Anh Van | 3503 Sringwood Lane | Ocean Springs | MS | 39564 | Jackson | Global | Registration Form Submitted |
| 107769 | Lewis, Lance | 301 Falcon Lake Dr | Friendswood | TX | 77546 | Galveston | Knauf, Global, InEx | Registration Form Submitted |
| 102020 | Majeed, Christina M | 351 Channelside Walk Way Apt. 4207 | Tampa | FL | 33602 | Hillsborough | Knauf, Global, Banner | Registration Form Submitted |
| 107829 | Padron, Augustin | 415 Mystic Trail Loop | Kingwood | TX | 77339 | Harris | Knauf, InEx | Registration Form Submitted |
| 107741 | Rankins, Edward | 4841 Franciso Verrette | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107759 | Sewell, Raymond | 2228 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | OLFB | Registration Form Submitted |
| 107749 | Sewell, Shirley | 2228 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | OLFB | Registration Form Submitted |
| 107693 | Seybold Flats Condominium Ass | 5680 W. Cypress St., Suite 5680A | Tampa | FL | 33607 | Hillsborough | Knauf, Global, Banner | Registration Form Submitted |
| 107816 | Sockman, Richard | 8856 E 98th Ave | Vero Beach | FL | 32967 | Indian River | Knauf, Global | Registration Form Submitted |
| 107750 | Spencer, Johnny | 2216 Waterford Village Blvd. | Missouri City | TX | 77459 | Fort Bend | Knauf, InEx | Registration Form Submitted |
| 107737 | Steele, Wanda | 7821 Mullet St | New Orleans | LA | 70126 | Orleans | Global | Registration Form Submitted |
| 107700 | Thornton, Julian | P.O. Box 1208 | Jacksonville | AL | 36265 | Calhoun | OLFB, PRME | Registration Form Submitted |
| 107685 | Urso, Christopher | 10629 Marsha Dr. | New Port Richey | FL | 34655 | Pasco | Global | Registration Form Submitted |
| 107692 | Urtubey, Jason | 20001 NE 14th Court | Miami | FL | 33179 | Miami-Dade | Global | Registration Form Submitted |
| 107824 | Valdovinos, Jose | 8215 Sugar Cane Dr | Baytown | TX | 77523 | Chambers | OLFB | Registration Form Submitted |
| | Violino, David | 2105 Delightful Dr | Ruskin | FL | 33570 | Hillsborough | Knauf, Global | |

Propery remediated under pilot program seeking Other Loss Fund benefits only
Condominium Association Only - no other claims
Option 2 Claimant - currently awaiting claimants choice of contractor - no other claims
Tried to file claim but would not allow me access to the claim form
These claimants were timely registered but they are not showing up on the claims administrators website