UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**

*Arndt v. Gebrueder Knauf*
*Verwaltungsgesellschaft, KG,*
*Case No. 11-02349 (E.D. La.)*

**ORDER**

Considering the pending Motion to Dismiss Defendant A.W. Independent, Inc. (Rec. Doc. 17243), **IT IS ORDERED** that this Motion be and is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Thursday, November 21, 2013.  Responses in opposition to this Motion shall be filed on or before Tuesday, November 19, 2013.

Accordingly, **IT IS ORDERED** that the Motion for Expedited Hearing (Rec. Doc. 17244) filed by A.W. Independent, Inc. is **GRANTED**.

New Orleans, Louisiana this 12th day of November, 2013.

_____
United States District Judge