# JIANGSU PROVINCE CHANGZHOU CITY

# INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Jiangsu Province Changzhou City Intermediate People's Court]

*Law Association No. FX-13-293*
*Judicial Association No. SX-13-343*

| Cause of Action | Service assistance | Cause No. | Changzhou Intermediate Court Law Association No. (2013) 3 |
|---|---|---|---|
| Documents Served and Number |  | | Summons, one copy, U.S. District Court, Eastern District of the State of Louisiana. |
| Recipient (Unit) | | | Changzhou Yinhe Wood Industry Co., Ltd. |
| Address for Service | | | |
| Recipient Signature or Seal | | | Wang, Hedi<br><br>June 3, 2013 |
| Substitute Recipient & Reasons for Substitution | | | Date |
| Remarks | | | The current address of Changzhou Yinhe Wood Industry Co., Ltd.: No.4, Weixi Road, Henglin Town, Wujin District, Changzhou City. |

Issuer:  Weng, Xuechao          Servers:  Dai, Zhongze     [Signature illegible]

SX-13-343

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __June 3, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Qianfeng Industrial Park, Henglin Town Changzhou, Jiangsu China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      - [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* ___
      - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Wang Hedi__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not Mentioned__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __June 17, 2013__
*Fait à*, *le*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

267249-7

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ Changzhou Yinhe Wood Industry Co., Ltd. _____
Qianfeng Industrial Park, Henglin Town Changzhou, Jiangsu, China, 213103

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at _____ , the
*Fait à* Minneapolis, Minnesota, U.S.A. , le 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

_Diane K Myers_

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 2

# 江苏省常州市中级人民法院

## 送达回证



Fx-13-293
SX-13-343

| 案　由 | 协助送达 | 案　号 | 常协计协（2013）字第 3 号 |
|---|---|---|---|
| 送达文书名称和件数 | 路易斯安那东部地区美国地区法院传票一份 | | |
| 受送达人 | 常州银河木业有限公司 | | |
| 送达地址 | | | |
| 受送达人签名或盖章 | 汪荷娣 2013 年 6 月 3 日 | | |
| 代收人及代收理由 | 　　　　　　　　　　年　月　日 | | |
| 备　考 | 银河木业有限公司现住所地为常州市武进区横林工业路14号 | | |

填发人 翁学铨　　　　送达人 戴忠华 陆蕾