# LIAONING PROVINCE
# FUXIN CITY INTERMEIDATE PEOPLE'S COURT
# PROOF OF SERVICE

*Judicial Association No. SX-13-342*
*Law Association No. FX-11-371*

[Seal: Liaoning Province Fuxin City Intermediate People's Court]

| | |
|---|---|
| Case Number | Liaoning Superior Court Law Association International No. (2013) 27 |
| Cause of Action | |
| Servee/Recipient | FUXIN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD. |
| Address for Service | Ditto |
| Document Served and Number | Legal documents |
| Signature or seal by Recipient | |
| Substitute Recipient | |
| Date of Receipt | April 10, 2013 |
| Server(s) | |
| Notes | It is noted that Xi, Fa Zhen, the General Manager of Fuxin Taishan Gypsum and Building Material Co., Ltd. refused to accept the legal documents served on her. (The material was left at the place of the recipient.) <br><br> Undertaker: Zhang, Ji Xiang <br> Witness: Song, Yu |

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Fuxin Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*que la demande a été exécutée*
- the (date)
- *le (date)* __April 10, 2013__
- at (place, street, number)
- *à (localité, rue numéro)* __Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning Province, China.__

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

(The general manager refused to accept the documents so the court officiers leave them at the company)

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method*:
   b)  *selon la forme particulière suivante:* _____
[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
   c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at ___Beijing___ the ___August 2, 2013___
*Fait à*
Signature and/or stamp [seal: 中华人民共和国 司法部 民商事司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

267249 - 8

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)      Fuxin Taishan Gypsum and Building Material Co., Ltd.
Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning, China, 123000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at                                           , the
*Fait à*     Minneapolis, Minnesota, U.S.A.    *le*   2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*[signature: Diane K Myers]*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                            (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 8

# 辽宁省阜新市中级人民法院

## 送 达 回 证

SX-13-342

| | (2013)辽高法外他字 17号 |
|---|---|
| 受送达人 | 阜新泰山石膏建材有限公司 |
| 送达地点 | 同 上 |
| 送达文书名称及件数 | 法律文书 |
| 受送达人签收 | |
| 代收人签收 | |
| 收到日期 | 2013 年 4 月 10 日 |
| 送达人 | |
| 备注 | 给阜新泰山石膏建材有限公司总经理薛法修正常送达法律文书,拒接收,特此说明。(材料已留在受送达人处) 承办人:张吉相 见证人:宋宇 |