*Law Association No. FX-2013-308*
*Judicial Association No. SX-313*

**THE PEOPLE'S REPUBLIC OF CHINA**

**SHANGHAI SUPERIOR PEOPLE'S COURT**

**PROOF OF SERVICE**

[Seal: Shanghai Superior People's Court]

| | |
|---|---|
| Cause No. | Shanghai Superior Court International Service No. (2013) 054 |
| Cause of Action | Law Association Receiving No. (2013) 308   U.S. |
| Documents Served and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy; documents, one copy. |
| Recipient (Unit) | Orient International Holding Shanghai Foreign Trade Co., Ltd |
| Address for Service | Suite B, No. 85, Loushan Guan Road, (Shanghai, China). |
| Recipient Signature or Seal | Chen, Hong Qi<br>Legal Office                              May 3, 2013 |

| Mode of Service Delivery | | Execution Server | Wang, Yao      Ge, Wen Jun |
|---|---|---|---|
| Reason(s) for Non-service or Servee's refusal to accept: | | | |
| | | May 3, 2013 | |

13- SXS- 313

Case Name:  Amorin (LA)  v.  Taishan Gypsum Co., Ltd.
Defendant:  Orient International Holding Shanghai Foreign Trade Co., Ltd.
Court Case No.:  11-1395

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1.* *que la demande a été exécutée*
- the (date)
- *le (date)*   May 3, 2013
- at (place, street, number)
- *à (localité, rue numéro)*   Suite B, No. 85, Loushan Guan Road, Shanghai City, China

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]   (b)   in accordance with the following particular method*:
          b)   *selon la forme particulière suivante:* _____

    [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
          c)   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*   The signature is not legible.

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*   Company Staff

2)   that the document has not been served, by reason of the following facts*:
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS:  Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at   Beijing   , the   July 29, 2013
*Fait à*                    , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

\*      Delete if inappropriate.
       *Rayer les mentions inutiles.*

2

中 华 人 民 共 和 国
司 法 部
民 商 事 司 法 协 助 专 用 章

*Fx - 2013 - 308*
*Sx - 313*

中华人民共和国
上海市高级人民法院
送 达 回 证

| 案号 | 沪高法外(2013）054 号 | | |
|---|---|---|---|
| 案由 | 法协（2013）308 号　　美国 | | |
| 送达文书<br>名称和件数 | 被送达文书概要一份，传票一份，诉状一份 | | |
| 受送达人 | 东方国际集团上海市对外贸易有限公司 | | |
| 送达地址 | 娄山关路 85 号 B 座 | | |
| 受送达人签<br>名或签章 | *[签名]* | 2013 年 5 月 3 日 | |
| 送达方式 | | 执行送达人 | *[签名]* |
| 不能送达的原因或<br>受送达人拒收理由： | | | |
| | | | 2013 年 5 月 3 日 |

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)          Orient International Holding Shanghai Foreign Trade Co., Ltd.
_____ Suite B. No. 85, Loushan Guan Road, Shanghai, Shanghai, China _____

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*
_____
_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations
_____
_____
_____
_____
_____

Done at
*Fait à*      Minneapolis, Minnesota, U.S.A.          , the
                                                              *, le*  2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

*Diane K Myers*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 52