FX-2013-310 SX-289

The People's Republic of China

Shanghai City Higher People's Court

Proof of Service

[Seal affixed: Shanghai City Higher People's Court]

| Case Number | Shanghai Higher Court Foreign (2013) 056 |
|---|---|
| Cause of Action | Judicial Assistance (2013) 310  USA |
| Name and Number of Copies of Documents Served | A Summary of Documents to Be Served, summons, complaint, |
| The Addressee | Shanghai East Best Arts & Crafts Co., Ltd. |
| Address for Service | 273 Si Ping Lu |
| Signature or Seal of the Addressee | Year    Month    Day |
| Manner of Service | Server | |

**Reason for Inability to Server or for Refusal by the Addressee:**

**Refused to accept**

  **Weinong Gao, Genping Cui**

  04-23-2013

FX-2013-310
SX-28

中华人民共和国
上海市高级人民法院
送 达 回 证

| 案号 | 沪高法外(2013) 056 号 |
|---|---|
| 案由 | 法协（2013）310 号　　美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份 |
| 受送达人 | 上海东浩工艺品股份有限公司 |
| 送达地址 | 四平路 273 号 |
| 受送达人签名或签章 | 　　　　　　　　　　　年　　月　　日 |
| 送达方式 | 　　　　　　　　执行送达人 |
| 不能送达的原因或受送达人拒收理由： | 拒签． 2013.4.23　〔签名〕 崔根平．　　　　　　　　年　　月　　日 |

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matièrè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SXS-789

| Identity and address of the applicant *Identité et adresse du requérant* | Address of receiving authority *Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (identité et adresse)   Shanghai East Best Arts & Crafts Co., Ltd.
   273 Sl Ping Lu, Shanghai, Shanghai, China, 200081

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Translations

Done at                                                          , the
Fait à        Minneapolis, Minnesota, U.S.A.          , le  2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Diane K Myers]

(Formerly OBD-116 which was formerly LAA-116,            USM-94
both of which may still be used)                         (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249-24

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Shanghai East Best Arts & Crafts Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## ATTESTATION

13-SXS-289

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The addressee refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at / *Fait à* Beijing , the / *le* July 25, 2013

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249-24

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Eduardo and Carmen Amorin, et al </br></br> *Plaintiff* </br></br> v. </br></br> Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al </br></br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. 11-1395 Section L </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shanghai East Best Arts & Crafts Co., Ltd.
273 SI Ping Lu
Shanghai
Shanghai China 200081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: June 17, 2011

*Signature of Clerk or Deputy Clerk*