The People's Republic of China

Shanghai City Higher People's Court

Proof of Service

[Seal affixed: Shanghai City Higher People's Court]

| | |
|---|---|
| Case Number | Shanghai Higher Court Foreign (2013) 053 |
| Cause of Action | Judicial Assistance (2013) 336  USA |
| Name and Number of Copies of Documents Served | A Summary of Documents to Be Served, summons, complaint, A document |
| The Addressee | Shanghai Yu Yuan Import and Export Co. Ltd. |
| Address for Service | 3/F No. 135-1, Jiu Jiao Chang Road |
| Signature or Seal of the Addressee | Refuse to accept<br>Jing Huang                    April 22, 2013 |
| Manner of Service | | Servers | Guoqing Wang, Baoliang Ren |

Reason for Inability to Server or for Refusal by the Addressee:

The addressee is not our company

April 22, 2013



中华人民共和国
上海市高级人民法院
送 达 回 证

| 案号 | 沪高法外（2013）053 号 |
|---|---|
| 案由 | 法协（2013）336 号    美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份，文书一份 |
| 受送达人 | 上海豫园进出口有限公司 |
| 送达地址 | 上海旧校场路 135 弄 1 号 3 楼 |
| 受送达人签名或签章 | 拒收  黄景   2013 年 4 月 22 日 |
| 送达方式 |  执行送达人  （签名） |

不能送达的原因或

受送达人拒收理由：抬头非本公司

2013 年 4 月 22 日

FX-2013-336
SX-288

Letter of Shanghai City Higher People's Court

Shanghai Higher Court Foreign (2013) 053

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance (2013) 336 on the U.S. Request to Serve Legal Documents to Shanghai Yu Yuan Import and Export Co., Ltd., Shanghai City Higher People's Court has tried to serve the relevant party with the legal documents, but the service was unsuccessful as the addressee refused to accept them on the ground of incorrect name. Please note that the proof of service is hereby attached together with said documents.

Attachments:  1. Documents that are not served

2. Proof of Service


[Seal affixed: Foreign Affairs Office of Shanghai City Higher People's Court]
June 26, 2013

Fx-2013-336
Sx-288

# 上海市高级人民法院函

沪高法外（2013）053 号

最高人民法院外事局：

贵院法协（2013）336 号关于 美国 请求向 上海豫园进出口有限公司 送达法律文书一事，业已经上海市高级人民法院将法律文书送达有关当事人，被送达人以单位名称不对而拒收，现将送达回证附后，将所附材料退回，请查收。

附：1、未送达的文书

2、送达回证。



二〇一三年六月二十六日

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)     Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
     3/F No. 135-1, Jiu Jiao Chang Road, Shanghai, China, 200010

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
 b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
 c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

√ Summary of the Document to be Served
√ Summons in a Civil Action
√ Plaintiffs' Class Action Complaint with Exhibit "A"
√ Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the 2-28-13
                                                  *le*

Signature and/or stamp.
*Signature et/ou cachet.*

_____
(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249-25

Case Name:  Amorin (LA)  v.  Taishan Gypsum Co., Ltd.
Defendant:  Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
Court Case No.:  11-1395

**CERTIFICATE**
*ATTESTATION*

13-SXS-288

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
*1.  que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
        *b)   selon la forme particulière suivante:* _____
    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*

The company refused to accept the documents, because the company found at the address provided is not the one listed in the request.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at Beijing , the July 29, 2013
*Fait à _____ le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267249-25

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Eduardo and Carmen Amorin, et al | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 11-1395 Section L |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shanghai Yu Yuan Imp. & Exp.Co., Ltd
3/F No. 135-1
Jiu Jiao Chang Road
Shanghai
China 200010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: June 17, 2011

*Signature of Clerk or Deputy Clerk*