SX-13-296

## Jiangjin District People's Court of Chongqing City

Proof of Service

[Seal affixed: Jiangjin District People's Court of Chongqing City]

| Cause of Action | Assisting Foreign Court to Serve Legal Documents of Civil Case | Case No. | Judicial Assistance (2013) 306 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | 1. A Civil Action Summons from Southern District of Florida of United States District Court<br>2. A Complaint<br>3. Document and relevant Chinese translation versions<br>4. A Summary of Documents to Be Sent | | |
| The Addressee | Taishan Gypsum (Chongqing) Co., Ltd. | | |
| Address for Service | Luhuang Industrial Park A, Jiangjin District, Chongqing | | |
| Signature or Seal of the Addressee | Year    Month    Day | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year    Month    Day | | |
| Remarks | Jun Yang (Judge) and Jiaodong Yang (Clerk) from Jiangjin District People's Court of Chongqing City went to Taishan Gypsum (Chongqing) Co., Ltd. to serve the above documents at 9 a.m. on June 7, 2013, a man who claimed to be the manager of the general office of the company (male, in his 40's, about 165cm, strong out of town accent) said that his company did not sell to the U.S., and he refused to accept the above mentioned documents upon being told about the rights and obligations in those documents. Serving by leaving the documents there was not successful. It is hereby stated. | | |

Completed by: Jun Yang          Servers: Jun Yang, Jiadong Zhang   06-07-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.
    (2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

[Left margin: Binding Line]

SX-13-296

# 重庆市江津区人民法院
## 送达回证

| 案　由 | 协助外国司法机关送达商事法律文书 | 案　号 | （法协(2013)306号）字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 1. 佛罗里达州南部地区美国地区法院民事诉讼传票1份<br>2. 诉状1份<br>3. 文书相关中译文　4. 被送达人概要1份 | | |
| 受送达人 | 泰山石膏（重庆）有限公司 | | |
| 送达地址 | 重庆市江津区珞璜工业园区A区 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | 重庆市江津区人民法院干警杨军（审判员）、张娇东（书记员）于2013年6月7日9时许至泰山石膏（重庆）有限公司住所地向该公司送达上述文书，一名自称该公司综合处收件人（男，40岁左右，165cm左右，操本地口音）表示其公司产品未销售至美国，经向其释明诉讼所载权利义务，其表示拒收上述文书。经简易送达后果，特此说明。 | | |

填表人　杨军　　送达人　杨军、张娇东　2013.6.7

注：(1)送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理。送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
(2)代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-296

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Taishan Gypsum (Chongqing) Co., Ltd.
                Luhuang Industrial Park A, Jiangjin, Chongqing, China, 402260

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

✓ Summary of the Document to be Served
✓ Summons in a Civil Action
✓ Plaintiffs' Class Action Complaint with Exhibit "A"
✓ Translations

Done at
Fait à       Minneapolis, Minnesota, U.S.A.       , the
                                                   le   2-28-13

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

*[signature: Diane K Myers]*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249-34

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Chongqing) Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
## ATTESTATION

2013-SXS-296

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*

日期 - the (date)
   - *le (date)* _____

地点 - at (place, street, number)
   - *à (localité, rue numéro)* _____

方式 - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
   ✓ [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____
   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

入信人 - (identity and description of person)
   - *(identité et qualité de la personne)* _____

关系 - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
The court officers went to the company at June 7, 2013. The division head of the company claimed they didn't sell any product to U.S.A. The court officers explained what the documents say, but the division head refused to accept the documents.
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*. The court officers tried to leave the documents at the company, but failed.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations
**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at    Beijing                , the August 8, 2013
*Fait à*                          , *le*
Signature and/or stamp.
*Signature et/ou cachet.* [seal: 中华人民共和国 司法部 民商事司法协助专用章]

_____

*  Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

267249-34

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Eduardo and Carmen Amorin, et al <br><br> *Plaintiff* <br><br> v. <br><br> Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 11-1395 Section L |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Taishan Gypsum (Chongqing) Co., Ltd.
Luhuang Industrial Park A
Jiangjin
Chongqing
402260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
CLERK OF COURT

Date: June 17, 2011

*Signature of Clerk or Deputy Clerk*