SX-13-300

No. 0044748

| Henan Province Higher People's Court<br><br>Proof of Service<br>[Seal affixed: Henan Province Higher People's Court] | | | | | |
|---|---|---|---|---|---|
| The Addressee | Taishan (Henan) Gypsum Co., Ltd. | | Cause of Action | Claim, Dispute | |
| Address for Service | Shouyang Industrial Park, Beihuan Road North, Yanshi City, Henan Province | | | | |
| Document Served | Issuer | Servers | Date of Receipt | Signature or Seal of Recipient | Reason for Inability to Serve |
| Judicial Assistance (0213) 330 | Quenian Ye | Jiwei Zhang<br><br>Mingyue Wang | 5-9-2013 10 a.m. | | Served by leaving the documents there |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Remarks:<br><br>Witnesses: Yaoting Zhang,  Chaokun Gu | | | | | |

Note: (1) If the recipient is not present, deliver the documents to his/her adult family member, neighbor, employer or the township government, village committee or neighborhood committee to receive on his/her behalf.

(2) If the documents are received by someone on behalf, the recipient shall affix his/her signature or seal in the box for the addressee and shall indicate his/her relationship with the addressee.

№ 0044748

河 南 省 南 高 级 人 民 法 院

送 达 回 证

| 收 件 人 | 泰山（河南）石膏有限公司 | | | 案 由 | 索 求 赔 偿 纠纷 | |
|---|---|---|---|---|---|---|
| 送 达 地 点 | 河南省偃师市北环路北首阳工业园 | | | | | |

| 送 达 文 件 | 签发人 | 送达人 | 收 到 日 期 | 收件人 签名或 盖 章 | 不 能 送 达 理 由 |
|---|---|---|---|---|---|
| 法协（0213）330 号 | 叶顾 张鉴 赵朋伟 | | 2013年 5 月 9 日 10 时 | | 留置送达 |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |

| 备 注 | 见证人：孙跃挺 顾朝坤 |
|---|---|

注：（1）如收件人不在时，将文件交与他的成年家属、近邻、工作机关或收件人居住地的乡政府、村委会或街
　　　道办事处代收。
　　（2）如系代收，代收人应在收件人栏内签名或盖章注明收件人的关系。

Case Name: Amorin (LA) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Henan) Co., Ltd.
Court Case No.: 11-1395

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    that the document has been served*
*1.*    *que la demande a été exécutée*
- the (date)   May 9, 2013
- *le (date)*
- at (place, street, number)   Shouyang Industrial Park, Beihuan Road North, Yanshi City
- *à (localité, rue numéro)*   Henan Province, China.
- in one of the following methods authorised by article 5-   (The Court officers left the documents at
- *dans une des formes suivantes prévues à l'article 5:*   the Company)

    [X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]   (b)   in accordance with the following particular method*:
        *b)*   *selon la forme particuliére suivante:* _____

    [ ]   (c)   by delivery to the addressee, who accepted it voluntarily.*
        *c)*   *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
      - (identity and description of person)
      - *(identité et qualité de la personne)* _____

      - relationship to the addressee (family, business or other):
      - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)    that the document has not been served, by reason of the following facts*:
*2.*    *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at   Beijing   , the   August 22, 2013
*Fait à* _____ , *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
中国司法协助专用章

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

267249 - 35

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ Taishan Gypsum (Henan) Co., Ltd. _____
Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan, China, 471900

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at / *Fait à* _____ Minneapolis, Minnesota, U.S.A. _____ , the / *le* 2-28-13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267249 - 35