UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

At the last Monthly Status Conference, there was a brief discussion about the Louisiana AG lawsuit. The Court indicated that a discussion regarding a possible scheduling order in that case would take place at the next Monthly Status Conference on November 21, 2013. The Court has since been contacted by Counsel for Defendant, who requests that this discussion be moved to the Monthly Status Conference on December 19, 2013 so that he can be present. Accordingly, a full discussion of this matter will take place at the Monthly Status Conference on December 19, 2013.

New Orleans, Louisiana, this 13th day of November, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE