UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

CLASS COUNSEL'S RESPONSE
TO INDIVIDUAL PLAINTIFFS' MOTION TO WITHDRAW
VERIFICATION OF CLAIMS FORM REQUIREMENT OR,
IN THE ALTERNATIVE, TO MODIFY LANGUAGE

Class Counsel hereby respond to the Individual Plaintiffs' Motion to Withdraw Verification of Claims Form Requirement or, In the Alternative, to Modify Language filed by Mr. C. David Durkee and Mr. Mark Milstein [Rec. Doc. 17221].

Pursuant to the Final Order of February 7, 2013, Brown Greer was appointed the claims administrator to administer the five interrelated settlements. To further enable Brown Greer to conduct its efforts, Brown Greer was authorized to prepare Claim Administrative Procedures ("CAP"). *See In re Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, PTO 27 (E.D.La. Sept. 10, 2013)(Rec.Doc.No. 17060). Brown Greer has implemented a procedure requiring verifications. Mr. Durkee and Mr. Milstein on behalf of their clients have filed a motion opposing this procedure. The PSC has consulted with senior attorney for Brown Greer, Jacob S. Woody. Mr. Woody has prepared a declaration addressing this motion which Class Counsel attaches hereto as Exhibit "A" and adopts the position taken by the Claims Administrator *in toto*.

1

Respectfully submitted,

Dated:  November 14, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel MDL 2047*
*and Proposed Class counsel*

Arnold Levin, Esquire
Fred S. Longer, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*and Proposed Class Counsel*

Richard J. Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpelawfirm.com
*Proposed Class Counsel*

Richard S. Lewis, Esquire
Kristen M. Ward, Esquire
HAUSFELD, LLP
1700 K Street, NW
Suite 650
Washington, D.C.  20006
Phone: (202) 540-7200
Fax: (202) 540-7201

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of November, 2013.

            /s/ Leonard A. Davis
            Leonard A. Davis, Esquire
            HERMAN, HERMAN & KATZ, LLC
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            Ldavis@hhklawfirm.com
            *Plaintiffs' Liaison Counsel in MDL 2047*
            *Co-counsel for Plaintiffs*