# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 <br> : <br> : SECTION: L <br> : <br> : JUDGE FALLON <br> : MAG. JUDGE WILKINSON <br> : |

## AFFIDAVIT OF JACOB S. WOODY

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO, to-wit:

Jacob S. Woody, of full age, being duly sworn, upon his oath deposes and says:

1. **Personal Information.** My name is Jacob S. Woody. I am a Senior Counsel at BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia. I am responsible for the day to day operation of the Chinese Drywall Settlement Program.

2. **Personal Knowledge.** The matters set forth in this Affidavit are based upon my personal knowledge.

3. **Chinese Drywall Verification of Claim Form.** For the convenience of claimants and law firms, the Settlement Program allows attorneys to sign and submit claims on behalf of claimants. Because the claimant is not required to sign or otherwise verify information in the claim form at the time of submission, the Settlement Administrator created a Verification of Claim Form ("Verification Form") that required claimants to verify the information contained in claim forms and documents submitted on their behalf by their attorneys. The Settlement Administrator does not require the Verification Form to process a claim, but will require submission of an executed Verification Form prior to issuing any payment. The lack of a

Verification Form in a claim file will not prevent or delay the Settlement Administrator from processing a Chinese Drywall claim.

4. ***Contact with the Milstein Adelman law firm.*** On October 16, 2013, I spoke with a representative of Milstein Adelman regarding the Verification Form. I explained the genesis of the form and that the sole purpose of the form was to require a claimant to verify that the information in the claim form and in supporting documents was accurate. I also explained that the requirement that the claimant verify the information in the claim form would not cause any processing delays because the Settlement Administrator would not require the Verification Form until the claim was found to be eligible. Finally, I explained that the firm could have the client execute the Verification Form at the same time the client executes the Release, thereby avoiding unnecessary meetings or requests to clients.

Executed on November 14, 2013.

_____
Jacob S. Woody

COMMONWEALTH OF VIRGINIA
COUNTY OF HENRICO, to-wit

Sworn to and subscribed before me, the undersigned authority, on this 14th day of November, 2013.

Janice B. Butler
Notary Public

My commission expires: 12-31-16

Registration Number: 320045

2