## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 <br> ) <br> ) <br> ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) <br> ) <br> ) |
| ALL CASES | ) JUDGE FALLON <br> ) MAG. JUDGE WILKINSON <br> ) |

### INDIVIDUAL PLAINTIFFS' REPLY TO CLASS COUNSEL'S RESPONSE TO INDIVIDUAL PLAINTIFFS' MOTION TO WITHDRAW VERIFICATION OF CLAIMS FORM REQUIREMENT OR, IN THE ALTERNATIVE, TO MODIFY LANGUAGE

Individual Plaintiffs hereby file this brief for the limited purpose of replying to Class Counsel's Response to Individual Plaintiffs' Motion To Withdraw The Verification Of Claims Form Requirement Or, In The Alternative, To Modify Language. Individual Plaintiffs hereby and respectfully reserve all jurisdictional and substantive defenses and arguments pending this Court's decision on whether to set the motion for hearing.

## I.      INTRODUCTION

As an initial matter, Class Counsel's Response fails to address any of the issues identified in Individual Plaintiffs' Motion regarding the new Verification of Claims Form requirement. The primary issues include the fact that the Verification of Claims Form was not approved by this Court pursuant to Federal Rule of Civil Procedure 23(e), the Form presents a likelihood of delay in payment of pro rata settlement funds, as well as

the likelihood of a chilling effect on claimants due to the intimidating language contained in the Form.

## II.   LEGAL ANALYSIS

### A.   The Verification of Claims Form Requirement Is Not A Claims Administrator Procedure.

Class Counsel states in its Response that the procedure for a Verification of Claims Form was created by Brown Greer as a Claims Administrator Procedure ("CAP"). This is incorrect.  As stated in the e-mail notice for the Verification Form, this new procedure was brought about as an agreement by the parties to the settlement (not Brown Greer).  Exhibit "A".  Further, as currently reflected on the Brown Greer website, there is no CAP for the Verification of Claim Form requirement.    See www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx.    Additionally,    the Verification of Claims Form requirement could not be a CAP as it is substantive in nature with the potential to adversely affect the timing of <u>distribution</u> of settlement funds, as well as the number of claimants in the classes.  Notably, even if it were designated a CAP (though this would be procedurally improper), this Court nevertheless retains the exclusive and continuing jurisdiction to interpret and enforce any such requirement.

### B.   The Verification of Claims Form Requirement May Delay Pro Rata Settlement Distribution.

The Affidavit of Jacob Woody attached to Class Counsel's Response states that the Settlement Administrator **"will require submission of an executed Verification Form prior to issuing any payment**." [*Emphasis added.*]  Class Counsel's Response To Individual Plaintiffs' Motion To Withdraw The Verification of Claims Form Requirement Or, In The Alternative, To Modify Language, Exhibit "A".

Moreover, the e-mail notice for the Verification of Claims Form requirement states: "If you do not submit the Verification of Claims Form and are otherwise eligible for compensation through the Chinese Drywall Settlement Program, you may receive an Incompleteness Notice requesting the Verification of Claims Form, **and your claim(s) will be incomplete until you submit the Verification of Claims Form.**" [*Emphasis added.*] Exhibit "A".

Because there is no deadline for Verification of Claims Form submission, any settlements distributed on a pro rata basis are likely going to be affected by this new requirement. Class members' failure to timely submit the Verification of Claims Form will delay the funds from being allocated as the collective number of claimants will remain unknown until all forms are either received or affirmatively refused. Accordingly, late filed Verification of Claims Forms adversely affects the distribution date because pro rata settlement funds cannot be allocated until the final number of claimants submitting the Form is known.

## C.   The Language In The Verification of Claims Form Is Unnecessarily Intimidating to Claimants.

The term "suspicious claims" is not defined in the Verification of Claims Form. Brown Greer has not provided guidance in determining what a "suspicious claim" would look like. The use of the undefined term, "suspicious claims", in conjunction with the language "will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution" is unnecessarily intimidating to claimants. At a minimum, this vague and threatening language should be stricken from the Verification of Claims Form.

## III.   CONCLUSION

Based on the foregoing, it is hereby respectfully requested that the Court Withdraw the Verification of Claims Form requirement, or in the alternative, modify the language contained therein.

Respectfully submitted,

/s/ C. David Durkee, Esq.
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL  33134
Phone:  (305) 442-1700
Fax:  (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA  90405
Phone:  (310) 396-9600
Fax:  (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated: November 15, 2013

# *EXHIBIT A*

| From: | CDWQuestions@browngreer.com |
|---|---|
| Sent: | Tuesday, October 15, 2013 1:42 PM |
| To: | Allison Willett |
| Subject: | Chinese Drywall Claim Verification Requirement |
| Attachments: | CDW_Verification_of_Claims.PDF |
| | |
| Importance: | High |

This is a message from the Settlement Administrator for the Chinese Drywall Settlement Program. By agreement of the parties, all claimants in the Chinese Drywall Settlement Program must submit a Verification of Claims Form signed by the Claimant certifying that Claim Form information and supporting documents provided by the claimant are true and correct. The Verification of Claims Form is attached to this email and is also available for download at https://www3.browngreer.com/Drywall/Un-Secure/Docs/CDW_Verification_of_Claims.pdf. To submit the Verification of Claims Form to the Settlement Administrator, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload the Form to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send it by U.S. Mail to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

If you are a law firm, you need only submit the Verification of Claims Form once for each claimant. If you are not represented by an attorney, you should submit only one Verification of Claims Form. The Settlement Administrator will review submitted Verification of Claims Forms in conjunction with all submitted claims by a claimant.

The Settlement Administrator will accept the Verification of Claims Form after the October 25, 2013 claim submission deadline. If you do not submit the Verification of Claims Form and are otherwise eligible for compensation through the Chinese Drywall Settlement Program, you may receive an Incompleteness Notice requesting the Verification of Claims Form, and your claim(s) will be incomplete until you submit the Verification of Claims Form. You must submit a completed Verification of Claims Form in order to receive compensation through the Chinese Drywall Settlement Program.

If you have any questions about the Verification of Claims Form, contact the Settlement Administrator by email at CDWQuestions@browngreer.com or by phone at (866) 866-1729.

**Chinese Drywall Settlement Administrator**
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
CDWQuestions@browngreer.com
Telephone: (866) 866-1729
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received*

*this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*