EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

Eddie Adams
CASE NO.: 11-0080 (Abel v. Taishan, *et. al*)
CASE NO.: 11-1395 (Amorin *et al.*, v. Taishan *et. al*)
CASE NO.: 11-1672 (Amorin *et al.*, v. Taishan *et. al*)
CASE NO.: 11-1673 (Amorin *et al.*, v. Taishan *et. al*)
CASE NO.: 09-6690 (Gross *et al.* v. Knauf Gips KG, *et. al*)

## NOTICE OF REMEDIATION

NOW INTO COURT, through undersigned counsel, comes Eddie Adams who wishes to inform the parties, that Plaintiffs wish to start remediating their home located at 900 Union Avenue, Bogalusa, LA 70427. Plaintiffs allege that their drywall was manufactured by Taishan and installed by himself.

Respectfully Submitted:

_____
Mekel S. Alvarez (LA Bar Roll 22157)
Morris Bart, LLC
909 Poydras St., Suite 2000
New Orleans, LA 70112
Telephone:   504.599.3385
Facsimile:    504-599.3392
Email: malvarez@morrisbart.com

*and*

Salvadore Christina, Jr. (LA Bar Roll 27198)
Becnel Law Firm
P.O. Drawer H
Reserve, LA 70084
Phone: 985.536.1186
Fax: 985.536.6445
Email: schristina@becnellaw.com

## CERTIFICATE OF SERVICE

A copy of this pleading has been served on all counsel on this 15th day of November, 2013 via File & Serve Xpress.

_____
Mekel S. Alvarez