APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* ___ Changzhou Yinhe Wood Industry Co., Ltd. ___
___ Qianfeng Industrial Park, Henglin Town Changzhou, Jiangsu, China, 213103 ___

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* ___

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at / *Fait à* ___ Minneapolis, Minnesota, U.S.A. ___ , le ___ 3/29/2013 ___

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 07

2013- SXS- 561

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.: 2:11-cv-377

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* June 3, 2013
- at (place, street, number)
- *à (localité, rue numéro)* Qianfong Industrial Park, Henglin Town, Changzhou City, Jiangsu Province, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        a) *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ] (b) in accordance with the following particular method*:
        b) *selon la forme particulière suivante:* _____
    [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
        c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* Wang Hedi

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Not Mentioned

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing, the July 18, 2013
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

267247 - 07

Changzhou City Intermediate People's Court of Jiangsu Province

Proof of Service

[Seal affixed: Changzhou City Intermediate People's Court of Jiangsu Province]

FX-13-533 SX-13-561

| Cause of Action | Judicial Assistance to Serve | Case No. | Changzhou Intermediate Judicial Assistance (2013) 4 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One copy of summons from U.S. District Court, Eastern District of Virginia | | |
| The Addressee | Changzhou Yinhe Wood Industry Co., Ltd. | | |
| Address for Service | 14 Weixi Road, Henglin, Wujin District, Changzhou | | |
| Signature or Seal of the Addressee | Heyan Wang  June 3, 2013 | | |
| The Addressee's Agent and Reason for such Agency | Year        Month        Day | | |
| Remarks | | | |

Issued by: Xuechao Weng                    Servers: Zhongze Dai, Xiao [illegible]

# 江苏省常州市中级人民法院
## 送达回证



FX-13-533
SX-13-561

| 案 由 | 协助送达 | 案 号 | 常中法协<br>(2013)字第 4 号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 维吉尼亚州东部地区美国地区法院传票一份 | | |
| 受送达人 | 常州银河木业有限公司 | | |
| 送达地址 | 常州市城港区横林卫西路14号 | | |
| 受送达人<br>签名或盖章 | 汪荷娣 2013年 6 月 3 日 | | |
| 代收人及<br>代收理由 | | | 年　月　日 |
| 备　考 | | | |

填发人 翁荣超　　　　送达人 戴志洋 /陈伟