APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Fuxin Taishan Gypsum and Building Material Co., Ltd.
   Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning, China, 123000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at
*Fait à*   Minneapolis, Minnesota, U.S.A.   , le 3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

*Glenda Fichtner*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

* Delete if inappropriate.
  *Rayer les mentions inutiles*

267247 - 08

13-SXS-562

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Fuxin Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 2:11-cv-377

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* __May 30, 2013__
- at (place, street, number)
- *à (localité, rue numéro)* __Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning China__

- in one of the following methods authorised by article 5-    (The manager refused to accept the documents, so
- *dans une des formes suivantes prévues à l'article 5:*          the Court officiers left
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*        ~~them at the Company~~ )
  [ ] (b) in accordance with the following particular method*:
  *b) selon la forme particulière suivante:* _____

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at __Beijing__    中 华 人 民 共 和 国
*Fait à* _____ 司 法 __August 2, 2013__
Signature and/or stamp. 民 商 事 司 法 协 助 专 用 章
*Signature et/ou cachet.*

* Delete if inappropriate.                    2
  *Rayer les mentions inutiles.*

267247 - 08

FX-13-531
SX-13-562

Statement

In response to the requirement of the letter numbered Liaoning Higher Court Foreign (2013) 33 from Liaoning Province Higher People's Court, servers from this court arrived at Fuxin Taishan Gypsum and Building Material Co., Ltd. at 8:50 a.m. on May 30, 2013 to serve it with the legal documents, Fazhen Xue, legal representative and general manager of the company, refused to sign and accept them, our servers left the legal documents for serving at the company, they are Jixiang Zhang, Yujun Sun, and Yu Song.

[seal affixed: Fuxin City Intermediate People's Court of Liaoning Province]
May 30, 2013

Fx-13-531
Sx-13-562

# 情 况 说 明

根据辽宁省高级人民法院辽高法外他字（2013）第33号函的要求，我院送达人员于2013年5月30日上午8时50分左右到阜新泰山石膏建材有限公司向其送达法律文书，该公司法定代表人、总经理薛法珍拒绝签收，送达人员将送达的法律文书留在了该公司。送达人员是：张吉相、孙玉俊、宋宇。



Fuxin City Intermediate People's Court of Liaoning Province

Proof of Service

| Case Number | |
|---|---|
| Cause of Action | |
| The Addressee | Fuxin Taishan Gypsum and Building Material Co., Ltd. |
| Address for Service | Same as above |
| Name and Number of Copies of Documents Served | Legal Documents |
| Signature for Receiving of the Addressee | |
| Signature for Receiving of the Agent of Addressee | |
| Receiving Date | Year    Month    Day |
| Server | |
| Remarks | We arrived as the company at 8:50 a.m. on May 30, 2013 to serve the legal documents to Fazhen Xue, legal representative and general manager of the company, who refused to sign and accept them. These servers left said legal documents at the company.<br><br>Servers: Jixiang Zhang<br>Yujun Sun<br>Yu Song          May 30<br>[seal affixed: Fuxin City Intermediate People's Court of Liaoning Province] |

# 辽宁省阜新市中级人民法院
## 送 达 回 证

| | |
|---|---|
| 案　号 | |
| 案　由 | |
| 受送达人 | 阜新泰山石膏建材有限公司 |
| 送达地点 | 同　上 |
| 送达文书名称及件数 | 法律文书 |
| 受送达人签收 | |
| 代收人签收 | |
| 收到日期 | 　　　年　　月　　日 |
| 送达人 | |
| 备注 | 2013年5月30日上午8时50分到该公司向其法定代表人、总经理薛法扬送达法律文书，总经理薛法扬拒绝签收，送达人只得将送达的法律文书留在了该公司。 |