APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*    Hubei Taishan Building Material Co., Ltd.
Jingmen High and New Technology Industrial Park, Hubei, China, 448000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs' & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at      , the
*Fait à*   Minneapolis, Minnesota, U.S.A.   , le 3/29/2013

Signature and/or stamp.
*Signature et/ou cachet.*

Glenda Fichtner

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

267247 - 09

2013- SXS- 563

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Hubei Taishan Building Material Co., Ltd.
Court Case No.: 2:11-cv-377

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*I. que la demande a été exécutée*
- the (date)   May 28, 2013
- *le (date)*
- at (place, street, number)   Jingmen High and New Technology Industrial Park, Jingmen City
- *à (localité, rue numéro)*   Hubei Province, China.
- in one of the following methods authorised by article 5-   Office staff refused to accept the documents, so the Court
- *dans une des formes suivantes prévues à l'article 5:*
  - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.  Officers left the documents
    - a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  - [ ] (b) in accordance with the following particular method*:   at the Company.
    - b) *selon la forme particulière suivante:* _____
  - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
    - c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (Identity and description of person)
- *(identité et qualité de la personne)* _____
- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

Done at   Beijing   , the   July 18, 2013
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

2

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

267247 - 09

* Delete if inappropriate.
*Rayer les mentions inutiles.*

Judicial Assistance (2013)522
SX-13-563
Jingmen City Intermediate People's Court of Hubei Province

Proof of Service
[seal affixed: Jingmen City Intermediate People's Court of Hubei Province]

| Case No. | (2013) Hubei Jingmen Civil Three Other 00003 | |
|---|---|---|
| Cause of Action | Assisting Foreign Court to Serve Judicial Documents | |
| Addressee | Hubei Taishan Building Material Co., Ltd. | |
| Address to Serve | Jingmen High and New Technology Industrial Park, Hubei | |
| Name and Number of Copies of Documents Served | Name of Document | Number of Copies |
| | REQUEST: FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS | 1 |
| | CERTIFICATE | 1 |
| | SUMMARY OF THE DOCUMENT TO BE SERVED | 1 |
| | SUMMONS IN A CIVIL ACTION WITH ATTACHED PLAINTIFFS AND DEFENDANTS LIST | 1 |
| | CIVIL COVER SHEET | 1 |
| | PLAINTIFFS' CLASS ACTION COMPLAINT WITH ATTACHED EXHIBIT "A" | 1 |
| | TRANSLATIONS | 3 |
| | | |
| | | |
| Signature or Seal of Addressee | | |
| Serving Method | Served by leaving the documents there | Servers | Hongyan Yang, Jingjing Huang |
| When we tried to serve Hubei Taishan Building Material Co., Ltd. at 15:30 in the afternoon on May 28, 2013, two security officers claimed that the leaders and employees of the company were not there, and we were not allowed to enter the company to serve. Later, when we tried to serve said documents at the office of the company, the staff there claimed that the leader was not there and did not sign and accept said documents, which were served by being left there according the law.<br>Statement maker: Jingjing Huang  May 28, 2013 | | | |

Hongyan Yang, Qing Zeng

鄂荆(2013)522号

SX-13-563

# 湖北省荆门市中级人民法院

送达回证



| 案　号 | (2013)鄂荆门民三他字第00003号 | |
|---|---|---|
| 案　由 | 协助外国法院送达司法文书 | |
| 受送达人 | Hubei Taishan Building Material Co., Ltd.<br>（湖北泰山建材有限公司） | |
| 送达地址 | 湖北荆门高新技术产业开发区 | |
| 送达文书名称和件数 | 材料名称 | 份数 |
| | REQUEST: FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS | 1 |
| | CERTIFICATE | 1 |
| | SUMMARY OF THE DOCUMENT TO BE SERVED | 1 |
| | SUMMONS IN A CIVIL ACTION WITH ATTACHED PLAINTIFFS & DEFENDANTS LIST | 1 |
| | CIVIL COVER SHEET | 1 |
| | PLAINTIFFS' CLASS ACTION COMPLAINT WITH ATTACHED EXHIBIT "A" | 1 |
| | TRANSLATIONS | 3 |
| | | |
| | | |
| | | |
| 受送达人签名或盖章 | | |
| 送达方式 | 留置送达　　送达人　杨红艳、黄青青 | |

2013年5月28日下午15:30，向湖北泰山建材有限公司送达时，在该公司厂区门口，两名保安称公司领导及工作人员均不在公司，不准进入公司送达。后在该公司办公室楼送达上述文书时，该公司工作人员均称领导不在，不签收上述文书，依照法律规定留置送达。

证明人：黄青青
2013年5月28日

1