# JIANGSU PROVINCE NANTONG CITY INTERMEIDATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Jiangsu Province Nantong City Intermediate People's Court]

*Law Association No. FX-13-537*
*Judicial Association No. SX-13-518*

| Cause of Action | International Judicial Assistance | Cause No. | (2013) Nantong Intermediate Court Law Association No. 4 |
|---|---|---|---|
| Documents Served and Number | Summary of documents served, one copy; and other documents, one copy each (See the list the request letter) (The above documents all have translation.) | | |
| Recipient (Unit) | Nantong Economic and Technological Development Zone Corporation | | |
| Address for Service | Nantong City Intermediate People's Court | | |
| Recipient Signature or Seal | Tang Da Li, Deputy Director, Office of Nantong Economic and Technological Development Zone Corporation <br> May 24, 2013 | | |
| Recipient in substitution and reason(s) | Date | | |
| Notes | | | |

Issuer:   Liu Meng                              Servers:   Liu Meng

*Note:*
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Nantong Economic and Technological Development Zone Corporation
Court Case No.: 2:11-cv-377

13-SXS-518

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)*  __May 24, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)*  __9 Waihuan West Rd., Chongchuan Nantong City, Jiangsu Province, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         *b)  selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         *c)  par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)*  __Tang Dali__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  __Deputy Director of the office__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Beijing__, the __July 19, 2013__
*Fait à*, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 49



江苏省南通市中级人民法院
送达回证

Tx-13-537
SX-13-518

| 案　　由 | 国际司法协助 | 案　号 | (2013)字第4号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书报本一份，其他文书各一份（详见清单清单）（以2文书清单） | | |
| 受送达人 | 南通经济技术开发区总公司 (Nantong Economic and Technological Development Zone Corporation) | | |
| 送达地址 | 南通市中央人民路18号 | | |
| 受送达人签名或盖章 | 南通开发总公司办公室副经理 冯大力 2013年5月24日 | | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　　考 | | | |

填发人 [签名]　　　送达人 [签名]

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；
送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八、七十九条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应该注明其与受送达人的关系及代收理由。

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SXS-518

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*        Nantong Economic and Technological Development Zone Corporation
                9 Waihuan West Rd., Chongchuan Nantong, Jiangsu, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| 1. Summary of the Document to be Served<br>2. Summons in a Civil Action with attached Plaintiffs & Defendants List<br>3. Civil Cover Sheet<br>4. Plaintiffs' Class Action Complaint with attached Exhibit "A"<br>5. Translations | Done at , the<br>*Fait à*    Minneapolis, Minnesota, U.S.A.    *, le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 49