*Law Association No. FX-2013-611*
*Judicial Association No. SX-539*

# THE PEOPLE'S REPUBLIC OF CHINA

# SHANGHAI SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shanghai Superior People's Court]

| Cause No. | Shanghai Superior Court International Service No. (2013) 076 |
|---|---|
| Cause of Action | Law Association Receiving No. (2013) 611   U.S. |
| Documents Served and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy; documents, one copy. |
| Recipient (Unit) | Orient International Holding Shanghai Foreign Trade Co., Ltd. |
| Address for Service | Suite B, No. 85, Loushan Guan Road, (Shanghai, China). |
| Recipient Signature or Seal | Zeng Jianshou<br><br>May 29, 2013 |
| Mode of Service Delivery | | Execution Server | Wang Guoqing<br>Cui Genping |

| Reason(s) for Non-service or Servee's refusal to accept: |
|---|
| <br><br><br>Date        Year |

13-SXS-529

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Orient International Holding Shanghai Foreign Trade Co., Ltd.
Court Case No.: 2:11-cv-377

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __May 29, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Suite B, No.85, Loushan Guan Road, Shanghai City, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b)  *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c)  *par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Zeng Jianzhou__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not mentioned__

2) that the document has not been served, by reason of the following facts*:
   *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Beijing__, the __July 29, 2013__
*Fait à*                *le*

Signature and/or stamp
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 52

FX-2013-611
SX-539

# 中华人民共和国
## 上海市高级人民法院

### 送 达 回 证

| 案号 | 沪高法外(2013) 076 号 |
|---|---|
| 案由 | 法协（2013）611 号    美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份，文书一份 |
| 受送达人 | 东方国际集团上海市对外贸易有限公司 |
| 送达地址 | 娄山关路 85 号 B 座 |
| 受送达人签名或签章 | （签名）2013 年 5 月 29 日 |
| 送达方式 | 执行送达人 （签名） |
| 不能送达的原因或受送达人拒收理由： | 年 月 日 |

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-SXS-339

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*   Orient International Holding Shanghai Foreign Trade Co., Ltd.
                              Suite B, No. 85, Loushan Guan Road, Shanghai, Shanghai, China

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

| | |
|---|---|
| 1. Summary of the Document to be Served<br>2. Summons in a Civil Action with attached Plaintiffs & Defendants List<br>3. Civil Cover Sheet<br>4. Plaintiffs' Class Action Complaint with attached Exhibit "A"<br>5. Translations | Done at                                                 , the<br>*Fait à*     Minneapolis, Minnesota, U.S.A.       *, le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 52