APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776   Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Shaanxi Taishan Gypsum Co., Ltd.
   Weibei Industrial Park, Xinshi Township, Linwei District, Weinan City, Shaanxi, China, 714000

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b);*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire ... ses annexes ... avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at  Minneapolis, Minnesota, U.S.A. , the 3/29/2013
*Fait à*_____, *le*_____

Signature and/or stamp.
*Signature et/ou cachet.*

[Signature: Glenda Fichtner]

[Stamp: APS INTERNATIONAL, APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439]

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 21

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Shaanxi Taishan Gypsum Co., Ltd.
Court Case No.: 2:11-cv-377

13-SXS-556

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b)  *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
**Attempted several times. The addressee refused to accept the documents.**

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at Beijing the Sep. 16, 2013
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 21

Statement

Marshals Xin Wang, Kun Ma from the Judicial Police Corps of Shaanxi Province People's Higher Court went to Weibei Industrial Park, Xinshi Township, Linwei District, Weinan City, Shaanxi Province to serve the relevant legal documents from U.S. Court on Shaanxi Taishan Gypsum Co., Ltd. on August 2, 2013; upon arriving at said address, we contacted the person in charge through its duty office, but said person refused to sign and accept said legal documents. We previously tried to serve said legal documents there in May, September, 2011 and April, 2013 respectively, and Taishan Gypsum Co. kept refusing to accept them. Therefore, we have been unable to serve the relevant legal document from U.S. Court.

It is hereby stated.

Xin Wang      Kun Ma
Marshals of the Judicial Police Corps of Shaanxi Province People's Higher Court

FX-13-527
SX-13-556

# 陕西省高级人民法院

## 情况说明

最高人民法院外事局：

我院在收到贵局转来的法协（2013）第 315、527、758、号向陕西泰山石膏股份有限公司送达相关法律文书后，我们按地址送达，该公司拒绝签收此法律文书。另，贵局转来的法协（2013）第 808 号向泰山石膏有限公司鹿城分公司送达的相关法律文书，经查，陕西并无泰山石膏有限公司鹿城分公司，亦无陕西鹿城甘霖路 3 号此地址。

特此说明



陕西省高级人民法院外事办公室
二〇一三年八月二十一日

FX-13-527
SX-13-556

Shaanxi Province Higher People's Court

Statement

Foreign Affairs Bureau of the Supreme People's Court,

Upon receiving your Judicial Assistance (2013) 315, 527, 758 on serving relevant legal documents on Shaanxi Taishan Gypsum Co., Ltd., we went to the address to serve, but the company refused to receive said legal documents. Moreover, with regards to your Judicial Assistance (2013) 808 to serve relevant legal documents on Taishan Gypsum Co., Ltd. Lucheng Branch, upon investigation, there is no Taishan Gypsum Co., Ltd. Lucheng Branch in Shaanxi Province, neither such address as 3 Ganlin Road, Lucheng, Shaanxi.

It is hereby certified.

Foreign Affairs Office of Shaanxi Province Higher People's Court
[Seal affixed: Foreign Foreign Affairs Office of Shaanxi Province Higher People's Court]

August 21, 2013

# 情况说明

  陕西省高级人民法院司法警察总队法警王鑫、马坤同志于 2013 年 8 月 2 日前往陕西省渭南市临渭区辛市镇渭北产业园向陕西泰山石膏有限公司送达美国法院的相关法律文书，到达该址后，通过其值班室联系相关负责人，泰山石膏公司负责人拒绝签收此法律文书。此前于 2011 年 5 月、9 月及 2013 年 4 月分别三次前往该处送达过此法律文书，泰山石膏公司也一直拒绝签收。所以导致美国法院的相关法律文书无法送达。

  特此说明

陕西省高级人民法院司法警察总队法警

王鑫  马坤

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Norfolk Division

COPY

| | |
|---|---|
| Eduardo and Carmen Amorin, et al (see attached sheet for complete list of plaintiffs) ) ) ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:11-cv-377 |
| Taishan Gypsum Co., Ltd. et al (see attached sheet for complete list of defendants) ) ) ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shaanxi Taishan Gypsum Co., Ltd.
Weibei Industrial Park
Xinshi Township
Linwei District
Weinan City
Shaanxi
714000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard J. Serpe, Esquire
580 E. Main St. Suite 310
Norfolk, VA 23510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
CLERK OF COURT

