APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Virginia

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Glenda E. Fichtner**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776     Fax: 952.831.8150**<br>**Email: GEF@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.
11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, 310005 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action with attached Plaintiffs & Defendants List
3. Civil Cover Sheet
4. Plaintiffs' Class Action Complaint with attached Exhibit "A"
5. Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the
                                                 , le _____

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 57

*Judicial Association No. SX-532*
*Law Association No. FX-2013-539*

[Seal: Zhejiang Province Hangzhou City Intermediate People's Court]

## ZHEJIANG PROVINCE HANGZHOU CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

| Cause No. | (2013) Zhejiang Superior Court No. 172; pursuant to Supreme People's Court Law Association No. (2013) 539 | | Cause of Action | International Judicial Assistance Service of legal documents |
|---|---|---|---|---|
| Recipient | Zhejiang Province Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | | | |
| Address for Service | 11/F Jingjiang Mansion, 111 Hushu South Road, Hangzhou City, Zhejiang Province. | | | |
| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal |
| Summary of Documents to be Served | | Hua Gang | June 4, 2013 | Pan Cheng |
| Summons in Civil Action with attached Plaintiffs & Defendants List | | | June 4, 2013 | |
| Civil Cover Sheet | | | June 4, 2013 | |
| Plaintiffs' Class Action Complaint with Exhibit "A" | | | June 4, 2013 | |
| Translations | | | Date/Time | |
| Notes | I am a staff of the company.    Pan Cheng    June 4, 2013 | | | |

Note:
(1) If under unusual circumstances the documents are not deliverable, note down the reason(s) for non-service in the Notes space.
(2) If the recipient is not in, hand the documents to his/her adult relative(s), neighbors, work unit or government offices or neighborhood committee nearby as substitute recipient. The recipient on behalf shall sign or seal in the recipient's column on this form and note his/he relationship with the named recipient.

13-SXS-532

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.
Court Case No.: 2:11-cv-377

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date) __June 4, 2013__
   - *le (date)*
   - at (place, street, number) __11/F Jin Jiang Mansion, 111 Hushu South Road, Hangzhou City__
   - *à (localité, rue numéro)* __Zhejiang Province, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) __Pan Chengyi__
   - *(identité et qualité de la personne)*
   - relationship to the addressee (family, business or other): __Company Staff__
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action with attached Plaintiffs & Defendants List, Civil Cover Sheet, Plaintiffs' Class Action Complaint with attached Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Beijing__ , the __July 25, 2013__
*Fait à* , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

269247 - 57

SX-532
FX-2013-539

# 浙江省杭州市中级人民法院
## 送 达 回 证

| 案　号 | （2013）浙高法外字第172号<br>根据最高人民法院法协（2013）第539号函 | 案　由 | 国际司法协助委托送达 |
|---|---|---|---|
| 收件人（单位） | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.<br>浙江省二轻集团进出口有限公司 | | |
| 送达地点 | 11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang.<br>浙江省杭州市湖墅南路111号锦江大厦11楼 | | |

| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 |
|---|---|---|---|---|
| **Summary of the Document to be Served**<br>被送达文书概要 | | 华 | 2013年6月6日 | [签名] |
| **Summons in a Civil Action with attached Plaintiffs & Defendants List**<br>民事诉讼传票及附原被告名单 | | | 2013年6月4日 | |
| **Civil Cover Sheet**<br>民事案封面表格 | | 周 | 2013年6月4日 | |
| **Plaintiffs' Class Action Complaint with Exhibit "A"**<br>原告集团诉讼申诉书及附证据A | | | 2013年6月4日 | |
| **Translations**<br>翻译件 | | | 年　月　日 | |
| 备注 | 本人是公司员工 | | | [签名] 2013.6.4 |

注：（1）如因特殊情况，文件不能送达时，在备注栏内注明不能送达的理由。
　　（2）如收件人不在时，将文件交与他的成年家属、近邻、工作单位或收件人居住地的所在政府或街道办事处代收。如系代收，代收人应在收件人栏内签名或盖章并在备注栏内注明原因及代收人与收件人的关系。