UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES ) ) ) ) ) |  |

**DEPOSIT WITH CLERK OF COURT FOR SUPERVISED ACCOUNTS
FOR THE DEPOSIT OF SETTLEMENT FUNDS**

ATTORNEY'S NAME:     H. Minor Pipes, III

ATTORNEY'S ADDRESS:  909 Poydras Street, Suite 2400

New Orleans, Louisiana  70112

ATTORNEY'S PHONE NUMBER:  504/589-9700

ATTORNEY'S E-MAIL:     mpipes@barrassousdin.com

IDENTIFICATION OF EACH DEPOSIT
(EACH SEPARATE DEPOSIT MUST HAVE ALL ITEMS, A-C BELOW, COMPLETED AS TO EACH SEPARATE DEPOSIT):

A.   SPECIFIC SETTLEMENT (CIRCLE ONE LISTED BELOW):

   InEx Settlement
   Banner Settlement
   L&W Settlement
   Knauf Settlement
   **(Global Settlement)**
   Nationwide Settlement
   Porter-Blaine Settlement
   Builder's Mutual Settlement
   Tobin Trading Settlement

B.   NAME OF DEPOSITING PARTY:  Participating Defendants and Participating Insurers

- 2 -

C.  AMOUNT OF DEPOSIT:   $69,486,565.68

*/s/H. Minor Pipes, III*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN FREEMAN
 & SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112
Telephone:  504/589-9700
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com
*Insurance Liaison Counsel in MDL 2047*

{920952_1}