**IBERIABANK**

DATE: 11/21/13

APPROVED BY/EMPLOYEE NUMBER: Cosmo Culbreath #3769

Form No. 06285 (Rev. 06/06)

WE HAVE CHARGED YOUR CHECKING ACCOUNT to purchase Official Bank Check # 260852 Clerk, United States District Court for the Eastern District of LA

DO NOT FAIL TO MAKE THIS ENTRY IN YOUR CHECKBOOK.

TO: Barrasso Uspin Kupperman Freeman
LA Bar Foundation
Chinese Drywall Settlement

ACCOUNT NUMBER: 20000784834

TOTAL AMOUNT: $69,486,565.68