| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* Omni VIII SCHEDULE I PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. Moore, Shanine H. and Algajuan | Knauf<br><br>Vintage Homes, LLC | **Knauf Global** | VIII |