| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252*<br>Omni VIII<br>SCHEDULE III |
|---|
| **Remaining Defendants** |
| BDG Waterstone, LLC |
| Beaty Quality Homes |
| Benjamin J. Castaldo Building Contractor, LLC |
| Builder's Line, Inc. |
| BV 6334, LLC |
| Choice Homes, Inc. a/k/a Parkmont Homes, Reflection Homes |
| Darling Homes, Inc. |
| Darling Homes, LLC |
| David E. Smith d/b/a Ruelas Drywall |
| Deer Creek Estates, II, LLC |
| Donnie Proctor |
| Estate Homes, Inc. |
| Fagan Homebuilders, LLC |
| GGG Edinburgh Estates, LLP |
| GHO Properties, Inc. |
| Gold Coast Homes of Lee County, Inc. |
| Grande Valley Homes, LLC d/b/a Casa Linda Homes |
| Grant Homes, LLC |
| Hampton Homes, LLC |
| Hometown Concepts, Inc. d/b/a Hampton Homes |
| Hutchinson Homes, Inc. |
| Island Development, LLC |
| Kensington Homes, LLC |
| Larry A. Brooks Company, L.L.C. d/b/a Great American Homes |

| *Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* Omni VIII SCHEDULE III |
|---|
| **Remaining Defendants** |
| Levitt and Sons of Manatee County, LLC |
| Lifeway Homes, Inc. |
| Lifeway Homes, LP |
| Meeks Drywall & Stucco, Inc. |
| New Way Drywall & Construction, Inc. |
| Newtech Builders Corp. |
| Omni Drywall Enterprises, L.L.C. |
| Paramount Quality Homes Corp. |
| Pembroke Park, L.L.C. |
| R.H. Hernandez Drywall, Inc. |
| R.S. Kelley Construction, Inc. |
| Renar Homes, Inc. |
| Resort Constructio Services, Inc. |
| Santa Barbara Estates, Inc. |
| Sheridan 87, LLC |
| Signature Series Homes, Inc. |
| StudioMet, PLLC |
| Supreme Builders, Ltd. |
| Trafalgar Associates, Inc. |
| Universal Construction Company, Inc. a/k/a U/C Construction, Inc. |
| Vintage Homes, LLC **(remains as to plaintiff(s) on Schedule I)** |
| Wess Morgan Construction, Inc. |
| Windjammer Home Builders, Inc. |
| Woodside Homes of Southeast Florida, LLC |