| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361*<br>OMNI II, II(A), II(B), II(C)<br>REVISED SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. Avner, Brett and Wendy | Pro Wall | Global | II |
| 2. Boyce, Gary E. And Chris | Taishan | Inex | II(A) |
| 3. Carbone, Vincent and Kathleen | Pro Wall | Global | II(C) |
| 4. Collins, Braxton and Kerrie | Ace Hardware<br><br>Taishan<br><br>Bass Homes, Inc. | Global | II |
| 5. Duke, Barry and Marlene | Pro Wall | Global | II(C) |
| 6. Finger, Simon and Rebecca | Taishan | Global | II(A) |
| 7. Herrington, Jason and Cassie | Ace Hardware Corp.<br><br>Taishan<br><br>Bass Homes, Inc. | Global | II |
| 8. Marlinga, Don and Janice | Pro Wall | Global | II |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361* <br> **OMNI II, II(A), II(B), II(C)** <br> **REVISED SCHEDULE I** <br> **PLAINTIFFS NOT SUBJECT TO DISMISSAL** | | | |
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 9. Peek, William and Stacy | Devonshire Properties, Inc. <br><br> All Florida Drywall Supplies, Inc. <br><br> Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. <br><br> Harrells Drywall | **Global** | **II** |
| 10. Smith Enterprises, Inc. | Taishan | **Banner** | **II(A)** |
| 11. Tataris, Ann and DeJesus Roy | IMT <br><br> KB Home Tampa | **Global** | **II** |
| 12. Wiggins, Greg and Sherry | Taishan <br><br> Bass Homes, Inc. | **Global** | **II** |
| 13. Willett, Keith | Devonshire Properties, Inc. <br><br> All Florida Drywall Supplies, Inc. <br><br> Pingyi Zhongxing Paper-Faced | **Global** | **II** |

| *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al 10-361* <br> **OMNI II, II(A), II(B), II(C)** <br> **REVISED SCHEDULE I** <br> **PLAINTIFFS NOT SUBJECT TO DISMISSAL** ||||
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| | Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. <br><br> Harrells Drywall, Inc. | | |