UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to: | * * | JUDGE FALLON (L) |
| *Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG,* Case No. 11-02349 (E.D. La.) | * * * | MAGISTRATE WILKINSON (4) |

## ORDER

The Court received and reviewed the Motion to Dismiss filed by A. W. Independent, Inc. [Doc. 17243]. A. W. Independent, Inc. seeks dismissal on the basis that it is a Downstream InEx Releasee. Class Counsel for Plaintiffs has responded, advising that they do not oppose the motion. [Doc. 17262]. Therefore, it is

ORDERED THAT A. W. Independent, Inc. is dismissed with prejudice from this case.

New Orleans, Louisiana, this the 21 day of November, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE