| *Benoit, et al v. LaFarge S.A., et al, 11-1893*<br>**Omni XI**<br>**REVISED SCHEDULE II** |
|---|
| **Major Settling Defendants** |
| L&W Supply d/b/a Seacoast Supply<br>L&W Supply Corporation<br>USG Corporation  **(remaining defendant as to plaintiffs listed on Schedule III)** |
| **Other Settling Defendants** |
| Boardwalk Drywall, Inc. |
| Centerline Homes Construction, Inc. |
| Dave Walker Construction Inc. |
| Diamond Corp. Construction Company |
| Eastmond Enterprises, Inc. |
| Home Depot U.S.A., Inc. |
| J.W. Hodges Drywall, Inc. |
| Karr Drywall, Inc. |
| Kelley Drywall, Inc. |
| Lennar Homes, , LLC |
| O.C.D. of S. Florida, Inc. |
| Premier Design Homes, Inc. |
| Probuild Company, LLC |
| Rottlund Homes of Florida, Inc. |
| S. Petersen Homes Inc. |
| Sedgwick Developers, Inc. |
| Shamrock Building Materials, Inc. d/b/a Shamrock Trading and Overseas Building Supply, L.C. |
| South Bay Development Corporation, Inc. |
| Sterling Communities, Inc. |
| Suncoast Building Materials, Inc. |
| Thomas F. Gray Construction, Inc. |
| Thomas R. Gould, Inc. |

1

| *Benoit, et al v. LaFarge S.A., et al, 11-1893*<br>**Omni XI**<br>**REVISED SCHEDULE II** |
| --- |
| Vista Builders, Inc. |
| Wellington Shores - Wellington Limited Partnership |