| *Benoit, et al v. LaFarge S.A., et al, 11-1893*<br>**Omni XI**<br>**REVISED SCHEDULE III** |
|---|
| **Remaining Defendants** |
| 5 Star Builders Inc., of W.P.B. |
| Arizen Homes, Inc. |
| Curtis Lee Wimberly General Contractor, Incorporated |
| Diamond Court Homes, Inc. |
| Haven Properties, Inc. |
| Kimball Hill Homes Florida, Inc. |
| L&W Supply d/b/a Seacoast Supply<br>L&W Supply Corporation<br>USG Corporation (**remains as to plaintiffs: Jason Anderson; Ernest and Anika Coney; Monica Economou; Tifani and Rory Fulmer; Ira Goldstein; Thomas and Linda Habel; Marian Jones; Danielle Lang; Donald McDermott; Brett and Sara McKee; James and Joan Norton; Alonza and Shirlene Wallace; and James and Rosalie Webster)**[1] |
| Norgrips |
| OH Investments, Inc. |
| Paul Davis Systems of the Treasure Coast |
| Restoration Of The Palm Beaches, Inc. |
| Sea Coast Supply, Inc. |
| Steve Corbett, Incorporated |
| Tropical Homes a/k/a Daniel D'Loughy Homes, Inc. A Fla Corp. |
| West Lakes Estates, Inc. |
| Wood Nation, Inc. |

---

[1] Any Omnibus Plaintiffs not listed may reinstate their claims against L&W in the MDL by filing a Rule to Show Cause Motion with evidence supporting their non-Knauf claim against L&W Supply.