| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>REVISED SCHEDULE II |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Port St. Lucie, LLC;<br>Banner Supply Co. Ft. Myers, LLC<br>Banner Supply Co. Tampa, LLC<br>Banner Supply International, LLC |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC |
| L&W Supply Corporation<br>USG Corporation  **(remaining defendant as to plaintiffs listed on Schedule III)** |
| **Other Settling Defendants** |
| 84 Lumber, LP |
| Aburton Homes, Inc. |
| ACE Home Center, Inc. |
| Adams Homes Realty, Inc. |
| Advantage Builders of America, Inc. |
| AI Brothers, Inc. |
| Albanese-Popkin The Oaks Development Group, Inc. |
| Allied Building Products Corporation |
| American Building Materials, Inc. |
| Anadon Construction, LLC |
| Antilles Vero Beach |
| Aranda Homes, Inc. |
| Ashton Tampa Residential LLC d/b/a Ashton Woods Homes |
| ATCO Int. Corp. |
| Avalon Building Corporation of Tampa Bay |
| Bailey Lumber & Supply Co. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>REVISED SCHEDULE II |
|---|
| Banner Homes of Florida, Inc. |
| Barony Construction |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| Beazer Homes Corp. |
| Black Bear Gypsum, LLC |
| Blanchard Homes Inc. |
| Bradford Lumber & Supply, Inc. |
| Breakwater Custom Homes, Inc. |
| C.A. Steelman, Inc. |
| Centerline Homes at Tradition, LLC |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Chabot Enterprises, Inc. |
| Cierra Homes, LLC |
| Citrus Park Development Group, LLC |
| Clayton's Drywall, Inc. |
| Completed Communities II, LLC |
| Core Construction, LLC |
| Core Construction Services, Southeast, Inc. |
| Cornerstone Construction of S.W. Florida, Inc. |
| Custom Drywall |
| D & A Construction Services Inc. |
| D & W Drywall |
| Dalbert J. Poree, Individually |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**REVISED SCHEDULE II** |
|---|
| Dalbert Poree' General Repairs & Renovations |
| Deangelis Diamond Construction, Inc. |
| Deangelis Diamond Homes, Inc. |
| Deerfield Court Townhomes |
| Design Drywall of South Florida, LLC |
| Devon International Group, Inc. |
| Devon International, Inc. |
| Devon International Industries |
| Devon International Industries, Inc. f/k/a Devon International Trading, Inc. |
| First Choice Homes of SW Florida, Inc. |
| Florida Drywall, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| G.L. Homes of Boynton Beach Associates IX, Ltd. |
| G.L. Homes of Davie Associates, III, Ltd. |
| GLM Remodeling Building Contractors, Inc. |
| Global Home Builders, LLC |
| Gregg Nieberg Drywall |
| Gulf Coast Shelter, Inc. |
| Gulf South Drywall |
| Gulfstream Development Group, LLC |
| Hanover Homes, Inc. |
| Hansen Homes of South Florida, Inc. |
| HC Seals Drywall Partners |
| Heights Custom Homes, LLC |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**REVISED SCHEDULE II** |
|---|
| Heritage Homes of Northwest FL, LLC |
| Home Depot U.S.A., Inc. |
| Ironwood Properties, Inc. |
| J.W. Hodges Drywall, Inc. |
| The Jade Organization, Inc. |
| Jade Organization General Contractor, LLC |
| James Drywall, LLC |
| James G. Hoskins, Inc. d/b/a Chippendale |
| Jim Walter Homes, LLC |
| Kaye Homes, Inc. |
| KB Home Florida LLC |
| KB Home Port St. Lucie, LLC n/k/a KB Home Treasure Coast LLC |
| KB Home Tampa LLC |
| KC Gypsum d/b/a Rew Materials |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| Laporte Family Properties, LLC |
| Lavish Holding Corp. |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| LTL Construction, Inc. |
| Lucas Construction Corp. |
| M/I Homes, Inc. |
| MacGlen Builders, Inc. |
| Manuel Development Corporation |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**REVISED SCHEDULE II** |
|---|
| Maranatha Construction, Inc. |
| Maronda Homes, Inc. of Florida |
| Mazer's Discount Home Centers, Inc. |
| MC Contractors, Inc. |
| McCar Homes, Inc. |
| Medallion Homes Gulf Coast, Inc. |
| Mercado Enterprises, Inc. |
| Mid-State Drywall, Inc. |
| Mills Construction |
| Mitchell Homes, Inc. |
| MSC of NWF, Inc. |
| North Pacific Group |
| Northstar Holdings at B and A, LLC |
| O.C.D. of S. Florida, Inc. |
| Osprey Gulfshore Building Materials, Inc. |
| Other Brothers Drywall, Inc. |
| Oyster Bay Homes, Inc. |
| P.D.C. Drywall Contractors, Inc. |
| Palm Isles Holdings, LLC |
| Pat's Construction, LLC |
| Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. |
| Picayune Discount Building Supply |
| Precision Drywall, Inc. |
| Preferred Homes |
| Pride Homes of Lakes by the Bay Parcel H, LLC |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**REVISED SCHEDULE II** |
|---|
| Princeton Homes, Inc. |
| Pukka Development, Inc. |
| R & H Masonry Contractors, Inc. |
| RCL Development, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| Rightway Drywall, Inc. |
| Rightway Drywall, LLC |
| Rinker Materials of Florida, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| Robertsdale Ace Home Center |
| Rogers Company, LLC |
| Rosen Building Supplies, Inc. |
| Rosen Materials, LLC |
| Rottlund Homes of Florida, Inc. |
| Russell Mills |
| SAM Drywall, Inc. |
| Shear, Corp. |
| Shelter Products Inc. |
| Shoma Homes Splendido, Inc. |
| Siesta Bay Custom Homes, LLC |
| Smith Family Homes Corporation |
| Smokey Mountain Materials, Inc. |
| Solid Construction of the Gulf Coast, Inc. d/b/a Westerheim Homes |
| South Florida Custom Trim, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>Omni VII<br>**REVISED SCHEDULE II** |
|---|
| Southern Bay Homes, Inc. |
| Southern Star Construction Company, Inc. |
| St. Joe Home Building LP |
| Sterling Communities at Talavera, LLC |
| Sterling Communities, Inc. |
| Steven R. Carter, Inc. |
| Steven Sweet Drywall, LLC |
| Stock Building Supply Holdings, LLC |
| Stock Building Supply, LLC |
| Stuart Lumbar Company |
| Stuart South Group, L.C. |
| Sumaj Builders Corporation |
| Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc. |
| The Haskell Company |
| The Jade Organization, Inc. |
| Thompson Wood Products, Inc. |
| Timberline Builders, Inc. |
| Toula Properties, LLC |
| Treasure Coast Communities, LLC |
| United Dream Builders, Inc. |
| US Home Corporation, a Delaware Corporation |
| Venetian Village, LLC |
| Venture Supply, Inc. |
| Vet Construction, Inc. |
| Vetter Lumber Company, Inc. |

| *Abel, et al v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al 11-080*<br>**Omni VII**<br>**REVISED SCHEDULE II** |
|---|
| Wyman Stokes Builder, LLC |