| *Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077*<br>**Omni IX**<br>**SCHEDULE I**<br>**PLAINTIFFS NOT SUBJECT TO DISMISSAL** | | | |
|---|---|---|---|
| **PLAINTIFF** | | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. | Cole, John and Star | | **Banner** | **IX** |
| 2. | Packard, Suki | | **Banner** | **IX** |