| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932*<br>Omni V<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL ||||  |
|---|---|---|---|---|
| | **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. | Pentecost, Mary Louise | Knauf | **Knauf** | V |
| 2. | Raborn, Randy and Pamela | Knauf | **Knauf** | V |