| *Amato, et al v. Liberty Mutual Insurance Company, et al 10-932* Omni V REVISED SCHEDULE II | |
|---|---|
| **Major Settling Defendants** | **Insurers for This Major Settling Defendant** |
| Banner Supply Co. Banner Supply Co. Pompano, LLC Banner Supply Co. Port St. Lucie, LLC; Banner Supply Co. Ft. Myers, LLC Banner Supply Co. Tampa, LLC Banner Supply International, LLC | American International Specialty Lines Insurance Company FCCI Commercial Insurance Company FCCI Insurance Company Illinois National Insurance Company National Union Fire Insurance Company of Pittsburgh, PA The Hanover American Insurance Company Travelers Indemnity Company of Connecticut Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois |
| Interior/Exterior Building Supply, L.P. Interior Exterior Enterprises, LLC | American International Specialty Lines Insurance Company Arch Insurance Company Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation Fireman's Fund Insurance Company Liberty Mutual Insurance Company RSUI Group, Inc. The North River Insurance Company |

| Major Settling Defendants | Insurers for This Major Settling Defendant |
|---|---|
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>USG Corporation | Alabaster Assurance Company, Ltd.<br><br>American Zurich Insurance Company<br><br>Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)<br><br>Endurance American Insurance Company<br><br>Great American Assurance Company<br><br>Illinois National Insurance Company<br><br>Lexington Insurance Company<br><br>St. Paul Fire & Marine Insurance Company |
| **Other Settling Defendants** | **Insurers for This Settling Defendant** |
| 84 Lumber Company | Zurich American Insurance Company |
| 84 Lumber Company, LP | Zurich American Insurance Company |
| Advantage Builders of America, Inc. | Mid-Continent Casualty Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | Mid-Continent Casualty Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Albanese-Popkin The Oaks Development Group, L.P. | Amerisure Mutual Insurance Company<br><br>Mid-Continent Casualty Company |
| Aubuchon Homes, Inc. | Builders Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Vinings Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Bailey Lumber & Supply Company | Employers Insurance Company of Wausau<br><br>Wausau Underwriters Insurance Company |
| Bailey Lumber & Supply Company of Biloxi | Employers Insurance Company of Wausau<br><br>Wausau Underwriters Insurance Company |
| Baroney Homes, Inc. | The Builders Risk Plan |
| Beazer Homes Corp. | American Guarantee and Liability Insurance Company<br><br>Endurance Specialty Insurance Ltd.<br><br>SR International Business Insurance Company Ltd.<br><br>Steadfast Insurance Company<br><br>Swiss Re International SE<br><br>XL Insurance Company Ltd. |
| Beta Drywall, LLC | Amerisure Insurance Company |
| Black Bear Gypsum, LLC | FCCI Commercial Insurance Company<br><br>Safeco Insurance (Liberty Mutual)<br><br>Scottsdale Insurance Company<br><br>Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois<br><br>Zurich North American |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Black Bear Gypsum Supply, Inc. | FCCI Commercial Insurance Company |
| | Safeco Insurance (Liberty Mutual) |
| | Scottsdale Insurance Company |
| | Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois |
| | Zurich North American |
| Centerline Homes at Georgetown, LLC | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Centerline Homes at Port St. Lucie, LLC | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Centerline Homes at Tradition, LLC | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Centerline Homes at Vizcaya, Inc. | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Centerline Homes Construction, Inc. | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Centerline Homes, Inc. | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |
| Centerline Homes of Delray, Inc. | Amerisure Insurance Company |
| | Interstate Fire & Casualty Company |
| | Mid-Continent Casualty Company |
| | Royal & Sunalliance Insurance Agency, Inc. |
| | The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Centerline Port St. Lucie, Ltd. | Amerisure Insurance Company<br><br>Interstate Fire & Casualty Company<br><br>Mid-Continent Casualty Company<br><br>Royal & Sunalliance Insurance Agency, Inc.<br><br>The Insurance Company of the State of Pennsylvania |
