| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>SCHEDULE I<br>PLAINTIFFS NOT SUBJECT TO DISMISSAL ||||
|---|---|---|---|
| **PLAINTIFF** | **DEFENDANTS NOT SUBJECT TO DISMISSAL** | **APPLICABLE SETTLEMENT** | **OMNI COMPLAINT IN WHICH PLAINTIFF IS NAMED** |
| 1. Boyce, Gary E. And Chris | | Inex | III |
| 2. Cole, John and Star | | **Banner** | III |
| 3. Hummer, Charles | Knauf<br><br>L&W Supply Corp. D/b/a Seacoast Supply Co.<br><br>USG Corporation | **Knauf**<br>**L&W** | III |
| 4. McKinley, Jacob | Picayune Discount Building Supply | **Global** | III |
| 5. Packard, Suki and Michael | | **Banner** | III |
| 6. Slidell Property Management, LLC | Adrian Kornman<br>Southern Homes, LLC<br>Springhill, LLC | **Global** | III |