| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE II** |
|---|
| **Major Settling Defendants** |
| Banner Supply Co.<br>Banner Supply Co. Pompano, LLC<br>Banner Supply Co. Ft. Myers, LLC |
| Knauf Plasterboard (Tianjin) Co., Ltd.<br>Knauf Plasterboard (Wuhu) Co., Ltd.<br>Guangdong Knauf New Building Material Products Co. Ltd.<br>Knauf Gips KG<br>Knauf Insulation GmbH<br>Knauf AMF GmbH & Co. KG<br>Knauf do Brasil Ltd.<br>PT Knauf Gypsum Indonesia |
| Interior/Exterior Building Supply, L.P.<br>Interior Exterior Enterprises, LLC<br>Interior/Exterior |
| L&W Supply Corporation<br>L & W Supply Corporation d/b/a Seacoast Supply<br>USG Corporation **(remaining defendant as to plaintiffs listed on Schedule III)** |
| **Other Settling Defendants** |
| 84 Lumber Company, LP |
| Aarco, L.L.C. |
| Aburton Homes, Inc. |
| ACE Home Center, Inc. |
| Adams Homes of Northwest Florida, Inc. |
| Adams Homes Realty, Inc. |
| Adrian Kornman, Individually |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. |
| Albanese-Popkin The Oaks Development Group, L.P. |
| American Gallery Development, LLC |
| Amerisouth, Inc. |
| Angel Developments, LLC |

1

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>REVISED SCHEDULE II |
|---|
| Aranda Homes, Inc. |
| Aubuchon Homes, Inc. |
| Avalon Building Corporation of Tampa Bay |
| Bailey Lumber & Supply Company of Biloxi |
| Bailey Lumber & Supply Co. |
| Banner Homes of Florida, Inc. |
| Bass Homes, Inc. |
| Bayou Building Products, LLC |
| Baywood Construction, Inc. |
| BBL-Florida, LLC |
| Beazer Homes Corp. |
| Belfor USA Group, Inc. |
| Beta Drywall, LLC |
| Black Bear Gypsum Supply, Inc. |
| Blanchard Homes, Inc. |
| Boyle Lumber Company |
| Bradford Lumber & Supply, Inc. |
| Brent Garrod Drywall, Inc. |
| Builders Gypsum Supply Co., Inc. |
| Builders Gypsum Supply LLP |
| BurMon Properties, L.L.C. |
| By-George, Inc. |
| C.A. Steelman, Inc. |
| Capitol Materials, Incorporated |
| Carter Custom Homes, Inc. |
| CB Dupree Construction, LLC |

