UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-6690-EEF-JCW | ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MORGAN & MORGAN'S MOTION TO WITHDRAW AS COUNSEL FOR MS. ROSE CRIBB

Considering the law firm of Morgan & Morgan's Motion to Withdraw as Counsel for Plaintiff Rose Cribb, having been advised there is no opposition to this matter and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of Morgan & Morgan's Motion to Withdraw as Counsel for Plaintiff Rose Cribb is GRANTED. The law firm of Morgan & Morgan is discharged from any further obligation to Ms. Cribb in this matter. The law firm of Morgan & Morgan shall serve this order on Ms. Cribb via regular U.S. mail at her last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this 25th day of November, 2013.

Eldon E. Fallon
United States District Court Judge