UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al. Case No. 10-361 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw as Counsel for Plaintiff Barbara Alvarez,

IT IS ORDERED that the Motion to Withdraw is GRANTED and the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane is permitted to withdraw as counsel for Plaintiff Barbara Alvarez in the above captioned case.

New Orleans, Louisiana, this 25th day of November, 2013.

_____
Eldon E. Fallon
United States District Court Judge