UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al.<br>Case No. 10-361 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## **ORDER**

Considering the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane's Motion to Withdraw as Counsel for Plaintiffs Santiago & Daphini Jimenez,

IT IS ORDERED that the Motion to Withdraw is GRANTED and the law firm of Colson Hicks Eidson Colson Cooper Matthews Martinez Gonzalez Kalbac & Kane is permitted to withdraw as counsel for Plaintiffs Santiago & Daphini Jimenez in the above captioned case.

New Orleans, Louisiana, this 25th day of November, 2013.

_____
Eldon E. Fallon
United States District Court Judge