UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            SECTION L
LITIGATION                            JUDGE FALLON
                                      MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Payton, et al. v. Knauf Gips KG, et al.,*
*Case No.: 09-7628 (E.D.La.)*

---

## ORDER GRANTING WITHDRAW AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Plaintiffs, JAMES VIGNES and ANDREA VIGNES, in the above civil matter.  The Court, having considered the Motion, finds that Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Plaintiffs, James Vignes and Andrea Vignes, is hereby granted and that Gregory S. Weiss, Esq., and the firm of Leopold Law, P.A., formerly known as Leopold~Kuvin, P.A., are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Plaintiffs, James Vignes and Andrea Vignes.  Until such time as a Notice of Appearance is filed by new counsel, all pleadings shall be served on Plaintiffs, James Vignes and Andrea Vignes, at: 18630 Lost Lane, North Fort Myers, FL 33913.

New Orleans, Louisiana this 25th day of November, 2013.

HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE