UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-00932 (E.D. La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>**Case No. 10-cv-361 (E.D. La.)** | MDL NO. 2047<br>SECTION: l<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER (1) APPROVING THE OTHER LOSS CLAIM FORM AND (2) SETTING A DEADLINE OF MARCH 17, 2014 FOR FILING OTHER LOSS CLAIMS IN EACH OF THE FOUR VIRGINIA-BASED CHINESE DRYWALL CLASS SETTLEMENTS**

Now Come Class Counsel, Russ M. Herman, Arnold Levin, and Richard Serpe, who respectfully move this Honorable Court to enter an order (1) approving the Other Loss Claim Form and (2) setting an Other Loss claim filing deadline of March 17, 2014 in each of the Four Virginia-based Chinese Drywall Settlements. Each settlement received final approval by this Court on July 9, 2013 (Dkt. #16934). In addition, the Allocation Plan for the Four Class Settlements was approved on July 9, 2013 (Dkt. #16934) and Matthew Garretson of Garretson Resolution Group ("GRG") was appointed Special Master to Administer the Claim Process on April 25, 2013 (Dkt. #16780).

The claims process for the Four Virginia-based Class Settlements is a bifurcated process. Phase I, involving "Real Property" claims, is already underway with a claims filing deadline of December 16, 2013, per this court's October 24, 2013 Order (Dkt. 17208). Phase II is "Other Loss" claims. A subset of persons claiming Real Property damages will also claim Other Loss damages.

Mr. Garretson has completed the claim form for the Other Loss component of the Four Virginia-based Class Settlements. It is attached hereto as Exhibit 1. Other Loss damages make up 20% of the damages to be awarded to class members, and include claims for pre-remediation alternative living expenses, foreclosures, sales in mitigation, tenant losses, bodily injury, personal property, and other potential losses not specifically excluded under the Approved Allocation Plan. (Dkt. #16934 at ¶7).

Pending approval of this motion, Mr. Garretson is prepared to mail out the Other Loss claim form to all identified class members and post the claim form on chinesedrywallclass-va.com (a website which was created pursuant to the Court-approved notice plan (Dkt. #16516 at

¶ 14)) and the Court's website, pursuant to the Court-approved long-form notice (Dkt. #16463-7 at 9).

Furthermore, Class Counsel respectfully move this Honorable Court to enter a deadline for Class Members to submit Other Loss claims of March 17, 2014.

In sum, class counsel request (1) approval of the Other Loss claim form (attached hereto as Exhibit 1) and (2) the setting of deadline for filing Other Loss Claims of March 17, 2014.

A proposed order is attached hereto.

                Respectfully submitted,

Dated:  December 6, 2013       /s/ Russ M. Herman
                Russ M. Herman, Esq. (Bar No. 6819)
                Leonard A. Davis, Esq. (Bar No. 14190)
                Stephen J. Herman, Esq. (Bar No. 23129)
                HERMAN, HERMAN & KATZ, L.L.C.
                820 O'Keefe Avenue
                New Orleans, LA 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                ldavis@hhklawfirm.com
                *Plaintiffs' Liaison Counsel in MDL 2047*
                *And Class Counsel*

                Arnold Levin
                Fred S. Longer
                Sandra L. Duggan
                Matthew C. Gaughan
                LEVIN, FISHBEIN, SEDRAN & BERMAN
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                Phone: 9215) 592-1500
                Fax: (215) 592-4663
                alevin@lfsblaw.com
                *Plaintiffs' Lead Counsel in MDL 2047 and*
                *Class Counsel*

>Richard Serpe
>Law Offices of Richard J. Serpe
>Crown Center, Suite 310
>580 East Main Street
>Norfolk, VA 23510-2322
>Phone: (757) 233-0009
>Fax: (757) 233-0455
>rserpe@serpefirm.com
>*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of December, 2013.

>/s/ Leonard A. Davis_____
>Leonard A. Davis, Esquire
>HERMAN, HERMAN & KATZ, L.L.C.
>820 O'Keefe Avenue
>New Orleans, LA 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com