# Exhibit 1

**CHINESE DRYWALL SETTLEMENT PROGRAM**

**CLAIM FORM FOR OTHER LOSSES PAYMENT**

*For the Four Virginia-based Class Action Settlements*

## THIS CLAIM FORM MUST BE COMPLETED, SIGNED, AND POSTMARKED FOR RETURN ON OR BEFORE MARCH 17, 2014 OR YOUR CLAIM MAY BE DENIED.

This Claim Form packet has been sent to you because you already completed and returned a Real Property Claim Form to recover for damages to real property, and on your Real Property Claim Form, you indicated that you intended to file a claim(s) for Other Losses.   Please read carefully the instructions for filing claims for Other Losses.

**The Virginia Settlements**

As you should already be aware, on July 9, 2013, the Court issued an Order and Judgment granting final approval to four class action settlements (the "Virginia Settlements") involving claims regarding Chinese Drywall brought by certain homeowners located primarily (but not exclusively) in Virginia against the following defendants:

(1) Nationwide-related insurance companies and over thirty entities to whom they issued liability insurance policies (the "Nationwide Insureds Settlement");

(2) Venture Supply, Porter-Blaine Corporation, and their insurers, the Hanover-related insurance companies (the "Porter-Blaine/Venture Supply Settlement");

(3) Tobin Trading, Inc.; Builders Plaster & Drywall, LLC; JMM Drywall Co., LLC; and State Farm-related insurance companies (the "Tobin Trading and Installers Settlement"); and

(4) Builders Mutual Insurance Company and nineteen entities to whom it issued liability insurance policies (the "Builders Mutual Insureds Settlement").

Each of these Virginia Settlements is intended to resolve all personal injury and property damage claims against these defendants.  According to the terms of the Virginia Settlements, the defendants will pay $10,000,000.00 in the Nationwide Insureds Settlement; $3,000,000.00 in the Porter-Blaine/Venture Supply Settlement; $2,700,000.00 in the Tobin Trading and Installers Settlement; and $1,700,000 in the Builders Mutual Insureds Settlement, each into separate funds (collectively, the "Settlement Funds").

**Background Regarding the Other Losses Fund**

Twenty percent (20%) of the funds available for distribution in the Four Virginia-based Chinese Drywall Settlement Funds shall be set aside to compensate or reimburse qualified Class Members for Other Losses.

"Other Losses" include only the following:

(1) Foreclosure with Lost Equity
(2) Sales in Mitigation (for example, "Short Sales")
(3) Pre-Remediation Alternative Living Expenses
(4) Tenant Losses
(5) Bodily Injury
(6) Personal Property
(7) Other Losses Claims Allowed by the Special Master

Each of these 7 types of Other Losses will have a separate part of the Claim Form for Other Losses dedicated to that type of Other Loss.

Other Losses **do not include** damage or loss for stigma, injury to reputation, loss of enjoyment of home, psychological or emotional injury, medical monitoring, injury to reputation, credit rating loss, legal and accounting expenses, loss of investment opportunity or any other loss or damage not covered herein. Additionally, Other Losses do not include alternative living expenses incurred during remediation, as those are compensated as part of the Real Property square footage-based payment.

Each qualified Class Member's payment for Other Losses, if any, shall be calculated and allocated based on several objective factors. Relative to the calculation of Real Property Payments, the calculation of payments for Other Losses is more complex and will require additional time. To the extent claims for Other Losses exceed the total amount of funds available for allocation, funds will be distributed to Class Members on a *pro rata* basis according to the amount of each Class Member's Other Losses. As indicated in the Court-approved Allocation Plan, payments to Class Members with claims against multiple funds will be reduced by amounts recovered from earlier funds.

**Claim Form for Other Losses Payment**

Your Claim Form for Other Losses Payment ("Claim Form") includes a section for each type of Other Loss that you selected in Section VIII of the *Claim Form for Real Property Payment* which you previously submitted. If your Claim Form includes a section for a type of Other Loss that does not apply to you, please leave it blank and proceed to the next section.

Please carefully follow all of the instructions and complete the Claim Form as thoroughly and accurately as possible. Should there be insufficient space to list all relevant information, please attach additional sheets as described.

