## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: l |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| *Abel, et al. v. Taishan Gypsum Co.,Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **Case No. 11-cv-080 (E.D. La.)** | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **Case No. 12-cv-0498 (E.D. La.)** | |
| *Amato, et al. v. Liberty Mutual Insurance Company,* **Case No. 2:10-cv-00932 (E.D. La.)** | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* **Case No. 2:09-cv-06687 (E.D. La.)** | |
| *Gross, et al. v. Knauf Gips, KG, et al* **Case No. 09-cv-6690 (E.D. La.)** | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **Case No. 11-cv-1077 (E.D. La.)** | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.* **Case No. 10-cv-361 (E.D. La.)** | |

## ORDER:
## (1) APPROVING THE OTHER LOSS CLAIM FORM AND (2) SETTING A DEADLINE OF MARCH 17, 2014 FOR FILING OTHER LOSS CLAIMS IN EACH OF THE FOUR VIRGINIA-BASED CHINESE DRYWALL CLASS SETTLEMENTS

Upon consideration of Class Counsel's Motion for an Order: (1) approving the Other Loss Claim Form and (2) setting an Other Loss claim filing deadline of March 17, 2014 in each of the Four Virginia-based Chinese Drywall Class Settlements, this Court hereby:

1. APPROVES the Other Loss Claim Form which is attached to the Memorandum in Support of Class Counsel's Motion for an Order Approving the Other Loss Claim Form at Exhibit 1; and

2. ESTABLISHES the Other Loss claim filing deadline of March 17, 2014 in each of the Four Virginia-based Chinese Drywall Class Settlements.

New Orleans, Louisiana, this ___ day of _____, 2013.


_____
ELDON E. FALLON
United States District Court Judge