UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court was contacted by Christopher Blanco. Mr. Blanco is a homeowner and Plaintiff in this case. He is represented by counsel, Victor Diaz. Mr. Blanco is in the process of trying to sell his home. He was recently informed by counsel that he could not sell his home until the settlement is finalized.

**IT IS ORDERED** that Liaison Counsel for Plaintiffs look into his case and advise the Court of what can be done, before December 31, 2013, to help facilitate the sale of his home.

New Orleans, Louisiana, this 5th day of December, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Christopher Blanco
2501 S.W. 63rd Avenue
Miami, FL 33155