# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) CASE NO. 2:09-MD-02047<br>)<br>) SECTION L<br>)<br>) JUDGE FALLON<br>)<br>) MAG. JUDGE WILKINSON |

### JOINT MOTION TO DISMISS LANDMARK AMERICAN INSURANCE COMPANY

**NOW INTO COURT**, comes the Plaintiffs Steering Committee and Class Counsel (hereinafter, collectively referred to as the "PSC") and Landmark American Insurance Company, who jointly move to dismiss all claims against Landmark American Insurance Company, with prejudice, with respect to the above captioned action as it was inadvertently left out of the Omnibus Dismissal Motion with respect to the above captioned case.  For these reasons and the reasons more fully set forth in the accompanying memorandum in support, The Plaintiffs Steering Committee and Class Counsel pray that any and all claims against Landmark American Insurance Company be dismissed with prejudice.

              **Respectfully submitted:**

               /s/*Melissa M. Lessell*
              JUDY L. BURNTHORN (17496)
              JAMES W. HAILEY, III (23111)
              MELISSA M. Lessell (32710)
              **DEUTSCH, KERRIGAN & STILES LLP**
              755 Magazine Street
              New Orleans, LA  70130
              Phone: (504) 581-5141
              Fax: (504) 566-4022
              mlessell@dkslaw.com
              *Counsel for Landmark American Insurance Compay*

*and*

Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
**LEVIN, FISHBEIN, SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Submission has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of December, 2013.

/s/*Melissa M. Lessell*
MELISSA M. LESSELL