# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF JOINT MOTION
TO DISMISS LANDMARK AMERICAN INSURANCE COMPANY**

**NOW INTO COURT**, comes the Plaintiffs Steering Committee and Class Counsel (hereinafter, collectively referred to as the "PSC") and Landmark American Insurance Company, who jointly move to dismiss all claims against Landmark American Insurance Company, with prejudice, with respect to the claims asserted in the above captioned action for the reasons set forth below:

1.      Plaintiffs substituted Landmark American Insurance Company in place of RSUI Group, Inc. as a defendant in the instant litigation and dismissed all claims against RSUI Group, Inc., without prejudice, in this litigation on or about June 17, 2011. *See,* ECF R. Doc. 9594.

2.      As a result of the June 2011 substitution, Landmark American Insurance Company was inadvertently left out of the Omnibus dismissal filings, although Landmark American Insurance Company should have been dismissed as a result of the Global and INEX Class Action Settlement Agreements, which received final approval from this Honorable Court on or about February 7, 2013. *See,* ECF R. Doc. 16570.

## Conclusion

**WHEREFORE,** The Plaintiffs Steering Committee, Class Counsel and Landmark American Insurance Company pray that any and all claims against Landmark American Insurance Company be dismissed with prejudice.

**Respectfully submitted:**

   /s/*Melissa M. Lessell*
JUDY L. BURNTHORN (17496)
JAMES W. HAILEY, III (23111)
MELISSA M. Lessell (32710)
**DEUTSCH, KERRIGAN & STILES LLP**
755 Magazine Street
New Orleans, LA  70130
Phone: (504) 581-5141
Fax: (504) 566-4022
mlessell@dkslaw.com
*Counsel for Landmark American Insurance Company*
           and

Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLP**
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above Notice of Submission has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of December, 2013.

/s/*Melissa M. Lessell*
MELISSA M. LESSELL