UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>(Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
|---|---|---|

**O R D E R**

Considering the foregoing Joint Motion to Dismiss Substituted Defendant Landmark American Insurance Company, filed on behalf of The Plaintiffs Steering Committee, Class Counsel and Landmark American Insurance Company;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims against at issue in this litigation against Landmark American Insurance Company be and are dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE**