# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO** *Amato v. Liberty Mutual Insurance Co.*, No. 10-932 | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Plaintiffs Steering Committee and Class Counsel (hereinafter, collectively referred to as the "PSC") and Landmark American Insurance Company,, through undersigned counsel, submits for decision the Joint Motion to Dismiss Landmark American Insurance Company to the Honorable Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana as of January 16, 2013 at 9:00 a.m.

                                            **Respectfully submitted:**

                                            /s/*Melissa M. Lessell*
                                        JUDY L. BURNTHORN (17496)
                                        JAMES W. HAILEY, III (23111)
                                        MELISSA M. Lessell (32710)
                                        **DEUTSCH, KERRIGAN & STILES LLP**
                                        755 Magazine Street
                                        New Orleans, LA  70130
                                        Phone: (504) 581-5141
                                        Fax: (504) 566-4022
                                        mlessell@dkslaw.com
                                        *Counsel for Landmark American Insurance Company*

                                                  *and*

        Russ M. Herman, Esquire (Bar No. 6819)
        Leonard A. Davis, Esquire (Bar No. 14190)
        Stephen J. Herman, Esquire (Bar No. 23129)
        **HERMAN, HERMAN & KATZ, LLP**
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        *Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

        Arnold Levin (On the Brief)
        Fred S. Longer (On the Brief)
        LEVIN, FISHBEIN, SEDRAN & BERMAN
        510 Walnut Street, Suite 500
        Philadelphia, PA 19106
        Phone: (215) 592-1500
        Fax: (215) 592-4663
        Alevin@lfsblaw.com
        *Plaintiffs' Lead Counsel in MDL 2047 and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Submission has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of December, 2013.

                                            /s/*Melissa M. Lessell*
                                        MELISSA M. LESSELL