UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

On November 7, 2013, this Court issued an Order (Rec. Doc. 17236) directing the settling defendants to make deposits of settlement proceeds for the various settlement agreements to the Clerk of Court, to be placed in supervised accounts established by the Court until the money can be placed in the Qualified Settlement Funds.  The Court has been informed that the Clerk of court is unable to accept wire transfers.  In order to comply with this Court's previous Order,

**IT IS ORDERED** that Defendant Knauf wire its payment of settlement funds to the Frilot L.L.C. Trust Account.

**IT IS FURTHER ORDERED** that counsel at Frilot L.L.C. write a check to the Clerk of Court for the amount that is paid by Defendant Knauf.

New Orleans, Louisiana, this 9th day of December, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE