UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

In a previous Order (Rec. Doc. 17257) the Court explained that a discussion of the Louisiana AG lawsuit would take place at the Monthly Status Conference on December 19, 2013. Due to a scheduling conflict,

**IT IS ORDERED** that this discussion will now take place at the Monthly Status Conference on January 16, 2013.

New Orleans, Louisiana, this 9th day of December, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE