# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* | JUDGE FALLON |
| No. 10-1113 | MAG. JUDGE WILKINSON |

## [PROPOSED] ORDER

Considering the Motion for the Appointment of Receiver by Class Counsel, Class Representative, RCR Holdings II, LLC, and the Villa Lago Condominium Association at Renaissance Commons, Inc., pursuant to Section 718.111(3), Florida Statutes, 28 U.S.C. Section 1407, and the Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047 [DE-17177] ("Final Order"),

IT IS ORDERED THAT:

1. H. Minor Pipes, Esq. is hereby appointed to act as the Receiver in this matter to execute and deliver certain required written authorizations and releases on behalf of non-responsive unit owners at various times before, during, and after completion of the remediation and to arrange for the delivery of such units in the condition required by the contract for remediation and the Settlement Agreement.

2. H. Minor Pipes, Esq., as Receiver, shall file a monthly report on each unit within the Condominium for which the Receiver has taken any action, with a final report filed within 60 days after completion of the remediation of the Condominium.

3. Mr. Pipes shall compensated at the rate of $500 per unit, not to exceed in the aggregate $25,000. He shall issue fee application(s) to the Court and upon approval of the same, shall be paid from the Villa Lago Settlement Qualified Settlement Fund.

IT IS SO ORDERED, this _____ of _____, 2013.

_____
Eldon E. Fallon
United States District Court Judge