UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED ) | | |
|        DRYWALL PRODUCTS ) | MDL NO. 2047 | |
|        LIABILITY LITIGATION ) | | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L | |
| ) | | |
| *Hobbie, et al. v.* ) | JUDGE FALLON | |
| *RCR Holdings II, LLC, et al.,* ) | | |
| ) | | |
| No. 10-1113 ) | MAG. JUDGE WILKINSON | |
| ) | | |

**CLASS COUNSELS' MOTION TO AUTHORIZE
TRANSFER OF THE RCR SETTLEMENT FUNDS**

COMES NOW Settlement Class Counsel, Gary E. Mason and Daniel K. Bryson of Whitfield Bryson & Mason, LLP, Joel R. Rhine of Rhine Martin Law Firm, P.C., Adam Linkhorst of Linkhorst & Hockin, P.A., and Gregory S. Weiss of Mrachek, Fitzgerald, Rose Konopka & Dow, P.A., who respectfully move this Honorable Court to enter an Order authorizing the transfer of the RCR Settlement from the RCR Escrow Account to the Villa Lago Settlement Fund QSF.

On November 19, 2012, the Court (the "MDL Court") entered a Final Order and Judgment Approving Class Settlement with Defendant RCR Holdings II, LLC [D.E 16265] and on October 21, 2013, this Court entered a Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047 [D.E. 17177]. Pursuant to Section 11 of the RCR Settlement Agreement, Four Million Eight Hundred Thousand Dollars ($4,800,000) was

deposited in an Escrow Account maintained by Computershare Trust Company, N.A. ("Escrow Agent").

On October 25, 2013, this Court entered an Order establishing the Villa Lago Settlement Fund QSF ("the Villa Lago Settlement Fund") and naming Esquire Bank as the Depository Bank [D.E. 17210].

Class Counsel and RCR Holdings II, LLC ("RCR") hereby seek an Order allowing for the RCR Settlement Amount of $4,800.000, presently deposited in an escrow account with the Escrow Agent, to be disbursed, together with accrued interest, and deposited into the Villa Lago Settlement Fund QSF.

Dated: December 9, 2013                    Respectfully submitted,

                                        */s/* Gary E. Mason
Gary E. Mason
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294
gmason@wbmllp.com
dan@wbmllp.com

Joel R. Rhine
RHINE MARTIN LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN, P.A.
515 North Flagler Drive, 20th Floor
West Palm Beach, Florida 33401
Telephone: (561) 832-5900
Facsimile: (954) 562-9199

alinkhorst@ciklinlubitz.com

*Counsel for the Settlement Class*

Gregory S. Weiss (Fla. Bar No. 163430)
Mracheck, Fitzgerald, Rose, Konopka & Dow, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel.: (561) 655-2250
Fax: (561) 655-5537
gweiss@mrachek-law.com
psymons@mrachek-law.com

*Counsel for RCR Holdings II, LLC*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 9th day of December, 2013.

                 */s/* Gary E. Mason
                 Gary E. Mason