# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|         DRYWALL PRODUCTS ) | MDL NO. 2047 |
|         LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Hobbie, et al. v.* ) | |
| *RCR Holdings II, LLC, et al.,* ) | JUDGE FALLON |
| Case No. 10-1113 (E.D. La.) ) | |
| ) | |
| *Payton , et al. v. Knauf Gips, KG, et al.*, ) | MAG. JUDGE WILKINSON |
| Case No. 09-07628 (E.D. La.) ) | |
| ) | |
| *Wiltz, et al. v. Beijing New Building Materials* ) | |
| *Public Limited Co., et al.* ) | |
| Case No. 2:10-cv-00361 (E.D. La.) ) | |
| ) | |
| *Rogers, et al. v. Knauf Gips KG, et al.* ) | |
| Case No. 2:10-cv-00362 (E.D. La.) ) | |
| ) | |
| *Block et al. v. Gebrueder Knauf* ) | |
| *Verwaltungsgesellschaft KG, et al.* ) | |
| Case No. 2:11-cv-2349 (E.D. La.) ) | |
| ) | |
| *Almeroth, et al. v. Taishan Gypsum Co., LTD.* ) | |
| *f/k/a Shandong Taihe Dongxin Col, LTD., et al.* ) | |
| Case No. 2:12-cv-0498 (E.D. La.) ) | |
| ) | |
| *RCR Holdings II, LLC. v. Arch Insurance* ) | |
| *Company and Coastal Construction of South* ) | |
| *Florida, Inc. d/b/a/ Coastal Condominiums* ) | |
| Case No. 502010CA015377XXXXMBAI ) | |
| (15th JDC Palm Beach County, Florida) ) | |
| ) | |
| *Coastal Construction Group of South Florida, Inc.* ) | |
| *v. Precision Drywall, Inc. and Mid-Continent* ) | |
| *Casualty Company* ) | |
| Case No. 11-07387 CA 04 ) | |
| (11th JDC Miami-Dade County, Fla.) ) | |
| ) | |
| *Coastal Construction of South Florida, Inc. and* ) | |
| *Arch Insurance Company v. Everest National* ) | |
| *Insurance Company, et al.* ) | |
| <u>Case No. 12-80380-CIV-MARRA (S.D. Fla.)    </u>) | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Proposed Settlement Class Counsel and Counsel for RCR Holdings II, LLC, by and undersigned counsel, hereby submit the following Motion in Support of Class Counsel's Motion to Authorize Transfer of the RCR Settlement Funds for consideration on January 8, 2014 at 9:00 o'clock a.m.

DATED: December 9, 2013                             Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone:  561.626.8880/954.776.5990
Facsimile:  561.626.8885

Joel R. Rhine
RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone: (910) 772-9960
Facsimile:  (910) 772-9062

 *Proposed Class Counsel*

Gregory S. Weiss (Florida Bar No. 163430)
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (516) 515-1401
Email: gweiss@leopold-law.com

*Counsel for RCR Holdings II, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 9th day of December, 2013.

/s/ Gary E. Mason

Gary E. Mason