UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | |
| | : | SECTION: L |
| | : | |
| VERSUS | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ORDER

The Court, having considered Plaintiff's *Motion to Extend Deadline For Claim Submission* and supporting *Memorandum*, finds that Plaintiff's motion should be granted and the claims filed on or about November 19, 2013 by Jason Huff, individually and on behalf of his minor children, Brayden Huff, Breanna Huff and Blake Huff, and Mrs. Cammie Huff, for property damages and personal injury damages, shall be considered timely and processed by Brown Greer accordingly.

**ORDERED** that Plaintiffs' Motion to Extend Deadline for Claim Submission is **GRANTED.**

Signed this ___ day of _____, 2013.

_____
Honorable Eldon E. Fallon
United States District Court Judge