UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) | MAG. JUDGE WILKINSON |

**VILLA LAGO PLAINTIFFS' MOTION FOR PARTIAL AWARD OF ATTORNEYS' FEES AND PARTIAL REIMBURSEMENT OF COSTS**

COMES NOW Coastal Settlement Class Counsel ("Class Counsel") and hereby submit the following Motion for Partial Award of Attorneys' Fees and Partial Reimbursement of Costs. Settlement Class Counsel at this time seek approval of the Court to disburse from the Villa Lago Settlement Qualified Settlement Fund ("QSF") the amount of **$1,709,605.58** as a partial payment of attorneys fees and the amount of **$380,946** as a partial payment of certain costs. A Memorandum in Support and proposed Order are being filed contemporaneously.

Dated: December 10, 2013              Respectfully submitted,

                                    */s/ Gary E. Mason*
Gary E. Mason
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C.  20036
Telephone:  (202) 429-2290
Facsimile:  (202) 429-2294
gmason@wbmllp.com
dan@wbmllp.com

Joel R. Rhine
RHINE MARTIN LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone:  (910) 772-9960
Facsimile:   (910) 772-9062
jrr@rhinelawfirm.com

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN, P.A.
515 North Flagler Drive, 20th Floor
West Palm Beach, Florida 33401
Telephone:  (561) 832-5900
Facsimile:   (954) 562-9199
alinkhorst@ciklinlubitz.com

*Counsel for the Settlement Class*

Gregory S. Weiss (Fla. Bar No. 163430)
Mracheck, Fitzgerald, Rose, Konopka & Dow, P.A.
505 S. Flagler Drive, Suite 600
West Palm Beach, FL 33401
Tel.: (561) 655-2250
Fax: (561) 655-5537
gweiss@mrachek-law.com
psymons@mrachek-law.com

*Counsel for RCR Holdings II, LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 10th day of December, 2013.

                                                      */s/ Gary E. Mason*
                                                      Gary E. Mason