## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* Case No. 10-1113 (E.D. La.) | ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## AFFIDAVIT OF GREGORY S. WEISS

STATE OF FLORIDA    )
                                  )
COUNTY OF PALM BEACH  )

BEFORE ME, the undersigned authority, personally appeared Gregory S. Weiss, who upon being duly sworn, deposes and says:

1.    I am over the age of eighteen years, *sui juris*, and have personal knowledge of the facts set forth herein.

2.    I am a shareholder in the law firm of Mrachek, Fitzgerald, Rose, Konopka & Dow, P.A., and the shareholder responsible for billing on this matter.

3.    The purpose of this Affidavit is to attest to the reasonableness and accuracy of the hours spent and fees incurred in the representation of RCR HOLDINGS II, LLC, as well as the reasonableness of the hourly rate of the attorneys and paralegals at the Firm.

4.      The time contained in these statements was reasonable for the complexity of the litigation.  Moreover, $350.00 to $500.00/hour for attorney time, and $150.00/hour for paralegal time, is reasonable within the South Florida legal community for attorneys and paralegals with the experience of those professionals cited herein.

5.      A statement of services showing the attorney and paralegal fees incurred in the representation of RCR HOLDINGS II, LLC is attached as Exhibit "A".

6.      The attorneys' fees incurred were $306,650.00, as set forth in Exhibit "A".

7.      The paralegal fees incurred were $19,435.00, as set forth in Exhibit "A".

8.      The attached Exhibit "A" accurately reflects the actual time worked by attorneys and paralegals on behalf of RCR HOLDINGS II, LLC, in this matter.

9.      The total attorney and paralegal fees incurred on behalf of RCR HOLDINGS II, LLC, are $326,085.00, as set forth in Exhibit "A".

FURTHER AFFIANT SAYETH NAUGHT.

_____
GREGORY S. WEISS

Sworn to and subscribed before me, this __6th__ day of December, 2013, by GREGORY S. WEISS, ☑ who is personally known to me or ☐ who has produced _____ as identification.

_____
Print Name: ___Patricia M. Symons___
Notary Public - State of Florida
My Commission Expires: Sept 20, 2014

PATRICE M. SYMONS
MY COMMISSION # EE 027781
EXPIRES: September 20, 2014
Bonded Thru Notary Public Underwriters

## RCR HOLDINGS II, LLC

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 07/28/10 | GSW | Initial meeting with potential client; travel to/from same | 5.5 | $500.00 | $2,750.00 |
| 07/29/10 | GSW | Review *Hobbie* Notice of Removal from Circuit Court; review RCR's Motion to Dismiss or Stay from *Payton*; review RCR's Amended Superseding Motion to Dismiss from *Payton*; review Complaint in *RCR v. Arch*; review Arch's Motion to Dismiss With Prejudice; review Agreed Order Denying Motion to Dismiss; review Arch's Motion for Extension to File Answer and Affirmative Defenses | 4.3 | $500.00 | $2,150.00 |
| 08/02/10 | GSW | Review Agreed Order on Arch's Motion for Extension | 1.0 | $500.00 | $500.00 |
| 10/12/10 | GSW | Review Order Setting Jury Trial | 0.5 | $500.00 | $250.00 |
| 10/18/10 | GSW | Meeting with Jim Comparato; travel to/from same | 3.9 | $500.00 | $1,950.00 |
| 10/20/10 | GSW | Review 15 boxes received from former counsel | 8.0 | $500.00 | $4,000.00 |
| 10/20/10 | GSW | Teleconference with Jim Comparato regarding substitution of counsel | 0.3 | $500.00 | $150.00 |
| 10/21/10 | GSW | Continue review of 15 boxes received from former counsel | 8.0 | $500.00 | $4,000.00 |
| 10/22/10 | GSW | Review correspondence and other documents emailed from Comparato's office | 3.8 | $500.00 | $1,900.00 |
| 10/24/10 | GSW | Review and execute Stipulation for Substitution of Counsel | 0.2 | $500.00 | $100.00 |

