# AFFIDAVIT OF JAMES COMPARATO

STATE OF FLORIDA

COUNTY OF PALM BEACH, ss.

BEFORE ME, the undersigned authority, personally appeared JAMES COMPARATO, and after being duly sworn, deposes and says:

1. I am 18 years of age and otherwise *sui juris*.

2. I have personal knowledge of the facts to which I attest herein.

3. I have been a Managing Member of RCR Holdings II, LLC ("RCR"), continuously from its inception to the date of this Affidavit.

4. In 2006, RCR finished construction on a 328-unit condominium development in Boynton Beach, Florida, known as Villa Lago at Renaissance Commons.

5. RCR owns 130 units within Villa Lago and has always been the owner and manager of the condominium association for Villa Lago, up to and including as of the date of this Affidavit.

6. Prior to RCR discovering that there was reactive Chinese manufactured drywall ("CDW") at Villa Lago, RCR's units were fully occupied/rented.

7. RCR's rental rates prior to the discovery of CDW at Villa Lago, were between $1,285 per month and $1,800 per month.

8. On or about October 2008, RCR discovered there was CDW at Villa Lago.

9. At the time of this discovery, and the subsequent class action litigation filed by other owners at Villa Lago over CDW, many tenants terminated their leases early, and units could neither be sold nor re-rented.

10. In order to rent RCR's units to full capacity in light of the public knowledge of the CDW and thereby mitigate RCR's damages, RCR offered rental incentives it did not have to offer when originally renting its units to full capacity, including giving a month of free rent on every lease in order to get people to move in.

11. But for the discovery of CDW, RCR would have either sold units or offered them for rent at the initial rental rates described above.

12. Further, in order to mitigate RCR's damages and make RCR's units habitable for rent, as the units were vacated, RCR, at minimum, for each unit: (a) removed and discarded the carpeting; (b) removed and discarded the padding; (c) sprayed a bactericide called "Shock Wave" on all walls of the units; (d) sprayed "Easy Seal" in each air conditioning unit to seal the coils; (e) hand cleaned the air conditioning cooling coils to allow air conditioning unit to work properly; (f) painted all of the walls with an antibacterial paint called "After Shock" and, (g) replaced the padding and carpeting. But for the CDW, RCR would not have undertaken this work.

13. The work described immediately above cost RCR a total of $494,445.21 for its 130 units, or about $3,803.42/unit.

14. RCR has also spent greater than $200,000.00 to date in the investigation, inspection and study of CDW at Villa Lago, both in its units and in the common areas/common elements, and in litigation costs (specifically not including attorneys' fees) of its claims on behalf of its units and the condominium association's claims.

FURTHER AFFIANT SAYETH NAUGHT.

_JAMES COMPARATO_

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this __10__ day of December, 2013 by JAMES COMPARATO, who is personally known to me or has produced _____ as identification and who (did/did not) take an oath.

SEAL:

CHRISTINE VALENTINE JENKINS
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF061365
Expires 10/9/2017

Notary Public, State of Florida

My commission expires: __10/9/17__