UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>DRYWALL PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | )<br>) | SECTION: L |
| *Hobbie, et al. v.*<br>*RCR Holdings II, LLC, et al.,* | )<br>)<br>) | JUDGE FALLON |
| No. 10-1113 | )<br>)<br>)<br>) | MAG. JUDGE WILKINSON |

NOTICE OF SUBMISSION OF
VILLA LAGO PLAINTIFFS' MOTION FOR PARTIAL AWARD OF ATTORNEYS'
FEES AND PARTIAL REIMBURSEMENT OF COSTS

PLEASE TAKE NOTICE that, Villa Lago Plaintiffs' Motion for Partial Award of Attorneys' Fees and Partial Reimbursement of Costs will be submitted for consideration on January 8, 2014, at 9:00 o'clock a.m.

DATED: December 10, 2013          Respectfully submitted,

/s/ Gary E. Mason
Gary E. Mason
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
1625 Massachusetts Ave., NW, Suite 605
Washington, D.C. 20036
Telephone: (202) 429-2290
Facsimile: (202) 429-2294

Adam C. Linkhorst, Esq.
LINKHORST & HOCKIN P.A.
4495 Military Trail, Suite 106
Jupiter, Florida 33458
Telephone: 561.626.8880/954.776.5990
Facsimile: 561.626.8885

Joel R. Rhine

RHINE LAW FIRM
314 Walnut Street, Suite 1000
Wilmington  NC  28401
Telephone:  (910) 772-9960
Facsimile:   (910) 772-906

*Counsel for Plaintiffs*

Gregory S. Weiss (Florida Bar No. 163430)
Leopold Law, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 515-1400
Facsimile: (516) 515-1401
Email: gweiss@leopold-law.com

*Counsel for RCR Holdings II, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing same in the U. S. Mail, postage prepaid, this 10th day of December, 2013.

/s/ Gary E. Mason

Gary E. Mason