UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

CLASS COUNSELS' MOTION TO AUTHORIZE
DEPOSIT OF SETTLEMENT FUNDS

**NOW COMES** Class Counsel, Russ M. Herman and Arnold Levin, who respectfully move

this Honorable Court to enter an Order authorizing various deposits into certain Esquire Bank accounts

set up as Qualified Settlement Funds from the following:

1.     Interior Exterior Building Supply, LP and its insurers;
2.     The Banner Entities and their insurers;
3.     L&W Supply Corporation and USG Corporation;
4.     The Knauf Defendants;
5.     The Participating Builders, Suppliers and Installers and their insurers;
6.     Nationwide Insureds;
7.     Porter-Blaine/Venture Supply;
8.     Tobin Trading and Installers; and
9.     Builders Mutual Insureds.

Settlement Funds should be deposited into the  accounts previously approved by this Honorable

Court and established by Class Counsel, as more fully described in the attached memorandum in support

therein.

1

Respectfully submitted,

Dated: December 12, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2013.

/s/ Leonard A. Davis

Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*