UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**MEMORANDUM IN SUPPORT OF
CLASS COUNSELS' MOTION TO AUTHORIZE
DEPOSIT OF SETTLEMENT FUNDS**

By Order & Judgment entered February 7, 2013 [Rec. Doc. 16570], this Court certified and gave final approval to the InEx, Banner, Knauf, L&W and Global Settlements. Furthermore, by Order dated July 9, 2013 [Rec. Doc. 16934], this Court certified and gave final approval to Four (4) Chinese Drywall Class Settlements (Nationwide Insured Settlement Agreement, Porter-Blain/Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement). Various allocation plans have been approved with some of the settlements.

On September 9, 2013, this Court granted approval to establish numerous Qualified Settlement Funds naming Esquire Bank as the Depository Bank [Rec. Docs. 17064, 17065, 17066, 17067, 17068, 17069, 17070, 17071, 17072, 17073, 17074, 17075, 17076, 17077, 17078, 17079, 17080, 17081, 17082, 17083 thru 17084].

Class Counsel seeks an Order allowing for the funding of the various Qualified Settlement Funds. Attached hereto as Exhibit "A" is a spreadsheet setting forth a summary and analysis of the various amounts to be funded into each of the Qualified Settlement Funds. The spreadsheet has been

1

reviewed by counsel involved in each of the settlement matters, as well as Philip A. Garrett, Court Appointed CPA (see Affidavit attached as Exhibit "B"). Each of the funded amounts into the Qualified Settlement Funds have been determined in accordance with the respective Settlement Agreement.[1]

Movants request an Order from the Court authorizing funding of the Qualified Settlement Funds in accordance with the attached schedule, Exhibit "A".

            Respectfully submitted,

Dated: December 12, 2013    /s/ Russ M. Herman
            Russ M. Herman, Esquire (Bar No. 6819)
            Leonard A. Davis, Esquire (Bar No. 14190)
            Stephen J. Herman, Esquire (Bar No. 23129)
            HERMAN, HERMAN & KATZ, L.L.C.
            820 O'Keefe Avenue
            New Orleans, LA 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            Ldavis@hhklawfirm.com
            *Plaintiffs' Liaison Counsel in MDL 2047*
            *and Class Counsel*

            Arnold Levin
            Fred S. Longer
            Sandra L. Duggan
            Matthew C. Gaughan
            LEVIN, FISHBEIN, SEDRAN & BERMAN
            510 Walnut Street, Suite 500
            Philadelphia, PA 19106
            Phone: (215) 592-1500
            Fax: (215) 592-4663
            Alevin@lfsblaw.com
            *Plaintiffs' Lead Counsel in MDL 2047*
            *and Class Counsel*

---

[1] A five percent holdback has been created for a number of the settlements in order to pay costs and administrative expenses. Philip Garrett will account for these expenses and, at a later date, a further reconciliation shall be made and any distribution of these funds shall be subject to Court approval.

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2013.

          /s/ Leonard A. Davis
          Leonard A. Davis, Esquire
          Herman, Herman & Katz, L.L.C.
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          Ldavis@hhklawfirm.com
          *Plaintiffs' Liaison Counsel*
          *MDL 2047*
          *Co-counsel for Plaintiffs*