UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

### NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at the monthly status conference on January 16, 2014, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Class Counsel's Motion to Authorize Deposit of Settlement Funds, and for such other and further relief as the Court may deem just and appropriate.

                              Respectfully submitted,

Dated: December 12, 2013               /s/ Russ M. Herman
                                         Russ M. Herman, Esquire (Bar No. 6819)
                                         Leonard A. Davis, Esquire (Bar No. 14190)
                                         Stephen J. Herman, Esquire (Bar No. 23129)
                                         HERMAN, HERMAN & KATZ, L.L.C.
                                         820 O'Keefe Avenue
                                         New Orleans, LA 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         Ldavis@hhklawfirm.com
                                         *Plaintiffs' Liaison Counsel in MDL 2047*
                                         *and Class Counsel*

1

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of December, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*