# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
      PRODUCTS LIABILITY LITIGATION          SECTION L

                                          JUDGE FALLON
                                          MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

DAVID GROSS, CHERYL GROSS and
LOUIS VELEZ, *et al*.,

v.

KNAUF GIPS, KG, *et al.*,          Case No. 2:09-cv-06690-EEF-JCW
_____/

## WOODLAND ENTERPRISES, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CROSS CLAIMS AND THIRD PARY CLAIMS [DE 9417]

        Defendant/Cross-claimant/Third Party Claimant, Woodland Enterprises, Inc., pursuant to

Fed. R. Civ. P.  41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal

With Prejudice of certain of its June 9, 2011, Cross Claims and Third Party Claims [DE 9417]

against:

      Knauf Gips KG;

      Knauf Plasterboard (Tianjin) Co. Ltd.;

      Knauf Plasterboard (Wuhu) Co. Ltd.;

      Knauf Plasterboard (Dongguan) Co. Ltd.;

      Knauf Insulation GmbH a/k/a Knauf Insulation USA;

      Knauf Gypsum Indonesia;

      Guangdong Knauf New Building Products Co., Ltd.;

      Knauf Amf GmbH & Co. KG;

      Knauf Do Brasil Ltd.; and

Banner Supply Company Fort Myers, LLC..

Each party shall bear its own costs and fees.

The certain Cross and Third Party Claims [DE 9417] against the following are **not** dismissed and all claims are reserved:

Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.;

Taian Taishan Plasterboard Co., Ltd.;

La Suprema Trading, Inc.;

La Suprema Enterprise, Inc.; and

Triple "E" Corporation.

Dated:  December 12, 2013

**AKERMAN LLP**

BY: /s/     Valerie Greenberg
Valerie Greenberg, Esq. (Fla. Bar  026514)
One SE 3rd Ave., 25th Floor
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email: valerie.greenberg@akerman.com
*Counsel for Woodland Enterprises, Inc.*

*Co-Counsel for Woodland Enterprises, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

**CERTIFICATE OF SERVICE**

I hereby certify that *Woodland Enterprises, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims and Third Party Claims [DE 9417]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th of December, 2013.

/s/      Valerie Greenberg