UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 |
| DANIEL ABREU, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., *et al.*<br><br>        Defendants.<br>_____/ | CASE NO.: 11-252<br>SECT. L MAG. 2 |

### WOODLAND ENTERPRISES, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CROSS CLAIMS AND THIRD PARTY CLAIMS [DE 11431]

Defendant/Cross-claimant/Third Party Claimant, Woodland Enterprises, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its November 28, 2011, Cross Claims and Third Party Claims [DE 11431] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

{26836732;4}

Guangdong Knauf New Building Products Co., Ltd.;

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

Knauf International GMBH;

Knauf UK GMBH;

Banner Supply Co.; and

Banner Supply Company Port St. Lucie.

Each party shall bear its own costs and fees.


The certain Third Party Claims against the following are **not** dismissed and all claims are reserved:

La Suprema Trading, Inc.;

La Suprema Enterprise, Inc.; and

Triple "E" Corporation.


Dated: December 12, 2013


                    **AKERMAN LLP**

            BY: /s/     Valerie Greenberg
                    Valerie Greenberg, Esq.
                    (Fla. Bar  026514)
                    One SE 3rd Ave., 25th Floor
                    Miami, FL  33131
                    Phone:  (305) 374-5600
                    Fax:  (305) 374-5095
                    Email: valerie.greenberg@akerman.com
                    *Counsel for Woodland Enterprises, Inc.*

*Co-Counsel for Woodland Enterprises, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## **CERTIFICATE OF SERVICE**

I hereby certify that *Woodland Enterprises, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims and Third Party Claims [DE 11431]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th of December, 2013.

/s/     Valerie Greenberg