UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

It has come to the Court's attention that the following law firms are not up to date on their time submissions:

Becnel Law Firm has submitted no time or expenses for July through September.

Lumpkin and Reeves has submitted no time or expenses for July through September.

Victor Diaz has submitted no time or expenses for May through September.

**IT IS ORDERED** that these law firms and members of the Plaintiffs' Steering Committee will have two weeks to submit their time and expenses, in accordance with Pre-Trial Order No. 9.  After two weeks, the Court will consider all time that is older than six months to be waived.

New Orleans, Louisiana, this 11th day of December, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE