UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motion to Appoint Receiver (Rec. Doc. 17315), Motion for Release of Funds by Plaintiff (Rec. Doc. 17316), and Motion for Partial Award of Attorney Fees (Rec. Doc. 17320),

**IT IS ORDERED** that these motions be and are hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Thursday, December 19, 2013.

New Orleans, Louisiana this 11th day of December, 2013.

_____
United States District Judge