UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

KENNETH ABEL, individually, and on
behalf of all others similarly situated,

       Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., *et al.,*

       Defendants,

Case No. 11-080
_____/

**BREAKWATER CUSTOM HOMES, INC.'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF CERTAIN CROSS CLAIMS [DE 9038]**

       Defendant/Cross-claimant Breakwater Custom Homes, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its May 27, 2011, Cross Claims [DE 9038] against:

       South Florida Custom Trim, Inc.;

       Stock Building Supply, LLC; and

       Stock Building Supply Holdings, LLC.

Each party shall bear its own fees and costs.

{26827623;4}

The certain Cross Claims [DE 9038] against the following are **not** dismissed and all claims are reserved:

Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.; and

Taian Taishan Plasterboard Co., Ltd.


Dated: December 16, 2013

**AKERMAN LLP**

BY: /s/    Valerie Greenberg
Valerie Greenberg, Esq. (Fla. Bar  026514)
One SE 3rd Ave., 25th Floor
Miami, FL  33131
Phone: (305) 374-5600
Fax: (305) 374-5095
Email: valerie.greenberg@akerman.com
*Counsel for Breakwater Custom Homes, Inc.*

*Co-Counsel for Breakwater Custom Homes, Inc.*

Harry Rosenberg, Esq.
Email: Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email: Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email: Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**CERTIFICATE OF SERVICE**

I hereby certify that *Breakwater Custom Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 9038]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th of December, 2013.

                                                /s/    Valerie Greenberg