UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| KENNETH and BARBARA WILTZ, *et al., Plaintiffs* | |
| v. | |
| BEIJING NEW BUILDING MATERIALS PUBLIC LTD. CO., *et al*., *Defendants* | |
| Case No. 10-361 _____/ | |

### R. FRY BUILDERS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CROSS CLAIMS [DE 6587]

Defendant/Cross-claimant R. Fry Builders, Inc., pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of its December 7, 2010, Cross Claims [DE 6587] against:

Banner Supply Co.;

Banner Supply Company Fort Myers, LLC;

Stock Building Supply, LLC, f/k/a Stock Building Supply, Inc.; and

RJL Drywall, Inc.

Each party shall bear its own costs and fees.

The June 8, 2011, Cross Claims [DE 9338] against the following are **not** dismissed and all claims are reserved:

{26819305;4}

Taishan Gypsum Co., Ltd.; and

Taian Taishan Plasterboard Co., Ltd.

Dated:  December 16, 2013

          **AKERMAN LLP**

BY: /s/     Valerie Greenberg
      Valerie Greenberg, Esq. (Fla. Bar  026514)
      One SE 3rd Ave., 25th Floor
      Miami, FL  33131
      Phone:  (305) 374-5600
      Fax:  (305) 374-5095
      Email: valerie.greenberg@akerman.com
      *Counsel for R. Fry Builders, Inc.*

*Co-Counsel for R. Fry Builders, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

**CERTIFICATE OF SERVICE**

I hereby certify that *R. Fry Builders, Inc.'s Notice of Voluntary Dismissal With Prejudice of Cross Claims [DE 6587]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th of December, 2013.

/s/     Valerie Greenberg