UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :   SECTION:  L
LITIGATION                           :
-------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :   JUDGE FALLON
ALL CASES AND                        :   MAG. JUDGE WILKINSON
                                     :
-------------------------------------------------------x
```

## ORDER

On July 31, 2013, the Knauf Defendants and the Plaintiffs' Steering Committee filed a Stipulation Regarding Attorneys' Fees and Costs in the INEX/North River Trial, which was Ordered by this Court the same day (Rec. Doc. 16968). In order to comply with this Court's previous Order,

**IT IS ORDERED** that the Knauf Defendants wire the payment of $2,400,000 to the Frilot L.L.C. Trust Account.

**IT IS FURTHER ORDERED** that counsel for Frilot L.L.C. deposit a check into the Court registry in the amount of $2,400,000 for the attorneys' fees and costs incurred by the PSC law firms in the trial against The North River Insurance Company.

New Orleans, Louisiana, this 17 day of December, 2013.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1