UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 |
| DANIEL ABREU, individually, and on behalf of all others similarly situated, | CASE NO.: 11-252 SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., *et al.* Defendants. _____/ | |

**ARANDA HOMES, INC.'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF CROSS CLAIMS [DE 9195]**

Defendant/Cross-Claimant Aranda Homes, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of its June 6, 2011, Cross Claims [DE 9195] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Guangdong Knauf New Building Products Co., Ltd.;

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

{26827741;4}

    Knauf International GMBH;

    Knauf UK GMBH;

    Banner Supply Co.; and

    Banner Supply Company Fort Myers, LLC.

Each party shall bear its own costs and fees.


Dated:  December 18, 2013

                                                  **AKERMAN LLP**

                                  BY:  /s/     Valerie Greenberg
                                         Valerie Greenberg, Esq. (Fla. Bar  026514)
                                         One SE 3rd Ave., 25th Floor
                                         Miami, FL  33131
                                         Phone:  (305) 374-5600
                                         Fax:  (305) 374-5095
                                         Email: valerie.greenberg@akerman.com
                                         *Counsel for Aranda Homes, Inc.*


*Co-Counsel for Aranda Homes, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Cross Claims [DE 9195]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/     Valerie Greenberg