UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS and
LOUIS VELEZ, *et al.*,
v.
KNAUF GIPS, KG, *et al.*,

Case No. 2:09-cv-06690-EEF-JCW
_____/

**ARANDA HOMES, INC.'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF CERTAIN CROSS CLAIMS [DE 8540]**

Defendant/Cross-Claimant Aranda Homes, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its April 13, 2011, Cross Claims [DE 8540] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Plasterboard (Dongguan) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Knauf Gypsum Indonesia;

Guangdong Knauf New Building Products Co., Ltd.;

Knauf Amf GmbH & Co. KG;

Knauf Do Brasil Ltd.;

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC.

{26819662;4}

Each party shall bear its own costs and fees.

The certain Cross Claims [DE 8540] against the following are **not** dismissed and all claims are reserved:

Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.;

Taian Taishan Plasterboard Co., Ltd.;

La Suprema Trading, Inc.; and

La Suprema Enterprise, Inc.

Dated:  December 18, 2013

**AKERMAN LLP**

BY: /s/     Valerie Greenberg
Valerie Greenberg, Esq. (Fla. Bar  026514)
One SE 3rd Ave., 25th Floor
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email: valerie.greenberg@akerman.com
*Counsel for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

**CERTIFICATE OF SERVICE**

I hereby certify that *Aranda Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 8540]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/     Valerie Greenberg