UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
PRODUCTS LIABILITY LITIGATION


LAURA HAYA, DANIEL HAYA AND IRENE            CASE NO.: 11-1077
HAYA, individually, behalf of all others,    SECT. L MAG. 2
similarly situated, et al.,

       Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD.; QINHUANGDAO TAISHAN BUILDING
MATERIALS CO., LTD. A/K/A QINHUANG
DAO TAISHAN BUILDING MATERIALS CO.,
LTD., et al.,

       Defendants.

_____/

**ARANDA HOMES, INC.'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF CROSS CLAIMS [DE 10655]**

Defendant/Cross-Claimant Aranda Homes, Inc., pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of

it September 26, 2011, Cross Claims [DE 10655] against:

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC.

Each party shall bear its own costs and fees.


The August 4, 2011, Cross Claims [DE 9992] against the following are **not** dismissed and

all claims against the following are reserved:

{26828011;4}

Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.;

Taian Taishan Plasterboard Co. Ltd.; and

Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building

    Materials Co., Ltd.


Dated:  December 18, 2013

                      **AKERMAN LLP**

           BY:  /s/      Valerie Greenberg
                Valerie Greenberg, Esq. (Fla. Bar  026514)
                One SE 3rd Ave., 25th Floor
                Miami, FL  33131
                Phone:  (305) 374-5600
                Fax:  (305) 374-5095
                Email: valerie.greenberg@akerman.com
                *Counsel for Aranda Homes, Inc.*


*Co-Counsel for Aranda Homes, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Cross Claims [DE 10655]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/      Valerie Greenberg