**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL No. 02047
PRODUCTS LIABILITY LITIGATION SECTION L

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.          Case No. 2:09-cv-07628-EEF-JCW
KNAUF GIP KG, *et al*.,               JUDGE FALLON
                                     MAG. JUDGE WILKINSON

_____/

**ARANDA HOMES, INC.'S**
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**OF CERTAIN CROSS CLAIMS [DE 5973] AND CROSS CLAIMS [DE 9071]**

Defendant/Cross-Claimant Aranda Homes, Inc., pursuant Fed. R. Civ. P. 41(a)(1)(A)(i),

respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its

October 13, 2010, Cross Claims [DE 5973] against:

Knauf Gips KG; Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Guangdong Knauf New Building Products Co., Ltd.;

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC;

and its May 31, 2011, Cross Claims [DE 9071] against:

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

Knauf International GMBH,

Knauf UK GMBH; and

Knauf Gips KG.

{26640371;4}

Each party shall bear its own costs and fees.


The following certain Cross Claims [DE 5973] are **not** hereby dismissed and all claims

against such entities are reserved:

La Suprema Trading, Inc; and

La Suprema Enterprise, Inc.


Dated:  December 18, 2013


AKERMAN LLP

BY:  /s/     Valerie Greenberg
       Valerie Greenberg, Esq. (Fla. Bar  026514)
       One SE 3rd Ave., 25th Floor
       Miami, FL  33131
       Phone:  (305) 374-5600
       Fax:  (305) 374-5095
       Email: valerie.greenberg@akerman.com
       *Counsel for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 5973] and Cross Claims [DE 9071]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA   70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/      Valerie Greenberg          