UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, *et al.*,

Case No. 2:10-cv-00362
_____/

**ARANDA HOMES, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CROSS CLAIMS [DE 5991] and CROSS CLAIMS [DE 9072]**

Defendant/Cross-Claimant Aranda Homes, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its October 14, 2010, Cross Claims [DE 5991] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Guangdong Knauf New Building Products Co., Ltd.;

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC;

and its May 31, 2011, Cross Claims [DE 9072] against:

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

Knauf International GMBH;

Knauf UK GMBH; and

Knauf Gips KG.

{26814941;4}

Each party shall bear its own costs and fees.

The following certain Cross Claims [DE 5991] are **not** dismissed and all claims against the following are reserved:

 La Suprema Trading, Inc.; and

 La Suprema Enterprise, Inc.

Dated:  December 18, 2013

             **AKERMAN LLP**

          BY:  /s/     Valerie Greenberg
            Valerie Greenberg, Esq. (Fla. Bar  026514)
            One SE 3rd Ave., 25th Floor
            Miami, FL  33131
            Phone:  (305) 374-5600
            Fax:  (305) 374-5095
            Email: valerie.greenberg@akerman.com
            *Counsel for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 5991] and Cross Claims [DE 9072]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/     Valerie Greenberg