UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| KENNETH and BARBARA WILTZ,<br>*et al., Plaintiffs*<br>v.<br>BEIJING NEW BUILDING MATERIALS PUBLIC LTD. CO., *et al.*, *Defendants*<br>Case No. 10-361<br>_____/ | |

**ARANDA HOMES, INC.'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE OF CROSS CLAIMS [DE 6736]**</u>

Defendant/Cross-Claimant Aranda Homes, Inc., pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of its December 28, 2010, Cross Claims [DE 6736] against:

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC.

Each party shall bear its own costs and fees.

The May 24, 2011, Cross Claims [DE 8885] against the following are **not** dismissed and all claims against the following are reserved:

Taishan Gypsum Co., Ltd.; and

Taian Taishan Plasterboard Co., Ltd.

{26815241;4}

Dated: December 18, 2013

                                  **AKERMAN LLP**

BY: /s/    Valerie Greenberg
      Valerie Greenberg, Esq. (Fla. Bar 026514)
      One SE 3rd Ave., 25th Floor
      Miami, FL 33131
      Phone: (305) 374-5600
      Fax: (305) 374-5095
      Email: valerie.greenberg@akerman.com
      *Counsel for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Harry Rosenberg, Esq.
Email: Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email: Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email: Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

{26815241;4}                2

## CERTIFICATE OF SERVICE

I hereby certify that *Aranda Homes, Inc.'s Notice of Voluntary Dismissal With Prejudice of Cross Claims [DE 6736]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

                                                /s/     Valerie Greenberg