UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 |
| ROBERT W. BLOCK, III, individually, and on behalf of all others similarly situated, | CASE NO.: 11-1363 SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GmbH; KNAUF INSULATION GmbH; KNAUF UK GMBH; KNAUF AMF GMBH & CO. KG; KNAUF DO BRASIL, LTD.; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., *et al.* | |
| Defendants. / | |

**MANAGEMENT SERVICES OF LEE COUNTY, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CROSS CLAIMS [DE 11655]**

Defendant/Cross-claimant Management Services of Lee County, Inc., f/k/a Paul Homes, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its December 9, 2011, Cross Claims [DE 11655] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Guangdong Knauf New Building Products Co., Ltd.;

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

Knauf International GMBH;

Knauf UK GMBH;

Knauf Gypsum Indonesia;

Knauf Amf GmbH & Co. KG;

Knauf Do Brasil Ltd.;

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC.

Each party shall bear its own costs and fees.

The certain Cross Claims [DE 11655] against the following are **not** dismissed and all claims are reserved:

La Suprema Trading, Inc.; and

La Suprema Enterprise, Inc.

Dated:  December 18, 2013

           **AKERMAN LLP**

           BY: /s/     Valerie Greenberg
           Valerie Greenberg, Esq. (Fla. Bar  026514)
           One SE 3rd Ave., 25th Floor
           Miami, FL  33131
           Phone:  (305) 374-5600
           Fax:  (305) 374-5095
           Email: valerie.greenberg@akerman.com
           *Counsel for Management Services of Lee County, Inc.*

*Co-Counsel for Management Services of Lee County, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Management Services of Lee County, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 11655]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/     Valerie Greenberg