UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
PRODUCTS LIABILITY LITIGATION            SECTION L
                                         JUDGE FALLON
                                         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
JOYCE W. ROGERS, individually, and on
behalf of all others similarly situated, *et al*.,

Case No. 2:10-cv-00362
_____/

**MANAGEMENT SERVICES OF LEE COUNTY, INC.'S
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF CERTAIN CROSS CLAIMS [DE 6585] and CROSS CLAIMS [DE 9168]**

Defendant/Cross-claimant Management Services of Lee County, Inc. f/k/a Paul Homes, Inc., pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its December 7, 2010, Cross Claims [DE 6585] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Guangdong Knauf New Building Products Co., Ltd.;

Banner Supply Co.; and

Banner Supply Company Fort Myers, LLC;

and its June 3, 2011 Cross Claims [DE 9168] against:

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

Knauf International GMBH;

{26814987;4}

    Knauf UK GMBH; and

    Knauf Gips KG.

Each party shall bear its own costs and fees.


The Cross Claims [DE 6585] against the following are **not** dismissed and all claims are reserved:

    La Suprema Trading, Inc.; and

    La Suprema Enterprise, Inc.


Dated December 18, 2013

                                              **AKERMAN LLP**

                              BY: /s/     Valerie Greenberg
                                      Valerie Greenberg, Esq. (Fla. Bar  026514)
                                      One SE 3rd Ave., 25th Floor
                                      Miami, FL  33131
                                      Phone:  (305) 374-5600
                                      Fax:  (305) 374-5095
                                      Email: valerie.greenberg@akerman.com
                                      *Counsel for Management Services of Lee County, Inc.*

*Co-Counsel for Management Services of Lee County, Inc,*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Management Services of Lee County, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 6585] and Cross Claims [DE 9168]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/   Valerie Greenberg