UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
        PRODUCTS LIABILITY LITIGATION          SECTION L
                                      JUDGE FALLON
                                      MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
JOYCE W. ROGERS, individually, and on
behalf of all others similarly situated, *et al*.,

Case No. 2:10-cv-00362
_____/

**ROBERT/CHARLES BUILDERS, INC.'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF CERTAIN CROSS CLAIMS
AND THIRD PARTY CLAIMS [DE 7250] AND CROSS CLAIMS [DE 9434]**

Defendant/Cross-claimant/Third Party Claimant, Robert/Charles Builders, Inc., pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its January 26, 2011, Cross Claims and Third Party Claims [DE 7250] against:

    Knauf Gips KG;

    Knauf Plasterboard (Tianjin) Co. Ltd.;

    Knauf Plasterboard (Wuhu) Co. Ltd.;

    Knauf Insulation GmbH a/k/a Knauf Insulation USA;

    Guangdong Knauf New Building Products Co., Ltd.;

    Banner Supply Co.; and

    Banner Supply Company Pompano, LLC;

and its June 10, 2011, Cross Claims [DE 9434] against:

    Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

    Knauf International GMBH;

{26815115;4}

Knauf UK GMBH; and

Knauf Gips KG.

Each party shall bear its own costs and fees.

The certain Cross Claims [DE 7250] against the following are **not** dismissed and all claims are reserved:

La Suprema Trading, Inc.; and

La Suprema Enterprise, Inc.

Dated:  December 18, 2013

**AKERMAN LLP**

BY:  /s/      Valerie Greenberg
Valerie Greenberg, Esq. (Fla. Bar  026514)
One SE 3rd Ave., 25th Floor
Miami, FL  33131
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email: valerie.greenberg@akerman.com
*Counsel for Robert/Charles Builders, Inc.*

*Co-Counsel for Robert/Charles Builders, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

{26815115;4}                                                          2

## CERTIFICATE OF SERVICE

I hereby certify that *Robert/Charles Builders, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims and Third Party Claims [DE 7250] and Cross Claims [DE 9434]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of December, 2013.

/s/     Valerie Greenberg