# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| SEAN and BETH PAYTON, *et al*. v. KNAUF GIP KG, *et al*., _____/ | Case No. 2:09-cv-07628-EEF-JCW JUDGE FALLON MAG. JUDGE WILKINSON |

### HAMMER CONSTRUCTION SERVICES, LTD.'S SECOND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN THIRD PARTY CLAIMS [DE 6595]

Defendant/Cross-claimant/Third Party Plaintiff Hammer Construction, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Second Notice of Voluntary Dismissal With Prejudice of certain of its December 7, 2010, Third Party Claims [DE 6595] against:

Sweet Interiors, Inc.

Each party shall bear its own costs and fees.

Dated: December 19 Each party shall bear its own costs and fees. Each party shall bear its own costs and fees. , 2013

### AKERMAN LLP

{27644368;1}

BY: /s/   Valerie Greenberg
    Valerie Greenberg, Esq. (Fla. Bar 026514)
    One SE 3rd Ave., 25th Floor
    Miami, FL 33131
    Phone: (305) 374-5600
    Fax: (305) 374-5095
    Email: valerie.greenberg@akerman.com
    *Counsel for*
    *Hammer Construction Services, Ltd.*

*Co-Counsel for Hammer Construction Services, Ltd.*

Harry Rosenberg, Esq.
Email: Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email: Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email: Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

{27644368;1}    2

## CERTIFICATE OF SERVICE

I hereby certify that *Hammer Construction Services, Ltd.'s Second Notice of Voluntary Dismissal With Prejudice of Certain Third Party Claims [DE 6595] and Cross Claims* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th of December, 2013.

/s/     Valerie Greenberg