# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 |
| | |
| LAURA HAYA, DANIEL HAYA AND IRENE HAYA, individually, behalf of all others, similarly situated, et al., | CASE NO.: 11-1077 SECT. L MAG. 2 |
| Plaintiffs, | |
| v. | |
| TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.; QINHUANGDAO TAISHAN BUILDING MATERIALS CO., LTD. A/K/A QINHUANG DAO TAISHAN BUILDING MATERIALS CO., LTD., et al., | |
| Defendants. | |

_____/

## J. HELM CONSTRUCTION, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CROSS CLAIMS [DE 11306]

Defendant/Cross-claimant J. Helm Construction, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its November 21, 2011, Cross Claims [DE 11306] against:

Banner Supply Co.; and

Banner Supply Company Port St. Lucie, LLC.

Each party shall bear its own costs and fees.

The certain Cross Claims [DE 11306] against the following are **not** dismissed and all claims are reserved:

Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.;

Taiain Taishan Plasterboard Co. Ltd.; and

Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building

Materials Co., Ltd.


Additionally, the May 8, 2012, Cross Claims [DE 14210] against La Suprema Trading, Inc. and

La Suprema Enterpise, Inc. are **not** dismissed and all claims are reserved.



Dated:  December 19, 2013

**AKERMAN LLP**

BY:  /s/      Valerie Greenberg
        Valerie Greenberg, Esq. (Fla. Bar  026514)
        One SE 3rd Ave., 25th Floor
        Miami, FL  33131
        Phone:  (305) 374-5600
        Fax:  (305) 374-5095
        Email: valerie.greenberg@akerman.com
        *Counsel for J. Helm Construction, Inc.,*

*Co-Counsel for J. Helm Construction, Inc.,*
Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *J. Helm Construction, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 11306]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA   70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA   70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of December, 2013.

/s/      Valerie Greenberg