UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION SECTION L | MDL No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| SEAN and BETH PAYTON, *et al*. v. KNAUF GIP KG, *et al*., _____/ | Case No. 2:09-cv-07628-EEF-JCW JUDGE FALLON MAG. JUDGE WILKINSON |

**J. HELM CONSTRUCTION, INC.'S
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF CERTAIN CROSS CLAIMS [DE 6382] AND CROSS CLAIMS [DE 9367]**

Defendant/Cross-claimant J. Helm Construction, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Notice of Voluntary Dismissal With Prejudice of certain of its November 17, 2010, Cross Claims [DE 6382] against:

Knauf Gips KG;

Knauf Plasterboard (Tianjin) Co. Ltd.;

Knauf Plasterboard (Wuhu) Co. Ltd.;

Knauf Insulation GmbH a/k/a Knauf Insulation USA;

Guangdong Knauf New Building Products Co., Ltd.;

Banner Supply Co.; and

Banner Supply Company Port St. Lucie, LLC;

and its June 9, 2011, Cross Claims [DE 9367] against:

Gebrueder Knauf Verwaltungsgesellschaft, K.G.;

{26647776;4}

    Knauf International GMBH;

    Knauf UK GMBH; and

    Knauf Gips KG.

Each party shall bear its own costs and fees.

The certain Cross Claims [DE 6382] against the following are **not** dismissed and all claims are reserved:

    La Suprema Trading, Inc.; and

    La Suprema Enterprise, Inc.

Dated:  December 19, 2013

                                            **AKERMAN LLP**

                          BY:  /s/      Valerie Greenberg
                              Valerie Greenberg, Esq. (Fla. Bar  026514)
                              One SE 3rd Ave., 25th Floor
                              Miami, FL  33131
                              Phone:  (305) 374-5600
                              Fax:  (305) 374-5095
                              Email: valerie.greenberg@akerman.com
                              *Counsel for J. Helm Construction, Inc.*

*Co-Counsel for J. Helm Construction, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

{26647776;4}                            2

## CERTIFICATE OF SERVICE

I hereby certify that *J. Helm Construction, Inc.'s Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims [DE 6382] and Cross Claims [DE 9367]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of December, 2013.

                                                                                /s/     Valerie Greenberg