UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| DAVID GROSS, CHERYL GROSS and LOUIS VELEZ, *et al.*, | |
| v. | |
| KNAUF GIPS, KG, *et al.*, _____/ | Case No. 2:09-cv-06690-EEF-JCW |

**WOODLAND ENTERPRISES, INC.'S SECOND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
<u>**OF CERTAIN OF ITS CROSS CLAIMS AND THIRD PARY CLAIMS [DE 9417]**</u>

Defendant/Cross-claimant/Third Party Claimant, Woodland Enterprises, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Second Notice of Voluntary Dismissal With Prejudice of certain of its June 9, 2011, Cross Claims and Third Party Claims [DE 9417] against:

Triple "E" Corporation.

Each party shall bear its own costs and fees.

{27652498;1}

Dated:  December 19, 2013

                                                **AKERMAN LLP**

BY: /s/     Valerie Greenberg
     Valerie Greenberg, Esq. (Fla. Bar  026514)
     One SE 3rd Ave., 25th Floor
     Miami, FL  33131
     Phone:  (305) 374-5600
     Fax:  (305) 374-5095
     Email: valerie.greenberg@akerman.com
     *Counsel for Woodland Enterprises, Inc.*

*Co-Counsel for Woodland Enterprises, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130

**CERTIFICATE OF SERVICE**

    I hereby certify that *Woodland Enterprises, Inc.'s Second Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims and Third Party Claims [DE 9417]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th of December, 2013.

                                        /s/      Valerie Greenberg