# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
PRODUCTS LIABILITY LITIGATION


LAURA HAYA, DANIEL HAYA AND IRENE      CASE NO.: 11-1077
HAYA, individually, behalf of all others,      SECT. L MAG. 2
similarly situated, et al.,

      Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD.; QINHUANGDAO
TAISHAN BUILDING MATERIALS CO., LTD.
A/K/A QINHUANG DAO TAISHAN BUILDING
MATERIALS CO., LTD., et al.,

      Defendants.

_____/


## WOODLAND ENTERPRISES, INC.'S SECOND NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN CROSS CLAIMS AND THIRD PARY CLAIMS [DE 12229]


Defendant/Cross-claimant/Third Party Claimant, Woodland Enterprises, Inc., pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), respectfully files and serves this Second Notice of Voluntary

Dismissal With Prejudice of certain of its January 19, 2012, Cross Claims and Third Party

Claims [DE 12229] against:

Triple "E" Corporation;

Each party shall bear its own costs and fees.

{27652550;1}

Dated:  December 19, 2013

**AKERMAN LLP**

BY:  /s/      Valerie Greenberg
        Valerie Greenberg, Esq. (Fla. Bar  026514)
        One SE 3rd Ave., 25th Floor
        Miami, FL  33131
        Phone:  (305) 374-5600
        Fax:  (305) 374-5095
        Email: valerie.greenberg@akerman.com
        *Counsel for Woodland Enterprises, Inc.*

*Co-Counsel for Woodland Enterprises, Inc.*

Harry Rosenberg, Esq.
Email:  Harry.rosenberg@phelps.com
Curt Rome, Esq.
Email:  Curt.rome@phelps.com
Pablo Gonzalez, Esq.
Email:  Pablo.gonzalez@phelps.com
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311  Telecopier:  (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that *Woodland Enterprises, Inc.'s Second Notice of Voluntary Dismissal With Prejudice of Certain Cross Claims and Third Party Claims [DE 12229]* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA   70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA   70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th of December, 2013.

/s/      Valerie Greenberg