MINUTE ENTRY
FALLON, J.
DECEMBER 19, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION           SECTION: L

THIS DOCUMENT RELATES TO:            JUDGE FALLON
REF: 10-1113                          MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:   Lenny Davis, Esq. for Plaintiffs' Liaison Counsel
               Gary Mason, Esq.  Esq., for Villa Lago Plaintiffs
               H. Minor Pipes, Esq. for Insurance Liaison Counsel

1. Motion of Plaintiffs, Wendy Lee Hobbie, et al, for Appointment of Receiver (17315)

After Argument - GRANTED with Court's written order to follow

2. Motion of Settlement Class Counsel, Gary E. Mason and Daniel K. Bryson of Whitfield Bryson & Mason, LLP, Joel R. Rhine of Rhine Martin Law Firm, P.C., Adam Linkhorst of Linkhorst & Hockin, P.A., and Gregory S. Weiss of Mrachek, Fitzgerald, Rose Konopka & Dow, P.A.,  to enter an Order authorizing the transfer of the RCR Settlement from the RCR Escrow Account to the Villa Lago Settlement Fund QSF.   (17316)

After argument - with Court's written order to follow

3. Motion of Coastal Settlement Class Counsel, for Partial Award of Attorneys' Fees and Partial Reimbursement of Costs   (17320)

After argument - with Court's written order to follow


JS10:   :04