## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### TENTH SUPPLEMENTAL NOTICE OF FILING BY
### CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

    A.    **Rescissions of Opt-Outs**–See attached chart and Exhibit A

Respectfully submitted,

Dated: January 18, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of January, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|-----|-----------|----------|------------|
|     | **RESCISSIONS** | | |
| 1.  | Ammons, Dana & Rick | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 2.  | Bertoni, Ribello & Joan | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 3.  | Boucher, Gordon & Nancy | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 4.  | Camposano, Francisco and Maria | Colson Hicks<br>Ervin A. Gonzalez | Knauf, Global |
| 5.  | Ebersole, Maria | Roberts & Durkee<br>C. David Durkee | Banner, Global |
| 6.  | Hershoff, Jay and Nancy | Colson Hicks<br>Ervin A. Gonzalez | Knauf, Global |
| 7.  | Katz, Barry | Roberts & Durkee<br>C. David Durkee | Banner, Global |
| 8.  | Kirby, Jay | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 9.  | Kirby, Robert | Roberts & Durkee<br>C. David Durkee | Banner |
| 10. | Mantuo, Jo Ellen | Roberts & Durkee<br>C. David Durkee | Banner, Global |
| 11. | Marcano, Jorge | Roberts & Durkee<br>C. David Durkee | Banner, Knauf |
| 12. | Perez, Yssel and Esdras | Roberts & Durkee<br>C. David Durkee | Banner |
| 13. | Rossi, Richard and Joanna | Colson Hicks<br>Ervin Gonzalez | Knauf, Global |
| 14. | Sampson, Patrick and Trista | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 15. | Scrop, Evelyn and Julius | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 16. | Serrano, Jose and Diana | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 17. | Sherrell, Ashlei and Steven | Collins & Horsley, P.C. | Knauf, InEx |
| 18. | Siddiqui, Hassan and Frauke | Roberts & Durkee<br>C. David Durkee | Banner, Knauf, Global |
| 19. | Simonian, Thomas and Barbara Petty | Roberts & Durkee<br>C. David Durkee | Banner, Global |
| 20. | Summers, Beth and Tyson | Collins & Horsley, P.C. | Knauf, InEx, Global |
| 21. | Tedeman, Richard and Mary Jo | Roberts & Durkee<br>C. David Durkee | Banner, Global |
| 22. | Victoria, Lindsey | Roberts & Durkee<br>C. David Durkee | Global |
| 23. | Volion, Richard and Ursula Englehardt | Roberts & Durkee<br>C. David Durkee | Knauf |
| 24. | Vrchota, Roy | Roberts & Durkee<br>C. David Durkee | Global |

# EXHIBIT A

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 9, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:  **CHINESE DRYWALL LITIGATION**
     MDL NO. 2047

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Robert Kirby – 11001 Gulf Reflection Drive, Unit A-407, Fort Myers, FL 33908
2. Yssel & Esdras Perez – 1835 SW Dalmaton Avenue, Port St. Lucie, FL 34953
3. Patrick & Trista Sampson – 11416 Bridge Pine Drive, Riverview, FL 33569
4. Jose & Diana Serrano – 2654 Amber Lake Drive, Cape Coral, FL 33909
5. Hassan & Frauke Siddiqui – 11429 Laurel Brook Court, Riverview, FL 33569
6. Barbara Petty & Thomas Simonian – 8582 Athena Ct., Building 4, Lehigh Acres, FL 33971

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.
### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 9, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

To whom it may concern:

    This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Patrick & Trista Sampson – 11416 Bridge Pine Drive, Riverview, FL 33569
2. Jose & Diana Serrano – 2654 Amber Lake Drive, Cape Coral, FL 33909
3. Hassan & Frauke Siddiqui – 11429 Laurel Brook Court, Riverview, FL 33569
4. Barbara Petty & Thomas Simonian – 8582 Athena Ct., Building 4, Lehigh Acres, FL 33971
5. Lindsey Victoria – 22768 SW 89 Path, Cutler Bay, FL 33190
6. Roy Vrchota – 13300 68th Street North, West Palm Beach, FL 33412

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 9, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:    **CHINESE DRYWALL LITIGATION**
       MDL NO. 2047

Dear Sirs:

This letter shall serve as a formal request on behalf of the following clients to withdraw any prior opt out forms filed on their behalf to the Knauf Settlement:

1. Patrick & Trista Sampson – 11416 Bridge Pine Drive, Riverview, FL 33569
2. Jose & Diana Serrano – 2654 Amber Lake Drive, Cape Coral, FL 33909
3. Hassan & Frauke Siddiqui – 11429 Laurel Brook Court, Riverview, FL 33569

