# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

## ELEVENTH SUPPLEMENTAL NOTICE OF FILING BY CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

      A.    **Rescissions of Opt-Outs**–See attached chart and Exhibit A

                Respectfully submitted,

Dated: February 1, 2013

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of February, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| | **RESCISSIONS** | | |
| 1. | 1st Choice Construction, Inc. | Hinshaw & Culberston | Banner |
| 2. | Advantage Builders of America d/b/a Advantage Builders of SW Florida | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 3. | AHS Construction Group, Inc. | Hinshaw & Culberston | Banner |
| 4. | Alvian Homes, Inc. d/b/a Stones & More | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 5. | American Gallery Development, LLC | Hinshaw & Culberston | Banner |
| 6. | Amerisouth, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 7. | ARM Structural, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 8. | Associated Builders and Developers, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 9. | Avalon Building Corporation of Tampa Bay | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 10. | Barony Homes, Inc. | Hinshaw & Culberston | Banner |
| 11. | Baywood Construction, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 12. | Bender Construction & Development | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 13. | Central Florida Finishers, Inc. | Hinshaw & Culberston | Banner |
| 14. | Chabot Enterprises, Inc. | Hinshaw & Culberston | Banner |
| 15. | CL Architects & Contractors | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 16. | CM Duncan Contracting, Inc. | Hinshaw & Culberston | Banner |
| 17. | Cloutier Brother, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 18. | Coastal Construction of South Florida, Inc. | Mintzer, Sarowitz, Zeris<br>Brian Eves | Banner |
| 19. | Cothern Construction Company, Inc. | Leo H. Meirose, Jr.<br>Meirose & Friscia, P.A. | Banner |
| 20. | Danal Homes Development | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 21. | Diversified General | Krebs, Farley & | Banner |

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  | Contractors, Inc. | Pelleteri<br><br>Charles Long |  |
| 22. | duPont Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 23. | Eastern Construction Group | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 24. | Eastmond Enterprises, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 25. | Freemar Homes, Inc. | Hinshaw & Culberston | Banner |
| 26. | G. Drywall Corp. | Hinshaw & Culberston | Banner |
| 27. | Gold Coast Homes of S.W. Florida, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 28. | Grand Harbour Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 29. | Gregan Construction, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 30. | Groenwold, Doreen & Hugh Johnson | C. David Durkee<br>Roberts & Durkee | Global |
| 31. | Groff Construction, Inc. | Hinshaw & Culberston | Banner |

|     | PLAINTIFFS | ATTORNEY | SETTLEMENT |
| --- | --- | --- | --- |
| 32. | Grove Hammock Investments, Inc. | Hinshaw & Culberston | Banner |
| 33. | Gulfstream Development Group, Inc. | Hinshaw & Culberston | Banner |
| 34. | Hammer Commercial Services | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 35. | Hanover Homes, Inc. | Hinshaw & Culberston | Banner |
| 36. | Hansen Homes of South Florida, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 37. | Harbor Springs Construction and Development, LLC | Hinshaw & Culberston | Banner |
| 38. | Heights Properties, LLC | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 39. | Innovative Custom Builders, Inc. | Hinshaw & Culberston | Banner |
| 40. | Island Coast Drywall & Stucco, Inc. | Hinshaw & Culberston | Banner |
| 41. | J. Cherry & Sons, Inc. | Hinshaw & Culberston | Banner |
| 42. | J.S.D. Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 43. | Katz, Rebecca | C. David Durkee Roberts & Durkee | Banner, Global |

|    | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|----|-----------|----------|-----------|
| 44. | Kirby, Nina | C. David Durkee Roberts & Durkee | Banner, Knauf, Global |
| 45. | KT Drywall, Inc. | Hinshaw & Culberston | Banner |
| 46. | Levy, Karen and Jeffrey | Trenam Kemker Patrick J. Poff | Banner and Global |
| 47. | Littles Construction of Central Florida, Inc. | Krebs, Farley & Pelleteri  Charles Long | Banner |
| 48. | LTL Construction | Krebs, Farley & Pelleteri  Charles Long | Banner |
| 49. | MACC Construction, Inc. | Krebs, Farley & Pelleteri  Charles Long | Banner |
| 50. | MacGlen Builders, Inc. | Hinshaw & Culberston | Banner |
| 51. | Mandalay Homes, Inc. | Krebs, Farley & Pelleteri  Charles Long | Banner |
| 52. | Mastercraft Homes, LLC | Krebs, Farley & Pelleteri  Charles Long | Banner |
| 53. | Medallion Homes Gulf Coast, Inc. | Krebs, Farley & Pelleteri  Charles Long | Banner |
| 54. | Mercado Enterprises, Inc. | Hinshaw & Culberston | Banner |

