UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINEESE MANUFACTURED ) | |
|     DRYWALL PRODUCTS ) | MDL NO. 2047 |
|     LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| *Hobbie, et al. v.* ) | |
| *RCR Holdings II, LLC, et al.,* ) | JUDGE FALLON |
| ) | |
| No. 10-1113 ) | |
| ) | MAG. JUDGE WILKINSON |
| _____) | |

**ORDER GRANTING PARTIAL AWARD OF ATTORNEYS' FEES AND PARTIAL REIMBURSEMENT OF COSTS**

**THIS CASE** has been heard before the Honorable Eldon E. Fallon. On October 22, 2013, this Court granted final approval to the class action settlement between the Plaintiff, on behalf of herself and all others similarly situated (collectively, "Settlement Class"), and Defendant Coastal Construction Company of South Florida, Inc. ("Defendant"). Pursuant to Fed. R. Civ. P. 23(h), Plaintiffs are required to petition the Court for an award of attorneys' fees and costs;

**AND THE COURT** having read and considered the Motion and Memorandum for Fees and Costs submitted by Settlement Class Counsel and the supporting Affidavits of Gary E. Mason and Gregory Weiss, and having considered all matters in this case, hereby orders, adjudges, and decrees as follows:

    1.    The motion for a Partial Award of Attorneys' Fees and Partial Reimbursement of Costs is granted;

    2.    From the Villa Lago Settlement Qualified Settlement Fund ("QSF"), the amount

$908,227.96, shall be paid to the Court pursuant to the Voluntary Payment Order for common benefit.

The remainder of the partial fee award, $801,377.62, will be paid to the Coastal Class Counsel.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 19th day of December, 2013.

_____
United States District Judge