IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v.* *RCR Holdings II, LLC, et al.,* | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) | MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion to Transfer the RCR Settlement from the RCR Escrow Account to the Villa Lago Remediation Fund by Settlement Class Counsel, Gary E. Mason and Daniel R. Bryson of Whitfield Bryson & Mason, LLP, Joel R. Rhine of Rhine Martin Law Firm, P.C., Adam Linkhorst of Linkhorst & Hockin, P.A., and Gregory S. Weiss of Mrachek, Fitzgerald, Rose Konopka & Dow, P.A., and further considering that on November 19, 2012, the Court (the "MDL Court") entered a Final Order and Judgment Approving Class Settlement with Defendant RCR Holdings II, LLC [Rec. No. 16265] and on October 21,2013, this Court entered a Final Order and Judgment Certifying the Coastal Settlement Class, Appointing Class Counsel, and Granting Final Approval of the Settlement Regarding Claims Against Coastal Construction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL 2047 [Rec. Doc. 17177] and that the settlements provide substantial benefits to the Class Members and together constitute a significant recovery to the Class Members;

IT IS HEREBY ORDERED THAT: Class Counsel, RCR Holdings II, LLC ("RCR") and Computershare Trust Company, N.A. ("Escrow Agent") shall cause the

Settlement Amount of $4,800,000.00, presently deposited in an escrow account with the Escrow Agent, to be disbursed, together with accrued interest, and deposited into The Villa Lago Settlement Fund QSF.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 19th day of December, 2013.

_____
Eldon E. Fallon
United States District Court Judge