UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION |
| | * | MDL NO. 2047 |
| | * | SECTION: "L" |
| This Document Relates to All Cases | * | |

O R D E R

**IT IS ORDERED** that the Financial Unit for the Clerk of Court, Eastern District of Louisiana, request that any savings accounts held at Whitney Bank relating to Rec. Doc. 8006, dated March 9, 2011, and Rec. Doc. 16615, dated March 15, 2013, that are comprised of interest only, be combined into one savings account.

**IT IS FURTHER ORDERED** that the interest associated with any future disbursements of principal only be transferred into this account.

New Orleans, Louisiana, this 27th day of December, 2013.

_____
Judge Eldon E Fallon
United States District Judge