UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:

**NOTICE OF APPROVED CLAIMS ADMINISTRATOR PROCEDURE**

Pursuant to Pre-Trial Order 27, the Settlement Administrator for the Chinese Drywall Settlement Program reports to the Court that the parties have agreed to the following Claims Administrator Procedure ("CAP"):

1. ***Miscellaneous Claims Processing Procedures*** ("CAP 2013-6").  CAP 2013-6 sets forth the timing by which claimants may supplement claims after the October 25, 2013 claim submission deadline ("the Claims Submission Deadline").  CAP 2013-6 contains detailed information regarding supplementing claims after the Claims Submission Deadline, claims filed in error, submission of supporting documentation, claim form signature, claims created after the Claims Submission Deadline, claims assigned after the Claims Submission Deadline and the deadline to return Work Authorization Packets, including Releases.  CAP 2013-6 is attached as Exhibit 1.

The Settlement Administrator will post CAP 2013-6 to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. Additionally, the Settlement Administrator will send an email notification regarding the approved CAPs to every email address registered with the Chinese Drywall Settlement Program database and will notify the Pro Se Curator of the approved CAPs and supply copies of the approved CAPs for distribution to pro se claimants.

1

Respectfully submitted,

Dated: January 2, 2014

\_\_/s/ Lynn Greer_____
Lynn Greer, Esquire
Va. Bar No. 29211
Jacob S. Woody, Esquire
Va. Bar No. 77485
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese*
*Drywall Settlement Program*

2

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing Notice of Approved Claims Administrator Procedures has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 2nd day of January 2014.

         /s/Jacob Woody_____
         Lynn Greer, Esquire (Va. Bar No. 29211)
         Jacob S. Woody, Esquire (Va. Bar No. 77485)
         BrownGreer, PLC
         250 Rockets Way
         Richmond, VA 23231
         Telephone:  (804) 521-7200
         Facsimile:  (804) 521-7299
         lgreer@browngreer.com
         jswoody@browngreer.com

         *Settlement Administrator for the Chinese Drywall Settlement Program*