| CHINESE DRYWALL SETTLEMENT PROGRAM CLAIMS ADMINISTRATION PROCEDURE | | | |
|---|---|---|---|
| **CAP No.** | 2013-6 | **Effective Date** | January 2, 2014 |
| **Subject** | | Miscellaneous Claims Processing Procedures | |

1. ***Purpose of this Procedure***. This Procedure sets forth the timing by which claimants may supplement claims after the October 25, 2013 claim submission deadline ("the Claims Submission Deadline").

2. ***Definitions and Section References.*** Any capitalized terms used in this Procedure and not expressly defined in this Procedure shall have the meanings given to them in the Knauf Settlement Agreement. Deadlines set forth in this section are to be calculated using the same method for the calculation of deadlines set forth in Fed.R.Civ.P. 6.

3. ***Claim Form Supplementation***. Claimants who have filed at least one claim on or before the Claims Submission Deadline may supplement previous claim filing(s) by filing additional claims on or before January 15, 2014. Absent good cause shown, and notwithstanding other claims deadlines set forth in this CAP, the Settlement Administrator will not accept supplemental claims submitted after January 15, 2014. Claimants who did not file a claim with the Settlement Administrator on or before the Claims Submission Deadline will not be permitted to file any claims after the Claims Submission Deadline.

4. ***Claims filed in Error.*** If the Settlement Administrator determines that a claimant may have a valid claim but erroneously filed an incorrect claim form, the Settlement Administrator will notify the claimant of the filing error. After notification, the claimant will have 30 days from the date the Settlement Administrator notifies the claimant of the error to file a proper claim using the correct claim form.

5. ***Submission of Supporting Documents.*** Claimants may continue to submit supporting documents after the Claims Submission Deadline. Documents submitted after the Settlement Administrator begins review of a claim will not be considered, unless they are submitted in response to a Notice from the Settlement Administrator. The Settlement Administrator will update the status of a claim to indicate that a claim is under review. In the event that the Settlement Administrator receives evidence that supports a previously incomplete or denied claim from a source other than the claimant, i.e. from a Builder, Supplier, or Installer, and the newly filed information would result in a new review classification, the Settlement Administrator will revise the review classification and notify the claimant of the new information.

6. ***Claim Form Signature.*** Claimants who have: (1) started but did not submit a claim form through the web portal; or (2) submitted a hard copy unsigned Claim Form to the Settlement Administrator on or before the Claims Submission Deadline will be permitted to sign and submit the claim on or before January 15, 2014.

7.  ***Claims Created after Deadline.***  Claimants whose claims do not come into existence until after the Claims Submission Deadline will be permitted to submit claims upon a showing that the claim did not exist until after the Claims Submission Deadline.  The deadline to submit claims pursuant to this paragraph is February 28, 2014, except for good cause shown.  This paragraph is intended to allow claims by financial institutions that complete a foreclosure of a property that contains Chinese Drywall after the Claims Submission Deadline and other similar claims.  It does not apply to claimants who purchased an Affected Property after the Claims Submission Deadline.

8.  ***Claims Assigned after the Deadline.***  Knauf Plasterboard Tianjin, Co. Ltd. ("Knauf") will be permitted to submit claims assigned to Knauf after the Claims Submission Deadline as part of Knauf's agreement to remediate properties containing KPT Chinese Drywall.  The deadline to submit claims pursuant to this paragraph is February 28, 2014, except for good cause shown.

9.  ***Deadline to Return Work Authorization Packets.***  For all Knauf Class Members participating in the Knauf Settlement Agreement (including the Pilot Program) and those claimants participating in the Settlement Agreement Regarding Post-December 9, 2011 Claims ("New Claims Agreement"), to the extent that claimants and/or their counsel have received Work Authorization Packets, including Releases ("Work Authorization Packets"), those Work Authorization Packets must be returned to the Settlement Administrator by February 15, 2014 in order for the Knauf Defendants to exercise their rights under the Knauf Settlement Agreement and the New Claims Agreement.

**APPROVED:**

By:  /s/ Leonard Davis                    Date: January 2, 2014
    Plaintiffs' Steering Committee
    Settlement Agreement Liaison

By:  /s/ Kerry Miller                     Date: January 2, 2014
    Knauf Defendants
    Settlement Agreement Liaison

By:  /s/ Hilarie Bass                     Date: January 2, 2014
    Builder Class
    Settlement Agreement Liaison

By:  /s/ Lynn Greer                       Date: January 2, 2014
    Settlement Administrator

2