UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**TWELFTH SUPPLEMENTAL NOTICE OF FILING BY
CLASS COUNSEL (RE: RESCISSION OF OPT-OUTS)**

PLEASE TAKE NOTICE that pursuant to the various settlement agreements that were preliminarily approved by the Court, class counsel hereby submit the attached rescissions of opt-outs that were served on class counsel, as follows:

A.  **Rescissions of Opt-Outs**–See attached chart and Exhibit A

Respectfully submitted,

Dated: January 6, 2014
/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

>Arnold Levin
>Fred S. Longer
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel in MDL 2047*

**CLASS COUNSEL**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of January, 2014.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>HERMAN, HERMAN & KATZ, LLC
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhklawfirm.com
>*Plaintiffs' Liaison Counsel in MDL 2047*
>*Co-counsel for Plaintiffs*

# IN RE CHINESE DRYWALL LITIGATION

## RESCISSIONS OF SETTLEMENT EXCLUSIONS

|  | PLAINTIFFS | ATTORNEY | SETTLEMENT |
|---|---|---|---|
|  | **RESCISSIONS** | | |
| 1. | Arias, Mirtha | Roberts & Durkee<br>C. David Durkee | Banner, Global, Knauf |
| 2. | Asad, Issa and Noha | Rosenbaum Mollengarden<br>Daniel S. Rosenbaum | Banner, Knauf |
| 3. | Banks, Ja'Myia, individually mother Davion Barnes and Banks, Jazemine and Banks, Valerie, individually mother Shannon Banks | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 4. | Conway, Von and Radcliff, Samone | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 5. | Dabalsa, Ricardo and Aliuska | Roberts & Durkee<br>C. David Durkee | Banner, Knauf |
| 6. | Daza, Jesus Alberto | Roberts & Durkee<br>C. David Durkee | Banner |
| 7. | DeLeon, William M | Roberts & Durkee<br>C. David Durkee | Banner |
| 8. | Encalada, Rodrigo and Miriam | Roberts & Durkee<br>C. David Durkee | Banner, Knauf |
| 9. | Etter, Steven and Cathy | Leopold Law<br>Gregory S. Weiss | Banner, Global, Knauf |
| 10. | Farley, Raymond and Amelia | Fergeson Skipper Shaw, et al<br>David S. Maglich | Banner, Global, InEx, Knauf L&W |
| 11. | Fernandez, Jose and Lissett | Roberts & Durkee<br>C. David Durkee | Banner |
| 12. | Fincher, Nathan and Megan | Pittman, Dutton & | Global |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
|  |  | Hellums |  |
| 13. | First Baptist Church of Seminole, Alabama, Inc. | Daniell, Upton & Perry<br>Jonathon R. Law | Global |
| 14. | Ford, William and Melanie | Roberts & Durkee<br>C. David Durkee | Banner, Knauf |
| 15. | Friedlander, Gregory |  | Knauf |
| 16. | Grove, Tiffany, individually mother, friend Trevoris Grove and Trevin Grove | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 17. | Hamburg, Richard | Roberts & Durkee<br>C. David Durkee | Banner, Global, Knauf |
| 18. | Henderson, Robert and Taffiany Rodgers, individually and parents friends Lebarron Rodgers and Mahogany Henderson | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 19. | Junior, Tyrone and Karen, individually mother Shawnterrica Jr., Alexandria Jr., Ebonie Jr. | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 20. | Marsh, Veronica, individually mother Devin Marsh, Ricki Marsh, Jeremy Marsh | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 21. | Mullen, Thomas and Kathleen | Roberts & Durkee<br>C. David Durkee | Banner |
| 22. | Parker, Don and Mozzie |  | Global |
| 23. | Payne, Melvin, individually father Tyja Agnew AND Prim, Mollie Payne, individually mother friend Tyangelo Cummings, guardian of Tyja Agnew | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 24. | Pensabene, Joseph and Patti | Roberts & Durkee<br>C. David Durkee | Banner, Knauf |
| 25. | Perkins, Charleen P. a/k/a Charleen P. Henderson, individually mother Chandrea J. Stewart | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 26. | Peterson, Derrick and Robin | Roberts & Durkee<br>C. David Durkee | Banner, Global, Knauf |
| 27. | Pruitt, Natalia, individually mother Christopher Douglas, Christi Douglas and Pruitt, Yolanda, individually mother Spencer White | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 28. | Riera-Gomez, Eliseo | Victor Diaz | Banner, Global, Knauf |
| 29. | R.J.L. Drywall, Inc. | O'Connor & O'Connor, LLC | Banner |
| 30. | Rodriguez, Nicole | Roberts & Durkee<br>C. David Durkee | Banner, Global, Knauf |
| 31. | Sanders, Telimea, individually mother Megan Sanders, Marcus Sanders, McKenzie Murphy | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 32. | Singleton, Robert and Krista | Roberts & Durkee<br>C. David Durkee | Global |
| 33. | Stratford, Paul and Sharon | Roberts & Durkee<br>C. David Durkee | Banner |
| 34. | Webb, Micah and Tracy | Collins & Horsley<br>W. Brian Collins | Global, InEx, Knauf |
| 35. | Weiss, Stephen,<br>Borowiec, Gary<br>Buckwald, David |  | Global |
| 36. | Whittington, Brenda and Charles |  | InEx |

|  | **PLAINTIFFS** | **ATTORNEY** | **SETTLEMENT** |
|---|---|---|---|
| 37. | Williams, Morrisha, individually mother Hannah Williams and Justin Williams | K. Amanda Herndon Barton<br>Holston & Vaughan | InEx, Knauf |
| 38. | Wylie, Patrick and Kim | Collins & Horsley<br>W. Brian Collins | Global, InEx, Knauf |