# EXHIBIT A

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

December 19, 2012

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

        This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Ryan & Kelli Chrusz - 3035 Lake Manatee Court, Cape Coral, FL 33909
2. Anthony Patti - 8716 Pegasus Drive, Lehigh Acres, FL 33971
3. Angelic & Bryan Kirkconnell - 449 Scanlon Road SW, Palm Bay, FL 32908
4. Bogulsan Cegielski - 246 SW 26th Street, Cape Coral, FL 33914
5. Belkis Madera - 1301 SW Parma Ave, Port St. Lucie, FL 34953
6. Manuel & Estrella Sampedro - 14860 SW 160 Street, Miami, FL 33187
7. Askel Bekirov (Magnolia Gardens II LLC) - 3406 SE 6th Street, Pompano Beach, FL 33062

8.  Askel Bekirov (Magnolia Gardens II LLC) - 3408 SE 6th Street, Pompano Beach, FL 33062
9.  Thomas & Kathleen Mullen - 1130 Bari Street, Lehigh Acres, FL 33996

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

## ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW



H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

September 28, 2012

*Via Certified U.S. Mail*

Arnold Levin, Esq.
LEVIN, FISHBEIN, SEDRAN &
BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michael P. Peterson
PETERSON & ESPINO, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Michael A. Sexton
Weinberg Wheeler Hudgins Gunn & Dial
LLC
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

Kerry J. Miller
Frilot LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

RE:   **CHINESE DRYWALL LITIGATION**
      **MDL NO. 2047**

To whom it may concern:

    Enclosed please find a list with my clients who have accepted the Knauf Settlement. If any opt out form was filed on behalf of any of the clients listed on Exhibit "A" for either the Knauf Settlement, Banner Settlement or Global Settlement Agreement, please withdraw said opt-out, and accept this letter as confirmation that these clients have accepted the Knauf settlement.

Very truly yours,

C. David Durkee, Esq.

CDD:es

# EXHIBIT "A"

# KNAUF ACCEPTED

## KNAUF ACCEPT NO LONGER OWN HOME

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Acosta | 319 Broward Ave, Lehigh Acres, FL |
| 2 | Arias, Evelyn | 3601 Malagrotta Circle, Cape Coral, FL |
| 3 | Bekirov (3410 Address) | 3410 SE 6th Street, Pompano Beach, FL |
| 4 | Braithwaite | 3513 NW 14th Court, Lauderhill, FL |
| 5 | Carraway | 2091 SW Grant Ave, Port St. Lucie, FL |
| 6 | Corell | 11416 Dutch Iris Drive, Riverview, FL |
| 7 | Crawford | 3609 NW 14th Court, Lauderhille, FL |
| 8 | Cummins and Brown | 1112 Amber Lake Court, Cape Coral, FL |
| 9 | Gonzalez, Roberto | 11281 NW 84th Street, Doral, FL |
| 10 | HO | 362 NE 30th Avenue, Homestead, Florida |
| 11 | Kondeck | 3026 Lake Manatee Court, Cape Coral, FL |
| 12 | McGee | 3590 Lansing Loop, Bldg 40 #104, Estero, Fl |
| 13 | Mullen (property 1132) | 1132 Bari Street, Lehigh Acres, FL |
| 14 | Palmer and Carroll | 8217 Sanctuary Druve, Unit 2, Naples, FL |
| 15 | Panessa | 2672 SW Windship Way , Stuart, FL |
| 16 | Patalano | 11422 Bridge Pine Drive, Riverview, FL |

## KNAUF ACCEPT – IN KPP

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Auerbach | 3598 NW 14th Court, Lauderhill, FL |

|  |  |  |
|---|---|---|
| 2 | Bisson | 1056 NW Leonardo Circle, Port St. Lucie, FL |
| 3 | Curbelo | 3526 NW 14th Court, Lauderhill, FL |
| 4 | De los Santos | 973 NW Leonardo Circle, Port St. Lucie, FL |
| 5 | Guilhempe | 335 SW 24th Street, Cape Coral, FL |
| 6 | Henry | 5424 SW 16th Place, Cape Coral, FL |
| 7 | Joseph | 3523 NW 14th Court, Lauderhill, FL |
| 8 | Khandwalla | 3534 NW 14th Court, Lauderhill, FL |
| 9 | Lewis | 4110 SW 22nd Court, Cape Coral, FL |
| 10 | Marino | 1418 SE 13th Terr Cape Coral, FL |
| 11 | Mulligan | 3542 NW 14th Court, Lauderhill, FL 954-205-9048 |
| 12 | Reid | 3605 NW 14th Ct. Lauderhill, FL |
| 13 | Rottau & Cloeren | 2607 NW 15th Street, Cape Coral, FL |
| 14 | Rucki | 7584 Caloosa Drive, Bokeelia, FL |
| 15 | Segundo | 2964 NE 3rd Drive, Homestead, FL |
| 16 | St. Cyr | 3535 NW 14th Court, Lauderhill, FL |
| 17 | Taylor | 3517 NW 14th Court, Lauderhill, FL |
| 18 | Torres & Rodriguez | 317 NW 1st Street, Cape Coral, FL |
| 19 | Watson | 978 NW Leonardo Circle, Port St. Lucie, FL |
| 20 | Williams, Angela | 967 NW Leonardo Circle, Port ST. Lucie, FL |

**KNAUF ACCEPT – Still own home**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Albano | 1401 NW 36th Way, Lauderhill, FL |
| 2 | Andrade | 3976 Cherry Brook Loop, Fort Myers, FL |
| 3 | Arbelo | 107 SW Sea Lion Road, Port St. Lucie, FL |
| 4 | Aziz | 12406 SW 230 Street, Miami, FL |
| 5 | Brown, Habdon | 2576 Sawgrass Lake Court, Cape Coral, FL |

