**CLASS COUNSEL'S THIRD SUPPLEMENTAL FINAL LIST OF EXHIBITS IN SUPPORT OF FINAL SETTLEMENT APPROVAL (JANUARY 10, 2014)**

| | |
|---|---|
| Class Counsel Ex. 1 | Proposed Order and Judgment (revised) [Motion to Substitute: Rec. Doc. No. 16513-2 thru 16513-6] |
| Class Counsel Ex. 2 | Declaration of Russ M. Herman and Arnold Levin dated 8/30/2012 [Rec. Doc. No. 15764-3] |
| Class Counsel Ex. 3 | InEx Distributor Profile Form dated 9/9/2009 [Rec. Doc. No. 15764-4] |
| Class Counsel Ex. 4 | Banner Distributor Profile Forms [Rec. Doc. No. 15764-5] |
| Class Counsel Ex. 5 | Affidavit of Mailing of the InEx Settlement Class Notice dated 6/20/2011 [Rec. Doc. No. 15764-6] |
| Class Counsel Ex. 6 | Affidavit of Mailing of the Banner Settlement Class Notice dated 8/2/2012 [Rec. Doc. No. 15764-7] |
| Class Counsel Ex. 7 | Affidavit of Mailing of the Knauf Settlement Class Notice dated 1/27/2012 [Rec. Doc. No. 15764-8] |
| Class Counsel Ex. 8 | Affidavit of Dawn Barrios dated 1/30/2012 [Rec. Doc. No. 15764-9] |
| Class Counsel Ex. 9 | Affidavit of Mailing of the L&W Settlement Class Notice dated 7/11/2012 [Rec. Doc. No. 15764-10] |
| Class Counsel Ex. 10 | Affidavit of Mailing of the Global Settlement Class Notice dated 7/13/2012 [Rec. Doc. No. 15764-11] |
| Class Counsel Ex. 11 | Affidavit of Frederick S. Longer dated 8/29/2012 [Rec. Doc. No. 15764-12] |
| Class Counsel Ex. 12 | Declaration of Belinda Macauley Regarding Implementation of Notice Program in Settlement with Interior/Exterior Building Supply, L.P. dated 8/30/2012 [Rec. Doc. No. 15764-13] |

| | |
|---|---|
| Class Counsel Ex. 13 | Declaration of Belinda Macauley Regarding Implementation of Notice Program in Settlement with Banner Supply Company dated 8/30/2012<br>[Rec. Doc. No. 15764-14] |
| Class Counsel Ex. 14 | Declaration of Belinda Macauley Regarding Implementation of Notice Program in Global Settlement dated 8/31/2012<br>[Rec. Doc. No. 15764-15] |
| Class Counsel Ex. 15 | Declaration of Elizabeth Nelson, Rust Consulting, Inc. dated 8/29/2012<br>[Rec. Doc. No. 15764-16] |
| Class Counsel Ex. 16 | Benefits Under Class Settlement Agreement with the Knauf Defendants [Rec. Doc. 1764-17] |
| Class Counsel Ex. 17 | Supplemental Declaration of Belinda Macauley Regarding Implementation of Notice Program in Global Settlement dated 10/26/2012<br>[Rec. Doc. No. 16119-3] |
| Class Counsel Ex. 18 | Index of Objections to InEx, Banner, Knauf and/or Global Settlements<br>[Rec. Doc. No. 16119-4] |
| Class Counsel Ex. 19 | List of Opt-Outs represented by Roberts & Durkee and Milstein<br>[Rec. Doc. No. 16119-5] |
| Class Counsel Ex. 20 | Withdrawal of three Opt-Out Requests by Roberts & Durkee and Milstein for Juan M. Marcario, Rafael & Ana Segundo, and Stratton & Susan Jamison<br>[Rec. Doc. No. 16119-6] |
| Class Counsel Ex. 21 | List of Chinese Drywall clients represented by Roberts & Durkee and Milstein, who are named as plaintiffs on one or more of the Omnibus complaints in *In re Chinese-Manufactured Products Liability Litigation*, MDL 2047 (E.D.La.)<br>[Rec. Doc. No. 16119-7] |
| Class Counsel Ex. 22 | Deposition of Saul Soto dated 10/31/2012, with Exhibit 1 thereto [Motion to Substitute: Rec. Doc. No. 16150-2; Rough transcript: Rec. Doc. No. 16119-8] |
| Class Counsel Ex. 23 | Deposition of Ronnie Garcia dated 11/1/2012, with Exhibit 28 thereto [Motion to Substitute: Rec. Doc. No. 16150-3; Rough |

