# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 2:11-cv-1395 (E.D.La.)<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 2:11-cv-1672 (E.D.La.)<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 2:11-cv-1673 (E.D.La.) | |

## DECLARATION OF ARNOLD LEVIN IN SUPPORT OF PLAINTIFF'S FOURTH OMNIBUS MOTION FOR PRELIMINARY DEFAULT JUDGMENT

I, Arnold Levin, declare as follows:

1. I am a partner in the law firm of Levin, Fishbein, Sedran & Berman, counsel of record for Plaintiffs in this matter. I am a member in good standing of the bar of the State of Pennsylvania. I submit this declaration in support of Plaintiffs' Fourth Omnibus Motion for Preliminary Default Judgment. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. During the course of this litigation the Plaintiffs' Steering Committee ("PSC") has filed numerous class action complaints against the manufacturers and other parties responsible for the defective Chinese manufactured drywall that is installed in plaintiffs' homes. The PSC commenced service of its class action complaints promptly after they were filed with the court. Many of the named defendants who have been served with class action complaints are in default

since they have failed to timely enter an appearance and/or otherwise defended themselves after service of the applicable complaint. These defendants shall be referred to hereafter as the "Defaulting Defendants".

3. The dates of service on each of the Defaulting Defendants are set forth in Exhibits "A" (*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-1395 (E.D.La.)), "B" (*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-1672 (E.D.La.)) and "C" (*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-1673 (E.D.La.)) to Plaintiffs' Fourth motion for entry of preliminary default judgement. The PSC has or will file affidavits of service with the Court evidencing service of these complaints on the Defaulting Defendants as set forth in Exhibits "A" through "C".

4. To date, the Defaulting Defendants have failed to enter an appearance, answer, or otherwise respond to Plaintiffs' complaints.

I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States that the foregoing is true and correct.

Executed this     10th day of January, 2014, at Philadelphia, Pennsylvania.

_____
ARNOLD LEVIN