IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

## **EXHIBIT A – INITIAL AFFIDAVIT OF [NAME OF LAW FIRM] FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES**

STATE OF _____

COUNTY/PARISH OF _____

BEFORE ME, the undersigned authority, on this \_\_\_\_ day of _____, 20\_\_\_;

PERSONALLY CAME AND APPEARED:

*(INSERT NAME OF PARTNER/AFFIANT)*

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a partner in the law firm of _____.

2. The address of the law firm identified in number 1 above is _____.

3. My law firm has complied with Pre Trial Order No. 9 or 9A in all material aspects and I certify that my law firm's submission of this Affidavit has been made following a review of the Philip Garrett Case Cost Management System and that the system contains applicant's true and correct time and expense information.  This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4. The Court may rely on the information submitted by my law firm to Philip Garrett, the court appointed CPA contained on his Case Cost Management System in this litigation, all of which is certified to be true and correct.

5. The law firm identified in this Affidavit has expended _____ hours of common benefit time in connection with the Chinese Drywall litigation and seeks to have this time considered by the Court in connection with a common benefit time and cost reimbursement Petition to be submitted by the Fee Committee.  A detail of the hours is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9.

6. The law firm identified in this Affidavit has incurred $_____ of common benefit held expenses in connection with the Chinese Drywall litigation and seeks to have these expenses reimbursed.  A detail of the expenses is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9.

7. The law firm identified in this Affidavit has contributed $_____ in common benefit assessments towards shared common expenses in connection with the Chinese Drywall litigation and seeks to have these expenses reimbursed.  To date $_____ of these assessments have been reimbursed and therefore the balance to be reimbursed totals $_____.

_____

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY OF
_____, 20___.

_____
NOTARY PUBLIC
Print Name:_____
MY COMMISSION EXPIRES:_____
[APPLY SEAL]