IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

**EXHIBIT B – SECOND AFFIDAVIT OF [NAME OF LAW FIRM] IN CONNECTION WITH REQUEST FOR ALLOCATION OF COMMON BENEFIT FEE AND COST AWARD**

STATE OF _____

COUNTY/PARISH OF _____

BEFORE ME, the undersigned authority;

PERSONALLY CAME AND APPEARED:

(*INSERT NAME OF PARTNER/AFFIANT*)

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a partner in the law firm of _____.

2. The address of the law firm identified in number 1 above is _____.

3. I have complied with Pre Trial Order No. 9 or 9A in all material aspects and the law firm identified herein has submitted true and correct time and expense submissions pursuant to the Court's Pre Trial Orders.  This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4. The Court may rely on the information submitted by my firm to Philip Garrett, the Court appointed Certified Public Accountant which is contained in his Case Cost Management System in this litigation.

5. The extent to which the law firm identified in paragraph no. 1 above made a substantial common benefit contribution to the outcome of the litigation is described as follows:

1

a. The consistency quantum, duration, and intensity of the firm's commitment to the litigation is as follows:

_____
_____
_____
_____

b. The level of partner participation by the firm is as follows:

_____
_____
_____
_____

c. The firm's membership and leadership on the Plaintiffs' Steering Committee ("PSC") is as follows:

_____
_____
_____
_____

d. The firm's participation and leadership in discovery (motions, depositions) is as follows:

_____
_____
_____
_____

e. The firm's participation and leadership in law and briefing matters is as follows:

_____
_____
_____
_____

f. The firm's participation and leadership in science and experts matters is as follows:

_____
_____
_____
_____

g. The firm's participation and leadership in document review is as follows:

_____
_____
_____
_____

h. The firm's activities in support or conduct trials of individual Chinese Drywall claimants, including bellwether trials and non-MDL trials which impacted proceedings on a common benefit level (identify the claimant, docket number and venue of each trial and outcome) is as follows:

_____
_____
_____
_____

i. The firm's participation and leadership in settlement negotiations, drafting of settlement documentation and closing papers, and administration of settlement agreements (excluding individual representations) is as follows:

_____
_____
_____
_____


j. The firm's activities of common benefit work in the following non-MDL jurisdictions:

_____
_____
_____
_____

k. The following members of the firm held leadership positions on the regular committees engaged in common benefit work (state position and committee):

_____
_____
_____
_____

l. The firm's participation in ongoing activities, such as the Fee Committee, Settlement Claims Administration, Court Appointed Committees (e.g. Settlement Allocation Committees, Claims Administration Committee, Fee

      Committee, etc.), that is intended to provide common benefit included the following:

      _____
      _____
      _____
      _____

m. Counsel in the firm were or were not involved in the Chinese Drywall litigation prior to the JPMDL, and the time and expense incurred during such time period outlined below was for common benefit:

      _____
      _____
      _____
      _____

n. The firm made the following significant contributions to the funding of the litigation (include all assessments made to the MDL) and the amount of any sums reimbursed and date(s) of reimbursement:

      _____
      _____
      _____
      _____

o. The members of the firm who were PSC members or committee members whose commitment to the litigation did not ebb included:

      _____
      _____
      _____
      _____

p. A complete and accurate listing of all sources and amounts of prior payments received from a Chinese Drywall claimant or other sources (identify amounts paid for fees and amounts paid for costs) to the firm:

      _____
      _____
      _____
      _____

q. The other relevant factors which applicant requests be considered by the Court:

_____
_____
_____
_____

_____

SWORN TO AND SUBSCRIBRED
BEFORE ME THIS \_\_\_\_ DAY OF
_____, 201\_\_\_.

_____
NOTARY PUBLIC
Print Name:_____
My commission expires:_____

[APPLY SEAL]