# Chinese Drywall
## Listing of Clients in CDW
(mail to: cdw.clients@gmail.com)

| Claimant Name | Address of Affected property | City of affected property | State of affected property | Zipcode of affected property | Law firm | Address of Law Firm | Other Law Firms that may have claim to a fee | Address of Other Law Firms |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Chinese Drywall**
**Listing of Clients in CDW**
(mail to: cdw.clients@gmail.com)

| Claimant Name | Address of Affected property | City of affected property | State of affected property | Zipcode of affected property | Law firm | Address of Law Firm | Other Law Firms that may have claim to a fee | Address of Other Law Firms |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## Chinese Drywall
## Listing of Clients in CDW
(mail to: cdw.clients@gmail.com)

| Claimant Name | Address of Affected property | City of affected property | State of affected property | Zipcode of affected property | Law firm | Address of Law Firm | Other Law Firms that may have claim to a fee | Address of Other Law Firms |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Chinese Drywall**
**Listing of Clients in CDW**
(mail to: cdw.clients@gmail.com)

| Claimant Name | Address of Affected property | City of affected property | State of affected property | Zipcode of affected property | Law firm | Address of Law Firm | Other Law Firms that may have claim to a fee | Address of Other Law Firms |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |