**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| | |

## MOTION TO EXTEND DEADLINE FOR CLAIMS SUBMISSION

COME NOW, Plaintiffs identified in Exhibit "A" ("Claimants") and move this Honorable Court for an extension of the claims filing deadline of October 25, 2013 in MDL 2047, and as grounds therefore show the Court as follows:

1.      On May 24, 2013, this Court established the claim submission deadline in the Chinese- Manufactured Drywall Products Liability Proceeding ("proceeding") as August 26, 2013 [Doc. 16877]. On July 26, 2013, this Court extended the deadline to September 30, 2013 [Doc. 16961]. On September 27, 2013, this Court issued a second extension to file a claim in this proceeding to October 25, 2013 [Doc. 17157].

2.      The undersigned counsel's law firm ("the firm") worked diligently to complete and submit all claim forms by the October 25, 2013 deadline and submitted claims for nearly 600 claimants by that date. However, on October 29th, 2013, the firm discovered two claims that were inadvertently not submitted and contacted the Settlement Administrator immediately. *See* October 29, 2013 e-mail from the firm to Brown Greer attached hereto as Exhibit "B."

1

3.     The Settlement Administrator responded requesting information regarding these unsubmitted claims and the firm replied immediately. *See* October 29, 2013 e-mails between the firm and Settlement Administrator attached hereto as Exhibit "C".

4.     On November 5, 2013, the Settlement Administrator e-mailed the firm a request for all completed claims forms regarding claims that had been registered, but had not been submitted by the deadline. *See* November 5, 2013, e-mail from Settlement Administrator attached hereto as Exhibit "D".

5.     The firm again reviewed all of its clients' potential claims and on November 7, 2013, per the November 5, 2013 instructions, e-mailed the Settlement Administrator claim forms for a total of seven (7) claimants whose claims had inadvertently not been submitted by the October 25, 2013 deadline. *See* November 7, 2013 e-mail from the firm attached hereto as Exhibit "E".

6.     Within the following few days, the firm checked the status of the claims on the Settlement Administrator's web Portal and they were all marked either "Claim Submitted" or "Claim in Progress. *See* printouts of claims status from the Settlement Administrator's web portal attached hereto as Exhibit "F."

7.     CAP No. 2013-6 was issued on January 2, 2014, and allows claimants who filed at least one claim by the deadline or have a claim "in progress" to submit completed claims by January 15, 2014. Fortunately, CAP No. 2013-6 applies to three of the seven Claimants whose claims were submitted to Brown Greer on November 7, 2013; therefore, the undersigned is not seeking an extension of the deadline for those Claimants and they are not listed on Exhibit A. Unfortunately, after discussions with Brown Greer, it appears that there are four (4) remaining Claimants to whom CAP No. 2013-6 does not apply as none of their claims were submitted or

started by the deadline. These are the four Claimants listed on Exhibit A.

8.     The firm has not received notification of the claims being denied, nor have denial notices been issued on them, but on January 2, 2014, delved further into the claims files on the Settlement Administrator's web portal and discovered that these claims had in fact been denied on November 7, 2014 as late submissions.

9.     Claimants were all registered prior to the July 8, 2013 registration deadline and are eligible for benefits under one or more of the settlements reached in this litigation.

10.    The reason the claims were not submitted by the deadline is due to mistake, inadvertent error, and/or excusable neglect on behalf of the firm and is in no way the fault of the Claimants themselves.

11.    No prejudice will result from the extension of Claimants' filing deadline. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding.

12.    Claimants make this request not for purposes of delay or harassment but rather to expeditiously complete their filings in the settlement process.

13.    As of November 7, 2013, all completed claim forms have been submitted to the Settlement Administrator for these Claimants.

For the above reasons, Claimants respectfully request this Honorable Court for a fourteen day extension and allow Claimants' claims e-mailed to the Settlement Administrator on November 7, 2013, to be considered timely submissions.

Dated: January 10, 2014

Respectfully submitted,

By:  /s/ Jordan L. Chaikin
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
Telephone: (239) 390-1000
Facsimile: (239) 390-0055
Email: jchaikin@yourlawyer.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Extend Deadline for Claim Submission has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of January, 2014.

By:  /s/ Jordan L. Chaikin
Jordan L. Chaikin

# EXHIBIT A

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Claimant ID | Name | Affected Property Address | City | State | Zip | County | Type of Claim | Claim Submission Status on Portal |
| 2 | 108470 | Sindhu, Sarbjit | 21122 Sprouse Circle | Humble | TX | 77338 | Harris | Knauf Other Loss (Remediation claim through Pilot Program but Work Authorization not yet submitted) | Claim Form Submitted (closed for late submission) |
| 3 | 108327 | Vieau, Mark | 11842 Bayport Lane #2103 | Fort Myers | FL | 33908 | Lee | Global/Banner (Mixed Board Property) (Participating Defendants) | Claim Form Submitted (closed for late submission) |
| 4 | 108212 | Schmidt, Dale | 99 Vivante Blvd. # 9944 | Punta Gorda | FL | 33950 | Charlotte | Knauf Other Loss Only | Claim Form Submitted (closed for late submission) |
| 5 | 108184 | Scocco, Bart | 3330 NW 39th Lane | Cape Coral | FL | 33993 | Lee | Global/Banner Repair & Relocation (participating Defendant(s)) | Claim Form Submitted (closed for late submission) |

# EXHIBIT B

**Goodwin, April S.**

| | |
|---|---|
| From: | Goodwin, April S. |
| Sent: | Tuesday, October 29, 2013 4:38 PM |
| To: | 'Katie Hamilton' |
| Subject: | RE: Unsubmitted Claims |

Thank you!

