**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |
| | |

---

### MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR CLAIM SUBMISSION

---

COME NOW, Plaintiffs identified in Exhibit "A" ("Claimants") and file this Memorandum in Support of the accompanying Motion to Extend Deadline for Claim Submission. Claimants respectfully seek this Honorable Court's permission to extend Claimants' deadline to file claims in MDL 2047 for the following reasons:

1.     The undersigned counsel worked diligently preparing Claimants' claim forms to meet the court deadline of October 25, 2013.[1] However, on October 29th, 2013, the undersigned's office discovered two claims that were inadvertently not submitted by the firm and contacted the Settlement Administrator immediately. *See* October 29, 2013 e-mail from April S. Goodwin of the firm attached hereto as Exhibit "C."

2.     The Settlement Administrator responded requesting information regarding these unsubmitted claims and the undersigned's office replied immediately. *See* October 29, 2013 e-

---

[1] *See* Affidavit of Associate, April S. Goodwin, attached as Plaintiffs' "Exhibit B."

mails between the firm and Settlement Administrator attached hereto as Exhibit "D". On November 5, 2013, the Settlement Administrator e-mailed the firm a request for all completed claims forms regarding claims that had been registered, but had not been submitted by the deadline. *See* November 5, 2013, e-mail from Settlement Administrator attached hereto as Exhibit "E".

3.      The undersigned's office once again reviewed the potential claims of all clients and on November 7, 2013, e-mailed the Settlement Administrator claim forms for a total of seven (7) claimants whose claims had inadvertently not been submitted by the firm by the October 25, 2013 deadline. *See* November 7, 2013 e-mail from the firm attached hereto as Exhibit "F".

4.      Within the following few days, the firm checked the status of the claims on the Settlement Administrator's web portal and they were all marked either "Claim Submitted" or "Claim in Progress." *See* printouts of claims status from the Settlement Administrator's web portal attached hereto as Exhibit "G." Denial notices have not been issued on these claims, nor did the Settlement Administrator advise the firm of the status of this claim. On January 2, 2014, the undersigned's office happened to delve further into the claims files on the Settlement Administrator's web portal and discovered that these claims had in fact been "closed" on November 7, 2014 as late submissions.

5.      CAP No. 2013-6 was issued on January 2, 2014, and allows claimants who filed at least one claim by the deadline or have a claim "in progress" to submit completed claims by January 15, 2014. Fortunately, CAP No. 2013-6 does in fact apply to three of the seven Claimants whose claims were submitted to Brown Greer on November 7, 2013; therefore, the undersigned is not seeking an extension of the deadline for those Claimants and they are not listed on Exhibit A. Unfortunately, after discussions with Brown Greer, it appears that there are four (4) Claimants to

remaining clients to whom CAP No. 2013-6 does not apply as none of their claims were submitted or started by the deadline. These are the four Claimants listed on Exhibit A.

6.      Claimants were all registered prior to the July 8, 2013 registration deadline and are eligible for benefits under one or more of the settlements reached in this litigation.

7.      Local Rule 7.8 allows for the Court's discretion in extending deadlines upon motion and for good cause shown. Under Fed. R. Civ. P. 6(b)(2), where the deadline has passed, a district court may enlarge the period and permit the tardy act where the omission is the result of excusable neglect. Specifically, the Supreme Court identified a nonexclusive list of factors the district court should consider when determining excusable neglect: (1) the danger of the prejudice to the non-movant, (2) the length of the delay and its potential impact on judicial proceedings, (3) the reason for the delay, including whether it was within the reasonable control of the movant, and (4) whether the movant acted in good faith. *Pioneer Inv. Servs. v. Brunswick Assocs.,* 507 US 380, 391 (1993).

8.      In the proceeding at hand, no prejudice will result from the fourteen day extension to file the claim forms as no determinations have been made in any claims. Furthermore, as stated above, CAP No. 2013-6 was recently issued and allows claimants who filed at least one claim by the deadline or have a claim "in progress" to submit completed claims by January 15, 2014. The allowing of the late submission of Claimants' claims will result in no further prejudice than CAP No. 2013-6 allows, which is to say, no prejudice whatsoever.

