UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| | |

## ORDER

The Court, having considered *Plaintiffs' Motion to Extend Deadline for Claim Submission* and supporting *Memorandum,* finds that Plaintiffs' motion should be granted and the settlement claims of Claimants identified in Exhibit "A", which were submitted to the Settlement Administrator in MDL 2047 via e-mail on November 7, 2013, should be considered to have been timely submitted; accordingly, it is,

**ORDERED** that *Plaintiffs' Motion to Extend Deadline for Claim Submission* is **GRANTED.**

Signed this ____ day of _____, 2014.

_____
Hon. Eldon E. Fallon
United States District Court Judge