UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * *

**PROPOSED AGENDA
FOR JANUARY 16, 2014 STATUS CONFERENCE**

- I. PRE-TRIAL ORDERS
- II. STATE COURT TRIAL SETTINGS
- III. STATE/FEDERAL COORDINATION
- IV. OMNIBUS CLASS ACTION COMPLAINTS
- V. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND
- VI. PILOT PROGRAM
- VII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS
- VIII. SHARED COSTS FUND
- IX. TAISHAN DEFENDANTS
- X. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS
- XI. HOBBIE, ET AL VS. RCR HOLDINGS, II, LLC, ET AL (SETTLEMENT)
- XII. PLAINTIFF AND DEFENDANT PROFILE FORMS
- XIII. FREQUENTLY ASKED QUESTIONS

XIV. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV. *PRO SE* CLAIMANTS

XVI. PHYSICAL EVIDENCE PRESERVATION ORDER

XVII. ENTRY OF PRELIMINARY DEFAULT

XVIII. ALREADY REMEDIATED HOMES

XIX. LOUISIANA ATTORNEY GENERAL

XX. NEXT STATUS CONFERENCE