UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Wilfred J. Duplessis, Jr. and Hedy H. Duplessis. **IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that the attorney for Mr. and Mrs. Duplessis review the correspondence and take appropriate action, if any.

New Orleans, Louisiana, this 13th day of January, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Wilfred J. Duplessis, Jr.
and Hedy H. Duplessis
4727 Press Drive
New Orleans, LA 70126

Joseph Bruno
*Bruno & Bruno*
855 Baronne Street
New Orleans, LA 70113