UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Robert and Lois Deane. **IT IS ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and take appropriate action to hasten the resolution of the matter.

New Orleans, Louisiana, this 13th day of January, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Robert and Lois Deane
Palm Isle Estates
2225 S.E. 20th Avenue
Homestead, FL 33035