January 8, 2014
2225 SE 20th Ave.
Homestead, Florida 33035

RECEIVED
JAN 13 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, LA 70130

Dear Judge Fallon:

My husband is 75 and I am 70 and we have been married for 49 years. In 2006, my husband was diagnosed with prostate cancer. The testing found pockets of asbestosis in his lungs, along with some nodules. My husband is a Navy veteran and it was during his enlistment that he was exposed to asbestos. Praying for survival, we decided to make our dream a reality and build our home in Florida. The house we built was found to have Knauf Chinese drywall. We allowed Knauf, along with our builder, South Kendall Construction to inspect our home in Feb. 2009 and the Center for Toxicology issued a 73 page booklet documenting our Chinese drywall. We hired the lawfirm of Colson, Hicks and Eidson in Miami to represent us.

Because of my husband's lung condition, we were very frightened and and did everything to expedite removal of the drywall, which meant self remediation. We contacted our attorneys before we began and they took videos, documented and "preserved evidence".

My husband and I allowed the attorney for Knauf, along with at least 20 of their inspectors, to come in to our home and completely peer in to every crevice, including the inside of my refrigerator, to make sure the house had been remediated. The hours that these people invaded our privacy was so intrusive that I finally passed out. At this, they left.

Further, my husband and I were deposed at Colson, Hicks law office The attorney and representatives for Knauf were present.

Our house is scarred and will never be the same. We paid $520,000 to build our house, Miami Dade values it at $14,868. The house is scarred and will never be the same. Our dream is our nightmare. We have totally complied with every aspect of this lawsuit. To date, we have received the initial award from Banner. We have received nothing from Knauf. Our attorneys have stated that they are trying to get us more more, but neighbors have already been compensated from Knauf, and are getting on with their lives.

We just need to know what we have to do to end this nightmare. I know you must be very busy and I am writing to you because I just don't know what else to do. Can you please advise us.

Respectfully,

Lois M. Deane

Robert and Lois Deane

CC: Colson, Hicks, Eidson



Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, LA 70130