UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. WILKINSON |
| State of Louisiana, *ex rel.* James D. ("Buddy") Caldwell, the Attorney General of Louisiana | * * * * | (#10-0340) |
| VERSUS     #10-0340 | * * | |
| Knauf Gips KG, et al | * * | |

**************************************

### NOTICE OF SUPPLEMENTAL AUTHORITY

**PLEASE TAKE NOTICE** of the attached decision of the United States Supreme Court in *Mississippi ex rel. Hood, Attorney General v. AU Optronics Corp., et al.,* Certiorari to the United States Court of Appeals for the Fifth Circuit, No. 12-1036, decided Jan. 14, 2014.

The State of Louisiana suggests that this decision is supplemental authority and may be dispositive of its pending Motion to Remand (Doc. 1636) filed on March 8, 2010.

72080-0001/LEGAL29026040.1

DATED this 14th day of January, 2014  Respectfully submitted,

**James D. "Buddy" Caldwell**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips (Bar Roll # 19978)
Sanettria Glasper Pleasant (Bar Roll #25396)
L. Christopher Styron (Bar Roll #30747)

Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Tele. (225) 326-6000
Fax:  (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, LA. Bar #12988
Trial Attorney
John F. Weeks, II, La. Bar 13309
1616 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

**Shows, Cali, Berthelot & Walsh, LLP**
E. Wade Shows, La. Bar #7637
Trial Attorney
John C. Walsh, La. Bar #24903
628 St. Louis Street
P.O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

**Perkins Coie LLP**

*s/ David L. Black*_____
David L. Black
1900 Sixteenth Street
Suite 1400
Denver, CO  80202-5255
(303) 291-2300

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Notice of Supplemental Authority has been served Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, and e-mail upon all parties by electronically uploading the same to FileAndServeXpress in accordance with Pretrial No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of January, 2014.

Respectfully submitted,

**PERKINS COIE LLP**

*s/ David L. Black*
    David L. Black