UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | |

## CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST BANNER SUPPLY CO.; BANNER SUPPLY COMPANY FORT MYERS, LLC; BANNER SUPPLY COMPANY POMPANO, LLC; BANNER SUPPLY COMPANY PORT ST. LUCIE, LLC; BANNER SUPPLY COMPANY TAMPA, LLC; AND BANNER SUPPLY INTERNATIONAL, LLC

In accordance with the Court's October 25, 2013 Order (Document No. 17229), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against Banner Supply Co.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC, in the above-referenced matter, with respect to all plaintiffs, except for the plaintiffs listed below:

    a.    Craig and Kelly Pisaris-Henderson; and

    b.    Bart Ziegler.

Class Counsel pray that any and all claims against Banner Supply Co.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC be dismissed with prejudice, except as set forth above.

Respectfully submitted,

Dated: January 15, 2014	/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of January, 2014.

      /s/ Leonard A. Davis
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Ave.
      New Orleans, LA  70113
      PH:  (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni I\Banner\Motion to dismiss (excluding opt outs) - Banner et al.wpd

3