UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | |

## ORDER

Upon consideration of Class Counsel's Motion to Dismiss Claims, with Prejudice Against Banner Supply Co.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    Craig and Kelly Pisaris-Henderson; and

    b.    Bart Ziegler

shall have their claims against Banner Supply Co.; Banner Supply Company Fort Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

 

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**