UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## **ORDER**

Upon consideration of Class Counsel's Motion to Dismiss Claims, with Prejudice Against Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    Candice DeBruin;
    b.    Albert and Anne Haas; and
    c.    Xiao Cai and Kim Ung.

shall have their claims against Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2014.

 

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**