UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | |

**CLASS COUNSEL'S MOTION TO DISMISS
CLAIMS, WITH PREJUDICE AGAINST GUANGDONG
KNAUF NEW BUILDING MATERIALS PRODUCTS CO.,
LTD.; KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN)
CO., LTD.; AND KNAUF PLASTERBOARD (WUHU) CO., LTD.**

In accordance with the Court's October 25, 2013 Order (Document No. 17229), Class

Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto,

dismissing, with prejudice the claims against Guangdong Knauf New Building Materials Products

Co., Ltd.; Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; and Knauf Plasterboard (Wuhu)

Co., Ltd., in the above-referenced matter, with respect to all plaintiffs, except for the plaintiffs listed

below:

     a.    Candice DeBruin;
     b.    Albert and Anne Haas;
     c.    Mary Louise Pentecost;
     d.    Andrew B. and Valerie K. Pipkin;
     e.    Craig and Kelly Pisaris-Henderson;
     f.    Randy and Pamela Raborn;
     g.    Matthew and Tracy Tures;
     h.    Xiao Cai and Kim Ung; and
     i.    Bart Ziegler.

Class Counsel pray that any and all claims against Guangdong Knauf New Building

Materials Products Co., Ltd.; Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; and Knauf

Plasterboard (Wuhu) Co., Ltd. be dismissed with prejudice, except as set forth above.

Respectfully submitted,

Dated: January 15, 2014                     /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                            HERMAN, HERMAN & KATZ, LLC
                                            820 O'Keefe Avenue
                                            New Orleans, LA 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            ldavis@hhklawfirm.com
                                            *Plaintiffs' Liaison Counsel in MDL 2047*
                                            *and Class Counsel*

                                            Arnold Levin (On the Brief)
                                            Fred S. Longer (On the Brief)
                                            LEVIN, FISHBEIN, SEDRAN & BERMAN
                                            510 Walnut Street, Suite 500
                                            Philadelphia, PA 19106
                                            Phone: (215) 592-1500
                                            Fax: (215) 592-4663
                                            alevin@lfsblaw.com

                                            *Plaintiffs' Lead Counsel in MDL 2047*
                                            *and Class Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of January, 2014.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com