UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | |

### CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST L&W SUPPLY CORPORATION; L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY; AND USG CORPORATION

In accordance with the Court's October 25, 2013 Order (Document No. 17229), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against L&W Supply Corporation; L&W Supply Corporation d/b/a Seacoast Supply; and USG Corporation, in the above-referenced matter, with respect to all plaintiffs, except for the plaintiffs listed below:

    a.    Joe Arnold; and
    b.    Jeffrey and Diane Weller.

Class Counsel pray that any and all claims against L&W Supply Corporation; L&W Supply Corporation d/b/a Seacoast Supply; and USG Corporation be dismissed with prejudice, except as set forth above.

                                          Respectfully submitted,

Dated: January 15, 2014                /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819)
                                          Leonard A. Davis, Esquire (Bar No. 14190)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN & KATZ, LLC
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          ldavis@hhklawfirm.com
                                          *Plaintiffs' Liaison Counsel in MDL 2047*
                                          *and Class Counsel*

                                          Arnold Levin (On the Brief)
                                          Fred S. Longer (On the Brief)
                                          LEVIN, FISHBEIN, SEDRAN & BERMAN
                                          510 Walnut Street, Suite 500
                                          Philadelphia, PA 19106
                                          Phone: (215) 592-1500
                                          Fax: (215) 592-4663
                                          alevin@lfsblaw.com

                                          *Plaintiffs' Lead Counsel in MDL 2047*
                                          *and Class Counsel*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of January, 2014.

              /s/ Leonard A. Davis
              Leonard A. Davis
              Herman, Herman & Katz, LLC
              820 O'Keefe Ave.
              New Orleans, LA 70113
              PH: (504) 581-4892
              Fax: (504) 561-6024
              ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni I\L&W\Motion to dismiss (excluding opt outs) - L&W et al.wpd

3