UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Class Counsel's Motion to Dismiss Claims, with Prejudice Against Southwell Homes, LLC and Springhill, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    Slidell Property Management, LLC (John Campbell).

shall have their claims against Southwell Homes, LLC and Springhill, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**