UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | |

## SETTLEMENT ADMINISTRATION FIRST STATUS REPORT FOR THE FOUR VIRGINIA-BASED SETTLEMENTS

Special Master Matthew L. Garretson submits this first report to inform the Court of the

status of the Chinese Drywall Four Virginia-Based Settlements as of January 15, 2014.

**Real Property Claim Form Submissions**

In accordance with the Court's October 24, 2013 order, the Special Master issued Real Property Claim Forms to 700 potential class members identified by Class Counsel.  (Dkt. 17208).  Per the Court's order, the deadline for submitting Real Property Claim Forms to the Special Master was December 16, 2013.  *Id.*  In an effort to ensure that all potential class members have the opportunity to participate in the settlement, potential class members who submitted incomplete Real Property Claim Forms will be given the opportunity to correct their Real Property Claim Form submissions, to the degree that they are deficient.  The Special Master and Class Counsel encouraged potential class members to timely submit Real Property Claim Forms in order to preserve their claims, even if they did not have all required supporting documentation.  The Special Master received 346 Real Property Claim Form submissions and has not received any requests from potential class members to permit late filing.

The Special Master has completed Initial Reviews for 200 of the Real Property Claim forms that were submitted.  Initial Reviews consist of collecting the following data points from each claim form:

1. The Name and Mailing Address of Each Claimant
2. The Name and Address of the Claimant's Attorney (if applicable)
3. The Affected Property Address
4. The Claimant's Other Loss Selections

The Real Property Claim Form gave potential class members the option of submitting claims under each of the settlements in addition to an option for "other" defendants.  Because potential class members could select multiple settlements, the total number of claims made under the settlements exceeds the number of Real Property Claim Forms that were submitted.  The following chart lists the percentage of claims asserted under each settlement, for the Real Property Claim Forms for which the Special Master has processed this information:

2

| Settlement | Percentage of Reviewed Claims |
|---|---|
| Nationwide | 45.56% |
| Porter Blaine / Venture | 58.89% |
| Tobin Trading / State Farm | 30.00% |
| Installers / State Farm | 8.89% |
| Builders Mutual | 31.11% |
| Other | 20.00% |

**Other Loss Claim Form Submissions**

  The Real Property Claim Form instructed each potential class member to select which types of Other Losses he or she intended to claim and notified each potential class member that he or she would be sent a second claim form corresponding to these selections.  In accordance with this Court's order dated December 9, 2013 and based on the selections that potential class members made on their Real Property Claim Forms, the Special Master issued Other Loss Claim Forms to 91 potential class members on January 9, 2014.  (Dkt. 17319).  Attorney Richard J. Serpe, whose firm represents 185 of the 346 potential class members involved in the four Virginia-based settlements, requested that his firm issue the Other Loss Claim Forms to the potential class members whom his firm represents.  The Special Master's January 9, 2014 Other Loss Claim Form mailing issued Other Loss Claim Forms to all remaining potential class members who requested Other Loss Claim Forms.  The following table lists the percentage of claims by Other Loss type for the 200 Real Property Claim Forms for which the Special Master has completed an Initial Review.  Because potential class members could select more than one type of Other Loss, the number of Other Loss Claim Form requests exceeds the number of corresponding potential class members.

| Other Loss Claim Type | Percentage of Reviewed Claims |
|---|---|
| Foreclosure | 8.50% |
| Sale in Mitigation | 7.50% |
| Alt. Living Expenses | 20.00% |
| Tenant Losses | 8.00% |

3

| Bodily Injury | 10.50% |
|---|---|
| Personal Property | 38.50% |
| Other | 38.50% |
| No Other Loss Claim Form Requested | 37.50% |

The Other Loss Claim Forms must be submitted to the Special Master on or before March 17, 2014.  In an effort to ensure that all potential class members have the opportunity to submit Other Loss claims, potential class members who submit incomplete Other Loss Claim Forms will be given the opportunity to correct their Other Loss Claim Form submissions, to the degree that they are deficient.

**Communications with Potential Class Members, Counsel, and Brown Greer**

The Special Master established the electronic mail account chinesedrywall@garretsongroup.com to receive and respond to questions from potential class members and their counsel.  The Special Master has received and responded to 30 inquiries submitted via chinesedrywall@garretsongroup.com, relating primarily to questions about completing the Real Property Claim Form and requesting confirmation that the Special Master has received potential class members' completed Real Property Claim Forms.  The Special Master has also maintained communications with Brown Greer to ensure consistency between the Four Virginia-Based Settlements and the other MDL settlements.

**Summary of Key Accomplishments to Date**

The following is a summary of key accomplishments to date in the administration of the Four Virginia-Based Settlements:

1. Real Property Claim Form finalized, approved by this Court on October 24, 2013.

2. Issued Real Property Claim Forms to 700 potential class members identified by Class Counsel on November 5, 2013.

3. Other Loss Claim Form finalized, approved by this Court on December 9, 2013.

4. The Real Property Claim Form submission deadline occurred on December 16, 2013; a total of 346 Real Property Claim Forms were submitted.

5. Issued Other Loss Claim Forms to 91 potential class members on January 9, 2014.

**Upcoming Settlement Administration Milestones**

The Special Master will continue to review the Real Property Claim Form submissions in preparation for issuance of deficiency notices and allocation of Real Property funds within each settlement. The Real Property funds consist of 80% of funds available for distribution from each settlement and will be allocated in proportion to the square footage of class members' Affected Properties. The Special Master anticipates beginning to receive Other Loss Claim Form submissions in the upcoming period. The Other Loss funds will consist of no more than 20% of funds available for distribution in each settlement and will be allocated according to the Special Master's determinations under each Other Loss type, with any unused portion being distributed in the same manner as the Real Property funds.

**Conclusion**

The Special Master submits this first report to the Court in an effort to keep the Court apprised of the status of the Four Virginia-Based Settlements, which are underway and

proceeding according to schedule.  The Special Master will continue to periodically provide such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,


Dated: January 15, 2014

 /s/ Matthew L. Garretson, Esq.
Matthew L. Garretson, Esq.
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Phone: (513) 794-0400
mlg@garretsongroup.com
*Chinese Drywall Special Master*

6