UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the Court's request at the January 16, 2014 status conference, Settlement Class Counsel hereby submits and files of record the attached Power Point presentation by Special Master Matthew L. Garretson regarding the Four Virginia-Based Settlements.

1

Respectfully submitted,

Dated: January 16, 2014         /s/ Russ M. Herman
                                Russ M. Herman, Esquire (Bar No. 6819)
                                Leonard A. Davis, Esquire (Bar No. 14190)
                                Stephen J. Herman, Esquire (Bar No. 23129)
                                HERMAN, HERMAN & KATZ, LLC
                                820 O'Keefe Avenue
                                New Orleans, LA 70113
                                Phone: (504) 581-4892
                                Fax: (504) 561-6024
                                Ldavis@hhklawfirm.com
                                *Plaintiffs' Liaison Counsel in MDL 2047*
                                *And Class Counsel*

                                Arnold Levin
                                Fred S. Longer
                                Sandra L. Duggan
                                Matthew C. Gaughan
                                LEVIN, FISHBEIN, SEDRAN &BERMAN
                                510 Walnut Street, Suite 500
                                Philadelphia, PA 19106
                                Phone: (215) 592-1500
                                Fax: (215) 592-4663
                                Alevin@lfsblaw.com
                                *Plaintiffs' Lead Counsel in MDL 2047*
                                *And Class Counsel*

                                Richard Serpe
                                Law Offices of Richard J. Serpe
                                Crown Center, Suite 310
                                580 East Main Street
                                Norfolk, VA 23510-2322
                                Phone: (757) 233-0009
                                Fax: (757) 233-0455
                                rserpe@serpefirm.com
                                *Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of January, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*