

**Chinese-Manufactured Drywall Products Liability Litigation**

January, 2014

Confidential – Not for Distribution

# Agenda



- Summary of Status
- Real Property Claims
- Other Loss Claims
- Communications
- Conclusion

Confidential – Not for Distribution

# Overview Status

## Summary of Key Accomplishments to Date

- *Allocation Plan approved by this Court, July 9, 2013*
- *Completed administration of non-class Torres and Ramirez settlements*
- *Established QSF accounts for the Four Virginia-Based Settlements*
- *Real Property Claim Form finalized, approved by this Court October 24, 2013*
- *Issued 700 Real Property Claim Forms on November 5, 2013*
- *Other Loss Claim Form finalized, approved by this Court December 9, 2013*
- *Real Property Claim Form submission deadline – December 16, 2013*
- *Issued 91 Other Loss Claim Forms on January 9, 2014*

Confidential – Not for Distribution

# Real Property Claims

## Overview

- *Real Property claims account for 80% of each settlement*
- *Allocation will be based on square footage*
- *700 potential class members identified by Class Counsel*
- *Real Property Claim Forms issued to all potential class members identified by Class Counsel*
- *Deadline for submission was December 16, 2013*
  - *346 Real Property Claim Forms timely submitted*
  - *Claimants were encouraged to submit claim forms timely, even if they were still in the process of obtaining supporting documentation*
  - *No late submission requests*
- *Status: Reviews are in process*

Confidential – Not for Distribution

# Real Property Claims



## Real Property Claim Form Review

- *346 Claim Forms submitted*
- *Initial Reviews completed for 200 claims:*
  - *Claimant Name and Mailing Address*
  - *Counsel Name and Address*
  - *Affected Property Address*
  - *Other Loss Selections*
- *Potential class members will have the opportunity to correct deficiencies*
- *Next steps:*
  - *Detailed Review*
  - *Deficiency Issuance*
  - *Deficiency Cure Period*
  - *Allocation*

Confidential – Not for Distribution

# Defendants / Settlements

**The Four Virginia-Based Settlements consist of claims against 60 possible defendants across four settlement funds, as follows:**

| | |
|---|---|
| Nationwide Insureds Settlement | $10,000,000 |
| Builders Mutual Insureds Settlement | $1,700,000 |
| Porter-Blaine/Venture Settlement | $3,000,000 |
| Tobin Trading, Inc., Builders Plaster & Drywall, LLC, JMM Drywall Co. LLC, and Participating Insurers Settlement* | $2,700,000 |

The Real Property Claim Form instructed potential class members to select from among 60 defendants across the four settlement funds. These selections will assist the Special Master in determining which settlements potential class members are eligible to recover from and the type of proof required for each.

*Note: The class settlement with State Farm has two separate pools of funds with different proof requirements. The first pool is for class members with claims against Tobin Trading. The second pool is for class members with claims against two installers insured by State Farm. Class members may be eligible to receive compensation from both pools if they meet the proof requirements.*

Confidential – Not for Distribution

# Real Property Claims by Claimed Settlement

| Settlement | Percentage of Reviewed Claims |
|---|---|
| Nationwide | 45.56% |
| Porter Blaine / Venture | 58.89% |
| Tobin Trading / State Farm | 30.00% |
| Installers / State Farm | 8.89% |
| Builders Mutual | 31.11% |
| Other | 20.00% |

Confidential – Not for Distribution

# Other Loss Claims



## Overview

- *Other Loss claims account for no more than 20% of each settlement*
- *Allocation will be based on the Special Master's determinations for each type of Other Loss*
- *Other Loss Claim Forms are issued according to each potential class members' selections on the Real Property Claim Form*
- *The Special Master issued 91 Other Loss Claim Forms on January 9, 2014*
- *Additional Other Loss Claim Forms will be issued by plaintiffs' counsel*
- *Deadline for submission is March 17, 2014*
- *Status: Claim submission is in process*

Confidential – Not for Distribution



## Other Loss Claim Types

- *Pre-Remediation Alternative Living Expenses*
- *Foreclosures*
- *Sales in Mitigation*
- *Tenant Losses*
- *Bodily Injury*
- *Personal Property*
- *Other Loss*

Confidential – Not for Distribution

# Claims by Other Loss Type

| Other Loss Claim Type | Percentage of Reviewed Claims |
|---|---:|
| Foreclosure | 8.50% |
| Sale in Mitigation | 7.50% |
| Alt. Living Expenses | 20.00% |
| Tenant Losses | 8.00% |
| Bodily Injury | 10.50% |
| Personal Property | 38.50% |
| Other | 38.50% |
| No Other Loss Claim Form Requested | 37.50% |

Confidential – Not for Distribution

# Communications

- **Email Communications**
  - The Special Master established a dedicated email account for potential class members and their counsel to communicate with the Special Master
  - The Special Master has received and responded to 30 email inquiries
  - Common questions
    - Request for assistance with completing the claim forms
    - Confirmation of receipt of submitted claim forms

- **Weekly Conference Call**
  - The Special Master hosts a weekly conference call with Class Counsel to report on the status of the settlement and to communicate key issues

- **Communications with Brown Greer**
  - The Special Master is in regular communication with Brown Greer to ensure consistency between the Four Virginia-Based Settlements and the other MDL settlements

Confidential – Not for Distribution

# Next Steps



## Upcoming Settlement Administration Milestones

- *Continued review of Real Property Claim Forms*
  - *Initial Reviews nearing completion*
  - *Full Reviews in process*
  - *Proof Requirement Reviews will begin this period*
- *Other Loss Claim Form Intake and Review*
- *Real Property Claim Form Deficiency Notice Issuance*
- *Real Property Claim Form Deficiency Cure Period*
- *Real Property Allocation*

Confidential – Not for Distribution

# Conclusion



**On track to achieve objectives:**

- *Expedited claims submission process*
  - *Phase 1: Real Property Claims*
  - *Phase 2: Other Loss Claims*
- *Three-tier review process enables concurrent execution of project phases*
  - *Initial Review*
  - *Full Review*
  - *Proof Review*
- *Fast timeline to payment*

**Current status:**

- *346 total claims*
- *Real Property Claim Form Review in Process*
- *Other Loss Claim Form Submission in Process*

Confidential – Not for Distribution