UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | |

## CLASS COUNSEL'S MOTION TO WITHDRAW PLEADINGS

Class Counsel moves to withdraw their January 15, 2014 filing of the following pleadings, due to a typographical error: Class Counsel's Motion to Dismiss Claims, with Prejudice against Southwell Homes, LLC and Springhill, LLC (Document No. 17391); Memorandum of Law in Support (Document No. 17391-1); Proposed Order (Document No. 17391-2) and Notice of Hearing (Document No. 17391-3).

We have amended the error and will be filing the corrected documents.

Wherefore, Class Counsel respectfully requests that the Court withdraw the above-referenced pleading.

Respectfully submitted,

Dated: January 17, 2014

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

>Arnold Levin (On the Brief)
>Fred S. Longer (On the Brief)
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>alevin@lfsblaw.com
>
>*Plaintiffs' Lead Counsel in MDL 2047
>and Class Counsel*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2014.

>/s/ Leonard A. Davis
>Leonard A. Davis
>Herman, Herman & Katz, LLC
>820 O'Keefe Ave.
>New Orleans, LA  70113
>PH:  (504) 581-4892
>Fax:  (504) 561-6024
>ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni I\Southwell Homes and Springhill LLC\Motion to Withdraw\Motion to Withdraw Original Pleading for Southern Homes and Springhill LLC due to typo.wpd

2