UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Class Counsel's Motion to Withdraw Pleadings;

IT IS ORDERED BY THE COURT that Class Counsel's Motion to Dismiss Claims, with Prejudice against Southwell Homes, LLC and Springhill, LLC (Document No. 17391); Memorandum of Law in Support (Document No. 17391-1); Proposed Order (Document No. 17391-2) and Notice of Hearing (Document No. 17391-3) be withdrawn from the record.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**