UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | |

**CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE
AGAINST SOUTHERN HOMES, LLC AND SPRINGHILL, LLC**

In accordance with the Court's October 25, 2013 Order (Document No. 17229), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against Southern Homes, LLC and Springhill, LLC, in the above-referenced matter, with respect to all plaintiffs, except for the plaintiff listed below:

a. Slidell Property Management, LLC (John Campbell).

Class Counsel pray that any and all claims against Southern Homes, LLC and Springhill, LLC be dismissed with prejudice, except as set forth above.

                                                    Respectfully submitted,

Dated: January 17, 2014                /s/ Russ M. Herman
                                                  Russ M. Herman, Esquire (Bar No. 6819)
                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                  HERMAN, HERMAN & KATZ, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, LA 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  ldavis@hhklawfirm.com
                                                  *Plaintiffs' Liaison Counsel in MDL 2047*
                                                  *and Class Counsel*

                                                  Arnold Levin (On the Brief)
                                                  Fred S. Longer (On the Brief)
                                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                  510 Walnut Street, Suite 500
                                                  Philadelphia, PA 19106
                                                  Phone: (215) 592-1500
                                                  Fax: (215) 592-4663
                                                  alevin@lfsblaw.com
                                                  *Plaintiffs' Lead Counsel in MDL 2047*
                                                  *and Class Counsel*

## CERTIFICATE OF SERVICE

   I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of January, 2014.

            <u>/s/ Leonard A. Davis</u>
            Leonard A. Davis
            Herman, Herman & Katz, LLC
            820 O'Keefe Ave.
            New Orleans, LA  70113
            PH:  (504) 581-4892
            Fax:  (504) 561-6024
            ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni I\Southern Homes and Springhill LLC\NEW MOTION TO DISMISS\Motion to dismiss (excluding opt outs) - Southern Homes and Springhill LLC et al.wpd

3