UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La) OMNI I, I(A), I(B), I(C) | JUDGE FALLON MAG. JUDGE WILKINSON |

## <u>ORDER</u>

Upon consideration of Class Counsel's Motion to Dismiss Claims, with Prejudice Against Southern Homes, LLC and Springhill, LLC;

IT IS ORDERED that all plaintiffs, in the above-captioned action, with the exception of:

a.      Slidell Property Management, LLC (John Campbell).

shall have their claims against Southern Homes, LLC and Springhill, LLC dismissed with prejudice.

Each side shall bear their owns costs.

New Orleans, Louisiana, this ___ day of _____, 2014.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**