UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: <br> *ALL ACTIONS* | |

### CLASS COUNSEL'S RESPONSE TO PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR CLAIMS SUBMISSION

Class Counsel hereby responds to Plaintiffs' Motion to Extend Deadline for Claims Submission (Rec.Doc. 17380). For the reasons set forth below, Class Counsel submit that an exception to the Court's claims deadline should be permitted to allow the untimely submitted claim forms of claimants to be considered by the Claims Administrator.

Following the February 7, 2013 entry of this Court's Order finally approving the five interrelated settlements, a claims administration process was instituted to administer the claims. Pertinent to the instant motion, this Court set a claims submission deadline which was twice extended until October 25, 2013. After two lengthy extensions, this final deadline was intended to be the last date by which eligible class members in the five interrelated settlements that had registered for the settlements could submit their claim for processing by the Claims Administrator, Brown Greer.

All the parties recognize the need to have a final claims submission deadline in order to permit the speedy and expeditious processing of the claims. To continuously extend the deadline would invite delay and unnecessarily impede the progress of the claims administration process. Thus, the October 25, 2013 was properly established and justifiably enforced.

The motion filed by claimants represented by Parker Waichman demonstrates a calculated effort to comply with the Court's deadlines. Parker Waichman has demonstrated that each of the claimants timely registered for the claims administration process. In addition, Parker Waichman has demonstrated that the failure of the claimants to timely submit their claims forms was made solely through the excusable neglect of its counsel, and once that error was detected, counsel immediately took steps to correct their errors by submitting completed claim forms. Although the claim forms were not timely submitted, the fact that they are already in the possession of the Claims Administrator reflects the appropriate diligence expected by counsel that are attempted to cure their earlier neglect. Under these circumstances, class counsel believe that the claimants should not suffer any prejudice as a result of the error of their counsel.

Further, based upon representations of the Claims Administrator at the January 16, 2014 status conference, it appears that the claims review process is still ongoing and is not expected to be completed until January 31, 2014. As the claims review process can absorb the instant claimants prior to that time without any hardship, there is no prejudice to any other claimants or the claims administration process.

Accordingly, the class counsel believe that excusable neglect having been shown under these specific circumstances, the extension of the deadline should be granted.

Respectfully submitted,

Dated: January 21, 2014          /s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of January, 2014.

                /s/ Leonard A. Davis
                Leonard A. Davis, Esquire
                HERMAN, HERMAN & KATZ, LLC
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                Ldavis@hhkc.com
                *Plaintiffs' Liaison Counsel in MDL 2047*
                *Co-counsel for Plaintiffs*