UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>DEMPSTER. et. al, (C.A. 09-5482) | |

## NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiffs, Barry Dempster, Annette Dempster, and Jarrod Dempster, through undersigned counsel, hereby dismiss, with prejudice, all of their claims asserted against Defendant, Lowe's Home Centers, Inc. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

LEMMON LAW FIRM, L.L.C.

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (Bar No. 18302)
HARRY T. LEMMON (Bar No. 08311)
IRMA L. NETTING (Bar No. 29362)
15058 River Road
P.O. Box 904
Hahnville, Louisiana 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
Email: andrew@lemmonlawfirm.com

And

JACK LANDSKRONER
Landskroner Grico Madden, LLC
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  (216) 522-9000
Fax:  (216) 522-9007
Email:  jack@landskronerlaw.com

*Counsel for Plaintiffs, Barry Dempster, Annette Dempster and Jarrod Dempster*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 22nd day of January, 2014.

*/s/ Andrew A. Lemmon*