**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This document relates to *Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

**ORDER**

Considering the foregoing motion, IT IS HEREBY ORDERED that Anderson Kill P.C.'s Motion for Leave to Submit Time Under Pre-Trial Order Nos. 9, 9A, and 28 is granted.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
Honorable Eldon E. Fallon
United States District Judge