UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## PRETRIAL ORDER 28(A)

On January 10, 2014, this Court entered Pretrial Order 28 regarding attorney fee and cost reimbursement guidelines (Doc. No. 17379). Therein, by no later than March 7, 2014, any counsel and their respective law firm that seeks compensation for common benefit attorney fees and reimbursement of expenses were required to deliver to the Fee Committee a completed and signed Initial Affidavit for Compensation of Common Benefit Time and Reimbursement of Expenses. That Order is clarified as follows:

The Initial Affidavit (Exhibit "A" to the Order of January 10, 2014, Rec. Doc. 17379) that is to be delivered to the FC by no later than March 7, 2014, shall reflect all time submitted for work performed up to and including December 31, 2013 and expenses, which time and expense records must be submitted to Philip Garrett by no later than January 31, 2014. All other aspects of PTO 28 shall remain in effect.

New Orleans, Louisiana, this 27th day of January, 2014.

Eldon E. Fallon
United States District Court Judge