UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------------x
IN RE: : MDL NO. 2047
: SECTION: L
CHINESE MANUFACTURED DRYWALL :
PRODUCTS LIABILITY LITIGATION : JUDGE FALLON
:
: MAG. JUDGE WILKINSON
:
------------------------------------------------------------------------x

### ORDER

Considering Plaintiffs Richard A. Igercich and Kathy S. Igercich's Motion for Leave to File Document Under Seal;

And further considering that the documents that Plaintiffs request be filed under seal are protected by a confidentiality provision;

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion is GRANTED.

New Orleans, Louisiana this  15th  day of _____January_____, 2013.

_____
UNITED STATES DISTRICT JUDGE