1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF LOUISIANA

3   IN RE: CHINESE-MANUFACTURED      )
    DRYWALL PRODUCTS                 )
4   LIABILITY                        )
    LITIGATION                       )
5                                    ) CIVIL DKT NO. 09-MD-2047 "L"
                                     ) MONTHLY STATUS CONFERENCE
6                                    ) THURSDAY, DECEMBER 19, 2013
    This document relates to:        ) 9:00 A.M.
7   ALL CASES                        )
    *******************************

8

9

10          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

11       HEARD BEFORE THE HONORABLE ELDON E. FALLON

12              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER
21   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
22   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
23   susan_zielie@laed.uscourts.gov
     laedcourtreporter@gmail.com
24   504.589.7781

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

```
 1   APPEARANCES:

 2   FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:        BARRIOS, KINGSDORF & CASTEIX
 3                                  BY:  DAWN BARRIOS, ESQ.
                                    701 POYDRAS STREET, SUITE 3600
 4                                  NEW ORLEANS, LA 70139
                                    504.524.3300
 5
     PRO SE CURATOR:                ROBERT MURRAY JOHNSTON, ESQ.
 6                                  LAW OFFICES OF
                                      ROBERT M. JOHNSTON, LLC
 7                                  400 POYDRAS STREET
                                    SUITE 2450
 8                                  NEW ORLEANS LA 70130
                                    504.561.7799
 9   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:            HERMAN HERMAN KATZ
10                                  BY:  RUSS HERMAN, ESQ.
                                         LEONARD A. DAVIS, ESQ.
11                                  820 O'KEEFE AVENUE
                                    NEW ORLEANS, LA 70113
12                                  504.581.4892

13   THE PLAINTIFFS:                LEVIN, FISHBEIN, SEDRAN & BERMAN
                                    BY:  ARNOLD LEVIN, ESQ.
14                                  510 WALNUT STREET, SUITE 500
                                    PHILADELPHIA, PA 19106
15                                  877.822.1011

16   VILLA LAGO PLAINTIFFS:         WHITFIELD BRYSON & MASON
                                    BY:  GARY MASON, ESQ.
17                                  1625 MASSACHUSETTS AVENUE NW
                                    STE 605
18                                  WASHINGTON DC 20036
                                    202.429.2290
19
     FOR VIRGINIA:                  LAW OFFICES OF RICHARD SERPE, PC
20                                  BY:  RICHARD SERPE, ESQ.
                                    580 E. MAIN STREET
21                                  #310
                                    NORFOLK VA 23510
22                                  757.233.0009

23

24

25
```

```
1    Appearances -2

2    FOR THE DEFENDANT:              FRILOT, LLC
                                    BY:  KERRY J. MILLER, ESQ.
3                                   ENERGY CENTRE
                                    1100 POYDRAS STREET
4                                   SUITE 3700
                                    NEW ORLEANS, LA 70163
5                                   504.599.8000

6

7
     ALSO PRESENT:                  JOHN BARANELLO
8                                     Deutsche Bank

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              NEW ORLEANS, LOUISIANA; THURSDAY, DECEMBER 19, 2013        08:49AM

 2                            9:00 A.M.                                    08:50AM

 3              THE COURT:  Good morning, ladies and gentlemen.           09:10AM

 4                 Let's call the case.                                    09:10AM

 5              CASE MANAGER:  MDL 2047, in re:  Chinese-Manufactured     09:11AM

 6    Drywall Products Liability Litigation.                              09:11AM

 7              THE COURT:  Counsel, state your appearance for the        09:11AM

 8    record, please.                                                     09:11AM

 9              MR. MILLER:  Good morning, Your Honor.  It's Kerry        09:11AM

10    Miller on behalf of Knauf and the Defense Steering Committee.       09:11AM

11              MR. HERMAN:  May it please the Court, good morning,       09:11AM

12    Judge Fallon.  Russ Herman on behalf of plaintiff.                 09:11AM

13              THE COURT:  This is our monthly status conference.  I     09:11AM

14    have several hundred people on the phone, so please use the         09:11AM

15    microphones when you speak.                                         09:11AM

16                 We're here today in connection with our monthly        09:11AM

17    status conference.  I've met with liaison and lead counsel a        09:11AM

18    moment ago to discuss the proposed agenda to them.  I'll take it    09:11AM

19    by, largely, in the way in which they are presented.               09:11AM

20                 Pretrial orders, anything on that?                     09:11AM

21              MR. HERMAN:  No, Your Honor.                              09:11AM

22              THE COURT:  How about the state court trial settings?    09:11AM

23    Dawn, do you have anything?                                         09:11AM

24              MS. BARRIOS:  No, Your Honor.  Everything as stated in    09:11AM

25    the report is accurate.                                             09:11AM
```

```
 1          THE COURT:  All right.                            09:11AM

 2              And then anything on federal coordination, state   09:11AM

 3    court?                                                  09:11AM

 4          MS. BARRIOS:  Your Honor, I was going to ask Mr. Serpe  09:11AM

 5    to make that presentation to the Court.                 09:12AM

 6          THE COURT:  We have a number of cases both in Florida  09:12AM

 7    and in Virginia.  Mr. Richard Serpe has been handling the   09:12AM

 8    matters and steering the matters in the Virginia area with Judge  09:12AM

 9    Hall, who has done an excellent job in this aspect of the case.  09:12AM

10    She's been in touch with me a lot, and she and I discuss these  09:12AM

11    matters.  I've gotten great assistance from her in the MDL  09:12AM

12    pretrial proceedings.  But I'll hear from Richard Serpe now.  09:12AM

13          MR. SERPE:  Your Honor, there's been much activity in  09:12AM

14    the state of Virginia, as well as the major drywall which   09:12AM

15    trickled out of Virginia into other states.  Monday night at  09:12AM

16    midnight was the deadline for postmarking the claims for the  09:12AM

17    four Virginia-based class settlements.  Those forms are still  09:12AM

18    coming into the special master group.  But my last count was 296  09:12AM

19    forms, which is what we expected it to be in the terms of census  09:12AM

20    forms.                                                  09:13AM

21              In addition to the real property claims forms,  09:13AM

22    Your Honor approved recently the claim forms that are going to  09:13AM

23    be for Other Loses, foreclosure losses, loss of equity, et  09:13AM

24    cetera.  The deadline has been set for March 17th, and we will  09:13AM

25    work with all of the claimants to make sure those forms are  09:13AM
```

| | | |
|---|---|---|
| 1 | filed as well. | 09:13AM |
| 2 | We have final trial set in April.  Judge Hall has | 09:13AM |
| 3 | been very helpful in the last six weeks entering default | 09:13AM |
| 4 | judgments against a number of other defendants, and we hope to | 09:13AM |
| 5 | conclude the state court piece of the litigation by springtime. | 09:13AM |
| 6 | THE COURT:  Have you been satisfied with the notice? | 09:13AM |
| 7 | Is it getting enough play in the media and so forth? | 09:13AM |
| 8 | MR. SERPE:  Very satisfied with the notice, Your Honor. | 09:13AM |
| 9 | And one of the evidences of that was that we had been contacted | 09:13AM |
| 10 | in the distant past by lawyers who had some Venture Supply in | 09:13AM |
| 11 | Alabama and in Georgia.  The notice I believe was effective | 09:13AM |
| 12 | because we do see claim forms coming in from those areas from | 09:13AM |
| 13 | people in addition to the lawyers that we originally heard from. | 09:14AM |
| 14 | So I'm satisfied that the notice was effective. | 09:14AM |
| 15 | THE COURT:  Good.  Thank you very much.  And thanks for | 09:14AM |
| 16 | your help in that area. | 09:14AM |
| 17 | Anything on the omnibus class action complaints? | 09:14AM |
| 18 | MR. HERMAN:  None, Your Honor. | 09:14AM |
| 19 | Your Honor, elsewhere in the report, we advise the | 09:14AM |
| 20 | Court at page 15 that the Mitchell, Wiltz, Gross cases are set | 09:14AM |
| 21 | before the Fifth Circuit for hearing on February 15, 2014. | 09:14AM |
| 22 | We have had no decision in the Germano case at | 09:14AM |
| 23 | this point from the Fifth Circuit. | 09:14AM |
| 24 | THE COURT:  All right.  I understand that the other | 09:14AM |
| 25 | cases that are pending in the Fifth Circuit now have been | 09:14AM |

1   consolidated and they have one hearing that will be set by a   09:14AM

2   panel.   09:14AM

3         MR. HERMAN:  That is correct.  That hearing I believe   09:14AM

4   is now set for February 15th, 2014.   09:14AM

5         THE COURT:  All right.   09:15AM

6             Anything on the motions to establish litigation   09:15AM

7   and expense fund?   09:15AM

8         MR. HERMAN:  No, Your Honor.  Not at this time.   09:15AM

9         THE COURT:  How about the pilot program, any report on   09:15AM

10  the pilot program?   09:15AM

11        MR. HERMAN:  A representative of Moss is here, as well   09:15AM

12  as Kerry Miller who represents Knauf.   09:15AM

13        THE COURT:  Let me hear from Mr. Miller.   09:15AM

14             Anybody from Moss?   09:15AM

15        MR. MILLER:  Good morning, Your Honor.  Kerry Miller   09:15AM

16  again on behalf of Knauf.   09:15AM

17             As we've done at the last several status   09:15AM

18  conferences, representatives from Moss are here.  Typically,   09:15AM

19  what they do, Your Honor, is Russ and Lenny Davis set up --   09:15AM

20  several weeks in advance, they send an invitation out to any of   09:15AM

21  the lawyers or homeowners that want to discuss with Moss the   09:15AM

22  status of their remediation or their already-remediated claims   09:15AM

23  in some classes.  So those get scheduled by Herman Herman Katz   09:15AM

24  in advance.  We sit down, we have lunch in, we usually resolve a   09:16AM

25  high percentage of the disputes.  The ombudsman also attends a   09:16AM

```
1   portion of these meetings.  Seems to be working very well.          09:16AM
2           So, again, per the usual practice, if you have any          09:16AM
3   issues, if anyone has any issues with respect to the remediation    09:16AM
4   program or mediation scheduling, and you want to have a meeting      09:16AM
5   with Moss with your client present or you present, they'll be        09:16AM
6   back January 16th at our next status conference and the one          09:16AM
7   after that in February.                                             09:16AM
8       THE COURT:  That's been very helpful.  I think, in a            09:16AM
9   case of this sort, it's very helpful to have the attorneys in       09:16AM
10  contact with the clients so that the clients have somebody to        09:16AM
11  talk to and to call.  And the attorney then has somebody to talk    09:16AM
12  to and call.  That's why we appoint an ombudsman, a very            09:16AM
13  knowledgeable person in construction, to be able to at least        09:17AM
14  talk with Moss about their concerns.                                09:17AM
15          I have received several letters, one from a client          09:17AM
16  of Mr. Becnel, who indicated that the Becnel firm has been very     09:17AM
17  helpful to him, arranging meetings and working out some minor       09:17AM
18  problems that they felt they had.  They were also very laudatory    09:17AM
19  to Moss's work, complimented Moss on their work and efficiency      09:17AM
20  in doing that.                                                      09:17AM
21          So I think the key in this is for the attorneys            09:17AM
22  active to keep in it, to service their clients, get the            09:17AM
23  ombudsman involved as quickly as you can.  Attend these            09:17AM
24  meetings, because you have access to the Moss people.  If you       09:17AM
25  have any questions or your clients have any questions, you can      09:17AM
```

 1   get an answer immediately.  Thank you.                          09:17AM

 2        MR. HERMAN:  Your Honor, from the plaintiffs'             09:17AM

 3   standpoint, the pilot program has served its purpose as setting 09:17AM

 4   the table for global settlement.  And the pilot program is      09:18AM

 5   continuing to wind up those matters which were in the pilot     09:18AM

 6   program before the global settlement when Knauf was consummated. 09:18AM

 7             With respect to item No. 7, the IN/EX, Banner,        09:18AM

 8   Knauf, L&W global settlements, a motion to deposit funds is set 09:18AM

 9   for January 16th at the next fairness hearing.                  09:18AM

10             With respect to Knauf, a letter of credit was        09:18AM

11   substituted as security with Deutsche Bank.  There's a Deutsch  09:18AM

12   Bank representative here, Your Honor, and present.  And we      09:18AM

13   appreciate the presence of the Deutsche Bank attorney and       09:18AM

14   representative.                                                 09:19AM

15        THE COURT:  Yes.  I'll ask the Deutsche Bank person to    09:19AM

16   come forward and tell us what the situation is.                 09:19AM

17             But, first, we're going to hear from Knauf as to      09:19AM

18   what they've done and how they've done it.  Kerry, why don't you 09:19AM

19   set the stage.                                                  09:19AM

20             I talked to Deutsche Bank, asked them to be          09:19AM

21   present so that they can explain what role they have.  And,     09:19AM

22   also, I believe in transparency in these matters.  I've had all 09:19AM

23   the banks who are participating come into court and at least    09:19AM

24   have their presentation made.  If anybody has any questions,    09:19AM

25   that's the time to ask it.  And I also want everybody advised   09:19AM

1   and informed of it.  The secrecy to handling these cases, in my        09:19AM

