```
 1                     UNITED STATES DISTRICT COURT

 2                     EASTERN DISTRICT OF LOUISIANA

 3   IN RE: CHINESE-MANUFACTURED      )
     DRYWALL PRODUCTS                 )
 4   LIABILITY                        )
     LITIGATION                       )
 5                                    ) CIVIL DKT NO. 09-MD-2047 "L"
                                      ) MONTHLY STATUS CONFERENCE
 6                                    ) THURSDAY, JANUARY 16, 2014
     This document relates to:        ) 9:00 A.M.
 7   ALL CASES                        )
     ********************************

 8

 9

10            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

11         HEARD BEFORE THE HONORABLE ELDON E. FALLON

12                  UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20   SUSAN A. ZIELIE, RMR, FCRR
     OFFICIAL COURT REPORTER
21   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA
22   500 POYDRAS STREET, ROOM B406
     NEW ORLEANS, LA 70130
23   susan_zielie@laed.uscourts.gov
     laedcourtreporter@gmail.com
24   504.589.7781

25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

```
 1   APPEARANCES:

 2   FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:          BARRIOS, KINGSDORF & CASTEIX
 3                                    BY:  DAWN BARRIOS, ESQ.
                                      701 POYDRAS STREET, SUITE 3600
 4                                    NEW ORLEANS, LA 70139
                                      504.524.3300
 5
     PRO SE CURATOR:                  ROBERT MURRAY JOHNSTON, ESQ.
 6                                    LAW OFFICES OF
                                        ROBERT M. JOHNSTON, LLC
 7                                    400 POYDRAS STREET
                                      SUITE 2450
 8                                    NEW ORLEANS LA 70130
                                      504.561.7799
 9
     FOR THE PLAINTIFFS'
10   STEERING COMMITTEE:              HERMAN HERMAN KATZ
                                      BY:  RUSS HERMAN, ESQ.
11                                         LEONARD A. DAVIS, ESQ.
                                      820 O'KEEFE AVENUE
12                                    NEW ORLEANS, LA 70113
                                      504.581.4892
13
     THE PLAINTIFFS:                  LEVIN, FISHBEIN, SEDRAN & BERMAN
14                                    BY:  ARNOLD LEVIN, ESQ.
                                      510 WALNUT STREET, SUITE 500
15                                    PHILADELPHIA, PA 19106
                                      877.822.1011
16
     FOR VIRGINIA:                    LAW OFFICES OF RICHARD SERPE, PC
17                                    BY:  RICHARD SERPE, ESQ.
                                      580 E. MAIN STREET
18                                    #310
                                      NORFOLK VA 23510
19                                    757.233.0009

20

21

22

23

24

25
```

```
1    APPEARANCES -2

2    FOR DEFENDANT KNAUF                FRILOT, LLC
        DEFENSE STEERING COMMITTEE:    BY:  KERRY J. MILLER, ESQ.
3                                      ENERGY CENTRE
                                       1100 POYDRAS STREET
4                                      SUITE 3700
                                       NEW ORLEANS, LA 70163
5                                      504.599.8000

6    FOR HOME BUILDERS:                STONE PIGMAN
                                       BY:  DOROTHY H. WIMBERLY, ESQ.
7                                      546 Carondelet Street
                                       New Orleans LA 70130
8                                      504.593.0849
                                       dwimberly@stonepigman.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | NEW ORLEANS, LOUISIANA; THURSDAY, DECEMBER 2, 2010 | 07:57AM |
| 2 | 9:00 A.M. | 07:57AM |
| 3 | (COURT CALLED TO ORDER) | 07:57AM |
| 4 | THE COURT:  Be seated, please.  Good morning, ladies | 09:03AM |
| 5 | and gentlemen. | 09:03AM |
| 6 | Let's call the case, please. | 09:03AM |
| 7 | CASE MANAGER:  MDL 09-2047, in re:  Chinese | 09:03AM |
| 8 | Manufactured Drywall Products Liability Litigation. | 08:56AM |
| 9 | THE COURT:  Counsel, make your appearance for the | 09:03AM |
| 10 | record. | 09:03AM |
| 11 | MR. HERMAN:  Make it please the Court, Russ Herman on | 09:03AM |
| 12 | behalf of plaintiffs. | 09:03AM |
| 13 | MR. MILLER:  Good morning, Your Honor.  Kerry Miller on | 09:03AM |
| 14 | behalf of Knauf and the Defense Steering Committee. | 09:03AM |
| 15 | THE COURT:  We have a number of people in the | 09:03AM |
| 16 | courtroom, and about a hundred people on the line, so please use | 09:03AM |
| 17 | the podium. | 09:03AM |
| 18 | I met with liaison lead counsel a moment ago to | 09:03AM |
| 19 | discuss the agenda with them.  We have the proposed agenda and a | 09:03AM |
| 20 | couple of other issues that we need to discuss today. | 09:03AM |
| 21 | First, the pretrial orders, anything on pretrial | 09:03AM |
| 22 | orders? | 09:03AM |
| 23 | MR. HERMAN:  May it please the Court, Your Honor has | 09:03AM |
| 24 | entered PTO-28 regarding a fee procedure.  We understand from | 09:03AM |
| 25 | Ms. Wimberly this morning that there are other folks who are | 09:04AM |

1  interested in having -- filing with Your Honor an application  09:04AM

2  for an additional PTO or amended PTO in that regard.  09:04AM

3          THE COURT:  All right.  I'll deal with that when it  09:04AM

4  comes up.  09:04AM

5              As I mentioned in the conference, I've done a  09:04AM

6  number of opinions on fees procedure.  I think the importance in  09:04AM

7  trying to set and evaluate a fee is to have some procedure that  09:04AM

8  people go through.  And, of course, in these MDLs, it's  09:04AM

9  important to have some structure.  I appoint various committees;  09:04AM

10  but I tell these committees that, anybody who's interested in  09:04AM

11  working on the case, they should create subcommittees and allow  09:04AM

12  them to work on it.  09:05AM

13              Most of the time, it involves plaintiffs, because  09:05AM

14  the defendants in these MDLs are generally one or two defendants  09:05AM

15  and thousands and thousands of plaintiffs.  So it generally  09:05AM

16  deals with the plaintiffs.  09:05AM

17              And I want people who are not on the committee to  09:05AM

18  feel like they have an opportunity to perform common benefit  09:05AM

19  work.  So it has to be structured so that their work goes  09:05AM

20  through the various committees so that there's some uniformity  09:05AM

21  for work so that it is truly common benefit.  09:05AM

22              In this case, it poses a little different  09:05AM

23  situation, because we have about 1,000 defendants in this case.  09:05AM

24  So I've had to create various committees and not only from the  09:05AM

25  plaintiffs' standpoint but also from the defendants' standpoint.  09:05AM

1    As I understand, the proposal to amend the 09:06AM

2    pretrial order is from one of the defendant areas.  They feel 09:06AM

3    that they have performed common benefit work which enured to the 09:06AM

4    benefit of everyone, and they want some recognition at the end. 09:06AM

5    They should file whatever they need to file, I will take a look 09:06AM

6    at it, give everybody an opportunity to speak on it. 09:06AM

7    I thought the first Pretrial Order that I issued 09:06AM

8    covered all of those situations, but I'll hear from them at the 09:06AM

9    appropriate time. 09:06AM

10    Anything on state court actions?  State court 09:06AM

11    trial settings? 09:06AM

12    MR. HERMAN:  Ms. Wimberly is here, and also Ms. Barrios 09:06AM

13    on items 2 and 3, state court trial settings and state/federal 09:06AM

14    coordination. 09:06AM

15    THE COURT:  Anything? 09:06AM

16    MS. WIMBERLY:  Your Honor, before we move on, I just 09:07AM

17    wanted to make it clear that the proposed amendments that we'll 09:07AM

18    be submitting to the Court deal with nontraditional plaintiffs, 09:07AM

19    such as some of the builders who in fact acted or had the same 09:07AM

20    type of role as the plaintiff homeowner following repairs and 09:07AM

21    assignments.  While it is certainly an unusual situation and the 09:07AM

22    various sides, it's been like that from day one, with kind of 09:07AM

23    conflicts in interest in positions. 09:07AM

24    And, we understand the plaintiffs' position, but 09:07AM

25    we will be presenting a proposed order to the Court and would 09:07AM

| | |
|---|---|
| 1 | ask that, after receiving it, that the Court perhaps schedule a | 09:07AM |
| 2 | conference in the near future.  We don't want to do anything to | 09:07AM |
| 3 | hold up or change the deadlines in Pretrial 28 and would be | 09:07AM |
| 4 | prepared to move in conjunction with those same deadlines. | 09:08AM |
| 5 | THE COURT:  All right.  I'll talk with you about it.  I | 09:08AM |
| 6 | have several issues that might be able to be resolved, the | 09:08AM |
| 7 | amount of the fee and then secondly from whence the fee comes. | 09:08AM |
| 8 | If it's a common benefit to the defendants, perhaps the | 09:08AM |
| 9 | defendants ought to pay the fee.  If it's a common benefit in | 09:08AM |
| 10 | general, then maybe some situation.  But I'll focus on that when | 09:08AM |
| 11 | it's appropriate. | 09:08AM |
| 12 | State court trial settings or state/federal | 09:08AM |
| 13 | coordination, anything? | 09:08AM |
| 14 | MS. BARRIOS:  Yes, Your Honor.  I just have one matter | 09:08AM |
| 15 | to discuss, and that's the Miami-Dade case that's going to trial | 09:08AM |
| 16 | February 10th.  And that's supposed to last two weeks. | 09:08AM |
| 17 | The other two trials are in Virginia.  And, | 09:08AM |
| 18 | because Mr. Serpe is here, I'm going to ask him to address the | 09:08AM |
| 19 | Court on the details of those two trials. | 09:08AM |
| 20 | MR. SERPE:  Good morning, Your Honor.  Richard Serpe | 09:08AM |
| 21 | for the plaintiffs in two matters now set for trial.  One is set | 09:09AM |
| 22 | April 14th.  I'd once again like to thank my fellow members of | 09:09AM |
| 23 | the PSC, this is coordinated effort.  Dawn Barrios is handling | 09:09AM |
| 24 | the plaintiffs' discovery, responses, depositions, et cetera. | 09:09AM |
| 25 | And we anticipate that trial going three days. | 09:09AM |

09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:09AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM
09:10AM

1          We have a new trial set, Your Honor, at which is

2    September 15, 2014.  Your Honor will know the plaintiff Preston

3    and Rachel McKellar were one of the seven families that

4    intervened in the original default trial.  Since they obtained

5    their judgment in 2010, of course, there's been an appeal of

6    that judgment.  Without the resources to have recovered, they've

7    gone through foreclosure and then bankruptcy.  We got permission

8    from the bankruptcy trustee, who is joining us as a plaintiff,

9    and bringing this case against the installer of the Chinese

10   drywall in their home.  That case is set for September 15th,

11   2014, again, with the coordination, state-federal coordination,

12   and the PSC's endeavors to bring a successful conclusion.

13          THE COURT:  Is that Judge Hall there?

14          MR. SERPE:  Yes, Judge Hall.

15          THE COURT:  Thank you so much.

16          I've been in touch with the judges who are dealing

17   with the cases.  They're very experienced.  And we're trying to

18   coordinate a bit so that we can proceed and they can also

19   proceed in this particular case.

20          Omnibus class actions, anything on that?

21          MR. HERMAN:  Your Honor, at page 5, omnibus class

22   action complaints, IV, there have been additional motions to

23   dismiss.  Five have been filed in the Peyton matter on January

24   15th, and we anticipates a number of more motions to dismiss.

25   We've been in consultation in the last two weeks with various

1    attorneys representing parties who believe under the terms of        09:10AM

2    the settlement the clients' matters as defendants should be          09:11AM

3    dismissed.  And we'll be bringing those to the Court's attention     09:11AM

4    when they're ready for hearing, Your Honor.                          09:11AM

5              THE COURT:  Okay.                                          09:11AM

6              We talked about the motion to establish                    09:11AM

7    plaintiffs' litigation fee and expense fund.  I think that's         09:11AM

8    what that last Pretrial Order discussed.                             09:11AM

9              MR. HERMAN:  Correct, Your Honor.                          09:11AM

10              THE COURT:  Pilot program, anything on that?              09:11AM

11              MR. HERMAN:  It continues, under the pilot program, a     09:11AM

12    continuance into the settlement, Your Honor.  And there will be     09:11AM

13    another meeting today to attempt to resolve any differences.        09:11AM

14              I think it's fair to say that now that Moss has           09:11AM

15    had substantial experience, the matters seem to be going much       09:12AM

16    more smoothly.  And I don't think there's any other report to       09:12AM

17    make, unless Mr. Miller has something to add.                       09:12AM

18              MR. MILLER:  No, Your Honor.  I think that, certainly,    09:12AM

19    what Mr. Herman said is accurate.                                   09:12AM

20              I would just say again that Phil Adams from Moss          09:12AM

21    is here as part of the regular status conference.  To the extent    09:12AM

22    there are issues or disputes, he heads back to Russ's office        09:12AM

23    afterwards and spends a couple of hours talking about those with    09:12AM

24    the ombudsman and the interested attorneys.  I think Lenny is       09:12AM

25    going to continue to update people on that.                         09:12AM

 1          But, if there's a thought that that's been          09:12AM

 2   beneficial, has been beneficial, I would encourage counsel to   09:12AM

 3   avail themselves of that opportunity.                   09:12AM

 4          THE COURT:  Yes.                              09:12AM

 5          With regard to the ombudsman, we're beginning to   09:12AM

 6   have some issues with self-remediated homes and it's beginning   09:12AM

 7   to have perhaps some conflicts.  Those issues generally involve,   09:12AM

 8   on the self-remediated homes, the individual getting material   09:13AM

 9   together, getting documentation, whatever exists, getting it   09:13AM

10   together so that they can then meet and talk about it.  The   09:13AM

11   question is whether or not the ombudsman is available to those   09:13AM

12   individuals.                                       09:13AM

13          The program didn't call for the ombudsman to be   09:13AM

14   available for those individuals; but we are discussing some   09:13AM

15   potential for those individuals, if they are interested in   09:13AM

16   talking or utilizing the services of an ombudsman, to figure out   09:13AM

17   whether or not we can come up with some kind of other program   09:13AM

18   for them whereby they themselves pay for the ombudsman and get   09:13AM

19   some benefit out of it.  That's not really formulated or   09:13AM

20   finalized yet, but we're at least working in that direction.   09:13AM

21   We're aware that there are some issues that are out there with   09:13AM

22   people who have self-remediated homes, and we're trying to   09:14AM

23   respond to those issues.                           09:14AM

24          MR. HERMAN:  Your Honor, VII, page 12, BrownGreer has a   09:14AM

25   report they'd like to present to the Court.            09:14AM

```
1              Also, there are unopposed motions to establish    09:14AM

2   qualified settlement funds in various of the settlements, and  09:14AM

3   those are unopposed.                                          09:14AM

4              BrownGreer, I believe, has a report at this time.  09:14AM

5         MR. WOODY:  Good morning, Your Honor.  My name is Jake  09:14AM

6   Woody.  I'm from BrownGreer.  I am here to give our status    09:14AM

7   report for this month.                                        09:14AM

8              The total claims filed so far are 21,159.  The     09:15AM

9   bulk of those or the majority of those are what we call Global, 09:15AM

10  Banner and IN/EX repair relocation claims.  Those are claims  09:15AM

11  made against either the Global settlement, the Banner settlement 09:15AM

12  or the IN/EX or a combination of all three.  There's 12,026 of 09:15AM

13  those.                                                        09:15AM

14             The remaining claims are much smaller in number    09:15AM

15  made against the various other loss provisions of the Knauf and 09:15AM

16  other settlement agreements.  There were 1,339 Knauf remediation 09:15AM

17  claims.  Most of those had already been dealt with through the 09:15AM

18  pilot program.                                                09:15AM

19             The other large number I'd like to mention is the  09:15AM

20  miscellaneous claims, there is 3,804 of those.  Those are     09:15AM

21  submitted pursuant to section I believe 4.7.1.1 of the Knauf  09:15AM

22  agreement which allows the Court and the special master to    09:15AM

23  consider claims not specifically enumerated and not excluded.  09:16AM

24  And I have a breakdown of what we've found of those so far in a 09:16AM

25  minute.                                                       09:16AM
```

09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:16AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM
09:17AM

1          We are well along in our review progress.  We've

2    reviewed 94 percent of the Knauf remediation claims, 50 percent

3    of the 12,000 Global, Banner IN/EX claims, 16 percent of the

4    miscellaneous claims and 40 percent of the bodily injury.

