# EXHIBIT B

| *PAYTON V. KNAUF GIPS, KG, ET AL* *09-7628* OMNIBUS I COMPLAINT | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf Gips KG | Postfach 10, 97343 Iphofen, Germany | 7/2/10 |
| Guangdong Knauf New Building Materials Products Co., Ltd. | Ma'er Xinsha Development Zone Mayong County Dongguan City Guangdong, 523147 P.R. China | 7/20/10 |
| Knauf Plasterboard (Tianjin) Co., Ltd. | North Yinhe Bridge East Jingjin Road Beichen District Tianjin, 300400 P.R.C. | 7/9/2010 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | No. 2 Gang Wan Road Wuhu Economic & Technological Development Area Aihui, 241009, PR China | 7/8/10 |