# EXHIBIT G

| *WILTZ V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.* *10-361* *OMNIBUS II COMPLAINT* |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Beijing New Building Materials Public Limited Co. | No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 | 8/25/10 Served with rejected legal process. |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd. | Dongyang Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong, China 273300 Contact: Mr. Wang, Kaixue | 10/15/10 |
| Qinhuangdao Taishan Building Material Co. Ltd. a/k/a Qinhuang Dao Taishan Building Material Co., Ltd | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 7/28/10 Served with rejected legal process. |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village Dawenkou Taian Shandong 271000 China | 9/25/10 Served with rejected legal process. |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District East of National Road 104, 25km South Tai'an City 271000 Taian, Shandong, China | 9/25/10 Served with rejected legal process. |