# EXHIBIT O

| *Benoit v. LaFarge, et al* <br> *11-1893* <br> *Omnibus XI Complaint* | | |
|---|---|---|
| **Defendant** | **Address for Service** | **Service was Made** |
| Lafarge Boral Gypsum in Asia | No. 4199 Chen Hang Highway <br> Minhang District <br> CN-201114 <br> Shanghai | |
| Lafarge Onoda Gypsum in Shanghai | No. 4199 Chen Hang Highway <br> Minhang District <br> CN-201114 <br> Shanghai | |
| Lafarge North America Inc. | 7 St. Paul Street, Ste. 1660 <br> Baltimore, MD 21202 | 10/6/11 |
| Lafarge S.A. | 61, Rue des Belles Feuilles <br> Paris 75782 France | 10/17/12 |
| Boral Limited a.k.a. Boral Ltd. | Level 39, AMP Centre <br> 50 Bridge Street <br> Sydney NSW 2000 | 12/19/12 |