UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received a call from David Sferrazza. He is a homeowner who is concerned about the status of the remediation of his home. **IT IS ORDERED** that the attorney for Mr. Sferrazza look into the status of his case and take appropriate action.

New Orleans, Louisiana, this 3rd day of February, 2014.

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

David and Laura Sferrazza
10140 Bayou Grand
Seminole, FL 33772

Martin Macyszyn
8606 Government Drive
New Port Richey, Florida 34654