UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## **ORDER**

Upon consideration of Class Counsel's Motion to Dismiss Claims, with Prejudice Against Guangdong Knauf New Building Materials Products Co., Ltd.; Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; and Knauf Plasterboard (Wuhu) Co., Ltd., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

  a. Candice DeBruin;
  b. Albert and Anne Haas;
  c. Mary Louise Pentecost;
  d. Andrew B. and Valerie K. Pipkin;
  e. Craig and Kelly Pisaris-Henderson;
  f. Randy and Pamela Raborn;
  g. Matthew and Tracy Tures;
  h. Xiao Cai and Kim Ung; and
  i. Bart Ziegler.

shall have their claims against Guangdong Knauf New Building Materials Products Co., Ltd.; Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; and Knauf Plasterboard (Wuhu) Co., Ltd. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this  6th  day of    February   , 2014.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**