UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*, Civ. Action No. 09-7628 (E.D.La)<br>OMNI I, I(A), I(B), I(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# **ORDER**

Upon consideration of Class Counsel's Motion to Dismiss Claims, with Prejudice Against L&W Supply Corporation; L&W Supply Corporation d/b/a Seacoast Supply; and USG Corporation, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a. Joe Arnold; and
b. Jeffrey and Diane Weller.

shall have their claims against L&W Supply Corporation; L&W Supply Corporation d/b/a Seacoast Supply; USG Corporation dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 6th day of February, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE