UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| **This Document Relates To:** | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| **Braxton H. Collins, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | Case No.: 13-6652 |

## NOTICE OF APPEARANCE

COME NOW, DANNY J. COLLIER, JR., and LEWIS ROBERT SHREVE of Luther, Collier, Hodges & Cash LLP, and hereby file this Notice of Appearance as counsel of record for Defendant, ACE HOME CENTER, INC., in the above-styled cause.

Respectfully submitted,

_____
Danny J. Collier, Jr., Esquire
Lewis Robert Shreve, Esquire
LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com
rshreve@lchclaw.com
Attorneys for ACE Home Center, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___7th___ day of ___FEB___, 2014.

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

Stewart Howard, Esq.
Stewart Howard, PC
Post Office Box 1903
Mobile, Alabama 36633
stewart@slhpc.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

OF COUNSEL _____