UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO.: 2047 |
| | : | SECTION: L |
| **This Document Relates To:** | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00323** | : : | Case No.: 13-6653 |

## NOTICE OF APPEARANCE

COME NOW, DANNY J. COLLIER, JR., and LEWIS ROBERT SHREVE of Luther, Collier, Hodges & Cash LLP, and hereby file this Notice of Appearance as counsel of record for Defendant, ACE HOME CENTER, INC., in the above-styled cause.

Respectfully submitted,

_____
Danny J. Collier, Jr., Esquire
Lewis Robert Shreve, Esquire
LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com
rshreve@lchclaw.com
Attorneys for ACE Home Center, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court

Case No.: 13-6653
Our File No.: 13-052
Page 1 of 2

for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _7th_ day of _FEB_, 2014.

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

Stewart Howard, Esq.
Stewart Howard, PC
Post Office Box 1903
Mobile, Alabama 36633
stewart@slhpc.com

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

OF COUNSEL

Case No.: 13-6653
Our File No.: 13-052
Page **2** of **2**