UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAGISTRATE 2 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE WILKINSON |
| *Beane, et al v. Knauf Gips, KG, et al*  Case No. 13-609 | |

### KNAUF DEFENDANTS' ANSWER TO PLAINTIFS' OMNIBUS CLASS ACTION COMPLAINT (XVIII) AND DEMAND FOR JURY TRIAL

Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Defendants Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV"), Knauf International GmbH, Knauf Insulation GmbH ("KI"), Knauf UK GmbH, Knauf AMF GmbH & Co. KG ("Knauf AMF"), Knauf Do Brasil Ltd. ("Knauf Brasil"), PT Knauf Gypsum Indonesia ("Knauf Indonesia"), and Knauf Gips KG ("Knauf Gips") (collectively, the "Answering Defendants") respond to the corresponding paragraphs of Plaintiffs' Omnibus Class Action Complaint (XVIII) and Demand for Jury Trial ("Complaint")[1] as follows:

### JURISDICTION, PARTIES, AND VENUE

1-2. The Answering Defendants admit the allegations of paragraphs 1 and 2 of the Complaint.

### PLAINTIFFS

---

[1] As amended by Plaintiffs' Fifth Supplemental and Amended Omnibus Class Action Complaint (XVIII) dated July 31, 2013.

1