UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2047

IN RE: CHINESE-MANUFACTURED      SECTION: L
DRYWALL PRODUCTS
LIABILITY LITIGATION.                JUDGE FALLON

                                     MAG. JUDGE WILKINSON
_____/

**PLAINTIFF MARGIE LEMLEY'S MOTION FOR RELIEF FROM ORDER, MOTION TO ENTER REMEDIATION CLAIM FORM OR IN THE ALTERNATIVE MOTION TO BE PLACED IN PILOT PROGRAM FILED WITH THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA ON FEBRUARY 10, 2014**

Plaintiff MARGIE LEMLEY, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 60(b)(1), hereby moves for relief from the Order entered September 27, 2013 ordering that the deadline for submission of claim forms be extended until October 25, 2013 and request the attached Remediation Claim Form be entered in as of the date of the Court's Order or in the alternative place Plaintiff MARGIE LEMLEY's property in the Knauf Chinese Drywall Pilot Program and Plaintiff states in support thereof the following:

   1. William and Margie Lemley were named as Plaintiff's in the Omnibus Class Action Complaint (XIV). A copy of the page from the Amended Exhibit "A" is attached hereto for as Exhibit "A".

   2. On or about November 14, 2011 Plaintiff William Lemley passed away. An affidavit exhibiting his passing is attached hereto as Exhibit "B".

   3. On or about June 19, 2013 Defendant, MARGIE LEMLEY filed a Claimant Registration Form. Ms. Lemley is Claimant ID 100137. A copy of the Claimant Registration Form is

attached hereto as Exhibit "C".

4. Counsel for MARGIE LEMLEY had been communicating with Defendants' counsel Frilot, LLC since March, 2013 regarding the Lemley property. A copy of an email exhibiting this is attached hereto as Exhibit "D".

5. Counsel for Plaintiff believed that the property was going through the Knauf Chinese Drywall Pilot Program.

6. Counsel for MARGIE LEMLEY did not file a Remediation Claim Form due to the belief that the property was going through the Knauf Chinese Drywall Pilot Program.

7. Counsel for MARGIE LEMLEY represents a property accepted into the Knauf Chinese Drywall Pilot Program more particularly described as 1005 SW McCoy Road, Port St. Lucie, Florida 34953 that is currently in the process of being remediated and for which a claim was not made via the Remediation Claim Program.

8. The failure to file the Remediation Claim Form was an inadvertence on the part of Plaintiff's counsel.

9. This inadvertence did not come to the attention of counsel for the Plaintiff until counsel received an email regarding a January 15, 2014 deadline for miscellaneous claims.

10. Counsel for the Plaintiff believed that the Plaintiff was in the Knauf Chinese Drywall Pilot Program and was not required to file a claim.

11. Plaintiff MARGIE LEMLEY's home is located within the development of Vizcaya Falls in Port St. Lucie, Florida.

12. Many of the properties in Vizcaya Falls have been included in the Knauf Chinese Drywall Pilot Program. A copy of the exhibit from the pilot program indicating the properties in

Vizcaya Falls which were in the Knauf Chinese Drywall Pilot Program has been attached hereto as Exhibit "E".

13. Plaintiff has indicia evidencing that MARGIE LEMLEY's home qualifies for both the Knauf Chinese Drywall Pilot Program and the Remediation Program. Copies of the indicia are attached hereto as Exhibit "F".

14. On or about February 4, 2014 counsel for the Defendants communicated to Plaintiff's counsel that it was denying MARGIE LEMLEY's property access into the Knauf Chinese Drywall Pilot Program. An email confirming this communication resulting from a conference call is attached hereto as Exhibit "G".

15. A Remediation Claim was filed with Brown Greer and is currently pending. A copy of the Remediation Claim is attached hereto as Exhibit "H".

16. The timing of this motion is reasonable as it is within days of confirmation that Plaintiff MARGIE LEMLEY's property is not in the Knauf Chinese Drywall Pilot Program, is within months of the deadline, and well within a year of the Order.

17. The Order provides that "good faith shown" is a basis for relief from the claim filing deadline.

18. Based upon the totality of the factors, including that Plaintiffs have already been named in a Complaint, that the Registration Forms have already been filed, and that MARGIE LEMLEY's property was in the Knauf Chinese Drywall Pilot Program portal, good faith has been shown.

19. This Motion will not unduly prejudice any of the Parties or this Court.

20. Counsel for MARGIE LEMLEY has attempted to contact counsel for the Defendant

to resolve this Motion, but has been unable to receive a response.

## MEMORANDUM OF LAW

The Fifth Circuit Court of Appeals found in *Federal Sav. and Loan Ins. Corp. v. Kroenke*, 858 F. 2d 1067, 1069-1070 (5th Circuit 1988) that "Rule 60(b) permits relief for mistake, inadvertence, surprise, or excusable neglect, among other reasons. To merit relief, a party must show that its failure to file a timely answer or otherwise defend resulted from justifiable neglect and that a fair probability of success on the merits existed if the judgment were to be set aside." *citing One 1978 Piper Navajo*, 748 F.2d at 318-19 (5th Circuit 1984).

Here, the standard is met as the inadvertence resulted from justifiable neglect as MARGIE LEMLEY was named in a Complaint, the Registration Forms have already been filed, and that MARGIE LEMLEY's property was in the Knauf Chinese Drywall Pilot Program portal leading counsel to believe that the property was in the Knauf Chinese Drywall Pilot Program. Had the Remediation Claim been filed timely, the claim would have been processed based upon the indicia provided and attached to this Motion. Therefore, there is a more than fair probability of success on the merits if the claim is allowed.

**WHEREFORE**, Plaintiff respectfully requests this Court enter an Order granting the Plaintiff relief from the September 27, 2013 Order, leave to timely file the attached Remediation Claim Form or in the alternative order Plaintiff MARGIE LEMLEY's property into the Knauf Chinese Drywall Pilot Program.

Dated: February 10, 2014

        By: **_s/ Travis R. Walker_**
           Travis R. Walker
           Florida Bar No. 036693
           Attorney for Plaintiff
           The Law Offices of Travis R. Walker, P.A.
           10380 SW Village Center Drive, #153
           Port St. Lucie, Florida 34987
           Phone: 772-708-0952
           Fax:    772-673-3738

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing **PLAINTIFF MARGIE LEMLEY'S MOTION FOR RELIEF FROM ORDER, MOTION TO ENTER REMEDIATION CLAIM FORM OR IN THE ALTERNATIVE MOTION TO BE PLACED IN PILOT PROGRAM FILED WITH THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA ON FEBRUARY 10, 2014** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Unites States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2014.

        By: **_s/ Travis R. Walker_**
           Travis R. Walker
           Florida Bar No. 036693
           Attorney for Plaintiff
           The Law Offices of Travis R. Walker, P.A.
           10380 SW Village Center Drive, #153
           Port St. Lucie, Florida 34987
           Phone: 772-708-0952
           Fax:    772-673-3738