Amended Exhibit "A" – Plaintiffs Named in Plaintiffs' Substituted Amended Omnibus Class Action Complaint (XIV) and their corresponding defendants

| | Plaintiff(s) | Current Address of plaintiff(s) | Property Address if Different from Current Address | Firm(s) representing Plaintiff(s) and Address(es) of Firm(s) | Builder Defendant | Contractor/ Installer Defendant | Distributor / Exporter/ Importer/ Broker Defendants |
|---|---|---|---|---|---|---|---|
| 75. | Nixon, Eduardo and Margan | 435 Sandstone Creek Lane Dickinson, TX 77539 | | Reich & Binstock, LLP | Richmond American Homes of Texas, Inc. (87) | | |
| 76. | Isaza, Octavio and Niyeret | 93 Randolph Avenue Randolph, NJ 07869 | 19015 Telford Way Tomball, TX 77375 | Reich & Binstock, LLP | CastleRock Communities, LP (21) | | |
| 77. | Canales, Jose M. | 236 South West Marathon Avenue Port St. Lucie, FL 34953 | 5933 NW Dowell Ct. Port St. Lucie, FL 34986 | Seeger Weiss, LLP | Diamond Court Homes, Inc. (40) | | |
| 78. | Lemley, William and Margie | 918 NW Leonardo Circle Port St. Lucie, FL 34986 | | Weiss, Handler, Angelos & Cornwell, PA | Diamond Corp. Construction Company (39) | | |
| 79. | Bruni, Ronald and Mary Lee | 5700 Quincy Avenue Gulfport, MS 39507 | | Whitfield, Bryson & Mason, LLP | Centerline Homes, Inc. (25) | | |
| 80. | Canale, Joseph and Robin | 5820 Chicopee Trace Ocean Springs, MS 39564 | | Whitfield, Bryson & Mason, LLP | | | Bailey Lumber & Supply Company (6) |
| 81. | Meyers, Andrew | 6185 Three Notch Road Mobile, AL 36619 | 15106 Deer Creek, Unit A D'Iberville, MS 39540 | Whitfield, Bryson & Mason, LLP | C.A.L. Investments, LLC (17) | | Bailey Lumber & Supply Company (6) |
| | | | 15106 Deer Creek, Unit B D'Iberville, MS 39540 | | | | |
| 82. | Nieto, Pete | 42773 Snapperway Franklinton, LA 70438 | | Wolfe Law Group | Barney Core (7) | | |
| 83. | Caminita, Jennifer | 21484 Harrison Avenue Abita Springs, LA 70420 | 42787 Snapper Way Franklinton, LA 70438 | Wolfe Law Group | Barney Core (7) | | |

EXHIBIT A