PREPARED BY AND RETURN TO:
Michael D. Fowler Esquire
The Estate, Trust & Elder Law Firm, P.L.
240 NW Peacock Boulevard, Suite 102
Port St. Lucie, Florida 34986

## CONTINUOUS MARRIAGE AFFIDAVIT

STATE OF FLORIDA
COUNTY OF ST. LUCIE

BEFORE ME, the undersigned authority personally appeared this day, **MARGIE L. LEMLEY**, who, after being first duly sworn, did depose and say:

1. That Affiant has personal knowledge of the facts stated herein.

2. That **MARGIE L. LEMLEY** and **WILLIAM D. LEMLEY**, were continuously married from the time of their marriage on March 08, 1969 until the date of death of **WILLIAM D. LEMLEY** on November 14, 2011, without interruption by divorce, dissolution or otherwise.

Further Affiant sayeth not.

_Margie L. Lemley_
**MARGIE L. LEMLEY**

STATE OF FLORIDA
COUNTY OF ST. LUCIE

SWORN TO and SUBSCRIBED before me by **MARGIE L. LEMLEY**, who is personally known to me or who [✓] produced FL Driver's License as identification, this 5th day of January, 20 12.

_Donna A. Baummier_
Notary Public State of Florida at Large
Printed Name:
My Commission Expires:

DONNA A. BAUMMIER
Commission # DD 891188
Expires June 27, 2013
Bonded Thru Troy Fair Insurance 800-385-7019

EXHIBIT B