**From:** travisrwalker@gmail.com [mailto:travisrwalker@gmail.com] **On Behalf Of** Travis Walker
**Sent:** Tuesday, March 12, 2013 11:01 AM
**To:** Spaulding, Kyle
**Subject:** Knauf Chinese Drywall Remediation - Jeremy Epstein

Good Morning,

Jeremy Epstein suggested I contact you.

This office represents the following individuals who have Chinese Drywall in the addresses listed and are apart of Omni 1C:

Lemley, William (now deceased) and Margie 918 NW Leonardo Cir., Port St. Lucie, Florida 34986

Del Valle, Ferdinand and Alba, 1005 SW McCoy Ave., Port St. Lucie, Florida 34953

The property owners are interested in having their homes remediated.  Please advise how we should proceed.  Thank you.
--


--

Respectfully,

Travis R. Walker, Esq.
The Law Offices of Travis R. Walker, P.A.
451 SW Bethany Drive, Suite 210
Port St. Lucie, Florida 34986
Phone: 772-708-0952
Fax: 772-673-3738
traviswalker@traviswalkerlaw.com
www.traviswalkerlaw.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message.  Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited.  If this communication was received in error, please notify me by reply e-mail and delete the original message.

---

**Travis Walker** <traviswalker@traviswalkerlaw.com>
**To:** "Merino, Rene" <RMerino@frilot.com>

Wed, Mar 13, 2013 at 1:33 PM

Hi Ms. Merino,

Yes, please provide the documentation necessary for the remediation of the Del Valle home.  Thank you.

Respectfully,


EXHIBIT D