EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| ABOULAFIA, Steven & Unruean | 3735 Yucatan Pkwy | Cape Coral | FL | 33993 | Arnold Levin | AAA |
| Aguilar, Eleanor | 3583 NW 14th Court (GT07-048) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Albano, Carol Aurbach, Suely Braithwaite, Judy Crawford, Monique and Shand, Elaine James, Janelle | 1401 NW 36th Way (GT01-001); 3598 NW 14th Court (GT27-197); 3513 NW 14th Court (GT08-055); 3609 NW 14th Court (GT05-025); 3606 NW 14th Court (GT27-193) | Lauderhill | FL | 31333 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Ambroise, Donald | 1425 NW 36th Way (GTD2-011) | Lauderhill | FL | 31333 | Alters/Baron & Budd | AA |
| Amerson, Amy | 1205 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Ancira, Chris & Lilah | 110 Pine Alley Rd. | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Armstrong, David & Bonnie | 8929 Glenfield Drive | Baton Rouge | LA | 70809 | Martzell & Bickford (Centola) | A |
| Arnaud, Lester & Cathrine | 17504 Rosemont Dr. | Prairieville | LA | 70769 | Joshua Palmintier | A |
| Ashley, Tatiana | 3579 NW 14th Court (GT08-052) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Back, Charles & Mary Ann | 1215 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A |
| Banner, William F. & Kitty | 70486 4th Street | Covington | LA | 70433 | Lewis & Roberts, PLLC | A |
| Barry, Scott & Judy | 3801 SW 2nd Street | Cape Coral | FL | 33991 | Jerrold Seth Parker | AAA |
| Berthaut, Colin | 1218 Magnolia Alley, #42 | Mandeville | LA | 70471 | Martzell & Bickford (Centola) | A |
| Bissoon, Suresh & Oma | 1056 NW Leonardo Circle (VFAD66) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |

as of 10.13.2010

EXHIBIT
E



EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Boquet, Edwin | 17454 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jr) | A |
| Borne, Barry & Mary | 1217 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A |
| Borne, Carol | 835 Montgomery St. | Mandeville | LA | 70448 | Jeffrey Berniard | A |
| BOTELHO, Florencio & Maria | 1819 SW 47th Street | Cape Coral | FL | 33914 | | AAA |
| Boucher, Gordon & Nancy | 11001 Gulf Reflections Drive #A208 | Ft. Myers | FL | 33908 | Wayne Kreger | AAA |
| Boudreaux, Virginia R. | 209 Cottage Green Lane | Covington | LA | 70435 | Peyton B. Burkhalter | A |
| Bourdon, Lucille | 15074 Pamela Dr. | Covington | LA | 70433 | Paul A. Lea, Jr. | A |
| Bourgeois, Richard, Sr. & Gail | 10968 Shoreline Dr. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| Boutte', Donald J. | 11051 Shoreline Dr. | Baton Rouge | LA | 70809 | Herman, Herman, Katz & Cotlar | A |
| Boxe, Kevin & Roxanne | 1104 NW Leonardo Circle (VFA058) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| Bradley, James "Jimmy" & Wanda Louise | 19405 Kelly Wood Court | Baton Rouge | LA | 70809 | Joshua Palminttier | A |
| Braselman, Ryan & Holly | 1206 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A |
| Bronaugh, David & Heather | 2323 Sunset Blvd | Slidell | LA | 70461 | Allan Kanner & Melissa Fuesiier | A |
| Brown, Larry | | | AL | | Allan Kanner & Melissa Fuesiier | |
| Brown, Raymond & Syndee | 1213 Magnolia Alley | Mandeville | LA | 70471 | Jeffrey Berniard | A |
| Brumfield, Ollie & Adrienne | 608 Huseman Lane | Covington | LA | 70435 | Morris Bart, LLC | A |
| Butler, James, Dr., & Joycelyn Louise | 5720 Wright Road | New Orleans | LA | 70128 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesiier | A |
| Caliper Cpaital of Florida, LLC | 3614 NW 12th Court (GT26-192) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Carroll, Cynthia | 1220 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A |

