

Inspections and documentation from leading experts

October 19, 2011

Travis Walker
**Weiss, Handler, Angelos & Cornwell, P.A.**
10521 SW Village Center Drive, Ste. 101A
Port St. Lucie, FL  34987

RE: Chinese Drywall Screening Report:  FL14-0227
 Community:  Vizcaya Falls
  Lemley, William & Margie
  918 NW Leonardo Circle
  Port St. Lucie, FL  34986

Mr. Walker,

At your request, an investigation of the above referenced property was performed on **October 18, 2011**. Chinese Drywall Screening, LLC (CDS) is providing the summary below for your use.  This is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened A/C coils and electrical wires coupled with known affects from reactive drywall, CDS is of the opinion that reactive drywall is present in the above referenced property.  The distinctive odor associated with corrosive drywall was not noticed upon entry or during the inspection.  Drywall markings discovered are:

| No. | Drywall Mfg | Markings on Drywall | Location in home |
|---|---|---|---|
| 9 | Knauf Tianjin | "ANJI"… "TM"… "HIN" | See Summary |

Another type of drywall observed was No. 29 National Gypsum Company, which is typically non-corrosive, was observed was on the interior ceiling.

Based on the **2,008 sf** size of the home with **10' average ceiling height,** we estimate that there is **8,434 sf of drywall** in the home.

Pursuant to your agreement with Chinese Drywall Screening, LLC, we cannot guarantee the presence or absence of reactive drywall or the levels in which it may be present without extensive testing and/or laboratory analysis.

Please feel free to contact us should you have any questions regarding our findings or if we may be of further assistance to you.

Sincerely,

*Howard Ehrsam*

Howard Ehrsam, EI, SCDP, LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC

Chinese Drywall Screening, LLC
501 Port St. Lucie Blvd., Ste. 101, Port St Lucie, FL  34984
PH: 772-224-8660  ◊  FX: 772-409-5948
www.chinesedrywallscreening.com



EXHIBIT F



# Certification

## Certification of the Inspector

The undersigned do hereby certify that, to the best of our knowledge and belief:

- The statements of fact contained within this report are true and correct.

- The statements of opinions have certain limitations. It is not feasible and is impossible to confirm 100% of corrosive drywall was either removed or is not present. There are several conditions that we have seen that could prevent discovery without a more exhaustive investigation. They include, but are not limited to:
    - Low strontium, corrosive drywall that is domestic and non-homogeneous.
    - Limited amounts of corrosive drywall installed in a way that would seclude it from available receptacles and switches.
    - Variable amounts of low off-gassing drywall or drywall with corrosive recycled gypsum.

- We have no present or prospective interest in the property that is the subject of this report and we have no personal interest with respect to the parties involved. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- The information in this report is based on the existing conditions of the structure's materials, documents, and information (written or verbal) supplied by contractor, the owner or their representatives, and our observations during the inspection.

- Our compensation or engagement in this assignment is not contingent upon the development or reporting of a predetermined conclusion that favors the cause of the client, the remediator, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- Any use of this report by any other parties without our expressed or written consent is prohibited. Should another individual or entity rely on this analysis or its conclusions without our consent, they shall indemnify Chinese Drywall Screening, LLC, its employees, and service providers from all damages, losses or expenses that may occur as a result of its use.

- Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

- The provided services and documentation been completed to the best of our knowledge and based on current known facts regarding reactive drywall.

*Howard Ehrsam*
Howard Ehrsam, EI, SCDP, LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC

Chinese Drywall Screening, LLC
411 SW Silver Palm Cove, Port St Lucie, FL  34986
PH: 772-224-8660  ◊  FX: 772-409-5948
www.chinesedrywallscreening.com



