

# Chinese Drywall Settlement Program Post 10/25/14

**Katie Hamilton** <khamilton@browngreer.com>  Tue, Feb 4, 2014 at 5:38 PM
To: Travis Walker <traviswalker@traviswalkerlaw.com>
Cc: "Merino, Rene (RMerino@frilot.com)" <RMerino@frilot.com>, Ashley Dwyre <adwyre@browngreer.com>

Travis,

I wanted to email and follow up regarding our phone conversation earlier today.

Records indicate you represent Margie Lemley and Ferdinand Del Valle in the Chinese Drywall Settlement Program as well as in the Pilot Program. Records also indicate the Del Valle's Remediation claim is being resolved through the Pilot Program. Because Del Valle's claim has been accepted into the Pilot Program our focus on today's call was Margie Lemley.

As you know Margie Lemley was registered in the Chinese Drywall Settlement Program prior to the Claims Submission Deadline of October 25, 2013, however, claims were not filed until after the deadline.

Claims/properties/claimants cannot be accepted/released into the Pilot Program unless a timely claim was filed in the Chinese Drywall Settlement Program. I understand this was not entirely clear before our call today.

Your recourse at this time would be to request relief from the Chinese Drywall Settlement Program Claims Submission Deadline directly from the Court, which if granted would allow you to pursue your claim(s) through the Settlement Program.

Thank you,

Katie

**Katie Hamilton**



EXHIBIT 6

Senior Analyst III

**BROWNGREER PLC**

250 Rocketts Way

Richmond, Virginia 23231

Telephone: (804) 521-7230

Facsimile: (804) 521-7299

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*