UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 2047

IN RE: CHINESE-MANUFACTURED      SECTION: L
         DRYWALL PRODUCTS
         LIABILITY LITIGATION.              JUDGE FALLON

                                                       MAG. JUDGE WILKINSON
_____/

**PLAINTIFFS FERDINAND DEL VALLE AND ALBA DEL VALLE'S MOTION
FOR RELIEF FROM ORDER
AND MOTION FOR ORDER TO INSTRUCT THE SETTLEMENT
ADMINISTRATOR TO TREAT REMEDIATION CLAIM FORM AND
MISCELLANEOUS CLAIM AS VALID FILED WITH THE CLERK OF COURT
FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF LOUISIANA ON FEBRUARY 10, 2014**

Plaintiffs FERDINAND DEL VALLE and ALBA DEL VALLE, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 60(b)(1), hereby move for relief from the Order entered September 27, 2013 ordering that the deadline for submission of claim forms be extended until October 25, 2013 and request the attached Remediation Claim Form and Miscellaneous Claim Form be entered in as of the date of the Court's Order and Plaintiffs state in support thereof the following:

   1. Ferdinand and Alba Del Valle were named as Plaintiffs in the Omnibus Class Action Complaint.  A copy of the document exhibiting the Del Valles as Plaintiffs is attached hereto as Exhibit "A".

   2. On or about June 24, 2013 Defendants FERDINAND DEL VALLE and ALBA DEL VALLE filed a Claimant Registration Form.  The Del Valle's are Claimant ID 104846.  A copy of the Claimant Registration Form is attached hereto as Exhibit "B".

1

3. Plaintiffs FERDINAND DEL VALLE and ALBA DEL VALLE's property was accepted into the Knauf Chinese Drywall Pilot Program and the property is scheduled to be remediated within the next few weeks..

4. As FERDINAND DEL VALLE and ALBA DEL VALLE were in the Knauf Chinese Drywall Pilot Program, a Remediation Claim Form with Brown Greer was not filed.

5. The failure to file the Remediation Claim Form was an inadvertence on the part of Plaintiffs' counsel.

6. The option to file a Miscellaneous Claim Form did not come to the attention of counsel for the Plaintiffs until counsel received an email regarding a January 15, 2014 deadline.

7. On January 15, 2014 Plaintiffs filed a Remediation Claim Form and a Miscellaneous Claim Form with Brown Greer. Copies of the Remediation Claim Form and the Miscellaneous Claim Form are attached hereto as Composite Exhibit "C".

8. Brown Greer contacted counsel for the Defendants and communicated that it was unable to accept the Miscellaneous Claim Form as timely because the Remediation Claim Form was not filed timely.

9. Counsel for the Plaintiffs believed that all Plaintiffs were in the Knauf Chinese Drywall Pilot Program and were not required to file a Remediation Claim Form.

10. The timing of this motion is reasonable as it is within months of the deadline, and well within a year of the Order.

11. Despite the Remediation Claim Form not being filed before the deadline, the Miscellaneous Claim Form was filed by the deadline.

12. The Order provides that "good faith shown" is a basis for relief from the claim filing

deadline.

13.  Based upon the totality of the factors, including that Plaintiffs have already been named in a Complaint, are in the Knauf Chinese Drywall Pilot Program, and that Claimant Registration Forms have already been filed, and that the Miscellaneous Claim Form was filed timely, good faith has been shown.

14.  This Motion will not unduly prejudice any of the Parties or this Court.

15. The undersigned has attempted to contact Defendants' counsel regarding the motion, but did not receive a response.

## MEMORANDUM OF LAW

The Fifth Circuit Court of Appeals found in *Federal Sav. and Loan Ins. Corp. v. Kroenke*, 858 F. 2d 1067, 1069-1070 (5th Circuit 1988) that "Rule 60(b) permits relief for mistake, inadvertence, surprise, or excusable neglect, among other reasons. To merit relief, a party must show that its failure to file a timely answer or otherwise defend resulted from justifiable neglect and that a fair probability of success on the merits existed if the judgment were to be set aside. *citing One 1978 Piper Navajo*, 748 F.2d at 318-19 (5th Circuit 1984)."

Here, the standard is met as the inadvertence resulted from justifiable neglect as the Plaintiffs were named in a Complaint, the Registration Forms have already been filed, and that the property was in the Knauf Chinese Drywall Pilot Program leading counsel to believe that any further claims would be considered valid. Additionally, the Miscellaneous Claim Form was filed timely.  Had the Remediation Claim been filed timely, the Miscellaneous Claim would have been processed based upon the claim attached to this Motion.  Therefore, there is a more than

fair probability of success on the merits if the claim is allowed.

**WHEREFORE**, Plaintiffs respectfully request this Court enter an Order granting the Plaintiffs leave from the September 27, 2013 Order to file the attached Remediation Claim Form and Miscellaneous Claim Form and instruct Brown Greer to treat the Remediation Claim Form and Miscellaneous Claim Form as timely.

Dated: February 10, 2014

By: _s/ Travis R. Walker_____
Travis R. Walker
Florida Bar No. 036693
Attorney for Plaintiff
The Law Offices of Travis R. Walker, P.A.
10380 SW Village Center Drive, #153
Port St. Lucie, Florida 34987
Phone: 772-708-0952
Fax:    772-673-3738

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing **PLAINTIFFS FERDINAND DEL VALLE AND ALBA DEL VALLE'S MOTION FOR RELIEF FROM ORDER AND MOTION FOR ORDER TO INSTRUCT THE SETTLEMENT ADMINISTRATOR TO TREAT REMEDIATION CLAIM FORM AND MISCELLANEOUS CLAIM AS VALID FILED WITH THE CLERK OF COURT FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA ON FEBRUARY 10, 2014** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Unites States District Court for the Easern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of February, 2014.

By: _s/ Travis R. Walker_____
       Travis R. Walker