| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
|---|---|---|---|---|---|
| | | INTERVENING PLAINTIFFS | | | |
| 60. | Damas, Bedelia and Martinez, Carlos | 8425 NW 113th Path Doral, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| | | | | Banner Supply Co. | 6 |
| 61. | Dang, Phung T. | 18903 Bressingham Tomball, TX 77375 | TX | | |
| 62. | Darnell, Deidre | 21115 Escala Drive Humble, TX 77338 | TX | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 63. | Davis, Elliott and Teyona  previously included in Omni I(B) | 9312 Alcove Lane Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 64. | Davis, Rebecca and Kenneth | 14188 Sampere Lane Tickfaw, LA 70466 | LA | | |
| 65. | Dawkins, Christine (C. Minters) | 3503 NW14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 66. | DeBruin, Candice | 501 Falcon Lake Drive Friendswood, TX 77546 | TX | | |
| 67. | DeHarde, Christopher and Kelly | 64211 Virginia Drive Pearl River, LA 70452 | LA | | |
| 68. | DelValle, Ferdinand and Alba | 1005 SW McCoy Avenue Port St. Lucie, FL 34953 | NY | Paramount Quality Homes Corp. | 319 |
| 69. | Dennis, Jack, Jr. and Sabrina  previously included in Omni I | 301 Highland View Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | | Interior/Exterior Enterprises, LLC | 24 |
| 70. | Dennis, John C. | 1106 Lake Forest Circle Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |


EXHIBIT A