# CHINESE DRYWALL SETTLEMENT PROGRAM
## REMEDIATION CLAIM FORM
## KNAUF SETTLEMENT ONLY

Any Residential Owner or Commercial Owner seeking Remediation under the Knauf Settlement Agreement for a property that currently contains KPT Chinese Drywall must complete and submit this Remediation Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013. Remediation refers to the process of having all KPT Chinese Drywall removed from your property and replaced with new drywall. KPT Chinese Drywall is drywall manufactured by Knauf Plasterboard (Tianjin) Co., Ltd or any of its subsidiaries ("Knauf"). Claimants seeking Remediation under the Settlement Program may choose among one of three Remediation Options: (1) Program Contractor Remediation; (2) Self Remediation; or (3) Cash Out Option. A detailed description of each Option may be found in the Definitions section of the Appendix to this Claim Form.

You may be eligible for Remediation if: (1) you registered your claim by the Registration deadline; (2) your property contains drywall manufactured by Knauf; (3) you currently own the property; and (4) the property has not been remediated.

When completing this Remediation Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Remediation Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Remediation Claim Form online.

If you are unable to complete the Remediation Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

> Chinese Drywall Settlement Administrator
> P.O. Box 25401
> Richmond, Virginia 23260

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name: Del Valle | First: Ferdinand | M.I. |
| --- | --- | --- | --- |
| | Co-Owner Last Name/Business Name: Del valle | Co-Owner First: Alba | M.I. |
| | DBA or Fictitious Name (if applicable): | | |

| 2. Individual Claimant's Social Security Number (SSN) | 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<br>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 | 3. Business Claimant's Employer Identification Number (EIN): | |
| --- | --- | --- | --- |

Composite

**EXHIBIT C**

1

| 4. | Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes <br> ☒ No |
|---|---|---|
| 5. | Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: NA <br> SSN: ____-__-____ |
| 6. | Attorney Information: | ☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section. <br> **Firm Name:** The Law Offices of Travis R. Walker, P.A. <br> **Attorney Last Name:** Walker  **Attorney First Name:** Travis <br> **Street:** 10320 SW Village Center Dr. #153 <br> **City:** Port St. Lucie  **State:** Florida  **Zip:** 34987 <br> **Email:** travswalker@travisrwalkerlaw.com  **Phone Number:** 772-708-0952 |
| 7. | Affected Property Address: | **Street:** 1005 SW McCoy Ave. <br> **City:** Port St. Lucie  **State:** FL  **Zip:** 34953  **County/Parish:** St. Lucie |
| 8. | Settlement Agreement under which you are submitting this claim (check all that apply): | ☒ Knauf <br> ☐ Banner. <br> ☐ InEx. <br> ☐ Global. <br> Participating Supplier Name: _____ <br> Participating Builder Name: _____ <br> Participating Installer Name: _____ <br> ☐ L&W. <br> ☐ Unknown. |

| | |
|---|---|
| Additional Comments (attached additional pages if necessary): | |
| 9. Lawsuit: | Jurisdiction: __MDL__<br>Case/Docket Number: __2047__<br>Date Filed: __12/15/10__<br>(month/day/year) |
| 10. Drywall Manufacturer: | ☒ Knauf<br>    ☐ I am a member of the Knauf Settlement Class<br>    ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| 11. Select the option that best describes your relationship to the Affected Property: | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| 12. Select the option that best describes how you used the Affected Property: | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☒ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |
| 13. Has the Affected Property been remediated? | ☐ Yes<br>☒ No |

3

| | | |
|---|---|---|
| 14. | Have you filed an Already Remediated Claim for this Affected Property with Knauf? | ☐ Yes<br>☒ No |
| 15. | Date You Acquired the Affected Property: | 10/12/06<br>(Month/Day/Year) |
| 16. | Select Your Anticipated Remediation Option: | ☒ Program Contractor Remediation<br>☐ Self Remediation<br>☐ Cash Out |
| 17. | Comments and additional information about your claim: | Knauf Chinese Drywall Pilot Program. |

## B. Required Documents

Claimants seeking Remediation for Chinese Drywall must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Deed or other document demonstrating the ownership of the Affected Property;
2. Photographs, inspection reports or other documents demonstrating the presence of Knauf Chinese Drywall;
3. Proof of lawsuit filing on or before December 9, 2011;
4. The Chinese Drywall Settlement Program Verification of Claims form; and
5. Any other document that you believe supports your claim.

