UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**ORDER**

The Court received and reviewed Plaintiffs' Motion to Extend Deadline for Claims Submission, (Rec. Doc. 17380), as well as Class Counsel's Response, (Rec. Doc. 17396). As Class Counsel points out, each of the claimants in question timely registered for the claims administration process. Furthermore, the failure of the claimants to timely submit their claims forms was due to a mistake by counsel. Once the errors was detected, counsel immediately took steps to correct the problem. The Claims Administrator currently possesses the claim forms, which were submitted on November 7, 2013, fourteen days after the October 25, 2013 deadline.

All parties recognize the need to have a final claims submission deadline in order to permit the speedy and expeditious processing of the claims. However, for the reasons stated above, and because the Court finds that this is an exceptional circumstance,

**IT IS ORDERED** that Plaintiffs' Motion to Extend Deadline (Rec. Doc. 17380) is **GRANTED**. The Claimants identified in Exhibit "A" should be considered as timely submitted.

New Orleans, Louisiana, this 10th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE