UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO ALL CASES.**

**ORDER**

Considering the pending Motion for Leave to Submit Time (Rec. Doc. 17401),

**IT IS ORDERED** that a telephone status conference will take place on February 13, 2014 at 10:30 a.m. (central time) with District Judge Eldon E. Fallon.  The purpose of this conference will be to discuss this pending motion as well as the Plaintiffs' Steering Committees' response.  Participants should use the following call-in information:  (877) 336-1839; Access Code: 4227405; Security Code: 021314.

New Orleans, Louisiana this 10th day of February, 2013.

_____
United States District Judge