UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending Motions For Relief From Order (Rec. Docs. 17421, 17422),

**IT IS ORDERED** that these motions be and are hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Thursday, February 20, 2014.

**IT IS FURTHER ORDERED** that parties who want to respond to this motion should do so by Tuesday, February 18, 2014.

New Orleans, Louisiana this 11th day of February, 2014.

_____
United States District Judge