UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

The Court hereby amends its Order issued January 17, 2014 [Rec. Doc. 17398]. It has come to the attention of the Court that the Clerk of Court needs specific instructions as to each of the various Qualified Settlement Funds (individually a "QSF") and the amount to be funded into each QSF.

The Court previously established various QSFs on September 9, 2013 [Rec. Docs. 17064, 17065, 17066, 17067, 17068, 17069, 17070, 17071, 17072, 17073, 17074, 17075, 17076, 17077, 17078, 17079, 17080, 17081, 17082, 17083 thru 17084]. Since the establishment of the QSFs, a number of settling parties have made deposits into the registry of the Court. At this time, it is appropriate for the Clerk of Court to disburse funds to the Depository Bank, Esquire Bank, for the purpose of funding the QSFs.

The Clerk is authorized and directed to draw checks on the funds on deposit in the registry of this Court in the principal amount as set forth below, plus all interest earned, less the assessment fee for the administration of funds, payable to Esquire Bank, 64 Court Street, Brooklyn, New York 11201, and deliver the checks to either Philip A. Garrett, 117 Fairground Blvd., Bush, LA 70431 or Leonard A. Davis, Esq., Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113, who shall transmit the checks via overnight courier to Esquire Bank.

1. $2,244,036.00 [Rec. Doc. 17067] - The Global Bodily Injury and Other Loss Set Aside Fund;

2. $41,723,184.00 [Rec. Doc. 17068] - The Global Repair and Relocation Set Aside Fund;

3. $25,519,345.68 [Rec. Doc. 17069] - The Global Attorney Fee Settlement Fund;

4. $2,067,817.00 [Rec. Doc. 17070] - The InEx Repair and Relocation Set Aside Fund;

5. $252,000.00 [Rec. Doc. 17071] - The InEx Bodily Injury and Other Loss Set Aside Fund;

6. $2,960,000.00 [Rec. Doc. 17072] - The InEx Attorney Fee Settlement Fund;

7. $142,565,000.00 [Rec. Doc. 17073] - The Knauf Attorney Fee Settlement Fund;

8. $30,000,000.00 [Rec. Doc. 17074] - The Knauf Other Loss Settlement Fund;

9. $1,071,000.00 [Rec. Doc. 17077] - The Builders Mutual Settlement Fund;

10. $629,000.00 [Rec. Doc. 17078] - The Builders Mutual Attorney Fee Settlement Fund;

11. $6,300,000.00 [Rec. Doc. 17079] - The Nationwide Settlement Fund;

12. $3,650,000.00 [Rec. Doc. 17080] - The Nationwide Attorney Fee Settlement Fund;

13. $1,890,000.00 [Rec. Doc. 17081] - The Porter-Blaine/Venture Supply Settlement Fund;

14. $1,060,000.00 [Rec. Doc. 17082] - The Porter-Blaine/Venture Supply Attorney Fee Settlement Fund;

15. $1,701,000.00 [Rec. Doc. 17083] - The Tobin Trading and Installers Settlement Fund;

16. $949,000.00 [Rec. Doc. 17084] - The Tobin Trading and Installers Attorney Fee Settlement Fund; and

17. $908,227.96 [Rec. Doc. 17210] - The Villa Lago Settlement Fund.

The Court appointed CPA, Philip A. Garrett, has met with the Clerk of Court and has reconciled the above balances and the funds on deposit with the Clerk of Court, as well as Exhibit "A" to the Court's Order of January 17, 2014 [Rec. Doc. 17398]. The funds transmitted to Esquire Bank in Nos. 1 through 16 above are necessary to fund the various QSFs established on September 9, 2013 and the funds transmitted in No. 17 above is necessary to rectify an erroneous transfer that was made from Esquire Bank to the Clerk of Court.

New Orleans, Louisiana, this 11th day of  February , 2014.

_____
Eldon E. Fallon
United States District Court Judge