UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Considering the foregoing motion, and having been informed that the parties have reached a compromise,

**IT IS ORDERED** that the Motion of Anderson Kill P.C. ("AK") for Leave to Submit Time Under Pre-trial Order Nos. 9, 9A, and 28, (Rec. Doc. 17401) is **GRANTED**. AK is hereby ordered to:

1. Comply with all of the terms and conditions imposed by this Court's orders, including Pre-Trial Order Nos. 9, 9A, 28, and 28A, and any of the procedures established by the court appointed CPA, Philip Garrett.

2. Timely pay for any invoices issued by Mr. Garrett for his time and expenses incurred in reviewing and processing AK's time and expense submissions.

3. At a later date, upon request by the Fee Committee, AK shall produce to the Fee Committee all of the AK attorneys' billing records in connection with AK's representation of Robert C. Pate as Trustee for the WCI Chinese Drywall Trust (the "Trust") for the entire period for which AK seeks to be compensated, not solely those hours for which it seeks compensation.

4. At a later date, upon request by the Fee Committee, AK shall produce to the Fee

Committee its client retainer agreement, and document any payments obtained from all of AK's Chinese Drywall clients for representation of the Trust by producing bookkeeping entries showing reimbursement of costs and evidences of fee payments, fee payment documents, and fee applications made previously.

     5.  At a later date, upon request by the Fee Committee, AK shall provide all bankruptcy orders with regard to AK's representation of the Trust or any related entities.

     Because this Order addresses the issues that were to be discussed at the telephone conference on February 13, 2014,

     **IT IS FURTHER ORDERED** that the Court will no longer hold a telephone conference on that date.

     New Orleans, Louisiana this 11th day of February, 2014.

_____
United States District Judge