UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: "L" (2) |
| **THIS DOCUMENT APPLIES TO:** | |
| *ARNDT, et al V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, et al.* (2:11-cv-2349) | JUDGE ELDON E. FALLON |
| and | MAG. JUDGE WILKINSON |
| *JESSICA CASSIDY V. GEBRUEDER KNAUF* (2:11-cv-3023) | |
| and | |
| *ROBERT W. BLOCK, III, et al V. GEBRUEDER KNAUF VERWALTUNGESELLSCHAFT, et al.* (2:11-cv-1363) | |
| and | |
| *ALMEROTH, et al V. TAISHAN GYPSUM CO., LTD f/k/a SHANDONG TAIHE DONGXIN CO., LTD., et al.* (2:12-cv-0498) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that JVP Drywall and Finish, Inc. has submitted its Motion for Summary Judgment for hearing on **March 13, 2014** after the Monthly Status Conference before Judge Eldon Fallon, **500 Poydras Street, Room C-456, New Orleans, Louisiana  70130.**

Respectfully submitted,

UNGARINO & ECKERT L.L.C.


/s/ MATTHEW J. UNGARINO
MATTHEW J. UNGARINO (#15061)
DANIEL G. COLLARINI (#29128)
3850 N. Causeway Blvd., Suite 1280
Metairie, Louisiana 70002
Telephone: (504) 836-7531
Facsimile: (504) 836-7538
mungarino@ungarino-eckert.com


**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this 14th day of February, 2014, electronically filed a copy of the foregoing with the Clerk of Court to be served by operation of the Court's electronic filing system upon the parties of record.


/s/ MATTHEW J. UNGARINO