UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Wilfred J. Duplessis, Jr. and Hedy H. Duplessis. **IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and contact the ombudsman regarding this matter.

New Orleans, Louisiana, this 14th day of February, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Wilfred J. Duplessis, Jr.
and Hedy H. Duplessis
4727 Press Drive
New Orleans, LA 70126