Mr. & Mrs. Wilfred J. Duplessis, Jr.
4727 Press Dr.
New Orleans, LA 70126-4709
February 12, 2014

Honorable Eldon E. Fallon, Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: Chinese Drywall – 4727 Press Dr. NOLA
Demonstration Remediation Agreement

Dear Judge Fallon:

We write to you today as victims of Chinese Drywall and victims of the Demonstration Remediation Agreement. Please reference the attached correspondence to our Attorney, Joe Bruno that articulates the reason why we still don't have a Gas Meter; even though we were issued keys from Moss Construction on January 15, 2014 at which we were told we could move into the property.

Also, not one Punch List item has been addressed since Moss Construction left the premises on January 15, 2014.

By this communication, we are requesting that the attached correspondence be made a part of the court record(s) pertaining to this case; and that Moss Construction be ordered to complete our house in accordance with the "Like for Like" protocol prescribed in the Work Authorization Agreement.

Sincerely,


_____          _____
Wilfred J. Duplessis, Jr., Owner                Hedy H. Duplessis, Owner

Attachment

cc: Chief Magistrate Judge Joseph C. Wilkinson Jr.
    Brown Greer, Chinese Drywall Settlement Administrator
    Joseph Bruno, Attorney
    Sondleta Johnson, Legal Assistant
    Monsignor Douglas Doussan, Pastor

To Sondleta Johnson. Joe Bruno
Feb 12 at 9:52 AM

Good Morning Sondleta:

Reference is made to yesterday's meeting with the City of New Orleans' Inspector and another plumber, Leroy Hymel, Trade Winds Air Conditioning, Heating & Refrigeration Service, Co.
1. Contrary to Moss's statement and Cory Maultner of Baton Rouge Plumbing's, statements, we learned on yesterday that the gas pressure test was **never** done so how could it have passed. It was also learned by these individuals that Corey Maultner does **NOT** have a license to do do plumbing in this area; therefore they (i.e. the City of New Orleans' Inspectors) could never have approved his work.
2. Because of this, the third party plumber, Leroy Hymel, had to file for the permit under his license and that is why he received a call from Baton Rouge Plumbing to come out and meet the City's Inspector.
3. The City Inspector FAILED the inspection because the Hot Water heater needed a **pressure release** valve. Both the City Inspector and the third party plumber stated that without this valve, the house could blow up. This was Corey Maultner's responsibility. and it should have been done prior to Inspection . Cory Maultner is supposed to install it today. And, then Mr. Hymel will come out, inspect, take a picture and then send to the City's Inspector.
This troubles us greatly, knowing that we have to live in a house where the plumber who was supposed to do all of the plumbing work, up to code, is not even licensed to do work in our area; and not installing something as important as a **Pressure release valve** which could have resulted in our death. We also have to question the validity of the following issues caused by Corey Maultner:

- Stating that our original downstairs bathroom plumbing would **not** meet inspection and tore up our slab to replace drainage plumbing.
- Causing us to replace a roof jack and incurring a $250 out of pocket expense when a roof jack has a lifetime warranty; and he ended up venting the pipe in the exact same location.
- Stating that the fireplace had to come down because of a copper line behind it; when there was NO copper line, only galvanized pipe.
- All of the above actions caused us much grief and contributed to this remediation extending over 1 year.
- By this communication we are also going to forward this information to Judge Fallon with a request to make it part of the court record; as we now have to live in fear knowing that our gas and plumbing was done by a plumber who was not licensed to do work in this area and who willfully misrepresented a vital truth "That the gas pressure test had been done and PASSED" when in fact it had not; and furthermore when the pressure test was done for the first time it FAILED.

Sincerely,



Mr. & Mrs. Wilfred J. Duplessis Jr.