# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **Section L** |
| | * | |
| | * | **Judge Fallon** |
| **This document relates to All Cases** | * | |
| | * | **Mag. Judge Wilkinson** |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA
## FOR FEBRUARY 20, 2014 STATUS CONFERENCE

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV. OMNIBUS CLASS ACTION COMPLAINTS

V. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI. PILOT PROGRAM

VII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII. SHARED COSTS FUND

IX. TAISHAN DEFENDANTS

X. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI. HOBBIE, ET AL VS. RCR HOLDINGS, II, LLC, ET AL (SETTLEMENT)

XII. PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII. FREQUENTLY ASKED QUESTIONS

XIV. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV. *PRO SE* CLAIMANTS

XVI. PHYSICAL EVIDENCE PRESERVATION ORDER

XVII. ENTRY OF PRELIMINARY DEFAULT

XVIII. ALREADY REMEDIATED HOMES

XIX. LOUISIANA ATTORNEY GENERAL

XX. NEXT STATUS CONFERENCE