UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## SETTLEMENT ADMINISTRATION SECOND STATUS REPORT
## FOR THE FOUR VIRGINIA-BASED SETTLEMENTS

Special Master Matthew L. Garretson submits this second report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of February 18, 2014.

1

**Summary**

The Special Master has made substantial progress in reviewing Real Property claims during this reporting period. Initial Review is complete for all Real Property claims, and Proof Requirement Review is underway. Deficiency Notices for Real Property claims will begin to be issued upon completion of Proof Requirement Reviews. The Special Master has received only a small number of Other Loss Claim Forms but anticipates receiving the majority during the week leading up to the March 17, 2014 filing deadline.

**Real Property Claim Form Submissions**

The Special Master previously reported that, as of January 15, 2014, 346 Real Property claims had been submitted. (*Settlement Administration First Status Report for the Four Virginia-Based Settlements*, Dkt. 17392-1). Since that report, the Special Master determined that an additional Real Property claim should be considered as having been timely filed, bringing the total number of Real Property Claim Form submissions to 347. The Special Master received one late Real Property claim filing during this reporting period and is working with Class Counsel to determine how to proceed regarding that claim. The Special Master has not received any other late Real Property claim submissions or requests from potential class members to permit late filing of Real Property claims.

The Special Master has completed Initial Reviews of all of the Real Property Claim forms that were submitted. Initial Reviews consist of collecting the following data points from each claim form:

1. The Name and Mailing Address of Each Potential Class Member
2. The Name and Address of the Potential Class Member's Attorney (if applicable)
3. The Affected Property Address
4. The Potential Class Member's Other Loss Selections

The Real Property Claim Form gave potential class members the option of submitting claims under each of the settlements in addition to an option for "other" defendants.  Because potential class members could select multiple settlements, the total number of claims made under the settlements exceeds the number of Real Property Claim Forms that were submitted.  The following chart lists the number of claims filed under each settlement and the corresponding percentage of the 347 Real Property claims that asserted claims against each settlement:

| Settlement | Number of Claims | Percentage of Real Property Claims |
|---|---:|---:|
| Nationwide | 198 | 57.06% |
| Porter Blaine / Venture | 268 | 77.23% |
| Tobin Trading / State Farm | 221 | 63.69% |
| Installers / State Farm | 37 | 10.66% |
| Builders Mutual | 60 | 17.29% |
| Other | 42 | 12.10% |

Actual participation in each settlement will depend on potential class members' satisfaction of proof requirements and curing any deficiencies relating to their Real Property claims.

The Special Master has begun reviewing Real Property claims to determine whether sufficient proof was submitted in support of each Proof Requirement set forth in the Real Property Claim Form.  Proof Requirement Reviews are completed in phases in accordance with each Proof Requirement, as follows:

1. Proof that the Affected Property had Chinese Drywall
2. Proof of eligibility to participate in each settlement claimed
3. Proof of ownership
4. Proof of square footage
5. Proof of filing and service within the applicable statute of limitations
6. Submission of a properly executed and notarized Owner Affidavit

Proof Requirement Review for proof of ownership, proof of square footage, and submission of a properly executed and notarized Owner Affidavit is complete for all Real Property claims.  Proof Requirement Review for proof of eligibility to participate in each settlement claimed and proof of filing and service within the applicable statute of limitations is underway, in consultation with

Class Counsel. Proof Requirement Review for proof that the Affected Property had Chinese Drywall is scheduled to begin in the upcoming reporting period.

**Other Loss Claim Form Submissions**

The Special Master issued Other Loss Claim Forms to 91 potential class members on January 9, 2014, and attorney Richard J. Serpe, whose firm represents 185 of the 347 potential class members involved in the four Virginia-based settlements, is in the process of issuing Other Loss Claim Forms to the potential class members whom his firm represents. The Other Loss Claim Forms must be submitted to the Special Master on or before March 17, 2014. To date, only five Other Loss Claim Forms have been submitted. Based the Special Master's experience with the Real Property Claim Form submissions and claim form submissions in other settlements, the Special Master anticipates that the majority of Other Loss Claim Forms will be submitted in the period immediately prior to the March 17, 2014 deadline.

**Communications with Potential Class Members, Counsel, and Brown Greer**

The Special Master established the electronic mail account chinesedrywall@garretsongroup.com to receive and respond to questions from potential class members and their counsel. The Special Master received and responded to four inquiries submitted via chinesedrywall@garretsongroup.com during this reporting period, including two requests to resend documents, an inquiry regarding eligibility to participate in the settlements, and a request for claim status. The Special Master has reviewed the Claims Administration Procedures that have been established by Brown Greer for the MDL settlements and is in regular contact with Class Counsel and, as needed, Brown Greer, in an effort to ensure that administration of the Four Virginia-Based Settlements tracks with administration of the MDL settlements as much as reasonably possible.

**Summary of Key Accomplishments to Date**

The following is a summary of key accomplishments to date in the administration of the Four Virginia-Based Settlements:

1. Real Property Claim Form finalized, approved by this Court on October 24, 2013.
2. Issued Real Property Claim Forms on November 5, 2013 to 700 potential class members who had requested information about the Four Virginia-Based Settlements.
3. Other Loss Claim Form finalized, approved by this Court on December 9, 2013.
4. The Real Property Claim Form submission deadline occurred on December 16, 2013; a total of 347 Real Property Claim Forms were submitted.
5. Issued Other Loss Claim Forms to 91 potential class members on January 9, 2014.
6. Completed Initial Reviews of all Real Property claims.
7. Began Proof Requirement Reviews for all Real Property claims.

**Upcoming Settlement Administration Milestones**

The Special Master will continue to review Real Property Claim Form submissions in preparation for issuance of Deficiency Notices for Real Property claims.  Upon completion of the Deficiency Notice issuance and cure process for the Real Property claims, each class member will be issued a Real Property Determination that sets forth the Special Master's determinations as to which settlements the class member is eligible to participate in and the square footage that will be used to determine the class member's portion of each such settlement.  Class members who have claims for multiple Affected Properties will be issued a Real Property Determination for each such property.  Class Members will be given the opportunity to appeal the determinations set forth in their Real Property Determinations.  Following completion of the

appeal process, the Special Master will allocate the Real Property funds within each settlement and will begin issuing distributions to class members.

Other Loss Claim Form review will begin in earnest in the upcoming period, as the March 17, 2014 deadline to submit Other Loss Claim Forms approaches and a significant number of Other Loss claims are submitted.  The Other Loss claims will be processed similarly to the Real Property claims, with stages for review, deficiency issuance/cure, determination, appeal, allocation, and distribution.

**Conclusion**

The Special Master submits this second report to the Court in an effort to keep the Court apprised of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule.  The Special Master will continue to periodically provide such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

                Respectfully submitted,

Dated: February 18, 2014             /s/ Matthew L. Garretson, Esq.
        Matthew L. Garretson, Esq.
        GARRETSON RESOLUTION GROUP
        6281 Tri-Ridge Boulevard, Suite 300
        Cincinnati, OH 45140
        Phone: (513) 794-0400
        mlg@garretsongroup.com
        *Chinese Drywall Special Master*