UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La) OMNI II, II(A), II(B), II(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Bass Homes, Inc., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

   a.   Braxton and Kerrie Collins;
   b.   Jason and Cassie Herrington; and
   c.   Greg and Sherry Wiggins

shall have their claims against Bass Homes, Inc. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**