UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La)<br>OMNI II, II(A), II(B), II(C) | |

## CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST DEVONSHIRE PROPERTIES, INC.

In accordance with the Court's October 25, 2013 Order (Document No. 17282), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against Devonshire Properties, Inc., in the above-referenced matter, with respect to all plaintiffs, except for the plaintiffs listed below:

a.   William and Stacy Peek; and
b.   Keith Willett.

Class Counsel pray that any and all claims against Devonshire Properties, Inc. be dismissed with prejudice, except as set forth above.

                                                Respectfully submitted,

Dated: February 18, 2014                /s/ Russ M. Herman
                                                Russ M. Herman, Esquire (Bar No. 6819)
                                                Leonard A. Davis, Esquire (Bar No. 14190)
                                                Stephen J. Herman, Esquire (Bar No. 23129)
                                                HERMAN, HERMAN & KATZ, LLC
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                ldavis@hhklawfirm.com
                                                *Plaintiffs' Liaison Counsel in MDL 2047*
                                                *and Class Counsel*

                                                Arnold Levin (On the Brief)
                                                Fred S. Longer (On the Brief)
                                                LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                510 Walnut Street, Suite 500
                                                Philadelphia, PA 19106
                                                Phone: (215) 592-1500
                                                Fax: (215) 592-4663
                                                alevin@lfsblaw.com

                                                *Plaintiffs' Lead Counsel in MDL 2047*
                                                *and Class Counsel*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of February, 2014.

                                                   /s/ Leonard A. Davis
                                                   Leonard A. Davis
                                                   Herman, Herman & Katz, LLC
                                                 820 O'Keefe Ave.
                                                 New Orleans, LA  70113
                                                 PH:  (504) 581-4892
                                                 Fax:  (504) 561-6024
                                                 ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni II\Devonshire\Motion to dismiss (excluding opt outs) - Devonshire.wpd

3