UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La)<br>OMNI II, II(A), II(B), II(C) | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on Mach 12, 2014, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Class Counsel's Motion to Dismiss Claims, With Prejudice Against Devonshire Properties, Inc., and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: February 18, 2014				/s/ Russ M. Herman
						Russ M. Herman, Esquire (Bar No. 6819)
						Leonard A. Davis, Esquire (Bar No. 14190)
						Stephen J. Herman, Esquire (Bar No. 23129)
						HERMAN, HERMAN & KATZ, LLC
						820 O'Keefe Avenue
						New Orleans, LA 70113
						Phone: (504) 581-4892
						Fax: (504) 561-6024
						ldavis@hhklawfirm.com
						*Plaintiffs' Liaison Counsel in MDL 2047*
						*and Class Counsel*

						Arnold Levin (On the Brief)
						Fred S. Longer (On the Brief)
						LEVIN, FISHBEIN, SEDRAN & BERMAN
						510 Walnut Street, Suite 500
						Philadelphia, PA 19106
						Phone: (215) 592-1500
						Fax: (215) 592-4663
						alevin@lfsblaw.com

						*Plaintiffs' Lead Counsel in MDL 2047*
						*and Class Counsel*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of February, 2014.

            <u>/s/ Leonard A. Davis</u>
            Leonard A. Davis
            Herman, Herman & Katz, LLC
            820 O'Keefe Ave.
            New Orleans, LA 70113
            PH: (504) 581-4892
            Fax: (504) 561-6024
            ldavis@hhklawfirm.com