UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La) OMNI II, II(A), II(B), II(C) | |

### MEMORANDUM OF LAW IN SUPPORT OF CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST <u>KB HOME TAMPA, LLC</u>

For the reasons set forth in Class Counsel's Motion to Dismiss Claims, with Prejudice Against KB Home Tampa, LLC, it is respectfully requested that said motion be granted.

Respectfully submitted,

Dated: February 18, 2014

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047 and Class Counsel*

>Arnold Levin (On the Brief)
>Fred S. Longer (On the Brief)
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>alevin@lfsblaw.com
>
>*Plaintiffs' Lead Counsel in MDL 2047*
>*and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of February, 2014.

>/s/ Leonard A. Davis
>Leonard A. Davis
>Herman, Herman & Katz, LLC
>820 O'Keefe Ave.
>New Orleans, LA 70113
>PH: (504) 581-4892
>Fax: (504) 561-6024
>ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni II\KB Home Tampa\Memo of Law in support of Motion to dismiss (excluding opt outs) - KB Home Tampa.wpd

2