UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La)<br>OMNI II, II(A), II(B), II(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against L&W Supply Corporation and USG Corporation, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    Donna Feltner;
    b.    Melissa and Jason Guillette; and
    c.    Catherine Patchan

shall have their claims against L&W Supply Corporation and USG Corporation dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ____ day of _____, 2014.

                                                                         _____
                                                                         **ELDON E. FALLON**
                                                                         **UNITED STATES DISTRICT JUDGE**