UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La)<br>ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY COMPANY; L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY; L&W SUPPLY CORPORATION; AND USG CORPORATION**

In accordance with the Court's October 25, 2013 Order (Document No. 17288), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against L&W Supply Corporation d/b/a Seacoast Supply Company; L&W Supply Corporation d/b/a Seacoast Supply; L&W Supply Corporation; and USG Corporation, in the above-referenced matter, with respect to all plaintiffs[1], except for the plaintiffs listed below:

    a.    Charles Hummer;
    b.    Richard and Judy Casburn;
    c.    Ernest and Anika Coney;
    d.    Donna Feltner;
    e.    Ira Goldstein;
    f.    Melissa and Jason Guillette;
    g.    Liset Gutierezz;
    h.    Danielle Lang;
    i.    Brett and Sara McKee;
    j.    Alonza and Shirlene Wallace; and
    k.    James and Rosalie Webster.

---

[1] Any Omnibus Plaintiffs not listed may reinstate their claims against L&W in the MDL by filing a Rule to Show Cause Motion with evidence supporting their non-Knauf claim against L&W Supply.

Class Counsel pray that any and all claims against L&W Supply Corporation d/b/a Seacoast Supply Company; L&W Supply Corporation d/b/a Seacoast Supply; L&W Supply Corporation; and USG Corporation be dismissed with prejudice, except as set forth above.

Respectfully submitted,

Dated: February 19, 2014  /s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2014.

                                                  /s/ Leonard A. Davis
                                                  Leonard A. Davis
                                                  Herman, Herman & Katz, LLC
                                                  820 O'Keefe Ave.
                                                  New Orleans, LA  70113
                                                  PH:  (504) 581-4892
                                                  Fax:  (504) 561-6024
                                                  ldavis@hhklawfirm.com