UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La)<br>ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against L&W Supply Corporation d/b/a Seacoast Supply Company; L&W Supply Corporation d/b/a Seacoast Supply; L&W Supply Corporation; and USG Corporation:

    a.    Charles Hummer;
    b.    Richard and Judy Casburn;
    c.    Ernest and Anika Coney;
    d.    Donna Feltner;
    e.    Ira Goldstein;
    f.    Melissa and Jason Guillette;
    g.    Liset Gutierezz;
    h.    Danielle Lang;
    i.    Brett and Sara McKee;
    j.    Alonza and Shirlene Wallace; and
    k.    James and Rosalie Webster

shall have their claims against L&W Supply Corporation d/b/a Seacoast Supply Company; L&W Supply Corporation d/b/a Seacoast Supply; L&W Supply Corporation; and USG Corporation dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ____ day of _____, 2014.

                                                                              _____
                                                                              **ELDON E. FALLON**
                                                                              **UNITED STATES DISTRICT JUDGE**