UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La)<br>ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Picayune Discount Building Supply:

    a.    Jacob McKinley

shall have their claims against Picayune Discount Building Supply dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**