UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La) ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF CLASS
COUNSEL'S MOTION TO DISMISS CLAIMS, WITH
PREJUDICE AGAINST SOUTHERN HOMES, LLC AND SPRINGHILL, LLC**

For the reasons set forth in Class Counsel's Motion to Dismiss Claims, with Prejudice Against Southern Homes, LLC and Springhill, LLC, it is respectfully requested that said motion be granted.

Respectfully submitted,

Dated: February 19, 2014

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2014.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni III\Southern Homes\Memo of Law in support of Motion to dismiss (excluding opt outs) - Southern-Springhill.wpd

2