UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La) ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on Mach 12, 2014, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Class Counsel's Motion to Dismiss Claims, With Prejudice Against Southern Homes, LLC and Springhill, LLC, and for such other and further relief as the Court may deem just and appropriate.

                                                            Respectfully submitted,

Dated: February 19, 2014                 /s/ Leonard A. Davis
                                                           Russ M. Herman, Esquire (Bar No. 6819)
                                                           Leonard A. Davis, Esquire (Bar No. 14190)
                                                           Stephen J. Herman, Esquire (Bar No. 23129)
                                                           HERMAN, HERMAN & KATZ, LLC
                                                           820 O'Keefe Avenue
                                                           New Orleans, LA 70113
                                                           Phone: (504) 581-4892
                                                           Fax: (504) 561-6024
                                                           ldavis@hhklawfirm.com
                                                           *Plaintiffs' Liaison Counsel in MDL 2047*
                                                           *and Class Counsel*

                                                           Arnold Levin (On the Brief)
                                                           Fred S. Longer (On the Brief)
                                                           LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                           510 Walnut Street, Suite 500
                                                           Philadelphia, PA 19106
                                                           Phone: (215) 592-1500
                                                           Fax: (215) 592-4663
                                                           alevin@lfsblaw.com

                                                           *Plaintiffs' Lead Counsel in MDL 2047*
                                                           *and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2014.

                        /s/ Leonard A. Davis
                        Leonard A. Davis
                        Herman, Herman & Katz, LLC
                        820 O'Keefe Ave.
                        New Orleans, LA  70113
                        PH:  (504) 581-4892
                        Fax:  (504) 561-6024
                        ldavis@hhklawfirm.com