UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* (E.D.La)<br>**OMNI VIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Vintage Homes, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    Shanine H. and Algajuan Moore

shall have their claims against Vintage Homes, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

 

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**