UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* **(E.D.La)**<br>**OMNI VIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on Mach 12, 2014, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Class Counsel's Motion to Dismiss Claims, With Prejudice Against Vintage Homes, LLC, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: February 19, 2014

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047
and Class Counsel*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047
and Class Counsel*

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of February, 2014.

              <u>/s/ Leonard A. Davis</u>
              Leonard A. Davis
              Herman, Herman & Katz, LLC
              820 O'Keefe Ave.
              New Orleans, LA  70113
              PH:  (504) 581-4892
              Fax:  (504) 561-6024
              ldavis@hhklawfirm.com