UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* **(E.D.La)**<br>**OMNI IX** | |

**ORDER**

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Co. Pompano, LLC; Banner Supply Co. Port St. Lucie, LLC; and Banner Supply Co. Tampa, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

  a. John and Star Cole; and

  b. Suki Packard

shall have their claims against Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Co. Pompano, LLC; Banner Supply Co. Port St. Lucie, LLC; and Banner Supply Co. Tampa, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ____ day of _____, 2014.

                   _____
                   **ELDON E. FALLON**
                   **UNITED STATES DISTRICT JUDGE**