UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* **(E.D.La)**<br>**OMNI IX** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST L&W SUPPLY CORPORATION; AND USG CORPORATION**

In accordance with the Court's October 25, 2013 Order (Document No. 17286), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against L&W Supply Corporation; and USG Corporation, in the above-referenced matter, with respect to all plaintiffs[1], except for the plaintiffs listed below:

    a.    Abelar Blanchard;
    b.    Burton and Joyce Burnett;
    c.    Mary Escudie;
    d.    Ira Goldstein;
    e.    Melissa and Jason Guillette;
    f.    Danielle Lang; and
    g.    James and Joan Norton.

Class Counsel pray that any and all claims against L&W Supply Corporation; and USG Corporation be dismissed with prejudice, except as set forth above.

---

[1] Any Omnibus Plaintiffs not listed may reinstate their claims against L&W in the MDL by filing a Rule to Show Cause Motion with evidence supporting their non-Knauf claim against L&W Supply.

                                                                                     Respectfully submitted,

Dated: February 20, 2014              /s/ Leonard A. Davis
                                                                                   Russ M. Herman, Esquire (Bar No. 6819)
                                                                                  Leonard A. Davis, Esquire (Bar No. 14190)
                                                                                  Stephen J. Herman, Esquire (Bar No. 23129)
                                                                                  HERMAN, HERMAN & KATZ, LLC
                                                                                  820 O'Keefe Avenue
                                                                                  New Orleans, LA 70113
                                                                                  Phone: (504) 581-4892
                                                                                  Fax: (504) 561-6024
                                                                                  ldavis@hhklawfirm.com
                                                                                  *Plaintiffs' Liaison Counsel in MDL 2047*
                                                                                  *and Class Counsel*

                                                                                  Arnold Levin (On the Brief)
                                                                                  Fred S. Longer (On the Brief)
                                                                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                                                                  510 Walnut Street, Suite 500
                                                                                  Philadelphia, PA 19106
                                                                                  Phone: (215) 592-1500
                                                                                  Fax: (215) 592-4663
                                                                                  alevin@lfsblaw.com

                                                                                  *Plaintiffs' Lead Counsel in MDL 2047*
                                                                                 *and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2014.

                              <u>/s/ Leonard A. Davis</u>
                              Leonard A. Davis
                              Herman, Herman & Katz, LLC
                              820 O'Keefe Ave.
                              New Orleans, LA  70113
                              PH:  (504) 581-4892
                              Fax:  (504) 561-6024
                              ldavis@hhklawfirm.com