UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Haya, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al, 11-1077* **(E.D.La)**<br>**OMNI IX** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against L&W Supply Corporation; and USG Corporation:

    a.    Abelar Blanchard;
    b.    Burton and Joyce Burnett;
    c.    Mary Escudie;
    d.    Ira Goldstein;
    e.    Melissa and Jason Guillette;
    f.    Danielle Lang; and
    g.    James and Joan Norton

shall have their claims against L&W Supply Corporation; and USG Corporation dismissed with prejudice.

Each side shall bear their owns costs.

New Orleans, Louisiana, this ___ day of _____, 2014.

 

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**