UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*  **(E.D.La)**<br>**OMNI XIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## MEMORANDUM OF LAW IN SUPPORT OF CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINSTACE HOME CENTER, INC.

For the reasons set forth in Class Counsel's Motion to Dismiss Claims, with Prejudice Against Ace Home Center, Inc., it is respectfully requested that said motion be granted.

Respectfully submitted,

Dated: February 20, 2014           /s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*and Class Counsel*

          Arnold Levin (On the Brief)
          Fred S. Longer (On the Brief)
          LEVIN, FISHBEIN, SEDRAN & BERMAN
          510 Walnut Street, Suite 500
          Philadelphia, PA 19106
          Phone: (215) 592-1500
          Fax: (215) 592-4663
          alevin@lfsblaw.com

          *Plaintiffs' Lead Counsel in MDL 2047*
          *and Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2014.

          /s/ Leonard A. Davis
          Leonard A. Davis
          Herman, Herman & Katz, LLC
          820 O'Keefe Ave.
          New Orleans, LA 70113
          PH: (504) 581-4892
          Fax: (504) 561-6024
          ldavis@hhklawfirm.com

2

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni XIII\Ace Home Center, Inc\Memo of Law in support of Motion to dismiss (excluding opt outs) - Ace Home Center.wpd