UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **(E.D.La)** **OMNI XIII** | JUDGE FALLON MAG. JUDGE WILKINSON |

**ORDER**

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Ace Home Center, Inc., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a. Braxton and Kerri Collins

shall have their claims against Ace Home Center, Inc. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**