UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>*12-0498* **(E.D.La)**<br>**OMNI XIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## CLASS COUNSEL'S MOTION TO DISMISS CLAIMS, WITH PREJUDICE AGAINST BOARDWALK DRYWALL, INC.

In accordance with the Court's October 25, 2013 Order (Document No. 17234), Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice the claims against Boardwalk Drywall, Inc., in the above-referenced matter, with respect to all plaintiffs, except for the plaintiffs listed below:

a.   Anna Tataris and Roy DeJesus.

Class Counsel pray that any and all claims against Boardwalk Drywall, Inc. be dismissed with prejudice, except as set forth above.

                                    Respectfully submitted,

Dated: February 20, 2014               /s/ Leonard A. Davis
                                    Russ M. Herman, Esquire (Bar No. 6819)
                                    Leonard A. Davis, Esquire (Bar No. 14190)
                                    Stephen J. Herman, Esquire (Bar No. 23129)
                                    HERMAN, HERMAN & KATZ, LLC
                                    820 O'Keefe Avenue
                                    New Orleans, LA 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    ldavis@hhklawfirm.com
                                    *Plaintiffs' Liaison Counsel in MDL 2047*
                                    *and Class Counsel*

                                    Arnold Levin (On the Brief)
                                    Fred S. Longer (On the Brief)
                                    LEVIN, FISHBEIN, SEDRAN & BERMAN
                                    510 Walnut Street, Suite 500
                                    Philadelphia, PA 19106
                                    Phone: (215) 592-1500
                                    Fax: (215) 592-4663
                                    alevin@lfsblaw.com

                                    *Plaintiffs' Lead Counsel in MDL 2047*
                                    *and Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of February, 2014.

                                      <u>/s/ Leonard A. Davis</u>
                                      Leonard A. Davis
                                      Herman, Herman & Katz, LLC
                                      820 O'Keefe Ave.
                                      New Orleans, LA  70113
                                      PH:  (504) 581-4892
                                      Fax:  (504) 561-6024
                                      ldavis@hhklawfirm.com

W:\! DRYWALL\27687 MDL\Pld\Omnibus - Motions to Dismiss\Omni XIII\Boardwalk Drywall, Inc\Motion to dismiss (excluding opt outs) - Boardwalk Drywall.wpd

3