UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>*12-0498* **(E.D.La)**<br>**OMNI XIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Boardwalk Drywall, Inc. it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a. Anna Tataris and Roy DeJesus

shall have their claims against Boardwalk Drywall, Inc. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**