UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **(E.D.La)**<br>**OMNI XIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against KB Home Tampa, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a.  Anna Tataris and Roy DeJesus

shall have their claims against KB Home Tampa, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this ____ day of _____, 2014.

 

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**