UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     CHINESE-MANUFACTURED-           MDL No.: 09-2047
DRYWALL PRODUCTS LIABILITY LITIGATION
                                           SECTION:  L

                                           Judge Fallon
**This Document Relates to:**              Mag. Judge Wilkinson
Matthew & Mary Torrance v. Nathaniel Crump
09-7628

## MOTION TO DISMISS

Plaintiffs, **MATTHEW AND MARY TORRANCE**, having resolved their claims with Nathaniel Crump, move this Honorable Court for a dismissal of all claims and this suit against defendant, Nathaniel Crump, with prejudice, each party to bear their own costs.

                                    Respectfully submitted,


                          By:    s//Daniel E. Becnel, Jr.
                                 Daniel E. Becnel, Jr. (Bar No. 2926)
                                 **BECNEL LAW FIRM, LLC**
                                 106 W. Seventh Street
                                 P.O. Drawer H
                                 Reserve, Louisiana 70084
                                 Telephone:   985-536-1186
                                 Facsimile:   985-536-6445

**CERTIFICATE OF SERVICE**

      I hereby certify that on this, 21, day of February 2014, a copy of the above and foregoing Motion to Dismiss has been electronically filed with the Clerk of Court using the CM/ECF system, which system then sent notification of such filing to all counsel of record.

                                            s//Daniel E. Becnel, Jr.
                                     Daniel E. Becnel, Jr. (Bar No. 2926)