UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED-DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No.: 09-2047<br><br>SECTION:  L<br><br>**Judge Fallon**<br>**Mag. Judge Wilkinson** |
| **This Document Relates to:**<br>Matthew & Mary Torrance v. Nathaniel Crump<br>09-7628 | |

## ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED:

That Plaintiffs, **Matthew and Mary Torrance**, claims and suit against Defendant, Nathaniel Crump, be and are hereby dismissed, with prejudice, in the above-captioned matter.

Signed at New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE