UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Before the Court are two motions regarding the deadline to submit claim forms, (Rec. Docs. 17421, 17422).  The Court set these motions for hearing following the February monthly status conference.  The Court was advised by all of the parties that these motions are unopposed, due to the unique circumstances involved and the homeowners' early and continued participation in the case.  Accordingly,

**IT IS ORDERED** that the Motions for Relief from this Court's September 27, 2013 Order, (Rec. Docs. 17421, 17422) are **GRANTED**.

**IT IS ORDERED** that the Motion of Anderson Kill P.C. ("AK") for Leave to Submit Time Under Pre-trial Order Nos. 9, 9A, and 28, (Rec. Doc. 17401) is **GRANTED**.

New Orleans, Louisiana this 20th day of February, 2014.

_____
United States District Judge