# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 19, 2014

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

> U.S. DISTRICT COURT
> EASTERN DISTRICT OF LOUISIANA
> FILED  FEB 19 2014
> WILLIAM W. BLEVINS
> CLERK

    No. 10-30568,  Consolidated with 12-31017  
                    In Re: Chinese-Manufactured  
                    USDC No. 2:09-MD-2047  
                    USDC No. 2:09-CV-6687  
                    USDC No. 2:09-MD-2047  
                    USDC No. 2:09-CV-6687

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Exhibits are returned to District Court:

( ) Volumes    ( ) Envelopes    ( 13 ) Boxes

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

cc:  
    Ms. Courtney Lynne Colligan  
    Mr. Joe Cyr  
    Mr. Leonard Arthur Davis  
    Honorable Eldon E. Fallon  
    Mr. Robert Gary  
    Mr. Faris Ghareeb  
    Mr. Russ M. Herman

___ Fee _____  
___ Process _____  
_x_ Dktd _____  
___ CtRmDep _____  
___ Doc. No. _____

      Mr. Arnold Levin
      Mr. Frederick S. Longer
      Mr. Stephen Richard Mysliwiec
      Mr. Thomas Patrick Owen, Jr.
      Mr. Richard James Serpe
      Mr. Edward Francis Sherman
      Mr. Frank T. Spano
      Mr. Richard C. Stanley
      Mr. Eric D. Statman
      Mr. Richard W. Stimson
      Ms. Christina Taber-Kewene
      Ms. Joanna F. Wasick

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.