# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## CLASS COUNSEL'S MOTION FOR AN ORDER GRANTING INCENTIVE AWARDS

Pursuant to the Allocation Plan approved by this Court on July 9, 2013 (*see* Allocation Plan, Doc. 16800-7; Order Approving Virginia-Based Settlements and Allocation Plan, Doc. 16934), Settlement Class Counsel for the Four Chinese Drywall Class Settlements R*elating to Virginia and Certain Other Remaining Claims* ("Virginia-Based Settlements"), submit this Motion for an Order Granting Incentive Awards to certain Chinese Drywall plaintiffs who provided extraordinary support to this Court during the *Germano* Trial (*see In re Chinese*

1

*Manufactured Drywall Products Liab. Litig.,* 759 F. Supp. 2d 822 (E.D. La. 2010)) and various Virginia state court trial settings.  Class Counsel request incentive awards for sixteen households in the amount of $7,500 per household.   A supporting memorandum and proposed Order is attached hereto.

                Respectfully submitted,

Dated:  February 25, 2014      /s/ Leonard A. Davis
                Russ M. Herman, Esquire (Bar No. 6819)
                Leonard A. Davis, Esquire (Bar No. 14190)
                Stephen J. Herman, Esquire (Bar No. 23129)
                HERMAN, HERMAN &KATZ, LLC
                820 O'Keefe Avenue
                New Orleans, LA 70113
                Phone: (504) 581-4892
                Fax: (504) 561-6024
                Ldavis@hhklawfirm.com
                *Plaintiffs' Liaison Counsel in MDL 2047*
                *And Proposed Class Counsel*

                Arnold Levin
                Fred S. Longer
                Sandra L. Duggan
                Matthew C. Gaughan
                LEVIN, FISHBEIN, SEDRAN &BERMAN
                510 Walnut Street, Suite 500
                Philadelphia, PA 19106
                Phone: (215) 592-1500
                Fax: (215) 592-4663
                Alevin@lfsblaw.com
                *Plaintiffs' Lead Counsel in MDL 2047*
                *And Proposed Class Counsel*

                Richard Serpe
                Law Offices of Richard J. Serpe
                Crown Center, Suite 310
                580 East Main Street
                Norfolk, VA 23510-2322
                Phone: (757) 233-0009
                Fax: (757) 233-0455
                rserpe@serpefirm.com

*Proposed Class Counsel*

Richard S. Lewis (On the Brief)
Kristen M. Ward (On the Brief)
HAUSFELD LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing CLASS COUNSEL'S MOTION FOR AN ORDER GRANTING INCENTIVE AWARDS has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of February, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*