APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

SX-13-1021

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*       Changzhou Yinhe Wood Industry Co., Ltd.
                Qianfeng Industrial Park, Henglin Town Changzhou, Jiangsu 213103, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at<br>
*Fait à* _____Minneapolis, Minnesota, U.S.A._____, the<br>
*le* 5/28/13

APS INTERNATIONAL<br>
APS International Plaza<br>
7800 Glenroy Road<br>
Minneapolis, MN 55439

Signature and/or stamp.<br>
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,         USM-94<br>
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.<br>
. *Rayer les mentions inutiles*

267246 - 07

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Changzhou Yinhe Wood Industry Co., Ltd.
Court Case No.: 11-1672

13-SXS-1021

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations
Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at  Beijing  the  Dec 16, 2013
*Fait à* _____

Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 07

FX-13-771
SX-13-1021

## Changzhou City Intermediate People's Court of Jiangsu Province

### Proof of Service

[Seal affixed: Changzhou City Intermediate People's Court of Jiangsu Province]

| Cause of Action | Judicial Assistance to Serve | Case No. | Changzhou Intermediate Judicial Assistance (2013) 5 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One copy of document summary<br>One copy of other documents | | |
| The Addressee | Changzhou Yinhe Wood Industry Co., Ltd. | | |
| Address for Service | Qianfeng Industrial Park, Henglin Town, Changzhou | | |
| Signature or Seal of the Addressee | | Year    Month    Day | |
| The Addressee's Agent and Reason for such Agency | | Year    Month    Day | |
| Remarks | The party refused to sign and accept.<br><br>Xuechao Weng<br>Wen Xu          9.4.2013 | | |

Issued by: Xuechao Weng                    Servers: Wen Xu

FX-13-704

SX-13-1021

# 江苏省常州市中级人民法院

# 送达回证

| 案 由 | 协助送达 | 案 号 | 常中法协(2013)字第 5 号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书报告一份<br>其他文书各一份 | | |
| 受送达人 | 常州银河木业有限公司 | | |
| 送达地址 | 常州市横林镇勤丰工业园 | | |
| 受送达人签名或盖章 | | | 年　月　日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | 当事人拒绝签收。<br>　　　　　翁家兰<br>　　　　　徐文　2013.9.4 | | |

填发人 翁家兰　　　　　送达人 徐文