13-SXS-1012

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* China Xuzhou International Economic & Technological Cooperation Co., Ltd.
4/F Yingdu Bldg, 120 Huaihai West Rd., Xuzhou, Jiangsu, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à*   Minneapolis, Minnesota, U.S.A.   , the / *le*  5/28/13

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116, which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

267246 - 65

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

*Law Association No. FX-13-825*
*Judicial Association No. SX-13-1012*

| Cause of Action | | Case No. | Jiangsu Superior Court Service [2013] No. 701 |
|---|---|---|---|
| Document Served and Number | Summary of Document to be served; Summons in a Civil Action; Plaintiffs' Charles and Mary Back, et al, Omnibus Class Action Complaint in Intervention (XV) with Exhibit A and B; Conditional Transfer Order (CTO-22) with attached schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations. | | |
| Servee/Recipient | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | | |
| Address for Service | 4/F Yingdu Building, 120 Huahai West Road, Xuzhou City, (Jiangsu Province, China). | | |
| Signature or seal by Recipient | ZhaoTian (Company staff) | | August 13, 2013 |
| Substitute Recipient and Reason for Substitution | | | Date |
| Notes | | | |

Issuer:　　　　　　　　　　Server:　Liu Jing　Xu Haiqing

13-SXS-1012

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: China Xuzhou International Economic & Technological Cooperation Co., Ltd.
Court Case No.: 11-1672

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* _August 13, 2013_
   - at (place, street, number)
   - *à (localité, rue, numéro)* _Floor 4, Yingdu Building, No. 130 Huaihai Road, Xuzhou City, Jiangsu Province, China_
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         *b) selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         *c) par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _Zhao Tian_

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Company Staff._

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, *et. al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at _Beijing_ , the _October 17, 2013_
*Fait à* , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

2

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

267246 - 65

徐 州 市 中 级 人 民 法 院

送 达 回 证

FX-13-825
SX-13-1012

| 案　由 | | 案号 | 彭店成协[2013]字第701号 |
|---|---|---|---|
| 送达文书名称和件数 | Summary of Document to be Served. Summons in a civil Action. Plaintiffs' Charles and Mary Back. et. al., Omnibus class Action complaint in intervention (XV) with Exhibits A and B Contional Transfer order (CTO-22) with attached Schedule Plaintiffs' Class Action Complaint with Exhibit "A" Translations | | |
| 受送达人 | 中国徐州国际经济和技术合作有限公司 | | |
| 送达地址 | 徐州市淮海路120号颖都大厦4楼 | | |
| 受送达人签名或盖章 | 赵卡林(272人员) 2013年8月13日 | | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | | | |

填发人　　　　　　　　　　　　送达人 刘苹 徐洺吉