APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SYS-1022

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*       Fuxin Taishan Gypsum and Building Material Co., Ltd.
_____Pingxi Industrial Park North, Haizhou District, Fuxin, Liaoning 123000, China_____

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at                                                              , the   5/28/13
*Fait à*   Minneapolis, Minnesota, U.S.A.   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 08

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Fuxin Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 11-1672

**CERTIFICATE**
*ATTESTATION*

13-SXS-1022

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1) *que la demande a été exécutée*
   - the (date)
   - *le (date)* __August 5, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Pingxi Industrial Park North, Haizhou District, Fuxin City, Liaoning Province, China. (The company refused to accept the documents, but the court officers left the documents at the company)__
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
      b)  *selon la forme particulière suivante:* _____
      
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
      c)  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

Done at
*Fait à* __Beijing__ [seal: 中华人民共和国 司法部 民商事司法协助专用章] __Oct. 3, 2013__
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 08

SX-13-1022

Liaoning Province Higher People's Court

Liaoning Higher Court Foreign (2013) 51-1

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance (2013) 773 with regards to the U.S. request to serve legal documents to Fuxin Taishan Gypsum and Building Material Co., Ltd., the legal representative of the addressee refused to sign and accept, our servers left the documents to be served at the company, please see the statement attached herewith.

August 28, 2013
[Seal affixed: Authorized Seal of Judicial Assistance of Liaoning Province Higher People's Court, the People's Republic of China]

SX-13-01022

# 辽宁省高级人民法院

辽高法外他字（2013）51-1 号

最高人民法院外事局：

  贵院法协（2013）773 号关于美国请求向阜新泰山石膏建材有限公司送达法律文书一事，受送达人法定代表人拒绝签收，送达人员按照留置送达的方式将送达文书留在了该公司，现将情况说明附后，请查收。

中华人民共和国
辽宁省高级人民法院
司法协助专用章
2013年

Statement

In response to the requirement of the letter numbered Liaoning Higher Court Foreign (2013) 51 from Liaoning Province Higher People's Court, servers from this court arrived at Fuxin Taishan Gypsum and Building Material Co., Ltd. at about 9:55 a.m. on August 5, 2013 to serve it with the legal documents, Fazhen Xue, the legal representative and general manager of the company, refused to sign and accept them, our servers left the legal documents for serving at the company, they are Jixiang Zhang, Yujun Sun, and Yu Song.

[seal affixed: Fuxin City Intermediate People's Court of Liaoning Province]
August 5, 2013

# 情 况 说 明

根据辽宁省高级人民法院辽高法外他字（2013）51 号函的要求，我院送达人员于 2013 年 8 月 5 日上午 9 时 55 分左右到阜新泰山石膏建材有限公司向其送达法律文书，该公司法定代表人、总经理薛法珍拒绝签收，送达人员将送达的法律文书留在了该公司。送达人员是：张吉相、孙玉俊、宋宇。

