APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*   Hubei Taishan Building Material Co., Ltd.
Jingmen High and New Technology Industrial Park, Hubei 448000, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at  Minneapolis, Minnesota, U.S.A. 55439 , the 5/28/13
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)  USM-94  (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

367246 - 09

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Hubei Taishan Building Material Co., Ltd.
Court Case No.: 11-1672

13-SXS-1023

CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __Oct. 14, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Jingmen High and New Technology Industrial Park, Hubei Province, China__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to: (The Court officiers left the documents
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)                             at the Company)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiff Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:     Done at Beijing, Nov. 29, 2013
*Le cas échéant, les documents justificatifs de l'exécution:*
                                                              and/or stamp [SEAL: 中华人民共和国 司法部 民商事司法协助专用章]
                                                              */ou cachet*

* Delete if inappropriate.                                    2
  *Rayer les mentions inutiles.*

267246 - 09

Jingmen City Duodao District People's Court of Hubei Province

[seal affixed: Jingmen City Duodao District People's Court]

Proof of Service

FX-13-760  SX-13-1023

| Cause of Action | | Case No. | (    ) Hubei Duodao |
|---|---|---|---|
| Name of Documents Served | One copy of summary of documents to be served, one copy of other documents (See the list in the Request) | | |
| Addressee | Hubei Taishan Building Materials Co., Ltd. | | |
| Address for Service | The office of the company at Jingjiang High and New Technology Industrial Park, Hubei | | |
| Signature or Seal of Addressee | Year     Month     Day | | |
| The Addressee's Agent and Reason for such Agency | Year     Month     Day | | |
| Remarks | At about 9:50 a.m. on October 14, 2013, the staff in the office of Hubei Taishan Building Materials Co., Ltd. refused to sign after accepting the documents, service was made by leaving the documents there according to the law. | | |

Issued by: [illegible]              Servers: [illegible], Jianghai Guo

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 108 of the Criminal Procedure Law; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 85 and 86 of the Civil Procedure Law.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 湖北省荆门市掇刀区人民法院
# 送 达 回 证

FX-13-76
SX-13-1023

| 案　由 | | 案号 |（　）鄂掇刀　　字第　　号 |
|---|---|---|---|
| 送达文书名称和件数 | 被送达文书摘要壹份，其他文书各壹份。（没民诉状书所列请单） | | |
| 受送达人 | 湖北泰山建材有限公司 | | |
| 送达地址 | 该公司办公室，湖北荆门高新技术园区 | | |
| 受送达人签名或盖章 | | 年　月　日 | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | 2013年10月14日上午9时50分许湖北泰山建材有限公司办公室工作人员收下上述文书后拒绝签字，依法留置送达。 | | |

填发人：（签名）　　　　　送达人：（签名）、（签名）

注：①送达刑事诉讼文书，按照刑事诉讼法第一百零五条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第八十五条、第八十六条的规定办理。
②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。