APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Jiangsu Easthigh Group Import & Export Co., Ltd.
   3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing, 210001 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b);*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Énumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at   APS INTERNATIONAL
*Fait à*   APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439, the 5/28/13
Minneapolis, Minnesota, U.S.A., *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 66

Jiangsu Law Association No. (2013) 703

# NANJING CITY QINHUAI DISTRICT PEOPLE'S COURT

## JUDICIAL ASISTANCE

## PROOF OF SEERVICE

Law Association No. FX-13-827
Judicial Association No. XS-13-1011

[Seal of Server Court] Nanjing City Qinhuai District People's Court]

| | |
|---|---|
| Service Court Case Number | (2013) Qinhuai People's Court Judicial Assistance Request (Service) No. 3 |
| Request County/Reagion | United States    Cause of Action    Assistance for executing service of legal documents |
| Document Served and Number | Summary of documents for service, one copy; other documents and and translations |
| Servee/Recipient | Jiangsu Easthigh Group Import & Export Co., Ltd. |
| Designated Address for Service | 3F, Jiangsu International Trade Building, No. 50 Zhonghua Road, Nanjing City, (Jiangsu Province, China). |
| Actual Address for Service | ☐ Same as above.    ☐ Changed address for service |
| Signature or seal by Recipient | Zhu, Bao Jun<br>[Seal] Jiangsu Easthigh Group Import & Export Co., Ltd.<br>August 13, 2013 |
| Substitute Recipient and Reason for Substitution | Date |
| Reason for Failed Service | |

| Server's Signature or Seal | Mr. Zhu Baojun is Head of the Administrative Office of Jiangsu Easthigh Group Import & Export Co., Ltd.<br>　　　　Server:  Fang, Dong    (Judge)<br>　　　　　　　　Kong, Wei Jia  (Clerk) |
|---|---|

13-SXS-101

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Jiangsu Easthigh Group Import & Export Co., Ltd.
Court Case No.: 11-1672

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _August 13, 2013_
   - at (place, street, number)
   - *à (localité, rue numéro)* _Floor 3, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing City, Jiangsu Province, China._
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____

       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _Zhu Baojun, With a seal of the company_

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Office manager of the company_

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, *et. al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at
*Fait à* _Beijing_ [Chinese seal: 中华人民共和国司法部 民商事司法协助专用章] _17, 2013_
Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 66

# 南京市秦淮区人民法院司法协助
# 送 达 回 证

东京法协
(2013) 70号

FX-13-827
SX-13-1011

| 送达法院案号 | （2013）秦法助受请(送)字第3号 | | |
|---|---|---|---|
| 请求国家/地区 | 美国 | 案由 | 协助送达民事司法文书 |
| 送达文书名称和件数 | 被送达文书概要一份；其他文书；文书译文。 | | |
| 受送达人 | 江苏东恒集团进出口有限公司 | | |
| 指定送达地址 | 南京市中华路50号 江苏国际经贸大厦3楼 | | |
| 实际送达地址 | □同上址 □改送： | | |
| 受送达人签章 | 朱宝军　2013年8月　日 | | |
| 代收人签章 | 　年　月　日 | | |
| 未成功送达原因 | | | |
| 送达人签名或盖章 | 朱宝军先生系江苏东恒集团进出口有限公司办公室主任。送达人：方东（审判员）私章（书记员） | | |