APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SYS-1003

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

Nanhai Silk Imp. & Exp. Corporation
Block 1, 4 Nangui Road, West, Foshan, Guangdong 528200, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at APS INTERNATIONAL, APS International Plaza, 7800 Glenroy Road, the 5/28/13
*Fait à* Minneapolis, Minnesota, U.S.A. 55439, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94   (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

267246-16

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Nanhai Silk Imp. & Exp. Corporation
Court Case No.: 11-1672

13-SXS-1003

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* __August 12, 2013__
- at (place, street, number)
- *à (localité, rue numéro)* __Block 1, 4 Nanqui Road West, Foshan City, Guangdong Province, China & Room 1308, Tian'an Naihai Digital New City, No.1 Jianping Road, Haiguicheng, Foshan City, Guangdong Province, China.__ (The court officers left the documents at the address above.)
- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
   *b) selon la forme particulière suivante:* _____
   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____
- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at __Beijing__
*Fait à*                      *le* __Oct. 18, 2013__
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 16

(2013) 813
Foshan City Nanhai District People's Court of Guangdong Province
SX-13-1003
[seal affixed: Foshan City Nanhai District People's Court]

Proof of Service

| The Addressee | Nanhai Silk Imp. & Exp. Corporation | Cause of Action | |
|---|---|---|---|
| Address for Service | Unit 2, Room 1308, Tianan Nanhai Digital New City, 1 Jianping Road, Guicheng, Nanhai, Foshan City | | |

| Documents Served | The Addressee | Date of Receipt | Signature or Seal of Addressee | Reason for Inability to Serve |
|---|---|---|---|---|
| Civil Action Summons (English and translation version) from U.S. District Court for Eastern District of Louisiana, 1 page respectively. | Tao Lei<br><br>Jinlin Lai | Year Month<br><br>Day Hour | Our staff Jinlin Lai and Tao Lei went to both "Block 1, No. 4 Nangui West Road, Nanhai District, Foshan" and Room 1308, Tianan Digital New City, 1 Jianping Road, Guicheng, Nanhai" to make a registered serve on August 12, 2013, but the staff in both facilities refused to sign and accept on the ground that the person in charge was absent, therefore, we left the documents there as served.<br><br>Servers: Tao Lei<br>Jinlin Lai<br>August 12, 2013 |
| Plaintiffs' Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) (English and translation version), 5 pages respectively. | | | | |
| Amorin, Et Al,, V. Taishan Gypsum Co., Ltd., F/K/A Shandong Taihe Dongxin Co., Ltd., et al., Case No. 2:11-cv-1672 Exhibit "A" – Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XV) (English and translation version), 412 pages respectively | | Year Month<br><br>Day Hour | | |
| Amorin, Et Al,, V. Taishan Gypsum Co., Ltd., F/K/A Shandong Taihe Dongxin Co., Ltd., et al., Case No. 2:11-cv-1672 Exhibit "B" – Pro Se and Counsel Information of Plaintiffs Named in Plaintiffs' Omnibus Class Action Complaint (XV) (English and translation version), 19 pages respectively | | Year Month<br><br>Day Hour | | |
| U.S. Interregional Judicial Proceedings Collegial Panel (English and translation version), 2 pages respectively | | Year Month<br><br>Day Hour | | |
| Class Action Motion of U.S. District Court for Southern District of Florida (English and translation version), 73 pages respectively | | Year Month<br><br>Day Hour | | |
| Contact Information of Plaintiffs' Counsels and Plaintiffs (English and translation version), 3 pages respectively | | Year Month<br><br>Day Hour | | |
| Note | Nanhai Silk Imp. & Exp. Corporation is registered under "Guangdong Nanhai Silk Imp. & Exp. Corporation" with the Administration for Industry and Commerce of Foshan City, and the registered address is Unit 2, Room 1308, Tianan Nanhai Digital New City, 1 Jianping Road, Guicheng, Nanhai, Foshan City". It has an office at Block 1, No. 4 Nangui West Road, Nanhai District, Foshan City. | | | |

Note: 1. If the addressee is absent, leave the documents with his adult family member or another person to receive on his/her behalf.
2. If the documents are received on behalf, the person who receives the documents shall sign in the box of the addressee and indicate his/her relationship with the addressee.
3. Return this proof of service to our court upon affixing signature or seal by the addressee.

