APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*         SIIC Shanghai International Trade Group Pudong Co., Ltd.
                SIIC Building 30F., No. 18cao Xi Bei RD., Shanghai, 200030 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al. Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à*     Minneapolis, Minnesota, U.S.A.     , the
                                                *le*  5/28/13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles.*

267246 - 58

*Judicial Association No. SX-13-1032*

# THE PEOPLE'S REPUBLIC OF CHINA

# SHANGHAI SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shanghai Superior People's Court]

| Cause No. | Shanghai Superior Court International Service No. (2013) 0138 |
|---|---|
| Cause of Action | Law Association Receiving No. (2013) 776   U.S. |
| Documents Served and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy; documents, one copy. |
| Recipient (Unit) | SIIC Shanghai International Trade Group Pudong Co., Ltd. |
| Address for Service | SIIC Building 30F, No. 18 Cao Xi Bei RD., (Shanghai, China). |
| Recipient Signature or Seal | [Signature illegible]                                          Sept. 3, 2013 |
| Mode of Service Delivery |  Execution Server  |
| Reason(s) for Non-service or Servee's refusal to accept: | Date           Year |

2013-SXS-1032

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: SIIC Shanghai International Trade Group Pudong Co., Ltd.
Court Case No.: 11-1672

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* __September 3, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Floor 30, SIIC Building, No.18, Caoxi North Road, Shanghai, China__
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
       
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __The signature is not legible.__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Not mentioned.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, *et al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____
In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at __Beijing__, the __December 4__, 2013
*Fait à* _____ *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

367246 - 58

SX-13-1052

中华人民共和国
上海市高级人民法院

# 送 达 回 证

| 案号 | 沪高法外(2013) 0138 号 |
|---|---|
| 案由 | 法协（2013）776 号　　美国 |
| 送达文书名称和件数 | 被送达文书概要一份，传票一份，诉状一份，文书一份 |
| 受送达人 | 上海国际贸易集团浦东股份有限公司 |
| 送达地址 | 漕溪北路 18 号 SIIC 大楼 30 楼 |
| 受送达人签名或签章 | （签名）　　　2013 年 9 月 3 日 |
| 送达方式 | 　　　执行送达人　 |
| 不能送达的原因或受送达人拒收理由： | 年　月　日 |