APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SX-1045

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*  Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Dawenkou Daiyue District, East of National Road 104, 25 KM South, Tai'an City, Shandong, 271000 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*
1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs' Charles and Mary Back, et al. Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the
, le 5/28/13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)    USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 43

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 11-1672

13-SNS-1045

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* _____
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   The recipient refused to accept the documents

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at ___Beijing___ the ___Nov. 19, 2013___
*Fait à*
Signature and/or stamp. [seal: 中华人民共和国 司法部 领事司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246-43

SX-13-1045

## Shandong Province Higher People's Court

Shandong Higher Court Judicial Assistance Processing [2013] 80

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 811 on U.S. Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd., Taian City Intermediate People's Court of Shandong Province tried to serve said legal documents but was not successful as the addressee refused to accept them. Please note that those materials are hereby returned to you.

[Seal affixed: Foreign Affairs Office of Shandong Province Higher People's Court]

November 19, 2013

**Taian City Intermediate People's Court**

---

Letter of Taian City Intermediate People's Court of Shandong Province

Taian Intermediate Court Letter (2013) 20

Shandong Province Higher People's Court:

In response to your Shandong Higher Court Judicial Assistance Processing (2013) 80 on <u>U.S. Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.</u>, the service was not successful as <u>the addressee refused to accept them</u>. Please note that those materials are hereby returned to you.

Taian City Intermediate People's Court

November 4, 2013

[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

- 1 -

Office of Taian City Intermediate People's Court        Printed and Issued on Nov. 4, 2013

# Taian City Intermediate People's Court

## Statement of Reason for Inability to Serve

Shandong Province Higher People's Court,

In response to your Shandong Higher Court Judicial Assistance Processing (2013) 80 on <u>U.S. Request to Serve Legal Documents to Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd.</u>, the service was not successful as <u>Taishan Gypsum Co., Ltd., formerly known as Shandong Taihe Dongxin Co., Ltd. refused to accept them</u>.

This statement is hereby made.

[Seal affixed: Taian City Intermediate People's Court of Shandong Province]

October 24, 2013

# 山 东 省 高 级 人 民 法 院

鲁高法协受(2013)80号

最高人民法院外事局：

  贵院法协[2013]811号关于_____美国_____请求向 Taishan Gypsum Co., Ltd, formerly known as Shandong Taihe Dongxin Co., Ltd（泰山石膏股份有限公司，前身为山东泰和东新股份有限公司）送达法律文书一事，业已经__山东省泰安市中级人民法院__将该法律文书进行了送达。因**受送达人拒收**原因未能成功送达，现将所附材料退回，请查收。



2013年11月19日

# 山 东 省 高 级 人 民 法 院

# 泰安市中级人民法院

## 山东省泰安市中级人民法院函

泰中法函（2013）20号

山东省高级人民法院：

贵院鲁高法协受（2013）80号关于美国请求向 Taishan Gypsum Co.,Ltd,formerly known as Shandong Taihe Dongxin Co.,Ltd(泰山石膏股份有限公司,前身山东泰和东新股份有限公司)送达法律文书一事,因受送达人拒收原因未能送达,现将所附材料退回,请查收。



泰安市中级人民法院
2013年11月4日

# 山东省泰安市中级人民法院
# 未能送达原因说明

山东省高级人民法院：

贵院鲁高法协受（2013）80号关于美国请求向 Taishan Gypsum Co.,Ltd,formerly known as Shandong Taihe Dongxin Co.,Ltd(泰山石膏股份有限公司,前身山东泰和东新股份有限公司)送达法律文书一事，因 Taishan Gypsum Co.,Ltd,formerly known as Shandong Taihe Dongxin Co.,Ltd（泰山石膏股份有限公司,前身山东泰和东新股份有限公司）拒收而未能送达。

特此说明。



二〇一三年十月二十四日