APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

13-SYS-1019

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)

Taishan Gypsum (Henan) Co., Ltd.
Shouyang Industrial Park, Beihuan Road North, Yanshi, Henan, 471900 China

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)   *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at _____ Minneapolis, Minnesota, U.S.A. _____ , the 5/28/13
*Fait à*                                                   *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate.
  *Rayer les mentions inutiles*

267246 - 35

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Henan) Co., Ltd.
Court Case No.: 11-1672

13-SXS-1019

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___August 22, 2013___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Shouyang Industrial Park, Beihuan Road North, Yanshi City, Henan Province, China. ( The court officers left the documents at the company. Ma Yimin and Yuan Jitao could testify.)___
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* ___
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* ___

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Beijing___, le ___Sep. 24, 2013___
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet* [Chinese seal: 中华人民共和国司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246-35

SX-13-1019
No. 0044746

| | Henan Provincial Higher People's Court<br>Proof of Service<br>[Seal affixed: Henan Provincial Higher People's Court] | | | | |
|---|---|---|---|---|---|
| The Addressee | Taishan (Henan) Gypsum Co., Ltd. | Cause of Action | Damage Claim   Dispute | | |
| Address for Service | Shouyang Industrial Park, Beihuan Road North, Yanshi City, Henan Province | | | | |
| Documents Served | Issuer | Server(s) | Date of Service | Signature or Seal of the Addressee | Reason for Inability to Serve |
| Judicial Assistance (2013) 774 | Juenian Ye | Yi Zhang<br>Yan Zhang | 10:00<br>8-22-2013 | | The documents were left there. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Remarks | Witnesses: Yimin Ma       Jitao Ma | | | | |

Note: (1) If the addressee is not present, deliver the documents to his adult family member, neighbor, his employer or the township government, village committee or neighborhood office where the addressee resides as his agent.
   (2) For service to the addressee's agent, the receiving person shall affix his/her signature or seal in the column of the addressee's agent and indicate his/her relationship with the addressee.

SX-13-1019

№ 0044746

# 河南省高级人民法院

## 送达回证

| 收件人 | 泰山（河南）石膏有限公司 | 案由 | 索求赔偿 纠纷 |
|---|---|---|---|

| 送达地点 | 河南省偃师市北环北路首阳工业园 |
|---|---|

| 送达文件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 | 不能送达理由 |
|---|---|---|---|---|---|
| 法协（2013）774号 | 叶新 | 张楚、张彦 | 2014年8月23日10时 | | 留置送达 |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |
| | | | 年 月 日 时 | | |

| 备注 | 见证人：马益民、屈继涛 |
|---|---|

注：（1）如收件人不在时，将文件交与他的成年家属、近邻、工作机关或收件人居住地的乡政府、村委会或街道办事处代收。
（2）如系代收，代收人应在收件人栏内签名或盖章注明收件人的关系。