APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

SX-13-1020

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*

Taishan Gypsum (Hengshui) Co., Ltd.
Renmin West Road, (Hengfeng Power Plant Ecology Industrial Park), Hengshui City, 053000 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à* _____Minneapolis, Minnesota, USA 55439_____, the _5/28/13_ *le*

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota, USA 55439

* Delete if inappropriate.
· *Rayer les mentions inutiles*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

267246 - 36

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Hengshui) Co., Ltd.
Court Case No.: 11-1672

# CERTIFICATE
# ATTESTATION

B-SXS-1020

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1) that the document has been served*
1. que la demande a été exécutée
- the (date)
- le (date) _____
- at (place, street, number)
- à (localité, rue numéro) _____

- in one of the following methods authorised by article 5-
- dans une des formes suivantes prévues à l'article 5:
[ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     a)  selon les formes légales (article 5, alinéa premier, lettre a).
[ ] (b) in accordance with the following particular method*:
     b)  selon la forme particulière suivante: _____
[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
     c)  par remise simple

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:
- (identity and description of person)
- (identité et qualité de la personne) _____

- relationship to the addressee (family, business or other):
- liens de parenté, de subordination o autres, avec le destinataire de l'acte: _____

2) that the document has not been served, by reason of the following facts*:
2. que la demande n'a pas été exécutée, en raison des faits suivants: Attempted service on September 20, 2013, the Deputy Factory Director of the company refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
Annexes

Documents returned:
Pièces renvoyées:

In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution: _____

Done at _____
Fait à  Beijing , the October 21, 2013
Signature and/or stamp.
Signature et/ou cachet.

[Chinese seal: 中华人民共和国 司法 民商事司法协助专用章]

*delete if inappropriate.
*rayer les mentions inutiles.

2

267246 - 36

Hengshui City Intermediate People's Court of Hebei Province

Proof of Service

[Seal affixed: Hengshui City Intermediate People's Court of Hebei Province]

| | ( ) |
|---|---|
| Cause of Action | |
| The Addressee | Taishan Gypsum (Hengshui) Co., Ltd. |
| Address for Service | |
| Name and Number of Copies of Documents Served | One summary of document(s) to be served, one copy of other documents (see the list in the Request) |
| Signature or Seal of the Addressee | |
| Date of Receipt | Year     Month     Day     Time |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | |
| Server | Yuelin Zhu     Hongmei Du |
| Remarks | At 10:50 a.m. on September 30, 2013, tried to serve Taishan Gypsum (Hengshui) Co., Ltd., Qiwei Ma, deputy factory director of the company refused to sign and accept.<br><br>Hongmei Du     Yuelin Zhu |

Note: 1. If the addressee is not present, deliver the documents to his adult family member or the person in charge of his work unit to receive on his behalf.
2. For receipt by any agent, the receiving person shall affix his/her signature or seal in the column of the addressee, and stated his/her relation to the addressee.
3. If the addressee or his/her agent refuses to accept or affix his/her signature or seal, the server may invite his/her neighbor or other witness to the scene and explain the situation, leave the documents at his residence, and write down the reason for refusal and date of service on the proof of service, which is signed by the server and considered served.

SX-13-1020
Hebei Province Higher People's Court

Hebei Higher Court Judicial Assistance [2013] 39

Foreign Affairs Bureau of Supreme Court,

With regards to your letter numbered Judicial Assistance [2013] 764 for the request from the U.S. to serve legal documents to Taishan Gypsum (Hengshui) Co., Ltd. (Address: Renmin West Road, (Hengfeng Power Plant Ecology Industrial Park), Hengshui City, 053000 China), Hengshui City Intermediate People's Court of Hebei Province went to serve said legal documents, which the company refused to sign and accept, so the service was not possible; please note that the documents are returned herewith.

[Seal affixed: Authorized Seal of Judicial Assistance of Hebei Province Higher People's Court, the People's Republic of China]

October 9, 2013

# 河 北 省 衡 水 市 中 级 人 民 法 院



(      ) 字 第     号

| 案　　　由 | |
|---|---|
| 受 送 达 人 | 泰山石膏（衡水）股份有限公司 |
| 送 达 地 点 | |
| 送 达 文 书 | 被送达文书概览1份　其他文书各1份（详见诉状所引清单） |
| 收件人签名盖章 | |
| 收 到 日 期 | 年　　月　　日　　时 |
| 代收人记明<br>代收理由 | |
| 送 达 人 | 朱跃林　庄红梅 |
| 备　　　注 | 2013年9月30日上午10时30分送达至泰山石膏（衡水）股份有限公司，该公司副厂长马育伟拒不签收。<br><br>庄红梅<br>朱跃林 |

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接受或签名、盖章时，送达人可邀请他的邻居或其
　　　他证人到场，说明情况，把文书留在他的住处，在送达证人记明拒绝的事由
　　　和送达日期，由送达人签名，即认为已经送达。

1


430303133313

SX-13-1020

# 河北省高级人民法院

冀高法协[2013]39号

最高法院外事局：

  贵院法协[2013]764号，美国请求向 Taishan Gypsum(Hengshui) Co.,Ltd 泰山石膏(衡水)股份有限公司（地址：Renmin West Road, (Hengfeng Power Plant Ecology Industrial Park),Hengshui City, 053000 China）送达法律文书。业经河北省衡水市中级人民法院送达该法律文书，该公司表示拒不签收，无法送达，现将文件退回，请查收。

中华人民共和国
河北省高级人民法院
司法协助专用章

二〇一三年十月九日