UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**MOTION TO EXTEND DEADLINE FOR FILING OF**
**AFFIDAVIT PURSUANT TO PRE-TRIAL ORDER NO. 28**

Plaintiffs' Liaison Counsel Russ M. Herman moves this Court for an order extending the deadline for submission of the Initial Affidavit as set forth in Step 2, Paragraph 4 of Pre-Trial Order No. 28 entered January 10, 2014 [Rec. Doc. 17379]:

1.

Pre-Trial Order No. 28 sets forth a procedure to address attorney fees and cost reimbursement in this litigation.

2.

The time frames for actions required in Step 1 which includes Paragraphs 1, 2 and 3 of Pre-Trial Order No. 28 have passed.

3.

Philip Garrett, the court appointed CPA has been reviewing certain amendments to time submissions filed by counsel and it would be beneficial to allow plaintiffs' counsel additional time within which to prepare and submit the Initial Affidavit.

1

4.

The Initial Affidavit required in Paragraph 4 of Pre-Trial Order No. 28 is to be submitted by no later than March 7, 2014.

5.

Movant requests that the deadline for submission of Initial Affidavits be extended from March 7, 2014 until March 10, 2014.

Respectfully submitted,

Dated: February 26, 2014           /s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of February, 2014

/s/ Leonard A. Davis_____
Leonard A. Davis, Esquire
Herman, Herman, Katz & LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047