UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE
FOR FILING OF AFFIDAVIT PURSUANT TO PRE-TRIAL ORDER NO. 28**

PTO 28 was entered by the Court on January 10, 2014. Since that time counsel have been busy complying with Step 1 of the Order. The Initial Affidavit is scheduled to be filed by any counsel and their respective law firm that seeks compensation for common benefit attorneys fees and reimbursement of expenses by no later than March 7, 2014. Additional time is necessary as the court appointed CPA Philip Garrett continues to review submissions made by counsel. A request is made to extend the deadline from March 7, 2014 until March 10, 2014.

Respectfully submitted,

Dated: February 26, 2014

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 26th day of February, 2014.

              /s/ Leonard A. Davis
              Leonard A. Davis, Esquire
              Herman, Herman & Katz, LLC
              820 O'Keefe Avenue
              New Orleans, Louisiana 70113
              Phone: (504) 581-4892
              Fax: (504) 561-6024
              LDavis@hhklawfirm.com
              Plaintiffs' Liaison Counsel
              MDL 2047