UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO ALL CASES | |

**O R D E R**

AND NOW, on this _____ day of _____, 2014, upon consideration of Plaintiffs' Motion to Extend Deadline for Filing of Affidavit Pursuant to Pre-Trial Order No. 28, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge