APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

SX-13-995

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*                      Taishan Gypsum (Pizhou) Co., Ltd.
            Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu, 221200  China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à* _____ Minneapolis, Minnesota, U.S.A. _____ , the 5/28/13
                                                          *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                           (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 39

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Pizhou) Co., Ltd.
Court Case No.: 11-1672

13-SXS-995

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
- the (date) _____
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
  b) *selon la forme particulière suivante:* _____
  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
  c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants:*
The Court Officers come to that Company twice, but there were nobody to receive the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at Beijing , the Nov. 22, 2013
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*
[Chinese seal: 中华人民共和国 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 39

Pizhou City People's Court

Proof of Service

[Seal affixed: Pizhou City People's Court]

| Cause of Action | | Case Number | (    ) No. |
|---|---|---|---|
| Name and Number of Copies of Documents Served | Entrusted service of documents by Jiangsu Province Higher People's Court, attachments required to be served by Jiangsu Higher Court Judicial Assistance [2013] 696 | | |
| The Addressee | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | Office building of Taishan Gypsum (Pizhou) Co., Ltd. at Yunhe Bridge West, Xulian Road, Pizhou City | | |
| Signature or Seal of the Addressee | Year    Month    Day | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year    Month    Day | | |
| Remarks | We went to the office building of the gypsum factory to serve at 17:30 on August 13, 2013, nobody accepted them. | | |

Issuer: Qing Xu

Servers:   Qing Xu     Hui Gao

[Left margin: Binding Line]

Pizhou City People's Court

Proof of Service
[Seal affixed: Pizhou City People's Court]

| Cause of Action | | Case Number | (    ) No. |
|---|---|---|---|
| Name and Number of Copies of Documents Served | Entrusted service of documents by Jiangsu Province Higher People's Court, attachments required to be served by Jiangsu Higher Court Judicial Assistance [2013] 696 | | |
| The Addressee | Taishan Gypsum (Pizhou) Co., Ltd. | | |
| Address for Service | Office building of Taishan Gypsum (Pizhou) Co., Ltd. at Yunhe Bridge West, Xulian Road, Pizhou City | | |
| Signature or Seal of the Addressee | Year    Month    Day | | |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year    Month    Day | | |
| Remarks | We went to the office building of the gypsum factory to serve at 17:20 on August 26, 2013, nobody accepted them. | | |

Issuer: Qing Xu                    Servers:  Qing Xu     Hui Gao

[Left margin: Binding Line]

Jiangsu Province Higher People's Court

Jiangsu Province Higher People's Court
Letter of Entrusted Service

Jiangsu Higher Court Judicial Assistance [2013] 696

Pizhou City People's Court:

You are hereby entrusted to serve relevant documents which are request by <u>the USA</u> to serve <u>Taishan Gypsum (Pizhou) Co., Ltd.</u> at the address: <u>Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu, 221200 China</u>. Please serve the addressee upon receipt of the same immediately, and send the Proof of Service back to our foreign affairs office as soon as possible.

Attachments:   A summary of documents to be served

A copy of other documents (See the list in the request)

(All the above documents have Chinese translation versions)

July 18, 2013
[seal affixed: Authorized Seal for Judicial Assistance of Jiangsu Province Higher People's Court, the People's Republic of China]

Contact: Wenqiang Zhang              Telephone: 025-83785263

The Supreme People's Court of the People's Republic of China

696

Judicial Assistance (2013) 833

Jiangsu Province Higher People's Court:

We have received a request from the U.S.A. to serve relevant documents to Taishan Gypsum (Pizhou) Co., Ltd. Upon preliminary examination, this request is in compliance with the service convention or the provisions of bilateral judicial assistance treaty. It is hereby forwarded to you for further examination, if there is no different opinion, please arrange for the service according to the provisions and send the Proof of Service back to us in a timely manner.

Addressee: Taishan Gypsum (Pizhou) Co., Ltd.

