APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-996

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Taishan Gypsum (Tongling) Co., Ltd.
Jinqiao Industrial Park, Tongling Anhui, 244000 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at _____, the 5/28/13
*Fait à* Minneapolis, Minnesota, U.S.A. *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)   USM-94   (Est. 11/22/77)

* Delete if inappropriate.
*. Rayer les mentions inutiles*

267246 - 40

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Tongling) Co., Ltd.
Court Case No.: 11-1672

13-SXS-996

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __July 26, 2013__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Jingiao Industrial Park, Tongling City, Anhui Province, 244000, China.__
   __(The company refused to accept the documents. The court officers left the documents at the company)__
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     - [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     - [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____
     - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at
*Fait à* __Beijing__ 中华人民共和国, the __Sep. 2, 2013__, *le*
司法部
Signature and/or stamp.
*Signature et/ou cachet.* 司法协助专用章

* Delete if inappropriate.
 *Rayer les mentions inutiles.*

2

267245 - 40

The People's Republic of China

FX-13-782 SX-13-996

Anhui Provincial Higher People's Court

Proof of Service

[Seal affixed: Anhui Provincial Higher People's Court]

(2013) Anhui Assistance 00018

| | |
|---|---|
| Cause of Action | |
| The Addressee | Taishan Gypsum (Tongling) Co., Ltd. |
| Address for Service | |
| Documents Served | One summary of document(s) to be served, one copy of other documents (with Chinese translation versions) |
| Signature or Seal of the Addressee | |
| Date of Service | July 26, 2013  10:00 |
| The Addressee's Agent and Reason for such Agency | |
| Server(s) | |
| Remarks | The addressee refused to sign and accept the documents, which were left at the company.<br>Servers: Kang Chen, Fan Huang<br>7-26-2013 |

Note: 1. If the addressee is not present, deliver the documents to his adult family member or the person in charge of his work unit as his agent.

   2. For service to the addressee's agent, the receiving person shall affix his/her signature or seal in the column of the addressee's agent and indicate his/her relationship with the addressee.

   3. If the addressee or his/her agent refuses to accept the documents or affix his/her signature or seal, the server may invite his neighbor or other witness to the scene, explain the situation and leave the documents at his residence, and record the reason for refusal and date of service on the proof of service, affix the signature of the server herein, and it shall be deemed that service is made.

# 安徽省高级人民法院
## 送达回证

FX-13-782
SX-13-996

_____ 字第 00018 号

| 案　由 | |
|---|---|
| 受送达人 | 泰山石膏(铜陵)有限公司 |
| 送达地点 | |
| 送达文书 | 被起诉文书相百份、其它文书各一份(有中文译本)。 |
| 收件人签名盖章 | |
| 收到日期 | 2013年 7月 26日 10时 |
| 代收人记明代收理由 | |
| 送达人 | |
| 备　注 | 受送达人拒绝签收、留置送达。<br><br>陈森 签<br>2013.7.26 |

注：1、如受送达人不在时，将文书交给他的成年家属或所在单位的负责人代收。
　　2、如系代收，收件人应在收件人栏内签名或盖章，并注明与受送达人的关系。
　　3、受送达人或者代收人拒绝接收或签名、盖章时，送达人可邀请他的邻居或其他证人到场，说明情况，把文书留在他的住处，在送达证上记明拒绝的事由和送达日期，由送达人签名，即认为已经送达。