APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Taishan Gypsum (Wenzhou) Co., Ltd.
Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhou, Zhenjiang, 325602 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à* ___Minneapolis, Minnesota, U.S.A.___, the
                                                    *le* 5/28/13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

267246 - 41

[illegible] 35
SX-13-1047

The People's Republic of China
Wenzhou City Intermediate People's Court of Zhejiang Province

Proof of Service
[Seal affixed: Wenzhou City Intermediate People's Court of Zhejiang Province]

| Cause of Action | Entrusted Service of International Judicial Assistance |
|---|---|
| Supreme People's Court Document Number | Judicial Assistance (2013) 809 |
| Zhejiang Province Higher People's Court Document Number | (2013) Zhejiang Higher Court Foreign 240 |
| Name and Number of Copies of Documents Served | Legal documents to be served as requested by U.S.A.: One summary of document(s) to be served, one copy of other documents |
| The Addressee | Taishan Gypsum (Wenzhou) Co., Ltd. |
| Specified Address of Service | 76 Yinghui Road, Panshi Town, Leqing, Wenzhou City, Zhejiang Province, China |
| Actual Address of Service | √☐ Same as above.<br>☐ Changed Address (Same as above unless otherwise specified): |
| Signature or Seal of the Addressee | Year    Month    Day |
| Signature or Seal of the Addressee's Agent and Reason for such Agency | Year    Month    Day |
| Reasons for Unsuccessful Service | On September 5, 2013, Clerk Lu Chen went to serve Taishan Gypsum (Wenzhou) Co., Ltd. at 76 Yinghui Road, Panshi Town, Leqing, but the person in charge of the general office of the company refused to accept the documents. This clerk left the legal documents there upon taking some pictures. |
| Signature of Seal of Server | Lu Chen | Seal or Signature of the Supreme People's Court | |
| Remarks | |



# 中华人民共和国
# 浙江省温州市中级人民法院
## 送达回证

SX-13-1047

| 案　　由 | 国际司法协助委托送达 |
|---|---|
| 最高院文号 | 法协（2013）第 809 号 |
| 浙江省高院文号 | （2013）浙高法外字第 240 号 |
| 送达文书名称和件数 | 美国请求送达法律文书：被送达文书概要一份，其他文书各一份。 |
| 受送达人 | Taishan Gypsum (Wenzhou) Co., Ltd（泰山石膏（温州）股份有限公司） |
| 指定送达地址 | 中国浙江温州乐清磐石镇迎晖路 76 号 |
| 实际送达地址 | ☑同上址。<br>☐改送地址（如未注明即同上址）： |
| 受送达人签名或盖章 | 　年　月　日 |
| 代收人签名或盖章及代收理由 | 　年　月　日 |
| 未成功送达原因 | 书记员陈律于2013年9月5日到达乐清磐石镇迎晖路76号泰山石膏（温州）股份有限公司送达，该公司综合办负责人拒绝签收文书，书记员留置文书并拍照。 |
| 送达人签名或盖章 | 陈律 |
| 高级人民法院签名或盖章 | |
| 备注 | |

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Taishan Gypsum (Wenzhou) Co., Ltd.
Court Case No.: 11-1672

13-S1S-1047

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* _September 5, 2013_
   - at (place, street, number)
   - *à (localité, rue numéro)* _Yinhui Road No. 76, Panshi Town, Leqing, Wenzhou City, Zhejiang Province, China._

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         *a) selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         *b) selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         *c) par remise simple*

_The court officers left documents at the company_

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _____

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____

Done at
*Fait à* _Beijing_ the _____, 2013

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246-41



陈律 2013.9.5

