APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email:<br>KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
 (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
 *(identité et adresse)*   Tianjin Tianbao Century Development Co., Ltd.
 3F, Eastern Exhibition Hall, 31 Halbin Fifth Road, Tianjin Free Trade Zone, Tianjin City, China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
 *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
 *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
 *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at _____, the
Fait à   Minneapolis, Minnesota, U.S.A.   le   5/28/13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 46

The People's Republic of China

SX-13-1042

Tianjin Second Intermediate People's Court

Proof of Service
[Seal affixed: Tianjin Second Intermediate People's Court]

| Cause of Action | Foreign Entrusted Service | Case Number | Judicial Assistance (2013) 830 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | Summary Document, Summons, Complaint, etc. for Service | | |
| The Addressee | Tianjin Tianbao Century Development Co., Ltd. | | |
| Address for Service | 3F, Eastern Exhibition Hall, 31 Haibin Fifth Road, Free Trade Zone, Tianjin City | | |
| Signature or Seal of the Addressee | [Seal affixed: Tianjin Tianbao Century Development Co., Ltd. Yuchun Zhang, President]<br><br>Bin Xue    August 28, 2013 | | |
| The Addressee's Agent and Reason for such Agency | Year    Month    Day | | |
| Remarks | | | |

Issuer: Ping Yan                              Server: Ping Yan, Zhen Zhang

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 105 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 85 and 86 of the Civil Procedure Law of the People's Republic of China.
      (2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

0007322

SX-13-1042

# 中华人民共和国
## 天津市第二中级人民法院
# 送 达 回 证

| 案　　由 | 涉外委托送达 | 案号 | 法协（2013）字第830号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 被送达文书概要、传票、诉状等文书 | | |
| 受送达人 | 天津天保世纪发展有限公司 | | |
| 送达地址 | 天津市保税区海滨五路31号东展厅3楼<br>TIANJIN TIANBAO CENTURY DEVELOPMENT CO., LTD. | | |
| 受送达人<br>签名或盖章 | [签名] 2013年 8月 28日<br>PRESIDENT ZHANG YUCHUN | | |
| 代收人及<br>代收理由 | 　　　　　　　　　　　年　　月　　日 | | |
| 备　　考 | | | |

填发人　　　闫萍　　　　　　送达人　闫萍、张振

注：① 送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
② 代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。

0007322

2013-SXS-1042

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Tianjin Tianbao Century Development Co., Ltd.
Court Case No.: 11-1672

## CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* _August 28, 2013_
   - at (place, street, number)
   - *à (localité, rue numéro)* _3F, Eastern Exhibition Hall, No.31, Haibinwu Road, Baoshui District, Tianjin, China_
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           *a) selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           *b) selon la forme particulière suivante:* _____
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* _Xue Bin_
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _Not mentioned. With a seal of the president of the company_

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at _Beijing_ the _October 29_ 2013
*Fait à* _____ *le* _____
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 46