APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)         Xuzhou Hanbang Global Trade Co., Ltd.
Room 409, Yicheng Plaza, No. 95 Pengcheng Road, Xuzhou Jiangsu, 221003  China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention,*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at  APS International Plaza
          7800 Glenroy Road
Fait à    Minneapolis, MN 55439, the 5/28/13
          Minneapolis, Minnesota, U.S.A.    le

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 64

# Jiangsu Province Superior People's Court

Jiangsu Superior Court
Law Association Receipt No. [2013] 699

Foreign Affairs Bureau, Supreme People's Court:

Regarding the request made by your Court's Law Association No. [2013] 828 document to serve legal documents to <u>Xuzhou Hanbang Global Trade Co., Ltd.</u> as entrusted by the <u>United States,</u> this is to inform you that <u>Xuzhou City Intermediate People's Court</u> has executed the serve on the party concerned. Please find attached the related materials.

Note: The said company has relocated to its new address: Room 1108, Caifu Building, No. 29, Huaihai West Road, Xuzhou City, Jiangsu Province, (China).

[Seal]

The People's Republic of China
Jiangsu Province Superior People's Court
Judicial Assistance Official Seal

September 25, 2013

Contact: Zhang Wenqiang     Phone: 025-83785263

# XUZHOU CITY INTERMEDIATE PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Xuzhou City Intermediate People's Court]

*Law Association No. FX-13-828*
*Judicial Association No. SX-13-1009*

| | | | |
|---|---|---|---|
| Cause of Action | | Case No. | Jiangsu Superior Court Service [2013] No. 699 |
| Document Served and Number | 1.Summary of Document to be served; 2.Summons in a Civil Action; 3. Plaintiffs' Charles and Mary Back, et al, Omnibus Class Action Complaint in Intervention (XV) with Exhibit A and B; 4. Conditional Transfer Order (CTO-22) with attached schedule; 5.Plaintiffs' Class Action Complaint with Exhibit "A"; 6.Translations. | | |
| Servee/Recipient | Xuzhou Hanbang Global Trade Co., Ltd. | | |
| Address for Service | Room 1108, Wealth Plaza, No. 29 West Huaihai Road, Xuzhou City, (Jiangsu Province, China). | | |
| Signature or seal by Recipient | Liu Jing (staff of document department)<br><br>August 13, 2013 | | |
| Substitute Recipient and Reason for Substitution | <br><br>Date     Year | | |
| Notes | The Company has moved to a new address.<br>The recipient at the new address signed and accepted the process documents. | | |

Issuer:                           Server:   Xu, Haiqing     Liu Jing

13-SXS-1009

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Xuzhou Hanbang Global Trade Co., Ltd.
Court Case No.: 11-1672

# CERTIFICATE
# ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
   *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___August 13, 2013___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Room 1108, Caifu Building, No.29, Huaihai West Road, Xuzhou City, Jiangsu Province, China___
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* ___
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Liu Jing___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Staff of documentation department___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, *et. al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

___
___

Done at ___Beijing___ the ___October 17___ 2013
*Fait à*
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 64

# 江苏省高级人民法院

苏高法协[2013]699号

最高人民法院外事局：

贵院法协[2013]828号文关于美国请求向 Xuzhou Hanbang Global Trade CO., Ltd. 地址 江苏徐州彭城路95号怡诚广场409室送达有关文书，业已经我省徐州市中级人民法院向有关当事人送达。现将相关材料附后，请查收。

注：该公司住所地已变更为江苏省徐州市淮海西路29号财富大厦1108室。

联系人：张文强　　　　　　　　　　电话：025-83785263



徐 州 市 中 级 人 民 法 院

送 达 回 证

FX-13-828
SX-13-1009

| 案　由 | | 案　号 | 徐高法外[2013]699号 |
|---|---|---|---|
| 送达文书名称和件数 | 1. Summary of the Document to be Served. 2. Summons in a Civil Action 3. Plaintiffs' Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B. 4. Conditional transfer order (CTO-22) with attached Schedule. 5. Plaintiffs' Class Action Complaint with Exhibit "A"  6 Translations. | | |
| 受送达人 | Xuzhou Hanbang Global Trade Co., Ltd. (徐州汉邦环球贸易有限公司) | | |
| 送达地址 | 徐州市淮海西路234号时代大厦1108室 | | |
| 受送达人签名或盖章 | 刘静 (身份证) | | 2013年 8月 13日 |
| 代收人及代收理由 | | | 年　月　日 |
| 备　考 | 因送达人已迁新址,经向新址送达,受送达人签收. | | |

填发人　　　　　　　　　　送达人 徐海青  刘静