APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

(X-1)-104)

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776  Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
  *(identité et adresse)*  Yunan Taishan Gypsum and Building Material Co., Ltd.
Sanjia Village Liujiezhen Factory, Yimen County, Yunan 651107 China

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at
*Fait à* Minneapolis, Minnesota, U.S.A. , the 5/28/13
  *le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,  USM-94
both of which may still be used)  (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 48

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Yunan Taishan Gypsum and Building Material Co., Ltd.
Court Case No.: 11-1672

13-SXS-104

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            *a) selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            *b) selon la forme particulière suivante:* _____

        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*
    The court officers went to the address provided in the request. After reported to the managers the company staff refused to accept the documents because their head office had dealed with this case.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, *et. al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

Done at _Beijing_ the _October 18, 2013_
*Fait à _____ le _____*
Signature and/or stamp. [Seal: 中华人民共和国 司法部 民商事司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 48

# Yunnan Province Superior People's Court

### LETTER IN REPLY ON SERVICE MATTERS

Judicial Association No. SX-13-1041
Yunnan Superior Court
International Assistance No. (2013) 5

The Supreme People's Court Foreign Affairs Bureau:

We received your Court's Law Association Letter No (2013) 829 regarding the request made by the U.S. to serve the legal documents on Yunan Taishan Gypsum and Building Material Co., Ltd（云南泰山石膏建材有限公司）. In spite of the assistance of Yunnan Yimen County People's Court, the service failed.

Yunnan Yimen County People's Court stated in its letter in reply: The court sheriff went to deliver the said documents to the Office of the company at Sanjia Village, Liujiezhen Iron Factory, Yimen County, Yunan Province. The staff of the company, Du Yu and Gao Yan Hua reported the matter to the company's management, but refused to sign and accept the service documents on the ground that the matter had been handled by the company's head office. We now return the said materials to your Bureau. Please find them therein.

Attachments: Summary of documents for service, one copy; other documents, one copy each (all documents with transition), and Yimen County Court's Statement.

[Seal]  The People's Republic of China
Yunnan Province Superior People's Court
Judicial Assistance Special Stamp
August, 9, 2013

## Statement on the Requested Service

Yunnan Province Superior People's Court entrusted this court to execute the service of related materials on Yunnan Taishan Gypsum and Building Material Co., Ltd. On the morning of August 5, 2013, the sheriffs of this court executed the service of the said documents to Yunnan Taishan Gypsum and Building Material Co., Ltd., Li Yu Xuan and Kang Guo Hui delivered the said materials to the said company's office at Sanjia Village, Liujiezhen Iron Factory, Yimen County, Yunnan Province, but the company's staff Du Yu and Gao Yan Hua reported the matter to the company's management, but refused to sign and accept the service documents on the ground that the matter had been handled by the company's head office.

[Seal]  Yimen County People's Court

Yimen County People's Court

August 5, 2013

# 云南省高级人民法院

## 送达事项回函

SX-13-1041

云高法外协（2013）5 号

最高人民法院外事局：

我处收到贵局法协（2013）829 号函，内容是关于美国请求向 Yunan Taishan Gypsum and Building Material Co.,Ltd(云南泰山石膏建材有限公司)送达有关司法文书。经云南省易门县人民法院协助，未能送达成功。

云南省易门县人民法院答复称：该院干警将文书送至云南易门县六街镇铁厂三家村该公司办公室，该公司工作人员都郁、高艳花向领导汇报后，其以总公司已处理为由拒绝签收。现将相关材料退还贵局，请查收。

附件：被送达文书概要一份、其他文书各一份（以上文书有译文）、云南易门县法院情况说明。

# 情况说明

云南省高级人民法院委托我院向云南泰山石膏建材有限公司送达相关材料，2013年8月5日早上8点45分左右，本院干警李昱萱、康国辉将材料送至易门县六街镇铁厂三家村该公司办公室，经该公司工作人员都郁、高艳花向领导汇报后，其以总公司已处理为由拒绝签收。



易门县人民法院

二〇一三年八月五日

-1-