APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

13-SXS-1031

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Kristin J Thompsen<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776 Fax: 952.831.8150<br>Email: KThompsen@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) __Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.__
__11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, 310005 China__

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

Done at APS INTERNATIONAL, APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota, U.S.A. 55439, the 5/28/13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)
USM-94
(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 37

*Judicial Association No. SX-13-1031*

[Seal: Zhejiang Province Hangzhou City Intermediate People's Court]

## ZHEJIANG PROVINCE HANGZHOU CITY INTERMEIDATE PEOPLE'S COURT

## PROOF OF SERVICE

| Cause No. | (2013) Zhejiang Superior Court International No. 239; pursuant to Supreme People's Court Law Association No. (2013) 772 | | Cause of Action | International Judicial Assistance Service of legal documents |
|---|---|---|---|---|
| Recipient | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | | | |
| Address for Service | 11/F Jingjiang Mansion, 111 Hushu South Road, Hangzhou City, Zhejiang Province. | | | |
| Document for Service | Issuer | Server | Receiving Date | Recipient's Signature or seal |
| Summary of Documents to be Served | | Hua Gang | July 31, 2013 | Pan Cheng |
| Summons in a Civil Action | | | Date | |
| Plaintiffs', Charles and Mary Back, et al Class Action Complaint in Intervention (XV) with Exhibits A and B. | | | Date | |
| Plaintiffs' Class Action Complaint with Exhibit "A". | | | Date | |
| Translations | | | July 31, 2013 | |
| Notes | | | | |

Note:
(1) If under unusual circumstances the documents are not deliverable, note down the reason(s) for non-service in the Notes space.
(2) If the recipient is not in, hand the documents to his/her adult relative(s), neighbors, work unit or government offices or neighborhood committee nearby as substitute recipient. The recipient on behalf shall sign or seal in the recipient's column on this form and note his/he relationship with the named recipient.

13-SKS-1031

Case Name: Amorin (Omni XV) v. Taishan Gypsum Co., Ltd.
Defendant: Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd.
Court Case No.: 11-1672

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
    - the (date)
    - *le (date)* ___July 21, 2013___
    - at (place, street, number)
    - *à (localité, rue numéro)* ___11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou City, Zhejiang Province, China___

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
        b) *selon la forme particulière suivante:* _____
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
        c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* ___Pan Cheng___

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Not mentioned___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served; Summons in a Civil Action; Plaintiffs', Charles and Mary Back, et. al., Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Beijing___, the ___Oct. 31, 2013___
*Fait à* ___, *le* ___
Signature and/or stamp.
*Signature et/ou cachet.*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

2672-16 - 57

SX-13-1031

# 浙江省杭州市中级人民法院
## 送 达 回 证

| 案 号 | （2013）浙高法外字第 239 号 根据最高人民法院法协（2013）第 772 号函 | 案 由 | 国际司法协助委托送达 |
|---|---|---|---|
| 收件人（单位） | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. 浙江省二轻集团进出口有限公司 | | |
| 送 达 地 点 | 11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang. 浙江省杭州市湖墅南路 111 号锦江大厦 11 楼 | | |

| 送 达 文 件 | 签发人 | 送达人 | 收到日期 | 收件人签名或盖章 |
|---|---|---|---|---|
| Summary of the Document to be Served 被送达文书概要 | | | 2013年7月31日 | [签名] |
| Summons in a Civil Action 民事诉讼传票 | | [签名] | 年 月 日 | |
| Plaintiffs', Charles and Mary Back, et. Al, Omnibus Class Action Complaint in Intervention(XV) with Exhibits A and B 原告 CHARLES 和 MARY BACK 等人综合合并集体诉讼参加起诉书（十五）以及证物 A 和 B | | | 年 月 日 | |
| Conditional Transfer Order(CTO-22) with attached Schedule 有条件转移诉案命令（CTO-22） | | | 年 月 日 | |
| Plaintiffs' Class Action Complaint with Exhibit "A" 原告集团诉讼申诉书以及证物 A | | | 年 月 日 | |
| Translations 翻译件 | | | 2013年7月31日 | |
| 备注 | | | | |

注：（1）如因特殊情况，文件不能送达时，在备注栏内注明不能送达的理由。
（2）如收件人不在时，将文件交与他的成年家属、近邻、工作单位或收件人居住地的所在政府或街道办事处代收。如系代收，代收人应在收件人栏内签名或盖章并在备注栏内注明原因及代收人与收件人的关系。