APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*13-SXS-/025*

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Kristin J Thompsen**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: KThompsen@CivilActionGroup.com** | **Ministry of Justice**<br>**International Legal Cooperation Center (ILCC)**<br>**6, Chaoyangmen Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**P.C. 100020**<br>**People's Republic of China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) _____ Zibo International Economic and Technical Cooperation Corporation _____
_____ 4/F No. 107 LiuQuan Rd. ZhangDian District, Zibo, Shandong, China _____

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
     a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
     c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

**List of documents**
*Énumération des pièces*

1. Summary of the Document to be Served
2. Summons in a Civil Action
3. Plaintiffs', Charles and Mary Back, *et. al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B.
4. Conditional Transfer Order (CTO-22) with attached Schedule
5. Plaintiffs' Class Action Complaint with Exhibit "A"
6. Translations

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Done at
*Fait à* _____ Minneapolis, Minnesota, U.S.A. _____ , the , *le* 5/28/13

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)

(Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267246 - 60

# ZIBO CITY INTERMEIDATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Zibo City Intermediate People's Court]

(To be used by all types of case )

*Law Association No. FX-13-777*
*Judicial Association No. SX-13-1025*

| Cause of Action | | Cause No. | No. (    ) |
| --- | --- | --- | --- |
| Documents Served and Number | Summary of documents served, summons, complaint and other documents, one copy each. | | |
| Recipient (Unit) | Zibo International Economic and Technical Cooperation Corporation | | |
| Address for Service | Zibo City Intermediate People's Court | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Xin Ran (Company staff) July 29, 2013 | | |
| Notes | | | |

Issuer:   Liu Ning          Servers:   Liu Ning     Sun Feng Zhi

*Note:*
    (1)  The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2)  In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

13-555-1025

Case Name:  Amorin (Omni XV) v.  Taishan Gypsum Co., Ltd.
Defendant:  Zibo International Economic and Technical Cooperation Corporation
Court Case No.:  11-1672

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)*  July 29, 2013
- at (place, street, number)
- *à (localité, rue numéro)*  Intermediate People's Court of Zibo City,  Zibo City,  Shandong
Province, China.

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
     *b)   selon la forme particulière suivante:* _____

  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
     *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*  Xin Ran

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  Company staff.

2) that the document has not been served, by reason of the following facts*:
*2.  que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served;  Summons in a Civil Action; Plaintiffs', Charles and Mary Back, *et. al.*, Omnibus Class Action Complaint in Intervention (XV) with Exhibits A and B; Conditional Transfer Order (CTO-22) with attached Schedule; Plaintiffs' Class Action Complaint with Exhibit "A"; Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____
_____
_____

Done at
*Fait à*  Beijing, the  Sep 2, 2013

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Signature and/or stamp.
*Signature et/ou cachet.*

中华人民共和国
司法部
民商事司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267246 - 60

淄博市中级人民法院

# 送 达 回 证

（各类案件通用）

*FX-13-777*
*SX-13-1025*

| 案　　　　由 | | 案号 | （　　） 字第　号 |
|---|---|---|---|
| 送 达 文 书<br>名 称 和 件 数 | 1. 规送达文书帐票一份　2. 其他文书各一份（详见清单书） | | |
| 受 送 达 人 | 淄博国际经济技术合作公司（Zibo International Economic and Technical Cooperation Corporation） | | |
| 送 达 地 址 | 淄博市中级人民法院 | | |
| 受 送 达 人<br>签 名 或 盖 章 | | 年　　月　　日 | |
| 代 收 人 及<br>代 收 理 由 | 李飞（公司员工）　2013年 7 月 29 日 | | |
| 备　　　注 | | | |

填发人 刘月　　　　　　　　　　　　　送达人 刘月、林玲芬

注：①送达刑事诉讼文书，按照刑事诉讼法第八十一条的规定办理，送达民事、行政诉讼文书，按照
　　或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。