**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | JUDGE FALLON |
| *Hobbie, et al. v.* | ) | |
| *RCR HOLDINGS II, LLC, et al.* | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**FEBRUARY, 2014 MONTHLY STATUS REPORT OF RECEIVER**

On December 20, 2013, the Court appointed H. Minor Pipes, III, as Receiver "to execute and deliver certain required written authorizations and releases on behalf of nonresponsive unit owners at various times before, during, and after completion of the remediation and to arrange for the delivery of such units in the condition required by the contract for remediation and the Settlement Agreement."  [Rec. Doc. 17370].  This is the Receiver's February, 2014 Monthly Status Report and Request for Payment.

1.     The Receiver's primary mission is to sign work authorizations and releases on behalf of non-responsive, absent, or missing unit owners who cannot deliver such documents, as required to begin the Remediation of reactive Chinese manufactured drywall ("CDW") pursuant to the Class Action Settlement for the remediation of CDW within Renaissance Commons as approved by the Court in its Order dated October 21, 2013 ("Settlement").  [Rec. Doc. 17177]

2.     The Court retained jurisdiction over the implementation of the Settlement and "over all parties, including Participating Class members, for the purpose of enforcing and

administering the Settlement Agreement and Exhibits thereto and the mutual releases and other

documents contemplated by, or executed in connection with the Settlement Agreement."

3.      Pursuant to this Court's Order, the Receiver is required to file a monthly report on

each unit for which the Receiver has taken any action.  [Rec. Doc. 17370]

4.      In addition, the Court set the Receiver's compensation at $500 per unit, and

authorized the Receiver to submit a fee application to the Court for payment of this

compensation through the Villa Lago Settlement Qualified Settlement Fund.  [Rec. Doc. 17370]

5.      The Receiver received the attached February 20, 2014 Verified Memorandum for

Receiver.  *See* Exhibit A.  In addition, the Receiver reviewed the back-up documentation

regarding the notice provided to the individual unit owners and interior photographs of the

unoccupied units.

Based upon this information, and in accordance with the directives from this

Court, the Receiver has taken the following actions involving the following units:

## I.      Vacant Units

a.      **Unit 1126**.  This unit has been identified as having KPT CDW and is currently

vacant.  The unit is currently owned by Federal Home Loan Mortgage Corp.  A request for an

executed Work Authorization was mailed by class counsel via Certified Mail on September 5,

2013 to the owner of this unit at its last known address of 5000 Plano Parkway, Carrollton, Texas

75010.  The green card was returned verifying receipt of this request, but neither the executed

Work Authorization nor any response was received.  Based on the vacancy of the property, the

non-responsiveness and absence or missing status of the unit owner, the Receiver executed the

- 3 -

Work Authorization on this unit on February 25, 2014.  A copy of this Work Authorization is attached as Exhibit B.

        b.        **Unit 1203**.  This unit has been identified as having Non-KPT CDW and is currently vacant.  The current owners are Claudia Herrera and Frias Jesus.  A request for an executed Work Authorization was mailed by class counsel via certified mail on October 17, 2013 to the owner of this unit at its last known address and on November 16, 2013 to 1826 Trade Center Way, Unit B, Naples, Florida 34109.  The green card was not returned verifying receipt of this request, nor was either the executed Work Authorization or a response received.  Based on the vacancy of the property, the non-responsiveness and absence or missing status of the unit owner, the Receiver executed the Work Authorization on this unit on February 25, 2014.  A copy of this Work Authorization is attached as Exhibit C.

        c.        **Unit 1304**.  This unit has been identified as having KPT CDW and is currently vacant.  The current owner is Adalgisa Scotuzzi.  A request for an executed Work Authorization was mailed by class counsel via certified mail on November 6, 2013 to the owner of this unit at its last known address of 1690 Renaissance Commons Blvd., Unit 1304, Boynton Beach, Florida. The mail was returned as Insufficient Address.  Further search for a current address revealed no alternate address.  Based on the vacancy of the property, the non-responsiveness and absence or missing status of the unit owner, the Receiver executed the Work Authorization on this unit on February 25, 2014.  A copy of this Work Authorization is attached as Exhibit D.

