UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED        ) | MDL NO. 2047 |
|    DRYWALL PRODUCTS                    ) | |
|    LIABILITY LITIGATION                    ) | |
|                     ) | SECTION: L |
| THIS DOCUMENT RELATES TO:                   ) | |
|                     ) | JUDGE FALLON |
| *Hobbie, et al. v.*                                            ) | |
| *RCR HOLDINGS II, LLC, et al.*                    ) | |
|                     ) | |
| No. 10-1113                                                   ) | |
|                     ) | MAG. JUDGE WILKINSON |
| _____        ) | |

**MOTION FOR AUTHORIZATION OF PAYMENT**

   **NOW INTO COURT,** comes H. Minor Pipes, III, Court-Appointed Receiver for RCR Settlement, and respectfully requests the Court authorize payment to the Receiver in the amount of $500 per unit for work performed on eight (8) units, totaling $4,000, as noted in the February 2014 Monthly Status Report.

- 2 -

**WHEREFORE,** H. Minor Pipes, III, Court-Appointed Receiver for RCR Settlement requests the Court authorize a payment of $4,000 to the Receiver from the Villa Lago Settlement Qualified Settlement Fund.

    Respectfully submitted,

    */s/H. Minor Pipes, III*
    H. Minor Pipes, III, 24603
    BARRASSO USDIN KUPPERMAN
     FREEMAN & SARVER, L.L.C.
    909 Poydras Street, Suite 2400
    New Orleans, Louisiana  70112
    Telephone:  504/589-9700
    Facsimile:  504/589-9701
    mpipes@barrassousdin.com

    *Court-Appointed Receiver for*
     *RCR Settlement*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Motion for Authorization of Payment has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all CM/ECF participants, this 27th day of February, 2014.

    */s/H. Minor Pipes, III*