UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED             DRYWALL PRODUCTS             LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hobbie, et al. v.*<br>*RCR HOLDINGS II, LLC, et al.*<br><br>No. 10-1113<br>_____ | )  MDL NO. 2047<br>)<br>)<br>)  SECTION: L<br>)<br>)  JUDGE FALLON<br>)<br>)<br>)<br>)<br>)<br>)  MAG. JUDGE WILKINSON<br>) |

**MEMORANDUM IN SUPPORT OF MOTION FOR AUTHORIZATION OF PAYMENT**

H. Minor Pipes, III, Court-Appointed Receiver for RCR Settlement respectfully submits this memorandum in support of his Motion for Authorization of Payment.

On December 20, 2013, the Court appointed H. Minor Pipes, III, as Receiver "to execute and deliver certain required written authorizations and releases on behalf of nonresponsive unit owners at various times before, during, and after completion of the remediation and to arrange for the delivery of such units in the condition required by the contract for remediation and the Settlement Agreement."  [Rec. Doc. 17370].  As noted in the February 2014 Monthly Status Report of Receiver [Rec. Doc. 17489], the Receiver performed work on eight (8) units related to Villa Lago at Renaissance Commons in MDL 2047, and is authorized to

- 2 -

be compensated at the rate of $500 per unit from the Villa Lago Settlement Qualified Settlement Fund.

    Respectfully submitted,

    */s/H. Minor Pipes, III*
    H. Minor Pipes, III, 24603
    BARRASSO USDIN KUPPERMAN
     FREEMAN & SARVER, L.L.C.
    909 Poydras Street, Suite 2400
    New Orleans, Louisiana  70112
    Telephone:  504/589-9700
    Facsimile:  504/589-9701
    mpipes@barrassousdin.com

    *Court-Appointed Receiver for*
     *RCR Settlement*

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Authorization of Payment has been electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of filing to all CM/ECF participants, this 27th day of February, 2014.

    */s/H. Minor Pipes, III*

**{945101_1}**