# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) JUDGE FALLON |
| *Hobbie, et al. v.* *RCR HOLDINGS II, LLC, et al.* | ) ) ) |
| No. 10-1113 | ) ) MAG. JUDGE WILKINSON ) |

## **O R D E R**

Considering the foregoing Motion for Authorization of Payment;

**IT IS ORDERED** that the Parties are hereby authorized to release a payment of $4,000 from the Villa Lago Settlement Qualified Settlement Fund to the Court-Appointed Receiver, H. Minor Pipes, III, for the work performed as noted in the Receiver's February 2014 Monthly Status Report.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE

{945101_1}