UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>AMORIN et. al.v.TAISHAN GYPSUM CO., LTD et. al.<br>Case No. 11-1672 | JUDGE FALLON<br>MAG.JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney of record for the Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD., hereby moves the Court to grant the motion to withdraw as counsel, and as grounds thereof states as follows:

1. There have arisen irreconcilable differences between the Defendant and the undersigned attorney in that Defendant no longer requests the undersigned's representation in the above matter.

2. The undersigned will be unable to effectively and properly continue representing the Defendant based on these irreconcilable differences.

**WHEREFORE**, the undersigned respectfully requests that the Court enter the order allowing the withdrawal of counsel herein.

Dated: February 28, 2014

Respectfully submitted,

**The Law Office of Hongwei Shang, LLC**
9130 S. Dadeland Boulevard, Suite 1620
Miami, FL 33156
Tel: (786) 581-9759
Fax: (786) 581-9168

            Email: hshanglaw@gmail.com

         By: s/Hongwei Shang_____
            Hongwei Shang
            Florida Bar No. 0037199
            Attorney for Zhejiang Provincial Second
            Light Industry Enterprises Group Imp &
            Exp. Co., Ltd.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to pretrial No. 6 in accordance with Pretrial Order No. 6 on this 14th day of June, 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of February, 2014.

         By: s/Hongwei Shang_____
            Hongwei Shang