## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: AMORIN et. al. v. TAISHAN GYPSUM CO., LTD et. al. Case No, 11-1672 | JUDGE FALLON MAG.JUDGE WILKINSON |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon review and consideration of the undersigned attorney for the Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD., and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the undersigned attorney's Motion to Withdraw as Counsel is **GRANTED**.

_____
ELDON E. FALLON, Judge
United States District Court