IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 |
| | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| *Wiltz, et al v. Beijing New Building Materials* | : |
| *Public Limited Co.*, et al 10-361 (E.D.La) | : MAG. JUDGE WILKINSON |

ANNA TATARIS DE JESUS AND ROY DE JESUS'S NOTICE OF VOLUNTARY
DISMISSAL, WITH PREJUDICE, OF DEFENDANT, KB HOME TAMPA, LLC, ONLY

Pursuant to Fed.R.Civ.P. 4l(a)(1)(A)(l), Plaintiffs, Anna Tataris De Jesus and Roy De Jesus, hereby dismiss, with prejudice, all of their claims against Defendant, KB HOME TAMPA, LLC, in Plaintiffs' Omnibus Complaints, only. Each party is to bear its own attorneys' fees and costs. Anna Tataris De Jesus and Roy De Jesus shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Attached hereto as Exhibit "A" is correspondence from Patrick S. Montoya, counsel for Anna Tataris De Jesus and Roy De Jesus, dated February 24, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Dated: February 28, 2014

Respectfully submitted,

*/s/ Leonard A. Davis*
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen L. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhk1awfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 28th day of February, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047