# EXHIBIT "A"



PATRICK S. MONTOYA

*(Via E-mail and Regular Mail)*

February 24, 2014

Leonard A. Davis, Esq.
HERMAN, HERMAN & KATZ COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

> Re: Ana Tataris De Jesus and Roy De Jesus
> Notice of Voluntary Dismissal with Prejudice of Def KB Homes Tampa LLC Only

Dear Lenny:

As counsel for Anna Tataris De Jesus and Roy De Jesus, you have our authorization to file the attached Notice of Voluntary Dismissal with Prejudice as to KB Homes. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Patrick S. Montoya

PSM/brf

Enclosure: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444