UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED<br>         DRYWALL PRODUCTS<br>         LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Hobbie, et al. v.*<br>*RCR HOLDINGS II, LLC, et al.*<br><br>No. 10-1113 | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br><br><br>MAG. JUDGE WILKINSON |

## O R D E R

Considering the foregoing Motion for Authorization of Payment;

**IT IS ORDERED** that the Parties are hereby authorized to release a payment of $4,000 from the Villa Lago Settlement Qualified Settlement Fund to the Court-Appointed Receiver, H. Minor Pipes, III, for the work performed as noted in the Receiver's February 2014 Monthly Status Report.

New Orleans, Louisiana, this 28th day of _____February_____, 2014.

_____
UNITED STATES DISTRICT JUDGE