UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL NO. 2047
PRODUCTS LIABILITY LITIGATION )
)
) SECTION: L
)
THIS DOCUMENT RELATES TO: )
)
ALL CASES ) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

PLAINTIFFS' MOTION TO SUBMIT LATE FILED CLAIMS INTO THE GLOBAL
AND BANNER SETTLEMENT AGREEMENTS

COME NOW the Plaintiffs, PRABHAKARA & RAMATHILAKAM CUDDAPAH who now file this Motion to Consider this "late" filed claim under the terms of the Global and Banner Settlement Agreements, and as grounds for this Motion states:

1.      Plaintiffs, PRABHAKARA & RAMATHILAKAM CUDDAPAH, currently own a home located at, 3317 Ceitus Parkway Cape Coral, Florida, which has been identified as containing defective Chinese drywall. Originally, this claim was categorized as a home which contained *only* defective Knauf Chinese drywall. Under the terms of the settlement this home was considered by Plaintiff to be a 100% Knauf home. Based on the facts available as of the deadline for settlement claim submission, Plaintiffs were properly and timely registered in the Knauf Settlement.

2.      Since Plaintiffs' home was understood to be a Knauf home and was "self-remediated", voluminous materials were provided to Knauf. Knauf was to review these materials and then make a settlement offer based on the terms of the Knauf settlement for self-remediated properties.

3.      All materials supporting Plaintiffs' self-remediated claim were submitted to Knauf for this particular home on or before March 22, 2013.

4. Plaintiffs with homes containing defective, Chinese drywall other than Knauf and eligible for the Global and/or Banner settlements, were required to register claims in the Global Settlement Agreement and/or the Banner Settlement Agreement by October 25, 2013.

5. Plaintiffs qualify for both the Global and Banner settlements. Aranda Homes Inc., (builder), Meeks Drywall & Stucco Inc., (installer), and Banner Supply Co., (supplier). Accordingly, had Plaintiffs been advised prior to the claim submission deadline that the home contained non-Knauf defective drywall, they would have submitted claims for the Global and Banner settlements.

6. Prior to October 25, 2013, Plaintiffs had no knowledge of drywall other than Knauf board in the home. As a result, Plaintiffs did not submit claims in either the Global or Banner settlements.

7. All of the other victims that Roberts & Durkee and Milstein & Adelman represented timely submitted claims in the proper settlement classes (whether they were Knauf; Banner and/or Global Settlement).

8. Despite having voluminous information for months and despite inspecting the home through Benchmark prior to the deadline of October 25, 2013, Knauf never informed these Plaintiffs and/or their counsel that this home was being considered a "mixed board" home.

9. The first time Knauf informed Plaintiffs that they are considered a "mixed board home" was on February 19, 2014. This was despite the fact that the Benchmark Report had been completed on November 12, 2013. *See* Exhibit "A".

10. As soon as this was discrepancy was discovered, the undersigned contacted Katie Hamilton with Brown Greer to inquire whether "special considerations" could be made for this claim so that these Plaintiffs can participate in the Global Settlement and/or Banner Settlement. Brown Greer responded that no "special considerations" could be made without a Court order. Therefore, we now file this motion.

11.    Since Plaintiffs were unaware the home contained drywall other than Knauf until after the claim submission deadline, the undersigned respectfully requests that this Court invoke its equitable powers and allow these Plaintiffs to participate in the Global Settlement Agreement and the Banner Settlement.

                              Respectfully submitted,

Dated: March 5, 2014        /s/ C. David Durkee, Esq.
                                     ROBERTS & DURKEE, P.A.
                                     Alhambra Towers
                                     Penthouse 1 – Suite 1603
                                     121 Alhambra Plaza
                                     Coral Gables, FL 33134
                                     Phone: (305) 442-1700
                                     Fax: (305) 442-2559
                                     durkee@rdlawnet.com
                                     *Counsel for Individual Plaintiffs*

                                     Mark Milstein, Esq.
                                     Allison R. Willett, Esq.
                                     MILSTEIN ADELMAN, LLP
                                     2800 Donald Douglas Loop North
                                     Santa Monica, CA 90405
                                     Phone: (310) 396-9600
                                     Fax: (310) 396-9635
                                     *Counsel for Individual Plaintiffs*