UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) ) |
| | ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |

**ORDER ON PLAINTIFFS' MOTION TO SUBMIT LATE FILED CLAIMS INTO THE GLOBAL AND BANNER SETTLEMENT AGREEMENTS**

Plaintiffs, PRABHAKARA & RAMATHILAKAM CUDDAPAH, whose home is located at 3317 Ceitus Parkway Cape Coral, Florida, are allowed to file a claim with the Banner Settlement and the Global Settlement Agreement despite the fact the claim submission deadline of October 25, 2013 has passed.

This _____ day of March, 2014, at New Orleans, Louisiana

_____
ELDON E. FALLON
United States District Judge