# EXHIBIT "A"



## Benchmark
### Remediation Group

November 12, 2013

Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 3317 Ceitus Parkway Cape Coral, FL.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we have identified corrosion of the copper wiring throughout the home. In addition, we have discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

All evidence was documented at a storage unit, none of the evidence had rooms from where it was taken.

Sincerely,

Mr. Karell Locay
President



For Settlement Purposes Only

3317 Ceitus Parkway Cape Coral, FL 33991

# Phase I Validation Form

**File Number:** 12912

**Date of Inspection:** November 12, 2013

**Home Address:** 3317 Ceitus Parkway Cape Coral, FL

**Community:** N/A

**Builders:** N/A

**Owner:** Cuddapah

**Benchmark Personel Present:** David Sedota

**Types of Drywall Found In Houses:** KPT, Tiashan

**Type of Home:** One Story

**Odor Present:** Yes

**Number of Rooms:** 0

**Drywall Inspected:** N/A

**Square Footage:** 2,335 Sq. Ft.

**Square Footage Source:** Assessor

**Is Floor Plan Available:** No

**Occupancy:** Occupied



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 2

**Phase I        Electrical**

**Was Black Surface Accumulation Observed:** Yes

**How Many Outlets/Switches Were Observed:** 1

**Phase I        Plumbing**

**Type of Water Line:** Copper

**Black Surface Accumulation Water Lines:** No

**Plumbing Fixtures Inspected:** No

**Phase I        HVAC**

**Number of HVAC Units:** 1

**Black Surface Accumulation:** 1

**Phase I        Drywall Discovery**

**The inspector checked for drywall manufacturer markings including the following:**
knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural

**Drywall Supplier:** UNKNOWN

**Percentages Drywall Manufactures Found:** 50% - KPT, 50% - Tiashan

**Manufacture and Percentage of Chinese Drywall Only:** 50% - KPT, 50% - Tiashan

**Combined percentages from two reports:** N/A



## Findings



Front Elevation



Outlet Black Surface Accumulation



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 4



Drywall KPT



Switch Black Surface Accumulation



Drywall KPT



Outlet Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 6



Drywall KPT



Outlet Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 7



Drywall KPT



Outlet Black Surface Accumulation



Drywall Tiashan



Switch Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 9

33. eitus Parkway Cape Coral, FL 33991



Drywall KPT



Outlet Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 10



Drywall Tiashan



Outlet Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 11



Drywall Tiashan



Switch Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 12



Drywall KPT



Outlet Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 13



Drywall KPT



HVAC Black Surface Accumulation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com