## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:** Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363 Dorothy Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-2349 Richard and Constance Almeroth, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 12-0498 Jessica Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-3023 | |

## STIPULATION OF DISMISSAL OF DEFENDANT JVP DRYWALL AND FINISH, INC.

**IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned attorneys of record, that pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii)), Plaintiffs listed in Exhibit "A", hereby dismiss with prejudice all of their claims against **DEFENDANT JVP DRYWALL AND FINISH, INC.,** in Plaintiffs' Omnibus Complaints.  Plaintiffs' claims against JVP DRYWALL AND FINISH, INC. arise out of JVP DRYWALL AND FINISH, INC.'s installation of defective Chinese drywall in the San Lorenzo Condominiums located at 219 NW 12th Avenue, Miami, FL.  Since the Plaintiffs' filing of the above referenced Omnibus Complaints naming JVP DRYWALL AND FINISH, INC. as a Defendant, the San Lorenzo Condominiums have been fully remediated pursuant to the settlement reached with the Knauf

Defendants.   Accordingly, the Plaintiffs hereby voluntarily dismiss their claims against JVP DRYWALL AND FINISH, INC. with prejudice.

Each party is to bear its own attorneys' fees and costs.  Attached hereto as Exhibit "B" is correspondence from Holly Werkema, counsel for Plaintiffs, dated March 5, 2014, specifically authorizing the undersigned to file this Stipulation of Dismissal.

DATED:  March 7, 2014

**HERMAN, HERMAN & KATZ, LLC**                    **UNGARINO & ECKERT, L.L.C.**


  _/s/ Leonard A. Davis                            /s Matthew J. Ungarino
Russ M. Herman, Esquire                         Matthew J. Ungarino
Leonard A. Davis, Esquire                       Ungarino & Ecker, LLC
Herman, Herman, & Katz, LLC                     3850 N. Causeway Blvd.
820 O'Keefe Avenue                              Suite 1280
New Orleans, Louisiana 70113                    Metairie, Louisiana  70002
Phone: (504) 581-4892                           Phone:  (504) 836-7531
Fax: (504) 561-6024                             Fax:  (504) 836-7538

Plaintiffs Liaison Counsel                      Counsel for JVP Drywall and Finish, Inc.


SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
Eldon E. Fallon
United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Stipulation of Dismissal has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of March, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*