

DALLAS    |    AUSTIN    |    LOS ANGELES    |    BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

January 29, 2014

**Via Electronic Mail & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    Re:    **In re: Chinese Manufactured Drywall Products Liability Litigation**

          Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al
          Cause No. 11-1361; MDL-2047; Eastern District of Louisiana

          Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause
          No. 11-2349; Eastern District of Louisiana

          Almeroth, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.,
          et al; Case No. 12-0498; Eastern District of Louisiana

          Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al
          Cause No. 11-3021; MDL-2047; Eastern District of Louisiana

Dear Russ and Lenny:

    My clients as listed in Exhibit A, authorize the attorneys of Herman, Herman, & Katz, LLC, to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against Defendant, JVP Drywall and Finish, Inc., in the above matters.

                                                          Sincerely,

                                                          Holly Werkema
                                                          Baron & Budd, P.C.