**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE TO THE CUDDAPAH PLAINTIFFS' MOTION TO SUBMIT LATE FILED CLAIMS INTO THE GLOBAL AND BANNER SETTLEMENT AGREEMENTS

The Cuddapah plaintiffs filed a motion to submit late filed claims into the Global and Banner Settlement Agreements [Rec.Doc. # 17496]. Therein, the Cuddapah's contend that not until February 19, 2014, did they become aware that their home was considered a "mixed board home" within the Knauf Settlement. As a consequence, the Cuddapahs did not submit claims into the Global or Banner Settlements by the October 25, 2013 deadline, and therefore, now request leave of Court to have their claims submitted late.

The Plaintiffs' Steering Committee ("PSC") understands the Cuddapah's predicament, but deadlines are intended to have consequences. This Court's deadline for submitting claims was extended on two occasions to accommodate the ability of counsel to timely submit their clients' claims. Ultimately, this Court set a hard and fast deadline of October 25, 2013 for the final date by which persons could timely submit their claims. Deadlines also permit the Claims Administrator to fulfill its functions of managing the files and ensuring that claims are reviewed, processed and timely paid. Repeated interruptions to the Claims Administrator's process by late-comers impedes the Claims Administrator's ability to function and carry out its obligations. So, only where good cause is shown and no prejudice will occur to other claimants should an extension be permitted.

In this instance, the PSC is informed by the Claims Administrator, Brown Greer, that an accommodation can be made for the claims of the Cuddapahs. However, the ability of the Claims Administrator to continue to accommodate late filed claims is rapidly coming to a close. As discussed at the February 20, 2014 Status Conference, the Claims Administrator is contemplating a partial distribution to all claimants. That process is underway. Once the calculations are performed for the partial distribution, the Claims Administrator will no longer be able to accommodate any late filed claimants. In other words, once the calculations are completed, the numbers are immutable and no further changes can be accepted without prejudicing other claimants.

Accordingly, the PSC does not oppose the instant motion but will be forced to take a contrary position if claimants come forward in the future seeking accommodations for filing their claims late.

Dated: March 10, 2014

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

                    Arnold Levin (On the Brief)
                    Fred S. Longer (On the Brief)
                    Matthew C. Gaughan (On the Brief)
                    Levin, Fishbein, Sedran & Berman
                    510 Walnut Street, Suite 500
                    Philadelphia, PA 19106
                    215-592-1500 (phone)
                    215-592-4663 (fax)
                    Alevin@lfsblaw.com
                    *Plaintiffs' Lead Counsel*
                    *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Response to the Cuddapah Plaintiffs' Motion to Submit Late Filed Claims into the Global and Banner Settlement Agreements has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of March, 2014.

            /s/ Leonard A. Davis
            Leonard A. Davis, Esquire
            HERMAN, HERMAN & KATZ, LLC
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            Ldavis@hhklawfirm.com
            Plaintiffs' Liaison Counsel
            MDL 2047

            *Co-counsel for Plaintiffs*