**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|

**VISTA ROYALE ASSOCIATION, INC.,**
**MOTION TO BE ADMITTED INTO SETTLEMENT CLASS**

**COMES NOW,** Claimant**,VISTA ROYALE ASSOCIATION, INC,** by and through undersigned cousel and files this Motion to be Admitted into the Settlement Class an in support thereof states as follows:

1. That, Claimant Vista Royale Association, Inc., has a claimant ID of 100790.

2. On March 4, 2013, the undersigned received Order 20-7-2013 signed by Judge Fallon granting the approval of the settlements.

3. On March 5, 2013, the undersigned had a conference with Jeremy Epstien, MDL counsel, who advised that since a profile was submitted in November 2012, Claimant should be on the mailing list to perfect claim. The undersigned was directed to visit the website to register and advised that once registered, the approval of the claims would occur.

4. On March 5, 2013 following the direction of Mr. Epstien, the undersigned completed the on-line registration on the Chinese Drywall Class website.

5. On April 3, 2013, an email was sent to Chinesedrywallregistration@browngreer.com explaining Claimant's position stating that we registered the claim on March 5, 2013 however, there were multiple affected units and asking

what further action did we needed to take.

6. On April 12, 2013, the undersigned received an email from Chinesedrywallregistration@browngreer.com responding to the inquiry regarding multiple affected units; the undersigned was provided additional documents and spreadsheet to register clients.

7. On May 13, 2013, the undersigned transmitted the Law Firm Signature page along with completed spreadsheet/registration form which included the names of the property owners, their addresses, the amount of the claim, and the fact that remediation was already completed.

8. On May 15, 2013, an email was received from J. Woody, a Chinese Drywall Settlement Advisor at Brown Greer, PLC, stating that the spreadsheet and registration form had been imported and to advise if there were any errors.

9. On May 21, 2013, a claimant ID was provided from Chinesedrywallregistration@browngreer.com, at this point the undersigned understood that the claim process was complete.

10. On May 22, 2013, claimant informed the undersigned that there was a mistake regarding one of the properties on the spreadsheet; this office contacted Jacob Woody of Brown Greer asking how to amend or if we needed to do anything else. On the same day the undersigned received an email response regarding updating information through Attorney Portal and to contact them with any issues affecting the properties.

11. On June 12, 2013, this office emailed J. Woody, asking if there was anything further to do at that time, there was no response or any further communication.

12. It was not until October 29, 2013 that the undersigned was advised that there was

a dispute as to whether our registration is sufficient to constitute a "claim" within the October 25, 2013 deadline. Following this information the undersigned complied and provided documentation to support the claim on the on-line portal as well as via mail.

13. Prior to the filing of this motion the undersigned contacted the Drywall Class Administrator who stated that they have preliminarily reviewed documentation provided in support of the claim, it is complete and have no objection to this claimant being admitted.

14. Claimant is respectfully requesting that our registration/claim, along with additional materials that we submitted, be considered a timely claim for the Chinese drywall settlement.

WHEREFORE, the undersigned respectfully requests that this Court enter an Order Allowing Claimant Vista Royale Association, Inc., be admitted to the Settlement Class.

RESPECTFULLY SUBMITTED this, the 10th day of March, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to be Admitted into the Settlement Class has been served via electronic mail to the parties listed on the following Service List, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 10th day of March, 2014.

BECKER & POLIAKOFF, P.A.
*Attorneys for Vista Royale Association, Inc.*
Bank of America Centre
625 N. Flagler Drive, 7th Floor
West Palm Beach, FL 33401
Telephone: (561) 655-5444
Facsimile: (561) 832-8987
rrubin@bplegal.com

By: /s/ Robert Rubin
Robert I. Rubin, Esq.
Florida Bar No. 7293

MDL No. 2047

## SERVICE LIST

| | |
|---|---|
| Chinese Drywall Settlement Administrator<br>BrownGreer PLC<br>P.O. Box 25401<br>Richmond, Virginia 23260<br>Chinesedrywallregistration@browngreer.com | Lynn C. Greer<br>BrownGreer PLC (Richmond)<br>250 Rocketts Way<br>Richmond, VA 23231<br>804-521-7202<br>Fax: 804-521-7299<br>Email: jswoody@browngreer.com |
| Kerry J. Miller<br>Frilot L.L.C.<br>Energy Centre<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA 70163<br>504-599-8000<br>kmiller@frilot.com | **Russ M. Herman**<br>**Leonard A. Davis**<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>(504) 581-4892<br>Email: rwestenfeld@hhk.com<br>Email: ldavis@hhkc.com |

## PLAINTIFF'S STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Robert C. Josefsberg<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>rjosefsberg@podhurst.com |
| Daniel E. Becnel, Jr.<br>Becnel Law Firm. LLC<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Bruce William Steckler<br>The Steckler Law Firm<br>12700 Park Central Drive, Ste 1900<br>Dallas, TX 75251<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@stecklerlaw.com |

| | |
|---|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>Matthews, Martinez, Gonzales,<br>Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444 | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br>Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Hugh P. Lambert<br>The Lambert Firm<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com | Christopher Seeger<br>Seeger Weiss, LLP<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>& Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Daniel K. Bryson<br>Whitfield, Bryson & Mason<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5002<br>dan@wbmllp.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |

| Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com | |
|---|---|

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |
|---|---|