# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>REFERENCE: ALL CASES |

### ORDER GRANTING CLAIMANT VISTA ROYALE ASSOCIATION, INC.'S
### MOTION TO BE ADMITTED INTO SETTLEMENT CLASS

This matter, having come before this Court on Claimant Vista Royale Association, Inc.'s Motion to be Admitted into Settlement Class; and the Court having reviewed the matter, it is hereby

ORDERED AND ADJUDGED that Claimant Vista Royale Association, Inc.'s Motion to be Admitted into Settlement Class is hereby GRANTED.

_____

_____

_____

DONE AND ORDERED in Louisiana, this ___ day of _____, 2014.

_____
HONORABLE ELDON E. FALLON

LAW OFFICES
BECKER & POLIAKOFF, P.A.
BANK OF AMERICA CENTRE • 625 N. FLAGLER DRIVE, 7TH FLOOR • WEST PALM BEACH, FL  33401
TELEPHONE (561) 655-5444

ACTIVE: V11424/309828:5543723_1