UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED-DRYWALL  MDL No.: 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

Judge Fallon
Mag. Judge Wilkinson

This Document Relates to:
Matthew & Mary Torrance v. Nathaniel Crump
09-7628

## ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED:

That Plaintiffs, **Matthew and Mary Torrance**, claims and suit against Defendant, Nathaniel Crump, be and are hereby dismissed, with prejudice, in the above-captioned matter.

Signed at New Orleans, Louisiana, this 10th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE