UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending motion for an order granting incentive awards, (Rec. Doc. 17460),

**IT IS ORDERED** that this motion be and are hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Thursday, March 13, 2014.

New Orleans, Louisiana this 10th day of March, 2014.

_____
United States District Judge