UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| 10-1113 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## KNAUF DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND IMMEDIATELY RELEASE RCR UNITS AT THE VILLA LAGO AT RENAISSANCE COMMONS FOR REMEDIATION

COME NOW Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia (collectively the "Knauf Defendants") and move this Court for an order enforcing the settlement agreement regarding claims brought by Plaintiff RCR Holdings II, LLC ("RCR") and order RCR to immediately release for remediation 30 units at a time at the Villa Lago at Renaissance Commons, as previously agreed between RCR and Moss & Associates, LLC ("Moss"), the Program Contractor.

RCR owns 104 units containing Chinese manufactured drywall at the Villa Lago at Renaissance Commons and was a party to the settlement agreement covering the remediation of those units. In December 2013, RCR and Moss agreed to remediate 30 units at a time. However, RCR has repeatedly delayed remediation of those units and interfered with Moss' ability to remediate all affected units in an efficient and cost-effective manner.

WHEREFORE, for these reasons, as more fully stated in the accompanying Memorandum in Support, the Knauf Defendants move this Court for an order enforcing the settlement agreement and ordering RCR to immediately release for remediation 30 units at a time at the Villa Lago at Renaissance Commons.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of March, 2014.

/s/ Kerry J. Miller