# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| 10-1113 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 26th day of March, 2014, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Dated: March 11, 2014

                                            Respectfully submitted,

                                            BY: /s/ Kerry J. Miller
                                            KERRY J. MILLER (#24562)
                                            KYLE A. SPAULDING (#29000)
                                            **FRILOT L.L.C.**
                                            1100 Poydras Street
                                            Suite 3700
                                            New Orleans, LA 70163
                                            Telephone: (504)599-8194
                                            Facsimile: (504)599-8145
                                            Email: kmiller@frilot.com

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of March, 2014.

                                              /s/ Kerry J. Miller