UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Case No. 11-1363 | : : : | |
| Dorothy Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Case No. 11-2349 | : : : | |
| Richard and Constance Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 12-0498 | : : : : | |
| Jessica Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Case No. 11-3023 | : : | |

**ORDER**

Considering the foregoing Rule 41(a) Joint Stipulation of Voluntary Dismissal, (Rec. Doc. 17500);

**IT IS ORDERED** that all of the claims of the Plaintiffs listed in Exhibit "A" that were made against Defendant JVP Drywall and Finish, Inc., are hereby dismissed with prejudice. Each party is to bear its own attorneys' fees and costs. In light of this stipulation,

**IT IS FURTHER ORDERED** that Defendant JVP Drywall and Finish Inc.'s Motion for Summary Judgment, (Rec. Doc. 17428), is **DENIED** as moot.

New Orleans, Louisiana this 11th day of March, 2014.

_____
United States District Judge