UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL    PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON |
| This document relates to: 10-1113 | : : : | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a motion to enforce the settlement agreement and for immediate release of RCR Units at the Villa Lago for remediation, (Rec. Doc. 17507). In an effort to resolve this issue expeditiously and to facilitate remediation,

**IT IS ORDERED** that this motion is hereby set for hearing before District Judge Eldon E. Fallon on March 19, 2014 at 10:30 a.m. All responses to this motion will be due to the Court by March 18, 2014 at 12:00 p.m.

New Orleans, Louisiana this 11th day of March, 2014.

_____
United States District Judge