**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**SETTLEMENT ADMINISTRATION THIRD STATUS REPORT**
**FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this third report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of March 12, 2014.

1

**Summary**

The Special Master has continued to make substantial progress in processing Real Property claims during this reporting period. Reviews are now complete for all Real Property claims. The Special Master issued Eligibility Deficiency Notices to 93 potential class members on March 5, 2014. The Special Master has received 19 Other Loss Claim Forms but anticipates receiving a large number of additional Other Loss Claim Forms on or before the March 17, 2014 filing deadline.

**Real Property Claim Form Submissions**

The Special Master has reviewed all Real Property claims to determine whether sufficient proof was submitted in support of each Proof Requirement set forth in the Real Property Claim Form. Proof Requirement Reviews are completed in phases in accordance with each Proof Requirement, as follows:

1. Proof that the Affected Property had Chinese Drywall
2. Proof of eligibility to participate in each settlement claimed
3. Proof of ownership
4. Proof of square footage
5. Proof of filing and service within the applicable statute of limitations
6. Submission of a properly executed and notarized Owner Affidavit

The Special Master issued Eligibility Deficiency Notices on March 5, 2014 to 93 potential class members who failed to provide sufficient proof that their potential Affected Properties had Chinese Drywall and/or failed to establish that they had a claim against any Participating Defendant. Because the majority of such claimants asserted claims for potential Affected Properties outside the state of Virginia, the Special Master has been working with Brown Greer to determine whether these claims might instead belong in the MDL settlement. The Special Master is scheduled to issue deficiency notices for other Proof Requirements during the upcoming reporting period.

**Other Loss Claim Form Submissions**

The Special Master issued Other Loss Claim Forms to 91 potential class members on January 9, 2014, and attorney Richard J. Serpe, whose firm represents 185 of the 347 potential class members involved in the four Virginia-based settlements, has issued Other Loss Claim Forms to potential class members whom his firm represents. The Other Loss Claim Forms must be submitted to the Special Master on or before March 17, 2014. To date, the Special Master has received Other Loss Claim Forms for 19 Affected Properties. However, there are multiple types of Other Loss claims that may be submitted for each Affected Property. For example, a class member could file a claim for both Alternative Living Expenses and for Personal Property loss, in which case there would be two Other Loss claims filed for the same Affected Property. When considered in terms of individual claims, 27 Other Loss claims have been filed across 19 Affected Properties. The Special Master has completed Initial Review of all Other Loss Claim Forms received to date. Based on the Special Master's experience with the Real Property Claim Form submissions and claim form submissions in other settlements, the Special Master anticipates that a substantial number of Other Loss Claim Forms will be submitted just prior to or on the March 17, 2014 deadline.

**QSF Funding and Reporting**

The Qualified Settlement Fund accounts that were established for the four Virginia-based settlements were funded during this reporting period. The Special Master is working with Jim Garrett, CPA to establish a monthly reporting process regarding activity on these accounts.

**Communications with Potential Class Members, Counsel, and Brown Greer**

The Special Master established the electronic mail account chinesedrywall@garretsongroup.com to receive and respond to questions from potential class

members and their counsel. The Special Master received and responded to three inquiries submitted via chinesedrywall@garretsongroup.com during this reporting period, including a request for status of a Real Property Claim Form submission, a request to have an Other Loss Claim Form sent, and a request relating to the submission deadline. The Special Master has reviewed the Claims Administration Procedures that have been established by Brown Greer for the MDL settlements and is in regular contact with Class Counsel and, as needed, Brown Greer, in an effort to ensure that administration of the Four Virginia-Based Settlements tracks with administration of the MDL settlements as much as reasonably possible.

**Summary of Key Accomplishments to Date**

The following is a summary of key accomplishments to date in the administration of the Four Virginia-Based Settlements:

1. Real Property Claim Form finalized, approved by this Court on October 24, 2013.
2. Issued Real Property Claim Forms on November 5, 2013 to 700 potential class members who had requested information about the Four Virginia-Based Settlements.
3. Other Loss Claim Form finalized, approved by this Court on December 9, 2013.
4. The Real Property Claim Form submission deadline occurred on December 16, 2013; a total of 347 Real Property Claim Forms were submitted.
5. Issued Other Loss Claim Forms to 91 potential class members on January 9, 2014.
6. Completed reviews of all Real Property claims.
7. Issued Eligibility Deficiency Notices to 93 potential class members on March 5, 2014.

**Upcoming Settlement Administration Milestones**

The Special Master is scheduled to issue Deficiency Notices for Real Property claims in the upcoming reporting period. Upon completion of the Deficiency Notice issuance and cure

process for the Real Property claims, each class member will be issued a Real Property Determination that sets forth the Special Master's determinations as to which settlements the class member is eligible to participate in and the square footage that will be used to determine the class member's portion of each such settlement.  Class members who have claims for multiple Affected Properties will be issued a Real Property Determination for each such property.  Class Members will be given the opportunity to appeal the determinations set forth in their Real Property Determinations.  Following completion of the appeal process, the Special Master will allocate the Real Property funds within each settlement and will begin issuing distributions to class members.

Other Loss Claim Form reviews will continue in the upcoming period, as the March 17, 2014 deadline to submit Other Loss Claim Forms approaches and a significant number of Other Loss claims are submitted.  The Other Loss claims will be processed similarly to the Real Property claims, with stages for review, deficiency issuance/cure, determination, appeal, allocation, and distribution.

**Conclusion**

The Special Master submits this second report to the Court in an effort to keep the Court apprised of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule.  The Special Master will continue to periodically provide such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: March 12, 2014                         /s/ Matthew L. Garretson, Esq.
                                              Matthew L. Garretson, Esq.
                                              GARRETSON RESOLUTION GROUP
                                              6281 Tri-Ridge Boulevard, Suite 300
                                              Cincinnati, OH 45140
                                              Phone: (513) 794-0400
                                              mlg@garretsongroup.com
                                              *Chinese Drywall Special Master*