## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br>*Pate v. American International Specialty Lines Insurance Company, et al.* (09-7791) | |

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE** that, effective immediately, the law firm of Anderson Kill & Olick, P.C. has changed its name to Anderson Kill P.C. The firm's address, telephone numbers, facsimile numbers, and email addresses remain the same.

Dated: March 13, 2014

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
P: (212) 278-1000 / F: (212) 278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Counsel to Plaintiff Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of March, 2014.

/s/ Anna M. Piazza
Anna M. Piazza

1