UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| Case Nos. 11-1672, 11-1673, 11-1395 | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER

Before the Court are three motions to withdraw filed by Hongwei Shang, attorney for Defendant Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. (Rec. Docs. 17491, 17492, 17493).  These Motions do not meet the requirements set out in Local Rule 83.2.11.  Accordingly,

**IT IS ORDERED** that the pending Motions to Withdraw, (Rec. Doc. 17491, 17492, 17493) are **DENIED**.

New Orleans, Louisiana this 13th day of March, 2014.

_____
United States District Judge