UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La) OMNI II, II(A), II(B), II(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against KB Home Tampa, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a.   Ann and DeJesus Roy Tataris

shall have their claims against KB Home Tampa, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of         March        , 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**