UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La) ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Guangdong Knauf New Building Material Products Co., Ltd.; Knauf AMF GmbH & Co. KG; Knauf do Brasil Ltd.; Knauf Gips KG; Knauf Insulation GmbH; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; and PT Knauf Gypsum Indonesia , it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a.      Charles Hummer

shall have their claims against Guangdong Knauf New Building Material Products Co., Ltd.; Knauf AMF GmbH & Co. KG; Knauf do Brasil Ltd.; Knauf Gips KG; Knauf Insulation GmbH; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; and PT Knauf Gypsum Indonesia dismissed with prejudice.  Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of _____March_____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**