UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La)<br>ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against L&W Supply Corporation d/b/a Seacoast Supply Company; L&W Supply Corporation d/b/a Seacoast Supply; L&W Supply Corporation; and USG Corporation:

 a. Charles Hummer;
 b. Richard and Judy Casburn;
 c. Ernest and Anika Coney;
 d. Donna Feltner;
 e. Ira Goldstein;
 f. Melissa and Jason Guillette;
 g. Liset Gutierezz;
 h. Danielle Lang;
 i. Brett and Sara McKee;
 j. Alonza and Shirlene Wallace; and
 k. James and Rosalie Webster

shall have their claims against L&W Supply Corporation d/b/a Seacoast Supply Company; L&W Supply Corporation d/b/a Seacoast Supply; L&W Supply Corporation; and USG Corporation dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of March, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**