UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La) OMNI II, II(A), II(B), II(C) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against All Florida Drywall Supplies, Inc., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    William and Stacy Peek; and
    b.    Keith Willett

shall have their claims against All Florida Drywall Supplies, Inc. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of _____March_____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**