UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Gross, et al v. Knauf Gips, KG, et al* 09-6690 (E.D.La)<br>ORIGINAL COMPLAINT, OMNI III, III(A) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Southern Homes, LLC and Springhill, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a.   Slidell Property Management, LLC

shall have their claims against Southern Homes, LLC and Springhill, LLC dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of March, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**