UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Daniel Abreu, et al v. Gebreuder Knauf Verwaltungsgesellschaft, KG, et al, 11-252* (E.D.La)<br>**OMNI VIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Gebr. Knauf Verwaltungsgesellschaft KG; Guangdong Knauf New Building Material Products Co. Ltd.; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; Knauf Gips KG; Knauf International GmbH; Knauf Insulation GmbH; and Knauf UK GmbH, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a. Shanine H. and Algajuan Moore

shall have their claims against Gebr. Knauf Verwaltungsgesellschaft KG; Guangdong Knauf New Building Material Products Co. Ltd.; Knauf Plasterboard (Tianjin) Co., Ltd.; Knauf Plasterboard (Wuhu) Co., Ltd.; Knauf Gips KG; Knauf International GmbH; Knauf Insulation GmbH; and Knauf UK GmbH dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of March, 2014.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**