UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498* **(E.D.La)**<br>**OMNI XIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Ace Home Center, Inc., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a. Braxton and Kerri Collins

shall have their claims against Ace Home Center, Inc. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of March, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**