UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>*12-0498* **(E.D.La)**<br>**OMNI XIII** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against American Building Materials, Inc., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

    a.    Anna Tataris and Roy DeJesus

shall have their claims against American Building Materials, Inc. dismissed with prejudice. Each side shall bear their owns costs.

New Orleans, Louisiana, this 14th day of March, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE