UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Almeroth, et al v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al 12-0498*  (E.D.La) **OMNI XIII** | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against KB Home

Tampa, LLC, it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception

of:

a.     Anna Tataris and Roy DeJesus

shall have their claims against KB Home Tampa, LLC dismissed with prejudice.  Each side shall

bear their owns costs.

New Orleans, Louisiana, this 14th day of _____March_____, 2014.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**