UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAR 14 2014
WILLIAM W. BLEVINS
            CLERK
```

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          :
                                       :   SECTION: L
                                       :
                                       :   JUDGE FALLON
This Document Relates to All Cases     :   MAG. JUDGE WILKINSON

## ORDER

The Court received and reviewed the attached correspondence from Patricia Mitchell. **IT IS ORDERED** that this correspondence be filed into the record.

New Orleans, Louisiana, this 13th day of March, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Patricia Mitchell
4417 Colony Drive
Meraux, LA 70075

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

February 20, 2014

**Via U.S. Mail and Facsimile (504) 589-6966**
Hon. Eldon E. Fallon, Judge
USDC, Eastern District of La
500 Poydras Street, Rm. C-456
New Orleans, Louisiana 70130

      Re:    *Patricia Mitchell and Family*
               *Property Address: 4417 Colony Drive, Meraux, LA 70075*
               *Chinese Drywall Litigation Against Taishan*

Dear Judge Fallon:

      Hey my name is Patricia Mitchell and I am writing this letter to you regarding our Chinese Drywall. We lost our home due to Katrina and re-built. We live in Meraux, La in St. Bernard Parish. Of course at the time Katrina hit, I had all the proper insurances required, Flood and Homeowners. We also had Road Home Assistance, Fema and have a Small Business Loan. Several years after rebuilding our home and residing there all or our new appliances, heating elements, electronics starting breaking and our jewelry tarnished almost immediately. This prompted us to investigate if we had tainted drywall, and we do. We have Crescent City Gypsum, Taishan, made in China. A China owned company.

      I immediately tried to reach my contractor in which months later I finally got in touch with him and he explained that he purchased the drywall from a shipping dock in New Orleans and that several homes he had re-done was contaminated.

      I am a legal assistant, so therefore, I know how long a class-action lawsuits can take, so I contacted my insurance company in which they stated the drywall was not covered under my policy. I also contacted SBA (my mortgage holder) asking for more money to re-due the drywall, in which they stated it wasn't Katrina related. Yes it was!! We would not have had to re-build if not for Katrina. I was also told that there will be no more assistance from Fema or Road Home pertaining to this issue.

      Therefore, I had to hire an attorney. I hired a gentlemen whom I use to work for and he has signed me up for the class-action suit or whatever it is classified under at present. Please see the attached document that he provided to me, per my request. This is the only document I received from him regarding this matter.

      I have been in touch with several non-profit organizations who claims nothing is being done regarding this matter and they don't have funds available to assist at this time. They state that our Federal Government and Louisiana Legislatures are not pushing this issue with China. I always give them our name to put on a list in case any assistance they can provide at some point. **They asked that we please contact you.**

Hon. Eldon E. Fallon, Judge
February 20, 2014
Page 2

In short, I just want to say, that I am worried about my family and my health. I never use to worry about health issues in the future. I am a 47 year old women and now I am worried that this contamination can cause some type of illness in the near future. We are expecting our first grandchild and it concerns me to have her in our home. **We are constantly suffering with headaches, migraines, eye irritations, skin irritations, constant drip from sinuses and fatigue.** We never had these problems before. We were all healthy people. This concerns me deeply. If this contamination is effecting our appliances, electronics, jewelry, etc, what is it doing to our health? I want to also add that we lost our dog at a very young age to cancer in which the oncologist stated he had never seen this type of cancer in this particular breed or any dog at such a young age.

Let me add that we do not have the funds to re-due the drywall. We are middle class family that goes to work everyday to pay bills and put food on the table. So therefore, I am begging you to please push this issue. **PLEASE** hold China accountable. I was told that attorneys with Herman and Herman are not even showing up to the Court Hearings, this could be hearsay, but that is what we were told. I don't know the legalities in this matter and I must add that my attorney never returns my phone calls. So if I am wrong on any of the legal issues. please forgive me because I am in the dark in this matter.

Again, I ask that you please, please push this issue and hold China accountable and assist all that is suffering still from this horrific storm that hit us over 8 years ago. Something needs to be done.

With kind regards, I am

Very truly yours,

*Patricia B. Mitchell*
Patricia B. Mitchell

:pm
encls

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

Home    Back          Claimant Details

News and Developments

**Claimant Details**

Firm Administration

Claimant Information

Change Password / Email

Log Off

[Edit]

- Claimant ID: * 101648
- Name: * Mitchell (Last)    Patricia (First)    B (M.I.)
- Business Name:
- SSN: * 438 - 43 - 8242
- Address 1: * 4417 Colony Drive
- Address 2:
- City: * Meraux    State: * LA
- Zip Code: * 70075
- Parish/County: St. Bernard
- Email Address: tricia.mitchell@rkleinmanlaw.com
- Telephone Numbers: 504 - 301 - 1598 (Home/Business)    504 - 810 - 3839 (Cell)
- DBA Name (if applicable):
- Authorize Business Representative: (Last) (First)

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

[View Documents]

**Forms**

Click the Registration Form button below to access the Online Registration Form

[Registration Form]

**Claims**

| ClaimID | Address | City | State | Zip Code | County | |
|---|---|---|---|---|---|---|
| 3108 | 4417 Colony Drive | Meraux | Louisiana | 70075 | St. Bernard | View/Upload Claim Documents |