UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Wiltz, et al v. Beijing New Building Materials Public Limited Co.*, et al 10-361 (E.D.La) OMNI II, II(A), II(B), II(C) | |

## ORDER

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Bass Homes,

Inc., it is hereby ordered that all plaintiffs, in the above-captioned action, with the exception of:

a.      Braxton and Kerrie Collins;
b.      Jason and Cassie Herrington; and
c.      Greg and Sherry Wiggins

shall have their claims against Bass Homes, Inc. dismissed with prejudice.  Each side shall bear

their owns costs.

New Orleans, Louisiana, this 14th day of _____March_____, 2014.

_____

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**