UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

DOCKET # 11-1077 (OMNI IX)

LAURA HAYA, ET AL. V. TAISHAN
GYPSUM CO., LTD.

F/K/A SHANDONG TAIHE DONGXIN CO.,
LTD., ET AL.

CASE NO. 11-1077

MDL NO. 09-2047

JUDGE FALLON

MAGISTRATE WILKINSON

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL

Movants, Common Ground Relief, Inc. ("Common Ground") by and through its undersigned attorneys, file this Motion for Substitution of Counsel pursuant to Local Rule 83.2.11, and state:

1. The party, Common Ground, has requested and consented that Attorney, Benjamin C. Varadi, Esq. be permitted to withdraw and Elizabeth Cannon Lesher Esq., Louisiana Bar Number 35205, member of the Bar of the United States District Court for the Eastern District of Louisiana, be substituted as counsel of record.

2. Attorney Benjamin C. Varadi, Esq. has notified Common Ground of all deadlines and pending court appearances as referenced in the Certificate of Service provided below;

3. Contact information for Ms. Lesher is as follows:
   Elizabeth C. Lesher, Esq.
   1800 Deslonde Street
   New Orleans, LA 70117
   (504) 717-7324
   lcl@vesana.com

4. Indexed hereto is Ms. Lesher's Notice of Appearance.

**WHEREFORE**, Movants requests that the Court enter an Order granting this Motion for Substitution of Counsel and grant such other relief consistent with this motion.

**Respectfully Submitted,**

Benjamin C. Varadi (#33421)
Varadi, Hair & Checki, LLC
650 Poydras St., Ste. 1535
New Orleans, LA 70130
Telephone: (504) 684-5200
Fax: (310) 893-6726
Email: varadi@vhclaw.com

Elizabeth C. Lesher, Esq. (#35205)
1800 Deslonde Street
New Orleans, LA 70117
(504) 717-7324
lcl@vesana.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2014, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

I ADDITIONALLY CERTIFY that Common Ground Relief, Inc. has been notified of all deadlines and pending court appearances, as well as served with a copy of this motion.

Benjamin C. Varadi (#33421)
Varadi, Hair & Checki, LLC
650 Poydras St., Ste. 1535
New Orleans, LA 70130
Telephone: (504) 684-5200
Fax: (310) 893-6726
Email: varadi@vhclaw.com

Elizabeth C. Lesher, Esq. (#35205)
1800 Deslonde Street
New Orleans, LA 70117
(504) 717-7324
lcl@vesana.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 11-1077 |
| | MDL NO. 09-2047 |
| DOCKET # 11-1077 (OMNI IX) | JUDGE FALLON |
| LAURA HAYA, ET AL. V. TAISHAN GYPSUM CO., LTD. | MAGISTRATE WILKINSON |
| F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL. | |

NOTICE OF APPEARANCE

NOW COMES Elizabeth C. Lesher, to appear as counsel of record for Common Ground Relief, Inc. Common Ground Relief, Inc. respectfully requests all pleadings, documents, notices and correspondence in connection with this action be served upon undersigned counsel.

This 18th day of March, 2014.

Respectfully,

Elizabeth C. Lesher, Esq. (#35205)
1800 Deslonde Street
New Orleans, LA 70117
(504) 717-7324
lcl@vesana.com

*Attorney for Common Ground Relief, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2014, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Elizabeth C. Lesher, Esq. (#35205)
1800 Deslonde Street
New Orleans, LA 70117
(504) 717-7324
lcl@vesana.com

*Attorney for Common Ground Relief, Inc.*