MINUTE ENTRY
FALLON, J.
MARCH 19, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED DRY WALL | : |  |
|   PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| This document relates to: | : | JUDGE FALLON |
| 10-1113 | : | MAG. JUDGE WILKINSON |

 A hearing was held on this date in the chambers of Judge Eldon E. Fallon to discuss the pending motion to enforce the settlement agreement, filed by the Knauf Defendants. (Rec. Doc. 17507). The Court heard oral argument on the motion. The hearing was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript.

 The parties agreed that RCR Holdings II, LLC ("RCR") will immediately make eight units available for remediation, will make an additional six units available for remediation in ten days, and will make fourteen units available for remediation when the first fourteen are complete. The parties also agreed that RCR would continue to make all non-KPT units available for remediation as soon as needed by the Program Contractor. In light of this compromise, and because the Court finds that this satisfies the parties' concerns,

 **IT IS ORDERED** that Defendant's motion for enforcement of the settlement agreement, (Rec. Doc. 17507), is **DENIED** as moot.

JS10(00:33)