UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Section: L |
| | : | |
| | : | Judge Fallon |
| | : | MAG JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

### CLAIMANT JOAN OSBORNE'S MOTION TO SUBMIT LATE FILED CLAIMS UNDER THE GLOBAL SETTLEMENT AGREEMENT

Claimant JOAN OSBORNE, by and through her undersigned counsel, moves for leave from the Court to file her "late" filed claims under the terms of the Global Settlement Agreement ("Settlement Agreement"), and as grounds therefore state:

1.   Claimant owns a home in Lee County, Florida, which has been identified as containing Chinese Drywall from a manufacturer of unknown origin.

2.   Claimant filed a lawsuit in Lee County, Florida, which was assigned Case No. 11-CA-2544. Both the builder, ARBC Corporation, and the alleged supplier, Stock Building Supply LLC, are participants in the Settlement Agreement.

3.   Claimant timely registered with the Chinese Drywall Settlement Program on May 13, 2013, and was assigned Claim No. 100737, and her property was identified as Property 1139. A copy of the Affected Property Details is attached as Exhibit "A.".

4.   Claimant's undersigned counsel incorrectly read the email notice regarding "registration" and "claims," and believed that the time deadlines had been complied with. The undersigned's time was also restricted due to two ongoing health matters in the family, one of which required the undersigned counsel to leave the country in October of 2013.

5.   Upon reviewing his files to "catch-up" on work matters, the undersigned reviewed the drywall settlement regarding the deadlines and realized that additional forms were required. The undersigned thereafter promptly undertook to file all supporting documents on November 28, 2013, with completion of the following Claim Forms being submitted after the Thanksgiving Holiday on December 1, 2013:

   a)   Miscellaneous Claim Form
   b)   Pre-Remediation Alternative Living Expenses Claim Form
   c)   Global, Banner, InEx Repair and Relocation Expenses Claim Form

*See*, Exhibit "A."

6.   The verification was filed on December 5, 2013, completing the package. Exhibit "A."

7.	The undersigned also immediately communicated with Brown Greer's assigned representative Ms. Hamilton to discuss the inadvertent late filing, and was instructed that the matter would be submitted as filed "late," and that if further action was needed, she would contact undersigned counsel.

8.	Undersigned counsel contacted Ms. Hamilton to check the status as was informed that this motion would need to be submitted to so that an order could be entered permitting the claim to go forward.  Per Ms. Hamilton, all of the documents have been filed.

9.	Given that the claim was timely registered and that all documents were submitted within 40 days of the emailed deadline, the undersigned moves that the Court invoke its equitable powers to permit Claimant JOAN OSBORNE to participate in the Settlement Agreement.  Furthermore, participation in the Settlement Agreement will work to conserve judicial resources, as well as permit the parties to resolve this litigation without the further expenditure of attorneys' fees and costs.

WHEREFORE, Claimant JOAN OSBORNE request that the Court enter an order permitting her Claim Forms to be included and considered in the Settlement Agreement.  A proposed order is submitted as Exhibit "B."

This 18th day of March, 2014.

**SCHUTT LAW FIRM, P.A.**

_____
Darrin R. Schutt, Esq
Florida Bar No. 886830
1322 S.E. 46th Lane, Suite 202
Cape Coral, Florida 33904
Telephone: 239/540-7007
Facsimile: 239/791-1080
Email: darrin.schutt@schuttlaw.com
Attorney for Claimant JOAN OSBORNE

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing **CLAIMANT'S MOTION TO SUBMIT LATE FILED CLAIMS UNDER THE GLOBAL SETTLEMENT AGREEMENT** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of March, 2014.

                              **SCHUTT LAW FIRM, P.A.**

                              _____
                              Darrin R. Schutt, Esq
                              Florida Bar No. 886830