# CHINESE DRYWALL SETTLEMENT PROGRAM

MDL 2047

Home
News and Developments
Claims Administrator Procedures
Online Filing Tools
Settlement Agreements
Firm Administration
Claimant Management
Reporting
FAQ
Notices
Change Password / Email
Log Off

Get ADOBE® Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Back

**Affected Property Details**

**Claimant Information**

| | | | |
|---|---|---|---|
| **Claimant ID:** | 100737 | **Name:** | Osborne, Joan |
| **Business:** | | | |
| **Represented By:** | Schutt Law Firm, P.A. | **Claimant Address:** | 7541 Knightwing Circle |
| **Receives Mail:** | No | | Fort Myers FL 33912 |

View Claimant Documents

**View Documents**

| Doc ID | Claimant ID | APID | Document Type | Document Description | Create Date | | | |
|---|---|---|---|---|---|---|---|---|
| 198061 | 100737 | 1139 | Miscellaneous Claim Form | | 12/01/2013 | View | Edit | Remove |
| 198060 | 100737 | 1139 | Pre-Remediation Alternative Living Expenses Claim Form | | 12/01/2013 | View | Edit | Remove |
| 198054 | 100737 | 1139 | Global, Banner, InEx Repair and Relocation Expenses Claim Form | | 12/01/2013 | View | Edit | Remove |
| 194373 | 100737 | 1139 | Verification of Claims | | 12/05/2013 | View | Edit | Remove |
| 192238 | 100737 | 1139 | City or County Tax Records | | 11/28/2013 | View | Edit | Remove |
| 192237 | 100737 | 1139 | Other | Personal Property Schedule - Damaged Items | 11/28/2013 | View | Edit | Remove |
| 192236 | 100737 | 1139 | Other | Loan Modification due to CDW | 11/28/2013 | View | Edit | Remove |
| 192235 | 100737 | 1139 | Inspection Report | part 2 | 11/28/2013 | View | Edit | Remove |
| 192234 | 100737 | 1139 | Inspection Report | Part 1 | 11/28/2013 | View | Edit | Remove |
| 192233 | 100737 | 1139 | Other | Construction Costs Schedule | 11/28/2013 | View | Edit | Remove |
| 192232 | 100737 | 1139 | Mortgage Documents (Option 3) | Conversion - Construction to Permanent | 11/28/2013 | View | Edit | Remove |
| 192231 | 100737 | 1139 | Closing Documents | | 11/28/2013 | View | Edit | Remove |
| 192230 | 100737 | 1139 | Proof of Payment for Alternative Living Expenses | Carrying costs for new (CDW) home and prior home | 11/28/2013 | View | Edit | Remove |
| 192229 | 100737 | 1139 | Building Contract Agreement | | 11/28/2013 | View | Edit | Remove |
| 192228 | 100737 | 1139 | Proof of Participating Builder | Letter from Builer ARBC | 11/28/2013 | View | Edit | Remove |
| 192227 | 100737 | 1139 | Receipts | Air Conditioner Repair | 11/28/2013 | View | Edit | Remove |
| 192226 | 100737 | 1139 | Mortgage Payment Documents | | 11/28/2013 | View | Edit | Remove |
| 192225 | 100737 | 1139 | Mortgage Payment Documents | | 11/28/2013 | View | Edit | Remove |
| 192224 | 100737 | 1139 | Proof of Payment for Alternative Living Expenses | Taxes for Second Home Not Sold but Still lived in | 11/28/2013 | View | Edit | Remove |
| 192223 | 100737 | 1139 | Proof of Payment | To Builder - Check No 148 | 11/28/2013 | View | Edit | Remove |
| 7920 | 100737 | 1139 | Proof of Residence | | 06/25/2013 | View | Edit | Remove |
| 7919 | 100737 | 1139 | Floor Plan or Other Document demonstrating | | 06/25/2013 | View | Edit | Remove |

Exhibit "A" - Page 1 of 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Square Footage | | | | |
| 7918 | 100737 | 1139 | Proof of Ownership (Title/Deed) | 06/25/2013 | View | Edit | Remove |
| 1350 | 100737 | 1139 | | 05/13/2013 | View | Edit | Remove |

**Affected Property**

**Property ID:** 1139

**Street Address:** 10171 Main Drive Bonita Springs, Lee, FL 34135

**Claims**

| Claim ID | Claim Type | Settlement | Status |
|---|---|---|---|
| 388 | Global, Banner, InEx Repair and Relocation Expenses | Global | Claim Closed - Untimely Claim Form |
| 20082 | Pre-Remediation Alternative Living Expenses | Global | Claim Closed - Untimely Claim Form |
| 20083 | Miscellaneous | Global | Claim Closed - Untimely Claim Form |




Exhibit "A" - Page 2 of 2