UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | Section: L |
| | : | |
| | : | Judge Fallon |
| | : | MAG JUDGE WILKINSON |

THIS DOCUMENT RELATES TO ALL CASES

# ORDER

Before the Court is a motion to submit late claims (Rec. Doc. _____). Due to the circumstances involved and having considered the grounds, accordingly,

**IT IS ORDERED** that the Motion to Submit Late Claim, (Rec. Doc. _____), is **GRANTED.**

New Orleans, Louisiana this ___ day of March, 2014.

_____
United States District Judge

Exhibit "B"