## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 SECTION: L |
| **This document relates to** | * * | |
| Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al. Case No. 11-2349 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| Gross, et. al. v. Knauf Gips, KG, et. al. Case No. 09-6690 | * * * | |
| Payton, et. al. v. Knauf Gips, KG, Case No. 2:09-cv-0768 (E.D.La.) | * * * | |
| Rodgers, et. al. v. Knauf Gips, KG, et. al., Case No. 2:10-cv-00362 (E.D.La.) | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

The Court, having considered Plaintiffs Diana Pohner and Barry Labell's Verified Unopposed Motion to Extend Deadline for Other Loss Fund Claim Submission for Claimants Diana Pohner and Barry Labell and supporting Memorandum, finds that Plaintiffs Diana Pohner and Barry Labell's Motion should be granted and Plaintiffs Diana Pohner and Barry Labell shall be permitted to file their Other Loss Fund settlement claims, which will be considered timely submitted; accordingly, it is,

ORDERED that Plaintiffs Diana Pohner and Barry Labell's Verified Unopposed Motion to Extend Deadline Other Loss Fund Claim Submission Deadline is GRANTED.

New Orleans, Louisiana, this ____ day of March, 2014.

                                                                                              _____

Hon. Eldon E. Fallon
District Court Judge