UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG.JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

AMORIN et. al. v. TAISHAN GYPSUM
CO., LTD et. al.
Case No, 11-1672

AMORIN et. al. v. TAISHAN GYPSUM
CO., LTD et. al.
Case No, 11-1673

AMORIN et. al. v. TAISHAN GYPSUM
CO., LTD et. al.
Case No, 11-1395
_____/

## ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL

Considering the Law Office of Hongwei Shang, LLC's Amended Motion to Withdraw as counsel of record for Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD., and the incorporated memorandum, and finding that the counsel has complied with Local Rule 83.2.11,

**IT IS HEREBY ORDERED** that the Law Office of Hongwei Shang, LLC's Motion to Withdraw as counsel of record for Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD. is GRANTED. The Law Office of Hongwei Shang, LLC is discharged from any further obligation and relieved of any further appearance in the above referenced case on behalf of ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD. All pleadings shall be served on Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY

1

ENTERPRISES GROUP IMP. & EXP. CO., LTD at 11F, Jinjiang Mansion, No.111 Hushu South Road, Hangzhou, China.

      **DONE AND ORDERED** in Chambers at New Orleans, Louisiana this _____day of _____, 2014.

                                          _____
                                          ELDON E. FALLON, Judge
                                          United States District Court