UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: AMORIN et. al.v.TAISHAN GYPSUM CO., LTD et. al. Case No. 11-1395 | JUDGE FALLON MAG.JUDGE WILKINSON |

**AMENDED MOTION TO WITHDRAW AS COUNSEL WITH INCORPORATED MEMORANDUM**

The undersigned attorney of record for the Defendant, ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD., hereby moves the Court to grant the Amended Motion to Withdraw as Counsel, and as grounds thereof states as follows:

1. There have arisen irreconcilable differences between the Defendant and the undersigned attorney in that Defendant no longer requests the undersigned's representation in the above matter.

2. The undersigned will be unable to effectively and properly continue representing the Defendant based on these irreconcilable differences, and therefore she moves to withdraw as counsel of record in the above-entitled and numbered action and no longer be sent further notices of the court.

3. Defendant has been notified of all deadlines pursuant to L.R. 83.2.11 by certified mail.

4. Defendant's present address is 11F, Jinjiang Mansion, No.111 Hushu South Road, Hangzhou, China.

5. Defendant's phone number is 0086571-88389560.

**WHEREFORE**, the undersigned respectfully requests that the Court enter the order allowing the withdrawal of counsel herein.

Dated: March 21, 2014

Respectfully submitted,

**The Law Office of Hongwei Shang, LLC**
9130 S. Dadeland Boulevard, Suite 1620
Miami, FL 33156
Tel:  (786) 581-9759
Fax: (786) 581-9168
Email: hshanglaw@gmail.com

By: s/Hongwei Shang_____
Hongwei Shang
Florida Bar No. 0037199
Attorney for Zhejiang Provincial Second
Light Industry Enterprises Group Imp &
Exp. Co., Ltd.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served on Liaison Counsel by electronic mail and upon all Chinese Drywall parties by electronically uploading same to pretrial No. 6 in accordance with Pretrial Order No. 6 on this 14th day of June, 2013. I further certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of March, 2014.

By: s/Hongwei Shang_____
Hongwei Shang