IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | )  MDL No. 2047 ) |
| | )  SECTION:  L |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) |
| | )  JUDGE FALLON |
| | )  MAG. JUDGE WILKINSON |

NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
BY MARONDA HOMES, INC. OF FLORIDA

Subject to the requirements of Pretrial Order No. 1(I) dated January 24, 2012, Maronda Homes, Inc. of Florida ("MHIF") hereby gives notice of its intention to dispose of physical evidence that MHIF was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this Notice upon reasonable notice to MHIF by contacting:  Robert D. Finkel, Esquire, by telephone at 412-562-5263 or by e-mail at robert.finkel@bipc.com.  Upon the expiration of the thirty-day period, MHIF may dispose of such physical evidence and will not be subject to a claim or defense of spoliation with respect to its disposal of such physical evidence.

Dated:  March 24, 2014

/s/Robert D. Finkel
Robert D. Finkel, Esquire
Pa. I.D. No. 71130
robert.finkel@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA  15219
Telephone:     412-562-8800
Fax:                412-562-1041

*Attorneys for Maronda Homes, Inc. of Florida*

#10113123

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Notice of Disposal of Physical Evidence has been filed with the Court and served on the parties in this MDL through File & Serve in the master case number 2:09-md-02047-EEF-JCW.  Additional copies of this Notice of Disposal of Physical Evidence has been served upon Plaintiffs' Liaison Counsel, Russ M. Herman, either electronically to drywall@hhkc.com, or in hard copy to Russ M. Herman, Plaintiffs' Liaison Counsel, Herman, Herman, Katz & Cotlar, L.L.P., 820 O'Keefe Avenue, New Orleans, LA  70113; to Defendants' Liaison Counsel, Kerry Miller, either electronically to kmiller@frilot.com, or in hard copy to Kerry J. Miller, Defendants' Liaison Counsel, Frilot, L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, LA  70163; to Homebuilders' Liaison Counsel, Dorothy Wimberly, either electronically to dwimberly@stonepigman.com, or in hard copy to Dorothy Wimberly, Homebuilders' Liaison Counsel, Stone Pigman Walther Wittmann, L.L.C., 546 Carondelet Street, New Orleans, LA  710130; and to Insurance Liaison Counsel, Judy Y. Barrasso, Insurance Liaison Counsel, either electronically to cdwinsurance@barrassousdin.com, or in hard copy to Judy Y. Barrasso, Insurance Liaison Counsel, Barrasso Usdin Kupperman Freeman & Sarver, LLC, 909 Poydras Street, 24th Floor, New Orleans, LA  70112, (504) 589-9700 and fax (504) 589-9701.

                                                          /s/Robert D. Finkel
                                                          Robert D. Finkel, Esquire

#10113123