IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFF STEERING COMMITTEE'S RESPONSE TO VISTA ROYALE'S MOTION TO BE ADMITTED INTO THE SETTLEMENT CLASS

**COMES NOW**, Claimant, **VISTA ROYALE ASSOCIATION, INC**, ("VISTA") by and through its undersigned counsel, and moves for this Court to enter an Order granting leave to file Claimant's *Reply to Plaintiff Steering Committee's Response to Vista Royale's Motion to be Admitted into the Settlement Class*, and in support thereof states as follows:

1. Claimant filed its Motion to be Admitted into the Settlement Class on March 10, 2014.

2. Plaintiffs' Steering Committee filed its Response to VISTA's Motion to be Admitted into the Settlement Class on March 19, 2014.

3. Following Plaintiffs' Steering Committee Response, Claimant VISTA filed a Reply to Plaintiffs' Steering Committee Response in order to fully respond to arguments raised, which was filed on March 20, 2014.

4. Following the filing of VISTA's Reply, the undersigned received a notice of filing a deficient document from the U.S. District Court Eastern District of Louisiana portal.

LAW OFFICES
BECKER & POLIAKOFF, P.A.
BANK OF AMERICA CENTRE • 625 N. FLAGLER DRIVE, 7TH FLOOR • WEST PALM BEACH, FL 33401
TELEPHONE (561) 655-5444

ACTIVE: V11424/309828:5579526_1

5. Pursuant to the Court Deficiency Codes, VISTA's is seeking permission of the Court to allow VISTA Leave to file its Reply to Plaintiffs' Steering Committee's Response.

6. VISTA has attached to this Motion (i) a proposed order granting such relief as **Exhibit A** and (ii) A true and correct copy of Claimant's VISTA's Reply to Plaintiffs' Steering Committee's Response to Vista Royale's Motion to be Admitted into the Settlement Class. **Exhibit B.**

7. The granting of this Motion for Leave to File will not prejudice the parties in any way, however Claimant will be prejudiced if it is not permitted to file its Reply.

WHEREFORE, Claimant, VISTA ROYALE ASSOCIATION, INC. Respectfully requests that this Honorable Court grant its Motion for Leave to File its Reply to Plaintiff's Response to Vista's Motion to be Admitted into the Settlement Class and grant any other such relief as the Court deems just and proper.

Respectfully Submitted this 25th day of March, 2014.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Leave for Claimant VISTA's to File its Reply to Plaintiff's Response to Vista's Motion to be Admitted into the Settlement Class has been served via electronic mail to the following parties listed on the following Service List, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MLD 2047 on this 25th day of March, 2014.

- 2 -
LAW OFFICES
BECKER & POLIAKOFF, P.A.
BANK OF AMERICA CENTRE • 625 N. FLAGLER DRIVE, 7TH FLOOR • WEST PALM BEACH, FL 33401
TELEPHONE (561) 655-5444

ACTIVE: V11424/309828:5579526_1

MDL No. 2:09-MD-2047

                                                    BECKER & POLIAKOFF, P.A.
*Attorneys for Claimant Vista Royale Association, Inc.*
Bank of America Centre
625 N. Flagler Drive, 7th Floor
West Palm Beach, FL  33401
Telephone:  (561) 655-5444
Facsimile:  (561) 832-8987
rrubin@bplegal.com


By:    /s/Robert Rubin_____
        Robert I. Rubin, Esq.
        Florida Bar No. 7293

MDL No. 2:09-MD-2047

## **SERVICE LIST**

| | |
|---|---|
| Chinese Drywall Settlement Administrator<br>BrownGreer PLC<br>P.O. Box 25401<br>Richmond, Virginia 23260<br>Chinesedrywallregistration@browngreer.com | Lynn C. Greer<br>BrownGreer PLC (Richmond)<br>250 Rocketts Way<br>Richmond, VA 23231<br>804-521-7202<br>Fax: 804-521-7299<br>Email: jswoody@browngreer.com |
| Kerry J. Miller<br>Frilot L.L.C.<br>Energy Centre<br>1100 Poydras Street<br>Suite 3700<br>New Orleans, LA 70163<br>504-599-8000<br>kmiller@frilot.com | **Russ M. Herman**<br>**Leonard A. Davis**<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>(504) 581-4892<br>Email: rwestenfeld@hhk.com<br>Email: ldavis@hhkc.com |

## **PLAINTIFF'S STEERING COMMITTEE**

| | |
|---|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com | Robert C. Josefsberg<br>Podhurst Orseck, P.A.<br>25 Flagler Street, 8th Floor<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>rjosefsberg@podhurst.com |
| Daniel E. Becnel, Jr.<br>Becnel Law Firm. LLC<br>425 W. Airline Highway, Suite B<br>Laplace, LA 70068<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>dbecnel@becnellaw.com | Bruce William Steckler<br>The Steckler Law Firm<br>12700 Park Central Drive, Ste 1900<br>Dallas, TX 75251<br>Phone: (972) 387-4040<br>Fax: (972) 387-4041<br>bruce@stecklerlaw.com |

| | |
|---|---|
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>Matthews, Martinez, Gonzales,<br>Kalbac & Kane<br>255 Alhambra Circle, Penthouse<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444 | Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |
| Ben W. Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell<br>Echsner & Proctor, P.A.<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7000<br>Fax: (850) 435-7020<br>bgordon@levinlaw.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Hugh P. Lambert<br>The Lambert Firm<br>701 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 581-1750<br>Fax: (504) 529-2931<br>hlambert@thelambertfirm.com | Christopher Seeger<br>Seeger Weiss, LLP<br>77 Water Street<br>New York, NY 10005<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br>& Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com | Daniel K. Bryson<br>Whitfield, Bryson & Mason<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5002<br>dan@wbmllp.com |
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |

MDL No. 2:09-MD-2047

| | |
|---|---|
| Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928<br>victor@diazpartners.com | |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com |