IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**ORDER GRANTING CLAIMANT VISTA ROYALE ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE CLAIMANT'S REPLY TO PLAINTIFF STEERING COMMITTEES' RESPONSE TO VISTA ROYALE'S MOTION TO BE ADMITTED INTO THE SETTLEMENT CLASS**

This matter, having come before this Court on Claimant Vista Royale Association, Inc.'s ("VISTA") Motion for Leave to File Claimant's Reply to Plaintiff Steering Committees' Response to Vista Royale's Motion to be Admitted into the Settlement Class; and the Court having reviewed the matter, it is hereby

ORDERED AND ADJUDGED that VISTA'S Motion for Leave to File a Reply is GRANTED/DENIED

_____

_____

_____

DONE AND ORDERED in Louisiana, this ___ day of _____, 2014.

_____
HONORABLE ELDON E. FALLON

MDL No. 2047

**Copies furnished to:**

Robert Rubin, Esq. Becker & Poliakoff, P.A.: 625 North Flagler Drive, Seventh Floor, West Palm Beach, FL 33401
rrubin@bplegal.com