**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| **This document relates to all cases** | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### PRETRIAL ORDER 28(B)

On January 10, 2014, this Court entered Pretrial Order 28 regarding attorney fee and cost reimbursement guidelines (Doc. No. 17379).  On January 27, 2014, this Court entered Pretrial Order 28(A) clarifying that the time and expense records to be considered pursuant to PTO 28 shall reflect work performed up to and including December 31, 2013 (Doc. No. 17402).  This Order shall extend some of the deadlines set forth in PTO 28 as follows:

### STEP THREE: FILING OF A JOINT GLOBAL FEE PETITION

1. The deadline set forth in paragraph 6 of PTO 28 for the Fee Committee's filing of a consolidated, joint petition ("Joint Global Fee Petition") with the Plaintiffs' Steering Committee ("PSC") for a global award of attorneys' fees, inclusive of common benefit attorneys' fees and individual retained counsel fees, and reimbursement of expenses shall be extended to May 2, 2014.

2. The deadline set forth in paragraph 7 of PTO 28 for the filing of separate applications for an award of attorneys' fees or reimbursement of expenses for common benefit based on time or expenses which are not present in the Joint Global Fee Petition shall be extended to May 23, 2014.

3. The deadline set forth in paragraph 8 of PTO 28 for the filing of objections to the Joint Global Fee Petition or any other fee petition shall be extended to May 23, 2014.

4. The deadline set forth in paragraph 8 of PTO 28 for the filing of responses to objections to the Joint Global Fee Petition or any other fee petition shall be extended to June 18,

2014.

## STEP FOUR: COMMON BENEFIT REQUEST FOR OTHER CASES

5. The deadline set forth in paragraph 9 of PTO 28 for the PSC's filing of a request for a common benefit assessment for any Chinese Drywall case or claim not participating as a Class Member or claimant in any of the various Class Action Settlement Agreements shall be extended to July 9, 2014.

6. The deadline set forth in paragraph 9 of PTO 28 for the filing of objections to the request for a common benefit assessment shall be extended to July 25, 2014.

7. The deadline set forth in paragraph 9 of PTO 28 for the filing of responses to objections to the request for a common benefit assessment shall be extended to August 15, 2014.

## STEP SIX: COMMON BENEFIT FEE ALLOCATION

8. The deadline set forth in paragraph 15 of PTO 28 for the filing of a Second Affidavit in Connection With Request for Allocation of Common Benefit Fee and Cost Award shall be extended to April 11, 2014.

9. All other deadlines and aspects of PTO 28 shall remain in effect.

New Orleans, Louisiana, this _____ day of _____, 2014

                                             _____
                                             ELDON E. FALLON
                                             UNITED STATES DISTRICT JUDGE