UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 25 2014
WILLIAM W. BLEVINS
CLERK

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

The Court received and reviewed the attached correspondence from Patricia Mitchell. **IT IS ORDERED** that this correspondence be filed into the record. The Court construes this as a motion to submit late claims.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and respond to the motion.

New Orleans, Louisiana, this 24th day of March, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Kenneth and Chantay Tompkins
3244 Silverado Circle
Green Cove Springs, FL 32043

___ Fee____
___ Process____
X   Dktd____
___ CtRmDep____
___ Doc. No.____