3244 Silverado Circle
Green Cove Springs, FL  32043
13 March 2014

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA  70130

RECEIVED
MAR 21 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Dear Judge Fallon:

    We are pro se claimants in the pilot program for the MDL-2047 class action suit. We are writing this letter to respectfully request relief from the claims deadline. We humbly ask the court to grant our request to be allowed to submit the appropriate Miscellaneous Claim Form to the BrownGreer Chinese Drywall Settlement Program Administrator for consideration. It was not clearly apparent to us that the Knauf Remediation and Global, Banner, InEx claim forms we submitted before the October 25, 2013 claims deadline were not all encompassing. Since it wasn't clear to us that a separate miscellaneous claim form was required for reimbursement of costs incurred, we submitted our list of homeowner's damages and receipts with the Knauf Remediation and Global, Banner, InEx claim forms on September 25, 2013 and October 9, 2013 respectively. We did not know we needed to submit a Miscellaneous Claim form for consideration for reimbursement of the money we spent to repair/replace items (air conditioner, evaporator coils, refrigerators, etc.) that were damaged due to the catastrophic effects caused by exposure to the contaminated Chinese drywall in our home. We feel in earnest that we submitted our documentation within the claim submission deadline and should be allowed to correct our mistake by allowing us to submit the appropriate claim form. We will ensure the claim form is submitted according to the instructions and timeframe provided by the court.

    For your consideration in deciding our request, we are providing the following information and documentation for your review.

    Enclosure (1) shows that we are registered on the Administrator's website under Claimant ID 103283. Enclosure (2) shows we submitted two claim forms with supporting documentation because we weren't exactly sure who would be responsible for making us whole as our house was built by Adams Homes of Northeast Florida. The drywall was supplied by L& W (Seacoast Supply of Jacksonville). The manufacturer was Knauf. Enclosure (2) shows we submitted the Knauf Remediation claim form on September 25, 2013 and the Global, Banner, InEx. Repair and Relocation Expenses claim form on October 9, 2013 via the online portal for the Chinese Drywall Settlement Program at https://www3.browngreer.com/Drywall/Default. On enclosure (2), please note we submitted a list of homeowner's damages for both claims. Enclosure (3) is a list of the items along with receipts we submitted that we are seeking to submit a miscellaneous claim for. We feel if it weren't for the contaminated Chinese drywall in

our home, the items listed in Enclosure (3) would have had a considerably longer lifespan; wouldn't need repair/replacement within six years; and therefore we would not have incurred any costs to fix them so early in the lifespan of those items as evidenced by the receipts.

Since the remediation process has already begun and we are at the Xactimate phase in the process, we were curious why we didn't hear anything about the reimbursement claim for expenses for the itemized list in enclosure (3). We inquired via email to the BrownGreer Claims Administrator (see Enclosure (4)). To our dismay, we learned the claims submitted by enclosure (2) were the wrong forms and enclosure (3) documents couldn't be considered by the Claims Administrator because we didn't submit a miscellaneous claim form and the deadline had expired. We argue that we did submit documentation within the timeframe but the wrong form was used to do it. Because of the information provided by enclosure (4), we are requesting the court to resolve this and allow us to file the appropriate claim form.

Should the court have any questions or need any explanation for the information supplied, please feel free to contact us. We can be reached at any of the following numbers at your convenience:

Kenneth Tompkins – (904) 589-9980 (H), (904) 868-6316 (C), (904) 542-2591(W)
Chantay Bronson-Tompkins – (904) 589-9980, (904) 861-7805 (C), (904) 542-1513 (W)

Respectfully,

Kenneth Tompkins

Chantay Bronson-Tompkins

Copy to:
Brown Greer
MDL 2047 Chinese Drywall Settlement Program Claims Administrator
935 Gravier Street, Suite 1500
New Orleans, Louisiana 70112
(504) 262-9324 (office) / (504) 262-9375 (fax)

Robert M. Johnston
Law Offices of Robert M. Johnston, LLC
400 Poydras Street, Suite 2450
New Orleans, LA 70130
(504) 561-7799 / (504) 587-3794 (fax)
Email: RMJ@ahhelaw.com