

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

**Affected Property Details**

**Claimant Information**

| | | | |
|---|---|---|---|
| Claimant ID: | 103283 | Name: | Tompkins, Kenneth |
| Business: | | | |
| Represented By: | Pro Se | Claimant Address: | 3244 Silverado Circle |
| Receives Mail: | No | | Green Cove Springs FL 32043 |

**Affected Property**

Property ID: 5479
Street Address: 3244 Silverado Circle Green Cove Springs, FL 32043

**Claims**

| Claim ID | Claim Type | Settlement | Status |
|---|---|---|---|
| 1564 | Knauf Remediation | Global, Knauf, L & W, Unknown | Claimant Requested Appeal - Denial Notice |
| 9735 | Global, Banner, InEx Repair and Relocation Expenses | Global, Knauf, L & W, Unknown | Review Accepted |

Enclosure (1)