# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

| Home | Back | | Affected Property Details |
| News and Developments | | | |

**Claimant Information**

| | | | |
|---|---|---|---|
| Claimant ID: | 103283 | Name: | Tompkins, Kenneth |
| Business: | | | |
| Represented By: | Pro Se | Claimant Address: | 3244 Silverado Circle |
| Receives Mail: | No | | Green Cove Springs FL 32043 |

Claims Administrator Procedures

Online Filing Tools

Settlement Agreements

Claimant Management

View Claimant Documents

**View Documents**

Notices

Change Password / Email

Log Off

Get ADOBE Reader

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest version of Adobe Reader, click the icon above.

| Doc ID | Claimant ID | APID | Document Type | Document Description | Create Date | | | |
|---|---|---|---|---|---|---|---|---|
| 239066 | 103283 | 5479 | Full Xactimate | | 02/17/2014 | View | Edit | Remove |
| 238230 | 103283 | 5479 | ANSI Sketch | | 02/17/2014 | View | Edit | Remove |
| 237055 | 103283 | 5479 | Construction Duration Estimate | | 02/17/2014 | View | Edit | Remove |
| 236464 | 103283 | 5479 | Xactimate Summary Pricing Page | | 02/17/2014 | View | Edit | Remove |
| 223605 | 103283 | 5479 | Eligibility Notice | | 02/05/2014 | View | Edit | Remove |
| 215209 | 103283 | 5479 | Eligibility Notice | | 01/24/2014 | View | Edit | Remove |
| 209885 | 103283 | 5479 | Plaintiff Profile Form | | 01/10/2014 | View | Edit | Remove |
| 209641 | 103283 | 5479 | Photographs of Drywall Removed During Remediation | | 01/10/2014 | View | Edit | Remove |
| 209538 | 103283 | 5479 | Inspection Report | | 01/10/2014 | View | Edit | Remove |
| 202432 | 103283 | 5479 | Remediation Program Inspection Report | | 12/09/2013 | View | Edit | Remove |
| 200384 | 103283 | 5479 | Photographs | confirmation photos | 12/21/2013 | View | Edit | Remove |
| 200383 | 103283 | 5479 | Photographs | confirmatory photos | 12/21/2013 | View | Edit | Remove |
| 200382 | 103283 | 5479 | Photographs | confirmatory photos | 12/21/2013 | View | Edit | Remove |
| 200381 | 103283 | 5479 | Photographs | confirmatory photos | 12/21/2013 | View | Edit | Remove |
| 200380 | 103283 | 5479 | Photographs | confirmatory holes | 12/21/2013 | View | Edit | Remove |
| 200379 | 103283 | 5479 | Photographs | confirmatory holes in wall | 12/21/2013 | View | Edit | Remove |
| 200378 | 103283 | 5479 | Photographs | confirmatory photo | 12/21/2013 | View | Edit | Remove |
| 200377 | 103283 | 5479 | Photographs | confirmatory photos | 12/21/2013 | View | Edit | Remove |
| 200376 | 103283 | 5479 | Assignment of Claims from Owner | | 12/21/2013 | View | Edit | Remove |
| 190544 | 103283 | 5479 | Denial Notice | | 11/21/2013 | View | Edit | Remove |
| 152417 | 103283 | 5479 | Global, Banner, InEx Repair and Relocation Expenses Claim Form | | 10/09/2013 | View | Edit | Remove |
| 152416 | 103283 | 5479 | Photographs | | 10/09/2013 | View | Edit | Remove |
| 152415 | 103283 | 5479 | Photographs | | 10/09/2013 | View | Edit | Remove |
| 152407 | 103283 | 5479 | Proof of Ownership of Damaged Items | | 10/09/2013 | View | Edit | Remove |
| 152406 | 103283 | 5479 | Proof of Ownership of Damaged Items | | 10/09/2013 | View | Edit | Remove |
| 152403 | 103283 | 5479 | Floor Plan or Other Document demonstrating Square Footage | | 10/09/2013 | View | Edit | Remove |
| 152402 | 103283 | 5479 | Photographs | | 10/09/2013 | View | Edit | Remove |
| 152401 | 103283 | 5479 | Photographs | | 10/09/2013 | View | Edit | Remove |
| 152400 | 103283 | 5479 | Photographs | | 10/09/2013 | View | Edit | Remove |

