3244 Silverado Circle
Green Cove Springs, FL 32043
14 August 2013

Chinese Drywall Settlement Administrator
P. O. Box 25401
Richmond, VA  23260

Subject :  Reimbursement for  Electronic Items Damaged From Chinese Drywall

This list of items were damaged, repaired and/or replaced due to exposure to the
Chinese Drywall located in our home at 3244 Silverado Circle, Green Cove Springs,
Florida 32043.  Evidence of receipts and amounts paid are attached.

| Item | Reason | Amount |
|---|---|---|
| Air Conditioner | Inoperable Unit/Evaporator Coil/Replace Unit | $  3,335.00 |
| Air Conditioner |  Coil Replaced | $     733.00 |
| Air Conditioner | Evaporator Coil Replaced | $     500.00 |
| Air Conditioner | Evaporator Coil /Inoperable Unit/Replaced | $     427.00 |
| Air Conditioner | Leaking Unit/Repair | $     190.00 |
| Air Conditioner | Window Unit | $     162.75 |
| Air Conditioner | Leaking Unit/Evaporator Leak/Low Freon | $     145.95 |
| Air Conditioner | Not cooling/Diagnostic/Repair | $     138.00 |
| Air Conditioner | Not cooling/Diagnostic/Repair | $       79.00 |
| Air Conditioner | Unit Fan Noise/Diagnostic | $       49.95 |
| Air Conditioner | Evaporator Coil Leaks/Diagnostic | $       39.95 |
| Computer | Motherboard /CPU/ Hard Disk Drive Bad | $     398.00 |
| Craftsman | Replacement | $     399.99 |
| Dryer | Motor corrosion Contact/Replaced Unit | $     259.00 |
| Garage Door | Corrosion/Lubricate/Repair | $       69.00 |
| Refrigerator | Coils corroded/Not Freezing/Leaking/Replace | $     832.16 |
| Television | Circuitry Fuses/Replacement | $     641.97 |
| Television | Replaced | $     599.97 |
| Television | Replaced | $     349.98 |
| Television | Replaced | $     599.97 |
| Television | Replaced | $     349.98 |
| Treadmill | Motor Control Circuit Board/Replaced | $     129.99 |
| Treadmill | Labor | $       35.00 |
| Shower Fixture | Valve Stem Replaced | $     127.00 |
| **Total** | | **$10,592.61** |

Enclosure (3)

**Florida Cooling Store Inc.**
**6376 Greenland Rd.**
**Unit 5**
**Jacksonville, FL 32258**
**Phone: (904) 229-0611 - Fax: (866) 212-4322**

# INVOICE

| Customer # | Estimate Date | Estimate # |
|---|---|---|
| 2128 | 6/21/2013 | 2164 |

**Bill To:**

Mr. Ken Tompkins
3244 Silverado Cir.

Green Cove Springs, FL 32043

**Service Location:**

Mr. Ken Tompkins
3244 Silverado Cir.

Green Cove Springs, FL 32043

**Contract Details**

**The crew shows up on time.**
**Condenser installed at correct manufacturers clearance.**
**Old refrigerant flushed from lines, with RX11 or equivalent lineflush.**
**Mastic liberally applied to all joints that are prone to leakage.**
**Line drier either installed on site, or factory pre-installed.**
**All welds electronically checked.**
**Balanced charge, complete startup.**
**Vacuum pulled to 500 microns and held to ensure absolute perfect freon conditions.**
**Plenums mechanically fastened and sealed to air handler.**
**Automatic overflow shutoff switch on air handler.**
**Air checked at vent locations in heat/cool to ensure new unit at factory specs.**
**Old equipment hauled away and recycled.**
**Job site cleaned up, all debris hauled back to warehouse.**
**Warranty of 10 Year Parts, 1 Year Labor.**
**Homeowner must register unit on-line for warranty completion.**

| Qty | Description | Unit Amount | Tax | Total |
|---|---|---|---|---|
| 1 | Goodman GSZ130421 + ARUF421A 3.5 Ton 13 SEER Heat Pump R410A Refrigerant<br>New Condenser<br>New Air Handler<br>10 Year parts warranty.<br>1 Year labor warranty. | $3,190.00 | Y | $3,190.00 |
| 1 | RX11 Flush Job Qty | $0.00 | Y | $0.00 |
| 1 | Digital Thermostat Programmable.<br>Required by 2012 Mechanical Code. | $0.00 | Y | $0.00 |
| 1 | Code Compliance Fee 2012 Mechanical Code Addtions:<br>Manual J, Duct Seal/Check, Locking Refrigerant Caps. | $145.00 | Y | $145.00 |

**Florida Cooling Store Inc.**
**6376 Greenland Rd.**
**Unit 5**
**Jacksonville, FL 32258**
**Phone: (904) 229-0611 - Fax: (866) 212-4322**

# INVOICE

| Customer # | Estimate Date | Estimate # |
|---|---|---|
| 2128 | 6/21/2013 | 2164 |

**Bill To:**

Mr. Ken Tompkins
3244 Silverado Cir.

Green Cove Springs, FL 32043

**Service Location:**

Mr. Ken Tompkins
3244 Silverado Cir.

Green Cove Springs, FL 32043

Payment due on installation

PAID CHECK NUMBER 1959

| | |
|---|---|
| Subtotal: | $3,335.00 |
| Sales Tax: | $0.00 |
| **Estimate Total:** | **$3,335.00** |
| Retainage held until job completion: | |

**Representative Signature** **Date**

**Customer Signature** **Date** 6/21/13



Air Flow
DESIGNS

Carrier

E-mail ____________

Customer PO# ____________

NORTH, LLC

**HEATING & AIR CONDITIONING**

STATE CERT. CAC1814422

**904-398-0831**

**N** 02132

**SERVICE INVOICE**

Customer #________ Date: ________ S/U Date: ________ **Job Complete: YES** ✓ **NO** ____

Mechanic# 4 ________ Map cord: ________ Dispatch: ________ Arrive ________ Finish 12:15 pm

| | |
|---|---|
| Billing Name | |
| Location Name | Tompkin |
| Street | 41 |
| City | State | Zip |
| Owner's Phone (H) | Cell |

COD ____ WTY ____ P1 ____ 91 ____ ESA ____

CHG ____ SA ____ P2 ____ C.EXT ____

| Make | Model | Serial # |
|---|---|---|
| Condensing Unit | [illegible] 04 230-61 | |
| | | 6806G08580 |
| Air Handler | CB3ma-46-40 | 5806F40699 |
| | | |
| Other | | |
| | | |

## Work Performed (See Reverse Side for Explanation)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 | 001 | 002 | 003 | 004 | 005 | 007 | 008 | 009 | 010 | 012 |
| 016 | 017 | 100 | 200 | 300 | 400 | 500 | 600 | 700 | 800 | 900 |
| AA | AG | AP | AR | AX | BA | BE | BI | BL | BM | BP |
| BO | BT | BU | BY | CA | CB | CC | CD | CE | CG | CH |
| CI | CK | CL | CM | CO | CQ | CR | CS | CT | CU | CW |
| CX | CY | CZ | DA | DE | DG | DP | DS | DX | EL | EX |
| FA | FH | FI | FJ | FK | FM | FO | FR | FU | FX | GR |
| HC | HU | IG | LC | LD | LK | LL | LN | LS | LSA | LU |
| MB | MI | MO | MS | MU | NO | NS | NSA | PA | PC | PD |
| PF | PG | PJ | PM | PP | PS | PT | PU | RE | RG | RI |
| RL | RLK | RO | RP | RQ | RR | RS | RT | SC | SD | SE |
| SF | SH | SM | SQ | SR | SS | ST | SU | SW | SX | TC |
| TF | TG | TI | TM | TO | TS | TT | TU | TV | UC | UE |
| UH | UJ | UL | UN | UP | UQ | VB | VC | VD | VE | VG |
| VJ | VL | VN | VQ | VR | VS | VV | VY | WL | WM | WO |
| ZC | ZD | | | | | | | | | |

