Subject: RE: REIMBURSEMENT FOR DAMAGE ITEMS
From: CDWQuestions (CDWQuestions@browngreer.com)
To: tayken11508@att.net; CDWQuestions@browngreer.com;
Date: Wednesday, February 26, 2014 9:47 AM

Good morning,

As a neutral party we are not a position to assist you in contacting the Court and requesting relief from the deadline. The Court appointed a Pro Se Curator to assist claimants who are not represented by counsel. You may contact them for further assistance.

- Robert M. Johnston
  Law Offices of Robert M. Johnston, LLC
  400 Poydras Street, Suite 2450
  New Orleans, Louisiana 70130
  Telephone: 504-561-7799
  Fax: 504-587-3794
  Email: RMJ@ahhelaw.com

Thank you,

Chinese Drywall Settlement Administrator

**BROWNGREER PLC**

P.O. Box 25401

Richmond, Virginia 23260

Telephone: (804) 521-7200

Facsimile: (804) 521-7299

www.browngreer.com

Enclosure (4)

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

From: kenneth tompkins [mailto:tayken11508@att.net]
Sent: Tuesday, February 25, 2014 9:36 PM
To: CDWQuestions
Subject: Re: REIMBURSEMENT FOR DAMAGE ITEMS

Good Evening

Can you provide any guidance on how to petition the court for this? Will writing a letter suffice or is there some kind of form we need to send the court with supporting documentation?

Chantay Bronson

From: CDWQuestions <CDWQuestions@browngreer.com>
To: kenneth tompkins <tayken11508@att.net>; CDWQuestions <CDWQuestions@browngreer.com>
Sent: Tuesday, February 25, 2014 12:38 PM
Subject: RE: REIMBURSEMENT FOR DAMAGE ITEMS

Dear Claimant,

You may request relief from the Claims Submission Deadline directly from the Court. As a neutral party we are not permitted to make a determination on whether or not someone may participate after the Claims Submission Deadline.

Records indicate your Affected Property has been accepted into the Pilot Program and is proceeding through that Program. Claims for "electronic items like televisions, three microwaves, repaired exercise equipment" etc will not be covered under the Pilot Program but may be covered under the Miscellaneous claim form in the Settlement Program.

Thank you,

Chinese Drywall Settlement Administrator
BROWNGREER PLC
P.O. Box 25401

Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
http://www.browngreer.com/

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

From: kenneth tompkins [mailto:tayken11508@att.net]
Sent: Tuesday, February 25, 2014 12:39 AM
To: CDWQuestions
Subject: Re: REIMBURSEMENT FOR DAMAGE ITEMS

Good Morning

When we submitted our claim in October, we thought the claim we submitted was all encompassing and we submitted our documentation of the itemized items then.  We didn't realize/understand that a separate claim form was required for those items. Our question now, is what recourse do we have to get reimbursed for these out of pocket costs we incurred because of the contamination?

Chantay Bronson

From: CDWQuestions <CDWQuestions@browngreer.com>
To: kenneth tompkins <tayken11508@att.net>; CDWQuestions <CDWQuestions@browngreer.com>
Sent: Monday, February 24, 2014 2:23 PM
Subject: RE: REIMBURSEMENT FOR DAMAGE ITEMS

Damages for the items covered below may be compensable under the Miscellaneous claim type framework.  Records indicate you did not file a Miscellaneous claim and the deadline to file additional claims has passed.  Therefore you are not permitted to submit additional claims at this time.

Thank you,

Chinese Drywall Settlement Administrator
**BROWNGREER PLC**
P.O. Box 25401
Richmond, Virginia  23260
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
http://www.browngreer.com/

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.

From: kenneth tompkins [mailto:tayken11508@att.net]
Sent: Sunday, February 23, 2014 10:49 PM
To: CDWQuestions

Subject: REIMBURSEMENT FOR DAMAGE ITEMS

Good Evening

I have a question regarding reimbursement for items that were damaged that we replaced prior because of the contaminated drywall. We replaced several electronic items like televisions, three microwaves, repaired exercise equipment and a computer not to mention having fixed evaporator coils and then eventually replacing the entire air conditioning unit all within the seven years before confirmation of the contamination which we now know affects electronics air conditioners. These items that were replaced have a life expectancy of more than three to five years and we have had to replace many of our items within three to five years while living in our contaminated home. We submitted all receipts for the items we purchased because the these item were unusable well before their life expectancy expired. My question is, will we be reimbursed for those items we had to replace that we provided receipts for? If so, how do we go about getting reimbursement? But for the contaminated drywall, we would not have had to replace any of these item in less than a three to five year timespan. Please provide a response on how this situation will be handled for reimbursement for our out of pocket expenses incurred because of the contaminated drywall. Thanks.

Sincerely,

Kenneth Tompkins and Chantay Bronson