

Tompkins
3244 Silverado Circle
Green Cove Springs, FL 32043

U.S. POSTAGE PAID
JACKSONVILLE, FL
32212
MAR 18 '14
AMOUNT $8.24
00087208-06

7013 1710 0002 0646 5825

U.S. MARSHALS

Judge Eldon E. Fallon
500 Poydras Street, Room C-456
New Orleans, LA 70130