UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO. 11-1077 |
| | MDL NO. 09-2047 |
| DOCKET # 11-1077 (OMNI IX) | JUDGE FALLON |
| LAURA HAYA, ET AL. V. TAISHAN GYPSUM CO., LTD. | MAGISTRATE WILKINSON |
| F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL. | |

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come before the Court on Common Ground Relief, Inc.'s Motion for Substitution of Counsel, and the Court having considered the Motion, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion for Substitution of Counsel is hereby granted. Attorney Elizabeth C. Lesher, Esq., Louisiana Bar Number 35205, is hereby substituted as counsel of record for Common Ground Relief, Inc. for all purposes in this action. The former lawyer, Benjamin C. Varadi, is hereby relieved of all further responsibility for the prosecution of this action.
2. All notices to Movant hereafter shall be directed to Elizabeth C. Lesher Esq. pursuant to relevant pretrial orders pertaining to notice and service and use of LexisNexis File & Serve. Ms. Lesher's contact information is:

Elizabeth C. Lesher, Esq.
1800 Deslonde Street
New Orleans, LA 70117
(504) 717-7324
lcl@vesana.com

New Orleans, Louisiana this 24th day of March, 2014.

_____
Judge