IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER GRANTING CLAIMANT VISTA ROYALE ASSOCIATION, INC.'S MOTION FOR LEAVE TO FILE CLAIMANT'S REPLY TO PLAINTIFF STEERING COMMITTEES' RESPONSE TO VISTA ROYALE'S MOTION TO BE ADMITTED INTO THE SETTLEMENT CLASS**

This matter, having come before this Court on Claimant Vista Royale Association, Inc.'s ("VISTA") Motion for Leave to File Claimant's Reply to Plaintiff Steering Committees' Response to Vista Royale's Motion to be Admitted into the Settlement Class; and the Court having reviewed the matter, it is hereby

ORDERED AND ADJUDGED that VISTA'S Motion for Leave to File a Reply is GRANTED.

DONE AND ORDERED in Louisiana, this 25th day of March, 2014.

_____
HONORABLE ELDON E. FALLON