UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Wiltz, et. al. v. Beijing New Building Materials Public Limited Co., et al., Case No. 10-361 | ) ) ) ) | MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 (E.D.La.) | ) ) ) | |
| Haya, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shangdong Taihe Dongxin Co., Ltd., et. al., Case No. 11-1077 | ) ) ) ) | |
| _____ | ) | |

## **ORDER**

The Court, having considered Plaintiffs Charles Yelton, Aline Noel Joachim, Andy Joachim & Deborah Randazzo's Verified Unopposed Motion to Extend Bodily Injury Claim Submission Deadline and supporting Memorandum, hereby ORDERS and ADJUDGES as follows:

The aforementioned Motion is GRANTED. Plaintiffs Charles Yelton, Aline Noel Joachim, Andy Joachim and Deborah Randazzo shall be permitted to file Bodily Injury claims in the Brown Greer portal, which shall be considered timely filed by this Court and the Settlement Administrator.

New Orleans, Louisiana, this ___ day of March, 2014.

_____
Hon. Eldon E. Fallon
District Court Judge