UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al., Case No. 11-252 _____ | ) ) ) ) ) | |

## **ORDER**

The Court, having considered Plaintiff Fred McNabb's Verified Unopposed Motion to Extend Other Loss Fund Claim Submission Deadline and supporting Memorandum, hereby ORDERS and ADJUDGES as follows:

The aforementioned Motion is GRANTED. Plaintiff Fred McNabb shall be permitted to file a Pre-Remediation Alternative Living Expense Claim in the Other Loss Fund portion of the settlements in the Brown Greer portal, which shall be considered timely filed by this Court and the Settlement Administrator.

New Orleans, Louisiana, this ___ day of March, 2014.

_____
Hon. Eldon E. Fallon
District Court Judge