**TERM SHEET**

The parties agree to settle the above lawsuit as follows:

1. The Knauf entities, as defined in the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall ("DRA") ("KNAUF") at its expense, agrees to repair the 29 homes in the Prichard Bessemer Subdivision in accordance with the terms of the DRA, approved by Judge Fallon. The Mitchell Company ("TMC") shall be the agreed upon remediation contractor. TMC and KNAUF have reached an agreement that TMC will perform the repairs in accordance with the DRA. This agreement between KNAUF and TMC shall be the subject of a separate agreement.

2. KNAUF, at its expense, agrees to pay the costs and reasonable attorneys' fees incurred in connection with this lawsuit in accordance with paragraphs 9 and 10 of the DRA. The parties will attempt to negotiate reasonable attorneys' fees and costs in connection with this settlement. PHA may not move the court for payment of attorneys' fees and costs until 30 days after remediation is complete.

3. Mitchell, Creola Ace Hardware ("CAH"), Interior and Exterior Building Supply ("I & Ex") and KNAUF agree to pay Prichard within 20 days of the execution of a Confidential Settlement and Release Agreement the following sums by check made payable to Taylor Martino PC Trust Account:

    | | | |
    |---|---|---|
    | a. | Interior and Exterior Building Supply | $250,000.00 |
    | b. | Creola Ace Hardware | $160,000.00 |
    | c. | KNAUF | $95,000.00 |
    | d. | Mitchell | $92,500.00 |

    The total of such payments is $597,500.00.

1

**EXHIBIT "C"**

4.  Prichard shall execute a release in favor of the settling defendants, TMC, CAH, I & Ex and KNAUF, releasing them from all liability for claims raised or which could have been raised in this litigation.

5.  CAH and KNAUF shall pay the sum of $50,000.00 to Mitchell in full and final satisfaction of all claims made or which could have been made by Mitchell against CAH, I & Ex and KNAUF related to the PHA Subdivision.

6.  TMC, CAH, I & EX and KNAUF shall execute mutual releases releasing each other from all claims which were made or could have been made in this litigation related to the PHA Subdivision.

7.  The settlement shall be confidential and the parties shall execute a mutually agreeable confidentiality agreement as part of the release agreement, unless required by law.

8.  TMC does not waive any claims it has or may have against any non-released party to this lawsuit or any other.

9.  The parties agree to draft and execute a confidential release and settlement agreement following the form of that previously prepared by the non-KNAUF parties in this action.

10. Prichard shall dismiss with prejudice all claims pending in PHA v. TMC in the MDL pending in U.S. District Court for the Eastern District of Louisiana and pending in the Circuit Court of Mobile County, Alabama.

11. TMC shall dismiss with prejudice all claims against CAH, I & Ex and/or KNAUF pending either in the MDL or in the Circuit Court of Mobile County, Alabama and relating to the PHA Subdivision (29 house case).

12. CAH shall dismiss with prejudice all claims against I & Ex and/or KNAUF pending in the MDL or in the Circuit Court of Mobile County, Alabama and relating to the PHA Subdivision (29 house case).

13. Notwithstanding paragraphs 5 and 6 of this Term Sheet, this Settlement Agreement shall not affect in any way claims asserted or which could be asserted by any of the parties hereto in the *Henderson* or *Little* cases pending in the Circuit Court of Mobile County, Alabama.

Executed this 24th day of June, 2011.

_____
Prichard Housing Authority

_____
The Mitchell Company

_____
Creola Ace Hardware

_____
Interior & Exterior

_____
KNAUF