

**FRILOT** LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

July 23, 2012

Mr. Richared Taylor
Taylor, Martino, Zarzaur
51 St. Joseph Street
Mobile, AL 36601

Ms. Kasie M. Braswell
Braswell Murphy LLC
59 St. Joseph Street
Mobile, AL 36602

Re: Prichard Housing Authority v. the Mitchell Co., et al

Dear Richard and Kasie:

In response to your correspondence to me, it is Knauf's position that attorneys' fees should not be considered at this time by Judge Fallon in connection with the 29 home Prichard Housing Authority remediation project. I simply feel that it is premature at this time to prioritize for attorney fee purposes any one set of claims over any of the additional claims. As of the current date, Knauf has settled over 1,000 claims through the remediation process and the already remediated homes process and no other attorney representing any of these homeowners has sought to have their particular fee determined by Judge Fallon.

Also, as set forth in the Knauf/PSC Settlement Agreement, the $160 million in aggregate fees is not due until after final approval. Once final approval is obtained, Knauf will pay in what is due for fees and costs, and I am sure Judge Fallon will set forth a process for the internal allocation of those amounts to the various participating firms that represent property owners.

It is simply counter-productive at this point for Knauf to agree to the piecemeal adjudication of a fee claim when so many issues remain outstanding, such as final approval, opt outs, objectors, the inter-play of the Knauf Settlement with the Global Settlement, INEX Settlement, Banner Settlement and, L&W Settlement.

Very truly yours,

Kerry J. Miller

KJM/sc

**EXHIBIT "H"**