## LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *

* also admitted in New Jersey
† also admitted in New York

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN

*VIA EMAIL*

February 1, 2011

Richard Taylor, Esquire
**TAYLOR MARTINO, P.C.**
51 Saint Joseph Street
Mobile, AL 36602

      Re:    *In Re Chinese-Manufactured Drywall Products Liability Litigation,*
             MDL No. 2047 (E.D.La.) - *Prichard Housing*

Dear Richard:

      We are pleased that the PSC endorsed mediation was successful. We want to assure you that we will continue to monitor and be available to see to it that the process goes smoothly.

      As you are aware, we negotiated with regard to the remediation portion counsel fees and costs pursuant to Paragraph X of the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall. This provision covers both common benefit fees and costs and the handling attorney's fees and costs are to be paid by Knauf - subject to negotiation and ultimately, if not successful, by submission to the Honorable Eldon E. Fallon of the MDL Court.

      As to cash payments, the PSC has a pending Motion to Establish a Plaintiffs' Litigation Expense Fund where we suggested an assessment of 12% fees and 5% costs. (Individual costs of inspection are contemplated to be paid out of the 5% cost fund). The Court has not acted upon this Motion.

      In the interim, it is the PSC's position that cash payments are to be escrowed from the cash component portion of any settlement in that account under the supervision and control of the MDL Court, pending a determination of both entitlement and quantum. This will be without prejudice to any parties' position with regard to the ultimate distribution. We will at all times strive for transparency under *High Sulpher Content Gasoline Products Liability Litigation,* 517 F.3d 220 (5th

**EXHIBIT "K"**

LEVIN, FISHBEIN, SEDRAN & BERMAN

Richard Taylor, Esquire
**TAYLOR MARTINO, P.C.**
February 1, 2011
Page two

---

Cir. 2008); and analysis pursuant to *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir.1974) and its progeny including *In re Propulsid Products Liability Litigation,* MDL No. 1355 (E.D.La.); *Turner v. Murphy Oil USA, Inc.*, 2008 WL 4661806 (E.D.La. Oct. 6, 2008); and *In re Vioxx Products Liability Litigation*, 2010 WL 5576193 (E.D.La. Oct. 19, 2010) of this MDL Court.

      The PSC intends to maintain consistency so that all plaintiffs' attorneys are treated in a like manner.

      Should you or Steve have any questions, do not hesitate to call.

Sincerely,

*[signature]*

**ARNOLD LEVIN**

dcm

cc:    Honorable Eldon E. Fallon (via e-mail)
        Russ Herman, Esquire (via e-mail)
        Kerry Miller, Esquire (via e-mail)
        Gregory Wallance, Esquire (via e-mail)
        Plaintiffs' Steering Committee (via email)