# EXHIBIT O

| *BENOIT V. LAFARGE, ET AL* <br> *11-1893* <br> OMNIBUS XI COMPLAINT | | |
|---|---|---|
| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
| Lafarge Boral Gypsum in Asia | No. 4199 Chen Hang Highway <br> Minhang District <br> CN-201114 <br> Shanghai | 10/10/13 |
| Lafarge Onoda Gypsum in Shanghai | No. 4199 Chen Hang Highway <br> Minhang District <br> CN-201114 <br> Shanghai | 10/10/13 |
| Lafarge North America Inc. | 7 St. Paul Street, Ste. 1660 <br> Baltimore, MD 21202 | 10/6/11 |
| Lafarge S.A. | 61, Rue des Belles Feuilles <br> Paris 75782 France | 10/17/12 |
| Boral Limited a.k.a. Boral Ltd. | Level 39, AMP Centre <br> 50 Bridge Street <br> Sydney NSW 2000 | 12/19/12 |