UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>CURTIS HINKLEY, et al. v. TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., et al., Case No. 2:09-cv-00025 (E.D.La.) | |

CURTIS HINKLEY, et al.'s NOTICE OF
VOLUNTARY DISMISSAL, WITH PREJUDICE,
OF DEFENDANTS, TOBIN TRADING, INC., VENTURE SUPPLY, INC.,
THE PORTER-BLAINE CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Curtis Hinkley, et al., hereby dismiss, with prejudice, all of their claims against DEFENDANTS Tobin Trading, Inc., Venture Supply, Inc., and The Porter-Blaine Corp., in Plaintiffs' Class Action Complaint, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Curtis Hinkley, et al. shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from The Law Offices of Richard J. Serpe, P.C., counsel for Curtis Hinkley, et al., dated March 31, 2014 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated:   March 31, 2014                    /s/ Leonard A. Davis_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhlawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of March, 2014.

                               /s/_Leonard A. Davis_____
                               Leonard A. Davis, Esquire
                               Herman, Herman & Katz, LLC
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113
                               Phone: (504) 581-4892
                               Fax: (504) 561-6024
                               LDavis@hhklawfirm.com
                               Plaintiffs' Liaison Counsel
                               MDL 2047