# EXHIBIT "A"



RICHARD J. SERPE, P.C.

**Richard J. Serpe**
rserpe@serpefirm.com
Licensed in VA, LA, & TX

**Cindra M. Dowd**
cdowd@serpefirm.com
Licensed in VA

**Emily Mapp Brannon**
ebrannon@serpefirm.com
Licensed in VA & FL

March 31, 2014

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:  In re: Chinese Manufactured Drywall Products Liability Litigation
Curtis Hinkley, et al. v. Taishan Gypsum Co. Ltd. f/k/a Shandong
Taihe Dongxin Co. Ltd., et al., Case Number: 2:09-cv-00025 (E.D.La)

Dear Russ and Lenny:

My clients, Curtis Hinkley, et al., authorize the attorneys of Herman, Herman & Katz, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendants Tobin Trading, Inc., Venture Supply, Inc., and The Porter-Blaine Corp. in the above matter.

Sincerely,

LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard J. Serpe

RJS/ric

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>CURTIS HINKLEY, et al. v. TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., et al., Case No. 2:09-cv-00025 (E.D.La.) | |

### CURTIS HINKLEY, et al.'s NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANTS, TOBIN TRADING, INC., VENTURE SUPPLY, INC., THE PORTER-BLAINE CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff(s), Curtis Hinkley, et al., hereby dismiss, with prejudice, all of their claims against DEFENDANTS Tobin Trading, Inc., Venture Supply, Inc., and The Porter-Blaine Corp., in Plaintiffs' Class Action Complaint, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Curtis Hinkley, et al. shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein.   Attached hereto as Exhibit "A" is correspondence from The Law Offices of Richard J. Serpe, P.C., counsel for Curtis Hinkley, et al., dated March 31, 2014 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

{646/01/00119280.DOCX }

1

                                                    Respectfully submitted,

Dated: _____, 2014             /s/ Russ M. Herman
                                          Russ M. Herman, Esquire (Bar No. 6819)
                                          Leonard A. Davis, Esquire (Bar No. 14190)
                                          Stephen J. Herman, Esquire (Bar No. 23129)
                                          HERMAN, HERMAN & KATZ, LLP
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          LDavis@hhk.com
                                          *Plaintiffs' Liaison Counsel*
                                          *MDL 2047*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this  <sup>th</sup> day of     , 2014.

            /s/ Leonard A. Davis
            Leonard A. Davis, Esquire
            Herman, Herman & Katz, LLP
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            LDavis@hhkc.com
            Plaintiffs' Liaison Counsel
            MDL 2047