UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|

**PRICHARD HOUSING AUTHORITY'S
MOTION FOR PAYMENT OF ATTORNEY FEES AND EXPENSES**

COMES NOW, the Prichard Housing Authority (PHA) and moves the Court to enter an Order for the payment of attorney fees and expenses.  This motion is based upon a stand-alone settlement agreement entered into between PHA and Knauf Plasterboard Tiajin before the class action settlement in these consolidated proceedings.

PHA has simultaneously submitted to the Court its memorandum in support of the instant motion.

WHEREFORE, the above premises considered PHA and its attorneys respectfully move the Court to set a hearing date and enter an Order concerning the payment of attorney fees.

          Respectfully Submitted,

          Attorneys for Plaintiff, Prichard Housing Authority

By:   /s/ Richard H. Taylor
       RICHARD H. TAYLOR
       TAYLOR MARTINO, P.C.
       51 St. Joseph Street
       Mobile, Alabama 36602
       T: (251) 433-3131
       F: (251) 433-4207
       richardtaylor@taylormartino.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Prichard Housing Authority's Motion for Payment of Attorney Fees and Expenses has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 31st day of March, 2014,

      By: /s/ Richard H. Taylor
         RICHARD H. TAYLOR