

**TAYLOR • MARTINO**
ATTORNEYS AT LAW

♦ RICHARD H. TAYLOR
STEVEN A. MARTINO
W. LLOYD COPELAND
♦ EDWARD P. ROWAN
W. BRADFORD KITTRELL

♦ *Also Admitted in Mississippi*

July 13, 2012

VIA EMAIL:kmiller@frilot.com
Kerry Miller
1100 Poydras Street
Suite 3700
New Orleans, LA  70163

Re:   *Prichard Housing Authority v The Mitchell Company, et al.*

Dear Kerry:

The settlement agreement provides that we may file a motion for payment of attorney fees and expenses 30 days after completion of the remediation. The remediation should be complete in about a week. Attached is the cost of the remediation according to the Mitchell Company. We would appreciate Knauf's cost. The settlement requires that Knauf provide us this information. Attached is the settlement agreement.

Assuming Mitchell's numbers are correct the total cost to remediate the 29 homes is $2,032,653.26. We propose a 1/3 fee considering the volume of work performed by our firm. The total fee would be $677,551.09. We also incurred $53,660.21 in expenses. Therefore we believe Knauf should pay a total of $731,221.30. The check should be written to Taylor Martino Trust Account. Our tax ID number is 58-1929417. We will communicate with the PSC concerning any tax we may owe.

Please provide a response to this letter at your convenience. If Knauf will not agree to pay fees and expenses then we will file the motion.

Very truly yours,

*Richard Taylor*

RICHARD H. TAYLOR
For the Firm
richardtaylor@taylormartino.com

RHT/smh
Enclosures

cc:   Leonard Davis, Esq. (Via Email)
      Kasie Braswell, Esq. (Via Email)

**EXHIBIT "F"**

51 Saint Joseph Street
Mobile, Alabama 36602
www.TaylorMartino.com

*Representing Accident Victims For Over 25 Years*

Tel: (251) 433-3131
Fax: (251) 433-4207
Toll Free: (800) 256-7728