

Richard H. Taylor +
Steven A. Martino *
Joseph A. Zarzaur, Jr. ^‡
W. Lloyd Copeland *
Kasie M. Braswell +
W. Bradford Kittrell *
Edward P. Rowan +


* Admitted in Alabama
* Admitted in Alabama and Mississippi
^ Admitted in Alabama and Florida
‡Board Certified Civil Trial Lawyer
by the Florida Bar and
the National Board of Trial Advocacy

October 22, 2010

VIA EMAIL: alevin@lfsblaw.com
Arnold Levin, Esquire
Levin Fishbein Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA   19106

Re:   *Prichard Housing Authority v The Mitchell Company, et al.*

Dear Arnold:

It was a pleasure meeting you in person for the first time at the mediation of the Prichard Housing Authority Cases in New Orleans on October 18, 2010. It looks like we may be able to reach a final settlement with Knauf on these twenty-nine (29) houses.

You came into the mediation room and explained attorneys' fees to us. You advised that attorneys' fees will be negotiated by the PSC. You do not know the amount or the timing of the payments at this time.

We explained that our attorney fee should not be the same as the attorney's fees for other claimants who simply filled out a claim form and submitted it to the MDL. Our situation is different. We filed our case in the Circuit Court of Mobile County, Alabama in addition to filing in the MDL. We litigated extensively in Mobile County and incurred substantial time and litigation expense in order to develop the case and prepare it for conclusion. You informed us that all of the time that we spent litigating the case in Mobile may be submitted to the MDL for the common benefit fund. We will go back and reconstruct our time and submit all of this time at the appropriate time.

We thank you for addressing our concern. We believe that you resolved this issue in a fair and reasonable manner and trust that we will be compensated for our contribution to the common benefit fund.

**EXHIBIT "I"**

MOBILE OFFICE
51 Saint Joseph Street, Mobile, Alabama 36602
Post Office Box 894, Mobile, Alabama 36601
Tel: (251) 433-3131  Fax: (251) 433-4207

Toll Free: (800) 256-7728
www.TaylorMartino.com

PENSACOLA OFFICE
40 S. Palafox Place, Suite 500, Pensacola, Florida 32502
Post Office Box 12305, Pensacola, Florida 32591
Tel: (850) 444-9299  Fax: (866) 588-1493

Arnold Levin
October 22, 2010
Page 2

Thank you again, please call with any questions.

Very truly yours,

Richard H. Taylor, Esquire
For the Firm
Richard@taylormartino.com

RHT:mmd

cc:     Steven A. Martino, Esquire
        Jim Reeves, Esquire
        Kasie M. Braswell, Esquire
        Edward P. Rowan, Esquire
        Russ Herman, Esquire
        Dawn Barrios, Esquire