Report Name - Case Ledger
Run Date - 04/20/2012
Case ID - 09-3610
Report Filter: -

| CASEID | | STYLE | | | | | STATUS |
|---|---|---|---|---|---|---|---|
| 09-3610 | | Prichard Housing Authority | | vs. | Mitchell Company | | Active |
| Invoice Date/No. | | Check Date/No. | | Description | Payee | Cost Category | Amount |
| | | 07/31/2009 | | Timeslips Balance | | 1453 | 1,785.10 |
| | | 07/31/2009 | | Interest thru 07-09 | | 1454 | 91.75 |
| | | 07/31/2009 | | Timeslips Balance | | 1456 | 70.18 |
| | | 07/31/2009 | | Timeslips Balance | | 1458 | 8.66 |
| | | 07/31/2009 | | Timeslips Balance | | 1464 | 444.60 |
| | | 07/31/2009 | | Timeslips Balance | | 1477 | 10,000.00 |
| | | 07/31/2009 | | Timeslips Balance | | 1490 | 136.57 |
| 09/25/2009 | 0908204974 | 08/31/2009 | 46263 | Research | LexisNexis | 1490 | 9.01 |
| 09/25/2009 | 819029537 | 09/01/2009 | 46265 | Research | West Group | 1490 | 5.80 |
| | | 09/11/2009 | 46200 | Runner Mileage Reimbursement | Louis Barnes | 1456 | 8.47 |
| 11/03/2009 | 819216545 | 10/01/2009 | 47029 | September, 2009 Research | West Group | 1490 | 148.71 |
| 11/03/2009 | | 10/05/2009 | 47019 | 07/01/09-09/30/09 | Pacer | 1490 | 0.08 |
| 11/03/2009 | | 10/05/2009 | 47019 | 07/01/09-09/30/09 | Pacer | 1490 | 2.24 |
| 10/28/2009 | | 10/07/2009 | 46370 | Filing Fee - Summary Judgement | Business Card | 1464 | 52.00 |
| | | 10/30/2009 | AJE 09-10-010 | | Postage | 1458 | 20.42 |
| | | 10/31/2009 | | Investigation Chgs Thru 10/09 | Wayne Farmer | 1455 | 90.60 |
| | | 11/01/2009 | | October, 2009 Charges | LexisNexis | 1490 | 12.95 |
| 12/11/2009 | 0910-004107 | 11/03/2009 | 17057 | Conference Call Re: MDL Requi | MeetingBridge, LLC | 1498 | 6.22 |
| 11/20/2009 | | 11/07/2009 | 47061 | Filing Fee - Amended Complaint | Business Card | 1464 | 110.12 |
| | | 11/18/2009 | AJE 09-11-003 | | Postage | 1458 | 5.28 |
| | | 11/18/2009 | AJE 09-11-003 | | Postage | 1458 | 0.44 |
| 12/11/2009 | | 11/19/2009 | 17049 | Mileage - Attend Status Confer | Kasie Braswell | 1499 | 193.20 |
| 12/11/2009 | 74172 | 11/20/2009 | 17058 | Reduce House Plan (Finch) | Pro-Legal | 1470 | 3.12 |
| | | 11/24/2009 | | Inspection for CDW - Mark Valv | Kross Inspectors | 1467 | 275.00 |
| 12/11/2009 | 11/24/2009 | 11/24/2009 | 17050 | Inspection for CDW - Tonya Bry | Comfort Zone, LLC | 1467 | 250.00 |
| 12/11/2009 | 74214 | 11/24/2009 | 17058 | Bates Number Pdf Docs for MDL | Pro-Legal | 1470 | 31.83 |
| | | 11/30/2009 | | Investigation Chgs Thru 11/09 | Wayne Farmer | 1455 | 866.65 |
| | | 11/30/2009 | AJE 09-11-012 | | Postage | 1458 | 2.20 |
| | | 11/30/2009 | AJE 09-11-012 | | Postage | 1458 | 1.98 |
