UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### PRICHARD HOUSING AUTHORITY'S
### MOTION TO SEAL EXHIBIT

COMES NOW, the Plaintiff, Prichard Housing Authority (PHA), appearing through undersigned counsel, moves the Honorable Court to enter an Order sealing a certain document included in its filing. In support of same PHA shows unto the Court as follows:

1. On March 28, 2014, PHA filed its Motion for Attorney Fees and Expenses, which included a confidential settlement agreement as Exhibit "D." Said motion was deficient and must be re-filed.

2. PHA has re-filed its corrected Motion and respectfully requests that the Court allow the previously-filed Exhibit "D" to be placed under seal.

WHEREFORE, the above premises considered, PHA and its attorneys respectfully move the Court to enter an Order sealing Exhibit "D" and to further allow Exhibit "D" to be placed under seal upon the filing of PHA's corrected Motion.

Respectfully Submitted,

Attorneys for Plaintiff, Prichard Housing Authority

 /s/ Richard H. Taylor
RICHARD H. TAYLOR
TAYLOR MARTINO, P.C.
51 St. Joseph Street
Mobile, Alabama 36602
T: (251) 433-3131
F: (251) 433-4207
richardtaylor@taylormartino.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Seal Exhibit has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to File & ServeXpress in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 31st day of March, 2014,

                              By:    /s/ Richard H. Taylor
                                          RICHARD H. TAYLOR