**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER

Having come before the Court on Prichard Housing Authority's Motion to Seal Exhibit, the Court finds that said motion is well-taken and due to be granted.

It is ORDERED that Exhibit "D" to Prichard Housing Authority's Motion for Attorney's Fees and Expenses shall be sealed. Further, Exhibit "D" to Prichard Housing Authority's corrected Motion for Attorney's Fees and Expenses shall be placed under seal and that such remains confidential subject to further orders of this Court.

Done this _____ day of April, 2014.

_____
JUDGE ELDON E. FALLON