# EXHIBIT A

# Marion Hutson

**From:** Fred Longer
**Sent:** Monday, March 31, 2014 6:48 PM
**To:** Marion Hutson
**Subject:** Fwd: Kenneth and Chantay Tompkins

Pp

Sent from my iPhone

Begin forwarded message:

> **From:** "Jacob S. Woody" <jswoody@browngreer.com>
> **Date:** March 31, 2014 at 6:24:12 PM EDT
> **To:** Fred Longer <FLonger@lfsblaw.com>
> **Subject: Kenneth and Chantay Tompkins**
>
> Fred: Thank you for calling me regarding the claims submitted by Kenneth and Chantay Tompkins. We reviewed the correspondence sent to the Court by Mr. and Ms. Tompkins in which they requested leave to file a late claim. We then reviewed our file and determined that they had filed a timely Knauf Remediation claim with the Settlement Program, and that the property was in line to be remediated through the Pilot Program. Because the property will be remediated through the Pilot Program, the Remediation claim is moot.
>
> We spoke to Mr. Tompkins regarding his situation and informed him that he could withdraw the moot Remediation claim in favor of a Miscellaneous claim. He submitted the Miscellaneous claim form today, March 31, 2014. We will consider the submission of the Miscellaneous claim form as a request to withdraw the Knauf Remediation claim, which will allow the Tompkins to receive remediation through the Pilot Program and also pursue the damages they outline in their Miscellaneous claim.
>
> We will process the Miscellaneous claim and close the Knauf Remediation claim. We consider the matter resolved and do not believe that any action from the Court or the PSC is necessary.
>
> **Jake Woody**
> **BROWNGREER PLC**
> 250 Rocketts Way
> Richmond, VA 23231
> Telephone: (804) 521-7234
> Facsimile: (804) 521-7299
> www.browngreer.com
>
> *This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1