UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Robert W. Block, III, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-1363<br><br>Dorothy Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-2349<br><br>Richard and Constance Almeroth, et al vs. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al; Case No. 12-0498<br><br>Jessica Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al; Cause No. 11-3023 | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, OF DEFENDANT MILTON CONSTRUCTION COMPANY**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs listed in Exhibit "A", hereby dismiss with prejudice all of their claims against **DEFENDANT MILTON CONSTRUCTION COMPANY,** in Plaintiffs' Omnibus Complaints. Plaintiffs' claims against MILTON CONSTRUCTION COMPANY arise out of MILTON CONSTRUCTION COMPANY's construction of the San Lorenzo Condominiums located at 219 NW 12th Avenue, Miami, FL using defective Chinese drywall. Since the Plaintiffs' filing of the above referenced Omnibus Complaints naming MILTON CONSTRUCTION COMPANY as a Defendant, the San Lorenzo Condominiums have been fully remediated pursuant to the settlement reached with the Knauf

Defendants.  Accordingly, the Plaintiffs hereby voluntarily dismiss their claims against MILTON CONSTRUCTION COMPANY with prejudice.

Each party is to bear its own attorneys' fees and costs.  Attached hereto as Exhibit "B" is correspondence from Holly Werkema, counsel for Plaintiffs, dated March 31, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted:

Dated: April 1, 2014        /s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liason Counsel*
*MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2014.

      /s/ Leonard A. Davis  
      Leonard A. Davis, Esquire  
      Herman, Herman, & Katz, LLC  
      820 O'Keefe Avenue  
      New Orleans, Louisiana 70113  
      Phone: (504) 581-4892  
      Fax: (504) 561-6024  
      LDavis@hhklawfirm.com  
      *Plaintiffs' Liason Counsel*  
      *MDL 2047*