# EXHIBIT A

| COMPLAINT (Lead Plaintiff Name) | Cause No. | Last Name | First Name(s) |
|---|---|---|---|
| Almeroth, Richard | 12-0498 | San Lorenzo Condominium Association | |
| Arndt, Dorothy | 11-2349 | Alvarado | Jose |
| Arndt, Dorothy | 11-2349 | Amalfi Investment, LLC | |
| Arndt, Dorothy | 11-2349 | Bennett | Miriam |
| Arndt, Dorothy | 11-2349 | Bennett | Randy |
| Arndt, Dorothy | 11-2349 | Cardenas | Albert |
| Arndt, Dorothy | 11-2349 | Contipelli | Bruno |
| Arndt, Dorothy | 11-2349 | Cuellar | Johnny |
| Arndt, Dorothy | 11-2349 | Garcia | Joaquin |
| Arndt, Dorothy | 11-2349 | Gonsi Properties, LLC | |
| Arndt, Dorothy | 11-2349 | Gonzalez | Reinaldo and Matilde de |
| Arndt, Dorothy | 11-2349 | Hernandez | Nataly |
| Arndt, Dorothy | 11-2349 | Los Balsamos Investments Inc. | |
| Arndt, Dorothy | 11-2349 | McCoy | Clyde and Anne |
| Arndt, Dorothy | 11-2349 | Orellana | Florinda |
| Arndt, Dorothy | 11-2349 | Mejia | Jose |
| Arndt, Dorothy | 11-2349 | Pangeni | Basant |
| Arndt, Dorothy | 11-2349 | Quintero | Eduardo |
| Arndt, Dorothy | 11-2349 | Rocha | Reinaldo |
| Arndt, Dorothy | 11-2349 | Sanchez | Maria |
| Arndt, Dorothy | 11-2349 | San Lorenzo Condominium Association | |
| Arndt, Dorothy | 11-2349 | San Lorenzo J&H, LLC | |
| Arndt, Dorothy | 11-2349 | Suppan | Jordan |
| Arndt, Dorothy | 11-2349 | Sweet Pea Investments Inc. | |
| Arndt, Dorothy | 11-2349 | Town Brickell Group, LLC | |
| Arndt, Dorothy | 11-2349 | Tumanik | Tatyana |
| Arndt, Dorothy | 11-2349 | Zakharia | Alex |
| Block, Robert W. | 11-1363 | Acuna | Juan |
| Block, Robert W. | 11-1363 | Amalfi Investment, LLC | |
| Block, Robert W. | 11-1363 | Caluma Properties, LLC | |
| Block, Robert W. | 11-1363 | Chavez | Luis |
| Block, Robert W. | 11-1363 | De Narvaez-Arango | Maria Teresa |
| Block, Robert W. | 11-1363 | Dillon | Philip |
| Block, Robert W. | 11-1363 | Escobar | Flavio |
| Block, Robert W. | 11-1363 | Esmail | Sultan |
| Block, Robert W. | 11-1363 | Gomez | Benny and Gladys |
| Block, Robert W. | 11-1363 | Gomez | Miguel |
| Block, Robert W. | 11-1363 | Gonzalez | Mario |
| Block, Robert W. | 11-1363 | Herman | Brandon Lloyd |
| Block, Robert W. | 11-1363 | Ingco | Arguello and Caridad |
| Block, Robert W. | 11-1363 | Irsula | Orlando and Belinda |
| Block, Robert W. | 11-1363 | Ligero | Judith |
| Block, Robert W. | 11-1363 | Loureiro | Robert |
| Block, Robert W. | 11-1363 | Rodriguez | Tomas |
| Block, Robert W. | 11-1363 | Ruiz | Roberto |
| Block, Robert W. | 11-1363 | Salemi | Jack and Annamaria |
| Block, Robert W. | 11-1363 | San Lorenzo Condominium Association | |

| | | | |
|---|---|---|---|
| Block, Robert W. | 11-1363 | San Lorenzo J&H, LLC | |
| Block, Robert W. | 11-1363 | Senzur Holdings, LLC | |
| Block, Robert W. | 11-1363 | Shaheen Investments, LLC | |
| Block, Robert W. | 11-1363 | Smith | Patrick |
| Block, Robert W. | 11-1363 | Suman | Michael |
| Block, Robert W. | 11-1363 | Tumanik | Tatyana |
| Block, Robert W. | 11-1363 | Valiente | Tanya |
| Block, Robert W. | 11-1363 | Valls | Juan |
| Block, Robert W. | 11-1363 | Zakharia | Andree and Alex |
| Block, Robert W. | 11-1363 | Zakharia | Kareem |
| Block, Robert W. | 11-1363 | Zakharia | Yara |
| Cassidy, Jessica | 11- 3023 | Irsula | Belinda |
| Cassidy, Jessica | 11- 3023 | Lyons | Desmond |
| Cassidy, Jessica | 11- 3023 | Zikorus | Frederick |
| Cassidy, Jessica | 11- 3023 | Gomez | Isaac |
| Cassidy, Jessica | 11-3023 | Feliciano | Carmen |
| Cassidy, Jessica | 11- 3023 | Cuellar | Juan and Johnny |
| Cassidy, Jessica | 11- 3023 | Esmail | Sultan |
| Cassidy, Jessica | 11- 3023 | Zaitsev | Yuri |
| Cassidy, Jessica | 11-3023 | Sviridvo | Serguey |
| Cassidy, Jessica | 11- 3023 | San Lorenzo Condominium Association | |