**BARON B BUDD, P.C.®**

DALLAS | AUSTIN | LOS ANGELES | BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

March 31, 2014

<u>*Via Electronic Mail & U.S. Mail*</u>

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation

*Block, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*
Cause No. 11-1361; MDL-2047; Eastern District of Louisiana

*Arndt, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*
Cause No. 11-2349; MDL-2047; Eastern District of Louisiana

*Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Diongxin Co., Ltd., et al;* Cause No. 12-0498; MDL-2047; Eastern District of Louisiana

*Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al*
Cause No. 11-3021; MDL-2047; Eastern District of Louisiana

Dear Russ and Lenny:

My clients as listed in Exhibit A, authorize the attorneys of Herman, Herman, & Katz, LLC, to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against Defendant, Milton Construction Company, in the above matters.

Sincerely,

Holly Werkema
Baron & Budd, P.C.