UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### PLAINTIFFS' LEAD COUNSEL'S MOTION CONCERNING LATE-FILED CLAIM OF CATHOLIC CHARITIES ARCHDIOCESE OF NEW ORLEANS

Now comes Catholic Charities Archdiocese of New Orleans ("CCANO") seeking an order at this Court's discretion concerning the late-filed claim of CCANO, for the properties located at 9126 Fig Street and 2132 St. Roch Avenue, as will be more fully set forth in the attached memorandum.

Respectfully submitted,

Dated: April 1, 2014

/s/ **Arnold Levin**
Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
MDL 2047

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2014.

      /s/ Fred S. Longer
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Flonger@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*