UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

MEMORANDUM IN CONNECTION WITH
PLAINTIFFS' LEAD COUNSEL'S MOTION CONCERNING
LATE-FILED CLAIM OF CATHOLIC
CHARITIES ARCHDIOCESE OF NEW ORLEANS

MAY IT PLEASE THE COURT:

This memorandum is being submitted by Plaintiffs' Lead Counsel, Arnold Levin of Levin, Fishbein, Sedran & Berman, for Catholic Charities Archdiocese of New Orleans ("CCANO") concerning its late-filed claim. Herman, Herman & Katz, LLC (formerly Herman, Herman, Katz & Cotlar, LLP) (hereinafter referred to as "HHK") represents CCANO. CCANO presently has approximately forty (40) properties registered by HHK in the Settlement Program being administered by BrownGreer.

HHK is plaintiffs' court appointed liaison counsel. HHK advised Lead Counsel that the claims materials for two (2) properties, which were timely registered with BrownGreer in the Settlement Program, were inadvertently not submitted in a timely fashion. One of the properties that HHK registered but claims information was not submitted timely is located at 9126 Fig Street. This property previously was a part of a double with addresses at both 9126 and 9128 Fig Street. The

1

property at 9128 Fig Street was dismissed as there was no claim submitted for that address. Subsequently, the address for 9128 Fig Street was converted and became known as the property at 9126 Fig Street. In the process of submitting claims HHK failed to detect that claims materials should have been submitted for the converted property presently known as 9126 Fig Street. HHK inaccurately confused the one property for its sister-property that had been dismissed.

The same confusion and oversight occurred with respect to the property located at 2052 St. Roch Avenue. This property was timely registered by HHK but claims information was not submitted timely. The 2032 St. Roch Ave. property previously was part of a double with addresses 2030 and 2032 St. Roch Avenue. Upon inspection it was discovered that the property located at 2030 St. Roch Avenue was not eligible for submission into the Settlement Program and therefore the registration for this property needed to be dismissed. However the property located at 2032 St. Roch Avenue was eligible and inadvertently the claim information was not timely filed.

All of these properties are doubles. All of the properties were at one time owned by CCANO, repaired by CCANO and are subject to assignments of claims with the owners. The present occupants of these properties are not actively involved in the settlement process and CCANO relies on information it obtains on an ongoing basis from the occupants of the property.

Claims for these properties are all made through the Global Settlement Agreement only as a result of the identification of a participating defendant supplier of Chinese Drywall.

Immediately upon becoming aware of its oversight HHK contacted Plaintiffs' Lead Counsel. Believing that HHK was in a conflict position, it requested that the undersigned present the instant motion.

Plaintiffs' Lead Counsel recognizes that this Court has previously granted relief from the

claims form deadline, *see In re: Chinese Manufactured Drywall Products Liability Litigation,* Order granting Motion of Joan Osborne (E.D.La. March 24, 2014)[Rec. Doc. No. 17546], but in light of our relation with HHK, we take no position on this motion and leave it to the sound discretion of the Court.

Dated: April 1, 2014                    Respectfully submitted,

                                         **/s/ Arnold Levin**
Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of April, 2014.

       /s/ Fred S. Longer
       Fred S. Longer
       Levin, Fishbein, Sedran & Berman
       510 Walnut Street, Suite 500
       Philadelphia, PA 19106
       215-592-1500 (phone)
       215-592-4663 (fax)
       Flonger@lfsblaw.com
       *Plaintiffs' Lead Counsel*
       *MDL 2047*