UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

Considering the Motion to File Late Claims filed by Catholic Charities Archdiocese of New Orleans;

IT IS ORDERED BY THE COURT that the motion is granted/denied and Catholic Charities of New Orleans it allowed to file claims for the properties located at 9126 Fig Street, New Orleans, Louisiana and 2032 St. Roch Avenue, New Orleans, Louisiana.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge