UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

PLAINTIFFS' MOTION TO SUBMIT LATE FILED CLAIMS INTO
THE GLOBAL BANNER INEX SETTLEMENT AGREEMENTS

COMES NOW the Plaintiffs listed on the attached Exhibit A by and through undersigned counsel and request this Court for an order allowing them to submit their late claims into the Global, Banner, InEx Settlement (GBI) and would show the Court that:

1. All Claimants were timely registered on the Brown Greer portal.

2. All Claimants timely filed Foreclosure/Short Sale claims in this litigation.

3. All Claimants are eligible class members having owned and/or resided in an Affected Property.

4. This firm recently discovered that these Claimants having submitted a claim for Foreclosure/Short Sale predicated upon "Lost Equity" claim must separately file a claim under the GBI Claim for a recovery predicated upon the same type of claim from the GBI fund.

5. The reason the claims were not submitted by the deadline is due to mistake, inadvertent error, and/or excusable neglect on behalf of undersigned counsel and is in no way the fault of the Claimants themselves.

6. No prejudice will result from the extension of Claimants' filing deadline. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding.

7. Given that Claimants were timely registered and have other claims filed undersigned counsel moves that the Court invoke it equitable powers to permit Claimants to late file their GBI.

8. Pursuant to CAP 2013-6 paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014 deadline.

9. Because virtually all of the documents but the claim form itself have already been uploaded to the claims portal in support of the Plaintiffs' claim for Foreclosure/Short Sale, counsel can expeditiously file all of the these claims.  In fact, all of the necessary predicate information which would be contained on the GBI form has been produced to the Settlement Administrator as part of the claims submission process.  Therefore, counsel seeks, on behalf of Plaintiffs, ten (10) days from the date of this motion to file all clams into the GBI fund.

WHEREFORE, for the above reasons, Claimants respectfully request this Honorable Court enter an order permitting the Claimants listed on Exhibit A to submit their GBI Claims and deem them timely filed.

    Respectfully Submitted,
*/s/ Michael J. Ryan*
Michael J. Ryan Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
Ph:954-763-8181; FAX (954) 763-8292
mryan@krupnicklaw.com;
pleadings-mjr@krupnicklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion to Submit Late Filed Claims has been served by U.S. Mail and email to  Russ Herman, Esquire, Plaintiffs' Liaison Counsel,

and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of April 2014.

                                        */s/ Michael J. Ryan*
                                        Michael J. Ryan Florida Bar No. 975990
                                        Krupnick Campbell Malone Buser Slama
                                        Hancock Liberman P.A.
                                        Attorneys for Plaintiff
                                        12 S.E. 7 Street, Suite 801
                                        Ft. Lauderdale, FL  33301
                                        Ph:  954- 763-8181; FAX (954) 763-8292
                                        mryan@krupnicklaw.com
                                        pleadings-mjr@krupnicklaw.com