# EXHIBIT A

|   | Claimant ID | **Claimant Name** | **Affected Property** | **Date claim filed** |
|---|---|---|---|---|
| 1 | 100253 | **Adams, /MAKB John & Andrea: Katie Mead;** | 10440 SW Stephanie Way, #4-202, Port St. Lucie, FL 34987 | 10.21.13 |
| 2 | 100270 | **Adhin, David & Perlene** | 634 SW Millard Drive Port Saint Lucie, Florida 34951 | 10.1.13 |
| 3 | 100427 | **Anise, Maikel & Karen** | 9661 Cobblestone Drive Boynton Beach, Florida 33437 | 10.21.13 |
| 4 | 100357 | **Awadallah, Mazen** | 9650 Eden Manor Parkland, Florida 33076 | 10.25.13 |
| 5 | 100372 | **Birnbaum, Scott and Mary** | 7280 Wisteria Avenue Parkland, FL 33076 | 9.23.13 |
| 6 | 100363 | **Boham, Keith & Allison** | 5911 Yucca Drive Ft. Pierce | 9.22.13 |

| | | | | |
|---|---|---|---|---|
| 7 | 100333 | **Borodiak, Ivan** | 9547 Cinnamon Court<br>Parkland, Florida 33076 | 9.23.13 |
| 8 | 100378 | **Brandolino, Rose** | 21 SE 3 Avenue, Hallandale, FL 33009 | 9.23.13 |
| 9 | 100402 | **Brogdon, Carl & Stacey** | 9742 Clemmons Street<br>Parkland, Florida 33076 | 9.22.13 |
| 10 | 100329 | **Burns, Robert E.** | 12352 NW 80th Place<br>Parkland, Florida 33076 | 9.22.13 |
| 11 | 100365 | **Caputo, Mark & Lisa** | 9528 Eden Manor<br>Parkland, Florida 33076 | 9.22.13 |
| 12 | 100420 | **Cerna, Fernando** | 35 SE 3 Ave, Hallandale 33009 | 10.21.13 |
| 13 | 100331 | **Cianfrini, Jerry** | 9608 Kenley Court<br>Parkland, Florida 33076 | 9.22.13 |
| 14 | 100322 | **Cooper, Jon and Sondra** | 6980 Long Leaf Drive<br>Parkland, FL 33076 | 9.22.13 |

| 15 | 100281 | **D'Ambrosio, John & Pamela** | 338 Mestre Place North Venice, Florida 34275 | 9.22.13 |
|---|---|---|---|---|
| 16 | 100284 | **Darmodihardjo, Denny and Tammy** | 7086 Spyglass Avenue Parkland, Florida 33076 | 10.21.13 |
| 17 | 100393 | **Davis, Michael and Santagata, Paul** | 12500 N.W. 79 Manor Parkland, Florida 33076 | 9.22.13 |
| 18 | 100338 | **Deitsch, Erik & Elizabeth** | 8040 NW 124th Terrace Parkland, Florida 33076 | 9.22.13 |
| 19 | 100396 | **Dharamsey, Aziz c/o Shabbir Dharamsey** | 12406 NW 80 Place Parkland, FL 33076 | 9.22.13 |
| 20 | 100396 | **Dharamsey, Aziz c/o Shabbir Dharamsey** | 6830 Long Leaf Drive Parkland, Florida 33076 | 9.22.13 |
| 21 | 100396 | **Dharamsey, Aziz c/o Shabbir Dharamsey** | 6840 Long Leaf Drive Parkland, FL 33076 | 9.22.13 |
| 22 | 100350 | **Dowling, D.J. and Andrea** | 12388 N.W. 80 Place Parkland, Florida 33076 | 9.22.13 |

| | | | | |
|---|---|---|---|---|
| 23 | 100282 | **Espinal, Joseph & Fabiola** | 12335 NW 80th Place Parkland, Florida 33076 | 9.22.13 |
| 24 | 100352 | **Faber, Fred and Irene** | 12540 N.W. 83 Court Parkland, Florida 33076 | 9.27.13 |
| 25 | 100255 | **Fifteen B's, LC Bruce, Isaac Santangelo, Carl** | 9584 Ginger Court Parkland, Florida 33076 | 9.22.13 |
| 26 | 100407 | **Gareave, Sterling and Jean** | 8099 Emerald Avenue Parkland, Florida 33076 | 9.23.13 |
| 27 | 100324 | **Gatto, Charles** | 273 Swan lane Jupiter, Florida 33458 | 9.23.13 |
| 28 | 100354 | **Gerhardt, David** | 3212 NE 4 Street, Pompano Beach, FL | 9.26.13 |
| 29 | 100269 | **Gesualdo, Domenic and Darlene** | 3232 N.E. 4 Street Pompano Beach, Florida  33062 | 9.22.13 |
| 30 | 100369 | **Gillespie, Thomas J.** | 1035 Fish Hook Cove Bradenton, Florida 34212 | 9.26.13 |

