UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

<u>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SUBMIT LATE FILED
CLAIMS INTO THE GLOBAL BANNER INEX SETTLEMENT AGREEMENTS</u>

COMES NOW the Plaintiffs listed on the attached Exhibit A by and through undersigned

counsel and request this Court for an order allowing them to submit their late claims into the

Global, Banner, InEx  Settlement (GBI) and would show the Court that:

1.      All Claimants were timely registered on the Brown Greer portal.

2.      All Claimants timely filed Foreclosure/Short Sale claims in this litigation.

3.      All Claimants are eligible class members having owned and/or resided in an

Affected Property.

4.      This firm recently discovered that these Claimants having submitted a claim for

Foreclosure/Short Sale predicated upon "Lost Equity" claim must separately file a claim under

the GBI Claim for a recovery predicated upon the same type of claim from the GBI fund.

5.      The reason the claims were not submitted by the deadline is due to mistake,

inadvertent error, and/or excusable neglect on behalf of undersigned counsel and is in no way the

fault of the Claimants themselves.

6.      No prejudice will result from the extension of Claimants' filing deadline.  No

action has been taken in the proceeding which could cause prejudice to any other party in the

proceeding.

7.      Given that Claimants were timely registered and have other claims filed undersigned counsel moves that the Court invoke it equitable powers to permit Claimants to late file their GBI.

8.      Pursuant to CAP  2013- 6 paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014 deadline.

9.      Because virtually all of the documents but the claim form itself have already been uploaded to the claims portal in support of the Plaintiffs' claim for Foreclosure/Short Sale, counsel can expeditiously file all of the these claims.  Therefore, counsel seeks, on behalf of Plaintiffs, ten (10) days from the date of this motion to file all clams into the GBI fund.

WHEREFORE, for the above reasons, Claimants respectfully request this Honorable Court to grant Plaintiffs' Motion and to enter an order permitting the Claimants listed on Exhibit A to submit their GBI Claims and deem them timely filed.

Respectfully Submitted,

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Memorandum in Support of Plaintiffs' Motion to Submit Late Filed Claims has been served by U.S. Mail and email to  Russ

Herman, Esquire, Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel,  and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of April 2014.

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone Buser Slama
Hancock Liberman P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
(954) 763-8181
FAX (954) 763-8292
mryan@krupnicklaw.com
pleadings-mjr@krupnicklaw.com

# EXHIBIT A

| | Claimant ID | Claimant Name | Affected Property | Date claim filed |
|---|---|---|---|---|
| 1 | 100253 | **Adams, /MAKB John & Andrea: Katie Mead;** | 10440 SW Stephanie Way, #4-202, Port St. Lucie, FL  34987 | 10.21.13 |
| 2 | 100270 | **Adhin, David & Perlene** | 634 SW Millard Drive Port Saint Lucie, Florida 34951 | 10.1.13 |
| 3 | 100427 | **Anise, Maikel & Karen** | 9661 Cobblestone Drive Boynton Beach, Florida 33437 | 10.21.13 |
| 4 | 100357 | **Awadallah, Mazen** | 9650 Eden Manor Parkland, Florida 33076 | 10.25.13 |
| 5 | 100372 | **Birnbaum, Scott and Mary** | 7280 Wisteria Avenue Parkland, FL 33076 | 9.23.13 |
| 6 | 100363 | **Boham, Keith & Allison** | 5911 Yucca Drive Ft. Pierce | 9.22.13 |

| 7 | 100333 | **Borodiak, Ivan** | 9547 Cinnamon Court Parkland, Florida 33076 | 9.23.13 |
|---|---|---|---|---|
| 8 | 100378 | **Brandolino, Rose** | 21 SE 3 Avenue, Hallandale, FL 33009 | 9.23.13 |
| 9 | 100402 | **Brogdon, Carl & Stacey** | 9742 Clemmons Street Parkland, Florida 33076 | 9.22.13 |
| 10 | 100329 | **Burns, Robert E.** | 12352 NW 80th Place Parkland, Florida 33076 | 9.22.13 |
| 11 | 100365 | **Caputo, Mark & Lisa** | 9528 Eden Manor Parkland, Florida 33076 | 9.22.13 |
| 12 | 100420 | **Cerna, Fernando** | 35 SE 3 Ave, Hallandale 33009 | 10.21.13 |
| 13 | 100331 | **Cianfrini, Jerry** | 9608 Kenley Court Parkland, Florida 33076 | 9.22.13 |
| 14 | 100322 | **Cooper, Jon and Sondra** | 6980 Long Leaf Drive Parkland, FL 33076 | 9.22.13 |

