UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION:  L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION

The Court having considered Plaintiffs' Motion to Submit Late Filed Claims into the Global Banner Inex Settlement Agreements and supporting Memorandum, finds that Plaintiffs' Motion should be granted and Plaintiffs named in Exhibit A to the Motion  shall be permitted to file their GBI claims, which will be considered timely submitted;  accordingly; it is,

ORDERED that Plaintiffs' Motion is GRANTED.

New Orleans, Louisiana, this ____ day of April 2014.

_____
Hon. Eldon E Fallon
District Court Judge