UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 |
| | | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO ALL CASES**

## O R D E R

Certain claimants who are participating Class Members in Various Settlements[1] in this litigation may not have fully complied with the terms of the Settlement Agreement for the particular Settlement in which they are a participant, by not yet dismissing a state court claim they may have filed. The Court has been advised that a number of claimants have been reluctant to dismiss their state court claims because of concerns that the Various Settlements may not be concluded or that other complications may impede the Various Settlements, thus requiring the state court cases to resume litigation.

In order to carry out the terms of the Various Settlements and to promote the fair and efficient process of the Various Settlements, the Court hereby directs all claimants participating in the Various Settlements to dismiss administratively their state court cases, while at the same time asking the respective state court to retain jurisdiction to enforce the settlement or reinstate the cases for active

---

[1] See all settlements listed at http://www.laed.uscourts.gov/Drywall/Settlements.htm and more particularly the Global Settlement, Knauf Settlement, Interior/Exterior Settlement, Banner Settlement, L&W Settlement, Nationwide Settlement (VA), Porter-Blaine Settlement (VA), Tobin Trading Settlement (VA) and Builders Mutual Settlement (VA). ---

litigation should circumstances require such action. This Order only applies to the Class Members who are participating in the Various Settlements.

New Orleans, Louisiana, this 3rd day of April, 2014.

                                              Eldon E. Fallon
                                              United States District Court Judge