UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

---------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED     :   MDL No. 2047
DRYWALL PRODUCTS LIABILITY       :
LITIGATION                       :   SECTION: L
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:        :   JUDGE FALLON
                                 :
11-cv-2349; 09-cv-6690; 09-cv-7628; 10-cv-00362;:   MAG. JUDGE WILKINSON
10-cv-361; 11-cv-1077; 11-cv-252  :
---------------------------------------------------------------x


## ORDER

On March 20, 2014, Plaintiffs, Diana Pohner and Barry Labell, filed a Verified Unopposed Motion to Extend Other Loss Fund Claim Submission Deadline (relating to 11-cv-2349; 09-6690; 09-7628; 10-00362) [Rec. Doc. 17551].

On March 27, 2014, Plaintiffs, Charles Yelton, Aline Noel Joachim, Andy Joachim & Deborah Randazzo filed a Verified Unopposed Motion to Extend Bodily Injury Claim Submission Deadline (relating to 10-361; 09-7628; 11-1077) [Rec. Doc. 17572].

On March 27, 2014, Plaintiff, Fred McNabb filed a Verified Unopposed Motion to Extend Other Loss Fund Claim Submission Deadline (relating to 11-252) [Rec. Doc. 17573].

IT IS ORDERED BY THE COURT that the above referenced motions [Rec. Doc. Nos. 17551, 17572 and 17573] be and they are hereby set for hearing following the monthly status conference on April 17, 2014.

2

IT IS FURTHER ORDERED BY THE COURT that any responses to said motions should be filed no later than the 14th day of April, 2014.

New Orleans, Louisiana, this 3rd day of April, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE