# Sarah Hulett

| | |
|---|---|
| **From:** | Philip Garrett [pgarrett@garrettco.com] |
| **Sent:** | Wednesday, February 05, 2014 11:20 AM |
| **To:** | Richard Taylor; Sarah Hulett |
| **Cc:** | Ed Rowan; Penny Sanders; Kasie Braswell (kasie@braswellmurphy.com); Lenny Davis |
| **Subject:** | Re: Late Submissions of Common Benefit Time and Expenses Chinese Drywall - MDL-2047 |

```
 It is PTO9 that makes the requirement of all time being submitted within
6 months. I will be happy to work with you but it is ultimately the Court
that must decide to allow time not in accord with PTO9.
Thanks

Philip A. Garrett, CPA
117 Fairgrounds Blvd
Bush, La 70431
office - 985-746-9165
Cell - 985-635-1500
pgarrett@garrettco.com
IN GOD WE TRUST
```

**From:** Richard Taylor <RichardTaylor@taylormartino.com>
**To:** Phil Garrett <pgarrett@garrettco.com>; Sarah Hulett <Sarah@taylormartino.com>
**Cc:** Ed Rowan <ed@taylormartino.com>; Penny Sanders <Penny@taylormartino.com>; "Kasie Braswell (kasie@braswellmurphy.com)" <kasie@braswellmurphy.com>; Sarah Hulett <Sarah@taylormartino.com>
**Sent:** Tuesday, February 4, 2014 10:26 AM
**Subject:** RE: Late Submissions of Common Benefit Time and Expenses Chinese Drywall - MDL-2047

This e mail was sent after the January 15 deadline. We will submit our time that precedes July 1, 2013 . We will call Mr. Garrett to explain our circumstances.

RICHARD H. TAYLOR

-----Original Message-----
From: Phil Garrett [mailto:pgarrett@garrettco.com]
Sent: Wednesday, January 29, 2014 2:15 AM
To: Sarah Hulett
Cc: Richard Taylor
Subject: Late Submissions of Common Benefit Time and Expenses Chinese Drywall - MDL-2047


Taylor Martino, PC

This email is being sent to all firms based on their submitted time and held costs.

As of this date please note, that the following submissions from your firm have not been received:

December, 2013   Time and Held Costs
November, 2013   Time and Held Costs
October, 2013    Time and Held Costs
September, 2013  Time and Held Costs
August, 2013     Time and Held Costs

1

**EXHIBIT 2**

July, 2013    Time and Held Costs

If you do not have any submissions missing you may ignore this email. If you have missing submissions but have no time or held costs for that particular month you may submit a zero submission to clear that deficiency.

Pre-Trial Order #9 requires each firm's monthly submission be submitted by the 15th of the following month, if the firm seeks to claim compensation for common benefit time and expenses. Accordingly, per PTO #9, we will not review any submissions for months that are six month in arrears.

As of January 15, 2014 we will not accept new submissions for time or expenses for the period prior to July 1, 2013.

Please submit all time and expense submissions on a timely basis and in accordance with PTO - 9 or they will not be considered timely submitted. This includes submissions with a zero balance.

You can view your submissions and the accepted costs or time and expense submission on the Case Cost Management website (https://www.garrettco-ccms.com/)


Philip A. Garrett
Garrett and Company
117 Fairgrounds Blvd
Bush, La 70431
985-635-1500 cell

# Previous Notes

2012-01-01 / MDL 2047:

Time submission is late and requires court approval.

2011-11-01 / MDL 2047:

Time submission is late and requires court approval.

2011-08-01 / MDL 2047:

Time submission is late and requires court approval.

2011-07-01 / MDL 2047:

Time submission is late and requires court approval.

2011-06-01 / MDL 2047:

Time submission is late and requires court approval.

2011-04-01 / MDL 2047:

Time submission is late and requires court approval.

2011-03-01 / MDL 2047:

Time submission is late and requires court approval.

2011-02-01 / MDL 2047:

Time submission is late and requires court approval.

2011-02-01 / MDL 2047:

Duplicate submission, also late need court approval.

2011-01-01 / MDL 2047:

Time submission is late and requires court approval.

2010-12-01 / MDL 2047:

Time submission is late and requires court approval.

2010-11-01 / MDL 2047:

Time submission is late and requires court approval.

2010-10-01 / MDL 2047:

Time submission late and requires court approval.

2010-09-01 / MDL 2047:

Time submission late and requires court approval.

2010-08-01 / MDL 2047:

Time submission late and requires court approval.

2010-07-01 / MDL 2047:

Time submission late and requires court approval.

2010-04-01 / MDL 2047:

Time submission late and requires court approval.

2010-03-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC

2010-02-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC

2010-01-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC

2009-12-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common

benefit time unless authorized by PSC

2009-11-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC

2009-10-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC

2009-09-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC

2009-07-01 / MDL 2047:

Time Submission late and requires court approval. Additionally attendance at status conference not common benefit time unless authorized by PSC