UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON | This document relates to:<br>09-7628 |
|---|---|---|

## ORDER APPROVING TAYLOR MARTINO'S MOTION FOR COURT APPROVAL OF LATE SUBMISSION OF TIME

The Court having considered Taylor Martino's Motion for Court Approval of Late Submission of Time, the Court finds that said motion is well-taken and due to be granted.

It is therefore ORDERED that that the time submission to Garrettco-ccm.com by the law firm of Taylor Martino shall be approved.

Done this _____ day of April, 2014.

_____
JUDGE ELDON E. FALLON