UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| Case Nos. 11-1672, 11-1673, 11-1395 | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER

Before the Court are three motions to withdraw filed by Hongwei Shang, attorney for Defendant Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. (Rec. Docs. 17552, 17553, 17554).  The Plaintiffs' Steering Committee has filed a response in opposition to these motions.  (Rec. Doc. 17578).  These motions will be set for hearing in due course.  In the meantime, **IT IS ORDERED** that counsel for the Defendant will continue to represent the Defendant until this matter is resolved.

New Orleans, Louisiana this 3rd day of April, 2014.

_____
United States District Judge