# Exhibit A

Lump Sum Payment Eligibility Form

# CHINESE DRYWALL
## LUMP SUM PAYMENT ELIGIBILITY FORM

KPT Property Owners who are members of the Residential Owner Subclass may be eligible to receive the applicable Other Covered Expenses including the Lump Sum Payment. Members of the Commercial Owner Subclass are not eligible to receive the Other Covered Expenses including the Lump Sum Payment. This instruction is provided to guide the KPT Property Owner and his/her counsel through confirming membership among the Residential and Commercial Owner Subclasses. Answer the questions below as they apply to the KPT Property Owner and the Affected Property. All questions require an answer. Select all that apply.

In order to receive the Lump Sum Payment, you must submit the completed Lump Sum Payment Eligibility Form to BrownGreer through the Chinese Drywall secure web portal or by emailing it to DrywallRemediation@browngreer.com. If you do not have access to the internet, you may send it by mail to:

Remediation Program Administrator
250 Rocketts Way
Richmond, Virginia 23231

### SECTION A. HOMEOWNER INFORMATION

| # | | |
|---|---|---|
| 1. | Property Owner Name(s) | Last, First, Middle [redacted] |
| 2. | Affected Property Address | [redacted] |
| 3. | Primary Counsel | [redacted] |
| 4. | Purchase Date | On what date, did the owner purchase the affected property? 8/19/13 (month) (day) (year) |
| 5. | Occupancy Dates | List the date range for which the owner resided in the affected property, or check the box below if the owner did not reside in the affected property. ___/___/___ through ___/___/___ (month) (day) (year)     (month) (day) (year) ☑ Owner did not reside in the affected property. |
| 6. | Discovery of Chinese Drywall | On what date, did the owner become aware of the presence of Chinese Drywall in the affected property? 9/5/13 (month) (day) (year) |

#431151v5
9/12/13

1

Lump Sum Payment Eligibility Form

| | | CHINESE DRYWALL<br>LUMP SUM PAYMENT ELIGIBILITY FORM |
|---|---|---|
| 7. | **Current Use** | How is the affected property currently used by the owner?<br><br>☐ Primary Residence<br>☐ Secondary Residence<br>☐ Vacation Property<br>☐ Rental Property<br>☐ Investment Property<br>☐ Business<br>☒ Vacant (If vacant, you must select a Prior Use Type)<br>☐ Other  We learned of drywall issues before we moved in. |
| 8. | **Prior Use** | How was the property used by the owner prior to the discovery of Chinese Drywall?<br><br>☐ Primary Residence<br>☐ Secondary Residence<br>☐ Vacation Property<br>☐ Rental Property<br>☐ Investment Property<br>☐ Business<br>☐ Vacant (If vacant, provide additional information below)<br>☒ Other |
| 9. | **Additional Information** | We purchased the home as our primary residence. We learned of the drywall issues just prior to our move-in date so it has not been occupied. |
| | SECTION B. CERTIFICATION BY HOMEOWNER OR COUNSEL | |
| | By my signature below, I represent and warrant, on behalf of the Homeowner or Counsel identified below, that all information provided on this form is true and correct to the best of my knowledge. | |
| 10. | Signature | ▮▮▮ Date  1 / 9 / 13  (month) (day) (year) |
| 11. | Printed Name | ▮▮▮ |
| 12. | Firm Name | |

#431151v5
9/12/13

2