UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips, KG,*<br>Case No. 09-7628 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE PLAINTIFFS' STEERING COMMITTEE'S
RESPONSE TO TAYLOR MARTINO'S MOTION
FOR COURT APPROVAL OF LATE SUBMISSION OF TIME**

The Plaintiffs' Steering Committee ("PSC") hereby responds to Taylor Martino's Motion for Court Approval of Late Submission of Time [Rec. Doc. No. 17592]. After participating in this MDL since December, 2009, the Law Firm of Taylor Martino acknowledges that it has failed to observe the directives of PTO No. 9. Only now, after recognizing the errors of its submissions post-PTO 28, does it seek to correct its prior mistakes. The PSC submits that these late filed submissions may be accepted procedurally since they will be addressed by the Fee Committee substantively in subsequent proceedings.

MDL 2047 was initiated upon the Transfer Order of the Judicial Panel on Multidistrict Litigation of June 15, 2009. Upon the formation of the MDL, this Court promulgated a number of initial Pretrial Orders intended to address administrative matters. Included amongst those orders was PTO No. 9 (July 28, 2009) which addressed plaintiffs' counsel's time and expense submissions.

Taylor Martino acknowledges that by December 2009 it had decided to participate in the MDL and file cases in the MDL. *See* Taylor Martino motion at ¶¶3-4. Upon becoming counsel of record in MDL 2047, Taylor Martino was responsible for monitoring the Court's docket and

maintaining its practices consistent with this Court's Pretrial Orders, including PTO No. 9. As evident from Taylor Martino's motion, the law firm failed to comply with PTO No. 9. Taylor Martino contends that it was "uncertain and concerned" about submitting its time and expenses to comply with PTO No. 9 and therefore failed to observe the Court's directives. Only after a conversation with Mr. Levin, Plaintiffs' Lead Counsel, are they now making an effort to correct their prior omissions.

Despite the neglect on movant's party, the PSC is not opposed to Taylor Martino filing late submitted time records. Instead, the PSC believes that Taylor Martino's late filing, subject to this Courts discretion, should be permitted to present its time records to Mr. Garrett for his triaging these records consistent with his established protocol. Thereafter, any further analysis of these hours will be left for the Court- appointed Fee Committee to review and evaluate the extent of any common benefit contribution provided by the Taylor Martino firm consistent with PTO No. 28, as amended.

WHEREFORE, the PSC believes that the Taylor Martino Motion for Court Approval of Late Submission of Time be granted.

Dated: April 7, 2014

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

2

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Robert C. Josefsberg
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis | Andrew A. Lemmon |
| HAUSFELD LLP | Lemmon Law Firm, LLC |
| 1700 K Street, N.W | P.O. Box 904 |
| Suite 650 | 15058 River Road |
| Washington, DC 20006 | Hahnville, LA 70057 |
| Phone: (202) 540-7200 | Phone: (985) 783-6789 |
| Fax: (202) 540-7201 | Fax: (985) 783-1333 |
| rlewis@hausfeldllp.com | andrew@lemmonlawfirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of April, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*