Mr. & Mrs. Wilfred J. Duplessis, Jr.
4727 Press Dr.
New Orleans, LA 70126-4709
March 21, 2014

Honorable Eldon E. Fallon, Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130



RECEIVED
MAR 24 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Re: Chinese Drywall – 4727 Press Dr. NOLA
Demonstration Remediation Agreement

Dear Judge Fallon:

We write to you again as victims of Chinese Drywall and victims of the Demonstration Remediation Agreement. We appreciate your assigning Mr. Veluz, as the Ombudsman. Unfortunately, he was in a car accident prior to a scheduled walk-thru of this subject property. We are hoping that he is blessed with a speedy recovery; and, we will await his return to duty.

However, most of the items (i.e. exception Detached Unit, Sunroom and Fireplace Remediation) on the Punch List are issues that Moss should have corrected without the intervention of an Ombudsman. We still do not have:

1. Working Telephones – Cox technicians came out (3) times
2. Alarm system cannot be activated without a working telephone line
3. Oven that won't operate
4. When you reset the GFI outlet in the Master Bathroom the lights go off and on again
5. A wall switch in the Family Room is not tied to anything

No one in the 21st century should be expected to move in a house that has obvious wiring defeciencies as note above. It just isn't safe. Please reference the attached correspondences to our Attorney, Joe Bruno and his Legal Assistant, Sondleta Johnson dated March 5 & 14, 2014. We are still awaiting the following:

1. Certificate of Occupancy
2. Passed Rough In Inspections for Mechanical, Electrical and Plumbing
3. Passed Final Inspections for Mechanical, Electrical and Plumbing (Plumbing received 3-14-2014)
4. Verges Electric to complete their work

The only Punch List Items that have been completed since my last communication to you on February 12, 2014 are the gas meter and the kitchen hardware. Please refer to an updated Punch List dated today, March 21, 2014.

By this communication, we are requesting that this letter and the attached correspondence be made a part of the court record(s) pertaining to this case; and that Moss Construction be ordered to complete our house in accordance with the "Like for Like" protocol prescribed in the Work Authorization Agreement.

Sincerely,

*Wilfred J. Duplessis, Jr.*
Wilfred J. Duplessis, Jr., Owner

*Hedy H. Duplessis*
Hedy H. Duplessis, Owner

Attachment

cc: Chief Magistrate Judge Joseph C. Wilkinson Jr.
    Brown Greer, Chinese Drywall Settlement Administrator
    Joseph Bruno, Attorney
    Sondleta Johnson, Legal Assistant
    Monsignor Douglas Doussan, Pastor

To Sondleta JohnsonJoe Bruno

Mar 5

Good Morning Sondleta:

Yes. It was; only after the plumber got Moss to pay for corrections needed/cited in the failed inspection. In addition to those issues we plan to present before the Ombudsman at the walk-thru. by this email we are requesting the following now:

1. "Passed" Inspection documents for the Mechanical, Electrical, and Plumbing ; for both the Rough-In and Final Inspections.
2. Certificate of Occupancy.
3. Certificate stating this residence is free of all Chinese Drywall contamination.
4. That Verges Electric is to be scheduled along with his alarm sub-contractor to meet with Cox to explain why our telephones are not working and why some of the base outlets are not working. Mr. Duplessis has met with Cox (3) times and these problems still exist. Verges Electric's rebuttal that they did not run the wires is a misrepresentation of the facts. They took out the wires; it was their job to put them back. The oven won't come on either; which is also in Verges Electric's Scope of Work.

Finally, we are requesting that this communication be submitted to the Ombudsman; and, that it also be submitted to Judge Fallon to be made part of all court records pertaining to this case, and that we receive a copy of the submission.

Your assistance is appreciated

Mr. & Mrs. Duplessis

Me

To Sondleta JohnsonJoe Bruno

Mar 14

Good Morning Sondleta,

Do we have a status on the Ombudsman's return to duty. An update would be appreciated.

What is the status of the requests below. (Reference email communication dated March 5th). These are action items that should be provided by Moss and have nothing to do with the Ombudsman's availability. Your response to both requests is appreciated.

Thank you very much.


