UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This document relates to: | : | MAG. JUDGE WILKINSON |
| 10-1113 | : | |

## ORDER

Before the Court is a motion to construe the settlement agreement filed by the Knauf Defendants. (Rec. Doc. 17595).

**IT IS ORDERED** that this motion is hereby set for hearing before District Judge Eldon E. Fallon following the May monthly status conference, on May 20, 2014. All interested parties should respond by May 12, 2014.

New Orleans, Louisiana this 8th day of April, 2014.

_____
United States District Judge