UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL ACTIONS | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER

Before the Court is a Motion for Payment of Attorney Fees and Expenses filed by Prichard Housing Authority.  (Rec. Doc. 17581).  The Court currently takes no position on the substance of the motion.  However, the motion is procedurally premature.  The issue of attorneys' fees will be decided by this Court on one occasion, not on a piecemeal basis.  Accordingly,

**IT IS ORDERED** that the Motion for Payment of Attorney Fees, (Rec. Doc. 17581), is **DENIED**.  Prichard Housing Authority will be granted leave to re-file this Motion at a later time, if appropriate.

New Orleans, Louisiana this 8th day of April, 2014.

_____
United States District Judge