UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR APRIL 17, 2014 STATUS CONFERENCE**

I. PRE-TRIAL ORDERS

II. STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV. OMNIBUS CLASS ACTION COMPLAINTS

V. PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI. PILOT PROGRAM

VII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII. SHARED COSTS FUND

IX. TAISHAN DEFENDANTS

X. VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI. HOBBIE, ET AL VS. RCR HOLDINGS, II, LLC, ET AL (SETTLEMENT)

XII. PLAINTIFF AND DEFENDANT PROFILE FORMS

XIII. FREQUENTLY ASKED QUESTIONS

1

XIV.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XV.   *PRO SE* CLAIMANTS

XVI.   PHYSICAL EVIDENCE PRESERVATION ORDER

XVII.   ENTRY OF PRELIMINARY DEFAULT

XVIII.   ALREADY REMEDIATED HOMES

XIX.   LOUISIANA ATTORNEY GENERAL

XX.   NEXT STATUS CONFERENCE