UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

### ADDENDUM TO JOINT REPORT NO. 55 OF
### PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") submit this Addendum to Joint Report No. 55 which relates solely to Section XIV - Matters Set for Hearing Following the Current Status Conference. Joint Report No. 55 was filed on April 15, 2014 [Rec. Doc. 17613]. Additional matters are set for hearing following the status conference on April 17, 2014. Accordingly, Section XIV of Joint Report No. 55 is amended to read:

XIV. **MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE**

1. Motion for an Order Granting Incentive Awards [Rec. Doc. 17460];

2. Vista Royale Association, Inc.'s Motion to Be Admitted Into Settlement Class [Rec. Doc. 17502];

3. Motion to Extend Other Loss Fund Claim Submission Deadline [Rec. Doc. 17573];

4. Motion to Extend Bodily Injury Claim Submission Deadline (17572];

5. Motion to Extend Other Loss Fund Claim Submission Deadline for Claimants Diana Pohner and Barry Labell [Rec. Doc. 17551];

6. Plaintiffs' Lead Counsel's Motion Concerning Late-Filed Claim of Catholic Charities Archdiocese of New Orleans [Rec. Doc. 17586]; and

7. Plaintiffs' Motion to Submit Late Filed Claims Into the Global Banner INEX Settlement Agreements [Rec. Doc. 17588].

Respectfully submitted,

*/s/ Leonard A. Davis*_____
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
***Herman, Herman & Katz, LLC***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

**Plaintiffs' Liaison Counsel**

*/s/ Kyle A. Spaulding*_____
Kerry Miller (Bar No. 24562)
Kyle Spaulding (Bar No. 29000)
***Frilot L.L.C.***
1100 Poydras Street
Suite 3700
New Orleans, LA  70613-3600
PH:     (504) 599-8000
FAX:   (504) 599-8100
**Defendants' Liaison Counsel**

## **CERTIFICATE**

      I hereby certify that the above and foregoing Addendum to Joint Status Report No. 55 of Plaintiffs' and Defendants' Liaison Counsel has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 16th day of April, 2014.

                                            /s/ Leonard A. Davis