UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This document relates to all cases | : | MAG. JUDGE WILKINSON |
| | : | |

## ORDER

Before the Court are several similar motions asking this Court to allow certain claimants to submit late-filed claims. (Rec. Docs. 17502, 17586, 17588).

**IT IS ORDERED** that these motions are hereby set for hearing before District Judge Eldon E. Fallon following the April monthly status conference, on April 17, 2014.

New Orleans, Louisiana this 15th day of April, 2014.

_____
United States District Judge