**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**SETTLEMENT ADMINISTRATION FOURTH STATUS REPORT**
**FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this fourth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of April 15, 2014.

1

**Summary**

The Special Master continues to make substantial progress in administering both the Real Property and Other Loss claims in the Four Virginia-based Settlements.  As a result of the Special Master's issuance of Eligibility Deficiency Notices for 93 Real Property Claims on March 5, 2014, the Special Master determined that 84 Real Property claims are ineligible to participate in the Four Virginia-based Settlements, reducing the total number of active Real Property claims to 264.  On April 15, 2014, the Special Master issued Substantive Deficiency Notices for 60 such remaining active Real Property claims, for which responses are due by May 15, 2014.  The deadline for submitting Other Loss claims has passed, and the Special Master has received 488 individual Other Loss claims across 194 Affected Properties.  The Special Master has completed initial intake and review of all Other Loss claims and is now in the process of reviewing the Other Loss claims in detail.

**Real Property Claims**

On March 5, 2014, the Special Master issued Eligibility Deficiency Notices for 93 Real Property claims where the corresponding potential class members had failed to provide sufficient proof that their potential Affected Properties had Chinese Drywall and/or that they had a claim against any Participating Defendant.  The Eligibility Deficiency Notices provided a thirty-day period for such potential class members to cure their Eligibility Deficiencies.  Of the 93 Real Property claims for which the Special Master issued Eligibility Deficiency Notices, 84 remained deficient after the thirty-day cure period and are now considered ineligible to receive compensation from the Four Virginia-based Settlements.  The Special Master has provided Brown Greer with information regarding these claims in an effort to ensure that they have the

opportunity to assert claims in the MDL settlements.  There are currently 264 active Real Property claims in the Four Virginia-based Settlements.

The Special Master also reviewed each Real Property claim to determine whether sufficient proof had been submitted in support of the Proof Requirements set forth in the Real Property Claim Form and to ensure that all potential class members listed on each Real Property Claim form are eligible class members.  As a result of that review process, on April 15, 2014 the Special Master issued Substantive Deficiency Notices for 60 Real Property claims for one or more of the following deficiencies:

1. Failure to Complete Claim Form Section IV (General Eligibility)
2. Failure to Provide Social Security or Tax Identification Number
3. Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds
4. Claimant Name Discrepancy
5. Ownership Discrepancy
6. Missing Proof of Ownership
7. Missing Proof of Square Footage Under Air
8. Missing Proof of Satisfaction of Statute of Limitations Requirements
9. Missing Notarized Signature

The Substantive Deficiency Notices provide for a thirty-day cure period, after which time the Special Master will issue a Determination Notice for each eligible Real Property claim setting forth the Special Master's determinations as to the following:

1. The settlements in which the claim is eligible to participate
2. The name of each class member who is entitled to receive payment for the claim
3. The square footage under air of the Affected Property
4. Substantive Deficiencies that remain uncured

Class members will be given the opportunity to appeal the Special Master's determinations as set forth in the Determination Notice.  Upon resolution of all appeals, the Special Master will begin allocation of the Real Property funds.

**Other Loss Claims**

The Special Master issued Other Loss Claim Forms to 91 potential class members on January 9, 2014, and attorney Richard J. Serpe, whose firm represents 185 of the currently active Real Property claims, issued Other Loss Claim Forms to potential class members whom his firm represents.  The deadline to file Other Loss claims passed on March 17, 2014.  The Special Master has received one or more individual Other Loss claims for 194 of the 264 active Real Property claims.  Because multiple Other Loss claims can be filed for each Affected Property, the number of individual Other Loss claims exceeds the number of active Real Property claims.  In total, the Special Master has received 488 individual Other Loss claims.  The Special Master has completed initial intake and review of all Other Loss claims and is now in the process of conducting a substantive review of the Other Loss claims.  The following is a summary of the number of individual Other Loss claims that were submitted, by claim type:

| Other Loss Type | Number of Claims |
| --- | --- |
| Foreclosure (or Deed in Lieu of Foreclosure) with Lost Equity | 43 |
| Sale in Mitigation | 29 |
| Pre-Remediation Alternative Living Expenses | 93 |
| Tenant Losses | 5 |
| Bodily Injury | 19 |
| Personal Property | 161 |
| Additional Other Losses | 138 |
| *Total* | *488* |

