

**Chinese-Manufactured Drywall Products Liability Litigation (VA Settlements)**

April, 2014

Confidential – Not for Distribution

# Status Overview



## Real Property Claims

- *Currently 264 active claims*
- *Substantive Deficiency Notices issued for 60 claims on 4/15/14*
- *Next step: Issue Determination Notices*

## Other Loss Claims

- *Submission deadline passed March 17, 2014*
- *Received 488 individual Other Loss claims across 194 Affected Properties*
- *Initial review and intake completed for all claims; detailed review in process*

Confidential – Not for Distribution

# Real Property Claims



## Real Property Claims Overview

- *347 Claim Forms submitted*
  - *Eligibility Deficiency Notices issued for 91 Real Property claims on 3/5/14*
  - *84 Real Property claims now considered ineligible and inactive*
  - *1 Real Property claim determined to be for multiple Affected Properties*
  - *Currently there are 264 active Real Property claims*
- *Substantive Deficiency Notices issued for 60 Real Property claims on 4/15/14*
- *Next steps:*
  - *Substantive Deficiency Curing*
  - *Determination Notice Issuance*
  - *Appeal Period*
  - *Allocation*

Confidential – Not for Distribution

# RP Substantive Deficiency Notice Mailing

## Types of Substantive Deficiency Notices issued on 4/15/14:

- *No affirmative indication of purchase without knowledge of CDW*
- *Social Security or Tax Identification Number*
- *Proof of Defendant*
- *Name/Ownership discrepancy*
- *Proof of Ownership*
- *Proof of Square Footage Under Air*
- *Proof of Satisfaction of Statute of Limitations Requirements*
- *Notarized Signature*

Confidential – Not for Distribution

# Real Property Claims by Claimed Settlement

| Settlement Claimed (or Deemed Claimed)* | Percentage of Currently Active Claims |
|---|---|
| Nationwide | 71.59% |
| Porter Blaine / Venture | 100.00% |
| Tobin Trading / State Farm | 100.00% |
| Installers / State Farm | 10.23% |
| Builders Mutual | 20.08% |
| Other | 3.79% |

*Where a claimant provided proof of settlement but did not assert a claim for that settlement, the claimant was deemed to have asserted such a claim.

Confidential – Not for Distribution

# Other Loss Claims



## Other Loss Claims Overview

- *Submission deadline passed on 3/17/14*
- *488 individual claims received*
- *Initial review and intake is complete for all claims*
- *Detailed review is currently in process*
- *Next steps:*
  - *Continued detailed review*
  - *Deficiency Notice & Cure*
  - *Determination Notices*
  - *Appeal Period*
  - *Allocation*

Confidential – Not for Distribution

# Summary of Other Loss Claims Received



| Other Loss Claim Type | Number of Claims Received |
|---|---:|
| Foreclosure | 43 |
| Sale in Mitigation | 29 |
| Alt. Living Expenses | 93 |
| Tenant Losses | 5 |
| Bodily Injury | 19 |
| Personal Property | 161 |
| Additional Other Losses | 138 |
| *Total* | ***488*** |

Confidential – Not for Distribution

# Conclusion



## Summary of Project Status

- *Project schedule remains on track*
- *Claims submission process completed*
  - *Phase 1: Real Property Claims*
  - *Phase 2: Other Loss Claims*
- *264 active Real Property Claims*
- *488 active Other Loss Claims*
- *Real Property Deficiency Notice/Cure phase in process*
- *Other Loss Claim Form detailed review in process*

Confidential – Not for Distribution