MINUTE ENTRY
FALLON, J.
APRIL 17, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
    DRYWALL PRODUCTS
    LIABILITY LITIGATION             SECTION: L

THIS DOCUMENT RELATES TO:            JUDGE FALLON
ALL CASES                            MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Susan Zielie

Appearances:  Russ Herman, Esq., for Plaintiffs' Liaison Counsel
              Kerry Miller, Esq. for Defense Steering Committee

1. Motion for an Order Granting Incentive Awards by Class Counsel  (17460)

2. Motion to Extend Other Loss Fund Claim Submission Deadline for Claimants Diana Pohner and Barry Labell by claimants Diana Pohner and Barry Labell. (17551)

3. Motion to Extend Bodily Injury Claim Submission Deadline by Claimants Charles Yelton, Aline Noel Joachim, Andy Joachim, and Deborah Randazzo.  (17572)

4. Motion to Extend Other Loss Fund Claim Submission Deadline by Claimant Fred McNabb. (17573)

5. Motion for an Order of Court Concerning Late Filed Claim of Catholic Charities Archdiocese of New Orleans by Plaintiffs' Lead Counsel   (17586)

6. Motion for Extension of Time to File Late Claims into the Global Banner InEx Settlement by Plaintiffs   (17588)

7. Motion by Claimant Vista Royale Association, Inc., to be Admitted into Settlement Class (17502)

After consideration by the Court - ALL MOTIONS WERE GRANTED

JS10:    : 04