UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

Before the monthly status conference, the Court met with various parties to discuss the Louisiana AG lawsuit and the future course of that lawsuit. Pursuant to this Court's direction, the State will amend its complaint. Such amendment will not serve as a waiver of the State's remand rights and it will not prejudice the State in any way. After this, the Defendants will have an opportunity to amend the notice of removal, if necessary, to conform to the amended pleadings. The Court will then deal with the issue of whether it has jurisdiction over the lawsuit. After resolving the jurisdictional issues, if the lawsuit is still before this Court, the Court will entertain Rule 12(b) motions and, if necessary, will deal with discovery issues and any confidentiality order requests. Consistent with this plan,

**IT IS ORDERED** that the parties are to meet, confer and deliver to the Court a proposed time-line for the above stages. The proposed time-line should be deliver to the Court no later than May 1, 2014.

New Orleans, Louisiana, this 17th day of April, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE