# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET: 2047** <br> **SECTION: L** <br><br> **JUDGE FALLON** |
| **THIS DOCUMENTS RELATES TO:** | **MAG. JUDGE WILKINSON** |
| **PAYTON ET AL. VS. KNAUF GIPS KC, ET AL., CASE NO. 09-7628** | |

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY ROBERT MICHAEL COPELAND AND NANCY COPELAND

Being subject to the requirements of Pretrial Order Numbers 1B and 1I, Robert Michael Copeland and Nancy Copeland hereby give notice of their intention to dispose of the physical evidence that they were previously preserving. Robert Michael Copeland and Nancy Copeland submit that they previously self-remediated their residence and have entered into and consumated a settlement agreement with Knauf Plasterboard Tianjin, the manufacturer of the drywall found in said residence. Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice to Robert Michael Copeland and Nancy Copeland by contacting their counsel, L. J. Hymel, at telephone number 225/298-8818 or by e-mail at ljhymel@hymeldavis.com. Upon the expiration of the thirty-day period, Robert Michael Copeland and Nancy Copeland may dispose of such physical evidence.

Dated: April 18, 2014.

Respectfully submitted,

HYMEL DAVIS & PETERSEN

s/ L. J. Hymel
L. J. Hymel/Bar Roll No. 07137
10602 Coursey Boulevard
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
ljhymel@hymeldavis.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and email and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047.

April 18, 2014.

s/ L. J. Hymel
L. J. Hymel