UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | ALL ACTIONS |
| | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..: | | MAG. JUDGE WILKINSON |

**NOTICE OF APPROVED CLAIMS ADMINISTRATOR PROCEDURE**

Pursuant to Pre-Trial Order 27, the Settlement Administrator for the Chinese Drywall

Settlement Program reports to the Court that the parties have agreed to the following Claims

Administrator Procedure ("CAP"):

1. ***Deadline to Submit Work Authorization Documents for Certain Claimants.*** ("CAP

    2014-7"). For all Knauf Class Members participating in the Knauf Class Settlement

    Agreement and those claimants participating in the Settlement Agreement Regarding

    Post-December 9, 2011 Claims, all Work Authorization Packets for an Option 1

    remediation or all documentation required to be returned for Option 2 or Option 3 must

    be returned to the Settlement Administrator or to Moss & Associates LLC by the later of

    (i) April 30, 2014 or (ii) within thirty (30) days of the claimant's receipt of the Work

    Authorization Packets for Option 1 or the documentation required to be returned for

    Option 2 or Option 3 pursuant to the Knauf Class Settlement Agreement, unless (i) a

    written request for an extension of the deadline detailing the reason(s) for the extension is

    received by the Settlement Administrator before the deadline or (ii) an objection to the

    Remediation Protocol is lodged with the Special Master pursuant to section 4.5.1.2.1 of

    the Knauf Class Settlement Agreement. A claimant's receipt of the documentation for

Option 1, 2, or 3 is deemed to have occurred upon the date of receipt by the claimant's counsel of such documentation.

CAP 2014-7 is attached to this Notice as Exhibit 1.  Additionally, the Settlement Administrator will post CAP 2014-7 to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx.    Additionally,    the Settlement Administrator will send an email notification regarding this approved CAP to every email address registered with the Chinese Drywall Settlement Program database and will notify the Pro Se Curator of the approved CAP and supply copies of the approved CAP for distribution to pro se claimants.

Respectfully submitted,

Dated: April 21, 2014

   /s/ Jacob S. Woody
Lynn Greer, Esquire
Va. Bar No. 29211
Jacob S. Woody, Esquire
Va. Bar No. 77485
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Approved Claims Administrator Procedures has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 21st day of April, 2014.

    /s/Jacob Woody
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*