| CHINESE DRYWALL SETTLEMENT PROGRAM CLAIMS ADMINISTRATION PROCEDURE | | | |
|---|---|---|---|
| CAP No. | 2014-7 | Effective Date | April 21, 2014 |
| Subject | | Deadline for Return of Work Authorization Packets for Option 1 Remediation and All Documentation for Option 2 or 3 Pursuant to the Knauf Class Settlement | |

1. ***Purpose of this Procedure***. This Procedure sets forth the timing by which claimants shall return Work Authorization Packets for remediation pursuant to section 4.3.1 of the Knauf Class Settlement Agreement ("Option 1") or all documentation for the exercise of section 4.3.2 ("Option 2") or 4.3.3 ("Option 3") pursuant to the Knauf Class Settlement Agreement to the Settlement Administrator.

2. ***Definitions and Section References.*** Any capitalized terms used in this Procedure and not expressly defined in this Procedure shall have the meanings given to them in the Knauf Class Settlement Agreement. Deadlines set forth in this section are to be calculated using the same method for the calculation of deadlines set forth in Fed.R.Civ.P. 6.

3. ***Deadline to Return Work Authorization Packets for Option 1 Remediation or All Documentation for Option 2 or 3.*** For all Knauf Class Members participating in the Knauf Class Settlement Agreement and those claimants participating in the Settlement Agreement Regarding Post-December 9, 2011 Claims, all Work Authorization Packets for an Option 1 remediation or all documentation required to be returned for Option 2 or Option 3 shall be returned to the Settlement Administrator or to Moss & Associates LLC by the later of (i) April 30, 2014 or (ii) within thirty (30) days of the claimant's receipt of the Work Authorization Packets for Option 1 or the documentation required to be returned for Option 2 or Option 3 pursuant to the Knauf Class Settlement Agreement, unless (i) a written request for an extension of the deadline detailing the reason(s) for the extension is received by the Settlement Administrator before the deadline or (ii) an objection to the Remediation Protocol is lodged with the Special Master pursuant to section 4.5.1.2.1 of the Knauf Class Settlement Agreement. A claimant's receipt of the documentation for Option 1, 2, or 3 is deemed to have occurred upon the date of receipt by the claimant's counsel of such documentation.

By: /s/ Leonard Davis           Date: April 21, 2014
    Plaintiffs' Steering Committee
    Settlement Agreement Liaison

By: /s/ Kerry Miller            Date: April 21, 2014
    Knauf Defendants
    Settlement Agreement Liaison

By: /s/ Hilarie Bass            Date: April 21, 2014
    Builder Class
    Settlement Agreement Liaison

By: /s/ Lynn Greer            Date: April 21, 2014
      Settlement Administrator