UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW OMNI II, II(A), II(B), II(C) | * * * * * * * * | JUDGE FALLON (L)  MAG. WILKINSON (4) |

**UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE, CLAIMS OF WILLIAM AND STACY PEEK and KEITH WILLETT AGAINST DEFENDANT DEVONSHIRE PROPERTIES, INC.**

Devonshire Properties, Inc. hereby files this unopposed motion to dismiss, without prejudice, the claims of William and Stacy Peek and Keith Willett. The grounds for this motion are as follows.

On February 18, 2014, Class Counsel filed a motion to dismiss claims, with prejudice, against Devonshire Properties. (Doc # 17434). On March 14, 2014, this Court granted Class Counsel's Motion and entered an Order dismissing claims, with prejudice, against Devonshire Properties, Inc., with the exception of claims asserted by William and Stacy Peek and Keith Willett. (Doc. #17519). Due to a clerical oversight, the claims of William and Stacy Peek and Keith Willett were erroneously excluded from the motion to dismiss. Therefore, Devonshire Properties, Inc. moves unopposed for entry of an Order dismissing, without prejudice, all claims against Devonshire Properties by William and Stacy Peek and Keith Willett.

Counsel for Plaintiffs William and Stacy Peek and Keith Willett have reviewed this motion and proposed order and have no objections to the relief sought herein.

Each side shall bear their own attorneys' fees and costs.

KREBS, FARLEY & PELLETERI, P.L.L.C.

/s/ Charles B. Long
CHARLES B. LONG (#22824)
400 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone:   504-299-3570
Facsimile:   504-299-3582
E-mail:   clong@kfplaw.com
ATTORNEYS FOR DEFENDANT
DEVONSHIRE PROPERTIES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of April, 2014, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Charles B. Long
CHARLES B. LONG
