UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Cassie Herrington.

**IT IS ORDERED** that this correspondence be filed into the record. It is unclear from the letter why the Herringtons have had to wait so long for their home to be remediated. It is unclear whether the Herringtons own a home with Knauf drywall or with Taishan drywall. This is significant because while the Knauf Defendants have settled and the proceeds of the settlement are in the process of being paid out, the Taishan Defendants have not yet settled. Therefore, claimants with Taishan drywall are not being paid yet.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and look into whether there is anything that can be done to assist the Herringtons and the progress of their case.

New Orleans, Louisiana, this 23rd day of April, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Jason & Cassie Herrington
26975 Old Americus Road
Lucedale, MS 39452

-2-

Steve Mullins
Luckey & Mullins, PLLC
2016 Bienville Blvd.
P.O. Box 990
Ocean Springs, MS 39564