— April 2, 2014 —

To Whom It May Concern, the following is a copy of letter sent to Judge Fallon, please take the time to read, as it is something very important to my family and I. I feel our government should do what is necessary to be able to hold foreign manufacturers accountable for defective products sold to the United States. Because families like mine are the ones to suffer.

Please take the time to read what I have written with heartfelt sincerity about our situation.

I have also enclosed photos so that you may be able to visualize what has been taken from us. If this doesn't get to you, you can't be human.

Cc: Bill Bass Homes, Inc.
    Attorney (Steve Mullins)
    All Representatives of MS (Steve Palazzo, Greg Harper, Bennie Thompson, Alan
        Nunnelee)
    All Senators of MS (Roger Wicker, Thad Cochran)
    Attorney General (Jim Hood)
    MS Governor (Phil Bryant)

Honorable Judge Fallon,

Hi, my name is Cassie Herrington. My husband, Jason Herrington and I are clients in the Chinese Drywall litigation. I have multiple concerns about our case.

Let me tell you a bit about ourselves. We are residents of Hurley, MS. We have four daughters ages 14, 9, 5 and 22 months. We built our dream home in 2009. Our builder, Bass Homes Inc., did a fantastic job building our home and we had no complaints. We had even referred many friends and family to him because we were so pleased with his work. We moved into our home March 2009. Jason was currently working in Nigeria, Africa and I was responsible for most all the decisions of the building process and getting our family moved in to our new home. It was perfect, everything we had hoped and dreamed it would be. Our home sits on 100 acres and Jason has worked very hard building fence and planting pasture for our horses and cows. We both wanted to provide our children with a happy childhood, with plenty of space to roam and to take care of their animals and teach them responsibility, teach them about the important things in life like family, religion, and education. We wanted to provide for them in the best possible way and give them opportunities to do good things with their lives. Everything was falling into place, we finally had a "home" to raise our children in, to make memories for a lifetime, to teach them about what was important in life, a stable, secure and comfortable environment.

Jason got to come home for his first time in our new home in June 2009. I had worked so hard to have everything moved in and everything perfect for him and he was very pleased. I wanted him to be proud for being able to provide such a big beautiful house for his family and he was!

About 3 weeks after moving in, our smoke detectors began to randomly alarming. So Bass came out and replaced them. I began to notice my 3rd daughter, (she was 6 weeks when we moved in) began to have watery eyes and nose bleeds in the mornings when she would wake. Because she was a new baby, I assumed it was allergies. After repeated visits to the doctor, there was still no improvement. A few months after moving in, my oldest then 10, began to have repeated respiratory illnesses, bronchitis multiple times and then pneumonia, causing her to miss a lot of school. Prior to this, my kids had never had anything more than a minor cold once or twice a year.

We had bought a new deep freezer the summer of 2009 and it began to have problems, not getting cold causing a lot of food to spoil. Then our

dryer stopped working. Our garage door began to malfunction. Minor things, but added expenses.

In December 2009, 9 months after moving in, we began having problems with our heating unit downstairs. Bass was quick to have it repaired as we were still under our 1 year warranty with Bass. A week or so later, we began to have issues with the heating unit upstairs. After the second call was made for repair, we learned it was the heating coils going bad and was told about the possibility of CDW. By this time, the downstairs unit had went bad again.

I didn't have a clue what CDW was so Jason and I both started doing research on the Internet. What we learned about it was not good, as you already know.


We found an attorney right away that was already dealing with CDW cases, Steve Mullins of Ocean Springs, MS. I submitted extensive amounts of paperwork requested by Mr. Mullins, pictures, documents and so on. All of this was in December 2009-January 2010. In February 2010, we decided that it would be best for the well-being of our children to move them out of the home because we didn't know what the long term effects would be on their health. So, unwillingly, I packed the necessities and found a place to rent. Because rentals were so expensive in our county, we found a house in the neighboring county that we could afford. Knowing that I would have to drive 20 minutes one way each morning and afternoon to take my girls to school, I thought I could manage for no more than a few months. Jason was back in Nigeria for a few months so I had this all on my own again.

A few months has now turned in to 4 1/2 years. There has been no progress on our case and attorneys keep giving us the run around, tell us what we want to hear, satisfy us for a few weeks and so forth.

We are paying well over $2,000.00 a month for a house we can not live in, can not enjoy and my children do not even consider it home. It has been a struggle and a hardship on us all and unless you have been here, no one has a clue what it is like. Imagine it being yourself or your children or grandchildren, forced to move from their home, a new home, and getting no help from anyone and the years just keep passing.

How can Bill Bass or their attorney or their insurance company lay their heads down at night, in their own house, in their own bed, with a clear conscious while families like us are waiting around, homeless, wishing we

could be in our "own house", in our "own bed". This company is still building houses while ours just sits there and deteriorates before our own eyes!

My oldest, Lundyn, started high school last fall, she was in the 4th grade when we built our house. She never got to have slumber parties or birthday parties at her house. My then infant, Claire, is now 5, she never got to enjoy her nursery I worked so hard to prepare and make perfect. She doesn't even know that she actually has her own bedroom at her house, because she doesn't understand that it is HER house.  My middle daughter, Tristen, is about to be 10, she was 5 when we moved in, she has requested the pink and yellow carousel ponies in her room at our home be replaced with something more grown up when we move back because she's not a little girl anymore, but I never got to enjoy watching her be little in her carousels and ponies room. Our newest addition, Jena Kate, has never been to what should be her home. I never got the chance to make her a nursery and by the time I do get to fix her up a room, she too might be too old for carousels and ponies.This is not the way we had hoped their childhood would be.....no one understands what has been taken from us, memories that we have been robbed of that we will never have the chance to get back.

Is there anything we can do to make progress on this situation? Is there some kind of law or rule as to how long attorneys/clients have to move a case forward? I know many other cases have been settled but I don't understand why this should have taken this long. I am begging you, please help move this forward, for the sake of my children. I want them to know what it's like to have their own rooms, to be able to have friends over, to have family time, to make memories that one day they may be able to share with their children.

Please contact either Jason or myself if there is any information that you can offer or anything you can advise us on to do. Thank you for your time,

Cassie Herrington

Cassie Herrington
26975 Old Americus Road
Lucedale, MS 39452
(601)508-1189
(228)218-9071