UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L (2) |
| VERSUS | |

This document Relates to All Cases

ATTACHMENTS TO DOCUMENT NO.  - Court Order signed 4/23/14

    DESCRIPTION:  Photographs

    FILED BY:   Cassie Herrington

    FILE DATE:  April 24, 2014

ARE LOCATED IN THE CLERK'S OFFICE.