## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CASE NO. 2:-9-MDL-02047 SECTION "L" JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | * * | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, L. Adam Thames of the law firm of Taylor, Porter, Brooks, & Phillips, L.L.P. hereby gives notice of the appearance of additional counsels of record, Amy C. Lambert (#24348) and Kari A. Bergeron (#31043), in substitute of attorneys John Allain Viator (#25915) and John Stewart Tharp (#24230), for defendant, RLI Insurance Company, in the above-captioned matter.

RLI Insurance Company reserves all rights and defenses, and does not waive any objections, including objections to service of process, venue, personal jurisdiction, or subject matter jurisdiction. Undersigned counsel respectfully request that all future pleadings, documents, notices, and correspondence in connection with this action be served upon all of the undersigned counsel.

672449.1

1

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

**BY:** /s/ L. Adam Thames
W. Shelby McKenzie #10020
Amy C. Lambert #24348
Kari A. Bergeron #31043
L. Adam Thames #32722
451 Florida Street, 8th Floor, 70801
P. O. Box 2471
Baton Rouge, LA 70821
Telephone: 225-387-3221
Fax: 225-346-8049
**E-mail:** Shelby.mckenzie@taylorporter.com
Amy.lambert@taylorporter.com
Kari.bergeron@taylorporter.com
Adam.thames@taylorporter.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 24th day of April, 2014.

/s/ L. Adam Thames