UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>　　　DRYWALL PRODUCTS<br>　　　LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | )<br>) | SECTION: L |
| *Almeroth, et al.  v. Taishan Gypsum Co., Ltd., et al.*<br>12-0498 (E.D. La)<br>ORIGINAL COMPLAINT, OMNI XIII | )<br>)<br>)<br>) | JUDGE FALLON |
| _____ | )<br>) | MAG. JUDGE WILKINSON |

### CLASS COUNSEL'S MOTION TO DISMISS CLAIMS WITH PREJUDICE AGAINST COASTAL CONSTRUCTION OF SOUTH FLORIDA, INC.

In accordance with the Court's October 21, 2013 Order (Document No. 17177) and the Settlement Agreement Regarding Claims Against Coastal Construction of South Florida, Inc. (Document No. 16741-2) incorporated therein,, Class Counsel respectfully moves this Honorable Court for an Order, in the form appended hereto, dismissing, with prejudice, the claims against Coastal Construction of South Florida, Inc. in the above referenced matter, with respect to all plaintiffs.

Class Counsel pray that any and all claims against Coastal Construction of South Florida, Inc. be dismissed with prejudice.

1

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*and Class Counsel*

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
alevin@lfsblaw.com

*Plaintiffs' Lead Counsel in MDL 2047*
*and Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail OR by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 24th day of April, 2014.

/s/ Leonard A. Davis
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com