UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED      ) | | |
|       DRYWALL PRODUCTS                    ) | | MDL NO. 2047 |
|       LIABILITY LITIGATION                    ) | | |
|                                                                   ) | | |
| THIS DOCUMENT RELATES TO:              ) | | SECTION: L |
|                                                                   ) | | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.* ) | | JUDGE FALLON |
| 12-0498 (E.D. La)                                              ) | | |
| ORIGINAL COMPLAINT, OMNI XIII      ) | | |
|                                                                   ) | | MAG. JUDGE WILKINSON |
| _____) | | |

## **ORDER**

Considering Class Counsel's Motion to Dismiss Claims, with Prejudice Against Coastal Construction of South Florida, Inc.;

IT IS HEREBY ORDERED that all plaintiffs in the above-captioned action shall have their claims against Coastal Construction of South Florida, Inc. dismissed with prejudice. Each side shall bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**