UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED<br>            DRYWALL PRODUCTS<br>            LIABILITY LITIGATION | )<br>)<br>)<br>) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Block v. Gebrueder Knauf Verwaltungsgesellschaft*<br>*KG, et al*, 11-1363 (E.D. La)<br>ORIGINAL COMPLAINT, OMNI X | )<br>)<br>) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

## **ORDER**

Considering Class Counsel's Motion to Dismiss Claims With Prejudice Against Coastal Construction of South Florida, Inc.;

IT IS HEREBY ORDERED that all plaintiffs in the above-captioned action shall have their claims against Coastal Construction of South Florida, Inc. dismissed with prejudice. Each side shall bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**