UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED   :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     :   SECTION:  L
LITIGATION                     :
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO:      :   JUDGE FALLON
ALL CASES                      :   MAG. JUDGE WILKINSON
---------------------------------------------------------------x

### NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY THE KNAUF DEFENDANTS

Pursuant to the requirements of Pretrial Order No. 1(I), dated January 24, 2012 [Rec. Doc. 12257], the Knauf Defendants hereby give notice of their intention to dispose of the physical evidence that they are currently preserving at a warehouse with the physical address of 5260 Northwest 10th Terrace, Fort Lauderdale, Florida.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to the Knauf Defendants by contacting Kyle A. Spaulding by telephone at (504) 599-8249 or email at kspaulding@frilot.com.  Upon the expiration of the thirty (30) day period, the Knauf Defendants will dispose of such physical evidence.

    Respectfully submitted,

    /s/  Kyle A. Spaulding
    Kerry Miller (LA Bar No. 24562)
    Kyle A. Spaulding (LA Bar No. 29000)
    **FRILOT L.L.C.**
    1100 Poydras Street, #3700
    New Orleans, LA 70162
    Phone: (504)599-8194
    Fax: (504)599-8145
    kmiller@frilot.com

    *Counsel for the Knauf Defendants*

60228206.DOCX

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 25th day of April, 2014.

                                                            /s/ Kyle Spaulding