UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### SECOND MOTION TO EXTEND DEADLINES ESTABLISHED IN PRE-TRIAL ORDER NO. 28

Plaintiffs' Liaison Counsel Russ M. Herman moves this Court for an order extending certain deadlines established in Pre-Trial Order No. 28 entered January 10, 2014 [Rec. Doc. 17379], as clarified by Pre-Trial Order No. 28(A) entered January 27, 2014 [Rec. Doc. 17402], and amended by Pre-Trial Order No. 28(B) entered March 25, 2014 [Rec. Doc. 17567], as follows:

1.

Pre-Trial Order No. 28 (PTO 28) sets forth attorney fee and cost reimbursement guidelines in this litigation.

2.

Pre-Trial Order No. 28(A) clarified that the time and expense records to be considered pursuant to PTO 28 shall reflect work performed up to and including December 31, 2013.

3.

Pre-Trial Order No. 28(B) extended certain deadlines in PTO 28.

1

4.

As is more fully set forth in the attached memorandum in support, Movant seeks to extend some of the deadlines set forth in PTO 28 and extended in PTO 28(B).

5.

A number of counsel have complied with Step 1 and Step 2 of Pre-Trial Order No. 28 and the time frame for certain actions required in those steps have passed.[1]

6.

Philip Garrett, the court appointed CPA, continues to review certain amendments that have been made by counsel to time submissions previously made in this litigation.

7.

Movant requests that the following deadlines contained in Step 3 ONLY be extended:

A. The deadline set forth in paragraph 6 of PTO 28 and extended in PTO 28(B) for the Fee Committee's filing of a consolidated, joint petition ("Joint Global Fee Petition") with the Plaintiffs' Steering Committee ("PSC") for a global award of attorneys' fees, inclusive of common benefit attorneys' fees and individual retained counsel fees, and reimbursement of expenses be extended to May 16, 2014.

B. The deadline set forth in paragraph 7 of PTO 28 and extended in PTO 28(B) for the filing of separate applications for an award of attorneys' fees or reimbursement of expenses for common benefit based on time or expenses which are not present in the Joint Global Fee Petition be extended to June 6, 2014.

C. The deadline set forth in paragraph 8 of PTO 28 and extended in PTO 28(B) for the filing of objections to the Joint Global Fee Petition or any other fee petition be extended to June 6, 2014.

D. The deadline set forth in paragraph 8 of PTO 28 and extended in PTO 28(B) for the filing of responses to objections to the Joint Global Fee Petition or any other fee petition be extended to July 2, 2014.

---

[1] On February 27, 2014, the Court issued an Order [Rec. Doc. 17488] extending the deadline for submission of the Initial Affidavit.

7.

Movant further requests that all other deadlines and aspects of PTO 28 and PTO 28(B) remain in effect.

                                                Respectfully submitted,

Dated: April 25, 2014                /s/ Leonard A. Davis
                                                Russ M. Herman, Esquire (LA Bar No. 6819)
                                                Leonard A. Davis, Esquire (LA Bar No. 14190)
                                                Stephen J. Herman, Esquire (LA Bar No. 23129)
                                                HERMAN, HERMAN, KATZ & COTLAR, LLC
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                LDavis@hhklawfirm.com
                                                *Plaintiffs' Liaison Counsel*
                                                *MDL 2047*

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of April, 2014.

            /s/_Leonard A. Davis_____
            Leonard A. Davis, Esquire
            Herman, Herman, Katz & LLC
            820 O'Keefe Avenue
            New Orleans, Louisiana 70113
            Phone: (504) 581-4892
            Fax: (504) 561-6024
            LDavis@hhklawfirm.com
            Plaintiffs' Liaison Counsel
            MDL 2047