UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## MEMORANDUM IN SUPPORT OF SECOND MOTION TO EXTEND DEADLINES ESTABLISHED IN PRE-TRIAL ORDER NO. 28

Pre-Trial Order No. 28 (PTO 28) was entered by the Court on January 10, 2014. Pre-Trial Order No. 28(A) was entered by the Court on January 27, 2014.[1] Pre-Trial Order No. 28(B) (PTO 28(B)) was entered by the Court on March 25, 2014 [Rec. Doc. 17567]. Plaintiffs' Liaison Counsel believes that the deadlines contained in STEP THREE ONLY of PTO 28 and PTO 28(B) require additional time. Accordingly, movant requests that:

A.  The deadline set forth in paragraph 6 of PTO 28 and extended in PTO 28(B) for the Fee Committee's filing of a consolidated, joint petition ("Joint Global Fee Petition") with the Plaintiffs' Steering Committee ("PSC") for a global award of attorneys' fees, inclusive of common benefit attorneys' fees and individual retained counsel fees, and reimbursement of expenses be extended to May 16, 2014.

B.  The deadline set forth in paragraph 7 of PTO 28 and extended in PTO 28(B) for the filing of separate applications for an award of attorneys' fees or reimbursement of expenses for common benefit based on time or expenses which are not present in the Joint Global Fee Petition be extended to June 6, 2014.

C.  The deadline set forth in paragraph 8 of PTO 28 and extended in PTO 28(B) for the filing of objections to the Joint Global Fee Petition or any other fee petition be extended to June 6, 2014.

---

[1] On February 27, 2014, the Court issued an Order [Rec. Doc. 17488] extending the deadline for submission of the Initial Affidavit.

    D.    The deadline set forth in paragraph 8 of PTO 28 and extended in PTO 28(B) for the filing of responses to objections to the Joint Global Fee Petition or any other fee petition be extended to July 2, 2014.

Movant further requests that all other deadlines and aspects of PTO 28 and PTO 28(B) remain in effect and that the Court issue an Order in the form of Pre-Trial Order No. 28(C), attached hereto, extending deadlines.

Dated: April 25, 2014

Respectfully submitted,
/s/ Leonard A. Davis
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and first class mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of April, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047