## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| **This document relates to all cases** | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### PRETRIAL ORDER 28(C)

On January 10, 2014, this Court entered Pretrial Order 28 regarding attorney fee and cost reimbursement guidelines (Doc. No. 17379).  On January 27, 2014, this Court entered Pretrial Order 28(A) clarifying that the time and expense records to be considered pursuant to PTO 28 shall reflect work performed up to and including December 31, 2013 (Doc. No. 17402).  On March 25, 2014, this Court entered Pretrial Order 28(B) [Rec. Doc. 17567] extending certain deadlines contained in PTO 28.  This Order shall further extend some of the deadlines set forth, in STEP THREE ONLY, of PTO 28 and extended in PTO 28(B) as follows:

### STEP THREE: FILING OF A JOINT GLOBAL FEE PETITION

1.      The deadline set forth in paragraph 6 of PTO 28 for the Fee Committee's filing of a consolidated, joint petition ("Joint Global Fee Petition") with the Plaintiffs' Steering Committee ("PSC") for a global award of attorneys' fees, inclusive of common benefit attorneys' fees and individual retained counsel fees, and reimbursement of expenses shall be extended to May 16, 2014.

2.      The deadline set forth in paragraph 7 of PTO 28 for the filing of separate applications for an award of attorneys' fees or reimbursement of expenses for common benefit based on time or expenses which are not present in the Joint Global Fee Petition shall be extended to June 6, 2014.

3.      The deadline set forth in paragraph 8 of PTO 28 for the filing of objections to the Joint Global Fee Petition or any other fee petition shall be extended to June 6, 2014.

4.      The deadline set forth in paragraph 8 of PTO 28 for the filing of responses to objections to the Joint Global Fee Petition or any other fee petition shall be extended to July 2, 2014.

5.      All other deadlines and aspects of PTO 28 and PTO 28(B) shall remain in effect.


New Orleans, Louisiana, this _____ day of _____, 2014.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE