1

2                        UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF LOUISIANA
3

4     IN RE: CHINESE-MANUFACTURED   )
      DRYWALL PRODUCTS               )
      LIABILITY LITIGATION          )
5                                    ) CIVIL DOCKET NO. 09-2047 "L"
                                     ) NEW ORLEANS, LOUISIANA
6                                    ) STATUS CONFERENCE/MOTIONS
                                     ) THURSDAY, APRIL 17, 2014
7                                    ) 9:00 A.M.
      THIS DOCUMENT RELATES TO:      )
8                                    )
      ALL CASES                      )
9
      ******************************
10

11

                  TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
12

              HEARD BEFORE THE HONORABLE ELDON E. FALLON
13

                     UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20    SUSAN A. ZIELIE, RMR, FCRR
      OFFICIAL COURT REPORTER
21    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
22    500 POYDRAS STREET, ROOM B406
      NEW ORLEANS, LA 70130
23    susan_zielie@laed.uscourts.gov
      laedcourtreporter@gmail.com
24    504.589.7781

25

```
 1   APPEARANCES:

 2


 3   SPECIAL MASTER:                BROWNGREER, PLC
                                    BY:  JAKE WOODY, ESQ.
 4                                  250 ROCKETTS WAY
                                    RICHMOND VA 23231
 5                                  804-521-7202
                                    jswoody@browngreer.com
 6
     SPECIAL MASTER VIRGINIA:       GARRETSON RESOLUTION GROUP
 7                                  BY:  MATT GARRETSON, ESQ.
                                    6281 TRI-RIDGE BOULEVARD
 8                                  SUITE 300
                                    CINCINNATI OH 45140
 9                                  888-556-7526
                                    mlg@garretsongroup.com
10
     FOR THE PLAINTIFFS'
11   STEERING COMMITTEE:            HERMAN HERMAN KATZ
                                    BY:  RUSS HERMAN, ESQ.
12                                       LEONARD DAVIS, ESQ.
                                    820 O'KEEFE AVENUE
13                                  NEW ORLEANS LA 70113
                                    504-581-4892
14                                  rwestenfield@hhkc.com
                                    ldavis@hhkc.com
15
     FOR THE PLAINTIFFS:            LEVIN, FISHBEIN, SEDRAN & BERMAN
16                                  BY:  ARNOLD LEVIN, ESQ.
                                    510 WALNUT STREET, SUITE 500
17                                  PHILADELPHIA PA 19106
                                    877-882-1011
18                                  ALevin@LFSBLaw.com

19   FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:        BARRIOS, KINGSDORF & CASTEIX
20                                  BY:  DAWN BARRIOS, ESQ.
                                    701 POYDRAS STREET, SUITE 3600
21                                  NEW ORLEANS, LA 70139
                                    504-524-3300
22                                  dbarrios@blc-law.com

23

24

25
```

```
1    APPEARANCES -2

2


3    FOR THE DEFENDANT:            FRILOT, LLC
                                   BY:  KERRY J. MILLER, ESQ.
4                                  ENERGY CENTRE
                                   1100 POYDRAS STREET
5                                  SUITE 3700
                                   NEW ORLEANS LA 70163
6                                  504-599-8000
                                   kmiller@frilot.com
7
     FOR DEFENDANT TAISHAN:        STANLEY REUTER ROSS THORNTON   09:08AM
8                                    & ALFORD, LLC
                                   BY:  THOMAS P. OWEN, JR.
9                                  909 POYDRAS STREET
                                   SUITE 2500
10                                 NEW ORLEANS LA 70112
                                   504-523-1580
11                                 tpo@stanleyreuter.com

12   FOR LAVARGE NA, Inc:          GOODWIN PROCTER
                                   BY:  MARK S. RAFFMAN, ESQ.
13                                 901 New York Avenue NW
                                   Washington DC 20001
14                                 202-346-4259
                                   mraffman@goodwinprocter.com
15

16

17

18

19   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
20

21

22

23

24

25
```

```
 1              NEW ORLEANS, LOUISIANA; THURSDAY, APRIL 17, 2014      09:01AM

 2                              9:00 A.M.                            09:01AM

 3                       (COURT CALLED TO ORDER)                    09:02AM

 4           THE COURT:  Good morning, ladies and gentlemen.        09:02AM

 5                  Call the case, please.                          09:02AM

 6           CASE MANAGER:  MDL No. 2047, in re:  Chinese           09:02AM

 7   Manufacturers Drywall Products Liability Litigation.           09:02AM

 8           THE COURT:  Make your appearances for the record,      09:02AM

 9   please.                                                        09:02AM

10           MR. HERMAN:  May it please the Court, good morning,    09:02AM

11   Judge Fallon.  Russ Herman on behalf of plaintiffs.           09:02AM

12           MR. MILLER:  Good morning, Your Honor.  Kerry Miller on 09:02AM

13   behalf of the Knauf Defense Steering Committee.               09:02AM

14           THE COURT:  We are here for our monthly status         09:02AM

15   conference.  I've had the opportunity to confer with counsel on 09:02AM

16   the proposed agenda.  Take it in the order presented.         09:02AM

17                  Anything on Pretrial Orders?                   09:02AM

18           MR. HERMAN:  Your Honor, PTO 8-D, Your Honor has       09:02AM

19   reappointed the PSC for another year.                         09:02AM

20                  PTO 28-D has set deadlines for submission by    09:02AM

21   counsel.  Those are the only PTOs.                            09:03AM

22           THE COURT:  Any state court trial settings?            09:03AM

23           MS. BARRIOS:  No, Your Honor.  Those are listed in the 09:03AM

24   order.                                                         09:03AM

25           THE COURT:  Any state court coordination issues?       09:03AM
```

```
 1              MR. HERMAN:  No, Your Honor.                      09:03AM

 2              I believe Ms. Barrios will address that, but I    09:03AM

 3   believe that Your Honor has been in communication with the judge  09:03AM

 4   in Virginia about one matter of coordination.               09:03AM

 5              MS. BARRIOS:  Thank you, Mr. Herman.              09:03AM

 6              I'd like to the address the Court, for the        09:03AM

 7   purposes of the people on the telephone, to remind them of your  09:03AM

 8   order of April 3, 2014, record document 17590, which directs all  09:03AM

 9   litigants who have cases pending against settling defendants to  09:03AM

10   administratively dismiss their cases.  And, if anybody has any  09:03AM

11   questions, they can contact liaison counsel or myself.      09:03AM

12              THE COURT:  Okay.  That's important, so we can clean up  09:03AM

13   the records in this matter.                                 09:04AM

14              With regard to Judge Hall, I've talked with Judge  09:04AM

15   Hall from Virginia on the issue of incentive awards.  The   09:04AM

16   counsel for plaintiffs in this case asked that $7,500 be given  09:04AM

17   to each of the families who have actively participated in the  09:04AM

18   class action that resulted in the judgment in their favor   09:04AM

19   affirmed by the Fifth Circuit.  And, Judge Hall, I felt that she  09:04AM

20   should have the say on that because it was in her area and she  09:04AM

21   has approved it.                                            09:04AM

22              So, I didn't receive any objections to it, so I'll  09:04AM

23   deal with that later, but I'll be granting that.            09:04AM

24              Anything on omnibus class?                       09:04AM

25              MR. HERMAN:  Judge Fallon, the only comments are the  09:04AM
```

1   dismissals are proceeding as they're presented to you and as          09:05AM

2   Your Honor has reviewed them and determined the dismissals are        09:05AM

3   appropriate.                                                          09:05AM

4           THE COURT:  All right.  That's a vehicle that was            09:05AM

5   helpful in this particular case that had to be invented for this      09:05AM

6   case.  You won't find it in federal practice in any way.  We          09:05AM

7   just needed to get some vehicle for allowing a lot of claimants       09:05AM

8   to join together, particularly for purposes of service in the         09:05AM

9   Hague.  Each service costs about 100 or $200,000.  So, rather         09:05AM

10  than have 50 or 60 claims each filed independently and have each      09:05AM

11  of them put up $100,000 for the claim to be served, I felt it         09:05AM

12  would be better to have one vehicle so that they could all join       09:05AM

13  in.  We did that through an omnibus concept.  And now it's a          09:06AM

14  question of undoing some of that.  And that's what we're talking      09:06AM

15  about.                                                                09:06AM

16          Plaintiff's motions?                                         09:06AM

17      MR. HERMAN:  Nothing new, Your Honor.                            09:06AM

18          With regard to the pilot program, Judge Fallon,             09:06AM

19  Mr. Miller is here to address that.                                   09:06AM

20      MR. MILLER:  Good morning, Judge.  Kerry Miller on              09:06AM

21  behalf of Knauf.                                                      09:06AM

22          Pilot/class action remediation program continues           09:06AM

23  to work its way through finalizing homes and moving into the new      09:06AM

24  claims settlement.                                                    09:06AM

25          THE COURT:  Okay.  One of the reasons we have this case      09:06AM

```
 1    in open court is so that any claimant that has any issues, or        09:06AM

 2    certainly any attorney that represents a claimant with an issue      09:06AM

 3    of remediated homes, have the opportunity at least to come to        09:06AM

 4    court and bring it to the attention of the Court.  And, at that      09:06AM

 5    time, they can meet with the Moss people to work out any             09:07AM

 6    problems.  We've had some of those early on, and that's been         09:07AM

 7    helpful to the litigants and hopefully to the attorneys also.        09:07AM

 8              Any issues on that?                                        09:07AM

 9              IN/EX, Banner.                                             09:07AM

10         MR. HERMAN:  Excuse me, Your Honor.  Judge Fallon, I'd          09:07AM

11    like at this point just to indicate that on March 16th and 17th     09:07AM

12    approximately 22 law firms were notified as to issues regarding      09:07AM

13    homes that had already been remediated.  They were given the        09:07AM

14    opportunity to respond.  And, in the last three days, this week,    09:07AM

15    there have been meetings with approximately eight firms at Kerry    09:07AM

16    Miller's office to discuss those issues.  And Mr. Miller and Mr.    09:07AM

17    Davis from my office have received numerous calls from a number     09:08AM

18    of the attorneys, and those matters are moving along.                09:08AM

19              THE COURT:  Okay.                                          09:08AM

20              Anything on shared costs fund?                            09:08AM

21         MR. HERMAN:  No, Your Honor.                                    09:08AM

22         THE COURT:  What about Taishan, anything?                       09:08AM

23         MR. HERMAN:  We haven't heard from the Fifth Circuit           09:08AM

24    yet.                                                                 09:08AM

25         MR. OWEN:  Tom Owen on behalf Taishan.                          09:08AM
```

1          I think we're still pending with regard to the          09:08AM

2  *Wilks, Rose* and *Mitchell* matters.  I think we had oral argument          09:08AM

3  on February 5th, so I think that probably I would anticipate or          09:08AM

4  hope that we'd receive a decision probably next thirty,          09:08AM

5  forty-five days.          09:08AM

6          MR. LEVIN:  While Mr. Owens is before the Court,          09:08AM

7  perhaps he could tell us what's happening with the Fifth Circuit          09:08AM

8  ruling.          09:08AM

9          Are you filing for cert?          09:08AM

10          MR. OWEN:  We're not really sure yet; but, the deadline          09:09AM

11  is fast approaching, so I don't anticipate that we'll be filing          09:09AM

12  a supreme court cert.          09:09AM

13          THE COURT:  You will recall that the Court had a number          09:09AM

14  of cases, one from Virginia and then one from Florida and          09:09AM

15  Louisiana and maybe another state or two.  And I wrote an          09:09AM

16  opinion on those cases, one opinion, but the circuit felt that          09:09AM

17  they should split the cases.  So the Virginia case was argued          09:09AM

18  first, and then the other cases were going to be argued each          09:09AM

19  separately but they joined them together.  The Virginia case was          09:09AM

