UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KENNETH and BARBARA WILTZ, et al vs. BEIJING NEW BUILDING MATERIALS PUBLIC Ltd, et al Case No. 2:10-cv-361-EEF-JCW OMNI II, II(A), II(B), II(C) | * * * * * * * * | JUDGE FALLON (L)  MAG. WILKINSON (4) |

## ORDER

Considering the Unopposed Motion Dismissing Claims Against Devonshire Properties, Inc.:

It is hereby ordered that the claims of:

a. William and Stacy Peek, and

b. Keith Willett

against Devonshire Properties, Inc. in the captioned matter are hereby dismissed, without prejudice. Each side shall bear their own costs.

New Orleans, Louisiana this 28th day of April, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE