UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>*Little et al., v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 14-587 | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**LAFARGE NORTH AMERICA INC.'S MOTION FOR RULE TO SHOW CAUSE WHY THE LAFARGE ENTITIES SHOULD NOT BE DISMISSED**

For the reasons set forth in the accompanying Memorandum of Law, Lafarge North America Inc. hereby moves this Court for a rule to show cause why the Lafarge Entities should not be dismissed.

Respectfully submitted,

Dated: April 29, 2014

/s/ *Mark S. Raffman* _
Mark S. Raffman, (T.A.) (DC Bar #414578)
mraffman@goodwinprocter.com
Andrew S. Hudson (DC Bar #996294)
ahudson@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.: (202) 346-4000
Fax: (202) 346-4444

*Attorneys for Defendant Lafarge North America Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to File & Serve Xpress (formerly LexisNexis File & Serve) in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of April, 2014.

              /s/ *Andrew S. Hudson*
              Andrew S. Hudson