## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This Document Relates to:

*Little et al., v. Taishan Gypsum Co., Ltd., et al*.
Case No. 14-587

MDL No. 09-2047

SECTION: L

DISTRICT JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

## ORDER TO SHOW CAUSE

AND, NOW, this _____ day of _____, 2014, upon consideration of

Lafarge North America Inc.'s Motion for Rule to Show Cause Why The Lafarge Entities

Should Not be Dismissed, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Any party to the above referenced case who maintains that their claims should not

   be dismissed with prejudice shall appear before this Court on the _____ day of

   _____, 2014, at _____ o'clock in the _____ to explain why their claims

   should not be so dismissed.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE