# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>*Little et al., v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 14-587 | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## ORDER

AND, NOW, this _____ day of _____, 2014, upon consideration of Lafarge North America Inc.'s Motion for Rule to Show Cause Why The Lafarge Entities Should Not be Dismissed, it is hereby ORDERED, ADJUDGED AND DECREED, that:

2. On ____ day of _____, 2014, this Court conducted a show-cause hearing as to why the Lafarge Entities should not be dismissed; and

3. As a result of that hearing, this Court hereby orders that all plaintiffs in the above referenced matter shall have their claims against Lafarge North America Inc., Lafarge S.A., and Lafarge Onoda Gypsum in Shanghai dismissed with prejudice, all sides to bear their own costs.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE