# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 09-2047<br><br>SECTION: L |
| This Document Relates to:<br><br>*Little et al., v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 14-587 | DISTRICT JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel will bring the foregoing Motion for heading before the Honorable Judge Eldon E. Fallon, Section L, of the United States District Court for the District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on Wednesday May 21, 2014, beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Respectfully submitted,

Dated: April 29, 2014

/s/ *Mark S. Raffman*
Mark S. Raffman, (T.A.) (DC Bar #414578)
mraffman@goodwinprocter.com
Andrew S. Hudson (DC Bar #996294)
ahudson@goodwinprocter.com
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel.:  (202) 346-4000
Fax:  (202) 346-4444

*Attorneys for Defendant Lafarge North America Inc.*