UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628<br><br>_____ | ) ) ) ) | |

**ORDER GRANTING JESSE DAVIS AND KATIE DAVIS'S MOTION TO COMPEL THE KNAUF DEFENDANTS CASH-OUT OPTION PAYMENT**

The Court, having considered Plaintiffs Jesse Davis and Katie Davis's Motion to Compel the Knauf Defendants Cash-Out Option Payment and Memorandum of Law In Support, the Knauf Defendants' Reply, Plaintiffs' Response, having heard argument of counsel and being otherwise fully advised in all premises hereby ORDERS and ADJUDGES as follows:

The aforementioned Motion is GRANTED. The Court approves the form of the Release attached to the aforementioned Motion as Exhibit 8. The Release shall be executed by the Davises within 5 days of the entry of this Order and the Knauf Defendants shall accept it when executed by the Davises. Within 10 days of the receiving the executed Release signed by the Davises, the Knauf Defendants shall deposit into the Davises' counsel's Trust Account the amount of $88,811.65.

New Orleans, Louisiana, this ___ day of May, 2014.

_____
Hon. Eldon E. Fallon
District Court Judge