UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 | ) ) ) ) | |

**ORDER GRANTING IN PART AND DENYING IN PART JESSE DAVIS AND KATIE DAVIS'S MOTION TO COMPEL THE KNAUF DEFENDANTS CASH-OUT OPTION PAYMENT**

The Court, having considered Plaintiffs Jesse Davis and Katie Davis's Motion to Compel the Knauf Defendants Cash-Out Option Payment and Memorandum of Law In Support, the Knauf Defendants' Reply, Plaintiffs' Response, having heard argument of counsel and being otherwise fully advised in all premises hereby ORDERS and ADJUDGES as follows:

The aforementioned Motion is GRANTED in part and DENIED IN PART. The Knauf Defendants are not required to pay the Davises' Cash-Out Claim. The Davises' currently filed Other Loss Fund Claim shall be included in the Other Loss Fund and processed by Brown Greer as timely filed.

New Orleans, Louisiana, this ___ day of May, 2014.

                                                                                                 Hon. Eldon E. Fallon
                                                                                                 District Court Judge