# EXHIBIT 1

## PROPERTY INFORMATION REQUEST

### Section A. Owner and Address Information

| | | | | |
|---|---|---|---|---|
| 1. | Property Owner Name(s) | Last, First, Middle<br>Davis Jesse W.; Davis Katie | | |
| 2. | Current/Mailing Address | Street<br>8626 104th Avenue | | |
| | | City<br>Vero Beach | State<br>FL | Zip<br>32967 |
| 3. | Affected Property Address | Street<br>8626 104th Avenue | | |
| | | City<br>Vero Beach | State<br>FL | Zip<br>32967 |

### Section B. Square Footage, Xactimate, and Final Cost Estimate

| | | | |
|---|---|---|---|
| 4. | Remediation Square Footage | | 1,978 |
| 5. | Xactimate Amount | $87,577.80 | $44.28 per sq. ft. |
| 6. | 65% Xactimate Amount | $56,925.57 | $28.78 per sq. ft. |
| 7. | Final Cost Estimate | $97,024.65 | $49.05 per sq. ft. |
| 8. | ANSI ("under air") Square Footage<br>For purposes of calculating Lump Sum Payment and any Delay Period | | 1,892 |

### Section C. Self-Remediation Option Amounts

| | | |
|---|---|---|
| 9. | Amount Available for Property Owner's Contractor<br>Higher of 65% Xactimate Amount (Row 6) and Final Cost Estimate (Row 7) | $97,024.65 |
| 10. | Lump Sum Payment Amount<br>For RESIDENTIAL PROPERTY ONLY | $16,082.00 |

### Section D. Cash-Out Option Amounts

| | | |
|---|---|---|
| 11. | Reduced Payment<br>Higher of 65% Xactimate Amount (Row 6) and Final Cost Estimate (Row 7), less $7.50 per square foot | $82,189.65 |
| 12. | Lump Sum Payment Amount<br>$3.50 per square foot For RESIDENTIAL PROPERTY ONLY | $6,622.00 |
| 13. | Total Payment Amount | $88,811.65 |