# EXHIBIT 6

Montoya, Patrick

| | |
|---|---|
| From: | Montoya, Patrick |
| Sent: | Friday, August 09, 2013 8:33 AM |
| To: | Spaulding, Kyle |
| Cc: | Miller, Kerry J.; Gonzalez, Ervin |
| Subject: | Re: Drywall--Jessie Davis and Already Remediated Homes |

Kyle,
Reason I wrote was your message below:
"Patrick-I can confirm that Knauf will pay the cash out amount. I've not actually determined the amount payable to Davis/US Bank. I'll let Knauf and Brown Greer handle that."

Accordingly, I'll follow up with Brown Greer. Thanks.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
(O) 305-476-7400
(F) 305-476-7444

On Aug 9, 2013, at 7:40 AM, "Spaulding, Kyle" <kspaulding@frilot.com> wrote:

> Patrick-I can confirm that Knauf will pay the cash out amount. I've not actually determined the amount payable to Davis/US Bank. I'll let Knauf and Brown Greer handle that.

1