# EXHIBIT 7

**Property Owner Affidavit**
**Regarding Recording of Presence of Reactive Chinese Drywall in Property**

I, _JESSE DAVIS_____, the owner of the property located at

_8626 104th Ave, Vero Beach, FL_ (the "Property"), hereby submit this

Affidavit in support of my selection of the Cash-Out Option pursuant to Section 4.3.3 of the

Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047.

I declare, under penalty of perjury, the following (select one):

☒  I have recorded in the local property clerk's office for jurisdiction in which the Property is located that the Property contains reactive Chinese Drywall. Attached hereto is a certified copy of the recording.

☐  I have consulted with my attorney and the local property clerk's office for the Property, and they have advised me that the local law of the jurisdiction in which the Property is located does not permit me to record the existence of Chinese Drywall in the Property in the local property clerk's office.

_Jesse Davis_____                    _____
Property Owner                                  Property Owner

_____                _____
Property Owner Social Security #                Property Owner Social Security #

STATE OF _FLORIDA_____, COUNTY OF _ST. LUCIE_____

I certify that on _JUNE 5th_____, 2013 _JESSE DAVIS_ personally came before me and acknowledged under oath, to my satisfaction, that this person (a) is named in and personally signed this document; and (b) signed, sealed and delivered this document by her act and deed. _FL DL D120439821420 - AS IDENTIFICATION_

_____
Notary Public

KELLY WATKINSON WHITTEN
[Printed Name of Notary]

My Commission Expires: _MAY 17, 2017_

KELLY WATKINSON WHITTEN
Notary Public - State of Florida
My Comm. Expires May 17, 2017
Commission # EE 867461

2

3120130006005
RECORDED IN THE PUBLIC RECORDS OF
JEFFREY R SMITH, CLERK OF COURT
INDIAN RIVER COUNTY FL BK: 2639 PG: 1086 Page 1 of 1
1 24 2013 10:40 AM

## AFFIDAVIT OF CHINESE DRYWALL CONTAMINATION

STATE OF FLORIDA         )
                                 ) ss:
COUNTY OF INDIAN RIVER     )

BEFORE ME, the undersigned authority, duly authorized to administer oaths in the State of-

Florida, personally appeared, _____, who, after first being duly sworn, states as follows:

1. My name is _JESSE DAVIS_

2. My Property located at _3626  104th Ave_ has the existence of Chinese
   _Vero Beach , FL 32967_
   Drywall.

3. My Property's Folio Number is _313828 0300 5004 0000 26.0_

4. I declare under penalty of perjury under the laws of the State of Florida that the
   foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

BEFORE ME personally appeared _Jesse  Davis_, being duly sworn, and who is
personally known to me or has produced _FL drivers license_ as identification, and
states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this _24th_ day of _January_, 2013___.

_____
NOTARY PUBLIC (Signature)

_Carolyn L. Ledford_
Print or Type Name of Notary

My commission expires: _11-6-15_

CAROLYN L. LEDFORD
Notary Public - State of Florida
My Comm. Expires Nov 6, 2015
Commission # EE 143999

3120130006005 RECORDED IN THE RECORDS OF JEFFREY R SMITH, CLERK OF CIRCUIT COURT INDIAN RIVER CO FL,
BK: 2639 PG: 1086, 1/24/2013 10:40 AM

## AFFIDAVIT OF CHINESE DRYWALL CONTAMINATION

STATE OF FLORIDA          )
                                    ) ss:
COUNTY OF INDIAN RIVER    )

BEFORE ME, the undersigned authority, duly authorized to administer oaths in the State of
Florida, personally appeared, _____, who, after first being duly sworn, states as follows:

1. My name is _JESSE DAVIS_

2. My Property located at _8626 104th Ave_ _Vero Beach, FL 32967_ has the existence of Chinese Drywall.

3. My Property's Folio Number is _313828 0000 5004 0000 26.0_

4. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

BEFORE ME personally appeared _Jesse Davis_ , being duly sworn, and who is
personally known to me or has produced _FL drivers license_ as identification, and
states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this _24th_ day of _January_, 2013___.

NOTARY PUBLIC (Signature)

_Carolyn L. Ledford_
Print or Type Name of Notary

My commission expires: _11-6-15_

CAROLYN L. LEDFORD
Notary Public - State of Florida
My Comm. Expires Nov 6, 2015
Commission # EE 143999

STATE OF FLORIDA
INDIAN RIVER COUNTY
THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT
COPY OF THE ORIGINAL ON FILE IN THIS OFFICE. THIS
ORIGINAL MAY HAVE REDACTED INFORMATION AS STATED
IN FLORIDA STATUE 119.07.
J.R. SMITH, CLERK
BY
DEPUTY CLERK
DATE 24 Jan 2013



**Indian River County**
**Clerk of the Circuit Court**
**Jeffrey R. Smith**
**Vero Beach FL 32960**
**(772) 770-5185**

| | | | | | |
|---|---|---|---|---|---|
| Transaction # | 606967 | Agent # | 0 | Source: | Over the Counter |
| Receipt # | 588469 | Name: | JESSE DAVIS | Returned: | Over the Counter |
| Cashier Date | January 24, 2013 | Address: | 8626 104TH AVE | | |
| Cashier | SHORTLE | | VERO BEACH, FL 32967 | | |

AFFIDAVIT                CFN:   3120130006005

From:   DAVIS, JESSE          To:   PUBLIC

| | |
|---|---|
| Indexing @ 1st 4 Names Free, Addt'l=$1 ea. | $0.00 |
| Recording @ 1st=$10 Addt'l=$8.50 ea. | $10.00 |

| | | |
|---|---|---|
| CASH | Return $10.00 in change | $10.00 |

| Total Payments: | $10.00 | Total Fees: | $10.00 | Shortage: | $ 0.00 | Overage: | $ 0.00 |
|---|---|---|---|---|---|---|---|



**Indian River County**
**Clerk of the Circuit Court**
**Jeffrey R. Smith**
**Vero Beach FL 32960**
**(772) 770-5185**

| | | | | | |
|---|---|---|---|---|---|
| Transaction # | 606968 | Agent # | 0 | Source: | Over the Counter |
| Receipt # | 588471 | Name: | JESSE DAVIS | Returned: | Over the Counter |
| Cashier Date | January 24, 2013 | Address: | | | |
| Cashier | SHORTLE | | | | |

MISC              CFN:

| From: | To: | | C/C OR BK 2639 PG 1086 |
|---|---|---|---|
| | CERTIFY | $2.00 | |
| | CopyFee | $1.00 | |

| CASH | Return $7.00 in change | $3.00 |
|---|---|---|

| Total Payments: | $3.00 | Total Fees: | $3.00 | Shortage: | $ 0.00 | Overage: | $ 0.00 |
|---|---|---|---|---|---|---|---|

1/24/2013  10:44:02A  Page 1 of 1