# EXHIBIT 16

# Montoya, Patrick

| | |
|---|---|
| From: | Montoya, Patrick |
| Sent: | Wednesday, August 14, 2013 9:47 PM |
| To: | Spaulding, Kyle |
| Cc: | Miller, Kerry J.; Gonzalez, Ervin; Rico, Natalie |
| Subject: | Re: Drywall--Jessie Davis and Already Remediated Homes |

We will get it done. Thank you.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
(O) 305-476-7400
(F) 305-476-7444

On Aug 14, 2013, at 9:16 PM, "Spaulding, Kyle" <kspaulding@frilot.com> wrote:

> Seems that the bank would sign as owner, but to cover all bases, it may be best for both to sign.
>
>
> Kyle A. Spaulding
> Frilot L.L.C.
> 1100 Poydras Street, Suite 3700
> New Orleans, LA 70163
> (T) 504.599.8249
> (F) 504.599.8137
>
> ---
>
> **From:** Montoya, Patrick [mailto:patrick@colson.com]
> **Sent:** Wednesday, August 14, 2013 10:14 AM
> **To:** Spaulding, Kyle; Miller, Kerry J.
> **Cc:** Gonzalez, Ervin <Ervin@colson.com>; Rico, Natalie <natalie@colson.com>
> **Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes
>
> Kerry & Kyle,
> On your instruction we reached out to Brown Greer about funding this and scheduling. They replied they need the homeowner affidavit signed. As you recall, this was the exact issue we resolved, but I don't have an answer from you if you want Mr. Davis to sign it or the bank's representative. Please let us know and we will get it done either way and submit it to Brown Greer.
>
> Thank you.
>
> Regards,
>
> Patrick S. Montoya
> Partner
> Colson Hicks Eidson
> 255 Alhambra Circle, Penthouse
> Coral Gables, FL 33134

1

Office: 305.476.7400
Fax: 305.476.7444
email: Patrick@colson.com

---

**From:** Montoya, Patrick
**Sent:** Wednesday, August 07, 2013 1:26 PM
**To:** 'Spaulding, Kyle'; 'Miller, Kerry J.'
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Kyle/Kerry,
Following up on the below. My client is asking us when this will be funded. Do you know?

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: 305.476.7400
Fax: 305.476.7444
email: Patrick@colson.com

---

**From:** Montoya, Patrick
**Sent:** Thursday, July 25, 2013 2:15 PM
**To:** Spaulding, Kyle; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Thank you Kyle and Kerry. We have all the cash-out docs that were sent by Brown Greer. The only thing that wasn't signed was the homeowner affidavit because of the ownership issue. Do you want us to have a bank rep sign it as owner so Brown Greer can process?

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: 305.476.7400
Fax: 305.476.7444
email: Patrick@colson.com

---

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Thursday, July 25, 2013 1:19 PM
**To:** Montoya, Patrick; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Patrick-I can confirm that Knauf will pay the cash out amount. I've not actually determined the amount payable to Davis/US Bank. I'll let Knauf and Brown Greer handle that.

Kyle A. Spaulding
FRILOT L.L.C.

1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Monday, July 22, 2013 6:31 PM
**To:** Spaulding, Kyle; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Gentlemen,
Regarding the Davis claim below, can you confirm?


Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

---

**From:** Montoya, Patrick
**Sent:** Friday, July 19, 2013 8:33 PM
**To:** 'Spaulding, Kyle'; 'Miller, Kerry J.'
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Gentlemen,
Can you let us know about Davis below?
Second, I haven't heard from Garrett yet, so I left him a message just now.

Regards,

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com

---

**From:** Montoya, Patrick
**Sent:** Thursday, July 18, 2013 7:26 PM
**To:** 'Spaulding, Kyle'; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Kyle,

3

I've attached U.S. Bank's current proof of ownership for you. You will find the certificate of title for U.S. Bank. Attached you will see printouts from a few minutes ago from the tax assessor's website showing the same property in U.S. Bank's name. May I confirm for my client that Knauf will pay the cash out amount? You can have the full payment sent to us and we will disburse to U.S. Bank and the client per their settlement agreement.

We greatly appreciate your efforts and appreciate your early reply.

Very truly yours,

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: 305.476.7400
Fax:    305.476.7444
email: Patrick@colson.com

---

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Thursday, July 18, 2013 10:19 AM
**To:** Montoya, Patrick; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Patrick-We're ok with how you propose to pay the Davis claim. We just need to confirm that the bank still owns the home.

Garrett will contact you today about setting up a conference call for your priority already remediated homes.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Tuesday, July 16, 2013 2:09 PM
**To:** Spaulding, Kyle; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** Drywall--Jessie Davis and Already Remediated Homes

Gentlemen,
It's been several weeks and a two unreturned phone calls to you about the Jesse Davis claim. This is the case where the bank took the home back as part of a consent judgment but signed off on the cash-out. Please, please let us know what position your client is going to take. Will they fund the cash-out? Second, since you met with Natalie several weeks ago, we still haven't received a single offer on any already remediated homes. Could you please help us with this?

Patrick S. Montoya

4

Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com