# EXHIBIT 17



Colson
Hicks
Eidson

PATRICK S. MONTOYA

*Via Federal Express*

February 4, 2014

Kyle A. Spaulding, Esq.
Frilot LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

    Re:    <u>*Jesse Davis – Cash Out Option*</u>
              *8626 104th Avenue, Vero Beach, FL 32967*

Dear Kyle:

    We have attached for you what we initially submitted on Mr. Davis's behalf and your client confirmed it would pay the cash-out amount. The attachments includes a release from the bank assigning a portion of the cash-out settlement to the bank.

    Also attached is the Property Owner's affidavit certifying the recording of CDW in the county recorder's office. Because the Property Owner no longer owns the home, we modified the release to reflect that he no longer owns the home, but is releasing his claims. The changes are redlined and attached. The only substantive change in the modified release is to reflect that the homeowner no longer owns the home, otherwise it is the same as the release used for other claimants. Please approve of the attached release so we can have the homeowner sign it and send it to Brown Greer and close this claim. We don't want to give Mr. Davis the proposed release without Knauf's approval. Thanks in advance for your anticipated cooperation.

                                     Very truly yours,

                                     PATRICK S. MONTOYA

PSM /brf

Enclosures: as stated

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Alhambra Circle, Penthouse | Coral Gables, Florida | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com
| 2101 L Street, N.W. | 10th Floor | Washington, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 Carondelet Street, Rooms 810 & 812 | New Orleans, LA | 70130
| T: 305.476.7400 | F: 305.476.7444