# EXHIBIT 19

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Friday, March 14, 2014 12:13 PM
**To:** Montoya, Patrick
**Cc:** Miller, Kerry J.; Gonzalez, Ervin
**Subject:** RE: Jesse Davis release

I haven't yet had the opportunity to discuss with the client, but we have an issue since the bank sold the property. If the bank still owned the property, as was the case last August when we began our discussions about this claim, then it would be able to avail itself of the cash out option, and Davis would have been entitled to the lump sum (or however the two agreed to split the funds). Now that the bank has sold the property, it is no longer entitled to any remediation option (section 4.3.5.1), and the only claims left are to the Other Loss Fund.

It's going to be a difficult, if not impossible, sell to our clients to infuse new money into the settlement when the proper remedy is the capped Other Loss Fund. I will know more after our call with them on Tuesday.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Friday, March 14, 2014 10:39 AM
**To:** Spaulding, Kyle
**Cc:** Miller, Kerry J.; Gonzalez, Ervin
**Subject:** RE: Jesse Davis release

Kyle,
Please let me know your thoughts on the release I sent to you Tuesday. I need to report back to our client, today by 5:00.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: 305.476.7400
Fax:    305.476.7444
email: Patrick@colson.com