# EXHIBIT 21

**From:** Miller, Kerry J. [mailto:kmiller@frilot.com]
**Sent:** Tuesday, March 25, 2014 11:09 AM
**To:** Montoya, Patrick; Jacob S. Woody
**Cc:** Spaulding, Kyle; 'Lenny Davis (LDAVIS@hhklawfirm.com)'; Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com)
**Subject:** Re: Jesse Davis

I'm ok with this approach.

Sent from my BlackBerry 10 smartphone.

**From:** Montoya, Patrick
**Sent:** Tuesday, March 25, 2014 10:02 AM
**To:** Jacob S. Woody
**Cc:** Miller, Kerry J.; Spaulding, Kyle; 'Lenny Davis (LDAVIS@hhklawfirm.com)'; Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com)
**Subject:** Jesse Davis

Dear Jacob,

We have a Claimant, Jesse Davis, who we believe is entitled to a Cash-Out payment. Knauf believes the claim should be an Other Loss Fund claim. We are likely going to need court intervention to get it resolved. In the interim, we registered the claim, but because we did not believe it was an OLF claim we did not submit an OLF claim in the portal for it. I do not want you to have a problem with your square footage calculation because it is not there.

Kerry, my suggestion is that we submit a claim for to Jacob as a placeholder until we have a decision by Fallon. Please let us know if you have an objection to having it being deemed timely filed by virtue of the circumstances of this case.

Thanks in advance for your cooperation.

Regards,

Patrick S. Montoya
Partner
Colson Hicks Eidson

255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com