# EXHIBIT 10

**Montoya, Patrick**

| | |
|---|---|
| **From:** | Rico, Natalie |
| **Sent:** | Monday, April 01, 2013 4:17 PM |
| **To:** | garrett thalgott |
| **Cc:** | Montoya, Patrick; Ferrer, Becky |
| **Subject:** | FW: Chinese Drywall - Cash Out Option |
| **Attachments:** | Release with changes.docx |
| | |
| **Importance:** | High |

Dear Garrett,

Our client, Jessee Davis, intends to proceed with the Cash Out Option, Option 3. His Lienholder has requested several edits to the standard Lienholder Release. The changes are minor and are reflected in the attached Release. Please advise if these changes are acceptable to your client so that Mr. Davis's lienholder may execute the Release. Thanks in advance.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

-----Original Message-----
From: Teresa Sarnoff [mailto:tsarnoff@salawmiami.com]
Sent: Monday, April 01, 2013 4:13 PM
To: Rico, Natalie
Subject: FW: Chinese Drywall - Cash Out Option
Importance: High

Good afternoon, Natalie.  Attached are the very minor changes the Bank made.  Please advise if acceptable.

Teresa Sarnoff
Legal Assistant
915 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131

Tel: 305.371.2223
Fax: 305.373.2073
Email: tsarnoff@salawmiami.com