# EXHIBIT 11

# Montoya, Patrick

| | |
|---|---|
| **From:** | Fred Longer <FLonger@lfsblaw.com> |
| **Sent:** | Thursday, June 06, 2013 12:19 PM |
| **To:** | Montoya, Patrick; Steven Glickstein |
| **Cc:** | Arnold Levin; Russ Herman (RHERMAN@hhklawfirm.com); Lenny Davis (LDAVIS@hhklawfirm.com); Gonzalez, Ervin |
| **Subject:** | Re: Knauf Settlement--Cash out question |

Steve, as we discussed I would like you to consider Patrick's note and advise of your thoughts.

Sent from my iPhone

On Jun 6, 2013, at 10:42 AM, "Montoya, Patrick" <patrick@colson.com> wrote:

> Gentlemen,
> We're writing to follow up with a written summary of what we discussed last night on a unique situation we have with a Knauf class member. The client was referred by a prominent City of Miami Commissioner. We think the issue is best framed as, at what point does the requirement of being a property owner for the cash out portion of the settlement cutoff? The referring attorney worked out a deal with the bank where the bank entered into a consent judgment on the foreclosure case and agreed to accept $50,000 of the cash out payment and the client would receive $30,000. The referring lawyer requested changes to the cash out release, we sent those changes to Knauf and Knauf approved. We received the signed cash out release yesterday from the bank, but were advised the property was sold back to the bank as part of the consent judgment. The bank is now owner of the property after the judicial sale. The relevant chronology of the case is as follows:
>
> 3/15/12 – Moss Walk Thru
>
> 5/15/12 – TC with client explaining options
>
> 6/21/12 – E-mailing client providing Property Information Sheet
>
> 6/23/12 – E-mail stating that client does not have obligation to repair under Cash Out
>
> 12/10/12 – E-mail from Marc Sarnoff (referral lawyer) advising us that he represents Mr. Davis in foreclosure case and confirming Cash Out Amounts
>
> 01/9/13 – Consent to Final Judgment on foreclosure case entered
>
> 1/11/13 – E-mail providing client with Cash Out Documents
>
> 02/15/13 – E-mail from U.S. Bank National requesting change with Release
>
> 02/18/2013 – Notice of sale published
>
> 02/25/13 – Certificate of Sale to U.S. Bank National entered
>
> 03/9/13 – Certificate of Title for property issued to U.S. Bank
>
> 03/26/13 – E-mail from EAG to Sarnoff explaining Court control of MDL proceedings and that release may not be able to be modified

1

04/1/13 – Sarnoff sent us the cash out release with requested changes

04/1/13 – E-mail to Knauf requesting approval of changes to Release

06/3/13 – Bank provided Executed Lienholder Release

6/5/13 – E-mail from Sarnoff providing the Executed Lienholder Release and that the property had been sold in a judicial sale

We would like to make a full recovery for the client based on the cash out and the deal reached with the bank. Please present this scenario to Knauf today and see if they will agree to go forward with the cash out for us. Thanks for your help with this.

Regards,


Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:      305.476.7444
email: Patrick@colson.com