# EXHIBIT 12


Colson
Hicks
Eidson

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

June 10, 2013

*VIA FEDERAL EXPRESS*

Mindy Nunnally
Analyst II
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231

      Re:   **Knauf Settlement – (Option 3 - Cash Out Option)**
             **Jesse Davis**
             **8626 104th Avenue**
             **Vero Beach, FL 32967**

Dear Mindy Nunnally,

Enclosed please find the following materials:

1. Lienholder Release
2. Property Owner Affidavit Regarding Recording of Presence of Reactive Chinese Drywall in Property
3. Homeowner Wire Transfer Instructions.

    Should you have any questions, please do not hesitate to contact us.

                    Very Truly Yours,

                    ERVIN A. GONZALEZ
                    PATRICK S. MONTOYA
                    NATALIE M. RICO

Enclosures: As stated

| THE LAW FIRM OF COLSON, HICKS, EIDSON, COLSON, MATTHEWS, MARTINEZ, GONZALEZ, KALBAC & KANE
| 255 ALHAMBRA CIRCLE, PENTHOUSE | CORAL GABLES, FLORIDA | 33134
| T: 305.476.7400 | F: 305.476.7444 | W: COLSON.COM
| 2101 L STREET, N.W. | 10TH FLOOR | WASHINGTON, DC | 20037
| T: 202.386.6706 | F: 202.386.6706
| 600 CARONDELET STREET, ROOMS 810 & 812 | NEW ORLEANS, LA | 70130
| T: 305.476.7400 | F: 305.476.7444

Lienholder Release

## RELEASE

This Release, dated this **3** day of June 2013 is entered into by U.S. Bank National Association(the "Mortgagee").

WHEREAS JESSE W DAVIS (the "Property Owner") own the property located at 8626 04TH AVE, VERO BEACH, FLORIDA 32967 (the "Property") pursuant to a mortgage agreement with the Mortgagee;

WHEREAS, on December 9, 2009, the Property Owner commenced a lawsuit on the Property Owner's own behalf against one or more of Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebr. Knauf Verwaltungsgesellschaft, PT Knauf Gypsum Indonesia, or Knauf Gips KG (collectively, the "Knauf Defendants"), and the builder, supplier, installer, and insurer defendants (together with the Knauf Defendants, the "Released Parties"). The Property Owners' action was filed as: Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 09-7628 (hereinafter "Action"); and

WHEREAS, on October 14, 2010, the Knauf Defendants and the MDL Plaintiffs' Steering Committee (the "PSC") in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (the "MDL"), entered into a Settlement Agreement For the Demonstration Remediation of Homes with KPT Drywall (the "Demonstration Remediation Agreement") to create a program (the "Program") to remediate homes that contain all or substantially all KPT drywall board ("KPT Chinese Drywall");

WHEREAS, on December 20, 2011, the Knauf Defendants and the PSC entered into the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047 (the "Class Settlement Agreement"), which, based on the Program created by the Demonstration Remediation Agreement, provides property owners whose properties contain KPT Chinese Drywall with the option to remediate their properties, or in lieu of remediation, a cash payment as calculated pursuant to Section 4.3.3 of the Class Settlement Agreement out of which the Property Owner will pay Mortgagee $50,000.00 (Fifty Thousand Dollars);

WHEREAS, on January 10, 2012, the MDL Court preliminarily approved the Class Settlement Agreement;

WHEREAS, pending the MDL Court's final approval of the Class Settlement Agreement, the Knauf Defendants, without waiving any rights under the Demonstration Remediation Agreement, have offered Property Owner the benefits set forth in Sections 4.3.1 through 4.3.3 of the Class Settlement Agreement: (i) the Program Contractor Remediation Option; (ii) the Self-Remediation Option; and (iii) the Cash-Out Option;

WHEREAS, the Property Owner would like to choose the Cash-Out Option, but such option is subject to the Mortgagee providing this Release to the Knauf Defendants;

WHEREAS, the Mortgagee has been given an opportunity to review the Class Settlement Agreement, which is available on the MDL website at http://www.laed.uscourts.gov/drywall/12-21-11.kpt.global.settlement.pdf; and

NOW, THEREFORE, the parties hereto, each and all intending to be legally bound, hereby stipulate and agree as follows:

1.    The Mortgagee acknowledges that the Property Owner has chosen the Cash-Out Option as described in Section 4.3.3 of the Class Settlement Agreement, in lieu of one of the remediation options under Sections 4.3.1 and 4.3.2 of the Class Settlement Agreement.

