# EXHIBIT 15

3120130050537 RECORDED IN THE RECORDS OF JEFFREY R. SMITH, CLERK OF CIRCUIT COURT INDIAN RIVER CO FL
BK: 2693 PG: 12, 8/6/2013 9:06 AM D DOCTAX PD $539.00

Return to:
North American Title Company
600 N. Westshore Blvd., Suite 300
Tampa, Florida 33609

This instrument Prepared
under the supervision of:
Mark J. Lotersiein, Esq.
North American Title Company
600 N. Westshore Blvd., Suite 300
Tampa, Florida 33609
Property Appraisers Folio Number:
31-38-28-00005-0040-00026
File No.: 11607-13-00209H0

SP $ 76,950.00

## SPECIAL WARRANTY DEED

This Special Warranty Deed made this 7/26/13 by U.S. Bank National Association, and having its principal place of business at 4801 Frederica Street, Owensboro, Kentucky 42301, hereinafter called the grantor(s), to Kelly Merrill, a single woman, whose post office address is PO Box 77, Carmel Valley, California 93924, hereinafter called the grantee(s):

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor(s), for and in consideration of the sum of $10.00 (ten) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in Indian River County, State of Florida, viz:

Lot 26, Block D, Vero Lakes Estates Unit N, according to the map or plat thereof, as recorded in Plat Book 6, Page(s) 19, of the Public Records of Indian River County, Florida.

SUBJECT TO: covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2013 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any,

TOGETHER, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever,

and Grantor does hereby warrant, and will defend the title to the Property hereby conveyed, subject as aforesaid, against the lawful claims of all persons claiming by, through or under Grantor, but none other.



EXHIBIT E

BK: 2693 PG: 13

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.
Signed, sealed and delivered in the presence of:

*Angela Ferry* (signature)
First Witness Signature
Angela Ferry
Printed Signature

*Deanna Baker* (signature)
Second Witness Signature
Deanna Baker
Printed Signature

U.S. Bank National Association
BY: *Susan A. Wink* (signature)
NAME: Susan A. Wink
TITLE: Asst. Vice Pres.

State of Kentucky
County of Daviess

On July 26, 2013 before me, Lillian Smith (stofer) personally appeared Susan A. Wink, Assistant Vice President who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Kentucky that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature *Lillian Smith (stofer)* (Seal)

OFFICIAL SEAL
LILLIAN SMITH
NOTARY PUBLIC - KENTUCKY
STATE-AT-LARGE
My Comm. Expires 10-15-2016
ID # 475569

S40FLTD.5021 Rev. 5/22/2013