1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

   IN RE: CHINESE-MANUFACTURED      )
4  DRYWALL PRODUCTS LIABILITY       )
   LITIGATION                       )
5                                   ) CIVIL DKT NO. 09-MD-2047 "L"
                                    ) NEW ORLEANS, LOUISIANA
6                                   ) DECEMBER 11, 2012
                                    ) 9:00 A.M.
7                                   ) STATUS HEARING
   THIS DOCUMENT RELATES TO:        )
8                                   )
   This document relates to:        )
9  All Cases                        )

10 ********************************

11

12          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS

13       HEARD BEFORE THE HONORABLE ELDON E. FALLON

14              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20 SUSAN A. ZIELIE, RMR, FCRR
   OFFICIAL COURT REPORTER
21 UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
22 500 POYDRAS STREET, ROOM B406
   NEW ORLEANS, LA 70130
23 susan_zielie@laed.uscourts.gov
   laedcourtreporter@gmail.com
24 504.589.7781

25 PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
   PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.

```
1    APPEARANCES:

2


3    FOR THE PLAINTIFFS'
     STEERING COMMITTEE:              HERMAN HERMAN KATZ
4                                     BY:  RUSS HERMAN, ESQUIRE
                                      820 O'KEEFE AVENUE
5                                     NEW ORLEANS, LA 70113

6    FOR THE STATE/FEDERAL
     COORDINATION COMMITTEE:          BARRIOS, KINGSDORF & CASTEIX
7                                     BY:  DAWN BARRIOS, ESQUIRE
                                      701 POYDRAS STREET, SUITE 3600
8                                     NEW ORLEANS, LA 70139

9    FOR DEFENSE STEERING COMMITTEE:  FRILOT, LLC
                                      BY:   KERRY J. MILLER, ESQUIRE
10                                    ENERGY CENTRE
                                      1100 POYDRAS STREET
11                                    SUITE 3700
                                      NEW ORLEANS, LA 70163
12
     FOR BANNER DEFENDANTS:           STONE PIGMAN WALTHER
13                                      & WITTMANN, LLC
                                      BY:   DOROTHY H. WIMBERLY, ESQ.
14                                    546 CARONDELET STREET
                                      NEW ORLEANS LA 70130-3588
15
     FOR DEFENDANT NORTH RIVER:       THOMPSON COE COUSINS
16                                      & IRONS, LLP
                                      KEVIN RISLEY, ESQUIRE
17                                    One Riverway
                                      Suite 1600
18                                    Houston TX 77056

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| :54:12 | 1 | NEW ORLEANS, LOUISIANA; TUESDAY, DECEMBER 11, 2012 |
| :54:12 | 2 | 9:00 A.M. |
| :00:37 | 3 | THE COURT:  Be seated, please. |
| :00:38 | 4 | Good morning, ladies and gentlemen. |
| :00:40 | 5 | Let's call the case please. |
| :00:42 | 6 | CASE MANAGER:  MDL 2047, in re:  Chinese Manufacturer's |
| :00:48 | 7 | Drywall Products Litigation. |
| :00:49 | 8 | THE COURT:  Counsel, please state your appearances. |
| :00:51 | 9 | MR. MILLER:  Good morning, Your Honor.  Kerry Miller on |
| :00:53 | 10 | behalf of Defense Steering Committee. |
| :00:56 | 11 | MR. HERMAN:  Good morning, Judge Fallon.  Russ Herman |
| :01:01 | 12 | on behalf of Plaintiff's Steering Committee. |
| :01:02 | 13 | THE COURT:  This is our monthly status conference; we |
| :01:04 | 14 | have a number of people on the phone. |
| :01:06 | 15 | I have met with lead liaison counsel for all |
| :01:09 | 16 | parties a moment ago, and I talked to them about the proposed |
| :01:12 | 17 | agenda.  I'll take it in the order submitted. |
| :01:15 | 18 | Anything on Pretrial Orders? |
| :01:17 | 19 | MR. HERMAN:  Nothing on Pretrial Orders, Your Honor. |
| :01:25 | 20 | THE COURT:  How about State Court Trial Settings? |
| :01:27 | 21 | MR. HERMAN:  It's as stated in the status report at |
| :01:31 | 22 | pages 4, 5 and I believe continued on page 6. |
| :01:40 | 23 | And, Ms. Barrios, you have anything else to |
| :01:43 | 24 | report? |
| :01:46 | 25 | MS. BARRIOS:  Thank you, Your Honor. |

:01:49  1            The only thing I wanted to report was the activity

:01:51  2      in Virginia, and I'd like to say this for the benefit of the

:01:56  3      people on phone, that on November 13th you heard a motion for

:02:00  4      preliminary approval to the class settlements against the

:02:04  5      nationwide defendants, State Farm defendants and Venture and

:02:08  6      Porter Blaine.  And presently being prepared is another proposed

:02:13  7      class settlement with Builders Mutual and their insureds, and

:02:17  8      they will be presenting that to Your Honor for preliminary

:02:20  9      approval as well.  Judge Hall is working feverishly on the

:02:24  10     motions in limine, and the trial is set in January, and that is

:02:27  11     going full steam ahead.

