# EXHIBIT Q

| CASSIDY V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL 11-3023 OMNIBUS XIV COMPLAINT |
|---|---|---|
| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
| Knauf GIPS KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf UK GMBH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf International GmbH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |

| \ | \ | \ |
|---|---|---|
| *CASSIDY V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT KG, ET AL*<br>*11-3023*<br>*OMNIBUS XIV COMPLAINT* | | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Gebrueder Knauf Verwaltungsgesellschaft, KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf Do Brasil, Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| PT Knauf Gypsum Indonesia | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |
| Knauf Amf GmbH & Co., KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | January 12, 2012 |