UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>GERMANO, et al. v. TAISHAN GYPSUM CO. LTD., et al., Case No. 2:09-cv-06687 (E.D.La.) | |

**MICHELLE GERMANO, et al.'s NOTICE OF
VOLUNTARY DISMISSAL, WITH PREJUDICE,
OF DEFENDANTS, TOBIN TRADING, INC., VENTURE SUPPLY, INC.,
THE PORTER-BLAINE CORP., AND HARBOR WALK DEVELOPMENT, LLC**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway, and Lisa Dunaway, et al. and Intervenors, Jerry Baldwin, Inez Baldwin, Cathy Leach, Joseph Leach, William Morgan, Deborah Morgan, Preston McKellar, Rachel McKellar, Robert Orlando, Lisa Orlando, Fred Michaux, Vannessa Michaux, Elizabeth Heischober, and Steven Heischober, hereby dismiss, with prejudice, all of their claims against DEFENDANTS Tobin Trading, Inc., Venture Supply, Inc., The Porter-Blaine Corp., and Harbor Walk Development, LLC, in Plaintiffs' Class Action Complaint, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  Michelle Germano, Dennis Jackson, Sharon Jackson, Jason Dunaway, and Lisa Dunaway, et al. and Intervenors, Jerry Baldwin, Inez Baldwin, Cathy Leach, Joseph Leach, William Morgan, Deborah Morgan, Preston McKellar, Rachel McKellar, Robert Orlando, Lisa Orlando, Fred Michaux, Vannessa Michaux, Elizabeth Heischober, and Steven Heischober, shall continue to

1

pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from The Law Offices of Richard J. Serpe, P.C., counsel for all plaintiffs dismissing their claims herein, dated April 21, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: May 1, 2014	/s/ Leonard A. Davis_____
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Voluntary Dismissal With Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of May, 2014.

               /s/ Leonard A. Davis
               Leonard A. Davis, Esquire
               Herman, Herman & Katz, LLC
               820 O'Keefe Avenue
               New Orleans, Louisiana 70113
               Phone: (504) 581-4892
               Fax: (504) 561-6024
               LDavis@hhklawfirm.com
               Plaintiffs' Liaison Counsel
               MDL 2047