# EXHIBIT "A"



# RICHARD J. SERPE, P.C.

**Richard J. Serpe**
rserpe@serpefirm.com
Licensed in VA, LA, & TX

**Cindra M. Dowd**
cdowd@serpefirm.com
Licensed in VA

**Emily Mapp Brannon**
ebrannon@serpefirm.com
Licensed in VA & FL

April 21, 2014

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: In re: Chinese Manufactured Drywall Products Liability Litigation
Germano, et al. v. Taishan Gypsum Co. Ltd., et al.
Case Number: 2:09-cv-06687 (E.D.La)

Dear Russ and Lenny:

My clients, Michelle Germano, et al., authorize the attorneys of Herman, Herman & Katz, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, with prejudice, all of their claims against defendants Tobin Trading, Inc., Venture Supply, Inc., The Porter-Blaine Corp. and Harbor Walk Development, LLC in the above matter.

Sincerely,

LAW OFFICES OF RICHARD J. SERPE, P.C.

Richard J. Serpe

RJS/ric