UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| This Document Relates To: | * * | JUDGE FALLON |
| *Payton, et al. v. Knauf Gips KG, et al.*<br>Case No. 09-7628 | * * * | MAG. JUDGE WILKINSON |

**************************************

### JOINT MOTION OF PLAINTIFFS CRAIG PISARIS-HENDERSON AND KELLY HENDERSON AND KNAUF DEFENDANTS TO RESCIND PLAINTIFFS' OPT-OUTS AND ALLOW THEM TO PARTICIPATE IN THE OTHER LOSS FUNDS OF THE <u>KNAUF AND BANNER SETTLEMENTS</u>

Plaintiffs, Craig Pisaris-Henderson and Kelly Henderson, and Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. and Knauf Gips KG (collectively "Knauf"), by and through undersigned counsel, file this Joint Motion to Rescind Plaintiffs' Opt-Outs and to Allow Them to Participate in the Other Loss Funds of the Knauf and Banner Settlements, and in support thereof, state as follows:

1. Plaintiffs filed suit against Knauf in Omnibus Complaint I, *Payton, et al. v. Knauf Gips KG, et al.*, Case No. 09-cv-7628 (E.D. La.). Additionally, Plaintiffs filed a parallel state court action currently pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida styled *Pisaris-Henderson v. Douglas B. Francis, et al.*, Case No. 09-CA-001280, against their builder (Douglas B. Francis), installer (DeLaCruz Drywall Plastering & Stucco, Inc.), and supplier (Banner Supply Co. and Banner Supply Company Fort Myers).

2. On September 23 and 24, 2012, Plaintiffs timely opted out of the Knauf, Banner, and Global Settlements in the MDL.

3. On June 28, 2013, the Parties participated in mediation at which time a conceptual

1

settlement framework was agreed-to, and the Parties continued with arms-length settlement negotiations thereafter ultimately resulting in a confidential Settlement. The non-confidential general terms of the Settlement are as follows:

    a.    Knauf and Banner will pay Plaintiffs a confidential sum following the execution of a settlement agreement signed by Plaintiffs, Knauf, Banner, Francis, and DeLaCruz. Plaintiffs' counsel will be entitled to a fee from this confidential sum. Plaintiffs will deposit in the Court Registry the 17% voluntary assessment pursuant to this Court's April 13, 2011 Order (D.E. 8,545). Each party will bear its own costs in the action.

    b.    As a condition to the Settlement, Plaintiffs must be allowed to participate in the Other Loss Funds of the Knauf and Banner Settlements. The Parties agree that the confidential sum the Plaintiffs will receive from Knauf and Banner will not be offset from the Plaintiffs' Other Loss Fund claims. Specifically, the cash settlement referred to in paragraph 3(a) above will not be considered as a recoverable item under the terms of the Other Loss Funds (i.e. loss of equity, pre-remediation alternative living expenses, etc.) and that Plaintiffs will have full rights to pursue their claims in the Other Loss Funds the same as any other participating class member would. Should Plaintiffs recover any proceeds from the Other Loss Funds, Plaintiffs' counsel will be entitled to a separate fee on the Other Loss Funds portion of Plaintiffs' recovery pursuant to the MDL Knauf Settlement.

    c.    Plaintiffs have agreed to a settlement term sheet with both Francis and DeLaCruz. Plaintiffs agree to deposit into the Court Registry the 17% voluntary assessment from their recovery from Francis and DeLaCruz. Plaintiffs' counsel will be entitled to a fee from these settlements.

    d.    There will be a full dismissal and release of all Chinese drywall claims that have been brought or could have been brought by any of the Parties related to the subject property.

4.    Undersigned counsel certifies that they have conferred with the Plaintiffs' Steering Committee ("PSC") and that the PSC does not object to the relief Plaintiffs are seeking.

WHEREFORE, the undersigned counsel respectfully request that this Honorable Court enter an Order allowing Plaintiffs Craig Pisaris-Henderson and Kelly Henderson to rescind their Opt-Outs and participate in the Other Loss Funds of the Knauf and Banner Settlements, and for such further relief as is deemed just and proper.

Respectfully submitted this 24th day of April, 2014.

| | |
|---|---|
| /s/Jordan L. Chaikin | /s/Kerry J. Miller |
| Jordan L. Chaikin | Kerry J. Miller (#24562) |
| Florida Bar Number 0878421 | FRILOT L.L.C. |
| PARKER WAICHMAN LLP | 1100 Poydras Street |
| 3301 Bonita Beach Road, Suite 101 | Suite 3700 |
| Bonita Springs, Florida 34134 | New Orleans, LA 70163 |
| Telephone: 239.390.1000 | Telephone: (504) 599-8194 |
| Facsimile: 239.390.0055 | Facsimile: (504) 599-8145 |
| Email: jchaikin@yourlawyer.com | Email: kmiller@frilot.com |
| | *Attorney for Knauf Defendants* |

Panagiotis "Pete" V. Albanis
Florida Bar Number 0077354
MORGAN & MORGAN
12800 University Drive Suite 600
Fort Myers, FL 33907
Telephone: 239.433.6880
Facsimile: 239.433-6836
Email: palbanis@forthepeople.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Joint Motion of Plaintiffs Craig Pisaris-Henderson and Kelly Henderson and Knauf Defendants to Rescind Plaintiffs' Opt-Outs and Allow Them to participate in the Other Loss Funds of the Knauf and Banner Settlements has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of April, 2014.

By: /s/ Jordan L. Chaikin