## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL No. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION "L"** |
| | * | |
| | * | **JUDGE FALLON** |
| This Document Relates To: | * | |
| ***Payton, et al. v. Knauf Gips KG, et al.*** | * | **MAG. JUDGE WILKINSON** |
| **Case No. 09-7628** | * | |
| | * | |
| ************************************ | | |

## ORDER

The Court, having considered the Joint Motion of Plaintiffs Craig Pisaris-Henderson and Kelly Henderson and Knauf Defendants to Rescind Plaintiffs' Opt-Outs and Allow Them to participate in the Other Loss Funds of the Knauf and Banner Settlements, hereby ORDERS and ADJUDGES as follows:

1. The aforementioned Motion is **GRANTED**. Plaintiffs Craig Pisaris-Henderson and Kelly Henderson's September 2012 Opt-Outs are hereby rescinded and Plaintiffs have hereby opted in to Knauf and Banner Settlements.

2. Plaintiffs' Other Loss Fund claims shall be filed on the Brown Greer portal within 14 days of the entry of this Order. Their Other Loss Fund claims will be considered timely filed by the Court and Brown Greer.

3. Within 10 days of the date of this Order, Plaintiffs shall voluntarily dismiss their state court action currently pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida styled *Pisaris-Henderson v. Douglas B. Francis, et al.*, Case No. 09-CA-001280

New Orleans, Louisiana this _____ day of _____, 2014

_____
Hon. Eldon E. Fallon
United States District Court Judge