UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL       MDL No. 2047

SECTION: L

THIS DOCUMENT RELATES TO:       JUDGE FALLON
ALL CASES

MAG. JUDGE WILKINSON

**PLAINTIFF'S MOTION TO SUBMIT LATE-FILED CLAIM INTO
THE GLOBAL BANNER INEX SETTLEMENT AGREEMENTS**

COMES NOW the Plaintiff, TIMOTHY G. JOHNSON (CDW claimant ID 100856), by and through undersigned counsel, and requests this Court for an order allowing him to submit his late claim into the Global, Banner, InEx Settlement (GBI) and would show the Court that:

1. Mr. Johnson was timely registered on the Brown Greer portal.

2. Mr. Johnson timely filed a Global, Banner, InEx Repair and Relocation Expenses Claim form, on September 13, 2013.

3. On the same date that his GBI Claim form was filed, September 13, 2013, Mr. Johnson filed an Affidavit supporting his claim for lost rental income.

4. Mr. Johnson is an eligible class member, having owned and/or resided in an Affected Property.

5. This firm recently discovered that despite filing an Affidavit supporting his claim for lost rental income, an actual claim <u>form</u> for Lost Rent, Use, or Sales Claim was not uploaded to the portal.

6. The reason Mr. Johnson's claim for lost income was not filed timely is due to

1

inadvertent error, mistake and/or excusable neglect on behalf of undersigned counsel and is in no way the fault of Mr. Johnson, himself.

7. No prejudice will result from the extension of Mr. Johnson's filing deadline. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding.

8. Given that Mr. Johnson was timely registered and has other claims filed, undersigned counsel moves that the Court invoke its equitable powers to permit Mr. Johnson to late-file his Lost Rent, Use, or Sales Claim Form.

9. Pursuant to CAP 2013-6, paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014, deadline.

10. Mr. Johnson was declared ELIGIBLE on March 18, 2014, to receive compensation for his GBI Repair and Relocation Expenses Claim that he submitted on September 13, 2013.

11. Because virtually all of the documents but the claim form itself has already been uploaded as part of the submission process to the claims portal in support of Mr. Johnson's claim for lost rental income, counsel can expeditiously file this claim. Therefore, undersigned counsel seeks, on behalf of plaintiff, TIMOTHY G. JOHNSON, ten (10) days from the date of an order granting this motion to file all claims into the GBI fund.

WHEREFORE, for the above reasons, TIMOTHY G. JOHNSON respectfully requests this Honorable Court enter an order permitting him to submit his GBI Lost Rent, Use, or Sales

Claim Form and to deem it timely filed.

>Respectfully submitted,
>
>LAW OFFICES OF SIDNEY D. TORRES, III
>*A PROFESSIONAL LAW CORPORATION*
>
>By:   /s / Roberta L. Burns
>       SIDNEY D. TORRES, III, La. Bar No. 12869
>       ROBERTA L. BURNS, La. Bar No. 14945
>       8301 West Judge Perez Drive, Suite 303
>       Chalmette, LA 70043
>       Telephone: (504) 271-8421
>       Facsimile: (504) 271-1961
>       Email: storres@torres-law.com
>              rburns@torres-law.com
>       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Submit Late-Field Claim has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esq., Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of April 2014.

>       /s/Roberta L. Burns
>       **ROBERTA L. BURNS**