UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION:   L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, TIMOTHY G. JOHNSON (CDW claimant ID 100856), will submit to the Court his **MOTION TO SUBMIT LATE-FILED CLAIM INTO THE GLOBAL BANNER INEX SETTLEMENT AGREEMENTS** before the Hon. Eldon E. Fallon at 9:00 a.m. on June 4, 2014, or at such other time as the Court directs, at the United States Court for the Eastern District of Louisiana. Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted,

**LAW OFFICES OF SIDNEY D. TORRES, III,**
*A PROFESSIONAL LAW CORPORATION*

BY:   s/Roberta L. Burns
SIDNEY D. TORRES, III (La. Bar No. 12869)
ROBERTA L. BURNS (La. Bar No. 14945)
BEAU F. CAMEL (La. Bar No. 30231)
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
E-mail:   storres@torres-law.com

1

rburns@torres-law.com
bcamel@torres-law.com
*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns
**ROBERTA L. BURNS**