# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION:   L |
| THIS DOCUMENT RELATES TO: <br> ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER GRANTING PLAINTIFF'S MOTION

The Court, having considered Plaintiff's Motion to Submit a Late-Filed Claim into the Global, Banner, InEx Settlement (GBI) and supporting Memorandum, finds that plaintiff TIMOTHY G. JOHNSON's Motion should be granted, and TIMOTHY G. JOHNSON shall be permitted to file his GBI Lost Rent, Use, or Sales Claims Form, which will be considered timely submitted.

Accordingly, it is

**ORDERED** that plaintiff TIMOTHY G. JOHNSON's Motion is **GRANTED**.

New Orleans, Louisiana, this _____ day of April, 2014.

_____
**HON. ELDON E. FALLON**
**DISTRICT COURT JUDGE**