# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

# PLAINTIFF'S MOTION TO SUBMIT LATE FILED CLAIMS INTO THE FOUR
# VIRGINIA-BASED SETTLEMENTS

COMES NOW Plaintiff, L&B Quarterpath LLC who files this Motion to Consider this "late" filed claim under the terms of the Four Virginia-based Settlements and, as grounds for this Motion states:

1. Plaintiff, L&B Quarterpath LLC, built a home at 211 Quarterpath Road Williamsburg, Virginia 23185 in 2007.  Upon discovering that the home contained defective Chinese drywall, L&B Quarterpath fully remediated the home before renting it.

2. The defective Chinese drywall installed in the L&B Quarterpath LLC home was manufactured by Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan"), supplied by Venture Supply, Inc. ("Venture"), installed by the Porter-Blaine Corp. ("Porter-Blaine"), and imported by Tobin Trading, Inc ("Tobin").  Venture, Porter-Blaine, and Tobin are participating defendants in the Four Virginia-based Settlements.

3. Prior to March 17, 2014 (the deadline to file Other Loss Claims in the Four Virginia-based Settlements), L&B Quarterpath LLC did not receive a claim form and was unaware of the deadline to file Real Property and Other Loss Claim Forms in the Four Virginia-based Settlements.  Had L&B Quarterpath LLC received claim forms before the deadlines to file Real Property and Other Loss Claim Forms, L&B Quarterpath would have timely filed its claim.

4. Since learning that the deadline to file claims has passed, L&B Quarterpath has diligently sought to file a late claim by contacting Class Counsel and the Claims Administrator.

5. Class Counsel informed L&B Quarterpath that it must submit a motion with the Court to seek relief from the claims submission deadline. Therefore, L&B Quarterpath now submits this Motion to File a Late Claim.

6. Class Counsel does not oppose L&B Quarterpath's Motion to Submit Late Filed Claims.

7. Since Plaintiff was unaware of the deadline to file claims until after the claim submission deadline, the undersigned respectfully requests that this Court invoke its equitable powers and allow the Plaintiff to participate in the Four Virginia-based Settlements.

Dated: <u>May 7, 2014</u>                                     Respectfully submitted,

                                                         L&B QUARTERPATH LLC

                                                         By:_____/s/_____
                                                                       Counsel

Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
TAYLORWALKER P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
Counsel for L&B Quarterpath LLC

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above Motion to Submit Late Filed Claims into the Four Virgnia-Based Settlements has been served on Plaintiffs' Liaison Counsel, Arnold Levin, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 7th day of May, 2014.

                  /s/
                  Christopher J. Wiemken

Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
TAYLORWALKER P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
Counsel for L&B Quarterpath LLC