# EXHIBIT A

| From: | MICHAEL RYAN |
|---|---|
| To: | "Miller, Kerry J." (kmiller@frilot.com) |
| Cc: | Russ Herman (RHERMAN@hhklawfirm.com); "Arnold Levin"; "LDAVIS@hhklawfirm.com" (LDAVIS@hhklawfirm.com) |
| Subject: | RE: Defendants Motion to Construe Settlement Agreement |
| Date: | Tuesday, May 06, 2014 11:08:01 AM |

Kerry,

Checking in on this request. Any opposition is due soon.

Best,

Mike
-----Original Message-----
From: MICHAEL RYAN
Sent: Tuesday, April 29, 2014 9:41 AM
To: 'Miller, Kerry J.' (kmiller@frilot.com)
Cc: Russ Herman (RHERMAN@hhklawfirm.com); 'Arnold Levin'; 'LDAVIS@hhklawfirm.com' (LDAVIS@hhklawfirm.com)
Subject: Defendants Motion to Construe Settlement Agreement

Kerry,

We are in receipt of the Defendants Motion. However, the motion fails to identify all homeowners to whom this would apply and instead provides examples.

We believe that each homeowner claimant is entitled to notice in this regard. Do you have a list of those claims you believe would be covered by this motion?

Best,

Mike