UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br><br>SECTION: L |
| This Document Relates to: | : : | JUDGE FALLON |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, *11-2349* (E.D.La) OMNI XII | : : : : : | MAG. JUDGE WILKINSON |

## MOTION TO DISMISS SETTLED CLAIM WITH PREJUDICE

Douglas and Jean Drufner instituted suit in the proceeding styled: *Dorothy Arndt, individually, and on behalf of all others similarly situated, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, bearing case no. 11-2349 in the United States District Court for the Eastern District of Louisiana, in which the Drufners alleged, *inter alia*, that Wolfman Construction Company installed defective drywall in their home at 4704 Wilson Drive, Metairie, Louisiana 70003.

On or about January 28, 2012, the Drufners entered into a Confidential Homeowner Release and Assignment of Claims with Knauf Plasterboard (Wuhu) Co. Ltd., Guandong Knauf New Building Material Product Co. Ltd., Knauf International GmbH, Knauf Insulation GmbH (referred to in MDL 2047 as Knauf Insulation USA), Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., Gebr., Knauf Verwaltungsgesellschaft, PT.Knauf Gypsum Indonesia, and Knauf Gips KG (collectively, the "Knauf Defendants") wherein *inter alia*, the Drufners participated in the "Program" created pursuant to the Settlement Agreement For the Demonstration

Remediation of Homes with KPT Drywall (the "Demonstration Remediation Agreement") to remediate their home and, further, the Drufners assigned, transferred, and otherwise relinquished to the Knauf Defendants any and all of the Drufners' claims and/or causes of action the Drufners had or may have had against Wolfman Construction Company

Accordingly, pursuant to Fed.R.Civ.P. 41(a)(2), KPT, as the assignee and transferee of Douglas and Jean Drufners' claims and causes of action against Wolfman Construction Company, moves to dismiss the claims against Wolfman Construction Company with prejudice.

Respectfully submitted,

s/Kerry J. Miller
**KERRY J. MILLER (Bar No. 24562)**
**KYLE A. SPAULDING (Bar No. 29000)**
**FRILOT, L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8249
Fax: (504) 599-8137
Email: Kspaulding@Frilot.com

Attorneys for the Knauf Defendants properly served in case no. 11-2349

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss Settled Claim with Prejudice, has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of May, 2014.

                                                s/Kerry J. Miller
                                                KERRY J. MILLER