UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br><br>SECTION: L |
| This Document Relates to: | : : | JUDGE FALLON |
| *Arndt, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* 11-2349 (E.D.La)<br>OMNI XII<br>_____: | : : : : | MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Dismiss Settled Claim With Prejudice as to Wolfman Construction Company;

IT IS HEREBY ORDERED that said Motion is hereby granted, and the assigned and transferred claims of Douglas and Jean Drufner to the Knauf Defendants against Wolfman Construction Company are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this \_\_\_\_\_day of _____, 2014.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE