UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>**Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>**Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>**Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>**Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>**Case No. 10-cv-361 (E.D. La.)** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

## ORDER GRANTING INCENTIVE AWARDS

Upon CONSIDERATION of Class Counsel's Motion for Incentive Awards and consistent with the Allocation Plan approved by this Court on July 9, 2013 (Doc. 16800-7; Doc. 16934) regarding the Four Chinese Drywall Class Settlements *Relating to Virginia and Certain Other Remaining Claims* ("Virginia-Based Settlements"), and FINDING that the Class Representatives and Plaintiffs listed below have contributed extraordinary efforts and benefits to the Class and further benefited other MDL Plaintiffs, it is hereby ORDERED as follows:

1

1. Class Counsel's Motion for Incentive Awards is hereby GRANTED.

2. The Claims Administrator for the Virginia-Based Settlements (Matthew Garretson) is directed to allocate incentive awards to be paid from the Virginia-Based Settlements funds, $7,500 per household, for a total of $120,000 in incentive awards, as follows:

    a. Jerry and Inez Baldwin are awarded an incentive payment of $7,500 for their household;

    b. Steven and Elizabeth Heischober are awarded an incentive payment of $7,500 for their household;

    c. Joseph and Cathy Leach are awarded an incentive payment of $7,500 for their household;

    d. Preston and Rachel McKellar are awarded an incentive payment of $7,500 for their household;

    e. Fred and Vannessa Michaux are awarded an incentive payment of $7,500 for their household;

    f. William and Deborah Morgan are awarded an incentive payment of $7,500 for their household;

    g. Robert and Lisa Orlando are awarded an incentive payment of $7,500 for their household;

    h. Michelle Germano is awarded an incentive payment of $7,500 for her household;

    i. Jason and Lisa Dunaway are awarded an incentive payment of $7,500 for their household;

    j. Sharon and Dennis Jackson are awarded an incentive payment of $7,500 for their household;

k. Colleen and Tuan Nguyen are awarded an incentive payment of $7,500 for their household;

l. Ed and Kim Schultz are awarded an incentive payment of $7,500 for their household;

m. Benjamin and Holly Proto are awarded an incentive payment of $7,500 for their household;

n. Keith and Elizabeth Berry are awarded an incentive payment of $7,500 for their household;

o. Dwight and Psyche Page are awarded an incentive payment of $7,500 for their household; and

p. Bryan and Kimberly Wood are awarded an incentive payment of $7,500 for their household.

New Orleans, Louisiana, this  5th  day of       May      , 2014.

_____
ELDON E. FALLON
United States District Court Judge