UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*
*Case No. 12-0498 (E.D. La.)*
ORIGINAL COMPLAINT, OMNI XIII

*Block v. Gebrueder Knauf Verwaltungsgesellschaft KG, et al., Case No. 11-1363 (E.D. La.)*
ORIGINAL COMPLAINT, OMNI X

## ORDER

Considering the pending motions to dismiss claims against Coastal Construction of South Florida, Inc. (Rec. Docs. 17632, 17633), **IT IS ORDERED** that these motions and are hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Tuesday, May 20, 2014.  Responses in opposition to this Motion shall be filed on or before May 16, 2014.

New Orleans, Louisiana this 9th day of May, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE