UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| Little et al., v. Taishan Gypsum Co., Ltd., et al. Case No. 14-587 | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER TO SHOW CAUSE

Upon consideration of Lafarge North America Inc.'s Motion for Rule to Show Cause why the Lafarge Entities Should not be Dismissed, IT IS HEREBY ORDERED that:

1. Any party to the above referenced case who maintains that their claims should not be dismissed against the Lafarge Entities shall appear before this Court on May 20, 2014 to explain why their claims should not be dismissed.

The hearings will take place following the monthly status conference in this case.

New Orleans, Louisiana this 9th day of May, 2014.

_____
UNITED SATES DISTRICT COURT JUDGE