UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:**

*Payton, et al. v. Knauf Gips, KG, et. al.,*
*Case No. 09-7628*

## ORDER

Considering the pending motion to compel Knauf Defendants cash-out option payment,

(Rec. Doc. 17642),

**IT IS ORDERED** that this motion be and is hereby set for hearing with oral argument

before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on

Tuesday, May 20, 2014.

**IT IS FURTHER ORDERED** that parties who want to respond to this motion should do

so by Friday, May 16, 2014.

New Orleans, Louisiana this 7th day of May, 2014.

_____

UNITED STATES DISTRICT COURT JUDGE