UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| This Document Relates To: *Payton, et al. v. Knauf Gips KG, et al.* Case No. 09-7628 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*************************************

## ORDER

The Court, having considered the Joint Motion of Plaintiffs Craig Pisaris-Henderson and Kelly Henderson and Knauf Defendants to Rescind Plaintiffs' Opt-Outs and Allow Them to participate in the Other Loss Funds of the Knauf and Banner Settlements, hereby ORDERS and ADJUDGES as follows:

1. The aforementioned Motion is **GRANTED**. Plaintiffs Craig Pisaris-Henderson and Kelly Henderson's September 2012 Opt-Outs are hereby rescinded and Plaintiffs have hereby opted in to Knauf and Banner Settlements.

2. Plaintiffs' Other Loss Fund claims shall be filed on the Brown Greer portal within 14 days of the entry of this Order. Their Other Loss Fund claims will be considered timely filed by the Court and Brown Greer.

3. Within 10 days of the date of this Order, Plaintiffs shall voluntarily dismiss their state court action currently pending in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida styled *Pisaris-Henderson v. Douglas B. Francis, et al.*, Case No. 09-CA-001280

4. Plaintiffs are to observe the terms of the Confidential Settlement, which provided that the voluntary payment of 17% of the amount recovered in the confidential settlement by paid into the registry of the Court.

New Orleans, Louisiana this 9th day of May, 2014.

_____
United States District Judge