UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) |
| _____ | ) SECTION: L ) |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| ALL CASES | ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) |
| _____ | ) |

### (PROPOSED) ORDER

THIS MATTER came before the Court, and having reviewed all motions and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that Knauf Defendants' Motion to Construe Settlement Agreement be denied.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
ELDON E. FALLON
United States District Court Judge