UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          MDL Docket No. 2047

THIS DOCUMENT RELATES TO ALL
CASES                                                                        JUDGE FALLON

_____/          MAGISTRATE JUDGE WILKINSON

### INDIVIDUAL PLAINTIFFS' COUNSEL, ALLISON GRANT, P.A.'S MOTION TO JOIN, ADOPT AND INCORPORATE MEMORANDUM IN OPPOSITION TO KNAUF'S MOTION TO CONSTRUE SETTLEMENT AGREEMENT

COMES NOW Individual Plaintiffs' Counsel, ALLISON GRANT, P.A., and respectfully moves to Join, Adopt and Incorporate the Memorandum in Opposition to Knauf's Motion to Construe Settlement Agreement filed by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. on May 9, 2014, as the arguments raised therein apply to claimants represented by ALLISON GRANT, P.A. whose Lump Sum Payment has or will be reduced by Knauf notwithstanding the fact that claimants are Residential Owners as defined under the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.

WHEREFORE, Individual Plaintiffs' Counsel, ALLISON GRANT, P.A., respectfully requests that the Court grant its Motion to Join, Adopt and Incorporate the Memorandum in Opposition filed by Krupnick Campbell Malone and deny Knauf's Motion to Construe Settlement Agreement for the reasons stated therein.

Respectfully submitted,

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida  33460
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served by e-mail on Plaintiffs' Liason Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry Miller, Esquire, and upon all parties by electronically uploading the same to File and ServeXpress in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of May, 2014.

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida  33460
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com