# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                            MDL Docket No. 2047

THIS DOCUMENT RELATES TO ALL
CASES                                                              JUDGE FALLON

_____/          MAGISTRATE JUDGE WILKINSON

## PROPOSED ORDER

THIS MATTER came before the Court, and having reviewed the matter and being otherwise fully advised, it is hereby:

ORDERED AND ADJUDGED that Individual Plaintiffs' Counsel, Allison Grant, P.A.'s Motion to Join, Adopt and Incorporate Memorandum in Opposition to Knauf's Motion to Construe Settlement Agreement filed by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. on May 9, 2014, is Granted.

New Orleans, Louisiana, this ____ day of _____, 2014

                              _____
                              HONORABLE ELDON E. FALLON
                              United States District Court Judge