# EXHIBIT B

**Residential Lease for Apartment or Unit in Multi-Family Rental Housing (other than a Duplex) Including a Mobile Home, Condominium, or Cooperative**

**FloridaRealtors**

**(FOR A TERM NOT TO EXCEED ONE YEAR)**

(Not To Be Used For Commercial, Agricultural, or Other Residential Property)

WARNING: IT IS VERY IMPORTANT TO READ ALL OF THE LEASE CAREFULLY. THE LEASE IMPOSES IMPORTANT LEGAL OBLIGATIONS.

AN ASTERISK (*) OR A BLANK SPACE (_____) INDICATES A PROVISION WHERE A CHOICE OR A DECISION MUST BE MADE BY THE PARTIES.

NO CHANGES OR ADDITIONS TO THIS FORM MAY BE MADE UNLESS A LAWYER IS CONSULTED.

**1. TERMS AND PARTIES.** This is a lease ("the Lease") for a period of __12__ months (the "Lease Term"), beginning __September 1, 2011__ and ending __August 31, 2012__, between __Eileen Koegler and Axel Neumann__ (name of owner of the property) and __Shakira and Noah Silverman__ (name(s) of person(s) to whom the property is leased)

(In the Lease, the owner, whether one or more, of the property is called "Landlord." All persons to whom the property is leased are called "Tenant.")

Landlord's E-mail Address: __ekoegler@__
Landlord's Telephone Number:
Tenant's E-mail Address:
Tenant's Telephone Number: __786-537-__

**II. PROPERTY RENTED.** Landlord leases to Tenant apartment or unit no. __1015__ in the building located at __7900 Harbor Island Drive Unit #1015__ (street address) known as __360 Condo__ (name of apartment or condominium), __North Bay Village__ (city)

Florida __33411__ (zip code), together with the following furniture and appliances:
Refrigerator, Microwave, Oven, Dishwasher, Washer and Dryer

[List all furniture and appliances. If none, write "none."] (In the Lease, the property leased, including furniture and appliances, if any, is called "the Premises.")

**III. COMMON AREAS.** Landlord grants to Tenant permission to use, during the Lease Term, along with others, the common areas of the building and the development of which the Premises are a part.

**IV. RENT PAYMENTS AND CHARGES.** Tenant shall pay rent for the Premises in installments of $__1900__ each on the __4th__ day of each __Month__ [month, week] (a "Rental Installment Period," as used in the Lease, shall be a month if rent is paid monthly, and a week if rent is paid weekly.)

Tenant shall pay with each rent payment all taxes imposed on the rent by taxing authorities. The amount of taxes payable on the beginning date of the Lease is $__0__ for each installment. The amount of each installment of rent plus taxes ("the Lease Payment"), as of the date the Lease begins, is $__1900__. Landlord will notify Tenant if the amount of the tax changes. Tenant shall pay the rent and all other charges required to be paid under the Lease by cash, valid check, or money order. Landlord may appoint an agent to collect the Lease Payment and to perform Landlord's obligations.

Landlord _EK_ (_AN_) and Tenant (_NS_) (____) acknowledge receipt of a copy of this page which is Page 1 of 7
RLAUCC-1   Rev. 4/10 ©2010  Approved for use under rule 10-2.1(a) of The Rules Regulating the Florida Bar

formsimplicity

08/04/2011 12:37   #094 P.003/006

Unless this box ☐ is checked, the Lease Payments must be paid in advance beginning _____
                                                                                    (date)
If the tenancy starts on a day other than the first day of the month or week as designated above, the rent shall be prorated from

_____ through _____ in the amount of $ _____ and shall be due
     (date)                    (date)

on _____. (If rent paid monthly, prorate on a 30-day month.)
     (date)

**V. DEPOSITS, ADVANCE RENT, AND LATE CHARGES.** In addition to the Lease Payments described above, Tenant shall pay the following: (check only those items that apply)

☒ a security deposit of $ 1,900.00 to be paid upon signing the Lease.

☒ advance rent in the amount of $ 1,900.00 for the Rental Installment Periods of September 2011 to be paid upon signing the Lease.

☐ a pet deposit in the amount of $ _____ to be paid upon signing the Lease.

☒ a late charge in the amount of $ 100.00 for each Lease Payment made more than 5 days after the date it is due.

☒ a bad check fee in the amount $ 50.00 (not to exceed $20.00 or 5% of the Lease Payment, whichever is greater) if Tenant makes any Lease Payment with a bad check. If Tenant makes any Lease Payment with a bad check, Landlord can require Tenant to pay all future Lease Payments in cash or by money order.

