# EXHIBIT C



# Inspection Report

**Shakira Silverman**
**3133 Jackson Ave**
**Coconut Grove, FL 33133**





STATE OF FLORIDA   AC# 6 1 1 5 8 8 2
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

HI4733        05/01/12 110371160

HOME INSPECTOR
D ANGELO, GIOVANNI

IS CERTIFIED under the provisions of Ch.468 FS
Expiration date: JUL 31, 2014    L12050101174

A-1 Property Service Company, Inc.

"Your Inspection Company

Giovanni D'Angelo

Licensed Inspector

Cell / Text 786-512-1594

Email info@a1propertyservice.com

# Report Index

| | |
|---|---|
| INSPECTION CONDITIONS | 2 |
| GROUNDS | 7 |
| EXTERIOR - FOUNDATION - BASEMENT | 9 |
| ELECTRICAL SYSTEM | 10 |
| PLUMBING | 12 |
| ROOF SYSTEM | 14 |
| HEATING - AIR CONDITIONING | 17 |
| FRONT ENTRY/ LIVING ROOM | 22 |
| DINNING ROOM: | 26 |
| FAMILY ROOM: | 28 |
| KITCHEN - APPLIANCES - LAUNDRY | 30 |
| BEDROOMS | 37 |
| BATHROOMS | 41 |

# INSPECTION CONDITIONS

## CLIENT & SITE INFORMATION:

*DATE OF INSPECTION:*
June 13, 2013.

*TIME OF INSPECTION:*
10:00 AM.

*CLIENT NAME:*
Shakira Silverman.

*CLIENT CITY/STATE/ZIP:*

*CLIENT PHONE #:*

*CLIENT FAX #:*

*INSPECTION SITE:*



3133 Jackson Ave.

*INSPECTION SITE CITY/STATE/ZIP:*
Coconut Grove, FL  33133.

## CLIMATIC CONDITIONS:

*WEATHER:*
Clear.

*SOIL CONDITIONS:*
    Damp.

*APPROXIMATE OUTSIDE TEMPERATURE in F:*
    80-90.

## BUILDING CHARACTERISTICS:
*ESTIMATED AGE OF HOUSE:*
    2007.

*BUILDING TYPE:*
    Townhouse.

*STORIES:*
    2.

*BALCONY:*

 



Repair one loose baluster on master bedroom balcony..
Estimate $ 50.00.

## SHUTTERS:

No shutters, impact windows present on all openings.

## UTILITY SERVICES:

*WATER SOURCE:*
Public.

*SEWAGE DISPOSAL:*
Public.

*UTILITIES STATUS:*
All utilities on.

## OTHER INFORMATION:

*AREA:*
City.

*HOUSE OCCUPIED?*
　　　Yes.


*CLIENT PRESENT:*
　　　Yes.


*PEOPLE PRESENT:*
　　　Homeowner, Selling agent, Purchaser.


## PAYMENT INFORMATION:

*TOTAL FEE:*
　　　650.00.


*PAID BY:*
　　　Check 1100.


*TOTAL ESTIMATE FOR REPLACEMENT/ REPAIRS:*
　　　**$ 925.00.**

REPORT LIMITATIONS:This inspection, along with any subsequent re-inspections of the property conditions, is performed in accordance with the STANDARDS OF PRACTICE of  NATIONAL ASSOCIATION OF CERTIFIED HOME INSPECTORS, INC. (NACHI ). These guidelines (available at www.nachi.org) are intended to provide the client with a better understanding of the property conditions, as observed at the time of inspection. It is not intended to reflect the value of the premises, nor make any representation as to the advisability of purchase.  The report expresses the personal opinions of the inspector, based upon his visual impressions of the conditions that existed at the time of the inspection only.  The inspection and report are not intended to be technically exhaustive, or to imply that every component was inspected, or that every possible defect was discovered. Disassembly of equipment, opening of walls, moving of furniture, appliances or stored items, or excavation will not be  performed.  All components and conditions which by the nature of their location are concealed, camouflaged or difficult to inspect are excluded from the report. Repair estimates are provided soley as a general guide to inform the client of a possible cost for repairs, and are the personal opinion of the inspector. A certified contractor should be contacted to provide true estimates for cost repairs.
 FLORIDA HOME ASSISTANCE CORP. certifies that their inspectors have no interest, present or contemplated, in this property or its improvement and no involvement with trades people or benefits derived from any sales or improvements.  To the best of our knowledge and belief, all statements and information in this report are true and correct.
Any dispute, controversy, interpretation or claim including claims for, but not limited to, the breach of contract, any form of negligence, fraud, or misinterpretation arising out of, form or related to, this contract or arising out of, form or related to the inspection report shall be submitted first to a Non-Binding Mediation conference and absent a voluntary settlement through Non-Binding Mediation to be followed by final and Binding Arbitration, if necessary, as conducted by Construction Dispute Resolution Services, LLC or resolute Systems, Inc. utilizing their respective rules procedures. If you would like to utilize the Mediation or arbitration services of another dispute resolution provider other than one of those so stated please submit you recommendation to us for our consideration.If the dispute is submitted to Binding arbitration, the decision of the arbitrator appointed there under shall be final and binding and enforcement of the Arbitration award may be entered in any court or administrative tribunal having jurisdiction thereof.
**Notice: You and we would have a right or opportunity to litigate disputes through a court and have a judge or jury decide the dispute but have agreed intend to resolve disputes through mediation and binding arbitration.**
The customer requests the visual inspection of the readily accessible areas of the structure.  This inspection is limited to visual observation existing at the time of the inspection.  The customer agrees and understands that the maximum liability incurred by  FLORIDA HOME ASSISTANCE CORP for errors and omissions in the inspection shall be limited to the amount of the fee paid for the inspection.  (If this is a joint purchase, signee

