# EXHIBIT D



Dade Mold Inspectors
8033 SW 133 place
Miami, FL 33183
Office:  (855) 255-6653
drodil@dademoldinspectors.com
LICENSED # MRSA-1058
INSURED   # FEI-ECC-13501-00
CMI        # 79566



# Limited Preliminary Chinese Drywall Inspection

Prepared for: Shakira Silverman

Subject Property
3133 Jackson Ave
Coconut Grove, FL 33133

Survey/Service date: Aug 30, 2013
Report date: Sep 05, 2013

LAB RESULTS- FAILED / POSITIVE FOR CHINESE DRYWALL

Signatory

Dademoldinspectors

Report Produced By:
David Rodil [MRSA-1058] and Dademoldinspectors
Sr. Field Consultants

Cell: (786) 344-3050
drodil@dademoldinspectors.com


Phone: 305-344-3050          Email: david.rodil@live.com

The inspector will provide the following services to client:

1. Visually inspect the subject property, checking for Chinese Drywall Corrosion. In doing such visual inspection, the inspector will use, when applicable, a fiber optic camera.
2. Provide Chinese drywall tests described above through an independent and certified laboratory, whose results will be directly available to the client.
3. Provide a written report of the inspector's visual observations and an explanation of the laboratory results.

The inspection and testing shall be performed in accordance with generally accepted standards of Chinese drywall inspection and remediation.

This inspection is not a Building Code Inspection, title examination, home inspection for problems other than Chinese drywall, or a by-law compliance inspection. The Inspector does not offer an opinion as to: (a) the advisability or inadvisability of the purchase, sale or repair or replacement of the property or its components such as, but not limited to, appliances, carpeting, heating, ventilation, and air conditioning equipment and ducts; (b) the property's value; or (c) the property's potential use.

The Inspection and Testing fee, and any report based on the inspection and testing conducted, is based on a single visit to the property. Additional fees may be charged for any subsequent visits required by the client. If the Inspector is called upon to prepare for litigation or give testimony as a result of the inspection and testing, additional fees shall be charged the inspector's current fees for any time spent, including but not limited to, research, consultation, additional inspection and testing time, additional laboratory test fees, preparation of reports, travel, time waiting to testify and court appearances or depositions.

The inspection and testing report is based on the condition of the subject property existing and apparent on the precise time and exact date of the inspection.
Not all conditions may be apparent on the inspection and testing date due to weather conditions, inoperable systems, inaccessibility of areas of the subject property, or for other reasons.

The client understands and agrees that the inspector's inspection and testing can report only; (1) Chinese drywall problems in existence on the date of the inspection and testing; and (2) Chinese drywall problems physically present in the precise and exact subject property locations that are actually inspected.

Inspector and its employees are limited in liability to the fee paid for the inspection and testing services and report in the event that client or any third party claims that inspector is in any way liable for negligently performing the inspection and testing, or in preparing the inspection and testing report or any other reason or claim that inspector has no fully satisfied all its obligations hereunder. Client hereby agrees to indemnify, defend and hold harmless the inspector if any third party brings a claim

Phone: 305-344-3050        Email: david.rodil@live.com

against the inspector relating to the inspection and testing or Inspecting and Testing Report.

This agreement is governed by the laws and jurisdiction of the State of Florida    . Any controversy or claim between the parties hereto, arising directly or indirectly our of, connected with, or relation to the interpretation of the agreement, the scope of the services, the actual inspection and testing services rendered by Inspector, the Inspection and Testing Report provided to the client by Inspector, or any other matters of any kind involving any act or omission performed under this agreement, or promises, shall be submitted to arbitration in accordance with the applicable rules of the American Arbitration Association. The parties shall mutually appoint an arbitrator who is knowledgeable and familiar with the Chinese drywall inspection and testing industry. Judgment on any award may be entered in any court having jurisdiction, and the arbitration decision shall be binding on all parties. Secondary or consequential damages are specifically excluded.

