# EXHIBIT E

**Lease Renewal Agreement** (Addendum to Florida Residential Lease Agreement)

THIS LEASE RENEWAL AGREEMENT for property located at 7900 HARBOR ISLAND Dr UNIT 1015 is made and entered into this 7 day of October, 20 13, by and between Eileen Koegler ("Owner/Landlord") and SHAKIRA AND NOAH SILVERMAN ("Tenant").

WHEREAS, Owner/Landlord and Tenant entered into a Florida Residential Lease Agreement, dated 08/3/11 herein called "Original Lease Agreement", and,

WHEREAS, Owner/Landlord and Tenant agree to extend and amend said Original Lease Agreement as set forth herein.

NOW, THEREFORE, it is mutually agreed that the Original Lease Agreement shall be further extended and amended as follows:

The rent payments under this Lease Renewal Agreement shall continue in effect for the period of 6 months ending on (date) Feb 28, 2014 at 11:59 PM.

Tenant shall pay to Owner/Landlord EILEEN KOegler DOLLARS ($2100 -) per month as Rent for the Term of the Lease Renewal Agreement.

All of the terms and conditions as outlined in said Original Lease Agreement except as herein modified are to remain in full force and effect for the extended term and are made a part of this Lease Renewal Agreement.

As to Owner/Agent this 7 day of October, 20 13.
OWNER/LANDLORD: Eileen Kegls   Print: Eileen Koegler   Date: 10/7/13

As to Tenant, this 18 day of November, 20 13.
TENANT: _____   Print: Noah Silverman   Date: 11/18/13