# EXHIBIT F

| Lease Renewal Agreement (Addendum to Florida Residential Lease Agreement) |

THIS **LEASE RENEWAL AGREEMENT** for property located at 7900 HARBOR ISLAND Dr. UNIT # 1015 NORTH BAY VILLAGE, FL 33411 is made and entered into this 21 day of JANUARY, 20 14, by and between EILEEN KOEGLER AND AXEL HEUMANN ("Owner/Landlord") and SHAKIRA AND NOAH SILVERMAN ("Tenant").

WHEREAS, Owner/Landlord and Tenant entered into a Florida Residential Lease Agreement, dated 07/23/2011 herein called "Original Lease Agreement", and,

WHEREAS, Owner/Landlord and Tenant agree to extend and amend said Original Lease Agreement as set forth herein.

NOW, THEREFORE, it is mutually agreed that the Original Lease Agreement shall be further extended and amended as follows:

The rent payments under this Lease Renewal Agreement shall continue in effect for the period of 4 months ending on (date) 05/31/2014 at 11:59 PM.

Tenant shall pay to Owner/Landlord TWENTY ONE HUNDRED DOLLARS ($ 2100.-) per month as Rent for the Term of the Lease Renewal Agreement.

All of the terms and conditions as outlined in said Original Lease Agreement except as herein modified are to remain in full force and effect for the extended term and are made a part of this Lease Renewal Agreement.

As to Owner/Agent this 21 day of JANUARY, 2014.
OWNER/LANDLORD: Eileen Koegler   Print: Eileen Koegler   Date: 01/21/14

As to Tenant, this 10th day of March, 2014.
TENANT: [signature]   Print: Noah Silverman   Date: 3/10/14

TENANTS Agreed TO SHOW THE property to prospective buyers 60 days before the end of this extension. Landlord/Agent will notify Tenant of showing by telephone in advance. NDS    EK