# EXHIBIT G

| PROPERTY INFORMATION SHEET |||||
|---|---|---|---|---|
| **I. Demographic Information** |||||
| 1. | Claim ID | 111841 |||
| 2. | Property Owner Name(s) | Last, First, Middle<br>Silverman Noah ; Silverman Shakira |||
| 3. | Affected Property Address | Street<br>3133 Jackson Avenue |||
| | | City<br>Coconut Grove | State<br>FL | Zip<br>33133 |
| **II. Square Footage, Xactimate, Final Cost Estimate, Construction Duration Estimate, and KPT Drywall %** |||||
| 1. | Remediation Square Footage | | 2244 ||
| 2. | ANSI Square Footage<br>*For purposes of calculating Lump Sum Payment* | | 2257 ||
| 3. | Xactimate Amount | $152,103.37 | $67.78/ Square Foot ||
| 4. | 65% Xactimate Amount | $98,867.19 | $44.06/ Square Foot ||
| 5. | Final Cost Estimate | $150,664.46 | $67.14/ Square Foot ||
| 6. | Construction Duration Estimate | | 3 Months ||
| 7. | KPT Drywall Percentage | | 100% ||
| **III. Option 1 – Program Contractor**<br>*Mixed Properties are NOT Eligible* |||||
| 1. | Lump Sum Payment<br>*For Residential properties only* | | $19,184.50 ||
| **IV. Option 2 – Self-Remediation** |||||
| 1. | Contractor Amount | | $150,664.46 ||
| 2. | Lump Sum Payment Amount<br>*For Residential properties only* | | $19,184.50 ||
| **V. Option 3 – Cash-Out** |||||
| 1. | Reduced Payment | | $133,834.46 ||
| 2. | Lump Sum Payment Amount<br>*For Residential properties only* | | $7,899.50 ||
| 3. | Total Payment Amount | | $141,733.96 ||