# EXHIBIT I

Addendum to Contract

**Florida Realtors**
The Voice for Real Estate in Florida

Addendum No. __3__ to the Contract dated __June 10, 2013__ between __Frederick and Teresa Crugnale__ (Seller) and __Noah and Shakira Silverman__ (Buyer)

concerning the property described as:

__3133 Jackson Ave, Coconut Grove, FL 33133__

(the "Contract"). Buyer and Seller make the following terms and conditions part of the Contract:

1. This addendum does not replace previous addenda but rather is in addition to the previous addenda.

2. The buyers and sellers agree to a execute a post occupancy agreement allowing the sellers to remain in the residence until 8:00 pm on August 31, 2013. In exchange for this agreement the sellers will pay the buyers $3,000 at the closing.

Date: _____ Buyer: _____

Date: _____ Buyer: _____

Date: _____ Seller: _____

Date: _____ Seller: _____

This form is available for use by the entire real estate industry and is not intended to identify the user as a REALTOR. REALTOR is a registered collective membership mark that may be used only by real estate licensees who are members of the National Association of REALTORS and who subscribe to its Code of Ethics.

The copyright laws of the United States (17 U.S. Code) forbid the unauthorized reproduction of blank forms by any means including facsimile or computerized forms.

ACSP-2a Rev. 6/94 ©1994 Florida Association of REALTORS® All Rights Reserved



Serial#: 030568-700137-3667872