# EXHIBIT J



## Move-Out Notice

**Pre-Requisites**

☑ Permit
☑ Funding
☑ Homeowner Selections

Date: 2/20/14

Homeowner: Noah & Shakira Silverman

Address: 3133 Jackson St., Miami, FL 33133

In accordance with the Settlement Agreement for the Demonstration Remediation of Homes with KPT Drywall and more specifically the Work Authorization Exhibit F Section II Paragraph 3, the Move-Out Date for the above referenced property **is 2/26/14, Work Duration is 3 months, and the Completion Date is 5/26/14.**

Please refer to the Requirements for Move-Out / Move-In as defined in the Work Authorization Agreement. No work will start until all required items are complete.

Moss and Associates, LLC

_____          ____2/20/14_____
Contractor as Agent for Knauf Entities          Date