UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE - MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION        MDL Docket No. 2047

THIS DOCUMENT RELATES TO ALL
CASES        JUDGE FALLON

_____/      MAGISTRATE JUDGE WILKINSON

## PLAINTIFFS' MEMORANDUM IN OPPOSITION TO KNAUF'S MOTION TO CONSTRUE SETTLEMENT AGREEMENT

Plaintiffs SMTM WILDCARD, LTD, GARY PALMER SR., and BEVERLY PALMER; ORIOLE GOLF & TENNIS CLUB CONDOMINIUM ONE E ASSOCIATION, INC.; MARIA KIMOS AND CONSTANTINE KIMOS; and GEORGE MANOSIS hereby file their Memorandum in Opposition to the Knauf Defendants' Motion to Construe Settlement Agreement and state as follows:

Plaintiffs SMTM WILDCARD, LTD, GARY PALMER SR., and BEVERLY PALMER; MARIA KIMOS AND CONSTANTINE KIMOS; and GEORGE MANOSIS are Residential Owners as defined under the Settlement Agreement and have selected Option 1.[1] Subsequent to the time period for objections and to opt-out of the Settlement (and for two of the Plaintiffs after returning their Work Authorizations and settlement paperwork), Brown Greer advised the undersigned that Knauf identified said properties as a "secondary residence or vacation property. This means that the claimant will be eligible to receive only 70% of the Lump Sum Payment." See emails from Brown Greer attached hereto as Exhibits "A."

---

[1] Plaintiff ORIOLE GOLF & TENNIS CLUB CONDOMINIUM ONE E ASSOCIATION, INC. intends to select Option 1. Knauf has advised the undersigned that part-time residential owners will only be eligible to receive 70% of the Lump Sum Payment.

Plaintiffs join in, adopt and incorporate by reference the Memorandum in Opposition to Knauf's Motion to Construe Settlement Agreement filed by Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. on May 9, 2014 (Document 17658) as the arguments raised therein apply to the Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the Court deny Knauf's Motion to Construe Settlement Agreement and Order that Plaintiffs are entitled to receive the full Lump Sum Payment.

Respectfully submitted,

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida  33460
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served by e-mail on Plaintiffs' Liason Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry Miller, Esquire, and upon all parties by electronically uploading the same to File and ServeXpress in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 12th day of May, 2014.

/s/ Allison Grant
Florida Bar No. 858330
Allison Grant, P.A.
730 S. Federal Highway
Lake Worth, Florida  33460
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com