**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Tuesday, April 29, 2014 1:02 PM
**To:** Allison Grant
**Cc:** Jacob S. Woody; Mindy Nunnally
**Subject:** [Bulk] Lump Sum Payment Eligibility - Manosis

Dear Counsel –

Knauf has identified the property listed below as a secondary residence or vacation property. This means that the claimant will be eligible to receive only 70% of the Lump Sum Payment.

| 111515 | Manosis, George | 305 Mestre Place | Venice | FL |

If you have questions regarding this determination, please contact Kyle Spaulding at Frilot, LLC. His contact information is:

**Kyle A. Spaulding**
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8249
Fax: (504) 599-8137
kspaulding@frilot.com


Thank you,
Ashley

**Ashley Dwyre**
Analyst II
**BROWN** PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Tuesday, April 22, 2014 1:49 PM
**To:** Allison Grant
**Cc:** Mindy Nunnally; Jacob S. Woody
**Subject:** [Bulk] Lump Sum Payment Eligibility - SMTM Wildcard, Ltd.

Dear Counsel –

Knauf has identified the property listed below as a secondary residence or vacation property. This means that the claimant will be eligible to receive only 70% of the Lump Sum Payment.

| 111464 | Palmer/SMTM Wildcard Ltd. Gary : Palmer, Sr. Gary ; Palmer Beverly | 2873 St. Barts Square | Vero Beach | FL |

If you have questions regarding this determination, please contact Kyle Spaulding at Frilot, LLC. His contact information is:

**Kyle A. Spaulding**
FRILOT, L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8249
Fax: (504) 599-8137
kspaulding@frilot.com


Thank you,
Ashley

**Ashley Dwyre**
Analyst II
**BrownGreer PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*