UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************ | | WILKINSON |

## MOTION FOR EXTENSION OF DEADLINES; MOTION FOR LEAVE TO FILE LATE CLAIM; MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Crescent City Property Redevelopment Association, et al., Claim ID Number 114365, and on suggesting to this Honorable Court that Plaintiffs hereby request: an extension of deadline within which to file a claim, for leave to file late claim, and an extension of time to file documents herein.

WHEREFORE, mover prays that an extension of deadline within which to file a claim, for leave to file late claim and an extension of time to file documents be granted herein under Federal Rule of Civil Procedure 6(b)(1)(B).

Respectfully submitted,

/s/ JULIUS C. FORD /s/
JULIUS C. FORD, LA Bar No. 32456
1748 Benefit Street
New Orleans, Louisiana 70122
(504) 223-8953
E-Mail: j.chris.ford1983@gmail.com

Scanned by CamScanner

## CERTIFICATE

I do hereby certify that I have on this 13th day of May, 2014, served a copy of the foregoing Motion to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/

Scanned by CamScanner