UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************* | | WILKINSON |

## NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF DEADLINES; MOTION FOR LEAVE TO FILE LATE CLAIM; MOTION FOR EXTENSION OF TIME TO FILE DOCUMENTS

PLEASE TAKE NOTICE that Plaintiffs, Crescent City Property Redevelopment Association, et al., Claim ID Number 114365, will bring the attached Motion for Extension of Deadline within which to file a claim, Motion for Leave to File Late Claim, and Motion for Extension of Time to File Documents Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) before the Honorable Judge Wilkinson and/or the Honorable Judge Fallon, United States District Court, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana at 9:00 AM on June 4, 2014, or as soon thereafter as the court can take up same.

Respectfully submitted,

/s/ JULIUS C. FORD /s/
JULIUS C. FORD, LA Bar No. 32456
1748 Benefit Street
New Orleans, Louisiana 70122
(504) 223-8953
E-Mail: j.chris.ford1983@gmail.com

## CERTIFICATE

I do hereby certify that I have on this 13th day of May, 2014, served a copy of the foregoing Notice of Submission to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/

Scanned by CamScanner