# LAW OFFICE OF J. CHRISTOPHER FORD
1748 Benefit Street, New Orleans, LA 70122
Phone: 504-223-8953
j.chris.ford1983@gmail.com

April 29, 2014

**SENT VIA US MAIL, FACSIMILE & EMAIL: CDWQuestions@browngreer.com**

Lynn Greer, Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

RE:  Written Request for Extension of Time in Response to Claims Administration Procedure No. 2014-7
Claimant ID #: 114365
My client: Crescent City Property c/o William Wes Alden

To Whom It May Concern:

Please be advised that I have recently been retained to represent Crescent City Property c/o William Wes Alden, Claimant ID # 114365 in the above referenced matter. Please direct future communications to the contact information at the top of this letterhead. Also, kindly advise if I need to

I am formally and respectfully requesting an extension of the April 30, 2014 deadline imposed by Claims Administration Procedure number 2014-7 because I was recently retained on April 28, 2014. My construction expert requires additional time to compile and prepare the required documentation sought in CAP # 2014-7. Please advise what the new deadline will be so that I can let my expert know.

If you have any questions or concerns please contact me at the phone number and address at the top of this letterhead. Thank you for your assistance and cooperation in this matter. With kindest regards I am

Very Truly Yours,

/s/ *J. Christopher Ford* /s/

J. Christopher Ford, Esq.

JCF