

Chris Ford < j.chris.ford1983@gmail.com>

# Extension of Time: Claimant ID #: 114365

**CDWQuestions** < CDWQuestions@browngreer.com>       Wed, Apr 30, 2014 at 9:32 AM
To: Chris Ford <j.chris.ford1983@gmail.com>, CDWQuestions <CDWQuestions@browngreer.com>

Mr. Ford,

We called you this morning and left you a message.

We will update representation for CID 114365 (Crescent City Property) to reflect your firm. We will create a firm profile for you and send you login credentials. However, it's important to note that records indicate Affected Properties were registered by Crescent City Property but no claims were filed and no other documentation was submitted by the claimant. And unfortunately, the deadline to Register and file claims in the Chinese Drywall Settlement Program was set by the Court and expired on October 25, 2013. The Settlement Administrator cannot accept Claims after the deadline set by the Court.

Once you receive web portal account credentials you will be able to login to the portal and review the Registration Form submitted by Crescent City Property. Because the deadline has passed you will not be able to file any claims.

Finally, because the claimant has no claims in the Chinese Drywall Settlement Program the email regarding Outstanding Work Authorizations does not apply to him.

Thank you,

Chinese Drywall Settlement Administrator

**BROWNGREER PLC**

P.O. Box 25401

Richmond, Virginia  23260

Telephone:  (804) 521-7200

Facsimile:  (804) 521-7299

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error,*