13 Claim numbers on 11 different properties

**Crescent City Property Redevelopment Association, LLC**
TIN: 01-0611205
- 18426		4336 State St. Dr. 70125
- 18247		4330 State St. Dr. 70125
- 18354		6901 Pritchard Pl. 1-4 70125
- 18259		3028 Bienville St. A-B 70119
- 18248		3701 Baronne/1804 Amelia 70115
- 18250		3703 Baronne/1804 Amelia 70115
- 18255		3712-14 Calhoun St. 70125

**Crescent City Property Redevelopment Services, Inc.**
TIN: 20-5093198
- 18257  309 S. Galvez St. A-B 70119

**Side-By-Side Redevelopment, Inc.**
TIN: 56-2568172
- 18249		1939 Gen. Taylor St. A-B 70115
- 18260		3700 Milan/4207 S. Tonti St. 70125
- 18253		2323 Iberville 70115

**Private Connection Property, Inc.**
TIN: 20-5093217
- 18251		4307 Calliope 70125
- 18252		4309 Calliope 70125

Scanned by CamScanner