UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | CIVIL ACTION |
| DRYWALL PRODUCTS LIABILITY | * | 2:09-md-2047 EEF-JCW |
| LITIGATION | * | JUDGE: ELDON FALLON |
| | * | MAGISTRATE: JUDGE |
| ************************************************* | | WILKINSON |

## AFFIDAVIT

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned notary, personally came and appeared:

**WILLIAM W. ALDEN, MD on behalf of Crescent City Property Redevelopment Association, LLC.**

who did depose and say that:

1.

He has personal knowledge of the matters hereinafter set forth.

2.

Crescent City Property Redevelopment Association, LLC is a for-profit limited liability company that does the renovation work for Crescent City Property Redevelopment Services, Inc., Private Connection Property and Side-By-Side Redevelopment, Inc., which are non-profit organizations devoted to redeveloping defunct properties across the City of New Orleans, taking those restored properties and providing housing and employment opportunities to the

community, with an emphasis on providing same to individuals with disabilities.

3.

He is the director/member of several non-profits and for-profit limited liability companies; however, he also has a full time medical practice. In his capacity as director/member of the non-profit corporations and for-profit LLC, he submitted claims for Chinese Drywall damages on October 24, 2013 through the webportal established by settlement administrator for that purpose. He did not receive notice that there was any deficiency with his October 24, 2013 submission and did not receive notice that he missed an October 25, 2013 deadline at any time prior the two emails which he received on April 25, 2014 requesting additional claims and W-9 information. He was informed that he had missed the October 25, 2014 claim deadline even though he filed claims electronically on October 24, 2014. He had received no other written or electronic communication from Brown Greer prior to these two electronic messages. The claimant then promptly contacted the undersigned counsel for representation.

4.

Dr. Alden would have taken immediate corrective action (as he is attempting to do herein) had he known about the possible deficiency or untimeliness of his submitted claims. In fact, Dr. Alden immediately forwarded information to undersigned counsel upon learning of the April 30, 2014 deadline.

SWORN TO AND SUBSRCIBED BEFORE ME, NOTARY

ON THIS 13th DAY OF MAY, 2014.

_____  
WILLIAM WES ALDEN

_____  
NOTARY  Julius C. Ford  #32456

Scanned by CamScanner

Respectfully submitted,

/s/ JULIUS C. FORD /s/
JULIUS C. FORD, LA Bar No. 32456
1748 Benefit Street
New Orleans, Louisiana 70122
(504) 223-8953
E-Mail: j.chris.ford1983@gmail.com

## CERTIFICATE

I do hereby certify that I have on this 13th day of May, 2014, served a copy of the foregoing Affidavit (Exhibit) to all counsel of record through the court's electronic filing system.

/s/ JULIUS C. FORD /s/

Scanned by CamScanner