**Crescent City Property Redevelopment Association, LLC**

**2930 Canal Street, STE. 401, New Orleans, LA. 70119**

The following is a listing of budget upset figures/estimates for Renovations of all properties owned and affected by the Toxic drywall issues involved with the Knauf Class Settlement Agreement. These fillings are on behalf of the individual corporate owners.

| | |
|---|---|
| 1. 6901/6911 Pritchard Place, New Orleans, LA 70125 | $65,375.55 |
| 2. 2323 Iberville, New Orleans, LA. 70125 | $31,035.90 |
| 3. 3700 Milan St., New Orleans, LA. 70125 | $60,938.35 |
| 4. 3028/3230 Bienville St., New Orleans, LA 70119 | $55,982.79 |
| 5. 309 S. Galvez, New Orleans, LA. 70119 | $57,652.45 |
| 6. 3712 Calhoun St., New Orleans, LA. 70125 | $98,527.48 |
| 7. 1939 General Taylor, New Orleans, LA. 70115 | $136,585.02 |
| 8. 3701/3703 Baronne St., New Orleans, LA. 70115 | $130,752.79 |
| 9. 4336 State St. Drive, New Orleans, LA. 70125 | $77,349.74 |
| 10. 4330 State St. Drive, New Orleans, LA. 70125 | $ 67,533.14 |
| 11. 4307/4309 Calliope, New Orleans, LA. 70125 | $ 61,208.93 |

Construction Estimate                                                                 Page 1
File Name: Chinese Pritchard Place.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC
2930 Canal St.
New Orleans,LA. 70119

Affordable Community Solutions,LLC
Hammond,LA. 70401

RE: Remediation "Chinese Drywall" Issues
Property Location = 6901/6911 Pritchard Place,New Orleans,LA. 70125
16875 sf warehouse 1st floor,  second floor 7425sf & third
floors1458 sf.
**This warehouse was used to store the toxic drywall for numerous properties
scheduled for restoration following storm damage. All product was positioned
in main hall of 1st floor, and ramianed there until used up to restore the
other named properties.***

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| Tear out Complete house wiring,outlets, switches & boxes removed to dumpster | | | | | | |
| 7425.00 | --@.0000 | SF | 0.00 | 23,760.00 | 0.00 | 23,760.00 |
| Complete house rough electrical (no light fixtures) replace, standard | | | | | | |
| 7425.00 | 9E@519.7 | SF | 9,850.01 | 29,922.75 | 0.00 | 39,772.76 |
| Boomlift rental 21' - 30', Rental for Day | | | | | | |
| 2.50 | --@.0000 | Ea | 0.00 | 0.00 | 562.50 | 562.50 |
| Post construction clean up | | | | | | |
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Manhours, Material, Labor, and Equipment: | | | | | | |
| | 519.8 | | 9,895.01 | 54,002.75 | 562.50 | 64,460.26 |
| | | | Subtotal: | | | 64,460.26 |
| | | | Estimate Total: | | | 64,460.26 |
| | | | 9.25% Tax on Materials: | | | 915.29 |
| | | | Grand Total: | | | 65,375.55 |

Construction Estimate                                                        Page 1
File Name: Chinese 4307&09 Calliope.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                    Affordable Community Solutions,LLC
2930 Canal St.                                 Hammond,LA. 70401
New Orleans,LA. 70119

RE: Remediation "Chinese Drywall" Issues
Property Location = 4307& 4309 Calliope, New Orleans,LA. 70125
Two (2) 600 sf Offices - 8" ceilings, 1 room, 1 baths each
Both units smooth finish concrete floors requiring tarp only for demolition
of drywall.

**Dumpsters**
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | --@.0000 | Ea | 0.00 | 0.00 | 500.00 | 500.00 |

**1/2" drywall installed**
remove, drywall

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 4720.00 | 1D@37.76 | SF | 0.00 | 1,604.80 | 0.00 | 1,604.80 |

