UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Before the Court is a motion to submit late-filed claims in the four Virginia-based settlements, (Rec. Doc. 17656). The Plaintiffs' Steering Committee informed the Court that this motion is unopposed due to the unique circumstances involved. (Rec. Doc. 17659). Accordingly,

**IT IS ORDERED** that the Motion to Submit Late Filed Claims, (Rec. Doc. 17656), is **GRANTED**.

New Orleans, Louisiana this 14th day of May, 2014.

_____
United States District Judge