UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

    Before the Court is a motion to submit late-filed claim into the Global Banner Inex Settlement Agreements, (Rec. Doc. 17654). The Plaintiffs' Steering Committee informed the Court that this motion is unopposed due to the unique circumstances involved. (Rec. Doc. 17662). Accordingly,

    **IT IS ORDERED** that the Motion to Submit Late Filed Claim, (Rec. Doc. 17654), is **GRANTED**.

    New Orleans, Louisiana this 14th day of May, 2014.

_____
United States District Judge