# Spaulding, Kyle

**From:** Spaulding, Kyle
**Sent:** Thursday, July 18, 2013 9:19 AM
**To:** Montoya, Patrick; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Patrick-We're ok with how you propose to pay the Davis claim. We just need to confirm that the bank still owns the home.

Garrett will contact you today about setting up a conference call for your priority already remediated homes.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Montoya, Patrick [mailto:patrick@colson.com]
**Sent:** Tuesday, July 16, 2013 2:09 PM
**To:** Spaulding, Kyle; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** Drywall--Jessie Davis and Already Remediated Homes

Gentlemen,
It's been several weeks and a two unreturned phone calls to you about the Jesse Davis claim. This is the case where the bank took the home back as part of a consent judgment but signed off on the cash-out. Please, please let us know what position your client is going to take. Will they fund the cash-out? Second, since you met with Natalie several weeks ago, we still haven't received a single offer on any already remediated homes. Could you please help us with this?

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: 305.476.7400
Fax:     305.476.7444
email: Patrick@colson.com



EXHIBIT A

1