# Spaulding, Kyle

| | |
|---|---|
| **From:** | Montoya, Patrick <patrick@colson.com> |
| **Sent:** | Wednesday, August 14, 2013 8:47 PM |
| **To:** | Spaulding, Kyle |
| **Cc:** | Miller, Kerry J.; Gonzalez, Ervin; Rico, Natalie |
| **Subject:** | Re: Drywall--Jessie Davis and Already Remediated Homes |

We will get it done. Thank you.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134
(O) 305-476-7400
(F) 305-476-7444

On Aug 14, 2013, at 9:16 PM, "Spaulding, Kyle" <kspaulding@frilot.com<mailto:kspaulding@frilot.com>> wrote:

Seems that the bank would sign as owner, but to cover all bases, it may be best for both to sign.


Kyle A. Spaulding
Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
(T) 504.599.8249
(F) 504.599.8137

From: Montoya, Patrick [mailto:patrick@colson.com]
Sent: Wednesday, August 14, 2013 10:14 AM
To: Spaulding, Kyle; Miller, Kerry J.
Cc: Gonzalez, Ervin <Ervin@colson.com<mailto:Ervin@colson.com>>; Rico, Natalie <natalie@colson.com<mailto:natalie@colson.com>>
Subject: RE: Drywall--Jessie Davis and Already Remediated Homes

Kerry & Kyle,
On your instruction we reached out to Brown Greer about funding this and scheduling. They replied they need the homeowner affidavit signed. As you recall, this was the exact issue we resolved, but I don't have an answer from you if you want Mr. Davis to sign it or the bank's representative. Please let us know and we will get it done either way and submit it to Brown Greer.

Thank you.

Regards,

Patrick S. Montoya
Partner


EXHIBIT B