## Spaulding, Kyle

**From:** Montoya, Patrick <patrick@colson.com>
**Sent:** Wednesday, August 28, 2013 2:38 PM
**To:** Spaulding, Kyle; Rico, Natalie; Miller, Kerry J.
**Cc:** Gonzalez, Ervin
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Thank you Kyle. We will get it signed.

Patrick S. Montoya
Partner
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office:  305.476.7400
Fax:    305.476.7444
email: Patrick@colson.com

---

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Wednesday, August 28, 2013 3:35 PM
**To:** Rico, Natalie; Miller, Kerry J.
**Cc:** Gonzalez, Ervin; Montoya, Patrick
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

I think it looks fine.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

---

**From:** Rico, Natalie [mailto:natalie@colson.com]
**Sent:** Wednesday, August 28, 2013 2:07 PM
**To:** Spaulding, Kyle; Miller, Kerry J.
**Cc:** Gonzalez, Ervin; Montoya, Patrick
**Subject:** RE: Drywall--Jessie Davis and Already Remediated Homes

Kerry & Kyle,

Please advise if the release we previously sent is acceptable. Thanks.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008



EXHIBIT D