UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITIONS TO THE KNAUF DEFENDANTS' MOTION TO CONSTRUE SETTLEMENT AGREEMENT

**NOW INTO COURT**, through undersigned counsel, come the Knauf Defendants and respectfully move this Honorable Court for leave to file the Reply Memorandum attached hereto as Exhibit "A." The Reply Memorandum is necessary to address the arguments set forth in the Oppositions and Response to the Knauf Defendants' Motion to Construe Settlement Agreement.

Respectfully submitted,

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

### CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the

same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of May, 2014.

/s/ Kerry J. Miller