UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED that the Ex Parte Motion for Leave to File Reply to Plaintiffs' Oppositions to the Knauf Defendants' Motion to Construe Settlement Agreement is granted. It is further ordered that Exhibit "A" to the Knauf Defendants' Motion for Leave to File Reply to Plaintiffs' Oppositions to the Knauf Defendants' Motion to Construe Settlement Agreement shall be filed into the record.

New Orleans, Louisiana this _____day of May, 2014.

_____
JUDGE ELDON E. FALLON