UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**O R D E R**

Considering the Motion to File Under Seal All Affidavits (Initial and Second Affidavits) Received by the Fee Committee (FC) Pursuant to Pre-Trial Order No. 28;

IT IS ORDERED BY THE COURT that the attached Initial Affidavits and Second Affidavits received by the FC from various law firms, pursuant to Pre-Trial Order No. 28, be filed herein, UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge