UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | |

# ALL INITIAL AFFIDAVIT AND SECOND AFFIDAVIT SUBMISSIONS RECEIVED BY THE FEE COMMITTEE PURSUANT TO PRE-TRIAL ORDER NO. 28

# FILED UNDER SEAL