UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

**PROPOSED AGENDA**
**FOR MAY 20, 2014 STATUS CONFERENCE**

I.      PRE-TRIAL ORDERS

II.     STATE COURT TRIAL SETTINGS

III.    STATE/FEDERAL COORDINATION

IV.     OMNIBUS CLASS ACTION COMPLAINTS

V.      PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'
        LITIGATION FEE AND EXPENSE FUND

VI.     REMEDIATION PROGRAM

VII.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII.   SHARED COSTS FUND

IX.     TAISHAN DEFENDANTS

X.      VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI.     PLAINTIFF AND DEFENDANT PROFILE FORMS

XII.     FREQUENTLY ASKED QUESTIONS

XIII.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIV.   *PRO SE* CLAIMANTS

XV.    PHYSICAL EVIDENCE PRESERVATION ORDER

XVI.   ENTRY OF PRELIMINARY DEFAULT

XVII.  ALREADY REMEDIATED HOMES

XVIII. LOUISIANA ATTORNEY GENERAL

XIX.   NEXT STATUS CONFERENCE