**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CONSOLIDATED JOINT PETITION OF THE FEE COMMITTEE
AND THE PLAINTIFFS' STEERING COMMITTEE FOR A
GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT
OF EXPENSES, FILED PURSUANT TO PRETRIAL ORDER NO. 28**

The Fee Committee and the Plaintiffs' Steering Committee ("PSC"), pursuant to Pretrial Order No. 28, and for the reasons set forth in their accompanying Memorandum of Law and Declaration of Russ M. Herman and Arnold Levin, hereby jointly request a global award of attorneys' fees and reimbursement of costs.

In particular, the Joint Petitioners[1] are seeking a global award of attorneys' fees totaling $193,552,383.14, plus an amount to be determined for the L&W Settlement, and reimbursement of costs totaling $5,547,011.68.[2]  This global request for an award of fees and costs has been

_____

[1]  The Joint Petitioners include the PSC, common benefit counsel authorized and working at the direction of the PSC, other common benefit counsel, and individually retained counsel.

[2]  On January 17, 2014, this Court granted authorization for the funding of set-asides for fees and costs from the Knauf, InEx, Banner, Global, Virginia, and Villa Lago Settlements into Qualified Settlement Funds previously approved by the Court.  *See* Order entered 1/21/2014 [Rec. Doc. #17398], as amended and clarified on February 11, 2014 [Rec. Doc. #17426].  The instant global request for attorneys' fees does not seek fees from the Villa Lago Settlement, as a separate agreement has been reached with counsel for Villa Lago regarding common benefit fees. *See* Villa Lago class settlement Letter Agreement, attached to the 2014 Herman-Levin Decl. as Exhibit "5."

1

calculated as follows:

   (i) $142,565,000 for attorneys' fees and costs, including Held Costs,[3] Shared

Costs[4] and Individual Participating Class Members' reasonable inspection costs, from the Knauf

Settlement, which the Knauf Defendants agreed to pay[5];

   (ii) $2,560,000 for attorneys' fees from the InEx Settlement (which represents

32% of the InEx Settlement gross value)[6];

   (iii) $16,986,103.14 for attorneys' fees from the Banner Settlement (which

represents 32% of the Banner Settlement gross value)[7];

---

 [3] Held Costs are defined by the Court in Pretrial Order No. 9.

 [4] Shared Costs are defined by the Court in Pretrial Order No. 9.

 [5] The Knauf Defendants agreed as part of the class settlement to pay the Joint Petitioners $160 million in attorneys' fees and costs.  Knauf already has made advance payments of $17,435,000 towards this obligation, pursuant to Section 14.7 of the Third Amended Knauf Settlement and Order dated 1/17/2014 [Rec. Doc. #17398].  Of these amounts advanced, the Court has authorized the use of approximately $12 million to pay Shared Costs and/or reimburse common benefit assessments.  As of March 31, 2014, approximately $5 million remains, which will be used for ongoing Shared Costs in the litigation, subject to Court approval.

 A separate fee agreement has been reached with the Knauf Defendants regarding Class Members who filed lawsuits against these Defendants after December 9, 2011.  *See* Settlement Agreement Regarding Post-December 9, 2011 Claims Against the Knauf Defendants in MDL 2047 [Rec. Doc. #16978-1].  This Global Fee Petition does not address that agreement, and any fees sought or paid pursuant to that agreement will be addressed at a later date.

 [6] Pursuant to the InEx Settlement Allocation Plan ("InEx Allocation Plan"), this 32% sum has been set aside for attorneys' fees.  *See* InEx Allocation Plan, ¶ 3 [Rec. Doc. #16609-2]; The InEx Attorney Fee Settlement Fund [Rec. Doc. #17072]; Amended InEx Settlement, Section 16.7 [Rec. Doc. #12258-3].

 [7] Pursuant to the Second Amended Banner Settlement Allocation Plan ("Banner Allocation Plan"), this 32% sum has been set aside for attorneys' fees.  *See* Banner Allocation Plan, ¶ 3 [Rec. Doc. #16527-1]; The Banner Attorney Fee Settlement Fund [Rec. Doc. #17064]. For certain builders only who have actively pursued this litigation and are seeking payments from

(iv) $23,473,280 for attorneys' fees from the Global Settlement (which represents 32% of the Global Settlement gross value)[8];

(v) an amount to be determined for attorneys' fees and costs from the L&W Settlement[9];

(vi) $5,568,000 for attorneys' fees from the four Virginia Settlements (which represents 32% of the aggregate gross value of the four Virginia Settlements)[10];

(vii) $2,400,000 for attorneys' fees and costs associated with the InEx/North River bellwether trial[11]; and

---

the Banner Settlement for Affected Properties they repaired, a 22% overage in attorneys' fees will be returned to them, since the Banner Settlement provides for only 10% attorneys' fees to the PSC and common benefit counsel in those cases. *See id.*; Amended Banner Settlement, Section 14.7 [Rec. Doc. #10033-3].

