# In Re: Chinese-Manufactured Drywall, MDL 2047
# Chart of Ongoing Costs of Administration Paid by Settling Defendants

| Tasks | Vendor | Description of Services | Amount |
|---|---|---|---|
| Settlement Administrator | BrownGreer, PLC | Appointed by the Court as Administrator of Settlement Agreements.  Provided claims processing services. | $2,500,000.00 |
| *Pro Se* Curator | Robert Johnston | Appointed by the Court to explain and make available to *pro se* claimants Settlement Agreements and options available, including providing documents and advice to retain counsel. | $586,870.03 |
| Ombudsman | Louis Velez | Construction expert available to advise regarding matters relating to the remediation process, work and resolving disputes related thereto. | $208,943.89 |
| Drywall Inspection - Florida/Louisiana/Texas | Benchmark | Initial inspection of property for indicia of Chinese drywall and evidence of contamination. | $5,263,250.00 |
| Drywall Inspection - Mississippi/Alabama | MZA | Initial inspection of property for indicia of Chinese drywall and evidence of contamination. | $2,121,971.18 |
| Environmental Certification | GFA International | Inspection Certificate that drywall has been removed from the property. | $902,460.63 |
| Special Master | Perry, Atkinson, Balhoff, Mengis & Burns, LLC | Appointed by the Court to review information submitted by Class Members to make determinations concerning benefits under the Settlement Agreements. | $41,151.36 |

**EXHIBIT 1 to Declaration of Russ M. Herman and Arnold Levin**   Page 1 of 2

# In Re: Chinese-Manufactured Drywall, MDL 2047
## Chart of Ongoing Costs of Administration Paid by Settling Defendants

| Tasks | Vendor | Description of Services | Amount |
|---|---|---|---|
| Court Appointed CPA | Philip A. Garrett | Appointed by the Court to assist and provide accounting services to the Court in MDL No. 2047 and specifically as to settlements. | To Be Provided |
| | | **Grand Total:** | **$11,624,647.09*** |

\* Additional costs are anticipated and are ongoing.