# In Re: Chinese-Manufactured Drywall, MDL 2047
## Counsel Seeking Compensation for Common Benefit Attorneys' Fees and Reimbursement of Expenses Pursuant to PTO 28

|    | Firm | Address |
|----|------|---------|
| 1  | Allison Grant, PA | 730 South Federal Highway<br>Lake Worth, FL 33460 |
| 2  | Anderson Kill, PC | 1251 Avenue of the Americas<br>New York, NY 10020 |
| 3  | Aronfeld Trial Lawyers | 3131 Ponce de Leon Blvd<br>Coral Gables, FL 33134 |
| 4  | Barrios, Kingsdorf & Casteix, LLP | 701 Poydras St, Ste 3650<br>New Orleans, LA 70139 |
| 5  | Becnel Law Firm, LLC | 106 W 7th St (P.O. Drawer H)<br>Reserve, LA 70084 |
| 6  | Bruno & Bruno | 855 Baronne St<br>New Orleans, LA 70113 |
| 7  | Colson, Hicks & Eidson | 255 Alhambra Cir, Penthouse<br>Coral Gables, FL 33134 |
| 8  | VMDiaz & Partners, LLC | 119 Washington Ave, Ste 402<br>Miami Beach, FL 33139 |
| 9  | Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC | 1100 Poydras St, Ste 2800<br>New Orleans, LA 70163 |
| 10 | Gary, Naegele & Theado, LLC | 446 Broadway<br>Lorain, OH 44052 |
| 11 | Hausfeld LLP | 1700 K Street, NW, Suite 650<br>Washington, DC 20006 |
| 12 | Herman, Herman & Katz, LLC | 820 O'Keefe Ave<br>New Orleans, LA 70113 |
| 13 | Irpino Law Firm | 2216 Magazine St<br>New Orleans, LA 70130 |
| 14 | Kanner & Whiteley, LLC | 701 Camp St<br>New Orleans, LA 70130 |
| 15 | Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, PA | 12 SE 7th St, Ste 801<br>Ft. Lauderdale, FL 33301 |
| 16 | The Lambert Firm, PLC | 701 Magazine St<br>New Orleans, LA 70130 |
| 17 | Landskroner Grieco Merriman, LLC | 1360 W 9th St, Ste 200<br>Cleveland, OH 44113 |
| 18 | Law Offices of Robert M. Becnel | 425 West Airline Hwy, Ste B<br>La Place, LA 70068 |
| 19 | Lemmon Law Firm, LLC | 15058 River Rd, P.O. Box 904<br>Hahnville, LA 70057 |

**EXHIBIT 3 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
## Counsel Seeking Compensation for Common Benefit Attorneys' Fees and Reimbursement of Expenses Pursuant to PTO 28

|    | Firm | Address |
|----|------|---------|
| 20 | Leopold Law, PA (f/k/a Leopold-Kuvin, PA)<br><br>and<br><br>Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, PA ("Mrachek Law") | *Leopold Law:*<br>2925 PGA Blvd, Ste 200<br>Palm Beach Gardens, FL 33410<br><br>*Mrachek Law:*<br>505 S. Flagler Dr, Ste 600<br>West Palm Beach, FL 33401 |
| 21 | Levin, Fishbein, Sedran & Berman | 510 Walnut St, Ste 500<br>Philadelphia, PA 19106 |
| 22 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA | 316 South Baylen St, Ste 400<br>Pensacola, FL 32502 |
| 23 | Lewis & Roberts, PLLC | 3700 Greenwood Ave, Ste 410<br>Raleigh, NC 27612 |
| 24 | Luckey & Mullins, PLLC | P.O. Box 990<br>Ocean Springs, MS 39566 |
| 25 | Martzell & Bickford | 338 Lafayette St<br>New Orleans, LA 70130-3244 |
| 26 | Mason LLP | 1625 Massachusetts Ave, NW, Ste 605<br>Washington, DC 20036 |
| 27 | Milstein Adelman, LLP | 2800 Donald Douglas Loop N<br>Santa Monica, CA 90405 |
| 28 | Morgan & Morgan | 12800 University Dr, Ste 600<br>Fort Myers, FL 33907 |
| 29 | Morris Bart, LLC | 909 Poydras St, 20th Floor<br>New Orleans, LA 70112 |
| 30 | Parker Waichman, LLP | 3301 Bonita Beach Rd, Ste 101<br>Bonita Springs, FL 34134 |
| 31 | Paul A. Lea, A PLC | 724 E Boston St<br>Covington, LA 70433 |
| 32 | Pendley, Baudin & Coffin, LLP | 24110 Eden St<br>Plaquemine, LA 70764 |
| 33 | Podhurst Orseck, PA | 25 W Flagler St, Ste 800<br>Miami, FL 33130 |
| 34 | Reeves & Mestayer, PLLC (f/k/a Lumpkin & Reeves) | 160 Main St<br>Biloxi, MS 39530<br><br>P.O. Drawer 1388<br>Biloxi, MS 39533 |
| 35 | Rhine Law Firm, PC | 1612 Military Cutoff Rd, Ste 300<br>Wilmington, NC 28403 |
| 36 | Roberts & Durkee, PA | 121 Alhambra Plaza<br>Coral Gables, FL 33134 |

**EXHIBIT 3 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
## Counsel Seeking Compensation for Common Benefit Attorneys' Fees and Reimbursement of Expenses Pursuant to PTO 28

|    | Firm | Address |
|----|------|---------|
| 37 | Seeger Weiss, LLP | 77 Water St<br>New York, NY 10005 |
| 38 | Law Offices of Richard J. Serpe, PC | 580 E Main St, Ste 310<br>Norfolk, VA 23510 |
| 39 | Singleton Law Firm | 4050 Linwood Ave<br>Shreveport, LA 71108 |
| 40 | Steckler LLP<br><br>and<br><br>Baron & Budd, PC | *Steckler:*<br>12720 Hillcrest Rd, Ste 1045<br>Dallas, TX 75230<br><br>*Baron & Budd:*<br>3102 Oak Lawn Ave, Ste 1100<br>Dallas, TX 75219 |
| 41 | Taylor Martino, PC | 51 Saint Joseph St<br>Mobile, AL 36602 |
| 42 | Thornhill Law Firm, A PLC | 1308 Ninth St<br>Slidell, LA 70458 |

**EXHIBIT 3 to Declaration of Russ M. Herman and Arnold Levin**