# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 7/9/2009 | | Monthly Status Conference. |
| 7/31/2009 | 151 | Status Conference. Discussed a joint inspection protocol, plaintiff and defendant profile forms, and the selection of inspection companies to perform the inspections. |
| 8/10/2009 | 162 | Status Conference. Court approves the request for creation of Homebuilders' Steering Committee. |
| 8/11/2009 | | Monthly Status Conference. |
| 8/14/2009 | 167 | Status Conference. Discussed the status of the case, the inspection protocol and profile forms. |
| 8/20/2009 | 169 | Status Conference. Discussed the parties' inability to agree on a Distributor Profile Form and the Court's issuance of its own Distributor Profile Form. The Court approved Crawford & Company as the TIP inspector and discussed the PSC's selection of the properties to be inspected. The Court stayed all motions and the parties will prioritize motions and submit a list of motions to the Court. |
| 8/20/2009 | 170 | Status Conference. Parties must submit a joint protocol for the preservation of evidence, or competing ones if a joint one cannot be crafted. |
| 8/25/2009 | 178 | Status Conference. Discussed the drafting of a Preservation Protocol Order. The Court set a deadline for selection of the first thirty cases for the initial inspections. |
| 8/26/2009 | 184 | Status Conference. Discussed the separate issues of preservation and remediation. |
| 9/2/2009 | 212 | Status Conference. Discussed the Court's intent to commence bellwether trials in January 2010, and the method of selecting the cases to be tried; the general stay on filing motions, and the need of the parties to prioritize the order of motions. |
| 9/3/2009 | 258 | Status Conference. |
| 9/15/2009 | 237 | Status Conference. Discussed the progress of the Threshold Inspection Program. |
| 9/18/2009 | 259 | Status Conference. Discussed the recent inspections conducted by Crawford pursuant to the Threshold Inspection Program. |
| 9/24/2009 | | Monthly Status Conference. |
| 9/24/2009 | 278 | Motion Hearing on (1) PSC's Motion to Protect Class Members and Fairly Conduct the Action (denied) and (2) Motion to Expedite Discovery (granted). |
| 9/29/2009 | 300 | Status Conference. Discussed proposed trial dates the first three bellwether trials, the exchange of documents, and Rule 30(b)(6) depositions. |
| 10/6/2009 | 323 | Motion Hearing on La Suprema's Motion for Protective Order (granted in part and denied in part). |
| 10/13/2009 | 368 | Status Conference. |
| 10/15/2009 | | Monthly Status Conference. |
| 10/15/2009 | 359 | Hearing on (1) Knauf Gips KG's Motion for Protective Order To Require Use of the Hague Evidence Convention (denied) and (2) The Homebuilder's Steering Committee and Defense Steering Committee's Motion to Compel Plaintiffs' Profile Forms (granted in part and denied in part). The Court ordered that the preservation protocol also applies to the production of documents. |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 11/4/2009 | 405 | Status Conference. Discussed PTO 17 on KPT's agreement to accept service of the PSC's omnibus class action complaint. |
| 11/19/2009 | | Monthly Status Conference. |
| 12/4/2009 | 566 | Hearing on (1) PSC's Motion to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. (denied as moot) and (2) Motion of Venture-Supply, Inc. and Porter-Blaine Corp. to Disqualify Counsel for Plaintiffs (denied). |
| 12/10/2009 | | Monthly Status Conference. |
| 12/16/2009 | 624 | Hearing on Non-Party Distributor Defendants' (Including but not limited to Defendants, Banner Supply Co., Independent Builder Supply Association, Inc., Interior Exterior Supply, Inc., and other similarly situated) Motion for Extension of Deadlines in Scheduling Order and Motion to Continue Confirmation of Default Judgment Proceeding (denied). |
| 12/22/2009 | 677 | Status Conference by telephone. Discussed the inability of all parties to reach a protocol for production of electronically stored information (ESI), and providing privilege logs. |
| 12/29/2009 | 678 | Status Conference by telephone. Discussed deadlines in the revised Scheduling Order. |
| 1/14/2010 | | Monthly Status Conference. |
| 1/14/2010 | | Hearing - Motion to Compel Discovery from Defendants and Establish a Uniform Format of Production, (granted in part and denied in part), Motion to Amend/Correct the First Amended Class Action Complaint by Interlineation and Motion to Amend/Correct the Class Action Complaint by Interlineation (granted, but to amend, but not by interlineation). |
| 1/29/2010 | 926 | Hearing- on PSC's Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D.; Motion of defendant, Knauf Plasterboard Tianjin Company, Limited, to Exclude Portions of the Expert Report and Testimony of Donald Galler (SEALED) ; Motion of defendant, Knauf Plasterboard Tianjin Company, Limited, to Exclude Portions of the Expert Report and Testimony of Dean Rutila (SEALED)  and Motion of defendant, Knauf Plasterboard Tianjin Company, Limited, to Exclude Portions of the Expert Report and Testimony of Dr. J. R. Scully (SEALED)  (all taken under submission) |
| 2/9/2010 | 1039 | Status Conference- The Court set. the default judgment hearing for February 19, 2010, and February 20, 22, 23, and 24 ; a hearing on motions in limine set February 18, 2010,; and extended the deadline for submission of Findings of Fact and Conclusions of Law, and expressed its interest in visiting the plaintiff properties in the *Germano* hearing. |
| 2/11/2010 | | Monthly Status Conference. |
| 2/11/2010 | | Hearing – PSC's Motion to Substitute motion to amend the amended class action complaint (granted). |
