**List of Virginia Trial Settings**

| | |
|---|---|
| October 19, 2010 | Trial Date for Baldwin and 3 other Plaintiffs against American Eastern, Wellington, Venture, Porter Blaine and Tobin Trading *(continued)* |
| January 11, 2011 | Trial Date for McKellar and 9 other Plaintiffs against HHJV, Atlantic, Venture, Porter Blaine & Tobin Trading *(continued)* |
| January 18, 2011 | Trial Date for Baldwin and 3 other Plaintiffs against American Eastern, Wellington, Venture, Porter Blaine & Tobin Trading *(stayed pending insurance litigation)* |
| February 7, 2011 | Trial Date for McKellar and 9 other Plaintiffs against HHJV, Atlantic, Venture, Porter Blaine & Tobin Trading *(stayed pending insurance litigation)* |
| February 8, 2011 | Trial Date for Heischober and 4 other Plaintiffs against Peak, Stone, Venture, Porter Blaine & Tobin Trading *(continued)* |
| March 7, 2011 | Trial Date for Heischober and 4 other Plaintiffs against Peak, Stone, Venture, Porter Blaine & Tobin Trading *(stayed pending insurance litigation)* |
| March 8, 2011 | Trial Date for Dunn and 5 other Plaintiffs against Harbor Walk, Genesis, Clark-Whitehill, Wermers, Venture, Porter Blaine & Tobin Trading *(continued)* |
| April 11, 2011 | Trial Date for Dunn and 5 other Plaintiffs against Harbor Walk, Genesis, Clark-Whitehill, Wermers, Venture, Porter Blaine & Tobin Trading *(stayed pending insurance litigation)* |
| April 12, 2011 | Trial Date for Goboy and 5 other Plaintiffs against Ainslie, Venture, Porter Blaine & Tobin Trading *(continued)* |
| May 16, 2011 | Trial Date for Goboy and 5 other Plaintiffs against Ainslie, Venture, Porter Blaine & Tobin Trading *(stayed pending insurance litigation)* |
| January 14, 2013 | Trial Date for Berry and 2 other Plaintiffs against Installer Defendant Antonieta Torres (settled) |
| April 15, 2013 | Trial Date for Lawlor against Builder Defendant Villa Chavez (settled) |

**EXHIBIT 8 to Declaration of Russ M. Herman and Arnold Levin**

| | |
|---|---|
| April 22, 2013 | Trial Date for Bollenberg and Matulenas against Installer Defendant Carlos Ramirez *(settled)* |
| June 24, 2013 | Trial Date for Gulledge against Builder Defendant Woodall, LLC *(settled)* |
| July 15, 2013 | Trial Date for Gale against Builder Defendant Manuel Development *(settled)* |
| July 22, 2013 | Trial Date for Reilly against Builder Defendant The Classic Group *(settled)* |
| September 16, 2013 | Trial Date for Ryan against Developer Defendant East West Realty *(settled)* |
| February 10, 2014 | Trial Date for Brett against Builder Defendant DSG Construction *(settled)* |
| March 24, 2014 | Trial Date for Caburian against Builder Defendant Deas Construction *(settled)* |
| March 24, 2014 | Trial Date for Walker against Installer Defendant Victor Reyes *(settled)* |
| April 14, 2014 | Trial Date for Davenport against Builder Defendant Ralph Digges *(settled)* |
| September 15, 2014 | Trial Date for McKellar against Installer Defendant Victor Reyes *(settled)* |

2

**EXHIBIT 8 to Declaration of Russ M. Herman and Arnold Levin**