# In Re: Chinese-Manufactured Drywall, MDL 2047
# Motions, Briefs and Other Virginia Court Filings in the Insurance Litigation

| Date | Description |
| --- | --- |
| December 17, 2009 | BMIC v. Parallel & Edmonds DJ Action filed |
| January 7, 2010 | TRAVCO v. Ward Declaratory Judgment Action filed |
| January 19, 2010 | Nationwide v. Overlook & Edmonds DJ Action filed |
| February 12, 2010 | Answer to BMIC Complaint filed by Ricky Edmonds |
| February 12, 2010 | Answer to NW Complaint filed by Ricky Edmonds |
| March 4, 2010 | Answer to TRAVCO Complaint filed by Larry Ward |
| March 18, 2010 | Motion for Summary Judgment filed by TRAVCO |
| April 19, 2010 | Opposition to Summary Judgment-Larry Ward |
| April 26, 2010 | Rebuttal Brief for Motion for Summary Judgment-TRAVCO |
| May 3, 2010 | Surreply Memo in Opposition to Summary Judgment-Ward |
| May 18, 2010 | Summary Judgment hearing-TRAVCO |
| June 3, 2010 | Order Granting Summary Judgment for TRAVCO |
| June 24, 2010 | Appeal of TRAVCO decision-Larry Ward |
| June 29, 2010 | Evanston v. Germano et al. DJ Action filed |
| July 21, 2010 | Answer filed by Germano et al. |
| August 31, 2010 | Appeal Brief filed-Ward |
| October 4, 2010 | Appellee Brief-TRAVCO |
| October 7, 2010 | Motion to File Separate SJ Motions-Nationwide |
| October 18, 2010 | Opposition to Motion to File Separate SJ in NW-Edmonds |
| October 18, 2010 | Reply Appeal Brief filed-Ward |
| October 19, 2010 | Motion for Summary Judgment filed by BMIC |
| October 22, 2010 | Rebuttal Brief in Support to File Separate SJ Motions by NW |
| October 25, 2010 | Motion for Summary Judgment filed by Nationwide |
| October 29, 2010 | Motion to Strike NW Summary Judgment-Edmonds |
| November 2, 2010 | Opposition to BMIC Summary Judgment-Edmonds |
| November 9, 2010 | Reply to Opposition to Summary Judgment-BMIC |
| November 12, 2010 | Opposition to Motion to Strike filed by Edmonds-NW |
| November 16, 2010 | Response in Support of Motion to Strike NW SJ-Edmonds |
| November 22, 2010 | Rebuttal Brief in Support of Summary Judgment-Nationwide |
| November 29, 2010 | Motion for Summary Judgment against NW-Edmonds |
| February 11, 2011 | Opposition to Motion for SJ by Edmonds-Nationwide |

1

**EXHIBIT 9 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Motions, Briefs and Other Virginia Court Filings in the Insurance Litigation

| Date | Description |
| --- | --- |
| February 17, 2011 | Rebuttal Brief in Support of SJ against NW-Edmonds |
| March 8, 2011 | Summary Judgment hearing-Nationwide |
| March 9, 2011 | Motion for Certification to Supreme Court in NW-Edmonds |
| March 16, 2011 | Motion for Summary Judgment filed by Evanston |
| March 22, 2011 | Summary Judgment hearing-BMIC |
| March 23, 2011 | Opposition to Motion for Certification-NW |
| March 29, 2011 | Rebuttal Brief in Supp of Motion for Cert in NW-Edmonds |
| April 6, 2011 | Opposition to Summary Judgment-Germano et al. |
| April 6, 2011 | Motion for Certification to Supreme Court-Germano et al. |
| April 12, 2011 | Reply to Opposition to Summary Judgment-Evanston |
| April 12, 2011 | Order of Certification to Supreme Court in Nationwide |
| May 13, 2011 | Order Denying Summary Judgment by BMIC |
| May 13, 2011 | Order Granting Summary Judgment by Nationwide |
| September 7, 2011 | Appeal of BMIC decision-BMIC |
| September 9, 2011 | Order Granting Summary Judgment for Evanston |
| September 20, 2011 | Oral Argument-TRAVCO |
| October 5, 2011 | Appeal of Evanston decision-Germano et al. |
| October 20, 2011 | Appeal of Nationwide decision-Edmonds |
| November 7, 2011 | Appeal Brief-BMIC |
| December 12, 2011 | Appeal Brief in BMIC-Edmonds |
| December 27, 2011 | Reply to BMIC Appeal Brief |
| January 6, 2012 | Appeal Brief in Nationwide file by Edmonds |
| January 5, 2012 | Appeal Brief-Germano et al. |
| February 8, 2012 | Appeal Response Brief-Evanston |
| February 10, 2012 | Appeal Response Brief-Nationwide |
| February 22, 2012 | Appeal Reply Brief-Germano et al. |
| February 24, 2012 | Appeal Reply Brief in Nationwide-Edmonds |
| March 1, 2012 | Order Certifying Question to Supreme Court-TRAVCO |
| April 19, 2012 | Order Accepting Certification by VA Supreme Court |
| May 29, 2012 | Appeal Brief to VA Supreme Court-Ward |
| June 25, 2012 | Appeal Brief to VA Supreme Court-TRAVCO |

**EXHIBIT 9 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Motions, Briefs and Other Virginia Court Filings in the Insurance Litigation

| Date | Description |
| --- | --- |
| November 1, 2012 | VA Supreme Court Decision Affirming CDW is a Pollutant |
| March 20, 2013 | Opinion affirming District Court ruling-Evanston |

**EXHIBIT 9 to Declaration of Russ M. Herman and Arnold Levin**