# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 9/2/2009 | Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Builder) |
| 9/2/2009 | Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendants(s) (Manufacturer) |
| 9/2/2009 | Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Importer, Exporter, Broker) |
| 9/2/2009 | Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Installer, Contractor) |
| 9/2/2009 | Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Distributor, Supplier, Retailer) |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Banner Supply Company |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Black Bear Gypsum Supply, Inc. |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Independent Builders Supply Association, Inc. |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Interior Exterior Supply, LP |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - L&W Supply Corporation dba Seacoast Supply |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - La Suprema Enterprise, Inc. |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - La Suprema Trading, Inc. |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Porter-Blaine Corp. |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Smoky Mountain Supply, Inc. dba Emerald Coast Building Materials |
| 9/2/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Venture Supply, Inc. |
| 10/8/2009 | Re-Notice of Oral and Videotaped Deposition(s) Pursuant to Fed.R.Civ.P. 30(b)(6) of La Suprema Enterprise, Inc. and La Suprema Trading, Inc. |
| 10/9/2009 | Re-Notice of Oral and Videotaped Deposition(s) Pursuant to Fed. R. Civ. P. 30(b)(6) of La Suprema Enterprise, Inc. and La Suprema Trading, Inc. |
| 10/13/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Lennar Corporation and Lennar Homes, LLC fka Lennar Homes, Inc. |
| 10/16/2009 | 30(b)(6) Re-Notice - La Suprema Enterprise, Inc. and La Suprema Trading, Inc. 10-16-2009 |
| 10/30/2009 | Plaintiffs' First Set of Interrogatories Concerning Jurisdictional Issues Addressed to Defendants, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 10/30/2009 | Plaintiffs' First Request for Production of Documents Concerning Jurisdictional Issues Addressed to Defendants, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. |
| 11/4/2009 | Re-Notice of Oral and Videotaped Deposition of Interior Exterior Building Supply, LP Pursuant to Fed. R. Civ. P. 30(b)(6) |
| 11/5/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Mazer Super Discount Store |
| 11/6/2009 | The Plaintiffs' Steering Committee's First Interrogatories and Request for the Production of Documents and Things to Defendant The Porter-Blaine Corp. |
| 11/6/2009 | Plaintiffs' Steering Committee's First Interrogatories and Request for Production of Documents and Things to Defendant Venture Supply, Inc. |
| 11/10/2009 | Plaintiffs' Steering Committee's Second Interrogatories and Request for the Production of Documents and Things to Defendant Porter-Blaine Corporation |
| 11/12/2009 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Interior Exterior Building Supply, LP - rescheduled for December 4, 2009 |
| 12/8/2009 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Porter-Blaine Corp. |
| 12/8/2009 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Venture Supply, Inc. |
| 12/9/2009 | Amended Notice of 30(b)(6) Deposition of Porter-Blaine Corp. |
| 12/9/2009 | Amended Notice of 30(b)(6) Deposition of Venture Supply, Inc. |
| 12/11/2009 | Re-Notice of 30(b)(6) Deposition of Mazer Discount Store (Set January 13, 2010) |
| 12/22/2009 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Knauf Gips KG |
| 12/23/2009 | Requests for Admissions, Interrogatories and Requests for Production of Documents in Hernandez et al vs Knauf Gips KG et al |
| 1/11/2010 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Mazer Super Discount Store now set for January 29, 2010 |
| 1/13/2010 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of South Kendall Construction (set for February 19, 2010) |
| 3/22/2010 | Notice of Oral and Videotaped Deposition of Smoky Mountain Materials dba Emerald Coast Building Materials Pursuant to Fed.R.Civ.P. 30(b)(6) |
| 3/22/2010 | Notice of Oral and Videotaped Deposition of Black Bear Gypsum Supply Pursuant to Fed.R.Civ.P. 30(b)(6) |
| 4/5/2010 | Letter to DLC confirming that 30(b)(6) Deposition of Smoky Mountain Materials, Inc. dba Emerald Coast Building Materials present set for April 7 and 8, 2010 in Pensacola, Florida, |
| 5/10/2010 | Amended Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of Home One Homes |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
## Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 6/15/2010 | Plaintiffs' First Set of Interrogatories and Request for Production Payton, Sean et al vs Knauf Gips KG et al |
