# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
|---|---|
| 11/19/2009 | Plaintiff Judith E. Pasentine's Responses to Defendants' First Set of Requests for Production |
| 11/19/2009 | Tatum and Charlene Hernandez's Responses to Defendant's First Set of Interrogatories to Plaintiffs in Hernandez et al vs Knauf Gips KG et al |
| 11/19/2009 | Tatum and Charlene Hernandez's Responses to Defendant's First Request for Production to Plaintiffs in Hernandez et al vs Knauf Gips KG et al |
| 11/25/2009 | Plaintiffs, Jerry Baldwin's and Inez Baldwin's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Jerry Baldwin's and Inez Baldwin's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Steven Heischober's and Elizabeth Heischober's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Steven Heischober's and Elizabeth Heischober's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Joseph Leach's and Cathy Leach's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Joseph Leach's and Cathy Leach's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Preston and Rachel McKellar's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Preston and Rachel McKellar's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Joseph Michaux's and Vanessa Michaux's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Joseph Michaux's and Vanessa Michaux's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, William Morgan, Jr.'s and Deborah Morgan's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, William Morgan, Jr.'s and Deborah Morgan's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
|---|---|
| 11/25/2009 | Plaintiffs, Robert Orlando's and Lisa Orlando's, Objections and Responses to Defendants' First Request for Production to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 11/25/2009 | Plaintiffs, Robert Orlando's and Lisa Orlando's, Objections and Responses to Defendants' First Set of Interrogatories to Plaintiffs in Germano et al v. Taishan Gypsum Co. Ltd. et al |
| 1/20/2010 | Plaintiffs, Robert Orlando's and Lisa Orlando's, Supplemental Responses to Defendants' First Request for Production of Documents in Germano et al vs Taishan Gypsum Co Ltd., et al |
| 1/20/2010 | Plaintiffs, William Morgan's and Deborah Morgan's, Supplemental Responses to Defendants' First Request for Production to Plaintiffs |
| 1/20/2010 | Plaintiffs, Joseph Leach's and Cathy Leach's, Supplemental Responses to Defendants' First Request for Production to Plaintiffs |
| 1/20/2010 | Plaintiffs, Steven Heischober's and Elizabeth Heischober's Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 1/20/2010 | Plaintiffs, Jerry P. Baldwin's and Inez P. Baldwin's Supplemental Responses to Defendants' First Request for Production of Documents in Germano et al vs Taishan Gypsum Co Ltd et al |
| 1/21/2010 | Plaintiffs, J. Frederick Michaux's and Vannessa Michaux's, Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 1/21/2010 | Plaintiffs, Preston McKellar's and Rachel McKellar's, Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 1/21/2010 | Plaintiffs, Jerry P. Baldwin's and Inez P. Baldwin's, Second Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 1/21/2010 | Plaintiffs, Robert Orlando's and Lisa Orlando's, Second Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 2/16/2010 | Plaintiffs, Steven Heischober's and Elizabeth Heischober's, Second Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 2/17/2010 | Plaintiffs, Steven Heischober's and Elizabeth Heischober's, Third Supplemental Responses to Defendants' First Request for Production to Plaintiffs in Germano et al vs Taishan Gypsum Co Ltd et al |
| 2/19/2010 | SUPPLEMENTAL Discovery Answers to DLC RFPs in Hernandez et al vs Knauf Gips KG et al |
| 2/19/2010 | SUPPLEMENTAL Discovery Answers to DLC Interrogatories in Hernandez et al vs Knauf Gips KG et al |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
| --- | --- |
| 2/22/2010 | Plaintiffs' Responses to KPT's Interrogatories and Requests for Production of Documents in Hernandez et al vs Knauf Gips KG et al |
| 2/24/2010 | Plaintiff's Supplemental Responses to KPT's Interrogatories and Requests for Production of Documents in Hernandez et al vs Knauf Gips KG et al |
| 3/1/2010 | Plaintiff's 2nd Supplemental Response to KPT's Interrogatories and Requests for Production in Hernandez et al vs Knauf Gips KG et al |
