# In Re: Chinese-Manufactured Drywall, MDL 2047
# FOIA Requests Made by PSC/Plaintiffs

|    | Jurisdiction | Dates | Request Made To: |
|----|--------------|-------|------------------|
| 1  | Federal | 8/25/2009<br>10/19/2009 (follow-up)<br>12/8/2009 (follow-up)<br>2/3/2010 (follow-up) | Centers for Disease Control |
| 2  | Federal | 7/17/2009<br>7/20/2009<br>8/30/2011<br>12/8/2011 (appeal)<br>1/15/2012 (follow-up)<br>2/10/2012<br>3/12/2012 (waiver request)<br>4/27/2012 | United States Consumer Product Safety Commission |
| 3  | Federal | 8/25/2009 | United States Environmental Protection Agency |
| 4  | Federal | 8/11/2010 | United States Department of State |
| 5  | Florida | 7/17/2009<br>7/20/2009 | Florida Department of Financial Services<br>Division of State Fire Marshall |
| 6  | Florida | 2/10/2009<br>7/8/2009 | Florida Department of Health |
| 7  | Louisiana | 8/4/2009 | Louisiana Department of Economic Development |
| 8  | Louisiana | 8/4/2009 | Louisiana Department of Environmental Quality |
| 9  | Louisiana | 8/4/2009<br>10/13/2009 | Louisiana Department of Health and Hospitals |
| 10 | Louisiana | 8/4/2009 | Louisiana Department of Justice |

**EXHIBIT 13 to Declaration of Russ M. Herman and Arnold Levin**