Home » Newsroom » Media Releases

# Senators press Chinese company to take care of American consumers

Feb 26, 2014

**WASHINGTON, D.C.** - Half a dozen U.S. senators have joined Florida's Bill Nelson in urging a Chinese drywall manufacturer to pay for the damage caused by its product that ended up in Sunshine State homes.

Nelson, a Florida Democrat, has been at the forefront of a battle against several Chinese companies that supplied builders in a number of states during the U.S. housing boom.  Florida was one of the states hit hardest with drywall problems.

Last week, the third-term lawmaker began circulating a letter among some of his colleagues in the Senate.  The letter presses one of the major Chinese drywall companies, Taishan Gypsum, to settle with builders and homeowners in the wake of a recent federal appeals court ruling affirming U.S. jurisdiction in the matter.

"On behalf of thousands of Americans that continue to deal with the effects of problem Chinese drywall, we again write to urge you to reach a fair and just settlement," the letter to Taishan Gypsum says.

As has been reported by The Bradenton Herald and other media outlets, Taishan has already been ordered by a federal appeals court to pay $2.7 million to seven Virginia homeowners for damages resulting from the company's drywall. The drywall emits a foul odor and corrodes electrical wiring, plumbing and other metal components in homes.

The bipartisan group of lawmakers who signed the letter are Sens. Nelson (D-FL), Marco Rubio (R-FL), Mary Landrieu (D-LA), David Vitter (R-LA), Mark Warner (D-VA), Tim Kaine (D-VA), and Mark Pryor (D-AR).

They want to see Taishan pay for defective drywall replacement, among other costs incurred by homeowners.  So far, one other Chinese company, Knauf Plasterboard Tianjin, has created a fund to pay for repairing about 5,200 properties largely in Florida, Mississippi, Louisiana and Alabama.

<u>Following is a copy of the senators' letter:</u>


February 26, 2014

Mr. Jia Tongchun
General Manager and Chairman of the Board of Directors
Taishan Gypsum Company, Limited
Tai'an City, Shandong Province, China 271026
c/o Mr. Joe Cyr, Hogan Lovells, LLP

Dear Mr. Jia:

On behalf of thousands of Americans that continue to deal with the effects of problem Chinese drywall, we again write to urge you to reach a fair and just settlement with the homeowners impacted by products

**EXHIBIT 14 to Declaration of Russ M. Herman and Arnold Levin**

produced by Taishan Gypsum and Tai'an Taishan Plasterboard (the "Taishan Entities").

To date, your company has refused to negotiate with homeowners or appear to defend lawsuits in United States courts. On May 11, 2010, the United States District Court for the Eastern District of Louisiana entered a default judgment against your company, and awarded damages to a number of impacted homeowners. Your company then appealed this default judgment to the United States Court of Appeals for the Fifth Circuit. On January 28, 2014, a three-judge panel on the Fifth Circuit unanimously affirmed the District Court's default judgment.

While we respect your company's right to avail itself of the review opportunities offered by U.S. courts – rights that American homeowners lack in the Chinese judicial system – we again urge you to immediately follow the lead of one of your fellow companies, Knauf Plasterboard Tianjin (KPT).

In December 2011, KPT reached a settlement with homeowners and established a fund to facilitate remediation of impacted homes and make homeowners whole. Remediation on those homes is now proceeding. Now is the time for the Taishan Entities to join these efforts, stand behind their products, and establish a remediation fund to make impacted homeowners whole.

Sincerely,

Bill Nelson
United States Senator

Marco Rubio
United States Senator

Mary L. Landrieu
United States Senator

David Vitter
United States Senator

Mark Warner
United States Senator

Tim Kaine
United States Senator

Mark Pryor
United States Senator

###

**EXHIBIT 14 to Declaration of Russ M. Herman and Arnold Levin**