# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|    | Deponent Name | Depo Date | Identity | Case and Venue |
|----|---|---|---|---|
| 1. | Abadi, Salomon | 10/19/2009 | La Suprema Enterprise, Inc. | MDL 2047 |
| 2. | Acks, Kenneth | 2/2/2010 - 2/3/2010 | Plaintiff Expert in Germano | *Germano v. Taishan* MDL 2047 |
| 3. | Alexander, James Martin | 12/22/2011 | Delmar International (Delmar Logistics Inc) | *Germano v. Taishan* MDL 2047 |
| 4. | Amato, Dawn | 4/13/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 5. | Amato, Dean | 4/13/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 6. | Arbuckle, Bertrand | 10/13/2010 | Anco Insurance | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 7. | Bailey, Ronald B. | 2/2/2010 | Plaintiff Expert in Environmental Control Systems | *Germano v. Taishan* MDL 2047 |
| 8. | Bailey, Ronald B. | 3/11/2010 | Plaintiff Expert in Environmental Control Systems | *Hernandez v. Knauf* MDL 2047 |
| 9. | Bailey, Ronald B. | 6/1/2010 | Plaintiff Expert in Environmental Control Systems | *Payton v. Knauf* *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 10. | Barnett, Jonathan R. | 2/12/2010 | Plaintiff Expert in Fire Protection Engineering | *Germano v. Taishan* MDL 2047 |
| 11. | Beckendorf, Edward | 4/12/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 12. | Beckendorf, Susan | 4/12/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 13. | Beyler, Craig L. | 3/12/2010 | Defense Expert in Fire Protection Engineering | *Hernandez v. Knauf* MDL 2047 |
| 14. | Beyler, Craig L. | 6/9/2010 | Defense Expert in Fire Protection Engineering | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 15. | Bidigare, Susan | 5/2/2011 | Florida Class Rep | MDL 2047 |
| 16. | Billiot, Chris | 10/5/2012 | Non-Appearance | MDL 2047 |
| 17. | Blue, Johnny | 9/12/2012 | (LA) Trial Plaintiff - InEx/North River | MDL 2047 |
| 18. | Blue, Rachelle | 9/12/2012 | (LA) Trial Plaintiff - InEx/North River | MDL 2047 |
| 19. | Bollenberg, Angela | 2/28/2013 | Plaintiff | *Bollenberg v. Venture Supply*; MDL 2047 |

1

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|     | **Deponent Name** | **Depo Date** | **Identity** | **Case and Venue** |
| --- | --- | --- | --- | --- |
| 20. | Bollenberg, Craig | 2/28/2013 | Plaintiff | *Bollenberg v. Venture Supply*; MDL 2047 |
| 21. | Brennan, Brian J. | 9/24/2010 | NGM Insurance Company | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 22. | Burke, Kelly | 4/6/2011 | InEx | MDL 2047 |
| 23. | Bush, John | 10/16/2012 | Titan Drywall Inc (Installing Residential Drywall) | MDL 2047 |
| 24. | Byrne, Byron | 4/15/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 25. | Byrne, Debra | 4/15/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 26. | Campbell, Jon | 5/25/2010 | Plaintiff | *Payton v. Knauf*; *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 27. | Canzoneri, Raymond | 3/10/2010 | Defense Expert in Electrical Engineering | *Hernandez v. Knauf* MDL 2047 |
| 28. | Caravanos, Jack | 2/12/2010 | Plaintiff Expert in XRF | *Germano v. Taishan* MDL 2047 |
| 29. | Carlisle, Aaron Brandon | 10/19/2012 | InEx | MDL 2047 |
| 30. | Carubba, Roy M. | 3/11/2010 | Defense Expert in Civil Engineering | *Hernandez v. Knauf* MDL 2047 |
| 31. | Case, Ronald | 5/3/2011 | Florida Fact Witness | MDL 2047 |
| 32. | Casey, Aprille Chauffe | 4/6/2011 | InEx Employee | MDL 2047 |
| 33. | Che, Gang | 1/11/2012 - 1/12/2012 | Taishan Gypsum Co., Ltd. (TG); Taian Taishan Plasterboard Co. | MDL 2047 |
