# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|   | Expert | Area of Expertise | Case | Report Dates |
|---|--------|-------------------|------|--------------|
| 1 | Kenneth Acks, President<br>Cost-Benefit Group | • Estimating economic impacts of environmental hazards upon real estate | *Germano v. Taishan*<br>*Hernandez v. Knauf* | 12/30/2009; 1/18/2010<br>3/19/2009 |
| 2 | Don Adams,<br>President<br>VIRTEXCO Corporation | • General Contractor | *Germano v. Taishan* | 12/10/2009; 2/08/2010 |
| 3 | Ronald B. Bailey<br>Bailey Engineering Corporation | • Remediation of CDW from residential structures<br>• Effects of CDW on mechanical, electrical, and other building components<br>• Related Codes and Standards | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>*Payton v. Knauf*<br>*Campbell v. KPT*<br>*Clement v. KPT* | 12/10/2009; 1/15/2010<br>1/26/2010<br>2/12/2010<br>5/21/2010<br>5/21/2010 |
| 4 | Jonathan R. Barnett<br>Fire Protection Engineer<br>Simpson, Gumpertz & Heger | • Fire Investigations<br>• Electrical Malfunctions<br>• Building codes | *Germano v. Taishan*<br>*Hernandez v. Knauf* | 12/30/2009<br>2/12/2010 |
| 5 | Jack Caravanos, Professor<br>School of Health & Sciences at Hunter College | • Environmental Health Assessment and Hazards<br>• Use of XRF Technology to confirm presence of Chinese Drywall in Plaintiffs' homes | *Germano v. Taishan* | 1/14/2010 |
| 6 | Bing Cheng<br>Partner, Int'l Practice Group<br>Zhong Lun Law Firm<br>Beijing, China | • Chinese Law<br>• Corporate Veil-Piercing | *Germano v. Taishan*<br>*Gross v. Taishan*<br>*Wiltz v. Taishan*<br>*Mitchell v. Taishan* | 5/3/2012<br>5/3/2012<br>5/3/2012<br>5/3/2012 |
| 7 | Rosemary Coates, President<br>Blue Silk Consulting | • Global Supply Chain, with expertise in the sourcing of Chinese Drywall | *Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.)<br>*North River/InEx* | 4/15/2011<br>4/15/2011<br>4/15/2011<br>9/21/2012; 10/17/2012 |
| 8 | Cook, Moore & Associates | • Real Estate Appraisers | *Campbell v. KPT* | 1/13/2010 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|   | Expert | Area of Expertise | Case | Report Dates |
|---|--------|-------------------|------|--------------|
| 9 | Scott L. Crumley<br>Crumley Group, Inc. | • Construction | *Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>*Bollenberg v. Venture Supply, Inc.*, No. CL10-8202 (4th Jud. Cir. Va.)<br>*Matulenas v. Venture Supply, Inc.*, No. CL09-6328 (4th Jud. Cir. Va.)<br>*Lawlor v. OV14, LLC*, No. CL11-0095 (4th Jud. Cir. Va.)<br>*Gale v. Manuel Development, Corp.*, No. CL10-8189 (4th Jud. Cir. Va.)<br>*Davenport v. Ralph E. Digges*, No. CL10-7351 (4th Jud. Cir. Va.) | 11/9/2012<br><br>10/5/2012<br><br>10/5/2012<br><br>10/27/2012<br><br>1/10/2013<br><br>1/15/2013<br><br>4/15/2013<br><br>1/8/2014 |
| 10 | Fadi Debbas | • Structural Engineering<br>• Cost estimates for remediation | *Germano v. Taishan* | 12/10/2009; 2/08/2010 |
| 11 | Chris Ettel<br>Founding Partner<br>VB Contractors, Inc.<br>(VB Homes) | • General Contractor | *Germano v. Taishan* | 12/11/2009; 2/08/2010 |
| 12 | Dr. James V. Feinerman<br>Georgetown University Law Center | • Chinese Law<br>• Corporate Veil-Piercing | *Germano v. Taishan*<br>*Gross v. Taishan*<br>*Wiltz v. Taishan*<br>*Mitchell v. Taishan* | 5/7/2012<br>5/7/2012<br>5/7/2012<br>5/7/2012 |
| 13 | Matthew Fields<br>Professor of Microbiology<br>Montana State University | • Contamination in CDW as compared to domestic drywall | *Germano v. Taishan* | 12/30/2009 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|    | Expert | Area of Expertise | Case | Report Dates |
|----|--------|-------------------|------|--------------|
| 14 | Donald Galler<br>Simpson Gumpertz & Heger | • Electrical Engineering, with expertise in electrical component and system failures, including switches | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>*Payton v. Knauf*<br>*Campbell v. KPT*<br>*Clement v. KPT*<br>*Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.)<br>*North River/InEx*<br>*Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.) | 12/30/2009<br>2/11/2010<br><br>5/13/2010<br>5/12/2010<br>4/12/2011<br>4/12/2011<br>4/12/2011<br>9/21/2012<br>10/8/2012<br><br>10/8/2012<br><br>10/8/2012 |
| 15 | Dr. Liu Junhai<br>Professor of Law<br>Renin University of China | • Chinese Law<br>• Corporate Veil-Piercing | *Germano v. Taishan*<br>*Gross v. Taishan*<br>*Wiltz v. Taishan*<br>*Mitchell v. Taishan* | 5/4/2012<br>5/4/2012<br>5/4/2012<br>5/4/2012 |
| 16 | Glen W. Kirby<br>Bay Shore Appraisals, Inc. | • Appraiser | *Gulledge v. Woodall*, No. CL09-5763 (4th Jud. Cir. Va.) | 4/2/2013 |
| 17 | Bradley D. Krantz<br>Corrosion Testing Laboratories | • Corrosion and Failure Analysis | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>*Payton v. Knauf*<br>*Campbell v. KPT*<br>*Clement v. KPT*<br>*Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.)<br>*North River/InEx* | 12/29/2009; 1/14/2010<br>2/16/2010<br>2/12/2010; 2/17/2010<br>5/12/2010<br>5/12/2010<br>4/15/2011<br>4/15/2011<br>4/15/2011<br>9/17/2012 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

