# In Re: Chinese-Manufactured Drywall, MDL 2047
# Defendants' Experts

| | Expert | Area of Expertise | Case/Court | Report Dates |
|---|---|---|---|---|
| 1 | Craig L. Beyler<br>Technical Director<br>Hughes & Associates, Inc. | • Fire Protection Engineering, with expertise in fire science, fire dynamics, fire chemistry<br>• Fire Investigation | *Hernandez v. Knauf*<br>*Campbell v. KPT*<br>*Clement v. KPT*<br>MDL 2047 | 3/02/2010<br>5/29/2010<br>6/07/2010 |
| 2 | Todd D. Burroughs<br>Gary Hartman<br>Matthew Freeborn<br>Architectural Testing | • Building Code Requirements | *Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>*Gulledge v. Woodall, LLC*, No. CL09-5763 (4th Jud. Cir. Va.)<br>MDL 2047 | 12/10/2012<br><br>12/10/2012<br><br>12/10/2012<br><br>4/25/2013 |
| 3 | Raymond Canzoneri<br>Electrical Engineer<br>Canzoneri & Associates | • Electrical Codes & Electrical Engineering | *Hernandez v. Knauf*<br>MDL 2047 | 3/02/2010 |
| 4 | Roy M. Carubba<br>Carruba Engineering, Inc. | • Structural Engineering<br>• Civil Engineering<br>• Cost Evaluation, Project Management, Project Feasibility, and Failure Analysis | *Hernandez v. Knauf*<br>MDL 2047 | 3/02/2010 |
| 5 | Philip Fincher<br>The EI Group, Inc. | • Construction<br>• Building Code Requirements | *Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>MDL 2047 | 12/10/2012<br><br>12/10/2012<br><br>12/10/2012 |

1

**EXHIBIT 19 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Defendants' Experts

|   | Expert | Area of Expertise | Case/Court | Report Dates |
|---|---|---|---|---|
| 6 | Bruce Fuselier | • Corrosion in Plumbing | *Hernandez v. Knauf*<br>*Campbell v. KPT Clement v. KPT*<br>MDL 2047 | |
| 7 | Phillip Goad<br>Partner & Principal<br>Center for Toxicology and Environmental Health | • Air Sampling Analysis | *Germano v. Taishan*<br>*Hernandez v. Knauf*<br>MDL 2047 | 12/30/2009<br>1/18/2010<br>3/02/2010 |
| 8 | Juliet A. Gridley<br>SEA Limited | • Building Code Requirements and Violations | *Berry v. Overlook Point, LLC*, No. CL10-0035 (4th Jud. Cir. Va.)<br>*Page v. Overlook Point, LLC*, No. CL10-0037 (4th Jud. Cir. Va.)<br>*Wood v. Overlook Point, LLC*, No. CL09-7751 (4th Jud. Cir. Va.)<br>*Bollenberg v. Venture Supply, Inc.*, No. CL10-8202 (4th Jud. Cir. Va.)<br>*Matulenas v. Venture Supply, Inc.*, No. CL09-6328 (4th Jud. Cir. Va.)<br>*Gale v. Manuel Development, Corp.*, No. CL10-8189 (4th Jud. Cir. Va.)<br>*Gulledge v. Woodall, LLC*, No. CL09-5763 (4th Jud. Cir. Va.)<br>MDL 2047 | 12/10/2012<br><br>12/10/2012<br><br>12/10/2012<br><br>2/21/2013<br><br>2/21/2013<br><br>5/16/2013<br><br>4/15/2013 |
| 9 | Mark Hartenstein<br>Graci Hart Electric | • Replacement Costs for electrical wiring | *Hernandez v. Knauf*;<br>*Campbell v. KPT*; *Clement v. KPT*<br>MDL 2047 | |
| 10 | Jerry Householder | • Construction and Engineering | *Campbell v. KPT*; *Clement v. KPT*<br>*Payton v. Knauf*<br>*Vickers v. Knauf*<br>MDL 2047 | 5/30/2010<br>5/13/2011 |

2

**EXHIBIT 19 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Defendants' Experts

|    | **Expert** | **Area of Expertise** | **Case/Court** | **Report Dates** |
|----|------------|------------------------|----------------|------------------|
| 11 | Richard J. Lee<br>RJ Lee Group | • Corrosion and its impact on housing materials, including electrical, HVAC, plumbing and consumer electronics and appliances<br>• Material science failure analysis and repair | *Hernandez v. Knauf*<br>MDL 2047 | 3/2010 |
| 12 | Roger G. Morse<br>Morse Zehnter Associates | • Industrial Hygiene, moisture dynamics and indoor air quality<br>• Remediation costs | *Germano v. Taishan*<br>MDL 2047 | |
| 13 | Michael Padgett<br>Cornerstone of Williamsburg | • Remediation Costs | *Davenport v. Ralph E. Digges*, No. CL10-7351 (4th Jud. Cir. Va.)<br>MDL 2047 | 2/2/2014 |
| 14 | Matthew J. Perricone<br>RJ Lee Group | • Materials Science & Engineering<br>• Corrosion | *Germano v. Taishan*<br><br>*Hernandez v. Knauf*<br>*Campbell v. KPT*; *Clement v. KPT*<br>Class Cert.<br>MDL 2047 | 12/2009<br>1/2010<br>3/2010<br>5/2010<br>5/2011 |
| 15 | Richard Roddewig<br>Real Estate Appraiser and Real Estate Analyst | • Stigma damages<br>• Land use, planning and zoning | *Hernandez v. Knauf*<br>*Campbell v. KPT*; *Clement v. KPT*<br>MDL 2047 | 3/02/2010<br>6/04/2010 |
| 16 | William (Sandy) Sharp | • Corrosion Prevention in Electrical Control Rooms<br>• Electrical Systems & Failures | *Germano v. Taishan*<br>MDL 2047 | 12/30/2009 |
| 17 | Robert Sproles<br>Center for Toxicology and Environmental Health | • Opined regarding levels of corrosion found with CDW, but had no work experience in corrosion | *Hernandez v. Knauf*<br>*Campbell v. KPT*; *Clement v. KPT*<br>Class Cert.<br>MDL 2047 | 3/02/2010<br>5/21/2010<br>5/13/2011 |

3

**EXHIBIT 19 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# Defendants' Experts

|  | Expert | Area of Expertise | Case/Court | Report Dates |
|---|---|---|---|---|
| 18 | James A. Tompkins | • Imports/Exports<br>• Global Supply Chain, with expertise on best practices | INEX<br>MDL 2047 | 10/05/2012 |
| 19 | Timothy D. Tonyan | • Gypsum, wallboard, manufacturing, testing, certification | INEX<br>MDL 2047 | 10/05/2012 |
| 20 | Gary Douglas White<br>Thomas Downey, Ltd. | • Construction and Engineering | *Bollenberg v. Venture Supply, Inc.*, No. CL10-8202 (4th Jud. Cir. Va.)<br>*Matulenas v. Venture Supply, Inc.*, No. CL09-6328 (4th Jud. Cir. Va.)<br>MDL 2047 | 2/21/2013<br><br>2/21/2013 |

**EXHIBIT 19 to Declaration of Russ M. Herman and Arnold Levin**