UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | |

# EXHIBIT 20

TO DECLARATION OF RUSS M. HERMAN AND ARNOLD LEVIN,
EXHIBIT "A" TO THE CONSOLIDATED JOINT PETITION
OF THE FEE COMMITTEE AND THE PLAINTIFFS' STEERING COMMITTEE
FOR A GLOBAL AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES, FILED PURSUANT TO PRETRIAL ORDER NO. 28

# FILED UNDER SEAL