UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | * * * * | MDL 2047  SECTION L |
| This document relates to: ALL CASES | * * * | JUDGE FALLON  MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion,

IT IS HEREBY ORDERED that the Ex Parte Motion for Leave to File Reply to Plaintiffs' Oppositions to the Knauf Defendants' Motion to Construe Settlement Agreement is granted. It is further ordered that Exhibit "A" to the Knauf Defendants' Motion for Leave to File Reply to Plaintiffs' Oppositions to the Knauf Defendants' Motion to Construe Settlement Agreement shall be filed into the record.

New Orleans, Louisiana this __16th__ day of May, 2014.

_____
JUDGE ELDON E. FALLON