UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | ALL ACTIONS |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

**REPORT BY THE SETTLEMENT ADMINISTRATOR FOR THE CHINESE
DRYWALL SETTLEMENT PROGRAM**

**STATUS REPORT NO. 10, DATED MAY 16, 2014**

The Settlement Administrator for the Chinese Drywall Settlement Program (the "Settlement Program") submits this Report to inform the Court of the status of the Chinese Drywall Settlement Program as of May 16, 2014.  The Settlement Administrator will provide additional information as requested by the Court.

I.      **STATUS OF REGISTRATION AND CLAIM FORM SUBMISSION**

**A.  Registration**

The Settlement Administrator opened the Settlement Program on March 27, 2013 following the Court's Order requiring registration of claims.  To facilitate registration, the Settlement Administrator created an online registration portal and made a hard copy registration form available to the general public.  To facilitate registration by law firms with large claim inventories, the Settlement Administrator also made available a bulk registration system that allowed for the mass registration of claims by completion of an excel spreadsheet.

The registration period closed on October 25, 2013 after several deadline extensions.  The Settlement Administrator engaged in several outreach efforts during the course of the registration period to alert potential claimants to the necessity of registering in order to file

1

claims, to notify claimants of deadline extensions, and to alert claimants with incomplete registration forms that they needed to complete the registration process prior to the registration deadline.  A total of 9,939 claimants registered a total of 20,564 properties.  Collectively, these claimants indicated that they would file a total of 26,408 claims.  This number is based solely on non-binding information solicited as part of the registration process, and does not reflect the total number of claims actually filed.

There are more registered properties than registered claimants because many claimants registered multiple properties. Table 1 shows the number of registered properties and claimants.

| Table 1. Chinese Drywall Settlement Program Registered Affected Properties (As of 5/16/14) | | | | |
|---|---|---|---|---|
| Row | Category | Registered Claimants | Registered Properties | Registered Claims |
| **1.** | Represented | 8,632 (200 Firms) | 18,631 | 24,015 |
| **2.** | Pro Se | 1,307 | 1,933 | 2,393 |
| **3.** | **Total** | **9,939** | **20,564** | **26,408** |

**B.  Claims Filing**

**1.   Claim Forms**

Claim forms became available for both online and hard copy submission on May 27, 2013 and were available until the October 25, 2013 claims filing deadline.  Claims forms were available for the following claim types:

1.  Bodily Injury

2.  Foreclosure or Short Sale

3.  Global, Banner, InEx Repair and Relocation Expenses

4.  Knauf Remediation

5.  Lost Rent, Use, or Sales

6.  Miscellaneous

   7.  Pre-Remediation Alternative Living Expenses

   8.  Tenant Losses

   While the claims deadline has passed, claimants may still submit supporting documents. Documents may be submitted by using the online claim portal which can be found at https://www3.browngreer.com/drywall.  Claimants are strongly encouraged to use the online claim portal to submit additional documents.  Claimants who do not wish to use the online portal to submit supporting documents may email them to CDWQuestions@browngreer.com, or send them by U.S. Mail to Chinese Drywall Settlement Administrator, P.O. Box 25401, Richmond, Virginia 23260.

   In an effort to provide claimants access to documents already submitted to us during the course of the Pilot Program and Special Master Program, the Settlement Administrator has also linked registered properties to our Pilot Program database and has imported documents contained in the Pilot Program database to the Settlement Program Portal.  To date, the Settlement Administrator has linked 12,160 properties and imported 126,820 documents into the Settlement Program Portal from the Pilot Program database.  The Settlement Administrator will consider all imported documents during the course of a review of a claim.   If a document necessary to the claim is already available in the Portal, a claimant does not need to take further action to have that document considered during review of the claim.  Claimants who believe that a property should be linked and documents imported into the Portal may contact the Settlement Administrator at CDWQuestions@browngreer.com.

