## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DONNA LITTLE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:14-cv-00587-EEF-JCW** |
| | ) | |
| **TAISHAN GYPSUM CO. LTD. f/k/a** | ) | |
| **SHANDONG TAIHE DONGXIN CO.** | ) | |
| **LTD., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

**COME NOW** the plaintiffs, Donna Little, et al., by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, to provide notice to this court of their desire to voluntarily dismiss *without prejudice* all claims against the following four defendants: 1) Lafarge S.A.; 2) Lafarge Onada Gypsum in Shanghai; 3) Lafarge North America, Inc.; and, 4) Calamari Construction, LLC.   The defendants named herein have filed neither an answer nor a motion for summary judgment; therefore, no order of court is necessary.

/s/ *James V. Doyle, Jr.*
James v. Doyle, Jr., Esq.
DOYLE LAW FIRM
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
(205) 533-9500  phone
(205) 414-7400  fax
Jimmy@doylefirm.com
*Attorney for Plaintiffs*

Dated: May 19, 2014