**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**SETTLEMENT ADMINISTRATION FIFTH STATUS REPORT**
**FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this fifth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of May 19, 2014.

1

**Summary**

The Special Master continues to make substantial progress in administering both the Real Property and Other Loss claims in the Four Virginia-based Settlements.  On April 15, 2014, the Special Master issued Substantive Deficiency Notices for 60 Real Property claims, for which responses were due May 15, 2014.  The Special Master is now reviewing the Real Property claims in preparation for issuance of Determination Notices.  The Special Master continues substantive review of Other Loss claims, which will continue into the next reporting period.

**Real Property Claims**

On April 15, 2014 the Special Master issued Substantive Deficiency Notices for 60 Real Property claims for one or more of the following deficiencies:

1. Failure to Complete Claim Form Section IV (General Eligibility)
2. Failure to Provide Social Security or Tax Identification Number
3. Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds
4. Claimant Name Discrepancy
5. Ownership Discrepancy
6. Missing Proof of Ownership
7. Missing Proof of Square Footage Under Air
8. Missing Proof of Satisfaction of Statute of Limitations Requirements
9. Missing Notarized Signature

The Special Master has processed all Substantive Deficiency Notice cures received to date and is in the process of reviewing all active Real Property claims in preparation for issuance of Determination Notices.  The Special Master will issue a Determination Notice for each eligible Real Property claim setting forth the Special Master's determinations as to the following:

1. The settlements in which the claim is eligible to participate
2. The name of each class member who is entitled to receive payment for the claim
3. The square footage under air of the Affected Property
4. Substantive Deficiencies that remain uncured

Class members will be given the opportunity to appeal the Special Master's determinations as set forth in the Determination Notice by submitting a written notice of appeal to the Special Master setting forth the basis of the appeal and providing any additional documentation in support thereof.  The Special Master will only consider appeals submitted within thirty days of issuance of the corresponding Determination Notice, with exception where good cause is shown.  Upon receipt of an appeal, the Special Master will conduct a de novo review of the corresponding claim and will consider all documents and information related to the claim, after which the Special Master will issue an Appeal Determination in writing to the class member.  Class Members will have fifteen days after service of an Appeal Determination to appeal to the Court by filing an objection with the Court.  The Court's decision regarding any objection will be final, with no further appeals permitted.  Upon resolution of all appeals, the Special Master will begin allocation of the Real Property funds.

**Other Loss Claims**

The Special Master continues to review Other Loss claims for substance.  Due to the volume and diversity of the Other Loss claims, substantive review is time-intensive and will continue into the upcoming reporting period.  As substantive review is completed for each type of Other Loss, the Special Master will begin issuing Other Loss Deficiency Notices, will provide an opportunity for class members to cure such deficiencies, and, upon closing of such cure period, will issue an Other Loss Determination Notice for each Other Loss claim setting forth the Special Master's determinations regarding the claim, after which class members will have the opportunity to appeal the Special Master's determinations.

**Communications with Potential Class Members, Counsel, and Brown Greer**

The Special Master established the electronic mail account chinesedrywall@garretsongroup.com to receive and respond to questions from potential class members and their counsel. The Special Master received and responded to several inquiries submitted via chinesedrywall@garretsongroup.com during this reporting period, relating primarily to claim status inquiries and questions regarding the Deficiency Notices that were issued on April 15, 2014.

**Summary of Key Accomplishments to Date**

The following is a summary of key accomplishments to date in the administration of the Four Virginia-Based Settlements:

1. Real Property Claim Form finalized, approved by this Court on October 24, 2013.
2. Issued Real Property Claim Forms on November 5, 2013 to 700 potential class members who had requested information about the Four Virginia-Based Settlements.
3. Other Loss Claim Form finalized, approved by this Court on December 9, 2013.
4. The Real Property Claim Form submission deadline occurred on December 16, 2013. A total of 347 Real Property Claim Forms were submitted, one of which the Special Master determined constituted two claims, resulting in a total of 348 timely filed Real Property claims.
5. Issued Other Loss Claim Forms to 91 potential class members on January 9, 2014 (additional Other Loss Claim Forms were issued by attorney Richard J. Serpe, who directly issued Other Loss Claim Forms to the potential class members he represents).
6. Completed reviews of all Real Property claims.

7. Issued Eligibility Deficiency Notices to 93 potential class members on March 5, 2014 for Real Property claims.

8. Determined that 84 Real Property claims failed to timely meet the eligibility criteria to participate in the four Virginia-based settlements.

9. Received 488 individual Other Loss claims across 194 Affected Properties.

10. Issued Substantive Deficiency Notices for 60 Real Property claims on April 15, 2014.

11. Completed initial review and data intake for all Other Loss claims.

**Conclusion**

The Special Master submits this fifth report to the Court in an effort to keep the Court apprised of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule. The Special Master will continue to periodically provide such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: May 19, 2014

/s/ Matthew L. Garretson, Esq.
Matthew L. Garretson, Esq.
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Phone: (513) 794-0400
mlg@garretsongroup.com
*Chinese Drywall Special Master*