UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE - MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON |
| _____/ | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL, ALLISON GRANT, P.A.

PLEASE TAKE NOTICE that, effective immediately, the undersigned Plaintiffs' counsel requests that her change of address be noted in the record of this matter as: Allison Grant, P.A., 14 Southeast 4th Street, Boca Raton, Florida 33432.

Dated May 20, 2014

                                               Respectfully submitted,

                                               /s/ Allison Grant
                                               Florida Bar No. 858330
                                               Allison Grant, P.A.
                                               14 Southeast 4th Street
                                               Boca Raton, Florida 33432
                                               Telephone: (561) 994-9646
                                               Facsimile: (561) 431-4627
                                               E-mail: agrant@allisongrantpa.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served by e-mail on Plaintiffs' Liason Counsel, Russ Herman, Esquire, and Defendants' Liaison Counsel, Kerry Miller, Esquire, and upon all parties by electronically uploading the same to File and ServeXpress in accordance with Pre-trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will serve a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 20th day of May, 2014.

                                        /s/ Allison Grant
                                        Florida Bar No. 858330
                                        Allison Grant, P.A.
                                        730 S. Federal Highway
                                        Lake Worth, Florida  33460
                                        Phone: (561) 994-9646
                                        Fax: (561) 431-4627
                                        agrant@allisongrantpa.com