UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAY 20 2014
WILLIAM W. BLEVINS
CLERK

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| | * | JUDGE FALLON |
| This document relates to: 10-0340 | * * | MAGISTRATE JUDGE WILKINSON |

## JOINT SCHEDULING ORDER

Pursuant to the Court's April 17, 2014 Order, the parties jointly consent to the following scheduling order:

The State of Louisiana shall file an amended complaint by **June 27, 2014**.

Defendants may thereafter amend their Notice of Removal by **July 15, 2014**.

The State of Louisiana may file a supplemental brief in support of its Motion to Remand by **August 11, 2014**.

Defendants may thereafter file a supplemental brief in opposition to the State of Louisiana's Motion to Remand by **September 10, 2014**.

The State of Louisiana may thereafter file a reply brief to Defendants' opposition brief by **September 24, 2014**.

After the Court's ruling on the State of Louisiana's Motion to Remand and provided that this Court retains jurisdiction of the State of Louisiana's Amended Complaint, the Parties shall meet and confer to propose a schedule for the filing of responsive pleadings to the State's Amended Complaint, including Rule 12(b) motions and discovery.

New Orleans, Louisiana, this 20th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE