UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# O R D E R

Considering the Motion for Leave to Exceed Page Limitation and to File Exhibit(s) Under Seal filed by the Fee Committee (FC) and the Plaintiffs' Steering Committee (PSC);

IT IS ORDERED BY THE COURT that the FC and PSC is granted leave to exceed the page limitation on its Memorandum of Law in Support of the Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorneys' Fees and Reimbursement of Expenses, Filed Pursuant to Pre-Trial Order No. 28; and, the Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorneys' Fees and Reimbursement of Expenses, Filed Pursuant to Pre-Trial Order No. 28, supporting memoranda, exhibits and all other supporting documents are filed herein;

IT IS FURTHER ORDERED BY THE COURT that Exhibit 20 attached to the Fee Committee's Memorandum of Law in Support of the Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorneys' Fees and

Reimbursement of Expenses, Filed Pursuant to Pre-Trial Order No. 28, be and is hereby FILED UNDER SEAL and shall be kept confidential and shall only be disclosed to the Clerk of Court, Philip Garrett and this Court. Any further disclosures shall require an Order from this Court.

New Orleans, Louisiana, this 18th day of _____ May _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge