# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

\* also admitted in New Jersey
† also admitted in New York
\*\* admitted in Illinois only

August 22, 2013

**VIA E-MAIL**

Gary E. Mason, Esquire
Daniel Bryson, Esquire
**WHITFIELD, BRYSON & MASON, LLP**
1625 Massachusetts Ave., N.W.
Suite 605
Washington, D.C. 20036

Christopher L. Coffin, Esquire
P.O. Drawer 71
Plaquemine, Louisiana 70765

Gregory S. Weiss, Esquire
Leopold Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410

Joel R. Rhine, Esquire
Lea, Rhine, Rosbrugh & Chleborowicz,
314 Walnut Street
Wilmington, NC 28401

RE: **Chinese Drywall Litigation**

Gentlemen:

This will confirm the fee distribution in connection with Villa Lago. It applies to all plaintiff parties represented. Below sets forth our position which you have agreed to. Obviously, there can be no distribution of any monies until our joint MDL petition for counsel fees and costs is presented to the Court. This petition will deal with entitlement as well as the allocation amongst handling attorneys and the common benefit group of attorneys. Judge Fallon will be the sole arbiter in connection with the same. The Villa Lago attorney fee and cost fund must be allocated in the following manner:

Knauf--Fees derived from the $160 million KPT Atty Fee fund.

NON-KNAUF sources of money, you have or are expecting/projecting the following amounts:

Banner--$2,002,220.20. All funds are subject to paragraph 14.7 of Banner Settlement. Distribution to the Villa Lago remediation will be reduced by the fees and costs set forth in 14.7 of the Banner settlement.

**EXHIBIT 5 to Declaration of Russ M. Herman and Arnold Levin**

LEVIN, FISHBEIN, SEDRAN & BERMAN

Gary E. Mason, Esquire
Daniel Bryson, Esquire
Gregory S. Weiss, Esquire
Joel R. Rhine, Esquire
Christopher L. Coffin, Esquire
August 22, 2013
Page 2

Global--$1,162,800.00. All fees and costs awarded by the court pursuant to Paragraph 16.6 of the Global Settlement Agreement

Coastal and RCR--$12,000,000. The Parties agreed to an attorney fee/cost reimbursement award of $2,050,551.58 of the amount based upon the opt-out portion attributable to the global settlement and the additional monies recovered from the opt-out entities.

As stated above, all fees and costs on individual retainer agreements and common benefit fees are covered by the Knauf, Banner and Global settlement agreements. They will be distributed only upon order of the Court after filing of a petition relative to the same.

The Coastal and RCR settlements on the fee/cost issue are subject to a voluntary payment of 17/32 of the fee/cost award (17% of the usual 32% in fees and costs) pursuant to the Court's Order of April 13, 2011 at Rec.Doc. 8545, for a total of $1,110,605.53. The PSC's adjustments were made to assure the preservation of the PSC's negotiated Banner settlement.

WE INTEND TO PRESENT THIS LETTER TO THE COURT IN CONNECTION WITH THE VILLA LAGO SETTLEMENT. NO DISTRIBUTION CAN BE MADE OF ANY ATTORNEYS' FEES OR REIMBURSEMENT OF COSTS IN CONNECTION WITH THE VILLA LAGO, KNAUF, BANNER, AND GLOBABL SETTLEMENTS WITHOUT COURT APPROVAL.

Sincerely,

ARNOLD LEVIN

dcm

cc: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Fred S. Longer, Esquire

**EXHIBIT 5 to Declaration of Russ M. Herman and Arnold Levin**