# In Re: Chinese-Manufactured Drywall, MDL 2047
# PSC Discovery Motions (with Letters Rogatory)

| Date | Discovery Motion |
|---|---|
| 9/22/2009 | Plaintiffs' Motion for Issuance of Corrected Request for International Judicial Assistance Letter Rogatory to Appropriate Judicial Authorities in Taiwan to Effect Service of Process on Defendant Rothchilt Int'l Ltd. in Vickers et al vs Knauf Gips KG et al |
| 9/24/2009 | Plaintiffs' Motion for Issuance of (Corrected) Request for International Judicial Assistance (Letter Rogatory) to Appropriate Judicial Authorities in Taiwan to Effect Service of Process on Defendant Rothchilt Int'l Ltd. in Vickers et al vs Knauf Gips KG et al |
| 11/11/2009 | Plaintiffs' Steering Committee's Motion to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. |
| 11/11/2009 | Plaintiffs' Steering Committee's Motion to Compel Full and Complete Discovery From All Defendants |
| 11/11/2009 | Motion for Expedited Hearing on PSC's Motion to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. |
| 11/11/2009 | Motion for Expedited Hearing on PSC's Motion to Compel Full and Complete Discovery From All Defendants |
| 11/19/2009 | Motion for Leave of Court to File PSC's Reply Brief in Support of Its Motion to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. |
| 12/29/2009 | PSC's Motion to Compel Discovery From Defendants and Establish a Uniform Format of Production |
| 1/21/2010 | Motion for Letters Rogatory to Rothschilt International Limited in Taiwan and Knauf Gips, KG in Germany; Proposed Letters Rogatory in Payton, Sean et al vs Knauf Gips KG et al |
| 3/4/2010 | Motion for Issuance of Letters Rogatory re Rothchilt International Limited in Payton, Sean et al vs Knauf Gips KG et al |
| 3/15/2010 | Proposed Letters Rogatory re Rothchilt International, Ltd. in Payton, Sean et al vs Knauf Gips KG et al |
| 6/9/2010 | Plaintiffs' Steering Committee's Motion Challenging The Adequacy and Completeness of the Discovery Responses of Defendant, Knauf Gips, and to Compel Discovery and Production of Discovery Responses From Knauf Plasterboard (Tianjin), Knauf Plasterboard (Wuhu), and Knauf Plasterboard (Dongguan) and a Complete Privilege Log Concerning Jurisdicitonal and Other Issues From the Knauf Defendants |
| 7/21/2010 | Proposed Letters Rogatory re Knauf Gypsum Indonesia in Gross et al vs Knauf Gips KG et al |
| 8/3/2010 | The Plaintiffs' Steering Committee's Motion for Sanctions and to Compel Production of Knauf Defendant Documents |
| 8/23/2010 | Joint Motion to Compel of the PSC and Robert C. Pate in Accordance With the Court's Scheduling Orders dated July 1, 2010 and August 5, 2010 |

1

**EXHIBIT 15 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# PSC Discovery Motions (with Letters Rogatory)

| Date | Discovery Motion |
| --- | --- |
| 8/23/2010 | Joint Motion to Compel of the PSC and Robert C. Pate in Accordance With the Court's Scheduling Orders Dated July 1, 2010 and August 5, 2010 |
| 10/1/2010 | Plaintiffs' Second Joint Motion to Compel Against Defendant Owners Insurance Company in Pate et al vs American International Specialty Lines Insurance Co et al |
| 12/1/2010 | The Plaintiffs' Steering Committee's Motion to Compel Discovery Responses from Mark P. Norris |
| 12/3/2010 | The Plaintiffs' Steering Committee's Motion to Compel Discovery Responses from Mark P. Norris |
| 1/5/2011 | The Plaintiffs' Steering Committee's Motion to Compel Responses to Rule 34 Requests for Documents |
| 1/12/2011 | Plaintiffs' Steering Committee's Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. and to Compel Discovery & Jurisdictional Depositions to Begin in February 2011 |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Foret, Kimber & Ryan A et al vs Knauf Gips KG et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in D R Horton Inc Gulf Coast vs Interior Exterior Building Supply LP et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Francis, Timothy et al vs Great Northern Insurance Co et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for Protective Order in Candela, Hilario F et al vs Knauf Plasterboard Tianjin Co Ltd |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Rogers et al vs Knauf Gips KG et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Louisiana State vs Knauf Gips KG et al |

