**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**O R D E R**

Considering the Fee Committee's Motion to Substitute Exhibit;

IT IS ORDERED BY THE COURT that the motion is granted and the attached signed Affidavit of Philip A. Garrett, Court Appointed CPA, be and is hereby substituted in place of the unsigned version filed with the Consolidated Joint Petition of the Fee Committee and the Plaintiffs' Steering Committee for a Global Award of Attorneys' Fees and Reimbursement of Expenses, Pursuant to Pretrial Order No. 28 [Rec. Doc. 17700], which unsigned Affidavit is recorded at Rec. Doc. 17700-6.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge