U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 21 2014

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER TO SHOW CAUSE

AND, NOW, this 20 day of May, 2014, upon consideration of the DATE Letter of Matthew Garretson, Claims Administrator for the Four Virginia-based Settlements, regarding the Statute of Limitations criteria under Section 10 of the Four Virginia-based Settlements Allocation Plan (Doc. 16800-7), it is hereby ORDERED, ADJUDGED AND DECREED, that:

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

1. Any party to the above referenced case who wishes to be heard regarding the applicability of Section 10 of the Allocation Plan shall either submit a letter to the Court by June 13, 2014 and/or appear and show cause on June 17, 2014, at 9 o'clock in the A.M. to explain their position.

BY THE COURT:

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE