MINUTE ENTRY
FALLON, J.
MAY 20, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>    DRYWALL PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:   Susan Zielie

Appearances:   Russ Herman, Esq.,  for  Plaintiffs' Liaison Counsel
               Kerry Miller, Esq.  for Knauf Defendants
               Michael Ryan, Esq. for Plaintiffs
               Ervin Gonzalez, Esq. for Plaintiffs

1. Motion of the Knauf Defendants to Construe Settlement Agreement   (17595) - TAKEN UNDER SUBMISSION

2. Class Counsel's Motion to Dismiss with prejudice, the claims against Coastal Construction of South Florida, Inc. (Ref: 12-498)  (17632) - GRANTED

3. Class Counsel's Motion to Dismiss with prejudice, the claims against Coastal Construction of South Florida, Inc.  (Ref: 11-1363)   (17633) - GRANTED

4. Motion of Defendant Lafarge North America Inc., for a Rule to Show Cause why the Lafarge Entities Should not be Dismissed  (17640)   (Ref: 14-587) - GRANTED

5. Motion of Plaintiffs Jesse Davis and Katie Davis, to Compel the Knauf Defendants Cash-Out Option Payment.  (Ref: 09-7628)  (17642) - REMOVED FROM DOCKET

After Consideration by the Court,  Motions 2, 3 and 4 were GRANTED without opposition.  Motion 5, NOT ARGUED, to be reset at a later date if not resolved.

Motion 1, Rec. Doc. 17595 - after argument - TAKEN UNDER SUBMISSION

JS10:    : 30