IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>Section L |
| This Document Relates to<br>Germano, et al. v. Taishan Gypsum Co.,<br>Ltd. f/k/a Shandong Taihe Dongxin Co.<br>Ltd., et al. Case No. 2:09-cv-6687 (E.D. La.) | * * * * * * | JUDGE: FALLON<br><br>MAGISTRATE JUDGE<br>WILKINSON |

**************************************************  *

**VENTURE SUPPLY, INC. AND THE PORTER-BLAINE
CORPORATIONS' NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE**

**PLEASE TAKE NOTICE** that Venture Supply, Inc. ("Venture") and The Porter-Blaine Corporation ("PB") intend to dispose of physical evidence consisting of approximately 20 sheets of drywall imported from Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan"), in varying conditions, which has been preserved.  The drywall sheets are currently in a storage unit in the City of Virginia Beach, Virginia.  The PSC has received separate notification of Venture and PB's intentions.  Any person or entity wishing to inspect this physical evidence or request samples must do so within thirty (30) days of the date of this notice upon reasonable notice by contacting Kenneth F. Hardt by telephone at (804) 378-7600, x. 3311, or by email at khardt@snllaw.com .  Upon the expiration of the thirty (30) day period, Venture and PB may dispose of such physical evidence.

Respectfully submitted,

_____/s/_____

Mark C. Nanavati (VSB #38709)
mnanavati@snllaw.com
Kenneth F. Hardt (VSB #23966)
khardt@snllaw.com
SINNOTT NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
PH:     (804) 378-7600
FAX:   (804) 378-2610
*Counsel for Venture Supply Inc. and The Porter-Blaine Corporation*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) has been served on Plaintiffs' Liaison Counsel, Leonard A. Davis and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of May, 2014.

_____/s/_____
Kenneth F. Hardt (VSB #23966)
SINNOTT NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, Virginia 23114
PH:     (804) 378-7600
FAX:   (804) 378-2610
khardt@snllaw.com