# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### PETITION OF ERIC D. WOOTEN, ESQ. FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FOR COMMON BENEFIT NOT INCLUDED IN THE JOINT FEE PETITION FILED BY THE FEE COMMITTEE AND PLAINTIFFS STEERING COMMITTEE PURSUANT TO PRETRIAL ORDER NO. 28; AND COMBINED MOTION FOR AUTHORITY TO SUPPLEMENTALLY FILE UNDER SEAL AFFIDAVITS AND RECORDS REQUIRED UNDER PARAGRAPH 7 OF PRETRIAL ORDER NO. 28

PURSUANT TO Paragraph 7 of Pretrial Order 28, the undersigned Eric D. Wooten, Esq. ("Petitioner"), files this Petition to request an award of attorney's fees for common benefit not included in the Joint Petition (the "Joint Petition") filed by the Fee Committee ("FC") and Plaintiffs' Steering Committee ("PSC") pursuant to Pretrial Order No. 28, with combined motion for authority to supplementally file the affidavits and other documentation required by Pretrial Order 28 under seal; and would respectfully show unto this Honorable Court the following, to-wit:

1. Paragraph 7 of Pretrial Order 28 ("PTO 28") authorized individual counsel to seek a separate award of attorneys' fees for common benefit based on time which was not present in the Joint Fee Petition; "provided the applicant has: (1) complied fully with Pre-Trial Order No. 9, (2) met and conferred in advance of filing a separate fee petition with Philip Garrett and

the FC; and (3) seeks common benefit attorneys' fees or reimbursement for items not covered by the Joint Fee Petition." *See* Paragraph 7, PTO 28 at 7 [Doc. No. 17379].

2. The deadline for filing this Petition was initially set for April 28, 2014; but was extended until May 23, 2014 through Pretrial Order 28(B) [Doc. No. 17567]. *See* Paragraph 2, PTO 28(B) [Doc. No. 17567].

3. Prior to filing this Petition, Petitioner conferred with Philip Garrett, CPA ("Garrett") and communicated with members of the FC and PSC to inform them of Petitioner's intent to file this Petition; the number of statements for services submitted to Garrett; the total number of billable hours invoiced; and the total expenses incurred. Petitioner avers that he, Wooten Law Firm, PLLC and/or Petitioner's former law firm, Vaughn, Bowden & Wooten, Inc. fully complied with Pre-Trial Order No. 9; and that Petitioner is seeking an award of common benefit attorneys' fees not included in the Joint Fee Petition.

4. PTO 28 requires Petitioner to submit with this Petition all supporting common benefit time records and expenses with backup invoices and bills.

5. The Fee Committee's Motion to File All Affidavits (Initial and Second Affidavits) Received Pursuant to Pre-Trial Order No. 28 Under Seal [Doc. No. 17685] was granted by this Court through its Order entered on May 16, 2014 [Doc. No. 17690]. For the reasons set forth in the Fee Committee's Motion, including accompanying pleadings, Petitioner requests authority to supplementally file the affidavits and other documentation required by PTO 28 under seal; and if the proposed Order attached hereto as Exhibit "A" is approved and entered; Petitioner respectfully requests he be allowed three (3) days after entry of said Order to file all affidavits and supporting documentation required by PTO 28.

Petitioner accordingly prays that this Petition is well taken and upon review this Honorable Court enters the proposed Order attached hereto as Exhibit "A" and allows Petitioner to supplementally file the affidavits and other documents required under PTO 28 within three (3) days after entry of said Order. Petitioner further prays that this Honorable Court approve the award of attorney's fees requested herein; and for such other relief to which he may be entitled.

Respectfully submitted this the 23rd day of May, 2014.

BY:    /s/ Eric D. Wooten
Eric D. Wooten (MS Bar No. 9063)
Wooten Law Firm, PLLC
1617 25th Avenue, 2nd Floor
Gulfport, Mississippi 39501
Tel. No.: 228.214.1281
Fax No.: 228.864.8962
Email: ericw@wootenlawfirmms.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of May, 2014 the above and foregoing pleadings has been served upon all counsel of record all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

BY:

      */s/ Eric D. Wooten*
Eric D. Wooten (MS Bar No. 9063)
Wooten Law Firm, PLLC
1617 25th Avenue, 2nd Floor
Gulfport, Mississippi 39501
Tel. No.: 228.214.1281
Fax No.: 228.864.8962
Email: ericw@wootenlawfirmms.com