# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * | |
| | * | MAG. JUDGE WILKINSON |

## O R D E R

Considering the Fee Committee's Motion to File All Affidavits (Initial and Second Affidavits) Received Pursuant to Pretrial Order No. 28 Under Seal [Doc. No. 17685] was granted by this Court through its Order entered on May 16, 2014 (Doc. 17690);

IT IS ORDERED BY THE COURT that the Petition filed by Eric D. Wooten, Esq. on May 23, 2014 is hereby granted in part and Eric D. Wooten, Esq. is hereby authorized to file UNDER SEAL all affidavits and other supporting documentation required by Pretrial Order 28 within three (3) days after entry of this Order; and the Court hereby reserves its consideration of the merits of the petitioner's request for an award of attorney's fees until after petitioner's submission of the required affidavits and supporting documentation under seal.

SO ORDERED, on this 27th day of May, 2014.

Eldon E. Fallon
United States District Court Judge