UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| | SECTION: "L" |
| PERTAINS TO: | JUDGE: FALLON |
| *Laura Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al* | MAGISTRATE: WILKINSON |
| Civil Action No.: 11-1077 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, Rogers Company, L.L.C., who suggests that Jené Liggins, Esquire, be removed as Attorney for Defendant, due to the fact that Jené Liggins has accepted a position with the Honorable Nannette Jolivette Brown, United States District Court Judge for the Eastern District of Louisiana.

Respectfully submitted,

LAW OFFICES OF STEVEN B. WITMAN

BY: _____
STEVEN B. WITMAN (#13621)
Two Lakeway Center - Suite 1960
3850 N. Causeway Boulevard
Metairie, Louisiana  70002
Telephone:  (504) 836-2200
Facsimile:   (504) 836-2201

Page 1 of 3

switman@witmanlaw.com
Attorney for Defendant, Rogers Company, L.L.C.

_____
JENÉ LIGGINS, ESQ. (#31840)
IN PROPER PERSON

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel of Record was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in JDL 2047, on this 28 day of May, 2014.

_____
STEVEN B. WITMAN