UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*********************************************

| | | |
|---|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO.: 2047 |
| | * | SECTION: "L" |
| PERTAINS TO: | * | JUDGE: FALLON |
| *Laura Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Civil Action No.: 11-1077 | * * * | MAGISTRATE: WILKINSON |

*********************************************

## ORDER

**IT IS ORDERED**, that the Motion to Withdraw Counsel of Record filed on behalf of Defendant, Rogers Company, L.L.C., be and the same is hereby granted and that Jené Liggins, Esquire, be withdrawn as counsel for record for Defendant, Rogers Company, L.L.C.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
**ELDON E. FALLON,**
**UNITED STATES DISTRICT JUDGE**