# EXHIBIT T

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* *11-1395* (LOUISIANA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District East of National Road 104, 25KM South Tai'an City Shandong, China 271000 | 2/28/13 Served with rejected legal process. |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village Dawenkou Taian Shandong 271026 China | 6/20/13 Served with rejected legal process. |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 6/25/13 Served with rejected legal process. |
| Beijing New Building Materials Public Limited Company | No. A-11 Sanlihe Road Haidian District, Beijing 100037 | Refused to accept (no reason stated) Reserving at: Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China 102208 |
| China National Building Materials Co., Ltd. | 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037 | 4/3/13 |

| AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL 11-1395 (LOUISIANA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Beijing New Building Materials (Group) Co., Ltd. | No. A-11 Sanlihe Road Haidian District, Beijing 100037 | Company said they have nothing to do with it so they refused to accept. Address is incorrect. Reserving at new address: 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 |
| China National Building Material Group | 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037 | Refused to accept documents because the name provided in the request is different from the addressee. Company refused to acknowledge the English company name on the website. Reserving at new address: 23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park Henglin Town Changzhou, Jiangsu, China 213 103 | |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1395 (LOUISIANA) |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 | |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei<br>448000 | 3/29/13 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China<br>250100 | |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 | 9/26/13<br>Served with rejected legal process. |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305 | 4/18/13 |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 | |

| AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL 11-1395 (LOUISIANA) | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai<br>China 200010 | 4/22/13<br>Served with rejected legal process. |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>8300389 | |
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 | |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271026 | 6/20/13 |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>047500 | 2/28/13<br>Served with rejected legal process. |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 | |
| Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A<br>Jiangjin<br>Chongqing<br>402260 | 2/28/13<br>Served with rejected legal process. |

| | | |
|---|---|---|
| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* **11-1395** (LOUISIANA) | | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 | |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>050400 | 6/7/13<br>Served with rejected legal process. |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 | 7/18/13<br>Served with rejected legal process. |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 | 4/9/13 |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 | 4/8/13 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 | 4/24/13<br>Served with rejected legal process. |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1395 (LOUISIANA) |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 | 9/26/13<br>Served with rejected legal process. |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>053000 | 2/28/13<br>Served with rejected legal process. |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 | 2/28/13<br>Served with rejected legal process. |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 | |
| Qingdao Yilie International Trade Co., Ltd | Room 804<br>Building 1<br>Tianshengyuan<br>21 Donghai West Road<br>Shinan District<br>Qingdao, Shandong, China<br>266071 | |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 | 4/23/13<br>Served with rejected legal process. |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 | 5/3/13 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1395 (LOUISIANA) |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China | 4/27/13 |
| Shandong Oriental International Trading Corp. | 17 - 21/F Shandong International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 | 4/22/13 |
| Shanghai YuYuan Market Import & Export Co., Ltd. | 19 Wen Chuan Rd.<br>Changhai China | |
| Orient International Holding Shanghai Foreign Trade Co., Ltd | Suite B, No. 85, Loushan Guan Road, Shanghai, Shanghai, China | 5/3/13 |
| Qingdao Aoni Decoration Board and Materials Co., Ltd. | 68 Shimei'an Road<br>Licang Dist.<br>Qingdao<br>Shandong, China | |
| Beijing Building Materials Import & Export Co., Ltd. | Jin Yu Mansion<br>Room 2013 No. 129<br>Xuan Wu Men W Road<br>Beijing, China | |
| Taian Taigao Trading Co., Ltd. | No. 157 Dongyue Road<br>Taian, China | |
| Nantong Economic and Technological Development Zone Corporation | 9 Waihuan West Rd.<br>Chongchuan Nantong<br>Jiangsu, China | 4/12/13 |
| Qingdao Kanghong Import and Export Co., Ltd. | 22 Juxian Rd.<br>Shibei District<br>Qingdao Shandong, China | |

| ***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL*** <br> ***11-1395*** (LOUISIANA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | 11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, China, 310005 | |
| SIIC Shanghai International Trade Group Pudong Co., Ltd. | SIIC Building 30F., NO.18cao Xi Bei RD. Shanghai 200030, China, Shanghai | 5/3/13 |
| Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | No.5 West Beijing Road, Nanjing, Jiangsu, China | |
| Zibo International Economic and Technical Cooperation Corporation | 4/F No. 107 LiuQuan Rd. ZhangDian District Zibo, Shandong, China | 4/12/13 |
| Shanghai Kaidun Development Co., Ltd. | Room 313, 260 Nanxun Rd. Hongkou District, Shanghai, China | |
| Shanghai Yujin Industry Co., Ltd. | Room 1805, Lucky Mansion, 660 Shangcheng Road, Shanghai, China 200120 | 4/26/13 |
| Hangzhou Great Import and Export Co., Ltd. | Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province. China 310012 | 5/7/13 |
| Xuzhou Hanbang Global Trade Co., Ltd. | Room409, Yicheng Plaza, No.95 Pengcheng Road Xuzhou Jiangsu 221003 China | 6/5/13 |
| China Xuzhou International Economic & Technological Cooperation Co., Ltd. | 4/F Yingdu Bldg. 120 Huaihai West Rd. Xuzhou, Jiangsu, China | 6/5/13 |
| Jiangsu Easthigh Group Import & Export Co., Ltd. | 3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing 210001 | 3/23/13 |
| Qingdao Joy Industrial & Development Co., Ltd. | 50 Qutangxia Rd. Qingdao, Shandong, China | |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1395 (LOUISIANA) |||
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Lianyungang Yuntai International Trade Co., Ltd. | NO.1-28 Tongguanshouth Road, Lianyung | |
| Beijing New Material Incubator Co., Ltd. | 16 Jiancaicheng West Rd.<br>Xisanqi, Haidian District<br>Beijing, China<br><br>or<br><br>11 Chuangye Middle Road, Shangdi Information Industry Base, Haidian District<br>Beijing, China<br>100096 | |
| CNBMI Co., Ltd. | 14/F International Trade Building, NO. 3002, Renmin South Road, Luohu District, Shenzhen, China<br>518014 | 7/18/13 |