UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628<br><br>_____ | ) ) ) ) | |

## JEAN KENOL LARAQUE'S & GUELDIE JEAN-PIERRE'S CONSENT MOTION TO APPOINT GUARDIANS FOR THEIR KNAUF SETTLEMENT CLAIM AND MOTION EXTENSION OF TIME FOR ELECTION OF REMEDY UNDER KNAUF SETTLEMENT

Plaintiffs Jean Kenol Laraque (hereinafter "Laraque") and Gueldie Jean-Pierre (hereinafter "Jean-Pierre") (collectively hereinafter "Claimants"), by and through undersigned counsel, hereby files their Consent Motion to Appoint a Guardian to Oversee the Knauf Settlement Claim Process and Motion for Extension of Time for Election of Remedy Under Knauf Settlement. As grounds, Claimants states as follows:

Claimants were married when they purchased and resided in their home at 17911 Monte Vista Drive, Boca Raton, Florida, 33496-1055. After discovering their home has been built with Knauf KPT Chinese Drywall, they filed suit in this litigation and have Claims under the Knauf Settlement Agreement. Their home was deemed eligible for the Remediation, Self-Remediation Option or Cash-Out option.

Since their claim was deemed eligible under the Knauf Settlement Agreement, Claimants are in the process of getting divorced. Claimants are unable to agree on a choice of remedy under the Knauf Settlement. Jean Kenol Laraque wants to choose the Cash-Out option under the Knauf Settlement. Gueldie Jean-Pierre wants to choose the Self-Remediation Option. Complicating matters further is that the home has a pending foreclosure lawsuit and Gueldie Jean-Pierre is prepared to satisfy the Mortgagee's demand, but the uncertainty in the election of the remedy is

creates further issues. Jean Kenol Laraque and Gueldie Jean-Pierre's different choices for a remedy under the Knauf Settlement Agreement places undersigned counsel's joint representation of Jean Kenol Laraque and Gueldie Jean-Pierre in conflict. Accordingly, undersigned counsel requests that the Court appoint a Guardian(s) to advocate for each and/or attempt to resolve the aforementioned issues. Given the deadline for election of remedies in the Knauf Settlement, Plaintiffs also request a 90 day extension of time to elect their remedy.

Undersigned counsel has conferred with the Knauf Defendants who have no opposition to the appointment of Guardians for the Claimants nor to an extension of time for the election of a remedy; however, at the time of filing the instant motion, undersigned counsel had not heard back from the Knauf Defendants' counsel if 90 days were an acceptable time frame to the Knauf Defendants.

WHEREFORE, for the reasons set forth in the instant Motion, Claimants respectfully request this Honorable Court enter an Order appointing a Guardian(s) to Jean Kenol Laraque and Gueldie Jean-Pierre to advocate for each and/or resolve the conflict over the election of a remedy in the Knauf Settlement. In addition, Claimants request a 90-day extension to pending deadlines regarding election of remedies under the Knauf Settlement Agreement.

Respectfully Submitted,

/s/ Patrick S. Montoya
ERVIN A. GONZALEZ, ESQ. (#500720)
PATRICK S. MONTOYA, ESQ. (#524441)
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Claimants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of May, 2014.

/s/ Patrick S. Montoya