UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 _____ | ) ) ) ) | |

**PROPOSED ORDER**

IT IS ORDERED BY THE COURT that the Motion filed by Claimants Jean Kenol Laraque and Gueldie Jean-Pierre to appoint a Guardian(s) to advocate for each and/or resolve the conflict over the election of a remedy in the Knauf Settlement is GRANTED. The Court hereby appoints _____ as Guardians. In addition, Claimants request for a 90-day extension to pending deadlines regarding election of remedies under the Knauf Settlement Agreement is GRANTED. Claimants have until August 30, 2014 to elect their remedy and advise the Knauf Defendants.

SO ORDERED, on this _____ day of _____ , 2014.

_____
Eldon E. Fallon
United States District Court Judge