# EXHIBIT C

## Rico, Natalie

**From:** Rico, Natalie
**Sent:** Thursday, May 31, 2012 2:42 PM
**To:** 'Spatz, Mark'
**Cc:** Montoya, Patrick; Ferrer, Becky; 'egolub@kayescholer.com'
**Subject:** Harrell Class Homes

Mark,

The following Harrell Class homes initially opted out of the Pilot Program. We would like to resubmit these homes for Settlement consideration at this time. Please advise if they may be cleared for Benchmark inspection. Additionally, please advise whether you need us to send you indicia for these homes or whether you already have sufficient information.

1. Maria Colman & Kevin Colman
   Property Address: 2248 NE 19th Terrace, Homestead, FL 33035

2. Julian Flores & Nathalia Cora Flores
   Property Address: 2230 SE 19th Avenue, Homestead, FL 33035

3. Barbara Kurutz & Stephen Kurutz
   Property Address: 1982 SE 23rd Court, Homestead, FL 33035

4. Felix Martinez & Jenny Martinez
   Property Address: 2250 SE 19th Avenue, Homestead, FL 33035

5. Frederick Ramirez
   Property Address: 2913 East Augusta Drive, Homestead, FL 33025

6. Ricardo Rizzo & Madelin Alfonso
   Property Address: 1987 SE 21st Court, Homestead, FL 33035

7. Raphael Santamaria
   Property Address: 1974 SE 23 Court, Homestead, FL 33035

8. Jason Santiago
   Property Address: 2140 SE 19th Avenue, Homestead, FL 33035

9. Charles Stoner
   Property Address: 2240 SE 19th Avenue, Homestead, FL 33035

10. Katori Wisdom & Patrick Wisdom
    Property Address: 1954 SE 22nd Court, Homestead, FL 33035

11. Dale Woodbridge & Robert Woodbridge
    Property Address: 2165 SE 20th Avenue, Homestead, FL 33035

Thanks,

Natalie M. Rico
Attorney

1

Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com