# EXHIBIT E

**Rico, Natalie**

| | |
|---|---|
| From: | Mindy Nunnally <mnunnally@browngreer.com> |
| Sent: | Wednesday, October 09, 2013 1:16 PM |
| To: | Ferrer, Becky; Rico, Natalie |
| Cc: | Ashley Dwyre; Audra Honaker |
| Subject: | RE: Option 2 - Binding Contract - Santiago |

Becky,

In addition to the Contract we also need the Certificate of Insurance updated.

1. Binding Contract: Missing amount on page one.
2. Certificate of Insurance: Need updated Insurance that includes the homeowner name and address in the Certificate Holder box.
3. Rider to Self-Remediation: Section IV of the Rider needs to have the FCE amount of $125,690.42.

Thanks,
Mindy

---

**From:** Mindy Nunnally
**Sent:** Wednesday, October 09, 2013 1:08 PM
**To:** Ferrer, Becky (Becky@colson.com); Rico, Natalie (natalie@colson.com)
**Cc:** Ashley Dwyre; Audra Honaker
**Subject:** Option 2 - Binding Contract - Santiago

Becky,

Please add the amount the contractor is seeking to page one of the Binding Contract.

Thanks,
Mindy

**Mindy Nunnally**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7225
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1