# EXHIBIT F

## Rico, Natalie

| | |
|---|---|
| **From:** | Rico, Natalie |
| **Sent:** | Wednesday, December 11, 2013 11:42 AM |
| **To:** | Ashley Dwyre; Ferrer, Becky |
| **Cc:** | Mindy Nunnally; Montoya, Patrick; Miller, Kerry J.; Spaulding, Kyle; Jorge D. Lorenzo |
| **Subject:** | RE: Lump Sum Payment Eligibility Form - Confirm Property Type - Jason Santiago |
| **Importance:** | High |

Dear Ashley,

Please note that this claimant is part of the Harrell Settlement. Because of this, an assignment of third party contribution is required in the amount of $28,404.00. Please make sure that Mr. Santiago's funds are reduced to reflect the required contribution prior to the transfer of any funds to his contractor. Further, the client is required to pay attorneys' fees to Class Counsel, which may need to be paid from the Self-Remediation value should the Lump Sum be insufficient to cover them. Please clarify these values **prior** to the transfer of any funds.

If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Wednesday, December 11, 2013 11:33 AM
**To:** Ferrer, Becky; Rico, Natalie
**Cc:** Mindy Nunnally; Montoya, Patrick
**Subject:** RE: Lump Sum Payment Eligibility Form - Confirm Property Type - Jason Santiago

Thank you, Becky!

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Wednesday, December 11, 2013 11:30 AM
**To:** Ashley Dwyre; Rico, Natalie
**Cc:** Mindy Nunnally; Montoya, Patrick
**Subject:** RE: Lump Sum Payment Eligibility Form - Confirm Property Type - Jason Santiago

Dear Ashley,

Attached please find the Lump Sum Payment Eligibility Form for our client Jason Santiago in response to e-mail below.

Thank you.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.

1

Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax
*becky@colson.com*

---

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Friday, December 06, 2013 2:28 PM
**To:** Ferrer, Becky; Rico, Natalie
**Cc:** Mindy Nunnally
**Subject:** Lump Sum Payment Eligibility Form - Confirm Property Type

Becky & Natalie —

At your earliest convenience, please complete the attached *Lump Sum Payment Eligibility Form* for your client identified below. This will help to clarify the primary use of the property. You may fill out the form electronically and type your name in the signature box. Once complete, please upload this document to the Pilot Program Portal at http://www2.browngreer.com/drywall/. You may also return the form via email. Please let me know if you have any questions.

We would like to request funding today if possible.

| 101370 | Santiago, Jason | 2140 SE 19th Avenue | Homestead | FL |
|--------|-----------------|---------------------|-----------|-----|

Thank you!
Ashley

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*