# EXHIBIT G

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Wednesday, February 05, 2014 5:24 PM
**To:** Ferrer, Becky; Mindy Nunnally
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** RE: CDW - Jason Santiago

The Milestone #1 Payment has been issued to the contractor. Funds should now be available to the contractor.

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Wednesday, February 05, 2014 5:08 PM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** CDW - Jason Santiago

Dear Mindy and Ashley,

Please advise the value that was paid to Jason Santiago's contractor.

Thank you kindly in advance.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax

1