# EXHIBIT H

## Rico, Natalie

**From:** Rico, Natalie
**Sent:** Wednesday, February 05, 2014 7:02 PM
**To:** Ashley Dwyre; Ferrer, Becky; Mindy Nunnally
**Cc:** Montoya, Patrick; Spaulding, Kyle; Jorge D. Lorenzo
**Subject:** RE: CDW - Jason Santiago

Dear Ashley,

Thanks for the prompt response. Could you please advise us of the value that was paid to Mr. Santiago's contractor for Milestone 1? Mr. Santiago is a Harrell Class Member and we need to ensure that the Self-Remediation values have been properly reduced by the required third party assignment amount of $12.00 per square foot. Additionally, Mr. Santiago is obligated to pay attorneys' fees and costs to Class Counsel for their work in the Harrell Class. If the reduction was not reflected in the initial Milestone, we may need to alter the distribution amounts for Milestones 2 and 3. Please advise.

Very truly yours,

Natalie M. Rico
Attorney
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134-5008
Office: 305 476-7400
Fax: 305 476-7444
e-mail: Natalie@colson.com

---

**From:** Ashley Dwyre [mailto:adwyre@browngreer.com]
**Sent:** Wednesday, February 05, 2014 5:24 PM
**To:** Ferrer, Becky; Mindy Nunnally
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** RE: CDW - Jason Santiago

The Milestone #1 Payment has been issued to the contractor. Funds should now be available to the contractor.

---

**From:** Ferrer, Becky [mailto:Becky@colson.com]
**Sent:** Wednesday, February 05, 2014 5:08 PM
**To:** Mindy Nunnally; Ashley Dwyre
**Cc:** Rico, Natalie; Montoya, Patrick
**Subject:** CDW - Jason Santiago

Dear Mindy and Ashley,

Please advise the value that was paid to Jason Santiago's contractor.

Thank you kindly in advance.

Becky Ferrer
Paralegal to Ervin Gonzalez, Esq. & Patrick Montoya, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
305-476-7458 Direct Line
305-476-7444 Fax