# EXHIBIT I

## Rico, Natalie

**From:** Spaulding, Kyle <kspaulding@frilot.com>
**Sent:** Wednesday, March 05, 2014 12:33 PM
**To:** 'Jacob S. Woody' (jswoody@browngreer.com); Ashley Dwyre (adwyre@browngreer.com); mnunnally@browngreer.com
**Cc:** Rico, Natalie
**Subject:** Santiago, 2140 SE 19th Avenue, Homestead, Florida

All-Because the referenced home is a Harrell settlement home, we need to adjust the amounts he will receive in his option 2 milestones. A total of $14,202 will need to be deducted from milestones 2 and 3. You should then credit the next funding request for $28,404.

Also, you will need to deduct $9,479.56 from the total and send that amount to Victor Diaz's office for payment of Harrell class counsel fees and costs. Victor's wiring instructions are:

VM Diaz and Partners
Trust Account Number 003-115239-0
Sabadell United Bank,
44 West Flagler Street,
Miami, Florida, 33130,
(305) 371-2300,
ABA 067009646

Let me know if you have any questions.

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: 504.599.8249
Facsimile: 504.599.8137

1