Date: JUL 14 2011

*Signature of Clerk or Deputy Clerk*
R. Simmons

CIVIL ACTION NO. 2:11-CV-377

PLAINTIFFS

EDUARDO AND CARMEN AMORIN; KENNETH ABEL; ARLEDYS GALLARDO; CHARMAINE FONG; PERRY AND CASSANDRA FONTENOT; JULIANNE AND JOSHUA FRANKZE; BRYON HAND; LAURA HAYA, DANIEL HAYA AND IRENE HAYA; ROBERT POPOVITCH; JASON PURSE; JOSEPH QUARTARARO; FRANK AND YVONNE TOPF; CATHY PARKER VAPY; HUGH AND TRACY VEST; AND KENNETH AND BARBARA WILTZ

Defendants

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING; MATERIALS CO., LTD.; BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; CHINA NATIONAL BUILDING MATERIAL CO., LTD.; BEIJING NEW BUILDING MATERIALS (GROUP) CO., LTD.; CHINA NATIONAL BUILDING MATERIALS GROUP CO.; CNBM USA CORP.; BNBM OF AMERICA, INC.; BNBM USA; UNITED SUNTECH CRAFT, INC.; CNBMI CO., LTD.; CHANGZHOU YINHE WOOD INDUSTRY CO., LTD.; FUXIN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD.; HUBEI TAISHAN BUILDING MATERIAL CO., LTD.; JINAN RUN & FLY NEW MATERIALS CO., LTD.; NANHAI SILK IMP. & EXP. CORPORATION; PINGYI BAIER BUILDING MATERIALS CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIAL CO., LTD.; SHANGHAI YU YUAN IMP & EXP CO., LTD.; SINKIANG TIANSHAN BUILDING MATERIAL AND GYPSUM PRODUCT CO., LTD.; SUNRISE BUILDING MATERIALS LTD.; TAI'AN JINDUN BUILDING MATERIAL CO., LTD.; TAISHAN GYPSUM CO., LTD. LUCHENG BRANCH; TAISHAN GYPSUM (BAOTOU) CO., LTD.; TAISHAN GYPSUM (CHONGQING) CO., LTD.; TAISHAN GYPSUM (HENAN) CO., LTD.; TAISHAN GYPSUM (PINGSHAN) CO., LTD.; TAISHAN GYPSUM (PIZHOU) CO., LTD.; TAISHAN GYPSUM (TONGLING) CO., LTD.; TAISHAN GYPSUM (XIANGTAN) CO. LTD.; YUNAN TAISHAN GYPSUM AND BUILDING MATERIAL CO., LTD.; SHAANXI TAISHAN GYPSUM CO., LTD.; TAISHAN GYPSUM (HENGSHUI) CO., LTD.; TAISHAN GYPSUM (JIANGYIN) CO., LTD.; TAISHAN GYPSUM (WENZHOU) CO., LTD.; BEIJING NEW MATERIAL INCUBATOR CO., LTD.; QINGDAO YILIE INTERNATIONAL TRADE CO., LTD.; SHANGHAI EAST BEST ARTS & CRAFTS CO., LTD.; SIIC SHANGHAI INTERNATIONAL TRADE (GROUP) CO., LTD.; TIANJIN TIANBAO CENTURY DEVELOPMENT CO., LTD.; SHANDONG ORIENTAL INTERNATIONAL TRADING CORP.; LIANYUNGANG YUNTAI INTERNATIONAL TRADE CO., LTD.; SHANGHAI YUYUAN MARKET IMPORT & EXPORT CO., LTD.; ORIENT INTERNATIONAL HOLDING SHANGHAI FOREIGN TRADE CO., LTD.; QINGDAO AONI DECORATION BOARD AND MATERIALS CO., LTD.; BEIJING BUILDING MATERIALS IMPORT & EXPORT CO., LTD.; TAIAN TAIGAO TRADING CO., LTD.; NANTONG ECONOMIC AND TECHNOLOGICAL DEVELOPMENT ZONE CORPORATION; QINGDAO KANGHONG IMPORT AND EXPORT CO., LTD.; ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD.; SIIC SHANGHAI INTERNATIONAL TRADE GROUP PUDONG CO., LTD.; JIANGSU SAINTY INTERNATIONAL ECONOMIC & TECHNICAL COOPERATION CO., LTD.; ZIBO INTERNTIONAL ECONOMIC AND TECHNICAL COOPERATION CORPORATION; SHANGHAI KAIDUN DEVELOPMENT CO., LTD.; SHANGHAI YUJIN INDUSTRY CO., LTD.; HANGZHOU GREAT IMPORT AND EXPORT CO., LTD.; XUZHOU HANBANG GLOBAL TRADE CO., LTD.; CHINA XUZHOU INTERNATIONAL ECONOMIC & TECHNOLOGICAL COOPERATION CO., LTD.; JIANGSU EASTHIGH GROUP IMPORT & EXPORT CO., LTD.; AND QINGDAO JOY INDUSTRIAL & DEVELOPMENT CO., LTD.,