| Completed Communities II, LLC | Amerisure Insurance Company<br><br>Interstate Fire & Casualty Company<br><br>Mid-Continent Casualty Company<br><br>Royal & Sunalliance Insurance Agency, Inc.<br><br>The Insurance Company of the State of Pennsylvania |
| Daelen of Tangipahoa, L.L.C | General Fidelity Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company |
| Design Drywall of South Florida, LLC | Mid-Continent Casualty Company |
| E. Jacob Construction, Inc. | Clarendon America Insurance Company<br><br>Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.<br><br>QBE Specialty Insurance Company |
| E. Jacob Fakouri Construction, Inc. | Clarendon America Insurance Company<br><br>Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.<br><br>QBE Specialty Insurance Company |
| F. Vicino and Company, Inc. | National Union Fire Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
| --- | --- |
| Gooden Homes, LLC | Louisiana Home Builders Association General Liability Trust, a Louisiana entity |
| Hinkle Drywall, Inc. | Auto-Owners Insurance Company |
| JM Interiors, Inc. | American Reliable Insurance Corporation |
| | Canal Indemnity Company |
| | First Commercial Insurance Company |
| Lennar Corporation | General Security Indemnity Company of Arizona |
| | Interstate Fire & Casualty Company |
| | Old Republic Insurance Company |
| | XL Europe, Ltd. |
| Lennar Homes, LLC | General Security Indemnity Company of Arizona |
| | Interstate Fire & Casualty Company |
| | Old Republic Insurance Company |
| | XL Europe, Ltd. |
| Louran Builders, Inc. | General Fidelity Insurance Company |
| | Nationwide Mutual Fire Insurance Company |
| | Owners Insurance Company |
| | Vinings Insurance Co. |
| M/I Homes, Inc. | Allied World Assurance Company |
| | Chubb Group of Insurance Companies |
| | Endurance Specialty Insurance Ltd. |
| | Old Republic Insurance Company |
| | Steadfast Insurance Company |
| | Zurich American Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| M/I Homes of Tampa, LLC | Allied World Assurance Company |
| | Chubb Group of Insurance Companies |
| | Endurance Specialty Insurance Ltd. |
| | Old Republic Insurance Company |
| | Steadfast Insurance Company |
| | Zurich American Insurance Company |
| Mayeaux Construction, Inc. | Louisiana Home Builders Association General Liability Trust, a Louisiana entity |
| | Markel Insurance Company |
| Mazer's Discount Home Centers, Inc. | Cincinnati Insurance Company |
| | Continental Casualty Company |
| | Harleysville Mutual Insurance Company |
| | Wesco Insurance Company |
| Medallion Homes Gulf Coast, Inc., | Auto-Owners Insurance Company |
| | Mid-Continent Casualty Company |
| | Southern-Owners Insurance Company |
| | Sunshine State Insurance Company |
| Morrison Homes, Inc. | ACE Fire Underwriters Insurance Company |
| | American International Surplus Lines Agency, Inc. |
| | Chubb Custom Insurance Company |
| | XL Europe Limited |
| | Westchester Surplus Lines Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Northstar Holdings at B&A, LLC | Axis Surplus Insurance Company<br><br>Essex Insurance Company<br><br>General Fidelity Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Quanta Indemnity Company |
| Northstar Homebuilders, Inc. | Axis Surplus Insurance Company<br><br>Essex Insurance Company<br><br>General Fidelity Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Quanta Indemnity Company |
| Northstar Homes, Inc. | Axis Surplus Insurance Company<br><br>Essex Insurance Company<br><br>General Fidelity Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Quanta Indemnity Company |
| Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | Interstate Fire & Casualty Company |
| Overlook Point, LLC | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property and Casualty Insurance Company |
| Parallel Design and Development, LLC | Builders Mutual Insurance Company |
| Precision Drywall,. Inc. | Essex Insurance Company<br><br>Mid-Continent Casualty Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
| --- | --- |
| Premier Communities, Inc. | General Fidelity Insurance Company<br><br>Mid-Continent Casualty Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Ray Beck, Inc. | Catlin Specialty Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company |