| ***Gross, et al v. Knauf Gips, KG, et al 09-6690*** <br> **ORIGINAL COMPLAINT, OMNI III, III(A)** <br> **REVISED SCHEDULE II** |
|---|
| Cemex, Inc. (formerly CSR Rinker) |
| Centerline Homes at Tradition, LLC |
| Centerline Homes at Vizcaya, Inc. |
| Centerline Homes Construction, Inc. |
| Centerline Homes, Inc. |
| Cloutier Brothers, Inc. |
| CMH Manufacturing, Inc. |
| Completed Communities II, LLC |
| Coral Plastering & Wall Systems, Inc. |
| Core Construction, LLC |
| Cornerstone Builders, LLC |
| Custom Homes by Kaye, Inc. |
| Cypress Builders, Inc. |
| D.R. Horton, Inc. |
| Dave Walker Construction Inc. |
| Davis Construction Supply, LLC |
| DeLaCruz Drywall Plastering & Stucco, Inc. |
| Deloach Corporation, Inc. |
| Devon International Group, Inc. |
| Diamond Court Construction Co. |
| Drywall Done Right |
| duPont Builders, Inc. |
| Dupree Construction Company, LLC |
| E. Jacob Construction, Inc. |
| Edwards Construction Company |
| Everglades Lumber & Building Supplies, LLC |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE II** |
|---|
| Federal Construction Specialists, Inc. |
| First Choice Homes of SW Florida, Inc. |
| First Home Builders of Florida, Inc. |
| First Home Builders of Florida I, LLC |
| Florida Drywall, Inc. |
| Florida Style Services, Inc. |
| G. Drywalls Corporation |
| Gant & Shivers |
| Gator Gypsum, Inc. |
| Great Western Building Materials |
| Groza Builders, Inc. |
| Gulf Coast Shelter, Inc. |
| Gulf South Drywall |
| Hanover Homes |
| Hansen Homes of South Florida, Inc. |
| Hartsville Lumber & Barns, Inc. |
| HC Seals Drywall Partners |
| Heights Properties, LLC |
| Hendrickson Contracting |
| Hilliard Butler Construction Company, Inc |
| Holiday Builders, Inc. |
| Holmes Building Materials, LLC |
| Home Depot USA, Inc. |
| Independent Builders Supply Assoc., Inc. |
| Inman Construction Services, Inc. |
| Ironwood Properties, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>**ORIGINAL COMPLAINT, OMNI III, III(A)**<br>**REVISED SCHEDULE II** |
|---|
| J.W. Allen and Company Incorporated |
| Jade Organization General Contractor, LLC |
| Jim Walter Homes, Inc. |
| Jim Walter Homes, LLC |
| K. Hovnanian First Homes, LLC |
| Karr Drywall, Inc. |
| Kaye Homes, Inc. |
| KB Home Fort Myers, LLC |
| KB Home Jacksonville, LLC |
| KB Home of Orlando, LLC |
| KB Home/Shaw Louisiana, L.L.C. |
| KB Home Tampa LLC |
| KB Homes Florida LLC |
| Kelley Drywall, Inc. |
| L & J Builders, Inc. |
| L.A. Homes, Inc. |
| L'Oasis Builders Incorporated |
| La Homes and Properties, Inc. |
| Laporte Family Properties, LLC |
| Lavish Holding Corp. |
| Lee Roy Jenkins Builder, Inc. |
| Legend Custom Builders, Inc. |
| Lennar Corporation |
| Lennar Homes, LLC |
| LPR Builders, Inc. |
| LTL Construction, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>REVISED SCHEDULE II |
|---|
| Lucas Construction Corporation |
| M/I Homes, Inc. |
| MacGlen Builders, Inc. |
| Maronda Homes, Inc. of Florida |
| Marvins Building Materials and Home Centers |
| Mazer's Discount Home Centers, Inc. |
| McCar Homes - Tampa, LLC |
| Meadows of Estero - Bonita Springs Ltd. P'ship d/b/a Shelby Homes |
| Medallion Homes Gulf Coast, Inc. |
| Meritage Homes of Florida, Inc. |
| MGB Construction |
| Mitchell Homes, Inc. |
| Modern Construction Group, Inc. |
| North Pacific Group |
| North Pacific Lumber Co. |
| Nu way Drywall, LLC |
| O.C.D. of S. Florida, Inc. |
| Ocean Springs Lumber Company, L.L.C. |
| Oyster Bay Homes, Inc. |
| P.D.C. Dyrwall Contractors, Inc. |
| Palm Isles Holdings, LLC |
| Parr-Self, Inc. |
| Pate Stevedore Company of Pensacola |
| Picayune Discount Building Supply |
| Precision Drywall, Inc. |
| Premier Design Homes, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>REVISED SCHEDULE II |
|---|
| Pride Homes of Lakes by the Bay Parcel H, LLC |
| Princeton Homes, Inc. |
| R & H Masonry Contractors, Inc. |
| Ray Horvath Drywall, Inc. |
| Residential Drywall, Inc. |
| Richard Jones Construction Company, Inc. |
| Rightway Drywall, Inc. |
| Rivercrest, LLC/The St. Joe Company |
| RJL Drywall, Inc. |
| Russ Mills |
| S&D Specialists, Inc. |
| S. Peterson Homes, Inc. |
| Sedgwick Developers, Inc. |
| Shelby Homes, Inc. |
| Shelter Products Inc. |
| Shoma Homes, Inc. |
| Shoma Homes Splendido, Inc. |
| Smith Family Homes Corporation |
| Smoky Mountain Materials, Inc. |
| Sorrento Lumber Company, Inc. |
| South Kendall Construction Corp. |
| Southern Homes, LLC |
| Southern Star Construction Company, Inc. |
| Speedy Drywall |
| Springhill, LLC |
| Standard Pacific of South Florida GP, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>REVISED SCHEDULE II |
|---|
| Standard Pacific of Southwest Florida, GP, Inc. |
| Steeler, Inc. |
| Steven R. Carter, Inc. |
| Stine Lumber, LLC |
| Stock Building Supply, Inc. |
| Stock Building Supply, LLC |
| Suarez Housing Corp. |
| Summit Homes, LLC n/k/a PHL Construction, LLC |
| Sun Construction LLC |
| Sunrise Construction & Development, LLC |
| Sunrise Homes |
| Swedberg Enterprises, Inc. |
| Taylor Morrison, Inc. |
| Taylor Morrison Services, Inc. |
| The Haskell Company |
| The Jade Organization, Inc. |
| The Ryland Group, Inc. |
| Thomas R. Gould, Inc. |
| Thompson Wood Products, Inc. |
| Tillman Construction, Inc. |
| Timberline Builders, Inc. |
| TMO Global Logistics, L.L.C. |
| Tobin Trading, Inc. |
| Toll Estero Ltd. Partnership, d/b/a Toll Brothers |
| Total Community Action |
| Treasure Coast Communities, Inc. |

| *Gross, et al v. Knauf Gips, KG, et al 09-6690*<br>ORIGINAL COMPLAINT, OMNI III, III(A)<br>REVISED SCHEDULE II |
|---|
| Treasure Coast Homes, LLC |
| Trust America Homes, Inc. |
| United Drywall & Stucco, Inc. |
| US Home Corporation, a Delaware Corporation |
| Venture Supply, Inc. |
| Waterways Joint Venture IV, LLC |
| Waterways Joint Venture IV |
| WB Construction Company, Inc. |
| Wellington Shores - Wellington Limited Partnership |
| Woodland Enterprises, Inc. |