In addition to completing this Claim Form, you will need to attach and provide certain documents to support your claim. This Claim Form provides instructions concerning the additional documentation you need to submit. Please review all instructions carefully, and enclose all required documentation.

You must provide the specified proof supporting your claim for **Other Losses**. Each Other Losses section that follows includes a checklist of the items of proof which may be acceptable in order to qualify for payment for a particular type of Other Loss. If you are making a claim for a particular type of Other Loss, place a checkmark in each corresponding box to indicate whether you have attached and are submitting the requested item of proof. Then, insert **copies** of any documents supporting each required item of proof behind each respective page.

<u>Note</u>: Each Claim Form that you submit must be signed and notarized.

**Authorized Representatives**

If you are an Authorized Representative making a claim on behalf of a person who is lacking capacity, incompetent, or deceased, please provide the information requested for the person for whom you are making the claim.

**<u>DEADLINE</u>**

In order to receive any Other Losses Award, **<u>the Claim Form and all required supporting proof must be postmarked by March 17, 2014</u>**.  Submissions postmarked for return after this date will be rejected.

**General Instructions**

Submit this Claim Form and any data, documentation, or records you choose to submit in support of your Other Losses claim to the Special Master at the following address:

**Garretson Resolution Group**
**c/o VA Chinese Drywall Special Master**
**6281 Tri-Ridge Boulevard, Suite 300**
**Cincinnati, OH 45140**

Print or type all responses.  Attach additional copies of sections if needed.  In completing this form, you must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can.  You must provide the documents and other evidence that are required by this document to prove your claim.  You should submit all of your materials together.  You should retain the original documents related to all copies submitted to the Special Master.  Once this Claim Form has been completed, it must be signed by the Class Member.  If you are represented by an attorney, it is important to ask him or her any questions you have about this Claim Form before you sign it.  Your attorney may assist you in completing this form.  If someone else prepared this Claim Form for you, review its contents carefully.  You are responsible for the accuracy of all information provided in this Claim Form.

**Do not send any original documents.  Please attach and provide photocopies.**

**GRG will not return any documents that are submitted with this Claim Form.**

**Release**

The Virginia Settlements received final approval from the Court on July 9, 2013.  This Court Order released all Participating Defendants from liability to Class Members relating to Chinese Drywall damage at Class Members' Affected Properties.  **Whether you file a claim or not, you are bound by the Court's Order releasing Defendants.**  Your claim form must be postmarked by the March 17, 2014 deadline in order to make a claim to recover from Participating Defendants for Chinese Drywall damage. If you fail to submit this claim form, you will give up your rights to recover from Participating Defendants for Other Losses you incurred from Chinese Drywall at your Affected Property.

## FORECLOSURE (OR DEED IN LIEU OF FORECLOSURE) WITH LOST EQUITY

**<u>Other Losses Type :  Foreclosure (or Deed in Lieu of Foreclosure) with Lost Equity</u>**

Description: To the extent that recovery from the Real Property Funds is insufficient to compensate Class Members with Foreclosed Properties for Lost Equity, an amount will be determined by the Special Master to partially compensate for the remaining Lost Equity (but not lost anticipated market value) in the Foreclosed Property.  For purposes of this type of Other Loss, foreclosure shall include Affected Properties that have been sold at a foreclosure auction or have been transferred to the mortgage holder via a deed in lieu of foreclosure.  Title to the Affected Property must have been transferred out of the Class Member's name in order to qualify for compensation for this type of Other Loss.

**Allocation of Other Losses Funds**

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of Lost Equity for each Class Member.