1

EXHIBIT

A

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 10/25/10 | GSW | Teleconference with Attorney Dickenson; prepare email to Dickenson regarding substitution of counsel | 0.7 | $500.00 | $350.00 |
| 10/27/10 | GSW | Review email from client; send emailed response | 0.5 | $500.00 | $250.00 |
| 10/28/10 | GSW | Prepare letter to Attorney Chaves returning his case file; meeting with R. Chavez and D. Dickenson to discuss transfer of litigation and status; review of pleadings, copy and binding of the same; conference with P. Symons and L. Brothers regarding same | 3.7 | $500.00 | $1,850.00 |
| 10/29/10 | GSW | Meeting with Attorneys Dickenson and Chaves; travel to/from same | 3.1 | $500.00 | $1,550.00 |
| 11/02/10 | GSW | Prepare letter to Judge Sasser enclosing Stipulation for Substitution of Counsel and proposed order; emails to and from Attorney Dickenson; meeting with client and Attorney Dickenson | 0.2 | $500.00 | $100.00 |
| 11/04/10 | GSW | Review Arch Insurance's Motion to Stay; review Order Setting Hearing for 12/09/10 | 1.2 | $500.00 | $600.00 |
| 11/05/10 | GSW | Send email to client and Attorney Dickenson regarding Motion to Stay; review Judge Sasser's Motion, Notice and Order of Dismissal | 0.5 | $500.00 | $250.00 |
| 11/09/10 | GSW | Meeting with Comparato at his office; discussion of strategy and remediation; travel to/from same; review Order on Substitution of Counsel | 3.5 | $500.00 | $1,750.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 11/10/10 | GSW | Send email to Attorney Sherri Bauer regarding MDL 2047; telephone call with Sherri Bauer; prepare Notice of Unavailability; telephone call with G. Mason; telephone call with client regarding mediation and related litigation | 1.7 | $500.00 | $850.00 |
| 11/11/10 | GSW | Send email to Expert Zed Hejzlar; send email to client and Attorney Dickenson; review Arch's Motion to Continue Hearing on Motion to Dismiss and Memorandum of Law in Support | 0.9 | $500.00 | $450.00 |
| 11/12/10 | GSW | Review email from Attorney Dickenson; send email to client regarding upcoming meeting with Howard Ehrsam; review Judge Fallon's minute entry | 0.5 | $500.00 | $250.00 |
| 11/13/10 | GSW | Send email to client and Attorney Dickenson; legal research regarding architect liability; telephone calls regarding liability and damages experts | 2.7 | $500.00 | $1,350.00 |
| 11/14/11 | GSW | Review Order Granting Arch's Motion to Continue Hearing | 0.1 | $500.00 | $50.00 |
| 11/15/10 | GSW | Teleconference with Gary Glienwinkle of Tavarini Construction; send email to client and Attorney Dickenson | 1.0 | $500.00 | $500.00 |
| 11/18/10 | GSW | Meeting with client and defense counsel in MDL case; meeting with potential damages expert; tour building; travel to/from same | 3.6 | $500.00 | $1,800.00 |
| 11/29/10 | GSW | Send email to client | 0.1 | $500.00 | $50.00 |
| 11/30/10 | GSW | Prepare Motion for Extension to Serve Witness, Expert and Exhibit Lists | 0.5 | $500.00 | $250.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 12/01/10 | GSW | Researching and drafting response in opposition to motion to stay | 5.0 | $500.00 | $2,500.00 |
| 12/02/10 | GSW | Review Tag-Along Defendant Coastal's Motion to Exceed Page Limitation | 0.4 | $500.00 | $200.00 |
| 12/02/10 | DLM | Drafting response in opposition to motion to stay | 2.5 | $350.00 | $875.00 |
| 12/03/10 | DLM | Review and analyze documents produced in order to identify potential witnesses; prepare fact witness list | 3.0 | $350.00 | $1,050.00 |
| 12/03/10 | GSW | Prepare letter to Judge Sasser regarding Plaintiff's Response to Arch's Motion to Stay; review Coastal Construction's Motion to Exceed Page Limitation filed in *Wiltz* | 0.8 | $500.00 | $400.00 |
| 12/06/10 | GSW | Review Attorney Harrison's letter to Judge Sasser regarding Arch's Motion to Stay; emails to and from David Poist; review Coastal's Motion to Intervene | 0.5 | $500.00 | $250.00 |
| 12/07/10 | GSW | Prepare and serve Plaintiff's Witness and Expert Witness List; prepare Motion to Reset Hearing on Arch's Motion to Dismiss Third Party Complaint; prepare Memorandum of Law in Support | 4.5 | $500.00 | $2,250.00 |
| 12/08/10 | GSW | Research in regard to Coastal's motion to intervene | 1.3 | $500.00 | $650.00 |
| 12/09/10 | GSW | Prepare for and attend hearing on Defendant's Motion to Stay and Motion to Intervene (15th Circuit); status and strategy with D. Martin; teleconference with client; teleconference with Juergen Fuss; travel to/from same | 6.0 | $500.00 | $3,000.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL.: |
|---|---|---|---|---|---|
| 12/10/10 | GSW | Prepare draft Order on Motion to Stay; emails to and from Juergen Fuss; review notes from hearing; prepare proposed order on motion to stay; review CV of potential expert; teleconference with potential expert; review Order Granting Coasta's Motion to Intervene | 6.1 | $500.00 | $3,500.00 |
| 12/13/10 | GSW | Prepare letter to Judge Sasser enclosing proposed Findings of Fact and Conclusions of Law regarding Arch's Motion to Stay; emails to and from Juergen Fuss; review Attorney Harrison's emails to and from Judge Sasser's J.A.; reviewing and revising proposed order on Motion to Stay; emails to and from Judge Sasser's J.A. regarding RCR's proposed order | 1.6 | $500.00 | $800.00 |
| 12/13/10 | | Prepare letter to expert Juergen Fuss enclosing documents for review | 0.5 | $500.00 | $250.00 |
| 12/20/10 | GSW | Teleconference with Juergen Fuss | 0.3 | $500.00 | $150.00 |
| 12/22/10 | GSW | Teleconference with client and Attorney Dickenson; review Order Granting Motions to Stay | 1.2 | $500.00 | $600.00 |
| 01/03/11 | GSW | Teleconference with Attorney Bauer | 0.3 | $500.00 | $150.00 |
| 01/07/11 | GSW | Teleconference with Attorney Mason | 0.5 | $500.00 | $250.00 |
| 01/09/11 | GSW | Send email to client | 0.2 | $500.00 | $100.00 |
| 01/10/11 | GSW | Review email from Attorney Dickenson | 0.2 | $500.00 | $100.00 |
| 01/11/11 | GSW | Teleconference with client; send emails to client; teleconference with Arnold Levin | 1.5 | $500.00 | $750.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 01/12/11 | GSW | Review email from Attorney Dickenson | 0.3 | $500.00 | $150.00 |
| 01/13/11 | GSW | Teleconference with counsel for *Hobbie* Plaintiffs regarding Renaissance Commons; emails to and from David Poist | 3.0 | $500.00 | $1,500.00 |
| 01/17/11 | GSW | Review letter setting *KPT Drywall – Villa Lago at Renaissance Commons* mediation for February 15-16, 2011; send email to client regarding mediation with Rick Kingrea | 0.3 | $500.00 | $150.00 |
| 01/18/11 | GSW | Meeting with client to review reports; meeting with inspector; meeting with client to develop mediation strategy; telephone call with G. Mason; travel to and from Boynton Beach | 5.0 | $500.00 | $2,500.00 |