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 16, 2013

<u>**Via Certified U.S. Mail**</u>

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:    **CHINESE DRYWALL LITIGATION**
       MDL NO. 2047

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Dana & Rick Ammons – 2581 Sawgrass Lake Court, Cape Coral, FL 33909
2. Ribello & Joan Bertoni – Gulf Reflections, 11001 Gulf Reflections Drive, Unit A203, Fort Myers, FL 33908
3. Gordon & Nancy Boucher – Gulf Reflections, 110041 Gulf Reflections Dr., Unit A208, Fort Myers, FL 33908
4. Maria Ebersole – 11001 Gulf Reflections Dr., Unit A-405, Fort Myers, FL 33908
5. Barry Katz – 11001 Gulf Reflections Drive, Unit A-406, FT Meyers, FL 33908
6. Jay Kirby – 11101 Gulf Reflections Dr., Unit A202, Fort Myers, FL 33908

7. Jo Ellen Mantuo – 11001 Gulf Reflections, Dr., Unit A308, Fort Myers, FL 33908
8. Jorge Marcano – 3335 NE 4th Street, Homestead, FL 33033
9. Evelyn & Julius Scrop – 2421 NE 65th Street, Unit 410-2, Fort Lauderdale, FL 33308
10. Richard & Mary Jo Tedeman – 11001 Gulf Reflections Dr., Apt. A402, Fort Myers, Fl 33908

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 16, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:  **CHINESE DRYWALL LITIGATION**
     MDL NO. 2047

To whom it may concern:

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Dana & Rick Ammons – 2581 Sawgrass Lake Court, Cape Coral, FL 33909
2. Ribello & Joan Bertoni – Gulf Reflections, 11001 Gulf Reflections Drive, Unit A203, Fort Myers, FL 33908
3. Gordon & Nancy Boucher – Gulf Reflections, 110041 Gulf Reflections Dr., Unit A208, Fort Myers, FL 33908
4. Maria Ebersole – 11001 Gulf Reflections Dr., Unit A-405, Fort Myers, FL 33908
5. Barry Katz – 11001 Gulf Reflections Drive, Unit A-406, FT Meyers, FL 33908
6. Jay Kirby – 11101 Gulf Reflections Dr., Unit A202, Fort Myers, FL 33908
7. Jo Ellen Mantuo – 11001 Gulf Reflections, Dr., Unit A308, Fort Myers, FL 33908
8. Evelyn & Julius Scrop – 2421 NE 65th Street, Unit 410-2, Fort Lauderdale, FL 33308
9. Richard & Mary Jo Tedeman – 11001 Gulf Reflections Dr., Apt. A402, Fort Myers, FL 33908

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I · SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 16, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re: **CHINESE DRYWALL LITIGATION**
MDL NO. 2047

Dear Sirs:

This letter shall serve as a formal request on behalf of the following clients to withdraw any prior opt out forms filed on their behalf to the Knauf Settlement:

1. Dana & Rick Ammons – 2581 Sawgrass Lake Court, Cape Coral, FL 33909
2. Ribello & Joan Bertoni – Gulf Reflections, 11001 Gulf Reflections Drive, Unit A203, Fort Myers, FL 33908
3. Jay Kirby – 11101 Gulf Reflections Dr., Unit A202, Fort Myers, FL 33908
4. Jorge Marcano – 3335 NE 4th Street, Homestead, FL 33033
5. Evelyn & Julius Scrop – 2421 NE 65th Street, Unit 410-2, Fort Lauderdale, FL 33308
6. Richard Volion & Ursula Englehardt – 2421 NE 65th Street, Unit 2-301, Fort Lauderdale, FL 33308

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.*<br>Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*<br>Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.*<br>Case No. 09-4117 | ) ) ) | |

## NOTICE OF RESCISSION OF OPT OUT OF BUILDER, INSTALLER, SUPPLIER, AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Francisco Camposano and Maria Del Pilar Camposano, rescind their opt

out from the Builder, Installer, Supplier, and Participating Insurer Settlement Class in the

Chinese Drywall Action. Francisco Camposano and Maria Del Pilar Camposano's residence

1

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

containing defective Chinese-manufactured drywall is located at 5721 SW 84th Street, Miami, FL 33143.

Dated: January 16, 2013.

_____
Class Member's Signature

*Francisco Camposano*
Printed Name

_____
Class Member's Signature

*Maria Camposano*
Printed Name

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16 day of January, 2013.

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047

SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | JUDGE FALLON

MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) ) | |

## NOTICE OF RESCISSION OF OPT OUT OF KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Francisco Camposano and Maria Del Pilar Camposano, having a property

address of 5721 SW 84th Street, Miami, FL 33143, hereby rescind their opt out of the Knauf

Settlement Class in the Chinese Drywall Action. The Camposanos' claims are included in the

*Payton* matter and are also filed in the 11th Circuit in and for Miami-Dade County, Florida.