|     | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
| --- | --- | --- | --- |
| 55. | Metropolitan Design Group, Inc. | Hinshaw & Culberston | Banner |
| 56. | MGB Construction, Inc. | Hinshaw & Culberston | Banner |
| 57. | Modern Construction Group, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 58. | MSC of NWF, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 59. | New Millennium Builders | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 60. | O'Key Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 61. | Oyster Bay Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 62. | Pats Construction | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 63. | Portofino Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 64. | R. Mossel Construction, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |

| | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
| 65. | Radd Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 66. | Ramos Builders, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 67. | RFC Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 68. | Richard Jones Construction | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 69. | Skyline Systems, Inc. | Ferencik, Libanoff, et. al.<br>Sandra Kennedy | Banner |
| 70. | Solid Construction of the Gulf Coast, Inc. | Hinshaw & Culberston | Banner |
| 71. | South Kendall Construction, Inc. | Hinshaw & Culberston | Banner |
| 72. | Steven Sweet Drywall, LLC | Hinshaw & Culberston | Banner |
| 73. | Suntree Homes, Inc. | Hinshaw & Culberston | Banner |
| 74. | Triple Crown Homes, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 75. | T&T Enterprises of SW Florida, Inc. | Hinshaw & Culberston | Banner |
| 76. | United Dream Builders, Inc. | Krebs, Farley & Pelleteri | Banner |

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  |  | Charles Long |  |
| 77. | United Homes International, Inc. | Hinshaw & Culberston | Banner |
| 78. | V & I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc. | Hinshaw & Culberston | Banner |
| 79. | Villa Homes Development d/b/a Villa Homes of SW Florida | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 80. | Vizcaya Custom Homes | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |
| 81. | Volion, Richard and Ursula | C. David Durkee Roberts & Durkee | Banner |
| 82. | Waterways Joint Venture, IV, LLC | Hinshaw & Culberston | Banner |
| 83. | WB Construction, Inc. | Hinshaw & Culberston | Banner |
| 84. | White, Jill | C. David Durkee Roberts & Durkee | Banner, Knauf, Global |
| 85. | Windship Homes of Florida, Inc. | Hinshaw & Culberston | Banner |
| 86. | Wyman Stokes Builder, Inc. | Krebs, Farley & Pelleteri<br><br>Charles Long | Banner |

# EXHIBIT A

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 25, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Jill White – 11001 Gulf Reflections Drive, Unit 304, Fort Myers, FL 33908
2. Richard Volion & Ursula Englehardt – 2421 NE 65th Street, Unit 2-301, Fort Lauderdale, FL 33308
3. Groenwold, Doreen & Johnson, Hugh - 11001 Gulf Reflections Drive, Unit A405, Fort Myers, FL 33908
4. Nina Kirby - 11001 Gulf Reflections Drive, Unit A202, Fort Myers, FL 33908
5. Rebecca Katz - 11001 Gulf Reflections Drive, Unit A406, Fort Myers, FL 33908

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 25, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **CHINESE DRYWALL LITIGATION**
MDL NO. 2047

To whom it may concern:

        This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Jill White – 11001 Gulf Reflections Drive, Unit 304, Fort Myers, FL 33908
2. Groenwold, Doreen & Johnson, Hugh - 11001 Gulf Reflections Drive, Unit A405, Fort Myers, FL 33908
3. Nina Kirby - 11001 Gulf Reflections Drive, Unit A202, Fort Myers, FL 33908
4. Rebecca Katz - 11001 Gulf Reflections Drive, Unit A406, Fort Myers, FL 33908

        If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

## ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

January 25, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re: **CHINESE DRYWALL LITIGATION**
MDL NO. 2047

Dear Sirs:

This letter shall serve as a formal request on behalf of the following clients to withdraw any prior opt out forms filed on their behalf to the Knauf Settlement:

1. Jill White – 11001 Gulf Reflections Drive, Unit 304, Fort Myers, FL 33908
2. Nina Kirby - 11001 Gulf Reflections Drive, Unit A202, Fort Myers, FL 33908

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Below Proposed Class Members hereby rescind their opt-outs from the Banner Settlement Class in the Chinese Drywall action:

Advantage Builders of America d/b/a Advantage Builders of SW Florida
Alvian Homes, Inc. d/b/a Stones & More
Amerisouth, Inc.
ARM Structural, Inc.
Associated Builders and Developers, Inc.
Avalon Building Corporation of Tampa Bay
Baywood Construction, Inc.
Bender Construction & Development
CL Architects & Contractors
Cloutier Brother, Inc.
Danal Homes Development
Diversified General Contractors, Inc.
duPont Builders, Inc.
Eastern Construction Group
Eastmond Enterprises, Inc.
Gold Coast Homes of S.W. Florida, Inc.
Grand Harbour Homes, Inc.
Gregan Construction, Inc.
Hammer Commercial Services
Hansen Homes of South Florida, Inc.
Heights Properties, LLC
J.S.D. Builders, Inc.
Littles Construction of Central Florida, Inc.
LTL Construction
MACC Construction, Inc.
Mandalay Homes, Inc.
Mastercraft Homes, LLC
Medallion Homes Gulf Coast, Inc.
Modern Construction Group, Inc.
MSC of NWF, Inc.
New Millennium Builders
O'Key Homes, Inc.
Oyster Bay Homes, Inc.
Pat's Construction
Portofino Homes, Inc.
R. Mossel Construction, Inc.
Radd Builders, Inc.
Ramos Builders, Inc.
RFC Homes, Inc.
Richard Jones Construction
Triple Crown Homes, Inc.
United Dream Builders, Inc.
Villa Homes Development d/b/a Villa Homes of SW Florida
Vizcaya Custom Homes
Wyman Stokes Builder, Inc.

By _____, attorney for above listed builders.

Dated: 1/25/13

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Below Proposed Class Members hereby rescind their opt outs from the Banner Settlement Class in the Chinese Drywall action:

1st Choice Construction, Inc.
AHS Construction Group, Inc.
American Gallery Development, LLC
Barony Homes, Inc.
Central Florida Finishers, Inc.
Chabot Enterprises, Inc.
CM Duncan Contracting, Inc.
Freemar Homes, Inc.
G. Drywall Corp.
Groff Construction, Inc.
Grove Hammock Investments, Inc.
Gulfstream Development Group, Inc.
Hanover Homes, Inc.
Harbor Springs Construction and Development, LLC
Innovative Custom Builders, Inc.
Island Coast Drywall & Stucco, Inc.
J. Cherry & Sons, Inc.
KT Drywall, Inc.
MacGlen Builders, Inc.
Metropolitan Design Group, Inc.
MGB Construction, Inc.
Solid Construction of the Gulf Coast, Inc.
South Kendall Construction, Inc.
Steven Sweet Drywall, LLC
Suntree Homes, Inc.
T&T Enterprises of SW Florida, Inc.
United Homes International, Inc.
Waterways Joint Venture, IV, LLC
WB Construction, Inc.
Windship Homes of Florida, Inc.

By: _____
A representative of MCC, insurer
of the above listed companies.

Dated: __1/25/13__

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN,
LLC
546 Carondelet Street
New Orleans, LA 70130
Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200

Seth Alhadeff
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

007028.000004

## NOTICE OF RESCISSION OF REQUEST FOR EXCLUSION ("OPT OUT")
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

To:  Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Todd R. Ehrenreich
Weinberg, Wheeler, Hudgins
Gunn & Dial, LLC
2601 South Bayshore Dr., Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th St. Suite 220
Miami, FL 33186

Michael A. Sexton
Weinberg, Wheeler, Hudgins,
Gunn & Dial, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
Stone, Pigman, Walther,
Wittman, LLC
546 Carondelet Street New
Orleans, LA 70130

Subject to the Settlement between Coastal Construction and the other parties arising from the Chinese Drywall litigation involving the Villa Lago project, Coastal hereby rescinds it previously filed Request For Exclusion ("Opt Out") from the Banner Settlement. This rescission is conditional and expressly contingent upon the issuance of an Order and Judgment granting final approval of the settlement between Coastal and the parties regarding the Villa Lago project. In the event that the Villa Lago Settlement is not granted final approval, or Coastal is forced to withdraw from the settlement due to number of opt outs in that settlement, then this rescission shall be null and void and Coastal will retain all rights to assert claims against Banner related to Chinese Drywall.

Contractor: COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.
Address: 5959 Blue Lagoon Drive, Suite 200, Miami, FL 33126

By: _____
Michael E. Utley

{831052v2}

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

The Below Proposed Class Member hereby rescinds its opt out from the Banner Settlement Class in the Chinese Drywall action:

Cothern Construction Company, Inc.

By: _____

Print Name: __Jason Lubiner__

Title: __Attorney on behalf of Cothern Construction Company, Inc.__

Dated: __1/25/13__

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN,
LLC
546 Carondelet Street
New Orleans, LA 70130
Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

Michael A. Sexton
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326
Seth Alhadeff
WEINBERG, WHEELER, HUDGINS, GUNN
& DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

## NOTICE OF RECISSION OF OPT-OUT

RE:   Chinese Manufactured Drywall Products Liability Litigation
      United States District Court, Eastern District of Louisiana

Pursuant to the terms of the various class settlement agreements in MDL No. 2047 and the Court's orders addressing Opt-Outs; notice is hereby being provided to the following counsel regarding Jeffrey T. Levy and Karen B. Levy, decision to rescind their previous Opt-Out notice concerning affected property located at 13962 Clubhouse Drive, Tampa, Florida 33618:

Arnold Levin, Esq.                      Russ M. Herman, Esq.
LEVIN, FISHBEIN, SEDRAN & BERMAN        HERMAN, HERMAN & KATZ, LLP
510 Walnut Street, Suite 500            820 O'Keefe Avenue
Philadelphia, PA 19105                  New Orleans, LA 70113
Facsimile: (215) 592-4663               Facsimile (504) 561-6024

Dear Counselors:

Please consider this notice of our desire to *rescind* our previous Opt-Out Notice as to the following: — BANNER SUPPLY CLASS SETTLEMENT AND

-Builders, Installer, Suppliers and Participating Insurers Class Settlement

_____                 _____
(Signature)                             (Signature)

Jeffrey T. Levy                         Karen B. Levy
(Printed Name)                          (Printed Name)

December 3, 2012
(Date)

Counsel for the homeowner: _____
                          Patrick J. Poff
                          Trenam Kemker, et al.
                          101 E. Kennedy Blvd., Suite 2700
                          Tampa, Florida 33602
                          (813) 223-7474 phone
                          (813) 229-6553 facsimile

## RESCISSION OF REQUEST FOR EXCLUSION
### BANNER SETTLEMENT CLASS RE: CHINESE MANUFACTURED DRYWALL LITIGATION

Below Proposed Class Members hereby rescind their opt outs from the Banner Settlement Class in the Chinese Drywall action:

Mercado Enterprises, Inc.
V&I Drywall & Stucco a/k/a V and I Drywall & Stucco, Inc.

By: _Carlos DuPonte, esq_ (Client signature) _as Counsel for GRANADA Insurance Company, per policy issued to said entities._

Dated: _1/25/2013_

To:

Arnold Levin
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael A. Sexton
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
3344 Peachtree Street, NE, Suite 2400
Atlanta, GA 30326

Dorothy Wimberly
STONE PIGMAN WALTHER WITTMANN, LLC
546 Carondelet Street
New Orleans, LA 70130
Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 SW 88 Street, Suite 200
Miami, FL 33186

Seth Alhadeff
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
2601 S. Bayshore Drive, Suite 1500
Miami, Florida 33133

# FERENCIK LIBANOFF BRANDT BUSTAMANTE AND WILLIAMS

PROFESSIONAL ASSOCIATION

ATTORNEYS AT LAW

ROBERT E. FERENCIK, JR.
IRA L. LIBANOFF
ALAN C. (PETER) BRANDT, JR.
NESTOR BUSTAMANTE, III
ALEXANDER J. WILLIAMS, JR.
JORDANA L. GOLDSTEIN

LAURA ANN PAPAY BAKER
WARREN D. DIENER

SANDRA D. KENNEDY, Of Counsel
JANET E. RITENBAUGH, Of Counsel
LISA K. NORTH, Of Counsel

SABADELL FINANCIAL CENTER
150 S. PINE ISLAND ROAD, SUITE 400
FORT LAUDERDALE, FL 33324

BROWARD (954) 474-8080
DADE (305) 949-8003
FAX (954) 474-7343

Email: skennedy@flbbwlaw.com

URL: http//www.flbbwlaw.com

January 31, 2013

Arnold Levin
Plaintiffs' Lead Counsel
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Class Counsel
Herman Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton
Counsel for all Banner entities except Banner PSL
Weinberg Wheeler Hudgins Gunn
& Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326

Michael P. Peterson
Counsel for all Banner entities
Peterson & Espino, P.A.
10631 SW 88th Street, suite 220
Miami, FL 33186

Dorothy H. Wimberly
Co-Class Counsel
Stone Pigman Walher Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

In Re: **Chinese-Manufactured Drywall Products Liability Litigation**
**MDL No. 2047; Section: L**
**Skyline Systems, Inc.'s Notice of Opt Out of Banner Settlement Class**
**Skyline Systems, Inc.'s Notice of Opt Out of Builder Installer Settlement**
**Class**

Dear Madam and Sirs:

Skyline Systems, Inc. ("Skyline") hereby rescinds its opt-out from the Banner Settlement Class in the Chinese Drywall Action, as to the Latitude Condominium Association and the Peninsula II Condominium Association, both in Miami-Dade County, Florida. To the extent

January 31, 2013
Page 2

Skyline is deemed a member of the Builder Installer (Global) Settlement, Skyline Systems, Inc. hereby rescinds its opt-out with respect to that settlement also.  The foregoing constitutes the remainder and balance of Skyline's opt out rights in MDL #2047.

Please do not hesitate to call or email me should you have any questions.

Sincerely,

Sandra D. Kennedy, Esq.
*Florida Bar Board Certified Construction Lawyer*
Ferencik Libanoff Brandt Bustamante and Williams, P.A.
Attorneys for Skyline Systems, Inc.