| | | |
|---|---|---|
| 6 | Calvo | 8220 SW 190th Terr, Cutler Bay, FL |
| 7 | Carlo | 22073 SW 88th Path, Cutler Bay, Florida |
| 8 | Carvajalino | 738 SW Estate Ave, Port St. Lucie, FL |
| 9 | Costoya | 8203 SW 190th Terr, Cutler Bay, FL |
| 10 | De Leon | 11291 NW 84th Street, Doral, FL |
| 11 | Decambre & Bell | 5238 NW Jake Court, Port St. Lucie, FL |
| 12 | Depriest | 618 SW 1st Avenue, Pompano Beach, FL |
| 13 | Dolinsky & Wainstein | 39 SE 3rd Avenue, Hallandale Beach, FL |
| 14 | Efries | 1728 SW 2nd Place, Cape Coral, FL |
| 15 | Einhorn | 2401 SE Wishbone Road, Port St. Lucie, FL |
| 16 | Ervin | 2186 SW Devon Ave, Port St. Lucie, FL |
| 17 | Feler | 10150 Bayou Grande Ave, Seminole, FL |
| 18 | Fernandez | 19911 NW 77th Court, Miami, FL |
| 19 | Ferri | 2555 Sawgrass Lake Court, Cape Coral, FL |
| 20 | Gonzalez, Luis | 2944 NE 3rd Drive, Homestead, FL |
| 21 | Graham & Rainner | 3602 NW 14th Court, Lauderhill, FL |
| 22 | Grahm & Russell | 8217 Sanctuary Drive, Unit 1, Naples, FL |
| 23 | Grasmeier | 8635 Pegasus Drive, Lehigh Acres, FL |
| 24 | Grove | 20307 SW 324 Street, Homestead, FL |
| 25 | Gumpert | 2592 Sawgrass Lake Court, Cape Coral, FL |
| 26 | Hafeez | 2542 Sawgrass Lake Court, Cape Coral, FL |
| 27 | Hanzel | 16122 Via Solerna Circle, Unit 105, Ft. Myers, FL |
| 28 | Jackson | 2577 Sawgrass Lake Court, Cape Coral, FL |
| 29 | James | 3606 NW 14th Court, Lauderhill, FL |
| 30 | Jamison | 3318 NE 3rd Drive, Homestead, FL |
| 31 | Kosakowski | 1889 SW Clambake Ave, Pt. St. Lucie, FL |
| 32 | Larssen | 10200 Bayou Grande Ave, Seminole, FL 33772; 727-954-5646 |

| | | |
|---|---|---|
| 33 | Laudermilk | 2520 Sawgrass Lake Court, Cape Coral, FL |
| 34 | Leal | 3060 SW 145 Court, Miami, FL |
| 35 | Litus | 2351 SW freeman Street, Port ST. Lucie, FL |
| 36 | MaCallister | 4686 SW Galaxie Street, Port St. Lucie, FL |
| 37 | Marcario | 8186 NW 114 Place, Doral, FL |
| 38 | Marcinkiewics | 2528 Sawgrass Lake Court, Cape Coral, FL |
| 39 | Morales | 32052 SW 204 Court, Homestead, FL |
| 40 | Orcutt | 8224 Sanctuary Drive, unit 2, Naples, FL |
| 41 | Pacheco | 9940 NW 26 Street, Doral, FL |
| 42 | Parker | 2559 Sawgrass Lake Court, Cape Coral, FL |
| 43 | Perez, Jorge | 19941 NW 77th Court, Miami, FL |
| 44 | Persaud, Ken | 601 SW Duval Ave, Port St. Lucie, FL |
| 45 | Persaud, Thakur | 2815 Cabana Drive Lane, Port St. Lucie, FL |
| 46 | Puckett | 32051 SW 204th Court, Homestead, FL |
| 47 | Salerno-Tortura | 1531 SE N Blackwell Drive, Port ST. Lucie, FL |
| 48 | Saroza | 3034 Lake Manatee Court, Cape Coral, FL |
| 49 | Schlicte | 3036 Lake Manatee Court, Cape Coral, FL |
| 50 | Serrano | 3552 SW Savona Blvd, Port St. Lucie, FL |
| 51 | Sica | 2569 Sawgrass Lake Court, Cape Coral, FL |
| 52 | Smith, Mike | 3207 NE 14th Place, Cape Coral, FL |
| 53 | Su | 11503 Centaur Way, Lehigh Acres, FL |
| 54 | Surman 1 | 8221 Sanctuary Drive Unit 1, Naples, FL |
| 55 | Surman 2 | 8221 Sanctuary Drive Unit 2, Naples, FL |
| 56 | Toledo | 3932 SW 52nd Ave, Unit #3, Pembroke Pines, Fl 33023 |
| 57 | Ward | 1883 SW Lennox Street, Port St. Lucie, FL |
| 58 | Werner | 2014 NW 11th Court, Cape Coral |
| 59 | Whidden | 102 NW 29th Avenue, Cape Coral, FL |

| | CLIENT | ADDRESS |
|---|---|---|
| 60 | Zheltkov | 25 Essington Lane, Palm Coast, FL |

## KNAUF ACCEPT - Remediated

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Albert | 2670 Amber Lake Drive, Cape Coral, FL |
| 2 | Ariola | 3000 SW 145th Court, Miami, FL 33175 |
| 3 | Banks | 8705 Pegasus Drive, Lehigh Acres, FL |
| 4 | Bell, Gerald | 2660 Hackney Road, Weston, FL |
| 5 | Boog | 1844 Atlantic Drive, Ruskin, Florida |
| 6 | Crispino | 3024 Lake Manatee Court, Cape Coral, FL |
| 7 | Cuddapah | 3317 Ceitus Parkway Cape Coral, FL |
| 8 | Cumbie | 703 El Dorado Parkway West, Cape Coral, FL |
| 9 | Milone | 2749 SW Rosser Blvd, Port St. Lucie, FL |
| 10 | Pena | 3740 SW 130 Ave Miami, Fl |
| 11 | Pitter | 8052 NW 125h Terr, Parkland, Fl |
| 12 | Silvestri | 1612 NW 5th Street, Cape Coral, FL |
| 13 | Tucker | 1632 SW 19th Terr, Cape Coral, FL |

## KNAUF ACCEPT - MIXED BOARD HOMES

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Avello & Basulto | 19871 NW 77th Court, Hialeah, FL |
| 2 | Bailey, Georgia | 314 NE 10th Street, Cape Coral, FL |
| 3 | Daza | 8435 NW 113 Path, Doral, FL |
| 4 | Gillard | 2566 Sawgrass Lake Court, Cape Coral, FL |
| 5 | Gonzalez & Diaz | 10101 SW 68th Street, Miami, FL |
| 6 | Gonzalez, Victor | 19851 NW 77th Court, Miami, FL |
| 7 | Izquierdo | 323 NE 30th Ave, Homestead, FL |
| 8 | Seavers | 11520 Centaur Way, Lehigh Acres, FL |

| | CLIENT | ADDRESS |
|---|---|---|
| 9 | Webster | 20367 SW 87th Place, Cutler Bay, FL |