| | |
|---|---|
| | transcript: Rec. Doc. No. 16119-9] |
| Class Counsel Ex. 24 | Deposition of Wayne Kaplan dated 10/29/2012, with Exhibit 1 thereto [Rec. Doc. No. 16119-10] |
| Class Counsel Ex. 25 | Report from Rust Consulting of Call Center and Registration Statistics as of 10/25/2012 [Rec. Doc. No. 16119-11] |
| Class Counsel Ex. 26 | Receipts produced by Bandas Objectors [Rec. Doc. 16206] |
| Class Counsel Ex. 27 | Affidavit of Attempts regarding service of deposition subpoena on Ernest Vitela [Rec. Doc. No. 16119-13] |
| Class Counsel Ex. 28 | Home Depot Retailer Profile Form [Rec. Doc. No. 16119-14] |
| Class Counsel Ex. 29 | *Harrell v. South Kendall Construction Corp.*, No. 2009-08401 (Fla. Cir. Ct. Miami-Dade Co. Mar. 4, 2011) [Rec. Doc. No. 16119-15] |
| Class Counsel Ex. 30 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 11/8/2012 [Rec. Doc. No. 16159-1] |
| Class Counsel Ex. 31 | Amended InEx Settlement Agreement and all Exhibits thereto [Rec. Doc. Nos. 8628-4 through 8628-10 & 12258-3] |
| Class Counsel Ex. 32 | Amended Banner Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 10033-3 through 10033-12] |
| Class Counsel Ex. 33 | Amended Knauf Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 15742-2 through 15742-23] |
| Class Counsel Ex. 34 | L&W Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 13913-3] |
| Class Counsel Ex. 35 | Amended Global Settlement Agreement and all Exhibits thereto [Rec. Doc. No. 15695-2 through 15695-7] |
| Class Counsel Ex. 36 | Amended Global Settlement Allocation Plan [Rec. Doc. No. 15840-1] |
| Class Counsel Ex. 37 | Amended Banner Settlement Allocation Plan [Rec. Doc. No. 15841-1] |
| Class Counsel Ex. 38 | Notice of Filing by Class Counsel Identifying Opt-Outs [Rec. Doc. No. 16191] |

| | |
|---|---|
| Class Counsel Ex. 39 | Chart of All Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-1] |
| Class Counsel Ex. 40 | Chart of Conditional Opt-Outs as of November 9, 2012 [Rec. Doc. No. 16191-2] |
| Class Counsel Ex. 41 | Chart of Global Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-3] |
| Class Counsel Ex. 42 | Chart of Banner Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-4] |
| Class Counsel Ex. 43 | Chart of InEx Settlement Exclusions of November 9, 2012 [Rec. Doc. No. 16191-5] |
| Class Counsel Ex. 44 | Final Transcripts of Continued Depositions of Ronnie Garcia and Saul Soto dated 11/8/2012 [Rec. Doc. No. 16299-1 and 16299-2] |
| Class Counsel Ex. 45 | Memorandum of Law in Support of Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. No. 15749-3] |
| Class Counsel Ex. 46 | Reply Memorandum of Law in Support of Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements [Rec. Doc. No. 16119-2] |
| Class Counsel Ex. 47 | Class Counsel's Motion to Strike the Objection of Saul Soto, SHS Construction, Ronnie Garcia and Bay Area Contracting & Construction, Inc., with Exhibits [Rec. Doc. No. 16083] |
| Class Counsel Ex. 48 | Class Counsel's Motion for Sanctions dated 10/24/2012 [Rec. Doc. No. 15982] |
| Class Counsel Ex. 49 | Class Counsel's Omnibus Response to the Bandas Objectors' Motion to Dismiss Objection and Response to Motion for Leave to Conduct Discovery Regarding the Fairness of Proposed Class Action Settlement dated 10/24/2012, with Exhibits [Rec. Doc. No. 15981] |