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

From: Katie Hamilton [mailto:khamilton@browngreer.com]
Sent: Tuesday, October 29, 2013 4:38 PM
To: Goodwin, April S.; CDWQuestions
Subject: RE: Unsubmitted Claims

HI April,

You may send an email or letter to CDWQuestions@browngreer.com and we will add your name and clients to the list we are maintaining. Provide the CIDs and explanation as to why you did not file claims. We don't know if any will be accepted but we will alert the Parties to the requests so it doesn't hurt to try.

Thanks!
Katie

From: Goodwin, April S. [mailto:agoodwin@yourlawyer.com]
Sent: Tuesday, October 29, 2013 4:24 PM
To: CDWQuestions
Subject: Unsubmitted Claims

I just realized that I did not submit claims for two of my registered claimants who do in fact have viable claims (one to Global & Banner and one to KPT Other Loss Fund). Do you know if late claims will be accepted for good cause shown as late registrations were and if so, what the procedure for applying for late submission will be?

1

Thank you!

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

# EXHIBIT C

**Goodwin, April S.**

| | |
|---|---|
| **From:** | Goodwin, April S. |
| **Sent:** | Tuesday, October 29, 2013 5:13 PM |
| **To:** | 'CDWQuestions@browngreer.com' |
| **Subject:** | Unsubmitted Claims - |

Good afternoon,

I inadvertently did not submit claims for the following clients of mine:

Sarbjit Sindhu – CID  108470
Mark Vieau – CID 108327

It was not the fault of the homeowners, but an oversight on my part. I respectfully request that we be permitted to file claims for these homeowners so as not to punish my clients for our inadvertent mistake.

Please feel free to contact me if you require any additional information at this time.

Thank you,

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com
============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

# EXHIBIT D

## Goodwin, April S.

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Tuesday, November 05, 2013 1:04 PM |
| **To:** | CDWQuestions |
| **Subject:** | Post 10/25/2013 Claims |

Dear Counsel,

You are receiving this email because you failed to submit claim forms for some or all of your clients by the claims filing deadline of 10/25/2013 and requested to file claim(s) past the deadline.  We ask that you submit hard copy paper claim forms to the Settlement Administrator for these clients if you haven't done so already.  We will present the claim forms and details of your circumstance to the Parties and the Court and await a determination.  Please submit the hard copy paper claim forms to the Settlement Administrator by mail (address below) or email (CDWQuestions@browngreer.com).

Please upload any documentation substantiating your client's claim to their claimant profile through the Attorney Portal as soon as possible.  If necessary, you may send your documentation by mail to the address below and we will link it for you.

Click this link to view and download hard copy claim forms, https://www3.browngreer.com/Drywall/Un-Secure/PaperForms.aspx.

Click this link to view the document requirements for each claim, https://www3.browngreer.com/Drywall/Un-Secure/Docs/Required_Documents_for_Claim_Types.pdf.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# EXHIBIT E

## Goodwin, April S.

| | |
|---|---|
| **From:** | Goodwin, April S. |
| **Sent:** | Thursday, November 07, 2013 2:46 PM |
| **To:** | 'CDWQuestions@browngreer.com' |
| **Subject:** | Unsubmitted Claims |
| **Attachments:** | S. Sindhu Lost_Use_Sales_and_Rentals.pdf; S. Sindhu_Remediation.pdf; S. Sindhu-Other.pdf; Vieau CF-Non-Knauf_Repair_and_Relocation_Damages.pdf; Schmidt Misc Claim Form.pdf; Scocco Non-Knauf Repair and Relocation Claim Form.pdf; Yamamoto Non-Knauf Repair & Relocation Claim Form.pdf; Sullivan Non-Knauf Repair & Relocation Claim Form.pdf; Toran - Remediation Claim Form.pdf |

Good afternoon,

Attached please find the claim forms I inadvertently failed to submit by the October 25, 2013 deadline.

It was not the fault of the homeowners, but an oversight on my part. I respectfully request that we be permitted to file claims for these homeowners so as not to punish the claimants for my inadvertent mistake.

Please feel free to contact me if you require any additional information at this time.