For the above reasons, Claimants respectfully request this Honorable Court for a fourteen day extension and allow Claimants' claims e-mailed to the Settlement Administrator on November 7, 2013, to be considered timely submissions.

Dated: January 10, 2014

Respectfully submitted,


By:  /s/ Jordan L. Chaikin
           Jordan L. Chaikin
           Florida Bar Number 0878421
           **PARKER WAICHMAN LLP**
           3301 Bonita Beach Road, Suite 101
           Bonita Springs, Florida 34134
           Telephone: (239) 390-1000
           Facsimile: (239) 390-0055
           Email: jchaikin@yourlawyer.com

           *Counsel for Plaintiffs*


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Extend Deadline for Claim Submission has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of January, 2014.


           By:  /s/ Jordan L. Chaikin
               Jordan L. Chaikin

# EXHIBIT A

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Claimant ID | Name | Affected Property Address | City | State | Zip | County | Type of Claim | Claim Submission Status on Portal |
| 2 | 108470 | Sindhu, Sarbjit | 21122 Sprouse Circle | Humble | TX | 77338 | Harris | Knauf Other Loss (Remediation claim through Pilot Program but Work Authorization not yet submitted) | Claim Form Submitted (closed for late submission) |
| 3 | 108327 | Vieau, Mark | 11842 Bayport Lane #2103 | Fort Myers | FL | 33908 | Lee | Global/Banner (Mixed Board Property) (Participating Defendants) | Claim Form Submitted (closed for late submission) |
| 4 | 108212 | Schmidt, Dale | 99 Vivante Blvd. # 9944 | Punta Gorda | FL | 33950 | Charlotte | Knauf Other Loss Only | Claim Form Submitted (closed for late submission) |
| 5 | 108184 | Scocco, Bart | 3330 NW 39th Lane | Cape Coral | FL | 33993 | Lee | Global/Banner Repair & Relocation (participating Defendant(s)) | Claim Form Submitted (closed for late submission) |

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDLN0.2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:  ALL CASES | |

## AFFIDAVIT OF APRIL S. GOODWIN

STATE OF FLORIDA

COUNTY OF LEE

BEFORE ME, the undersigned authority, personally appeared April S. Goodwin who,

after being duly sworn, deposed as follows:

1.  My name is April S. Goodwin I am of sound mind, capable of making this affidavit, over the age of eighteen years, and am personally acquainted with the facts stated herein:

2.  I am the associate attorney at Parker Waichman working on the firm's Chinese drywall docket.

3.  Parker Waichman represents approximately 635 claimants in the Chinese drywall MDL and I was charged with ensuring these claimants' claims were all timely filed and in fact worked up until the deadline of 11:59 P.M. CST on October 25, 2013, double and triple checking to make sure none of our clients with a valid claim had been missed.

4.  On the afternoon of October 29, 2013, while uploading supporting documents to the Brown Greer web portal I realized that despite our diligent efforts to file all

timely claims, we had failed to submit at least two of our clients with valid claims to one or more settlements.

5.  I immediately contacted Brown Greer via e-mail and when I received I response from them, I immediately followed their instructions regarding those claimants.

6.  On November 5, 2013, I received another e-mail from Brown Greer with more formal instructions regarding claimants who had been registered but not timely submitted claims. At that time I did another check of our cases and discovered five additional claimants whose claims had not been timely filed for a total of seven claimants with valid, yet unfiled, claims.

7.  On November 7, 2013, I complied with the instructions per the November 5, 2013 e-mail which included e-mailing Brown Greer the claim forms that had not been timely submitted.

8.  I did not receive a response to my e-mail with attached the untimely claims, but in the days following my November 7, 2013 submission of the late claims, I checked the status of the claims in the Brown Greer Portal ("Portal") and they had been changed from "Registration Form Submitted" to either "Claim Form Submitted" or "Claim Form in Progress."

9.  To date, I have not received denial notices or any other notification regarding the claims of these specific claimants.