2   opinion, is the transparency aspect.  You don't want people to         09:19AM

3   find out later on that this bank was involved and they didn't          09:20AM

4   know it, and they have a strong feeling against that bank.  That       09:20AM

5   doesn't work.  So I like to have the bank come and make their          09:20AM

6   presentation.                                                          09:20AM

7              Let me hear from Kerry Miller.                              09:20AM

8              MR. MILLER:  Yes, Your Honor.  Again, Kerry Miller for      09:20AM

9   Knauf.                                                                 09:20AM

10             As the Court is aware, over the course of this             09:20AM

11  fall, the Knauf and the PSC agreed to a new claim settlement and      09:20AM

12  also made some amendments to their December 2011 original class       09:20AM

13  action settlement.  These amendments were really a reflection         09:20AM

14  upon the two years' settlements that we learned.  Unlike many         09:20AM

15  class action settlements that the relief is not approved until        09:20AM

16  the final approval, we did a pilot program at the end of 2010.        09:20AM

17  As Russ pointed out, it evolved into a class settlement.  At the      09:20AM

18  end of 2011, because of the relationship between the Knauf class      09:20AM

19  settlement and Banner and Global and IN/EX and some of the           09:20AM

20  others, we didn't get final approval until earlier this year in      09:20AM

21  2013.                                                                 09:21AM

22             But what happened, Your Honor, was Knauf went             09:21AM

23  ahead and performed the remediations, offered the benefits that      09:21AM

24  were set forth in the December 2011 settlement beginning in          09:21AM

25  December of 2011.  And so I remarked a couple of the status         09:21AM

1   conferences ago that this was an odd case insofar as more      09:21AM

2   homeowners probably got relief prior to final approval than they  09:21AM

3   got after final approval, which I think is a good thing.       09:21AM

4           At any rate, in the process of making some of        09:21AM

5   these changes, Knauf and the PSC agreed to a streamlined       09:21AM

6   security provision, and Knauf is obligated to fund a remediation  09:21AM

7   account.  The remediation account is what pays the homeowners   09:21AM

8   their move-in move/out-expenses.  It's what pays Moss to do the  09:21AM

9   construction work.  If the homeowner selects their own         09:21AM

10  contractor for a cash payment, it pays them.  If a homeowner has  09:21AM

11  already remediated his home and obtains reimbursement, the      09:22AM

12  remediation fund also pays the homeowner.                      09:22AM

13          We had a number of elaborate security provisions      09:22AM

14  in smaller amounts in the original settlement.  When I got back  09:22AM

15  together with the PSC, Russ and Arnie and Fred in the summer and  09:22AM

16  in the early fall, we agreed to streamline that.              09:22AM

17          Of course, part of the streamlining was to change    09:22AM

18  the escrow bank for the remediation fund from US Bank up in New  09:22AM

19  York to Whitney Bank here.  I think that's working very well.   09:22AM

20  Jay can speak to that when he gives his presentation.          09:22AM

21          But one of the changes was to streamline security,   09:22AM

22  put it in one spot, in essence.  And that one spot is Deutsche  09:22AM

23  Bank New York has issued a $200 million letter of credit to     09:22AM

24  secure Knauf's performance vis-a-vis the remediation fund of the  09:22AM

25  Knauf class action settlement.  And so I have John Baranello    09:22AM

1   here from Deutsche Bank from New York to give a presentation to    09:22AM

2   the Court and counsel present and answer any questions that    09:22AM

3   Court or counsel may have.    09:22AM

4            MR. HERMAN:  Your Honor, may I address the Court on    09:23AM

5   this?    09:23AM

6            THE COURT:  Yes.    09:23AM

7            MR. HERMAN:  The letter of credit issue with Knauf was    09:23AM

8   a subject of intense negotiation and there were certain quid pro    09:23AM

9   quos by Knauf in that regard, including late filings, et cetera,    09:23AM

10   past deadlines and other issues.    09:23AM

11            Deutsche Bank was thoroughly investigated.  All    09:23AM

12   three rating services were obtained as to Deutsche Bank's    09:23AM

13   financial stability.  The Knauf over-arching a guarantee; was    09:23AM

14   not released.  And, from the PSC's point of view in protecting    09:23AM

15   all of the claimants, since the original security would have    09:23AM

16   involved, if it was necessary to execute that security, going to    09:24AM

17   various states and properties within the United States in order    09:24AM

18   to go through various procedures to obtain that security and    09:24AM

19   therefore a letter of credit was acceptable.  Deutsche Bank made    09:24AM

20   a presentation, there were various phone conferences.  And    09:24AM

21   finally Lenny Davis, on behalf of PSC, went to New York, met    09:24AM

22   with Deutsche Bank.    09:24AM

23            One of the issues was the letter of credit not    09:24AM

24   being subject to New York law or to a venue in New York, and the    09:24AM

25   letter of credit and any issues involving the letter of credit    09:24AM

1   be before this Court and before Your Honor rather in some other    09:24AM

2   jurisdiction or venue.  That matter was resolved, was a matter    09:25AM

3   of transferring US Bank's prior involvement.  That matter was    09:25AM

4   discussed and resolved.    09:25AM

5             Then that led to the appearance before Your Honor,    09:25AM

6   as has every other banking institution appeared before Your    09:25AM

7   Honor involved in this matter.    09:25AM

8             We have no question, after thorough investigation,    09:25AM

9   which we did make part of the record, that Deutsche Bank is well    09:25AM

10  qualified, financially stable and has a clear understanding that    09:25AM

11  the obligation which they secure is an obligation to claimants    09:25AM

12  who have approved claims in this matter.  And did I want to make    09:25AM

13  that statement to the Court.    09:26AM

14            THE COURT:  All right.    09:26AM

15                  Let me hear from Deutsche Bank.    09:26AM

16                  Come forward, sir.  Tell us who you are and a bit    09:26AM

17  about the letter of credit.    09:26AM

18        MR. BARANELLO:  Morning, Your Honor.    09:26AM

19        THE COURT:  Good morning.    09:26AM

20        MR. BARANELLO:  John Baranello of Deutsche Bank located    09:26AM

21  in New York, 60 Wall Street.    09:26AM

22            We did indeed issue this letter of credit by order    09:26AM

23  of client, Knauf, Knauf defendants in this case, on September    09:26AM

24  25, 2013.    09:26AM

25            It's subject to the uniform customs and practices    09:26AM

1   issued by the ICC, the International Chamber of Commerce.  It's   09:26AM

2   revision No. 600.  So these are the rules that we would use to   09:26AM

3   support our undertaking.   09:26AM

4            It's an irrevocable undertaking.  Meaning that,   09:26AM

5   once it's issued, all parties must agree to any changes.   09:26AM

6            There has been one amendment to this letter of   09:27AM

7   credit in connection with the account that the funds will be   09:27AM

8   paid to if and when it's drawn again.   09:27AM

9            Again, it's irrevocable.  It expires on a   09:27AM

10   particular date; I believe June 30, 2015.  That's when our   09:27AM

11   undertaking no longer exists.  Until that time, we are prepared   09:27AM

12   to pay upwards of $200 million against certain documents.  One   09:27AM

13   is a draft and one is a particular statement.  And it's clearly   09:27AM

14   identified from the letter of credit.   09:27AM

15            It talks about Knauf defendants being in breach of   09:27AM

16   certain obligations.  And then it goes on to say that the   09:27AM

17   beneficiary is the collateral agent who is requesting these   09:27AM

18   funds and that these funds would be paid in a particular   09:27AM

19   account.   09:27AM

20            I'd be happy --   09:27AM

21        THE COURT:  The only thing from my standpoint is that   09:27AM

22   you understand that the Louisiana law is applicable to that   09:27AM

23   letter of credit and that any proceedings involving that letter   09:28AM

24   of credit will be taken in this court?   09:28AM

25        MR. BARANELLO:  Yes.  That is very clear, sir.  It's   09:22AM

```
 1    written in this letter of credit exactly what you've stated.  So   09:28AM
 2    we've acknowledged that by what's on the document and by our        09:28AM
 3    signature.                                                          09:28AM
 4            THE COURT:  All right.  Anybody, any questions?             09:28AM
 5               Thank you very much for being here.  I appreciate        09:28AM
 6    your presence.  We think a lot of your bank, and I feel secure      09:28AM
 7    that you all are involved in it.  And it's easier to deal with      09:28AM
 8    your company and bank than some of the others.  So I appreciate     09:28AM
 9    you being here.                                                     09:28AM
10            MR. BARANELLO:  Appreciate those words, Your Honor.         09:22AM
11    Thank you.                                                          09:28AM
12            THE COURT:  Next thing is shared costs.  Anything?          09:28AM
13            MR. HERMAN:  No issue, Your Honor.                          09:28AM
14            THE COURT:  How about Taishan defendants?                   09:28AM
15            MR. HERMAN:  I misspoke.  That oral argument on             09:28AM
16    remaining Taishan personal jurisdiction issues is February 5th.    09:28AM
17    February 5th.  Not the 15th.                                        09:29AM
18            THE COURT:  Okay.                                           09:29AM
19               Any issues from Taishan as you see it?                   09:29AM
20            MR. MILLER:  No, Your Honor.                                09:29AM
21            THE COURT:  Venture Supply.                                 09:29AM
22            MR. HERMAN:  Actually, Mr. Serpe is here, can address       09:29AM
23    the Court.                                                          09:29AM
24            THE COURT:  Anything that you haven't talked to us          09:29AM
25    about?                                                              09:29AM
```

```
 1              MR. SERPE:  No.  That was one of the class settlements    09:29AM

 2    we discussed.                                                       09:29AM

 3              THE COURT:  Hobbie.                                       09:29AM

 4              Anything on profile forms?  We probably don't need        09:29AM

 5    -- I'm sorry, with Hobbie, let me hear.                             09:29AM

 6              MR. MASON:  We have motions that are scheduled for        09:29AM

 7    after.                                                              09:29AM

 8              THE COURT:  After this, I'll talk with you about the      09:29AM

 9    motions and see if anybody has any questions about that.           09:29AM

10              And profile forms?                                       09:29AM

11              MR. HERMAN:  Not at this time, Your Honor.               09:29AM

12              THE COURT:  I don't know whether that still has to be     09:29AM

13    in there.                                                          09:29AM

14              MR. HERMAN:  Your Honor, may it please the Court, there   09:29AM

15    may be a plaintiff who has not filed a profile form as of this     09:30AM

16    time.                                                              09:30AM

17              THE COURT:  Frequently asked questions, any issues on     09:30AM

18    that?                                                              09:30AM

19              MR. HERMAN:  No, Your Honor.                             09:30AM

20              And, I might add, BrownGreer is doing its usual          09:30AM

21    fine job.  And there will be a question list, revised, after       09:30AM

22    we've been in the process for another couple of months.            09:30AM

23              THE COURT:  Anything on XIV?                             09:30AM

24              MR. HERMAN:  Only the matter that Your Honor's just       09:30AM

25    addressed.                                                         09:30AM
```

```
 1                 THE COURT:  Right.                              09:30AM

 2                 And, pro se, anything on --                     09:30AM

 3            MR. HERMAN:  Mr. Bob Johnston is here for pro se.    09:30AM

 4                 Regarding pro se, we appreciate his activities and 09:30AM

 5      that due process concerns are met.  Potential conflicts do not 09:30AM

 6      occur as a result of his appointment, and we will be submitting 09:30AM

 7      a motion after we talk with Mr. Miller, with Kerry Miller for 09:31AM

 8      Knauf, and with Mr. Johnston, to assure his continued activities 09:31AM

 9      in this matter as the Court may direct, will be compensated out 09:31AM

10      of a special cost fund.                                   09:31AM

11            THE COURT:  All right.  Mr. Johnston.               09:31AM

12            MR. JOHNSTON:  Your Honor, Bob Johnston, curator for 09:31AM

13      pro se defendants.  This is going to be very, very brief. 09:31AM

14                 I have provided the Court with the curator's 22nd 09:31AM

15      status report.  Met with the Court prior to being here today. 09:31AM

16      And the developments which have occurred since the last status 09:31AM

17      conference are contained in the status report, which is  09:32AM

18      available for the Court's review.  And, with that, I'm finish. 09:32AM

19            THE COURT:  It's important from the Court's standpoint 09:32AM

20      to make sure that litigants who either don't have lawyers, can't 09:32AM

21      find lawyers, they're in an area where there's no lawyers or 09:32AM

22      they're concerned about talking to a lawyer, those types of 09:32AM

23      individuals generally don't know what to do.  And, oftentimes, 09:32AM

24      they call the Court.  And I think it's helpful if they have a 09:32AM

25      lawyer to at least discuss the case with them, tell them any 09:32AM
```