5          I do want to mention that, since the last status

6    conference on December 17th, we've done 4,525 reviews.  So we're

7    making great progress and moving as quickly as we can to get

8    these reviews completed.

9          I'll go quickly through the results of our Knauf

10   remediation reviews.

11          About a third, 422, we denied because they'd

12   already been remediated and were therefore moot.  Another third

13   are incomplete for various reasons, and we've issued notices to

14   those people explaining the reasons for their incompleteness and

15   giving them options as far as curing that incompleteness.  It's

16   mainly for one of the three or four main proof elements that

17   they have failed to provide us.  The remaining claims are in

18   various stages of remediation already, either they've been

19   inspected by the program inspectors and simply need a Moss

20   estimate.  And 82 are far enough long that all they need to do

21   is return the work authorization to get on Moss's schedule or to

22   elect one of the other remediation options.

23          We've reviewed 6,662 of the Global, Banner, IN/EX

24   claims.  We've found that about 56 percent of those to be

25   eligible.  Six percent, we denied because they had assigned

1    their claim mostly to remediating Banner and therefore no longer    09:17AM

2    have the right to bring the claim.  And 2,124, 35 percent, are    09:18AM

3    incomplete.  And, again, we've issued notices to them explaining    09:18AM

4    what they need to do to fix the problem.    09:18AM

5            And a very small number, three percent, fit into    09:18AM

6    what I'll call the Other category, which simply means that they    09:18AM

7    need further review from us.  And we're working through those to    09:18AM

8    get them into eligible, denial or incomplete.    09:18AM

9            I'd like to break down the population of the    09:18AM

10    Global, Banner, IN/EX claim population, if I could, into three    09:18AM

11    main categories:  Homeowners, Remediating Builders and Knauf.    09:18AM

12            Homeowners, individual homeowners, submitted 4,547    09:18AM

13    claims.  We've reviewed 88 percent of those.  We put those first    09:18AM

14    in an effort to get those done as quickly possible and notify    09:18AM

15    people of any deficiencies.    09:18AM

16            Remediating Builders submitted 2,931 claims.  And    09:18AM

17    we're 71 percent complete, reviews complete of those.    09:18AM

18            And Knauf submitted 4,538.  Those are pursuant to    09:19AM

19    assignments that they received through the pilot program where    09:19AM

20    they remediated the home and the homeowner signs a release and    09:19AM

21    assigns the right to bring this claim to Knauf.  And we have    09:19AM

22    4,538 of those.    09:19AM

23            We haven't started review of those.  Those reviews    09:19AM

24    will go quickly simply because we have so much data because of    09:19AM

25    the pilot program already.  So we've done the hard work already.    09:19AM

1   The hard work was the homeowner claims, because they come to us   09:19AM

2   essentially as a blank slate and we have to fill in the blanks.   09:19AM

3   And we're almost finished with that.  We have about 500 to go   09:19AM

4   and finish that within the next week or so, I believe.   09:19AM

5              So, although we've done 50 percent of the 12,000   09:19AM

6   claims, we're farther along than that in reality.   09:19AM

7              This slide is a breakdown of where the eligible   09:19AM

8   claims fit in terms of settlement agreements.   09:19AM

9              As you can see, the bulk, about half of the   09:20AM

10   claims, are simply in the Global settlement, which means that   09:20AM

11   they've proved that a participating builder, supplier or   09:20AM

12   installer is in their supply chain.  There's 1,794 of those.   09:20AM

13   There are 300 that have proved simply that Banner is their   09:20AM

14   supplier and therefore they are only in the Banner settlement.   09:20AM

15   1,067 have proved Banner and some combination of one of the   09:20AM

16   Global participants.  106 are IN/EX only.  And 90 are IN/EX and   09:20AM

17   Global.   09:20AM

18              And I list the square footage on here.  The total   09:20AM

19   square footage of all the claims so far is 7,225,676.  I list   09:20AM

20   that number because that is how we will, when we've finished our   09:20AM

21   reviews, determine the pro rata distribution.  I'll take the   09:20AM

22   total square footages of eligible claims in a particular   09:20AM

23   settlement, divide the funds by the total square footage and   09:20AM

24   come up with a per square foot number, we will then just   09:21AM

25   multiply the area square footage of the home by that number to   09:21AM

1    come up with the compensation number.                      09:21AM

2              I mentioned the Miscellaneous Claims.  We've begun  09:21AM

3    our review of those.  Of the claimants that have stated a basis  09:21AM

4    for their claim, 230 are property damage claims.  Generally,  09:21AM

5    that's HVAC systems, electronics, jewelry and sometimes      09:21AM

6    furniture.  However, two-thirds of all the claims we've reviewed  09:21AM

7    so far have either not given us a basis for the claim or      09:21AM

8    provided an unclear reason.  We will issue an incompleteness  09:21AM

9    notice to them and ask for clarification.  If they fail to give  09:21AM

10   it to us, we'll eventually deny the claim.  But we'll give them  09:21AM

11   ample opportunity to provide us with a basis for the claim.   09:21AM

12             We have issued 2,000 notices total so far.  1,300  09:21AM

13   are incomplete notices.  733 are denial.                     09:21AM

14             I wanted to take a minute and provide some         09:22AM

15   clarification on our incompleteness procedure.  When we       09:22AM

16   determine a claim is incomplete, we issue an incomplete notice,  09:22AM

17   which is a deadline 25 days after the notice.  And, as I      09:22AM

18   mentioned, we explain in the notice why the claim is incomplete  09:22AM

19   and what we need to cure the incompleteness.  If we don't     09:22AM

20   receive a response, we issue a follow-up incompleteness notice.  09:22AM

21   The claimants have five days to respond to that.  If we don't  09:22AM

22   receive a response to that notice, we'll issue an incompleteness  09:22AM

23   denial.  And the claimants have 30 days after that notice to  09:22AM

24   appeal that result.  So the total time to secure an          09:22AM

25   incompleteness is 60 days, and we issue three written notices of  09:22AM

1   incompleteness during that time.                                        09:22AM

2         The parties did agree on a new claims                             09:22AM

3   administrator procedure since the last status conference.  This         09:22AM

4   is claims administrator procedure 6.  We call it Miscellaneous          09:22AM

5   Claims Processing Provisions.  It provides for five important           09:22AM

6   deadlines that I'd like to mention.                                     09:23AM

7         The first deadline expired yesterday.  That was                   09:23AM

8   the deadline to supplement claims filing.  People who had filed         09:23AM

9   at least one claim, they could file another.  That deadline             09:23AM

10  expired yesterday.  We did file this with the Court early in            09:23AM

11  January, emailed to everyone in our database, and worked with           09:23AM

12  the pro se curator to make sure that pro ses were aware of this         09:23AM

13  guideline.  And we received a fairly small number of additional        09:23AM

14  claims.                                                                 09:23AM

15        The second deadline is what we'll call claims                     09:23AM

16  created after the October 25th deadline.  These are -- the best        09:23AM

17  example of these are people who were foreclosed upon after the         09:23AM

18  deadline and therefore have a foreclosure claim they can file.         09:23AM

19  They could not have filed this before the deadline because they        09:23AM

20  still owned the home.  Now they can file it because they have          09:23AM

21  been foreclosed on after the deadline.  They have until February       09:23AM

22  28, 2014 to file those claims.                                          09:23AM

23        The third deadline is for claims assigned after                   09:23AM

24  the October 25th deadline.  This applies mainly to Knauf.  And,        09:24AM

25  again, it's because of their continuing work through the pilot         09:24AM

1   program to remediate homes.  When the homeowner signs a release,   09:24AM

2   there's an assignment in that release that allows Knauf to bring   09:24AM

3   Global, Banner, IN-EX claims.  And Knauf has until February 28,   09:24AM

4   2014 to make those claims out.   09:24AM

5                The fourth deadline, and what is an important one,   09:24AM

6   is the deadline, for people who already have a work   09:24AM

7   authorization packet from Moss, to return it.  And that deadline   09:24AM

8   is February 15th, 2014.  So, if Moss has issued a work   09:24AM

9   authorization packet to people and they've been sitting on it,   09:24AM

10  they need to return it to Moss by February 15 of 2014.   09:24AM

11               Finally, we've come up with a procedure for people   09:24AM

12  who have misfiled their claim; that, they filed a foreclosure   09:24AM

13  claim and they really should have filed a remediation claim,   09:24AM

14  we'll notify them of their error and give them 30 days to fix   09:24AM

15  it.   09:25AM

16               Finally, our contact information remains the same.   09:25AM

17  Our web address is www3browngreer.com/drywall.  Our email   09:25AM

18  address is cdwquestions@browngreer.com.  Out telephone number is   09:25AM

19  866-866-1729.  And we can be contacted by mail at PO Box 25401,   09:25AM

20  Richmond, Virginia 23260.   09:25AM

21          THE COURT:  There's a couple of issues that have come   09:25AM

22  up.   09:25AM

23               One is with the Other Loss Claims.  There's been   09:25AM

24  some concern, some people are in extremis, they either have been   09:25AM

25  foreclosed on or in a bad financial situation and have asked   09:25AM

1    about whether their claims for Other Loss Claims can be 09:25AM

2    expedited. 09:25AM

3              The issue is a little more complicated than it 09:25AM

4    seems in that that portion of the settlement is a fixed fund, 09:25AM

5    unlike the other portions of the settlement.  The other claims 09:26AM

6    are a fixed fund.  And, to decide how much each claim gets, it's 09:26AM

7    going to depend upon how many claimants make claims for those 09:26AM

8    other losses and what their other losses are.  That's totalled 09:26AM

9    up.  And then, if it's less than the amount, there's no problem, 09:26AM

10   everybody gets 100 percent of it, of the approved amounts.  If 09:26AM

11   the total is more than that cap -- which we hope it won't be -- 09:26AM

12   but, if it's more, then everybody's going to have to take a 09:26AM

13   proportional hit on their particular claim.  But we won't know 09:26AM

14   that until everybody gets in. 09:26AM

15             What's the situation there and when do you expect 09:26AM

16   to be able to at least make some decision on how to disburse 09:27AM

17   that fund, even if it's a partial disbursement? 09:27AM

18        MR. WOODY:  The Other Loss Claims sometimes require a 09:27AM

19   pretty significant amount of documentation. 09:27AM

20             We're going through all those.  They go very 09:27AM

21   quickly.  They aren't very many of them, as compared to the 09:27AM

22   global claims.  We're going through them and notifying people of 09:27AM

23   incompleteness so that we can get everybody on the path toward 09:27AM

24   either getting incompleteness denials or submitting all the 09:27AM

25   documents that we need so that we can do calculations and work 09:27AM

| | |
|---|---|
| 1 | with the special master to get those done. | 09:27AM |
| 2 | The initial review of those, what I'll call the | 09:27AM |
| 3 | completeness review, goes very quickly.  We're half way through | 09:27AM |
| 4 | the bodily injury reviews.  Took us only a few days to get | 09:27AM |
| 5 | there.  And, as we complete the Global/Banner/IN-EX claims, all | 09:27AM |
| 6 | the people that are working on that will turn to the Other Loss | 09:27AM |
| 7 | Claims and perform those reviews.  And it will go quickly.  I | 09:27AM |
| 8 | think that we will be in a position to start sending claims to | 09:28AM |
| 9 | the special master by March 1st. | 09:28AM |
| 10 | THE COURT:  March 1st for the other losses, you expect | 09:28AM |
| 11 | to release those to the special master so that some distribution | 09:28AM |
| 12 | can be made? | 09:28AM |
| 13 | MR. WOODY:  I do.  It might not be all of them, but | 09:28AM |
| 14 | we'll start with the ones that are complete and have complied | 09:28AM |
| 15 | with the settlement agreement and given us everything we need to | 09:28AM |
| 16 | be able to send those starting March 1st. | 09:28AM |
| 17 | THE COURT:  It's really important, folks, that you get | 09:28AM |
| 18 | the information in that's necessary, because a delay in that | 09:28AM |
| 19 | will cause not only you to be delayed but also everyone else to | 09:28AM |
| 20 | be delayed in those Other Loss Claims.  So, if you have any | 09:28AM |
| 21 | question on it, talk to your attorneys.  If the attorneys have | 09:28AM |
| 22 | any issue on it, get to liaison counsel and they'll get the | 09:28AM |
| 23 | answers for you. | 09:28AM |
| 24 | MR. WOODY:  Thank you, sir. | 09:28AM |
| 25 | I believe Matt Garrison has a presentation on the | 09:28AM |

| | | |
|---|---|---|
| 1 | Virginia settlements. | 09:29AM |
| 2 | THE COURT:  All right, Matt. | 09:29AM |
| 3 | MR. GARRISON:  Hello, Your Honor. | 09:29AM |
| 4 | THE COURT:  Hello, Matt. | 09:29AM |
| 5 | MR. GARRISON:  Do a quick laptop switch here. | 09:29AM |
| 6 | (Pause in proceedings.) | 09:29AM |
| 7 | MR. GARRISON:  I'm on a borrowed laptop, Your Honor.  I | 09:29AM |
| 8 | apologize. | 09:29AM |
| 9 | THE COURT:  Compliment you on moving into the tech | 09:29AM |
| 10 | world. | 09:30AM |
| 11 | MR. GARRISON:  This is my first status report in | 09:30AM |
| 12 | Chinese Drywall.  But, if memory serves me correct, this is my | 09:30AM |
| 13 | 28th status report to you, and only my second PowerPoint.  But | 09:30AM |
| 14 | it's refreshing to speak to you about something besides Medicare | 09:30AM |
| 15 | and Medicaid and drug liens in a drug product case. | 09:30AM |
| 16 | Your Honor, since this is my first status report | 09:30AM |
| 17 | regarding the Virginia-based matters, I'll go through a quick | 09:30AM |
| 18 | summary of the status, a little bit of an overview about the | 09:30AM |
| 19 | real property and claims and the Other Loss Claims, some of the | 09:30AM |
| 20 | proof standards and the like and communications and just simply | 09:30AM |
| 21 | next steps and timelines. | 09:30AM |
| 22 | There's a quick summary of the key accomplishments | 09:30AM |
| 23 | to date.  Because, as you know, the Virginia-based settlements | 09:30AM |
| 24 | are moving on a slightly different timeline. | 09:30AM |
| 25 | The allocation plan was approved by this Court on | 09:30AM |