as of 10.13.2010



EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Casey, Hugh | 10440 SW Stephanie Way, Unit 206 (TR4-206) | Port St. Lucie | FL | 34987 | McIntosh, Sawran, Peltz & Cartaya | AA |
| Cassagne, Brande & Jordan | 209 Place Saint Jean | Covington | LA | 70433 | Morris Bart, LLC | A |
| Cassard/Jesse & Angela | | | LA | | | A |
| Ceruti, Ronald & Sharon | 745 Spring Thyme Dr. | Belle Chasse | LA | 70037 | Becnel Law Firm (Daniel Jr) | A |
| Chavous, George & Lorine | | | AL | | | |
| Chery, Jean-Robert & Presina | 990 NW Leonardo Circle (VFA077) | Port St. Lucie | FL | 34986 | Colson Hicks | AA |
| Chiappetta, Kevin & Karen | 727 ARCTIC FOX RUN | Madisonville | LA | 70447 | Becnel Law Firm (Daniel Jr) | A |
| Colby, Richard & Susan | 16347 Hwy 931 | Prairieville | LA | 70769 | L.Y. Hymel | A |
| Cornick, Ronnie | No Hits; No PPF or DPF | | LA | | May not be in Louisiana | A |
| Commer, Cynthia | | | AL | | | |
| Conte, Margaret Ann | 11001 Gulf Reflections Drive #A106 | Ft. Myers | FL | 33908 | Milstein, Adelman & Kreger | AAA |
| Cove, Joseph | 214 SW 39th Terrace | Cape Coral | FL | 33991 | | AAA |
| Cooper, Brenda | 1812-14 Mazant St. | New Orleans | LA | 70117 | Pro se | A |
| CRAMER, David & Denise | 2521 SW 52nd Lane | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA |
| CREUS, Benny & Evelyn | 1818 SE 7th Street | Cape Coral | FL | 33990 | | AAA |
| Cucci, Jacqueline | 138 NW Leonardo Circle (VFA069) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| CUDDAPHA, Prabhakara | 3317 Ceitus Pkwy | Cape Coral | FL | 33991 | Wayne Kreger | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Cummins, Rolland & Charlene | 11001 Gulf Reflections Drive #A108 | Ft. Myers | FL | 33908 | Russ Herman Lenny Davis | AAA |
| Cunningham, Dennis & Susan | 288 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Herman, Herman, Katz & Cotlar | A |
| Dalmage, Dilworth & Hyacinth | 3445 NW 14th Court (GT10-072) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Darensbourg, Mark & Barbara | 1924 Bayou Paul Lane | St. Gabriel | LA | 70776 | Herman, Herman, Katz & Cotlar | A |
| De Los Santos, Brian & Rosibel | 973 NW Leonardo (VFA039) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| DeBENEDICTIS, Frank & Deborah | 4408 SW 20th Ave. | Cape Coral | FL | 33914 | Ben W. Gordon, Jr. | AAA |
| Delan, Charlotte | 4635 Evangaline St. | New Orleans | LA | 70127 | Herman, Herman, Katz & Cotlar | A |
| Delan, Leroy & Ann | 4624 Chantilly Dr. | New Orleans | LA | 70126 | Herman, Herman, Katz & Cotlar | A |
| Dennis, Patrick & Kathleen | 517 Snead Court | Slidell | LA | 70458 | Kanner & Whitley, LLC; Allan Kanner & Melissa Fuesller | A |
| Desporte, Edward T., Jr. & JoAnn | 28140 Chukkar Lane | Folsom | LA | 70437 | Thornhill Law Firm | A |
| Diehl, Scott | 16 NW 12th Place | Cape Coral | FL | 33993 | Richard Serpe | AAA |
| Dobbins, Margaret & Glenwood | 39130 Old Bayou Ave. | Gonzales | LA | 70737 | F. Gerald Naples, PA | A |
| Donaldson, Malcolm & Kelli | 293 Penn Mill Lakes Blvd | Covington | LA | 70435 | Paul A. Lea, Jr. | A |
| Dorsey, Glenda F. | 39085 Pirogue Ave. | Gonzales | LA | 70737 | Lewis & Roberts, PLLC | A |