## Drywall and Corrosion Summary by Room

**Client:** William & Margie Lemley   **Date:** 10/18/11

Description (MDL# - Manufacturer - Markings - Location)

| Room | Wall | Corrosive? | Floor | Description |
|---|---|---|---|---|
| Master Bed | MB | 1 | Y | 1 | No. 9 Knauf Tianjin; "36" Portion of markings observed on wall at left of window |
|  | MB | 2 | Y | 1 | No. 9 Knauf Tianjin; Paper type & characteristics of KPT on observed wall at left of bathroom door |
| Bed 2 | B2 | 1 | Y | 1 | No. 9 Knauf Tianjin; Portion of KPT markings observed on wall at left of door |
|  | B2 | 2 | Y | 1 | No. 9 Knauf Tianjin; Portion of KPT markings observed on wall at left of closet |
|  | B2 | 3 | Y | 1 | **No. 9 Knauf Tianjin; "ANJI" Portion of markings observed on wall common to F-1** |
| Bed 3 | B3 | 1 | Y | 1 | No. 9 Knauf Tianjin; Portion of KPT markings observed on wall at left of window |
|  | B3 | 2 | Y | 1 | No. 9 Knauf Tianjin; Portion of KPT markings observed on wall at right of door |
| Laundry Rm |  | 1 | Y | 1 | No. 9 Knauf Tianjin; "TM" Portion of markings observed from B3-2 |
| Living Rm | L | 1 | Y | 1 | No. 9 Knauf Tianjin; Portion of KPT markings observed on wall at right of front door |
|  | L | 2 | Y | 1 | No. 9 Knauf Tianjin; "IA" Portion of markings observed on wall left of window |
| Family Rm | F | 1 | Y | 1 | No. 9 Knauf Tianjin; "A-" Portion of markings observed on wall at left of sliding glass door |
|  | F | 2 | Y | 1 | No. 9 Knauf Tianjin; Paper type & characteristics of KPT observed on wall at left of window |
|  | F | 3 | Y | 1 | No. 9 Knauf Tianjin; "HINA" Portion of markings observed from B2-2 |
| Kitchen | K | 1 | Y | 1 | No. 9 Knauf Tianjin; "IN" Portion of markings observed from L-2 |
| Ceiling | Gar | 1 |  | 1 | No. 29 National Gypsum Company; 5/8" "GridMarx" Portion of markings observed from attic |
|  | Int | 1 |  |  | No Access |

**Checklist of Corroded items:**

- ■ Photos of coils.
- ■ Photos of refrigerator
- ☐ Photos of copper water lines.
- ☐ Photos of copper gas lines.
- ■ Photos of plumbing trim.
- ■ Photos of personal items.
- ■ Photos of furnishings.
- ☐ Photos of _____.

MB = Master Bed, B1 = Bedroom 1, F = Family Room, L = Living Room, D = Dining Room, Bns = Bonus Room, Fyr = Foyer, H = Hallway, K = Kitchen, Gar = Garage

* TYPICALLY, MAJOR ROOMS NOT LISTED ABOVE EITHER HAD RESTRICTED ACCESS OR THERE WAS NO EVIDENCE OF SULFUR ATTACK

This is form is for use by Chinese Drywall Screening, LLC only. Use of this form is only permitted with the expressed written consent of Chinese Drywall Screening, LLC. Information contained on this form is proprietary and confidential and shall not be disclosed without the expressed written consent of Chinese Drywall Screening, LLC. © 2010  Rev. 10/28/10



# PHOTO EXHIBIT FOR
# WILLIAM & MARGIE LEMLEY





# PHOTO EXHIBIT FOR WILLIAM & MARGIE LEMLEY



Chinese Drywall Screening, LLC
PH: 772-224-8660 ◊ FX: 772-409-5948
www.chinesedrywallscreening.com



# PHOTO EXHIBIT FOR
# WILLIAM & MARGIE LEMLEY



Chinese Drywall Screening, LLC
PH: 772-224-8660  ◊  FX: 772-409-5948
www.chinesedrywallscreening.com



# PHOTO EXHIBIT FOR

# WILLIAM & MARGIE LEMLEY













Chinese Drywall Screening, LLC
PH: 772-224-8660 ◊ FX: 772-409-5948
www.chinesedrywallscreening.com



CHINESE DRYWALL SCREENING LLC
Inspections and documentation from leading experts

PHOTO EXHIBIT FOR

WILLIAM & MARGIE LEMLEY









Chinese Drywall Screening, LLC
PH: 772-224-8660  ◊  FX: 772-409-5948
www.chinesedrywallscreening.com