If you are eligible for remediation through Knauf, you will have three remediation options, each of which require additional documents. Please review the Detailed Instructions for Answering Remediation Claim Form Questions for additional information regarding these options.

## C. Signature

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | *[signature]* | Date: | 1/15/14 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First: Travis    Last: Walsh | | M.I. R |

5

FILE # 2944745 OR BOOK 2678 PAGE 1341, Recorded 10/13/2006 at 03:40 PM
Doc Tax: $2254.00

WIC #38

Prepared By: Karen McCampbell
SUNSHINE STATE TITLE, LLC
2361 SE SEAFURY LANE
PORT ST. LUCIE, FL 34952
incidental to the issuance of a title insurance policy.
File Number: 05-781-f18054
Parcel ID #: 3420-600-0048-000/9

RECORD AND RETURN TO
Sunshine State Title, LLC

## WARRANTY DEED
### (CORPORATE)

This WARRANTY DEED, dated 10/10/2006 by Paramount Quality Homes Corporation, a Florida Corporation, whose post office address is 1597 SE Port St. Lucie Blvd., Port St. Lucie, FL 34952 hereinafter called the GRANTOR, to Ferdinand Del Valle and Alba N. Del Valle, husband and wife, whose post office address is 30-09- 86TH STREET, JACKSON HEIGHTS, NEW YORK 11369, hereinafter called the GRANTEE:
(Wherever used herein the terms "Grantor" and "Grantee" include all parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations.)

WITNESSETH: That the GRANTOR, for and in consideration of the sum of $10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the GRANTEE, all that certain land situate in St. Lucie County, FL, viz:

Lot 44, Block 2049, PORT ST. LUCIE SECTION TWENTY ONE, according to the plat thereof, recorded in Plat Book 13, Page(s) 27, 27A through 27F, of the Public Records of St. Lucie County, Florida.

SUBJECT TO covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2006 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

AND THE GRANTOR hereby covenants with said GRANTEE that except as above noted, the GRANTOR is lawfully seized of said land in fee simple; that the GRANTOR has good right and lawful authority to sell and convey said land; that the GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, GRANTOR has signed and sealed these presents the date set forth above.

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES:

Paramount Quality Homes Corporation, a Florida Corporation

Signature: _Karen M Campbell_
Print Name: Karen McCampbell

Signature: _____
Print Name: EVELYN M PUERTAS

By _David Schreier_ VP Rtte
David Schreier, Vice President

STATE OF FLORIDA
COUNTY OF ST. LUCIE

THE FOREGOING INSTRUMENT was acknowledged before me this 10/10/06 by David Schreier, Vice President of Paramount Quality Homes Corporation, a Florida Corporation on behalf of the corporation. He is personally known to me or has produced _____ as identification.

(SEAL)

Karen McCampbell
Commission # DD354743
Expires: SEP. 13, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

_Karen McCampbell_
Notary Public
Print Name:
My Commission Expires:

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 60. Damas, Bedelia and Martinez, Carlos | 8425 NW 113th Path Doral, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | La Suprema Enterprise, Inc. | 47 |
| | | | Banner Supply Co. | 6 |
| 61. Dang, Phung T. | 18903 Bressingham Tomball, TX 77375 | TX | | |
| 62. Darnell, Deidre | 21115 Escala Drive Humble, TX 77338 | TX | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 63. Davis, Elliott and Teyona  previously included in Omni I(B) | 9312 Alcove Lane Ocean Springs, MS 39564 | MS | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 64. Davis, Rebecca and Kenneth | 14188 Sampere Lane Tickfaw, LA 70466 | LA | | |
| 65. Dawkins, Christine (C. Minters) | 3503 NW 14th Court Lauderhill, FL 33311 | FL | Banner Supply Co. | 6 |
| 66. DeBruin, Candice | 501 Falcon Lake Drive Friendswood, TX 77546 | TX | | |
| 67. DeHarde, Christopher and Kelly | 64211 Virginia Drive Pearl River, LA 70452 | LA | | |
| 68. DelValle, Ferdinand and Alba | 1005 SW McCoy Avenue Port St. Lucie, FL 34953 | NY | Paramount Quality Homes Corp. | 319 |
| 69. Dennis, Jack, Jr. and Sabrina  previously included in Omni I | 301 Highland View Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 23 |
| | | | Interior/Exterior Enterprises, LLC | 24 |
| 70. Dennis, John C. | 1106 Lake Forest Circle Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, LLC | 45 |