(2013) 813

# 广东省佛山市南海区人民法院 (X-13-1003

## 送 达 回 证

| 收件人 | 南海丝绸进出口有限公司 | | 案由 | | |
|---|---|---|---|---|---|
| 送达地点 | 佛山市南海桂城简平路1号天安南海数码新城1308室之二 | | | | |
| 送达文件 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 | |
| 路易斯安那州东区美国地区法院民事诉讼传票（英文件及翻译件）各1页。 | 雷涛 赖金林 | 年 月 日 时 | | 本院工作人员赖金林、雷涛于2013年8月12日前往"佛山市南海区南桂西路4号铺"和"南海桂城简平路1号天安数码新城1308室"进行登报送达，但上述两处工作人员均以负责人不在，拒绝签收，故本院依法留置送达。 送达人：雷涛 赖金林 2013年8月12日 | |
| 路易斯安那州东区美国地区法院原告CHARLES 和 MARY BACK 等人综合合并集体诉讼参加起诉书（十五）（英文件及翻译件）各5页。 | | 年 月 日 时 | | | |
| AMORIN 等起诉泰山石膏股份有限公司，前身为山东泰和东新股份有限公司等，案件号码：2:11-CV-1672 证物"A"一原告综合合并集体诉讼起诉书（十五）列名的原告（英文件及翻译件）各412页 | | 年 月 日 时 | | | |
| AMORIN 等起诉泰山石膏股份有限公司，前身为山东泰和东新股份有限公司等，案件号码：2:11-CV-1672 证物"B"原告综合合并集体诉讼起诉书（十五）的自我代表原告、原告的律师资料（英文件及翻译件）各19页 | | 年 月 日 时 | | | |
| 美国跨地区诉讼司法合议庭（英文件及翻译件）各2页 | | 年 月 日 时 | | | |
| 佛罗里达州南部地区美国地区法院集团诉讼申请书（英文件及翻译件）各73页 | | 年 月 日 时 | | | |
| 原告律师与原告联络信息（英文件及翻译件）各3页 | | 年 月 日 时 | | | |
| 备注 | "南海丝绸进出口有限公司"在佛山市工商行政管理局注册登记的名称为"广东南海丝绸进出口有限公司"，登记地址为"佛山市南海桂城简平路1号天安南海数码新城1308室之二"，该公司在 佛山市南海区南桂西路4号铺 有营业场所。 | | | | |

备注：（1）如收件人不在时，将文件交与他的成年家属或他人代收。

（2）如系代收，代收人应在收件栏内签名并注明与收件人关系。

（3）此证收件人签名盖章后，即退回我院（庭）。

Certificate

Nanhai District People's Court,

Upon search through the business information system of Guangdong Provincial Administration for Industry and Commerce, "Guangdong Nanhai Silk Imp. & Exp. Corporation" is a limited company registered with our administration, its registered number is 440682000192771, and the address is Unit 2, Room 1308, Building 1, Tianan Nanhai Digital New City, 1 Jianping Road, Guicheng Street, Nanhai District, Foshan City (Domicile is only for office purpose), its legal representative is Shaotang Mai, and it was established on June 26, 1986.

Upon search through the business information system of Guangdong Provincial Administration for Industry and Commerce, there was no market subject information of Nanhai Silk Imp. & Exp. Corporation as of August 16, 2013.

August 16, 2013

[Seal affixed: Authorized Seal for Publicizing Government Information of Nanhai District Administration for Industry and Commerce of Foshan City ]

# 证　明

南海区人民法院：

　　经广东省工商行政管理业务信息系统查询，"广东省南海丝绸进出口有限公司"为我局登记注册的有限公司，注册号：440682000192771，地址为佛山市南海区桂城街道简平路1号天安南海数码新城1栋1308室之二（住所仅作办公室用），法定代表人麦绍棠，成立时间为1986年6月26日。

　　经广东省工商行政管理业务信息系统查询，至2013年8月16日 14 时止暂没有名称为"南海丝绸进出口有限公司"的市场主体信息。



Business Registration Data in Machine-Readable Files

Current Status of Business: Establishment Registered
Business Name: Guangdong Nanhai Silk Imp. & Exp. Corporation
Domicile: Unit 2, Room 1308, Building 1, Tianan Nanhai Digital New City, 1 Jianping Road, Guicheng Street, Nanhai District, Foshan City (Domicile is only for office purpose)
Business License: 440682000192771          Telephone: 86335852
Business Type: Limited Liability Company   Number of Copy: 1
Registered Capital: RMB10,500,000 (Paid-in Capital: RMB10,500,000)
Legal Representative: Shaotang Mai
Registered Authority: Nanhai District Administration for Industry and Commerce of Foshan
Date of Approval: August 3, 2010
Industries: Wholesale of Textile, Knitwear and Raw Materials
Date of Establishment: June 26, 1986
Last Annual Inspection: 03-14-2013         Ending Date of Business Operation:
Scope of Business: Import and export of silk textile, light industry electrical and mechanical products, hardware and chemicals (except dangerous chemicals), Native Produce and Animal By-products, porcelain and crafts, stationery and sports products, as well as various products and technologies (Specifically, operate pursuant to Guangdong Office Letter [1986] 223: domestic sale of export products and import products, production, collection and domestic sale of silk.