Address: Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu 221200 China

List of Documents for Service:
1. A summary of documents for service
2. One copy of other documents (see the list in the Request)
   (All the documents above have Chinese translation versions)

July 11, 2013
[Seal affixed: Authorized Seal for Judicial Assistance of the Supreme People's Court of the People's Republic of China]

<u>Jiangsu Province Higher People's Court</u>

SX-13-995

Jiangsu Higher Court Judicial Assistance [2013] 696

Foreign Affairs Bureau of the Supreme People's Court,

In response to your Judicial Assistance [2013] 833 on the <u>U.S.</u> Request to Serve Relevant Documents to <u>Taishan Gypsum (Pizhou) Co., Ltd.</u>, at the address: <u>Yunhe Bridge West, Xulian Pizhou City, Jiangsu, 221200 China</u>, <u>Pizhou City</u> People's Court of our province has tried to serve said documents, the service was not successful for some reason. Please note that those materials attached herewith are returned to you.

[Seal affixed: Authorized Seal of Judicial Assistance of Jiangsu Province Higher People's Court, the People's Republic of China]

October 23, 2013

Contact: Wenqiang Zhang          Telephone: 025-83785263

# 邳州市人民法院

## 送达回证

| 案　由 | | 案　号 | (　)　字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 江苏省高级人民法院委托送达材料，苏高法协[2013]69号要求送达的附件. | | |
| 受送达人 | 泰山石膏（邳州）有限公司 | | |
| 送达地址 | 邳州市徐连路运河大桥西泰山石膏（邳州）有限公司办公楼 | | |
| 受送达人签名或盖章 | | 年　月　日 | |
| 代收人及代收理由 | | 年　月　日 | |
| 备　考 | 2013年8月13日17:30分到该石膏板厂办公楼送达，无人接收 | | |

填发人　许晴　　　　送达人　许晴　萧慧

# 邳州市人民法院

## 送达回证

| 案　由 | | 案　号 | （　）字第　号 |
|---|---|---|---|
| 送达文书名称和件数 | 江苏省高级人民法院委托送达材料·苏高法协[2013]69号要求送达的附件 | | |
| 受送达人 | 泰山石膏(邳州)有限公司 | | |
| 送达地址 | 邳州市徐连路运河大桥西泰山石膏(邳州)有限公司办公楼 | | |
| 受送达人签名或盖章 | 　年　月　日 | | |
| 代收人及代收理由 | 　年　月　日 | | |
| 备　考 | 2013年8月26日 17:20分到该厂办公楼区送达,无人接收 | | |

填发人 许晴　　　　　　　　　送达人 许晴 高建

# 江苏省高级人民法院

江苏省高级人民法院

委托送达函

苏高法协[2013]696号

邳州市人民法院：

　　美国 请求向 Taishan Gypsum (Pizhou) CO., Ltd. 地址 Yunhe Bridge West, Xulian Pizhou City, Jiangsu, 221200 China（江苏省邳州市徐连路运河大桥西）送达有关文书，，现委托你院送达该文书。请收到后即向当事人送达，并将送达回证尽快寄回我院办公室外事办。
　　附件：被送达文书概要一份
　　　　　其他文书各一份（详见请求书清单）
　　　　　（以上文书有中文译文）

中华人民共和国
江苏省高级人民法院
司法协助专用章

联系人：张文强　　　　　　　　　　电话：025-83785263

# 中华人民共和国最高人民法院

法协（2013）833号

江苏省高级人民法院：

  我局收到美国请求向Taishan Gypsum(Pizhou)Co.,Ltd（泰山石膏（邳州）有限公司）送达的有关文书。经初步审查，其请求符合有关送达公约或中外双边司法协助协定的规定。现转你院进一步审查，如无不同意见，请按规定安排送达并及时将送达回证寄回我局。

  受送达人：Taishan Gypsum（Pizhou）Co.,Ltd（泰山石膏（邳州）有限公司）

  送达地址：Yunhe Bridge West, Xulian Road, Pizhou City, Jiangsu, 221200 China（江苏省邳州市虚链路运河大桥西）

  所送达的文书清单：

  1、 被送达文书概要一份

  2、 其他文书各一份（详见请求书所列清单）

（以上文书有中文译文）

# 江苏省高级人民法院

Sx-13-995

苏高法协[2013]696号

最高人民法院外事局：

贵院法协[2013]833号文关于美国请求向 Taishan Gypsum（Pizhou）CO.,Ltd. 地址 Yunhe Bridge West ,Xulian Pizhou City , Jiangsu , 221200 China 送达有关文书，经我省 邳州市人民法院协助向有关当事人送达，因故未能送达成功。现将相关材料附后，请查收。

[盖章：中华人民共和国江苏省高级人民法院司法协助专用章  2013年10月23日]

联系人：张文强            电话：025-83785263