        d.        **Unit 2203**.  This unit has been identified as having Non-KPT CDW and is currently vacant.  The current owner is US Bank National Association c/o Select Portfolio

Servicing, Inc.  A request for an executed Work Authorization was sent by class counsel to both the original owner's attorney and to the current owner of this unit on December 11, 2013 at its last known address of 3815 South West Temple, Salt Lake City, Utah 84115.   Neither an executed Work Authorization nor a response was returned.   Based on the vacancy of the property, the non-responsiveness and absence or missing status of the unit owner, the Receiver executed the Work Authorization on this unit on February 25, 2014.  A copy of this Work Authorization is attached as Exhibit E.

e.        **Unit 2417**.   This unit has been identified as having Non-KPT CDW and is currently vacant.   The current owner is HSBC Bank c/o Albertelli Law.   A request for an executed Work Authorization was mailed by class counsel via certified mail on October 21, 2013 to the owner of this unit at its last known address of 600 North Westshore Blvd., Tampa, Florida. Neither the executed Work Authorization nor any response was received.  Based on the vacancy of the property, the non-responsiveness and absence or missing status of the unit owner, the Receiver executed the Work Authorization on this unit on February 25, 2014.  A copy of this Work Authorization is attached as Exhibit F.

## II.      Occupied Units

a.        **Unit 1426**.  This unit has Non-KPT CDW and is currently occupied.  This Unit is currently owned by Raymond and Rogina Rizk.  A request for an executed Work Authorization was mailed by class counsel to the owner of this unit at its last known address of 120 N. Swinton Ave., Delray Beach, Florida on October 21, 2013.  Neither the executed Work Authorization nor any response was received.  Based on the non-responsiveness to various

requests to execute the Work Authorization, the Receiver executed a Work Authorization on this

unit, and mailed the executed Work Authorization via certified mail to the last known address of

the unit owner with an enclosure letter informing the owner that the unit will be remediated

within 45 days and must be vacated prior to this remediation.  A copy of the Work Authorization

and letter are attached *in globo* as Exhibit G.  In addition, the same letter is being served upon

the unit occupants by registered process server.  A copy of this service will be filed upon its

return.

b.        **Unit 1521**.  This unit has Non-KPT CDW and is currently occupied by the current

owner Ahmad Rizwan.  Mr. Rizwan has refused to return documents despite having made

contact with him.  A request for an executed Work Authorization was mailed by class counsel to

the unit owner of this unit at 1690 Renaissance Commons Blvd. #1521, Boynton Beach, Florida.

Neither the executed Work Authorization nor and response was received.  Based on the non-

responsiveness to various requests to execute the Work Authorization, the Receiver executed a

Work Authorization on this unit, and mailed the executed Work Authorization via certified mail

to the last known address of the unit owner with an enclosure letter informing the owner that the

unit will be remediated within 45 days and must be vacated prior to this remediation.  A copy of

the Work Authorization and letter are attached *in globo* as Exhibit H.  In addition, the same letter

is being served upon the unit occupants by registered process server.  A copy of this service will

be filed upon its return.

c.        **Unit 2423**.  This unit has Non-KPT CDW and is currently occupied.  This Unit is

currently owned by Raymond and Rogina Rizk.  A request for an executed Work Authorization

was mailed by class counsel to the unit owner of this unit at 120 N. Swinton Ave., Delray Beach,

Florida 33444 on October 21, 2013.  Neither the executed Work Authorization nor any response

was received.   Based on the non-responsiveness to various requests to execute the Work

Authorization, the Receiver executed a Work Authorization on this unit, and mailed the executed

Work Authorization via certified mail to the last known address of the unit owner with an

enclosure letter informing the owner that the unit will be remediated within 45 days and must be

vacated prior to this remediation.  A copy of the Work Authorization and letter are attached *in

globo* as Exhibit I.   In addition, the same letter is being served upon the unit occupants by

registered process server.  A copy of this service will be filed upon its return.

Respectfully submitted,

*/s/H. Minor Pipes, III*
H. Minor Pipes, III, 24603
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504/589-9700
Facsimile:  504/589-9701
mpipes@barrassousdin.com

*Court-Appointed Receiver for
 RCR Settlement*

{943298_1}