Enclosure (2)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 152399 | 103283 | 5479 | Photographs | 10/09/2013 | View | Edit | Remove |
| 152398 | 103283 | 5479 | Photographs | 10/09/2013 | View | Edit | Remove |
| 152395 | 103283 | 5479 | Evidence of Chinese Drywall | 10/09/2013 | View | Edit | Remove |
| 152389 | 103283 | 5479 | Inspection Report | 10/09/2013 | View | Edit | Remove |
| 152386 | 103283 | 5479 | Proof of Ownership (Title/Deed) | 10/09/2013 | View | Edit | Remove |
| 138341 | 103283 | 5479 | Knauf Remediation Claim Form | 09/25/2013 | View | Edit | Remove |
| 136530 | 103283 | 5479 | Floor Plan or Other Document demonstrating Square Footage | 09/25/2013 | View | Edit | Remove |
| 136359 | 103283 | 5479 | Plaintiff Profile Form | 09/25/2013 | View | Edit | Remove |
| 136221 | 103283 | 5479 | Plaintiff Profile Form | 09/25/2013 | View | Edit | Remove |
| 136202 | 103283 | 5479 | Inspection Report | 09/25/2013 | View | Edit | Remove |
| 136194 | 103283 | 5479 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | 09/25/2013 | View | Edit | Remove |
| 136190 | 103283 | 5479 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | 09/25/2013 | View | Edit | Remove |
| 136011 | 103283 | 5479 | Evidence of KPT Chinese Drywall & Non-KPT Chinese Drywall Prior to Remediation | 09/25/2013 | View | Edit | Remove |
| 91907 | 103283 | 5479 | Photographs | 08/14/2013 | View | Edit | Remove |
| 91906 | 103283 | 5479 | Photographs | 08/14/2013 | View | Edit | Remove |
| 91901 | 103283 | 5479 | Photographs | 08/14/2013 | View | Edit | Remove |
| 91900 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91899 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91898 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91897 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91896 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91895 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91893 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91889 | 103283 | 5479 | Proof of Corrosive, Reactive Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91888 | 103283 | 5479 | Warranty Deed | 08/14/2013 | View | Edit | Remove |
| 91887 | 103283 | 5479 | Contractor Bond | 08/14/2013 | View | Edit | Remove |
| 91879 | 103283 | 5479 | Inspection Report | 08/14/2013 | View | Edit | Remove |
| 91878 | 103283 | 5479 | Homeowner List of Damages | 08/14/2013 | View | Edit | Remove |
| 91877 | 103283 | 5479 | Homeowner List of Damages | 08/14/2013 | View | Edit | Remove |
| 91866 | 103283 | 5479 | Evidence of Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91865 | 103283 | 5479 | Evidence of Chinese Drywall | 08/14/2013 | View | Edit | Remove |
| 91864 | 103283 | 5479 | Evidence of Chinese Drywall | 08/14/2013 | View | Edit | Remove |

**Affected Property**

Property ID: 5479
Street Address: 3244 Silverado Circle Green Cove Springs, FL 32043

**Claims**

| Claim ID | Claim Type | Settlement | Status |
|---|---|---|---|
| 1564 | Knauf Remediation | Global, Knauf, L & W, Unknown | Claimant Requested Appeal - Denial Notice |
| 9735 | Global, Banner, InEx Repair and Relocation Expenses | Global, Knauf, L & W, Unknown | Review Accepted |

Close