Comments: ____________

## Preventative Maintanance Check List

| | | | |
|---|---|---|---|
| Condensing Air In °F | | Subcooling | |
| Condensing Air Out °F | | Check for Refrigerant Leaks | |
| Clean Condenser Coil | | Inspect Refrigerant Levels | |
| Oil Motor Bearings | | Clean Drain, Line & Pan | |
| Check Electrical Connections | | Line Voltage | |
| Superheat °F | | Compressor Amps | |
| Check Air Filter | | Condenser Motor Amps | |
| Check Thermostat Calibration | | Blower Motor Amps | |
| Check Duct & Air Flow | | Return Air Temperature | |
| Suction Pressure | | Supply Air Temperature | |
| Discharge Pressure | | Outside Air Temperature | |
| Heat Amps | | Filter Size | |

| Part # | QTY | Part Discription |
|---|---|---|
| [illegible] | 1 | Condensing [illegible] |

**Carrier 5 Star Warranties**

**Warranty Statement**

All component parts sold end relevant labor is guaranteed for a period of one year excluding refrigerant and maintenance repairs unless otherwise stated

**Money Back Warrenty**

If repairs are recommended to be made we will refund the entire invoice amount towards the purchase of a new system within 6 months of the repairs Note: box checked above customer signature indicates if money back warranty applies.

The undersigned has authority to order the above labor and materials on behalf of the above named the labor and materials described above have been completely and satisfactory performed and furnished. The above described materials shall remain and the title to same shall be retained by AIR FLOW until payment is made by purchaser in full. AIR FLOW is not liable for any defects in labor or materials unless the purchaser gives written notice of such defects within ten days from the date of the contract. Payment in full is due upon receipt of this invoice and payable upon completion of work. Purchaser agrees to pay all costs of collection including a reasonable attorney's fee, in case this contract is not paid in full when due and same is placed in the hands of an attorney's collection, foreclosure, or repossession, whether suit be brought or not. Any suit for collection shall be brought in Orange County, FL. All delinquent payments shall bear a service charge of 1 1/2% per month until paid. Purchaser waives demand and all requirements necessary to hold it liable. Purchaser agrees that the said materials above described will not be moved from the above address without prior written consent of AIR FLOW. Selling Price of all parts and equipment are on an exchange basis with purchasers old parts and equipment.

Money Back Warranty: o yes o no

Customer Signature: ____________

| | | |
|---|---|---|
| County | Diagonstic Fee.............................. | |
| | Recovery Charge........................... | |
| Job Time | Repair # | |
| | Repair # | |
| Total Time | Repair # | |
| M/C ____ VISA ✓ Ck# | Repair # | |
| Drivers License# | Total | |

**Remit to: P.O. Box 180308 • Casselberry, FL 32718-0308**



# Jacksonville Appliance & Electric

Westside
6677 Blanding Blvd.
Jacksonville, FL 32244
(904) 573-1231

Corporate Headquarters
3555 Highway 17
Orange Park, FL 32003
(904) 269-3393

Southside
8081 Philips Hwy. Suite 1
Jacksonville, FL 32256
(904) 636-9020

Fax (904) 269-2218
www.jacksonvilleapplianceelectric.com
EC13001934

KEN TOMKINS
3244 SILERADO CT

PAID
CK #
217 360
1485 643

REPLACED WARRANTY EVAP
COIL QUOTED $500.00









TotalAirCare Inc.
P.O. Box 2004
Middeburg, FL 32050
904-282-5050 • Fax 904-291-5956
totalaircare@bellsouth.net
LIC# CAC1815232

# HVAC SERVICE ORDER INVOICE

3716

☐ CASH ☐ CHECK DRIVER'S LIC. NO.
CREDIT CARD ☐ MC ☐ VISA ☐ AMEX
EXP. DATE
CC NO.

| | |
|---|---|
| NAME | Ken Tomkins |
| STREET | 3244 Silverado Ct |
| DATE | 2/17/11 |
| CITY | Green Cove Springs |
| PROMISED | |
| PHONE (HOME) | 904-782-9280 |
| PHONE (WORK) | |
| SCHED. TIME | ☐ A.M. ☐ P.M. |
| TECHNICIAN | Chris |

| MAKE | MODEL | SERIAL NUMBER |
|---|---|---|
| Lennox A/H | CB23M-46-4P | 5306F42627 |
| | | |

| CONDENSING UNIT | QTY | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | | TOTAL $ |

WORK TO BE PERFORMED

Installed warranty evaporator coils.

Charged system with 11lbs R-22 & cleaned drain line.

Collected $427.00 labor

REFRIGERANT R- LBS.
FILTERS X X

TOTAL MATERIALS

TOTAL LABOR

TERMS

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove such equipment/materials at Seller's expense and/or impose a [illegible] [illegible] the entire amount contained in the Seller/Buyer transaction. Any damage resulting [illegible] shall not be the responsibility of Seller.

X [signature] 2/17/11
CUSTOMER SIGNATURE DATE

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' of suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR ☐ WARRANTY
☐ SERVICE CONTRACT

Thank You

☐ COMPRESSOR
- ☐ SUCTION PSI
- ☐ HEAD PSI
- ☐ VOLTS AMPS
- ☐ ELECTRICAL CONNECTIONS
- ☐ CONTACTS TIGHT & CLEAN
- ☐ OIL LEVEL & CONDITION

☐ CONDENSER COIL
- ☐ CLEAN COIL & CHECK FIN COND
- ☐ ENT °F OAT °F

☐ REFRIGERANT
- ☐ LEAK ☐ CHARGE

☐ FAN AND MOTOR
- ☐ VOLTS AMPS
- ☐ ELECTRICAL CONNECTIONS
- ☐ CONTACTS TIGHT & CLEAN
- ☐ FAN PULLEYS (ADJUST BELT)
- ☐ CHK LUB BEARINGS & MOTOR

☐ EVAPORATOR COIL
- ☐ CLEAN COIL & CHECK FIN
- ☐ ENT DB °F LVG DB °F
- ☐ ENT WB °F LVG WB °F

☐ CONDENSATE AREAS
- ☐ INSPECT & CLEAN DRAIN PAN
- ☐ INSPECT & CLEAN DRAIN

☐ AIR FILTERS
- ☐ CLEANED ☐ REPLACED
- FILTER SIZE

☐ HEATING ASSEMBLY
- ☐ BURNER & HEAT EXCHANGER
- ☐ FUEL SUPPLY & PRESSURE
- ☐ PILOT ASSEMBLY
- ☐ FLAME ADJUSTMENT
- ☐ PRIMARY RELAY & FLUE
- ☐ FAN & LIMIT SWITCH OPER
- ☐ BLOWER ASSEMBLY
- ☐ RV VALVE
- ☐ STRIP HEAT
- ☐ DEFROST CYCLE

☐ ELECTRICAL COMPTS.
- ☐ RELAYS ☐ CONTACTORS
- ☐ OVERLOAD ☐ PRESS. SWITCH

☐ THERMOSTAT
- ☐ OK ☐ REPLACE
- ☐ RELOCATE

| | |
|---|---|
| TOTAL MATERIALS | |
| TOTAL LABOR | |
| TRAVEL CHARGE | [illegible] |
| TAX | [illegible] |
| | |
| TOTAL | 427.00 |

**From:** Consumer Affairs (ConsumerAffairs@Lennoxind.com)
**To:** tayken11508@att.net;
**Date:** Fri, June 14, 2013 5:05:28 PM
**Cc:**
**Subject:** FW: Emailing: Claim Print.htm