| | | 12/06/2009 | | Exxon - Fuel | American Express | 1499 | 31.00 |
| | | 12/06/2009 | | Exxon - Fuel | American Express | 1499 | 50.00 |
| 02/08/2010 | SM286641 | 12/09/2009 | 17157 | Copying/Scanning Large Documen | Source One | 1470 | 17.00 |
| | | 12/14/2009 | | Reimbursement - Status Confer | Kasie Braswell | 1456 | 198.55 |
| | | 12/23/2009 | 09-12-002 | | Color Copy Charges | 1452 | 773.32 |
| | | 12/23/2009 | 09-12-002 | | Color Copy Charges | 1452 | 215.32 |
| | | 12/23/2009 | AJE 09-12-002 | | Color Copy Charges | 1452 | 95.00 |
| | | 12/23/2009 | 09-12-002 | | BW Copy Charges | 1453 | 181.82 |
| | | 12/23/2009 | 09-12-002 | | BW Copy Charges | 1453 | 207.00 |
| | | 12/23/2009 | AJE 09-12-002 | | BW Copy Charges | 1453 | 244.50 |
| | | 12/23/2009 | 09-12-002 | | Scan Charges | 1459 | 33.50 |
| | | 12/23/2009 | 09-12-002 | | Scan Charges | 1459 | 31.90 |
| | | 12/23/2009 | AJE 09-12-002 | | Scan Charges | 1459 | 64.20 |
| | | 12/31/2009 | AJE 09-12-003 | | Postage | 1458 | 31.96 |
| | | 01/01/2010 | | December, 2009 Charges | West Payment Center | 1490 | 42.20 |
| 02/24/2010 | | 01/06/2010 | 17196 | Research Chg-10/01/09-12/31/09 | Pacer | 1490 | 23.52 |
| | | 01/08/2010 | | Various Inspections | Drywall Remediation and C | 1467 | 10,455.50 |
| 02/24/2010 | 46067 | 01/12/2010 | 17212 | Reimbursement for Document Pro | Lyons, Pipes & Cook PC | 1470 | 110.00 |
| 02/02/2010 | | 01/14/2010 | 47214 | Monthly Status Meeting - NOLA | Kasie Braswell | 1456 | 181.50 |
| 04/28/2010 | | 02/01/2010 | 47410 | Filing & Service of NPS | LexisNexis File & Serve | 1464 | 70.00 |

EXHIBIT "J"

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 02/01/2010 | | January 2010 Parking Validatio | Republic Parking | 1486 | 6.66 |
| | | 02/19/2010 AJE 10-02-006 | | | Postage | 1458 | 5.60 |
| | | 02/22/2010 AJE 10-02-008 | | | Color Copy Charges | 1452 | 13.00 |
| | | 02/22/2010 AJE 10-02-008 | | | Color Copy Charges | 1452 | 8.66 |
| | | 02/22/2010 AJE 10-02-008 | | | BW Copy Charges | 1453 | 4.80 |
| | | 02/22/2010 AJE 10-02-008 | | | BW Copy Charges | 1453 | 82.92 |
| | | 02/22/2010 AJE 10-02-008 | | | BW Copy Charges | 1453 | 10.52 |
| | | 02/22/2010 AJE 10-02-008 | | | Scan Charges | 1459 | 0.15 |
| | | 02/22/2010 AJE 10-02-008 | | | Scans Charges | 1459 | 46.20 |
| | | 02/22/2010 AJE 10-02-008 | | | Scans Charges | 1459 | 6.90 |
| | | 03/10/2010 AJE 10-03-002 | | | Postage | 1458 | 1.05 |
| | | 03/10/2010 AJE 10-03-002 | | | Postage | 1458 | 0.44 |
| | | 03/10/2010 AJE 10-03-002 | | | Postage | 1458 | 1.46 |
| 04/06/2010 | | 03/16/2010 17291 | | Reimbursement - Travel - New O | Kasie Braswell | 1499 | 324.00 |