| | | | | |
|---|---|---|---|---|
| 31 | 100377 | **Gobos, Peter V.** | 9607 Exbury Court Parkland, Florida 33076 | 9.23.13 |
| 32 | 100415 | **Grote, Joe & Janet** | 9656 Cobblestone Creek Drive Boynton Beach, Florida 33472 | 10.1.13 |
| 33 | 100258 | **Haiman, Phillip , O.D.** | 7871 Camden Lane - | 10.21.13 |
| 34 | 100295 | **Hajela, Kuldeep and Karuna** | 12320 NW 81 Street, Parkland, FL 33026 | 9.26.13 |
| 35 | 102635 | **Horvit, Adam & Marilyn** | 9537 Kenley Court, Parkland, FL 33076 | 1.2.14 |
| 36 | 100381 | **Inglis, John** | 4100 Abington Woods Circle Vero Beach, Florida 32967 | 10.21.13 |
| 37 | 100394 | **King, John** | 14848 97th Road N WPB, FL 33412 | 10.21.13 |
| 38 | 100303 | **Lessick, Michael & Beth** | 314 Mestre Place North Venice, Florida 34275 | 9.22.13 |

| | | | | |
|---|---|---|---|---|
| 39 | 100404 | **Levine, Daniel and Tamara** | 12540 N.W. 79 Manor Parkland, Florida 33076 | 10.21.13 |
| 40 | 100254 | **Lumare Properties c/o Prats, Fernandez & Co.** | 3301 NE 183rd Street Unit # 2005 Aventura, Florida 33160 | 10.21.13 |
| 41 | 100320 | **Lynch, Richard** | 7400 Wisteria Avenue Parkland, Florida 33076 | 9.23.13 |
| 42 | 100405 | **McNitt, David and Sharon** | 9567 Cinnamon Court Parkland, Florida 33076 | 10.21.13 |
| 43 | 100283 | **Meyer, Robert** | 41 SE 3 Avenue, # 41 Hallandale, FL | 9.24.13 |
| 44 | 100297 | **Montalvo, Richard & Cynthia** | 12480 NW 83 Court, Parkland, FL | 9.23.13 |
| 45 | 100593 | **Neste, Dave** | 6474 NW Volucia Dr, Port St. Lucie, FL | 1.14.14 |
| 46 | 100288 | **Ortiz, Amelia, n/k/a Siler, Amelia** | 9701 Cobblestone Creek Drive, Boynton Beach, FL 33472 | 9.23.13 |

| | | | | |
|---|---|---|---|---|
| 47 | 100261 | **Patterson, Gary and Nicole** | 3096 Juniper Lane Davie, Florida | 9.22.13 |
| 48 | 100434 | **Peloquin, Michael and Erin** | 12747 Kentwood Ave. Ft. Myers, Florida 33913 | 9.26.13 |
| 49 | 100319 | **Perone, Samuel** | 7261 Lemon Grass Drive Parkland, Florida 33076 | 9.26.13 |
| 50 | 100319 | **Perone, Samuel** | 7063 Lost Garden Terrace Parkland, Florida 33076 | 9.26.13 |
| 51 | 100347 | **Pike, Lisa** | 859 SW 147th Terrace Pembroke Pines, Florida 33027 | 9.22.13 |
| 52 | 100265 | **Plushko, Valentin and Nadesha** | 9881 Sundance Court Parkland, Florida 33076 | 9.26.13 |
| 53 | 100424 | **Prescott, Sean** | 7816 104th Court Vero Beach, Florida 32967 | 10.21.13 |
| 54 | 100383 | **Rojhani, Ira & Sherri** | 8269 NW 124th Terrace Parkland, Florida 33076 | 9.22.13 |

| 55 | 100422 | **Romelus, Jay** | 9351 Eden Manor Parkland, FL 33076 | 9.22.13 |
|---|---|---|---|---|
| 56 | 100300 | **Rubin, Laurence & Helen &** | 9965 Cobblestone Creek Drive Boynton Beach, Florida 33472 | 9.22.13 |
| 57 | 100271 | **Russinoff, Ian & Tzvia** | 12440 NW 83rd Court Parkland, Florida 33076 | 9.22.13 |
| 58 | 100380 | **San Filippo, Keith and Linda** | 3208 N.E. 4 Street Pompano, Florida 33062 | 9.22.13 |
| 59 | 100301 | **Schultheis, Gary and Maryann** | 12316 NW 80th Place Parkland, Florida 33076 | 9.22.13 |
| 60 | 100408 | **Sexton, Brian & Shannon** | 5361 Southwind Trail Ft Pierce, Florida 34951 | 9.22.13 |
| 61 | 100337 | **Siegel. William and Sandra** | 3220 N.E. 4 Street Pompano Beach, Florida  33062 | 9.22.13 |
| 62 | 100304 | **Smietana, Mark J.** | 8106 NW 111th Terrace Parkland, Florida 33076 | 9.23.13 |

| 63 | 100414 | **Solomon, Daniel & Grace** | 9813 Cobblestone Creek Drive Boynton Beach, Florida 33472 | 9.22.13 |
|---|---|---|---|---|
| 64 | 100290 | **Squiccirini, Robert and Melissa** | 7970 N.W. 126 Terrace Parkland, Florida 33076 | 9.22.13 |
| 65 | 100267 | **Stewart, Chester** | 6848 Long Leaf Drive Parkland, FL 33076 | 9.22.13 |
| 66 | 100103 | **Villarama, Lilia** | 202 Medici Terrace North Venice, Florida  36367 | 9.23.13 |
| 67 | 100309 | **Willis, John & Lori** | 12334 NW 80 Place, Parkland, Florida 33076 | 7.30.13 |
| 68 | 100278 | **Wynter, Vida Leone** | 5813 NW Gerald Circle, Port St. Lucie, FL | 9.27.13 |