| 15 | 100281 | **D'Ambrosio, John & Pamela** | 338 Mestre Place North Venice, Florida 34275 | 9.22.13 |
|---|---|---|---|---|
| 16 | 100284 | **Darmodihardjo, Denny and Tammy** | 7086 Spyglass Avenue Parkland, Florida 33076 | 10.21.13 |
| 17 | 100393 | **Davis, Michael and Santagata, Paul** | 12500 N.W. 79 Manor Parkland, Florida 33076 | 9.22.13 |
| 18 | 100338 | **Deitsch, Erik & Elizabeth** | 8040 NW 124th Terrace Parkland, Florida 33076 | 9.22.13 |
| 19 | 100396 | **Dharamsey, Aziz c/o Shabbir Dharamsey** | 12406 NW 80 Place Parkland, FL 33076 | 9.22.13 |
| 20 | 100396 | **Dharamsey, Aziz c/o Shabbir Dharamsey** | 6830 Long Leaf Drive Parkland, Florida 33076 | 9.22.13 |
| 21 | 100396 | **Dharamsey, Aziz c/o Shabbir Dharamsey** | 6840 Long Leaf Drive Parkland, FL 33076 | 9.22.13 |
| 22 | 100350 | **Dowling, D.J. and Andrea** | 12388 N.W. 80 Place Parkland, Florida 33076 | 9.22.13 |

| 23 | 100282 | **Espinal, Joseph & Fabiola** | 12335 NW 80th Place Parkland, Florida 33076 | 9.22.13 |
|---|---|---|---|---|
| 24 | 100352 | **Faber, Fred and Irene** | 12540 N.W. 83 Court Parkland, Florida 33076 | 9.27.13 |
| 25 | 100255 | **Fifteen B's, LC Bruce, Isaac Santangelo, Carl** | 9584 Ginger Court Parkland, Florida 33076 | 9.22.13 |
| 26 | 100407 | **Gareave, Sterling and Jean** | 8099 Emerald Avenue Parkland, Florida 33076 | 9.23.13 |
| 27 | 100324 | **Gatto, Charles** | 273 Swan lane Jupiter, Florida 33458 | 9.23.13 |
| 28 | 100354 | **Gerhardt, David** | 3212 NE 4 Street, Pompano Beach, FL | 9.26.13 |
| 29 | 100269 | **Gesualdo, Domenic and Darlene** | 3232 N.E. 4 Street Pompano Beach, Florida  33062 | 9.22.13 |
| 30 | 100369 | **Gillespie, Thomas J.** | 1035 Fish Hook Cove Bradenton, Florida 34212 | 9.26.13 |

| 31 | 100377 | **Gobos, Peter V.** | 9607 Exbury Court Parkland, Florida 33076 | 9.23.13 |
| 32 | 100415 | **Grote, Joe & Janet** | 9656 Cobblestone Creek Drive Boynton Beach, Florida 33472 | 10.1.13 |
| 33 | 100258 | **Haiman, Phillip , O.D.** | 7871 Camden Lane - | 10.21.13 |
| 34 | 100295 | **Hajela, Kuldeep and Karuna** | 12320 NW 81 Street, Parkland, FL 33026 | 9.26.13 |
| 35 | 102635 | **Horvit, Adam & Marilyn** | 9537 Kenley Court, Parkland, FL 33076 | 1.2.14 |
| 36 | 100381 | **Inglis, John** | 4100 Abington Woods Circle Vero Beach, Florida 32967 | 10.21.13 |
| 37 | 100394 | **King, John** | 14848 97th Road N WPB, FL 33412 | 10.21.13 |
| 38 | 100303 | **Lessick, Michael & Beth** | 314 Mestre Place North Venice, Florida 34275 | 9.22.13 |