Hedy H. Duplessis

Punch List Updated: 3-21-2014

1. **Bedroom #1, and #2 - Closet Pole**
   a. Larger Diameter – galvanized pipe (like-for-like)
   b. Do not paint

2. **Bathroom #1**
   a. Float walls smooth – Work done by Helm or Sherwin Williams per Eric Unser 1-15-14
   b. Re-paint  - Work done by Helm or Sherwin Williams per Eric Unser 1-15-14
   c. Square corner wall
   d. Satin Nickel drain cover to match tub/shower fixtures
   e. Vanity Hardware

3. **Hall**
   a. Attic Access/4 mitered corners
   b. Hole in drywall near wall outlet plate

4. **Foyer**
   a. Level Crown/Float ceilings/Level 5 "Like-for-Like" (Estimate submitted to Bruno & Bruno)
   b. Mirror Trim painted by Helm or Sherwin Williams per Eric Unser 1-15-14
   c. Sound Barrier for Return Air
   d. Square RETURN AIR corner wall

5. **Dining Room**
   a. Level Crown/Float ceilings/Level 5 "Like-for-Like" (Estimate submitted to Bruno & Bruno)
   b. Buckled Hardwood Flooring (See Photos previously sent)
   c. Paint over picture window is peeling

6. **Kitchen**
   a. Level Crown/Float ceilings/Level 5 "Like-for-Like" (Estimate submitted to Bruno & Bruno)
   b. Oven does not work
   c. Wiring under cabinet visible/wire ran through walls before remediation
   d. Light in Diagonal cabinet missing
   e. Glass Shelves in Diagonal cabinet missing
   f. Decorative Lead Glass door insert missing
   g. Floor grout cleaned
   h. Pull out waste bin ordered/and in. (Contact Tom Moss- Campbell Cabinets)
   i. Unauthorized removal of (Kohler) Faucets/please return or issue credit

7. **Family Room**
   a. Equitable and Fair Fireplace & Custom Mantle credit
   b. Level Crown/Float ceilings/Level 5 "Like-for-Like" (Estimate submitted to Bruno & Bruno)
   c. 2-Light Kits missing
   d. Wall switch/wire near pass through not installed
   e. Speakers replaced? If yes, please provide literature on Warranty, Brand, Type and Specs.
   f. Clean Floor grout
   g. Crown over fireplace replaced

8. **Sunroom**
   a. Equitable and Fair Sunroom Bricks credit for all (4) walls
   b. Crown molding missing/include in credit
   c. (4)Lanterns (Have been in since January 14th, Lighting Inc.)

      d. Tongue & Groove Ceiling unacceptable
      e. Clean floor grout
      f. (2) air condition registers reset
      g. Replace broken floor tile

9. Bathroom #2
      a. Wallpaper Caulking unacceptable/sloppy & messy. Used wrong color caulk
      b. Antique Brass cover plates (2) missing
      c. Antique Brass drain cover to match tub/shower fixtures
      d. Crown Molding over-sized and painted wrong color

10. Utility Room
      a. Flourescent Light in Ceiling missing
      b. Floors Cleaned

11. Stairwell
      a. Stairs – varnish work unacceptable
      b. No Hand Rail – Code violation
      c. Steps squeak
      d. Unauthorized removal of Blinds/need to be replaced & reset

12. Sewing Room
      a. Clean closet racks
      b. Shorten fan to clear cabinet

13. Master Bedroom
      a. Fireplace tile by the hearth broken
      b. Clean closet racks

14. Master Bath
      a. Unauthorized removal of Pencil Trim Tile/Issue credit – Receipt provided to Moss/Eric Unser & Bruno & Bruno on 1-15-14.
      b. Vanity hardware
      c. Telephone Line – Witnessed a Verges Electric employee drilling a hole in the soffit (second level) to run a telephone line into the bathroom, lending itself to water intrusion in the future. This should have been done while the walls were open.
      d. Paint inside closet
      e. Closet shelf missing
      f. Ceiling uneven near shower
      g. Chrome switch and outlet covers missing
      h. Walls need a second coat of paint/Does not have the eggshell finish

15. Exterior-
Remediate detached unit. The copper lines in the subject unit are contiguous to the main residence; and, the copper wiring in the detached unit is running to the main electrical box/next to wires that were once contaminated but have now been changed.

16. Reset Post and gutter spout near front door entrance

17. Replace & reset damaged garden lights and timer

Punch List Updated: 3-21-2014

18. Replace & reset damaged sod

19. Reset 2nd level soffet light cover