**QSF Funding and Reporting**

The Special Master is providing monthly reports to Jim Garrett, CPA regarding the QSF accounts that have been established for the four Virginia-based settlements.

**Communications with Potential Class Members, Counsel, and Brown Greer**

The Special Master established the electronic mail account chinesedrywall@garretsongroup.com to receive and respond to questions from potential class members and their counsel. The Special Master received and responded to six inquiries submitted via chinesedrywall@garretsongroup.com during this reporting period, relating primarily to claim status inquiries.

The Special Master has reviewed the Claims Administration Procedures that have been established by Brown Greer for the MDL settlements and is in regular contact with Class Counsel and, as needed, Brown Greer, in an effort to ensure that administration of the Four Virginia-Based Settlements tracks with administration of the MDL settlements as much as reasonably possible.

**Summary of Key Accomplishments to Date**

The following is a summary of key accomplishments to date in the administration of the Four Virginia-Based Settlements:

1. Real Property Claim Form finalized, approved by this Court on October 24, 2013.

2. Issued Real Property Claim Forms on November 5, 2013 to 700 potential class members who had requested information about the Four Virginia-Based Settlements.

3. Other Loss Claim Form finalized, approved by this Court on December 9, 2013.

4. The Real Property Claim Form submission deadline occurred on December 16, 2013. A total of 347 Real Property Claim Forms were submitted, one of which the Special Master determined constituted two claims, resulting in a total of 348 timely filed Real Property claims.

5. Issued Other Loss Claim Forms to 91 potential class members on January 9, 2014 (additional Other Loss Claim Forms were issued by attorney Richard J. Serpe, who directly issued Other Loss Claim Forms to the potential class members he represents).

6. Completed reviews of all Real Property claims.

7. Issued Eligibility Deficiency Notices to 93 potential class members on March 5, 2014 for Real Property claims.

8. Determined that 84 Real Property claims failed to timely meet the eligibility criteria to participate in the four Virginia-based settlements.

9. Received 488 individual Other Loss claims across 194 Affected Properties.

10. Issued Substantive Deficiency Notices for 60 Real Property claims on April 15, 2014.

**Upcoming Settlement Administration Milestones**

Upon completion of the Deficiency Notice issuance and cure process for the Real Property claims, the Special Master will begin issuing Real Property Determination Notices, and class members will have the opportunity to appeal the Special Master's determinations. Following completion of the appeal process, the Special Master will allocate the Real Property funds within each settlement and will begin issuing Real Property distributions to class members.

Other Loss Claim Form reviews will continue in the upcoming period.  Other Loss Claim Form review is substantially more extensive than Real Property Claim Form Review because of the additional level of detail, such as where individual personal property claims include losses for many items, because of the variance in types of claims, particularly under the Additional Other Losses claim type, and because of the larger number of claims.  As such, the Special Master anticipates that Other Loss Claim Form review will continue into the next reporting

period. The Other Loss claims will be processed similarly to the Real Property claims, with stages for review, deficiency issuance/cure, determination, appeal, allocation, and distribution.

**Conclusion**

The Special Master submits this fourth report to the Court in an effort to keep the Court apprised of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule. The Special Master will continue to periodically provide such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: April 15, 2014

/s/ Matthew L. Garretson, Esq.
Matthew L. Garretson, Esq.
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Phone: (513) 794-0400
mlg@garretsongroup.com
*Chinese Drywall Special Master*