20  affirmed, the Court was affirmed.  So it is time for writs to          09:09AM

21  the supreme court.          09:09AM

22          MR. OWEN:  Yeah.  I think it's a ninety-day period.  I          09:09AM

23  think it's fast approaching.  And, as of this time, I'm not sure          09:09AM

24  that there are plans to file it, at least at this time.          09:09AM

25          THE COURT:  Okay.          09:09AM

1           MR. HERMAN:  Your Honor, I'd like, on the record, on   09:09AM

2 behalf of Mr. Levin and I, to thank Tom Owen, who has been more   09:10AM

3 than professional and cooperative as we've made our way through   09:10AM

4 these appellate matters involving Taishan.   09:10AM

5           THE COURT:  Venture?   09:10AM

6           MR. HERMAN:  Nothing new on Venture Supply and Porter   09:10AM

7 Blaine defendants, Your Honor.   09:10AM

8           THE COURT:  How about Hobbie?   09:10AM

9           MR. HERMAN:  It's still ongoing, as far as I know, in   09:10AM

10 process.   09:10AM

11           THE COURT:  What are we doing with that?   09:10AM

12           MR. MILLER:  Your Honor, I think things are going okay   09:10AM

13 there.  I know the Court helped us out on an issue a couple of   09:10AM

14 weeks ago.  And, so, since resolution of that particular issue,   09:10AM

15 I think the process has been going pretty well.   09:10AM

16           THE COURT:  Okay.  I did meet with the people involved   09:10AM

17 in the Hobbie matter, the litigants and the lawyers, and   09:10AM

18 discussed their particular issues, and gave them the benefit at   09:10AM

19 least of my views, and hopefully we can resolve matter.   09:10AM

20           MR. HERMAN:  Judge Fallon, at this time, if Your Honor   09:11AM

21 would entertain a report from Garretson.   09:11AM

22           THE COURT:  Sure.   09:11AM

23           MR. HERMAN:  I do want to indicate to the Court, we had   09:11AM

24 a brief meeting.  The PSC has requested that the funds go out in   09:11AM

25 the form of checks and that on the face of the check it's stated   09:11AM

1   boldly:  This check is not subject to attorney fees or costs.  09:11AM

2   But that the checks be made payable to both the claimant and the  09:11AM

3   claimant's attorney of record.  09:11AM

4        MR. WOODY:  Good morning, Your Honor.  My name is Jake  09:11AM

5   Woody, Your Honor.  I'm from BrownGreer in Richmond, Virginia.  09:12AM

6   I'm here to give the status report for the MDL case.  09:12AM

7        The number of claims remains fairly static at  09:12AM

8   21,956.  The only number that number increases at this point is  09:12AM

9   because of late filed claims that come into court on a motion.  09:12AM

10  And that number is offset occasionally by claims that are  09:12AM

11  withdrawn.  09:12AM

12        By far, the largest number of claims we have is  09:12AM

13  the Global Banner and IN/EX claims.  There's 12,389 of those.  09:12AM

14  And the remaining Other Loss Claims are much smaller, as you can  09:12AM

15  see.  09:12AM

16        We have completed a substantial portion of the  09:12AM

17  review of the claims.  Of particular note, we're 99 percent  09:12AM

18  complete with the Global Banner and IN/EX claims; and, since the  09:13AM

19  last status conference, we've done 294.  The only reason we  09:13AM

20  haven't done more is because there aren't any more to review.  09:13AM

21  There are a few in progress that came in late, but we'll finish  09:13AM

22  those in short order.  09:13AM

23        We've also fully completed the Pre-Remediation  09:13AM

24  Alternative Living Expenses.  That is 100 percent since the last  09:13AM

25  status conference.  09:13AM

1    And we'd turn to the Lost Rent Claims, which you    09:13AM

2   can see in row 7 there.  We've already done 166 of those and are    09:13AM

3   proceeding quickly through those.    09:13AM

4    So we will finish the Other Loss Claims in short    09:13AM

5   order.  And, when I say finish, we do an initial review to    09:13AM

6   determine that they're complete or not.  If they are complete,    09:13AM

7   we work with the special master who is appointed to figure out    09:13AM

8   the compensation amounts for those.  And, if they're not    09:13AM

9   complete, we issued an incompleteness notice and ask for the    09:13AM

10   information we need.    09:14AM

11    This slide shows a breakdown of the review    09:14AM

12   progress of Global Banner IN/EX claims.  7,861 were filed by    09:14AM

13   either the homeowners or builders.  We have 25 of those reviews    09:14AM

14   in progress.  As I noted, many of those are new and we'll finish    09:14AM

15   those quickly.    09:14AM

16    The remaining 4,528 are Knauf claims submitted    09:14AM

17   pursuant to an assignment that they received by remediating the    09:14AM

18   home in the pilot program, and we're working with them on those    09:14AM

19   claims to finalize the results of those.    09:14AM

20    I think this is probably the most important slide    09:14AM

21   that I'll show you today, Your Honor.  And the reason that it's    09:14AM

22   important is because of the column called Number of Open Claims.    09:14AM

23   Because it's a pro rata settlement, the number of open claims    09:14AM

24   controls how much and when we can make payments.    09:14AM

25    As you can see, we have 6,130 eligible claims.    09:14AM

1   And, 255 remain open, meaning they have neither accepted and the   09:14AM

2   time to accept has not expired.   09:15AM

3            To give you some frame of reference, at the last   09:15AM

4   status conference, there were over 1,800 open claims in that   09:15AM

5   category.  We're down to 255 now.   09:15AM

6            And then, as you can see from the right-hand side   09:15AM

7   of the slide, I've given the breakdown of when the responses are   09:15AM

8   due for those claims.  189 of the 255 are due within the next   09:15AM

9   ten days.  If we don't receive a response within then, we'll   09:15AM

10   move them to the accepted column.   09:15AM

11            And the posture of the other types of reviews are   09:15AM

12   in the same sort of timeframe.  There are a total of 775 open   09:15AM

13   claims when you count the ones that are incomplete or denied and   09:15AM

14   still have time to appeal.  And, of the 755, about 500 will   09:15AM

15   expire in the next ten days.   09:15AM

16            So the timelines are favorable for us.  The time   09:15AM

17   to appeal or accept is quickly running out for many people.  I   09:16AM

18   do encourage people, if they have an open claim, to accept it;   09:16AM

19   or, if it's incomplete, to give us the information that we need   09:16AM

20   so we can move these claims down the process towards final   09:16AM

21   resolution.   09:16AM

22            In that vein, Your Honor, I wanted to talk very   09:16AM

23   quickly about the number of acceptances and the open claims.  60   09:16AM

24   percent of the claimants with an eligibility notice have   09:16AM

25   accepted it.  Another 26 percent never respond, so we deemed   09:16AM

1   them accepted.  So 86 percent of all the eligibility notices          09:16AM

2   have been accepted.  10 percent have been appealed, and we're         09:16AM

3   working through those appeals and have been able to start moving      09:16AM

4   claims that were either issued an eligibility notice on and the       09:16AM

5   claimant would like to submit more information about their            09:16AM

6   builder, supplier, installer, we've been able to move those          09:16AM

7   through and issue new notices for those.  Some of them, we can't     09:16AM

8   resolve and will have to go to the special master.  But I'm          09:17AM

9   confident that we can resolve a portion of those 600 ourselves       09:17AM

10  and move them to the correct category.  As I mentioned, 4            09:17AM

11  percent have an offer outstanding, and those will expire within      09:17AM

12  the next ten days.                                                   09:17AM

13          This slide shows a breakdown of the number of               09:17AM

14  eligible claims for each settlement and the total under area         09:17AM

15  square footage for each settlement.  This number is important        09:17AM

16  because, as I mentioned, because these are pro rata settlements.     09:17AM

17          The largest bucket right now is the Global                  09:17AM

18  installer that has about 2,800 eligible claims and just under 6      09:17AM

19  million square feet.  The number goes down from there, the          09:17AM

20  smallest being the IN/EX settlement, which has 630 eligible         09:17AM

21  claims and 1.1 million square feet.                                  09:17AM

22          And I give the square footage, Your Honor, because          09:17AM

23  that is how we'll do our pro rata calculation, take the amount       09:17AM

24  available for each five buckets there, divide by the eligible       09:17AM

25  square footage, to come up with a per square foot number.           09:17AM

1      We have completed bodily injury review results and    09:18AM

2  have begun processing responses to incomplete notices.  At the    09:18AM

3  last status conference, I told you there were 19 potentially    09:18AM

4  eligible claims, and that number has totalled 40, which is still    09:18AM

5  a very small number.  783, or 92 percent, are incomplete.  12    09:18AM

6  have been withdrawn.  And, 19, we're still looking at because    09:18AM

7  they have exotic issues, but we'll resolve those quickly.    09:18AM

8      As I mentioned, we've completed the    09:18AM

9  pre-remediation alternative living expenses.  Those claims are    09:18AM

10  intended to compensate people for moving out of the home prior    09:18AM

11  to remediation.  The number of eligible and incomplete is very    09:18AM

12  different in this category.  The 44 percent are potentially    09:18AM

13  eligible.  And I say potentially eligible, Your Honor, for this    09:18AM

14  category and for the bodily injury because, while the    09:18AM

15  documentation is complete in our eyes, it's up to the special    09:19AM

16  master to have the final look at that claim and figure out    09:19AM

17  whether it's eligible or not and what it's eligible for.    09:19AM

18      48 percent of the pre-remediation claims are    09:19AM

19  incomplete and we've issued incompleteness notices and have    09:19AM

20  began processing the results.  18 are denied, and those 18 were    09:19AM

21  denied because this claim is limited to residential owners,    09:19AM

22  meaning people.  And there's a very small number of what appear    09:19AM

23  to be commercial entities submitted claims for this, and we    09:19AM

24  denied them for that reason.    09:19AM

25      18 claims have been withdrawn.    09:19AM

1       And, 23, we're still looking at because of unusual       09:19AM

2   issues.       09:19AM

3       We have, as I mentioned, been issuing notices for       09:19AM

4   quite some time.  We've issued a total of 14,147 notices of all       09:19AM

5   types.  The majority of those notices are Global, Banner, IN/EX       09:19AM

6   notices.  We've issued 11,531 notices there.  And, as you can       09:19AM

7   see, we issued eligible and complete what we call follow-up       09:20AM

8   incompletes where, if we haven't received a response for an       09:20AM

9   incompleteness notice, we issue a follow-up and give them five       09:20AM

10  more days to respond.  And, if they don't respond, they move to       09:20AM

11  incomplete denial, which is appealable.  And we have received       09:20AM

12  some appeals of those and we are looking at them.       09:20AM

13      This slide, Your Honor, shows the results of       09:20AM

14  responses to incompleteness notice.  As you can see from the       09:20AM

15  first row, in the Global Banner IN/EX world, over 1,000       09:20AM

16  claimants were able to cure the deficiency and move to the       09:20AM

17  eligible category.  495 remain incomplete.  11, we denied       09:20AM

18  because there was an assignment after the initial claim review.       09:20AM

19  And, because they assigned the claim, it's now denied.  And       09:20AM

20  we're still working through our incompleteness notices.  That's       09:20AM

21  in progress depending on when we received responses.       09:21AM

22      I do encourage people to respond as quickly as       09:21AM

23  possible to our incompleteness notices, either with the       09:21AM

24  documents we request or if you have questions please contact us       09:21AM