2.      In exchange for good and valuable consideration, the Mortgagee unconditionally releases and relinquishes all rights it has or may have against the Released Parties arising out of or relating to claims asserted in the Action and/or to any Chinese drywall, including but not limited to KPT Chinese Drywall, in this Property, and any and all persons or entities who furnished services for, or in any way facilitated or assisted in, the installation of any Chinese drywall, including but not limited to KPT Chinese Drywall, in this Property, including without limitation, any actual or potential defendants, including but not limited to, contractors, builders, suppliers, designers, real estate agents, hangers, and/or consultants, and their respective insurance carriers; and all of their past, present, and future parents, subsidiaries, affiliates, controlling persons, officers, directors, employees, shareholders, suppliers, distributors, contractors, agents, servants, counsel, and insurers; and all predecessors, successors, assigns, heirs, executors, estate administrators, any person who may have a claim of indemnity or contribution against Released Parties, and personal representatives of each of the foregoing, separately or collectively.

3.      This Release will be effective immediately.

4.      As provided for in Rule 408 of the Federal Rules of Evidence or its equivalent in state court jurisdictions, the Mortgagee, Property Owner and the Knauf Defendants, and every person employed or retained by them who has any knowledge of any term of this Release or of any settlement, release, or waiver referred to herein will not introduce in evidence this Release, or any portion of the contents thereof, or any amount provided herein, or any amount received by Property Owner, in any proceeding other than a proceeding to consummate or enforce this Release.

262407_2
262407_2

5.      The Mortgagee acknowledges that it has not received or relied on any agreements or promises other than as contained in writing in this Release. In executing this Release, the Mortgagee has relied on the Mortgagee's own or the Mortgagee's counsel's analysis of the facts and information of which they are independently aware, and assumes the risk that there may prove to be facts or information different from or in addition to what they now know or believe.

6.      Nothing in this agreement shall constitute any admission of liability or fault of any kind on the part of Knauf Defendants.

Dated: June 3, 2013

_Kelly L. Gammon, Vice President_

State of Kentucky
County of Daviess

The foregoing instrument was acknowledged, subscribed, and sworn to before me this
_0- 3-13_ , by Kelly L. Gammon as Vice President of U.S. Bank National Association,
a federally chartered banking association, on behalf of U.S. Bank National Association.

(signature of notary)                                    (seal)

_____
State at Large

OFFICIAL SEAL
AMY PAYNE
NOTARY PUBLIC – KENTUCKY
STATE-AT-LARGE
My Comm. Expires July 12, 2015
COMM. #446638

### Property Owner Affidavit
### Regarding Recording of Presence of Reactive Chinese Drywall in Property

I, _JESSE DAVIS_ , the owner of the property located at

_8626 104th Ave, Vero Beach, FL_ (the "Property"), hereby submit this

Affidavit in support of my selection of the Cash-Out Option pursuant to Section 4.3.3 of the

Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047.

I declare, under penalty of perjury, the following (select one):

[X] I have recorded in the local property clerk's office for jurisdiction in which the Property
is located that the Property contains reactive Chinese Drywall. Attached hereto is a
certified copy of the recording.

[ ] I have consulted with my attorney and the local property clerk's office for the Property,
and they have advised me that the local law of the jurisdiction in which the Property is
located does not permit me to record the existence of Chinese Drywall in the Property in
the local property clerk's office.

_Jesse Davis_
_____          _____
Property Owner                          Property Owner

_____          _____
Property Owner Social Security #        Property Owner Social Security #

STATE OF _FLORIDA_ , COUNTY OF _ST. LUCIE_

I certify that on _JUNE 5th_ , 2013 _JESSE DAVIS_ personally came
before me and acknowledged under oath, to my satisfaction, that this person (a) is named in and
personally signed this document; and (b) signed, sealed and delivered this document by her act
and deed. _FLDL D120430821420 - AS IDENTIFICATION_

```
KELLY WATKINSON WHITTEN
Notary Public - State of Florida
My Comm. Expires May 17, 2017
Commission # EE 867461
```
_____
Notary Public

_KELLY WATKINSON WHITTEN_
[Printed Name of Notary]

My Commission Expires: _MAY 17, 2017_

2

31201300060005
RECORDED IN THE PUBLIC RECORDS OF
JEFFREY R SMITH CLERK OF COURT
INDIAN RIVER COUNTY FL BK: 2639 PG: 1986 Page 1 of 1
1 24 2013 10:40 AM

## AFFIDAVIT OF CHINESE DRYWALL CONTAMINATION

STATE OF FLORIDA                    )
                                    ) ss:
COUNTY OF INDIAN RIVER              )


BEFORE ME, the undersigned authority, duly authorized to administer oaths in the State of–

Florida, personally appeared, _____, who, after first being duly sworn, states as follows:

1.  My name is _JESSE DAVIS_

2.  My Property located at _8026  104th Ave_ has the existence of Chinese

    _Vero Beach, FL 32967_

    Drywall.