:02:29  12            THE COURT:  Thank you very much.

:02:29  13            I've been in touch with Judge Hall, and she's

:02:32  14     doing her usual good job on it.  And, hopefully, we'll able to

:02:37  15     get those matters resolved.

:02:38  16            Anything on insurance issues?

:02:41  17            MR. HERMAN:  Minor is here.

:02:45  18            MR. PIPES:  No, Your Honor.

:02:47  19            THE COURT:  Home Builders?

:02:49  20            MS. WIMBERLY:  Nothing new, Your Honor.  Other than,

:02:52  21     when I'm back with you this afternoon in Vioxx, we'll be

:02:57  22     presenting you with an order.

:02:58  23            THE COURT:  State and Federal Coordination, anything

:03:01  24     further?

:03:01  25            MR. HERMAN:  Nothing, Your Honor.

| | | |
|---|---|---|
| :03:02 | 1 | THE COURT:  Omnibus Class Action. |
| :03:04 | 2 | MR. HERMAN:  Nothing new, Your Honor. |
| :03:05 | 3 | THE COURT:  Motion to establish -- |
| :03:06 | 4 | MR. HERMAN:  Nothing new, Your Honor. |
| :03:08 | 5 | THE COURT:  Pilot program, still moving? |
| :03:10 | 6 | MR. HERMAN:  It is still moving, and there are over a |
| :03:12 | 7 | thousand entrants into that program. |
| :03:14 | 8 | THE COURT:  The good thing about that, there's two |
| :03:17 | 9 | aspects to it that I think helped us get a fix on the economic |
| :03:23 | 10 | situation, but it also had brought some closure to a lot of |
| :03:29 | 11 | people while this process has been going on.  In fact, it looks |
| :03:34 | 12 | like we may be -- we may have more cases resolved prior to the |
| :03:42 | 13 | approval than after the approval.  So that looks like it's |
| :03:46 | 14 | worked out well. |
| :03:47 | 15 | Term sheet? |
| :03:48 | 16 | MR. HERMAN:  Nothing new, Your Honor. |
| :03:50 | 17 | THE COURT:  Anything on behalf of Knauf defendants? |
| :03:54 | 18 | MR. HERMAN:  Knauf defendants, we're waiting following |
| :03:57 | 19 | the fairness hearing for Your Honor. |
| :03:59 | 20 | THE COURT:  And Taishan defendants? |
| :04:01 | 21 | MR. HERMAN:  They've appealed, Your Honor.  And we |
| :04:04 | 22 | recently completed record designations in the last week. |
| :04:10 | 23 | THE COURT:  And Interior/Exterior. |
| :04:13 | 24 | As you know, we had a trial in the |
| :04:14 | 25 | Interior/Exterior matter.  The case was presented to a jury.  We |

:04:19   1    had a questionnaire that was submitted to the jury in advance.

:04:25   2    We received about 100 questionnaires.

:04:31   3         I had met with the parties and dealt with the

:04:35   4    cause challenges about a week before the trial.  Then, a couple

:04:40   5    days before the trial, I picked the jury in the order in which

:04:44   6    they would sit in the jury box and gave it to the parties so

:04:48   7    they knew the order that the jury would be in.  I think that

:04:55   8    helped.  We were able to pick a jury within about two hours,

:04:59   9    giving counsel an opportunity to question the jurors.