☒ Other: Last Month Rent August 2012 $1900

☐ Other: _____

**VI. SECURITY DEPOSITS AND ADVANCE RENT.** If Tenant has paid a security deposit or advance rent the following provisions apply:
A. Landlord shall hold the money in a separate interest-bearing or non-interest-bearing account in a Florida banking institution for the benefit of Tenant. If Landlord deposits the money in an interest-bearing account, Landlord must pay Tenant interest of at least 75% of the annualized average interest paid by the bank or 5% per year simple interest, whichever Landlord chooses. Landlord cannot mix such money with any other funds of Landlord or pledge, mortgage, or make any other use of such money until the money is actually due to Landlord; or
B. Landlord must post a surety bond in the manner allowed by law. If Landlord posts the bond, Landlord shall pay Tenant 5% interest per year.
At the end of the Lease, Landlord will pay Tenant, or credit against rent, the interest due to Tenant. No interest will be due Tenant if Tenant wrongfully terminates the Lease before the end of the Lease Term.
- If Landlord rents 5 or more dwelling units, then within 30 days of Tenant's payment of the advance rent or any security deposit, Landlord must notify Tenant in writing of the manner in which Landlord is holding such money, the interest rate, if any, that Tenant will receive, and when such payments will be made.

**VII. NOTICES.** _____ is Landlord's Agent. All notices to Landlord and all
                    (name)

~~Lease Deposits [illegible]~~   ~~Direct Deposit to the owners bank account~~
                              (address)

unless Landlord gives Tenant written notice of a change. Landlord's Agent may perform inspections on behalf of Landlord, subject to Article XII below. All notices to Landlord shall be given by certified mail, return receipt requested, or by hand delivery to Landlord or Landlord's Agent.

Any notice to Tenant shall be given by certified mail, return receipt requested, or delivered to Tenant at the Premises. If Tenant is absent from the Premises, a notice to Tenant may be given by leaving a copy of the notice at the Premises.

**VIII. USE OF PREMISES.** Tenant shall use the Premises only for residential purposes. Tenant also shall obey, and require anyone on the Premises to obey, all laws and any restrictions that apply to the Premises. Landlord will give Tenant notice of any restrictions that apply to the Premises.

If the Premises are located in a condominium or cooperative development, the Lease and Tenant's rights under it, including as to the common areas, are subject to all terms of the governing documents for the project, including, without limitation, any Declaration of Condominium or proprietary lease, and any restrictions, rules, and regulations now existing or hereafter adopted, amended, or repealed.

Landlord (_____) (_____) and Tenant (_____) (_____) acknowledge receipt of a copy of this page which is Page 2 of 7
RLAUCC-1   Rev. 4/10 ©2010   Approved for use under rule 10-2.1(a) of The Rules Regulating the Florida Bar

From: formsimplicity

**XX. APPROVAL CONTINGENCY .** If applicable, the Lease is conditioned upon approval of Tenant by the association that governs the Premises. Any application fee required by an association shall be paid by ☐ Landlord ☒ Tenant. If such approval is not obtained prior to commencement of Lease Term, either party may terminate the Lease by written notice to the other given at any time prior to approval by the association, and if the Lease is terminated, Tenant shall receive return of deposits specified in Article V, if made. If the Lease is not terminated, rent shall abate until the approval is obtained from the association. Tenant agrees to use due diligence in applying for association approval and to comply with the requirements for obtaining approval. ☒ Landlord ☐ Tenant shall pay the security deposit required by the association, if applicable.

**XXI. RENEWAL/EXTENSION .** The Lease can be renewed or extended only by a written agreement signed by both Landlord and Tenant, but in no event may the total Lease Term exceed one year. A new lease is required for each year.

**XXII. LEAD-BASED PAINT.** ☐ Check and complete if the dwelling was built before January 1, 1978.  **Lead Warning Statement** (when used in this article, the term Lessor refers to Landlord and the term Lessee refers to Tenant)

Housing built before 1978 may contain lead-based paint. Lead from paint, paint chips, and dust can pose health hazards if not managed properly. Lead exposure is especially harmful to young children and pregnant women. Before renting pre-1978 housing, Lessors must disclose the presence of known lead-based paint and/or lead-based paint hazards in the dwelling. Lessees must also receive a federally approved pamphlet on lead poisoning prevention.

**Lessor's Disclosure (Initial)**

_____(a) Presence of lead-based paint or lead-based paint hazards (check (i) or (ii) below):
  (i) ☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

_____
_____

  (ii) ☐ Lessor has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.
_____(b) Records and reports available to the Lessor (check (i) or (ii) below):
  (i) ☐ Lessor has provided the Lessee with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

_____
_____

  (ii) ☐ Lessor has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Lessee's Acknowledgment (Initial)**

_____(c) Lessee has received copies of all information listed above.
_____(d) Lessee has received the pamphlet *Protect Your Family From Lead in Your Home*.