represents actual authority to sign for both parties.)
The inspection is made with the express agreement that client has  **read, understands and agrees to the conditions, limitations and terms of this contract.**
In the event of a claim, the Client will allow the Inspection Company to inspect the claim prior to any repairs or waive the right to make the claim.  Client agrees not to disturb or repair or have repaired anything which may constitute evidence relating to the complaint, except in the case of an emergency.

**DEFINITIONS**

**Apparent condition:** Systems and components are rated as follows:

**Satisfactory-** Indicates that the component is functionally consistent with its original purpose but may show signs of normal wear and tear deterioration.

**MARGINAL-** Indicates the component will probably require repair or replacement anytime within five years.

**POOR-** Indicates the component will need repair or replacement now or in the very near future.

**SAFETY HAZARD-** Denotes a condition that is unsafe and in need of prompt attention.

# GROUNDS

This inspection is not intended to address or include any geological conditions or site stability information.  For information concerning these conditions, a geologist or soils engineer should be consulted.  Any reference to grade is limited to only areas around the exterior of the exposed areas of foundation or exterior walls.  This inspection is visual in nature and does not attempt to determine drainage performance of the site or the condition of any underground piping, including municipal water and sewer service piping or septic systems.  Decks and porches are often built close to the ground, where no viewing or access is possible.  These areas as well as others too low to enter, or in some other manner not accessible, are excluded from the inspection and are not addressed in the report.  We routinely recommend that inquiry be made with the seller about knowledge of any prior foundation or structural repairs.

## DRIVEWAY:
*TYPE:*

Concrete pavers.

*CONDITION:*



Satisfactory.

## ELECTRIC GATE:
*TYPE:*

Metal.

*CONDITION:*



Satisfactory- Tested working properly at time of inspection.

Page 7

## TERMITE::

*TYPE:*

There was no visual evidence of termite activity at time of inspection. However, we suggest that you get a termite inspection by a licensed termite operator.

# EXTERIOR - FOUNDATION - BASEMENT

Areas hidden from view by finished walls or stored items can not be judged and are not a part of this inspection. Minor cracks are typical in many foundations and most do not represent a structural problem. If major cracks are present along with bowing, we routinely recommend further evaluation be made by a qualified structural engineer. All exterior grades should allow for surface and roof water to flow away from the foundation. All concrete floor slabs experience some degree of cracking due to shrinkage in the drying process. In most instances floor coverings prevent recognition of cracks or settlement in all but the most severe cases. Where carpeting and other floor coverings are installed, the materials and condition of the flooring underneath cannot be determined.

## WALLS:
*MATERIAL:*
Concrete block, Stucco.

*CONDITION:*
Satisfactory.

*EXTERIOR DOORS/ LIGHTING/OUTLETS:.*



Replace missing outlet covers. Estimate $ 100.00.

## WINDOWS /DOORS/ SCREENS:
*TYPE:*
Storm Windows.

*CONDITION:*
Satisfactory.

## FOUNDATION:
*TYPE:*
Monolithic Slab - Refers to a one-piece slab foundation for a building. Poured in one continuous pour.

*CONDITION:*
Satisfactory-Slab is not visible due to carpet and/or floor covering - no readily visible problems are noted.

# ELECTRICAL SYSTEM

Any electrical repairs attempted by anyone other than a licensed electrician should be approached with caution. The power to the entire house should be turned off prior to beginning any repair efforts, no matter how trivial the repair may seen. Aluminum wiring requires periodic inspection and maintenance by a licensed electrician. Operation of time clock motors is not verified. Inoperative light fixtures often lack bulbs or have dead bulbs installed. Light bulbs are not changed during the inspection, due to time constraints. Smoke Alarms should be installed within 15 feet of all bedroom doors, and tested regularly. This inspection is not intended to determine that the electrical system meets any local or goverment codes, nor applies that the system is free from defects for electrical componets that are not visible at time of inspection, such as but not limited to concealed, incorrectly installed or frayed wiring behind walls. Items that are not visible are beyond the scope of this inspection.