In the event that any dispute arises out of the Inspection, Testing or Report and proceedings are commenced by the client, if the client is unsuccessful in maintaining the claim in arbitration or elsewhere, then the client shall be liable to the inspector for all charges, expenses, costs and legal fees incurred by the inspector on a complete indemnity basis, including a reasonable fee for all the time spent by the inspector pr inspector's personnel in investigating, research, preparation for, and attendance at arbitration or court hearings and examinations.

Any claims must be presented to the inspector in hand by certified U.S mail or suitable proof of delivery within one year from the date of the inspection. Inspector shall have no liability for any claims presented one year the date of the inspection and testing. Client guarantees inspector a right to examine the subject matter and area of any claim and offer a resolution prior to the client's performance of remedial measures (except in the event of an emergency, or to protect for personal safety, or to reduce or avoid damage to property). This is a condition precedent to client's claim.

This agreement and the documents referred to herein constitute the entire agreement between the parties hereto, and supersede and all prior representations, discussions, or agreements, whether written or oral. No amendment, change or variance from this agreement shall be binding on either party unless mutually agreed to, in writing and signed by the parties hereto. If any provision of this agreement is held invalid or unenforceable by any court of final jurisdiction, it is the intent of the parties and all other provisions of this agreement are construed to remain fully valid, enforceable and binding on the parties.

THE INSPECTION, TESTING AND REPORT DO NOT CONSTITUTE A WARRANTY, GUARANTEE OR INSURANCE POLICY OF ANY KIND. There are no warranties, guarantees or insurance available or provided by the inspector.

David Rodil -Inspector Sep 05, 2013

Phone: 305-344-3050        Email: david.rodil@live.com

## VISUAL AND LAB REPORT FINDINGS

1. Upon entering home strong odor of sulfur was noted.

2. Inspection of A/C unit shows blackening / contamination to evaporator coils and wiring indicative of sulfur contamination (See Pic).

3. Inspection of electrical outlet show contamination to copper wires indicative of sulfur contamination (see pic).

4. Inspection of electrical fuse box shows contamination to copper wires indicative of sulfur contamination (see pic).

5. A 4x4 piece of drywall was cut to confirm manufacture of drywall (KNAUF) is one of known manufactures distributing contaminated drywall. (See pic).

6. Lab report shows elemental sulfur levels in sample of drywall core found in property exceeding 10 PPM; 6

## SCOPE OF WORK

1. All drywall must be removed in property.

2. A/C unit must be replaced with new unit.

3. All copper wires in property including electrical outlets, fuse box etc, must be removed.

4. Achieve negative pressure, places air scrubber in area to prevent cross contamination.

5. Remove all contaminated organic materials.
   Discard correctly all material- walls, ceiling, and baseboard etc.
   The sealed bags are to be wiped clean with appropriate disinfectant in the containment area before transport to disposal area.
   Scope and adjust accordingly.

6. All exposed framing should be cleaned, including wire brushing, sanding and HEPA vacuuming, control cross-contamination.

7. Perform a detailed cleaning (including a HEPA vacuuming and/or damp-wiping) of all surfaces horizontal or vertical within the containment or entire property.

8. Encapsulate with all exposed areas as per remediation protocol.

9. A/C unit needs to be removed as well as duct work.

10. Always follow EPA guidelines for remediation.

Phone: 305-344-3050          Email: david.rodil@live.com

## SUMMARY

Lab report analysis and inspection confirms the presents of Chinese Drywall.

Property has had a reactive response to sulfurous gases, hydrogen sulfide and other emissions omitting from contaminated Chinese drywall.

Confirmed Chinese manufacture markings on drywall noted and confirmed (see Pic).

Phone: 305-344-3050     Email: david.rodil@live.com

PHOTOS

4x4 piece of drywall confirms Chinese drywall manufacture



 

Property A/C unit contamination.

  

Phone: 305-344-3050          Email: david.rodil@live.com




Electrical fuse box contamination.







Property's electrical outlets contamination.



Phone: 305-344-3050        Email: david.rodil@live.com