**1/2" drywall installed**
replace, with medium texture

| 4720.00 | 6D@165.2 | SF | 4,392.43 | 8,590.40 | 0.00 | 12,982.83 |
|---|---|---|---|---|---|---|

**Paint plaster or drywall**
3 coats

| 4720.00 | 5F@61.36 | SF | 1,448.57 | 3,634.40 | 0.00 | 5,082.97 |
|---|---|---|---|---|---|---|

**Replace 3-1/2" pattern base**
finger-joint pine Basboard

| 450.00 | 1C@17.10 | LF | 1,171.67 | 1,062.00 | 0.00 | 2,233.67 |
|---|---|---|---|---|---|---|

**Replace 2-1/2" pattern casing**
finger-joint pine DOOR & WINDOW Trims

| 360.00 | 1C@14.76 | LF | 716.36 | 918.00 | 0.00 | 1,634.36 |
|---|---|---|---|---|---|---|

**Paint wood trim, simple design**
3 coats

| 810.00 | 5F@18.63 | LF | 248.59 | 1,101.60 | 0.00 | 1,350.19 |
|---|---|---|---|---|---|---|

**Tear out Complete unit wiring,outlets,**
switches & boxes removed to dumpster

| 1200.00 | --@.0000 | SF | 0.00 | 3,840.00 | 0.00 | 3,840.00 |
|---|---|---|---|---|---|---|

**Complete unit electrical wiring, outlets, switches & light fixtures**
replace, high grade

| 1200.00 | 9E@124.8 | SF | 3,290.76 | 7,176.00 | 0.00 | 10,466.76 |
|---|---|---|---|---|---|---|

Construction Estimate                                                          Page 2
File Name: Chinese 4307&09 Calliope.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| **Tear out damaged copper supply lines 4 rooms** | | | | | | |
| 6.00 | --@.0000 | Ea | 0.00 | 1,050.00 | 31.50 | 1,081.50 |
| **Three fixture bathroom** | | | | | | |
| **copper supply & plastic DWV** | | | | | | |
| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |
| **Utility room plumbing** | | | | | | |
| **copper supply & plastic DWV** | | | | | | |
| 2.00 | 7P@13.62 | Ea | 376.20 | 930.40 | 0.00 | 1,306.60 |
| **Kitchenette plumbing** | | | | | | |
| **copper supply & plastic DWV** | | | | | | |
| 2.00 | 7P@17.08 | Ea | 601.92 | 1,166.80 | 0.00 | 1,768.72 |
| **Tarp flooring  for demo & clean up** | | | | | | |
| 600.00 | --@.0000 | SF | 90.00 | 144.00 | 0.00 | 234.00 |
| **Post construction clean up** | | | | | | |
| 2.00 | --@.0000 | Ea | 90.00 | 640.00 | 0.00 | 730.00 |

Total Manhours, Material, Labor, and Equipment:

| | | | | | | |
|---|---|---|---|---|---|---|
| | 522.9 | | 13,565.00 | 35,452.40 | 531.50 | 49,548.90 |

| | |
|---|---|
| Subtotal: | 49,548.90 |
| 10.00% Overhead: | 4,954.89 |
| 10.00% Profit: | 5,450.38 |
| Estimate Total: | 59,954.17 |
| 9.25% Tax on Materials: | 1,254.76 |
| Grand Total: | 61,208.93 |

Construction Estimate                                                              Page 1
File Name: Chinese 2323 Iberville.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                 Affordable Community Solutions,LLC
2930 Canal St.                              Hammond,LA. 70401
New Orleans,LA. 70119

RE: Remediation "Chinese Drywall" Issues
Property Location = 2323 Iberville,New Orleans,LA. 70125
8400sf warehouse
**This warehouse was also used to store the toxic drywall for numerous properties
scheduled for restoration following storm damage. All product was positioned
in main 1st floor, and ramianed there until used up in act of restoring
other named properties. This site did in fact utilize some of the drywall
to finish a set of damaged offices in the buliding.These areas are 200sf
of offices w/ two rest rooms w/ 8" ceilings.

**Dumpsters**
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | --@.0000 | Ea | 0.00 | 0.00 | 500.00 | 500.00 |

1/2" drywall installed
remove, drywall

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1160.00 | 1D@9.280 | SF | 0.00 | 394.40 | 0.00 | 394.40 |

1/2" drywall installed
replace, with medium texture

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1160.00 | 6D@40.60 | SF | 1,079.50 | 2,111.20 | 0.00 | 3,190.70 |

Paint plaster or drywall
3 coats

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1160.00 | 5F@15.08 | SF | 356.00 | 893.20 | 0.00 | 1,249.20 |

Vinyl cove
remove

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 120.00 | 1D@4.320 | LF | 0.00 | 181.20 | 0.00 | 181.20 |

Vinyl cove
replace, 6" high

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 120.00 | 5I@10.92 | LF | 321.95 | 559.20 | 0.00 | 881.15 |

Replace 2-1/2" pattern casing
finger-joint pine DOOR & WINDOW Trim

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 94.00 | 1C@3.854 | LF | 187.05 | 239.70 | 0.00 | 426.75 |

Paint wood trim, simple design
3 coats

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 94.00 | 5F@2.162 | LF | 28.85 | 127.84 | 0.00 | 156.69 |

Construction Estimate                                                                    Page 2
File Name: Chinese 2323 Iberville.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| Tear out Complete unit wiring,outlets, switches & boxes removed to dumpster | | | | | | |
| 1160.00 | --@.0000 | SF | 0.00 | 3,712.00 | 0.00 | 3,712.00 |
| Complete house electrical wiring, outlets, switches & light fixtures replace, high grade | | | | | | |
| 1160.00 | 9E@120.6 | SF | 3,181.07 | 6,936.80 | 0.00 | 10,117.87 |
| Tear out damaged copper supply lines 4 rooms | | | | | | |
| 2.00 | --@.0000 | Ea | 0.00 | 350.00 | 10.50 | 360.50 |
| Two fixture bathroom copper supply & plastic DWV | | | | | | |
| 2.00 | 7P@40.80 | Ea | 883.08 | 2,788.00 | 0.00 | 3,671.08 |
| Maskfloor surfaces all interior room for work completion. average | | | | | | |
| 4.00 | 3L@8.000 | Ea | 141.20 | 301.76 | 0.00 | 442.96 |
| Post construction clean up | | | | | | |
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

| Total Manhours, Material, Labor, and Equipment: | | | | | |
|---|---|---|---|---|---|
| 255.7 | 6,223.70 | 18,915.30 | 510.50 | | 25,649.50 |
| | | Subtotal: | | | 25,649.50 |
| | | 10.00% Overhead: | | | 2,564.95 |
| | | 10.00% Profit: | | | 2,821.45 |
| | | Estimate Total: | | | 31,035.90 |