[8] Pursuant to the Second Amended Settlement Allocation Plan for Settlement Involving Builders, Installers, Suppliers, and Participating Insurers ("Global Allocation Plan"), this 32% sum of the gross value of the Global Settlement, less credits provided for in Section 4.2.1, has been set aside for attorneys' fees. *See* Global Allocation Plan, ¶¶ 2 & 4 [Rec. Doc. #16528-1]; The Builders, Installers, Suppliers and Participating Insurers Attorney Fee Settlement Fund [Rec. Doc. #17069]; Amended Global Settlement, Section 16.6 [Rec. Doc. #15695-2]. There remains a dispute as to what amount in fees and costs should be paid for Affected Properties that were repaired by a Defendant who actively pursued this litigation and/or whose homeowner did not actively pursue litigation. The Parties have agreed to submit this dispute for resolution by the Court. *See* Global Allocation Plan, at fn. 1.

[9] *See* L&W Settlement, Section 15.1 [Rec. Doc. #13913-3].

[10] *See* Virginia Settlements Allocation Plan [Rec. Doc. #16800-7 at ¶ 3]; The Builders Mutual Attorney Fee Settlement Fund [Rec. Doc. #17078]; The Nationwide Attorney Fee Settlement Fund [Rec. Doc. #17080]; The Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. #17082]; The Tobin Trading and Installers Attorney Fee Settlement Fund [Rec. Doc. #17084].

[11] The Knauf Defendants agreed to pay $2.4 million in attorneys' fees and costs to the PSC law firms that conducted the bellwether trial seeking excess insurance funds from North River Insurance Company ("North River") in connection with the InEx Settlement. Those

(viii)  $\underline{\$5,547,011.68}$ for reasonable and appropriate cost reimbursements, including costs of Notice advanced by the PSC, from the InEx, Banner, Global, and Virginia Settlements.[12]

The global request for attorneys' fees and cost reimbursements is more than reasonable and justified under the law.  The Joint Petitioners respectfully request that their petition be granted.  A proposed form of order for the Court's consideration accompanies this Petition.

---

monies, intended to pay for InEx/North River fees and costs, are being held in a separate supervised account.  *See* Stipulation and Order, 7/31/2013 [Rec. Doc. #16966].  Disbursement and allocation of these funds will be the subject of separate proceedings. To avoid any duplication of recovery, the hours and expenses related to the InEx/North River trial will be removed from the global hours submitted by the law firms involved in that trial to the Court-appointed auditor when this agreement is presented to the Court for an allocation of these funds.

[12]  *See* Rec. Doc. #17398; Banner Allocation Plan, ¶ 3; Global Allocation Plan, ¶ 4; InEx Allocation Plan, ¶ 3; Virginia Settlements Allocation Plan.

With regard to costs for Virginia litigation, counsel for the majority of the Virginia Settlement Class Members incurred significant costs from litigating approximately 200 individual Virginia state court actions.  PSC Members and private attorneys brought these actions in Virginia because Virginia law does not provide for class action tolling and Defendants challenged Class Action Fairness Act jurisdiction.  *See Casey v. Merck & Co.*, 283 Va. 411, 418-419 (2012) (holding that, under Virginia law, "[a] putative class action cannot toll the running of the statutory period for unnamed putative class members who are not recognized as plaintiffs or represented plaintiffs in the original action.").   The PSC takes the position that the efforts undertaken in these actions helped create a common benefit for all CDW victims, as the cases in Virginia helped establish appropriate remediation protocols and drove the KPT Pilot Program that has remediated thousands of homes.  The Virginia attorneys have made all Voluntary Common Benefit Payments into the Court's registry, and will continue to do so.

Respectfully submitted,

Dated: May 16, 2014

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Fee Committee Co-Chair/Secretary*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*Fee Committee Chair*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com
*Fee Committee Member*

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

5

Robert C. Josefsberg
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com

Bruce William Steckler
STECKLER LLP
12720 Hillcrest Road - Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
LAMBERT AND NELSON
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
*Fee Committee Member*

Jerrold Seth Parker
PARKER, WAICHMAN, ALONSO, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves, Jr.
REEVES & MESTAYER, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher A. Seeger
Scott Alan George
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
*Fee Committee Member*

6

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
*Fee Committee Member*

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
Kristen Ward Broz
HAUSFELD LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

**FEE COMMITTEE MEMBER**

Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN
12 S.E. Seventh Street, Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
*Fee Committee Member*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorneys' Fees and Reimbursement of Expenses, Filed Pursuant to PTO 28 has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of May, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*