| 2/19/2010 | 1223 | Evidentiary Hearing on confirmation of default against Taishan Gypsum Co., Ltd. began. *Germano* |

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 2/22/2010 | 1258 | Evidentiary Hearing on Confirmation of Default against Taishan Gypsum Co., Ltd. continued and taken under submission. *Germano* |
| 3/11/2010 |  | Monthly Status Conference |
| 3/15/2010 | 1751 | Bench Trial began-. *Hernandez*. Motion to Bar Bradley Krantz's Previously Undisclosed Threshold Failure Calculations (granted) |
| 3/16/2010 | 1808 | Bench Trial continued. *Hernandez* |
| 3/17/2010 | 1843 | Bench Trial continued. *Hernandez* |
| 3/18/2010 | 1854 | Bench Trial continued. *Hernandez* |
| 3/19/2010 | 1913 | Bench Trial completed. *Hernandez*. Court severed issue of attorneys fees, and ordered proposed findings of fact and conclusions of law filed simultaneously. |
| 4/8/2010 |  | Monthly Status Conference. |
| 5/5/2010 | 2931 | Telephone Status Conference. The Motion to Compel Discovery from Paul Clement and Celeste Schexnaydre, and Motion to Expedite Hearing on Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Compel Discovery from Paul Clement and Celeste Schexnaydre are denied as moot. |
| 5/18/2010 | 3149 | Status Conference regarding the time and costs submissions and reports for the Plaintiffs' Steering Committee members. |
| 5/18/2010 | 3150 | Status Conference regarding the PSC's letter on issues with jurisdictional discovery responses from Knauf. The Court ordered Knauf to provide the requested documents, the requested electronically stored information, including a privilege log if necessary, and the parties to create a scheduling order, including dates, for the deposition of Knauf's corporate representatives. |
| 5/27/2010 |  | Monthly Status Conference. |
| 6/10/2010 | 3684 | Telephone Status Conference re: briefing and hearing schedule on homeowners' insurers' motions and defendant Knauf's jurisdictional discovery. |
| 6/10/2010 | 3686 | Telephone Status Conference on objections made during the deposition of Dr. Lee Perricone. |
| 6/17/2010 | 3820 | Hearing on Motion to Strike Dean Rutila, Motion in Limine to Preclude Evidence Regarding Clarise Court and Motion in Limine to Limit Testimony of Bruce Fuselier (denied). |
| 6/17/2010 | 3831 | Final Pretrial Conference on *Campbell/Clement*. |
| 6/18/2010 | 3830 | Settlement Conference in *Campbell/Clement*- settled. The Court ordered a Partial Order of Dismissal without costs and without prejudice. |
| 6/24/2010 |  | Monthly Status Conference. |
| 8/12/2010 |  | Monthly Status Conference. |
| 8/12/2010 | 5207 | Hearing -(1) re PSC's Motion Restricting Communications With Putative Class Members, (denied) And Motions to Intervene as Plaintiffs in *Payton, Wiltz, Rogers, Gross,* (continued ) (2) *Germano* Plaintiffs' Motion to Impose Bond Requirement on Taishan (granted), (3) PSC's, Motion for Extension of Time for Service of Process, in *Wiltz, Rogers, Gross, Amato,* (granted) (4) PSC's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
|  |  | Administration and Common Benefit, (continued) (5) PSC's Motion for Sanctions and to Compel Production of Knauf Defendant Documents, (granted in part and denied in part) (6) PSC's Motion to Lift Stay as to Various Pending Motions, (granted) (6) The Mitchell Company's Motion to Lift Stay as to the Pending Class Certification Motions, (granted) (7) Plaintiffs' Motion to Dismiss Defendant ASI Lloyds without Prejudice, (denied) (8) Plaintiff's Motion to Dismiss Defendant Standard Fire Insurance Company Without Prejudice, (denied). |
| 8/24/2010 | 5303 | Telephone Status Conference to discuss discovery and deposition issues. Court directed the parties to work towards an agreement involving translation of discovery documents. |
| 8/25/2010 | 5314 | Telephone Status Conference to discuss establishing a system for setting the numerous, pending motions in MDL 2047 for hearing. |
| 9/2/2010 | 5450 | Hearing on Various parts of the Joint Motion to Compel (granted in part and denied in part); Motion for Judgment on the Pleadings; Motion to Dismiss Case by State Farm Fire And Casualty Co. and State Farm General Ins. Co.; Motion to Compel; Motion for Judgment on the Pleadings, ; Motion to Dismiss Case Against USAA Casualty Insurance Company; Motion to Dismiss ; Motion to Dismiss Case; Motion to Dismiss in Compliance with Court's July 1, 2010 Order; Motion to Dismiss Auto Club Family Insurance Company and Motion to Dismiss Case – (taken under submission). |
| 9/16/2010 |  | Monthly Status Conference. |
| 9/16/2010 | 5559 | Status Conference- Motions to Intervene (granted), with the exception of the movants in *Gross* who also have claims against Lowe's involved in the Georgia state court preliminary settlement. |
| 10/14/2010 |  | Monthly Status Conference. |
| 10/14/2010 | 6006 | Hearing re: Motions to Lift Stay as to Various Pending Motions and Motion to amend motion, (granted in part ,denied in part, and continued in part), to Expedite Hearing, (granted in part , denied in part, and continued in part), and Motion for Leave to File Third Amended Complaint in (granted). |
| 10/18/2010 | 6007 | Telephone Status Conference- The Court ordered responses to listed motions be filed ; scheduled a hearing on the PSC's Motion for Order to Show Cause Why Attorneys Gower, Barrett, Pendley, Lovelace, Gaudet, and Matthews Should Not Appear Before The Court Regarding Their Conduct That interferes with this Court's continuing jurisdiction over this litigation; the PSC's Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia, that Interfere With This Court's Continuing Jurisdiction Over This Litigation; Lowe's opposition to Plaintiffs' Motion to Intervene in Gross and Lowe's 5066 Motion to Stay Proceedings. |