| 7/9/2010 | Plaintiffs' Interrogatories Concerning Fees and Costs Addressed to Defendant Knauf Plasterboard (Tianjin) Co., Ltd. in Hernandez et al vs Knauf Gips KG et al |
| 7/29/2010 | Plaintiffs' First Set of Requests for Admission of Facts, Second Set of Itnerrogatories and Second Set of Requests for Production of Documents Concerning Jurisdictional Issues Addressed to Defendants, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. |
| 8/10/2010 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Knauf Gips KG (set for August 18 and 19, 2010) |
| 9/3/2010 | Plaintiff's and PSC's Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to NGM; Plaintiff's and PSC's Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to FCCI; Plaintiff's and PSC's Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Owners; Plaintiff's and PSC's Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Mid-Continent Casualty Co. |
| 9/3/2010 | Plaintiffs' Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Mid-Continent Casualty Co. |
| 9/8/2010 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Knauf Gips KG |
| 9/13/2010 | Plaintiff's And PSC'S First Amended Notice Of Oral Deposition Pursuant To Fed. R. CIV. P. 30(b)(6) of FCCI Commercial Insurance Company |
| 9/13/2010 | Plaintiff's And PSC'S Second Amended Notice Of Oral Deposition Pursuant To Fed. R. CIV. P. 30(b)(6) of FCCI Commercial Insurance Company |
| 9/14/2010 | Plaintiff's And PSC'S First Amended Notice Of Oral Deposition Pursuant To Fed. R. Civ. P. 30(b)(6) of Mid-Continent Casualty Company |
| 9/15/2010 | Plaintiff's And PSC'S First Amended Notice Of Oral Deposition Pursuant To Fed. R. Civ. P. 30(b)(6) of Owners Insurance Company |
| 9/21/2010 | Plaintiffs' And PSC'S Second Amended Notice Of Oral Deposition Pursuant To FED. R. CIV. P. 30(b)(6) of NGM Insurance Company |
| 9/21/2010 | Plaintiff's And PSC'S First Amended Notice Of Oral Deposition Pursuant To Fed. R. CIV. P. 30(b)(6) of NGM Insurance Company |
| 9/24/2010 | Plaintiffs' First Set of Interrogatories Concerning Jurisdictional Issues Addressed to Defendants, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. |
| 9/24/2010 | Plaintiffs' First Set of Request for Production of Documents Concerning Jurisdictional Issues Addressed to Defendants, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. |
| 9/30/2010 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) re Knauf Gips KG |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 9/30/2010 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) re Knauf Gips KG |
| 10/7/2010 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) - Taian Taishan Plasterboard Co., Ltd. |
| 10/7/2010 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) - Taishan Gypsum Co., Ltd. |
| 10/11/2010 | Plaintiffs' Third Set of Requests for Production of Documents Concerning Jurisdictional Issues Addressed to Defendants, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. |
| 10/12/2010 | Plaintiffs' Steering Committee's Second Interrogatories and Request for Production of Documents and Things to Defendant Venture Supply, Inc. in Germano et al vs Taishan Gypsum Co Ltd et al |
| 10/12/2010 | Plaintiffs' Steering Committee's Third Interrogatories and Request for the Production of Documents and Things to Defendant The Porter-Blaine Corporation in Germano et al vs Taishan Gypsum Co Ltd et al |
| 10/12/2010 | Plaintiffs' Steering Committee's Third Interrogatories and Request for the Production of Documents and Things to Defendant The Porter-Blaine Corporation |
| 10/12/2010 | Plaintiffs' Steering Committee's Second Interrogatories and Request for the Production of Documents and Things to Defendant Venture Supply, Inc. |
| 10/14/2010 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Pheonix Imports |
| 10/25/2010 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of L&W Supply Corporation dba Seacoast Supply |
| 10/25/2010 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of USG Corporation |
| 10/25/2010 | Plaintiff Steering Committee's First Request for the Production of Documents and Things to Defendant(s) (Distributor-Supplier-Retailer) directed to L&W Supply Corporation dba Seacoast Supply |
| 10/25/2010 | Plaintiff Steering Committee's First Request for Production of Documents and Things to Defendant(s) (Manufacturer) directed to USG Corporation |
| 12/3/2010 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Phoenix Imports |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Wyndwil, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Woodside Homes of Southeast Florida, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Woodall, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Wermers Development, Inc. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