| 3/15/2010 | Plaintiff's Third Supplemental Responses to KPT's Interrogatories and Requests for Production in Hernandez et al vs Knauf Gips KG et al |
| 5/19/2010 | Plaintiffs' Answers to First Set of RFP |
| 5/19/2010 | Plaintiffs' Answers to First Set of Interrogatories |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Mitchell Co Inc vs Knauf Gips KG et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Vickers et al vs Knauf Gips KG et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin)Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Whitfield vs Knauf Gips KG et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Gross et al vs Knauf Gips KG et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Lebron et al vs Breezes at Galloway Inc et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Produciton of Documents to Plaintiffs in Payton, Sean et al vs Knauf Gips KG et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Louisiana State vs Knauf Gips KG et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Rogers et al vs Knauf Gips KG et a |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Francis, Timothy et al vs Great Northern Insurance Co et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin)Co., Ltd.'s First Request for Production of Documents to Plaintiffs in D R Horton Inc Gulf Coast vs Interior Exterior Building Supply LP et al |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Candela, Hilario F et al vs Knauf Plasterboard Tianjin Co Ltd |
| 12/30/2010 | Plaintiffs' Responses to Knauf Plasterboard (Tianjin) Co., Ltd.'s First Request for Production of Documents to Plaintiffs in Foret, Kimber & Ryan A et al vs Knauf Gips KG et al |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
|---|---|
| 12/30/2010 | Plaintiff Steering Committee's Responses to Defendants' First Set of Interrogatories to Plaintiffs and Defendants' Steering Committee's First Request for Production to Plaintiffs |
| 1/26/2011 | Plaintiffs' Steering Committee's Responses to Defendants' Second Set of Interrogatories and Request for Production of Documents to All Plaintiffs |
| 2/8/2011 | Objections and Responses of Plaintiffs, Byron Byrne and Debra Byrne, to Defendants' Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 2/8/2011 | Plaintiffs' Donald and Marcelyn Puig's Objections and Responses to Defendants' Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |
| 2/8/2011 | Objections and Responses of Plaintiffs, Byron Byrne and Debra Byrne, to Defendants' Amended Second Set of Interrogatories |
| 2/8/2011 | Plaintiffs Edward and Susan Beckendorf's Objections and Responses to Defendants' Amended Second Set of Interrogatories |
| 2/9/2011 | Plaintiffs' Donald and Marcelyn Puig's Objections and Responses to Defendants' Amended Second Set of Request for Production of Documents |
| 2/9/2011 | Plaintiffs' Edward and Susan Beckendorf's Objections and Responses to Defendants' Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 2/15/2011 | Objections and Responses of Plaintiffs, Byron and Debra Byrne, to Interior Exterior's First Set of Interrogatories and Request for Production to Plaintiffs (Class Representatives) in Payton, Sean et al vs Knauf Gips KG et al |
| 2/15/2011 | Plaintiffs Donald and Marcelyn Puig's Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 2/15/2011 | Plaintiffs Edward and Susan Beckendordf's, Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 2/15/2011 | Plaintiffs, Dean and Dawn Amato's, Objections and Responses to Defendant, Interior Exterior's First Set of Interrogatories and Requests for Production in Silva, Stephen et al vs Arch Insurance Co et al |
| 2/15/2011 | Plaintiffs', Dean and Dawn Amato's, Objections and Responses to Defendant's Knauf Plasternboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Request for Production of Documents in Silva, Stephen et al vs Arch Insurance Co et al |
| 2/15/2011 | Plaintiffs', Dean and Dawn Amato's, Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Interrogatories in Silva, Stephen et al vs Arch Insurance Co et al |
| 2/17/2011 | Plaintiff, Felix Diaz's, Objections and Responses to Defendants' Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
|---|---|