| 34. | Christovich, Jamie | 4/28/2011 | Ryan Renovation - InEx | MDL 2047 |
| 35. | Clement, Mary Celeste | 5/21/2010 | Plaintiff | *Clement v. KPT* MDL 2047 |
| 36. | Clement, Paul | 5/21/2010 | Plaintiff | *Clement v. KPT* MDL 2047 |
| 37. | CNBM (USA) Corp | 2/22/2012 | CNBM (Witness did not appear) | *Germano v. Taishan* MDL 2047 |

2

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

## In Re: Chinese-Manufactured Drywall, MDL 2047
## Common Benefit Depositions and/or Trial Testimony

|     | Deponent Name | Depo Date | Identity | Case and Venue |
|-----|---------------|-----------|----------|----------------|
| 38. | Coates, Rosemary | 10/30/2012 | Plaintiff Expert in Global Supply Chain | MDL 2047 |
| 39. | Coon, Hubert Michael | 9/15/2010 | Mid-Continent Casualty Company | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* <br> MDL 2047 |
| 40. | Cotlar, Sydney | 5/3/2011 | Louisiana Class Rep | MDL 2047 |
| 41. | Crespo, Ricardo | 10/8/2012 | NOAHH Homeowner (Trial Plaintiffs) | MDL 2047 |
| 42. | Davies, Mark J. | 5/20/2010 | Construction Consultant with FTI Consulting | *Seifart v. Knauf Gips* |
| 43. | Deane, Lois | 4/28/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 44. | Deane, Robert | 4/29/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 45. | Diaz, Felix | 4/4/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 46. | Driskill, Brent | 6/9/2010 | Inspector | *Hernandez v. Knauf*; *Campbell v. KPT*; *Clement v. KPT* <br> MDL 2047 |
| 47. | Evans, Jamie L. | 5/3/2011 | Louisiana Class Rep | MDL 2047 |
| 48. | Fournier, Keith | 10/25/2012 | Plant Manager for US Gypsum in New Orleans | MDL 2047 |
| 49. | Froehlich, Oliver | 9/20/2010 - 9/21/2010 | Knauf Gips | MDL 2047 |
| 50. | Fu, Tinghuan | 1/10/2012 | Taishan Gypsum & Taian Taishan Plasterboard | MDL 2047 |
| 51. | Fudong, Zhang | 8/10/2011 | KPT | MDL 2047 |
| 52. | Fuselier, Bruce | 3/9/2010 | Defense (Knauf) Expert - Corrosion in Plumbing | *Hernandez v. Knauf* <br> MDL 2047 |
| 53. | Fuselier, Bruce | 6/8/2010 | Defense (Knauf Expert) - Corrosion in Plumbing | *Campbell v. KPT*; *Clement v. KPT* <br> MDL 2047 |
| 54. | Gallaher, Robert | 5/17/2010 | Real Estate Appraiser | *Seifart v. Knauf Gips* <br> MDL 2047 |
| 55. | Galleon, Rebecca | 3/2/2011 | InEx | MDL 2047 |
| 56. | Galler, Donald | 1/22/2010 | Plaintiff Expert in Electrical Engineering | *Germano v. Taishan* <br> MDL 2047 |
| 57. | Galler, Donald | 3/6/2010 | Plaintiff Expert in Electrical Engineering | *Hernandez v. Knauf* <br> MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|     | Deponent Name | Depo Date | Identity | Case and Venue |
|-----|---|---|---|---|
| 58. | Galler, Donald | 6/3/2010 | Plaintiff Expert in Electrical Engineering | *Payton v. Knauf*; *Campbell v. KPT*; *Clement v. KPT* <br> MDL 2047 |
| 59. | Gammage, Daniel | 5/2/2011 | Plaintiff in InEx/North River | MDL 2047 |
| 60. | Garcia, Ronnie | 11/1/2012 | Objector to the Global Settlement | MDL 2047 |
| 61. | Garcia, William | 10/2/2012 | General Contractor - InEx/North River | MDL 2047 |
| 62. | Geary, Clayton | 2/5/2010 | InEx | MDL 2047 |
| 63. | Geary, Clayton | 10/1/2012 | InEx | MDL 2047 |
| 64. | Geary, James | 2/5/2010 | InEx | MDL 2047 |
| 65. | Geary, James | 10/1/2012 | InEx | MDL 2047 |
| 66. | Goad, Phillip | 2/8/2010 | Defense Expert in Toxicology | *Germano v. Taishan* <br> MDL 2047 |
| 67. | Gonima, Ivan | 12/13/2011 | Best Sunshine Services, LLC | *Germano v. Taishan* <br> MDL 2047 |