## In Re: Chinese-Manufactured Drywall, MDL 2047
## Plaintiffs' Experts

|    | Expert | Area of Expertise | Case | Report Dates |
|----|--------|-------------------|------|--------------|
| 18 | Greg Landis<br>Foresight Business Solutions | • CPA | *Gale v. Manuel Development, Corp.*, No. CL10-8189 (4th Jud. Cir. Va.) | 2/6/2013 |
| 19 | William F. Landsea, Ph.D. | • Real Estate damages | MDL 2047 | |
| 19 | Lydia Luckevich<br>Consultant | • Chemist<br>• Gypsum Expert (gypsum production and its use in the manufacturing process) | *Germano v. Taishan* | 12/30/2009 |
| 20 | Edward G. Lyon<br>Staff Consultant<br>Simpson Gumpertz & Heger | • Design, Investigation & Rehabilitation of buildings and structures, with expertise in building science area - heat, moisture, migration through building envelope systems<br>• Evaluation and Resolution of moisture vapor problems in residential as well as high performance building envelopes | *Germano v. Taishan* | 1/15/2010 |
| 21 | Alexis Mallet, Jr.<br>First General Services of the South, Inc. | • Cost and Scope of Remediation | *Hernandez v. Knauf*<br><br>*Campbell v. KPT*<br>*Clement v. KPT* | 2/12/2010; 2/12/2010; 3/6/2010<br>5/14/2010<br>5/14/2010 |
| 22 | David J. Maloney, AOA, CM<br>Frederick Appraisal, Claims & Estate Services | • Personal Property Appraisal | *Germano v. Taishan*<br>*Hernandez v. Knauf* | 12/30/2009<br>2/12/2010 |