### 2.  Claims Submission

To date, there have been 22,088 claims submitted to the Chinese Drywall Settlement Program.  Table 2 provides a detailed breakdown of the claims filing status by claim type.

| Table 2.  Chinese Drywall Settlement Program Claim Summary Report (As of 5/16/14) | | |
|---|---|---|
| **Row** | **Claim Type** | **Submitted Claims** |
| **1.** | Bodily Injury | 863 |
| **2.** | Foreclosure or Short Sale | 894 |
| **3.** | Global, Banner, InEx Repair and Relocation Expenses | 12,505 |
| **4.** | Knauf Remediation | 1,368 |
| **5.** | Lost Rent, Use, or Sales | 1,779 |
| **6.** | Miscellaneous | 3,875 |
| **7.** | Pre-Remediation Alternative Living Expenses | 747 |
| **8.** | Tenant Loss | 57 |
| **9.** | **Total** | **22,088** |

### 3.  Claims Review

To date, the Settlement Administrator has performed reviews of 12,590 claims and issued 15,952 Notices to Claimants.  The Settlement Administrator has completed initial review of Knauf Remediation, Global, Banner and InEx Repair and Relocation Expenses, Pre-Remediation Alternative Living Expenses, and Tenant Loss claims.  Table 3 summarizes the Settlement Administrator's claim review progress to date.

| Row | Claim Type | Submitted Claims | Reviewed Claims | Initial Reviews Since 4/16/14 Status Report | Notices Issued |
|---|---|---|---|---|---|
| **Table 3.  Claims Review Summary** |||||
| 1. | Global, Banner, InEx Repair and Relocation Expenses | 12,505 | 7,931 | 95 | 11,888 |
| 2. | Knauf Remediation | 1,368 | 1,368 | 0 | 1,631 |
| 3. | Miscellaneous | 3,875 | 686 | 13 | 47 |
| 4. | Bodily Injury | 863 | 860 | 10 | 1,140 |
| 5. | Pre-Remediation Alternative Living Expenses | 747 | 747 | 0 | 763 |
| 6. | Tenant Losses | 57 | 57 | 0 | 0 |
| 7. | Lost Rent, Use, and Sales | 1,779 | 941 | 616 | 483 |
| 8. | **Total** | **21,194** | **12,590** | **734** | **15,952** |

*Table title: Table 3.  Claims Review Summary (As of 5/16/14)*

### a.  Knauf Remediation Claims Review

Table 4 summarizes the result of the Knauf Remediation claims reviewed. Claimants who have submitted sufficient indicia of KPT Chinese Drywall require an inspection from a Program Inspector to confirm the presence and amount of KPT Chinese Drywall in the Claimants' property.  Properties for which a Program Inspection has confirmed the presence of KPT Chinese Drywall require an estimate of the cost of Remediation from Moss Construction, the Program Contractor.  Finally, claimants who already have an estimate from Moss Construction need to return Work Authorization and/or Releases before remediation can begin.

| Table 4.  Knauf Remediation Review Results (As of 5/16/14) | | | |
|---|---|---|---|
| Row | Review Result | # of Claims | Change Since 4/16/14 Status Report |
| 1. | Program Inspection Required | 83 | -13 |
| 2. | Moss Estimate Required | 45 | 10 |
| 3. | Work Authorization Required | 40 | 0 |
| 4. | Denied | 871 | 26 |
| 6. | Incomplete | 253 | -33 |
| 7. | Lower Case KPT | 54 | 6 |
| 9. | Other | 22 | 4 |
| 9. | **Total** | **1,368** | **N/A** |

**b.  Global, Banner, InEx Repair and Relocation Claims Review**

Table 5 provides a breakdown of the Global, Banner, InEx ("GBI") claims by claimant type along with the number of claims reviewed for each category.  To date, the Settlement Administrator has reviewed 99% of all GBI claims submitted by homeowners and by Builders.

| Table 5.  Global, Banner, InEx Repair and Relocation Review Progress (As of 5/16/14) | | | | | |
|---|---|---|---|---|---|
| Row | Claimant Type | Claims Filed | Claims Reviewed | Reviews in Progress | % Complete |
| 1. | Homeowner/ Builder/Assignee | 7,977 | 7,931 | 46 | 99% |
| 2. | Knauf | 4,528 | 4,528 | 0 | 100% |
| 3. | **Total** | **12,505** | **12,436** | **46** | **99%** |

Table 6 summarizes the result of Global, Banner, InEx Repair and Relocation review results.  To date, 5,624 claims are Eligible, 630 are Eligible after Appeal, 291 are Incomplete, and 1,282 have been Denied.