**EXHIBIT 15 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# PSC Discovery Motions (with Letters Rogatory)

| Date | Discovery Motion |
|---|---|
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Payton, Sean et al vs Knauf Gips KG et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Lebron et al vs Breezes at Galloway Inc et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Gross et al vs Knauf Gips KG et al |
| 1/13/2011 | PSC's Motion for Leave to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Whitfield vs Knauf Gips KG et al |
| 1/13/2011 | PSC's Motion for Leave of Court to File Its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Morris Chin et al vs Knauf Plasterboard Tianjin Co Ltd et al |
| 1/13/2011 | PSC's Motion for Leave to File its Reply Brief in Support of the Motion to Compel Discovery REspnoses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for a Protective Order in Vickers et al vs Knauf Gips KG et al |
| 1/13/2011 | PSC's Motion for Leave of Court to File its Reply Brief in Support of the Motion to Compel Discovery Responses from Mark P. Norris and Response to Knauf Plasterboard (Tianjin) Co., Ltd.'s Cross-Motion for Protective Order in Mitchell Co Inc vs Knauf Gips KG et al |
| 1/19/2011 | PSC's Motion for Leave to File PSC's Response and Memorandum in Opposition to the Taishan Defendants' Motion for Protective Order [Rec. Doc. 7003] and Reply to the Taishan Defendants' Opposition to the PSC's Motion to Compel [Rec. Doc. 7026] |
| 2/9/2011 | PSC's Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd., and to Compel Discovery and Jurisdictional Depositions to Begin in February 2011 |
| 2/15/2011 | Plaintiff Rookery Park Estates, LLC's Motion to Lift Stay As to Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. in Payton, Sean et al vs Knauf Gips KG et al |
| 2/15/2011 | Plaintiff Rookery Park Estates, LLC's Motion to Compel Mediation of All Claims Against Defendants Knauf, Master Builders of South Florida, Inc., and F. Vicino and Company, Inc. in Payton, Sean et al vs Knauf Gips KG et al |

3

**EXHIBIT 15 to Declaration of Russ M. Herman and Arnold Levin**

# In Re: Chinese-Manufactured Drywall, MDL 2047
# PSC Discovery Motions (with Letters Rogatory)

| Date | Discovery Motion |
|---|---|
| 5/3/2011 | Motion for Expedited Hearing on the PSC's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions |
| 5/3/2011 | PSC's Motion to Compel Production of Documents & Further Jurisdictional Depositions of the Taishan Defendants & for Sanctions |
| 5/6/2011 | PSC's Motion to Lift Stay with regard to its Motion to Compel & for Sanctions against the Taishan Defendants & its Motion for Expedited Hearing |
| 5/24/2011 | Motion for Leave of Court to File PSC's Reply to Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.'s Oppositionn to the PSC and HSC's Motion to Compel |
| 8/10/2011 | The Plaintiff Steering Committee's Motion to Compel T. Rowe Price Group, Inc. |
| 8/10/2011 | The Plaintiffs Steering Committee's Motion to Compel JP Morgan Chase & Co. |
| 8/22/2011 | The PSC's Motion for Leave of Court to Exceed Page Limit and to File Exhibits Under Seal -- regarding Supplemental Memorandum in Support of PSC's and the Questioners Renewed Motion Challenging the Adequacy and Completeness of the Discovery Responses of Defendants Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. and to Compel Discovery & Jurisdictional Depositions to Occur in January 2012 |
| 2/6/2012 | The PSC's Motion to Compel or Alternatively for Sanctions in Accordance with Pre-Trial Order No. 25 for Certain Defendants to Produce Completed Profile Forms |
| 2/28/2012 | The PSC's Motion to Compel and for Costs Sanctions re CNBM (USA) Corp. in Germano et al vs Taishan Gypsum Co Ltd et al |
| 4/16/2012 | The PSC's Motion to Compel Yahoo! in Germano et al vs Taishan Gypsum Co Ltd et al |
| 5/21/2012 | Motion for Expedited Hearing on PSC's Motion to Compel 30(b)(6) Deposition Discovery From The North River Insurance Company |
| 5/21/2012 | Proposed Pleading - The PSC's Motion to Compel 30(b)(6) Deposition Discovery From The North River Insurance Company |
| 8/15/2012 | The Plaintiffs' Steering Committee's Motion for Leave to File Exhibit Under Seal and for Expedited Hearing re Motion to Compel North River; Motion to Compel Responses to Discovery, As Well As Depositions, from The North River Insurance Company |
| 11/2/2012 | Class Counsel's Motion to Compel and for Sanctions, and Alternatively, Response to Jan Petrus's and Christopher Bandas's Motion to Quash and for Protective Order [Rec. Doc. 16053] |

**EXHIBIT 15 to Declaration of Russ M. Herman and Arnold Levin**