| Residential Drywall, Inc. | FCCI Insurance Company<br><br>Mid-Continent Casualty Company |
| Right Way Finishing | Auto-Owners Insurance Company<br><br>Owners Insurance Company |
| RJL Drywall, Inc. | American Insurance Company<br><br>Old Dominion Insurance Company |
| Saturno Constructions, AB, Inc. | Essex Insurance Company<br><br>Underwriters at Lloyd's, London |
| Siesta Bay Custom Homes, LLC | Auto-Owners Insurance Company<br><br>Bankers Insurance Company<br><br>Granada Insurance Company |
| Smoky Mountain Materials. Inc. | Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois |
| Southwell Homes, LLC | Nautilus Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
| --- | --- |
| Sterling Communities, Inc. | Builders Insurance Group<br><br>General Fidelity Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Sterling Communities Realty, Inc. | Builders Insurance Group<br><br>General Fidelity Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Summit Contractors, Inc. | Nautilus Insurance Company<br><br>Standard Fire Insurance Company |
| Summit Homes, LLC n/k/a PHL Construction, LLC | Nautilus Insurance Company<br><br>Standard Fire Insurance Company |
| Summit Homes of LA, Inc. | Nautilus Insurance Company<br><br>Standard Fire Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Sun Construction, LLC | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Specialty Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |
| Sun Construction, LLC d/b/a Sunrise Homes | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Speciality Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Sunrise Construction & Development, LLC | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Speciality Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |
| Sunrise Custom Homes and Construction, LLC | Assurance Company of America |
| | Audubon Insurance Group |
| | Clarendon America Insurance Company |
| | Crum & Foster Speciality Insurance Company |
| | Health Insurance Brokers, Inc. |
| | Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc. |
| | QBE Specialty Insurance Company |
| | RLI Insurance Company |
| | Steadfast Insurance Company |
| | The Insurance Company of the State of Pennsylvania |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| Taylor Morrison, Inc. | ACE Fire Underwriters Insurance Company |
| | American International Surplus Lines Agency, Inc. |
| | Chubb Custom Insurance Company |
| | XL Europe Limited |
| | Westchester Surplus Lines Insurance Company |
| Taylor Morrison of Florida, Inc. | ACE Fire Underwriters Insurance Company |
| | American International Surplus Lines Agency, Inc. |
| | Chubb Custom Insurance Company |
| | XL Europe Limited |
| | Westchester Surplus Lines Insurance Company |
| Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc. | ACE Fire Underwriters Insurance Company |
| | American International Surplus Lines Agency, Inc. |
| | Chubb Custom Insurance Company |
| | XL Europe Limited |
| | Westchester Surplus Lines Insurance Company |
| Taylor Woodrow Communities at Vasari, L.L.C. a/k/a Taylor Morrison Construction, Company | American International Specialty Lines Insurance Company |
| | Greenwich Insurance Company |
| | Landmark American Insurance Company |
| | Liberty Mutual Insurance Company |
| | Mid-Continent Casualty Company |
| | Westchester Surplus Lines Insurance Company |

| Other Settling Defendants | Insurers for This Settling Defendant |
|---|---|
| The Mitchell Co. | Auto-Owners Insurance Company<br><br>Owners Insurance Company |
| The Overlook, LLC | Nationwide Mutual Insurance Company<br><br>Nationwide Mutual Fire Insurance Company<br><br>Nationwide Property and Casualty Insurance Company |
| The Porter-Blaine Corporation | Fireman's Fund Insurance Company<br><br>Hanover Insurance Company |
| The Sterling Collection, Inc. | Builders Insurance Group<br><br>General Fidelity Insurance Company<br><br>North American Specialty Insurance Company<br><br>Quanta Indemnity Company<br><br>Vinings Insurance Company |
| Tobin Trading, Inc. | State Farm Fire and Casualty Company |
| Venture Supply Company | Fireman's Fund Insurance Company<br><br>Hanover Insurance Company |
| Venture Supply, Inc. | Fireman's Fund Insurance Company<br><br>Hanover Insurance Company |
| Vicinity Drywall, Inc. | American Strategic Insurance Corporation |
| Ybarzabal Contractors, LLC | Atlantic Casualty Insurance Company |