**Proof Requirement:  Proof of Lost Equity in the Affected Property Due to Foreclosure**

A participating Class Member seeking benefits under this section must submit the following items of proof.  For each item of proof, please check the box if you have attached copies of supporting documents to this page, and are submitting this proof:

☐  If not submitted in connection with claims for Real Property damage, physical proof, such as photography evidence or inspection reports, that the Affected Property has Chinese Drywall, or proof of corrosion prior to foreclosure or other acceptable evidence that the Chinese Drywall was reactive prior to foreclosure;

☐ If not submitted in connection with claims for Real Property damage, proof that Chinese Drywall was installed, supplied, distributed, or otherwise within the legal responsibility of all Participating Defendants from whom the participating Class Member seeks to recover;

☐  Proof of purchase of the Affected Property;

☐  Proof of the purchase price and appraised value at purchase of the Affected Property;

☐  Proof of the sale price and assessed tax value at sale/foreclosure (or, if deed in lieu of foreclosure, at transfer) of the Affected Property;

☐  All loan documents, including but not limited to, the HUD-1 Settlement Statement, recorded deed, note, payment letter and mortgage;

☐  All documents regarding the foreclosure proceeding (or deed in lieu of foreclosure agreement), including, but not limited to, forbearance agreements, all court documents, and correspondence between the participating Class Member and the bank or morgage holder;

☐  Any other documents relating to mortgage payments that you believe support your claim, including cancelled checks, online bill payment confirmations, and past due notices; and

☐  All documents regarding attempts to sell or rent the Affected Property.

To expedite the evaluation of your claim, please **briefly** describe the documents and proof you have submitted, if any.  This description is not a substitute for copies of the proof documents.

_____

_____

[ Continued ]

**Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement:  Affidavit Supporting the Claim for Loss Due to Foreclosure**

*By signing below, I represent that I lost this Affected Property through foreclosure or deed in lieu of foreclosure and that the foreclosure or deed in lieu of foreclosure was substantially caused by Chinese Drywall.  I acknowledge that the materials provided herein comprise all of the documentation available to me to support this representation.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief.  I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____
**Class Member Signature**


_____
Print Name                              Date


_____
County, State


_____
Notary Public

## SALES IN MITIGATION

**Other Losses Type:  Sale in Mitigation (a/k/a Short Sale)**

Description: To the extent that recovery from the Real Property Funds is insufficient to compensate Class Members for Lost Equity who, due to the presence of Chinese Drywall, sold Affected Properties in an attempt to mitigate their losses, an amount will be determined by the Special Master to partially compensate for the remaining Lost Equity in the sold property.

**Allocation of Other Losses Funds**

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of Lost Equity for each Class Member.

**For former owners who sold Affected Properties at diminished value**, these participating Class Members must attach the proof documents listed in this section. To obtain benefits under this Section, a participating Class Member must establish that the sale was substantially caused by Chinese Drywall.

**Proof Requirement: Proof of Selling Affected Property in an Attempt to Mitigate Losses or Short Sale.**

A participating Class Member seeking benefits under this section must submit all of the following items of proof. For each item of proof, please check the box if you have attached copies of supporting documents to this page, and are submitting this proof:

☐ If not already submitted in connection with claims for Real Property damage, physical proof, such as photographic evidence or inspection reports, that the Affected Property has Chinese Drywall, or proof of corrosion prior to the sale or other acceptable evidence that the Chinese Drywall was reactive prior to sale;

☐ If not submitted in connection with claims for Real Property damage, proof that Chinese Drywall was installed, supplied, distributed, or otherwise within the legal responsibility of all Participating Defendants from whom the participating Class Member seeks to recover;

☐ Proof of purchase of the Affected Property;

☐ Closing documents from the purchase of the Affected Property, including, but not limited to, the sale price of the Affected Property, the appraised value at purchase of the Affected Property, down payment on the purchase price, and total mortgage amount related to the purchase of the Affected Property;

☐ Proof of the sale price, appraised value at time of sale, and assessed tax value at time of sale of the Affected Property;

☐ All loan documents, including but not limited to, the HUD-1Settlement Statement, recorded deed, note, payment letter and mortgage;

☐ Any documents relating to mortgage payments that you believe support your claim, including, cancelled checks, online bill payment confirmations, and past due notices; and

☐ All documents regarding attempts to sell or rent the Affected Property.

To expedite the evaluation of your claim, please **briefly** describe the documents and proof you have submitted, if any. This description is not a substitute for copies of the proof documents.