| 01/19/11 | GSW | Prepare letter to Attorney Mason enclosing brochure for Villa Lago at Renaissance Commons; emails to and from Attorney Dickenson; teleconference with other plaintiffs' counsel; teleconference with Howard Ehrsam; status and strategy with client regarding damages and remediation; telephone call with G. Mason; telephone call with A. Grant; status and strategy with D. Dickenson | 3.0 | $500.00 | $1,500.00 |
| 01/26/11 | GSW | Review January 22, 2011 letter from Attorney Rhine enclosing disc containing inspection reports and photos for client's units at Renaissance Commons, etc. | 5.0 | $500.00 | $2,500.00 |
| 01/27/11 | GSW | Review email from client | 0.3 | $500.00 | $150.00 |
| 02/03/11 | GSW | Travel to/from Washington, DC; attend meeting | 14.0 | $500.00 | $7,000.00 |
| 02/04/11 | GSW | Send emails to counsel for *Hobbie* Plaintiffs; review email from Benchmark regarding upcoming inspections | 0.3 | $500.00 | $150.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 02/07/11 | GSW | Emails to and from Howard Ehrsam | 0.5 | $500.00 | $250.00 |
| 02/08/11 | GSW | Email to counsel for *Hobbie* Plaintiffs; legal research: measure of damages in a strict liability or negligence claim in against a manufacturer of Chinese drywall (or seller, installer or builder), can we claim lost rents for (1) the time during which the problem arose and (2) the time of the mediation | 4.1 | $500.00 | $2,050.00 |
| 02/11/11 | GSW | Prepare letter to counsel for *Hobbie* Plaintiffs enclosing DVD of photographs taken during inspection of units at Villa Lago; Prepare confidential Mediation Statement for February 15-16, 2011 mediation; emails to and from Attorneys Spatz and Wallance; review Precision's Cross-Claim against Banner | 2.8 | $500.00 | $1,400.00 |
| 02/14/11 | GSW | Review Attorney Mason's position paper to mediator | 0.7 | $500.00 | $350.00 |
| 02/15/11 | GSW | Review February 14, 2011 letter from Attorney Dickenson's office enclosing various Villa Lago condominium documents | 2.1 | $500.00 | $1,050.00 |
| 02/15/11 | GSW | Travel to Miami; attend mediation (day one); status and strategy with co-counsel | 17.0 | $500.00 | $8,500.00 |
| 02/16/11 | GSW | Attend mediation (day PARALEGALo); status and strategy with co-counsel; travel back from Miami | 12.0 | $500.00 | $6,000.00 |
| 02/24/11 | GSW | Emails to and from Attorney Mason | 0.3 | $500.00 | $150.00 |
| 03/03/11 | GSW | Send email to Lenny Davis | 0.2 | $500.00 | $100.00 |
| 03/04/11 | GSW | Emails to and from client; prepare and file Third Party Complaint against Arch Insurance Company | 5.9 | $500.00 | $2,950.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 03/15/11 | GSW | Review Mediation Order | 0.1 | $500.00 | $50.00 |
| 03/16/11 | GSW | Review Friedlieb's Notice of Appearance and Substitution of Counsel; review La Suprema's Motion for Reconsideration | 0.2 | $500.00 | $100.00 |
| 03/21/11 | GSW | Prepare for mediation | 4.3 | $500.00 | $2,150.00 |
| 03/22/11 | GSW | Travel to New Orleans; attend mediation (day one); status and strategy with co-counsel | 16.0 | $500.00 | $8,000.00 |
| 03/23/11 | GSW | Attend mediation (day PARALEGALo); status and strategy with co-counsel; travel back to West Palm Beach | 15.0 | $500.00 | $7,500.00 |
| 03/28/11 | GSW | Review counsel for Allianz Global Risks' letter to client; teleconference with Howard Ehrsam | 0.4 | $500.00 | $200.00 |
| 04/07/11 | GSW | Send email to client | 0.2 | $500.00 | $100.00 |
| 04/20/11 | GSW | Prepare letter to Attorneys Santaniello and Bauer regarding Allianz Global Risks's request for examinations under oath of Comparetto, Poist and Klepper | 0.4 | $500.00 | $200.00 |
| 04/25/11 | GSW | Teleconference with Attorneys Friedlieb and Santaniello; send email to counsel for *Hobbie* Plaintiffs | 0.5 | $500.00 | $250.00 |
| 04/27/11 | GSW | Review April 25, 2011 letter from Michael Ewing of Allianz Global | 0.9 | $500.00 | $450.00 |
| 04/28/11 | GSW | Review Attorney Swinehart's April 25, 2011 follow-up letter regarding examinations of Comparetto, Poist and Klepper | 0.2 | $500.00 | $100.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 05/03/11 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs; prepare Motion for Limited Relief from PTO1(B); prepare Memorandum of Law | 2.8 | $500.00 | $1,400.00 |
| 05/05/11 | GSW | Prepare proposed Third Party Complaint against Arch Insurance Company; prepare Motion for Leave to File Third Party Complaint; prepare proposed order; prepare Memorandum of Law in Support; prepare Notice of Manual Attachment (exhibits to Motion for Leave to File Third Party Complaint) | 5.9 | $500.00 | $2,950.00 |
| 05/09/11 | GSW | Travel to, prepare for, prepare client for, and attend sworn statement taken by builder's risk carrier; | 10.0 | $500.00 | $5,000.00 |
| 05/16/11 | GSW | Prepare letter to client regarding status of *Hobbie* litigation | 1.6 | $500.00 | $800.00 |
| 05/17/11 | GSW | Send email to counsel for *Hobbie* Plaintiffs; send email to client | 0.2 | $500.00 | $100.00 |
| 05/19/11 | GSW | Review Certain Plaintiffs' Response to RCR's Motion to File Third Party Complaint; review Certain Plaintiffs' Motion for Entry of Scheduling Order | 0.2 | $500.00 | $100.00 |
| 05/24/11 | GSW | Prepare letter to Attorney Stanhope; review Hobbie Plaintiffs' Motion for Entry of Scheduling Order, and Memorandum of Law | 0.8 | $500.00 | $400.00 |
| 05/25/11 | GSW | Prepare letter to client; travel to New Orleans; dinner meeting with counsel for Hobbie Plaintiffs | 13.0 | $500.00 | $6,500.00 |
| 05/26/11 | GSW | Attend hearing on Motion to File Third Party Complaint Against Arch; Prepare letter to Attorneys Etcheverry and Geller regarding service of Third Party Complaint; travel back to West Palm Beach | 12.0 | $500.00 | $6,000.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 05/31/11 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs; review Order setting next status conference | 0.4 | $500.00 | $200.00 |
| 06/07/11 | GSW | Prepare letter to Attorneys Etcheverry and Geller enclosing additional documents; emails to and from counsel for *Hobbie* Plaintiffs; review Banner's Response in Opposition to Plaintiffs' Motion for Entry of Scheduling Order | 1.4 | $500.00 | $700.00 |
| 06/08/11 | GSW | Prepare letter to Florida Department of Financial Services regarding service of Third Party Complaint on Arch Insurance Company | 0.4 | $500.00 | $200.00 |
| 06/09/11 | GSW | Review Coastal's Reply in Opposition to Plaintiffs' Motion for Entry of Scheduling Order | 0.1 | $500.00 | $50.00 |
| 06/10/11 | GSW | Review letter from York Specialized Loss Adjusting; review Joint Report No. 22 and proposed agenda | 0.5 | $500.00 | $250.00 |
| 06/13/11 | GSW | Travel to New Orleans; status and strategy with co-counsel; review Limited Motion for to Enroll as Additional Counsel for Coastal | 10.1 | $500.00 | $5,050.00 |
| 06/14/11 | GSW | Attend hearing on Plaintiffs' Motion for Entry of Scheduling Order (*Hobbie*); travel back to West Palm Beach; review Judge Fallon's minute entry | 12.1 | $500.00 | $6,050.00 |