1

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

Dated: January _16_, 2013

_____
Class Member's Signature

*Francisco Camposano*
Printed Name

_____
Class Member's Signature

*Maria Camposano*
Printed Name

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16th day of January, 2013.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES AND

*Payton, et. al. v. Knauf Gips KG, et. al.*
Case No. 2:09-cv-07628 (E.D.La.)

*Gross, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:09-cv-06690 (E.D.La.)

*Rogers, et. al. v. Knauf Gips, KG, et. al.*
Case No. 2:10-cv-00362 (E.D.La.)

*Abreu, et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.*
Case No. 2:11-cv-00252 (E.D.La.)

*Block, et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.*
Case No. 11-cv-1363 (E.D.La.)

*Arndt, et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.*
Case No. 11-cv-2349 (E.D.La.)

*Cassidy, et. al. v. Gebrueder Knauf
Verwaltungsgesellschaft, KG, et. al.*
Case No. 11-cv-3023 (E.D.La.)

*Vickers, et. al. v. Knauf Gips, KG, et. al.*
Case No. 09-4117

## NOTICE OF SCRIVENER'S ERROR REGARDING RESCISSION OF OPT OUT OF PLAINTIFFS JAY AND NANCY HERSHOFF

The undersigned, Jay Hershoff and Nancy Hershoff, hereby file their Notice of Scrivener's

Error Regarding Their Rescission of Opt Out. In Plaintiffs' Notice of Rescission of Opt Out of

Knauf Settlement Class in the Chinese Drywall Action, filed on January 16, 2013, Plaintiffs

inadvertently failed to include their rescission of Opt Out of Builder, Installer, Supplier, and

1

Participating Insurer Settlement Class in the Chinese Drywall Action. Their Notice of Rescission, filed on January 16, 2013, should have included a Rescission of Opt Out for the Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall Action, as Plaintiffs intended.

Dated: January 17th, 2013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Scrivener's Error has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilott LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 17th day of January, 2013.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) ) | |

NOTICE OF RESCISSION OF OPT OUT OF KNAUF SETTLEMENT CLASS IN THE
CHINESE DRYWALL ACTION

The undersigned, Jay Hershoff and Nancy Hershoff, having owned a property located at

28527 Chianti Terrace, Bonita Springs, FL 34135, hereby rescind their opt out of the Knauf

Settlement Class in the Chinese Drywall Action. The Hershoffs' claims are filed in the 11th

Circuit in and for Miami-Dade County, Florida.

1

Colson Hicks Eidson Colson Matthews Martínez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

Dated: January 16th, 2013

_____          JAY HERSHOFF
Class Member's Signature                  Printed Name

_____          NANCY Hershoff
Class Member's Signature                  Printed Name

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilott LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16th day of January, 2013.

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) ) | |
| *Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) ) | |

## NOTICE OF RESCISSION OF OPT OUT OF KNAUF SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Richard Rossi & Joanna Rossi, having a property address of 17935 Monte Vista Drive, Boca Raton, FL 33496, hereby rescind their opt out of the Knauf Settlement Class in the Chinese Drywall Action. Richard Rossi & Joanna Rossi's current address is 21218 St. Andrews Blvd., Apartment 225, Boca Raton, Florida 33433. The Rossis' claims are included in

1

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

the *Payton* matter and are also filed in the 15th Circuit in and for Palm Beach County, Florida and

the U.S. District Court for the Southern District of Florida.

Dated: January 16, 2013


_____
Class Member's Signature

_____
Class Member's Signature


_____
Printed Name        Richard Rossi

_____
Printed Name        JOANNA ROSSI


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing rescission of Opt Out of Knauf Settlement Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA 19106; Russ Herman, Esq., Herman Herman Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilot LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16 day of January 2013.