**KNAUF ACCEPT – GULF REFLECTIONS**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Conte | 11001 Gulf Reflections Drive, Unit 106 |
| 2 | Cummins, Rolland | 11001 Gulf Reflections Drive, Unit 108 |
| 3 | Gallo | 11001 Gulf Reflections Drive, Unit 101 |
| 4 | Herbert/Castro | 11001 Gulf Reflections Drive, Unit 201 |
| 5 | Kroeger | 11001 Gulf Reflections Drive, Unit 204 |
| 6 | Murphy, Ronald | 11001 Gulf Reflections Drive, Unit 107 |
| 7 | Ramaskeuicius | 11001 Gulf Reflections Drive, Unit 102 |
| 8 | Shabani, Laurent | 11001 Gulf Reflections Drive, Unit 103 |

**KNAUF ACCEPT – LAUDERDALE ONE**

| | CLIENT | ADDRESS |
|---|---|---|
| 1 | Caradonna, Joseph | 2421 NE 65th Street, Unit #606, Ft. Lauderdale, Florida |
| 2 | Brown, Trisha | 2421 NE 65th Street, Unit#607, Ft. Lauderdale, Florida |
| 3 | Stratford, Paul | 2421 NE 65th Street, Unit #617, Ft. Lauderdale, Florida |
| 4 | Westbrook, Garrison | 2421 NE 65th Street, Unit #604, Ft. Lauderdale, Florida |
| 5 | Yerg, Martin | 2421 NE 65th Street, Unit #601, Ft. Lauderdale, Florida |

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

April 23, 2013

**<u>Via Certified U.S. Mail</u>**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **<u>CHINESE DRYWALL LITIGATION</u>**
      MDL NO. 2047

To whom it may concern:

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Mirtha Arias – 8266 N.W. 124th Terrace, Parkland, FL 33076

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

May 9, 2013

**Via FedEx Overnight**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

Dear Sirs:

This letter shall serve as a formal request on behalf of the following clients to withdraw any prior opt out forms filed on their behalf to the Knauf Settlement:

1. Arias, Mirtha – 8266 NW 124th Terrace, Parkland, FL 33076
2. Hamburg, Richard – 2421 NE 65th Street, #603, Ft. Lauderdale, FL 33308

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

May 9, 2013

**Via FedEx Ovenight**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:   **CHINESE DRYWALL LITIGATION**
MDL NO. 2047

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Arias, Mirtha – 8266 NW 124th Terrace, Parkland, FL 33076
2. Hamburg, Richard – 2421 NE 65th Street, #603, Ft. Lauderdale, FL 33308

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

May 10, 2013

**Via Certified U.S. Mail, Facsimile, & E-Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Fax: 215-592-4663
alevin@lfsblaw.com

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: 504-561-6024
rherman@hhklawfirm.com

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Fax: 504-599-8145
kmiller@frilot.com

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

Dear Sirs:

    This letter shall serve as a formal request on behalf of the following clients to withdraw any prior opt out forms filed on their behalf to the Knauf Settlement:

1.  Dabalsa, Ricardo and Aliuska – 351 NW 125th Ave, Miami, FL 33182
2.  Ford, William and Melanie – 12702 SW 26th Street, Davie, FL 33325
3.  Peterson, Derrick and Robin – 518 SW California Avenue, Stuart, FL 34994

4. Pensabene, Joseph and Patti – 12732 SW 26th Street, Davie, FL 33325
5. Encalada, Rodrigo and Miriam – 355 NE 30th Avenue, Homestead, FL

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

May 10, 2013

**Via Certified U.S. Mail, Facsimile, & E-Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Fax: 215-592-4663
alevin@lfsblaw.com

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: 504-561-6024
rherman@hhklawfirm.com

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

To whom it may concern:

   This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

   1. Dabalsa, Ricardo and Aliuska – 351 NW 125th Ave, Miami, FL 33182
   2. Ford, William and Melanie – 12702 SW 26th Street, Davie, FL 33325
   3. Peterson, Derrick and Robin – 518 SW California Avenue, Stuart, FL 34994
   4. Pensabene, Joseph and Patti – 12732 SW 26th Street, Davie, FL 33325
   5. Encalada, Rodrigo and Miriam – 355 NE 30th Avenue, Homestead, FL

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

May 10, 2013

<u>**Via Certified U.S. Mail, Facsimile, & E-Mail**</u>

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Fax: 215-592-4663
alevin@lfsblaw.com

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Fax: 504-561-6024
rherman@hhklawfirm.com

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133
Fax: 305-445-9501
tehrenreich@wwhgd.com

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186
Fax: 305-275-7410
mpeterson@petersonespino.com

Re:   **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

To whom it may concern:

    This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1. Dabalsa, Ricardo and Aliuska – 351 NW 125th Ave, Miami, FL 33182
2. Ford, William and Melanie – 12702 SW 26th Street, Davie, FL 33325
3. Peterson,  Derrick and Robin – 518 SW California Avenue, Stuart, FL 34994
4. Pensabene, Joseph and Patti – 12732 SW 26th Street, Davie, FL 33325
5. Encalada, Rodrigo and Miriam – 355 NE 30th Avenue, Homestead, FL

    If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

ROBERTS & DURKEE, P.A.

# HOLSTON ⬧ VAUGHAN
### LLC
### LAWYERS

RICHARD H. HOLSTON
GREGORY E. VAUGHAN*
K. AMANDA HERNDON BARTON†
JOHN M. TEAGUE†
∗ ALSO ADMITTED IN FLORIDA
† ALSO ADMITTED IN MISSISSIPPI

Office Address:
211 South Cedar Street
Mobile, Alabama 36602

PHONE: 251.432.8883
FAX: 251.432.8884
MAILING ADDRESS: P.O. Box 195
Mobile, Alabama 36601
www.holstonvaughan.com

**June 12, 2013**
kab@holstonvaughan.com

## VIA U.S. MAIL AND ELECTRONIC MAIL

Russ Herman, Esq.
Herman, Herman and Katz
820 O'Keefe Ave.
New Orleans, LA 70113
rherman@hhklawfirm.com

Kerry J. Miller, Esq.
Frilot LLC
1100 Poydras Street, Ste. 3700
New Orleans, LA 70163
kmiller@frilot.com

**Re:** *Robert Henderson, et al. v. The Mitchell Co, Inc, et al.*; Mobile County Circuit Civil
Case no.: CV-09-901381

Dear Russ and Kerry:

This letter is to inform you that our clients in the above-referenced Alabama state court action desire to rescind their opt-out to the various class settlements in the Multi District Litigation concerning defective Chinese Drywall claims. Kyle Spaulding, Esq. requested that we send you this letter informing you of our clients desire to rescind their opt-out of these settlements in light of the recent settlement agreement they reached with Knauf of all of their claims in the above-referenced state court action. The following is a list of the specific clients of our law firm that wish to rescind their opt-out to the various class settlements in the MDL:

Ms. Tiffany Grove
Trevin Grove and Trevoris Grove

Mr. Robert Henderson &
Ms. Taffiany Rodgers
Labarron Rodgers and
Mahogany Henderson

Ms. Telimea W. Sanders
Megan Sanders, Marcus Sanders, II and
McKenzie Murphy

Mr. and Mrs. Tyrone & Karen Junior
Shawnzorrica Junior, Alexandria Junior and
Ebonie Junior



Mr. Herman and Mr. Miller
June 12, 2013
Page 2 of 2

Ms. Mollie Payne Prim
Tyangelo Cummings, Melvin Payne and
Tyja Agnew

Ms. Veronica Marsh
Ricki Marsh, Jeremy Marsh and
Devin Marsh

Ms. Samone Radcliff
Von S. Conway, Jr.

Ms. Yolanda Pruitt
Spencer White, Natalia Pruitt, Christi
Douglas and Christopher Douglas

Ms. Valerie O. Banks
Jazmine Banks, Shannon Banks,
Ja'Myia Banks and Davion Barnes

Ms. Charleen Henderson Perkins
Chandrea J. Stewart

Ms. Morrisha Williams
Hannah Williams and Justin Brooks

Please do not hesitate to contact my assistant, Marci Jones, or me in the event that you need any further documentation or information from our firm in order to rescind the opt-out of our clients to the various defective Chinese drywall MDL class settlements.

Thank you for your assistance and time involved in this matter.

Best Regards,

K. AMANDA HERNDON BARTON
For the Firm

KAB/msj

cc:     Kyle Spaulding (*via e-mail*)

## NOTICE OF RECISSION OF OPT OUT

**THE UNDERSIGNED HEREBY RESCIND THEIR OPT OUTS AND DESIRE TO BE INCLUDED IN THE FOLLOWING SETTLEMENTS IN THE CHINESE DRYWALL ACTION:**

1. **BANNER SETTLEMENT**
2. **KNAUF SETTLEMENT**

_____          _____
Issa Asad        (Signature)          Name
                                      (Please print your name)


_____          **NOHA ASAD**
Noha Asad        (Signature)          _____
                                      Name
                                      (Please print your name)


Address: <u>12767 Equestrian Trail</u>     <u>Davie</u>   <u>Florida</u>   <u>33330-1271</u>
                  Street                        City    State    Zip Code

22S8053



# LEOPOLD LAW PA

Leopold Weiss Kroeger Thomas Sobel

Thursday, May 09, 2013

Russ M. Herman, Esq.
Herman, Herman, Katz & Kotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Kerry Miller, Esq.
Frilot, LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

**Re:    MDL 2047 – Chinese Manufactured Drywall Litigation**

Dear Counsel:

Pursuant to the Court's Order Regarding Conference with Certain Opt-Outs, enclosed please find Plaintiffs, Steven and Cathy Etters' Notice of Rescission of Opting Out.

Sincerely,

GREGORY S. WEISS
:tw

Encl.

May 7, 2013

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller, Esq.
Filot, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:   MDL 2047 – Chinese Manufactured Drywall Litigation

### PLAINTIFFS' NOTICE OF RESCISSION OF OPTING OUT

| | |
|---|---|
| Plaintiffs: Address/Affected Property: | Steven Etter and Cathy Etter 18894 SE Jupiter Inlet Way Tequesta, Florida 33469 |
| Builder/Developer: | J. Helm Construction, Inc. Kim Helm, Registered Agent 8297 SE Country Estates Way Jupiter, Florida 33458 |
| Builder's Insurer: | State Farm c/o: Valerie Greenberg, Esq. Akerman Senterfitt One Southeast Third Avenue, Suite 2500 Miami, Florida 33131 |
| Supplier: | Banner Supply Co. GY Corporate Services, Inc., Registered Agent Two South Biscayne Blvd., Suite 3400 Miami, Florida 33131 |
| Supplier's Insurers: | Chartis, Inc. 175 Water Street, 17th Floor New York, New York 10038 |

Notice of Rescission of Opting Out
Page 2 of 2

FCCI Insurance Company
6300 University Parkway
Sarasota, Florida  34240

Hanover Insurance Company
440 Lincoln Street
Worcester, Massachusetts  01653

Maryland Casualty Company
600 Red Brook Boulevard
Owings Mills, Maryland  21117

| | |
|---|---|
| Installer: | T.T.T. Enterprises, Inc.<br>Norman L. Malcom, Registered Agent<br>9149 SE Mystic Cove Terrace<br>Hobe Sound, Florida  33455 |
| Insurer: | Unknown |
| Installer: | Building Metal, Inc.<br>Paul Pinzon, Registered Agent<br>4904 NW 49th Avenue<br>Coconut Creek, Florida  33073 |
| Insurer: | Unknown |
| Installer: | All Pro Construction Framing Subcontracting, Inc.<br>Richard Alaimo, Registered Agent<br>1316 East 10th Street<br>Jacksonville, Florida  32206 |
| Insurer: | Unknown |

**Please be advised that the undersigned hereby rescind their September 12, 2012 Notice of Opting Out, and now wish to participate in the Banner Settlement:**

_Steven M. Etter_
Steven M. Etter

Date: MAY 7, 2013

_Cathy L. Etter_
Cathy L. Etter

Date: May 7, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | MDL NO. 2047 |
| | : | |
| CHINESE MANUFACTURED DRYWALL | : | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## NOTICE OF RESCISSION OF OPT-OUT OF SETTLEMENT AGREEMENTS REGARDING CLAIMS IN MDL NO. 2047 BY INDIVIDUAL CLASS MEMBERS, RAYMOND P. FARLEY AND AMELIA J. FARLEY

Individual Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, hereby give notice of the following:

1.     The full name and current address of these Individual Class Members are as follows:

RAYMOND P. FARLEY and AMELIA J. FARLEY
11A Legion Place
North Arlington, NJ 07031