| | |
|---|---|
| Class Counsel Ex. 50 | Notice of Filing by Class Counsel re Opt-Outs [Rec Doc. No. 15916] |
| Class Counsel Ex. 51 | Notice of Filing by Class Counsel re Untimely Opt-Outs [Rec Doc. No. 15917] |
| Class Counsel Ex. 52 | Supplemental Notice of Filing by Class Counsel (re: Timely Opt-Outs) [Rec. Doc. No. 15941] |
| Class Counsel Ex. 53 | Supplemental Notice of Filing by Class Counsel (re: Untimely Opt-Outs) [Rec. Doc. No. 15942] |
| Class Counsel Ex. 54 | Second Supplemental Notice of Filing by Class Counsel (re: Rescission of Timely Opt-Outs) [Rec. Doc. No. 15970] |
| Class Counsel Ex. 55 | Second Supplemental Notice of Filing by Class Counsel (re: Untimely Opt-Outs) [Rec. Doc. No. 15971] |
| Class Counsel Ex. 56 | Third Supplemental Notice of Filing by Class Counsel (re: Rescission of Untimely Opt-Outs) [Rec. Doc. No. 15994] |
| Class Counsel Ex. 57 | Third Supplemental Notice of Filing by Class Counsel (re: Rescission of Timely Opt-Outs) [Rec. Doc. No. 15995] |
| Class Counsel Ex. 58 | Fourth Supplemental Notice of Filing by Class Counsel (re: Rescission of Timely Opt-Outs) [Rec. Doc. No. 16143] |
| Class Counsel Ex. 59 | Fourth Supplemental Notice of Filing by Class Counsel (re: Untimely Opt-Outs) [Rec. Doc. No. 16144] |
| Class Counsel Ex. 60 | InEx Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Notice.InExSetAgree.pdf |
| Class Counsel Ex. 61 | Banner Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Prelimapp.or.Banner.pdf |

| | |
|---|---|
| Class Counsel Ex. 62 | Knauf Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Notice.knauf.settle.pdf |
| Class Counsel Ex. 63 | L&W Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/L&W.sa.notice.pdf |
| Class Counsel Ex. 64 | Global Class Notice published on the Court's website at: http://www.laed.uscourts.gov/drywall/Settlements/Buildersupplierinstaller.notice.pdf |
| Class Counsel Ex. 65 | Call Log Documenting Class Counsel Calls to Class Members [Rec. Doc. No. 16171] |
| Class Counsel Ex. 66 | Motion to Compel and for Sanctions, and Alternatively, Response to Jan Petrus's and Christopher Bandas's Motion to Quash and for Protective Order filed on November 2, 2012 [Rec. Doc. Nos. 16073 & 16086] |
| Class Counsel Ex. 67 | *Vereen v. Lowe's Home Centers, Inc.*, SU-10-CV-2267B (Ga. Super. Ct., Muscogee Cty.), Final Order and Judgment dated 1/11/2012 [Rec. Doc. No. 16167] |
| Class Counsel Ex. 68 | Joint Motion for Preliminary and Final Approval of the Second Amendment to Settlement Agreement Regarding Claims Against Interior-Exterior in MDL No. 2047 and Second Amendment To Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047, filed 10/16/2012, pending [Rec. Doc. No. 15948] |
| Class Counsel Ex. 69 | Summary of State Health Department Reviews of Deaths Reported to and Investigated by the Consumer Product Safety Commission Related to Exposure to Imported Drywall dated 1/3/2011, published at: http://www.cpsc.gov/info/drywall/cdcdrywall01032011.pdf [Rec. Doc. No. 16188-3] |
| Class Counsel Ex. 70 | Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2011 by the CPSC and HUD, published at: http://www.cpsc.gov/info/drywall/remediation091511.pdf [Rec. Doc. No. 16188-2] |