Thank you,

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

# EXHIBIT F

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

Home

News and
Developments

Claims Administrator
Procedures

Online Filing Tools

Settlement
Agreements

Firm Administration

Claimant
Management

Reporting

FAQ

Notices

Change Password /
Email

Log Off

Get
ADOBE® Reader

You will need to have
Adobe® 7.0 or higher
to view Printed
Documents. To get
the latest Version of
Adobe Reader, click
the icon above.

Claimant Search

### Search

⊙ Specific Search   ○ Search All

Claimant ID: [                    ]

Last Name/Business Name: [sindhu            ]

First Name: [                    ]

SSN/EIN:   ○ SSN              ○ EIN              ○ ITIN

### Affected Property

Property ID: [                    ]

OR

Address1: [                              ]

City: [                ]   State: [      ▼]   Zip Code: [                    ]

[Search]

| Search Results: | Page 1 of 1 (1 records) | | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108470 | Sindhu, Sarbjit | | 9914 Sand Dollar Drive | Houston | TX | Claim Form Submitted |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

Home

News and
Developments

Claims Administrator
Procedures

Online Filing Tools

Settlement
Agreements

Firm Administration

Claimant
Management

Reporting

FAQ

Notices

Change Password /
Email

Log Off

Get
ADOBE® Reader

You will need to have
Adobe® 7.0 or higher
to view Printed
Documents. To get
the latest Version of
Adobe Reader, click
the icon above.

Claimant Search

**Search**

◉ Specific Search    ○ Search All

Claimant ID: [                    ]

Last Name/Business Name: [Vieau          ]

First Name: [                    ]

SSN/EIN: ○ SSN    ○ EIN    ○ ITIN

**Affected Property**

Property ID: [                    ]

OR

Address1: [                    ]

City: [          ]    State: [    ▼]    Zip Code: [          ]

[Search]

| Search Results: | | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108327 | Vieau, Mark | | 5994 North Pika Lake Road | Duluth | MN | Claim Form Submitted |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

**Home**

**News and Developments**

**Claims Administrator Procedures**

**Online Filing Tools**

**Settlement Agreements**

**Firm Administration**

**Claimant Management**

**Reporting**

**FAQ**

**Notices**

**Change Password / Email**

**Log Off**

Claimant Search

### Search

◉ Specific Search    ○ Search All

Claimant ID:

Last Name/Business Name: schmidt

First Name:

SSN/EIN:    ○ SSN            ○ EIN            ○ ITIN

### Affected Property

Property ID:

OR

Address1:

City:        State:        Zip Code:

**Search**

| Search Results: | | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108212 | Schmidt, Dale | | 3606 Kings Mill Run | Rocky River | OH | Claim Form Submitted |

1

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Claimant Search

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home

News and Developments

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password / Email

Log Off

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Claimant Search

**Search**

| | |
|---|---|
| Specific Search ◉ | Search All ◯ |
| Claimant ID: | |
| Last Name/Business Name: | Scocco |
| First Name: | |
| SSN/EIN: | ◯ SSN    ◯ EIN    ◯ ITIN |

**Affected Property**

Property ID: [                    ]

OR

Address1: [                              ]

City: [            ]    State: [    ▼]    Zip Code: [            ]

[Search]

| Search Results: | | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108184 | Scocco, Bart | | 3330 NW 39th Lane | Cape Coral | FL | Claim Form Submitted |

1

Claimant Search

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

Home

News and Developments

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password / Email

Log Off

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Claimant Search

**Search**

- ◉ Specific Search    ○ Search All

| | |
|---|---|
| Claimant ID: | |
| Last Name/Business Name: | yamamoto |
| First Name: | |
| SSN/EIN: | ○ SSN    ○ EIN    ○ ITIN |

**Affected Property**

| | |
|---|---|
| Property ID: | |
| | OR |
| Address1: | |
| City: |    State: [ ▼ ]    Zip Code: |

[ Search ]

**Search Results:**    Page 1 of 1 (1 records)

| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
|---|---|---|---|---|---|---|
| 108346 | Yamamoto, Sean | | 932 Mornax Street | Azusa | CA | Claim Form in Progress |

1

Claimant Search

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home

News and
Developments

Claims Administrator
Procedures

Online Filing Tools

Settlement
Agreements

Firm Administration

Claimant
Management

Reporting

FAQ

Notices

Change Password /
Email

Log Off

Get ADOBE® Reader

You will need to have
Adobe® 7.0 or higher
to view Printed
Documents. To get
the latest Version of
Adobe Reader, click
the icon above.

Claimant Search

**Search**

○ Specific Search    ○ Search All

Claimant ID: [ ]

Last Name/Business Name: [ sullivan ]

First Name: [ ]

SSN/EIN: ○ SSN      ○ EIN      ○ ITIN

**Affected Property**

Property ID: [ ]

OR

Address1: [ ]

City: [ ]    State: [ ▼ ]    Zip Code: [ ]

[ Search ]

| Search Results: | | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108005 | Sullivan, William | | 12623 20th St East | Parrish | FL | Claim Form in Progress |