10. After receiving CAP No. 2013-6 on January 2, 2014, I noticed that the November 7, 2013 claims that were "Claim Form in Progress" had not changed to "Claim Form Submitted" as I had expected they would. After further investigation on the Portal I discovered that all of the claims I had e-mailed to Brown Greer on November 7, 2013 had in fact been "closed" for late submission on November 7, 2013.

11. I immediately contacted Brown Greer and spoke with Jacob Woody and Katie Hamilton regarding this issue. Mr. Woody stated he would investigate whether CAP No. 2013-6 would allow any of the November 7, 2013 claims to be filed now.

12. On January 6, 2014, Mr. Woody and Ms. Hamilton informed me that CAP No. 2013-6 would allow for the submission of claims for two of the claimants I had submitted on November 7, 2013, because they had other claims "in progress" and that any claimants with Knauf Remediation claims that received their offers via the Pilot Program, but not yet submitted releases for their Remediation claim would in fact be covered by the Pilot Program provided they timely submitted their releases per CAP No. 2013-6.

13. Based on the above, Parker Waichman has a total of four (4) claimants who have valid Banner/Global Repair and Relocation or Knauf Other Loss Fund claims that

were not submitted until November 7, 2013, approximately 14 days after the deadline for submission. These claimants and their claims are listed on Exhibit A, attached.

14.    The claimants were all registered prior to the July 8, 2013 deadline for registration and have all provided Parker Waichman with the information necessary to submit their claims.

15.    The failure of the claims to be timely submitted is 100% the fault of the Affiant and in no way due to any action or lack thereof on the part of the claimants themselves.

FURTHER AFFIANT SAITH NAUGHT.

APRIL S. GOODWIN

STATE OF FLORIDA        )
COUNTY OF LEE           )

BEFORE ME, the undersigned authority, personally appeared April S. Goodwin who is personally known to me and who did take an oath and states that she has read the foregoing Affidavit and that the statements contained therein are true and correct to the best of her belief.

SWORN TO AND SUBSCRIBED before me this __10th__ day of January 2014.

Jeanetta Whelan
Notary Public, State of Florida

Jeanetta Whelan
Print Name

My Commission expires:

8/14/2016


JEANETTA WHELAN
MY COMMISSION # EE 224747
EXPIRES: August 14, 2016
Bonded Thru Notary Public Underwriters

# EXHIBIT C

**Goodwin, April S.**

| | |
|---|---|
| **From:** | Goodwin, April S. |
| **Sent:** | Tuesday, October 29, 2013 4:38 PM |
| **To:** | 'Katie Hamilton' |
| **Subject:** | RE: Unsubmitted Claims |

Thank you!

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com

=========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=========================================================

**From:** Katie Hamilton [mailto:khamilton@browngreer.com]
**Sent:** Tuesday, October 29, 2013 4:38 PM
**To:** Goodwin, April S.; CDWQuestions
**Subject:** RE: Unsubmitted Claims

HI April,

You may send an email or letter to CDWQuestions@browngreer.com and we will add your name and clients to the list we are maintaining.  Provide the CIDs and explanation as to why you did not file claims. We don't know if any will be accepted but we will alert the Parties to the requests so it doesn't hurt to try.

Thanks!
Katie

**From:** Goodwin, April S. [mailto:agoodwin@yourlawyer.com]
**Sent:** Tuesday, October 29, 2013 4:24 PM
**To:** CDWQuestions
**Subject:** Unsubmitted Claims

I just realized that I did not submit claims for two of my registered claimants who do in fact have viable claims (one to Global & Banner and one to KPT Other Loss Fund). Do you know if late claims will be accepted for good cause shown as late registrations were and if so, what the procedure for applying for late submission will be?

Thank you!

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com

========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If
the reader of this message is not the intended recipient, you are hereby notified that any dissemination,
distribution, printing or copying of this communication is strictly prohibited. If you have received this
communication in error, please erase all copies of the message and its attachments and notify sender
immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy
including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice
being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule,
Parker Waichman LLP does not accept service by email.
========================================================

# EXHIBIT D

**Goodwin, April S.**

| | |
|---|---|
| From: | Goodwin, April S. |
| Sent: | Tuesday, October 29, 2013 5:13 PM |
| To: | 'CDWQuestions@browngreer.com' |
| Subject: | Unsubmitted Claims - |

Good afternoon,

I inadvertently did not submit claims for the following clients of mine:

Sarbjit Sindhu – CID  108470
Mark Vieau – CID 108327

It was not the fault of the homeowners, but an oversight on my part. I respectfully request that we be permitted to file claims for these homeowners so as not to punish my clients for our inadvertent mistake.