1   deadlines or explain anything to them.  So I've appointed Mr.      09:32AM

2   Johnston for that reason.  They also have access to him if they    09:32AM

3   have any questions.  I think that is very helpful to this case     09:32AM

4   and it also helpful to all of the parties because I want to make   09:32AM

5   sure that those individuals, by having access to an attorney       09:33AM

6   appointed by the Court, have the necessary due process notice.     09:33AM

7   That's important to all in these cases.                            09:33AM

8            So you've done a good job, and I appreciate it.          09:33AM

9            MR. JOHNSTON:  Thank you, Your Honor.                    09:33AM

10           THE COURT:  Anything on XVI?                             09:33AM

11           MR. HERMAN:  No, Your Honor.                             09:33AM

12           THE COURT:  XVII, preliminary reports, nothing.         09:33AM

13           Already remediated homes, we've already talked          09:33AM

14  about.                                                            09:33AM

15           The attorney general issues, I understand we're         09:33AM

16  going to discuss those in the conference January 16th, 2014.      09:33AM

17           MR. HERMAN:  That's correct, Your Honor.  I do want to   09:33AM

18  make reference that, as matters are brought up by particular      09:33AM

19  claimants that need discussion, representatives of Kerry          09:33AM

20  Miller's firm and my firm meet on a regular basis.  Will be       09:33AM

21  meeting today.  Sometimes with ombudsman and sometimes with      09:34AM

22  representatives of Moss.  Representatives of Moss are here today   09:34AM

23  in order to attempt to resolve problems.                          09:34AM

24           And that process seems to be -- not seems to be --      09:34AM

25  is working very well.  And we will continue that activity.        09:34AM

1     THE COURT:  Our next status conference, as I said, is          09:34AM

2  January 16th.  The following one February 20th, 2014.             09:34AM

3          We have -- only one motion is it following this?          09:34AM

4  Why don't we take that up right now.                              09:34AM

5     MR. MILLER:  Your Honor, BrownGreer was here to make           09:34AM

6  its regular presentation.  I think you skipped over that.         09:34AM

7     THE COURT:  Let's do that first.                               09:34AM

8     MR. WOODY:  Good morning, Your Honor.  My name is Jake         09:34AM

9  Woody.  I'm with BrownGreer, the settlement administrator for     09:35AM

10  the Chinese Drywall settlement program.  I'm here to make our    09:35AM

11  monthly report of the status of the program.                     09:35AM

12     THE COURT:  Would you raise your voice a little bit so        09:35AM

13  that people on the phone can hear you?                           09:35AM

14     MR. WOODY:  Yes, sir.                                         09:35AM

15          As always, we start with the number of registered       09:35AM

16  claimants.  At the conclusion of the registration period, we had 09:35AM

17  10,189 claimants registered with us.  Those claimants registered 09:35AM

18  a total of 20,571 properties.  Those numbers are different       09:35AM

19  because claims can happen to more than one property and register 09:35AM

20  to more than one property.                                       09:35AM

21          Those claimants also indicated that they would          09:35AM

22  make 28,000 claims.  1,500 were pro se, and 8,631 were           09:35AM

23  represented by counsel.  Approximately 200 firms participated in 09:35AM

24  the program.                                                     09:35AM

25          The claims filing deadline was October 25, 2013.        09:36AM

1   At the conclusion of that, or at that deadline, we received a          09:36AM

2   total of 19,362 claims.  A little more than half of those are          09:36AM

3   what we call Global, Banner, IN/EX repair and relocation claims.        09:36AM

4   Those are claims against those settlement agreements.  We               09:36AM

5   received 10,422 of those.                                              09:36AM

6            The other notable claims that we received were                09:36AM

7   Knauf remediation claims separate and apart from the pilot             09:36AM

8   program claims.  We received 1,309 of those claims.                    09:36AM

9            And I also wanted to mention that we received                09:36AM

10  3,693 what we call miscellaneous claims.                               09:36AM

11           THE COURT:  What is that?                                     09:36AM

12           MR. WOODY:  Those are claims submitted pursuant to            09:36AM

13  Section 4.7.3.1 of the Knauf agreement which allows -- it's a          09:36AM

14  catch-all provision that allows claimants to file essentially          09:36AM

15  any claim that's not excluded in the settlement agreement or not       09:36AM

16  already dealt with in the settlement agreement.  And we've             09:36AM

17  reviewed about 15 percent of those claims and determined that a        09:37AM

18  large majority are claims for personal property damage,                09:37AM

19  electronics, jewelry, air conditioners, things of that nature.         09:37AM

20           I also want to mention the geographical reach of             09:37AM

21  the claims that were filed.  99 percent of the claims filed came       09:37AM

22  from the Gulf Coast states.  67 came from Florida alone.  There        09:37AM

23  are 1 percent from other areas of the country.                        09:37AM

24           I do want to mention that we have worked with the            09:37AM

25  Virginia attorneys to make sure that, if we received a                09:37AM

```
 1   registration or a claim from someone with a property in        09:37AM
 2   Virginia, that we not only referred them to Mr. Serpe but also  09:37AM
 3   gave Mr. Serpe a list of those claimants to make sure that they 09:37AM
 4   were filing in the proper settlement.                           09:37AM
 5            We've also had several phone calls with the            09:37AM
 6   special master in Virginia and the settlement administrator to  09:37AM
 7   discuss common issues and make sure that we're both utilizing   09:37AM
 8   the same procedures to make our programs as efficient as        09:38AM
 9   possible.                                                       09:38AM
10            THE COURT:  And these are the claims that are federal  09:38AM
11   claims?  They come from Alabama but they're in federal court?   09:38AM
12            MR. WOODY:  Yes, sir.  Those are the claims that the   09:38AM
13   effected properties are in Alabama and they filed a claim with  09:38AM
14   us.                                                             09:38AM
15            We have started significant review activity.          09:38AM
16   We've reviewed 96 percent of the Knauf remediation claims; 20   09:38AM
17   percent of the 10,000 Global, Banner, IN/EX claims.  And, as I  09:38AM
18   mentioned, 15 percent of the miscellaneous claims.             09:38AM
19            We've issued a number of notices, 660 denial          09:38AM
20   notices.  The only reason that we've denied any claim so far is 09:38AM
21   that, if they filed a Knauf remediation claim, the property had 09:38AM
22   already been remediated and the claim was moot.  Or, if they    09:38AM
23   filed a Banner, Global, IN/EX claim, there's evidence in the    09:38AM
24   file that they assigned that claim, mostly to Knauf by signing a 09:38AM
25   release in the pilot program and now Knauf owns that claim.  We 09:39AM
```

1    denied that.                                                     09:39AM

2              We've issued 835 incomplete notices for a variety      09:39AM

3    of reasons.  Whenever we do issue an incompleteness notice, we   09:39AM

4    make clear what is missing, what we need and how claimants can   09:39AM

5    give it to us.  We've received responses online.                 09:39AM

6              When we issue a notice, we email the attorney or       09:39AM

7    claimant with the email that they provided us when they          09:39AM

8    registered, tell them that there's a new notice and where to     09:39AM

9    find it.  And think I think that process is working well and     09:39AM

10   working smoothly.                                                09:39AM

11             Real briefly, Your Honor, I wanted to go over the      09:39AM

12   Knauf remediation review results.  I think Mr. Miller indicated  09:39AM

13   earlier that the pilot program had provided relief to claimants  09:39AM

14   well in advance of final approval, and we're finding that that   09:39AM

15   is true.  About a third of the claims we received we denied      09:39AM

16   because they had already been dealt with.                        09:39AM

17             We have 89 that appear to us to have submitted         09:40AM

18   sufficient indica of KPT Chinese Drywall who deserve a           09:40AM

19   confirming inspection from Benchmark NBA, which are the program  09:40AM

20   inspectors.                                                      09:40AM

21             108 have that inspection already and need an           09:40AM

22   estimate from Moss.  And we'll work with Moss to make sure that  09:40AM

23   we get them that list and get out there and perform the          09:40AM

24   estimates.                                                       09:40AM

25             83 is so far along in the pilot program process        09:40AM

1    that these have both an inspection and an estimate and simply    09:40AM

2    need to return a work authorization for release to start the    09:40AM

3    remediation process.    09:40AM

4              So I think what we can take away from our review    09:40AM

5    is that the pilot program dealt with the vast majority of all of    09:40AM

6    the Knauf remediation claims out there and did so effectively.    09:40AM

7              As mentioned, we had reviewed about 2,000 Global,    09:40AM

8    Banner, IN/EX complaints.  We found 709 to be eligible.  266    09:40AM

9    denied because they've assigned their claim to Knauf.  And    09:40AM

10   1,036, a little more than half of the reviews that we've done,    09:41AM

11   are incomplete for one for more reasons.  And, as I've    09:41AM

12   mentioned, we've issued notices from us and told them what they    09:41AM

13   need to submit to us.    09:41AM

14             420 of the eligible claims so far are claimants in    09:41AM

15   the Global settlement only.  237 are making claims against    09:41AM

16   Banner and/or the Global settlement.  And a much smaller number,    09:41AM

17   51, are involved in the IN/EX and Global settlement.    09:41AM

18             I've listed the total area square feet of the    09:41AM

19   eligible claims that we've reviewed so far.  I've listed that    09:41AM

20   because that number will drive how we calculate the pro rata    09:41AM

21   distribution when we're done with all the reviews.  The total    09:41AM

22   square footage goes into the total settlement amount to come up    09:41AM

23   with a per square number that will issue to claimants.  So far,    09:41AM

24   there's 1,514,660 square feet of eligible property.    09:41AM

25             As I mentioned, we've issued almost 1,500 notices.    09:42AM

1  That number goes up every day.  The notices are either        09:42AM

2  incompleteness or denial notices.  We're clear on both types of  09:42AM

3  notices the reason that we're issuing the notice.  If it's a    09:42AM

4  denial notice, we'll tell them why we're denying and tell them  09:42AM

5  how they can appeal it if they'd like to.  We've received 6     09:42AM

6  appeals so far of the 660 denial notices we've issued.  Such a  09:42AM

7  small percentage that I feel confident that our denials are     09:42AM

8  generally accurate and we are not getting much argument with    09:42AM

9  them.                                                           09:42AM

10           There are no new claims administration procedures     09:42AM

11  to note at this status conference.  I expect that we'll have    09:42AM

12  more at the next status conference as we start to think about   09:42AM

13  how to review some of the Other Loss Claims, the body injury    09:42AM

14  claims, things like that.  Settlement agreement is a little     09:42AM

15  vague on how we are to evaluate those, and I think the best way  09:42AM

16  for us to provide clarity to us and to everybody involved is to  09:43AM

17  issue a CAP telling people what we'll look for.                 09:43AM

18           THE COURT:  Yes.  Get with the liaison counsel for each 09:43AM

19  side.                                                           09:43AM

20           MR. WOODY:  As always, we're readily accessible by a   09:43AM

21  number of methods.                                              09:43AM

22           We have a dedicated email in-box at                    09:43AM

23  cdwquestions@browngreer.com where anybody can email us.  We have 09:43AM

24  a number of people that monitor that in-box to make sure we     09:43AM

25  respond promptly to inquiries we receive there.  So far, we've  09:43AM

1   responded to about 5,000 emails clarifying issues for claimants.   09:43AM

2              Our telephone number is 866-866-1729.  We have a   09:43AM

3   number of people who their sole job is to answer those phones   09:43AM

4   and answer those questions.  And we have received a number of   09:43AM

5   calls, and I think that process has worked well.   09:43AM

6              The last slide is simply our contact information   09:43AM

7   again.   09:43AM

8              We will post this presentation on our website at   09:43AM

9   ww3browngreer.com/drywall.  All the presentations are there for   09:44AM

10   anybody who wants to see them, as are a number of important   09:44AM

11   updates, all the claims administration procedures, online claim   09:44AM

12   tutorials.  And we will put Frequently Asked Questions there,   09:44AM

13   along with the Court's website as we develop those.   09:44AM

14         THE COURT:  Yes.  Let's make sure that this settlement   09:44AM

15   information is on my website.  Contact us if you need to make   09:44AM

16   sure that it's on there.   09:44AM

17         MR. WOODY:  I will.  Thank you, Your Honor.   09:44AM

18         THE COURT:  Thank you very much.  I appreciate it.   09:44AM

19              Anything else on this?   09:44AM

20         MR. PIPES:  Your Honor, one quick thing.  I want to   09:44AM

21   thank you.  Since the last conference, we've gotten dismissals   09:44AM

22   on all the Omni complaints, so those phone calls have stopped.   09:44AM

23              I would ask that people that had either state   09:44AM

24   court cases that needed to get dismissed, that they get them   09:44AM

25   dismissed; or, second, there are some people that have   09:44AM

1    cross-demands or third-party demands in your court, defendants                09:44AM