1   July 9th of 2013.  During that timeframe also, I think it's     09:30AM

2   worth noting, we did complete the administration of all the     09:30AM

3   nonclass Torres and Ramirez settlements.                        09:31AM

4           We then established the qualified settlement fund       09:31AM

5   accounts here for the Virginia-based settlements.  And then we  09:31AM

6   finalized the real property claim forms.  They were approved by 09:31AM

7   this Court in October of 2013.  And then, just a couple short   09:31AM

8   weeks later, we issued 700 real property claim forms.           09:31AM

9           The Other Loss Claim forms have been finalized and      09:31AM

10  approved by this Court on December 9th.  Those are now out, are 09:31AM

11  being requested.  But the real property claims forms had a      09:31AM

12  submission deadline of December 16th of 2013.  So that deadline 09:31AM

13  has passed.                                                     09:31AM

14          We have issued 91 Other Loss Claims forms as of         09:31AM

15  January 9th, but there's a couple more months left for claimants 09:31AM

16  to submit those.                                                09:31AM

17          So, with respect to real property claims, the real      09:31AM

18  property claims fund accounts for 80 percent of the available   09:32AM

19  funds.  The allocation plan is based off square footage.        09:32AM

20          As I mentioned, there were 700 potential class          09:32AM

21  members identified by class counsel.  We issued those claim     09:32AM

22  forms to all the class members identified.  The deadline has    09:32AM

23  passed, and we received 346 real property claims forms.         09:32AM

24          There were no late submissions.  There was no           09:32AM

25  request for extensions.  So we consider the 246 to be the       09:32AM

1    universe with which we're working.  And we have begun the review    09:32AM

2    process.    09:32AM

3             It's somewhat early to give any meaningful    09:32AM

4    statistics because we've only done the initial review for 200 of    09:32AM

5    the claims.  So it's just basic name and address and counsel and    09:32AM

6    verifying the affected property address.    09:32AM

7             We are going to begin the detailed review process,    09:32AM

8    and we will have completed that largely through the balance of    09:32AM

9    January and February.  We will issue deficiency notices.  Follow    09:33AM

10   that typical procedure of a deficiency notice and cure    09:33AM

11   allocation and a chance for reconsideration or appeal based off    09:33AM

12   our allocation findings.    09:33AM

13            Across the four Virginia-based settlements, there    09:33AM

14   are 60 possible defendants.  They are basically through five    09:33AM

15   major buckets:  The nationwide insureds, the builder's mutual,    09:33AM

16   the Porter Blaine and Venture, the Tobin and the J&M Drywall    09:33AM

17   Company.  So those are the five major buckets but all    09:33AM

18   consolidated into four of the settlements.    09:33AM

19            The claim form instructed the class members to    09:33AM

20   identify any and all defendants which with whom they believe    09:33AM

21   they have claims, and so you'll see that the numbers here that    09:33AM

22   summarize what we've received so far just in the 200 that we've    09:33AM

23   reviewed.  As you see, 40 percent against the nationwide group.    09:34AM

24   58 percent against Porter Blaine.  30 percent on the Tobin    09:34AM

25   Trading.  8 percent installers.  31 percent builders.  And then    09:34AM

| | |
|---|---|
| 1 | a 20 percent bucket of Other, which we are still working | 09:34AM |
| 2 | through. | 09:34AM |
| 3 | So that's a quick overview of the real property. | 09:34AM |
| 4 | With respect to Other Loss, the other loss | 09:34AM |
| 5 | accounts for the additional 20 percent of total funds in each | 09:34AM |
| 6 | settlement.  The allocation will be based off our determination | 09:34AM |
| 7 | for each of the types of loss.  Each of those types of loss has | 09:34AM |
| 8 | a very defined proof standard and we will follow that.  We'll | 09:34AM |
| 9 | also use the typical insurance type adjusting schedules to get | 09:34AM |
| 10 | at the various types of values through the other losses | 09:34AM |
| 11 | submitted. | 09:34AM |
| 12 | We've only issued 91 claims forms as of January | 09:34AM |
| 13 | 9th.  There are other loss claims forms that will be issued by | 09:34AM |
| 14 | plaintiffs' counsel directly.  So it's too early to give you a | 09:35AM |
| 15 | final count.  And, as mentioned, the deadline for submission is | 09:35AM |
| 16 | March 17th. | 09:35AM |
| 17 | The other types of loss that are eligible: | 09:35AM |
| 18 | Pre-remediation alternative living expenses, foreclosure, sales | 09:35AM |
| 19 | and mitigation, tenant losses, bodily injury, personal property. | 09:35AM |
| 20 | And there is a bucket of other loss that allows the special | 09:35AM |
| 21 | master some discretion if it's equitable and should be | 09:35AM |
| 22 | considered as an other loss type. | 09:35AM |
| 23 | So, just off the sampling of what we've seen in | 09:35AM |
| 24 | terms of requested claims forms, this graph gives you a little | 09:35AM |
| 25 | bit of information as to what types of other losses are coming | 09:35AM |

09:35AM
09:35AM
09:35AM
09:35AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:36AM
09:37AM
09:37AM
09:37AM
09:37AM

1    in in the Virginia-based settlements.  8 percent, roughly, in

2    foreclosure.  Sales and mitigation 7.5.  Alternative living

3    expenses, 20 percent.  Tenant losses, 8 percent.  Bodily injury,

4    10.5.  Personal property, 38.5.  And other or not designated,

5    you see two different groups there.  And, again, the numbers add

6    up to more than 100 percent because people can request more than

7    one type of claims form.

8                So we have a dedicated email account set up for

9    potential class members and their class counsel to communicate

10   with us.  We've received 30 email inquiries to date.  They're

11   commonly questions about just assistance on completing the

12   claims form and also just confirmation that the information

13   transmitted has been received.

14               We host weekly conference calls with all the

15   counsel involved.

16               And we have regular communication with BrownGreer

17   to ensure that we're consistent with respect to where we need to

18   be between BrownGreer matters and the four Virginia-based

19   settlement matters.

20               Upcoming milestones.  We'll complete the real

21   property claims review.  As mentioned, initial review's nearing

22   completion.  Full reviews will take place in the next couple

23   months.

24               We have an expedited process where we want to get

25   the money distributed as quickly as possible and the real

1    property claims, and then we will be on a separate, slightly         09:37AM

2    delayed, track for other losses.  I don't want to say slightly       09:37AM

3    delayed, that sounds pejorative.  I'll say a later track for the     09:37AM

4    other claims so we can get the money out on the real property.       09:37AM

5             So we'll issue the deficiency notices probably             09:37AM

6    before I see this Court next and with the status report.  And        09:37AM

7    then we'll have gone through the cure period.  And my hope is,        09:37AM

8    early in spring here, in the next couple months, we'll be in a       09:37AM

9    position to distribute funds for real property.                      09:37AM

10            So I mentioned the expedited process.  We're               09:37AM

11   committed to a fast timeline for the payments.                       09:37AM

12            And, to sum up, on current status, 346 total              09:37AM

13   claims.  Deep into the initial review process.  And the Other        09:37AM

14   Loss Claim form submissions process.                                 09:38AM

15            That's it, Your Honor.                                     09:38AM

16       THE COURT:  Okay.  One of the reasons I have the claims          09:38AM

17   administrators come is to get the report so that you can see the     09:38AM

18   report.  But, also, they're available after the conference for       09:38AM

19   anyone having any questions, specific questions to them.  So, if     09:38AM

20   you do have any homeowner out there or any attorney representing     09:38AM

21   anyone, they're available to you for a discussion after the          09:38AM

22   meeting.                                                             09:38AM

23            Thank you very much.                                       09:38AM

24       MR. HERMAN:  May it please the Court, Your Honor,                09:38AM

25   BrownGreer's slides, PowerPoints, are submitted for the record      09:38AM

```
 1   so that they can be looked at by anyone involved in the      09:38AM
 2   litigation, claimant attorney, et cetera.  We'd like to ask Matt   09:38AM
 3   Garrison to please have his PowerPoints in the status        09:38AM
 4   conferences submitted for the record if they haven't been.   09:39AM
 5            Your Honor has already addressed at page 25         09:39AM
 6   already remediated homes.  Just want to state that Mr. Miller   09:39AM
 7   and Mr. Davis and our offices and Moss representatives will be   09:39AM
 8   meeting following this conference to resolve some scheduled   09:39AM
 9   matters under consideration.                                 09:39AM
10            THE COURT:  With regard to the Moss representatives,   09:39AM
11   it's oftentimes they've come into a neighborhood and they begin   09:39AM
12   -- they have all the paperwork for a particular home, and they   09:39AM
13   begin remediating or begin working on that particular home.  09:39AM
14   They know there are other homes in that same neighborhood, but   09:39AM
15   those homes haven't gotten all of the material in.  So,      09:39AM
16   oftentimes, Moss representatives will contact those individuals   09:39AM
17   and say:  We're in the neighborhood, we can get to your home,   09:39AM
18   please send in your material.  That's consistent with what the   09:40AM
19   Court's interested in doing; namely, to expedite their work in   09:40AM
20   the neighborhood.  So it makes some sense for them to be in the   09:40AM
21   neighborhood and be able to work on the next home or the home   09:40AM
22   down the street immediately if they get the paperwork in, rather   09:40AM
23   than have to wait for a month or two and then go back to that   09:40AM
24   same neighborhood.  It just is helpful for them to feel free to   09:40AM
25   at least contact the neighbor and say give me the material.  So   09:40AM
```

1   I hope any lawyer doesn't take offense with them being          09:40AM

2   interested in expediting the remediation to the homeowner, to   09:40AM

3   their client.  So that's what's been happening.                 09:40AM

4            MR. HERMAN:  Your Honor --                             09:41AM

5            THE COURT:  You want to say something?                 09:41AM

6            MR. LEVIN:  I'm getting ready for the next one, Your   09:41AM

7   Honor.                                                          09:41AM

8            MR. HERMAN:  Do you have your computer?                09:41AM

9            THE COURT:  He said, what's that?                      09:41AM

10           MR. HERMAN:  Yes, he did.                              09:41AM

11               It's one of those things Lenny has in front of     09:41AM

12  him.                                                            09:41AM

13           MR. LEVIN:  I still call it a machine.                 09:41AM

14           MR. HERMAN:  Your Honor, at page 13, I think counsel   09:41AM

15  should recall that the claims administrative procedures, what we 09:41AM

16  call CAPS, C-A-Ps, listed on the report at page 13, the last of 09:41AM

17  the six was issued January 2nd, 2014.  These are the procedures  09:41AM

18  upon which BrownGreer evaluates claims, receives them, et       09:41AM

19  cetera.  All have been subject to the Court's approval.  And    09:41AM

20  those folks wishing to submit claims or who have issues should   09:42AM

21  access on the Court's website or on BrownGreer's website the CAP 09:42AM

22  orders.  And, again, the last of which, 2013-6, went into effect 09:42AM

23  and was approved on January 2nd, 2014.                          09:42AM

24               Lastly, in this section, Your Honor, following the 09:42AM

25  hearing today, there's no opposition to the qualified settlement 09:42AM

```
 1   funds, which the deadline or the motion was set for hearing      09:42AM

 2   today.                                                           09:42AM

 3              At this time, lead counsel, our IT expert, Mr.        09:42AM

 4   Levin, will speak to the appeals.                                09:42AM

 5          THE COURT:  Okay.  And that's dealing with Taishan,       09:43AM

 6   non--                                                            09:43AM

 7          MR. LEVIN:  Yes, Your Honor.                              09:43AM

 8              Remaining appeals in the Fifth Circuit are being      09:43AM

 9   heard on February 5th.  And they're being heard not in New       09:43AM

10   Orleans, but we've been notified, in Houston.  We do not have    09:43AM

11   the panels yet.  That comes out approximately a week before.     09:43AM

12              There are three appeals.  They have been              09:43AM

13   consolidate.                                                     09:43AM

14              Mitchell is a Florida appeal of a builder.            09:43AM

15              We have the gross indeterminate defendant appeal.     09:43AM

16              And then we have Wiltz, which is a Taishan appeal,    09:43AM

17   where plaintiff in Wiltz has Taishan product in their home.      09:43AM

18   Those appeals will be heard.                                     09:43AM

19          THE COURT:  Which state is the Wiltz in?  Virginia        09:43AM

20   or --                                                            09:43AM

21          MR. LEVIN:  Here in Louisiana.  Gross and Wiltz are in    09:43AM

22   Louisiana.  Mitchell is in Florida.                              09:43AM

23              I might go to page 24 with regard to the             09:44AM

24   preliminary defaults now.                                        09:44AM

25              Russ reminded me that Taishan has counsel, Mr.        09:44AM
```