as of 10.13.2010

EXHIBIT A

| Property owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Duhon, Christopher & Kimberly | 17469 Rosemont Dr. | | | | Becnel Law Firm | A |
| Dupuy, Cullen & Mary | 15246 Campanile Court | Prairieville | LA | 70769 | Walters Papillion Thomas Cullens | A |
| Edwards, Norma | 1050 NW Leonardo Circle (VFA067) | Baton Rouge | LA | 70810 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Espino, Julio & Evangelina | 1032 NW Leonard Circle (VFA070) | Port St. Lucie | FL | 34986 | Krupnick, Campbell, Malone | AA |
| Fayard, Crystal & Formica, Conrad | 3216 Rachel Lane | Port St. Lucie | FL | 34986 | Levin Papantonio | A |
| Feinberg, Manley & Dianne | Unit 13 | Ocean Springs | MS | 39564 | | A |
| Felton, Kenturah | 1524 Island Blvd. | Aventura | FL | 33160 | | |
| Ferguson, Howard "Bud" Jr. & Anna Catherine | 6502 Antioch Crossing | | AL | | | A |
| Fineschi, Nicola & Connie | 1200 Magnolia Alley | Baton Rouge | LA | 70817 | Lewis & Roberts, PLLC | A |
| Finger, Simon & Rebecca | 1844 State St. | Mandeville | LA | 70471 | Lambert & Nelson | A |
| Fisher, Steve and Corrinn | 580 Huseman Lane | New Orleans | LA | 70118 | Allan Kanner & Melissa Fuesfier | A |
| FMY Ventures, LLC | 11001 Gulf Reflections Drive #A101 | Covington | LA | 70435 | Lambert & Nelson | A |
| Fothergill, Zen | 3525 NW 14th Court (GT08-049) | Ft. Myers | FL | 33908 | Milstein, Adelman & Kreger | AAA |
| Franatovich, Mitchell & Sarah | 2251 3rd Street | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| FRANCIPANE, Sal & Susan | 4005 SW 23rd Ave | Mandeville | LA | 70471 | Watts Hilliard, LLC | A |
| FRAWLEY, Don & Amy | 1237 NW 36th Ave | Cape Coral | FL | 33914 | Jeremy W. Alters | AAA |
| | | Cape Coral | FL | 33993 | Geraghty, Dougtherty & Edwards | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | |
|---|---|---|---|---|---|---|
| Hill, Chris | | | | | | |
| Hidalgo, Sidney & Tonya | 273 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Morris Bart, LLC | A |
| Hoffman, Marvin & Dorecia | 948 Lonardo Circle (VFA084) | Port St. Lucie | FL | 34986 | Krupnick, Campbell, Malone | AA |
| Holder, David | 11005 Shoreline Dr. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| HOLMES, Elena | 7407 Cobb Road | Bokeelia | FL | 33922 | Arnold Levin | AAA |
| Hopkins, Terrell & Raeshonda | | | AL | | | |
| Hulsey, Charles & Sarah | 701 Arctic Fox Run | Madisonville | LA | 70447 | Becnel Law Firm (Daniel Jrj) | A |
| JACKSON, Douglas & Debra | 3714 SW 4th Lane | Cape Coral | FL | 33991 | Jeremy W. Alters | AAA |
| Jarrell, Chad & Darlene | 400 Briar Meadow Lane | Covington | LA | 70433 | Gainsburg Benjamin | A |
| JARVIS, Frank & Kathy | 1219 NW 38th Place | Cape Coral | FL | 33993 | Leopold Kuvin | AAA |
| Jordan, Hugh Richard & Susan | 16347 Hwy 931 | Prairieville | LA | 70769 | Ll Hymel; Hymel; Davis & Petersen | A |
| Joseph, Roderick & Nadira | 3523 NW 14th Court (GT08-50) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Joseph, Todd & Quividias | 17470 Rosemont Dr. | Prairieville | LA | 70769 | Becnel Law Firm (Daniel Jrj) | A |
| KAMPF, Richard & Patricia | 233 SE 44th Terrace | Cape Coral | FL | 33904 | Jeremy W. Alters | AAA |
| Kehoe, Molly | 220 Bellingrath Place | Madisonville | LA | 70471 | Hugh Lambert | A |
| Kirby, Jay & Nina | 11001 Gulf Reflections Drive #A202 | Ft. Myers | FL | 33908 | | AAA |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Rigney, George & Raffy | 42166 Autumn Run Drive | Hammond | LA | 70403 | Becnel Law Firm (Daniel) | A |