9

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| 1. Claimant Name: | Last Name/Business Name: Delvalle | First: Ferdinand | M.I. |
| | Co-Owner Last Name/Business Name: Delvalle | Co-Owner First: Alba | M.I. |
| | DBA or Fictitious Name (if applicable): | | |

| 2. Individual Claimant's Social Security Number (SSN): | 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<br>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 | 3. Business Claimant's Employer Identification Number (EIN) | |
|---|---|---|---|

4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?
☐ Yes
☑ No

5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.
Name: N/A
SSN: ___-__-____

1

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section. <br><br>**Firm Name:** The Law Office of Travis R Walker, PA <br>**Attorney Last Name:** Walker  **Attorney First Name:** Travis <br>**Street:** 10380 SW Village Center Dr. #153 <br>**City:** Port St. Lucie  **State:** Florida  **Zip:** 34987 <br>**Email:** traviswalker@traviswalkerlaw.com  **Phone Number:** 772-708-0952 |
| **7. Affected Property Address:** | **Street:** <br>**City:**  **State:**  **Zip:**  **County/Parish:** |
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☒ Knauf <br>☐ Banner. <br>☐ InEx. <br>☐ Global. <br>    Participating Supplier Name: _____ <br>    Participating Builder Name: _____ <br>    Participating Installer Name: _____ <br>☐ L&W <br>☐ Unknown. <br><br>Additional Comments (attached additional pages if necessary): |

2

| | CHINESE DRYWALL SETTLEMENT PROGRAM<br>MISCELLANEOUS CLAIM FORM |
|---|---|
| 9. Lawsuit: | Jurisdiction: MDL<br>Case/Docket Number: 2047<br>Date Filed: ___/___/___<br>(month/day/year) |
| 10. Drywall Manufacturer: | ☒ Knauf<br>　☐ I am a member of the Knauf Settlement Class<br>　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| 11. Select the option that best describes your relationship to the Affected Property: | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| 12. Select the option that best describes how you used the Affected Property: | ☐ Primary Residence<br>☐ Rental/Commercial Property<br>☒ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |

**B. CLAIM INFORMATION**

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, submit all documents that you believe support your claim to the Settlement Administrator as well as the Verification of Claims form. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it.

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

See attached Exhibit "A"

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| CHINESE DRYWALL SETTLEMENT PROGRAM MISCELLANEOUS CLAIM FORM |||||
|---|---|---|---|---|
| **Signature of Claimant/Attorney:** | *[signature]* || **Date:** | 1/14/14 (Month/Day/Year) |
| **Printed Name:** | First: Travis | Last: Walker || M.I. R |

[This space left intentionally blank.]

5

## EXHIBIT "A"

**Furniture**

**Dining Room Set**
Extra large table with 8 chairs
Large breakfront

**Dinette Set for Breakfast Nook**
Round table with 4 chairs

Bedroom Set
1. Queen Size Bed
2. Twin Beds
5. Night Tables
3. Lamps
1. Dresser with Mirror
1. TV
1. VCR

2. Patio Tables

8. Patio Chairs
**Vertical Blinds** for all the windows in the house

**Appliances**
1. Refrigerator
2. Stove
3. Dishwasher
4. Microwave Oven

**Other:**

5. Sheet Sets (Q &T)
5. Comforters
6. Pillows
6. Cotton Blankets

3. Luggage Racks

5. Sets of curtains for the bedrooms

10. Towels of mixed sizes

1. Set of shower curtains

5. Large bath rugs

2. Bath Sets (soap dish, bottles, toothbrush holders, etc.)

1. Set of dinnerware for 8

2. Set of eating utensils

2. Sets of cutlery

2. Sets of drinking glasses

1. Set of pots and pans (16 pieces)

1. Vacuum Cleaner

1. Electric Heater

Clothes for 3 adults which were left at the house

Personal hygiene items, such as, hair dryer, soap, shampoo, toiletries, etc.