|    | Name of Investor | Capital Contribution Subscribed | Proportion | Paid-in Capital |
|----|------------------|-------------------------------|------------|-----------------|
| 1  | Guangdong Silk Textile Group Corporation | RMB5,403,000 | 51.457% | RMB5,403,000 |
| 2  | Labor Union of Guangdong Nanhai Silk Company | RMB2,037,000 | 19.4% | RMB2,037,000 |
| 3  | Shaotang Mai | RMB450,000 | 4.286% | RMB450,000 |
| 4  | Ronghao Chen | RMB300,000 | 2.857% | RMB300,000 |
| 5  | Rongri He | RMB300,000 | 2.857% | RMB300,000 |
| 6  | Shaobing Liao | RMB300,000 | 2.857% | RMB300,000 |
| 7  | Ruimiao Deng | RMB150,000 | 1.429% | RMB150,000 |
| 8  | Guoqian Liang | RMB150,000 | 1.429% | RMB150,000 |
| 9  | Qibo Liu | RMB150,000 | 1.429% | RMB150,000 |
| 10 | Xianchu Chen | RMB150,000 | 1.429% | RMB150,000 |
| 11 | Jianguo Liu | RMB150,000 | 1.429% | RMB150,000 |
| 12 | Runzhao Li | RMB150,000 | 1.429% | RMB150,000 |
| 13 | Chijia Mai | RMB150,000 | 1.429% | RMB150,000 |
| 14 | Yizhu Mai | RMB150,000 | 1.429% | RMB150,000 |
| 15 | Weiji Mai | RMB150,000 | 1.429% | RMB150,000 |
| 16 | Xiuping Hao | RMB120,000 | 1.143% | RMB120,000 |
| 17 | Junquan Huang | RMB120,000 | 1.143% | RMB120,000 |
| 18 | Weixiong Yang | RMB120,000 | 1.143% | RMB120,000 |

[Right margin: truncated seal of Authorized Seal for Publicizing Government Information of Nanhai District Administration for Industry and Commerce of Foshan City (1)]

# 企业机读档案登记资料

企业目前状态:登记成立

企业名称:广东省南海丝绸进出口有限公司
住所:佛山市南海区桂城街道简平路1号天安南海数码新城1栋1308室之二（住所仅作办公室用）
企业法人营业执照 :440682000192771　　电话：86335852
企业类型:有限责任公司　　副本数：1
注册资本：人民币1050万元 （实收资本：人民币1050万元）
法定代表人:麦绍棠
登记机关:佛山市南海区工商行政管理局　　核准日期:二〇一〇年八月三日
所属行业:纺织品、针织品及原料批发　　成立日期:一九八六年六月二十六日
最后一次年检时间:2013-03-14　　经营截止日期:
经营范围:丝纺织品，轻工机电，五金化工（危险化学品除外），土畜产、陶瓷工艺、文体用品等商品和各类商品及技术的进出口业务(具体按粤办函[1986]223号经营:本公司出口商品转内销和进口商品内销业务,茧丝绸生产、收购、内销业务。

| | 投资者名称 | 认缴出资额 | 比例 | 实缴出资额 |
|---|---|---|---|---|
| 1 | 广东省丝绸纺织集团有限公司 | 540.3万元人民币 | 51.457% | 540.3万元人民币 |
| 2 | 广东省南海丝绸公司工会委员会 | 203.7万元人民币 | 19.4% | 203.7万元人民币 |
| 3 | 麦绍棠 | 45万元人民币 | 4.286% | 45万元人民币 |
| 4 | 陈荣浩 | 30万元人民币 | 2.857% | 30万元人民币 |
| 5 | 何荣日 | 30万元人民币 | 2.857% | 30万元人民币 |
| 6 | 廖少冰 | 30万元人民币 | 2.857% | 30万元人民币 |
| 7 | 邓瑞苗 | 15万元人民币 | 1.429% | 15万元人民币 |
| 8 | 梁国钳 | 15万元人民币 | 1.429% | 15万元人民币 |
| 9 | 刘启波 | 15万元人民币 | 1.429% | 15万元人民币 |
| 10 | 陈显初 | 15万元人民币 | 1.429% | 15万元人民币 |
| 11 | 刘建国 | 15万元人民币 | 1.429% | 15万元人民币 |
| 12 | 李润钊 | 15万元人民币 | 1.429% | 15万元人民币 |
| 13 | 麦炽嘉 | 15万元人民币 | 1.429% | 15万元人民币 |
| 14 | 麦一柱 | 15万元人民币 | 1.429% | 15万元人民币 |
| 15 | 麦维基 | 15万元人民币 | 1.429% | 15万元人民币 |
| 16 | 郝秀萍 | 12万元人民币 | 1.143% | 12万元人民币 |
| 17 | 黄俊权 | 12万元人民币 | 1.143% | 12万元人民币 |
| 18 | 杨伟雄 | 12万元人民币 | 1.143% | 12万元人民币 |



[The above information is for reference only, any photocopy after affixing the seal shall be null and void]

August 14, 2013

[Seal affixed: Authorized Seal for Publicizing Government Information of Nanhai District Administration for Industry and Commerce of Foshan City (1)]

[Truncated seal of Authorized Seal for Publicizing Government Information of Nanhai District Administration for Industry and Commerce of Foshan City (1)]

【以上资料仅供参考，盖章后复印无效】

2013年08月14日
