**Warranty Claim**

**Claim #:** 100000191263
**Reference #:** 22508

**Dealer/Contractor Information**
. Total Air Care Inc
1004 Blanding Blvd
Orange Park, FL 32065
904-282-5050
202228

**Equipment Owner Information**
KEN TOMKINS
3244 SILVERDO SPRINGS
GREEN COVE SPRINGS,FL 32043
904-589-9980

**Failed Unit Information**

**Serial #:** 5806F40699
**Model #:** CB30M-46-4P

**Installed :** 12/01/2006
**Failed :** 09/16/2011

| Failed Part: | Failure Type: | Replacement Part: | Processing Method: |
|---|---|---|---|
| 57K61 LB-88757B COIL ASSY W/LB-88699 SLABS | LEAKS | 57K61 LB-88757B COIL ASSY W/LB-88699 SLABS | WillCall |
| **Status:** Approved - will call | | | |

**Notes:**

**Submitted by:** MICHELLE SHEFFIELD
**Date Submitted:** 09/19/2011



A/C Designs
Heating & Air Conditioning
CAC1813372

Total Arg Cole

527161

HVAC

SERVICE ORDER INVOICE

WWW.ACDESIGNSINC.NET

904-829-8898

| | |
|---|---|
| NAME: Thompson | CUST# 10878 DATE: 9/14/11 |
| STREET: 3744 Silverado Cir | CALL TYPE |
| CITY: GCS 32043 | COD CHARGE WARRANTY EXT WARR |
| PHONE: 589 9950 | PAYMENT TYPE |
| EMAIL: | CHECK OR CC# 1940 Exp Date |
| TECH: [illegible] /DISP: /ARRIVAL: 1115 /COMP: | Extended Warranty # |

| Code/ Part # | DESCRIPTION | COST | WORK PERFORMED |
|---|---|---|---|
| | Diagnostic | 190.- | Leak checked whole system found leak in evap coil bottom right corner, found no leaks in cond coil or braze joints of cond coil, also got condition [illegible] around compressor [illegible] [illegible] may be residue from cond coil replacement when cap tubes [illegible] from TXV |
| | TOTAL | | |

| | |
|---|---|
| LABOR | $ |
| MATERIALS | $ |
| OTHER | $ |
| PM SAVINGS | $ |
| SUB TOTAL | $ |
| DIAGNOSTIC | $ |
| TOTAL | $ 190.- |

| TECHNICAL INFORMATION | | | |
|---|---|---|---|
| REFRIGERANT USED | | BEGINNING PRESSURES | 30/175 |
| Refrigerant type | | ENDING PRESSURES | |
| FAN MOTOR | | INDOOR TEMP | |
| SUPERHEAT | | OUTDOOR TEMP | |
| SUB COOLING | 0 | Compressor Amps | |
| UV LIGHT | | BLOWER MOTOR | |

## Recommendations

| AIR HANDLER | | CONDENSER | |
|---|---|---|---|
| MAKE | | MAKE | |
| MODEL | CT320A4647 | MODEL | [illegible] |
| SERIAL | [illegible] | SERIAL | [illegible] |

FILTER SIZE/TYPE

ACCESSORIES

Customer declines recommendations Initials

CUSTOMER'S SIGNATURE

$20.00 OFF service call if our technician fails to offer a Maintenance Agreement

Customer offered agreement Initials



THE HOME DEPOT

More saving.
More doing.

1575 BRANAN FIELD ROAD
MIDDLEBURG, FL 32068 (904)5899516

6935 00003 98180 06/11/13 08:24 PM
CASHIER DIANA - DMH4777

048231368544 WINDOW AC ES <A> <M 169.00
6K BTU WINDOW A/C W/REMOTE
MAX REFUND VALUE $152.10
-------10% off Military Discount--------
169.00 10% off Military Discount -16.90
MUST RETURN ALL ITEMS FOR A FULL REFUND

| | SUBTOTAL | 152.10 |
|---|---|---|
| | SALES TAX | 10.65 |
| | TOTAL | $162.75 |
| XXXXXXXXXXXX6247 VISA | | 162.75 |
| AUTH CODE 025498/2030043 | | TA |

<M> = Military Appreciation

6935 03 98180 06/11/2013 4493

RETURN POLICY DEFINITIONS

| | POLICY ID | DAYS | POLICY EXPIRES ON |
|---|---|---|---|
| A | 1 | 90 | 09/09/2013 |

THE HOME DEPOT RESERVES THE RIGHT TO LIMIT / DENY RETURNS. PLEASE SEE THE RETURN POLICY SIGN IN STORES FOR DETAILS.

BUY ONLINE PICK-UP IN STORE AVAILABLE NOW ON HOMEDEPOT.COM. CONVENIENT, EASY AND MOST ORDERS READY IN LESS THAN 2 HOURS!

**************************************

ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Share Your Opinion With Us! Complete the brief survey about your store visit and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

User ID:
203584 196652

Password:
13311 196649

Entries must be entered by 07/11/2013. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.

**FLORIDA HOME** AIR CONDITIONING & PLUMBING — PARTS • SALES • SERVICE • INSTALLATION

**(904) 777-4300**
4211 Emerson Street
Jacksonville, FL 32207

| DISPATCH | |
|---|---|
| TIME WINDOW | |
| ARRIVAL | |

INVOICE: 8277-063131

AMERICAN RESIDENTIAL SERVICES OF FLORIDA, INC. CMC1249939, CFC1428061

AIR CONDITIONING • HEATING • PLUMBING • DRAIN CLEANING • APPLIANCE

**NEED HELP? PLEASE CALL US IF YOU ARE NOT SATISFIED FOR ANY REASON.**

| CUSTOMER NAME Ken Tompkins | PHONE # 589-7980 | BILL TO | ID # | ❑ RP ❑ MT | DATE 7-30-10 |
|---|---|---|---|---|---|
| JOB ADDRESS 3244 Silverado Cir | ADD PH # | BILLING ADDRESS | | ❑ CB ❑ AW | CALL # 48276 |
| CITY / STATE / ZIP Green Cove Springs FL 32043 | EMAIL | CITY / STATE / ZIP | | ❑ TO ❑ OT | TECH / TECH # 726 |

## DIAGNOSIS / RECOMMENDATIONS

| | ✓ | STANDARD PRICING | HSP CUSTOMER PRICING |
|---|---|---|---|
| ORIGINAL SERVICE REQUEST Preseason Tune Up | | | |
| DIAG / RECOM Low on Freon | | | |
| | | | |
| Need to Add 2 lbs | | | |
| 40.50 per lbs | | 81.00 | |
| 25 Labor | | 25.00 | |
| | | | |
| ADD'L RECOM. | | | |
| | | | |
| | | | |
| | | SUB TOTAL | |
| | | ORIG. EST. (+ SALES TAX) | 106.00 |

Agreement for Service: This Agreement for Service is by and between the Customer and the Company. The estimated price does not include sales or other tax, if any, or cover unforeseen parts or labor, which may be needed after the work begins. Written customer authorization will be obtained before beginning any additional or extended work. I authorize the performance of the work, subject to all the terms and conditions set forth on the reverse side hereof, plus any taxes upon completion. This invoice is due and payable upon receipt.