| | | 03/31/2010 Aje 10-03-016 | | | Postage | 1458 | 1.28 |
| | | 04/01/2010 | | Pltf Notice of Dropping Party | LexisNexis File & Serve | 1464 | 27.00 |
| | | 04/03/2010 | | Shipping Charges | UPS | 1493 | 20.41 |
| 05/20/2010 | JT0034-Q12010 | 04/07/2010 17401 | | Research Chgs - 1/1/10-3/31/10 | Pacer Service Center | 1490 | 29.12 |
| | | 04/26/2010 AJE 10-04-008 | | | Postage | 1458 | 2.20 |
| 05/20/2010 | | 04/27/2010 17405 | | Copies of Blueprint/Shrinking/ | Source One | 1470 | 19.62 |
| | | 04/28/2010 AJE 10-04-009 | | | 2nd FlrColor Copy Charges | 1452 | 2.00 |
| | | 04/28/2010 AJE 10-04-009 | | | 1st FlrColor Copy Charges | 1452 | 8.66 |
| | | 04/28/2010 AJE 10-04-009 | | | 1st Flr BW Copy Charges | 1453 | 52.92 |
| | | 04/28/2010 AJE 10-04-009 | | | 2nd Flr BW Copy Charges | 1453 | 24.12 |
| | | 04/28/2010 AJE 10-04-009 | | | 1st Flr Scan Charges | 1459 | 5.70 |
| | | 04/28/2010 AJE 10-04-009 | | | 2nd Flr Scan Charges | 1459 | 1.40 |
| | | 05/12/2010 | | Mileage Reimbursement | Cody Eubanks | 1456 | 29.05 |
| | | 05/14/2010 AJE 10-05-003 | | | Postage | 1458 | 4.54 |
| 06/14/2010 | | 05/18/2010 17457 | | Oversize Document Scans, B&W P | Source One | 1470 | 26.16 |
| | | 05/22/2010 | | Shipping Charges | UPS | 1493 | 95.32 |
| | | 05/31/2010 AJE 10-05-010 | | | Postage | 1458 | 4.68 |
| 06/22/2010 | | 06/02/2010 17447 | | Inspections for CDW - Weatherb | Drywall Remediation & Con | 1467 | 1,025.00 |
| | | 06/07/2010 AJE 10-06-001 | | 2nd Floor | Color Copy Charges | 1452 | 14.00 |
| | | 06/07/2010 AJE 10-06-001 | | 1st Floor | Color Copy Charges | 1452 | 334.66 |
| | | 06/07/2010 AJE 10-06-001 | | 2nd Floor | BW Copy Charges | 1453 | 1.00 |
| | | 06/07/2010 AJE 10-06-001 | | 2nd Floor | BW Copy Charges | 1453 | 61.06 |
| | | 06/07/2010 AJE 10-06-001 | | 1st Floor | BW Copy Charges | 1453 | 74.12 |
| | | 06/07/2010 AJE 10-06-001 | | 2nd Floor | Scans Charges | 1459 | 1.00 |
| | | 06/07/2010 AJE 10-06-001 | | 1st Floor | Scan Charges | 1459 | 10.00 |
| 07/21/2010 | | 06/30/2010 17598 | | Various Inspections | Drywall Remediation and C | 1467 | 2,000.00 |
| | | 07/30/2010 AJE 10-07-005 | | | 1st Floor Color Copies | 1452 | 13.32 |
| | | 07/30/2010 AJE 10-07-005 | | | Color Copy Charges | 1452 | 2.00 |
| | | 07/30/2010 AJE 10-07-005 | | | 1st Floor Copies | 1453 | 0.60 |
| | | 07/30/2010 AJE 10-07-005 | | | BW Copy Charges | 1453 | 27.40 |
| | | 07/30/2010 AJE 10-07-005 | | | 1st Floor Copies | 1453 | 29.32 |
| | | 07/30/2010 AJE 10-07-005 | | | BW Copy Charges | 1453 | 91.06 |
| | | 07/30/2010 AJE 10-07-006 | | | Postage | 1458 | 106.00 |
| | | 07/30/2010 AJE 10-07-005 | | | 1st Floor Scans | 1459 | 0.45 |