| 39 | 100404 | **Levine, Daniel and Tamara** | 12540 N.W. 79 Manor Parkland, Florida 33076 | 10.21.13 |
|----|--------|------------------------------|---------------------------------------------|----------|
| 40 | 100254 | **Lumare Properties c/o Prats, Fernandez & Co.** | 3301 NE 183rd Street Unit # 2005 Aventura, Florida 33160 | 10.21.13 |
| 41 | 100320 | **Lynch, Richard** | 7400 Wisteria Avenue Parkland, Florida 33076 | 9.23.13 |
| 42 | 100405 | **McNitt, David and Sharon** | 9567 Cinnamon Court Parkland, Florida 33076 | 10.21.13 |
| 43 | 100283 | **Meyer, Robert** | 41 SE 3 Avenue, # 41 Hallandale, FL | 9.24.13 |
| 44 | 100297 | **Montalvo, Richard & Cynthia** | 12480 NW 83 Court, Parkland, FL | 9.23.13 |
| 45 | 100593 | **Neste, Dave** | 6474 NW Volucia Dr, Port St. Lucie, FL | 1.14.14 |
| 46 | 100288 | **Ortiz, Amelia, n/k/a Siler, Amelia** | 9701 Cobblestone Creek Drive, Boynton Beach, FL 33472 | 9.23.13 |

| 47 | 100261 | **Patterson, Gary and Nicole** | 3096 Juniper Lane Davie, Florida | 9.22.13 |
|---|---|---|---|---|
| 48 | 100434 | **Peloquin, Michael and Erin** | 12747 Kentwood Ave. Ft. Myers, Florida 33913 | 9.26.13 |
| 49 | 100319 | **Perone, Samuel** | 7261 Lemon Grass Drive Parkland, Florida 33076 | 9.26.13 |
| 50 | 100319 | **Perone, Samuel** | 7063 Lost Garden Terrace Parkland, Florida 33076 | 9.26.13 |
| 51 | 100347 | **Pike, Lisa** | 859 SW 147th Terrace Pembroke Pines, Florida 33027 | 9.22.13 |
| 52 | 100265 | **Plushko, Valentin and Nadesha** | 9881 Sundance Court Parkland, Florida 33076 | 9.26.13 |
| 53 | 100424 | **Prescott, Sean** | 7816 104th Court Vero Beach, Florida 32967 | 10.21.13 |
| 54 | 100383 | **Rojhani, Ira & Sherri** | 8269 NW 124th Terrace Parkland, Florida 33076 | 9.22.13 |

| 55 | 100422 | **Romelus, Jay** | 9351 Eden Manor Parkland, FL 33076 | 9.22.13 |
| 56 | 100300 | **Rubin, Laurence & Helen &** | 9965 Cobblestone Creek Drive Boynton Beach, Florida 33472 | 9.22.13 |
| 57 | 100271 | **Russinoff, Ian & Tzvia** | 12440 NW 83rd Court Parkland, Florida 33076 | 9.22.13 |
| 58 | 100380 | **San Filippo, Keith and Linda** | 3208 N.E. 4 Street Pompano, Florida 33062 | 9.22.13 |
| 59 | 100301 | **Schultheis, Gary and Maryann** | 12316 NW 80th Place Parkland, Florida 33076 | 9.22.13 |
| 60 | 100408 | **Sexton, Brian & Shannon** | 5361 Southwind Trail Ft Pierce, Florida 34951 | 9.22.13 |
| 61 | 100337 | **Siegel. William and Sandra** | 3220 N.E. 4 Street Pompano Beach, Florida  33062 | 9.22.13 |
| 62 | 100304 | **Smietana, Mark J.** | 8106 NW 111th Terrace Parkland, Florida 33076 | 9.23.13 |

| 63 | 100414 | **Solomon, Daniel & Grace** | 9813 Cobblestone Creek Drive Boynton Beach, Florida 33472 | 9.22.13 |
|----|--------|------------------------------|----------------------------------------------------------|---------|
| 64 | 100290 | **Squiccirini, Robert and Melissa** | 7970 N.W. 126 Terrace Parkland, Florida 33076 | 9.22.13 |
| 65 | 100267 | **Stewart, Chester** | 6848 Long Leaf Drive Parkland, FL 33076 | 9.22.13 |
| 66 | 100103 | **Villarama, Lilia** | 202 Medici Terrace North Venice, Florida  36367 | 9.23.13 |
| 67 | 100309 | **Willis, John & Lori** | 12334 NW 80 Place, Parkland, Florida 33076 | 7.30.13 |
| 68 | 100278 | **Wynter, Vida Leone** | 5813 NW Gerald Circle, Port St. Lucie, FL | 9.27.13 |