25  and we'll help you through whatever issue you're having.       09:21AM

```
 1            In that vein, Your Honor, this slide shows our      09:21AM
 2   contact information, as always.  The best way to contact us is  09:21AM
 3   by email at CDWquestions@BrownGreer.com.  Or you can call us at  09:21AM
 4   666-866-1729.  If you need to mail something to us, you can.   09:21AM
 5   We're at Chinese Dry Wall Settlement Administrator, PO Box    09:21AM
 6   25401, Richmond, Virginia 23260.                             09:21AM
 7            THE COURT:  Do you have any idea as to how much in   09:21AM
 8   terms of dollars have been paid on all those claims?         09:21AM
 9            MR. OWEN:  We haven't paid any yet.                  09:21AM
10            THE COURT:  How much is going to be, what's the total  09:21AM
11   amount?                                                       09:22AM
12            MR. OWEN:  The total amount, Your Honor, I don't have  09:22AM
13   the number off the top of my head.  But it varies by each    09:22AM
14   settlement.  I believe the total is around $100 million, but I  09:22AM
15   could be off a little bit on that.  But it is a substantial  09:22AM
16   amount.                                                       09:22AM
17            I've had a discussion with the Plaintiff's          09:22AM
18   Steering Committee this morning, and we anticipate some type of  09:22AM
19   first distribution within the next month.  Probably won't be the  09:22AM
20   full amount people are owed because there still remains claims  09:22AM
21   that are open.  But it will be something and it will be soon.  09:22AM
22            THE COURT:  Now, what is the total amount?  Do you have  09:22AM
23   any feel for that at this time?                              09:22AM
24            MR. HERMAN:  Yes, Your Honor.                       09:22AM
25            Judge Fallon, through March, $419 million was paid  09:22AM
```

```
 1    in remediation on either through pilot program or the current    09:23AM

 2    remediation that's ongoing.  That's about 70 percent complete    09:23AM

 3    with this uncapped fund, to the best that we can approximate.     09:23AM

 4              On already remediated properties, $22,750,000, and     09:23AM

 5    there are still a number of previously remediated properties to  09:23AM

 6    be resolved.                                                     09:23AM

 7              $104 million have been paid in home builder            09:23AM

 8    settlements.                                                     09:23AM

 9              There is $30 million in the Other Loss Fund.           09:23AM

10              I don't have the amounts of the Virginia              09:24AM

11    settlements at this juncture.                                    09:24AM

12              And, of course, this doesn't include the various      09:24AM

13    fee and cost funds, which amount to about $200 million.          09:24AM

14              Estimated, to date, between $600 million and $800     09:24AM

15    million have been paid out in connection with the settlement.    09:24AM

16              Based upon that, based upon BrownGreer's report,      09:24AM

17    we should reach in the neighborhood of $1 billion in settlement  09:24AM

18    funds before, I would say, before July, giving us some leeway.   09:24AM

19    What that means, that doesn't take into account what Your Honor  09:25AM

20    will reserve.  It does take into account that no homeowner, no   09:25AM

21    claimant, will have to pay any attorney fees at all.             09:25AM

22         THE COURT:  That's been a good thing for the claimants      09:25AM

23    in this particular case, because the negotiations worked so that 09:25AM

24    the plaintiffs themselves would get 100 percent of their losses. 09:25AM

25    And, in addition to that, the defendants would pay attorney      09:25AM
```

```
 1    fees.  So it looks like the claimants, as it is set now, it          09:25AM
 2    looks like they've gotten between 600 and $800 million in            09:25AM
 3    payments.  And we projected at the outset that this would be          09:25AM
 4    about a billion dollars or a little over a billion dollars            09:25AM
 5    involved, and it looks like it's going to be about that.              09:26AM
 6                 Thank you.                                               09:26AM
 7                 How about Matt?                                          09:26AM
 8          MR. HERMAN:  Your Honor, with respect to item No. 12,           09:26AM
 9    Judge Fallon, nothing new.                                           09:26AM
10                 With respect to item 13, Frequently Asked                09:26AM
11    Questions, nothing new.                                              09:26AM
12                 There are matters set for hearing following this        09:26AM
13    conference.                                                          09:26AM
14          THE COURT:  Matt Garretson.                                     09:26AM
15          MR. GARRETSON:  This makes two hearings in a row where          09:26AM
16    I've called out for help on technology.                              09:26AM
17                 Thank you, Your Honor.  I am Matt Garretson for          09:27AM
18    Garretson Resolution Group, the special master in the Virginia       09:27AM
19    class matters.  And I will keep it short and sweet here today,       09:27AM
20    Your Honor.  I am going to give you a quick update on the real       09:27AM
21    property claims and the other loss claims in the Virginia            09:27AM
22    matters and where we're at and kind of the path to bring it to       09:27AM
23    conclusion.                                                          09:27AM
24                 With respect to the real property claims,               09:27AM
25    currently there are 264 active claims.  We've issued substantive     09:27AM
```

1  deficiency notices for 60 of those just a few days ago.  People  09:27AM

2  have roughly a month to respond.  So that will put some  09:27AM

3  certainty around that group of claims.  I'll get a little bit  09:27AM

4  more in detail here in a minute.  And our next step there to is  09:27AM

5  issue determination notices.  09:27AM

6            The other loss claim, a kind of a status overview.  09:27AM

7  Deadline passed for submitting those on March 17th.  So we  09:27AM

8  understand the universe there, we received 488 individual Other  09:27AM

9  Loss Claims across 194 affected properties.  We've done the  09:27AM

10  initial review so we would review for completeness and the  09:28AM

11  intake of all the data, and now we're engaged in a detailed  09:28AM

12  review of each of those claims.  09:28AM

13            A little more depth on the real property claims.  09:28AM

14  We started with 347 claims forms being submitted.  We issued  09:28AM

15  eligibility, not the substantive deficiency notices, but just  09:28AM

16  the eligibility deficiency notices for 91 of the real property  09:28AM

17  claims in March.  09:28AM

18            84 of those are now considered ineligible and have  09:28AM

19  become inactive.  We have been in communication with BrownGreer  09:28AM

20  so that those individuals know that they may be eligible to  09:28AM

21  participate in the other settlement.  But they are ineligible  09:28AM

22  for the Virginia settlement.  09:28AM

23            So, currently, there are 264 active real property  09:28AM

24  claims.  As I mentioned, we've issued the deficiency notices to  09:28AM

25  60 of those.  The next steps will be, we're giving them a brief  09:28AM

1    time -- I shouldn't say a brief time -- an appropriate time for    09:28AM

2    those to be cured.  After that, we will issue our determination    09:29AM

3    notices.  And then we'll enter into an appeal period.    09:29AM

4            Now, as with any settlement, that appeal period is    09:29AM

5    really the wild card we have on timing because we don't yet know    09:29AM

6    how many appeals we will receive.  But we are not expecting that    09:29AM

7    many because the data we have received from counsel and from all    09:29AM

8    the claimants appears to be pretty tight.    09:29AM

9            And then, after that, we'll allocate the    09:29AM

10   settlement funds.    09:29AM

11          THE COURT:  All right.    09:29AM

12          MR. GARRETSON:  The types of deficiency notices, I    09:29AM

13   don't need to go into too much detail here.  You've probably    09:29AM

14   seen this on any type of settlement.  It's signatures, it's    09:29AM

15   proof requirements not being comprehensive enough or all of the    09:29AM

16   required information not be included.  So all a very manageable    09:29AM

17   set of deficiency items that we would expect to get reserved    09:29AM

18   within the next thirty days.    09:29AM

19          Real property claims by claims settlement, you see    09:29AM

20   the breakdown.  Porter Blaine and Venture, Tobin all receiving    09:30AM

21   100 percent of the active claims, have a claim against those    09:30AM

22   individual settlement funds.  Nationwide Installers, Builder    09:30AM

23   Mutual and others, we see the percentages on this slide.    09:30AM

24          Switching gears to Other Loss Claims, the    09:30AM

25   submission passed, as I mentioned, in March.  We have a universe    09:30AM

```
1    of 488 individual claims.  We've done the initial review and       09:30AM
2    intake to assess how complete they are and we're now into the      09:30AM
3    detailed review, as I mentioned.                                   09:30AM
4              Our next step is to finalize the detailed review.        09:30AM
5    I will give a slide here in a moment to explain why that takes a   09:30AM
6    little bit longer than a real property claim, but I'm sure the     09:30AM
7    Court is aware of the complexity of the types of other losses      09:30AM
8    people can submit.                                                 09:30AM
9              We'll finish that review, repeat the process.            09:30AM
10   Like, in the real property, we'll have the deficiency notice and   09:30AM
11   cure period.  We'll send out determination notices, allow an       09:31AM
12   appropriate period of appeal and then do the allocation and        09:31AM
13   disbursement of those funds.                                       09:31AM
14             The types of losses we're receiving, a summary           09:31AM
15   here.  And this gets at the rationale as to why it takes a         09:31AM
16   little bit longer to get into the details of each of these         09:31AM
17   claims.  These are just a myriad of type of losses and a little    09:31AM
18   more in-depth adjudication process for the persona property,       09:31AM
19   bodily injury, tenant losses, sales and mitigation and             09:31AM
20   foreclosure.                                                       09:31AM
21             So, conclusion, we're on track.  I know the Court        09:31AM
22   would like to see some clarity on the end.  I really think, Your   09:31AM
23   Honor, that if -- again, the wild card being the appeals -- I      09:31AM
24   think in August timeframe, late summer/early fall is very          09:31AM
25   manageable for this set, with again the caveat that I will know    09:31AM
```

 1   more after I receive the appeals as to where I can pinpoint that    09:31AM

 2   date, and I'll be prepared to do that for the Court at the next    09:32AM

 3   hearing.    09:32AM

 4              So claims submission process is complete.  We're    09:32AM

 5   left with 264 active real property.  488 other loss.  We're in    09:32AM

 6   the notice and cure period.  And then we'll -- for real    09:32AM

 7   property -- and then we'll follow up and by the next period of    09:32AM

 8   the next hearing I'll have all the detail as to the final review    09:32AM

 9   of the Other Loss Claims.    09:32AM

10              That's it, Your Honor.    09:32AM

11         THE COURT:  All right.  Thank you very much, Matt.    09:32AM

12              Russ.  You were at the pro se claimants.    09:32AM

13         MR. HERMAN:  Yes, Your Honor.  Mr. Bob Johnston is not    09:32AM

14   here.  He submitted a written report.    09:32AM

15              It fluctuates, but there are between 20 and 26 pro    09:32AM

16   ses.  Many of them are what we call new-new claims.  And there    09:32AM

17   are various meetings and conversations with Kerry Miller for    09:33AM

18   Knauf on an ongoing basis.    09:33AM

19              With respect to the physical evidence preservation    09:33AM

20   order, no new issues.    09:33AM

21              No new issues with entry of preliminary default.    09:33AM

22              With respect to already remediated homes, there    09:33AM

23   has been a report as to that previously.    09:33AM

24              The next issue is the Louisiana attorney general,    09:33AM

25   and there are certain matters set before Your Honor.    09:33AM

1    THE COURT:  With regard to the attorney generals'

2    issues, what I did was to ask the parties to get together and

3    see if they can resolve anything.  If not, then write their

4    positions.

5            They have done so.  I've looked them over.  And I

6    think that I understand the issues.

7            I told the parties that I would be setting up a

8    schedule.  I think, first, it's appropriate for the attorney

9    generals to amend their complaint.  And this amendment is

10   without prejudice to their positions that the Court has no

11   jurisdiction and so forth.  I think their pleadings ought to be

12   in order.

13           Then, after the complaint has been amended

14   appropriately, because it was initially filed, there had been

15   other changes and some of those claims may have been resolved or

16   at least voided.  But, in any event, they have a time to amend.

17           Then I ought to look at the question of

18   jurisdiction.  Attorney generals make the point that I don't

19   have jurisdiction over -- they site the *Hood* case.  The *Hood*

20   case is a recent case from the supreme court.  That, I'll deal

21   with.

22           If I do have jurisdiction, then the defendants

23   will have an opportunity to amend their notice of removal.