3.  My Property's Folio Number is _313828000050090002 26.0_

4.  I declare under penalty of perjury under the laws of the State of Florida that the

    foregoing is true and correct.


FURTHER AFFIANT SAYETH NAUGHT.


BEFORE ME personally appeared _Jesse Davis_, being duly sworn, and who is
personally known to me or has produced _FL drivers license_ as identification, and
states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this _24th_ day of _January_, 2013___.

_Carolyn L Ledford_
NOTARY PUBLIC (Signature)

My commission expires: _11-6-15_

_Carolyn L. Ledford_
Print or Type Name of Notary

CAROLYN L. LEDFORD
Notary Public - State of Florida
My Comm. Expires Nov 6, 2015
Commission # EE 143999

3120130006005 RECORDED IN THE RECORDS OF JEFFREY R SMITH, CLERK OF CIRCUIT COURT INDIAN RIVER CO FL, BK: 2639 PG: 1086, 1/24/2013 10:40 AM

## AFFIDAVIT OF CHINESE DRYWALL CONTAMINATION

STATE OF FLORIDA       )
                           ) ss:
COUNTY OF INDIAN RIVER   )

BEFORE ME, the undersigned authority, duly authorized to administer oaths in the State of Florida, personally appeared, _____, who, after first being duly sworn, states as follows:

1. My name is JESSE DAVIS

2. My Property located at 8626 104th AVE _____ has the existence of Chinese VERO BEACH, FL 32967 Drywall.

3. My Property's Folio Number is 3|3 828 00005004 0000 26.0

4. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

BEFORE ME personally appeared Jesse Davis , being duly sworn, and who is personally known to me or has produced FL drivers license as identification, and states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this 24th day of January, 2013 .

NOTARY PUBLIC (Signature)

Carolyn L. Ledford
Print or Type Name of Notary

My commission expires: 11-6-15

CAROLYN L. LEDFORD
Notary Public - State of Florida
My Comm. Expires Nov 6, 2015
Commission # EE 143999

STATE OF FLORIDA
INDIAN RIVER COUNTY
THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT
COPY OF THE ORIGINAL ON FILE IN THIS OFFICE. THIS
ORIGINAL MAY HAVE REDACTED INFORMATION AS STATED
IN FLORIDA STATUE 119.07. J.R. SMITH, CLERK
BY
DEPUTY CLERK
DATE 24 JAN 2013



**Indian River County**
**Clerk of the Circuit Court**
**Jeffrey R. Smith**
**Vero Beach FL 32960**
**(772) 770-5185**

| Transaction # | 606967 | Agent # | 0 | Source: | Over the Counter |
| Receipt # | 588469 | Name: | JESSE DAVIS | Returned: | Over the Counter |
| Cashier Date | January 24, 2013 | | | | |
| Cashier | SHORTLE | Address: | 8626 104TH AVE | | |
| | | | VERO BEACH, FL 32967 | | |

| AFFIDAVIT | | CFN: | 3120130006005 | |

| From: | DAVIS, JESSE | To: | PUBLIC | |

| Indexing @ 1st 4 Names Free, Addt'l=$1 ea. | $0.00 |
| Recording @ 1st=$10 Addt'l=$8.50 ea. | $10.00 |

| CASH | | Return $10.00 in change | | $10.00 |

| Total Payments: | $10.00 | Total Fees: | $10.00 | Shortage: | $ 0.00 | Overage: | $ 0.00 |



**Indian River County**
**Clerk of the Circuit Court**
**Jeffrey R. Smith**
**Vero Beach FL 32960**
**(772) 770-5185**

| | | | | | |
|---|---|---|---|---|---|
| Transaction # | 606968 | Agent # | 0 | Source: | Over the Counter |
| Receipt # | 588471 | Name: | JESSE DAVIS | Returned: | Over the Counter |
| Cashier Date | January 24, 2013 | | | | |
| Cashier | SHORTLE | Address: | | | |

MISC          CFN:

| From: | To: | | C/C OR BK 2639 PG 1086 |
|---|---|---|---|
| | CERTIFY | $2.00 | |
| | CopyFee | $1.00 | |

| CASH | Return $7.00 in change | $3.00 |
|---|---|---|

| Total Payments: | $3.00 | Total Fees: | $3.00 | Shortage: | $ 0.00 | Overage: | $ 0.00 |
|---|---|---|---|---|---|---|---|