:05:07  10         The trial went on from there for six days, and the

:05:12  11    jury came back.  They were asked a question whether IN/EX was a

:05:16  12    non-manufacturer bad-faith seller.  The jury came back in favor

:05:23  13    of IN/EX, found that they were not a bad-faith seller in those

:05:28  14    four cases.

:05:29  15         The plaintiffs testified in the cases.  I felt the

:05:31  16    jury was representative of the entire group of parishes.  We had

:05:37  17    the people from the south part of the district, the north part

:05:41  18    of the district, a mix of racial ethnicities, men and women.  So

:05:51  19    I think it was a representative jury.

:05:55  20         The parties did an excellent job on both sides

:05:59  21    presenting the cases; felt the jury understood it.  And they

:06:02  22    answered the question in favor of Interior/Exterior.

:06:05  23      MR. HERMAN:  Your Honor, I'd like to thank Gerry

:06:09  24    Meunier and Chris Seeger and the other members of the trial team

:06:13  25    on behalf of the PSC.  Congratulate the attorneys for

:06:18   1   Interior/Exterior and North River on a case well tried.

:06:24   2           And the PSC has not yet determined whether we will

:06:29   3   appeal.  We'll have some ongoing discussions with counsel

:06:35   4   opposite regarding that.

:06:39   5           And the Interior/Exterior settlement, which is

:06:42   6   part of the major global settlement, is still -- we await Your

:06:49   7   Honor's decision.

:06:50   8           THE COURT:  Anything on Venture Supply?

:06:52   9           MR. HERMAN:  No, Your Honor.  We're just waiting for

:06:58   10  Your Honor following the fairness hearing to rule.

:07:01   11          THE COURT:  Any L&W defendants?

:07:05   12          MR. HERMAN:  Same, Your Honor.

:07:05   13          THE COURT:  Any profile form problems?

:07:09   14          MR. HERMAN:  Nothing new, Your Honor.

:07:10   15          THE COURT:  Holdings, RCR Holdings?

:07:13   16          MR. HERMAN:  Nothing new, Your Honor.

:07:15   17          THE COURT:  Got any physical evidence, preservation

:07:20   18  problems?

:07:21   19          MR. HERMAN:  We have no problem to report, Your Honor.

:07:24   20          THE COURT:  What about the objections to the fairness

:07:30   21  hearing?

:07:32   22          MR. HERMAN:  Many of the objections have been

:07:37   23  withdrawn.  We expect that, Mr. Bandas's objections for four

:07:45   24  individuals, he's filed a motion to withdraw those objections.

:07:53   25          With regard to the Durkee and Milstein objections,

:07:56  1   we expect that Your Honor will be presented with papers on that

:08:01  2   today.

:08:05  3              And all parties have been working very hard in the

:08:07  4   last three weeks with respect to the objectors, and the number

:08:15  5   of objectors has diminished greatly.

:08:20  6         THE COURT:  Okay.  And there was an issue of the second

:08:25  7   amendment to the Knauf settlement.  Anything from IN/EX on that?

:08:39  8         MR. HERMAN:  Your Honor -- go ahead.

:08:42  9         MR. RISLEY:  Good morning, Your Honor.  Kevin Risley

:08:44  10  for North River.

:08:45  11             We still have our objections on file.  I

:08:47  12  understand it's a different situation now.  But the agreement

:08:50  13  leaves in place the chance of appeal and a reversal, so we want

:08:54  14  to maintain an objection.  The Court's heard it; and, if it

:08:58  15  wants more argument, that's fine.  Otherwise, we'll stand on the

:09:01  16  briefing.

:09:01  17        THE COURT:  No, I don't need it.

:09:04  18        MR. RISLEY:  Thank you, Your Honor.

:09:06  19        THE COURT:  Anything on pro se plaintiffs?

:09:11  20        MR. HERMAN:  I don't believe so.