**Agent's Acknowledgment (Initial)**

_____(e) Agent has informed the Lessor of the Lessor's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information provided by the signatory is true and accurate.

| *Eileen Voegler* | | | |
|---|---|---|---|
| Lessor's signature | Date | Lessee's signature | Date |
| Lessor's signature | Date | Lessee's signature | Date |
| Agent's signature | Date | Agent's signature | Date |

Landlord (_EV_) (_ch_) and Tenant (___) (___) acknowledge receipt of a copy of this page which is Page 5 of 7
RLAUCC-1   Rev. 4/10  ©2010  Approved for use under rule 10-2.1(a) of The Rules Regulating the Florida Bar

formsimplicity

From:                                                                                   08/04/2011 12:39        #094 P.006/006

## Early Termination Fee/Liquidated Damages Addendum

[ [X] ]  I agree, as provided in the rental agreement, to pay $ __1,900.00__ (an amount that does not exceed two months' rent) as liquidated damages or an early termination fee if I elect to terminate the rental agreement and the landlord waives the right to seek additional rent beyond the month in which the landlord retakes possession.

[ [ ] ]  I do not agree to liquidated damages or an early termination fee, and I acknowledge that the landlord may seek damages as provided by law.

_Eileen Pogler_ _____  08/3/11
Landlord's Signature                                       Date

_____  08/3/11
Landlord's Signature                                       Date

_____  _____
Landlord's Signature                                       Date

_____  8/5/11
Tenant's Signature                                         Date

_____  8/5/11
Tenant's Signature                                         Date

Landlord (____) (____) and Tenant (____) (____) acknowledge receipt of a copy of this page which is Page 7 of 7
RLAUC-1    Rev. 4/10 ©2010   Approved for use under rule 10-2.1(a) of The Rules Regulating the Florida Bar

formsimplicity

XXIII. **ATTORNEYS' FEES.** In any lawsuit brought to enforce the Lease or under applicable law, the party in whose favor a judgment or decree has been rendered may recover reasonable court costs, including attorneys' fees, from the non-prevailing party.

XXIV. **MISCELLANEOUS.**
    A. Time is of the essence of the performance of each party's obligations under the Lease.
    B. The Lease shall be binding upon and for the benefit of the heirs, personal representatives, successors, and permitted assigns of Landlord and Tenant, subject to the requirements specifically mentioned in the Lease. Whenever used, the singular number shall include the plural or singular and the use of any gender shall include all appropriate genders.
    C. The agreements contained in the Lease set forth the complete understanding of the parties and may not be changed or terminated orally.
    D. No agreement to accept surrender of the Premises from Tenant will be valid unless in writing and signed by Landlord.
    E. All questions concerning the meaning, execution, construction, effect, validity, and enforcement of the Lease shall be determined pursuant to the laws of Florida.
    F. The place for filing any suits or other proceedings with respect to the Lease shall be the county in which the Premises is located.
    G. Landlord and Tenant will use good faith in performing their obligations under the Lease.
    H. As required by law, Landlord makes the following disclosure: "RADON GAS." Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county health department.

XXV. **TENANT'S PERSONAL PROPERTY.** TENANT MUST INITIAL IN THIS BOX [____] FOR THE FOLLOWING PROVISION TO APPLY. BY SIGNING THIS RENTAL AGREEMENT, THE TENANT AGREES THAT UPON SURRENDER, ABANDONMENT, OR RECOVERY OF POSSESSION OF THE DWELLING UNIT DUE TO THE DEATH OF THE LAST REMAINING TENANT, AS PROVIDED BY CHAPTER 83, FLORIDA STATUTES, THE LANDLORD SHALL NOT BE LIABLE OR RESPONSIBLE FOR STORAGE OR DISPOSITION OF THE TENANT'S PERSONAL PROPERTY.

The Lease has been executed by the parties on the dates indicated below.

_Eileen Foegen_
Landlord's Signature         Date 08/3/11

_[signature]_
Landlord's Signature         Date 08/3/11

_[signature]_
Landlord's Signature         Date

_[signature]_
Tenant's Signature           Date 8/5/11

_SO_
Tenant's Signature           Date 8/5/11

This form was completed with the assistance of:

| | |
|---|---|
| Name of Individual: | Maria Pia SAjon |
| Name of Business: | Grand Beach Realty |
| Address: | |
| Telephone Number: | |

Landlord (____) (____) and Tenant (____) (____) acknowledge receipt of a copy of this page which is Page 6 of 7
RLAUCC-1    Rev. 4/10 ©2010  Approved for use under rule 10-2.1(a) of The Rules Regulating the Florida Bar

formsimplicity