## SERVICE:
*TYPE :*

> Underground, 110/220 Volt.


*DISCONNECT PRESENT:*
> Disconnect Not Present.


## MAIN PANEL:
*INSPECTOR NOTES:*



Breakers, AFCI Breaker Present, Yes, Circuit and wire sizing correct so far as visible, Grounding system is present.

## CONDUCTORS:

*ENTRANCE CABLES:*
    Copper.

*CONDITION:*
        Satisfactory.

*BRANCH WIRING:*
        Visible wiring is Romex.  Correct so far as visible.

# PLUMBING

Water quality or hazardous materials (lead) testing is available from local testing labs.  All underground piping related to water supply, waste, or sprinkler use are excluded from this inspection.  Leakage or corrosion in underground piping cannot be detected by a visual inspection.  The temperature pressure relief valve, at the upper portion of the water heater, is a required safety valve which should be connected to a drain line of proper size terminating just above floor elevation.  If no drain is located in the floor a catch pan should be installed with a drain extending to a safe location. The steam caused by a blow-off can cause scalding.  Improper installations should be corrected.

## SUPPLY LINE:
*MATERIAL:*
>  Visible plumbing is Copper.

*CONDITION:*
>  Satisfactory, Lines not fully visible.No leakage is noted, but monitor in the future, Water pressure appears adequate.

## WASTE LINES:
*MATERIAL:*
>  Visible plumbing is Plastic.

*CONDITION:*
>  Satisfactory, Lines not fully visible /No leakage is noted, but monitor in the future.

## WATER HEATER :
*TYPE:*
>  Electric.

*SIZE:*
>  55 Gallons.

*MAKE/ MODEL #*



*LOCATION:*
Closet.

*CONDITION:*

 

Satisfactory- Tested working properly at time of inspection,
Pressure relief valve noted, not tested, A water shutoff valve is
installed.

# ROOF SYSTEM

The foregoing is an opinion of the general quality and condition of the roofing material.  The inspector cannot and does not offer an opinion or warranty as to whether the roof leaks or may be subject to future leakage. This report is issued in consideration of the foregoing disclaimer.  Therefore , do not consider this report to be an assurance that a roof leak is not imminently possible or guarantee against such leakage in the near future.Observations of upper roof surface cannot detect or predict leakage, the only way to determine whether a roof is absolutely water tight is to observe it during a prolonged rainfall.  Many times, this situation is not present during the inspection and normally roof leaks will only be detected after they have occurred.This report makes no commentary about hidden roof layers below the outer existing roof surface. Approximate roof life expectancies are based on the condition ,  average life of the existing roofing materials and the estimate roof age. This does not guarantee the life expectancy to meet the term of the inspectors estimate.It is solely intended to provide you with a estimated time before the roof will need to be replaced.

## ATTIC AND INSULATION:

*TYPE:*
>     Attic is partial.  Truss framing.


*CONDITION:*
>     Satisfactory.


*ACCESSIBILITY:*
>     Viewing was limited.


*INSULATION TYPE:*
>     Fiberglass- Blown.


*CONDITION:*



>     Satisfactory.


*DEPTH:*
>     11 inches.

*VENTILATION:*
> Good.

## MAIN ROOF:
*STYLE:*
> Hip.

*TYPE:*
> Clay Tile.

*ROOF ACCESS:*
> Viewed from roof edge on ladder.

*CONDITION OF ROOF COVERING MATERIAL:*



> Satisfactory -  The roof covering material is in a condition that is
> consistent with its age and method of installation, showing no
> deficiency or cause for immediate concern.

## ESTIMATED ROOF AGE:
> 6 years.

## ESTIMATED LIFE EXPECTANCY:
> 10 years.

## EXPOSED FLASHINGS:
*TYPE:*
> Metal.

*CONDITION:*
> Satisfactory.

## GUTTERS & DOWNSPOUTS:
*TYPE:*

Partial.

*CONDITION:*



Satisfactory, Route downspouts away from the building.

## TRIM, SOFFIT, FASCIA:
*MATERIAL:*

Wood.

*CONDITION:*

Satisfactory.

# HEATING - AIR CONDITIONING

The inspector is not equipped to inspect furnace heat exchangers for evidence of cracks or holes, as this can only be done by dismantling the unit.  This is beyond the scope of this inspection.  Some furnaces are designed in such a way that inspection is almost impossible.  The inspector can not light pilot lights.  Safety devices are not tested by the inspector.
NOTE: Asbestos materials have been commonly used in heating systems.
Determining the presence of asbestos can ONLY be preformed by laboratory testing and is beyond the scope of this inspection.  Thermostats are not checked for calibration or timed functions.  Adequacy, efficiency or the even distribution of air throughout a building cannot be addressed by a visual inspection.  Electronic air cleaners, humidifiers and de-humidifiers are beyond the scope of this inspection. Have these systems evaluated by a qualified individual.  The inspector does not perform pressure tests on coolant systems, therefore  no representation is made regarding coolant charge or line integrity.  Subjective judgment of system capacity is not a part of the inspection.  Normal service and maintenance is recommended on a yearly basis.  Determining the condition of oil tanks, whether exposed or buried, is beyond the scope of this inspection.  Leaking oil tanks represent an environmental hazard which is sometimes costly to remedy.