Construction Estimate                                                    Page 1
File Name: Chinese 3700 Milan.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                Affordable Community Solutions,LLC
2930 Canal St.                             Hammond,LA. 70401
New Orleans,LA. 70119

RE: Remediation "Chinese Drywall" Issues
Property Location = 3700 Milan St., New Orleans,LA. 70125
Two units ,One commercial Laundry NOT affected by drywall,
second unit a 1600sf  8' ceiling two story apartment. 2 bedroom,1 bath
w/ living room,kitchen, laundry.
The value of the loss warranted replacement of structural framing.
Property has been demolished and awaits total re-building.

part 1 completed prior to demolition order
Dumpsters
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,000.00 | 1,000.00 |

1/2" drywall installed
remove, drywall

| 4120.00 | 1D@32.96 | SF | 0.00 | 1,400.80 | 0.00 | 1,400.80 |

Tear out damaged copper supply lines 4 rooms

| 3.00 | --@.0000 | Ea | 0.00 | 525.00 | 15.75 | 540.75 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| 1600.00 | --@.0000 | SF | 0.00 | 5,120.00 | 0.00 | 5,120.00 |

Post construction clean up

| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

part 2 Intended for completion but avertede by demolition

1/2" drywall installed
replace, with medium texture

| 4120.00 | 6D@144.2 | SF | 3,834.07 | 7,498.40 | 0.00 | 11,332.47 |

Paint plaster or drywall
3 coats

| 4120.00 | 5F@53.56 | SF | 1,264.43 | 3,172.40 | 0.00 | 4,436.83 |

Replace 3-1/2" pattern base
finger-joint pine Basboard

| 428.00 | 1C@16.26 | LF | 1,114.38 | 1,010.08 | 0.00 | 2,124.46 |

Construction Estimate                                                                                      Page 2
File Name: Chinese 3700 Milan.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| Replace 2-1/2" pattern casing | | | | | | |
| finger-joint pine DOOR & WINDOW Trim | | | | | | |
| 300.00 | 1C@12.30 | LF | 596.97 | 765.00 | 0.00 | 1,361.97 |
| Paint wood trim, simple design | | | | | | |
| 3 coats | | | | | | |
| 728.00 | 5F@16.74 | LF | 223.42 | 990.08 | 0.00 | 1,213.50 |
| Complete house electrical wiring, outlets, switches & light fixtures | | | | | | |
| replace, high grade | | | | | | |
| 1600.00 | 9E@166.4 | SF | 4,387.68 | 9,568.00 | 0.00 | 13,955.68 |
| Kitchen plumbing Rough in | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 2.00 | 7P@17.08 | Ea | 601.92 | 1,166.80 | 0.00 | 1,768.72 |
| Three fixture bathroom | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |

Total Manhours, Material, Labor, and Equipment:

|  | 512.1 |  | 13,206.38 | 35,130.56 | 1,015.75 | 49,352.69 |
|---|---|---|---|---|---|---|

| Subtotal: | 49,352.69 |
|---|---|
| 10.00% Overhead: | 4,935.27 |
| 10.00% Profit: | 5,428.80 |
| Estimate Total: | 59,716.76 |
| 9.25% Tax on Materials: | 1,221.59 |
| Grand Total: | 60,938.35 |

Construction Estimate                                                      Page 1
File Name: Chinese 3028 Bienville.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                    Affordable Community Solutions,LLC
2930 Canal St.                                 Hammond,LA. 70401
New Orleans,LA. 70119

RE: Remediation "Chinese Drywall" Issues
Property Location = 3028 Bienville St., New Orleans,LA. 70119
Two 900 sf duplex Total1800 sf dwelling- 8' ceilings,1 bedroom,
1 bath,1 kitchen,1 living room,& 1 laundry EACH.
The value of the loss warranted replacement of structural framing.
Property has been demolished and awaits total re-building.

part 1 completed prior to demolition order
Dumpsters
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,000.00 | 1,000.00 |

1/2" drywall installed
remove, drywall

| 2600.00 | 1D@20.80 | SF | 0.00 | 884.00 | 0.00 | 884.00 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| 1800.00 | --@.0000 | SF | 0.00 | 5,760.00 | 0.00 | 5,760.00 |