| 10/20/2010 | 6012 | Hearing - re PSC's and Robert Pate's Second Joint Motion to Compel Against Defendant Owners Insurance Company (granted) and plaintiffs are allowed additional time to file their responses to Owners' Motion to Dismiss. |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 11/3/2010 | 6330 | Hearing- re: (1) Defendant Mid-Continent Casualty Company's Motions to Dismiss for Lack of Jurisdiction or Alternatively to Transfer Venue; to Dismiss for Lack of Jurisdiction, or, Alternatively, to Transfer Venue and to Dismiss, or, Alternatively, to Transfer Venue –(denied); (2) Defendants FCCI Commercial Insurance Co. and FCCI Insurance Co.'s Motion to Dismiss for Lack of Jurisdiction (denied): (3) Defendant Owners Insurance Co.'s Motion to Dismiss First Amended Complaint (granted): (4) Defendant NGM Insurance Co.'s Motion to Dismiss (granted); (5) Defendant American Guarantee & Liability Insurance Co.'s Motion to Dismiss for Failure to Join Necessary & Indispensable Parties; (6) Defendants Amerisure Mutual Insurance Co and Amerisure Insurance Co.'s Motion to Dismiss Case for Failure to Join Required Parties; (7) Defendant Chartis Specialty Insurance Co.'s Motion to Dismiss Case for Failure to Join a Required Party; (8) FCCI's Motion to Dismiss for failure to join indispensable parties; (9) Defendant Landmark American Insurance Co.'s Motion to Dismiss for Failure to Join a Required Party; (10) MCC's Motions to Dismiss for Lack of Jurisdiction or Alternatively to Transfer Venue; to Dismiss for Lack of Jurisdiction, or, Alternatively, to Transfer Venue and Motion to Dismiss, or, Alternatively, to Transfer Venue; (11) Defendant National Union Insurance Co. of Pittsburgh's Motion to Dismiss Plaintiff's first amended complaint and Defendant NGM's 3 Motion to Dismiss – (taken under submission). |
| 12/2/2010 | | Monthly Status Conference. |
| 12/2/2010 | 6516 | Hearing –re: PSC's Fourth Motion to Lift Stay as to Various Pending Motions and Expedite Hearing and[Motion Lift Stay as to Various Pending Motions and Motion to Expedite Hearing (granted in part and continued in part) : and Banner Entities' Motion to Lift Stay (granted). |
| 12/10/2010 | 6634 | Hearing re: Defendants Banner Entities' Motions for contempt and Motion to Compel (granted in part, denied in part and continued in part). |
| 12/21/2010 | 6702 | Status Conference to discuss scheduling trials against Interior Exterior Building Supply, and to establishing briefing and hearing schedules for the pending class certification motions and the Knauf defendants' alter ego and personal jurisdiction challenges. |
| 1/5/2011 | 6907 | Status Conference- re: Class Certification hearing before Judge Weinstein in FL state court, Vickers case in MDL, Banner's Emergency Motion to Enjoin Conflicting State Proceedings and status of settlement negotiations. |
| 1/11/2011 | 6957 | Telephone Status Conference to discuss the status of settlement involving Banner Supply Co. and upcoming class certification hearing. |
| 1/20/2011 | | Monthly Status Conference. |
| 1/20/2011 | 7136 | Hearing re: (1) PSC's Motion to Lift Stay, (2) PSC's Motion for Class Certification in *Germano* (continued until personal jurisdiction discovery is complete, (3) PSC's Motion to Lift Stay, (4) PSC's Motion for Default Judgment in *Gross* (continued for one week), (5) Banner's Motion for a Finding of Contempt and to Compel Against the Center of Toxicology and Environmental Health (denied) (6) PSC's Motion to Compel Discovery Responses from Mark |

5

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | Norris (denied), (7) PSC's Motion to Lift Stay re: numerous PSC motions (granted), (8) Knauf & Banner's Joint Motion to Compel Responses to Discovery (denied ) (9) PSC's Motion to Strike Confidentiality Designations of Various Knauf Entities (denied ), (10) PSC's Motion to Compel Responses to Requests for Documents (denied ), (11) PSC's Motion to Strike Attorney-Client Privilege Claims of Various Knauf Entities (denied) (12) Knauf's Motion for Protective Order (denied), (13) PSC's Motion to Lift Stay re: setting for hearing the PSC's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys or, in the Alternative, for Court Ordered Mediation and Temporary Stay of all Outside Settlement Activities (granted), (14) PSC's Motion Challenging the Adequate and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery and Jurisdictional Depositions (denied). The Court ordered the parties to proceed with Rule 30(b)(6) depositions as soon as practicable, scope of the depositions is to be broad, including questions about related, subsidiary, parent, and affiliated companies. (15) Taishan and Taian's Motion for Protective Order (denied). |
| 1/24/2011 | 7155 | Monthly status conference – Plaintiff failed to appear for a mediation. Court ordered Plaintiff to pay $8,000.00 and to appear in person at a hearing on a rule to show cause why Plaintiff's claims should not be dismissed. |
| 2/2/2011 | 7321 | Show Cause Hearing as to John Campbell. The Court ordered that the $8,000.00 deposited by Plaintiff be disbursed in the amount of $1,000.00 to 8 attorneys. |
| 2/8/2011 | 7352 | Status Conference – jury trial against Interior Exterior is set for 7/18/11, parties to propose scheduling order for pretrial dates. |