| --- | --- |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Wellington, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Walker Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Vizcaya Custom Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Vet Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Venus Street, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Venture Supply, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Touchstone at Rapallo, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Three J's Remodeling Incorporated |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to The Porter-Blain Corporation |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Tapia Brothers Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Suntree Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Stuart South Group, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Stone Development, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Stock Building Supply, LLC |
| 12/8/2010 | Southern Homes of Broward XI, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Southern Bay Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to South Florida Custom Trim, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Schear Corp. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Safeway Contractors, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to S3 Enterprises, Inc. dba A1 Brothers Metal Framing and Drywall |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Rottlund Homes of Florida, Inc. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
| --- | --- |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Rosen Building Supplies, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Renar Development Company |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Ray Turner Drywall, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Preserve Development, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Portofino Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Plantation Group, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Peak Building Corporation |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Parr-Self, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Parallel Design and Development, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Overlook Point, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Overlook, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Osprey-Gulf Sore Building Materials, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Oscar Jiles dba JJ Construction |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to O.C.D. of S. Florida, inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to MW Johnson Construction of Florida, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Millennium Homes & Development, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Millennium Builders, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Merit Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to McCar Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Mandalay Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to MacGlen Builders, Inc. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Lopez Drywall, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Littles Construction of Central Florida, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Lennar Homes, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Lennar Corporation |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Kevin Burton |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to KB Home Tampa, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Kaye Homes of South Florida, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to K&B Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Joseph Scott |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Joseph Jones |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Jim Morris & Sons, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to J.W. Hodges Drywall, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to J. Galloway Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to International Property Investment of Central Florida, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Inman Construction Services, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Home Depo USA, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Holiday Builders Construction |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to HHJV, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to HC Seals Drywall Partners |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Harrell's Drywall, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Gryphon Construction |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Groff Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Greensprings Plantation, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Grand Harbour Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Genesis Group, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to G.L. Homes of Boynton Beach Associates IX, Ltd. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to G&B Roofing & Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Five Star Drywall, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Eastmond Enterprises, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Devonshire Properties, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Development Co. of Boca, Inc. dba Boca Developers |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Delta-Eden, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Delgado's Painting |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Deangelis Diamond Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Deangelis Diamond Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to D.R. Horton, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to D&A Construction Services, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Curb Appeal Home Builders, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Crossroad Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Country Walk Sales, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Core Construction Services Southeast, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Clark-Whitehill Enterprises, Inc. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to City Salvage, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Chase Construction, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Cajun Construction & Design, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Bush Construction Corp. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Bristol Corner |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Black Bear Gypsum Supply, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Beazer Homes Corp. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to BE Wholesale |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Bass Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Atlantis Homes Development Corporation |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Atlantic Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Arizen Homes |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to American Homes |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to American Eastern, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to American Building Materials, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Alvian Homes, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to All Florida Drywall Supplies, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Ainslie Group, Inc. |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to AHJV, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to Aces Towing Enterprises, LLC |
| 12/8/2010 | Notice of Records Deposition Pursuant to Federal Rule of Civil Procedure 34 directed to A.R.B.C. Corporation |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 12/13/2010 | Letter to DLC confirming the postponement of the 30(b)(6) Depositions of L&W Supply Corporation dba Seacoast Supply, and USG Corporation - scheduled for December 21 and 22, respectively |
| 1/26/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of OEG Building Materials, Inc. |
| 1/26/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Oriental Trading Company, LLC |
| 1/26/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Wood Nation, Inc. |
| 1/31/2011 | AMENDED Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Oriental Trading Company, LLC |
| 2/9/2011 | Amended Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Wood Nation, Inc. |
| 2/17/2011 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Taian Taishan Plasterboard Co., Ltd. |
| 2/17/2011 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Taishan Gypsum Co., Ltd. |
| 3/3/2011 | Plaintiffs' Steering Committee's Interrogatories to Interior Exterior Building Supply, LP |
| 3/3/2011 | Plaintiffs' Steering Committee's Second Request for the Production of Documents and Things to Interior Exterior Building Supply, LP |
| 3/14/2011 | The Plaintiffs' Steering Committee's Third Request for the Production of Documents and Things to Interior Exterior Building Supply, LP |
| 3/16/2011 | Plaintiffs, Donald and Marcelyn Puig's, Amended and Supplemental Objections and Responses to Defendant Interior and Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Arch Insurance Co et al (09-08034) |
| 3/22/2011 | Amended Re-Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of Taian Taishan Plasterboard Co. Ltd. - NOTE Location Change Only |