| 2/17/2011 | Plaintiff, Felix Diaz's, Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 2/17/2011 | Plaintiff, Felix Diaz's, Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 2/28/2011 | Plaintiff, Jason Santiago's, Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 2/28/2011 | Plaintiff, Jason Santiago's, Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 2/28/2011 | Plaintiff, Karin Vickers', Objections and Responses to Defenadnt's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 2/28/2011 | Plaintiff, Karin Vickers', Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 2/28/2011 | Plaintiff, Jason Santiago's, Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd.'s ("KPT") Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |
| 2/28/2011 | Plaintiff, Karin Vickers', Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |
| 3/1/2011 | Plaintiff, Dr. Steven Roberts', Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |
| 3/1/2011 | Plaintiffs', Felix and Jennifer Martinez's, Objections and Responses to Defendants' Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |
| 3/1/2011 | Plaintiff, Dr. Steven Roberts', Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 3/1/2011 | Plaintiff, Dr. Steven Roberts', Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/1/2011 | Plaintiffs', Felix and Jennifer Martinez's, Objections and Responses to Defendants' Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 3/1/2011 | Plaintiffs, Felix Martinez and Jennifer Martinez's, Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
|---|---|
| 3/4/2011 | Plaintiffs Donald and Marcelyn Puig's Supplemental Objections and Responses to Defendant's, Knauf, Amended Second Set of Request for Production of Documents in Payton, Sean et al vs Knauf Gips KG et al |
| 3/4/2011 | Plaintiffs', Byron Byrne and Debra Byrne, Amended and Supplemental Objections and Responses to Defendant's, Knauf, Amended Second Set of Interrogatories in Payton, Sean et al vs Knauf Gips KG et al |
| 3/4/2011 | Plaintiffs', Dean and Dawn Amato's, Amended Objections and Responses to Defendant's Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") Amended Second Set of Interrogatories in Silva, Stephen et al vs Arch Insurance Co et al |
| 3/15/2011 | Plaintiffs' Responses To Interior Exterior's Second Set of Interrogatories and Requests For Production To Plaintiffs (Class Representatives) |
| 3/16/2011 | Plaintiffs, Donald and Marcelyn Puig's, Amended and Supplemental Objections and Responses to Defendant Interior and Exterior's First Set of Interrogatories and Request for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/16/2011 | Plaintiffs, Byron and Debra Byrne's, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/16/2011 | Plaintiffs, Edward and Susan Beckendorf's, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/16/2011 | Plaintiffs, Dean and Dawn Amato, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/16/2011 | Plaintiffs, Donald and Marcelyn Puig's, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Interior Exterior Building Supply LP |
| 3/16/2011 | Plaintiffs, Byron and Debra Byrne's, Amended and Supplemental Objections and Responses to Defendant Interior and Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Interior Exterior Building Supply LP |
| 3/16/2011 | Plaintiffs, Byron and Debra Byrne's, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Interior Exterior Building Supply LP |
| 3/16/2011 | Plaintiffs, Edward and Susan Beckendorf's, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Interior Exterior Building Supply LP |
| 3/16/2011 | Plaintiffs, Dean and Dawn Amato, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
|---|---|
| 3/16/2011 | Plaintiffs, Edward and Susan Beckendorf's, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Interior Exterior Building Supply LP |
| 3/16/2011 | Plaintiffs, Dean and Dawn Amato, Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Interior Exterior Building Supply LP |
| 3/30/2011 | Plaintiff, Felix Diaz's, Amended and Supplemental Objections and Responses to Defendant, Interior and Exterior's, First Set of Interrogatories and Requests for Production in Vickers et al vs Knauf Gips KG et al |
| 3/30/2011 | Plaintiff, Felix Diaz's, Amended and Supplemental Objections and Responses to Defendant, Interior Exterior's First Set of Interrogatories and Requests for Production in Vickers et al vs Knauf Gips KG et al |