| 68. | Gonima, Ivan | 2/14/2012 | Best Sunshine Services, LLC | *Germano v. Taishan* <br> MDL 2047 |
| 69. | Gonzalez, Roman | 10/10/2012 | INEX | MDL 2047 |
| 70. | Gonzalez, Vincent | 10/2/2012 | Non-Appearance | MDL 2047 |
| 71. | Grab, John, T. III | 5/11/2010 | Home One Homes | MDL 2047 |
| 72. | Gref, Anthony Dwayne | 10/3/2012 | Folgers Division; Gref Construction LLC | MDL 2047 |
| 73. | Gregory, David | 9/13/2011 - 9/14/2011 | Knauf Plasterboard Wuhu | MDL 2047 |
| 74. | Gridley, Juliet | 1/4/2013 | Defense Expert | *Berry v. Overlook Point; Page v. Overlook Point; Wood v. Overlook Point* <br> MDL 2047 |
| 75. | Gross, Cheryl | 8/24/2012 | Plaintiff in INEX/North River | MDL 2047 |
| 76. | Gross, David | 8/24/2012 | Plaintiff in INEX/North River | MDL 2047 |
| 77. | Grundke, Manfred Norbert | 12/15/2010 | Knauf | MDL 2047 |
| 78. | Guerra, Joseph | 10/19/2012 | InEx | MDL 2047 |
| 79. | Gunn, John | 7/22/2011 | Guardian Building Products Distribution, Inc. | MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|  | **Deponent Name** | **Depo Date** | **Identity** | **Case and Venue** |
|---|---|---|---|---|
| 80. | Gutierrez, Armando | 9/15/2011 | Mandy's Drywall | *Seifart v. Banner*; *Banner v. Knauf* 11th Judicial Cir. Ct. Florida |
| 81. | Halbach, Martin | 7/27/2011 | Knauf | MDL 2047 |
| 82. | Halbach, Martin | 6/8/2011 - 6/9/2011 | Knauf | MDL 2047 |
| 83. | Hammell, Robert | 10/17/2012 | Miramon Construction Co - InEx/North River | MDL 2047 |
| 84. | Hannam, Richard | 2/14/2011 | Wood Nation | MDL 2047 |
| 85. | Hannam, Richard | 2/13/2012 | Wood Nation | MDL 2047 |
| 86. | Hargrove, Linda | 5/2/2011 | Louisiana Class Rep | MDL 2047 |
| 87. | Hartenstein, Mark | 3/9/2010 | Defense Expert for Knauf - Electrician | *Hernandez v. Knauf* MDL 2047 |
| 88. | Hartenstein, Mark | 6/11/2010 | Defense Expert for Knauf - Electrician | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 89. | Heider, Kurt | 10/25/2012 | Knauf | MDL 2047 |
| 90. | Hernandez, Charlene M. | 3/5/2010 | Plaintiff | *Hernandez v. Knauf* MDL 2047 |
| 91. | Hernandez, Tatum B. | 3/5/2010 | Plaintiff | *Hernandez v. Knauf* MDL 2047 |
| 92. | Householder, Jerry | 6/16/2010 | Defense Expert for Knauf in Construction and Engineering | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 93. | Householder, Jerry | 5/24/2011 | Defense Expert for Knauf in Construction and Engineering | *Payton v. Knauf* (Class Cert.) *Vickers v. Knauf* (Class Cert.) MDL 2047 |
| 94. | Hummel, Hans Ulrich | 6/29/2011 | Knauf GIPS KG | MDL 2047 |
| 95. | Hummel, Hans Ulrich | 10/19/2010-10/20/2010 | Knauf GIPS KG | MDL 2047 |
| 96. | Ingenillem, Hans Peter | 7/25/2011 - 7/26/2011 | Knauf Group | MDL 2047 |
| 97. | Jia, Tongchun | 1/9/2012 - 1/10/2012 | Taishan Gypsum and Taian Taishan Plasterboard | MDL 2047 |
| 98. | Jia, Tongchun | 4/4/2011 - 4/5/2011 | Taishan Gypsum and Taian Taishan Plasterboard | MDL 2047 |
| 99. | Joseph, Don | 9/25/2012 | INEX | MDL 2047 |
| 100. | Kaplan, Wayne | 10/29/2012 | Objector to Banner Settlement | MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|      | **Deponent Name**      | **Depo Date**            | **Identity**                                  | **Case and Venue**                                                                                                                         |
|------|------------------------|--------------------------|-----------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------|