4

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|    | Expert | Area of Expertise | Case | Report Dates |
|----|--------|-------------------|------|--------------|
| 23 | Peter Nelson<br>Civil Engineer<br>Simpson, Gumpertz & Heger | • Electrical Component Corrosion, and HVAC coil and other copper tube corrosion<br>• Scope of necessary repair, including analysis of repair options and review of repairs currently being performed by contractors | *Germano v. Taishan*<br><br>*Hernandez v. Knauf* | 12/28/2009; 1/15/2010; 1/18/2010<br><br>2/12/2010 |
| 24 | Gregory C. Rigamer<br>GCR & Associates, Inc. | • Stigma damages | *Hernandez v. Knauf* | 2/12/2010 |
| 25 | Mark Rigler<br>MAS, LLC (Materials Analytical Services) | • Microbiology | *Germano v. Taishan* | 12/30/2009 |
| 26 | Phillip E. Russell<br>Professor<br>Science Education at Appalachian State University | • Materials Science & Engineering | *Germano v. Taishan* | 11/03/2009 |
| 27 | Dean A. Rutila<br>Civil Engineer<br>Simpson, Gumpertz and Heger | • Building Construction and Repair | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>*Payton v. Knauf*<br>*Campbell v. KPT*<br>*Clement v. KPT*<br>*North River/InEx* | 12/28/2009; 1/15/2010<br>1/18/2010<br>2/12/2010<br>5/14/2010<br>5/14/2010<br>9/21/2012; 10/17/2012 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

| | Expert | Area of Expertise | Case | Report Dates |
|---|---|---|---|---|
| 28 | John R. Scully<br>Professor of Material Science & Engineering<br>Co-Director, Center for Electrochemical Science & Engineering<br>University of Virginia | • Corrosion & Metallurgy & Materials Science | *Germano v. Taishan*<br>*Hernandez v. Knauf* | 12/30/2009; 1/18/2010<br>2/11/2010 |
| 29 | Arthur Sterbcow<br>Real Estate Broker | • Stigma damages | *Campbell v. KPT*<br>*Clement v. KPT*<br>*Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.) | 5/21/2010; 6/8/2010<br>5/21/2010; 6/8/2010<br>4/15/2011<br>4/15/2011<br>4/15/2011 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|  | **Expert** | **Area of Expertise** | **Case** | **Report Dates** |
|---|---|---|---|---|
| 30 | Lori Streit<br>Unified Engineering, Inc. | • Chemistry and Materials Failure Analysis, specifically surface analysis<br>• Chemical composition of metal and HVAC equipment corrosion and associated corrosion deposits | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>*Campbell v. KPT*<br>*Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.)<br>*North River/InEx*<br><br>*Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>*Lawlor v. OV14, LLC*, No. CL11-0095 (4th Jud. Cir. Va.)<br>*Bollenberg v. Venture Supply, Inc.*, No. CL10-8202 (4th Jud. Cir. Va.)<br>*Matulenas v. Venture Supply, Inc.*, No. CL09-6328 (4th Jud. Cir. Va.)<br>*Gale v. Manuel Development, Corp.*, No. CL10-8189 (4th Jud. Cir. Va.)<br>*Brett v. DSG Construction, Inc.*, No. CL11-1517 (4th Jud. Cir. Va.)<br>*Ryan v. Eagle Harbor, LLC*, No. CL10-1500 (4th Jud. Cir. Va.)<br>*Davenport v. Ralph E. Digges*, No. CL10-7351 (4th Jud. Cir. Va.) | 12/28/2009; 1/16/2010<br>2/12/2010<br>5/21/2010<br>4/12/2011<br>4/12/2011<br>4/12/2011<br>9/20/2012; 10/9/2012; 10/17/2012; 10/19/2012<br><br>10/15/2012<br><br>10/15/2012<br><br>10/15/2012<br><br>1/15/2013<br><br>1/22/2013<br><br>1/22/2013<br><br>4/11/2013<br><br>5/13/2013<br><br>6/17/2013<br><br>1/14/2014 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|    | Expert | Area of Expertise | Case | Report Dates |
|----|--------|-------------------|------|--------------|
| 31 | Jacqueline C. Tuthill, CPA, CFE, CFF<br>Legier & Company | • Damages | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>*Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.)<br>*Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>*Bollenberg v. Venture Supply, Inc.*, No. CL10-8202 (4th Jud. Cir. Va.)<br>*Matulenas v. Venture Supply, Inc.*, No. CL09-6328 (4th Jud. Cir. Va.)<br>*Lawlor v. OV14, LLC*, No. CL11-0095 (4th Jud. Cir. Va.) | 12/30/2009; 3/11/2010<br>3/12/2010; 3/4/2010<br>3/10/2010;<br>4/15/2011<br><br>10/16/2012<br><br>10/16/2012<br><br>10/16/2012<br><br>1/22/2013<br><br>1/22/2013<br><br>1/15/2013 |
| 32 | Robert Walsh<br>Senior Building Inspector<br>City of Heyward, CA | • National Electric Code | *Campbell v. KPT*<br>*Clement v. KPT*<br>*Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.) | May 2010<br>May 2010<br>4/15/2011<br>4/15/2011<br>4/15/2011 |
| 33 | Lee Waronker<br>Real Estate Appraiser | • Stigma & Diminution of Value | *Payton v. Knauf* (class cert.)<br>*Silva v. InEx* (class cert.)<br>*Vickers v. Knauf* (class cert.) | 1/24/2011<br>1/24/2011<br>1/24/2011 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Plaintiffs' Experts