| Table 6.  Global, Banner, InEx Repair and Relocation Review Results (As of 5/14/14) | | | | | | |
|---|---|---|---|---|---|---|
| Row | Review Result | # of Claims | # of Open Claims | Response Deadlines | | |
| | | | | 1-10 Days | 11-20 Days | 20-30 Days |
| 1. | Eligible | 5,624 | 57 | 5 | 38 | 14 |
| 2. | Denied | 1,282 | 169 | 82 | 30 | 57 |
| 3. | Incomplete | 291 | 73 | 55 | 16 | 2 |
| 4. | Eligible After Appeal | 630 | 200 | 0 | 0 | 200 |
| 5. | **Total** | **7,827** | **499** | **142** | **84** | **273** |

Review of appealed Global, Banner, InEx claims, is nearly complete, with 92% of appealed claims reviewed.  Table 7 provides a breakdown of the results the review of appealed claims.  As noted below, 625 claims increased in value after review of the Claimant's appeal, 99 did not increase in value and will be sent to the Special Master for final review, and 63 remain under review.

| Table 7.  Global, Banner, InEx Repair and Relocation Appeal Results (As of 5/16/14) | | | |
|---|---|---|---|
| Row | Post Appeal Review Result | # of Claims | % of Appealed Claims |
| 1. | Increased Eligibility | 625 | 79% |
| 2. | Special Master Review Required | 99 | 13% |
| 3. | Under Review | 63 | 8% |
| 4. | **Total** | **787** | **100%** |

Table 8 provides a breakdown of eligible Global, Banner, InEx Repair Relocation claims by Settlement Agreement and provides the total Under Air Square Footage of all eligible properties.  There are more claims listed in table 7 than the total number of Global, Banner, InEx claims listed elsewhere in this report because many claims are eligible for compensation from more than one Settlement.  Table 8 does not include any of the 4,528 claims made by Knauf.  The inclusion of these numbers once all Knauf claims are resolved will dramatically alter the total eligible claims and square footage in each category.

| Table 8.  Global, Banner, InEx Repair and Relocation Eligible Claims (As of 5/16/14) | | | |
|---|---|---|---|
| **Row** | **Settlement Agreements** | **# of Eligible Claims** | **Total Under Air Square Footage** |
| **1.** | Banner | 2,661 | 5,667,133 |
| **2.** | InEx | 612 | 1,160,352 |
| **3.** | Global Builder | 1,811 | 3,848,022 |
| **4.** | Global Supplier | 1,897 | 3,428,078 |
| **5.** | Global Installer | 3,129 | 6,747,027 |
| **6.** | **Total** | **10,110** | **20,850,612** |

### c.  Miscellaneous Claims Review

Section 4.7.3.1 of the Knauf Settlement Agreement provides that "[t]he Special Master and the MDL Court may, in their discretion, consider and allow claims that are not explicitly provided in Sections 4.7.1.1, 4.7.1.2, 4.7.1.3, 4.7.1.4, 4.7.1.5 and 4.7.1.6, so long as the claims are equitably justified and do not involve claims for the specifically enumerated Other Loss Exclusions. In considering any such additional claims, the Special Master and the MDL Court may, in their discretion, adjust the amount of the claims so as to protect Other Loss funds for other Settlement Class Members."  Claims submitted pursuant to this provision are known as "Miscellaneous Claims."

Table 9 provides a breakdown of the types of claims submitted by Claimants as Miscellaneous Claims.  The results from the last Status Conference have not changed significantly.

| Table 9.  Miscellaneous Claim Categorization (As of 5/16/14) | | | |
|---|---|---|---|
| Row | Category | # of Claims | % Of Categorized Miscellaneous Claims |
| 1. | Already Remediated (PTO 26) | 11 | 1% |
| 2. | Contemplated Claim | 4 | <1% |
| 3. | Excluded Claim | 21 | 2% |
| 4. | Interest Payments or Ownership Fees during Remediation | 1 | <1% |
| 5. | Lost Rent Prior to Remediation | 13 | 1% |
| 6. | Not Stated or Unclear | 543 | 60% |
| 7. | Other | 18 | 2% |
| 8. | Property Damage -  Other | 43 | 5% |
| 9. | Property Damage – Appliances | 53 | 6% |
| 10. | Property Damage - Clothing | 2 | <1% |
| 11. | Property Damage – Electronics | 72 | 8% |
| 12. | Property Damage – Furniture | 12 | 1% |
| 13. | Property Damage – HVAC | 105 | 12% |
| 14. | Property Damage – Jewelry | 6 | 1% |
| 15. | Testing | 8 | 1% |
| 16. | **Total** | **912** | **100%** |