_____

_____

_____

[ Continued ]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement:  Affidavit Supporting the Claim for Loss Due to Sale in Mitigation**

*By signing below, I represent that I sold this Affected Property in an attempt to mitigate losses, and this sale was substantially caused by Chinese Drywall.   I acknowledge that the materials provided herein comprise all of the documentation available to me to support this representation.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief.  I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____
**Class Member Signature**

_____
Print Name                                    Date

_____
County, State

_____
Notary Public

## PRE-REMEDIATION ALTERNATIVE LIVING EXPENSES

**Other Losses Type:  Pre-Remediation Alternative Living Expenses**

Description: Pre-Remediation Alternative Living Expenses are defined as alternative living expenses arising from the need to vacate the Affected Property **incurred prior to remediation** and as a result of Chinese Drywall in the Affected Property.  Pre-Remediation Alternative Living Expenses do not include alternative living expenses incurred during remediation.

**Allocation of Other Losses Funds**

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of the Pre-Remediation Alternative Living Expenses for each Class Member.

**Proof Requirement:   Proof of Alternative Living Expenses Incurred Prior to Remediation of the Affected Property**

To obtain benefits for Pre-Remediation Alternative Living Expenses, the Class Member must submit the following items of proof.  Please complete this page only if you are claiming Other Losses related to Pre-Remediation Alternative Living Expenses.  For each item of proof requested, check the corresponding box within the checklist below to indicate that the required proof has been attached and submitted.  Then attach **copies** of supporting documents behind each respective page.

Enter the first date on which remediation of Chinese Drywall occurred, if remediation occurred.  If the Chinese Drywall was not remediated, enter "N/A":

First Date: (mm/dd/yyyy) _____/_____/_____

Enter the first and last dates on which you incurred Pre-Remediation Alternative Living Expenses:

First Date: (mm/dd/yyyy) _____/_____/_____

Last Date: (mm/dd/yyyy) _____/_____/_____

Check all boxes **for which you are submitting proof** with this cover page:

☐   If not already submitted in connection with claims for Real Property damage, physical proof, such as photographic evidence or inspection reports, that the Affected Property has Chinese Drywall, proof of corrosion, or proof that the Chinese Drywall was reactive prior to the participating Class Member vacating the Affected Property;

☐ If not submitted in connection with claims for Real Property damage, proof that Chinese Drywall was installed, supplied, distributed, or otherwise within the legal responsibility of all Participating Defendants from whom the participating Class Member seeks to recover;

☐   All verified and authenticated documents regarding alternative living expenses, including, but not limited to, leases, rental payments, pet deposits, utility deposits, condo association bills, lawn services, utility bills, moving and storage expenses;

☐   To the extent applicable, all loan documents, including, but not limited to, a HUD-1 Settlement Statement, recorded deed, note, payment letter and mortgage;

☐ To the extent applicable, all documents relating to mortgage or lease payments, including, but not limited to, lease application fees, rental payments, cancelled checks and past due notices or any evidence of other alternative living expenses incurred prior to remediation.

To expedite the evaluation of your claim, please **briefly** describe the documents and proof you have submitted, if any.  This description is not a substitute for copies of the proof documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement: Affidavit Supporting the Claim for Pre-Remediation Alternative Living Expenses**

*By signing below, I acknowledge that the materials provided herein comprise all of the documentation available to me to demonstrate that I have incurred Alternative Living Expenses due to the need to vacate this Affected Property prior to remediation as a result of Chinese Drywall, and that these pre-remediation alternative living expenses were substantially caused by Chinese Drywall.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief.  I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____

**Class Member Signature**

_____

Print Name                                    Date

_____

County, State

_____

Notary Public

## TENANT LOSSES

**Other Losses Type:  Tenant Losses**

Description: Class Members who were Tenants are eligible to receive an amount to be determined by the Special Master to compensate such Tenant for moving expenses, if the Tenant is displaced by remediation, and personal property damage, such as to jewelry and tenant-owned appliances, caused by Chinese Drywall.  In order to qualify for compensation for this type of Other Loss, a Tenant must establish that the personal property damage and moving expenses were substantially caused by Chinese Drywall.

**Allocation of Other Losses Funds**

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of Tenant Losses for each Class Member.