| 06/15/11 | GSW | Prepare letter to client regarding status of MDL 2047; review Return of Service of Third Party Complaint | 0.5 | $500.00 | $250.00 |
| 06/16/11 | GSW | Email to client | 0.1 | $500.00 | $50.00 |
| 06/21/11 | GSW | Review Hobbie Plaintiffs' Motion for Entry of Scheduling Order, Memorandum of Law in Support, and Notice of | 0.6 | $500.00 | $300.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| | | Submission; prepare Notice of Joinder in Hobbie Plaintiffs' Motion for Entry of Scheduling Order | | | |
| 06/22/11 | GSW | Review Plaintiffs' Memorandum in Opposition to Coastal's Motion for Entry of Defendant's Proposed Scheduling Order | 0.1 | $500.00 | $50.00 |
| 06/28/11 | GSW | Emails to and from counsel for Arch | 0.7 | $500.00 | $350.00 |
| 06/27/11 | GSW | Review Coastal's Opposition to Hobbie Plaintiffs' Motion for Entry of Scheduling Order, and Memorandum of Law | 0.3 | $500.00 | $150.00 |
| 06/29/11 | GSW | Prepare Response to Hobbie Plaintiffs' Motion for Entry of Scheduling Order | 0.8 | $500.00 | $400.00 |
| 07/13/11 | GSW | Travel to New Orleans; status and strategy with co-counsel; prepare for hearing | 12.0 | $500.00 | $6,000.00 |
| 07/14/11 | GSW | Attend hearing on Coastal's Motion for Entry of Scheduling Order (Hobbie); travel back to West Palm Beach; review Judge Fallon's minute entry | 9.1 | $500.00 | $4,550.00 |
| 07/18/11 | GSW | Email to client; review Scheduling Order | 0.5 | $500.00 | $250.00 |
| 07/19/11 | GSW | Prepare PPF's for all units | 2.8 | $500.00 | $1,400.00 |
| 07/21/11 | PARALEGAL | Continue preparing PPF's for all units | 7.5 | $150.00 | $1,125.00 |
| 07/27/11 | GSW | Review letter from Allianz Global Corporate denying coverage; Review letter from Allianz Global Risks denying coverage | 0.4 | $500.00 | $200.00 |
| 07/28/11 | GSW | Review letter from RSUI Group (Landmark American Insurance) denying coverage; send email to client; review letter from Attorney Rhine enclosing disc containing spreadsheet providing information regarding all Hobbie Plaintiffs, copies of | 3.1 | $500.00 | $1,550.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 07/28/11 | PARALEGAL | Review declination letters and complaint for declaratory relief | 1.4 | $150.00 | $210.00 |
| 08/01/11 | GSW | Review package received from Allianz Global; review Arch's Motion to Enroll Counsel (Harrison); review Arch's Motion to Dismiss Third Party Complaint | 3.8 | $500.00 | $1,900.00 |
| 08/03/11 | GSW | Review Hobbie Plaintiffs' Notice of Filing Inspection Reports; review Arch's Motion to Dismiss or Transfer Venue, and Memorandum of Law in Support | 0.8 | $500.00 | $400.00 |
| 08/04/11 | GSW | Emails to and from counsel for Hobbie Plaintiffs | 0.4 | $500.00 | $200.00 |
| 08/05/11 | GSW | Emails to and from counsel for Arch | 0.4 | $500.00 | $200.00 |
| 08/08/11 | GSW | Prepare letter to client; teleconference with counsel for Hobbie Plaintiffs; review Order on Motion to Enroll Counsel – Harrison | 0.6 | $500.00 | $300.00 |
| 08/11/11 | GSW | Review Arch's Motion to Modify Scheduling Order, and Memorandum of Law in Support | 0.6 | $500.00 | $300.00 |
| 08/16/11 | GSW | Review Order on Motion to Enroll Counsel – Albert | 0.1 | $500.00 | $50.00 |
| 08/22/11 | GSW | Status and strategy with Hobbie counsel regarding Response to Motion to Dismiss; status and strategy with client regarding the same; status and strategy with Diana Martin regarding same; review and analyze Arch's Motion to Dismiss; prepare Response to Arch's Motion to Modify Scheduling Order | 5.3 | $500.00 | $2,650.00 |
| 08/25/11 | GSW | Emails to and from counsel for Hobbie Plaintiffs | 0.4 | $500.00 | $200.00 |
|  |  | inspection reports and photographs |  |  |  |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 08/28/11 | | Status and strategy with *Hobbie* counsel regarding Response to Motion to Dismiss; review and analyze draft response to Arch Motion to Dismiss; legal research regarding the same | 2.5 | $500.00 | $1,250.00 |
| 08/30/11 | GSW | Finalize Response in Opposition to Arch's Motion to Dismiss | 0.6 | $500.00 | $300.00 |
| 09/06/11 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs | 0.3 | $500.00 | $150.00 |
| 09/13/11 | GSW | Review Coastal's Motion to Modify July 15, 2011 Scheduling Order, and Memorandum of Law in Support | 0.3 | $500.00 | $150.00 |
| 09/26/11 | GSW | Review Coastal's Motion for Expedited Consideration, and Memorandum of Law in Support | 0.4 | $500.00 | $200.00 |
| 09/29/11 | GSW | Send email to client | 0.2 | $500.00 | $100.00 |
| 10/03/11 | GSW | Review Hobbie Plaintiffs' Response in Oppositionto Coastal's Motion to Modify Scheduling Order | 0.1 | $500.00 | $50.00 |
| 10/12/11 | GSW | Telephonic status conference with Judge Fallon (*Hobbie*); status and strategy with co-counsel | 1.0 | $500.00 | $500.00 |
| 10/14/11 | GSW | Send email to client; emails to and from counsel for *Hobbie* Plaintiffs | 0.3 | $500.00 | $150.00 |
| 10/27/11 | GSW | Prepare letter to Judge Fallon's law clerk; review Hobbie Plaintiffs' Response in Opposition to Arch's Motion to Dismiss | 0.5 | $500.00 | $250.00 |
| 10/31/11 | GSW | Review Attorney Rhine's October 27, 2011 letter to Attorney Meyers enclosing Plaintiff's First Supplemental Production of Documents to Coastal Construction | 0.2 | $500.00 | $100.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL.: |
|---|---|---|---|---|---|
| 11/08/11 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs | 0.3 | $500.00 | $150.00 |
| 11/17/11 | GSW | Review Arch's Response to Motion, Notice and Order of Dismissal | 0.1 | $500.00 | $50.00 |
| 12/02/11 | GSW | Prepare letter to client regarding status of *Hobbie* litigation | 0.2 | $500.00 | $100.00 |
| 12/03/11 | GSW | Emails to and from Attorney Friedlieb | 0.3 | $500.00 | $150.00 |
| 12/05/11 | GSW | Emails to and from client; emails to and from Attorney Solen | 0.3 | $500.00 | $150.00 |
| 12/06/11 | GSW | Emails to and from client | 0.3 | $500.00 | $150.00 |
| 12/07/11 | GSW | Email to counsel for *Hobbie* Plaintiffs; prepare Motion to Reset Hearing on Arch's Motion to Dismiss Third Party Complaint | 0.8 | $500.00 | $400.00 |
| 12/09/11 | GSW | Attend *Hobbie* mediation conference in Miami; travel to/from same | 12.0 | $500.00 | $6,000.00 |
| 12/19/11 | GSW | Emails to and from Attorney Solen | 0.3 | $500.00 | $150.00 |
| 12/21/11 | GSW | Send email to clients and Attorney Friedlieb | 0.5 | $500.00 | $250.00 |
| 12/22/11 | GSW | Review letter from Attorney Rhine's office to Attorney Friedlieb regarding *Hobbie* Plaintiffs' discovery responses | 0.1 | $500.00 | $50.00 |
| 01/02/12 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs; teleconference with counsel for *Hobbie* Plaintiffs | 0.2 | $500.00 | $100.00 |