_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: ALL CASES AND | ) ) ) | |
| | ) | JUDGE FALLON |
| *Payton, et. al. v. Knauf Gips KG, et. al.* Case No. 2:09-cv-07628 (E.D.La.) | ) ) | MAG. JUDGE WILKINSON |
| *Gross, et. al. v. Knauf Gips, KG, et. al.* Case No. 2:09-cv-06690 (E.D.La.) | ) ) ) | |
| *Rogers, et. al. v. Knauf Gips KG, et. al.* Case No. 2:10-cv-00362 (E.D.La.) | ) ) ) | |
| *Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 2:11-cv-00252 (E.D.La.) | ) ) ) ) | |
| *Block, et. ol. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-1363 (E.D.La.) | ) ) ) ) | |
| *Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-2349 (E.D.La.) | ) ) ) ) | |
| *Cassidy, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No. 11-cv-3023 (E.D.La.) | ) ) ) ) | |
| *Vickers, et. al. v. Knauf Gips, KG, et. al.* Case No. 09-4117 | ) ) ) | |

## NOTICE OF RESCISSION OF OPT OUT OF BUILDER, INSTALLER, SUPPLIER, AND PARTICIPATING INSURER SETTLEMENT CLASS IN THE CHINESE DRYWALL ACTION

The undersigned, Richard Rossi & Joanna Rossi, hereby rescind their opt out from the

Builder, Installer, Supplier, and Participating Insurer Settlement Class in the Chinese Drywall

Action. Richard Rossi & Joanna Rossi's current address is 21218 St. Andrews Blvd., Apartment

1

Colson Hicks Eidson Colson Matthews Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle, Penthouse, Coral Gables, Florida 33134 Telephone: (305) 476-7400 Fax: (305) 476-7444

225, Boca Raton, Florida 33433.  Richard Rossi & Joanna Rossi's property containing defective

Chinese-manufactured drywall is located at 17935 Monte Vista Drive, Boca Raton, FL 33496.

The known Defendants in the Rossi's case, include, but are not limited to: the Knauf Defendants,

Albanese-Popkin The Oaks Development Group, L.P., O.C.D. of S. Florida, Inc., Mesa

Construction Group, La Suprema Trading, Inc., La Suprema Enterprises, Inc., and the Knauf

Entities.

Dated: January 16, 2013

_____          _____
Class Member's Signature                  Richard Rossi
                                          Printed Name

_____          _____
Class Member's Signature                  JOANNA ROSS
                                          Printed Name

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing rescission Opt Out of Knauf Settlement
Class in the Chinese Drywall Action has been served on Settlement Class Counsel, Arnold
Levin, Esq., Levin Fishbein Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA
19106; Russ Herman, Esq., Herman Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans,
LA 70113; and to the Knauf Defendants' Counsel, Kerry Miller, Frilott LLC, 1100 Poydras
Street, Suite 3700, New Orleans, LA 70163 by First Class Mail, on this 16 day of January,
2013.

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com

2

COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

VIA FAX: 215-592-4663
Arnold Levin, Esq.
Levine, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

VIA FAX: 504-561-6024
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RE:   Chinese Drywall Products Liability Litigation
      United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE KPT AND INEX SETTLEMENTS

Dear Counselors:

Please consider this notice of our desire to rescind our opt-out as to the Interior/Exterior (INEX) Settlement.

Please consider this notice of our desire to rescind our opt-out as to the Knauf Plasterboard Tianjin (KPT) Settlement.

My/our Address of the property damaged by Chinese Drywall is:

| 603 Trail Springs Ct | Kingwood TX | | 77339 |
|---|---|---|---|
| Address | City | State | Zip |
| Ashlei Sherrell | Ashlei Sherrell | | 1/7/13 |
| Signature | Printed Name | | Date |
| Steven Sherrell | Steven Sherrell | | 1/7/13 |
| Signature | Printed Name | | Date |

Counsel for the above homeowners: _____

W. Brian Collins, COLLINS & HORSLEY, PC

VIA FAX: 215-592-4663                           VIA FAX: 504-561-6024
Arnold Levin, Esq.                              Russ M. Herman, Esq.
Levine, Fishbein, Sedran & Berman               Herman, Herman & Katz, LLP
510 Walnut Street, Suite 500                    820 O'Keefe Avenue
Philadelphia, PA 19106                          New Orleans, LA 70113

RE:    Chinese Drywall Products Liability Litigation
       United States District Court, Eastern District of Louisiana

NOTICE OF RESCISSION OF OPT-OUTS FOR THE GLOBAL, KPT and INEX
SETTLEMENTS

Dear Counselors:

        Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims
Involving builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"),
please consider this notice of our desire to rescind our opt-out as to the Global Settlement.

        Please con this notice of our desire to rescind our opt-outs as to the Knauf Plasterboard
Tianjin (KPT) Settlement.

        Please consider this notice of our desire to rescind our opt-out as to the Interiour/Exterior
(INEX) Settlement.

My/Our Address of the property damaged by Chinese Drywall is:

2355 Chalybe Trail   Hoover, AL   35226
Address              City           State      Zip

_____     Beth K. Summers   1/2/13
Signature           Printed Name       Date

_____     Tyson Summers    1-2-13
Signature           Printed Name       Date

Counsel for the above homeowners: _____
                        W. Brian Collins, COLLINS & HORSLEY, PC