2.     The address of the property damaged by Chinese Drywall is as follows:

3756 Summerwind Circle
Bradenton, Florida 34209

3.     Individual Class Members, RAYMOND P. FARLEY and AMELIA J. FARLEY, pursuant to Notice of Opt Out of Settlement Agreements Regarding Claims in MDL No. 2047 served on September 20, 2012, opted out of the Builder, Installer, Supplier and Participating Insurer Settlement Class, the InEx Settlement, the Banner Settlement, the Knauf Settlement, the L&W Settlement and the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

4.     Pursuant to the Order Regarding Conference with Certain Opt Outs entered in MDL No. 2047 on April 16, 2013, the undersigned individuals hereby rescind their opt-out decision as reflected in their Notice of Opt Out of Settlement Agreements Regarding Claims in MDL No. 2047 served on September 20, 2012, and agree to be bound by and a part of Builder, Installer, Supplier and Participating

Insurer Settlement Class, the InEx Settlement, the Banner Settlement, the Knauf Settlement, the L&W

Settlement and the Global Settlement in the Chinese Drywall Action in MDL No. 2047.

     5.     The undersigned individual Class Members are represented by the following counsel:

     DAVID S. MAGLICH, ESQUIRE
     FERGESON SKIPPER, SHAW, KEYSER, BARON & TIRABASSI, P.A.
     1515 Ringling Boulevard – 10th Floor
     Sarasota, FL  34236

     5.     This written notice signed by the individual Class Members is being sent by First Class

Mail, postmarked on _May 9th_, 2013, to Settlement Class Counsel, Arnold Levin, Levin

Fishbein, Sedran & Berman, 510 Walnut Street, Suite 500, Philadelphia, PA  19106 and Russ M. Herman,

Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA  70113, and to the Knauf

Defendants' Counsel, Kerry Miller, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA

70163.

_____
RAYMOND P. FARLEY

_____
AMELIA J. FARLEY

STATE OF FLORIDA

COUNTY OF Sarasota

     The foregoing instrument was sworn to and subscribed before me on _May 1st_, 2013,

by RAYMOND P. FARLEY and AMELIA J. FARLEY, ☒ who are personally known to me or ☐ who

produced _____ as identification.



ANNA L. MILLER
Commission # EE 035468
Expires February 17, 2015
Bonded Thru Troy Fain Insurance 800-385-7019

_____
Notary Public
Print Name: Anna L. Miller
My Commission Expires:

2

May 6, 2013

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA. 19106

Re:  *Nathan Fincher, et al. v. Mazer's Discount Home Centers, Inc.*
**In the Circuit Court of Jefferson County, Alabama**
**Civil Action No.: CV-2010-001470**

*In Re: Chinese-Manufactured Drywall Products Liability*
*Litigation*
**United States District Court Eastern District of Louisiana**
**MDL No. 2047**

Dear Counsel:

We are writing to rescind our opt-out of the proposed global settlement.
Below is the pertinent information regarding our opting in.

1. Nathan Adam Fincher and Megan Meliegh Fincher;

2. We currently reside at 146 Oak Lane, Arley, Alabama 35541;

3. The address of the property damaged by Chinese drywall and which we
were injured by exposure to that Chinese drywall is 1700 County Road
3949, Arley, Alabama 35541;

4. To the best of our knowledge, the importer of our drywall was Devon
International Industries, Inc., f/k/a Devon International Trading, Inc., who
is insured by The Cincinnati Insurance Companies, Continental Casualty
Company, Zurich Insurance Company and Fireman's Fund Insurance
Company;

5. The undersigned hereby rescind our opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Sincerely,

_____
Nathan Fincher

_____
Megan Fincher

May 6, 2013

Russ Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

    Re: **_Nathan Fincher, et al. v. Mazer's Discount Home Centers, Inc._**
       **In the Circuit Court of Jefferson County, Alabama**
       **Civil Action No.: CV-2010-001470**

       **_In Re: Chinese-Manufactured Drywall Products Liability_**
       **_Litigation_**
       **United States District Court Eastern District of Louisiana**
       **MDL No. 2047**

Dear Counsel:

   Dear Counsel:

   We are writing to rescind our opt-out of the proposed global settlement.
Below is the pertinent information regarding our opting in.

   1. Nathan Adam Fincher and Megan Meliegh Fincher;

   2. We currently reside at 146 Oak Lane, Arley, Alabama 35541;

   3. The address of the property damaged by Chinese drywall and which we
were injured by exposure to that Chinese drywall is 1700 County Road
3949, Arley, Alabama 35541;

   4. To the best of our knowledge, the importer of our drywall was Devon
International Industries, Inc., f/k/a Devon International Trading, Inc., who
is insured by The Cincinnati Insurance Companies, Continental Casualty
Company, Zurich Insurance Company and Fireman's Fund Insurance
Company;

05/08/13  7:40 PM  Page 3

5. The undersigned hereby rescind our opt out from the Builder, Installer, Supplier and Participating Insurer Settlement Class in the Chinese Drywall Action.

Sincerely,

_____
Nathan Fincher

_____
Megan Fincher

# DANIELL, UPTON & PERRY, P.C.

ATTORNEYS AND COUNSELORS AT LAW
MALBIS PLANTATION PARKWAY
30421 HIGHWAY 181
DAPHNE, ALABAMA 36526
(251) 625-0046
www.daniellupton.com

DAVID F. DANIELL♦♦
MARK J. UPTON✳
JAMES LYNN PERRY•♦✳
WILLIAM D. ANDERSON ✳
JONATHON R. LAW
DAVID A. BUSBY ✳•▲

♦ ALSO ADMITTED IN TENNESSEE
✳ ALSO ADMITTED IN FLORIDA
• ALSO ADMITTED IN MISSISSIPPI
✳ ALSO ADMITTED IN GEORGIA
▲ ALSO ADMITTED IN TEXAS

MAILING ADDRESS
P.O. BOX 1800
DAPHNE, AL 36526

FAX
(251) 625-0464

♦ CERTIFIED AS A CIVIL
TRIAL SPECIALIST BY
THE NATIONAL BOARD
OF TRIAL ADVOCACY

March 6, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **CHINESE DRYWALL LITIGATION – MDL 2047**
       ***First Baptist Church of Seminole, Alabama, Inc., a/k/a Seminole Baptist
       Church***
       **Our File No.: 99806-11408**

To Whom It May Concern:

This letter shall serve as a formal request on behalf of the following client to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and participating Insurer Settlement:

1.   First Baptist Church of Seminole, Alabama, Inc., a/k/a Seminole Baptist Church – 32619 Browns Landing Road, Seminole, Alabama 36574.