| | |
|---|---|
| Class Counsel Ex. 71 | CPSC Statement on September 15, 2011, that: As part of the investigation, CPSC requested that CDC consider undertaking a comprehensive study of any possible long-term health effects. In February 2011, CDC indicated that the best scientific evidence available at that time did not support undertaking a long-term health study," published at: http://www.cpsc.gov/cpscpub/prerel/prhtml11/11327.html [Rec. Doc. No. 16188-1] |
| Class Counsel Ex. 72 | Collection of Reports from the U.S. Consumer Product Safety Commission related to Chinese Drywall, published on the CPSC website [Rec. Doc. No. 16195] |
| Class Counsel Ex. 73 | Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall ("KPT Pilot Program") [Rec. Doc. No. 16189] |
| Class Counsel Ex. 74 | Transcript of Proceedings in MDL 2047, dated 10/14/2010 [Rec. Doc. No. 16190] |
| Class Counsel Ex. 75 | Class Counsel's Exhibits in Support of Final Settlement Approval [Rec. Doc. No. 16197-1] (Note: See Ex. 94 below. Final version filed January 17, 2013.) |
| Class Counsel Ex. 76 | Chart of Knauf Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-6] |
| Class Counsel Ex. 77 | Chart of L&W Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-7] |
| Class Counsel Ex. 78 | Chart of Untimely Settlement Exclusions as of November 9, 2012 [Rec. Doc. No. 16191-8] |
| Class Counsel Ex. 79 | PSC's Power Point at November 13, 2012 Fairness Hearing [Rec. Doc. 16207] |
| Class Counsel Ex. 80 | Fifth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16280] |
| Class Counsel Ex. 81 | Transcript of Telephone Status Conference with the Honorable Nelva Gonzales Ramos, United States District Judge, Southern District of Texas, Corpus Christi Division, on November 26, 2012 [Rec. Doc. 16308-1] |
| Class Counsel Ex. 82 | November 16, 2012 correspondence from Christopher Bandas to the Honorable Eldon E. Fallon [Rec. Doc. 16335-1] |

| | |
|---|---|
| Class Counsel Ex. 83 | November 19, 2012 correspondence from Class Counsel to the Honorable Eldon E. Fallon [Rec. Doc. 16335-2] |
| Class Counsel Ex. 84 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 11/29/2012 [Rec. Doc. 16336-1] |
| Class Counsel Ex. 85 | Transcript of the November 13, 2012 Fairness Hearing [Rec. Doc. 16392-1] |
| Class Counsel Ex. 86 | Sixth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16373] |
| Class Counsel Ex. 87 | Seventh Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16440] |
| Class Counsel Ex. 88 | Certificate of Nonappearance of Ernest Vitela, individually and on behalf of E and E Construction Company re deposition set November 26, 2012 in Corpus Christi, Texas [Rec. Doc. 16447-1] |
| Class Counsel Ex. 89 | Eighth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16458] |
| Class Counsel Ex. 90 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 1/2/2013 [Rec. Doc. 16471-1] |
| Class Counsel Ex. 91 | Ninth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16492] |
| Class Counsel Ex. 92 | Notice of Filing by Class Counsel re Opt-Outs of Triple "E" Corp. and Gregg Nieberg, Inc.[Rec. Doc. 16499] |
| Class Counsel Ex. 93 | Updated Report from Rust Consulting of Call Center and Registration Statistics as of 1/9/2013 [Rec. Doc. 16501-1] |
| Class Counsel Ex. 94 | Tenth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16520] |
| Class Counsel Ex. 95 | Eleventh Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 16549] |
| Class-Counsel Ex. 96 | Twelfth Supplemental Notice of Filing by Class Counsel (Re: Rescission of Opt-Outs) [Rec. Doc. 17374] |
| Class Counsel Ex. 97 | Class Counsel's THIRD SUPPLEMENTAL FINAL List of Exhibits in Support of Final Settlement Approval (January 10, 2014) [Rec. Doc. to be added] |