Please feel free to contact me if you require any additional information at this time.

Thank you,

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

# EXHIBIT E

**Goodwin, April S.**

| | |
|---|---|
| **From:** | CDWQuestions <CDWQuestions@browngreer.com> |
| **Sent:** | Tuesday, November 05, 2013 1:04 PM |
| **To:** | CDWQuestions |
| **Subject:** | Post 10/25/2013 Claims |

Dear Counsel,

You are receiving this email because you failed to submit claim forms for some or all of your clients by the claims filing deadline of 10/25/2013 and requested to file claim(s) past the deadline. We ask that you submit hard copy paper claim forms to the Settlement Administrator for these clients if you haven't done so already. We will present the claim forms and details of your circumstance to the Parties and the Court and await a determination. Please submit the hard copy paper claim forms to the Settlement Administrator by mail (address below) or email (CDWQuestions@browngreer.com).

Please upload any documentation substantiating your client's claim to their claimant profile through the Attorney Portal as soon as possible. If necessary, you may send your documentation by mail to the address below and we will link it for you.

Click this link to view and download hard copy claim forms, https://www3.browngreer.com/Drywall/Un-Secure/PaperForms.aspx.

Click this link to view the document requirements for each claim, https://www3.browngreer.com/Drywall/Un-Secure/Docs/Required_Documents_for_Claim_Types.pdf.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia 23260
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

# EXHIBIT F

## Goodwin, April S.

| | |
|---|---|
| **From:** | Goodwin, April S. |
| **Sent:** | Thursday, November 07, 2013 2:46 PM |
| **To:** | 'CDWQuestions@browngreer.com' |
| **Subject:** | Unsubmitted Claims |
| **Attachments:** | S. Sindhu Lost_Use_Sales_and_Rentals.pdf; S. Sindhu_Remediation.pdf; S. Sindhu-Other.pdf; Vieau CF-Non-Knauf_Repair_and_Relocation_Damages.pdf; Schmidt Misc Claim Form.pdf; Scocco Non-Knauf Repair and Relocation Claim Form.pdf; Yamamoto Non-Knauf Repair & Relocation Claim Form.pdf; Sullivan Non-Knauf Repair & Relocation Claim Form.pdf; Toran - Remediation Claim Form.pdf |

Good afternoon,

Attached please find the claim forms I inadvertently failed to submit by the October 25, 2013 deadline.

It was not the fault of the homeowners, but an oversight on my part. I respectfully request that we be permitted to file claims for these homeowners so as not to punish the claimants for my inadvertent mistake.

Please feel free to contact me if you require any additional information at this time.

Thank you,

April S. Goodwin
Attorney
Parker Waichman LLP
3301 Bonita Beach Road, Suite 101
Bonita Springs, Florida 34134
239-390-1000
239-390-8601 Direct
239-390-0055 Fax
www.yourlawyer.com
agoodwin@yourlawyer.com

===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===========================================================

# EXHIBIT G

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

**Home**

**News and Developments**

**Claims Administrator Procedures**

**Online Filing Tools**

**Settlement Agreements**

**Firm Administration**

**Claimant Management**

**Reporting**

**FAQ**

**Notices**

**Change Password / Email**

**Log Off**

Claimant Search

### Search

○ Specific Search    ○ Search All

Claimant ID: [ ]

Last Name/Business Name: sindhu

First Name: [ ]

SSN/EIN: ○ SSN        ○ EIN        ○ ITIN

### Affected Property

Property ID: [ ]

OR

Address1: [ ]

City: [ ]    State: [ ]    Zip Code: [ ]