2    that have sued each other who haven't dismissed, I'd just ask                 09:44AM

3    them to get those filed.                                                      09:45AM

4         THE COURT:  We really ought to do that so we can clean                   09:45AM

5    up the record.  Get to Minor and we can take care of that.                    09:45AM

6              Anything else before we hear the motions?                          09:45AM

7              Let me hear the motions then.                                      09:45AM

8         MR. MASON:  Thank you, Your Honor.  Gary Mason for the                   09:45AM

9    Villa Lago plaintiffs.                                                        09:45AM

10             Your Honor, there was actually three small motions                 09:45AM

11   that we have in front of the Court today.                                     09:45AM

12             The first is a motion to allow me as lead counsel                   09:45AM

13   for Villa Lago litigation to transfer $4.8 million from the RCR               09:45AM

14   settlement, which sits in an escrow account that I control, to                09:45AM

15   the QSF that was recently set up by this Court specifically for               09:45AM

16   Villa Lago.                                                                   09:45AM

17        THE COURT:  Yes.  That's an easy one.  Let's do that.                    09:45AM

18   I'll issue that order immediately.                                            09:45AM

19        MR. MASON:  Thank you, Your Honor.  We submitted --                      09:45AM

20   each of these has a proposed order that's been previously                     09:45AM

21   submitted.                                                                    09:45AM

22             Second has to do with the receiver, and Your                       09:45AM

23   Honor's familiar with that issue.  After a variety of                         09:45AM

24   conversations with the PSC and Minor Pipes, Mr. Pipes has agreed              09:45AM

25   to serve as receiver in this case.                                            09:46AM

```
 1              We need a receiver because what is happening is        09:46AM

 2    there are bank-owned units.  That's largely what they are,      09:46AM

 3    they're in foreclosure.  They're largely unoccupied.  And we    09:46AM

 4    need to have access through them.  So Minor Pipes has agreed to  09:46AM

 5    serve as a receiver and to review the documentation.  And, when  09:46AM

 6    he's satisfied that the units are vacated and if there is        09:46AM

 7    furniture that needs to be moved that are promptly being taken   09:46AM

 8    care of, he will sign off on the work authorizations and allow   09:46AM

 9    the remediation of those units to proceed.                       09:46AM

10         THE COURT:  Do you need to do that in state court, too?     09:46AM

11    To get him?  Or you're satisfied?                                09:46AM

12         MR. MASON:  We are satisfied that we are meeting the        09:46AM

13    requirements of state law.                                       09:46AM

14         THE COURT:  Minor, are you willing to do that?              09:46AM

15         MR. PIPES:  Yes, Your Honor.                                09:46AM

16         THE COURT:  Okay, we'll do that.                            09:46AM

17         MR. MASON:  And last, Your Honor, is a motion that we       09:46AM

18    discussed earlier, which is we are class counsel in the Hobbie   09:46AM

19    case has moved for a partial reimbursement of attorney fees and  09:47AM

20    costs.  We addressed that this morning.  This is something       09:47AM

21    that's built in to the settlement.  There's an exhibit A that we 09:47AM

22    referred to in the back of the settlement agreement that         09:47AM

23    specifically puts in very specific amounts for this portion to   09:47AM

24    deal for attorney fees and for costs.  All of this has been      09:47AM

25    vetted by the PSC, by Mr. Levin, by Mr. Herman, by -- Phil       09:47AM
```

1   Garret has reviewed the numbers with me, and we have complete

2   agreement that the numbers that I've set forth in these orders

3   are correct.

4              So we're asking for attorneys fees that are

5   available in this fund to be distributed with the 17 percent

6   going to the escrow account for the PSC pursuant to the

7   voluntary order that the Court entered and roughly $300,000 of

8   expense reimbursement that also is specifically itemized from

9   this settlement to reimburse expenses, partial reimbursement of

10  expenses in this matter.

11             THE COURT:  This has nothing to do with the common

12  benefit fee; is that right?

13             MR. MASON:  Absolutely not.  Only to the extent that we

14  are paying the 17 percent into the escrow account.

15             THE COURT:  With regard to the common benefit, what I'm

16  going to do shortly is to establish some mechanism for

17  determining the Common Benefit Fund.  And then working on the

18  allocation of that fund among the attorneys doing common work.

19             My understanding, this does not involve any common

20  costs or funds.

21             MR. MASON:  It does not, Your Honor.

22             THE COURT:  Anything from the committee?

23             MR. DAVIS:  No, Your Honor.  Other than the 17 percent

24  portion that was just mentioned.  That's the only portion that

25  may be common benefit.

1        THE COURT:  Okay.  I'll take care of that order, too.   09:48AM

2              Anything else from anyone?   09:49AM

3              Thank you very much.  Our next meeting, as I said,   09:49AM

4    is January 16th.  And the following one is February the 20th.   09:49AM

5    Thank you very much.  Court stands in recess.   09:49AM

6              (9:49 a.m., proceedings recessed.)   09:49AM

7

8                      CERTIFICATE

9

10

11   I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

12

13

14                        /S/ SUSAN A. ZIELIE, FCRR
                          _____
15                            Susan A. Zielie, FCRR

16

17

18

19

20

21

22

23

24

25

## #

**#310** [1] - 2:21

## $

**$200** [2] - 11:23, 14:12
**$300,000** [1] - 28:6

## /

**/S** [1] - 29:12

## 0

**09-MD-2047** [1] - 1:5

## 1

**1** [1] - 20:22
**1,036** [1] - 23:9
**1,309** [1] - 20:7
**1,500** [2] - 19:21, 23:24
**1,514,660** [1] - 23:23
**10,000** [1] - 21:16
**10,189** [1] - 19:16
**10,422** [1] - 20:4
**108** [1] - 22:20
**1100** [1] - 3:3
**15** [4] - 6:20, 6:21, 20:16, 21:17
**15th** [2] - 7:4, 15:16
**1625** [1] - 2:17
**16th** [5] - 8:6, 9:9, 18:15, 19:1, 29:3
**17** [3] - 28:4, 28:13, 28:22
**17th** [1] - 5:24
**19** [2] - 1:6, 4:1
**19,362** [1] - 20:1
**19106** [1] - 2:14

## 2

**2** [1] - 3:1
**2,000** [1] - 23:6
**20** [1] - 21:15
**20,571** [1] - 19:17
**200** [1] - 19:22
**20036** [1] - 2:18
**2010** [1] - 10:16
**2011** [4] - 10:12, 10:18, 10:24, 10:25
**2013** [5] - 1:6, 4:1, 10:21, 13:24, 19:24
**2014** [4] - 6:21, 7:4, 18:15, 19:1
**2015** [1] - 14:10
**202.429.2290** [1] -

**2:18**
**2047** [1] - 4:5
**20th** [2] - 19:1, 29:3
**22nd** [1] - 17:13
**23510** [1] - 2:21
**237** [1] - 23:14
**2450** [1] - 2:7
**25** [2] - 13:24, 19:24
**266** [1] - 23:7
**28,000** [1] - 19:21
**296** [1] - 5:18

## 3

**3,693** [1] - 20:9
**30** [1] - 14:10
**3600** [1] - 2:3
**3700** [1] - 3:4

## 4

**4.7.3.1** [1] - 20:12
**4.8** [1] - 26:12
**400** [1] - 2:7
**420** [1] - 23:13

## 5

**5,000** [1] - 24:25
**500** [2] - 1:22, 2:14
**504.524.3300** [1] - 2:4
**504.561.7799** [1] - 2:8
**504.581.4892** [1] - 2:12
**504.589.7781** [1] - 1:24
**504.599.8000** [1] - 3:5
**51** [1] - 23:16
**510** [1] - 2:14
**580** [1] - 2:20
**5th** [2] - 15:15, 15:16

## 6

**6** [1] - 24:4
**60** [1] - 13:21
**600** [1] - 14:2
**605** [1] - 2:17
**660** [2] - 21:18, 24:5
**67** [1] - 20:21

## 7

**7** [1] - 9:7
**701** [1] - 2:3
**70113** [1] - 2:11
**70130** [2] - 1:22, 2:8
**70139** [1] - 2:4
**70163** [1] - 3:4
**709** [1] - 23:7

**757.233.0009** [1] - 2:22

## 8

**8,631** [1] - 19:21
**820** [1] - 2:11
**83** [1] - 22:24
**835** [1] - 22:1
**866-866-1729** [1] - 25:1
**877.822.1011** [1] - 2:15
**89** [1] - 22:16

## 9

**96** [1] - 21:15
**99** [1] - 20:20
**9:00** [2] - 1:6, 4:2
**9:49** [1] - 29:5

## A

**A.M** [2] - 1:6, 4:2
**a.m** [1] - 29:5
**able** [1] - 8:13
**absolutely** [1] - 28:12
**acceptable** [1] - 12:19
**access** [4] - 8:24, 18:1, 18:4, 27:3
**accessible** [1] - 24:19
**account** [7] - 11:7, 14:7, 14:18, 26:13, 28:5, 28:13
**accurate** [2] - 4:25, 24:7
**acknowledged** [1] - 15:1
**action** [4] - 6:17, 10:13, 10:15, 11:25
**active** [1] - 8:22
**activities** [2] - 17:3, 17:7
**activity** [3] - 5:13, 18:24, 21:14
**add** [1] - 16:19
**addition** [2] - 5:21, 6:13
**address** [2] - 12:4, 15:21
**addressed** [2] - 16:24, 27:19
**administration** [2] - 24:9, 25:10
**administrator** [2] - 19:8, 21:5
**advance** [3] - 7:20, 7:24, 22:13
**advise** [1] - 6:19

**advised** [1] - 9:25
**agenda** [1] - 4:18
**agent** [1] - 14:17
**ago** [2] - 4:18, 11:1
**agreed** [5] - 10:11, 11:5, 11:16, 26:23, 27:3
**agreeing** [1] - 14:5
**agreement** [6] - 20:12, 20:14, 20:15, 24:13, 27:21, 28:1
**agreements** [1] - 20:3
**ahead** [1] - 10:23
**AIDED** [1] - 1:25
**air** [1] - 20:18
**Alabama** [3] - 6:11, 21:10, 21:12
**ALL** [1] - 1:7
**allocation** [1] - 28:17
**allow** [2] - 26:11, 27:7
**allows** [2] - 20:12, 20:13
**alls** [1] - 25:21
**almost** [1] - 23:24
**alone** [1] - 20:21
**already-remediated** [1] - 7:22
**ALSO** [1] - 3:7
**amendment** [1] - 14:6
**amendments** [2] - 10:12, 10:13
**amount** [1] - 23:21
**amounts** [2] - 11:14, 27:22
**ands** [1] - 23:10
**answer** [4] - 9:1, 12:2, 25:2, 25:3
**apart** [1] - 20:6
**appeal** [1] - 24:4
**appeals** [1] - 24:5
**appear** [1] - 22:16
**appearance** [2] - 4:7, 13:5
**APPEARANCES** [1] - 2:1
**Appearances** [1] - 3:1
**appeared** [1] - 13:6
**applicable** [1] - 14:21
**appoint** [1] - 8:12
**appointed** [2] - 17:25, 18:5
**appointment** [1] - 17:5
**appreciate** [7] - 9:13, 15:4, 15:7, 15:9, 17:3, 18:7, 25:17
**approval** [5] - 10:16, 10:20, 11:2, 11:3, 22:13