1   Owen.  And, although Taishan never appears, he does appear.  So   09:44AM

2   perhaps he wants to say something.   09:44AM

3          THE COURT:  Tom, anything?   09:44AM

4          MR. OWEN:  I don't have anything.  It's, under the   09:44AM

5   other appeal, I don't know what Mr. Levin has to say about   09:44AM

6   preliminary defaults.   09:44AM

7          MR. LEVIN:  You will.   09:44AM

8              We filed a fourth motion for preliminary defaults   09:44AM

9   this week.   09:44AM

10             Your Honor, what has happened here is, it's a   09:44AM

11  degree of Chinese water torture.  We keep filing complaints   09:44AM

12  against Taishan.  They keep changing their names.  They change   09:44AM

13  comas to periods.  And, none of which really is relevant, and   09:45AM

14  they duck service that way.   09:45AM

15             There are three complaints, the ameren complaints.   09:45AM

16  They have been filed purposefully in Virginia where Taishan   09:45AM

17  appears, in Florida where Taishan appears and Louisiana where   09:45AM

18  Taishan appears.  These are three jurisdictions that have been   09:45AM

19  targeted by Taishan for their products to enter into domestic   09:45AM

20  homes in the United States, predominantly in those areas because   09:45AM

21  of Hurricane Katrina.  And, each of these cases, we have made   09:45AM

22  service or are attempting to make service, that's practically   09:45AM

23  complete.  Despite the fact that it's ameren class action, in   09:45AM

24  each of these jurisdictions, we have filed an intervention   09:45AM

25  complaint with all of the Taishan plaintiffs, and no matter   09:45AM

```
 1    where their homes are, so that every Taishan plaintiff has a        09:46AM
 2    claim pending in the three jurisdictions where Taishan was          09:46AM
 3    extremely active.                                                    09:46AM
 4              Those complaints are going to be defaulted unless          09:46AM
 5    they come in and seek to open it up or at least discuss them        09:46AM
 6    with us.                                                             09:46AM
 7              In addition, we've sued their principals in each          09:46AM
 8    of those complaints.                                                 09:46AM
 9              Hopefully, by the time we complete this costly and        09:46AM
10    prolixed process, we will have every Taishan home in three          09:46AM
11    jurisdictions with service.  And, hopefully, by then, we'll have    09:46AM
12    an opinion from the Fifth Circuit.                                   09:46AM
13              THE COURT:  Tom, anything in response?  Tom.              09:46AM
14              MR. OWEN:  Tom Owen on behalf of the TG and TTP.          09:46AM
15              Part of the issue is, as I saw the filing come            09:46AM
16    across for the fourth preliminary default, I reviewed it as         09:46AM
17    similar to the third preliminary default, which was also filed      09:47AM
18    during the stay that's been in place as to TG and TTP, and         09:47AM
19    viewed this as an issue that we were going to resolve and get       09:47AM
20    addressed after the appeal is done to determine whether or not      09:47AM
21    Louisiana, Virginia or Florida have jurisdiction over the case      09:47AM
22    and then how we're going to proceed moving forward.  Again, we      09:47AM
23    haven't had a chance to discuss how any of that -- with the PSC     09:47AM
24    before it was filed or after it was filed.  So that was our view    09:47AM
25    of this preliminary default motion.                                 09:47AM
```

| | | |
|---|---|---|
| 1 | THE COURT:  It wouldn't hurt for you to at least begin | 09:47AM |
| 2 | your discussions with them even if it's tentative and dependent | 09:47AM |
| 3 | upon the Fifth Circuit.  At least you can get some discussions. | 09:47AM |
| 4 | And maybe you ought to bring in some of your people that have | 09:47AM |
| 5 | visited with us before, both here and in China, to keep them | 09:47AM |
| 6 | current so that they don't have to start from ground zero if | 09:47AM |
| 7 | matters work against them. | 09:48AM |
| 8 | MR. OWEN:  I'll communicate that to them, Your Honor. | 09:48AM |
| 9 | MR. HERMAN:  Your Honor, may it please the Court, I do | 09:48AM |
| 10 | have to make one comment in response. | 09:48AM |
| 11 | The IN/EX trial, which was conducted in this | 09:48AM |
| 12 | court, and the evidence submitted in that trial came after the | 09:48AM |
| 13 | briefing periods in the appeals that are currently before the | 09:48AM |
| 14 | Court.  Dependent upon the Fifth Circuit ruling -- and I don't | 09:48AM |
| 15 | want to get into the substance or argue it -- it is possible | 09:48AM |
| 16 | that those rulings will not be dispositive, should they dismiss | 09:48AM |
| 17 | for some reason jurisdiction over Louisiana, the Louisiana | 09:48AM |
| 18 | complaints. | 09:49AM |
| 19 | MR. OWEN:  And, Your Honor, our only point is that, | 09:49AM |
| 20 | until we get those rulings -- that's the reason for the stay. | 09:49AM |
| 21 | And, again, if the PSC wants to continue to serve these things | 09:49AM |
| 22 | in the meantime, that's their prerogative.  But my understanding | 09:49AM |
| 23 | was that we were going to wait until we get the Fifth Circuit | 09:49AM |
| 24 | ruling. | 09:49AM |
| 25 | MR. HERMAN:  That's correct. | 09:49AM |

 1          Your Honor, there's one other issue -- first of

 2    all, I do want to state on the record, the cataphora claim

 3    against PSC members was resolved as of yesterday and is being

 4    papered now.  It was a unanimous vote of the PSC members to

 5    resolve it.  There will be certain funds returned as a result.

 6    The settlement's being paid out of a bond and excess money will

 7    come back.

 8          I bring that up for a second reason.  The issue of

 9    the continuing activities of Mr. Johnston, Robert Johnston as

10    pro se, it came up at the last status conference, and how

11    payment for those services will be made post-settlement.  And I

12    believe that, if Your Honor would entertain Mr. Miller, Mr.

13    Johnston and I following this hearing, there may be a solution

14    to that that the Court might consider, which I believe may

15    satisfy everyone.

16        THE COURT:  Okay.  Yeah, I think it's important,

17    because I think Mr. Johnston's services have been very helpful

18    to the litigants.

19          There are litigants who either don't know

20    attorneys, don't want to talk to attorneys, but have a lot of

21    questions.  And, instead of them calling the Court and asking

22    questions, and then we're not able to respond to them because we

23    can't talk to one litigant without the presence of the other

24    litigant, we send them to Mr. Johnston, who can service them and

25    talk to them.  And many people have responded and said they

1   appreciate that opportunity.  I think, in these cases, we all   09:51AM

2   have to recognize that there are individuals whose claim -- they   09:51AM

3   don't have enough information to even go to an attorney, and so   09:51AM

4   they need somebody to talk to.  And that's why I appointed Bob   09:51AM

5   to handle these cases.  And he's done a good job, and he   09:51AM

6   deserves to be paid by it.  So I'll support his efforts to get   09:51AM

7   remunerated for the work that he's done.   09:51AM

8           Anything else that we need to talk about?   09:51AM

9       MR. MILLER:  Yes, Your Honor.  Briefly.  Kerry Miller   09:51AM

10  for Knauf.   09:51AM

11          Just a reminder that, after this conference,   09:51AM

12  certain defendants have inquired with me as to the status of the   09:51AM

13  Louisiana AG's claim in this MDL.  And David Black, who   09:51AM

14  represents the AG's office, is here.  I spoke with David back in   09:52AM

15  December.  Chrissy Calogero put us together, about getting the   09:52AM

16  interested parties that are involved in that lawsuit together   09:52AM

17  for a brief status conference, just to discuss the status of the   09:52AM

18  case.   09:52AM

19      THE COURT:  Yes.  I would like to talk with you all.   09:52AM

20  We received a copy of an opinion by the United States Supreme   09:52AM

21  Court, not on this issue, but perhaps some relevant issues, that   09:52AM

22  came out a day or two ago, which you might be interested in at   09:52AM

23  least talking about.   09:52AM

24          There are two things that I wanted to bring up.   09:52AM

25  There's a defendant's motion for summary judgment, a   09:52AM

```
 1    non-settling defendant.  It has been filed some time ago, and        09:52AM

 2    it's going to be -- they wanted to have a date for hearing.          09:52AM

 3    It's document 15878 filed on behalf of JVP Drywall and Finish,       09:52AM

 4    Inc.  I will set it for the next status conference and a later       09:53AM

 5    response from the plaintiffs' committee on this particular           09:53AM

 6    issue.                                                               09:53AM

 7                  There's also another matter that's a motion to         09:53AM

 8    extend the claim submission deadline.  I just received that          09:53AM

 9    motion.  I'll need some response from the plaintiffs' committee      09:53AM

10    on that.                                                             09:53AM

11                  We have extended deadlines along the way,              09:53AM

12    recognizing some complications.  But you get to a point where        09:53AM

13    you have to adhere to those deadlines because it has a back-up       09:53AM

14    effect and stops the whole group from recovering.  So that's why     09:53AM

15    I've been very careful in trying to encourage everybody to meet      09:53AM

16    the deadlines.  And we've extended them.  It's a question of         09:53AM

17    whether to extend it further.  But I will listen to the parties      09:54AM

18    and make that decision.                                             09:54AM

19                  Anything further from anyone?                          09:54AM

20         MR. MILLER:  Your Honor, Kerry Miller again.  Just to           09:54AM

21    be clear on the Louisiana AG issue, I think we're going to meet      09:54AM

22    in your chambers in the conference room.  So builder lawyers and     09:54AM

23    supplier lawyers are in that case.                                   09:54AM

24         THE COURT:  The next meeting is February 20th.  And the         09:54AM

25    following meeting is March 13, 2014.                                 09:54AM
```

1    Anything from anyone for the good of the order?    09:54AM

2    All right, folks.    09:54AM

3    MR. DAVIS:  Your Honor, just one item.  On No. 14,    09:54AM

4    there is a motion to authorize to deposit of settlement funds    09:54AM

5    after the status conference.    09:54AM

6    THE COURT:  There hasn't been any objection to that.    09:54AM

7    I'll grant that motion.    09:54AM

8    Thank you very much.  Court will stand in recess.    09:54AM

9    CASE MANAGER:  All rise.    09:54AM

10    (9:55 a.m., proceedings concluded.)    09:54AM

11

12

13    CERTIFICATE

14

15

16    I, Susan A. Zielie, Official Court Reporter, do hereby
certify that the foregoing transcript is correct.

17

18

19    /S/ SUSAN A. ZIELIE, FCRR

20    _____
     Susan A. Zielie, FCRR

21

22

23

24

25

## #

**#310** [1] - 2:18

## /

**/S** [1] - 35:18

## 0

**09-2047** [1] - 4:7
**09-MD-2047** [1] - 1:5

## 1

**1,000** [1] - 5:23
**1,067** [2] - 14:15
**1,300** [1] - 15:12
**1,339** [1] - 11:16
**1,794** [1] - 14:12
**10.5** [1] - 24:4
**100** [2] - 18:10, 24:6
**106** [1] - 14:16
**10th** [1] - 7:16
**1100** [1] - 3:3
**12** [1] - 10:24
**12,000** [2] - 12:3, 14:5
**12,026** [1] - 11:12
**13** [3] - 27:14, 27:16, 34:25
**14** [1] - 35:3
**14th** [1] - 7:22
**15** [2] - 8:2, 17:10
**15878** [1] - 34:3
**15th** [3] - 8:10, 8:24, 17:8
**16** [2] - 1:6, 12:3
**16th** [1] - 21:12
**17th** [2] - 12:6, 23:16
**19106** [1] - 2:15
**1st** [3] - 19:9, 19:10, 19:16

## 2

**2** [3] - 3:1, 4:1, 6:13
**2,000** [1] - 15:12
**2,124** [1] - 13:2
**2,931** [1] - 13:16
**20** [3] - 23:1, 23:5, 24:3
**200** [2] - 22:4, 22:22
**2010** [2] - 4:1, 8:5
**2013** [3] - 21:1, 21:7, 21:12
**2013-6** [1] - 27:22
**2014** [10] - 1:6, 8:2, 8:11, 16:22, 17:4, 17:8, 17:10, 27:17, 27:23, 34:25

## 20th
**20th** [1] - 34:24
**21,159** [1] - 11:8
**230** [1] - 15:4
**23260** [1] - 17:20
**23510** [1] - 2:18
**24** [1] - 28:23
**2450** [1] - 2:7
**246** [1] - 21:25
**25** [2] - 15:17, 26:5
**25401** [1] - 17:19
**25th** [2] - 16:16, 16:24
**28** [3] - 7:3, 16:22, 17:3
**28th** [1] - 20:13
**2nd** [2] - 27:17, 27:23

## 3

**3** [1] - 6:13
**3,804** [1] - 11:20
**30** [4] - 15:23, 17:14, 22:24, 24:10
**300** [1] - 14:13
**31** [1] - 22:25
**346** [2] - 21:23, 25:12
**35** [1] - 13:2
**3600** [1] - 2:3
**3700** [1] - 3:4
**38.5** [1] - 24:4

## 4

**4,525** [1] - 12:6
**4,538** [2] - 13:18, 13:22
**4,547** [1] - 13:12
**4.7.1.1** [1] - 11:21
**40** [2] - 12:4, 22:23
**400** [1] - 2:7
**422** [1] - 12:11

## 5

**5** [1] - 8:21
**50** [2] - 12:2, 14:5
**500** [3] - 1:22, 2:14, 14:3
**504.524.3300** [1] - 2:4
**504.561.7799** [1] - 2:8
**504.581.4892** [1] - 2:12
**504.589.7781** [1] - 1:24
**504.593.0849** [1] - 3:8
**504.599.8000** [1] - 3:5
**510** [1] - 2:14
**546** [1] - 3:7
**56** [1] - 12:24
**58** [1] - 22:24
**580** [1] - 2:17

## 5th
**5th** [1] - 28:9

## 6

**6** [1] - 16:4
**6,662** [1] - 12:23
**60** [2] - 15:25, 22:14

## 7

**7,225,676** [1] - 14:19
**7.5** [1] - 24:2
**700** [2] - 21:8, 21:20
**701** [1] - 2:3
**70113** [1] - 2:12
**70130** [3] - 1:22, 2:8, 3:7
**70139** [1] - 2:4
**70163** [1] - 3:4
**71** [1] - 13:17
**733** [1] - 15:13
**757.233.0009** [1] - 2:19

## 8

**8** [3] - 22:25, 24:1, 24:3
**80** [1] - 21:18
**82** [1] - 12:20
**820** [1] - 2:11
**866-866-1729** [1] - 17:19
**877.822.1011** [1] - 2:15
**88** [1] - 13:13

## 9

**90** [1] - 14:16
**91** [2] - 21:14, 23:12
**94** [1] - 12:2
**9:00** [2] - 1:6, 4:22
**9:55** [1] - 35:10
**9th** [4] - 21:1, 21:10, 21:15, 23:13

## A

**A.M** [2] - 1:6, 4:2
**a.m** [1] - 35:10
**able** [5] - 7:6, 18:16, 19:16, 26:21, 32:22
**access** [1] - 27:21
**accomplishments** [1] - 20:22
**account** [1] - 24:8
**accounts** [3] - 21:5, 21:18, 23:5
**accurate** [1] - 9:19

**acted** [1] - 6:19
**action** [2] - 8:22, 29:23
**actions** [2] - 6:10, 8:20
**active** [1] - 30:3
**activities** [1] - 32:9
**Adams** [1] - 9:20
**add** [2] - 9:17, 24:5
**addition** [1] - 30:7
**additional** [4] - 5:2, 8:22, 16:13, 23:5
**address** [5] - 7:18, 17:17, 17:18, 22:5, 22:6
**addressed** [2] - 26:5, 30:20
**adhere** [1] - 34:13
**adjusting** [1] - 23:9
**administration** [1] - 21:2
**administrative** [1] - 27:15
**administrator** [2] - 16:3, 16:4
**administrators** [1] - 25:17
**affected** [1] - 22:6
**afterwards** [1] - 9:23
**AG** [1] - 34:21
**AG's** [2] - 33:13, 33:14
**agenda** [2] - 4:19
**ago** [3] - 4:18, 33:22, 34:1
**agree** [1] - 16:2
**agreement** [2] - 11:22, 19:15
**agreements** [2] - 11:16, 14:8
**AIDED** [1] - 1:25
**ALL** [1] - 1:7
**allocation** [5] - 20:25, 21:19, 22:11, 22:12, 23:6
**allow** [1] - 5:11
**allows** [3] - 11:22, 17:2, 23:20
**almost** [1] - 14:3
**alternative** [2] - 23:18, 24:2
**amend** [1] - 6:1
**amended** [1] - 5:2
**amendments** [1] - 6:17
**ameren** [2] - 29:15, 29:23
**amount** [3] - 7:7, 18:9, 18:19
**amounts** [1] - 18:10
**ample** [1] - 15:11