| Ristovski, Van | 961 Leonardo Circle (VFA037) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| Robair, Alexander J. | 39055 Bayou View Ave. | Gonzales | LA | 70737 | Maitzell & Bickford (Centola) | A |
| Roberson, Sandra | 929 Flora Lane | Baton Rouge | LA | 70810 | Herman, Herman, Katz & Cotlar | A |
| Roberts, Jeffery D. | 285 Penn Mill Lakes Blvd. | Covington | LA | 70435 | Joseph M. Bruno | A |
| Robinhood Terrace, LLC | 1014 NM Leonardo Circle (VFA073) | Port St. Lucie | FL | 34986 | Carey & Danis | AA |
| ROCHE, Ross & Mary | 2816 NW 25th Lane | Cape Coral | FL | 33993 | Scott W. Weinstein | AAA |
| Rogers, Brad & Cassandra | 516 Mare Court | Covington | LA | 70435 | Wolfe Law Group; Scott Wolfe | A |
| Roth, Robert & Langlois, Rebecca | 4218 Bluebonnet Rd. | Baton Rouge | LA | 70809 | Walters Papillion Thomas Cullens | A |
| Roy, Gerard | 2832 SW 36th Terrace | Cape Coral | FL | 33914 | Jerrold Seth Parker | AAA |
| ROTTAU, Erwin & Mary Jane Cloeren | 2607 NW 15th Street | Cape Coral | FL | 33993 | Milstein, Adelman & Kreger | AAA |
| Runyon, Thomas & Sonia | 121221 Via Del Fontana Way | Ft. Myers | FL | 33919 | Scott W. Weinstein | AAA |
| Rucker, Johnnie | 3547 NW 14th Court (GT07-041) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| SAEKS, Sieglinde | 2810 NW 14th Terrace | Cape Coral | FL | 339933 | | A |
| Samlal, Nalinie | 3430 NW 14th Court (GT33-246) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| SCHATZLE, Ralph & Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 | Jerrold Seth Parker | AAA |
| Schruff, Pat & Marcel | 616 Charleston Ln. | Long Beach | MS | 39560 | Vaughn & Bowden, PA | A |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | ZIP | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Sharper, Darren | Unit 12<br>1522 Island Boulevard | Aventura | FL | 33160 | Simon, Sigalos, & Spyredes PA | AAA |
| Shelton, Michael & Leslie | 568 Huseman Lane | Covington | LA | 70435 | Baron and Budd, PC | A |
| Sill, Garth | 3544 NW 14th Court (GT29-208) | Lauderhill | FL | 33311 | Alters/Baron & Budd | AA |
| Singleton, Enrica | 11413 Longview Dr. | New Orleans | LA | 70128 | Becnel Law Firm | A |
| Skinner, Helen (& the Estate of Albert D. Skinner, Jr.) | 29300 Laurel Dr. | Lacombe | LA | 70445 | Dominick Impastato | A |
| Smith, Adrian & Micaile | 1098 NW Leonardo Circle (VFA059) | Port St. Lucie | FL | 34986 | Saunders & Walker | AA |
| Smith, Dione & Pryce, Hazel | 1068 NW Leonardo Circle (VZ64A) | Port St. Lucie | FL | 34986 | Parker, Waichman, Alonso | AA |
| SMITH, Frank & TODD, Debra | 3396 NE 29th Ave. | Lighthouse Point | FL | 33064 | | A |
| Spencer, Patricia & Levi, Jr. | 3637 Edgewood Circle | Avondale | LA | 70094 | Morris Bart, LLC | A |
| Spivey, Sharon | | | AL | | | |
| St. Cyr, Emmanuel & Randa | 3535 NW 14th Court (GT07-047) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Staton, Lori Ann | 1216 Magnolia Alley | Mandeville | LA | 70471 | Becnel Law Firm (Daniel Jr) | A |
| Staub, Marcus G. & Dana E. | 1208 Magnolia Alley | Mandeville | LA | 70471 | Daniel Becnel Law Firm | A |
| STOCK, Wayne & Suzanne | 10604 Broadland Pass | Thonotosassa | FL | 33592 | | A |
| Taylor, Charles & Rosa | 3517 NW 14th Court (GT08-53) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Taylor, David & Amanda | 3216 Joy Lane | Ocean Springs | MS | 39564 | Lewis & Roberts, PLLC | A |
| Tedesco, Robert & Caroline | 709 Simpson Way | Covington | LA | 70435 | Baron and Budd, PC | A |
| Tenorio, Eric P. | 15101 Warren Dr. | Gulfport | MS | 39503 | Lumpkin & Reeves | A |