Signature X [signature] Est. date of comp: 7-30-10

| ITEM | MODEL | SERIAL # | APPROX. AGE |
|---|---|---|---|
| A. | C536M-46-4P | 5806F40679 | |
| B. | 13HPD-042-23V-01 | 5806G3550 | |
| C. | | | |

| SUCTION PRESS | SUPERHEAT | LIQUID PRESS | SUB-C | COMP AMPS | ODB / OWB |
|---|---|---|---|---|---|
| / | / | / | / | / | 72 / |
| IWB / IDB | FAN AMPS | GAS PRESSURE | ELECTRIC HEAT AMPS | TEMP RISE | RECOVERED REFRIGERANT LBS / LBS |
| 77 / | 1.7 / | / | / | / | |

**Are you a Home Service Plan customer?** Your Home Service Plan benefits include regular preventative maintenance, priority service, and preferred pricing on our services. Please initial the correct box.

_______ Have current plan _______ Purchasing plan today _______ No thank you

©2008 American Residential Services L.L.C. All Rights Reserved. Rev (1/05/10)

## INVOICE

| CODE # | DESCRIPTION OF SERVICES, PARTS, AND WORK PERFORMED | PRICE |
|---|---|---|
| 0A | Service Fee | 39.95 |
| | [illegible] | |
| | [illegible] | |
| | Checked coil capacity | |
| | & can amps | |
| | Checked compressor & | |
| | contactor & capacitor | |
| | checked high & low | |
| | pressure | |
| R-22 | 2 lbs | [illegible] |
| Labor | [illegible] | [illegible] |

| WARRANTY ITEM(S): | | | DIAGNOSTIC FEE | |
|---|---|---|---|---|
| | PARTS: | LABOR: | | |
| | PARTS: | LABOR: | SUBTOTAL | |

PAYMENT METHOD

❑ CASH ☑ CHECK # 137 PO # ______

❑ VISA ❑ M/C ❑ DISC ❑ AMEX ❑ ARS ❑ OTHER ______

CC LAST 4# ______ EXP ______ CC AUTH # ______

My signature below acknowledges that the work has been completed and I agree to the sum total of the charges and payment method.

Print name ______

Signature [signature] Date 7-30-10

| | |
|---|---|
| ❑ RENEW ❑ PURCHASE **HSP** | |
| | |
| COMM TAX | |
| **TOTAL** | 145.15 |

May we contact you about future offers? ❑ Yes ❑ No

CHAPTER 558 NOTICE OF CLAIM

CHAPTER 558, FLORIDA STATUTES, CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY BRING ANY LEGAL ACTION FOR AN ALLEGED CONSTRUCTION DEFECT. SIXTY DAYS BEFORE YOU BRING ANY LEGAL ACTION, YOU MUST DELIVER TO THE OTHER PARTY TO THIS CONTRACT A WRITTEN NOTICE, REFERRING TO CHAPTER 558, OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE SUCH PERSON THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND TO CONSIDER MAKING AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER WHICH MAY BE MADE. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER THIS FLORIDA LAW WHICH MUST BE MET AND FOLLOWED TO PROTECT YOUR INTERESTS.

BUYERS RIGHT TO CANCEL: You, the Buyer, may cancel this transaction without penalty or obligation any time prior to midnight of the third day after the date of this transaction by proper notification.

Cooling | Cooling or Heating Maintenance | Heating

| Installation Professional: ARS Jax | Address: 4211 Emerson |
|---|---|
| License #/Exp. Date | City, State, Zip: Jax FL 32207 |

**Home Depot Information:**

| Lead # 1253028 3007 | Store # 0275 | HD Vendor # |
|---|---|---|

**Customer Information:**

| Name: Ken Tompkins | Address: 3299 Silver L. Cr |
|---|---|
| Phone #'s: Day / Evening | City, State, Zip: Green Cove Spg FL 32043 |
| Email | |

**CUSTOMER ACCEPTANCE** - I hereby authorize the work described below.

X ______ Customer Signature ______ Date

| BASIC COOLING OR HEATING MAINTENANCE INCLUDES: | |
|---|---|
| VISUALLY INSPECT AND TEST CAPACITORS FOR LEAKAGE AND RUST | ✓ |
| INSPECT READILY ACCESSIBLE DUCTS FOR OBVIOUS AIR LEAKS | ✓ |
| COMPLETE OPERATIONS SEQUENCE CHECK | ✓ |
| CHECK CRANKCASE HEATER FOR PROPER OPERATION | ✓ |
| INSPECTION OF AIR FILTRATION SYSTEM | ✓ |
| INSPECT BLOWER WHEEL | ✓ |
| INSPECT BLOWER MOTOR AND RECORD AMP DRAW (LUBRICATE AS NEEDED) | ✓ |
| REPLACEMENT OF FILTER PROVIDED BY CUSTOMER WHILE ON SITE AT TIME OF INSPECTION | ✓ |
| INSPECT UNIT WIRING AND ELECTRICAL DISCONNECT | ✓ |
| CHECK AND CALIBRATE THERMOSTAT AS REQUIRED | ✓ |
| **COOLING MAINTENANCE INCLUDES:** | |
| TIGHTEN SCREW LUG TERMINALS IN CONDENSING UNIT | ✓ |
| INSPECT CONTACTOR FOR PITS OR BURNS | ✓ |
| CHECK AND RECORD AMP DRAW OF CONDENSER MOTOR AND COMPRESSOR | ✓ |
| INSPECT FAN BLADE FOR CRACKS OR DEFECTS | ✓ |
| CHECK CONDENSER MOTOR BEARINGS, LUBRICATE NON SEALED CONDENSOR MOTOR BEARINGS (when necessary) | ✓ |
| INSPECT INDOOR COIL IF ACCESSIBLE | ✓ |
| INSPECT ANY CONDENSATE DRAIN PANS AND DRAINS FOR PROPER OPERATION | ✓ |
| CHECK AND RECORD OPERATING PRESSURES AND TEMPERATURES | ✓ |
| INSPECT AND CLEAN OUTDOOR UNIT* (*does not include use of detergent) | ✓ |
| CHECK REFRIGERANT LEVEL (when outside temp > 60 degrees F) | ✓ |
| INSPECT COOLING SYSTEM FOR UNUSUAL VIBRATION OR LOOSE PARTS | ✓ |
| INSPECT AND FLUSH CONDENSATE LINES AND CHECK CONDENSATE PUMP OPERATION (if equipped) | ✓ |
| CHECK EVAPORATOR FOR ADEQUATE AIRFLOW | ✓ |
| LUBRICATE FURNACE / BOILER BLOWER OR AIR HANDLER | ✓ |
| CHECK OVERALL OPERATION OF SYSTEM | ✓ |
| **HEATING MAINTENANCE INCLUDES:** | |
| INSPECT GAS LINES AND CONNECTIONS AT FURNACE / BOILER FOR LEAKS | |
| CHECK HIGH LIMIT CONTROL (ADJUST AS NEEDED) | |
| INSPECT BURNER IGNITION SYSTEM AND ASSEMBLY | |
| INSPECT GAS BURNERS | |
| CHECK AND ADJUST MANIFOLD GAS PRESSURE | |
| CHECK TEMPERATURE RISE ACROSS HEAT EXCHANGER FOR OVERHEATING | |
| INSPECT HEAT EXCHANGER FOR SOOTING, CORROSION, CRACKS AND DEFORMITIES | |
| INSPECT GAS VALVE FOR CORROSION, LEAKS, RESTRICTION OF GAS FLOW AND ABNORMAL NOISE | |
| INSPECT FURNACE / BOILER WIRING ASSEMBLY FOR LOOSE CONNECTIONS | |
| INSPECT FLUE AND VENTING FOR OBSTRUCTIONS AND LEAKS | |
| CHECK (1) ELECTRICAL CIRCUIT TO FURNACE / BOILER. TEST ALL ELECTRICAL/SAFETY CIRCUITS/CONTROLS FOR PROPER OPERATION | |
| INSPECT ENTIRE FURNACE / BOILER FOR LOOSE OR WORN PARTS AND ABNORMAL VIBRATIONS | |
| TEST AND ADJUST THE UNIT FOR PEAK OPERATING EFFICIENCY | |
| CHECK CARBON MONOXIDE EMISSION LEVEL OR PASS / FAIL | |
| CHECK DEFROST CYCLE AND REVERSING VALVE OPERATION (HEAT PUMPS ONLY) | |
| TIGHTEN SCREW LUG TERMINALS IN CONDENSING UNIT (HEAT PUMPS ONLY) | |
| CHECK REFRIGERANT LEVEL (HEAT PUMPS ONLY) | |
| CHECK EMERGENCY HEAT SYSTEMS FOR PROPER OPERATION (HEAT PUMP ONLY) | |

| EXISTING EQUIPMENT: ITEM | COOLING SYSTEM | HEATING SYSTEM |
|---|---|---|
| Brand: | | |
| Model: | | |
| Age of Equipment: | | [illegible] |