| | | 07/30/2010 AJE 10-07-005 | | | 1st Floor Scans | 1459 | 10.70 |
| | | 07/30/2010 AJE 10-07-005 | | | Scan Charges | 1459 | 6.70 |
| | Inv No 82110492 | 08/01/2010 | | July Charges | West Payment Center | 1490 | 39.79 |
| 09/08/2010 | | 08/16/2010 17720 | | Estimates for Drywall Remediat | Drywall Remediation & Con | 1467 | 9,300.15 |
| | | 08/31/2010 AJE 10-08-026 | | 1st Floor | Color Copies | 1452 | 4.50 |
| | | 08/31/2010 AJE 10-08-026 | | 2nd Floor | Color Copy Charges | 1452 | 154.50 |
| | | 08/31/2010 AJE 10-08-026 | | 1st Floor | Color Copies | 1452 | 83.66 |
| | | 08/31/2010 AJE 10-08-026 | | 1st Floor | BW Copies | 1453 | 16.00 |
| | | 08/31/2010 AJE 10-08-026 | | 2nd Floor | BW Copy Charges | 1453 | 17.80 |
| | | 08/31/2010 AJE 10-08-026 | | 1st Floor | BW Copies | 1453 | 152.40 |
| | | 08/31/2010 AJE 10-08-026 | | 2nd Floor | BW Copy Charges | 1453 | 64.92 |
| | | 08/31/2010 | | Inv Chgs Thru Aug, 2010 | Wayne Farmer | 1455 | 32.50 |
| | | 08/31/2010 AJE 10-08-027 | | | Postage | 1458 | 5.06 |
| | | 08/31/2010 AJE 10-08-027 | | | Postage | 1458 | 17.10 |
| | | 08/31/2010 AJE 10-08-026 | | 1st Floor | Scans | 1459 | 4.05 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 08/31/2010 | AJE 10-08-026 | 2nd Floor | Scan Charges | 1459 | 0.30 |
| | | 08/31/2010 | AJE 10-08-026 | 1st Floor | Scans | 1459 | 110.60 |
| | | 09/01/2010 | | August 2010 Parking Validation | Republic Parking | 1486 | 17.32 |
| | | 09/30/2010 | AJE 10-09-033 | 1st Floor | Color Copies | 1452 | 22.00 |
| | | 09/30/2010 | AJE 10-09-033 | 1st Floor | BW Copies | 1453 | 35.80 |
| | | 09/30/2010 | AJE 10-09-033 | 2nd Floor | BW Copy Charges | 1453 | 1.00 |
| | | 09/30/2010 | AJE 10-09-030 | Int 07/09-09/2010 | Taylor Martino | 1454 | 950.37 |
| | | 09/30/2010 | | Investigation Chgs Thru 09/10 | Wayne Farmer | 1455 | 625.95 |
| | | 09/30/2010 | AJE 10-09-034 | | Postage | 1458 | 0.44 |
| | | 09/30/2010 | AJE 10-09-033 | 1st Floor | Scans | 1459 | 0.30 |
| | | 10/26/2010 | | Reimbursement - Travel Expense | Kasie Braswell | 1499 | 423.46 |
| | | 10/31/2010 | AJE 10-10-015 | 2nd Floor | Color Copy Charges | 1452 | 14.50 |
| | | 10/31/2010 | AJE 10-10-015 | 1st Floor | Color Copy Charges | 1452 | 6.50 |
| | | 10/31/2010 | AJE 10-10-015 | 2nd Floor | BW Copy Charges | 1453 | 68.00 |
| | | 10/31/2010 | AJE 10-10-015 | 1st Floor | BW Copy Charges | 1453 | 21.60 |
| | | 10/31/2010 | | Charges Thru 10/31/10 | Wayne Farmer | 1455 | 366.55 |
| | | 10/31/2010 | AJE 10-10-016 | | Postage | 1458 | 16.87 |
| | | 10/31/2010 | AJE 10-10-015 | 2nd Floor | Scan Charges | 1459 | 4.20 |
| | | 10/31/2010 | AJE 10-10-015 | 1st Floor | Scan Charges | 1459 | 2.10 |