24           After the removal, we'll then go into any motions

25   of 12(b)(6) or Rule 56 motions if the 12(b)(6) slides into 56.

1    In the event it continues, then we'll have some     09:35AM

2  discovery and I'll entertain some confidentiality order issued     09:35AM

3  for a particular period of time.     09:35AM

4    Then we'll deal with any of the matters that come     09:35AM

5  up from the discovery part.     09:35AM

6    Plaintiff's committee has suggested that they may     09:35AM

7  be entitled to a common benefit fee.  If that's the case, I will     09:36AM

8  entertain motions, give each side an opportunity to discuss it.     09:36AM

9    I've told the attorney general and the parties     09:36AM

10  that I would be entering an order setting forth this schedule so     09:36AM

11  that we can deal with it.     09:36AM

12    The next status conference, as you know, is May     09:36AM

13  20th.  The following one is June 17th.     09:36AM

14    We have several motions in order.  We will take a     09:36AM

15  break at this time and come back with the motions.     09:36AM

16    Anything for the good and welfare of the group?     09:36AM

17  Anything anybody wishes to bring up that we haven't discussed?     09:36AM

18  Thank you very much.  I'll be back in five minutes.     09:36AM

19    MR. DAVIS:  Your Honor, I believe there is one more.     09:37AM

20    MR. RAFFMAN:  Mark Raffman on behalf of Lafarge North     09:37AM

21  America, Incorporated.     09:37AM

22    We've been named as a defendant in a suit that has     09:37AM

23  been transferred from Alabama to this Court.     09:37AM

24    As Your Honor may recall, in the *Benoit* complaint,     09:37AM

25  which was Omni 11, we worked with the Plaintiff's Steering     09:37AM

1   Committee, supplied them with information showing that none of    09:37AM

2   the Lafarge entities had anything to do with the purple markings   09:37AM

3   drywall that was at issue in the *Benoit* case.    09:37AM

4            To the extent that we've been sued in *Little*, it    09:37AM

5   is based on the same purple markings drywall that was at issue    09:37AM

6   in *Benoit*.    09:37AM

7            We have proposed to the Plaintiff's Steering    09:37AM

8   Committee that we pursue a similar process of a rule to show    09:37AM

9   cause whereby the claimants in *Little* will be permitted to come   09:37AM

10  to court and show whether they have any basis to keep our    09:37AM

11  clients in the case.  And, if not, we believe those cases should   09:38AM

12  be dismissed, as were the cases in *Benoit*.    09:38AM

13            MR. LEVIN:  We agree, Your Honor.    09:38AM

14            THE COURT:  That's fine.  Let's do that.    09:38AM

15               (Proceedings in recess.)    09:38AM

16            THE COURT:  I have seven motions before me.    09:42AM

17            The motion for the incentive awards, I've    09:42AM

18  discussed.  This is a motion filed by counsel from Virginia    09:42AM

19  asking that the Court grant each of the families $7,500 as an    09:42AM

20  incentive award.  They are the people who bore the brunt of it,   09:42AM

21  they testified, they did all of the things that are necessary    09:42AM

22  for the class action.    09:42AM

23            I felt that Judge Hall really ought to be the one    09:42AM

24  to make that call.  I talked with her, and she is very agreeable   09:42AM

25  to that motion.  I haven't received any opposition.  So I'll    09:43AM

```
1    grant this motion.                                          09:43AM

2              With respect to a motion to extend other loss     09:43AM

3    fund, or loss claims, submission deadlines is for claimants 09:43AM

4    Diana Pohner and Barry Labell, record docket 17551, there's no 09:43AM

5    opposition, the PSC takes no position.                      09:43AM

6              I'll grant that motion unless there's some        09:43AM

7    opposition to it.                                           09:43AM

8              The same way with the motion to extend the bodily 09:43AM

9    injury submission deadline for claimants Charles Yelton, Aline 09:43AM

10   Noel Joachim and Andy Joachim and Deborah Randazzo, record  09:43AM

11   docket 17572.                                               09:44AM

12             Again, there's no opposition to that.  Hearing    09:44AM

13   none, I'm grant the motion.                                 09:44AM

14             Another motion to extend other loss fund claim    09:44AM

15   submission deadline for claimant Fred McNabb, record document 09:44AM

16   17573.                                                      09:44AM

17             There's no opposition, I'll grant that.           09:44AM

18             Plaintiff's lead counsel motion regarding late    09:44AM

19   filed claims of Catholic Charities Arch Diocese of New Orleans, 09:44AM

20   record document 17586.                                      09:44AM

21             Haven't heard from anyone, including the Pope, so 09:44AM

22   there's been no response, I'll grant that motion.           09:44AM

23             Motion to submit late filed claims of Global,     09:44AM

24   Banner, IN/EX settlement, record document 17588, seems that 09:44AM

25   everybody's in agreement.                                   09:44AM
```

1       I'll therefore grant the motion.                    09:44AM

2       There's one motion that I passed.  It's the *Vista*  09:45AM

3  *Royale* motion to be admitted into the settlement program, record  09:45AM

4  document 17502.  There was some opposition there.        09:45AM

5       Any opposition wish to speak?                        09:45AM

6       MR. LEVIN:  I don't know whether counsel for the    09:45AM

7  claimant is on the phone or in the courtroom, Your Honor.  09:45AM

8       THE COURT:  Anybody?                                 09:45AM

9       (No response.)                                       09:45AM

10      THE COURT:  They may be on the phone but they are    09:45AM

11  muted.                                                   09:45AM

12      MR. LEVIN:  If they are, I think it would be unfair for  09:45AM

13  me to argue without having them a chance to respond.  Since we  09:45AM

14  responded to their pleadings, we'll rest on their pleadings.  I  09:45AM

15  think that's fair.                                       09:45AM

16      THE COURT:  Okay.  I'll take it then without oral    09:45AM

17  argument.                                                09:45AM

18      It looks to me like there is an issue of whether     09:45AM

19  or not there's a good substantial reason for it.  But, the  09:45AM

20  claimants themselves haven't done anything wrong, they haven't  09:46AM

21  delayed, they came forward, and there's some issue as to whether  09:46AM

22  or not the attorney did what they were supposed to do.  I don't  09:46AM

23  want to penalize the claimants.                          09:46AM

24      I'll grant that motion in regards to the *Royale*    09:46AM

25  motion.                                                  09:46AM

1          Anything further?                                      09:46AM

2          MR. LEVIN:  No, sir.                                   09:46AM

3          THE COURT:  All right.  Thank you very much.  The Court  09:46AM

4    stands in recess.                                           09:46AM

5              (9:46 a.m., proceedings in recess.)               09:46AM

6

7

8                        CERTIFICATE

9

10

11       I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

12

13

14                              /S/ SUSAN A. ZIELIE, FCRR
                              _____

15                                Susan A. Zielie, FCRR

16

17

18

19

20

21

22

23

24

25

## $

**$100** [1] - 16:14
**$100,000** [1] - 6:11
**$104** [1] - 17:7
**$200** [1] - 17:13
**$200,000** [1] - 6:9
**$22,750,000** [1] - 17:4
**$30** [1] - 17:9
**$419** [1] - 16:25
**$600** [1] - 17:14
**$7,500** [2] - 5:16, 25:19
**$800** [2] - 17:14, 18:2

## 0

**09-2047** [1] - 1:5

## 1

**1** [1] - 17:17
**1,000** [1] - 15:15
**1,800** [1] - 12:4
**1.1** [1] - 13:21
**10** [1] - 13:2
**100** [4] - 6:9, 10:24, 17:24, 20:21
**11** [2] - 15:17, 24:25
**11,531** [1] - 15:6
**1100** [1] - 3:4
**12** [1] - 14:5, 18:8
**12(b)(6** [2] - 23:25
**12,389** [1] - 10:13
**13** [1] - 18:10
**14,147** [1] - 11:2
**166** [1] - 11:2
**16th** [1] - 7:11
**17** [2] - 1:6, 4:1
**17502** [1] - 27:4
**17551** [1] - 26:4
**17572** [1] - 26:11
**17573** [1] - 26:16
**17586** [1] - 26:20
**17588** [1] - 26:24
**17590** [1] - 5:8
**17th** [3] - 7:11, 19:7, 24:13
**18** [3] - 14:20, 14:25
**189** [1] - 12:8
**19** [2] - 14:3, 14:6
**19106** [1] - 2:16
**194** [1] - 19:9

## 2

**2** [1] - 3:1
**2,800** [1] - 13:18
**20** [1] - 22:15
**20001** [1] - 3:13

**2014** [3] - 1:6, 4:1, 5:8
**202-346-4259** [1] - 3:14
**2047** [1] - 4:6
**20th** [1] - 24:13
**21,956** [1] - 10:8
**22** [1] - 7:12
**23** [1] - 15:1
**23231** [1] - 2:4
**23260** [1] - 16:6
**25** [1] - 11:13
**250** [1] - 2:4
**2500** [1] - 3:9
**25401** [1] - 16:6
**255** [3] - 12:1, 12:5, 12:8
**26** [2] - 12:25, 22:15
**264** [3] - 18:25, 19:23, 22:5
**28-D** [1] - 4:20
**294** [1] - 10:19

## 3

**3** [1] - 5:8
**300** [1] - 2:8
**347** [1] - 19:14
**3600** [1] - 2:20
**3700** [1] - 3:5

## 4

**4** [1] - 13:10
**4,528** [1] - 11:16
**40** [1] - 14:4
**44** [1] - 14:12
**45140** [1] - 2:8
**48** [1] - 14:18
**488** [3] - 19:8, 21:1, 22:5
**495** [1] - 15:17

## 5

**50** [1] - 6:10
**500** [3] - 1:22, 2:16, 12:14
**504-523-1580** [1] - 3:10
**504-524-3300** [1] - 2:21
**504-581-4892** [1] - 2:13
**504-599-8000** [1] - 3:6
**504.589.7781** [1] - 1:24
**510** [1] - 2:16
**56** [2] - 23:25
**5th** [1] - 8:3

## 6

**6** [1] - 13:18
**6,130** [1] - 11:25
**60** [4] - 6:10, 12:23, 19:1, 19:25
**600** [2] - 13:9, 18:2
**6281** [1] - 2:7
**630** [1] - 13:20
**666-866-1729** [1] - 16:4

## 7

**7** [1] - 11:2
**7,861** [1] - 11:12
**70** [1] - 17:2
**701** [1] - 2:20
**70112** [1] - 3:10
**70113** [1] - 2:12
**70130** [1] - 1:22
**70139** [1] - 2:20
**70163** [1] - 3:5
**755** [1] - 12:14
**775** [1] - 12:12
**783** [1] - 14:5

## 8

**8-D** [1] - 4:18
**804-521-7202** [1] - 2:5
**820** [1] - 2:12
**84** [1] - 19:18
**86** [1] - 13:1
**877-882-1011** [1] - 2:17
**888-556-7526** [1] - 2:9

## 9

**901** [1] - 3:13
**909** [1] - 3:9
**91** [1] - 19:16
**92** [1] - 14:5
**99** [1] - 10:17
**9:00** [2] - 1:6, 4:2
**9:46** [1] - 28:5

## A

**A.M** [2] - 1:6, 4:2
**a.m** [1] - 28:5
**able** [3] - 13:3, 13:6, 15:16
**accept** [2] - 12:2, 12:17, 12:18
**acceptances** [1] - 12:23
**accepted** [5] - 12:1, 12:10, 12:25, 13:1,