:09:12  21             The last information that I had from Bob Johnston

:09:17  22  is that he had fully responded to the individuals that have come

:09:23  23  up in the last two weeks.  And I don't see Bob here this

:09:27  24  morning.

:09:27  25        THE COURT:  Okay.  All right.

:09:32  1          Are there any other issues that we need to talk

:09:35  2   about other than what I've gone through?

:09:36  3          MR. HERMAN:  Not that I know of, Your Honor.

:09:38  4          THE COURT:  The next hearing is on January 23rd, and

:09:41  5   the following one on February the 27th.

:09:48  6          MR. HERMAN:  Thank you, Your Honor.

:09:49  7          THE COURT:  Okay.  Thank you very much.  Court stands

:09:52  8   in recess.  Short meeting.

:09:53  9          (9:10 a.m., proceedings concluded.)

10

11

12                        CERTIFICATE

13

14

15          I, Susan A. Zielie, Official Court Reporter, do hereby
     certify that the foregoing transcript is correct.

16

17

18                        /S/ SUSAN A. ZIELIE, FCRR
                          _____
19                          Susan A. Zielie, FCRR

20

21

22

23

24

25

## /

/S [1] - 9:17

## 0

09-MD-2047 [1] - 1:5

## 1

100 [1] - 6:2
11 [2] - 1:6, 3:1
1100 [1] - 2:10
13th [1] - 4:3
1600 [1] - 2:17

## 2

2012 [2] - 1:6, 3:1
2047 [1] - 3:6
23rd [1] - 9:4
27th [1] - 9:5

## 3

3600 [1] - 2:7
3700 [1] - 2:11

## 4

4 [1] - 3:22

## 5

5 [1] - 3:22
500 [1] - 1:22
504.589.7781 [1] - 1:23
546 [1] - 2:14

## 6

6 [1] - 3:22

## 7

701 [1] - 2:7
70113 [1] - 2:5
70130 [1] - 1:22
70130-3588 [1] - 2:14
70139 [1] - 2:8
70163 [1] - 2:11
77056 [1] - 2:18

## 8

820 [1] - 2:4

## 9

9:00 [2] - 1:6, 3:2

9:10 [1] - 9:9

## A

A.M [2] - 1:6, 3:2
a.m [1] - 9:9
able [2] - 4:14, 6:8
Action [1] - 5:1
activity [1] - 4:1
advance [1] - 6:1
afternoon [1] - 4:21
agenda [1] - 3:17
ago [1] - 3:16
agreement [1] - 8:12
ahead [2] - 4:11, 8:8
AIDED [1] - 1:25
amendment [1] - 8:7
answered [1] - 6:22
appeal [2] - 7:3, 8:13
appealed [1] - 5:21
APPEARANCES [1] - 2:1
appearances [1] - 3:8
approval [4] - 4:4, 4:9, 5:13
argument [1] - 8:15
aspects [1] - 5:9
attorneys [1] - 6:25
AVENUE [1] - 2:4
await [1] - 7:6

## B

B406 [1] - 1:22
bad [2] - 6:12, 6:13
bad-faith [2] - 6:12, 6:13
bandas's [1] - 7:23
BANNER [1] - 2:12
Barrios [1] - 3:23
BARRIOS [3] - 2:6, 2:7, 3:25
BEFORE [1] - 1:13
behalf [4] - 3:10, 3:12, 5:17, 6:25
benefit [1] - 4:2
Blaine [1] - 4:6
Bob [2] - 8:21, 8:23
box [1] - 6:6
briefing [1] - 8:16