**AIR CONDITIONING: ( Air Handler) # 1**

*MAKE/ MODEL #*



*LOCATION OF  UNIT # 1:*
Closet.

*TYPE:*
Central, Electric.

*CONDITION:*



Satisfactory-Tested working properly at time of inspection.

*CAPACITY/ APPROXIMATE TONNAGE:*
    4 TONS.

*APPROXIMATE AGE:*
    7 years.

*EVAPORATIVE COIL:*



Needs Cleaning, Estimate $ 250.00.

*REFRIGERANT LINES:*
Satisfactory.

*CONDENSATE LINE / DRAIN:*
To Exterior.

*AIR PLENUM:*
Satisfactory.

*AIR FILTERS:*
Satisfactory.

*NORMAL CONTROLS:*



Satisfactory.

*TEMPERATURE IN RETURN  DUCT:*



79 Degrees.

Page  19

*TEMPERATURE IN SUPPLY DUCT:*



63 Degrees.

*TEMPERATURE DIFFERENCE:*
16 Degrees.

Difference in temperature should be between 14 - 22 degrees fahrenheit

# EXTERIOR A/C HEAT PUMP COMPRESSOR# 1:

*MAKE/ MODEL #*



*CAPACITY/ APPROXIMATE TONNAGE:*
4 TONS.

*APPROXIMATE AGE:*
6 Years.

*REFRIGERANT LINES:*
Satisfactory.

*POWER SOURCE:*
220 Volt, Electrical disconnect present.

*UNIT LEVEL:*
    Yes.

*CONDENSER FINS:*
    OK.

*CONDITION:*



Satisfactory-Tested working properly at time of inspection.

# FRONT ENTRY/ LIVING ROOM

The condition of walls behind wall coverings, paneling and furnishings cannot be judged.  Only the general condition of visible portions of floors is included in this inspection.  As a general rule, cosmetic deficiencies are considered normal wear and tear and are not reported.  Determining the source of odors or like conditions is not a part of this inspection.  Floor covering damage or stains may be hidden by furniture.  The condition of floors underlying floor coverings is not inspected.  Determining the condition of insulated glass windows is not always possible due to temperature, weather and lighting conditions.  Check with owners for further information.   All fireplaces should be cleaned and inspected on a regular basis to make sure that no cracks have developed.  Large fires in the firebox can overheat the firebox and flue liners, sometimes resulting in internal damage.

## FRONT ENTRY AND HALLWAYS:
*GENERAL CONDITION:*



The overall condition of this room and it's components are satisfactory.

## FRONT  ENTRY DOOR:
*CONDITION:*

Satisfactory - The main entry door to the structure is in functional condition.  There is a deadbolt installed on the main entry door.  The deadbolt installed is functional.

## STAIRS:
*CONDITION:*



Satisfactory - The main staircase is appropriately installed.
There is a handrail installed.  The staircase is adequately
lighted.

## SMOKE DETECTOR:
*SMOKE DETECTOR PRESENT:*

There is a smoke detector installed in the room.  Change
batteries and test before occupying.

## LIVING ROOM:
*GENERAL CONDITION:*



The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILINGS:
*TYPE:*

Drywall.

*CONDITION:*

The walls/ceiling in the room appear to be satisfactory.

## LIGHTS AND SWITCHES:
*CONDITION:*

Satisfactory - The light and light switch were functional at the time of the inspection.

## CEILING FAN:
*CONDITION:*

No ceiling fan present.

## FLOOR:
*TYPE:*

Tile.

*CONDITION:*

Satisfactory - The floors are in satisfactory condition.  Minor wear present in floor covering, consistent with age.  Limited Visibility -  The floor in this room could not be fully inspected due to the furniture, or stored items.

## WINDOWS/DOORS:

*CONDITION:*

The windows/doors and associated hardware in this room are all satisfactory.

## OUTLETS:

*CONDITION:*

Satisfactory - The outlets tested in this room are correctly wired and grounded.

## HEAT/COOL SOURCE:

*HEAT/COOL SOURCE:*

There is a heat/cool source to this room.

## SMOKE DETECTOR:

*SMOKE DETECTOR PRESENT:*

Smoke detector not present.