Tear out damaged copper supply lines 4 rooms

| 6.00 | --@.0000 | Ea | 0.00 | 1,050.00 | 31.50 | 1,081.50 |

Post construction clean up

| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

part 2 Intended for completion but averted by demolition

1/2" drywall installed
replace, with medium texture

| 2600.00 | 6D@91.00 | SF | 2,419.56 | 4,732.00 | 0.00 | 7,151.56 |

Paint plaster or drywall
3 coats

| 2600.00 | 5F@33.80 | SF | 797.94 | 2,002.00 | 0.00 | 2,799.94 |

Replace 3-1/2" pattern base
finger-joint pine Basboard

| 380.00 | 1C@14.44 | LF | 989.41 | 896.80 | 0.00 | 1,886.21 |

Construction Estimate                                                                      Page 2
File Name: Chinese 3028 Bienville.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| Replace 2-1/2" pattern casing | | | | | | |
| finger-joint pine DOOR & WINDOW Trim | | | | | | |
| 260.00 | 1C@10.66 | LF | 517.37 | 663.00 | 0.00 | 1,180.37 |
| | | | | | | |
| Paint wood trim, simple design | | | | | | |
| 3 coats | | | | | | |
| 640.00 | 5F@14.72 | LF | 196.42 | 870.40 | 0.00 | 1,066.82 |
| | | | | | | |
| Complete house electrical wiring, outlets, switches & light fixtures | | | | | | |
| replace, high grade | | | | | | |
| 1800.00 | 9E@187.2 | SF | 4,936.14 | 10,764.00 | 0.00 | 15,700.14 |
| | | | | | | |
| Three fixture bathroom Rough in | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |
| | | | | | | |
| Kitchen plumbing Rough in | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 2.00 | 7P@17.08 | Ea | 601.92 | 1,166.80 | 0.00 | 1,768.72 |

Total Manhours, Material, Labor, and Equipment:

|  | 442.3 |  | 11,642.26 | 32,703.00 | 1,031.50 | 45,376.76 |
|---|---|---|---|---|---|---|

Subtotal:                                                         45,376.76

10.00% Overhead:                                          4,537.68
10.00% Profit:                                                4,991.44

Estimate Total:                                               54,905.88

9.25% Tax on Materials:                                1,076.91

Grand Total:                                                   55,982.79

Construction Estimate                                           Page 1
File Name: Chinese 309 SGalvez.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                    Affordable Community Solutions,LLC
2930 Canal St.                                 Hammond,LA. 70401
New Orleans,LA. 70119


RE: Remediation "Chinese Drywall" Issues
Property Location = 309 South Galvez St., New Orleans,LA. 70119
Two 900 sf duplex Total1800 sf dwelling- 8' ceilings,1 bedroom,
1 bath,1 kitchen,1 living room EACH.
This property was exproperated and demolished before the
restoration was completed.


part 1- completed prior to demolishion order
Dumpsters
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,000.00 | 1,000.00 |

1/2" drywall installed
remove, drywall

| 2885.00 | 1D@23.08 | SF | 0.00 | 980.90 | 0.00 | 980.90 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| 1800.00 | --@.0000 | SF | 0.00 | 5,760.00 | 0.00 | 5,760.00 |

Tear out damaged copper supply lines 4 rooms

| 4.00 | --@.0000 | Ea | 0.00 | 700.00 | 21.00 | 721.00 |

Three fixture bathroom
copper supply & plastic DWV

| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |

Kitchen plumbing
copper supply & plastic DWV

| 2.00 | 7P@17.08 | Ea | 601.92 | 1,166.80 | 0.00 | 1,768.72 |

Post construction clean up

| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |


part 2 Intended for completion but averted by demolition


1/2" drywall installed
replace, with medium texture

| 2885.00 | 6D@100.9 | SF | 2,684.78 | 5,250.70 | 0.00 | 7,935.48 |

Construction Estimate

File Name: Chinese 309 SGalvez.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|-----|-------------|------|----------|-------|-----------|-------|
| Paint plaster or drywall | | | | | | |
| 3 coats | | | | | | |
| 2885.00 | 5F@37.50 | SF | 885.41 | 2,221.45 | 0.00 | 3,106.86 |
| | | | | | | |
| Replace 3-1/2" pattern base | | | | | | |
| finger-joint pine Basboard | | | | | | |
| 432.00 | 1C@16.41 | LF | 1,124.80 | 1,019.52 | 0.00 | 2,144.32 |
| | | | | | | |
| Replace 2-1/2" pattern casing | | | | | | |
| finger-joint pine DOOR & WINDOW Trim | | | | | | |
| 286.00 | 1C@11.72 | LF | 569.11 | 729.30 | 0.00 | 1,298.41 |
| | | | | | | |
| Paint wood trim, simple design | | | | | | |
| 3 coats | | | | | | |
| 720.00 | 5F@16.56 | LF | 220.97 | 979.20 | 0.00 | 1,200.17 |
| | | | | | | |
| Complete house electrical wiring, outlets, switches & light fixtures | | | | | | |
| replace, high grade | | | | | | |
| 1800.00 | 9E@187.2 | SF | 4,936.14 | 10,764.00 | 0.00 | 15,700.14 |

| | | | | | | |
|-----|-------------|------|----------|-------|-----------|-------|
| Total Manhours, Material, Labor, and Equipment: | | | | | | |
| | 463.1 | | 12,206.63 | 33,485.87 | 1,021.00 | 46,713.50 |

| | |
|---|---|
| Subtotal: | 46,713.50 |
| 10.00% Overhead: | 4,671.35 |
| 10.00% Profit: | 5,138.49 |
| Estimate Total: | 56,523.34 |
| 9.25% Tax on Materials: | 1,129.11 |
| Grand Total: | 57,652.45 |