| 2/16/2011 | 7511 | Status Conference in Chambers to discuss the PSC's Motion (Renewed) Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery and Jurisdictional Depositions to Begin in February 2011 (denied).The Court directed the parties to produce documents necessary to the depositions, and the defendants to provide the PSC with a list of which witnesses will be covering which deposition topics. |
| 2/23/2011 | | Monthly Status Conference. |
| 2/23/2011 | 7792 | Hearing- re: (1) PSC's 9th Motion to Lift the Stay on Plaintiffs' Omnibus Motion for Preliminary Default Judgment re: *Wiltz* and Plaintiffs' 2nd Omnibus Motion for Preliminary Default Judgment re: *Gross* (granted). (2) PSC's 10th Motion to Lift the Stay re: Plaintiffs' Motion to Intervene re: *Silva* and Plaintiffs' Amended Motion to Intervene (granted),(3) The PSC's Emergency Motion for an Order Preventing the Payment or Transfer of Certain Moneys, or in the Alternative, for Court-Ordered Mediation and temporary Stay of all Outside Settlement Activities (denied), (4) PSC's Motion for an Order Requiring an Accounting and Other Relief (denied), (5) PSC's Motion to Halt Entry of Voluntary Motions to Dismiss Without Prior Notice to the Plaintiffs' Liaison Counsel and Defense Liaison Counsel (granted), (6) Banner & Chartis' Joint Motion to Compel Global |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | Mediation of All Claims Against Banner Supply Entities (denied), (7) Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendant Knauf, Master Builders of South Florida, Inc. and F. Vicino & Co., Inc. (continued). |
| 3/3/2011 | 7825 | Telephone Status Conference to discuss the claims against Interior Exterior Building Supply, LP. |
| 3/11/2011 | 8109 | Telephone Status Conference to discuss whether Interior Exterior Building Supply, LP's insurers would be part of the trial scheduled. |
| 3/16/2011 | 8173 | Hearing - Knauf Class Certification (taken under submission). |
| 3/23/2011 | | Monthly Status Conference. |
| 3/23/2011 | 8325 | Hearing –re: (1) Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendant Knauf, Master Builders of South Florida, Inc. and F. Vicinio & Co., Inc. (granted), (2) The North River Insurance Co.'s Motions for Leave to File Third Party Claims (denied), (3) Landmark American Insurance Co. and National Surety Corp.'s Motion for Leave to File Third Party Complaint (denied), (4) Interior Exterior's Motion to Lift Stay to File its Answer and Affirmative Defenses to Plaintiffs' Complaint and a Third-Party Complaint Against the Knauf Group of Companies (denied), (5) PSC's Motion for Protective Order Regarding Certain Knauf Depositions (denied), (6) Banner Defendants' Motion to Compel and Objection to Plaintiffs' Motion for Protective Order Regarding Certain Knauf Depositions (denied), (7) PSC's Motion for Extension of Time for Service of Process (granted), (8) Interior Exterior's Motion to Dismiss the Claims of Certain Plaintiffs Who Have Failed to Produce Profile Forms (denied), (9) The Banner Supply Entities' Motion to Dismiss Claims of Plaintiffs Who Completely Failed to Comply with Discovery and This Court's Order to File Profile Forms (denied), (10) The Mitchell Company's Motions to Intervene in *Silva* and *Payton* – (taken under submission), (11) Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, LLC's Motion to Intervene (taken under submission), (12) Completed Communities II, LLC, Centerline Port St. Lucie, Ltd., Centerline Homes at Georgetown, LLC, and Centerline Homes Construction, Inc.'s Motion to Intervene (taken under submission), and (12) Lennar Corp., Lennar Homes, LLC, and U.S. Home Corp.'s Motion to Intervene (taken under submission). |
| 3/25/2011 | 8396 | Telephone Status Conference to discuss the Banner Supply (*Vickers*); INEX, Arch Ins. Co., RSUI, North River Ins. Co., Fireman's Fund Ins. Co. and Liberty Mutual (*Silva*); and Knauf (*Payton*) class certification motions and the discovery, briefing, and hearing schedule. |
| 4/8/2011 | 8523 | Telephone Status Conference- Court ordered the defendants to first attempt to identify the type of drywall therein by a visual inspection in inspecting the fact witness properties, and if the visual inspection does not provide sufficient information, the defendants are permitted to do minimal destruction to discover this information, but if such destruction is done, the defendants are directed to repair any damage within two weeks of the inspection, and the defendants are |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | only permitted to visually inspect and observe the metallic elements of the fact witness properties. Dr. Sproles is permitted to examine the properties at issue. |
| 4/26/2011 | 8649 | Monthly Status Conference -Hearing on Banner Supply's Motion for Protective Order Concerning Multiple 30(b)(6) Depositions (denied), and Knauf Defendants' Motion For Relief from Pre-Trial Order 1 (B) (granted). |
| 4/28/2011 | 8675 | Telephone Status Conference -Knauf defendants may depose the fact witnesses selected by Interior Exterior. |
| 5/6/2011 | 8836 | Hearing -Joint Motion for an Order (1) Preliminarily Approving INEX Settlement Agreement; (2) Conditionally Certifying INEX Settlement Class; (3) Issuing Class Notice; and (4) Scheduling a Settlement Fairness Hearing filed by Plaintiff and Defendant (granted). |
| 5/17/2011 | 8838 | Hearing- Certain Banner Entities Motion to Strike Witness List, and Statement (granted in part and denied in part). |
| 5/26/2011 | | Monthly Status Conference. |