| 3/22/2011 | Amended Re-Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of Taishan Gypsum Co. Ltd. - NOTE Location Change Only |
| 3/31/2011 | Notice of Oral & Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Guardian Building Products Distribution, Inc. |
| 4/8/2011 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of Knauf Gips KG |
| 4/8/2011 | Letter to Judge Fallon regarding Interior Exterior Discovery |
| 5/24/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - JP Morgan Chase & Co. |
| 5/24/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) - Morgan Stanley |
| 6/7/2011 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Guardian Building Products Distribution, Inc. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
| --- | --- |
| 6/14/2011 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Knauf Gips KG (continuation of deposition of Hans-Ulrich Hummel, corporate representative of Knauf) |
| 6/17/2011 | Amended Notice of Continuation Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Knauf Gips KG |
| 6/17/2011 | Letter to DLC postponing the 30(b)(6) Deposition of JP Morgan Chase & Co. (set July 7, 2011 in New York) and the 30(b)(6) Deposition of Morgan Stanley (set July 8, 2011 in New York) |
| 7/8/2011 | AMENDED Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Guardian Building Products Distribution, Inc. |
| 7/20/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of T. Rowe Price Group, Inc. |
| 10/10/2011 | Plaintiffs' Second Set of Interrogatories Concerning Jurisdictional Issues Addressed to Defendants, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. |
| 10/10/2011 | Plaintiffs' Second Request for Production of Documents Concerning Jurisdictional Issues Addressed to Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. |
| 10/27/2011 | Notice of Oral Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) of Coastal Construction of South Florida, Inc. dba Coastal Condominiums |
| 11/1/2011 | Letter to Judge Fallon regarding Taishan -- responding to letter Taishan forwarded to Judge Fallon (included proposed Joint Stipulation) |
| 11/21/2011 | 30(b)(6) Depo Notice of Carn Construction Corp. |
| 11/21/2011 | 30(b)(6) Notice of Best Sunshine Services, LLC |
| 11/21/2011 | 30(b)(6) Notice of Depo of B America Corporation |
| 11/21/2011 | 30(b)(6) Notice of Depo of BNBM of America, Inc. |
| 11/21/2011 | 30(b)(6) Notice of Depo of Delmar Logistics (GA), Inc. |
| 11/21/2011 | 30(b)(6) Notice of Depo of Onyx Gbh Corporation |
| 11/21/2011 | 30(b)(6) Notice of Depo of Wolf & Bear Distributors |
| 11/21/2011 | 30(b)(6) Notice of Oriental Trading Company, LLC |
| 11/23/2011 | Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. |
| 11/28/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Metro Resources Corp. |
| 11/29/2011 | Amended 30(b)(6) Notice of Depo of Metro Resources Corp |
| 11/30/2011 | 30(b)(6) Notice of Depo of GD-Distributors, LLC |
| 11/30/2011 | 30(b)(6) Notice of Depo of Kamach Enterprises, LLC fka EUP USA, LLC |
| 11/30/2011 | Amended 30(b)(6) Notice of Depo of Onyx Gbh Corporation |
| 12/2/2011 | Amended 30(b)(6) Notice of Deposition of B America Corporation |
| 12/6/2011 | Amended 30(b)(6) Notice of Depo of Carn Construction Corp. |
| 12/8/2011 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triax Trading and Logistics, LLC |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 12/9/2011 | Amended 30(b)(6) Notice of Depo of BNBM of America, Inc. |
| 12/9/2011 | Amended Notice of 30(b)(6) Deposition of Triax Trading and Logistics, LLC |
| 12/13/2011 | Second Amended 30(b)(6) Notice of Depo of Triax Trading and Logistics, LLC |
| 12/15/2011 | Amended 30(b)(6) Notice of Depo of Delmar Logistics (GA), Inc. |
| 12/19/2011 | 30(b)(6) Notice of Depo of Stone Pride International Corporation |
| 12/19/2011 | Amended 30(b)(6) Depo Notice of Stone Pride International Corporation |
| 12/20/2011 | 30(b)(6) Notice of Depo of CNBM (USA) Corp. |
| 12/22/2011 | Second Amended 30(b)(6) Notice of Depo of Metro Resources Corp. |
| 12/22/2011 | Second Amended 30(b)(6) Notice of Depo of Onyx Gbh Corporation |
| 12/28/2011 | Second Amended Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of B America Corporation |
| 1/17/2012 | 30(b)(6) Notice of Depo of Advanced Products International, LLC |
| 1/17/2012 | Re-Notice of 30(b)(6) Depo of Wolf & Bear Distributors |
| 1/20/2012 | 30(b)(6) Notice of Depo of China Corp. Ltd. |
| 1/23/2012 | Third Amended 30(b)(6) Deposition of Onyx Gbh Corporation |
| 2/6/2012 | Notice of Deposition Duces Tecum of Bank of America Corporation |
| 2/15/2012 | Subpoena Duces Tecum Without Deposition Pursuant to Fed. R. Civ. P. 34 of AT&T Corporation fka Bellsouth Communications |