| 3/30/2011 | Plaintiff, Karin Vickers' Amended and Supplemental Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/30/2011 | Plaintiff, Dr. Steven Roberts' Amended and Supplemental Objections and Responses to Defendant, Interior Exterior's First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 3/30/2011 | Plaintiffs, Felix Martinez and Jennifer Martinez's Amended and Supplemental Objections and Responses to Defendant, Interior Exterior's, First Set of Interrogatories and Requests for Producton in Payton, Sean et al vs Knauf Gips KG et al |
| 3/30/2011 | Plaintiff, Jason Santiago's, Amended and Supplemental Objections and Responses to Defendant, Interior Exterior's First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 4/12/2011 | Plaintiffs, Dean & Dawn Amato, Second and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Requests for Production in Payton, Sean et al vs Knauf Gips KG et al |
| 4/12/2011 | Plaintiffs, Dean & Dawn Amato, Second Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Arch Insurance Co et al |
| 4/12/2011 | Plaintiffs, Dean & Dawn Amato, Second Amended and Supplemental Objections and Responses to Defendant Interior Exterior's First Set of Interrogatories and Request for Production in Silva, Stephen et al vs Arch Insurance Co et al |
| 4/27/2011 | Plaintiff Steering Committee's Responses to Defendant Banner Supply Company's Interrogatories and Requests for Production of Documents to all Plaintiffs Designated as Fact Witnesses for Class Certification |
| 4/27/2011 | Plaintiff Steering Committee's Responses to Defendants' First Set of Interrogatories and Requests for Production of Documents to all Plaintiffs Designated as Fact Witnesses |
| 8/23/2012 | New Orleans Area Habitat for Humanity, Inc.'s Responses and Objections to Notice of 30(b)(6) Deposition of New Orleans Area Habitat for Humanity, Inc. by INEX |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Responded to by PSC/Plaintiffs

| Date | Discovery Response |
| --- | --- |
| 9/7/2012 | Plaintiff's Responses to Interior Exterior's First Request for Production to November 2012 Trial Plaintiff, Beryl Mundee |
| 9/7/2012 | Plaintiffs' Response to Interior Exterior's First Request for Production to November 2012 Trial Plaintiffs, Johnny and Rachelle Blue |
| 9/7/2012 | Plaintiff's Responses to Interior Exterior's First Set of Interrogatories to November 2012 Trial Plaintiff, Beryl Mundee |
| 9/7/2012 | Plaintiffs' Responses to Interior Exterior's First Set of Interrogatories to November 2012 Trial Plaintiff, Johnny and Rachelle Blue |
| 9/11/2012 | Plaintiff's Responses to Interior Exterior's First Set of Interrogatories to November 2012 Trial Plaintiff, Marie B. Seiler |
| 9/11/2012 | Plaintiff's Responses to Interior Exterior's First Request for Production to November 2012 Trial Plaintiff, Marie Seiler |
| 9/12/2012 | Plaintiff's Responses to Interior Exterior's First Set of Interrogatories to November 2012 Trial Plaintiff, August Thomas Mora |
| 9/12/2012 | Plaintiffs' Responses to Interior Exterior's First Set of Interrogatories to November 2012 Trial Plaintiffs, Chris and Julie Lea |
| 9/12/2012 | Plaintiffs' Responses to Interior Exterior's First Set of Interrogatories to November 2012 Trial Plaintiffs, David and Cheryl Gross |
| 9/12/2012 | Plaintiff's Responses to Interior Exterior's First Request for Production to November 2012 Trial Plaintiff, August Thomas Mora |
| 9/12/2012 | Plaintiffs' Responses to Interior Exterior's First Request for Production to November 2012 Trial Plaintiffs Chris and Julie Lea |
| 9/12/2012 | Plaintiffs' Responses to Interior Exterior's First Request for Production to November 2012 Trial Plaintiffs David and Cheryl Gross |
| 10/1/2012 | Plaintiffs', Johnny and Rachelle Blue, Responses to Interior Exterior's Second Request for Production |
| 10/1/2012 | Plaintiffs', David and Cheryl Gross, Responses to Interior Exterior's Second Request for Production |
| 10/1/2012 | Plaintiff's Responses to Interior Exterior's Second Request for Production to November 2012 Trial Plaintiff Beryl Mundee<br>Document Production: Mundee 0000001-Mundee 0000009 |
| 10/26/2012 | Plaintiffs' Supplemental Responses to Interior/Exterior Building Supply, LP Liability Document Discovery Requests |

**EXHIBIT 12 to Declaration of Russ M. Herman and Arnold Levin**