| 101. | Knauf, Baldwin         | 7/21/2011 - 7/22/2011    | Knauf                                         | MDL 2047                                                                                                                                   |
| 102. | Knauf, Isabel          | 12/7/2010 - 12/8/2010    | Knauf Gips                                    | MDL 2047                                                                                                                                   |
| 103. | Kornman, Christopher   | 6/10/2010                | Springhill, LLC                               | *Campbell v. KPT*; *Clement v. KPT* <br> MDL 2047                                                                                          |
| 104. | Kostal, Richard        | 10/17/2012               | Bailey Lumber & Supply - InEx/North River     | MDL 2047                                                                                                                                   |
| 105. | Krantz, Bradley D.     | 6/2/2010                 | Plaintiff Expert in Corrosion                 | *Payton v. Knauf*; *Campbell v. KPT*; *Clement v. KPT* <br> MDL 2047                                                                       |
| 106. | Krantz, Bradley D.     | 3/5/2010                 | Plaintiff Expert in Corrosion                 | *Hernandez v. Knauf* <br> MDL 2047                                                                                                         |
| 107. | LeBlanc, Casey         | 10/10/2012               | NOAHH Homeowner (Trial Plaintiffs)            | MDL 2047                                                                                                                                   |
| 108. | Lee, Richard J.        | 3/11/2010                | Defense Expert for Knauf in Corrosion         | *Hernandez v. Knauf* <br> MDL 2047                                                                                                         |
| 109. | LeMay, Elizabeth       | 4/28/2011                | Florida Plaintiff; Class Cert.                | MDL 2047                                                                                                                                   |
| 110. | Lemm, Glenn            | 10/24/2012               | Lemm Drywall                                  | MDL 2047                                                                                                                                   |
| 111. | Lingafelter, Vicki     | 9/16/2010                | State Compliance Analyst for Mid-Continent    | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* <br> MDL 2047            |
| 112. | Lopilato, Kathleen     | 9/16/2010                | Auto Owners Insurance Co                      | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* <br> MDL 2047            |
| 113. | Loufty, Tarek          | 5/2/2011                 | Florida Plaintiff                             | MDL 2047                                                                                                                                   |
| 114. | Lundquist, Victoria    | 9/16/2010                | State Compliance Analyst for Mid-Continent    | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* <br> MDL 2047            |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|  | Deponent Name | Depo Date | Identity | Case and Venue |
|---|---|---|---|---|