|  | Expert | Area of Expertise | Case | Report Dates |
|---|---|---|---|---|
| 34 | Ronald E. Wright<br>Civil Engineer<br>R.V. Buric Construction Consultants | • Building Diagnostics<br>• Building Code Requirements and Violations thereof<br>• Remediation scope and costs | *Germano v. Taishan*<br>*Payton v. Knauf* (class cert.)<br><br>*Silva v. InEx* (class cert.)<br><br>*Vickers v. Knauf* (class cert.)<br>*Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>*Lawlor v. OV14, LLC*, No. CL11-0095 (4th Jud. Cir. Va.)<br>*Bollenberg v. Venture Supply, Inc.*, No. CL10-8202 (4th Jud. Cir. Va.)<br>*Matulenas v. Venture Supply, Inc.*, No. CL09-6328 (4th Jud. Cir. Va.)<br>*Gale v. Manuel Development, Corp.*, No. CL10-8189 (4th Jud. Cir. Va.)<br>*Gulledge v. Woodall, LLC*, No. CL09-5763 (4th Jud. Cir. Va.)<br>*Brett v. DSG Construction, Inc.*, No. CL11-1517 (4th Jud. Cir. Va.)<br>*Ryan v. Eagle Harbor, LLC*, No. CL10-1500 (4th Jud. Cir. Va.)<br>*Davenport v. Ralph E. Digges*, No. CL10-7351 (4th Jud. Cir. Va.) | 12/23/2009<br>9/21/2010; 1/24/2011; 3/17/2011<br>9/21/2010; 1/24/2011; 3/17/2011<br>1/24/2011; 3/17/2011<br>10/16/2012; 11/19/2012<br><br>10/11/2012<br><br>10/11/2012<br><br>1/15/2013<br><br>1/22/2013<br><br>1/22/2013<br><br>4/12/2013<br><br>3/25/2013<br><br>5/15/2013<br><br>6/14/2013<br><br>1/14/2014 |

**EXHIBIT 18 to Declaration of Russ M. Herman and Arnold Levin**