### d.  Bodily Injury Claims Review

The Settlement Administrator has completed initial review of 863 Bodily Injury claims and has determined that 76 claims have satisfied the document requirements for Bodily Injury claims ("potentially eligible" claims).  These claims are subject to additional review by the Special Master to determine final eligibility and compensation amounts.  The Settlement Administrator has informed the Special Master of the identities of the potentially eligible claimants and created a unique portal for the Special Master to access claims information related to these potential eligible Bodily Injury claims. The Settlement Administrator regularly communicates with the Special Master to advise of the status of Bodily Injury claims and the method for which the information will be relayed and accessed.

Table 10 provides a breakdown of the preliminary review performed by the Settlement Administrator of Bodily Injury claims.

| Table 10.  Bodily Injury Review Results (As of 5/16/14) | | |
|---|---|---|
| **Row** | **Review Result** | **# of Claims** |
| **1.** | Eligible | 76 |
| **2.** | Incomplete | 629 |
| **3.** | Denied | 122 |
| **4.** | Claim Withdrawn | 33 |
| **5.** | Additional Review Required | 3 |
| **7.** | **Total** | **863** |

### e.   Pre-Remediation Alternative Living Expenses Claims Review

The Settlement Administrator has completed review of 747 Pre-Remediation Alternative Living Expenses Claims and has determined that 428 are potentially eligible, 115 are incomplete and that 163 should be denied.  Table 11 provides a breakdown of the Pre-Remediation Alternative Living Expenses claims reviewed by the Settlement Administrator.

| Table 11.  Pre-Remediation Alternative Living Expenses Claims Review Results (As of 5/16/14) | | |
|---|---|---|
| **Row** | **Review Result** | **# of Claims** |
| **1.** | Potentially Eligible | 428 |
| **2.** | Incomplete | 115 |
| **3.** | Claim Withdrawn | 22 |
| **4.** | Additional Review Required | 19 |
| **5.** | Denied | 163 |
| **6.** | **Total** | **747** |

### f.   Notification of Claim Review Results

The Settlement Administrator is utilizing an online Notification system that allows claimants to view Notices related to their claims online and respond using online forms. Claimants with a new Notice receive an email communication notifying the claimant that a new

Notice is available, along with a link to the Chinese Drywall Settlement Program Portal.  The notification email sent to law firms also contains a detailed list of the claimants for whom the Settlement Administrator posted a new Notice.  Claimants and law firms can view and if necessary, respond to Notices online.  All Notices issued by the Settlement Administrator will be stored in the Claimant's file and will be accessible at any time.

As noted in Table 3, the Settlement Administrator has issued 15,952 Notices to date. Table 12 summarizes the Notices issued to date.

| | Table 12.  Settlement Administrator Notice Summary (As of 5/16/14) | | | | | |
|---|---|---|---|---|---|---|
| Row | Claim Type | Incompleteness Notices | Follow-Up Incompleteness Notices | Denial Notices | Eligibility Notices | Total Notices Issued |
| 1. | Global, Banner, InEx Repair and Relocation | 2,938 | 1,322 | 1,374 | 6,254 | 11,888 |
| 2. | Knauf Remediation | 520 | 238 | 873 | 0 | 1,631 |
| 3. | Pre-Remediation Alternative Living Expenses | 496 | 243 | 24 | 0 | 763 |
| 4. | Bodily Injury | 806 | 323 | 11 | 0 | 1,140 |
| 5. | Lost Rent, Use or Sales | 476 | 0 | 7 | 0 | 483 |
| 6. | Miscellaneous | 0 | 0 | 47 | 0 | 47 |
| 7. | **Total** | **5,236** | **2,126** | **2,336** | **6,254** | **15,952** |

g.   **Response to Eligibility Notices**

To date, the Settlement Administrator has issued 6,254 Eligibility Notices for Global, Banner, InEx Repair and Relocation Expenses claims.  Of those claims, 3,864 have been accepted by the claimant.  An additional 1,651 claimants did not respond to an Eligibility Notice within the 30 day window to file an Appeal.  The Settlement Administrator has deemed those claims to be accepted because the claimant can take no other action on the claim. Finally, 682 Appeals have been filed for various reasons and 57 remain within the window to accept or