**Proof Requirement: Proof of Moving Expenses and/or Damage to Tenant-Owned Personal Property**

To qualify for compensation for Tenant Losses, the participating Class Member must submit the following items of proof.  Please complete this page only if you were a Tenant who was displaced due to the presence of Chinese Drywall and you are claiming Other Losses related to moving expenses and/or damage to Tenant-owned personal property (such as damage to Tenant-owned jewelry or appliances). For each item of proof requested, check the corresponding box within the checklist below to indicate that the required proof has been attached and submitted.  Then attach **copies** of supporting documents behind each respective page.

Affected Property Street Address _____

City _____ State _____ ZIP Code _____

Owner of Affected Property _____

Enter the first and last dates on which you were a Tenant residing at the Affected Property:

First Date: (mm/dd/yyyy) _____/_____/_____

Last Date: (mm/dd/yyyy) _____/_____/_____

Enter the dates on which your lease agreement began:

Lease Effective Date: (mm/dd/yyyy) _____/_____/_____

Enter the term of your lease agreement:

☐ Month-to-month lease agreement

☐ Six-month lease agreement

☐ Twelve-month lease agreement

☐ Other  - Describe: _____

Check all boxes **for which you are submitting proof** with this cover page:

☐  Physical proof, such as photographic evidence or inspection reports, that the Affected Property has Chinese Drywall, proof of corrosion, or proof that the Chinese Drywall was reactive;

☐  Proof that Chinese Drywall was installed, supplied, distributed, or otherwise within the legal responsibility of all Participating Defendants from whom the participating Class Member seeks to recover;

☐  All verified and authenticated documents regarding moving expenses and personal property damage, including, but not limited to, mover receipts and proof of purchase of personal property; and

☐  Copy of lease agreement or other documentation verifying that you lived as a Tenant at the Affected Property.

To expedite the evaluation of your claim, please **briefly** describe the documents and proof you have submitted, if any.  This description is not a substitute for copies of the proof documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement:  Affidavit Supporting the Tenant's Claim for Losses**

*By signing below, I represent that either 1) I was a Tenant who was displaced due to remediation and I incurred related moving expenses substantially caused by Chinese Drywall, or 2) I was a Tenant who incurred personal property damage, such as to jewelry and tenant-owned appliances, substantially caused by Chinese Drywall.  I am submitting a claim for payment from the Other Losses Fund for these expenses and damages. I acknowledge that the materials provided herein comprise all of the available documentation to support this representation.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief.  I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____

**Class Member Signature**

_____

Print Name                                    Date

_____

County, State

_____

Notary Public

## BODILY INJURY

### Other Losses Type:  Bodily Injury

Description: Class Members may receive an amount from the Other Losses Fund to be determined by the Special Master to compensate for bodily injury caused by Chinese Drywall in the Affected Property for which the Class Member sought medical treatment.

A Class Member seeking reimbursement from the Other Losses Fund for bodily injury substantially caused by Chinese Drywall must only provide medical records and pharmacy records, not to exceed fifty (50) pages, that are sufficient to establish medical treatment and care for the alleged injury.

### Allocation of Other Losses Funds

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of Bodily Injury losses for each Class Member.

**Proof Requirement: Proof of Bodily Injury Substantially Caused by Chinese Drywall**

In order to qualify for compensation for this type of Other Loss, a Class Member must submit the following items of proof and check the corresponding box to indicate that the required proof has been attached and submitted.  Then, attach **copies** of supporting documents behind this page.

☐  I have attached a maximum of fifty (50) pages of certified medical records and/or pharmacy records, establishing medical treatment and care for the alleged injury that was caused by Chinese Drywall at the Affected Property.