| 01/03/12 | GSW | Emails to and from Scott Moss; emails to and from clients | 1.1 | $500.00 | $550.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 01/13/12 | GSW | Prepare for and attend deposition of Salvatore Reale (Coastal Construction); travel to/from same; emails to and from Scott Moss; emails to and from clients | 10.9 | $500.00 | $5,450.00 |
| 01/17/12 | GSW | Emails to and from Attorneys Spalding and Spatz; email to client; review Hobbie Plaintiffs' Motion to Strike Coastal's Affirmative Defenses, and Memorandum of Law in Support; review RCR's Notice of Adoption of Precision's Motion to Dismiss regarding Attorneys' Fees; review Hobbie Plaintiffs' Statement of Uncontested Facts; Review Hobbie Plaintiffs' Motion for Partial Summary Judgment against Coastal, and Memorandum of Law in Support; review Coastal's Motion for Remand and Memorandum of Law in Support | 1.1 | $500.00 | $550.00 |
| 01/18/12 | GSW | Emails to and from Attorney Linkhorst | 0.2 | $500.00 | $100.00 |
| 01/19/12 | GSW | Email to Attorneys Spalding and Spatz | 0.2 | $500.00 | $100.00 |
| 01/23/12 | GSW | Prepare letter to Attorney Friedlieb | 0.6 | $500.00 | $300.00 |
| 02/01/12 | GSW | Review Arch's Motion to Strike Plaintiff's Response in Opposition to Motion to Dismiss Third Party Complaint, and Memorandum of Law in Support | 0.3 | $500.00 | $150.00 |
| 02/03/12 | GSW | Emails to and from client | 0.2 | $500.00 | $100.00 |
| 02/07/12 | GSW | Review Coastal's Reply to Motion to Strike Affirmative Defenses and Memorandum of Law; review Coastal's Reply to Motion for Partial Summary Judgment and Memorandum of Law | 0.3 | $500.00 | $150.00 |
| 02/08/12 | GSW | Prepare letter to client regarding status of *Hobbie* litigation and MDL 2047 | 0.3 | $500.00 | $150.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL:: |
|---|---|---|---|---|---|
| 02/10/12 | GSW | Emails to and from Sedota at Benchmark Remediation | 0.3 | $500.00 | $150.00 |
| 02/12/12 | GSW | Email to client | 0.3 | $500.00 | $150.00 |
| 02/13/12 | GSW | Emails to and from Attorney Friedlieb; email to client | 0.6 | $500.00 | $300.00 |
| 02/16/12 | GSW | Prepare letter to client | 0.7 | $500.00 | $350.00 |
| 03/07/12 | GSW | Draft Affidavit of James Comparato; email same to client for review and comments | 0.4 | $500.00 | $200.00 |
| 04/09/12 | GSW | Email to Attorney Eves; email to client | 0.2 | $500.00 | $100.00 |
| 04/10/12 | GSW | Email to Attorney Eves | 0.2 | $500.00 | $100.00 |
| 04/11/12 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs | 0.5 | $500.00 | $250.00 |
| 04/12/12 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs | 0.5 | $500.00 | $250.00 |
| 04/13/12 | GSW | Review April 11, 2012 558 Notice from Attorney Linkhorst on behalf of Estrella | 0.3 | $500.00 | $150.00 |
| 04/19/12 | GSW | Review April 17, 2012 letter from Attorney Schwartz regarding Unit 2124 | 0.3 | $500.00 | $150.00 |
| 04/20/12 | GSW | Email to Attorneys Friedlieb and Solen | 0.2 | $500.00 | $100.00 |
| 04/22/12 | GSW | Email from Attorneys Friedlieb and Solen | 0.2 | $500.00 | $100.00 |
| 04/23/12 | GSW | Email from Attorneys Friedlieb and Solen | 0.2 | $500.00 | $100.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL.: |
|---|---|---|---|---|---|
| 04/24/12 | GSW | Emails to and from Attorneys Friedlieb and Solen | 0.3 | $500.00 | $150.00 |
| 04/25/12 | GSW | Emails to and from Attorneys Friedlieb and Solen | 0.2 | $500.00 | $100.00 |
| 04/26/12 | GSW | Emails to and from Attorneys Friedlieb and Solen | 0.4 | $500.00 | $200.00 |
| 04/27/12 | GSW | Email from Attorneys Friedlieb and Solen | 0.2 | $500.00 | $100.00 |
| 05/01/12 | GSW | Emails to and from Attorneys Friedlieb and Solen | 0.2 | $500.00 | $100.00 |
| 05/09/12 | GSW | Review RCR Settlement Agreement | 3.8 | $500.00 | $1,900.00 |
| 05/23/12 | GSW | Email to counsel for *Hobbie* Plaintiffs; email to client | 0.4 | $500.00 | $200.00 |
| 05/24/12 | GSW | Teleconference with counsel for Knauf; email to client | 0.2 | $500.00 | $100.00 |
| 05/25/12 | GSW | Email to client | 0.2 | $500.00 | $100.00 |
| 05/30/12 | GSW | Prepare letter to client enclosing inspection reports from Benchmark; email to client | 0.5 | $500.00 | $250.00 |
| 04/27/12 | GSW | Review April 25, 2012 558 Notice from Attorney Linkhorst on behalf of Alexander | 0.3 | $500.00 | $150.00 |
| 05/14/12 | GSW | Review Joint Motion for Preliminary Approval of RCR Settlement and Memorandum of Law in Support | 0.2 | $500.00 | $100.00 |
| 05/18/12 | GSW | Review Motion for Preliminary Approval of Global Settlement | 0.3 | $500.00 | $150.00 |
| 05/23/12 | GSW | Review Amended Order extending deadline for objections to Global Settlement | 0.1 | $500.00 | $50.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 06/04/12 | GSW | Email to client | 0.3 | $500.00 | $150.00 |
| 06/14/12 | GSW | Review Judge Fallon's minute entry | 0.1 | $500.00 | $50.00 |
| 06/20/12 | GSW | Emails to and from client; review Order Preliminarily Approving RCR Settlement | 0.5 | $500.00 | $250.00 |
| 06/21/12 | GSW | Email to counsel for *Hobbie* Plaintiffs | 0.3 | $500.00 | $150.00 |
| 06/26/12 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs | 0.3 | $500.00 | $150.00 |
| 07/12/12 | GSW | Emails to and from counsel for *Hobbie* Plaintiffs; review draft Joint Motion for Entry of Case Management Order | 0.8 | $500.00 | $400.00 |
| 07/25/12 | GSW | Review Coastal's Opposition to Joint Motion for Entry of Case Management Order | 0.2 | $500.00 | $100.00 |
| 08/02/12 | GSW | Review Judge Fallon's minute entry; review Arch's Memorandum of Law in Opposition to Motion for Case Management Order | 0.3 | $500.00 | $150.00 |
| 08/15/12 | GSW | Review and execute Knauf (KPT) Inspection Agreement on behalf of clients | 3.0 | $500.00 | $1,500.00 |
| 08/20/12 | GSW | Prepare letter to Attorney MacFarland | 0.2 | $500.00 | $100.00 |
| 08/21/12 | GSW | Review Tri-Party Agreement and execute on behalf of Leopold Law, P.A. | 2.0 | $500.00 | $1,000.00 |
| 08/21/12 | GSW | Prepare letter to Attorney MacFarland regarding Tri-Party Agreement | 0.3 | $500.00 | $150.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 08/22/12 | GSW | Prepare for mediation and travel to same; status and strategy with client; status and strategy with co-counsel | 10.0 | $500.00 | $5,000.00 |
| 08/23/12 | GSW | Status and strategy with client; attend mediation; travel from mediation to Florida | 12.0 | $500.00 | $6,000.00 |
| 09/04/12 | GSW | Telephone status conference with Judge Fallon | 0.2 | $500.00 | $100.00 |
| 09/13/12 | GSW | Review Order Setting Continued Mediation | 0.1 | $500.00 | $50.00 |
| 09/19/12 | GSW | Prepare for mediation and travel to same; status and strategy with client; status and strategy with co-counsel | 10.0 | $500.00 | $5,000.00 |
| 09/20/12 | GSW | Status and strategy with client; status and strategy with co-counsel; attend Coastal mediation; travel from mediation to Florida | 12.0 | $500.00 | $6,000.00 |
| 09/25/12 | GSW | Review Settlement Term Sheet and execute on behalf of RCR | 3.1 | $500.00 | $1,550.00 |