If you should have any questions regarding the forgoing, please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

**JONATHON R. LAW**
For the Firm

JRL/aab

cc:   Dawn M. Barrios, Esq. (via email only)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
    PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

THIS DOCUMENT RELATES TO:
ALL CASES AND
Payton, et al. v. Knauf Gips, KG, et al
Case No. 2:09-cv-07628 (E.D. La.)

SECTION: L
JUDGE FALLON
MAG.JUDGE WILKINSON

## PLAINTIFFS NOTICE OF OPTING IN TO SETTLEMENT

Pursuant to the settlement arrived at between the parties on 5/9/2013, Plaintiff Gregory Friedlander provides this notice of his intent to opt back in to the settlement subject to the agreement of the parties.

Respectfully submitted
s/ Gregory Friedlander

Gregory Friedlander, pro se
01888 Bar Number
E-Mail Address: lsee3@aol.com
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934
251-4700303
Fax: 888-441-2123

### CERTIFICATE OF SERVICE

I hereby certify that on  May 10, 2013, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: (List Names of persons electronically noticed below).  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:   (None).

s/ Gregory Friedlander

Gregory Friedlander
01888 Bar Number
Attorney for (Plaintiff/Pro Se)
Gregory M. Friedlander & Associates, P.C.
11 S. Florida St.
Mobile, Al 36606-1934
251-4700303
888-441-2123

Attorney's E-Mail Address: lsee3@aol.com

Service List
Arnold Levin
Levin, Fishbein, Sedran &Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Phone:(504)599-8194 Fax: (504) 599-8145

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

February 26, 2013

*Via US Mail and facsimile to (215) 592-4663*
Arnold Levin, Esq.
Matthew Gaughan, Esq.
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*Via US Mail and facsimile to (504) 561-6024*
Russ Herman, Esq.
820 O'Keefe Avenue
New Orleans, LA 70113

*Via US Mail and facsimile to (504) 599-8145*
Kerry Miller, Esq.
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

RE:   **CHINESE DRYWALL LITIGATION**
      **MDL NO. 2047**

Dear Sirs,

    This letter shall serve as a formal request on behalf of Richard A. Hamburg to withdraw any prior opt out forms on his behalf to the Knauf, Banner, and Builder, Installer, Supplier and Participating Insurer Settlement, in relation to 2421 NE 65th Street, Unit 603, Fort Lauderdale, FL 33308. This rescission shall *only* apply to Unit 603, and not Unit 217.

Very Truly Yours,

C. David Durkee

CDD:cbs
Enclosure

## NOTICE TO RESCIND BANNER, KNAUF, AND GLOBAL SETTLEMENT

## OPT OUT FORMS

The undersigned, RICHARD A. HAMBURG, who currently resides at and owns this property which is allegedly damaged by Chinese Drywall which is located at 2421 NE 65th Street, Unit 603, Fort Lauderdale, Florida 33308, hereby rescinds his opt-out form from the Banner, Knauf, and Global Settlements which were previously submitted.

RICHARD A. HAMBURG
February 26, 2013

**REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")**
**BANNER SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Banner Settlement Class in the Chinese Drywall Action.

Name: _ELISEO R. RIERA-GOMEZ_
        First        Middle        Last

Current
Address: _3636 Palmarito St_
        Street Address

_Coral Gables, Fl. 33134_
        City, State, Zip

Effected
Property
Address: _1100 Valencia Ave._
        Street Address

_Coral Gables Fl. 33134_
        City, State, Zip

Executed by: _Eliseo R. Riera-Gomez_      _5-1-13_
           Signature                  Date

To:    Arnold Levin, Esq.
       LEVIN, FISHBEIN, SEDRAN & BERMAN
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106

       Todd R. Ehrenreich, Esq.
       WEINBERG         WHEELER
       HUDGINS GUNN & DIAL LLC.
       2601 South Bayshore Drive, Suite 1500
       Miami, Fl 33133

       Michael P. Peterson, Esq.
       PETERSON & ESPINO, P.A.
       10631 SW 88th Street, Suite 220
       Miami, Fl 33186

Dorothy Wimberly, Esq.
STONE PIGMAN WALTHER WITTMAN LLC
546 Carondelet Street
New Orleans, LA 70130

Michael A. Sexton, Esq.
WEINBERG    WHEELER    HUDGINS
GUNN & DIAL LLC.
3344 Peachtree Road, NE Suite 2400
Atlanta, GA 30326

**REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")
BUILDER, INSTALLER, SUPPLIER
& PARTICIPATING INSURER SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Builder, Installer, Supplier & Participating Insurer Settlement Class in the Chinese Drywall Action.

Name: _ELISEO_____ R._____ RIERA - Gomez____
　　　　　First　　　　　　　　Middle　　　　　　　　　Last

Current
Address: _3636 Palmarito St._____
　　　　　Street Address

_Coral Gables FL. 33134_____
City, State, Zip

Effected
Property
Address: _1100 Valencia Ave._____
　　　　　Street Address

_Coral Gables FL. 33134_____
City, State, Zip

Executed by: _Eliseo R. Riera-Gomez_____ _5-1-13_____
　　　　　　　Signature　　　　　　　　　　　　　　Date

To:　**Arnold Levin, Esq.**
　　LEVIN, FISHBEIN, ET., AL.
　　510 Walnut Street, Suite 500
　　Philadelphia, PA 19106

**Russ Herman, Esq.**
HERMAN, HERMAN, KATZ, ET., AL.
820 O'Keefe Avenue
New Orleans, LA 70113

**REVOCATION/WITHDRAWL OF PRIOR REQUEST FOR EXCLUSION ("OPT OUT")**
**KNAUF SETTLEMENT CLASS**
CHINESE MANUFACTURED DRYWALL LITIGATION

The undersigned hereby **revokes/withdraws** the prior opt out from the Knauf Settlement Class in the Chinese Drywall Action.