**Search**

| Search Results: | | Page 1 of 1 (1 records) | | | | |
|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108470 | Sindhu, Sarbjit | | 9914 Sand Dollar Drive | Houston | TX | Claim Form Submitted |

1

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home

News and Developments

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password / Email

Log Off

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Claimant Search

### Search

⦿ Specific Search    ○ Search All

Claimant ID: [          ]

Last Name/Business Name: [vieau]

First Name: [          ]

SSN/EIN:  ○ SSN          ○ EIN          ○ ITIN

### Affected Property

Property ID: [          ]

OR

Address1: [          ]

City: [          ]    State: [  ▼]    Zip Code: [          ]

[Search]

| Search Results: | | Page 1 of 1 (1 records) | | | | |
|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108327 | Vieau, Mark | | 5994 North Pike Lake Road | Duluth | MN | Claim Form Submitted |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

Home

News and
Developments

Claims Administrator
Procedures

Online Filing Tools

Settlement
Agreements

Firm Administration

Claimant
Management

Reporting

FAQ

Notices

Change Password /
Email

Log Off

Get
ADOBE® Reader

You will need to have
Adobe® 7.0 or higher
to view Printed
Documents. To get
the latest Version of
Adobe Reader, click
the icon above.

Claimant Search

**Search**

◉ Specific Search   ○ Search All

Claimant ID: [                ]

Last Name/Business Name: [schmidt        ]

First Name: [              ]

SSN/EIN:  ○ SSN                    ○ EIN                    ○ ITIN

**Affected Property**

Property ID: [              ]

OR

Address1: [                    ]

City: [            ]   State: [   ▾]   Zip Code: [            ]

[ Search ]

| Search Results: | | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108212 | Schmidt, Dale | | 3606 Kings Mill Run | Rocky River | OH | Claim Form Submitted |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home

News and Developments

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password / Email

Log Off

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Claimant Search

**Search**

○ Specific Search   ○ Search All

Claimant ID: [        ]

Last Name/Business Name: [scocco]

First Name: [        ]

SSN/EIN:   ○ SSN          ○ EIN          ○ ITIN

**Affected Property**

Property ID: [        ]

OR

Address1: [        ]

City: [        ]   State: [   ▼]   Zip Code: [        ]

[Search]

| Search Results: | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108184 | Scocco, Bart | | 3330 NW 39th Lane | Cape Coral | FL | Claim Form Submitted |

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home

News and Developments

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password / Email

Log Off

**Get ADOBE® Reader**

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

**Claimant Search**

### Search

◉ Specific Search   ○ Search All

Claimant ID: [                    ]

Last Name/Business Name: [yamamoto          ]

First Name: [                    ]

SSN/EIN:   ○ SSN              ○ EIN              ○ ITIN

#### Affected Property

Property ID: [                    ]

OR

Address1: [                              ]

City: [              ]   State: [    ▾]   Zip Code: [              ]

[ Search ]

| Search Results: | | Page 1 of 1 (1 records) | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108346 | Yamamoto, Sean | | 932 Momax Street | Azusa | CA | Claim Form in Progress |

[1]

1/3/14                                          Claimant Search

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home

News and
Developments

Claims Administrator
Procedure

Online Filing Tools

Settlement
Agreements

Firm Administration

Claimant
Management

Reporting

FAQ

Notices

Change Password /
Email

Log Off

**Get ADOBE® Reader**

You will need to have
Adobe® 7.0 or higher
to view Printed
Documents. To get
the latest Version of
Adobe Reader, click
the icon above.

Claimant Search

### Search

◉ Specific Search     ○ Search All

Claimant ID: [          ]

Last Name/Business Name: [sullivan]

First Name: [          ]

SSN/EIN: ○ SSN          ○ EIN          ○ ITIN

#### Affected Property

Property ID: [          ]

OR

Address1: [          ]

City: [          ]     State: [   ▾]     Zip Code: [          ]

[Search]

| Search Results: | Page 1 of 1 (1 records) | | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant ID | Name | Business | Claimant Address | City | State | Claim Submission Status |
| 108005 | Sullivan, William | | 12623 20th St East | Parrish | FL | Claim Form in Progress |
| | | | 1 | | | |

1/1