**approved** [3] - 5:22, 10:15, 13:12
**April** [1] - 6:2
**arching** [1] - 12:13
**area** [4] - 5:8, 6:16, 17:20, 23:17
**areas** [2] - 6:12, 20:22
**argument** [1] - 15:14, 24:7
**Arnie** [1] - 11:15
**ARNOLD** [1] - 2:13
**arranging** [1] - 8:17
**aspect** [2] - 5:9, 10:2
**assigned** [2] - 21:23, 23:8
**assistance** [1] - 5:11
**assure** [1] - 17:7
**attempt** [1] - 18:22
**attend** [1] - 8:23
**attends** [1] - 7:25
**attorney** [7] - 8:11, 9:13, 18:4, 18:14, 22:5, 27:18, 27:23
**attorneys** [5] - 8:9, 8:21, 20:24, 28:3, 28:17
**authorization** [1] - 23:1
**authorizations** [1] - 27:7
**available** [2] - 17:17, 28:4
**AVENUE** [2] - 2:11, 2:17
**aware** [1] - 10:10

## B

**B406** [1] - 1:22
**bank** [7] - 10:3, 10:5, 11:18, 15:5, 15:7, 27:1
**Bank** [16] - 3:8, 9:11, 9:12, 9:13, 9:15, 9:20, 11:18, 11:19, 11:23, 12:1, 12:11, 12:19, 12:22, 13:9, 13:15, 13:20
**Bank's** [2] - 12:12, 13:3
**bank-owned** [1] - 27:1
**banking** [1] - 13:6
**banks** [1] - 9:23
**Banner** [7] - 9:7, 10:19, 20:2, 21:16, 21:22, 23:7, 23:15
**BARANELLO** [5] - 3:7, 13:18, 13:20, 14:24, 15:9
**Baranello** [2] - 11:25,

13:20
**BARRIOS** [4] - 2:2, 2:3, 4:24, 5:4
**based** [1] - 5:17
**basis** [1] - 18:19
**Becnel** [2] - 8:16
**BEFORE** [1] - 1:10
**beginning** [1] - 10:24
**behalf** [4] - 4:10, 4:12, 7:16, 12:21
**Benchmarker** [1] - 22:18
**beneficiary** [1] - 14:17
**benefit** [3] - 28:11, 28:14, 28:24
**Benefit** [1] - 28:16
**benefits** [1] - 10:23
**BERMAN** [1] - 2:13
**best** [1] - 24:14
**between** [1] - 10:18
**bit** [2] - 13:16, 19:11
**Bob** [2] - 17:2, 17:11
**body** [1] - 24:12
**box** [2] - 24:21, 24:23
**breach** [1] - 14:15
**brief** [1] - 17:12
**briefly** [1] - 22:10
**brought** [1] - 18:17
**BrownGreer** [3] - 16:19, 19:4, 19:8
**BRYSON** [1] - 2:16
**built** [1] - 27:20
**BY** [8] - 1:25, 1:25, 2:3, 2:10, 2:13, 2:16, 2:20, 3:2

**C**

**calculate** [1] - 23:19
**CAP** [1] - 24:16
**care** [3] - 26:4, 27:7, 28:25
**case** [10] - 4:4, 5:9, 6:22, 8:9, 11:1, 13:23, 17:24, 18:2, 26:24, 27:18
**CASE** [1] - 4:5
**cases** [6] - 5:6, 6:20, 6:25, 10:1, 18:6, 25:23
**CASES** [1] - 1:7
**cash** [1] - 11:10
**CASTEIX** [1] - 2:2
**catch** [1] - 20:13
**catch-all** [1] - 20:13
**cdwquestions@ browngreer.com** [1] - 24:22
**census** [1] - 5:19
**CENTRE** [1] - 3:3

**certain** [3] - 12:8, 14:12, 14:16
**CERTIFICATE** [1] - 29:7
**certify** [1] - 29:10
**cetera** [2] - 5:24, 12:5
**Chamber** [1] - 14:1
**change** [1] - 11:17
**changes** [3] - 11:5, 11:21, 14:5
**CHINESE** [1] - 1:3
**Chinese** [3] - 4:5, 19:9, 22:17
**CHINESE-MANUFACTURED** [1] - 1:3
**Chinese-Manufactured** [1] - 4:5
**Circuit** [3] - 6:21, 6:23, 6:25
**CIVIL** [1] - 1:5
**claim** [14] - 5:22, 6:12, 10:11, 20:14, 20:25, 21:12, 21:19, 21:20, 21:21, 21:22, 21:23, 21:24, 23:8, 25:10
**claimant** [1] - 22:6
**claimants** [15] - 5:25, 12:15, 13:11, 18:18, 19:15, 19:16, 19:20, 20:13, 21:2, 22:3, 22:12, 23:13, 23:22, 24:25
**Claims** [1] - 24:12
**claims** [33] - 5:16, 5:21, 7:22, 13:12, 19:18, 19:21, 19:24, 20:1, 20:2, 20:3, 20:5, 20:6, 20:7, 20:9, 20:11, 20:16, 20:17, 20:20, 21:9, 21:10, 21:11, 21:15, 21:17, 22:14, 23:5, 23:13, 23:14, 23:18, 24:9, 24:13, 25:10
**clarifying** [1] - 24:25
**clarity** [1] - 24:15
**class** [9] - 5:17, 6:17, 10:12, 10:15, 10:17, 10:18, 11:25, 15:25, 27:17
**classes** [1] - 7:23
**clean** [1] - 26:3
**clear** [4] - 13:10, 14:24, 22:3, 24:1
**clearly** [1] - 14:13
**client** [3] - 8:5, 8:15, 13:23
**clients** [4] - 8:10, 8:22,

8:25
**Coast** [1] - 20:21
**collateral** [1] - 14:17
**coming** [2] - 5:18, 6:12
**Commerce** [1] - 14:1
**Committee** [1] - 4:10
**committee** [1] - 28:21
**COMMITTEE** [2] - 2:2, 2:9
**Common** [1] - 28:16
**common** [6] - 21:6, 28:10, 28:14, 28:17, 28:18, 28:24
**company** [1] - 15:7
**compensated** [1] - 17:8
**complains** [1] - 21:16
**complaints** [4] - 6:17, 23:7, 25:21
**complete** [1] - 27:25
**complimented** [1] - 8:19
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**concerned** [1] - 17:21
**concerns** [2] - 8:14, 17:4
**conclude** [1] - 6:5
**conclusion** [2] - 19:15, 19:25
**conditioners** [1] - 20:18
**CONFERENCE** [2] - 1:5, 1:9
**conference** [9] - 4:13, 4:17, 8:6, 17:16, 18:15, 18:25, 24:10, 24:11, 25:20
**conferences** [3] - 7:18, 11:1, 12:20
**confident** [1] - 24:6
**confirming** [1] - 22:18
**conflicts** [1] - 17:4
**connection** [2] - 4:16, 14:7
**consolidated** [1] - 7:1
**construction** [2] - 8:13, 11:9
**consummated** [1] - 9:6
**contact** [2] - 8:10, 25:5, 25:14
**contacted** [1] - 6:9
**contained** [1] - 17:16
**continue** [1] - 18:24
**continued** [1] - 17:7
**continuing** [1] - 9:5
**contractor** [1] - 11:10

**control** [1] - 26:13
**conversations** [1] - 26:23
**coordination** [1] - 5:2
**COORDINATION** [1] - 2:2
**correct** [4] - 7:3, 18:16, 28:2, 29:10
**cost** [1] - 17:9
**costs** [4] - 15:11, 27:19, 27:23, 28:19
**COTLAR** [1] - 2:9
**Counsel** [1] - 4:7
**counsel** [7] - 4:17, 12:2, 12:3, 19:22, 24:17, 26:11, 27:17
**count** [1] - 5:18
**country** [1] - 20:22
**couple** [2] - 10:25, 16:21
**course** [2] - 10:10, 11:17
**Court** [21] - 4:11, 5:5, 6:20, 10:10, 12:2, 12:3, 12:4, 13:1, 13:13, 14:23, 15:22, 16:13, 17:8, 17:13, 17:14, 17:23, 18:5, 26:14, 28:6, 29:4, 29:9
**COURT** [54] - 1:1, 1:20, 1:21, 4:3, 4:7, 4:13, 4:22, 5:1, 5:6, 6:6, 6:15, 6:24, 7:5, 7:9, 7:13, 8:8, 9:15, 12:6, 13:14, 13:19, 14:20, 15:3, 15:11, 15:13, 15:17, 15:20, 15:23, 16:2, 16:7, 16:11, 16:16, 16:22, 16:25, 17:10, 17:18, 18:9, 18:11, 18:25, 19:6, 19:11, 20:10, 21:9, 24:17, 25:13, 25:17, 26:3, 26:16, 27:9, 27:13, 27:15, 28:10, 28:14, 28:21, 28:25
**court** [9] - 4:22, 5:3, 6:5, 9:23, 21:10, 25:23, 25:25, 26:10, 27:9
**Court's** [3] - 17:17, 17:18, 25:12
**credit** [14] - 9:10, 11:23, 12:7, 12:19, 12:23, 12:25, 13:17, 13:22, 14:7, 14:14, 14:22, 14:23, 14:25
**cross** [1] - 25:25

**cross-demands** [1] - 25:25
**CURATOR** [1] - 2:5
**curator** [1] - 17:11
**curator's** [1] - 17:13
**customs** [1] - 13:25

**D**

**damage** [1] - 20:17
**date** [1] - 14:10
**DAVIS** [2] - 2:10, 28:22
**Davis** [2] - 7:19, 12:21
**dawn** [1] - 4:23
**DAWN** [1] - 2:3
**DC** [1] - 2:18
**deadline** [4] - 5:16, 5:24, 19:24, 19:25
**deadlines** [2] - 12:10, 17:25
**deal** [2] - 15:6, 27:23
**dealt** [3] - 20:15, 22:15, 23:4
**December** [3] - 10:12, 10:24, 10:25
**DECEMBER** [2] - 1:6, 4:1
**decision** [1] - 6:22
**dedicated** [1] - 24:21
**default** [1] - 6:3
**DEFENDANT** [1] - 3:2
**defendants** [6] - 6:4, 13:23, 14:15, 15:13, 17:12, 25:25
**Defense** [1] - 4:10
**demands** [1] - 25:25
**denial** [4] - 21:18, 24:1, 24:3, 24:5
**denials** [1] - 24:6
**denied** [4] - 21:19, 21:25, 22:14, 23:8
**denying** [1] - 24:3
**deposit** [1] - 9:8
**deserve** [1] - 22:17
**determined** [1] - 20:16
**determining** [1] - 28:16
**Deutsch** [1] - 9:11
**Deutsche** [14] - 3:8, 9:11, 9:13, 9:15, 9:20, 11:22, 12:1, 12:11, 12:12, 12:19, 12:22, 13:9, 13:15, 13:20
**develop** [1] - 25:12
**developments** [1] - 17:15
**different** [1] - 19:17
**direct** [1] - 17:8

**discuss** [6] - 4:18, 5:10, 7:21, 17:24, 18:15, 21:6
**discussed** [3] - 13:4, 16:1, 27:17
**discussion** [1] - 18:18
**dismissals** [1] - 25:20
**dismissed** [3] - 25:23, 25:24, 26:1
**disputes** [1] - 7:25
**distant** [1] - 6:10
**distributed** [1] - 28:4
**distribution** [1] - 23:20
**DISTRICT** [5] - 1:1, 1:2, 1:11, 1:21, 1:21
**DKT** [1] - 1:5
**document** [2] - 1:6, 15:1
**documentation** [1] - 27:4
**documents** [1] - 14:12
**done** [7] - 5:9, 7:17, 9:18, 18:7, 23:9, 23:20
**down** [1] - 7:24
**draft** [1] - 14:13
**drawn** [1] - 14:8
**drive** [1] - 23:19
**DRYWALL** [1] - 1:3
**drywall** [1] - 5:14
**Drywall** [3] - 4:6, 19:9, 22:17
**due** [2] - 17:4, 18:5