**answers** [1] - 19:23
**anticipate** [1] - 7:25
**anticipates** [1] - 8:24
**apologize** [1] - 20:8
**appeal** [8] - 8:5, 15:24, 22:11, 28:14, 28:15, 28:16, 29:5, 30:20
**appeals** [5] - 28:4, 28:8, 28:12, 28:18, 31:13
**appear** [1] - 29:1
**appearance** [1] - 4:9
**APPEARANCES** [2] - 2:1, 3:1
**application** [1] - 5:1
**applies** [1] - 16:24
**appoint** [1] - 5:9
**appointed** [1] - 33:4
**appreciate** [1] - 33:1
**appropriate** [2] - 6:9, 7:11
**approval** [1] - 27:19
**approved** [5] - 18:10, 20:25, 21:6, 21:10, 27:23
**April** [1] - 7:22
**area** [1] - 14:25
**areas** [2] - 6:2, 29:20
**argue** [1] - 31:15
**ARNOLD** [1] - 2:14
**assigned** [2] - 12:25, 16:23
**assignment** [1] - 17:2
**assignments** [2] - 6:21, 13:19
**assigns** [1] - 13:21
**assistance** [1] - 24:11
**attempt** [1] - 9:13
**attempting** [1] - 29:22
**attention** [1] - 9:3
**attorney** [3] - 35:20, 26:2, 33:3
**attorneys** [6] - 9:1, 9:24, 19:21, 32:20
**authorization** [3] - 12:21, 17:7, 17:9
**authorize** [1] - 35:4
**avail** [1] - 10:3
**available** [5] - 10:11, 10:14, 21:18, 25:18, 25:21
**AVENUE** [1] - 2:11
**aware** [2] - 10:21, 16:12

## B

**B406** [1] - 1:22
**back-up** [1] - 34:13
**bad** [1] - 17:25

**balance** [1] - 22:8
**bankruptcy** [2] - 8:7, 8:8
**Banner** [10] - 11:10, 11:11, 12:3, 12:23, 13:1, 13:10, 14:13, 14:14, 14:15, 17:3
**BARRIOS** [3] - 2:2, 2:3, 7:14
**Barrios** [2] - 6:12, 7:23
**based** [9] - 20:17, 20:23, 21:5, 21:19, 22:11, 22:13, 23:6, 24:1, 24:18
**basic** [1] - 22:5
**basis** [3] - 15:3, 15:7, 15:11
**BEFORE** [1] - 1:10
**begin** [5] - 22:7, 26:11, 26:13, 31:1
**beginning** [2] - 10:5, 10:6
**begun** [2] - 15:2, 22:1
**behalf** [4] - 4:12, 4:14, 30:14, 34:3
**beneficial** [2] - 10:2
**benefit** [7] - 5:18, 5:21, 6:3, 6:4, 7:8, 7:9, 10:19
**BERMAN** [1] - 2:13
**best** [1] - 16:16
**between** [1] - 24:18
**bit** [3] - 8:18, 20:18, 23:25
**Black** [1] - 33:13
**Blaine** [2] - 22:16, 22:24
**blank** [1] - 14:2
**blanks** [1] - 14:2
**Bob** [1] - 33:4
**bodily** [4] - 12:4, 19:4, 23:19, 24:3
**bond** [1] - 32:6
**borrowed** [1] - 20:7
**Box** [1] - 17:19
**break** [1] - 13:9
**breakdown** [2] - 11:24, 14:7
**brief** [1] - 33:17
**briefing** [1] - 31:13
**briefly** [1] - 33:9
**bring** [7] - 8:12, 13:2, 13:21, 17:2, 31:4, 32:8, 33:24
**bringing** [2] - 8:9, 9:3
**BrownGreer** [6] - 10:24, 11:4, 11:6, 24:16, 24:18, 27:18
**BrownGreer's** [2] -

25:25, 27:21
**bucket** [2] - 23:1, 23:20
**buckets** [2] - 22:15, 22:17
**builder** [3] - 14:11, 28:14, 34:22
**builder's** [1] - 22:15
**builders** [2] - 6:19, 22:25
**BUILDERS** [1] - 3:6
**Builders** [2] - 13:11, 13:16
**bulk** [2] - 11:9, 14:9
**BY** [8] - 1:25, 1:25, 2:3, 2:10, 2:14, 2:17, 3:2, 3:6

**C**

**C-A-Ps** [1] - 27:16
**calculations** [1] - 18:25
**CALLED** [1] - 4:3
**Calogero** [1] - 33:15
**cap** [1] - 18:11
**CAP** [1] - 27:21
**CAPS** [1] - 27:16
**careful** [1] - 34:15
**Carondelet** [1] - 3:7
**case** [12] - 4:6, 5:11, 5:22, 5:23, 7:15, 8:9, 8:10, 8:19, 20:15, 30:21, 33:18, 34:23
**CASE** [2] - 4:7, 35:9
**cases** [4] - 8:17, 29:21, 33:1, 33:5
**CASES** [1] - 1:7
**CASTEIX** [1] - 2:2
**cataphora** [1] - 32:2
**categories** [1] - 13:11
**category** [1] - 13:6
**cdwquestions@ browngreer.com** [1] - 17:18
**CENTRE** [1] - 3:3
**certain** [2] - 32:5, 33:12
**certainly** [2] - 6:21, 9:18
**CERTIFICATE** [1] - 35:13
**certify** [1] - 35:16
**cetera** [3] - 7:24, 26:2, 27:19
**chain** [1] - 14:12
**chambers** [1] - 34:22
**chance** [2] - 22:11, 30:23
**change** [2] - 7:3,

29:12
**changing** [1] - 29:12
**China** [1] - 31:5
**Chinese** [4] - 4:7, 8:9, 20:12, 29:11
**CHINESE** [1] - 1:3
**CHINESE-MANUFACTURED** [1] - 1:3
**Chrissy** [1] - 33:15
**Circuit** [5] - 28:8, 30:12, 31:3, 31:14, 31:23
**CIVIL** [1] - 1:5
**claim** [26] - 13:1, 13:2, 13:10, 13:21, 15:4, 15:7, 15:10, 15:11, 15:16, 15:18, 16:9, 16:18, 17:12, 17:13, 18:6, 18:13, 21:6, 21:8, 21:21, 22:19, 30:2, 32:2, 33:2, 33:13, 34:8
**Claim** [2] - 21:9, 25:14
**claimant** [1] - 26:2
**claimants** [5] - 15:3, 15:21, 15:23, 18:7, 21:15
**claims** [57] - 11:8, 11:10, 11:14, 11:17, 11:20, 11:23, 12:2, 12:3, 12:4, 12:17, 12:24, 13:13, 13:16, 14:1, 14:6, 14:8, 14:10, 14:19, 14:22, 15:4, 15:6, 16:2, 16:4, 16:8, 16:14, 16:15, 16:22, 16:23, 17:3, 17:4, 18:1, 18:5, 18:7, 18:22, 19:5, 19:8, 20:19, 21:11, 21:17, 21:18, 21:23, 22:5, 22:21, 23:12, 23:13, 23:24, 24:7, 24:12, 24:21, 25:1, 25:4, 25:13, 25:16, 27:15, 27:18, 27:20
**Claims** [9] - 15:2, 16:5, 17:23, 18:1, 18:18, 19:7, 19:20, 20:19, 21:14
**clarification** [2] - 15:9, 15:15
**class** [9] - 8:20, 8:21, 21:20, 21:21, 21:22, 22:19, 24:9, 29:23
**clear** [2] - 6:17, 34:21
**client** [1] - 27:3
**clients'** [1] - 9:2

**comas** [1] - 29:13
**combination** [2] - 11:12, 14:15
**coming** [1] - 23:25
**comment** [1] - 31:10
**committed** [1] - 25:11
**committee** [3] - 5:17, 34:5, 34:9
**COMMITTEE** [3] - 2:2, 2:10, 3:2
**Committee** [1] - 4:14
**committees** [4] - 5:9, 5:10, 5:20, 5:24
**common** [5] - 5:18, 5:21, 6:3, 7:8, 7:9
**commonly** [1] - 24:11
**communicate** [2] - 24:9, 31:8
**communication** [1] - 24:16
**communications** [1] - 20:20
**Company** [1] - 22:17
**compared** [1] - 18:21
**compensation** [1] - 15:1
**complaint** [1] - 29:25
**complaints** [7] - 8:22, 29:11, 29:15, 30:4, 30:8, 31:18
**complete** [8] - 13:17, 19:5, 19:14, 21:2, 24:20, 29:23, 30:9
**completed** [2] - 12:8, 22:8
**completeness** [1] - 19:3
**completing** [1] - 24:11
**completion** [1] - 24:22
**complicated** [1] - 18:3
**complications** [1] - 34:12
**complied** [1] - 19:14
**compliment** [1] - 20:9
**computer** [1] - 27:8
**COMPUTER** [1] - 1:25
**COMPUTER-AIDED** [1] - 1:25
**concern** [1] - 17:24
**concluded** [1] - 35:10
**conclusion** [1] - 8:12
**conducted** [1] - 31:11
**conference** [14] - 5:5, 7:2, 9:21, 12:6, 16:3, 24:14, 25:18, 26:8, 32:10, 33:11, 33:17, 34:4, 34:22, 35:5
**CONFERENCE** [2] - 1:5, 1:9
**conferences** [1] - 26:4

**confirmation** [1] - 24:12
**conflicts** [2] - 6:23, 10:7
**conjunction** [1] - 7:4
**consider** [3] - 11:23, 21:25, 32:14
**consideration** [1] - 26:9
**considered** [1] - 23:22
**consistent** [2] - 24:17, 26:18
**consolidate** [1] - 28:13
**consolidated** [1] - 22:18
**consultation** [1] - 8:25
**contact** [3] - 17:16, 26:16, 26:25
**contacted** [1] - 17:19
**continuance** [1] - 9:12
**continue** [2] - 9:25, 31:21
**continues** [1] - 9:11
**continuing** [2] - 16:25, 32:9
**coordinate** [1] - 8:18
**coordinated** [1] - 7:23
**coordination** [4] - 6:14, 7:13, 8:11
**COORDINATION** [1] - 2:2
**copy** [1] - 33:20
**correct** [4] - 9:9, 20:12, 31:25, 35:16
**costly** [1] - 30:9
**counsel** [12] - 4:9, 4:18, 10:2, 19:22, 21:21, 22:5, 23:14, 24:9, 24:15, 27:14, 28:3, 28:25
**count** [1] - 23:15
**couple** [4] - 4:20, 9:23, 17:21, 21:7, 21:15, 24:22, 25:8
**course** [2] - 5:8, 8:5
**court** [6] - 4:3, 6:10, 6:13, 7:12, 31:12
**COURT** [33] - 1:1, 1:20, 1:21, 4:4, 4:9, 4:15, 5:3, 6:15, 7:5, 8:13, 8:15, 9:5, 9:10, 10:4, 17:21, 19:10, 19:17, 20:2, 20:4, 20:9, 25:16, 26:10, 27:5, 27:9, 28:5, 28:19, 29:3, 30:13, 31:1, 32:16, 33:19, 34:24, 35:6
**Court** [21] - 4:11, 4:23,

6:18, 6:25, 7:1, 7:19, 10:25, 11:22, 16:10, 20:25, 21:7, 21:10, 25:6, 25:24, 31:9, 31:14, 32:14, 32:21, 33:21, 35:8, 35:15
**Court's** [4] - 9:3, 26:19, 27:19, 27:21
**courtroom** [1] - 4:16
**covered** [1] - 6:8
**create** [2] - 5:11, 5:24
**created** [1] - 16:16
**CURATOR** [1] - 2:5
**curator** [1] - 16:12
**cure** [3] - 15:19, 22:10, 25:7
**curing** [1] - 12:15
**current** [2] - 25:12, 31:6

**D**

**Dade** [1] - 7:15
**damage** [1] - 15:4
**data** [1] - 13:24
**database** [1] - 16:11
**date** [3] - 20:23, 24:10, 34:2
**David** [2] - 33:13, 33:14
**Davis** [1] - 26:7
**DAVIS** [2] - 2:11, 35:3
**Dawn** [1] - 7:23
**DAWN** [1] - 2:3
**days** [7] - 7:25, 15:17, 15:21, 15:23, 15:25, 17:14, 19:4
**deadline** [20] - 15:17, 16:7, 16:8, 16:9, 16:15, 16:16, 16:18, 16:19, 16:21, 16:23, 16:24, 17:5, 17:6, 17:7, 21:12, 21:22, 23:15, 28:1, 34:8
**deadlines** [6] - 7:3, 7:4, 16:6, 34:11, 34:13, 34:16
**deal** [2] - 5:3, 6:18
**dealing** [2] - 8:16, 28:5
**deals** [1] - 5:16
**dealt** [1] - 11:17
**DECEMBER** [1] - 4:1
**December** [4] - 12:6, 21:10, 21:12, 33:15
**decide** [1] - 18:6
**decision** [2] - 18:16, 34:18
**dedicated** [1] - 24:8
**deep** [1] - 25:13

**default** [4] - 8:4, 30:16, 30:17, 30:25
**defaulted** [1] - 30:4
**defaults** [3] - 28:24, 29:6, 29:8
**DEFENDANT** [1] - 3:2
**defendant** [3] - 6:2, 28:15, 34:1
**defendant's** [1] - 33:25
**defendants** [9] - 5:14, 5:23, 7:8, 7:9, 9:2, 22:14, 22:20, 33:12
**defendants'** [1] - 5:25
**Defense** [1] - 4:14
**DEFENSE** [1] - 3:2
**deficiencies** [1] - 13:15
**deficiency** [3] - 22:9, 22:10, 25:5
**defined** [1] - 23:8
**degree** [1] - 29:11
**delay** [1] - 19:18
**delayed** [4] - 19:19, 19:20, 25:2, 25:3
**denial** [3] - 13:8, 15:13, 15:23
**denials** [1] - 18:24
**denied** [2] - 12:11, 12:25
**deny** [1] - 15:10
**dependent** [2] - 31:2, 31:14
**deposit** [1] - 35:4
**depositions** [1] - 7:24
**deserves** [1] - 33:6
**designated** [1] - 24:4
**despite** [1] - 29:23
**detailed** [1] - 22:7
**details** [1] - 7:19
**determination** [1] - 23:6
**determine** [3] - 14:21, 15:16, 30:20
**differences** [1] - 9:13
**different** [3] - 5:22, 20:24, 24:5
**direction** [1] - 10:20
**directly** [1] - 23:14
**disburse** [1] - 18:16
**disbursement** [1] - 18:17
**discovery** [1] - 7:24
**discretion** [1] - 23:21
**discuss** [6] - 4:19, 4:20, 7:15, 30:5, 30:23, 33:17
**discussed** [1] - 9:8
**discussing** [1] - 10:14