as of 10.13.2010

EXHIBIT A

| Property Owner | Street | City | State | Zip | Lawyer/Firm | List |
|---|---|---|---|---|---|---|
| Thomas, Brian & Tamara | 856 Water Oak Drive | Brusly | LA | 70719 | Lewis & Roberts, PLLC | A |
| Tom, San & Jianran | 602 Charlston Lane | Long Beach | MS | 39560 | Lewis & Roberts, PLLC | A |
| TRAN, Andy | 167 Gleason Pky | Cape Coral | FL | 33914 | Scott W. Weinstein | AAA |
| TUCKER, Jarl & Janice | 1632 SW 19th Terr | Cape Coral | FL | 33991 | Wayne Kreger | AAA |
| Turner, Tyrone C. | 17447 Rosemont Dr. | Prairieville | LA | 70769 | Joshua Palminiter | A |
| VENTUROS, Maria | 1113 NE 32nd Street | Cape Coral | FL | 33909 | Jerrold Seth Parker | AAA |
| VERISSIMO, Jorge | 1815 SW 47th Street | Cape Coral | FL | 33914 | | AAA |
| Volke, Chip & Christina | 894 NW Leonardo Circle (VFA093) | Port St. Lucie | FL | 34986 | Lewis & Roberts, PLLC | AA |
| WAGNER, Tracey | 18896 SE Jupiter Inlet Way | Tequesta | FL | 33469 | Leopold Duvin | AAA |
| Ward, Amy & Truman | 5367 Courtyard Dr. | Gonzales | LA | 70737 | Herman, Herman, Katz & Cotlar | A |
| Watson, Patrick & Paula | 978 NW Leonardo Circle (VFA079) | Port St. Lucie | FL | 34986 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |
| Watts, Sharon | 29284 Laurel Dr. | Lacombe | LA | 70445 | Bechel Law Firm? (blank) | A |
| Wayne, William & Kelly | 576 Huseman Lane | Covington | LA | 70435 | Davis & Duncan, LLC | A |
| Wheeler, Don M. & Agnes | 41311 Tulip Hill Ave. | Prairieville | LA | 70769 | Joshua Palminiter | A |
| White, Taenia | 828 N. Sabine Dr. | Baton Rouge | LA | 70810 | Herman, Herman, Katz & Cotlar | A |
| Wilfer, Rosanne | 1202 Magnolia Alley | Mandeville | LA | 70471 | Lambert & Nelson | A |
| Williams, Albert & Curbelo, Anika | 3526 NW 14th Court (GT30-215) | Lauderhill | FL | 33311 | Roberts & Durkee; Milstein, Adelman & Kreger | AA |

as of 10.13.2010