Additional charge for Oil Furnace Service $ ______ Total $ 138 ⁰⁰

Please initial [illegible] Date:

**COMMENTS AND/OR ADDITIONAL WORK PERFORMED:**

[illegible handwriting]

Installation Professional's Full Business/Trade Name (Please Print) ______ Installation Professional's/Authorized Representative's Personal Name (Please Print)

**CUSTOMER ACCEPTANCE** - I hereby acknowledge the satisfactory completion of the Service performed (description above).

X ______ Customer Signature ______ Date

X ______ Installation Professional Signature ______ Date

**SPECIAL NOTES:**

- THE CUSTOMER OR AN ADULT REPRESENTATIVE (OVER THE AGE OF 18) MUST BE PRESENT AT THE TIME OF SERVICE
- CUSTOMER UNDERSTANDS THERE MAY BE ADDITIONAL CHARGES FOR REPAIRS OR NON-INCLUDED ITEMS
- HOME DEPOT INSTALLERS ARE PROHIBITED FROM WORKING IN ANY CONDITIONS WHICH, IN THE INSTALLER'S OPINION WOULD BE UNSAFE OR A VIOLATION OF LOCAL/STATE CODES
- CUSTOMER IS RESPONSIBLE TO CLEAR AREA AROUND FURNACE OR CONDENSER FROM ANY OBSTRUCTIONS

Notice to Texas Residents: "Regulated by The Texas Department of Licensing and Regulation, P.O. Box 12157, Austin, Texas 78711, 1-800-803-9202, 512-463-6599". License # TACLB16712C

DISTRIBUTION: White—Home Depot Copy Yellow—Customer & Invoice Copy Pink—Installation Professional Copy

Rep/742 Co.

# Air Flow DESIGNS NORTH, LLC

**HEATING & AIR CONDITIONING**

STATE CERT. CAC1814422

**904-398-0831**

Carrier ★★★★★

N 01180

SERVICE INVOICE

E-mail ______

Customer PO# ______

Customer # ______ Date: 8/25/10 S/U Date: ______ Job Complete: YES ______ NO ______

Mechanic# 490 Map cord: ______ Dispatch: 9:45 Arrive 11:30 Finish 12:40

Billing Name: TomPKins

Location Name: ______

Street: 3244 Silverado Cir

City: GreenCove State: Fl Zip: 32043

Owner's Phone (H) ______ Cell ______

COD___ WTY___ P1___ 91___ ESA___

CHG___ SA___ P2___ C.EXT___

| Make | Model | Serial # |
|---|---|---|
| Condensing Unit | 13HPQ-042-230 | 5806G03580 |
| | | |
| Air Handler | CB30M-46-4P | 5806F40699 |
| | | |
| Other | | |
| | | |

## Work Performed (See Reverse Side for Explanation)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 | 001 | 002 | 003 | 004 | 005 | 007 | 008 | 009 | 010 | 012 |
| 016 | 017 | (100) | 200 | 300 | 400 | 500 | 600 | 700 | 800 | 900 |
| AA | AG | AP | AR | AX | BA | BE | BI | BL | BM | BP |
| BO | BT | BU | BY | CA | CB | CC | CD | CE | CG | CH |
| CI | CK | CL | CM | CO | CQ | CR | CS | CT | CU | CW |
| CX | CY | CZ | DA | DE | DG | DP | DS | DX | EL | EX |
| FA | FH | FI | FJ | FK | FM | FO | FR | FU | FX | GR |
| HC | HU | IG | LC | LD | LK | LL | LN | LS | LSA | LU |
| MB | MI | MO | MS | MU | NO | NS | NSA | PA | PC | PD |
| PF | PG | PJ | PM | PP | PS | PT | PU | RE | (RG) | RI |
| RL | RLK | RO | RP | RQ | RR | RS | RT | SC | SD | SE |
| SF | SH | SM | SQ | SR | SS | ST | SU | SW | SX | TC |
| TF | TG | TI | TM | TO | TS | TT | TU | TV | UC | UE |
| UH | UJ | UL | UN | UP | UQ | VB | VC | VD | VE | VG |
| VJ | VL | VN | VQ | VR | VS | VV | VY | WL | WM | WO |
| ZC | ZD | | | | | | | | | |

Comments: ______

## Preventative Maintenance Check List

| | | | |
|---|---|---|---|
| Condensing Air In °F | | Subcooling | |
| Condensing Air Out °F | | Check for Refrigerant Leaks | |
| Clean Condenser Coil | | Inspect Refrigerant Levels | |
| Oil Motor Bearings | | Clean Drain, Line & Pan | |
| Check Electrical Connections | | Line Voltage | |
| Superheat °F | | Compressor Amps | |
| Check Air Filter | | Condenser Motor Amps | |
| Check Thermostat Calibration | | Blower Motor Amps | |
| Check Duct & Air Flow | | Return Air Temperature | |
| Suction Pressure | | Supply Air Temperature | |
| Discharge Pressure | | Outside Air Temperature | |
| Heat Amps | | Filter Size | |

| Part # | QTY | Part Discription |
|---|---|---|
| | | |

**Carrier 5 Star Warranties**
**Warranty Statement**
All component parts sold and relevant labor is guaranteed for a period of one year excluding refrigerant and maintenance repairs unless otherwise stated.

**Money Back Warranty**
If repairs are recommended to be made we will refund the entire invoice amount towards the purchase of a new system within 6 months of the repairs. Note: box checked above customer signature indicates if money back warranty applies.

The undersigned has authority to order the above labor and materials on behalf of the above named the labor and materials described above have been completely and satisfactory performed and furnished. The above described materials shall remain and the title to same shall be retained by AIR FLOW until payment is made by purchaser in full. AIR FLOW is not liable for any defects in labor or materials unless the purchaser gives written notice of such defects within ten days from the date of the contract. Payment in full is due upon receipt of this invoice and payable upon completion of work. Purchaser agrees to pay all costs of collection including a reasonable attorney's fee, in case this contract is not paid in full when due and same is placed in the hands of an attorney's collection, foreclosure, or repossession, whether suit be brought or not. Any suit for collection shall be brought in Orange County, FL. All delinquent payments shall bear a service charge of 1½% per month until paid. Purchaser waives demand and all requirements necessary to hold it liable. Purchaser agrees that the said materials above described will not be moved from the above address without prior written consent of AIR FLOW. Selling Price of all parts and equipment are on an exchange basis with purchasers old parts and equipment.