| | | 12/31/2010 | AJE 10-12-026 | Nov 1st Floor | Color Copies | 1452 | 10.50 |
| | | 12/31/2010 | AJE 10-12-026 | Dec 1st Floor | Color Copies | 1452 | 1.50 |
| | | 12/31/2010 | AJE 10-12-026 | Nov 1st Floor | BW Copies | 1453 | 5.80 |
| | | 12/31/2010 | AJE 10-12-026 | Dec 1st Floor | BW Copies | 1453 | 2.80 |
| | Mediation Inv | 01/01/2011 | | Dispute not resolved-RHT | Perry Dampf Dispute Soluti | 1478 | |
| | | 01/31/2011 | AJE 11-01-002 | 1st Floor | Color Copy Charges | 1452 | 18.50 |
| | | 01/31/2011 | AJE 11-01-002 | 1st Floor | BW Copy Charges | 1453 | 6.80 |
| | | 01/31/2011 | AJE 11-01-003 | | Postage | 1458 | 19.60 |
| | | 02/28/2011 | AJE 11-02-001 | 1st Floor | Color Copy Charges | 1452 | 17.50 |
| | | 02/28/2011 | AJE 11-02-001 | 1st Floor | BW Copy Charges | 1453 | 4.80 |
| | | 02/28/2011 | AJE 11-02-001 | 2nd Floor | BW Copy Charges | 1453 | 128.00 |
| | | 02/28/2011 | AJE 11-02-001 | 1st Floor | Scan Charges | 1459 | 0.45 |
| | | 02/28/2011 | AJE 11-02-001 | 2nd Floor | Scan Charges | 1459 | 1.95 |
| | | 02/28/2011 | | February, 2011 Charges | Lexis Nexis | 1490 | 268.00 |
| | | 03/01/2011 | | Research Chgs | alacourt.com | 1490 | 21.00 |
| | | 03/31/2011 | AJE 11-03-007 | 1st Floor | Color Copy Charges | 1452 | 5.00 |
| | | 03/31/2011 | AJE 11-03-007 | | Color Copy Charges | 1452 | 3.50 |
| | | 03/31/2011 | AJE 11-03-007 | 1st Floor | BW Copy Charges | 1453 | 0.80 |
| | | 03/31/2011 | AJE 11-03-007 | | BW Copy Charges | 1453 | 13.60 |
| | | 03/31/2011 | AJE 11-03-007 | 1st Floor | Scan Charges | 1459 | 0.15 |
| | | 03/31/2011 | AJE 11-03-007 | | Scan Charges | 1459 | 6.30 |
| | | 04/01/2011 | | Research Chgs | alacourt.com | 1490 | 34.00 |
| | | 04/06/2011 | | Charges 1/1/11-3/31/11 | Pacer Service Center | 1490 | 45.12 |
| | | 04/15/2011 | | Restaurant August | Richard Taylor | 1479 | 250.40 |
| | | 04/15/2011 | | Windsor Court Hotel | Richard Taylor | 1499 | 778.81 |
| | | 04/15/2011 | | Exxon Gas Charge | Richard Taylor | 1499 | 58.73 |
| | | 04/15/2011 | | Shell Gas Charge | Richard Taylor | 1499 | 47.75 |
| | | 04/30/2011 | AJE 11-04-044 | 1st Floor | Color Copy Charges | 1452 | 30.00 |
| | | 04/30/2011 | AJE 11-04-044 | 1st Floor | BW Copy Charges | 1453 | 0.20 |
| | | 05/02/2011 | | Filing Fee | Lexis Nexis File & Serve | 1464 | 40.00 |
| | | 05/31/2011 | AJE 11-05-008 | 2nd Floor | BW Copy Charges | 1453 | 6.20 |
| 06/13/2011 | | 06/08/2011 | 18212 | Reimbursement - Travel Expense | Kasie Braswell | 1499 | 202.06 |
| | | 06/30/2011 | AJE 11-06-010 | 1st Floor | Color Copy Charges | 1452 | 5.00 |
| | | 06/30/2011 | AJE 11-06-010 | 2nd Floor | Color Copy Charges | 1452 | 3.50 |