13:2
**account** [2] - 17:19, 17:20
**action** [3] - 5:18, 6:22, 25:22
**active** [4] - 18:25, 19:23, 20:21, 22:5
**actively** [1] - 5:17
**addition** [1] - 17:25
**address** [3] - 5:2, 5:6, 6:19
**adjudication** [1] - 21:18
**administratively** [1] - 5:10
**Administrator** [1] - 16:5
**admitted** [1] - 27:3
**affected** [1] - 19:9
**affirmed** [3] - 5:19, 8:20
**agenda** [1] - 4:16
**ago** [2] - 9:14, 19:1
**agree** [1] - 25:13
**agreeable** [1] - 25:24
**agreement** [1] - 26:25
**AIDED** [1] - 3:19
**Alabama** [1] - 24:23
**ALevin@LFSBLaw.
com** [1] - 2:17
**ALFORD** [1] - 3:8
**Aline** [1] - 26:9
**ALL** [1] - 1:8
**allocate** [1] - 20:9
**allocation** [1] - 21:12
**allow** [1] - 21:11
**allowing** [1] - 6:7
**alternative** [1] - 14:9
**Alternative** [1] - 10:24
**amend** [3] - 23:9, 23:16, 23:23
**amended** [1] - 23:13
**amendment** [1] - 23:9
**America** [1] - 24:21
**amount** [7] - 13:23, 16:11, 16:12, 16:16, 16:20, 16:22, 17:13
**amounts** [2] - 11:8, 17:10
**Andy** [1] - 26:10
**anticipate** [3] - 8:3, 8:11, 16:18
**appeal** [5] - 12:14, 12:17, 20:3, 20:4, 21:12
**appealable** [1] - 15:11
**appealed** [1] - 13:2
**appeals** [5] - 13:3, 15:12, 20:6, 21:23,

22:1
**appear** [1] - 14:22
**appearances** [1] - 4:8
**APPEARANCES** [2] - 2:1, 3:1
**appellate** [1] - 9:4
**appointed** [1] - 11:7
**approaching** [2] - 8:11, 8:23
**appropriate** [4] - 6:3, 20:1, 21:12, 23:8
**appropriately** [1] - 23:14
**approved** [1] - 5:21
**approximate** [1] - 17:3
**APRIL** [2] - 1:6, 4:1
**April** [1] - 5:8
**Arch** [1] - 26:19
**area** [2] - 5:20, 13:14
**argue** [1] - 27:13
**argued** [2] - 8:17, 8:18
**argument** [2] - 8:2, 27:17
**ARNOLD** [1] - 2:15
**assess** [1] - 21:2
**assigned** [1] - 15:19
**assignment** [2] - 11:17, 15:18
**attention** [1] - 7:4
**attorney** [11] - 7:2, 10:1, 10:3, 17:21, 17:25, 22:24, 23:1, 23:8, 23:18, 24:9, 27:22
**attorneys** [2] - 7:7, 7:18
**August** [1] - 21:24
**available** [1] - 13:24
**AVENUE** [1] - 2:12
**Avenue** [3] - 3:13
**award** [1] - 25:20
**awards** [2] - 5:15, 25:17
**aware** [1] - 21:7

## B

**B406** [1] - 1:22
**Banner** [7] - 7:9, 10:13, 10:18, 11:12, 15:5, 15:15, 26:24
**Barrios** [1] - 5:2
**BARRIOS** [4] - 2:19, 2:19, 4:23, 5:5
**Barry** [1] - 26:4
**based** [3] - 17:16, 25:5
**basis** [2] - 22:18, 25:10
**become** [1] - 19:19
**BEFORE** [1] - 1:12

began [1] - 14:20
begun [1] - 14:2
behalf [6] - 4:11, 4:13, 6:21, 7:25, 9:2, 24:20
benefit [2] - 9:18, 24:7
Benoit [4] - 24:24, 25:3, 25:6, 25:12
BERMAN [1] - 2:15
best [2] - 16:2, 17:3
better [1] - 6:12
between [3] - 17:14, 18:2, 22:15
billion [3] - 17:17, 18:4
bit [4] - 16:15, 19:3, 21:6, 21:16
Blaine [2] - 9:7, 20:20
Bob [1] - 22:13
bodily [4] - 14:1, 14:14, 21:19, 26:8
boldly [1] - 10:1
bore [1] - 25:20
BOULEVARD [1] - 2:7
Box [1] - 16:5
break [1] - 24:15
breakdown [4] - 11:11, 12:7, 13:13, 20:20
brief [3] - 9:24, 19:25, 20:1
bring [3] - 7:4, 18:22, 24:17
BROWNGREER [1] - 2:3
BrownGreer [2] - 10:5, 19:19
BrownGreer's [1] - 17:16
brunt [1] - 25:20
bucket [1] - 13:17
buckets [1] - 13:24
builder [2] - 13:6, 17:7
Builder [1] - 20:22
builders [1] - 11:13
BY [10] - 2:3, 2:7, 2:11, 2:15, 2:19, 3:3, 3:8, 3:12, 3:19, 3:19

**C**

calculation [1] - 13:23
CALLED [1] - 4:3
card [2] - 20:5, 21:23
case [15] - 4:5, 5:16, 6:5, 6:6, 6:25, 8:17, 8:19, 10:6, 17:23, 23:19, 23:20, 24:7, 25:3, 25:11
CASE [1] - 4:6

CASES [1] - 1:8
cases [8] - 5:9, 5:10, 8:14, 8:16, 8:17, 8:18, 25:11, 25:12
CASTEIX [1] - 2:19
category [5] - 12:5, 13:10, 14:12, 14:14, 15:17
Catholic [1] - 26:19
caveat [1] - 21:25
CDWquestions@
  BrownGreer.com [1]
  - 16:3
CENTRE [1] - 3:4
cert [2] - 8:9, 8:12
certain [1] - 22:25
certainly [1] - 7:2
certainty [1] - 19:3
chance [1] - 27:13
changes [1] - 23:15
Charities [1] - 26:19
Charles [1] - 26:9
check [2] - 9:25, 10:1
checks [2] - 9:25, 10:2
Chinese [2] - 4:6, 16:5
CHINESE [1] - 1:3
CHINESE-
  MANUFACTURED
  [1] - 1:3
CINCINNATI [1] - 2:8
circuit [1] - 8:16
Circuit [3] - 5:19, 7:23, 8:7
CIVIL [1] - 1:5
claim [10] - 6:11, 12:18, 14:16, 14:21, 15:18, 15:19, 19:6, 20:21, 21:6, 26:14
claimant [7] - 7:1, 7:2, 10:2, 13:5, 17:21, 26:15, 27:7
claimant's [1] - 10:3
claimants [12] - 6:7, 12:24, 15:16, 17:22, 18:1, 20:8, 22:12, 25:9, 26:3, 26:9, 27:20, 27:23
Claims [7] - 10:14, 11:1, 11:4, 11:22, 19:9, 20:24, 22:9
claims [51] - 6:10, 6:24, 10:7, 10:9, 10:10, 10:12, 10:13, 10:17, 10:18, 11:12, 11:16, 11:19, 11:23, 11:25, 12:4, 12:8, 12:13, 12:20, 12:23, 13:4, 13:14, 13:18, 13:21, 14:4, 14:9, 14:18, 14:23, 14:25,

16:8, 16:20, 18:21, 18:24, 18:25, 19:3, 19:12, 19:13, 19:14, 19:17, 19:24, 20:19, 20:21, 21:1, 21:17, 22:4, 22:16, 23:15, 26:3, 26:19, 26:23
clarity [1] - 21:22
class [4] - 5:18, 5:24, 18:19, 25:22
clean [1] - 5:12
clients [1] - 25:11
column [2] - 11:22, 12:10
comments [1] - 5:25
commercial [1] - 14:23
COMMITTEE [2] - 2:10, 2:19
committee [1] - 24:6
Committee [4] - 4:13, 16:18, 25:1, 25:8
common [1] - 24:7
communication [2] - 5:3, 19:19
compensate [1] - 14:10
compensation [1] - 11:8
complaint [2] - 23:9, 23:13, 24:24
complete [9] - 10:18, 11:6, 11:9, 14:15, 15:7, 17:2, 21:2, 22:4
completed [4] - 10:16, 10:23, 14:1, 14:8
completeness [1] - 19:10
complexity [1] - 21:7
comprehensive [1] - 20:15
COMPUTER [1] - 3:19
concept [1] - 6:13
conclusion [2] - 18:23, 21:21
confer [1] - 4:15
CONFERENCE [1] - 1:11
conference [7] - 4:15, 10:19, 10:25, 12:4, 14:3, 18:13, 24:12
confident [1] - 13:9
confidentiality [1] - 24:2
connection [1] - 17:15
considered [1] - 19:18
contact [4] - 5:11, 15:24, 16:2
continues [1] - 6:22,

24:1
controls [1] - 11:24
conversations [1] - 22:17
cooperative [1] - 9:3
coordination [2] - 4:25, 5:4
COORDINATION [1] - 2:19
correct [1] - 13:10
cost [1] - 17:13
costs [3] - 6:9, 7:20, 10:1
counsel [8] - 4:15, 4:21, 5:11, 5:16, 20:7, 25:18, 26:18, 27:6
count [1] - 12:13
couple [1] - 9:13
course [1] - 17:12
court [10] - 4:3, 4:22, 4:25, 7:1, 7:4, 8:12, 8:21, 10:9, 23:20, 25:10
Court [15] - 4:10, 5:6, 7:4, 8:6, 8:13, 8:20, 9:13, 9:23, 21:7, 21:21, 22:2, 23:10, 24:23, 25:19, 28:3
COURT [34] - 1:1, 1:20, 1:21, 4:4, 4:8, 4:14, 4:22, 4:25, 5:12, 6:4, 6:25, 7:19, 7:22, 8:13, 8:25, 9:5, 9:8, 9:11, 9:16, 9:22, 16:7, 16:10, 16:22, 17:22, 18:14, 20:11, 22:11, 23:1, 25:14, 25:16, 27:8, 27:10, 27:16, 28:3
courtroom [1] - 27:7
cure [3] - 15:16, 21:11, 22:6
cured [1] - 20:2
current [1] - 17:1

**D**

data [2] - 19:11, 20:7
date [2] - 17:14, 22:2
Davis [1] - 7:17
DAVIS [2] - 2:11, 24:19
DAWN [1] - 2:19
days [8] - 7:14, 8:5, 12:9, 12:15, 13:12, 15:10, 19:1, 20:18
dbarrios@blc [1] - 2:21
dbarrios@blc-law.

com [1] - 2:21
DC [1] - 3:13
deadline [4] - 8:10, 19:7, 26:9, 26:15
deadlines [2] - 4:20, 26:3
deal [4] - 5:23, 23:20, 24:4, 24:11
Deborah [1] - 26:10
decision [1] - 8:4
deemed [1] - 12:25
default [1] - 22:21
defendant [1] - 24:22
DEFENDANT [2] - 3:3, 3:7
defendants [4] - 5:9, 9:7, 17:25, 23:22
Defense [1] - 4:13
deficiency [8] - 15:16, 19:1, 19:15, 19:16, 19:24, 20:12, 20:17, 21:10
delayed [1] - 27:21
denial [1] - 15:11
denied [6] - 12:13, 14:20, 14:21, 14:24, 15:17, 15:19
depth [2] - 19:13, 21:18
detail [3] - 19:4, 20:13, 22:8
detailed [3] - 19:11, 21:3, 21:4
details [1] - 21:16
determination [3] - 19:5, 20:2, 21:11
determine [1] - 11:6
determined [1] - 6:2
Diana [1] - 26:4
different [1] - 14:12
Diocese [1] - 26:19
directs [1] - 5:8
disbursement [1] - 21:13
discovery [2] - 24:2, 24:5
discuss [2] - 7:16, 24:8
discussed [3] - 9:18, 24:17, 25:18
discussion [1] - 16:17
dismiss [1] - 5:10
dismissals [2] - 6:1, 6:2
dismissed [1] - 25:12
distribution [1] - 16:19
DISTRICT [5] - 1:1, 1:2, 1:13, 1:21, 1:21
divide [1] - 13:24