brought [1] - 5:10
Builders [2] - 4:7, 4:19
BY [6] - 1:25, 1:25, 2:4, 2:7, 2:9, 2:13

## C

CARONDELET [1] - 2:14
case [3] - 3:5, 5:25,

7:1
CASE [1] - 3:6
cases [4] - 5:12, 6:14, 6:15, 6:21
Cases [1] - 1:9
CASTEIX [1] - 2:6
CENTRE [1] - 2:10
CERTIFICATE [1] - 9:12
certify [1] - 9:15
challenges [1] - 6:4
chance [1] - 8:13
Chinese [1] - 3:6
CHINESE [1] - 1:3
CHINESE-MANUFACTURED [1] - 1:3
Chris [1] - 6:24
CIVIL [1] - 1:5
class [2] - 4:4, 4:7
Class [1] - 5:1
closure [1] - 5:10
COE [1] - 2:15
Committee [2] - 3:10, 3:12
COMMITTEE [3] - 2:3, 2:6, 2:9
completed [1] - 5:22
COMPUTER [1] - 1:25
COMPUTER-AIDED [1] - 1:25
concluded [1] - 9:9
CONFERENCE [1] - 1:12
conference [1] - 3:13
congratulate [1] - 6:25
continued [1] - 3:22
Coordination [1] - 4:23
COORDINATION [1] - 2:6
correct [1] - 9:15
Counsel [1] - 3:8
counsel [3] - 3:15, 6:9, 7:3
couple [1] - 6:4
Court [3] - 3:20, 9:7, 9:14
COURT [29] - 1:1, 1:20, 1:21, 3:3, 3:8, 3:13, 3:20, 4:12, 4:19, 4:23, 5:1, 5:3, 5:5, 5:8, 5:17, 5:20, 5:23, 7:8, 7:11, 7:13, 7:15, 7:17, 7:20, 8:6, 8:17, 8:19, 8:25, 9:4, 9:7
Court's [1] - 8:14
COUSINS [1] - 2:15

## D

DAWN [1] - 2:7
days [2] - 6:5, 6:10
dealt [1] - 6:3
DECEMBER [2] - 1:6, 3:1
decision [1] - 7:7
DEFENDANT [1] - 2:15
defendants [6] - 4:5, 5:17, 5:18, 5:20, 7:11
DEFENDANTS [1] - 2:12
Defense [1] - 3:10
DEFENSE [1] - 2:9
designations [1] - 5:22
determined [1] - 7:2
different [1] - 8:12
diminished [1] - 8:5
discussions [1] - 7:3
DISTRICT [5] - 1:1, 1:2, 1:14, 1:21, 1:21
district [2] - 6:17, 6:18
DKT [1] - 1:5
DOCUMENT [1] - 1:7
document [1] - 1:8
DOROTHY [1] - 2:13
DRYWALL [1] - 1:4
Drywall [1] - 3:7
Durkee [1] - 7:25

## E

EASTERN [2] - 1:2, 1:21
economic [1] - 5:9
ELDON [1] - 1:13
ENERGY [1] - 2:10
entire [1] - 6:16
entrants [1] - 5:7
ESQ [1] - 2:13
ESQUIRE [4] - 2:4, 2:7, 2:9, 2:16
establish [1] - 5:3
ethnicities [1] - 6:18
evidence [1] - 7:17
excellent [1] - 6:20
expect [2] - 7:23, 8:1

## F

fact [1] - 5:11
fairness [3] - 5:19, 7:10, 7:20
faith [2] - 6:12, 6:13
FALLON [1] - 1:13
Fallon [1] - 3:11

## Farm [1] - 4:5

favor [2] - 6:12, 6:22
FCRR [3] - 1:20, 9:17, 9:18
February [1] - 9:5
Federal [1] - 4:23
felt [2] - 6:15, 6:21
feverishly [1] - 4:9
file [1] - 8:11
filed [1] - 7:24
fine [1] - 8:15
fix [1] - 5:9
following [3] - 5:18, 7:10, 9:5
FOR [5] - 2:3, 2:6, 2:9, 2:12, 2:15
foregoing [1] - 9:15
form [1] - 7:13
four [2] - 6:14, 7:23
FRILOT [1] - 2:9
full [1] - 4:11
fully [1] - 8:22

## G

gentlemen [1] - 3:4
Gerry [1] - 6:23
global [1] - 7:6
greatly [1] - 8:5
group [1] - 6:16