# DINNING ROOM:

The condition of walls behind wall coverings, paneling and furnishings cannot be judged. Only the general condition of visible portions of floors is included in this inspection. As a general rule, cosmetic deficiencies are considered normal wear and tear and are not reported. Determining the source of odors or like conditions is not a part of this inspection. Floor covering damage or stains may be hidden by furniture. The condition of floors underlying floor coverings is not inspected. Determining the condition of insulated glass windows is not always possible due to temperature, weather and lighting conditions. Check with owners for further information. All fireplaces should be cleaned and inspected on a regular basis to make sure that no cracks have developed. Large fires in the firebox can overheat the firebox and flue liners, sometimes resulting in internal damage.

## DINING:
*GENERAL CONDITION:*



The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILINGS:
*TYPE:*

Drywall.

*CONDITION:*

The walls/ceiling in the room appear to be satisfactory.

## LIGHTS AND SWITCHES:
*CONDITION:*

Satisfactory - The light and light switch were functional at the time of the inspection.

## CEILING FAN:
*CONDITION:*
> No ceiling fan present.

## FLOOR:
*TYPE:*
> Tile.

*CONDITION:*
> Minor wear present in floor covering, consistent with age.
> Limited Visibility -  The floor in this room could not be fully
> inspected due to the furniture, or stored items.

## WINDOWS/DOORS:
*CONDITION:*
> The windows/doors and associated hardware in this room are
> all satisfactory.

## OUTLETS:
*CONDITION:*
> Satisfactory - The outlets tested in this room are correctly wired
> and grounded.

## HEAT/COOL SOURCE:
*HEAT/COOL SOURCE:*
> There is a heat/cool source to this room.

## SMOKE DETECTOR:
*SMOKE DETECTOR PRESENT:*
> Smoke detector not present.

# FAMILY ROOM:

The condition of walls behind wall coverings, paneling and furnishings cannot be judged. Only the general condition of visible portions of floors is included in this inspection. As a general rule, cosmetic deficiencies are considered normal wear and tear and are not reported. Determining the source of odors or like conditions is not a part of this inspection. Floor covering damage or stains may be hidden by furniture. The condition of floors underlying floor coverings is not inspected. Determining the condition of insulated glass windows is not always possible due to temperature, weather and lighting conditions. Check with owners for further information. All fireplaces should be cleaned and inspected on a regular basis to make sure that no cracks have developed. Large fires in the firebox can overheat the firebox and flue liners, sometimes resulting in internal damage.

## FAMILY ROOM:
*GENERAL CONDITION:*



The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILINGS:
*TYPE:*

Drywall.

*CONDITION:*

The walls/ceiling in the room appear to be satisfactory.

## LIGHTS AND SWITCHES:
*CONDITION:*

Satisfactory - The light and light switch were functional at the time of the inspection.

## CEILING FAN:
*CONDITION:*
      No ceiling fan present.

## FLOOR:
*TYPE:*
      Tile.

*CONDITION:*
      Satisfactory - The floors are in satisfactory condition.  Minor wear present in floor covering, consistent with age.  Limited Visibility -  The floor in this room could not be fully inspected due to the furniture, or stored items.

## WINDOWS/ DOORS:
*CONDITION:*
      The windows/doors and associated hardware in this room are all satisfactory.

## OUTLETS:
*CONDITION:*
      Satisfactory - The outlets tested in this room are correctly wired and grounded.

## HEAT/COOL SOURCE:
*HEAT/COOL SOURCE:*
      There is a heat/cool source to this room.

## SMOKE DETECTOR:
*SMOKE DETECTOR PRESENT:*
      There is a smoke detector installed in the room.  Change batteries and test before occupying.

# KITCHEN - APPLIANCES - LAUNDRY

Inspection of stand alone freezers and built-in ice makers are outside the  scope of the inspection.  No opinion is offered as to the adequacy of dishwasher operation.  Ovens, self or continuous cleaning operations, cooking functions, clocks, timing devices, lights and thermostat accuracy are not tested during this inspection. Appliances are not moved during the inspection.  Portable dishwashers are not inspected, as they require connection to facilitate testing.

## KITCHEN SINK:
*TYPE :*

Stainless Steel.

*CONDITION:*



Satisfactory-Tested working properly at time of inspection.

## RANGE/COOK TOP AND OVEN:
*TYPE:*

Electric, Free-standing.

*CONDITION:*





Satisfactory-Tested working properly at time of inspection.

## VENTILATION:
*TYPE:*

Internal.

*CONDITION:*

Tested working properly at time of inspection.

## REFRIGERATOR:
*TYPE:*

Electric.

*CONDITION:*






Satisfactory-Tested working properly at time of inspection.

## DISHWASHER:
*CONDITION:*



Satisfactory-Tested working properly at time of inspection.

## GARBAGE DISPOSAL:
*CONDITION:*

Satisfactory-Tested working properly at time of inspection.

## OTHER BUILT-INS:
*MICROWAVE:*



Satisfactory-Tested working properly at time of inspection.

*ICE MAKER:*



Satisfactory-Tested working properly at time of inspection.