Construction Estimate                                                                 Page 1
File Name: Chinese 3712 Calhoun.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| Cresent City Properties,LLC | | | | Affordable Community Solutions,LLC | | |
| 2930 Canal St. | | | | Hammond,LA. 70401 | | |
| New Orleans,LA. 70119 | | | | | | |

RE: Remediation "Chinese Drywall" Issues
Property Location = 3712 Calhoun St., New Orleans,LA. 70125
2850 sf dwelling- 9' ceilings,3 bedrooms, 2 baths, master bedroom
vaulted ceiling 16'

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| **Dumpsters** | | | | | | |
| Dumpster, with locking doors, 30 cy | | | | | | |
| 2.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| **1/2" drywall installed** | | | | | | |
| remove, drywall | | | | | | |
| 6688.00 | 1D@53.50 | SF | 0.00 | 2,273.92 | 0.00 | 2,273.92 |
| **1/2" drywall installed** | | | | | | |
| replace, with medium texture | | | | | | |
| 6688.00 | 6D@234.0 | SF | 6,223.85 | 12,172.16 | 0.00 | 18,396.01 |
| **Paint plaster or drywall** | | | | | | |
| 3 coats | | | | | | |
| 6688.00 | 5F@86.94 | SF | 2,052.55 | 5,149.76 | 0.00 | 7,202.31 |
| **Replace 3-1/2" pattern base** | | | | | | |
| stain-grade pine | | | | | | |
| 770.00 | 1C@29.26 | LF | 2,302.15 | 1,817.20 | 0.00 | 4,119.35 |
| **Replace 2-1/2" pattern casing** | | | | | | |
| stain-grade pine | | | | | | |
| 348.00 | 1C@14.26 | LF | 795.84 | 887.40 | 0.00 | 1,683.24 |
| **Paint wood trim, ornate design** | | | | | | |
| 3 coats | | | | | | |
| 1120.00 | 5F@31.36 | LF | 454.61 | 1,859.20 | 0.00 | 2,313.81 |
| **Tear out Complete house wiring,outlets,** | | | | | | |
| switches & boxes removed to dumpster | | | | | | |
| 2850.00 | --@.0000 | SF | 0.00 | 9,120.00 | 0.00 | 9,120.00 |
| **Complete house electrical wiring, outlets, switches & light fixtures** | | | | | | |
| replace, high grade | | | | | | |
| 2850.00 | 9E@296.4 | SF | 7,815.56 | 17,043.00 | 0.00 | 24,858.56 |

Construction Estimate
File Name: Chinese 3712 Calhoun.est

Page 2

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| **Tear out damaged copper supply lines 4 rooms** | | | | | | |
| 4.00 | --@.0000 | Ea | 0.00 | 700.00 | 21.00 | 721.00 |
| **Three fixture bathroom Rough in** | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |
| **Laundry room plumbing Rough in** | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@6.810 | Ea | 188.10 | 465.20 | 0.00 | 653.30 |
| **Kitchen plumbing Rough in** | | | | | | |
| copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@8.540 | Ea | 300.96 | 583.40 | 0.00 | 884.36 |
| **Maskfloor surfaces all interior room for** | | | | | | |
| work completion.Also cover/mask ornamental front | | | | | | |
| covered porch/entry deck & stairs | | | | | | |
| Very large | | | | | | |
| 13.00 | 3L@26.00 | Ea | 458.90 | 980.72 | 0.00 | 1,439.62 |
| **Post construction clean up** | | | | | | |
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

Total Manhours, Material, Labor, and Equipment:

| | | | | | | |
|---|---|---|---|---|---|---|
| | 839.8 | | 21,776.01 | 56,965.96 | 1,021.00 | 79,762.97 |

| | |
|---|---|
| Subtotal: | 79,762.97 |
| 10.00% Overhead: | 7,976.30 |
| 10.00% Profit: | 8,773.93 |
| Estimate Total: | 96,513.20 |
| 9.25% Tax on Materials: | 2,014.28 |
| Grand Total: | 98,527.48 |

Construction Estimate                                                    Page 1
File Name: Chinese General Taylor.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                    Affordable Community Solutions,LLC
2930 Canal St.                                 Hammond,LA. 70401
New Orleans,LA. 70119


RE: Remediation "Chinese Drywall" Issues
Property Location = 1939 General Taylor, New Orleans,LA. 70115
3840 sf  two story dwelling-10' ceilings, 3 bedrooms, 2 1/2 baths
Extensive structural revovation required prior to completion of interior finishes.
This estimate is divided into two parts: first is work completed,second is
work yet to be done to restore dwelling to original order before toxic drywall.


part 1
Dumpsters
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 3.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,500.00 | 1,500.00 |

1/2" drywall installed
remove, drywall

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 11100.00 | 1D@88.80 | SF | 0.00 | 3,774.00 | 0.00 | 3,774.00 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 3840.00 | --@.0000 | SF | 0.00 | 12,288.00 | 0.00 | 12,288.00 |

Tear out damaged copper supply lines 4 rooms

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 5.00 | --@.0000 | Ea | 0.00 | 875.00 | 26.25 | 901.25 |