| 5/26/2011 | 9107 | Hearing re: (1) Preservation Alliance of New Orleans' Motion for Leave to File Petition in Intervention (denied), (2) Meadows of Estero-Bonita Springs' Motion to Intervene (denied), (3) Knauf Defendants' Motion to Enforce Settlement Agreement (denied), (4) Various Motions to Compel Production of Documents and Further Jurisdictional Depositions (granted in part and continued in part re: sanctions), (5) RCR Holdings II, LLC's Motion for Leave to File Third Party Complaint Against Arch Insurance Co. (granted). |
| 6/9/2011 | 9524 | Telephone Status Conference to discuss the written discovery responses from Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. and to schedule dates for and discuss the Rule 30(b)(6) depositions in Hong Kong. |
| 6/14/2011 | | Monthly Status Conference. |
| 6/23/2011 | 9639 | Telephone Status Conference- The Court set the week of January 9, 2012 for the depositions in Hong Kong. |
| 7/14/2011 | | Monthly Status Conference. |
| 7/14/2011 | 9839 | Hearing re: (I) Motion to Lift Stay in Order to Serve a Request for Production on Defendant Devonshire Properties, Inc (denied); (II) Motion to Allow Service of Complaints on Lowes Home Centers, Inc. (granted); (III) Motion to Lift Stay and for Approval of Proposed Scheduling Order for Plaintiffs Motion for Class Certification of Plaintiffs Claims for Damages Against Venture Supply (taken under submission); (IV) Motion for Orders: (1) Preliminarily Approving the Stipulation and Settlement, (2)Conditionally Certifying the Settlement Class, (3) Issuing Class Notice, and (4) Scheduling a Fairness Hearing (granted); (V) Motion for Entry of Scheduling Order in *Hobbie* (taken under submission); (VI) Motion to Lift Stay on its Motions to Dismiss for Lack of Personal Jurisdiction (taken under submission); (VII) Motion for Clarification of InEx and Banner Stay Orders (denied). |
| 8/1/2011 | 9951 | Status Conference- Discussion of the status of the amended proposed preliminary approval order of the Banner Settlement Agreement. |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 8/24/2011 | 10183 | Hearing re: (1) Banner's Motion for Leave to Amend Cross-Claim & to File Cross-Claim Against Knauf and permitting service upon the Knauf entities counsel (granted), (2) Motion for Leave to Amend Plaintiffs' Amended Omnibus Class Action Complaint (IX) (granted), (3) PSC's Motion to Compel JP Morgan Chase & Co., J.P. Morgan's Response and Motion to Quash Subpoena, Motion to Compel T. Rowe Price Group, Inc. and Motion to Quash (continued). |
| 8/24/2011 |  | Monthly Status Conference. |
| 8/30/2011 | 10216 | Hearing re: PSC's Motion to Compel Production of Documents and Further Jurisdictional Depositions of the Taishan Defendants, and Motion for Sanctions (taken under submission). |
| 9/19/2011 | 10353 | Hearing re: (1) PSC's Motion to Compel JP Morgan Chase to Produce a Representative for a 30(b)(6) Corporate Deposition and to provide subpoenaed documents (denied); (2) PSC's Motion to Compel T. Rowe Price Group to Produce a Representative for a 30(b)(6) Corporate Deposition and to provide subpoenaed documents (denied); (3) JP Morgan Chase's Motion to Quash Subpoena (granted);and (4) T. Rowe Price Group's Motion to Quash Subpoena (granted). |
| 9/22/2011 |  | Monthly Status Conference. |
| 9/22/2011 | 10626 | Hearing re: (1) Defendants, Southern Homes, LLC, Tallow Creek, LLC and Springhill, LLC's Motion for Evidentiary Hearing to Determine Security (under submission); and (2) PSC and Knauf's Motion for approval of the Term Sheet Agreement for the Knauf Entities Settlement Agreements with Homebuilders (continued). |
| 10/11/2011 | 10804 | Telephone Status Conference to discuss the status of discovery requested of the Taishan entities. |
| 10/12/2011 | 10814 | Telephone Status Conference re: (1) RCR's Motion for Limited Relief from PTO 1(B)(denied as moot); (2) Arch's Motion to Dismiss (set for oral argument); (3) Arch's Motion to Modify Scheduling Order(denied); (4)Arch's Motion for Expedited Consideration (denied as moot); and (5) Arch's Motion to Modify Scheduling Order (denied as moot). |
| 10/18/2011 |  | Monthly Status Conference. |
| 11/10/2011 | 11192 | Status Conference to discuss the status of discovery and depositions of the Taishan entities. |
| 11/16/2011 | 11278 | Monthly Status Conference- Liaison Counsel reported on topics set forth in Joint Report No. 27. |
| 11/21/2011 | 11326 | Telephone Status Conference- the Court directed the Taishan entities to report to the Court as to whether the depositions will be proceeding and any other information relevant to the depositions. |
| 11/30/2011 | 11496 | Telephone Status Conference-discussed discovery and depositions of the Taishan entities, particularly the exhibits which will be used at the depositions, the identification and order of witnesses, noticed deposition topics, and logistics for the depositions. |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 12/15/2011 | 11880 | Status Conference. PSC's Omnibus Motion for Preliminary Default Judgment re: Defendants who failed to timely enter an appearance after being served with Plaintiffs' Omnibus Class Action Complaints (continued). |
| 12/20/2011 | 12063 | Status Conference. The Court conducted an in camera review of documents that the Questioners may use for impeachment purposes at the upcoming Taishan depositions in Hong Kong. |
| 1/4/2012 | 12107 | Hearing -Motion of Proposed Settlement by Class Counsel, PSC, and Knauf Defendants for an Order Preliminarily Approving the Knauf Settlement, Conditionally Certifying a Settlement Class, Issuing Class Notice, Scheduling a Fairness Hearing, and Staying Claims (taken under submission). |