| 2/15/2012 | Amended Subpoena Duces Tecum Without Deposition Pursuant to Fed. R. Civ. P. 34 of AT&T Corporation fka Bellsouth Communications |
| 2/29/2012 | Subpoena Duces Tecum Without Deposition Pursuant to Fed. R. Civ. P. 34 of Yahoo! |
| 3/19/2012 | The Plaintiffs' Steering Committee's First Set of Requests for Production to Defendant, The North River Insurance Company in Amato, Dean & Dawn et al vs Liberty Mutual Insurance Co et al |
| 4/11/2012 | Letter to Judge Fallon regarding Taishan -- responding to letter Taishan forwarded to Judge Fallon re Motion to Strike Errata |
| 5/1/2012 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of North River Insurance Company |
| 5/1/2012 | Amended Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of North River Insurance Company |
| 6/1/2012 | Notice of Continuation of the Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of The North River Insurance Company |
| 6/28/2012 | Plaintiffs' Steering Committee's Requests for Admissions to Interior Exterior Building Supply, LP |
| 6/28/2012 | Plaintiffs' Steering Committee's Requests for Admissions to North River Insurance Company |
| 6/28/2012 | Plaintiffs' Steering Committee's Fourth Request for the Production of Documents and Things to Interior Exterior Building Supply, LP |
| 6/28/2012 | The Plaintiffs' Steering Committee's Second Set of Requests for Production to Defendant The North River Insurance Company |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 7/31/2012 | The Plaintiffs' Steering Committee's First Supplemental and Amended Requests for Admissions to North River Insurance Company |
| 7/31/2012 | The Plaintiffs' Steering Committee's First Supplemental and Amended Requests for Admissions to Interior Exterior Building Supply, LP |
| 8/22/2012 | Notice of 30(b)(6) Deposition of NOAHH - Jim Pate |
| 10/4/2012 | The Plaintiffs' Steering Committee's Fifth Request for the Production of Documents and Things to Interior Exterior Building Supply, LP |
| 10/4/2012 | 30(b)(6) Deposition of SHS Construction (Objector) |
| 10/4/2012 | 30(b)(6) Deposition Notice of E and E Construction Co. (Objector) |
| 10/4/2012 | 30(b)(6) Notice of Depo of Bay Area Contracting & Constructions, Inc. (Objector) |
| 10/4/2012 | Interrogatories to E and E Construction Co. and Counsel (Objector) |
| 10/4/2012 | Interrogatories to Ernest Vitela and Counsel (Objector) |
| 10/4/2012 | Interrogatories to Bay Area Contracting & Constructions, Inc. and Counsel (Objector) |
| 10/4/2012 | Interrogatories to Ronnie Garcia and Counsel (Objector) |
| 10/4/2012 | Interrogatories to SHS Construction and Counsel (Objector) |
| 10/4/2012 | Interrogatories to Saul Soto and Counsel (Objector) |
| 10/4/2012 | Interrogatories to Jan Petrus and Counsel (Objector) |
| 10/4/2012 | Interrogatories to Wayne Kaplan and Counsel (Objector) |
| 10/4/2012 | Requests for Production to E and E Construction Co. and Counsel (Objector) |
| 10/4/2012 | Requests for Production to Ernest Vitela and Counsel (Objector) |
| 10/4/2012 | Requests for Production to Bay Area Contracting & Constructions, Inc. and Counsel (Objector) |
| 10/4/2012 | Requests for Production to Ronnie Garcia and Counsel (Objector) |
| 10/4/2012 | Requests for Production to SHS Construction and Counsel (Objector) |
| 10/4/2012 | Requests for Production to Saul Soto and Counsel (Objector) |
| 10/4/2012 | Requests for Production to Jan Petrus and Counsel (Objector) |
| 10/4/2012 | Requests for Production to Wayne Kaplan and Counsel (Objector) |
| 10/10/2012 | Class Counsel's Second Request for the Production of Documents to Christopher Bandas (Objector) |
| 10/11/2012 | Amended 30(b)(6) Notice of Deposition of Bay Area Contracting & Constructions, Inc. (Objector) |
| 10/11/2012 | Amended 30(b)(6) Notice of Deposition of E and E Construction Co. (Objector) |
| 10/11/2012 | Amended 30(b)(6) Notice of Deposition of SHS Construction (Objector) |
| 10/25/2012 | Second Amended 30(b)(6) Notice of Deposition of Bay Area Contracting & Construction, Inc. (Objector) |
| 10/25/2012 | Second Amended 30(b)(6) Notice of Deposition of E and E Construction Co. (Objector) |
| 10/25/2012 | Second Amended 30(b)(6) Notice of Deposition of SHS Construction (Objector) |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by PSC/Plaintiffs

| Date | Discovery Requests |
|---|---|
| 11/19/2012 | Re-Notice of 30(b)(6) Deposition of E and E Construction Co. set Nov. 26 (Objector) |
| 2/19/2013 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of RADCO, Inc. (set February 27, 2013) |
| 3/26/2013 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Guardian Building Products Distribution, Inc. |
| 3/26/2014 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. |

**EXHIBIT 11 to Declaration of Russ M. Herman and Arnold Levin**