| 115. | Lyon, Edward G. | 2/4/2010 | Plaintiff Expert in evaluation and resolution of moisture vapor problems in residential and high performance building envelopes | *Germano v. Taishan* MDL 2047 |
| 116. | Mallet, Alexis | 6/14/2010 | PSC Expert on Cost and Scope of Remediation | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 117. | Mallet, Alexis Jr. | 3/9/2010 | PSC Expert on Cost and Scope of Remediation | *Hernandez v. Knauf* MDL 2047 |
| 118. | Maloney, David J. | 3/3/2010 | PSC Expert in Personal Property Appraisal | *Hernandez v. Knauf* MDL 2047 |
| 119. | Martinez, Felix | 4/7/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 120. | Martinez, Jenny | 4/7/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 121. | Marye, Robert | 10/10/2012 | NOAHH Homeowner - InEx/North River | MDL 2047 |
| 122. | Matulenas, Elizabeth | 2/28/2013 | Plaintiff | *Matulenas v. Venture Supply;* MDL 2047 |
| 123. | Matulenas, Joseph | 2/28/2013 | Plaintiff | *Matulenas v. Venture Supply;* MDL 2047 |
| 124. | Mazer, Michael A. | 1/29/2010 | Mazer Super Discount Store | MDL 2047 |
| 125. | McCay, Robert | 9/25/2012 | InEx | MDL 2047 |
| 126. | McErnery, Peter | 6/18/2010 | McErnery Company | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 127. | Meade, Gary | 4/5/2011 | InEx | MDL 2047 |
| 128. | Mezzenga, John | 10/4/2012 | Stock Building Supply | MDL 2047 |
| 129. | Milinovich, Gina | 4/1/2010 | Black Bear Gypsum | MDL 2047 |
| 130. | Mishra, Sanjay | 2/27/2013 | Radco, Inc. | MDL 2047 |
| 131. | Montgomery, Dale Raymond | 10/14/2010 | Montgomery Agency, Inc. | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 132. | Mora, August Thomas Jr. | 9/20/2012 | Plaintiff (Trial) | MDL 2047 |
| 133. | Morgan, Rogchelle | 10/24/2012 | NOAHH Homeowner; Plaintiff (Trial) | MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|  | **Deponent Name** | **Depo Date** | **Identity** | **Case and Venue** |
|---|---|---|---|---|
| 134. | Morse, Roger G. | 1/26/2010 | Defense Expert in Industrial Hygiene | *Germano v. Taishan* MDL 2047 |
| 135. | Mundee, Beryl | 9/14/2012 | Plaintiff (Trial) | MDL 2047 |
| 136. | Nelson, Peter | 1/21/2010 | PSC Expert in Civil Engineering | *Germano v. Taishan* MDL 2047 |
| 137. | Norris, Mark Patrick | 8/10/2011 | Knauf Dongguan Propriety Ltd.; Knauf Plasterboard Tianjin Co. | MDL 2047 |
| 138. | Norris, Mark Patrick | 11/11/2010-11/12/2010 | Knauf Dongguan Propriety Ltd.; Knauf Plasterboard Tianjin Co. | MDL 2047 |
| 139. | Norris, Scott | 9/16/2010 | Auto Owners Insurance Co | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 140. | Odom, Johnny | 10/18/2012 | Chief Building Inspector for the City of New Orleans | MDL 2047 |
| 141. | Oriental Trading | 12/2/2011 | Did not Appear / Taishan | *Germano v. Taishan* MDL 2047 |
| 142. | Pate, Jim | 9/18/2012 | NOAHH; Trial Plaintiffs | MDL 2047 |
| 143. | Pelias, Gus III | 5/6/2011 | Plaintiff | MDL 2047 |
| 144. | Peng, Shiliang | 1/11/2012 | Taishan Gypsum (TG) and Taian Taishan Plasterboard | MDL 2047 |
| 145. | Peng, Wenlong | 1/13/2012 | Taishan Gypsum (TG) and Taian Taishan Plasterboard | MDL 2047 |
| 146. | Peng, Wenlong | 4/7/2011 - 4/8/2011 | Taishan Gypsum (TG) and Taian Taishan Plasterboard | MDL 2047 |
| 147. | Perricone, Matthew J. | 6/10/2010 | Knauf Expert (Materials Science & Engineering) on Corrosion | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 148. | Perricone, Matthew J. | 6/15/2011 | Knauf Expert (Materials Science & Engineering) on Corrosion | MDL 2047 |