Appeal the claim determination. Table 13 summarizes the response to Eligibility Notices issued for Global, Banner, InEx Repair and Relocation Expenses claims.

| Table 13.  Response to Eligibility Notices (As of 5/16/14) | | |
|---|---|---|
| **Row** | **Review Result** | **# of Claims** |
| **1.** | Review Accepted | 3,864 |
| **2.** | Review Deemed Accepted | 1,651 |
| **3.** | Appeal | 682 |
| **4.** | Awaiting Response to Eligibility Notice | 57 |
| **5.** | **Total** | **6,254** |

## II.  CLAIMS ADMINISTRATOR PROCEDURES

The Plaintiffs Steering Committee, the Knauf Defendants, the Builder class, and the Settlement Administrator have agreed on six Claims Administrator Procedures ("CAPs") that clarify certain elements of the Settlement Program.  The details of the six CAPs are as follows:

1.   ***Establishment of System for Creating and Tracking Chinese Drywall Settlement Program Claims Administration Procedures*** ("CAP 2013-1").  CAP 2013-1 establishes the CAP process and sets out the procedure for issuing CAPs.

2.   ***Clarification of Proof Requirements and Use of Affidavit to Prove Indicia*** ("CAP 2013-2").  CAP 2013-2 sets out a detailed explanation of how the Settlement Administrator will review claims for indicia of Chinese Drywall and other facts related to builder, supplier, and installer information for an Affected Property.  It also adopts an Affected Property Information Affidavit for use by claimants who do not have documentary evidence of their builder, supplier, or installer.

3.   ***Incomplete Claim Procedure*** ("CAP 2013-3").  CAP 2013-3 sets out a detailed explanation of the procedure that the Settlement Administrator will follow in

processing Incomplete Claims.  Upon determining that a claim is incomplete, the Settlement Administrator will notify the claimant (or if represented, the claimant's counsel) of the incompleteness, and will list the documents or information necessary to complete the claim.  The claimant or counsel will have 30 days to supply the missing documents or information.

4.     ***Time for Mediation Following Remediation by Lead Contractor*** ("CAP 2013-4").  CAP 2013-4 sets forth the timing by which claimants, the Knauf Defendants, or the Lead Contractor may request mediation with the Special Master pursuant to the Knauf Settlement Agreement.  This CAP relates solely to remediations conducted pursuant to section 4.3.1 of the Knauf Settlement Agreement (Option 1.  Program Contractor Remediation Option/Property Not Yet Remediated).

5.     ***Appellate Procedure*** ("CAP 2013-5").   CAP 2013-5 sets out a detailed explanation of the appellate procedure available to claimants after the Settlement Administrator issues an Eligibility, Denial, or Incompleteness Denial for a claim. Claimants may appeal directly to the Special Master within 30 days of the issuance of an Eligibility, Denial, or Incompleteness Denial Notice for a claim. The Special Master will perform a de novo review of the claim and issue a written opinion.

6.     ***Miscellaneous Claims Processing Procedures*** ("CAP 2013-6").  CAP 2013-6 establishes several important deadlines, as set forth below.

a.     ***Claim Form Supplementation.*** Claimants who have filed at least one claim on or before the Claims Submission Deadline may supplement previous claim filing(s) by filing additional claims on or before January 15, 2014.