To expedite the evaluation of your claim, please **briefly** describe the bodily injury you are claiming, as well as the proof that you have submitted, if any.  This description is not a substitute for copies of the proof documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement: Affidavit Supporting the Claim for Bodily Injury**

*By signing below, I represent that I have incurred bodily injury for which I sought medical treatment, and that such bodily injury was substantially caused by Chinese Drywall. I acknowledge that the materials provided herein comprise all of the documentation available to me to support this representation.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____
**Class Member Signature**

_____
Print Name                                    Date

_____
County, State

_____
Notary Public

## PERSONAL PROPERTY

**<u>Other Losses Type:  Personal Property</u>**

Description: Class Members may receive an amount from the Other Losses Fund to be determined by the Special Master to compensate for personal property damage, such as to jewelry and appliances, caused by Chinese Drywall.  In order to qualify for compensation for this type of Other Loss, a Class Member must establish that the personal property damage was substantially caused by Chinese Drywall.

**Allocation of Other Losses Funds**

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of Personal Property losses for each Class Member.

**Proof Requirement: Proof of Damage to Personal Property Substantially Caused by Chinese Drywall**

In order to qualify for compensation for damage to personal property which was substantially caused by Chinese Drywall, a Class Member must submit the following items of proof.  For each item of proof requested, check the corresponding box within the checklist below to indicate that the required proof has been attached and submitted.  Then attach **copies** of supporting documents behind each respective page.

Check all boxes **for which you are submitting proof** with this cover page:

☐  Physical proof such as photographic evidence or inspection reports satisfactory to the Special Master that the Affected Property has Chinese Drywall, proof of corrosion, or proof that the Chinese Drywall was reactive;

☐   Proof that Chinese Drywall was installed, supplied, distributed, or otherwise within the legal responsibility of all Participating Defendants from whom the participating Class Member seeks to recover;

☐   Proof of the actual market value of the property that was damaged at the time of the loss or, if unavailable, proof of the original purchase price and date of purchase;  and

☐  All verified and authenticated documents regarding personal property damage, including but not limited to, proof of purchase of personal property.


To expedite the evaluation of your claim, please **briefly** describe the documents and proof you have submitted, if any.  This description is not a substitute for copies of the proof documents.

_____

_____

_____

_____

_____

**Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement: Affidavit Supporting the Claim for Damage to Personal Property**

*By signing below, I represent that I incurred personal property damages that were substantially caused by Chinese Drywall and that I am submitting a claim for payment from the Other Losses Fund for such damages. I acknowledge that the materials provided herein comprise all of the available documentation to support this representation.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief.  I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____

**Class Member Signature**

_____

Print Name                                    Date

_____

County, State

_____

Notary Public

## ADDITIONAL OTHER LOSSES

**Other Losses Type:  Additional Other Losses**

Description: The Special Master may, in its sole discretion, consider and allow claims that are not explicitly provided for in the class settlements, so long as the claims are equitably justified and **do not** involve claims for damage of stigma, injury to reputation, loss of enjoyment of home, psychological or emotional injury, medical monitoring, injury to reputation, credit rating loss, legal and accounting expenses, loss of investment opportunity, and any other loss or damage not covered herein.

In considering any such additional claims, the Special Master may, in its sole discretion, adjust the amount of the claims so as to equitably allocate Other Losses funds to other participating Class Members.

**Allocation of Other Losses Funds**

The Special Master anticipates that the amount of claimed Other Losses will exceed the amount of funds available to compensate for Other Losses.  To determine each Class Member's share of the funds available for Other Losses, the Special Master will allocate the available Other Losses funds on a pro rata basis according to each Class Member's total determined Other Losses, which will include the amount of the Special Master's determination of additional Other Losses for each Class Member.

**Proof Requirement: Description of Additional Other Losses**

**Description of Additional Other Losses**:  _____

      A. Description of Damage and How It Was Substantially Caused by Chinese Drywall:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

      B. Value of Claim:               $_____

       **Attach copies of documents supporting this proof requirement behind this page.**

**Proof Requirement:  Affidavit Supporting Claim(s) for Additional Other Losses**

*By signing below, I represent that I have incurred Additional Other Losses substantially caused by Chinese Drywall and that I am submitting a claim for payment from the Other Losses Fund for such Additional Other Losses. I acknowledge that the materials provided comprise all of the available documentation to demonstrate this representation.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief.  I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Other Loss Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____
**Class Member Signature**

_____
Print Name                                    Date

_____
County, State

_____
Notary Public