| 10/08/12 | GSW | Review Coastal's Notice of Submission | 0.1 | $500.00 | $50.00 |
| 10/10/12 | GSW | Review Joint Motion for Approval of RCR Settlement and Memorandum of Law in Support; review Judge Fallon's Minute Entry; review Declaration of Donna Solen; revise same | 6.3 | $500.00 | $3,150.00 |
| 10/16/12 | GSW | Review Scheduling Order re November 13-14, 2012 Fairness Hearing | 0.1 | $500.00 | $50.00 |
| 10/26/12 | GSW | Prepare letter to Attorney MacFarland | 0.2 | $500.00 | $100.00 |
| 10/30/12 | GSW | Review Consent Motion to Schedule Final Fairness Hearing on RCR Settlement | 0.1 | $500.00 | $50.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 11/01/12 | GSW | Review Arch's Response to Motion, Notice and Order of Dismissal Dated October 31, 2012; review Order regarding discovery dispute bePARALEGALcen certain objectors and Plaintiffs' Steering Committee; review Judge Sasser's 10/31/12 Motion, Notice and Order of Dismissal | 0.4 | $500.00 | $200.00 |
| 11/08/12 | GSW | Review Revised Scheduling Order Regarding Fairness Hearing | 0.1 | $500.00 | $50.00 |
| 11/19/12 | GSW | Review Order and Judgment Approving RCR Settlement | 0.1 | $500.00 | $50.00 |
| 11/20/12 | GSW | Prepare letter to Attorney Rhine enclosing partial reimbursement of Coastal document production | 0.3 | $500.00 | $150.00 |
| 12/21/2 | GSW | Review Order for Final Extension of Termination Deadlines | 0.1 | $500.00 | $50.00 |
| 01/15/13 | GSW | Travel to New Orleans; settlement meetings and hearing with Judge Fallon (day one); status and strategy with co-counsel; review Judge Fallon's Minute Entry | 18.1 | $500.00 | $9,050.00 |
| 01/16/13 | GSW | Settlement meetings in New Orleans (day PARALEGALo) | 18.0 | $500.00 | $9,000.00 |
| 01/17/13 | GSW | Settlement meetings and hearing with Judge Fallon (day three); status and strategy with co-counsel; travel back to West Palm Beach; review Judge Fallon's Minute Entry | 15.1 | $500.00 | $7,550.00 |
| 01/21/13 | GSW | Meeting at Moss Construction; travel to and from same | 6.0 | $500.00 | $3,000.00 |
| 02/20/13 | GSW | Coastal teleconference; status and strategy with co-counsel | 0.5 | $500.00 | $250.00 |
| 02/25/13 | GSW | Prepare Mutual Release of October 12, 2009 Letter Agreement | 3.6 | $500.00 | $1,800.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 02/27/13 | GSW | Coastal teleconference; status and strategy with co-counsel | 0.6 | $500.00 | $300.00 |
| 03/08/13 | GSW | Coastal teleconference; status and strategy with co-counsel | 0.8 | $500.00 | $400.00 |
| 03/13/13 | GSW | Coastal teleconference; status and strategy with co-counsel | 0.7 | $500.00 | $350.00 |
| 3/18/13 | GSW | Coastal teleconference; status and strategy with co-counsel | 0.6 | $500.00 | $300.00 |
| 03/20/13 | GSW | Travel to and from New Orleans; attend Status Conference regarding ongoing negotiations regarding Coastal; teleconference with client | 16.3 | $500.00 | $8,150.00 |
| 03/21/13 | GSW | Review draft Final Coastal Settlement Agreement and revise same | 4.7 | $500.00 | $2,350.00 |
| 03/22/13 | GSW | Review Final Coastal Settlement Agreement with exhibits; email same to client | 3.6 | $500.00 | $1,800.00 |
| 03/25/13 | GSW | Review Moss Executive Summary; forward to client and co-counsel | 3.0 | $500.00 | $1,500.00 |
| 03/26/13 | GSW | Revise draft Mutual Release of October 12, 2009 Letter Agreement bePARALEGALeen Boynton Development Associates and Coastal Construction; correspondence with B. Eves regarding "void ab initio" language | 1.8 | $500.00 | $900.00 |
| 03/27/13 | GSW | Review Order Regarding Registration of Claims Associated With Knauf, Banner, InEx, Global and L&W Settlements | 1.0 | $500.00 | $500.00 |
| 03/31/13 | GSW | Review fully executed Coastal Settlement Agreement | 3.0 | $500.00 | $1,500.00 |
| 04/08/13 | GSW | Review Motion for Preliminary Approval of Coastal Settlement Agreement and Memorandum of Law in Support; Notice of Submission for 4/24/13 | 3.9 | $500.00 | $1,950.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 04/15/13 | GSW | Review Order setting 4/24/13 hearing on Motion for Preliminary Approval of the Settlement Agreement involving claims against Coastal Construction of South Florida, Inc.; review Motion for Order Approving Allocation and Distribution of RCR Settlement | 2.0 | $500.00 | $1,000.00 |
| 04/19/13 | GSW | Review Proposed Plan of Allocation and Distribution of RCR Settlement | 0.1 | $500.00 | $50.00 |
| 04/23/13 | GSW | Travel to New Orleans | 10.0 | $500.00 | $5,000.00 |
| 04/24/13 | GSW | Attend hearing on Motion for Preliminary Approval of Coastal Construction Settlement; travel back from New Orleans; review Order Preliminarily Approving Coastal Settlement Agreement | 9.0 | $500.00 | $4,500.00 |
| 04/25/13 | GSW | Review Judge Fallon's minute entry for 4/24/13 hearing; review Order Preliminarily Approving Coastal Settlement | 0.5 | $500.00 | $250.00 |
| 05/09/13 | GSW | Review the Renaissance Commons Long Form Notice and Summary of Benefits | 1.5 | $500.00 | $750.00 |
| 05/13/13 | GSW | Review tear sheets for notices published on 5/13/13 | 1.0 | $500.00 | $500.00 |
| 05/17/13 | GSW | Teleconference with Gary Mason and Joel Rhine | 2.0 | $500.00 | $1,000.00 |
| 05/21/13 | PARALEGAL | Monitor monthly status conference in MDL 2047 | 1.0 | $150.00 | $150.00 |
| 06/04/13 | PARALEGAL | Prepare correspondence to Attorney Mason | 0.3 | $150.00 | $45.00 |
| 06/14/13 | GSW | Review A. Polovin's Objection to Coastal Settlement | 0.1 | $500.00 | $50.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 06/17/13 | PARALEGAL | Prepare correspondence to Attorney Mason; prepare binder containing Villa Lago settlement legal notices and affidavits | 0.7 | $150.00 | $105.00 |
| 06/24/13 | GSW | Review affidavits and tear sheets for Villa Lago class action settlement notice | 0.1 | $500.00 | $50.00 |
| 06/26/13 | GSW | Review correspondence from client | 0.2 | $500.00 | $100.00 |
| 06/29/13 | GSW | Review and execute Coastal Settlement Term Sheet | 3.8 | $500.00 | $1,900.00 |
| 07/12/13 | GSW | Review Joint Motion to Dismiss MDL cases covered by Global settlement and Memorandum of Law in support | 0.5 | $500.00 | $250.00 |
| 07/10/13 | GSW | Teleconference regarding Renaissance Commons settlement | 1.0 | $500.00 | $500.00 |
| 07/17/13 | GSW | Meeting at Moss Construction; travel to and from same | 3.5 | $500.00 | $1,750.00 |
| 07/25/13 | GSW | Review Order Setting 8/20/13 Fairness Hearing; review proposed Joint Motion for Order Approving Coastal Settlement Class | 2.5 | $500.00 | $1,250.00 |
| 07/30/13 | GSW | Review Notice of Submission for 8/20/13; review Declaration of Gary Mason; review finalized Joint Motion for Approval of Coastal Settlement and Memorandum of Law in Support; revise same | 5.0 | $500.00 | $2,500.00 |
| 08/19/13 | GSW | Travel to New Orleans; dinner meeting with Joel Rhine and Gary Mason | 10.0 | $500.00 | $5,000.00 |