Name: _Eliseo_ _R._ _Riera-Gomez_
           First            Middle           Last

Current Address: _3636 Palmarito St._
            Street Address

_Coral Gables Fl. 33134_
City, State, Zip

Effected Property Address: _1100 Valencia Ave._
            Street Address

_Coral Gables Fl. 33134_
City, State, Zip

Executed by: _[signature]_    _5-1-13_
            Signature           Date

To:  **Arnold Levin, Esq.**
     LEVIN, FISHBEIN, ET., AL.
     510 Walnut Street, Suite 500
     Philadelphia, PA 19106

     **Russ Herman, Esq.**
     HERMAN, HERMAN, KATZ, ET., AL.
     820 O'Keefe Avenue
     New Orleans, LA 70113

     **Kerry Miller, Esq.**
     FRILOT, LLC
     1100 Poydras Street, Suite 3700
     New Orleans, LA 70163

*VIA FAX: 215-592-4663*
Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

*VIA FAX: 504-561-6024*
Russ M. Herman, Esq.
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
        United States District Court, Easter District of Louisiana

**Notice of Rescission of Opt-Out**

Dear Counselors:

Pursuant to Para. 8.3.3 of the Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers, and Participating Insurers (the "Global Settlement"), please consider this notice of our desire to *rescind* our opt-out as to the Global Settlement. My/ Our address of the property damaged by the Chinese Drywall is:

| 9471 W. Oak Lawn Road | | Biloxi | MS | 39532 |
|---|---|---|---|---|
| Address | | City | State | Zip |

| _____ | DON PARKER | | |
|---|---|---|---|
| Signature | Printed Name | Date | |

| _____ | Mozzie Parker | | Date 8/27/13 |
|---|---|---|---|
| Signature | Printed Name | | |

Thank you for your attention to this matter. Please do not hesitate to contact us should you have any questions or concerns.

Sincerely,

Donald and Maria Parker

# RJL DRYWALL RESCISSION OF REQUEST FOR EXCLUSION

BANNER SETTLEMENT CLASS RE: CHINESE
MANUFACTURED DRYWALL LITIGATION

Below Proposed Class Member, RJL DRYWALL, INC.,  hereby rescinds its opt out from
Banner Settlement Class in the Chinese Drywall action:

_ DRYWALL, INC.

_____  (Client signature)

ed: January 25, 2013

Arnold Levin
in, Fishbein, Sedran & Berman
Walnut Street, Suite 500
adelphia, Pennsylvania 19106

Michael P. Peterson
rson & Espino, P.A.
1 S.W. 88 Street, Suite 220
ni, Florida 33186

Michael A. Sexton
iberg Wheeler Hudgins Gunn & Dial
Peachtree Road, NE, Suite 2400
ita, Georgia 30326

Dorothy H. Wimberly
Pigman Walther Wittmann, LLC
Carondelet Street
Orleans, Louisiana 70130

eth Alhadeff
berg Wheeler Hudgins Gunn & Dial
S. Bayshore Drive, Suite 1500
u, Florida 33133

# ROBERTS & DURKEE, P.A.

ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

February 15, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Todd R. Ehrenreich
Weinberg Wheeler Hudgins Gunn & Dial
2601 South Bayshore Drive, Suite 1500
Miami, FL 33133

Michael P. Peterson
Peterson & Espino, P.A.
10631 S.W. 88th Street, Suite 220
Miami, FL 33186

Re:     **CHINESE DRYWALL LITIGATION**
        MDL NO. 2047

        This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Banner Settlement:

1.  Nicole Rodriguez – 8224 Sanctuary Drive #1, Naples Florida

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

February 15, 2013

**<u>Via Certified U.S. Mail</u>**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   **<u>CHINESE DRYWALL LITIGATION</u>**
       MDL NO. 2047

To whom it may concern:

This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1.   Nicole Rodriguez – 8224 Sanctuary Drive #1, Naples Florida

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee, Esq.

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

February 15, 2013

**Via Certified U.S. Mail**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Kerry Miller
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Re:  **CHINESE DRYWALL LITIGATION**
      MDL NO. 2047

Dear Sirs:

This letter shall serve as a formal request on behalf of the following clients to withdraw any prior opt out forms filed on their behalf to the Knauf Settlement:

1.  Nicole Rodriguez – 8224 Sanctuary Drive #1, Naples Florida

If you should have any questions regarding the forgoing please do not hesitate to contact me at the office.  Thank you.

Very truly yours,

C. David Durkee

# ROBERTS & DURKEE, P.A.

### ATTORNEYS AT LAW

H. CLAY ROBERTS
ROBERTS@RDLAWNET.COM

C. DAVID DURKEE
DURKEE@RDLAWNET.COM

MORRIS C. PROENZA (1940-1995)

ALHAMBRA TOWERS
PENTHOUSE I - SUITE 1603
121 ALHAMBRA PLAZA
CORAL GABLES, FLORIDA 33134

(305) 442-1700 TELEPHONE
(305) 442-2559 FACSIMILE
www.rdlawnet.com

May 9, 2013

**Via FedEx Overnight**

Arnold Levin, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Russ Herman, Esq.
Herman Herman & Katz LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:     **CHINESE DRYWALL LITIGATION**
        MDL NO. 2047

To whom it may concern:

    This letter shall serve as a formal request on behalf of the following clients to rescind any prior opt out forms filed on their behalf to the Builder, Installer, Supplier and Participating Insurer Settlement:

1. Singleton, Robert and Krista – 5201 W. Neptune Way, Tampa, FL 33609
2. Hamburg, Richard – 2421 NE 65th Street, #603, Ft. Lauderdale, FL 33308

    If you should have any questions regarding the forgoing please do not hesitate to contact me at the office. Thank you.

Very truly yours,

C. David Durkee, Esq.

# SoFla Realty Management LLC

August 1, 2013

Kerry Miller
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
230 Peachtree Street NW
Suite 2260
Atlanta, GA 30303

*Re:*  Rescission of Stephan D. Weiss Opt Out

Dear Counsel:

I, Stephen D. Weiss, hereby rescind my opt out from the Global Settlement.

Sincerely,

Stephen D. Weiss



**ATLAS**
ADVISORY GROUP, LLC
G r o w   P r o t e c t   P r e s e r v e

Phone: 908 653-7292
Fax:    908 272-0704
E-mail: dbuckwald@AtlasAdvisoryGroup.com
Web:   www.AtlasAdvisoryGroup.com

David T. Buckwald, CFP®, CLU, ChFC, CLTC
SENIOR PARTNER

*August 7, 2013*

Kerry Miller
FRILOT L.L.C
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
230 Peachtree Street NW
Suite 2260
Atlanta, GA 30303

*Re*:  Rescission of David Buckwald Opt Out

Dear Counsel:

I, David Buckwald, hereby rescind my opt out from the Global Settlement.  I revoke any prior applicable opt outs.