**E**

**early** [1] - 11:16
**easier** [1] - 15:6
**EASTERN** [2] - 1:2, 1:21
**easy** [1] - 26:16
**effected** [1] - 21:12
**effective** [2] - 6:11, 6:14
**effectively** [1] - 23:5
**efficiency** [1] - 8:19
**efficient** [1] - 21:7
**either** [3] - 17:19, 23:25, 25:22
**elaborate** [1] - 11:13
**ELDON** [1] - 1:10
**electronics** [1] - 20:18
**eligible** [3] - 23:7, 23:13, 23:23
**elsewhere** [1] - 6:19
**email** [4] - 22:5, 22:6, 24:21, 24:22
**emails** [1] - 24:25
**end** [2] - 10:16, 10:18

**ENERGY** [1] - 3:3
**entered** [1] - 28:6
**entering** [1] - 6:3
**equity** [1] - 5:23
**escrow** [4] - 11:18, 26:13, 28:5, 28:13
**ESQ** [8] - 2:3, 2:5, 2:10, 2:10, 2:13, 2:16, 2:20, 3:2
**essence** [1] - 11:22
**essentially** [1] - 20:13
**establish** [2] - 7:6, 28:15
**estimate** [2] - 22:21, 22:25
**estimates** [1] - 22:23
**et** [2] - 5:23, 12:9
**evaluate** [1] - 24:14
**evidence** [1] - 21:22
**evidences** [1] - 6:9
**evolved** [1] - 10:17
**exactly** [1] - 14:25
**excellent** [1] - 5:9
**excluded** [1] - 20:14
**execute** [1] - 12:16
**exhibit** [1] - 27:20
**exists** [1] - 14:11
**expect** [1] - 24:10
**expected** [1] - 5:19
**expense** [2] - 7:7, 28:7
**expenses** [3] - 11:8, 28:8, 28:9
**expires** [1] - 14:9
**explain** [2] - 9:21, 17:25
**extent** [1] - 28:12

**F**

**fairness** [1] - 9:9
**fall** [2] - 10:11, 11:16
**FALLON** [1] - 1:10
**Fallon** [1] - 4:12
**familiar** [1] - 26:22
**far** [7] - 21:19, 22:24, 23:13, 23:18, 23:22, 24:5, 24:24
**FCRR** [3] - 1:20, 29:12, 29:13
**February** [7] - 6:21, 7:4, 8:7, 15:15, 15:16, 19:1, 29:3
**federal** [3] - 5:2, 21:9, 21:10
**fee** [1] - 28:11
**fees** [3] - 27:18, 27:23, 28:3
**feet** [2] - 23:17, 23:23
**felt** [1] - 8:18
**Fifth** [3] - 6:21, 6:23,

6:25
**file** [2] - 20:13, 21:23
**filed** [8] - 6:1, 16:14, 20:20, 21:12, 21:20, 21:22, 26:2
**filing** [2] - 19:24, 21:3
**filings** [1] - 12:9
**final** [6] - 6:2, 10:16, 10:20, 11:2, 11:3, 22:13
**finally** [1] - 12:21
**financial** [1] - 12:13
**financially** [1] - 13:10
**fine** [1] - 16:20
**finish** [1] - 17:17
**firm** [3] - 8:16, 18:19
**firms** [1] - 19:22
**first** [3] - 9:17, 19:6, 26:11
**FISHBEIN** [1] - 2:13
**Florida** [2] - 5:6, 20:21
**following** [3] - 19:1, 19:2, 29:3
**footage** [1] - 23:21
**FOR** [4] - 2:2, 2:9, 2:19, 3:2
**foreclosure** [2] - 5:23, 27:2
**foregoing** [1] - 29:10
**form** [1] - 16:14
**forms** [9] - 5:17, 5:19, 5:20, 5:21, 5:22, 5:25, 6:12, 16:3, 16:9
**forth** [3] - 6:7, 10:24, 28:1
**forward** [2] - 9:16, 13:16
**four** [1] - 5:17
**Fred** [1] - 11:15
**frequently** [2] - 16:16, 25:11
**FRILOT** [1] - 3:2
**front** [1] - 26:10
**fund** [8] - 7:7, 11:6, 11:12, 11:18, 11:24, 17:9, 28:4, 28:17
**Fund** [1] - 28:16
**funds** [5] - 9:8, 14:7, 14:17, 14:18, 28:19
**furniture** [1] - 27:6

**G**

**Garret** [1] - 27:25
**GARY** [1] - 2:16
**Gary** [1] - 26:7
**general** [1] - 18:14
**generally** [2] - 17:22, 24:7

**gentlemen** [1] - 4:3
**geographical** [1] - 20:19
**Georgia** [1] - 6:11
**Germano** [1] - 6:22
**global** [3] - 9:4, 9:6, 9:8
**Global** [8] - 10:19, 20:2, 21:16, 21:22, 23:6, 23:14, 23:15, 23:16
**great** [1] - 5:11
**Gross** [1] - 6:20
**group** [1] - 5:18
**guarantee** [1] - 12:13
**Gulf** [1] - 20:21

**H**

**half** [2] - 20:1, 23:9
**Hall** [1] - 5:9, 6:2
**handling** [2] - 5:7, 10:1
**happy** [1] - 14:19
**hear** [9] - 5:12, 7:13, 9:17, 10:7, 13:15, 16:4, 19:12, 26:5, 26:6
**heard** [1] - 6:13
**HEARD** [1] - 1:10
**hearing** [4] - 6:21, 7:1, 7:3, 9:9
**help** [1] - 6:16
**helpful** [7] - 6:3, 8:8, 8:9, 8:17, 17:23, 18:2, 18:3
**hereby** [1] - 29:9
**Herman** [4] - 4:12, 7:23, 27:24
**HERMAN** [22] - 2:9, 2:10, 4:11, 4:21, 6:18, 7:3, 7:8, 7:11, 9:2, 12:4, 12:7, 15:12, 15:14, 15:21, 16:10, 16:13, 16:18, 16:23, 17:2, 18:10, 18:16
**high** [1] - 7:25
**Hobbie** [3] - 16:2, 16:4, 27:17
**home** [1] - 11:11
**homeowner** [3] - 11:9, 11:10, 11:12
**homeowners** [3] - 7:21, 11:2, 11:7
**homes** [1] - 18:12
**Honor** [43] - 4:9, 4:21, 4:24, 5:4, 5:13, 5:22, 6:8, 6:18, 6:19, 7:8, 7:15, 7:19, 9:2, 9:12,

10:8, 10:22, 12:4, 13:1, 13:5, 13:7, 13:18, 15:9, 15:12, 15:19, 16:10, 16:13, 16:18, 17:11, 18:8, 18:10, 18:16, 19:4, 19:7, 22:10, 25:16, 25:19, 26:7, 26:9, 26:18, 27:14, 27:16, 28:20, 28:22
**Honor's** [2] - 16:23, 26:22
**HONORABLE** [1] - 1:10
**hope** [1] - 6:4
**hundred** [1] - 4:14

**I**

**ICC** [1] - 14:1
**identified** [1] - 14:14
**immediately** [2] - 9:1, 26:17
**important** [3] - 17:18, 18:6, 25:9
**IN** [1] - 1:3
**in-box** [2] - 24:21, 24:23
**IN/EX** [7] - 9:7, 10:19, 20:2, 21:16, 21:22, 23:7, 23:16
**including** [1] - 12:9
**incomplete** [2] - 22:1, 23:10
**incompleteness** [2] - 22:2, 24:1
**indeed** [1] - 13:22
**indica** [1] - 22:17
**indicated** [3] - 8:16, 19:20, 22:11
**individuals** [2] - 17:22, 18:4
**information** [2] - 25:5, 25:14
**informed** [1] - 10:1
**injury** [1] - 24:12
**inquiries** [1] - 24:24
**insofar** [1] - 11:1
**inspection** [3] - 22:18, 22:20, 22:25
**inspectors** [1] - 22:19
**institution** [1] - 13:6
**intense** [1] - 12:8
**International** [1] - 14:1
**investigated** [1] - 12:11
**investigation** [1] - 13:8
**invitation** [1] - 7:20

involve [1] - 28:18
involved [7] - 8:23,
10:3, 12:16, 13:7,
15:6, 23:16, 24:15
involvement [1] - 13:3
involving [2] - 12:25,
14:22
irrevocable [2] - 14:4,
14:9
issue [9] - 12:7, 13:22,
15:12, 22:2, 22:5,
23:22, 24:16, 26:17,
26:22
issued [8] - 11:23,
14:1, 14:5, 21:18,
22:1, 23:11, 23:24,
24:5
issues [11] - 8:3,
12:10, 12:23, 12:25,
15:15, 15:18, 16:16,
18:14, 21:6, 24:25
issuing [1] - 24:2
item [1] - 9:7
itemized [1] - 28:7

**J**

Jake [1] - 19:7
January [5] - 8:6, 9:9,
18:15, 19:1, 29:3
Jay [1] - 11:20
jewelry [1] - 20:18
job [4] - 5:9, 16:20,
18:7, 25:2
John [1] - 11:25
JOHN [1] - 3:7
john [1] - 13:20
JOHNSTON [4] - 2:5,
2:6, 17:11, 18:8
Johnston [5] - 17:2,
17:7, 17:10, 17:11,
18:1
Judge [3] - 4:12, 5:8,
6:2
JUDGE [1] - 1:11
judgments [1] - 6:4
June [1] - 14:10
jurisdiction [2] - 13:2,
15:15

**K**

Katz [1] - 7:23
KATZ [1] - 2:9
keep [1] - 8:22
KERRY [1] - 3:2
Kerry [8] - 4:9, 7:12,
7:15, 9:18, 10:7,
10:8, 17:6, 18:18
key [1] - 8:21

KINGSDORF [1] - 2:2
Knauf [30] - 4:10,
7:12, 7:16, 9:6, 9:8,
9:10, 9:17, 10:9,
10:11, 10:18, 10:22,
11:5, 11:6, 11:25,
12:7, 12:9, 12:13,
13:23, 14:15, 17:7,
20:6, 20:12, 21:15,
21:20, 21:23, 21:24,
22:11, 23:5, 23:8
Knauf's [1] - 11:24
knowledgeable [1] -
8:13
KPT [1] - 22:17

**L**

L&W [1] - 9:8
LA [5] - 1:22, 2:4, 2:8,
2:11, 3:4
ladies [1] - 4:3
laedcourtreporter@
gmail.com [1] - 1:23
Lago [3] - 26:8, 26:12,
26:15
LAGO [1] - 2:16
large [1] - 20:17
largely [3] - 4:19, 27:1,
27:2
last [7] - 5:18, 6:3,
7:17, 17:15, 25:5,
25:20, 27:16
late [1] - 12:9
laudatory [1] - 8:18
LAW [2] - 2:6, 2:19
law [3] - 12:24, 14:21,
27:12
lawyer [1] - 17:21,
17:24
lawyers [6] - 6:10,
6:13, 7:21, 17:19,
17:20
lead [2] - 4:17, 26:11
learned [1] - 10:14
least [3] - 8:13, 9:23,
17:24
led [1] - 13:5
Lenny [2] - 7:19, 12:21
LEONARD [1] - 2:10
letter [14] - 9:10,
11:23, 12:7, 12:19,
12:23, 12:25, 13:17,
13:22, 14:6, 14:14,
14:22, 14:25
letters [1] - 8:15
LEVIN [2] - 2:13, 2:13
Levin [1] - 27:24
Liability [1] - 4:6
LIABILITY [1] - 1:4

liaison [2] - 4:17,
24:17
list [3] - 16:20, 21:2,
22:22
listed [1] - 23:18
litigants [1] - 17:18
litigation [3] - 6:5, 7:6,
26:12
Litigation [1] - 4:6
LITIGATION [1] - 1:4
LLC [2] - 2:6, 3:2
located [1] - 13:20
look [1] - 24:16
looked [1] - 23:17
loses [1] - 5:23
Loss [1] - 24:12
loss [1] - 5:23
losses [1] - 5:23
Louisiana [1] - 14:21
LOUISIANA [3] - 1:2,
1:21, 4:1
lunch [1] - 7:24