**discussion** [1] - 25:21
**discussions** [2] - 31:2, 31:3
**dismiss** [3] - 8:23, 8:24, 31:16
**dismissed** [1] - 9:3
**dispositive** [1] - 31:16
**disputes** [1] - 9:22
**distribute** [1] - 25:9
**distributed** [1] - 24:25
**distribution** [2] - 14:21, 19:11
**DISTRICT** [5] - 1:1, 1:2, 1:11, 1:21, 1:21
**divide** [1] - 14:23
**DKT** [1] - 1:5
**document** [2] - 1:6, 34:3
**documentation** [2] - 10:9, 18:19
**documents** [1] - 18:25
**domestic** [1] - 29:19
**done** [10] - 5:5, 12:6, 13:14, 13:25, 14:5, 19:1, 22:4, 30:20, 33:5, 33:7
**DOROTHY** [1] - 3:6
**down** [2] - 13:9, 26:22
**drug** [2] - 20:15
**drywall** [1] - 8:10
**Drywall** [4] - 4:8, 20:12, 22:16, 34:3
**DRYWALL** [1] - 1:3
**duck** [1] - 29:14
**during** [3] - 16:1, 21:1, 30:18
**dwimberly@stonepigman.com** [1] - 3:8

**E**

**early** [4] - 16:10, 22:3, 23:14, 25:8
**EASTERN** [2] - 1:2, 1:21
**effect** [2] - 27:22, 34:14
**effort** [2] - 7:23, 13:14
**efforts** [1] - 33:6
**either** [6] - 11:11, 12:18, 15:7, 17:24, 18:24, 32:19
**ELDON** [1] - 1:10
**elect** [1] - 12:22
**electronics** [1] - 15:5
**elements** [1] - 12:16
**eligible** [5] - 12:25, 13:8, 14:7, 14:22, 23:17

**email** [3] - 17:17, 24:8, 24:10
**emailed** [1] - 16:11
**encourage** [2] - 10:2, 34:15
**end** [1] - 6:4
**endeavors** [1] - 8:12
**ENERGY** [1] - 3:3
**ensure** [1] - 24:17
**enter** [1] - 29:19
**entered** [1] - 4:24
**entertain** [1] - 32:12
**enumerated** [1] - 11:23
**enured** [1] - 6:3
**equitable** [1] - 23:21
**error** [1] - 17:14
**ESQ** [8] - 2:3, 2:5, 2:10, 2:11, 2:14, 2:17, 3:2, 3:6
**essentially** [1] - 14:2
**establish** [2] - 9:6, 11:1
**established** [1] - 21:4
**estimate** [1] - 12:20
**et** [3] - 7:24, 26:2, 27:18
**evaluate** [1] - 5:7
**evaluates** [1] - 27:18
**eventually** [1] - 15:10
**evidence** [1] - 31:12
**EX** [2] - 17:3, 19:5
**example** [1] - 16:17
**excess** [1] - 32:6
**excluded** [1] - 11:23
**exists** [1] - 10:9
**expect** [2] - 18:15, 19:10
**expedite** [1] - 26:19
**expedited** [3] - 18:2, 24:24, 25:10
**expediting** [1] - 27:2
**expense** [1] - 9:7
**expenses** [2] - 23:18, 24:3
**experience** [1] - 9:15
**experienced** [1] - 8:17
**expert** [1] - 28:3
**expired** [2] - 16:7, 16:10
**explain** [1] - 15:18
**explaining** [2] - 12:14, 13:3
**extend** [2] - 34:8, 34:17
**extended** [2] - 34:11, 34:16
**extensions** [1] - 21:25
**extent** [1] - 9:21

**extremely** [1] - 30:3
**extremis** [1] - 17:24

**F**

**fact** [2] - 6:19, 29:23
**fail** [1] - 15:9
**failed** [1] - 12:17
**fair** [1] - 9:14
**fairly** [1] - 16:13
**FALLON** [1] - 1:10
**families** [1] - 8:3
**far** [8] - 11:8, 11:24, 12:15, 12:20, 14:19, 15:7, 15:12, 22:22
**fast** [1] - 25:11
**FCRR** [3] - 1:20, 35:18, 35:19
**February** [8] - 7:16, 16:21, 17:3, 17:8, 17:10, 22:9, 28:9, 34:24
**federal** [1] - 8:11
**fee** [6] - 4:24, 5:7, 7:7, 7:9, 9:7
**fees** [1] - 5:6
**fellow** [1] - 7:22
**few** [1] - 19:4
**Fifth** [5] - 28:8, 30:12, 31:3, 31:14, 31:23
**figure** [1] - 10:16
**file** [7] - 6:5, 16:9, 16:10, 16:18, 16:20, 16:22
**filed** [14] - 8:23, 11:8, 16:8, 16:19, 17:12, 17:13, 29:8, 29:16, 29:24, 30:17, 30:24, 34:1, 34:3
**filing** [4] - 5:1, 16:8, 29:11, 30:15
**fill** [1] - 14:2
**final** [1] - 23:15
**finalized** [3] - 10:20, 21:6, 21:9
**finally** [2] - 17:11, 17:16
**financial** [1] - 17:25
**findings** [1] - 22:12
**finish** [1] - 14:4
**Finish** [1] - 34:3
**finished** [2] - 14:3, 14:20
**first** [7] - 4:21, 6:7, 13:13, 16:7, 20:11, 20:16, 32:1
**FISHBEIN** [1] - 2:13
**fit** [2] - 13:5, 14:8
**five** [5] - 8:23, 15:21, 16:5, 22:14, 22:17

**fix** [2] - 13:4, 17:14
**fixed** [2] - 18:4, 18:6
**Florida** [4] - 28:14, 28:22, 29:17, 30:21
**focus** [1] - 7:10
**folks** [4] - 4:25, 19:17, 27:20, 35:2
**follow** [3] - 15:20, 22:9, 23:8
**follow-up** [1] - 15:20
**following** [5] - 6:20, 26:8, 27:24, 32:13, 34:25
**foot** [1] - 14:24
**footage** [5] - 14:18, 14:19, 14:23, 14:25, 21:19
**footages** [1] - 14:22
**FOR** [5] - 2:2, 2:9, 2:16, 3:2, 3:6
**foreclosed** [3] - 16:17, 16:21, 17:25
**foreclosure** [5] - 8:7, 16:18, 17:12, 23:18, 24:2
**foregoing** [1] - 35:16
**form** [4] - 22:19, 24:7, 24:12, 25:14
**forms** [10] - 21:6, 21:8, 21:9, 21:11, 21:14, 21:22, 21:23, 23:12, 23:13, 23:24
**formulated** [1] - 10:19
**forward** [1] - 30:22
**four** [4] - 12:16, 22:13, 22:18, 24:18
**fourth** [3] - 17:5, 29:8, 30:16
**free** [1] - 26:24
**FRILOT** [1] - 3:2
**front** [1] - 27:11
**full** [1] - 24:22
**fund** [6] - 9:7, 18:4, 18:6, 18:17, 21:4, 21:18
**funds** [8] - 11:2, 14:23, 21:19, 23:5, 25:9, 28:1, 32:5, 35:4
**furniture** [1] - 15:6
**future** [1] - 7:2

## G

**Garrison** [2] - 19:25, 26:3
**GARRISON** [4] - 20:3, 20:5, 20:7, 20:11
**general** [1] - 7:10
**generally** [4] - 5:14,

---

5:15, 10:7, 15:4
**gentlemen** [1] - 4:5
**given** [2] - 15:7, 19:15
**global** [1] - 18:22
**Global** [9] - 11:9, 11:11, 12:3, 12:23, 13:10, 14:10, 14:16, 14:17, 17:3
**Global/Banner/IN** [1] - 19:5
**Global/Banner/IN-EX** [1] - 19:5
**grant** [1] - 35:7
**graph** [1] - 23:24
**great** [1] - 12:7
**gross** [2] - 28:15, 28:21
**ground** [1] - 31:6
**group** [2] - 22:23, 34:14
**groups** [1] - 24:5
**guideline** [1] - 16:13

## H

**half** [2] - 14:9, 19:3
**Hall** [2] - 8:13, 8:14
**handle** [1] - 33:5
**handling** [1] - 7:23
**hard** [2] - 13:25, 14:1
**heads** [1] - 9:22
**hear** [1] - 6:8
**HEARD** [1] - 1:10
**heard** [3] - 28:9, 28:18
**hearing** [5] - 9:4, 27:25, 28:1, 32:13, 34:2
**hello** [2] - 20:3, 20:4
**helpful** [2] - 26:24, 32:17
**hereby** [1] - 35:15
**Herman** [2] - 4:11, 9:19
**HERMAN** [17] - 2:10, 2:10, 4:11, 4:23, 6:12, 8:21, 9:9, 9:11, 10:24, 25:24, 27:4, 27:8, 27:10, 27:14, 31:9, 31:25
**hit** [1] - 18:13
**hold** [1] - 7:3
**HOME** [1] - 3:6
**home** [11] - 8:10, 13:20, 14:25, 16:20, 26:12, 26:13, 26:17, 26:18, 26:17, 30:10
**homeowner** [6] - 6:20, 13:20, 14:1, 17:1, 25:20, 27:2
**homeowners** [3] -

---

13:11, 13:12
**homes** [9] - 10:6, 10:8, 10:22, 17:1, 26:6, 26:14, 26:15, 29:20, 30:1
**Honor** [35] - 4:13, 4:23, 5:1, 6:16, 7:14, 7:20, 8:1, 8:2, 8:21, 9:4, 9:9, 9:12, 9:18, 10:24, 11:5, 20:3, 20:7, 20:16, 25:15, 25:24, 26:5, 27:4, 27:7, 27:14, 27:24, 28:7, 29:10, 31:8, 31:9, 31:19, 32:1, 32:12, 33:9, 34:20, 35:3
**HONORABLE** [1] - 1:10
**hope** [3] - 18:11, 25:7, 27:1
**hopefully** [2] - 30:9, 30:11
**host** [1] - 24:14
**hours** [1] - 9:23
**Houston** [1] - 28:10
**hundred** [1] - 4:16
**Hurricane** [1] - 29:21
**hurt** [1] - 31:1
**HVAC** [1] - 15:5

## I

**identified** [2] - 21:21, 21:22
**identify** [1] - 22:20
**immediately** [1] - 26:22
**importance** [1] - 5:6
**important** [5] - 5:9, 16:5, 17:5, 19:17, 32:16
**IN** [2] - 1:3, 17:3
**IN-EX** [1] - 17:3
**IN/EX** [8] - 11:10, 11:12, 12:3, 12:23, 13:10, 14:16, 31:11
**Inc** [1] - 34:4
**incomplete** [7] - 12:13, 13:3, 13:8, 13:13, 15:16, 15:18
**incompleteness** [11] - 12:14, 12:15, 15:8, 15:15, 15:19, 15:20, 15:22, 15:25, 16:1, 18:23, 18:24
**indeterminate** [1] - 28:15
**individual** [2] - 10:8, 13:12

---

**individuals** [5] - 10:12, 10:14, 10:15, 26:16, 33:2
**information** [5] - 17:16, 19:18, 23:25, 24:12, 33:3
**initial** [4] - 19:2, 22:4, 24:21, 25:13
**injury** [4] - 12:4, 19:4, 23:19, 24:3
**inquired** [1] - 33:12
**inquiries** [1] - 24:10
**inspected** [1] - 12:19
**inspectors** [1] - 12:19
**installer** [2] - 8:9, 14:12
**installers** [1] - 22:25
**instead** [1] - 32:21
**instructed** [1] - 22:19
**insurance** [1] - 23:9
**insureds** [1] - 22:15
**interest** [1] - 6:23
**interested** [8] - 5:1, 5:10, 9:24, 10:15, 26:19, 27:2, 33:16, 33:22
**intervened** [1] - 8:4
**intervention** [1] - 29:24
**involve** [1] - 10:7
**involved** [3] - 24:15, 26:1, 33:16
**involves** [1] - 5:13
**issue** [16] - 15:8, 15:16, 15:20, 15:22, 15:25, 18:3, 19:22, 22:9, 25:5, 30:15, 30:19, 32:1, 32:8, 33:21, 34:6, 34:21
**issued** [11] - 6:7, 12:13, 13:3, 15:12, 17:8, 21:8, 21:14, 21:21, 23:12, 23:13, 27:17
**issues** [10] - 4:20, 7:6, 9:22, 10:6, 10:7, 10:21, 10:23, 17:21, 27:20, 33:21
**IT** [1] - 28:3
**item** [1] - 35:3
**items** [1] - 6:13
**IV** [1] - 8:22

## J

**J&M** [1] - 22:16
**Jake** [1] - 11:5
**JANUARY** [1] - 1:6
**January** [7] - 8:23, 16:11, 21:15, 22:9,

---

23:12, 27:17, 27:23
**jewelry** [1] - 15:5
**job** [1] - 33:5
**JOHNSTON** [2] - 2:5, 2:6
**Johnston** [4] - 32:9, 32:13, 32:24
**Johnston's** [1] - 32:17
**joining** [1] - 8:8
**JUDGE** [1] - 1:11
**Judge** [2] - 8:13, 8:14
**judges** [1] - 8:16
**judgment** [3] - 8:5, 8:6, 33:25
**July** [1] - 21:1
**jurisdiction** [2] - 30:21, 31:17
**jurisdictions** [4] - 29:18, 29:24, 30:2, 30:11
**JVP** [1] - 34:3

## K

**Katrina** [1] - 29:21
**KATZ** [1] - 2:10
**keep** [3] - 29:11, 29:12, 31:5
**KERRY** [1] - 3:2
**Kerry** [3] - 4:13, 33:9, 34:20
**key** [1] - 20:22
**kind** [2] - 6:22, 10:17
**KINGSDORF** [1] - 2:2
**KNAUF** [1] - 3:2
**Knauf** [13] - 4:14, 11:15, 11:16, 11:21, 12:2, 12:9, 13:11, 13:18, 13:21, 16:24, 17:2, 17:3, 33:10

## L

**LA** [6] - 1:22, 2:4, 2:8, 2:12, 3:4, 3:7
**ladies** [1] - 4:4
**laedcourtreporter@ gmail.com** [1] - 1:23
**laptop** [2] - 20:5, 20:7
**large** [1] - 11:19
**largely** [1] - 22:8
**last** [8] - 7:16, 8:25, 9:8, 12:5, 16:3, 27:16, 27:22, 32:10
**lastly** [1] - 27:24
**late** [1] - 21:24
**LAW** [2] - 2:6, 2:16
**lawsuit** [1] - 33:16
**lawyer** [1] - 27:1
**lawyers** [2] - 34:22,

34:23
**lead** [2] - 4:18, 28:3
**least** [8] - 10:20, 16:9, 18:16, 26:25, 30:5, 31:1, 31:3, 33:23
**left** [1] - 21:15
**Lenny** [2] - 9:24, 27:11
**LEONARD** [1] - 2:11
**less** [1] - 18:9
**Levin** [2] - 28:4, 29:5
**LEVIN** [7] - 2:13, 2:14, 27:6, 27:13, 28:7, 28:21, 29:7
**LIABILITY** [1] - 1:4
**Liability** [1] - 4:8
**liaison** [2] - 4:18, 19:22
**liens** [1] - 20:15
**line** [1] - 4:16
**list** [2] - 14:18, 14:19
**listed** [1] - 27:16
**listen** [1] - 34:17
**litigant** [2] - 32:23, 32:24
**litigants** [2] - 32:18, 32:19
**litigation** [2] - 9:7, 26:2
**LITIGATION** [1] - 1:4
**Litigation** [1] - 4:8
**living** [2] - 23:18, 24:2
**LLC** [2] - 2:6, 3:2
**look** [1] - 6:5
**looked** [1] - 26:1
**Loss** [10] - 17:23, 18:1, 18:16, 19:6, 19:20, 20:19, 21:9, 21:14, 23:4, 25:14
**loss** [8] - 11:15, 23:4, 23:7, 23:13, 23:17, 23:20, 23:22
**losses** [8] - 18:8, 19:10, 23:10, 23:19, 23:25, 24:3, 25:2
**Louisiana** [8] - 28:21, 28:22, 29:17, 30:21, 31:17, 33:13, 34:21
**LOUISIANA** [3] - 1:2, 1:21, 4:1