Money Back Warranty: ○ yes ○ no

Customer Signature: ______

| | |
|---|---|
| County | |
| Job Time | |
| Total Time | |
| M/C ______ VISA ______ Ck# 7891 | |
| Drivers License# ______ | |

| | |
|---|---|
| Diagonstic Fee | 79.00 |
| Recovery Charge | |
| Repair # | [redacted] |
| Repair # | |
| Repair # | |
| Repair # | |
| Total | 79.00 |

**Remit to: P.O. Box 180308 • Casselberry, FL 32718-0308**





**Southside**
8081 Philips Hwy. Ste. 1
Jacksonville, FL 32256
**(904) 854-0250**

**Westside**
6677 Blanding Blvd.
Jacksonville, FL 32244
**(904) 338-9790**

**Corporate Headquarters**
8252 103rd St.
Jacksonville, FL 32210
**(904) 338-0640**

**Orange Park**
3555 Highway 17
Orange Park, FL 32003
**(904) 637-0340**

**St. Augustine**
8081 Philips Hwy. Ste. 1
Jacksonville, FL 32256
**(904) 854-0250**

TICKET #: [illegible]

DATE OF ORDER: 11/02/2009

AGENT: MAP: [illegible]

PROMISED: [illegible]

TIME " BEFORE [illegible]

PURCHASE DT:

P.O. #

HOME #: [illegible] WORK #:

MAKE PRODUCT MODEL MFG # SERIAL

[illegible] OUTSIDE UNIT MAKING [illegible] NOISE

TRIP CHARGE [illegible]

QTY MAKE PART NO. DESCRIPTION PRICE EXTENDED

PAID
CK# 1525

TOTAL MATERIALS

TOTAL $49.95

KitchenAid American Standard

FLORIDAAC@aol.com

LIC# CAC1813443; EC13001934; CFC048323

www.JAEJAX.com





Jacksonville
Air Conditioning, Plumbing, Appliance & Electric Co.

| Southside | Westside | Corporate Headquarters | Orange Park | St. Augustine |
| --- | --- | --- | --- | --- |
| 8081 Philips Hwy. Ste. 1 | 6677 Blanding Blvd. | 8252 103rd St. | 3555 Highway 17 | 8081 Philips Hwy. Ste. 1 |
| Jacksonville, FL 32256 | Jacksonville, FL 32244 | Jacksonville, FL 32210 | Orange Park, FL 32003 | Jacksonville, FL 32256 |
| (904) 854-0250 | (904) 338-9790 | (904) 338-0640 | (904) 637-0340 | (904) 854-0250 |

ACCT#: 6666316 TICKET #: 9089 DATE OF ORDER: 08/27/2008

KEN TOMPKINS ATTD AGENT:AS MAE:

3246 SILVERADO CIRCLE PROMISED: TUE 09/02/2008

GCS, FL 32043 TIME BETWEEN

PURCHASE DT:

HOME#: WORK#: EXT: P.O. #

| MAKE | PRODUCT | MODEL | MFG # | SERIAL |
| --- | --- | --- | --- | --- |
| LENNOX | | CB 20A-46-4P | | 5806 F40699 |

TROUBLE REPORTED:
SUMMER TIME TUNE UP
COUPON 39.95

| QTY | MAFP | PART NO. | DESCRIPTION | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |

System low on freon [illegible] leak in evap [illegible] quoted $500.00 to replace [illegible] [illegible]

SERVICE PERFORMED: [illegible] TOTAL MATERIALS

SERVICE CALL

LABOR

PAID
CK # 1482

TOTAL 39.95

Rheem Whirlpool KitchenAid GE JENN-AIR MAYTAG American Standard

FLORIDAAC@aol.com LIC# CAC1813443; EC13001934; CFC048323 www.JAEJAX.com

Sears

SEARS
ORANGE PARK 01485
1910 WELLS RD
ORANGE PARK, FL 32073
904-269-8255

RETAIN FOR COMPARE WITH MONTHLY STATEMENT OR FOR RETURN OR EXCHANGE

SALESCHECK #
014850710118

CUSTOMER: KEN TOMPKINS

EXPECTED DATE: 10/08/09

| TRAN# | PG/STORE | REG# | ASSOC# |
|---|---|---|---|
| 0118 | 99 01485 | 071 | 47381 |

RINGING ASSOC # 47381

MERCHANDISE HOLDING
CUSTOMER PICKUP

2071 75221 CRAFTSMAN SPC 399.99T
71 74406 32 OZ.PP W SPC .00T
UPC: 011675061616
SUBTOTAL 399.99
TAX 07.000% 28.00

CARD TYPE: DEBIT CARD
ACCT #: W7598
10/08/09 DEBIT TOTAL 427.99

RC: 2467 4446-3669-3607

PICKUP NUMBER
014850710118

CALL FOR INFORMATION:
DELIVERY (800)732 7747
PARTS (800)469-4663
INSTALLATION (800)469-4663
SERVICE (800)469 4663



Walmart
MANAGER COREY HOLDER
( 904 ) 214 - 9411
ST# 3308 OP# 00001032 TE# 67 TR# 01928

| | | |
|---|---|---|
| ART | 002998692013 | 39.84 X |
| | SUBTOTAL | 39.84 |
| DESKTOP PC | 088411605448 | 398.00 X |
| | SUBTOTAL | 437.84 |
| TAX 1 | 7.000 % | 30.65 |
| | TOTAL | 468.49 |
| | DISCV TEND | 468.49 |

ACCOUNT # 4611
APPROVAL # 03038R
REF # 130300653389
TERMINAL # WHT00000001

CHANGE DUE 0.00

# ITEMS SOLD 2

TC# 2649 1867 9481 5897 2345 4

Layaway is back for Electronics, Toys, and Jewelry. 10/17/11-12/16/11
10/30/11 12:44:48

***CUSTOMER COPY***

****** RETURN & EXCHANGE POLICY ******
Computers may be returned for refund or exchange with receipt
WITHIN 15 DAYS
**********************************

SHIPPERS NUMBER → [illegible]

MUST BE SHOWN ON YOUR BILLING FOR FREIGHT CHGS.

DEL | FREIGHT TERMS: [illegible] | C.O.D. AMT. $

SEND PREPAID FREIGHT BILLING TO: [illegible] ROAD [illegible]

REQ. DEL. DATE | CARRIER CODE | RAP | AREA | CUSTOMER PHONE | CUSTOMER ORDER NO. [illegible]

RGN. | SOLD TO-CUST. NO. | ZONE | ST | CUST. ORDER DATE | FROM | FOR | O | C | S | A | U | E | P | C | MASTER REL NO.

SPECIAL INSTRUCTIONS

[illegible] PROBLEM [illegible] INSTALL [illegible]

SOLD TO

[illegible]

THIS MEMORANDUM is an acknowledgment that a bill of lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein, and is intended solely for filing or record.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading

SHIPPED FROM GENERAL ELECTRIC COMPANY

[illegible]

Signature acknowledges receipt of merchandise with no damage to the goods or to the premises upon delivery and installation.

Signature: ______________________ Date: __________

PERMANENT P.O. ADDRESS OF SHIPPER
GENERAL ELECTRIC CO. - APPLIANCE PARK LOUISVILLE, KY 40225

CONSIGNED TO:

[illegible]

| LINE | QTY. | MODEL NO. |
|---|---|---|
| | | [illegible] |

| NMFCC CLASSIFICATION CODE | PRODUCT | PKGS | GE FC | WEIGHT |
|---|---|---|---|---|
| | | | | |

# 832.16

TOTAL

THIS SHIPMENT IS CORRECTLY DESCRIBED, CORRECT WEIGHT IS ←

CARRIER | VEHICLE NO.