| | | 06/30/2011 | AJE 11-06-010 | 1st Floor | BW Copy Charges | 1453 | 5.20 |
| | | 06/30/2011 | AJE 11-06-010 | 2nd Floor | BW Copy Charges | 1453 | 6.00 |
| | | 06/30/2011 | AJE 11-06-011 | June 2011 | Postage | 1458 | 0.44 |
| | | 06/30/2011 | AJE 11-06-010 | 2nd Floor | Scan Charges | 1459 | 0.30 |
| | | 06/30/2011 | | Reimbursement - Travel Expense | Kasie Braswell | 1499 | 193.03 |
| 08/17/2011 | 5095-01-TAYL10 | 07/01/2011 | 18342 | Mediation Fee | Perry Dampf Dispute Solut | 1478 | 2,550.81 |
| | | 07/06/2011 | | 04/01/11-06/30/11 | Pacer Service Center | 1490 | 10.96 |
| 08/31/2011 | | 07/13/2011 | 18362 | Mediation Fee | Perry Dampf Dispute Solut | 1478 | 1,394.31 |
| | | 07/22/2011 | AJE 11-07-003 | Interest thru 7/22/11 | Accrued Interest | 1454 | 2,089.87 |
| | | 07/31/2011 | AJE 11-07-005 | 2nd Floor | BW Copy Charges | 1453 | 2.40 |

| Date | Ref | Description | Payee/Type | Acct | Amount |
|---|---|---|---|---|---|
| 07/31/2011 | AJE 11-07-006 | July 2011 | Postage | 1458 | 5.28 |
| 07/31/2011 | AJE 11-07-005 | 2nd Floor | Scan Charges | 1459 | 0.15 |
| 08/31/2011 | AJE 11-08-022 | 2nd Floor | BW Copy Charges | 1453 | 0.20 |
| 08/31/2011 | AJE 11-08-002 | 07/23 - 08/31/2011 | Accrued Interest | 1454 | 47.62 |
| 08/31/2011 | AJE 11-08-022 | 2nd Floor | Scan Charges | 1459 | 0.30 |
| 09/06/2011 | 11579 | Recovery of Court Costs | Taylor Martino PC | 1464 | -743.72 |
| 09/23/2011 | 48437 | Mileage Reimbursement | Craig Jacobson | 1456 | 8.88 |
| 09/30/2011 | AJE 11-09-008 | 2nd Floor | BW Copy Charges | 1453 | 0.40 |
| 09/30/2011 | AJE 11-09-008 | 2nd Floor | Scan Charges | 1459 | 0.15 |
| 10/04/2011 | | Restaurant August | Richard Taylor | 1479 | 191.33 |
| 10/04/2011 | | Allegro Restaurant | Richard Taylor | 1479 | 95.00 |
| 10/04/2011 | | Windsor Court Hotel | Richard Taylor | 1499 | 526.56 |
| 10/31/2011 | AJE 11-10-019 | 1st Floor | Color Copy Charges | 1452 | 6.50 |
| 10/31/2011 | AJE 11-10-019 | 2nd Floor | Color Copy Charges | 1452 | 1.50 |
| 10/31/2011 | AJE 11-10-019 | 2nd Floor | BW Copy Charges | 1453 | 40.80 |
| 10/31/2011 | AJE 11-10-019 | 1st Floor | Scan Charges | 1459 | 0.45 |
| 10/31/2011 | AJE 11-10-019 | 2nd Floor | Scan Charges | 1459 | 2.55 |
| 11/30/2011 | AJE 11-11-006 | 2nd Floor | BW Copy Charges | 1453 | 1.20 |
| 11/30/2011 | AJE 11-11-007 | Nov 2011 | Postage | 1458 | 1.28 |
| 11/30/2011 | AJE 11-11-006 | 2nd Floor | Scan Charges | 1459 | 3.75 |
| 12/05/2011 | DRAFT | Nov 2011 Charges | alacourt.com | 1490 | 5.00 |
| 12/31/2011 | AJE 11-12-012 | 2nd Floor | BW Copy Charges | 1453 | 15.00 |
| 12/31/2011 | AJE 11-12-012 | 2nd Floor | Scan Charges | 1459 | 12.30 |
| | | | | | 53,660.21 |