**docket** [2] - 26:4, 26:11
**DOCKET** [1] - 1:5
**document** [5] - 5:8, 26:15, 26:20, 26:24, 27:4
**DOCUMENT** [1] - 1:7
**documentation** [1] - 14:15
**documents** [1] - 15:24
**dollars** [3] - 16:8, 18:4
**done** [7] - 10:19, 10:20, 11:2, 19:9, 21:1, 23:5, 27:20
**down** [3] - 12:5, 12:20, 13:19
**Dry** [1] - 16:5
**drywall** [2] - 25:3, 25:5
**DRYWALL** [1] - 1:4
**Drywall** [1] - 4:7
**due** [2] - 12:8

**E**

**early** [1] - 7:6
**EASTERN** [2] - 1:2, 1:21
**eight** [1] - 7:15
**either** [4] - 11:13, 13:4, 15:23, 17:1
**ELDON** [1] - 1:12
**eligibility** [5] - 12:24, 13:1, 13:4, 19:15, 19:16
**eligible** [14] - 11:25, 13:14, 13:18, 13:20, 13:24, 14:4, 14:11, 14:13, 14:17, 15:7, 15:17, 19:20
**email** [1] - 16:3
**encourage** [2] - 12:18, 15:22
**end** [1] - 21:22
**ENERGY** [1] - 3:4
**engaged** [1] - 19:11
**enter** [1] - 20:3
**entering** [1] - 24:10
**entertain** [3] - 9:21, 24:2, 24:8
**entities** [2] - 14:23, 25:2
**entitled** [1] - 24:7
**entry** [1] - 22:21
**ESQ** [8] - 2:3, 2:7, 2:11, 2:11, 2:15, 2:19, 3:3, 3:12
**estimated** [1] - 17:14
**event** [2] - 23:16, 24:1
**evidence** [1] - 22:19
**excuse** [1] - 7:10

**exotic** [1] - 14:7
**expect** [1] - 20:17
**expecting** [1] - 20:6
**expenses** [1] - 14:9
**Expenses** [1] - 10:24
**expire** [2] - 12:15, 13:11
**expired** [1] - 12:2
**explain** [1] - 21:5
**extend** [3] - 26:2, 26:8, 26:14
**extent** [1] - 25:4
**eyes** [1] - 14:15

**F**

**face** [1] - 9:25
**fair** [1] - 27:15
**fairly** [1] - 10:7
**fall** [1] - 21:24
**FALLON** [1] - 1:12
**Fallon** [7] - 4:11, 5:25, 6:18, 7:10, 9:20, 16:25, 18:9
**families** [2] - 5:17, 25:19
**far** [2] - 9:9, 10:12
**fast** [2] - 8:11, 8:23
**favor** [1] - 5:18
**favorable** [1] - 12:16
**FCRR** [1] - 1:20
**February** [1] - 8:3
**federal** [1] - 6:6
**fee** [2] - 17:13, 24:7
**fees** [3] - 10:1, 17:21, 18:1
**feet** [2] - 13:19, 13:21
**felt** [4] - 5:19, 6:11, 8:16, 25:23
**few** [2] - 10:21, 19:1
**Fifth** [3] - 5:19, 7:23, 8:7
**figure** [2] - 11:7, 14:16
**file** [1] - 8:24
**filed** [7] - 6:10, 10:9, 11:12, 23:14, 25:18, 26:19, 26:23
**filing** [2] - 8:9, 8:11
**final** [3] - 12:20, 14:16, 22:8
**finalize** [2] - 11:19, 21:4
**finalizing** [1] - 6:23
**fine** [1] - 25:14
**finish** [5] - 10:21, 11:4, 11:5, 11:14, 21:9
**firms** [2] - 7:12, 7:15
**first** [4] - 8:18, 15:15, 16:19, 23:8

**FISHBEIN** [1] - 2:15
**five** [4] - 8:5, 13:24, 15:9, 24:18
**Florida** [1] - 8:14
**fluctuates** [1] - 22:15
**follow** [3] - 15:7, 15:9, 22:7
**follow-up** [2] - 15:7, 15:9
**following** [2] - 18:12, 24:13
**foot** [1] - 13:25
**footage** [3] - 13:15, 13:22, 13:25
**FOR** [6] - 2:10, 2:15, 2:18, 3:3, 3:7, 3:12
**foreclosure** [1] - 21:20
**form** [1] - 9:25
**forms** [1] - 19:14
**forth** [2] - 23:11, 24:10
**forty** [1] - 8:5
**forty-five** [1] - 8:5
**forward** [1] - 27:21
**frame** [1] - 12:3
**Fred** [1] - 26:15
**Frequently** [1] - 18:10
**FRILOT** [1] - 3:3
**full** [1] - 16:20
**fully** [1] - 10:23
**fund** [4] - 7:20, 17:3, 26:3, 26:14
**Fund** [1] - 17:9
**funds** [6] - 9:24, 17:13, 17:18, 20:10, 20:22, 21:13

**G**

**GARRETSON** [4] - 2:6, 2:7, 18:15, 20:12
**Garretson** [4] - 9:21, 18:14, 18:17, 18:18
**gears** [1] - 20:24
**general** [2] - 22:24, 24:9
**generals** [2] - 23:9, 23:18
**generals'** [1] - 23:1
**gentlemen** [1] - 4:4
**given** [3] - 5:16, 7:13, 12:7
**Global** [7] - 10:13, 10:18, 11:12, 13:17, 15:5, 15:15, 26:23
**GOODWIN** [1] - 1:19
**grant** [8] - 25:19, 26:1, 26:6, 26:13, 26:17, 26:22, 27:1, 27:24
**granting** [1] - 5:23

**GROUP** [1] - 2:6
**Group** [1] - 18:18
**group** [2] - 19:3, 24:16

**H**

**Hague** [1] - 6:9
**Hall** [4] - 5:14, 5:15, 5:19, 25:23
**hand** [1] - 12:6
**head** [1] - 16:13
**heard** [2] - 7:23, 26:21
**HEARD** [1] - 1:12
**hearing** [4] - 18:12, 22:3, 22:8, 26:12
**hearings** [1] - 18:15
**help** [2] - 15:25, 18:16
**helped** [1] - 9:13
**helpful** [2] - 6:5, 7:7
**Herman** [2] - 4:11, 5:5
**HERMAN** [19] - 2:10, 2:11, 4:10, 4:18, 5:1, 5:25, 6:17, 7:10, 7:21, 7:23, 9:1, 9:6, 9:9, 9:20, 9:23, 16:24, 18:8, 22:13
**Hobbie** [2] - 9:8, 9:17
**home** [3] - 11:18, 14:10, 17:7
**homeowner** [1] - 17:20
**homeowners** [1] - 11:13
**homes** [4] - 6:23, 7:3, 7:13, 22:22
**Honor** [36] - 4:12, 4:18, 4:23, 5:1, 5:3, 6:2, 6:17, 7:10, 7:21, 9:1, 9:7, 9:12, 9:20, 10:4, 10:5, 11:21, 12:22, 13:22, 14:13, 15:13, 16:1, 16:12, 16:24, 17:19, 18:8, 18:17, 18:20, 21:23, 22:10, 22:13, 22:25, 24:19, 24:24, 25:13, 27:7
**HONORABLE** [1] - 1:12
**Hood** [2] - 23:19
**hope** [1] - 8:4
**hopefully** [2] - 7:7, 9:19

**I**

**idea** [1] - 16:7
**important** [4] - 5:12, 11:20, 11:22, 13:15
**IN** [1] - 1:3

**in-depth** [1] - 21:18
**IN/EX** [8] - 7:9, 10:13, 10:18, 11:12, 13:20, 15:5, 15:15, 26:24
**inactive** [1] - 19:19
**Inc** [1] - 3:12
**incentive** [3] - 5:15, 25:17, 25:20
**include** [1] - 17:12
**included** [1] - 20:16
**including** [1] - 26:21
**incomplete** [8] - 12:13, 12:19, 14:2, 14:5, 14:11, 14:19, 15:11, 15:17
**incompleteness** [6] - 11:9, 14:19, 15:9, 15:14, 15:20, 15:23
**incompletes** [1] - 15:8
**Incorporated** [1] - 24:21
**increases** [1] - 10:8
**independently** [1] - 6:10
**indicate** [2] - 7:11, 9:23
**individual** [3] - 19:8, 20:22, 21:1
**individuals** [1] - 19:20
**ineligible** [2] - 19:18, 19:21
**information** [6] - 11:10, 12:19, 13:5, 16:2, 20:16, 25:1
**initial** [4] - 11:5, 15:18, 19:10, 21:1
**injury** [4] - 14:1, 14:14, 21:19, 26:9
**installer** [2] - 13:6, 13:18
**Installers** [1] - 20:22
**intake** [2] - 19:11, 21:2
**intended** [1] - 14:10
**invented** [1] - 6:5
**involved** [2] - 9:16, 18:5
**involving** [1] - 9:4
**issue** [14] - 5:15, 7:2, 9:13, 9:14, 13:7, 15:9, 15:25, 19:5, 20:2, 22:24, 25:3, 25:5, 27:18, 27:21
**issued** [10] - 11:9, 13:4, 14:19, 15:4, 15:6, 15:7, 18:25, 19:14, 19:24, 24:2
**issues** [12] - 4:25, 7:1, 7:8, 7:12, 7:16, 9:18, 14:7, 15:2, 22:20, 22:21, 23:2, 23:6

## J

issuing [1] - 15:3
item [2] - 18:8, 18:10
items [1] - 20:17

Jake [1] - 10:4
JAKE [1] - 2:3
Joachim [2] - 26:10
Johnston [1] - 22:13
join [2] - 6:8, 6:12
joined [1] - 8:19
JR [1] - 3:8
jswoody@
   browngreer.com [1]
   - 2:5
JUDGE [1] - 1:13
Judge [11] - 4:11,
   5:14, 5:19, 5:25,
   6:18, 6:20, 7:10,
   16:25, 18:9, 25:23
judge [2] - 5:3, 9:20
judgment [1] - 5:18
July [1] - 17:18
juncture [1] - 17:11
June [1] - 24:13
jurisdiction [4] -
   23:11, 23:18, 23:19,
   23:22

## K

KATZ [1] - 2:10
keep [2] - 18:19, 25:10
Kerry [4] - 4:12, 6:20,
   7:15, 22:17
KERRY [1] - 3:3
kind [1] - 18:22, 19:6
KINGSDORF [1] -
   2:19
kmiller@frilot.com [1]
   - 3:6
Knauf [4] - 4:13, 6:21,
   11:16, 22:18

## L

LA [5] - 1:22, 2:12,
   2:20, 3:5, 3:10
Labell [1] - 26:4
ladies [1] - 4:4
laedcourtreporter@
   gmail.com [1] - 1:23
Lafarge [2] - 24:20,
   25:2
largest [2] - 10:12,
   13:17
last [5] - 7:14, 10:19,
   10:24, 12:3, 14:3
late [5] - 10:9, 10:21,

21:24, 26:18, 26:23
LAVARGE [1] - 3:12
law [1] - 7:12
law.com [1] - 2:21
lawyers [1] - 9:17
ldavis@hhkc.com [1]
   - 2:14
lead [1] - 26:18
least [4] - 7:3, 8:24,
   9:19, 23:16
leeway [1] - 17:18
left [1] - 22:5
LEONARD [1] - 2:11
Levin [1] - 9:2
LEVIN [7] - 2:15, 2:15,
   8:6, 25:13, 27:6,
   27:12, 28:2
Liability [1] - 4:7
LIABILITY [1] - 1:4
liaison [1] - 5:11
limited [1] - 14:21
listed [1] - 4:23
litigants [3] - 5:9, 7:7,
   9:17
LITIGATION [1] - 1:4
Litigation [1] - 4:7
Living [1] - 10:24
living [1] - 14:9
LLC [2] - 3:3, 3:8
look [2] - 14:16, 23:17
looked [1] - 23:5
looking [3] - 14:6,
   15:1, 15:12
looks [4] - 18:1, 18:2,
   18:5, 27:18
Loss [6] - 10:14, 11:4,
   17:9, 19:9, 20:24,
   22:9
loss [6] - 18:21, 19:6,
   22:5, 26:2, 26:3,
   26:14
losses [5] - 17:24,
   21:7, 21:14, 21:17,
   21:19
Lost [1] - 11:1
Louisiana [3] - 8:15,
   22:24
LOUISIANA [4] - 1:2,
   1:5, 1:21, 4:1