## H

Hall [2] - 4:9, 4:13
hard [1] - 8:3
heard [2] - 4:3, 8:14
HEARD [1] - 1:13
hearing [4] - 5:19, 7:10, 7:21, 9:4
HEARING [1] - 1:7
helped [2] - 5:9, 6:8
hereby [1] - 9:14
Herman [1] - 3:11
HERMAN [25] - 2:3, 2:4, 3:11, 3:19, 3:21, 4:17, 4:25, 5:2, 5:4, 5:6, 5:16, 5:18, 5:21, 6:23, 7:9, 7:12, 7:14, 7:16, 7:19, 7:22, 8:8, 8:20, 9:3, 9:6
holdings [1] - 7:15
Holdings [1] - 7:15
Home [1] - 4:19
Honor [25] - 3:9, 3:19, 3:25, 4:8, 4:18, 4:20, 4:25, 5:2, 5:4, 5:16, 5:19, 5:21, 6:23, 7:9, 7:10, 7:12, 7:14, 7:16, 7:19, 8:1, 8:8, 8:9, 8:18, 9:3, 9:6

**Honor's** [1] - 7:7
**HONORABLE** [1] - 1:13
**hopefully** [1] - 4:14
**hours** [1] - 6:8
**Houston** [2] - 2:18

## I

**IN** [1] - 1:3
**IN/EX** [3] - 6:11, 6:13, 8:7
**individuals** [2] - 7:24, 8:22
**information** [1] - 8:21
**insurance** [1] - 4:16
**insureds** [1] - 4:7
**Interior/Exterior** [5] - 5:23, 5:25, 6:22, 7:1, 7:5
**IRONS** [1] - 2:16
**issue** [1] - 8:6
**issues** [2] - 4:16, 9:1

## J

**January** [2] - 4:10, 9:4
**job** [2] - 4:14, 6:20
**Johnston** [1] - 8:21
**Judge** [3] - 3:11, 4:9, 4:13
**JUDGE** [1] - 1:14
**jurors** [1] - 6:9
**jury** [11] - 5:25, 6:1, 6:5, 6:6, 6:7, 6:8, 6:11, 6:12, 6:16, 6:19, 6:21

## K

**KATZ** [1] - 2:3
**Kerry** [1] - 3:9
**KERRY** [1] - 2:9
**Kevin** [1] - 8:9
**KEVIN** [1] - 2:16
**KINGSDORF** [1] - 2:6
**Knauf** [2] - 5:17, 8:7
**knauf** [1] - 5:18

## L

**L&W** [1] - 7:11
**LA** [5] - 1:22, 2:5, 2:8, 2:11, 2:14
**ladies** [1] - 3:4
**last** [4] - 5:22, 8:4, 8:21, 8:23
**lead** [1] - 3:15
**leaves** [1] - 8:13
**LIABILITY** [1] - 1:4

**liaison** [1] - 3:15
**limine** [1] - 4:10
**LITIGATION** [1] - 1:4
**Litigation** [1] - 3:7
**LLC** [2] - 2:9, 2:13
**LLP** [1] - 2:16
**looks** [2] - 5:11, 5:13
**LOUISIANA** [4] - 1:2, 1:5, 1:21, 3:1

## M

**maintain** [1] - 8:14
**major** [1] - 7:6
**MANAGER** [1] - 3:6
**MANUFACTURED** [1] - 1:3
**manufacturer** [1] - 6:12
**Manufacturer's** [1] - 3:6
**matter** [1] - 5:25
**matters** [1] - 4:15
**MDL** [1] - 3:6
**MECHANICAL** [1] - 1:25
**meeting** [1] - 9:8
**members** [1] - 6:24
**men** [1] - 6:18
**met** [2] - 3:15, 6:3
**Meunier** [1] - 6:24
**MILLER** [2] - 2:9, 3:9
**Miller** [1] - 3:9
**Milstein** [1] - 7:25
**Minor** [1] - 4:17
**mix** [1] - 6:18
**moment** [1] - 3:16
**monthly** [1] - 3:13
**morning** [5] - 3:4, 3:9, 3:11, 8:9, 8:24
**motion** [3] - 4:3, 5:3, 7:24
**motions** [1] - 4:10
**moving** [2] - 5:5, 5:6
**MR** [26] - 3:9, 3:11, 3:19, 3:21, 4:17, 4:18, 4:25, 5:2, 5:4, 5:6, 5:16, 5:18, 5:21, 6:23, 7:9, 7:12, 7:14, 7:16, 7:19, 7:22, 8:8, 8:9, 8:18, 8:20, 9:3, 9:6
**MS** [2] - 3:25, 4:20
**Mutual** [1] - 4:7

## N

**nationwide** [1] - 4:5
**need** [2] - 8:17, 9:1
**new** [6] - 4:20, 5:2,

5:4, 5:16, 7:14, 7:16