## COUNTERS AND CABINETS:

*TYPE:*



Cabinets are Formica, Counters are Granite.

*CONDITION COUNTER:*
Satisfactory- with normal wear and tear.

*CONDITION CABINETS:*
Satisfactory- with normal wear and tear.

## WALLS AND CEILINGS:

*TYPE:*
Drywall.

*CONDITION:*
The walls/ceiling in the room appear to be satisfactory.

## FLOOR:

*TYPE:*
Tile.

*CONDITION:*
Satisfactory - The floors are in satisfactory condition.

## WINDOW/DOORS:

*CONDITION:*
There is no window in this room.

## LIGHTS AND SWITCHES:
*CONDITION:*
>The light and light switch were functional at the time of the inspection.

## OUTLETS:
*CONDITION:*
>Satisfactory - The outlets tested in this room are correctly wired and grounded.

## GROUND FAULT INTERRUPT OUTLETS:
*CONDITION:*
>Satisfactory - There is a functional Ground Fault Circuit Interrupt outlet installed in this the room .

## HEAT/COOL SOURCE:
*HEAT/COOL SOURCE:*
>There is a heat/cool source to this room.

---

Laundry appliances are not moved during the inspection and the condition of any walls or flooring hidden by them cannot be judged.  Drain lines and water supply valves serving washing machines are not operated.  Water supply valves may be subject to leaking if turned.

## LAUNDRY:
*LOCATION:*



Hall closet upstairs.

*CONDITION:*
>Plumbing appears serviceable, Electrical outlet is grounded, 220 Service-operational, Dryer venting is provided.

## CLOTHES WASHER:
*CONDITION:*



Satisfactory-Tested working properly at time of inspection.

## CLOTHES DRYER:
*TYPE:*

Electric.

*CONDITION:*



Satisfactory-Tested working properly at time of inspection.

# BEDROOMS

The condition of walls behind wall coverings, paneling and furnishings cannot be judged.  Only the general condition of visible portions of floors is included in this inspection.  As a general rule, cosmetic deficiencies are considered normal wear and tear and are not reported.  Determining the source of odors or like conditions is not a part of this inspection.  Floor covering damage or stains may be hidden by furniture.  The condition of floors underlying floor coverings is not inspected.  Determining the condition of insulated glass windows is not always possible due to temperature, weather and lighting conditions.  Check with owners for further information.

## MASTER BEDROOM:
*GENERAL CONDITION:*



The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILINGS:
*TYPE:*

Drywall.

*CONDITION:*

The walls/ceiling in the room appear to be satisfactory.

## LIGHTS AND SWITCHES:
*CONDITION:*

The light and light switch were functional at the time of the inspection.

## CEILING FAN:
*CONDITION:*
> No ceiling fan present.

## FLOOR:
*TYPE:*
> Tile.

*CONDITION*
> Satisfactory - The floors are in satisfactory condition.  Minor wear present in floor covering, consistent with age.  Limited Visibility -  The floor in this room could not be fully inspected due to the furniture, or stored items.

## WINDOWS/DOORS:
*CONDITION:*
> The windows/doors and associated hardware in this room are all satisfactory.

## OUTLETS:
*CONDITION:*
> Satisfactory - The outlets tested in this room are correctly wired and grounded.

## HEAT/COOL SOURCE:
*HEAT/COOL SOURCE:*
> There is a heat/cool source to this room.

## SMOKE DETECTOR:
*SMOKE DETECTOR PRESENT:*
> There is a smoke detector installed in the room. Change batteries and test before occupying.

## BEDROOM 2-3 :
*GENERAL CONDITION:*



The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILINGS:
*TYPE:*

Drywall.

*CONDITION:*

The walls/ceiling in the room appear to be satisfactory.

## LIGHTS AND SWITCHES:
*CONDITION:*

Satisfactory - The light and light switch were functional at the time of the inspection.

## CEILING FAN:
*CONDITION:*

No ceiling fan present.

## FLOOR:
*TYPE:*

Tile.

*CONDITION:*

Satisfactory - The floors are in satisfactory condition.  Minor wear present in floor covering, consistent with age.

## WINDOWS/DOORS:
*CONDITION:*

The windows/doors and associated hardware in this room are all satisfactory.

## OUTLETS:
*CONDITION:*
> Poor - At least one outlet tested in this room is incorrectly wired or needs to be replaced.  One outlet  in bedroom three has the hot and neutral wires reversed.

## HEAT/COOL SOURCE:
*HEAT/COOL SOURCE:*
> There is a heat/cool source to this room.

## SMOKE DETECTOR:
*SMOKE DETECTOR PRESENT:*
> There is a smoke detector installed in the room. Change batteries and test before occupying.