Three fixture bathroom Rough in
copper supply & plastic DWV

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |

Two fixture bathroom Rough in
copper supply & plastic DWV

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | 7P@20.40 | Ea | 441.54 | 1,394.00 | 0.00 | 1,835.54 |

Laundry room plumbing Rough in
copper supply & plastic DWV

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | 7P@6.810 | Ea | 188.10 | 465.20 | 0.00 | 653.30 |

Kitchen plumbing Rough in
copper supply & plastic DWV

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | 7P@8.540 | Ea | 300.96 | 583.40 | 0.00 | 884.36 |

Post construction clean up

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

Construction Estimate
File Name: Chinese General Taylor.est

Page 2

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| part 2 | | | | | | |
| **1/2" drywall installed** replace, with medium texture | | | | | | |
| 11100.00 | 6D@388.5 | SF | 10,329.66 | 20,202.00 | 0.00 | 30,531.66 |
| **Paint plaster or drywall** 3 coats | | | | | | |
| 11100.00 | 5F@144.3 | SF | 3,406.59 | 8,547.00 | 0.00 | 11,953.59 |
| **Replace 3-1/2" pattern base** finger-joint pine Basboard | | | | | | |
| 769.00 | 1C@29.22 | LF | 2,002.25 | 1,814.84 | 0.00 | 3,817.09 |
| **Replace 2-1/2" pattern casing** finger-joint pine DOOR & WINDOW Trims | | | | | | |
| 420.00 | 1C@17.22 | LF | 835.76 | 1,071.00 | 0.00 | 1,906.76 |
| **Paint wood trim, simple design** 3 coats | | | | | | |
| 1189.00 | 5F@27.34 | LF | 364.90 | 1,617.04 | 0.00 | 1,981.94 |
| **Complete house electrical wiring, outlets, switches & light fixtures** replace, high grade | | | | | | |
| 3840.00 | 9E@399.3 | SF | 10,530.43 | 22,963.20 | 0.00 | 33,493.63 |

Total Manhours, Material, Labor, and Equipment:

| | 1183.1 | | 29,583.69 | 79,508.68 | 1,526.25 | 110,618.62 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Subtotal: | | 110,618.62 |
| 10.00% Overhead: | | 11,061.86 |
| 10.00% Profit: | | 12,168.05 |
| Estimate Total: | | 133,848.53 |
| 9.25% Tax on Materials: | | 2,736.49 |
| Grand Total: | | 136,585.02 |

Construction Estimate                                                                 Page 1
File Name: Chinese 4330 State St..est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC              Affordable Community Solutions,LLC
2930 Canal St.                           Hammond,LA. 70401
New Orleans,LA. 70119


RE: Remediation "Chinese Drywall" Issues
Property Location = 4330 State Street Drive, New Orleans,LA. 70125
2000 sf dwelling- 8' ceilings, 2 bedrooms, 1 1/2 baths


**Dumpsters**
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,000.00 | 1,000.00 |

1/2" drywall installed
remove, drywall

| 4160.00 | 1D@33.28 | SF | 0.00 | 1,414.40 | 0.00 | 1,414.40 |

1/2" drywall installed
replace, with medium texture

| 4160.00 | 6D@145.6 | SF | 3,871.30 | 7,571.20 | 0.00 | 11,442.50 |

Paint plaster or drywall
3 coats

| 4160.00 | 5F@54.08 | SF | 1,276.70 | 3,203.20 | 0.00 | 4,479.90 |

Replace 3-1/2" pattern base
stain-grade pine

| 390.00 | 1C@14.82 | LF | 1,166.02 | 920.40 | 0.00 | 2,086.42 |

Replace 2-1/2" pattern casing
stain-grade pine

| 250.00 | 1C@10.25 | LF | 571.73 | 637.50 | 0.00 | 1,209.23 |

Paint wood trim, very ornate design
3 coats

| 640.00 | 5F@22.40 | LF | 304.13 | 1,324.80 | 0.00 | 1,628.93 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| 2000.00 | --@.0000 | SF | 0.00 | 6,400.00 | 0.00 | 6,400.00 |

Complete house electrical wiring, outlets, switches & light fixtures
replace, high grade

| 2000.00 | 9E@208.0 | SF | 5,484.60 | 11,960.00 | 0.00 | 17,444.60 |

**Construction Estimate**
File Name: Chinese 4330 State St..est

Page 2

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|------|-------------|------|----------|--------|-----------|--------|
| Tear out damaged copper supply lines 4 rooms | | | | | | |
| 4.00 | --@.0000 | Ea | 0.00 | 700.00 | 21.00 | 721.00 |
| Three fixture bathroom copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@26.30 | Ea | 569.25 | 1,797.00 | 0.00 | 2,366.25 |
| Two fixture bathroom copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@20.40 | Ea | 441.54 | 1,394.00 | 0.00 | 1,835.54 |
| Laundry room plumbing copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@6.810 | Ea | 188.10 | 465.20 | 0.00 | 653.30 |
| Kitchen plumbing copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@8.540 | Ea | 300.96 | 583.40 | 0.00 | 884.36 |
| Maskfloor surfaces all interior room for work completion. Very large | | | | | | |
| 7.00 | 3L@14.00 | Ea | 247.10 | 528.08 | 0.00 | 775.18 |
| Post construction clean up | | | | | | |
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