| 1/26/2012 | 12306 | Status Conference re: (1) Second Amended Errata by Plaintiff to Omnibus Motion for Preliminary Default Judgment as to Defendants who have failed to timely enter an appearance after being served with Plaintiffs' Omnibus Class Action Complaints and (2) Objections to Order Granting Preliminarily Approving Knauf Settlement, Conditionally Certifying a Knauf Settlement Class, Issuing Class Notice, Scheduling a Settlement Fairness Hearing, and Staying Claims as to the Knauf Defendants (all matters continued) |
| 1/26/2012 | | Monthly Status Conference. |
| 2/23/2012 | 12559 | Monthly Status Conference. |
| 2/23/2012 | 12687 | Hearing re: (1) Plaintiffs' Omnibus Motion for Preliminary Default Judgment and errata thereto (granted); (2) Objections to Stay in Preliminary Approval Order of the Knauf Settlement Agreement (continued); (3) PSC's Motion to Compel, or Alternatively, for Sanctions in Accordance with Pretrial Order No. 25 for Certain Defendants to Produce Completed Profile Forms (granted); (4) PSC's Motion to Lift Stay with Regard to Claims Against North River Insurance Company (continued); (5) Rule to Show Cause for Installer, Builder, and Supplier Failure to Provide Required Confidential Affidavit (granted). |
| 3/22/2012 | | Status Conference. |
| 3/22/2012 | 13299 | Hearing re:(1) PSC's Motion to Compel and for Costs/Sanctions re CNBM (USA) Corp (granted); (2) Order to All Homebuilders Who Have Failed to Comply with Fee Order; and (3) Order Requiring All Builders, Suppliers, and Installers Who Have Failed to Respond to or Rejected the Mediator's Offer to Appear. |
| 4/19/2012 | 13867 | Status Conference- re: (1) North River's Motion to Lift Stays (denied); (2) North Rivers Objections to the Proposed Rule 30(b)(6) Deposition Notice of the PSC (continued). |
| 4/26/2012 | | Status Conference. |
| 4/26/2012 | 14033 | Hearing – re: (1) Defendants Cataphora, Inc. and Roger Chadderon Motion to De-Consolidate and Transfer Case to originally assigned judge (granted in part and denied in part);and (2) PSC's and L&W's Joint Motion for Order Preliminarly Approving L&W Class Settlement; Conditionally Certifying L&W Settlement Class; Issuing Class Notice; Scheduling Joint Fairness Hearing; and Staying Claims Against L&W, USG and Knauf (granted). |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 5/17/2012 | 14351 | Status Conference- re: (1) Order to all Home Builders who have Failed to Comply with Fee Order (Court to issue contempt and/or sanctions orders) and (2) Order on rule to show cause why CNBM Corp. Expenses and Costs Incurred by the PSC and Banner should not be Imposed (CNBM ordered to reimburse PSC and Banner). |
| 5/17/2012 |  | Status Conference. |
| 5/29/2012 | 14493 | Hearing –re: PSC's Motion to Compel 30(b)(6) Deposition Discovery from North River Ins. Co. (granted in part and denied in part). |
| 5/31/2012 | 14556 | Hearing –re: PSC's Motion for Preliminary Approval of the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement (Global Settlement) (granted). |
| 5/31/2012 | 14558 | Mediation Conference re: claims against North River Insurance Company (resolution could not be reached). |
| 6/13/2012 | 14686 | Status Conference re: *North River* discovery and pretrial plan. |
| 6/14/2012 | 14689 | Monthly Status Conference-re: Plaintiffs and Defendant, RCR Holdings II, LLC, Joint Motion Preliminarily Approving the RCR Settlement; Conditionally Certifying a Settlement Class; Approving the Form of Notice and Authorizing the Dissemination of the Notice; Scheduling a Fairness Hearing; and Staying the Litigation Against RCR (granted). |
| 6/29/2012 | 15207 | Hearing- re: (1) Defendant Taishan Gypsum Co. Ltd.'s Motion to Vacate the Default Judgment and Dismiss the Complaint Ltd.; (2) Defendant Taishan Gypsum Co. Ltd.'s Motion to Dismiss Pursuant to Rule 12(B)(2); (3) Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Vacate the Preliminary Default and Dismiss the Complaint; and (4) Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.'s Motion to Dismiss Pursuant to Rule 12(B)(2). ( all taken under submission) |
| 6/29/2012 | 15229 | Status Conference- re: Discussion of the *North River* trial and discovery logistics. |
| 7/10/2012 | 15238 | Status Conference- re: Discussion of the *North River* trial and discovery logistics. The Court directed the Plaintiffs to select three cases by 7/13/12, then the Defendants to select three cases by 7/18/12; next, the Defendants are to select three more cases by 7/20/12, and finally, the Plaintiffs to pick three additional cases by 7/25/12. The parties will select cases for trial from the pool of 12 cases. |
| 7/17/2012 | 15386 | Status Conference- re: Discussion of *North River* trial and discovery logistics. |
| 7/26/2012 | 15558 | Hearing- re: (1) Motion Of The North River Insurance Company To (A) Lift The Stay As To Certain Parties, (B) Consolidate Certain Claims, and (C) Realign Parties and, (2) PSC's Motion in Limine that the principle of solidary liability applies to the fault in redhibition of Interior Exterior Building Supply, LP as seller and Knauf/KPT as manufacturer-seller– (taken under submission). |
| 7/26/2012 | 15559 | Monthly Status Conference. |
| 8/2/2012 | 15585 | Telephone Status Conference re: *Hobbie v. RCR Holdings II, LLC* mediation and settlement status. |
| 8/23/2012 | 15733 | Telephonic Motion Hearing- re: PSC's Motion to Compel Responses to |

11

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| | | Discovery, as Well as Depositions, from the North River Insurance Company (denied). |
| 8/23/2012 | 15736 | Status Conference re: *Hobbie v. RCR Holdings II, LLC* mediation status. |