| 149. | Perricone, Matthew J. | 1/21/2010 | Knauf Expert (Materials Science & Engineering) on Corrosion | *Germano v. Taishan* MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|   | **Deponent Name** | **Depo Date** | **Identity** | **Case and Venue** |
|---|---|---|---|---|
| 150. | Perricone, Matthew J. | 3/18/2010 | Knauf Expert (Materials Science & Engineering) on Corrosion | *Hernandez v. Knauf* MDL 2047 |
| 151. | Peterson, Mark S. | 3/18/2011 | INEX | MDL 2047 |
| 152. | Phillips, Ray | 6/2/2010 | Beazer Homes for the State of FL | *Seifart v. Knauf Gips* MDL 2047 |
| 153. | Porter, Samuel G. | 12/16/2009-12/17/2009 | Venture Supply & Porter-Blaine | *Germano v. Taishan* MDL 2047 |
| 154. | Puig, Donald | 4/14/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 155. | Puig, Marcelyn | 4/14/2011 | Louisiana Class Rep (Silva) | MDL 2047 |
| 156. | Ramirez, Carlos | 3/20/2013 | Defendant | *Bollenberg v. Venture Supply; Matulenas v. Venture Supply* MDL 2047 |
| 157. | Redman, Veda Miller | 9/20/2012 | INEX | MDL 2047 |
| 158. | Reiss, Agnes A. | 5/15/2012 | North River Insurance Co. | *Amato v. Liberty Mutual* MDL 2047 |
| 159. | Reiss, Agnes A. | 6/12/2012 | North River Insurance Co. | *Amato v. Liberty Mutual* MDL 2047 |
| 160. | Rigamer, Gregory C. | 3/8/2010 | PSC Expert on Stigma | *Hernandez v. Knauf* MDL 2047 |
| 161. | Rios, Carlos | 12/8/2011 | Carne Construction, Corp. | *Germano v. Taishan* MDL 2047 |
| 162. | Roberts, Steven | 4/5/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 163. | Robson, Michael Anthony | 11/17/2010 | Knauf Insulation Ltd. | MDL 2047 |
| 164. | Roddewig, Richard | 6/10/2010 | Knauf Expert on Stigma | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 165. | Rojas, Noe | 1/4/2013 | Defendant | *Bollenberg v. Venture Supply; Matulenas v. Venture Supply;* MDL 2047 |
| 166. | Ronkin, Shari J. | 4/28/2011 | Florida Class Rep | MDL 2047 |
| 167. | Ruckle, Michael | 11/3/2010 | CTEH | MDL 2047 |
| 168. | Rutila, Dean A. | 6/2/2010 | PSC Expert in Civil Engineering | *Payton v. Knauf*; *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 169. | Rutila, Dean A. | 1/20/2010 | PSC Expert in Civil Engineering | *Germano v. Taishan* MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|  | **Deponent Name** | **Depo Date** | **Identity** | **Case and Venue** |
|---|---|---|---|---|
| 170. | Rutila, Dean A. | 3/5/2010 | PSC Expert in Civil Engineering | *Hernandez v. Knauf* MDL 2047 |
| 171. | Santiago, Jason | 4/6/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 172. | Sardi, Rafael | 2/9/2012 | ONYX GBH Corp. | *Germano v. Taishan* MDL 2047 |
| 173. | Sargent, Peggy | 10/6/2010 | Dwight W. Andrus Insurance Agency | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 174. | Schneider, Dan | 10/10/2010 | Protek | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 175. | Scully, John R. | 1/25/2010 | PSC Expert in Metallic corrosion and corrosion induced failure | *Germano v. Taishan* MDL 2047 |
| 176. | Sharp, William (Sandy) | 2/5/2010 | Defense (Knauf) Expert in Corrosion | *Germano v. Taishan* MDL 2047 |
| 177. | Shuler, Chris | 6/17/2010 | Shuler Construction | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 178. | Smith, Brandyn T. Sr. | 4/5/2011 | InEx | MDL 2047 |
| 179. | Smith, Melissa | 9/20/2012 | InEx | MDL 2047 |
| 180. | Soto, Saul | 10/31/2012 | Objector to the Global Settlement | MDL 2047 |
| 181. | Soto, Saul | 11/8/2012 | Objector to the Global Settlement | MDL 2047 |