13

b.      ***Claims filed in Error.*** If the Settlement Administrator determines that a claimant may have a valid claim but erroneously filed an incorrect claim form, the Settlement Administrator will notify the claimant of the filing error and allow the claimant 30 days to submit the proper claim form.

c.      ***Submission of Supporting Documents.*** Claimants may continue to submit supporting documents after the Claims Submission Deadline.

d.      ***Claim Form Signature.*** Claimants who have: (1) started but did not submit a claim form through the web portal; or (2) submitted a hard copy unsigned Claim Form to the Settlement Administrator on or before the Claims Submission Deadline will be permitted to sign and submit the claim on or before January 15, 2014.

e.      ***Claims Created after Deadline.*** Claimants whose claims do not come into existence until after the Claims Submission Deadline will be permitted to submit claims upon a showing that the claim did not exist until after the Claims Submission Deadline. The deadline to submit claims pursuant to this paragraph is February 28, 2014.

f.      ***Claims Assigned after the Deadline.*** Knauf Plasterboard Tianjin, Co. Ltd. ("Knauf") will be permitted to submit claims assigned to Knauf after the Claims Submission Deadline as part of Knauf's agreement to remediate properties containing KPT Chinese Drywall. The deadline to submit claims pursuant to this paragraph is February 28, 2014.

g.      ***Deadline to Return Work Authorization Packets.*** To the extent that claimants and/or their counsel have received Work Authorization Packets,

14

including Releases those Work Authorization Packets must be returned to the Settlement Administrator by February 15, 2014.

7.     ***Deadline to Submit Work Authorization Documents for Certain Claimants.*** ("CAP 2014-7").  CAP 2014-7 established a deadline of the later of April 30, 2014 or 30 days after the receipt of Work Authorization packets for all claimants eligible for remediation from Knauf to return Work Authorization Packets for an Option 1 remediation or all documentation required to be returned for Option 2 or Option 3 remediation.

The Settlement Administrator has posted all CAPs to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx and has filed copies of all approved CAPs with the Court and served the same on all parties via the Court's ECF notification system and LexisNexis file and serve.

### III.   OUTREACH EFFORTS

The Settlement Administrator, in conjunction with the Pro Se Curator and class counsel, has engaged in vigorous outreach efforts throughout the life of the Settlement Program.  Table 14 summarizes the Settlement Administrator's outreach efforts.

| Table 14. Chinese Drywall Settlement Program Settlement Administrator Outreach Efforts | | |
|---|---|---|
| **Row** | **Method** | **Detail** |
| 1. | Email Communication | 11,000 + answers to questions sent to CDWQuestions@browngreer.com. |
| 2. | Online Claim Tutorials | Video tutorials available at https://www3.browngreer.com/Drywall/Un-Secure/Webinars.aspx. |
| 3. | Posting of CAPs | Full text of all CAPS available at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx. |

| Table 14. Chinese Drywall Settlement Program Settlement Administrator Outreach Efforts | | |
|---|---|---|
| **Row** | **Method** | **Detail** |
| 4. | Telephone | 1,500 + telephone calls made and received from law firms and claimants since previous status. Live personnel respond to all calls placed to (866) 866-1729. |
| 5. | Email Blasts | Important updates and CAPS sent via email to all email addresses registered with Settlement Administrator. |
| 6. | Notices | Notification of Claim determinations will be sent to firms or pro se claimants via email, or by hard copy if the claimant or firm did not register online. |
| 7. | Pro Se Curator | The Settlement Administrator makes CAPS, claim documents, and important updates available to the Pro Se Curator for use in his contact with pro se claimants. |

Claimants can contact the Settlement Administrator by a variety of methods. Table 15 lists all contact information for the Settlement Administrator.

| Table 15.  Chinese Drywall Settlement Program Settlement Administrator Contact Information | | |
|---|---|---|
| **Row** | **Method** | **Detail** |
| 1. | Web Portal | www3.browngreer.com/drywall |
| 2. | Email Address | CDWQuestions@browngreer.com |
| 3. | Toll Free Number | (866) 866-1729 |
| 4. | Claim Submission Address | Chinese Drywall Settlement Administrator P.O. Box 25401 Richmond, Virginia 23260 |
| 5. | Parcel Delivery | Chinese Drywall Settlement Administrator 250 Rocketts Way Richmond, Virginia 23231 |

## IV.    CONCLUSION

The Settlement Administrator offers this Report to ensure that the Court is informed of the status of the Program to date. If the Court would find additional information helpful, we stand ready to provide it at the Court's convenience.

Respectfully submitted,

___/s/ Jacob Woody_____
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall
Settlement Program*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above pleading has been served on by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/EDF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2014.

   /s/Jacob Woody                 
Lynn Greer, Esquire (Va. Bar No. 29211)
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*