| 08/20/13 | GSW | Attend Fairness Hearing regarding Coastal/Renaissance Commons Settlement; travel back from New Orleans | 10.0 | $500.00 | $5,000.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 08/21/13 | GSW | Review minute entry for 08/20/13 fairness hearing | 0.1 | $500.00 | $50.00 |
| 08/22/13 | GSW | Meeting at Moss Construction; review letter from Frilot, LLC enclosing 46 Work Authorization Agreements; travel to and from same | 4.5 | $500.00 | $2,250.00 |
| 08/23/13 | GSW | Participate in Renaissance Commons conference call | 1.0 | $500.00 | $500.00 |
| 08/27/13 | GSW | Meeting with client; travel to and from same | 4.8 | $500.00 | $2,400.00 |
| 09/04/13 | PARALEGAL | Begin uploading Special Warranty Deed (proof of ownership) for 127 units to Chinese drywall settlement portal | 4.5 | $150.00 | $675.00 |
| 09/05/13 | PARALEGAL | Continue uploading Special Warranty Deed to each unit claim to settlement portal | 3.5 | $150.00 | $1,750.00 |
| 09/06/13 | PARALEGAL | Begin uploading inspection reports to Chinese drywall settlement portal for each unit | 5.0 | $150.00 | $750.00 |
| 09/09/13 | PARALEGAL | Continue uploading inspection reports to Chinese drywall settlement portal | 2.5 | $150.00 | $375.00 |
| 09/10/13 | GSW | Participate in conference call regarding Renaissance Commons remediation; meeting with clients and Moss Construction; review Final Order and Judgment Certifying Coastal Settlement Class | 5.0 | $500.00 | $2,500.00 |
| 09/11/13 | PARALEGAL | Begin filing Knauf Remediation Claim Forms for each unit in Chinese drywall settlement portal | 7.5 | $150.00 | $1,125.00 |
| 09/12/13 | PARALEGAL | Complete filing Knauf Remediation Claim Forms for remaining units | 7.0 | $150.00 | $1,050.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 09/12/13 | GSW | Review Judge Fallon's minute entry withdrawing approval of Coastal Settlement Class | 0.1 | $500.00 | $50.00 |
| 09/17/13 | GSW | Draft Affidavit of Megan Dolente; email same to Megan Dolente for her review and revisions; draft Affidavit of Commercial Owner; email to client for review and revisions | 0.9 | $500.00 | $450.00 |
| 09/18/13 | PARALEGAL | Download Leases and Occupant Ledgers for each unit to settlement portal | 5.3 | $150.00 | $795.00 |
| 09/19/13 | PARALEGAL | Download Affidavit of Commercial Owner and Profit and Loss Statements for each unit claim to settlement portal | 5.0 | $150.00 | $750.00 |
| 09/20/13 | PARALEGAL | Download Affidavit of Megan Dolente and Floor Plan for each unit claim in settlement portal | 5.1 | $150.00 | $765.00 |
| 09/24/13 | GSW | Attend dinner meeting to prepare for first Renaissance Commons Town Hall Meeting; travel to and from same | 6.5 | $500.00 | $3,250.00 |
| 09/24/13 | PARALEGAL | Download RCR Financial Statements and Villa Lago Unit Turn Over Cost Chart for each unit in settlement portal | 4.8 | $150.00 | $720.00 |
| 09/25/13 | PARALEGAL | Begin filing Global, Banner, Inex Repair and Relocation Expense Forms for each unit in settlement portal | 7.0 | $150.00 | $1,050.00 |
| 09/26/13 | PARALEGAL | Complete filing Global, Banner, Inex Repair and Relocation Expense Forms for remaining units | 4.9 | $150.00 | $735.00 |
| 09/27/13 | PARALEGAL | Begin filing Miscellaneous Claim Forms (mortgage interest) for each unit in settlement portal | 6.5 | $150.00 | $975.00 |
| 10/01/13 | PARALEGAL | Complete filing Miscellaneous Claim Forms for remaining units | 6.9 | $150.00 | $1,035.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 10/03/13 | GSW | Participate in Renaissance Commons teleconference | 0.3 | $500.00 | $150.00 |
| 10/07/13 | PARALEGAL | Continue uploading to Chinese drywall settlement portal proof of Banner supplied drywall and Precision Drywall Agreement for unit claims | 2.8 | $150.00 | $420.00 |
| 10/09/13 | PARALEGAL | Continue uploading proof of Banner Supply drywall and Precision Drywall Agreement to Chinese drywall settlement portal in support of claims | 0.5 | $150.00 | $75.00 |
| 10/11/13 | PARALEGAL | Pull up lost rent claims for 34 RCR units from Chinese drywall settlement portal, for client's review | 1.0 | $150.00 | $150.00 |
| 10/14/13 | PARALEGAL | Pull up lost rent claims for additional RCR units from Chinese drywall settlement portal for client's review | 1.0 | $150.00 | $150.00 |
| 10/15/13 | PARALEGAL | Prepare, file and serve notice of change of address in MDL 2047; telephone call with client regarding bank appraisals and confirmation of continued representation by G. Weiss | 0.4 | $150.00 | $60.00 |
| 10/16/13 | PARALEGAL | Search internet for appraiser D. Boyd; send email to same; format and edit draft affidavit of appraiser D. Boyd | 0.5 | $150.00 | $75.00 |
| 10/18/13 | GSW | Telephone conference with G. Mason; review and analyze documents re status of file | 0.2 | $500.00 | $100.00 |
| 10/21/13 | PARALEGAL | Upload Affidavit of D. Boyd to each unit claim in Chinese drywall settlement portal | 7.8 | $150.00 | $1,170.00 |
| 10/21/13 | GSW | Review Final Order and Judgment Certifying Coastal Settlement Class | 0.2 | $500.00 | $100.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 10/22/13 | GSW | Prepare motion to appoint receiver and memorandum of law in support; status and strategy with Moss and co-counsel | 2.5 | $500.00 | $1,250.00 |
| 10/22/13 | PARALEGAL | Prepare and submit Provisional Registration Forms for RCR units 2325, 2327 and 2328; continue uploading Affidavit of D. Boyd for remaining units | 7.40 | $500.00 | $3,700.00 |
| 10/24/13 | GSW | Attend telephonic status conference; draft and revise motion for appointment of receiver; status and strategy with co-counsel re remediation | 1.0 | $500.00 | $500.00 |
| 10/24/13 | PARALEGAL | Telephone call with K. Hamilton of Brown Greer re G. Weiss's continued representation of client; complete claimant's request for change in representation status form and forward to client for execution; submit amended registration form for 130 RCR units to Brown Greer; file registration forms for units 2325, 2327 and 2328; file remediation claim forms for same; file miscellaneous claim forms for same (mortgage interest); file repair expense claims for same; continue uploading Affidavit of D. Boyd to remaining 127 units | 5.8 | $150.00 | $870.00 |
| 10/25/13 | PARALEGAL | Complete download of expert D. Boyd's Affidavit to Chinese drywall settlement portal; file lost rent, use or sales claims for units 2325, 2327 and 2328; file revised lost rent, use or sales claims for remaining 127 units to include required estimated dates of remediation; delete prior lost rent, use or claims forms filed for 127 units | 8.3 | $150.00 | $1,245.00 |
| 10/30/13 | PARALEGAL | Research status of release of escrow funds for units 1612 and 1625; phone call from client re claims filed in settlement portal; email to Moss Construction re missing documents for remediation; begin pulling copies of repair expense claims filed for 130 units from settlement portal for client's review | 2.3 | $150.00 | $345.00 |