Sincerely,

David Buckwald, CFP, CLU, ChFC, CLTC

21 Commerce Drive, Suite 301 • Cranford, NJ 07016-3550
ESTATE PLANNING • INSURANCE • WEALTH MANAGEMENT • RETIREMENT PLANNING

Securities and Investment Advisory Services Offered Through M Holdings Securities, Inc. A Registered Broker/Dealer
and Investment Advisor, Member FINRA/SIPC. Atlas Advisory Group, LLC is independently owned and operated.

**M Financial Group**™
*Member Firm*



**ATLAS**
ADVISORY GROUP, LLC
PARTNER WITH EXPERIENCE

Phone: 908 653-7295
Fax:    908 272-0704
E-mail: gborowiec@AtlasAdvisoryGroup.com
Web:    www.AtlasAdvisoryGroup.com

**Gary A. Borowiec,** CLU, ChFC, CLTC
MANAGING PARTNER

*August 7, 2013*

Kerry Miller
FRILOT L.L.C
1100 Poydras Street
Suite 3700
New Orleans, LA 70163

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
230 Peachtree Street NW
Suite 2260
Atlanta, GA 30303

*Re*:  Rescission of Gary Borowiec Opt Out

Dear Counsel:

I, Gary Borowiec, hereby rescind my opt out from the Global Settlement.  I revoke any prior applicable opt outs.

Sincerely,

Gary Borowiec, CLU, ChFC, CLTC

---

21 Commerce Drive, Suite 301 • Cranford, NJ 07016-3550
ESTATE PLANNING • INSURANCE • WEALTH MANAGEMENT • RETIREMENT PLANNING
Securities and Investment Advisory Services Offered Through M Holdings Securities, Inc. A Registered Broker/Dealer
and Investment Advisor, Member FINRA/SIPC. Atlas Advisory Group, LLC is independently owned and operated.

M Financial Group™
Member Firm

**Marion Hutson**

| | |
|---|---|
| **From:** | Richard J. Serpe [rserpe@serpefirm.com] |
| **Sent:** | Wednesday, September 04, 2013 3:01 PM |
| **To:** | Fred Longer |
| **Cc:** | Marion Hutson; Rebecca I. Cohen |
| **Subject:** | RE: CDW - Whittington |

Fred,
These clients confirmed with me that they did not want to opt out of CDW settlements. Accordingly, please treat this matter as her having rescinded her opt out of August 24, 2011.
She has no claim against INEX.
We will prepare her claims where applicable to the four Virginia class settlements.
We will continue to pursue only her claim against Taishan.
Richard

## Richard J. Serpe

580 E. Main St. Suite 310

Norfolk, VA 23510

877.544.5323 toll free

757.233.0009 ext.12

757.233.0455 fax

rserpe@serpefirm.com

www.serpefirm.com



LAW OFFICES OF
RICHARD J. SERPE, P.C.

**This email may contain attorney-client confidential and privileged information. If you are not the intended recipient, please delete this email and all attachments and notify the sender immediately by return email.**

 Please don't print this e-mail unless you really need to.

---

**From:** Fred Longer [mailto:FLonger@lfsblaw.com]
**Sent:** Friday, August 30, 2013 10:21 AM
**To:** Richard J. Serpe
**Cc:** Marion Hutson
**Subject:** CDW - Whittington

Richard, I called to discuss your attached letter of April 18, 2011 and opt out. What happened after your letter was sent to Russ & Len? I presume nothing, and the client remained on pleadings up to and including today. What I am aware of is that Marion got the notice of opt and the client was listed as maintaining their claims against the defendants in our recent motions to dismiss Omni Complaints. Since the client wanted out years ago, I'd like to treat your letter as a rescission of opt out, and we will reconfigure our schedules on the motions to dismiss to reflect that their claims should be dismissed with prejudice. I want to be sure that you understand what I'm doing, and more importantly, the client agrees to the dismissal with prejudice. Please get back to me or respond to this email, or both. I always enjoy talking to you. Thanks. FSL

Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
(215) 592-4663 - fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.



LAW OFFICES OF
RICHARD J. SERPE, P.C.

April 18, 2011

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:   In re: Chinese Manufactured Drywall Products Liability Litigation**
> **Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et**
> **al., Case Number: 2:10-cv-00361 (E.D.La)**

Dear Russ and Lenny:

My clients, Brenda and Charles Whittington, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendants Taishan Gypsum, Co., Ltd., Wermers Development, Inc., Porter-Blaine Corp., Venture Supply, Inc. and Tobin Trading, Inc. in the above matter.

Sincerely,

LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard J. Serpe

RJS/ric

# COLLINS & HORSLEY, P.C.

### ATTORNEYS AT LAW
2021 MORRIS AVENUE
SUITE 200
BIRMINGHAM, ALABAMA 35203

W. BRIAN COLLINS
DAVID L. HORSLEY
J. ALLSTON MACON, III

TELEPHONE
205-324-1834
FACSIMILE
205-324-1846
E-MAIL: brian@collinshorsley.com
WEBSITE: www.collinshorsley.com

May 31, 2013

Russ M. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
rherman@hhklawfirm.com

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, Pennsylvania 19106
alevin@lfsblaw.com

H. Minor Pipes, III, Esquire
Barrasso, Usdin, Kupperman, Freeman & Sarver
909 Poydras Street, Suite 2400
New Orleans, Lousiana 70112
mpipes@barrassousdin.com

Steven Glickstein, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, New York 10022
sglickstein@kayescholer.com

Richard Duplantier, Esquire
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
rduplantier@gjtbs.com

Kerry Miller, Esquie
Frilot, LLC
1100 Poydras St. Suite 3700
New Orleans, Louisiana 70163
kmiller@frilot.com

RE:   Opt Out Rescission - Knauf, INEX and Builder/Supplier Settlement

Dear Counsel:

Pursuant to our May 10, 2013 agreement with Garrett Thalgott of Frilot, Mr. Pat Wylie of 821 Vanessa Drive, Trussville, Alabama has agreed to rescind his opt out to the Knauf, INEX and Builder/Supplier settlements in exchange for the sum of $4,310.00.  In addition, Mr. and Mrs. Micah Webb of 2008 Sparrow Circle, Friendswood, Texas have agreed to rescind their opt out to the Knauf, INEX and Builder/Supplier settlements in exchange for the sum of $40,000.00.

I appreciate you working with us on these claims and look forward to working with you in the future.

Sincerely,

W. Brian Collins