**M**

MAIN [1] - 2:20
major [1] - 5:14
majority [2] - 20:17,
23:4
MANAGER [1] - 4:5
MANUFACTURED [1]
- 1:3
Manufactured [4] - 4:5
March [1] - 5:24
MASON [9] - 2:16,
2:16, 16:5, 26:7,
26:18, 27:11, 27:16,
28:12, 28:20
Mason [1] - 26:7
MASSACHUSETTS
[1] - 2:17
master [1] - 21:5
matter [9] - 5:18, 13:2,
13:3, 13:7, 13:12,
16:23, 17:8, 28:9
matters [6] - 5:8, 5:11,
9:5, 9:22, 18:17
MDL [2] - 4:5, 5:11
meaning [1] - 14:4
MECHANICAL [1] -
1:25
mechanism [1] -
28:15
media [1] - 6:7
mediation [1] - 8:4
meet [1] - 18:19
meeting [4] - 8:4,
18:20, 27:11, 29:2
meetings [2] - 8:1,
8:17, 8:24

mention [3] - 20:8,
20:19, 20:23
mentioned [5] - 21:17,
23:6, 23:11, 23:24,
28:23
met [4] - 4:17, 12:21,
17:4, 17:14
methods [1] - 24:20
microphones [1] -
4:15
midnight [1] - 5:16
might [1] - 16:19
miller [1] - 7:13
MILLER [5] - 3:2, 4:9,
7:15, 10:8, 15:19,
19:4
Miller [8] - 4:10, 7:12,
7:15, 10:7, 10:8,
17:6, 22:11
Miller's [1] - 18:19
million [3] - 11:23,
14:12, 26:12
minor [2] - 8:17, 27:13
Minor [3] - 26:4,
26:23, 27:3
miscellaneous [2] -
20:9, 21:17
missing [1] - 22:3
misspoke [1] - 15:14
Mitchell [1] - 6:20
moment [1] - 4:18
Monday [1] - 5:15
monitor [1] - 24:23
MONTHLY [1] - 1:5
monthly [3] - 4:13,
4:16, 19:10
months [1] - 16:21
moot [1] - 21:21
morning [8] - 4:3, 4:9,
4:11, 7:15, 13:18,
13:19, 19:7, 27:19
Moss [5] - 7:11, 7:14,
7:18, 7:21, 8:5, 8:14,
8:19, 8:24, 11:8,
18:21, 22:21
Moss's [1] - 8:19
mostly [1] - 21:23
motion [6] - 9:8, 17:6,
19:2, 26:6, 26:11,
27:16
motions [5] - 7:6,
16:5, 16:8, 26:5,
26:9
move [1] - 11:8
move-in [1] - 11:8
move/out [1] - 11:8
move/out-expenses
[1] - 11:8
moved [2] - 27:6,
27:18

MR [48] - 4:9, 4:11,
4:21, 5:13, 6:8, 6:18,
7:3, 7:8, 7:11, 7:15,
9:2, 10:8, 12:4, 12:7,
13:18, 13:20, 14:24,
15:9, 15:12, 15:14,
15:21, 15:25, 16:5,
16:10, 16:13, 16:18,
16:23, 17:2, 17:11,
18:8, 18:10, 18:16,
19:4, 19:7, 19:13,
20:11, 21:11, 24:19,
25:16, 25:19, 26:7,
26:18, 27:11, 27:14,
27:16, 28:12, 28:20,
28:22
MS [2] - 4:24, 5:4
MURRAY [1] - 2:5
must [1] - 14:5

**N**

name [1] - 19:7
nature [1] - 20:18
NBA [1] - 22:18
necessary [2] - 12:16,
18:5
need [10] - 16:3,
18:18, 22:3, 22:20,
23:1, 23:12, 25:14,
26:25, 27:3, 27:9
needed [1] - 25:23
needs [1] - 27:6
negotiation [1] - 12:8
new [3] - 10:11, 22:7,
27:18
NEW [6] - 1:22, 2:4,
2:8, 2:11, 3:4, 4:1
New [7] - 11:18, 11:23,
12:1, 12:21, 12:24,
13:21
next [6] - 8:6, 9:9,
15:11, 18:25, 24:11,
29:2
night [1] - 5:15
NO [1] - 1:5
none [2] - 6:18, 28:10
NORFOLK [1] - 2:21
notable [1] - 20:5
note [1] - 24:10
nothing [2] - 18:11,
28:10
notice [10] - 6:6, 6:8,
6:11, 6:14, 18:5,
22:2, 22:5, 22:7,
24:2, 24:3
notices [9] - 21:18,
21:19, 22:1, 23:11,
23:24, 23:25, 24:1,
24:2, 24:5

**number** [15] - 5:6, 6:4, 11:13, 19:14, 21:18, 23:15, 23:19, 23:22, 23:25, 24:20, 24:23, 25:1, 25:2, 25:3, 25:9
**numbers** [3] - 19:17, 27:25, 28:1
**NW** [1] - 2:17

**O**

**O'KEEFE** [1] - 2:11
**obligated** [1] - 11:6
**obligation** [2] - 13:11
**obligations** [1] - 14:16
**obtain** [1] - 12:18
**obtained** [1] - 12:12
**obtains** [1] - 11:11
**occur** [1] - 17:5
**occurred** [1] - 17:15
**October** [1] - 19:24
**odd** [1] - 11:1
**OF** [5] - 1:2, 1:9, 1:21, 2:6, 2:19
**offered** [1] - 10:23
**OFFICES** [2] - 2:6, 2:19
**Official** [1] - 29:9
**OFFICIAL** [1] - 1:20
**oftentimes** [1] - 17:22
**ombudsman** [4] - 7:25, 8:12, 8:23, 18:20
**Omni** [1] - 25:21
**omnibus** [1] - 6:17
**once** [1] - 14:5
**one** [20] - 6:9, 7:1, 8:6, 8:15, 11:21, 11:22, 12:23, 14:6, 14:12, 14:13, 15:25, 19:1, 19:2, 19:18, 19:19, 23:10, 25:19, 26:16, 29:3
**online** [2] - 22:4, 25:10
**opinion** [1] - 10:2
**oral** [1] - 15:14
**order** [7] - 12:17, 13:22, 18:22, 26:17, 26:19, 28:6, 28:25
**orders** [2] - 4:20, 28:1
**original** [3] - 10:12, 11:14, 12:15
**originally** [1] - 6:13
**ORLEANS** [6] - 1:22, 2:4, 2:8, 2:11, 3:4, 4:1
**ought** [1] - 26:3
**over-arching** [1] -

12:13
**own** [1] - 11:9
**owned** [1] - 27:1
**owns** [1] - 21:24

**P**

**PA** [1] - 2:14
**page** [1] - 6:20
**paid** [2] - 14:8, 14:18
**panel** [1] - 7:2
**part** [2] - 11:17, 13:9
**partial** [2] - 27:18, 28:8
**participated** [1] - 19:22
**participating** [1] - 9:23
**particular** [4] - 14:10, 14:13, 14:18, 18:17
**parties** [2] - 14:5, 18:3
**party** [1] - 25:25
**past** [2] - 6:10, 12:10
**pay** [1] - 14:12
**paying** [1] - 28:13
**payment** [1] - 11:10
**pays** [4] - 11:7, 11:8, 11:10, 11:12
**PC** [1] - 2:19
**pending** [1] - 6:25
**people** [10] - 4:14, 6:13, 8:24, 10:2, 19:12, 24:16, 24:23, 25:2, 25:22, 25:24
**per** [2] - 8:2, 23:22
**percent** [9] - 20:16, 20:20, 20:22, 21:15, 21:16, 21:17, 28:4, 28:13, 28:22
**percentage** [2] - 7:25, 24:6
**perform** [1] - 22:22
**performance** [1] - 11:24
**performed** [1] - 10:23
**period** [1] - 19:15
**person** [2] - 8:13, 9:15
**personal** [2] - 15:15, 20:17
**Phil** [1] - 27:24
**PHILADELPHIA** [1] - 2:14
**phone** [5] - 4:14, 12:20, 19:12, 21:4, 25:21
**phones** [1] - 25:2
**piece** [1] - 6:5
**pilot** [11] - 7:9, 7:10, 9:3, 9:4, 9:5, 10:16, 20:6, 21:24, 22:12,

22:24, 23:4
**Pipes** [3] - 26:23, 27:3
**PIPES** [2] - 25:19, 27:14
**plaintiff** [2] - 4:12, 16:14
**plaintiffs** [1] - 26:8
**PLAINTIFFS** [2] - 2:13, 2:16
**plaintiffs'** [1] - 9:2
**PLAINTIFFS'** [1] - 2:9
**play** [1] - 6:7
**point** [2] - 6:23, 12:14
**pointed** [1] - 10:17
**portion** [4] - 8:1, 27:22, 28:23
**possible** [1] - 21:8
**post** [1] - 25:7
**postmarking** [1] - 5:16
**potential** [1] - 17:4
**POYDRAS** [4] - 1:22, 2:3, 2:7, 3:3
**practice** [1] - 8:2
**practices** [1] - 13:25
**preliminary** [1] - 18:11
**prepared** [1] - 14:11
**presence** [2] - 9:13, 15:5
**present** [5] - 8:5, 9:12, 9:21, 12:2
**PRESENT** [1] - 3:7
**presentation** [8] - 5:5, 9:24, 10:6, 11:20, 12:1, 12:20, 19:5, 25:7
**presentations** [1] - 25:8
**presented** [1] - 4:19
**pretrial** [2] - 4:20, 5:12
**previously** [1] - 26:19
**pro** [7] - 12:8, 17:1, 17:2, 17:3, 17:12, 19:21, 23:19
**PRO** [1] - 2:5
**problems** [2] - 8:18, 18:22
**procedures** [4] - 12:18, 21:7, 24:9, 25:10
**proceed** [1] - 27:8
**PROCEEDINGS** [2] - 1:9, 1:25
**proceedings** [3] - 5:12, 14:22, 29:5
**process** [5] - 11:4, 16:21, 17:4, 18:5, 18:23, 22:8, 22:24, 23:2, 25:4
**PRODUCED** [1] - 1:25

**Products** [1] - 4:6
**PRODUCTS** [1] - 1:3
**profile** [3] - 16:3, 16:9, 16:14
**program** [16] - 7:9, 7:10, 8:4, 9:3, 9:4, 9:6, 10:16, 19:9, 19:10, 19:23, 20:7, 21:24, 22:12, 22:19, 22:24, 23:4
**programs** [1] - 21:7
**promptly** [2] - 24:24, 27:6
**proper** [1] - 21:3
**properties** [3] - 12:17, 19:17, 21:12
**property** [7] - 5:21, 19:18, 19:19, 20:17, 20:25, 21:20, 23:23
**proposed** [2] - 4:18, 26:19
**protecting** [1] - 12:14
**provide** [1] - 24:15
**provided** [3] - 17:13, 22:6, 22:12
**provision** [1] - 11:6, 20:13
**provisions** [1] - 11:13
**PSC** [7] - 10:11, 11:5, 11:15, 12:21, 26:23, 27:24, 28:5
**PSC's** [1] - 12:14
**purpose** [1] - 9:3
**pursuant** [2] - 20:11, 28:5
**put** [1] - 11:22, 25:11
**puts** [1] - 27:22

**Q**

**QSF** [1] - 26:14
**qualified** [1] - 13:10
**questions** [10] - 8:25, 9:24, 12:2, 15:3, 16:8, 16:16, 18:2, 25:3, 25:11
**quick** [1] - 25:19
**quickly** [1] - 8:23
**quid** [1] - 12:8
**quos** [1] - 12:9

**R**

**raise** [1] - 19:11
**rata** [1] - 23:19
**rate** [1] - 11:4
**rather** [1] - 13:1
**rating** [1] - 12:12
**RCR** [1] - 26:12
**re** [1] - 4:5