**M**

**machine** [1] - 27:13
**mail** [1] - 17:19
**MAIN** [1] - 2:17
**main** [2] - 12:16, 13:11
**major** [2] - 22:15, 22:17
**majority** [1] - 11:9
**MANAGER** [2] - 4:7,

35:9
**MANUFACTURED** [1]
  - 1:3
**Manufactured** [1] - 4:8
**March** [5] - 19:9, 19:10, 19:16, 23:16, 34:25
**master** [5] - 11:22, 19:1, 19:9, 19:11, 23:21
**material** [4] - 10:8, 26:15, 26:18, 26:25
**Matt** [4] - 19:25, 20:2, 20:4, 26:2
**matter** [4] - 7:14, 8:23, 29:25, 34:7
**matters** [4] - 7:21, 9:2, 9:15, 20:17, 24:18, 24:19, 26:9, 31:7
**McKellar** [1] - 8:3
**MDL** [2] - 4:7, 33:13
**MDLs** [2] - 5:8, 5:14
**meaningful** [1] - 22:3
**means** [2] - 13:6, 14:10
**meantime** [1] - 31:22
**MECHANICAL** [1] - 1:25
**Medicaid** [1] - 20:15
**Medicare** [1] - 20:14
**meet** [2] - 10:10, 34:15, 34:21
**meeting** [5] - 9:13, 25:22, 26:8, 34:24, 34:25
**members** [7] - 7:22, 21:21, 21:22, 22:19, 24:9, 32:3, 32:4
**memory** [1] - 20:12
**mention** [3] - 11:19, 12:5, 16:6
**mentioned** [7] - 5:5, 15:2, 15:18, 21:20, 23:15, 24:21, 25:10
**met** [1] - 4:18
**Miami** [1] - 7:15
**Miami-Dade** [1] - 7:15
**might** [5] - 7:6, 19:13, 28:23, 32:14, 33:22
**milestones** [1] - 24:20
**MILLER** [5] - 3:2, 4:13, 9:18, 33:9, 34:20
**Miller** [6] - 4:13, 9:17, 26:6, 32:12, 33:9, 34:20
**minute** [2] - 11:25, 15:14
**Miscellaneous** [2] - 15:2, 16:4
**miscellaneous** [2] -

11:20, 12:4
**misfiled** [1] - 17:12
**Mitchell** [2] - 28:14, 28:22
**mitigation** [2] - 23:19, 24:2
**moment** [1] - 4:18
**money** [3] - 24:25, 25:4, 32:6
**month** [2] - 11:7, 26:23
**MONTHLY** [1] - 1:5
**months** [3] - 21:15, 24:23, 25:8
**moot** [1] - 12:12
**morning** [5] - 4:4, 4:13, 4:25, 7:20, 11:5
**Moss** [9] - 9:14, 9:20, 12:19, 17:7, 17:8, 17:10, 26:7, 26:10, 26:16
**Moss's** [1] - 12:21
**most** [2] - 5:13, 11:17
**mostly** [1] - 13:1
**motion** [9] - 9:6, 28:1, 29:8, 30:25, 33:25, 34:7, 34:9, 35:4, 35:7
**motions** [3] - 8:22, 8:24, 11:1
**move** [2] - 6:16, 7:4
**moving** [4] - 12:7, 20:9, 20:24, 30:22
**MR** [38] - 4:11, 4:13, 4:23, 6:12, 7:20, 8:14, 8:21, 9:9, 9:11, 9:18, 10:24, 11:5, 18:18, 19:13, 19:24, 20:3, 20:5, 20:7, 20:11, 25:24, 27:4, 27:6, 27:8, 27:10, 27:13, 27:14, 28:7, 28:21, 29:4, 29:7, 30:14, 31:8, 31:9, 31:19, 31:25, 33:9, 34:20, 35:3
**MS** [2] - 6:16, 7:14
**multiply** [1] - 14:25
**MURRAY** [1] - 2:5
**mutual** [1] - 22:15

**N**

**name** [2] - 11:5, 22:5
**namely** [1] - 26:19
**names** [1] - 29:12
**nationwide** [2] - 22:15, 22:23
**near** [1] - 7:2

nearing [1] - 24:21
**necessary** [1] - 19:18
**need** [14] - 4:20, 6:5, 12:19, 12:20, 13:4, 13:7, 15:19, 17:10, 18:25, 19:15, 24:17, 33:4, 33:8, 34:9
**neighbor** [1] - 26:25
**neighborhood** [6] - 26:11, 26:14, 26:17, 26:20, 26:21, 26:24
**never** [1] - 29:1
**new** [2] - 8:1, 16:2
**New** [2] - 3:7, 28:9
**NEW** [6] - 1:22, 2:4, 2:8, 2:12, 3:4, 4:1
**next** [9] - 14:4, 20:21, 24:22, 25:6, 25:8, 26:21, 27:6, 34:4, 34:24
**NO** [1] - 1:5
**non** [2] - 28:6, 34:1
**non-settling** [1] - 34:1
**nonclass** [1] - 21:3
**none** [1] - 29:13
**nontraditional** [1] - 6:18
**NORFOLK** [1] - 2:18
**notice** [8] - 15:9, 15:16, 15:17, 15:18, 15:20, 15:22, 15:23, 22:10
**notices** [7] - 12:13, 13:3, 15:12, 15:13, 15:25, 22:9, 25:5
**notified** [1] - 28:10
**notify** [2] - 13:14, 17:14
**notifying** [1] - 18:22
**noting** [1] - 21:2
**number** [12] - 4:15, 5:6, 8:24, 11:14, 11:19, 13:5, 14:20, 14:24, 14:25, 15:1, 16:13, 17:18
**numbers** [2] - 22:21, 24:5

**O**

**O'KEEFE** [1] - 2:11
**objection** [1] - 35:6
**obtained** [1] - 8:4
**October** [3] - 16:16, 16:24, 21:7
**OF** [5] - 1:2, 1:9, 1:21, 2:6, 2:16
**offense** [1] - 27:1
**office** [2] - 9:22, 33:14
**OFFICES** [1] - 2:6,

2:16
**offices** [1] - 26:7
**Official** [1] - 35:15
**OFFICIAL** [1] - 1:20
**oftentimes** [2] - 26:11, 26:16
**ombudsman** [6] - 9:24, 10:5, 10:11, 10:13, 10:16, 10:18
**omnibus** [2] - 8:20, 8:21
**once** [1] - 7:22
**one** [20] - 5:14, 6:2, 6:22, 7:14, 7:21, 8:3, 12:16, 12:22, 14:15, 16:9, 17:5, 17:23, 24:7, 25:16, 27:6, 27:11, 31:10, 32:1, 32:23, 35:3
**ones** [1] - 19:14
**open** [1] - 30:5
**opinion** [2] - 30:12, 33:20
**opinions** [1] - 5:6
**opportunity** [5] - 5:18, 6:6, 10:3, 5:11, 33:1
**opposition** [1] - 27:25
**options** [2] - 12:15, 12:22
**order** [3] - 6:2, 6:25, 35:1
**ORDER** [1] - 4:3
**Order** [2] - 6:7, 9:8
**orders** [3] - 4:21, 4:22, 27:22
**original** [1] - 8:4
**ORLEANS** [6] - 1:22, 2:4, 2:8, 2:12, 3:4, 4:1
**Orleans** [2] - 3:7, 28:10
**ought** [2] - 7:9, 31:4
**overview** [2] - 20:18, 23:3
**Owen** [2] - 29:1, 30:14
**OWEN** [4] - 29:4, 30:14, 31:8, 31:19
**owned** [1] - 16:20

**P**

**PA** [1] - 2:15
**packet** [2] - 17:7, 17:9
**page** [6] - 8:21, 10:24, 26:5, 27:14, 27:16, 28:23
**paid** [2] - 32:6, 33:6
**panels** [1] - 28:11
**papered** [1] - 32:4

**paperwork** [2] - 26:12, 26:22
**part** [2] - 9:21, 30:15
**partial** [1] - 18:17
**participants** [1] - 14:16
**participating** [1] - 14:11
**particular** [6] - 8:19, 14:22, 18:13, 26:12, 26:13, 34:5
**parties** [4] - 9:1, 16:2, 33:16, 34:17
**passed** [2] - 21:13, 21:23
**path** [1] - 18:23
**Pause** [1] - 20:6
**pay** [2] - 7:9, 10:18
**payment** [1] - 32:11
**payments** [1] - 25:11
**PC** [1] - 2:16
**pejorative** [1] - 25:3
**pending** [1] - 30:2
**people** [19] - 4:15, 4:16, 5:8, 5:17, 9:25, 10:22, 12:14, 13:15, 16:8, 16:17, 17:6, 17:9, 17:11, 17:24, 18:22, 19:6, 24:6, 31:4, 32:25
**per** [1] - 14:24
**percent** [24] - 12:2, 12:3, 12:4, 12:24, 12:25, 13:2, 13:5, 13:13, 13:17, 14:5, 18:10, 21:18, 22:23, 22:24, 22:25, 23:1, 23:5, 24:1, 24:3, 24:6
**perform** [2] - 5:18, 19:7
**performed** [1] - 6:3
**perhaps** [5] - 7:1, 7:8, 10:7, 29:2, 33:21
**period** [1] - 25:7
**periods** [2] - 29:13, 31:13
**permission** [1] - 8:7
**personal** [2] - 23:19, 24:4
**Peyton** [1] - 8:23
**Phil** [1] - 9:20
**PHILADELPHIA** [1] - 2:15
**PIGMAN** [1] - 3:6
**pilot** [6] - 9:10, 9:11, 11:18, 13:19, 13:25, 16:25
**place** [2] - 24:22, 30:18

**plaintiff** [5] - 6:20, 8:2, 8:8, 28:17, 30:1
**plaintiffs** [7] - 4:12, 5:13, 5:15, 5:16, 6:18, 7:21, 29:25
**PLAINTIFFS** [1] - 2:13
**plaintiffs'** [7] - 5:25, 6:24, 7:24, 9:7, 23:14, 34:5, 34:9
**PLAINTIFFS'** [1] - 2:9
**plan** [2] - 20:25, 21:19
**PO** [1] - 17:19
**podium** [1] - 4:17
**point** [2] - 31:19, 34:12
**population** [2] - 13:9, 13:10
**Porter** [2] - 22:16, 22:24
**portion** [1] - 18:4
**portions** [1] - 18:5
**poses** [1] - 5:22
**position** [3] - 6:24, 19:8, 25:9
**positions** [1] - 6:23
**possible** [4] - 13:14, 22:14, 24:25, 31:15
**post** [1] - 32:11
**post-settlement** [1] - 32:11
**potential** [3] - 10:15, 21:20, 24:9
**PowerPoint** [1] - 20:13
**PowerPoints** [2] - 25:25, 26:3
**POYDRAS** [4] - 1:22, 2:3, 2:7, 3:3
**practically** [1] - 29:22
**pre** [1] - 23:18
**pre-remediation** [1] - 23:18
**predominantly** [1] - 29:20
**preliminary** [6] - 28:24, 29:6, 29:8, 30:16, 30:17, 30:25
**prepared** [1] - 7:4
**prerogative** [1] - 31:22
**presence** [1] - 32:23
**present** [1] - 10:25
**presentation** [1] - 19:25
**presenting** [1] - 6:25
**Preston** [1] - 8:2
**Pretrial** [3] - 6:7, 7:3, 9:8
**pretrial** [3] - 4:21, 6:2
**pretty** [1] - 18:19
**principals** [1] - 30:7

**PRO** [1] - 2:5
**pro** [4] - 14:21, 16:12, 32:10
**problem** [2] - 13:4, 18:9
**procedure** [8] - 4:24, 5:6, 5:7, 15:15, 16:3, 16:4, 17:11, 22:10
**procedures** [2] - 27:15, 27:17
**proceed** [3] - 8:18, 8:19, 30:22
**PROCEEDINGS** [2] - 1:9, 1:25
**proceedings** [2] - 20:6, 35:10
**process** [7] - 22:2, 22:7, 24:24, 25:10, 25:13, 25:14, 30:10
**Processing** [1] - 16:5
**PRODUCED** [1] - 1:25
**product** [2] - 20:15, 28:17
**products** [1] - 29:19
**PRODUCTS** [1] - 1:3
**Products** [1] - 4:8
**program** [9] - 9:10, 9:11, 10:13, 10:17, 11:18, 12:19, 13:19, 13:25, 17:1
**progress** [2] - 12:1, 12:7
**prolixed** [1] - 30:10
**proof** [3] - 12:16, 20:20, 23:8
**property** [16] - 15:4, 20:19, 21:6, 21:8, 21:11, 21:17, 21:23, 23:3, 24:20, 24:25, 25:4, 25:9
**proportional** [1] - 18:13
**proposal** [1] - 6:1
**proposed** [3] - 4:19, 6:17, 6:25
**proved** [3] - 14:11, 14:13, 14:15
**provide** [3] - 12:17, 15:11, 15:14
**provided** [1] - 15:8
**provides** [1] - 16:5
**provisions** [1] - 11:15
**Provisions** [1] - 16:5
**Ps** [1] - 27:16
**PSC** [5] - 7:23, 30:23, 31:21, 32:3, 32:4
**PSC's** [1] - 8:12
**PTO** [2] - 5:2
**PTO-28** [1] - 4:24

**purposefully** [1] - 29:16
**pursuant** [2] - 11:21, 13:18
**put** [2] - 13:13, 33:15

## Q

**qualified** [3] - 11:2, 21:4, 27:25
**questions** [5] - 24:11, 25:19, 32:21, 32:22
**quick** [4] - 20:5, 20:17, 20:22, 23:3
**quickly** [8] - 12:7, 12:9, 13:14, 13:24, 18:21, 19:3, 19:7, 24:25

## R

**Rachel** [1] - 8:3
**Ramirez** [1] - 21:3
**rata** [1] - 14:21
**rather** [1] - 26:22
**re** [1] - 4:7
**RE** [1] - 1:3
**ready** [2] - 9:4, 27:6
**real** [12] - 20:19, 21:6, 21:8, 21:11, 21:17, 21:23, 23:3, 24:20, 24:25, 25:4, 25:9
**reality** [1] - 14:6
**really** [4] - 10:19, 17:13, 19:17, 29:13
**reason** [4] - 15:8, 31:17, 31:20, 32:8
**reasons** [3] - 12:13, 12:14, 25:16
**receive** [2] - 15:20, 15:22
**received** [8] - 13:19, 16:13, 21:23, 22:22, 24:10, 24:13, 33:20, 34:8
**receives** [1] - 27:18
**receiving** [1] - 7:1
**recess** [1] - 35:8
**recognition** [1] - 6:4
**recognize** [1] - 33:2
**recognizing** [1] - 34:12
**reconsideration** [1] - 22:11
**record** [4] - 4:10, 25:25, 26:4, 32:2
**RECORDED** [1] - 1:25
**recovered** [1] - 8:6
**recovering** [1] - 34:14
**refreshing** [1] - 20:14