WC DELIVERY DATE: 6 Sept 2011 | SIGNED

DFSD-1000
6/00

MEMORANDUM

Gregg Appliances, INC. - RETAIL SALES HISTORY PURCHASE DETAIL HISTORY C.04.0
N-Next P-Previous E-Stop

INV# E302-002188 Orig-Inv# - Purchase Date 01/10/09 ReEntry? N
Customer# 000143 *** Owner Transfer Information ***
TOMPKINS, KENNETH
3244 SILVERADO CIRCLE
JACKSONVILLE, FL 32204
Phone: (904) 868-6316 Phone:
Salesman: S436 KEEN,DARREN Owner xfer date:

| W Model# | Description | Slsm | Qty | T | C | Unit Prc | Retrn | Inv# |
|---|---|---|---|---|---|---|---|---|
| 42LG30 | LCD TV,LG,42" | S436 | 1 | Y | Y | 599.97 | | - |
| NW | PREMIUM SERVICE PLAN DECLI | S436 | 1 | N | N | | | - |
| DVLR223EGWW | DRYER,GE,ELEC,WHT | S436 | 1 | Y | Y | 259.00 | | - |
| NW | PREMIUM SERVICE PLAN DECLI | S436 | 1 | N | N | | | - |
| INSTDISC1 | APPLIANCE CANNOT BE HOOKED | S436 | 1 | Y | N | | | - |
| INSTDISC2 | WITHOUT PURCHASE OF | S436 | 1 | Y | N | | | - |
| INSTDISC3 | APPLICABLE INSTALLATION KI | S436 | 1 | Y | N | | | - |

OPTION Total Associated Tickets 2 Current 1

**AFFORDABLE GARAGE DOOR SERVICE, INC.** W.O.# 50109

**1765 Shoal Creek Cir. Green Cove Spgs, FL 32043**

**Clay Co. - 529-8041 / Duval Co 394-3939 / St. Augustine - 829-1636**

**FX: 904-529-8044/ WEB SITE-AGDSERVICE.COM**

BILL TO: Tompkins Ken — START: 4-17-10

ADDRESS: 2807 Frontier Ave — TECH: Tom

CITY: B — TYPE: SC

PH: 868-6316 — COMPLETED:

LOCATION:

DESCRIPTION OF WORK AND MATERIAL:

Lube + Adjust Door - Lube Opener / Lithium

Pd Ck # ~~1830~~ 1832

Thank

$69.00

NOTE: 3.5% FEE FOR CREDIT CARD CHARGE

SIZE & STYLE: 1647 Clopay Dbl Skin Ins — TOTAL

ELECTRIC OPERATOR BRAND NAME: — SERVICED — TESTED — PHOTO EYES

COMMENTS: Genie Excellerator

DR. License# — DOB — Sex — Race — Hgt — Ck#

Visa, Master Card & Discover # — Exp. Date

TERMS AND CONDITIONS: By accepting this invoice, customer acknowledges acceptance of work and materials on this invoice and payment is due as per terms above from this date of invoice. Customer agrees to pay a 1-1/2% per month service charge and to pay all costs including a reasonable attorney fee, whether suit is brought or not, if collection becomes necessary. Seller sells to buyer and retains a Security interest in the goods listed above. Goods installed by AFFORDABLE GARAGE DOOR SERVICE, at the location listed above or the price and on the terms stated above. Goods shall remain personal property regardless of an affixation to realty and seller's retained security interest in the goods shall continue until the full purchase price shall be paid by the buyer to seller in cash.

*In the event of buyer's default, seller may exercise any of it's rights and remedies under the Uniform Commercial Code in force in Florida at the date of this Agreement and no entry shall be considered a trespass.*

CUSTOMER — DATE

# hhgregg

**Regular Sale** On-Line
**Invoice E303-00116**

6380 Merchants Way Jacksonville, FL, 32222 (904) 771-3877

DATE 01/09/2009 16:18
SALESPERSON
S436 - DARREN KEEN
Cashier #: S436

CUSTOMER NO. 000143 PURCHASE ORDER NO.
SOLD TO KENNETH TOMPKINS
ADDRESS 3244 SILVERADO CIRCLE
CITY/ STATE GREEN COVE SPRING, FL ZIP 32043
PHONE Home (904) 868-6316 NG

DELIVER TO KENNETH TOMPKINS
ADDRESS 3244 SILVERADO CIRCLE
CITY/ STATE GREEN COVE SPRING, FL ZIP 32043
PHONE Home (904) 868-6316

OTHER PHONE

SPECIAL INSTRUCTIONS

| QTY. | MODEL NUMBER | DESCRIPTION | DEL DATE | SERIAL NUMBER | LOC. | DEL CODE | TIME | DEL TYPE | PRICE EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 42LG30 | LCD TV,LG,42" | 01/09/09 | 52041 | 0143 | T | AT | | 599.97 | 599.97 |
| 1 | NW | PREMIUM SERVICE PLAN DECLINED | 01/09/09 | | 0143 | T | AT | | 0.00 | 0.00 |

**RETAIN THIS COPY FOR WARRANTY**
**SEE BACK OF COPY FOR IMPORTANT INFORMATION**

We have inspected the above described merchandise and have found it to be in good condition.

Delivery has been completed and no damage has occured to our personal property.

Merchandise Received By Date

Merchandise Delivered By Date

Thank you DARREN KEEN

VISA/MasterCard $641.97
************9509 Exp xx/xx App 042327

| | |
|---|---|
| Subtotal | $599.97 |
| Tax | $42.00 |
| Invoice Total | $641.97 |
| Amount Due | $641.97 |
| Amount Received | $641.97 |
| Change Due | $0.00 |

1/9/09

I agree to comply with the Cardholder agreement.

X
BRONSON/CHANTAY

Rev 6.0.7.62

ALL CLAIMS, RETURNED GOODS OR SERVICE REQUES MUST BE ACCOMPANIED BY THIS SALES INVOICE. RETURNS MUST BE WITHIN 10 DAYS AND HA ORIGINAL PACKING MATERIAL, ALL ACCESSORIES A ALL INSTRUCTION MANUALS.

CUSTOMER COPY

Gregg Appliances, INC. - RETAIL SALES HISTORY PURCHASE DETAIL HISTORY C.04.0
N-Next P-Previous E-Stop

INV# E303-001160 Orig-Inv# -
Customer# 000143 Purchase Date 01/09/09 ReEntry? N
TOMPKINS, KENNETH *** Owner Transfer Information ***
3244 SILVERADO CIRCLE
GREEN COVE SPRING, FL 32043
Phone: (904) 868-6316 Phone:
Salesman: S436 KEEN,DARREN
Owner xfer date:

| W Model# | Description | Slsm | Qty | T | C | Unit Prc | Retrn | Inv# |
|---|---|---|---|---|---|---|---|---|
| 42LG30 | LCD TV,LG,42" | S436 | 1 | Y | Y | 599.97 | | - |
| NW | PREMIUM SERVICE PLAN DECLI | S436 | 1 | N | N | | | - |

OPTION Total Associated Tickets 2 Current 2



Regular Sale On-Line
**Invoice E307-021722**

Date: 11/14/2010 18:28

8380 Merchants Way
Jacksonville, FL. 32222 (904) 771-3877

Cashier #: S428
S428 - JUSTIN HIGH

000143
KENNETH TOMPKINS
NG
GREEN COVE SPRING, FL 32043
Home (904) 868-8616

KENNETH TOMPKINS
NG
GREEN COVE SPRING, FL 32043
Home: (904) 868-8616

| Sls# | Qty | Model No. | Description | DelDate | Serial Number | Loc | Code | Trn | Via | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ****************************** TAKE ITEMS ****************************** | | | | | | | | |
| 0003 | 1 | 1N1S | SMALL FIXED WALL MOUNT,OMNIMOUNT | 11/14/10 | | 0143 | T | AT | | 19.99 | 19.99 |
| | | | ****************************** IN STORE PICKUP ITEMS ****************** | | | | | | | | |
| 0001 | 1 | 32LD350 | LCD TV LG,720P,60HZ 32 INCH | 11/14/10 | | 0143 | I | AT | | 349.99 | 349.99 |
| 0002 | 1 | NW | PREMIUM SERVICE PLAN DECLINED | 11/14/10 | | 0143 | I | AT | | 0.00 | 0.00 |