## M

mail [1] - 16:4
majority [1] - 15:5
manageable [2] -
   20:16, 21:25
MANAGER [1] - 4:6
MANUFACTURED [1]
   - 1:3
Manufacturers [1] -

4:7
March [5] - 7:11,
   16:25, 19:7, 19:17,
   20:25
MARK [1] - 3:12
mark [1] - 24:20
markings [1] - 25:2,
   25:5
master [4] - 11:7,
   13:8, 14:16, 18:18
MASTER [2] - 2:3, 2:6
Matt [4] - 18:7, 18:14,
   18:17, 22:11
MATT [1] - 2:7
matter [4] - 5:4, 5:13,
   9:17, 9:19
matters [8] - 7:18, 8:2,
   9:4, 18:12, 18:19,
   18:22, 22:25, 24:4
McNabb [1] - 26:15
MDL [2] - 4:6, 10:6
meaning [2] - 12:1,
   14:22
means [1] - 17:19
MECHANICAL [1] -
   3:19
meet [2] - 7:5, 9:16
meeting [1] - 9:24
meetings [2] - 7:15,
   22:17
mentioned [7] - 13:10,
   13:16, 14:8, 15:3,
   19:24, 20:25, 21:3
Miller [5] - 4:12, 6:19,
   6:20, 7:16, 22:17
MILLER [4] - 3:3, 4:12,
   6:20, 9:12
Miller's [1] - 7:16
million [10] - 13:19,
   13:21, 16:14, 16:25,
   17:7, 17:9, 17:13,
   17:14, 17:15, 18:2
minute [1] - 19:4
minutes [1] - 24:18
Mitchell [1] - 8:2
mitigation [1] - 21:19
moment [1] - 21:5
month [2] - 16:19,
   19:2
monthly [1] - 4:14
morning [4] - 4:4,
   4:10, 4:12, 6:20,
   10:4, 16:18
Moss [1] - 7:5
most [1] - 11:20
motion [18] - 9:9,
   25:17, 25:18, 25:25,
   26:1, 26:2, 26:6,
   26:8, 26:13, 26:14,
   26:18, 26:22, 26:23,

27:1, 27:2, 27:3,
   27:24, 27:25
motions [7] - 6:16,
   23:24, 23:25, 24:8,
   24:14, 24:15, 25:16
move [6] - 12:10,
   12:20, 13:6, 13:10,
   15:10, 15:16
moving [4] - 6:23,
   7:18, 13:3, 14:10
MR [34] - 4:12, 4:12,
   4:18, 5:1, 5:25, 6:17,
   6:20, 7:10, 7:21,
   7:23, 7:25, 8:6, 8:10,
   8:22, 9:1, 9:6, 9:9,
   9:12, 9:20, 9:23,
   10:4, 16:9, 16:12,
   16:24, 18:8, 18:15,
   20:12, 22:13, 24:19,
   24:20, 25:13, 27:6,
   27:12, 28:2
mraffman@
   goodwinprocter.
   com [1] - 3:14
MS [2] - 4:23, 5:5
muted [1] - 27:11
Mutual [1] - 20:23
myriad [1] - 21:17

## N

NA [1] - 3:12
name [1] - 10:4
named [1] - 24:22
nationwide [1] - 20:22
necessary [1] - 25:21
need [4] - 11:10,
   12:19, 16:4, 20:13
needed [1] - 6:7
negotiations [1] -
   17:23
neighborhood [1] -
   17:17
never [1] - 12:25
New [2] - 3:13, 26:19
new [11] - 6:17, 6:23,
   9:6, 11:14, 13:7,
   18:9, 18:11, 22:16,
   22:20, 22:21
NEW [7] - 1:5, 1:22,
   2:12, 2:20, 3:5, 3:10,
   4:1
new-new [1] - 22:16
next [14] - 8:4, 12:8,
   12:15, 13:12, 16:19,
   19:4, 19:25, 20:18,
   21:4, 22:2, 22:7,
   22:8, 22:24, 24:12
ninety [1] - 8:22
ninety-day [1] - 8:22

NO [1] - 1:5
Noel [1] - 26:10
none [2] - 25:1, 26:13
North [1] - 24:20
note [1] - 10:17
noted [1] - 11:14
nothing [4] - 6:17, 9:6,
   18:9, 18:11
notice [8] - 11:9,
   12:24, 13:4, 15:9,
   15:14, 21:10, 22:6,
   23:23
notices [19] - 13:1,
   13:7, 14:2, 14:19,
   15:3, 15:4, 15:5,
   15:6, 15:20, 15:23,
   19:1, 19:5, 19:15,
   19:16, 19:24, 20:3,
   20:12, 21:11
notified [1] - 7:12
number [19] - 7:17,
   8:13, 10:7, 10:8,
   10:10, 10:12, 11:23,
   12:23, 13:13, 13:15,
   13:19, 13:25, 14:4,
   14:5, 14:11, 14:22,
   16:13, 17:5
Number [1] - 11:22
numerous [1] - 7:17
NW [1] - 3:13

## O

O'KEEFE [1] - 2:12
objections [1] - 5:22
occasionally [1] -
   10:10
OF [3] - 1:2, 1:11, 1:21
offer [1] - 13:11
office [2] - 7:16, 7:17
OFFICIAL [1] - 1:20
offset [1] - 10:10
OH [1] - 2:8
Omni [1] - 24:25
omnibus [2] - 5:24,
   6:13
one [10] - 5:4, 6:12,
   6:25, 8:14, 8:16,
   24:13, 24:19, 25:23,
   27:2
ones [1] - 12:13
ongoing [3] - 9:9,
   17:2, 22:18
open [8] - 7:1, 11:23,
   12:1, 12:4, 12:12,
   12:18, 12:23, 16:21
Open [1] - 11:22
opinion [2] - 8:16
opportunity [5] - 4:15,
   7:3, 7:14, 23:23,

24:8
**opposition** [7] - 25:25, 26:5, 26:7, 26:12, 26:17, 27:4, 27:5
**oral** [2] - 8:2, 27:16
**ORDER** [1] - 4:3
**order** [10] - 4:16, 4:24, 5:8, 10:22, 11:5, 22:20, 23:12, 24:2, 24:10, 24:14
**Orders** [1] - 4:17
**Orleans** [1] - 26:19
**ORLEANS** [7] - 1:5, 1:22, 2:12, 2:20, 3:5, 3:10, 4:1
**ought** [3] - 23:11, 23:17, 25:23
**ourselves** [1] - 13:9
**outset** [1] - 18:3
**outstanding** [1] - 13:11
**overview** [1] - 19:6
**owed** [1] - 16:20
**OWEN** [6] - 3:8, 7:25, 8:10, 8:22, 16:9, 16:12
**Owen** [2] - 7:25, 9:2
**Owens** [1] - 8:6
**owners** [1] - 14:21

# P

**PA** [1] - 2:16
**paid** [5] - 16:8, 16:9, 16:25, 17:7, 17:15
**part** [1] - 24:5
**participate** [1] - 19:21
**participated** [1] - 5:17
**particular** [6] - 6:5, 9:14, 9:18, 10:17, 17:23, 24:3
**particularly** [1] - 6:8
**parties** [3] - 23:2, 23:7, 24:9
**passed** [3] - 19:7, 20:25, 27:2
**path** [1] - 18:22
**pay** [2] - 17:21, 17:25
**payable** [1] - 10:2
**payments** [2] - 11:24, 18:3
**penalize** [1] - 27:23
**pending** [2] - 5:9, 8:1
**people** [12] - 5:7, 7:5, 9:16, 12:17, 12:18, 14:10, 14:22, 15:22, 16:20, 19:1, 21:8, 25:20
**per** [1] - 13:25
**percent** [13] - 10:17,

10:24, 12:24, 12:25, 13:1, 13:2, 13:11, 14:5, 14:12, 14:18, 17:2, 17:24, 20:21
**percentages** [1] - 20:23
**perhaps** [1] - 8:7
**period** [8] - 8:22, 20:3, 20:4, 21:11, 21:12, 22:6, 22:7, 24:3
**permitted** [1] - 25:9
**persona** [1] - 21:18
**PHILADELPHIA** [1] - 2:16
**phone** [2] - 27:7, 27:10
**physical** [1] - 22:19
**pilot** [3] - 6:18, 11:18, 17:1
**pilot/class** [1] - 6:22
**pinpoint** [1] - 22:1
**Plaintiff's** [3] - 16:17, 24:25, 25:7
**plaintiff's** [3] - 6:16, 24:6, 26:18
**plaintiffs** [3] - 4:11, 5:16, 17:24
**PLAINTIFFS** [2] - 2:15
**PLAINTIFFS'** [1] - 2:10
**plans** [1] - 8:24
**PLC** [1] - 2:3
**pleadings** [3] - 23:11, 27:14
**PO** [1] - 16:5
**Pohner** [1] - 26:4
**point** [3] - 7:11, 10:8, 23:18
**Pope** [1] - 26:21
**Porter** [2] - 9:6, 20:20
**portion** [2] - 10:16, 13:9
**position** [1] - 26:5
**positions** [2] - 23:4, 23:10
**possible** [1] - 15:23
**posture** [1] - 12:11
**potentially** [3] - 14:3, 14:12, 14:13
**POYDRAS** [4] - 1:22, 2:20, 3:4, 3:9
**practice** [1] - 6:6
**Pre** [1] - 10:23
**pre** [2] - 14:9, 14:18
**Pre-Remediation** [1] - 10:23
**pre-remediation** [2] - 14:9, 14:18
**prejudice** [1] - 23:10
**preliminary** [1] - 22:21

**prepared** [1] - 22:2
**presented** [2] - 4:16, 6:1
**preservation** [1] - 22:19
**Pretrial** [1] - 4:17
**pretty** [2] - 9:15, 20:8
**previously** [2] - 17:5, 22:23
**pro** [5] - 11:23, 13:16, 13:23, 22:12, 22:15
**problems** [1] - 7:6
**proceeding** [2] - 6:1, 11:3
**Proceedings** [1] - 25:15
**PROCEEDINGS** [2] - 1:11, 3:19
**proceedings** [1] - 28:5
**process** [7] - 9:10, 9:15, 12:20, 21:9, 21:18, 22:4, 25:8
**processing** [2] - 14:2, 14:20
**PROCTER** [1] - 3:12
**PRODUCED** [1] - 3:19
**Products** [1] - 4:7
**PRODUCTS** [1] - 1:4
**professional** [1] - 9:3
**program** [5] - 6:18, 6:22, 11:18, 17:1, 27:3
**progress** [4] - 10:21, 11:12, 11:14, 15:21
**projected** [1] - 18:3
**proof** [1] - 20:15
**properties** [3] - 17:4, 17:5, 19:9
**property** [11] - 18:21, 18:24, 19:13, 19:16, 19:23, 20:19, 21:6, 21:10, 21:18, 22:5, 22:7
**proposed** [2] - 4:16, 25:7
**PSC** [3] - 4:19, 9:24, 26:5
**PTO** [2] - 4:18, 4:20
**PTOs** [1] - 4:21
**purple** [2] - 25:2, 25:5
**purposes** [2] - 5:7, 6:8
**pursuant** [1] - 11:17
**pursue** [1] - 25:8
**put** [2] - 6:11, 19:2