**NEW** [7] - 1:5, 1:22, 2:5, 2:8, 2:11, 2:14, 3:1
**next** [1] - 9:4
**NO** [1] - 1:5
**non** [1] - 6:12
**non-manufacturer** [1] - 6:12
**north** [1] - 6:17
**NORTH** [1] - 2:15
**North** [2] - 7:1, 8:10
**nothing** [8] - 3:19, 4:20, 4:25, 5:2, 5:4, 5:16, 7:14, 7:16
**November** [1] - 4:3
**number** [2] - 3:14, 8:4

## O

**O'KEEFE** [1] - 2:4
**objection** [1] - 8:14
**objections** [6] - 7:20, 7:22, 7:23, 7:24, 7:25, 8:11
**objectors** [2] - 8:4, 8:5
**OF** [3] - 1:2, 1:12, 1:21
**Official** [1] - 9:14
**OFFICIAL** [1] - 1:20
**omnibus** [1] - 5:1
**One** [1] - 2:17
**one** [1] - 9:5
**ongoing** [1] - 7:3
**opportunity** [1] - 6:9
**opposite** [1] - 7:4
**order** [4] - 3:17, 4:22, 6:5, 6:7
**Orders** [2] - 3:18, 3:19
**ORLEANS** [7] - 1:5, 1:22, 2:5, 2:8, 2:11, 2:14, 3:1
**otherwise** [1] - 8:15

## P

**page** [1] - 3:22
**pages** [1] - 3:22
**papers** [1] - 8:1
**parishes** [1] - 6:16
**part** [3] - 6:17, 7:6
**parties** [5] - 3:16, 6:3, 6:6, 6:20, 8:3
**people** [4] - 3:14, 4:3, 5:11, 6:17
**phone** [2] - 3:14, 4:3
**physical** [1] - 7:17
**pick** [1] - 6:8
**picked** [1] - 6:5
**PIGMAN** [1] - 2:12
**pilot** [1] - 5:5

**PIPES** [1] - 4:18
**place** [1] - 8:13
**Plaintiff's** [1] - 3:12
**plaintiffs** [2] - 6:15, 8:19
**PLAINTIFFS'** [1] - 2:3
**Porter** [1] - 4:6
**POYDRAS** [3] - 1:22, 2:7, 2:10
**preliminary** [2] - 4:4, 4:8
**prepared** [1] - 4:6
**presented** [2] - 5:25, 8:1
**presenting** [3] - 4:8, 4:22, 6:21
**presently** [1] - 4:6
**preservation** [1] - 7:17
**Pretrial** [2] - 3:18, 3:19
**pro** [1] - 8:19
**problem** [1] - 7:19
**problems** [2] - 7:13, 7:18
**proceedings** [1] - 9:9
**PROCEEDINGS** [2] - 1:12, 1:25
**process** [1] - 5:11
**PRODUCED** [1] - 1:25
**Products** [1] - 3:7
**PRODUCTS** [1] - 1:4
**profile** [1] - 7:13
**program** [2] - 5:5, 5:7
**proposed** [2] - 3:16, 4:6
**PSC** [2] - 6:25, 7:2

## Q

**questionnaire** [1] - 6:1
**questionnaires** [1] - 6:2

## R

**racial** [1] - 6:18
**RCR** [1] - 7:15
**re** [1] - 1:3
**RE** [1] - 1:3
**received** [1] - 6:2
**recently** [1] - 7:2
**recess** [1] - 9:8
**record** [1] - 5:22
**RECORDED** [1] - 1:25
**regard** [1] - 7:25
**regarding** [1] - 7:4
**RELATES** [1] - 1:7
**relates** [1] - 1:8
**report** [4] - 3:21, 3:24, 4:1, 7:19

**REPORTER** [1] - 1:20
**Reporter** [1] - 9:14
**representative** [2] - 