# BATHROOMS

**Disclaim-**This is a visual inspection of the readily accessible portions of the shower stall and was not invasive. Therefore, it is a limited inspection and may not have noted any hidden defects.  Flood testing of the shower pan was not included as part of this inspection.Shower pans are visually checked for leakage, but leaks often do not show except when the shower is in actual use.   Determining whether shower pans, tub/shower surrounds are water tight is beyond the scope of this inspection. It is very important to maintain all grouting and caulking in the bath areas.  Very minor imperfections can allow water to get into the wall or floor areas and cause damage. Proper ongoing maintenance will be required in the future.

## BATHROOM 1:
*LOCATION:*



Master Bedroom.

*GENERAL CONDITION:*
> The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILING:
*CONDITION:*
> Satisfactory - The walls/ceiling in the room appear to be satisfactory.

## LIGHT AND LIGHT SWITCH:
*CONDITION:*
> Satisfactory - The light and light switch were functional at the time of the inspection.

## VENTILATION FAN:
*CONDITION:*

> Satisfactory - There is an exhaust fan installed in this bathroom, and it is performing satisfactorily.

## FLOOR:
*TYPE:*

> Tile.

*CONDITION:*

> Satisfactory - The floors are in satisfactory condition.  Minor wear present in floor covering, consistent with age.

## WINDOWS/DOORS:
*CONDITION:*

> There is no window in this room.

## GROUND FAULT INTERRUPT OUTLETS:
*CONDITION:*

> Satisfactory - There is a functional Ground Fault Circuit Interrupt outlet installed in the area of the room vanity.

## VANITY CABINET:
*CONDITION:*



> Satisfactory - The vanity cabinet and top in this bathroom appear to be satisfactory.

## BASIN AND DRAIN FIXTURE:
*CONDITION:*

> Satisfactory - The basin and drainage fixture appears to be satisfactory.  There is a proper P/trap vent.

## FAUCET AND SUPPLY LINES:
*CONDITION:*
> Satisfactory - Faucets and supply lines appear satisfactory.
> There are shutoffs installed for both hot and cold water pipes
> under the basin.

## TOILET:
*CONDITION:*
> Satisfactory - The toilet in the bathroom appears to be
> functional.

## TUB/SPA:
*MATERIAL:*
> Fiberglass.

*CONDITION:*



Satisfactory-The tub/spa was filled with water and  appeared to
function properly.

## SHOWER/SHOWER HEAD AND MIXING VALVES:
*CONDITION:*
> Satisfactory - The shower, shower head, and mixing valves are
> all performing as required.

## SHOWER PAN:
*MATERIAL:*
> Tile.

*CONDITION:*
The shower pan does not appear to leak at this time.

## TUB/SHOWER WALLS:
*CONDITION:*
Satisfactory - The walls appear to be in satisfactory condition.

*CAULKING/WATER CONTACT AREAS:*



Marginal - The caulking in the water contact areas appears to need attention. Damage may result if not corrected. The seam where the tub or the shower meets the flooring needs to be caulked to prevent damage. Estimate to re-caulk $ 50.00.

*GLASS TUB/SHOWER DOOR:*
Yes.

## TUB/SHOWER DRAIN:
*CONDITION:*



Marginal - The tub/shower drain pop up control does not work as intended. Estimate to repair $ 100.00.

## HEAT/COOL SOURCE:

*HEAT/COOL SOURCE:*
There is a heat/cool source to this room.

## BATHROOM 2:

*LOCATION:*



Hallway, Upstairs.

*GENERAL CONDITION:*
The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILING:

*CONDITION:*
Satisfactory - The walls/ceiling in the room appear to be satisfactory.

## LIGHT AND LIGHT SWITCH:

*CONDITION:*
Satisfactory - The light and light switch were functional at the time of the inspection.

## VENTILATION FAN:
*CONDITION:*

Satisfactory - There is an exhaust fan installed in this bathroom, and it is performing satisfactorily.

## FLOOR:
*TYPE:*

Tile.

*CONDITION:*

Satisfactory - The floors are in satisfactory condition.  Minor wear present in floor covering, consistent with age.

## WINDOWS:
*CONDITION:*

Satisfactory - The windows and associated hardware in this room are all satisfactory.

## GROUND FAULT INTERRUPT OUTLETS:
*CONDITION:*

Satisfactory - There is a functional Ground Fault Circuit Interrupt outlet installed in the area of the room vanity.

## VANITY CABINET:
*CONDITION:*



Satisfactory - The vanity cabinet and top in this bathroom appear to be satisfactory.

## BASIN AND DRAIN FIXTURE:
*CONDITION:*

Satisfactory - The basin and drainage fixture appears to be satisfactory.  There is a proper P/trap vent.

## FAUCET AND SUPPLY LINES:
*CONDITION:*
>Satisfactory - Faucets and supply lines appear satisfactory. There are shutoffs installed for both hot and cold water pipes under the basin.

## TOILET:
*CONDITION:*
>Satisfactory - The toilet in the bathroom appears to be functional.

## TUB/SPA:
*MATERIAL:*
>Fiberglass.

*CONDITION:*
>Satisfactory-The tub/spa was filled with water and appeared to function properly.