Total Manhours, Material, Labor, and Equipment:

| | 564.5 | | 14,466.43 | 39,219.18 | 1,021.00 | 54,706.61 |
|---|-------|---|-----------|-----------|----------|-----------|

| | | |
|---|---|---|
| Subtotal: | | 54,706.61 |
| 10.00% Overhead: | | 5,470.66 |
| 10.00% Profit: | | 6,017.73 |
| Estimate Total: | | 66,195.00 |
| 9.25% Tax on Materials: | | 1,338.14 |
| Grand Total: | | 67,533.14 |

Construction Estimate                                                  Page 1
File Name: Chinese 4336 State St.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                   Affordable Community Solutions,LLC
2930 Canal St.                                Hammond,LA. 70401
New Orleans,LA. 70119


RE: Remediation "Chinese Drywall" Issues
Property Location = 4336 State Street Drive, New Orleans,LA. 70125
2450 sf dwelling- 8' ceilings, 3 bedrooms, 1 1/2 baths
**This property had the flooring finishes in place prior to
discovery of legal drywall issues requiring masking.


**Dumsters**
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 2.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,000.00 | 1,000.00 |

1/2" drywall installed
remove, drywall

| 4254.00 | 1D@34.03 | SF | 0.00 | 1,446.36 | 0.00 | 1,446.36 |

1/2" drywall installed
replace, with medium texture

| 4254.00 | 6D@148.8 | SF | 3,958.77 | 7,742.28 | 0.00 | 11,701.05 |

Paint plaster or drywall
3 coats

| 4254.00 | 5F@55.30 | SF | 1,305.55 | 3,275.58 | 0.00 | 4,581.13 |

Replace 3-1/2" pattern base
stain-grade pine

| 525.00 | 1C@19.95 | LF | 1,569.65 | 1,239.00 | 0.00 | 2,808.65 |

Replace 2-1/2" pattern casing
stain-grade pine

| 385.00 | 1C@15.78 | LF | 880.46 | 981.75 | 0.00 | 1,862.21 |

Paint wood trim, ornate design
3 coats

| 910.00 | 5F@25.48 | LF | 369.37 | 1,510.60 | 0.00 | 1,879.97 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| 2450.00 | --@.0000 | SF | 0.00 | 7,840.00 | 0.00 | 7,840.00 |

Complete house electrical wiring, outlets, switches & light fixtures
replace, high grade

| 2450.00 | 9E@254.8 | SF | 6,718.64 | 14,651.00 | 0.00 | 21,369.64 |

Construction Estimate                                                                          Page 2
File Name: Chinese 4336 State St.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|------|------|------|------|------|------|------|
| Tear out damaged copper supply lines 4 rooms | | | | | | |
| 4.00 | --@.0000 | Ea | 0.00 | 700.00 | 21.00 | 721.00 |
| Three fixture bathroom copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@26.30 | Ea | 569.25 | 1,797.00 | 0.00 | 2,366.25 |
| Two fixture bathroom copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@20.40 | Ea | 441.54 | 1,394.00 | 0.00 | 1,835.54 |
| Laundry room plumbing copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@6.810 | Ea | 188.10 | 465.20 | 0.00 | 653.30 |
| Kitchen plumbing copper supply & plastic DWV | | | | | | |
| 1.00 | 7P@8.540 | Ea | 300.96 | 583.40 | 0.00 | 884.36 |
| Maskfloor surfaces all interior room for work completion. Very large | | | | | | |
| 12.00 | 3L@24.00 | Ea | 423.60 | 905.28 | 0.00 | 1,328.88 |
| Post construction clean up | | | | | | |
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |

Total Manhours, Material, Labor, and Equipment:

| | | | | | | |
|------|------|------|------|------|------|------|
| | 640.3 | | 16,770.88 | 44,851.45 | 1,021.00 | 62,643.33 |

|  |  |
|------|------|
| Subtotal: | 62,643.33 |
| 10.00% Overhead: | 6,264.33 |
| 10.00% Profit: | 6,890.77 |
| Estimate Total: | 75,798.43 |
| 9.25% Tax on Materials: | 1,551.31 |
| Grand Total: | 77,349.74 |

Construction Estimate                                                      Page 1
File Name: Chinese 3701&03 Barrone St.est

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|

Cresent City Properties,LLC                    Affordable Community Solutions,LLC
2930 Canal St.                                 Hammond,LA. 70401
New Orleans,LA. 70119

RE: Remediation "Chinese Drywall" Issues
Property Location = 3701&3703 Barrone St., New Orleans,LA. 70115
TWIN- each unit 1500 sf dwelling-10' ceilings, 2 bedrooms, 1 1/2 baths
Extensive structural revovation required prior to completion of interior finishes.
This estimate is divided into two parts: first is work completed,second is
work yet to be done to restore dwelling to original order before toxic drywall.

part 1
Dumpsters
Dumpster, with locking doors, 30 cy

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|---|---|---|---|---|---|---|
| 3.00 | --@.0000 | Ea | 0.00 | 0.00 | 1,500.00 | 1,500.00 |