| 9/4/2012 | 15757 | Telephone Hearing- Court provided the parties with guidance on the issues raised by INEX's Motion to Compel regarding 30(b)(6) Notice of Subpoena directed to New Orleans Area Habitat for Humanity (denied as moot). |
| 9/4/2012 | 15758 | Telephone Status Conference re: *Hobbie v. RCR Holdings II, LLC* mediation status. |
| 9/13/2012 | 15823 | Status Conference- re: *Hobbie v. RCR Holdings II, LLC* -Parties discussed the progress of their mediation. |
| 9/13/2012 | 15824 | Monthly Status Conference. |
| 9/13/2012 | 15825 | Status Conference- re: preparations for the *North River* trial, the status of ongoing discovery and stipulations. |
| 9/18/2012 | 15830 | Telephone Status Conference- re: Discussed discovery issues in a Florida state court involving the Banner defendants. |
| 9/25/2012 | 15844 | Telephone Status Conference- re: issues arising during settlement negotiations for a Florida state court case. |
| 9/27/2012 | 15848 | Telephone Status Conference- re: *Hobbie v. RCR Holdings II, LLC* proposed scheduling order. |
| 9/27/2012 | 15849 | Telephone Status Conference- re: issues relating to the Already Remediated Homes program. |
| 9/28/2012 | 15864 | Telephone Status Conference- re: issues relating to the Already Remediated Homes program. |
| 10/2/2012 | 15874 | Telephone Status Conference- re: discovery issues in a Florida state court involving the Banner defendants. |
| 11/5/2012 | 16096 | Hearing- (1) Jan Petrus' Motion to Quash Depositions of Jan Petrus and Christopher A. Bandas and for Protective Order; (2) Class Counsel's Motion to Compel and Motion for Sanctions, and Alternatively, Response to Jan Petrus's and Christopher Bandas's Motion to Quash and for Protective Order– (taken under submission). |
| 11/9/2012 | 16149 | Telephonic Status Conference- re: Fairness Hearing on Knauf, INEX, Banner, L&W Supply, Hobbie and Global Participant Settlements. |
| 11/13/2012 | 16231 | Hearing re: Fairness Hearing on Knauf, INEX, Banner, L&W Supply, Hobbie and Global Participant Settlements (additional briefing requested). |
| 11/13/2012 | 16239 | Monthly Status Conference- re: Hearing on Proposed Class Counsel's Motion for an Order (1) Preliminarily Approving each of the Three Settlement Agreements;(2) Conditionally Certifying Each of the Settlement Classes; (3) Approving the Form Notice to Class Members; (4) Scheduling a Joint Fairness Hearing; and (5) Staying Claims Against Participating Defendants Including Builders, Installers, Suppliers, and Participating Insurers (granted). |
| 11/15/2012 | 16254 | Status Conference- re: potential jurors excused from service from the *North River* trial. |

12

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 11/16/2012 | 16255 | Hearing- re: (1) Joint Motion of the Trial Plaintiffs and Defendant North River Insurance Company to Continue Trial Pending Resolution of the Pending Class Action Settlements –( denied); (2) Plaintiff-Intervenors' Motion in Limine to Exclude Defendants' Expert Opinion or Other Evidence to the Effect That a Manufacturer Was at Fault – (taken under consideration); (3) PSC's Motion in Limine to Exclude Certain Testimony Regarding New Orleans Area Habitat for Humanity's Purchase, Testing, Distribution and Sale of Drywall – (denied); (4) The North River Insurance Company's Motion in Limine Concerning Standard for Good Faith Seller's Knowledge – (taken under submission); (5) The North River Insurance Company's Motion in Limine – (taken under submission); (6) Defendants Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC 's Motion in Limine re: Standard In Redhbition –(taken under submission); (7) Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC's Motion in Limine re: Irrelevant and/or Prejudicial Evidence – (taken under submission); (8) Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC 's Motion to Strike Plaintiffs Exhibit List for the Bellwether Trial Scheduled for November 26, 2012 – (denied); (9) The North River Insurance Company's Motion to Exclude or Limit the Testimony of Rosemary Coates –(granted in part and denied in part); (10) The North River Insurance Company's Motion to Exclude or Limit the Testimony of Dr. Lori Streit – (denied); (11) The North River Insurance Company's Motion to Exclude or Limit the Testimony of Dean Rutila – (denied); (12) Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC's Fifth Motion in Limine prohibiting Plaintiffs from presenting any opinion from Rosemary Coates – (granted in part and denied in part); (13) Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC's Fourth Motion in Limine re Lori Streit, – (denied); (14) Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC's Third Motion in Limine prohibiting the Plaintiffs from presenting any opinion testimony of Dean Rutila –(denied); (15) Interior Exterior Building Supply, L.P. and Interior Exterior Enterprises, LLC 's Sixth Motion in Limine prohibiting the Plaintiffs from presenting any opinion testimony of Johnny Odom –( granted); and (16) PSC's Motion in Limine to Exclude the Expert Report and Testimony of Dr. Timothy Tonyan (denied). |
| 11/19/2012 | 16273 | Final Pretrial Conference on *North River*. |
| 11/21/2012 | 16283 | Hearing-INEX' Motion for Emergency Expedited Hearing on INEX's Second Motion to Strike Plaintiffs' Exhibits. *North River* (granted) |
| 11/26/2012 | 16303 | First day Jury Trial. *North River*. |
| 11/27/2012 | 16306 | Second day Jury Trial. *North River*. |
| 11/28/2012 | 16309 | Third day Jury Trial. *North River*. |
| 11/29/2012 | 16328 | Fourth day Jury Trial. *North River*. |
| 11/30/2012 | 16337 | Fifth day Jury Trial. *North River*. |

13