| 182. | Sproles, Robert | 6/7/2010 | Defense Expert for Knauf re: levels of corrosion found | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 183. | Sproles, Robert | 6/3/2011 | Defense Expert for Knauf re: levels of corrosion found | MDL 2047 |
| 184. | Sterbcow, Arthur | 6/9/2010 | PSC Expert on Stigma | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 185. | Sterber, Darrin | 12/30/2011 | GD Distributors | *Germano v. Taishan* MDL 2047 |
| 186. | Stoltz, Ray | 10/15/2012 | Dufrene Building Materials | MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|  | Deponent Name | Depo Date | Identity | Case and Venue |
|---|---|---|---|---|
| 187. | Streit, Lori | 2/12/2010 | PSC Expert in Chemistry and Materials Failure Analysis | *Germano v. Taishan* MDL 2047 |
| 188. | Streit, Lori | 11/1/2012 | PSC Expert in Chemistry and Materials Failure Analysis | MDL 2047 |
| 189. | Stuermer, Martin | 10/15/2010 | Knauf Gips | MDL 2047 |
| 190. | Stuermer, Martin | 8/18/2010 - 8/19/2010 | Knauf Gips | MDL 2047 |
| 191. | Teal, Steven | 5/4/2011 | Plaintiff (Trial) | MDL 2047 |
| 192. | Tompkins, James A. | 11/7/2012 | Defense Expert for InEx in Global Supply Chain Consulting | MDL 2047 |
| 193. | Tonyan, Timothy D. | 11/2/2012 | Defense Expert for InEx in Gypsum, wallboard, manufacturing, testing, certification | MDL 2047 |
| 194. | Tuthill, J.C. | 2/4/2010 | PSC Expert re Damages | *Germano v. Taishan* MDL 2047 |
| 195. | Vassil, Steve R. | 10/7/2010 | Louisiana Agencies | *Pate v. American Int'l Specialty*; *Centerline Homes v. Mid-Continent*; *Northstar Holdings v. General Fidelity* MDL 2047 |
| 196. | Vickers, Karin | 4/8/2011 | Florida Class Rep (Vickers) | MDL 2047 |
| 197. | Vitela, Ernest | 11/15/2012 | Objector to the Global Settlement | MDL 2047 |
| 198. | Walsh, Robert | 6/5/2010 | Plaintiff Expert in the National Electric Code | *Campbell v. KPT*; *Clement v. KPT* MDL 2047 |
| 199. | Waronker, Lee | 5/19/2011 | PSC Expert in Stigma & Diminution of Value | MDL 2047 |
| 200. | Weiss, Joseph | 2/16/2011 | OEG Building Materials | MDL 2047 |
| 201. | Wellmeier, Wayne Jr. | 10/3/2012 | La Certified Electrical Contractor - InEx/North River | MDL 2047 |
| 202. | White, Gary Douglas | 3/25/2013 | Defense Expert | *Bollenberg v. Venture Supply*; *Matulenas v. Venture Supply*; MDL 2047 |
| 203. | Willis, Rupert L. | 9/14/2010 | FCCI Commercial Insurance Company | *Pate v. American Int'l Specialty* MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Common Benefit Depositions and/or Trial Testimony

|      | Deponent Name | Depo Date | Identity | Case and Venue |
|------|---------------|-----------|----------|----------------|
| 204. | Wilson, Donald H. Jr. | 12/12/2011 | BNBM of America, Inc. | *Germano v. Taishan* MDL 2047 |
| 205. | Wright, Ronald | 5/16/2011 | PSC Expert in Building Diagnostics Civil Engineering | MDL 2047 |
| 206. | Wright, Ronald E. | 2/9/2010 | PSC Expert in Building Diagnostics Civil Engineering | *Germano v. Taishan* MDL 2047 |
| 207. | Yang, Yongzhi (Charley) | 2/21/2012 | Stone Pride International Corporation | *Germano v. Taishan* MDL 2047 |
| 208. | Zhang, Jianchun | 4/6/2011 | Taishan Gypsum (TG) | MDL 2047 |
| 209. | Zhong, Ann | 9/12/2011 | Knauf Plasterboard Wuhu, Knauf Plasterboard Dongguan, Knauf Plasterboard Tianjin, and Knauf Plasterboard Indonesia | MDL 2047 |
| 210. | Zhong, Ann | 8/11/2011 - 8/12/2011 | Knauf Plasterboard Wuhu, Knauf Plasterboard Dongguan, Knauf Plasterboard Tianjin, and Knauf Plasterboard Indonesia | MDL 2047 |

**EXHIBIT 16 to Declaration of Russ M. Herman and Arnold Levin**