| DATE: | TIME KEEPER: | DESCRIPTION: | HOURS: | RATE: | TOTAL: |
|---|---|---|---|---|---|
| 11/01/13 | PARALEGAL | Receipt and review of email from S. Levin re status of escrow funds for units 1612 and 1625; email to Brown Greer re status of same | 0.2 | $150.00 | $30.00 |
| 11/04/13 | PARALEGAL | Phone call to Brown Greer re status of escrow funds for units 1612 and 1625; continue compiling chart of attorney and paralegal time | 1.4 | $150.00 | $210.00 |
| 11/11/13 | GSW | Review client's letter to Moss Construction | 0.1 | $500.00 | $50.00 |
| 11/11/13 | PARALEGAL | Telephone call from client re escrow funds | 0.2 | $150.00 | $30.00 |
| 11/27/13 | PARALEGAL | Continue updating chart of attorney's fees; download electronic records received from Leopold Law to nePARALEGALork | 1.9 | $150.00 | $285.00 |
| 12/02/13 | PARALEGAL | Draft letter to client enclosing original Work Authorization Agreements for non-KPT units; verify that all agreements were received | 0.4 | $150.00 | $60.00 |
| 12/03/13 | PARALEGAL | Create chart to track resolution of claims filed in settlement portal; review 15 Denial Notices for Knauf Remediation claims | 0.5 | $150.00 | $75.00 |

Total Paralegal Fees Incurred:       $19,435.00
Total Attorneys' Fees Incurred:     $306,650.00

GRAND TOTAL     $326,085.00