**RE** [1] - 1:3
**reach** [1] - 20:19
**ready** [1] - 24:19
**real** [2] - 5:21, 22:10
**really** [2] - 10:13, 26:3
**reason** [3] - 18:1, 21:19, 24:2
**reasons** [2] - 22:2, 23:10
**receive** [1] - 24:24
**received** [11] - 8:15, 19:25, 20:4, 20:5, 20:7, 20:8, 20:24, 22:4, 22:14, 24:4, 25:3
**receiver** [4] - 26:21, 26:24, 26:25, 27:4
**recently** [2] - 5:22, 26:14
**recess** [1] - 29:4
**recessed** [1] - 29:5
**record** [3] - 4:8, 13:9, 26:4
**RECORDED** [1] - 1:25
**reference** [1] - 18:17
**referred** [2] - 21:1, 27:21
**reflection** [1] - 10:13
**regard** [2] - 12:9, 28:14
**regarding** [1] - 17:3
**register** [1] - 19:18
**registered** [2] - 19:14, 19:16, 22:7
**registration** [2] - 19:15, 20:25
**regular** [2] - 18:19, 19:5
**reimburse** [1] - 28:8
**reimbursement** [4] - 11:11, 27:18, 28:7, 28:8
**relates** [1] - 1:6
**relationship** [1] - 10:18
**release** [2] - 21:24, 23:1
**released** [1] - 12:14
**relief** [3] - 10:15, 11:2, 22:12
**relocation** [1] - 20:2
**remaining** [1] - 15:15
**remarked** [1] - 10:25
**remediated** [4] - 7:22, 11:11, 18:12, 21:21
**remediation** [13] - 7:22, 8:3, 11:6, 11:7, 11:12, 11:18, 11:24, 20:6, 21:15, 21:20, 22:11, 23:2, 27:8

**remediations** [1] - 10:23
**repair** [1] - 20:2
**report** [6] - 4:25, 6:19, 7:9, 17:14, 17:16, 19:10
**REPORTER** [1] - 1:20
**Reporter** [1] - 29:9
**reports** [1] - 18:11
**representative** [3] - 7:11, 9:12, 9:14
**representatives** [4] - 7:18, 18:18, 18:21
**represented** [1] - 19:22
**represents** [1] - 7:12
**repudiation** [1] - 23:5
**requesting** [1] - 14:17
**requirements** [1] - 27:12
**resolve** [2] - 7:24, 18:22
**resolved** [2] - 13:2, 13:4
**respect** [3] - 8:3, 9:7, 9:10
**respond** [1] - 24:24
**responded** [1] - 24:25
**responses** [1] - 22:4
**result** [1] - 17:5
**results** [1] - 22:11
**return** [1] - 23:1
**review** [6] - 17:17, 21:14, 22:11, 23:3, 24:12, 27:4
**reviewed** [5] - 20:16, 21:15, 23:6, 23:18, 27:25
**reviews** [2] - 23:9, 23:20
**revised** [1] - 16:20
**revision** [1] - 14:2
**RICHARD** [2] - 2:19, 2:20
**Richard** [2] - 5:7, 5:12
**RMR** [1] - 1:20
**ROBERT** [2] - 2:5, 2:6
**role** [1] - 9:21
**ROOM** [1] - 1:22
**roughly** [1] - 28:6
**rules** [1] - 14:2
**Russ** [4] - 4:12, 7:19, 10:17, 11:15
**RUSS** [1] - 2:10

## S

**satisfied** [5] - 6:6, 6:14, 27:5, 27:10, 27:11

**satisfy** [1] - 6:8
**scheduled** [2] - 7:23, 16:5
**scheduling** [1] - 8:4
**se** [5] - 17:1, 17:2, 17:3, 17:12, 19:21
**SE** [1] - 2:5
**second** [2] - 25:24, 26:21
**secrecy** [1] - 10:1
**Section** [1] - 20:12
**secure** [3] - 11:24, 13:11, 15:5
**security** [7] - 9:11, 11:6, 11:13, 11:21, 12:5, 12:16, 12:18
**SEDRAN** [1] - 2:13
**see** [4] - 6:12, 15:18, 16:8, 25:9
**selects** [1] - 11:9
**send** [1] - 7:20
**separate** [1] - 20:6
**September** [1] - 13:23
**SERPE** [5] - 2:19, 2:20, 5:13, 6:8, 15:25
**Serpe** [6] - 5:4, 5:7, 5:12, 15:21, 21:1, 21:2
**serve** [2] - 26:24, 27:4
**served** [1] - 9:3
**service** [1] - 8:22
**services** [1] - 12:12
**set** [11] - 5:24, 6:2, 6:20, 7:1, 7:4, 7:19, 9:8, 9:19, 10:24, 26:14, 28:1
**setting** [1] - 9:3
**settings** [1] - 4:22
**settlement** [25] - 9:4, 9:6, 10:11, 10:13, 10:17, 10:19, 10:24, 11:14, 11:25, 19:8, 19:9, 20:14, 20:15, 21:3, 21:5, 23:14, 23:15, 23:16, 23:21, 24:13, 25:13, 26:13, 27:20, 27:21, 28:8
**settlements** [5] - 17:1, 9:8, 10:14, 10:15, 15:25, 20:3
**several** [5] - 4:14, 7:17, 7:20, 8:15, 21:4
**shared** [1] - 15:11
**shortly** [1] - 28:15
**side** [1] - 24:18
**sign** [1] - 27:7
**signature** [1] - 15:2
**significant** [1] - 21:14

**signing** [1] - 21:23
**simply** [2] - 22:25, 25:5
**sit** [1] - 7:24
**sits** [1] - 26:13
**situation** [1] - 9:16
**six** [1] - 6:3
**skipped** [1] - 19:5
**slide** [1] - 25:5
**small** [2] - 24:6, 26:9
**smaller** [1] - 11:14, 23:15
**smoothly** [1] - 22:9
**sole** [1] - 25:2
**someone** [1] - 20:25
**sometimes** [2] - 18:20
**sorry** [1] - 16:4
**sort** [1] - 8:9
**special** [2] - 5:18, 17:9, 21:5
**specific** [1] - 27:22
**specifically** [3] - 26:14, 27:22, 28:7
**spot** [2] - 11:22
**springtime** [1] - 6:5
**square** [4] - 23:17, 23:21, 23:22, 23:23
**stability** [1] - 12:13
**stable** [1] - 13:10
**stage** [1] - 9:19
**standpoint** [3] - 9:3, 14:20, 17:18
**stands** [1] - 29:4
**start** [3] - 19:14, 23:1, 24:11
**started** [1] - 21:14
**state** [8] - 4:7, 4:22, 5:2, 5:14, 6:5, 25:22, 27:9, 27:12
**STATE/FEDERAL** [1] - 2:2
**statement** [2] - 13:13, 14:13
**states** [3] - 5:15, 12:17, 20:21
**States** [1] - 12:17
**STATES** [3] - 1:1, 1:11, 1:21
**status** [13] - 4:13, 4:17, 7:17, 7:22, 8:6, 10:25, 17:14, 17:15, 17:16, 18:25, 19:10, 24:10, 24:11
**STATUS** [2] - 1:5, 1:9
**STE** [1] - 2:17
**Steering** [1] - 4:10
**STEERING** [1] - 2:9
**steering** [1] - 5:8
**STENOGRAPHY** [1] -

1:25
**still** [2] - 5:17, 16:11
**stopped** [1] - 25:21
**streamline** [2] - 11:16, 11:21
**streamlined** [1] - 11:5
**streamlining** [1] - 11:17
**Street** [1] - 13:21
**STREET** [6] - 1:22, 2:3, 2:7, 2:14, 2:20, 3:3
**strong** [1] - 10:4
**subject** [3] - 12:8, 12:24, 13:25
**submit** [1] - 23:12
**submitted** [4] - 20:11, 22:16, 26:18, 26:20
**submitting** [1] - 17:5
**substituted** [1] - 9:11
**sued** [1] - 26:1
**sufficient** [2] - 22:17
**SUITE** [4] - 2:3, 2:7, 2:14, 3:4
**summer** [1] - 11:15
**Supply** [2] - 6:10, 15:20
**support** [1] - 14:3
**Susan** [2] - 29:9, 29:13
**SUSAN** [2] - 1:20, 29:12
**susan_zielie@laed. uscourts.gov** [1] - 1:23

## T

**table** [1] - 9:4
**Taishan** [3] - 15:13, 15:15, 15:18
**talks** [1] - 14:15
**telephone** [1] - 25:1
**terms** [1] - 5:19
**THE** [55] - 1:10, 2:2, 2:9, 3:2, 4:3, 4:7, 4:13, 4:22, 5:1, 5:6, 6:6, 6:15, 6:24, 7:5, 7:9, 7:13, 8:8, 9:15, 12:6, 13:14, 13:19, 14:20, 15:3, 15:11, 15:13, 15:17, 15:20, 15:23, 16:2, 16:7, 16:11, 16:16, 16:22, 16:25, 17:10, 17:18, 18:9, 18:11, 18:25, 19:6, 19:11, 20:10, 21:9, 24:17, 25:13, 25:17, 26:3, 26:16, 27:9, 27:13, 27:15,

28:10, 28:14, 28:21, 28:25
**therefore** [1] - 12:19
**they've** [3] - 9:18, 23:8
**third** [2] - 22:14, 25:25
**third-party** [1] - 25:25
**thorough** [1] - 13:8
**thoroughly** [1] - 12:11
**three** [2] - 12:12, 26:9
**THURSDAY** [2] - 1:6, 4:1
**today** [5] - 4:16, 17:14, 18:20, 18:21, 26:10
**together** [1] - 11:15
**total** [6] - 19:17, 20:1, 23:17, 23:18, 23:20, 23:21
**touch** [1] - 5:10
**transcript** [1] - 29:10
**TRANSCRIPT** [2] - 1:9, 1:25
**TRANSCRIPTION** [1] - 1:25
**transfer** [1] - 26:12
**transferring** [1] - 13:3
**transparency** [2] - 9:22, 10:2
**trial** [2] - 4:22, 6:2
**trickled** [1] - 5:15
**true** [1] - 22:14
**tutorials** [1] - 25:11
**two** [1] - 10:14
**types** [2] - 17:21, 24:1
**typically** [1] - 7:18

## U

**undertaking** [3] - 14:3, 14:4, 14:11
**uniform** [1] - 13:25
**UNITED** [3] - 1:1, 1:11, 1:21
**United** [1] - 12:17
**units** [3] - 27:1, 27:5, 27:8
**unlike** [1] - 10:14
**unoccupied** [1] - 27:2
**up** [9] - 7:19, 9:5, 11:18, 18:17, 19:3, 23:21, 23:25, 26:4, 26:14
**updates** [1] - 25:10
**upwards** [1] - 14:12
**US** [2] - 11:18, 13:3
**usual** [2] - 8:2, 16:19
**utilizing** [1] - 21:6

## V

**VA** [1] - 2:21

**vacated** [1] - 27:5
**vague** [1] - 24:14
**Valla** [1] - 26:12
**variety** [2] - 22:1, 26:22
**various** [3] - 12:17, 12:18, 12:20
**vast** [1] - 23:4
**venture** [1] - 15:20
**Venture** [1] - 6:10
**venue** [2] - 12:24, 13:2
**vetted** [1] - 27:24
**view** [1] - 12:14
**Villa** [2] - 26:8, 26:15
**VILLA** [1] - 2:16
**Virginia** [8] - 5:7, 5:8, 5:14, 5:15, 5:17, 20:24, 21:1, 21:5
**VIRGINIA** [1] - 2:19
**Virginia-based** [1] - 5:17
**vis** [2] - 11:24
**vis-a-vis** [1] - 11:24
**voice** [1] - 19:11
**voluntary** [1] - 28:6

## W

**Wall** [1] - 13:21
**WALNUT** [1] - 2:14
**wants** [1] - 25:9
**WASHINGTON** [1] - 2:18
**website** [3] - 25:7, 25:12, 25:14
**weeks** [2] - 6:3, 7:20
**WHITFIELD** [1] - 2:16
**Whitney** [1] - 11:19
**willing** [1] - 27:13
**Wiltz** [1] - 6:20
**wind** [1] - 9:5
**WOODY** [6] - 19:7, 19:13, 20:11, 21:11, 24:19, 25:16
**Woody** [1] - 19:8
**words** [1] - 15:9
**written** [1] - 14:25
**ww3browngreer. com/drywall** [1] - 25:8

## X

**XIV** [1] - 16:22
**XVI** [1] - 18:9
**XVII** [1] - 18:11

## Y

**year** [1] - 10:20

**years'** [1] - 10:14
**York** [7] - 11:19, 11:23, 12:1, 12:21, 12:24, 13:21

## Z

**Zielie** [2] - 29:9, 29:13
**ZIELIE** [2] - 1:20, 29:12