**regard** [4] - 5:2, 10:5, 26:10, 28:23
**regarding** [2] - 4:24, 20:17
**regular** [2] - 9:21, 24:16
**relates** [1] - 1:6
**release** [4] - 13:20, 17:1, 17:2, 19:11
**relevant** [2] - 29:13, 33:21
**relocation** [1] - 11:10
**remaining** [3] - 11:14, 12:17, 28:8
**remains** [1] - 17:16
**remediate** [1] - 17:1
**remediated** [6] - 10:6, 10:8, 10:22, 12:12, 13:20, 26:6
**Remediating** [1] - 13:11
**remediating** [3] - 13:1, 13:16, 26:13
**remediation** [8] - 11:16, 12:2, 12:10, 12:18, 12:22, 17:13, 23:18, 27:2
**reminded** [1] - 28:25
**reminder** [1] - 33:11
**remunerated** [1] - 33:7
**repair** [1] - 11:10
**repairs** [1] - 6:20
**report** [11] - 9:16, 10:25, 11:4, 11:7, 20:11, 20:13, 20:16, 25:6, 25:17, 25:18, 27:16
**REPORTER** [1] - 1:20
**Reporter** [1] - 35:15
**representatives** [3] - 26:7, 26:10, 26:16
**representing** [2] - 9:1, 25:20
**represents** [1] - 33:14
**request** [2] - 21:25, 24:6
**requested** [2] - 21:11, 23:24
**require** [1] - 18:18
**resolve** [4] - 9:13, 26:8, 30:19, 32:5
**resolved** [2] - 7:6, 32:3
**resources** [1] - 8:6
**respect** [3] - 21:17, 23:4, 24:17
**respond** [3] - 10:23, 15:21, 32:22
**responded** [1] - 32:25

**response** [6] - 15:20, 15:22, 30:13, 31:10, 34:5, 34:9
**responses** [1] - 7:24
**result** [2] - 15:24, 32:5
**results** [1] - 12:9
**return** [3] - 12:21, 17:7, 17:10
**returned** [1] - 32:5
**review** [11] - 12:1, 13:7, 13:23, 15:3, 19:2, 19:3, 22:1, 22:4, 22:7, 24:21, 25:13
**review's** [1] - 24:21
**reviewed** [6] - 12:2, 12:23, 13:13, 15:6, 22:23, 30:16
**reviews** [9] - 12:6, 12:8, 12:10, 13:17, 13:23, 14:21, 19:4, 19:7, 24:22
**RICHARD** [2] - 2:16, 2:17
**Richard** [1] - 7:20
**Richmond** [1] - 17:20
**rise** [1] - 35:9
**RMR** [1] - 1:20
**Robert** [1] - 32:9
**ROBERT** [2] - 2:5, 2:6
**role** [1] - 6:20
**ROOM** [1] - 1:22
**room** [1] - 34:22
**roughly** [1] - 24:1
**ruling** [2] - 31:14, 31:24
**rulings** [1] - 31:16, 31:20
**RUSS** [1] - 2:10
**Russ** [2] - 4:11, 28:25
**Russ's** [1] - 9:22

## S

**sales** [2] - 23:18, 24:2
**sampling** [1] - 23:23
**satisfy** [1] - 32:15
**saw** [1] - 30:15
**schedule** [2] - 7:1, 12:21
**scheduled** [1] - 26:8
**schedules** [1] - 23:9
**SE** [1] - 2:5
**se** [2] - 16:12, 32:10
**seated** [1] - 4:4
**second** [3] - 16:15, 20:13, 32:8
**secondly** [1] - 7:7
**section** [2] - 11:21, 27:24

**secure** [1] - 15:24
**SEDRAN** [1] - 2:13
**see** [6] - 14:9, 22:21, 22:23, 24:5, 25:6, 25:17
**seek** [1] - 30:5
**seem** [1] - 9:15
**self** [3] - 10:6, 10:8, 10:22
**self-remediated** [3] - 10:6, 10:8, 10:22
**send** [3] - 19:16, 26:18, 32:24
**sending** [1] - 19:8
**sense** [1] - 26:20
**separate** [1] - 25:1
**September** [2] - 8:2, 8:10
**SERPE** [4] - 2:16, 2:17, 7:20, 8:14
**Serpe** [2] - 7:18, 7:20
**serve** [1] - 31:21
**serves** [1] - 20:12
**service** [5] - 29:14, 29:22, 30:11, 32:24
**services** [3] - 10:16, 32:11, 32:17
**ses** [1] - 16:12
**set** [8] - 5:7, 7:21, 8:1, 8:10, 24:8, 28:1, 34:4
**settings** [3] - 6:11, 6:13, 7:12
**settlement** [19] - 9:2, 9:12, 11:2, 11:11, 11:16, 14:8, 14:10, 14:14, 14:23, 18:4, 18:5, 19:15, 21:4, 23:6, 24:19, 27:25, 32:11, 35:4
**settlement's** [1] - 32:6
**settlements** [8] - 11:2, 20:1, 20:23, 21:3, 21:5, 22:13, 22:18, 24:1
**settling** [1] - 34:1
**seven** [1] - 8:3
**several** [1] - 7:6
**short** [1] - 21:7
**sides** [1] - 6:22
**significant** [1] - 18:19
**signs** [2] - 13:20, 17:1
**similar** [1] - 30:17
**simply** [6] - 12:19, 13:6, 13:24, 14:10, 14:13, 20:20
**sitting** [1] - 17:9
**situation** [5] - 5:23, 6:21, 7:10, 17:25, 18:15

**situations** [1] - 6:8
**six** [2] - 12:25, 27:17
**slate** [1] - 14:2
**slide** [1] - 14:7
**slides** [1] - 25:25
**slightly** [2] - 20:24, 25:1, 25:2
**small** [2] - 13:5, 16:13
**smaller** [1] - 11:14
**smoothly** [1] - 9:16
**solution** [1] - 32:13
**sometimes** [2] - 15:5, 18:18
**somewhat** [1] - 22:3
**sounds** [1] - 25:3
**special** [5] - 11:22, 19:1, 19:9, 19:11, 23:20
**specific** [1] - 25:19
**specifically** [1] - 11:23
**spends** [1] - 9:23
**spring** [1] - 25:8
**square** [7] - 14:18, 14:19, 14:22, 14:23, 14:24, 14:25, 21:19
**stages** [1] - 12:18
**stand** [1] - 35:8
**standard** [1] - 23:8
**standards** [1] - 20:20
**standpoint** [2] - 5:25
**start** [3] - 19:8, 19:14, 31:6
**started** [1] - 13:23
**starting** [1] - 19:16
**state** [8] - 6:10, 6:13, 7:12, 8:11, 26:6, 28:19, 32:2
**state-federal** [1] - 8:11
**STATE/FEDERAL** [1] - 2:2
**state/federal** [2] - 6:13, 7:12
**States** [2] - 29:20, 33:20
**STATES** [3] - 1:1, 1:11, 1:21
**statistics** [1] - 22:4
**STATUS** [2] - 1:5, 1:9
**status** [17] - 9:21, 11:6, 12:5, 16:3, 20:11, 20:13, 20:16, 20:18, 25:6, 25:12, 26:3, 32:10, 33:12, 33:17, 34:4, 35:5
**stay** [2] - 30:18, 31:20
**Steering** [1] - 4:14
**STEERING** [2] - 2:10, 3:2
**STENOGRAPHY** [1] - 1:25

**steps** [1] - 20:21
**still** [3] - 16:20, 23:1, 27:13
**STONE** [1] - 3:6
**stops** [1] - 34:14
**STREET** [6] - 1:22, 2:3, 2:7, 2:14, 2:17, 3:3
**Street** [1] - 3:7
**street** [1] - 26:22
**structure** [1] - 5:9
**structured** [1] - 5:19
**subcommittees** [1] - 5:11
**subject** [1] - 27:19
**submission** [3] - 21:12, 23:15, 34:8
**submissions** [2] - 21:24, 25:14
**submit** [2] - 21:16, 27:20
**submitted** [8] - 11:21, 13:12, 13:16, 13:18, 23:11, 25:25, 26:4, 31:12
**submitting** [2] - 6:18, 18:24
**substance** [1] - 31:15
**substantial** [1] - 9:15
**successful** [1] - 8:12
**sued** [1] - 30:7
**SUITE** [4] - 2:3, 2:7, 2:14, 3:4
**sum** [1] - 25:12
**summarize** [1] - 22:22
**summary** [3] - 20:18, 20:22, 33:25
**supplement** [1] - 16:8
**supplier** [3] - 14:11, 14:14, 34:23
**supply** [1] - 14:12
**support** [1] - 33:6
**supposed** [1] - 7:16
**Supreme** [1] - 33:20
**SUSAN** [1] - 1:20, 35:18
**Susan** [2] - 35:15, 35:19
**susan_zielie@laed. uscourts.gov** [1] - 1:23
**switch** [1] - 20:5
**systems** [1] - 15:5

## T

**Taishan** [14] - 28:5, 28:16, 28:17, 28:25, 29:1, 29:12, 29:16, 29:17, 29:18, 29:19,

29:25, 30:1, 30:2, 30:10
**targeted** [1] - 29:19
**tech** [1] - 20:9
**telephone** [1] - 17:18
**tenant** [2] - 23:19, 24:3
**tentative** [1] - 31:2
**terms** [3] - 9:1, 14:8, 23:24
**TG** [2] - 30:14, 30:18
**THE** [33] - 1:10, 2:2, 2:9, 4:4, 4:9, 4:15, 5:3, 6:15, 7:5, 8:13, 8:15, 9:5, 9:10, 10:4, 17:21, 19:10, 19:17, 20:2, 20:4, 20:9, 25:16, 26:10, 27:5, 27:9, 28:5, 28:19, 29:3, 30:13, 31:1, 32:16, 33:19, 34:24, 35:6
**themselves** [2] - 10:3, 10:18
**therefore** [4] - 12:12, 13:1, 14:14, 16:18
**they've** [5] - 8:6, 12:18, 14:11, 17:9, 26:11
**third** [4] - 12:11, 12:12, 16:23, 30:17
**thirds** [1] - 15:6
**thousands** [2] - 5:15
**three** [11] - 7:25, 11:12, 12:16, 13:5, 13:10, 15:25, 28:12, 29:15, 29:18, 30:2, 30:10
**THURSDAY** [2] - 1:6, 4:1
**timeframe** [1] - 21:1
**timeline** [2] - 20:24, 25:11
**timelines** [1] - 20:21
**TO** [1] - 4:3
**Tobin** [2] - 22:16, 22:24
**today** [4] - 4:20, 9:13, 27:25, 28:2
**together** [4] - 10:9, 10:10, 33:15, 33:16
**Tom** [4] - 29:3, 30:13, 30:14
**took** [1] - 19:4
**Torres** [1] - 21:3
**torture** [1] - 29:11
**total** [9] - 11:8, 14:18, 14:22, 14:23, 15:12, 15:24, 18:11, 23:5, 25:12

**totalled** [1] - 18:8
**touch** [1] - 8:16
**toward** [1] - 18:23
**track** [2] - 25:2, 25:3
**Trading** [1] - 22:25
**transcript** [1] - 35:16
**TRANSCRIPT** [2] - 1:9, 1:25
**TRANSCRIPTION** [1] - 1:25
**transmitted** [1] - 24:13
**trial** [10] - 6:11, 6:13, 7:12, 7:15, 7:21, 7:25, 8:1, 8:4, 31:11, 31:12
**trials** [2] - 7:17, 7:19
**truly** [1] - 5:21
**trustee** [1] - 8:8
**trying** [4] - 5:7, 8:17, 10:22, 34:15
**TTP** [2] - 30:14, 30:18
**turn** [1] - 19:6
**two** [11] - 5:14, 7:16, 7:17, 7:19, 7:21, 8:25, 15:6, 24:5, 26:23, 33:22, 33:24
**two-thirds** [1] - 15:6
**type** [4] - 6:20, 23:9, 23:22, 24:7
**types** [5] - 23:7, 23:10, 23:17, 23:25
**typical** [2] - 22:10, 23:9

## U

**unanimous** [1] - 32:4
**unclear** [1] - 15:8
**under** [4] - 9:1, 9:11, 26:9, 29:4
**uniformity** [1] - 5:20
**United** [2] - 29:20, 33:20
**UNITED** [3] - 1:1, 1:11, 1:21
**universe** [1] - 22:1
**unless** [2] - 9:17, 30:4
**unlike** [1] - 18:5
**unopposed** [2] - 11:1, 11:3
**unusual** [1] - 6:21
**up** [17] - 5:4, 7:3, 10:17, 14:24, 15:1, 15:20, 17:11, 17:22, 18:9, 24:6, 24:8, 25:12, 30:5, 32:8, 32:10, 33:24, 34:13
**upcoming** [1] - 24:20
**update** [1] - 9:25
**utilizing** [1] - 10:16

## V

**VA** [1] - 2:18
**values** [1] - 23:10
**various** [10] - 5:9, 5:20, 5:24, 6:22, 8:25, 11:2, 11:15, 12:13, 12:18, 23:10
**Venture** [1] - 22:16
**verifying** [1] - 22:6
**view** [1] - 30:24
**viewed** [1] - 30:19
**VII** [1] - 10:24
**Virginia** [12] - 7:17, 17:20, 20:1, 20:17, 20:23, 21:5, 22:13, 24:1, 24:18, 28:19, 29:16, 30:21
**VIRGINIA** [1] - 2:16
**Virginia-based** [6] - 20:17, 20:23, 21:5, 22:13, 24:1, 24:18
**visited** [1] - 31:5
**vote** [1] - 32:4

## W

**wait** [2] - 26:23, 31:23
**WALNUT** [1] - 2:14
**wants** [2] - 29:2, 31:21
**water** [1] - 29:11
**web** [1] - 17:17
**website** [2] - 27:21
**week** [3] - 14:4, 28:11, 29:9
**weekly** [1] - 24:14
**weeks** [3] - 7:16, 8:25, 21:8
**whence** [1] - 7:7
**whereby** [1] - 10:18
**whole** [1] - 34:14
**Wiltz** [4] - 28:16, 28:17, 28:19, 28:21
**Wimberly** [2] - 4:25, 6:12
**WIMBERLY** [2] - 3:6, 6:16
**wishing** [1] - 27:20
**WOODY** [4] - 11:5, 18:18, 19:13, 19:24
**Woody** [1] - 11:6
**world** [1] - 20:10
**worth** [1] - 21:2
**written** [1] - 15:25
**www3browngreer.com/drywall** [1] - 17:17

## Y

**yesterday** [3] - 16:7, 16:10, 32:3

## Z

**zero** [1] - 31:6
**Zielie** [2] - 35:15, 35:19
**ZIELIE** [2] - 1:20, 35:18