CUSTOMER COPY

Thank you, JUSTIN HIGH

~~VISA/MasterCard $395.88*****6075 Exp xx/xx App 036053~~

I agree to comply with the ... agreement

| | |
|---|---|
| Subtotal | $369.98 |
| Tax | $25.90 |
| Invoice Total | $395.88 |
| Amount Due | $395.88 |
| Amount Received | $395.88 |
| Change Due | $0.00 |

The merchandise described above has been inspected and received in good condition unless otherwise notated on the invoice

Delivery has been completed and no damage has occurred to our personal property

**Please save this invoice.**
**Thank You!**

X ______________________
Merchandise Received By Date

X ______________________
Merchandise Delivered By Date
Retain this invoice for future service or returns

Rev. 7.2.1.71

PLEASE SAVE THIS INVOICE. ALL CLAIMS, RETURNS SERVICE REQUESTS MUST BE ACCOMPANIED BY T SALES INVOICE. ALL RETURNS MUST BE WITHIN DAYS AND HAVE THE ORIGINAL PACKING MATERI ACCESSORIES AND ALL INSTRUCTION MANUALS



hhgregg
appliances & electronics

**Regular Sale** On-Line
**Invoice E306-016237**

Date: 11/15/2010 17:07

8380 Merchants Way
Jacksonville, FL, 32222 (904) 771-3877

Cashier #: 0001
0O01 - DAVID SHOENBERGER

000143
KEN TOMPKINS
3244 SILVERODO CIR
GREEN COVE SPRING, FL 32043
Home: (904) 589-9980

KEN TOMPKINS
3244 SILVERODO CIR
GREEN COVE SPRING, FL 32043
Home: (904) 589-9980

| Sls# | Qty | Model No. | Description | DelDate | Serial Number | Loc | Code | Tm | Via | Price | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ****************************** TAKE ITEMS ****************************** | | | | | | | | |
| 0001 | 1 | 1N1S | SMALL FIXED WALL MOUNT,OMNIMOUNT | 11/15/10 | | 0143 | T | AT | | 19.99 | 19.99 |
| 0002 | 1 | 32LD350 | LCD TV,LG,720P,60HZ,32 INCH | 11/15/10 | | 0143 | T | AT | | 349.98 | 349.98 |
| 0003 | 1 | NW | PREMIUM SERVICE PLAN DECLINED | 11/15/10 | | 0143 | T | AT | | 0.00 | 0.00 |

CUSTOMER COPY

The merchandise described above has been inspected and received in good condition unless otherwise notated on the invoice.

Delivery has been completed and no damage has occurred to our personal property.

**Please save this invoice.**
**Thank You!**

X
Merchandise Received By Date

X
Merchandise Delivered By Date
Retain this invoice for future service or returns.

**Thank you. DAVID SHOENBERGER**
VISA/MasterCard $395.87*****5075 Exp xx/xx App 085624
I agree to comply with the cardholder agreement

| | |
|---|---|
| **Subtotal** | **$369.97** |
| **Tax** | **$25.90** |
| **Invoice Total** | **$395.87** |
| **Amount Due** | **$395.87** |
| **Amount Received** | **$395.87** |
| **Change Due** | **$0.00** |

Rev. 7.2.1.71

E30016237

PLEASE SAVE THIS INVOICE. ALL CLAIMS, RETURNS SERVICE REQUESTS MUST BE ACCOMPANIED BY TH SALES INVOICE. ALL RETURNS MUST BE WITHIN DAYS AND HAVE THE ORIGINAL PACKING MATERI ACCESSORIES AND ALL INSTRUCTION MANUALS.

**TCB Installations LLC.**

[illegible] Jacksonville, Florida 32244-5714
1-888-TCB-7763

# SERVICE INVOICE

**Customer's Copy**

**SOLD TO:**
Ron Tompkins
3244 Silverado Circle
Greencove Sprg, FL 32043
904-589-9980 / 868-6316

**SERVICED AT:**

3244 Silverado Circle
Greencove Sprg, FL 32043
904-589-9980 / 868-6316

Sales Tax Rates: 6.00% On Parts 0.00% On Labor

| INVOICE # | MAKE OF EQUIPMENT | MODEL # | SERIAL # | INVOICE DATE | SERVICE DATE |
|---|---|---|---|---|---|
| 55500-03-2412-01 | Horizon | 4S760T | TM301K07 0800236 | 3/24/2012 | March 30, 2012 |

**PARTS USED**

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| (1) | Diag [illegible] | / | — |

| SERVICE PERSON | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Todd Caldwell | 03/30/12 | 1.0 | $35.00 | $35.00 |
| | | | TOTAL | 35.00 |
| | | | PAID | 35.00 |
| | | | REM DUE | 0.00 |

| | |
|---|---|
| PARTS | $0.00 |
| LABOR | 35.00 |
| TAX | 0.00 |
| TOTAL | $35.00 |

*GUARANTEED 90 DAYS AGAINST LABOR.*

COMMENTS:
(1) Need 0800 MSTR Control BD
(2) Cust paid for MTR Control BD $129.99

Todd Caldwell
Repair Tech's Name (Print)

[signature]
SIGNED

I am satisfied with the completion of all work listed above. I understand that if there is any issues with the work listed above I will need to call the Service Provider back within three business days of noticing the issue(s) or prior to the expiration of the labor warranty period. I also understand that if the cause is deemed not a installation issue then there will be a $35.00 Trip Charge accessed and at that time if you want the item repaired back to operating condition then this fee will be applied towards the first 1/2 hour required of labor costs plus any parts

Customer's Name (Print)

SIGNED

MTR Control BD 129.99. 032671 [illegible] 351054 — Samantha

**Terry Vereen PLUMBING, INC.**

2934 POST STREET - P.O. BOX 61644
JACKSONVILLE, FLORIDA 32236
State Certified Plumbing Contractor CFC 025597
Personalized Service - **384-5661**
**Fax: 388-8422**
www.terryvereenplumbing.com

INVOICE# 4251

| JOB PHONE | DATE OF ORDER |
|---|---|
| | 11-11-11 |
| JOB NAME & LOCATION | |

TO:

PHONE

ORDER TAKEN BY:

| QTY. | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Gerber Cold Stem | | 29.00 |

**PLEASE INCLUDE INVOICE NUMBER ON CHECK**

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| Shower Valve Repair. I replaced Cold Shower Stem. Now Shower Valve works fine. | |

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Mike S | 1/2 | | |

| | |
|---|---|
| TOTAL MATERIAL | 29.00 |
| TOTAL LABOR | [illegible].00 |
| SUBTOTAL | 127.00 |
| PAY THIS AMOUNT ▸ | 127.00 |

TIME IN 2:30 TIME OUT 3:00

WORK ORDERED BY [illegible] DATE COMPLETED

Pd 11/30 Ck# 1945

☑ **JOB COMPLETED:**
☐ **NEED RETURN TO:**
☐ **FOLLOW UP ESTIMATE NEEDED:**
☐ **SUBCONTRACTOR REQUESTED:**

TERMS: ALL MATERIALS AND MERCHANDISE SHALL REMAIN THE PROPERTY OF THE VENDOR UNTIL THE FULL PURCHASE PRICE THEREFOR SHALL HAVE BEEN PAID THE CUSTOMER AGREES TO PAY A SERVICE CHARGE OF $10.00 Per month, on the unpaid balance, commencing 15 days after the date of billing, together with all court costs and costs of collection, including reasonable attorneys fees.