# Q

**questions** [2] - 5:11, 15:24
**Questions** [1] - 18:11

**quick** [1] - 18:20
**quickly** [6] - 11:3, 11:15, 12:17, 12:23, 14:7, 15:22
**quite** [1] - 15:4

# R

**RAFFMAN** [2] - 3:12, 24:20
**Raffman** [1] - 24:20
**Randazzo** [1] - 26:10
**rata** [3] - 11:23, 13:16, 13:23
**rather** [1] - 6:9
**rationale** [1] - 21:15
**re** [1] - 4:6
**RE** [1] - 1:3
**reach** [1] - 17:17
**real** [10] - 18:20, 18:24, 19:13, 19:16, 19:23, 20:19, 21:6, 21:10, 22:5, 22:6
**really** [4] - 8:10, 20:5, 21:22, 25:23
**reappointed** [1] - 4:19
**reason** [4] - 10:19, 11:21, 14:24, 27:19
**reasons** [1] - 6:25
**receive** [5] - 5:22, 8:4, 12:9, 20:6, 22:1
**received** [8] - 7:17, 11:17, 15:8, 15:11, 15:21, 19:8, 20:7, 25:25
**receiving** [2] - 20:20, 21:14
**recent** [1] - 23:20
**recess** [3] - 25:15, 28:4, 28:5
**record** [10] - 4:8, 5:8, 9:1, 10:3, 26:4, 26:10, 26:15, 26:20, 26:24, 27:3
**RECORDED** [1] - 3:19
**records** [1] - 5:13
**reference** [1] - 12:3
**regard** [5] - 5:14, 6:18, 8:1, 23:1
**regarding** [2] - 7:12, 26:18
**regards** [1] - 27:24
**RELATES** [1] - 1:7
**remain** [2] - 12:1, 15:17
**remaining** [2] - 10:14, 11:16
**remains** [2] - 10:7, 16:20
**remediated** [5] - 7:3,

7:13, 17:4, 17:5, 22:22
**remediating** [1] - 11:17
**remediation** [6] - 6:22, 14:9, 14:11, 14:18, 17:1, 17:2
**Remediation** [1] - 10:23
**remind** [1] - 5:7
**removal** [2] - 23:23, 23:24
**Rent** [1] - 11:1
**repeat** [1] - 21:9
**report** [5] - 9:21, 10:6, 17:16, 22:14, 22:23
**REPORTER** [1] - 1:20
**represents** [1] - 7:2
**request** [1] - 15:24
**requested** [1] - 9:24
**required** [1] - 20:16
**requirements** [1] - 20:15
**reserve** [1] - 17:20
**reserved** [1] - 20:17
**residential** [1] - 7:4
**Resolution** [1] - 18:18
**resolution** [2] - 9:14, 12:21
**RESOLUTION** [1] - 2:6
**resolve** [5] - 9:19, 13:8, 13:9, 14:7, 23:3
**resolved** [1] - 17:6, 23:15
**respect** [6] - 18:8, 18:10, 18:24, 22:19, 22:22, 26:2
**respond** [7] - 7:14, 12:25, 15:10, 15:22, 19:2, 27:13
**responded** [1] - 27:14
**response** [4] - 12:9, 15:8, 26:22, 27:9
**responses** [4] - 12:7, 14:2, 15:14, 15:21
**rest** [1] - 27:14
**resulted** [1] - 5:18
**results** [4] - 11:19, 14:1, 14:20, 15:13
**REUTER** [1] - 3:7
**review** [14] - 10:17, 10:20, 11:5, 11:11, 14:1, 15:18, 19:10, 19:12, 21:1, 21:3, 21:4, 21:9, 22:8
**reviewed** [1] - 6:2
**reviews** [2] - 11:13, 12:11

Richmond [2] - 10:5, 16:6
RICHMOND [1] - 2:4
RIDGE [1] - 2:7
right-hand [1] - 12:6
RMR [1] - 1:20
ROCKETTS [1] - 2:4
ROOM [1] - 1:22
Rose [1] - 8:2
ROSS [1] - 3:7
roughly [1] - 19:2
row [3] - 11:2, 15:15, 18:15
Royale [2] - 27:3, 27:24
Rule [1] - 23:25
rule [1] - 25:8
ruling [1] - 8:8
running [1] - 12:17
RUSS [1] - 2:11
Russ [2] - 4:11, 22:12
rwestenfield@hhkc.com [1] - 2:13

**S**

sales [1] - 21:19
schedule [2] - 23:8, 24:10
se [1] - 22:12
SEDRAN [1] - 2:15
see [10] - 10:15, 11:2, 11:25, 12:6, 15:7, 15:14, 20:19, 20:23, 21:22, 23:3
send [1] - 21:11
separately [1] - 8:19
served [1] - 6:11
service [2] - 6:8, 6:9
ses [1] - 22:16
set [6] - 4:20, 18:1, 18:12, 20:17, 21:25, 22:25
setting [2] - 23:7, 24:10
settings [1] - 4:22
Settlement [1] - 16:5
settlement [17] - 6:24, 11:23, 13:14, 13:15, 13:20, 16:14, 17:15, 17:17, 19:21, 19:22, 20:4, 20:10, 20:14, 20:19, 20:22, 26:24, 27:3
settlements [3] - 13:16, 17:8, 17:11
settling [1] - 5:9
seven [1] - 25:16
several - 24:14
shared [1] - 7:20

short [3] - 10:22, 11:4, 18:19
show [3] - 11:21, 25:8, 25:10
showing [1] - 25:1
shows [4] - 11:11, 13:13, 15:13, 16:1
side [2] - 12:6, 24:8
signatures [1] - 20:14
similar [1] - 25:8
site [1] - 23:19
slide [8] - 11:11, 11:20, 12:7, 13:13, 15:13, 16:1, 20:23, 21:5
slides [1] - 23:25
small [2] - 14:5, 14:22
smaller [1] - 10:14
smallest [1] - 13:20
soon [1] - 16:21
sort [1] - 12:12
SPECIAL [2] - 2:3, 2:6
special [4] - 11:7, 13:8, 14:15, 18:18
split [1] - 8:17
square [6] - 13:15, 13:19, 13:21, 13:22, 13:25
stands [1] - 28:4
STANLEY [1] - 3:7
start [1] - 13:3
started [1] - 19:14
state [3] - 4:22, 4:25, 8:15
STATE/FEDERAL [1] - 2:18
STATES [3] - 1:1, 1:13, 1:21
static [1] - 10:7
status [8] - 4:14, 10:6, 10:19, 10:25, 12:4, 14:3, 19:6, 24:12
STATUS [1] - 1:11
STEERING [1] - 2:10
Steering [4] - 4:13, 16:18, 24:25, 25:7
STENOGRAPHY [1] - 3:19
step [2] - 19:4, 21:4
steps [1] - 19:25
still [9] - 8:1, 9:9, 12:14, 14:4, 14:6, 15:1, 15:20, 16:20, 17:5
STREET [5] - 1:22, 2:16, 2:20, 3:4, 3:9
subject [1] - 10:1
submission [6] - 4:20, 20:25, 22:4, 26:3, 26:9, 26:15

submit [3] - 13:5, 21:8, 26:23
submitted [4] - 11:16, 14:23, 19:14, 22:14
submitting [1] - 19:7
substantial [3] - 10:16, 16:15, 27:19
substantive [2] - 18:25, 19:15
sued [1] - 25:4
suggested [2] - 24:6
suit [1] - 24:22
SUITE [5] - 2:8, 2:16, 2:20, 3:5, 3:9
summary [1] - 21:14
summer/early [1] - 21:24
supplied [1] - 25:1
supplier [1] - 13:6
Supply [1] - 9:6
supposed [1] - 27:22
supreme [3] - 8:12, 8:21, 23:20
SUSAN [1] - 1:20
susan_zielie@laed.uscourts.gov [1] - 1:23
sweet [1] - 18:19
switching [1] - 20:24

**T**

TAISHAN [1] - 3:7
Taishan [3] - 7:22, 7:25, 9:4
technology [1] - 18:16
telephone [1] - 5:7
ten [3] - 12:9, 12:15, 13:12
tenant [1] - 21:19
terms [1] - 16:8
testified [1] - 25:21
THE [36] - 1:12, 2:10, 2:15, 2:18, 3:3, 4:4, 4:8, 4:14, 4:22, 4:25, 5:12, 6:4, 6:25, 7:19, 7:22, 8:13, 8:25, 9:5, 9:8, 9:11, 9:16, 9:22, 16:7, 16:10, 16:22, 17:22, 18:14, 20:11, 22:11, 23:1, 25:14, 25:16, 27:8, 27:10, 27:16, 28:3
themselves [2] - 17:24, 27:20
therefore [1] - 27:1
they've [1] - 18:2
thirty [2] - 8:4, 20:18
THOMAS [1] - 3:8
THORNTON [1] - 3:7

three [1] - 7:14
THURSDAY [2] - 1:6, 4:1
tight [1] - 20:8
timeframe [2] - 12:12, 21:24
timelines [1] - 12:16
timing [1] - 20:5
TO [2] - 1:7, 4:3
Tobin [1] - 20:20
today [2] - 11:21, 18:19
together [3] - 6:8, 8:19, 23:2
Tom [2] - 7:25, 9:2
top [1] - 16:13
total [7] - 12:12, 13:14, 15:4, 16:10, 16:12, 16:14, 16:22
totalled [1] - 14:4
towards [1] - 12:20
tpo@stanleyreuter.com [1] - 3:11
track [1] - 21:21
TRANSCRIPT [2] - 1:11, 3:19
TRANSCRIPTION [1] - 3:19
transferred [1] - 24:23
TRI [1] - 2:7
TRI-RIDGE [1] - 2:7
trial [1] - 4:22
turn [1] - 11:1
two [2] - 8:15, 18:15
type [3] - 16:18, 20:14, 21:17
types [5] - 12:11, 15:5, 20:12, 21:7, 21:14

**U**

uncapped [1] - 17:3
under [2] - 13:14, 13:18
undoing [1] - 6:14
unfair [1] - 27:12
UNITED [3] - 1:1, 1:13, 1:21
universe [2] - 19:8, 20:25
unless [1] - 26:6
unusual [1] - 15:1
up [10] - 5:12, 6:11, 13:25, 14:15, 15:7, 15:9, 22:7, 23:7, 24:5, 24:17
update [1] - 18:20

**V**

VA [1] - 2:4
varies [1] - 16:13
various [2] - 17:12, 22:17
vehicle [3] - 6:4, 6:7, 6:12
vein [2] - 12:22, 16:1
venture [1] - 9:5
Venture [2] - 9:6, 20:20
views [1] - 9:19
VIRGINIA [1] - 2:6
Virginia [12] - 5:4, 5:15, 8:14, 8:17, 8:19, 10:5, 16:6, 17:10, 18:18, 18:21, 19:22, 25:18
Vista [1] - 27:2
voided [1] - 23:16

**W**

Wall [1] - 16:5
WALNUT [1] - 2:16
Washington [1] - 3:13
WAY [1] - 2:4
week [1] - 7:14
weeks [1] - 9:14
welfare [1] - 24:16
whereby [1] - 25:9
wild [2] - 20:5, 21:23
Wilks [1] - 8:2
wish [1] - 27:5
wishes [1] - 24:17
withdrawn [3] - 10:11, 14:6, 14:25
WOODY [2] - 2:3, 10:4
Woody [1] - 10:5
world [1] - 15:15
write [1] - 23:3
writs [1] - 8:20
written [1] - 22:14
wrote [1] - 8:15

**Y**

year [1] - 4:19
Yelton [1] - 26:9
York [1] - 3:13

**Z**

ZIELIE [1] - 1:20