6:16, 6:19
**resolved** [2] - 4:15, 5:12
**respect** [1] - 8:4
**responded** [1] - 8:22
**reversal** [1] - 8:13
**RISLEY** [3] - 2:16, 8:9, 8:18
**Risley** [1] - 8:9
**River** [2] - 7:1, 8:10
**RIVER** [1] - 2:15
**Riverway** [1] - 2:17
**RMR** [1] - 1:20
**ROOM** [1] - 1:22
**rule** [1] - 7:10
**Russ** [1] - 3:11
**RUSS** [1] - 2:4

## S

**se** [1] - 8:19
**seated** [1] - 3:3
**second** [1] - 8:6
**see** [1] - 8:23
**Seeger** [1] - 6:24
**seller** [2] - 6:12, 6:13
**set** [1] - 4:10
**Settings** [1] - 3:20
**settlement** [4] - 4:7, 7:5, 7:6, 8:7
**settlements** [1] - 4:4
**sheet** [1] - 5:15
**short** [1] - 9:8
**sides** [1] - 6:20
**sit** [1] - 6:6
**situation** [2] - 5:10, 8:12
**six** [1] - 6:10
**south** [1] - 6:17
**stand** [1] - 8:15
**stands** [1] - 9:7
**state** [2] - 3:8, 4:23
**State** [2] - 3:20, 4:5
**STATE/FEDERAL** [1] - 2:6
**STATES** [3] - 1:1, 1:14, 1:21
**status** [2] - 3:13, 3:21
**STATUS** [2] - 1:7, 1:12
**steam** [1] - 4:11
**STEERING** [2] - 2:3, 2:9
**Steering** [2] - 3:10, 3:12
**STENOGRAPHY** [1] - 1:25

**still** [4] - 5:5, 5:6, 7:6, 8:11
**STONE** [1] - 2:12
**STREET** [4] - 1:22, 2:7, 2:10, 2:14
**submitted** [2] - 3:17, 6:1
**SUITE** [2] - 2:7, 2:11
**Suite** [1] - 2:17
**Supply** [1] - 7:8
**Susan** [2] - 9:14, 9:18
**SUSAN** [2] - 1:20, 9:17
**susan_zielie@laed. uscourts.gov** [1] - 1:23

## T

**Taishan** [1] - 5:20
**team** [1] - 6:24
**term** [1] - 5:15
**testified** [1] - 6:15
**THE** [29] - 1:13, 2:3, 2:6, 3:3, 3:8, 3:13, 3:20, 4:12, 4:19, 4:23, 5:1, 5:3, 5:5, 5:8, 5:17, 5:20, 5:23, 7:8, 7:11, 7:13, 7:15, 7:17, 7:20, 8:6, 8:17, 8:19, 8:25, 9:4, 9:7
**they've** [1] - 5:21
**THOMPSON** [1] - 2:15
**thousand** [1] - 5:7
**three** [1] - 8:4
**TO** [1] - 1:7
**today** [1] - 8:2
**touch** [1] - 4:13
**TRANSCRIPT** [2] - 1:12, 1:25
**transcript** [1] - 9:15
**TRANSCRIPTION** [1] - 1:25
**Trial** [1] - 3:20
**trial** [6] - 4:10, 5:24, 6:4, 6:5, 6:10, 6:24
**tried** [1] - 7:1
**TUESDAY** [2] - 1:6, 3:1
**two** [3] - 5:8, 6:8, 8:23
**TX** [1] - 2:18

## U

**understood** [1] - 6:21
**UNITED** [3] - 1:1, 1:14, 1:21
**up** [1] - 8:23
**usual** [1] - 4:14

## V

**Venture** [2] - 4:5, 7:8
**Vioxx** [1] - 4:21
**Virginia** [1] - 4:2

## W

**waiting** [2] - 5:18, 7:9
**WALTHER** [1] - 2:12
**wants** [1] - 8:15
**week** [1] - 5:22, 6:4
**weeks** [2] - 8:4, 8:23
**WIMBERLY** [2] - 2:13, 4:20
**withdraw** [1] - 7:24
**withdrawn** [1] - 7:23
**WITTMANN** [1] - 2:13
**women** [1] - 6:18

## Z

**ZIELIE** [2] - 1:20, 9:17
**Zielie** [2] - 9:14, 9:18