## SHOWER/SHOWER HEAD AND MIXING VALVES:
*CONDITION:*
>Marginal - The shower head or mixing valve needs some attention, the pressure was lower than normal. Homeowner states that he had his plumber make some adjustments. However, pressure is still low. Suggest replacing the mixer. Estimate $ 250.00.  A licensed plumber should be called to make further evaluation and repairs as needed.

## TUB/SHOWER WALLS:
*CONDITION:*
>Satisfactory - The walls appear to be in satisfactory condition.

*CAULKING/WATER CONTACT AREAS:*
>Satisfactory - The caulking in the water contact areas appears to be satisfactory.

*GLASS TUB/SHOWER DOOR:*
>No.

## TUB/SHOWER DRAIN:
*CONDITION:*
>Satisfactory - The tub/shower appears to drain at an acceptable rate.

## HEAT/COOL SOURCE:

*HEAT/COOL SOURCE NOTED:*

There is a heat source to this room.

## PARTIAL BATH:

*LOCATION:*



Hallway, Downstairs.

*GENERAL CONDITION:*

The overall condition of this room and it's components are satisfactory.

## WALLS AND CEILING:

*CONDITION:*

Satisfactory - The walls/ceiling in the room appear to be satisfactory.

## LIGHT AND LIGHT SWITCH:

*CONDITION:*

Satisfactory - The light and light switch were functional at the time of the inspection.

## VENTILATION FAN:
*CONDITION:*

> Satisfactory - There is an exhaust fan installed in this bathroom, and it is performing satisfactorily.

## FLOOR:
*TYPE:*

> Tile.

*CONDITION:*

> Satisfactory - The floors are in satisfactory condition.

## WINDOWS:
*CONDITION:*

> Satisfactory - The windows and associated hardware in this room are all satisfactory.

## GROUND FAULT INTERRUPT OUTLETS:
*CONDITION:*

> Satisfactory - There is a functional Ground Fault Circuit Interrupt outlet installed in the area of the room vanity.

## VANITY CABINET:
*CONDITION:*



> Satisfactory - The vanity cabinet and top in this bathroom are satisfactory.

## BASIN AND DRAIN FIXTURE:
*CONDITION:*

> Satisfactory - The basin and drainage fixture appears to be satisfactory.  There is a proper P/trap vent.

## FAUCET AND SUPPLY LINES:
*CONDITION:*
> Satisfactory - Faucets and supply lines appear satisfactory. There are shutoffs installed for both hot and cold water pipes under the basin.

## TOILET:
*CONDITION:*
> Satisfactory - The toilet in the bathroom appears to be functional.

## HEAT/COOL SOURCE:
*HEAT/COOL SOURCE NOTED:*
> There is a heat source to this room.

# GARAGE - CARPORT

Notice: Determining the heat resistance rating of firewalls is beyond the scope of this inspection.   Flammable materials should not be stored within closed garage areas.

## GARAGE :
*TYPE:*



Built-In, One car.

## FLOOR:
*CONDITION:*
Floor is not fully visible, due to stored items.

## FIRE WALL:
*CONDITION:*
Satisfactory.

*FIRE DOOR PRESENT*
Yes.

## GARAGE DOOR(S):
*CONDITION:*



Satisfactory, Automatic door opener(s)- operational, Automatic reverse feature is, operational.

# POOL/HOT TUB & EQUIPMENT

Inspection was limited to those areas which are above ground or water level.  The only way to detect an underground leak in a supply line, buried pipe fitting, or pool surface crack is by observation of the persistent and continuous loss of water from the pool over an extended period of time.  Pool filtering devices are not disassembled to determine the condition of any installed filter elements.  Operation of time clock motors and thermostatic temperature controls cannot be verified during a visual inspection.  Pilot lights on LP gas pool heaters are not lit during the inspection.

## POOL SURFACE:
*TYPE:*



Concrete/Plaster.

*CONDITION:*



Appearance is marginal, The following was seen: Surface is moderately stained and in need of an acid bath treatment.
The following defects or wear is noted at the pool surface:
Some prior patching is noted at the plaster pool surface.

## SKIMMER & BASKET:
*CONDITION:*
>    Satisfactory.


## POOL LIGHT:
>    A defective bulb may be at fault.  Replacement will cost
>    $100.00.


## PUMPING EQUIPMENT:
*PUMP/MOTOR CONDITION:*



Repair loose fitting. Estimate $ 25.00.

*PRIMARY FILTERING:*





Cartridge, satisfactory.

## VISIBLE PLUMBING LINE:
*CONDITION:*
Appears serviceable.

## HEATERS:
*TYPE AND CONDITION:*
None.

## ELECTRIC CONTROLS:
A sub panel is provided- OK.

## POOL DECKING:
*TYPE AND CONDITION:*
Brick pavers, satisfactory.