1/2" drywall installed
remove, drywall

| 11200.00 | 1D@89.60 | SF | 0.00 | 3,808.00 | 0.00 | 3,808.00 |

Tear out Complete house wiring,outlets,
switches & boxes removed to dumpster

| 3000.00 | --@.0000 | SF | 0.00 | 9,600.00 | 0.00 | 9,600.00 |

Complete house electrical wiring, outlets, switches & light fixtures
replace, high grade

| 3000.00 | 9E@312.0 | SF | 8,226.90 | 17,940.00 | 0.00 | 26,166.90 |

Tear out damaged copper supply lines 4 rooms

| 8.00 | --@.0000 | Ea | 0.00 | 1,400.00 | 42.00 | 1,442.00 |

Three fixture bathroom  Rough-in
copper supply & plastic DWV

| 2.00 | 7P@52.60 | Ea | 1,138.50 | 3,594.00 | 0.00 | 4,732.50 |

Two fixture bathroom  Rough-in
copper supply & plastic DWV

| 2.00 | 7P@40.80 | Ea | 883.08 | 2,788.00 | 0.00 | 3,671.08 |

Laundry room plumbing Rough-in
copper supply & plastic DWV

| 2.00 | 7P@13.62 | Ea | 376.20 | 930.40 | 0.00 | 1,306.60 |

Kitchen plumbing  Rough-in
copper supply & plastic DWV

| 2.00 | 7P@17.08 | Ea | 601.92 | 1,166.80 | 0.00 | 1,768.72 |

Construction Estimate
File Name: Chinese 3701&03 Barrone St.est

Page 2

| Qty | Craft@Hours | Unit | Material | Labor | Equipment | Total |
|-----|-------------|------|----------|-------|-----------|-------|
| **Post construction clean up** | | | | | | |
| 1.00 | --@.0000 | Ea | 45.00 | 320.00 | 0.00 | 365.00 |
| **part 2** | | | | | | |
| **1/2" drywall installed** | | | | | | |
| **replace, with medium texture** | | | | | | |
| 11200.00 | 6D@392.0 | SF | 10,422.72 | 20,384.00 | 0.00 | 30,806.72 |
| **Paint plaster or drywall** | | | | | | |
| **3 coats** | | | | | | |
| 11200.00 | 5F@145.6 | SF | 3,437.28 | 8,624.00 | 0.00 | 12,061.28 |
| **Replace 3-1/2" pattern base** | | | | | | |
| **finger-joint pine Basboard** | | | | | | |
| 760.00 | 1C@28.88 | LF | 1,978.81 | 1,793.60 | 0.00 | 3,772.41 |
| **Replace 2-1/2" pattern casing** | | | | | | |
| **finger-joint pine DOOR & WINDOW Trims** | | | | | | |
| 580.00 | 1C@23.78 | LF | 1,154.14 | 1,479.00 | 0.00 | 2,633.14 |
| **Paint wood trim, simple design** | | | | | | |
| **3 coats** | | | | | | |
| 1340.00 | 5F@30.82 | LF | 411.25 | 1,822.40 | 0.00 | 2,233.65 |

---

Total Manhours, Material, Labor, and Equipment:

| | | | | | | |
|-----|-------------|------|----------|-------|-----------|-------|
| | 1146.8 | | 28,675.80 | 75,650.20 | 1,542.00 | 105,868.00 |

|  |  |
|---|---|
| Subtotal: | 105,868.00 |
| 10.00% Overhead: | 10,586.80 |
| 10.00% Profit: | 11,645.48 |
| Estimate Total: | 128,100.28 |
| 9.25% Tax on Materials: | 2,652.51 |
| Grand Total: | 130,752.79 |

# 2013 Chinese Lost Rent Claims

1.  4307 Calliope/Earhart: office/apartment 2007 to 2013 at $600/mo.; $43,200 in lost rents

2.  4309 Calliope: office/apartment 2007 to 2012 at $600/mo.; $36,000 in lost rental income

3.  2323 Iberville: office 2007 to 2013 at $600/mo.; $43,200 in lost rental income

4.  6901 Pritchard Place: no lost rental income

5.  3700 Milan Street: 2-storey apartment 2007-2009 at $1200/mo.; $28,800 in lost rents


**Residential (7)**

6.  1939 General Taylor: 2007 to 2014 at $1200/mo.; $100,800 in lost rental income

7.  4336 State Street: 2007 to 2014 at $1600/mo.; $134,400 in lost rental income

8.  4330 State Street: 2007 to 2009 at $1600/mo.; $38,400 in lost rental income

9.  3712-14 Calhoun: 2007 to 2014 at $1600/mo.; $134,400 in lost rental income

10. 3028 Bienville: 2007 to 2011 at $1200/mo.; $57,600 in lost rental income

11. 3701 Baronne Street: 2007 to 2014 at $1200/mo.; $100,800 in lost rental income

12. 3703 Baronne Street: 2007 to 2014 at $1200/mo.; $100,800 in lost rental income

13. 309 South Galvez: 2007 to 2009 at $1200/mo.; $28,800 in lost rental income


$847,200