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
|---|---|---|
| 12/3/2012 | 16353 | Sixth and final day Jury Trial. *North River*. Joint Stipulation filed. Renewed motion for Directed Verdict– (denied in part and reserved in part). Verdict in favor of the Defendants. |
| 12/11/2012 | 16422 | Monthly Status Conference. |
| 1/4/2013 | 16477 | Hearing re: Certain Builder and Installer Conditional Opt-Outs to the Banner Settlement. |
| 1/15/2013 | 16505 | Hearing- re: Order to Preliminarily Approve each of the Four Chinese Drywall Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply Settlement Agreement, Tobin Trading & Installers Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; Conditional Certifying the Settlement Classes; Approving the Form Notice to Class Members; Scheduling a Joint Fairness Hearing; and Staying Claims Against Participating Defendants Including Builders, Installers, Suppliers and Participating Insurers by Proposed Plaintiffs' Class Counsel (granted). |
| 1/17/2013 | 16515 | Hearing- re: status of the current proposed settlement negotiations. |
| 1/23/2013 | 16533 | Hearing- re: Plaintiffs' Emergency Motion for Approval of Revised Summary Notice (granted). |
| 1/23/2013 | 16537 | Monthly Status Conference. |
| 2/27/2013 | 16591 | Monthly Status Conference. |
| 3/13/2013 | 16610 | Monthly Status Conference. |
| 4/24/2013 | 16776 | Hearing- (1) Motion to Clarify Status by defendant Bailey Lumber & Supply Co ; (2) Motion of the Plaintiffs' Steering Committee and Settlement Class Counsel for an Order: (a) Appointing Allocation Committees for the INEX and Global Settlements; and (b) Approving Allocation Plans for the INEX, Banner and Global Settlements; (3) Motion for an Order: Appointing a Special Master to Assist the Court in the Allocation of Funds From the Four Class Settlements Relating to Virginia and Certain Other Remaining Claims by Plaintiffs; (4) Motion for an Order: Appointing an Allocation Committee for the Four Class Settlements Relating to Virginia and Certain Other Remaining Claims by Plaintiffs; (5) Joint Motion for (a) Preliminary Approval of Settlement Agreement regarding claims against Coastal Construction of South Florida, Inc. related to Villa Lago at Renaissance Commons in MDL 2047; (b) Conditionally Certifying a Settlement Class; (c) Approving the Form of Notice and Authorizing the Dissemination of the Notice; (d) Scheduling a Fairness Hearing; and (e) Staying the Litigation against Coastal Construction of South Florida, Inc. by Plaintiffs and Coastal Construction Company of South Florida–(all motions granted). |
| 4/24/2013 | 16779 | Monthly Status Conference. |
| 5/21/2013 | 16826 | Hearing-PSC's Motion for Reimbursement of Assessment Contributions (granted). |
| 5/21/2013 | 16827 | Joint Fairness Hearing re: Nationwide Insureds Settlement Agreement, Porter-Blaine/ Venture Supply Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual Insureds Settlement Agreement |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Court Appearances

| Date | Rec. Doc. | Subject Matter |
| --- | --- | --- |
| | | Relating to VA and Certain Other Remaining Claims (taken under submission). |
| 5/21/2013 | 16828 | Monthly Status Conference. |
| 6/11/2013 | 16900 | Monthly Status Conference. |
| 6/11/2013 | 16902 | Hearing- re: Motion for an Order Permitting Voluntary Deposit Procedure to Reimburse Common Benefit Counsel for Work in Virginia State Court Action Bollenberg v. Ramirez. |
| 6/25/2013 | 16931 | Telephone Status Conference re: issues related to potential dispute among entities represented by Robert K. Spotswood and K. Edward Sexton, II. |
| 7/12/2013 | 16943 | Status Conference- re: Knauf settlement. Term sheet entered into the record. |
| 7/17/2013 | 16947 | Monthly Status Conference. |
| 8/20/2013 | 17026 | Monthly Status Conference. |
| 8/20/2013 | 17027 | Hearing- re: (1) Plaintiffs' Motion to Remove Certain Participating Defendants from Global Settlement (granted) ;(2) Plaintiff and Insurance Liaison Counsel's Joint Motion to Dismiss, In Part or In Full, MDL Cases Covered by the Global Settlement (taken under submission) and (3) Plaintiff and Insurance Liaison Counsel's Second Motion to Dismiss , in Part, an MDL Case Covered by the Global Settlement (Joint Motion) (taken under submission). |
| 8/20/2013 | 17028 | Fairness Hearing- re: Joint Motion for Settlement With Coastal Construction of South Florida, Inc. (taken under submission). |
| 9/12/2013 | 17100 | Conference- Court advised that notices of the Settlement in *Hobbie et al v. RCR Holdings II, LLC et al*, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), were not sent out until July 12, 2013. Court's approval of this Settlement is withdrawn pending the completion of the 90 day CAFA time period. |
| 9/17/2013 | 17143 | Hearing- re: Class Counsel's Motions for Rule to Show Cause Why Settled Claims Should Not Be Dismissed (granted). |
| 9/17/2013 | 17144 | Monthly Status Conference. |
| 10/24/2013 | 17207 | Monthly Status Conference. |
| 11/21/2013 | 17280 | Monthly Status Conference. |
| 12/19/2013 | 17365 | Hearing- re: (1) Settlement Class Counsel's Motion for Order Authorizing the Transfer of the RCR Settlement from RCR Escrow Account to the Villa Lago Settlement Funds QSF (taken under submission); (2) Plaintiffs, Wendy Lee Hobbie, et al, Motion to Appoint Receiver (granted); and (3) Coastal Settlement Class Counsel's Motion for Partial Award of Attorneys' Fees and Partial Reimbursement of Costs ( taken under submission). |
| 12/19/2013 | 17367 | Monthly Status Conference. |

**EXHIBIT 6 to Declaration of Russ M. Herman and Arnold Levin**