# EXHIBIT J

## Rico, Natalie

**From:** Ashley Dwyre <adwyre@browngreer.com>
**Sent:** Monday, April 21, 2014 3:25 PM
**To:** Ferrer, Becky; Rico, Natalie
**Cc:** Kyle Spaulding; Jacob S. Woody; Mindy Nunnally
**Subject:** Santiago - Harrell Property

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Hi Becky & Natalie –

We spoke last week regarding the contractor payments for the Santiago property. As of today, the Milestone #1 and Milestone #2 payments have been issued, and the following payment schedule is in place:

| Payment Schedule – Santiago Property | |
|---|---|
| Milestone 1 (Overpayment) | $37,707.13 |
| Milestone 2 (Adjusted Payment) | $14,976.99 |
| Milestone 3 (30%) | $26,342.06 |
| Milestone 4 (10%) | $8,780.68 |
| **Total Contractor Payments** | **$87,806.86** |

You indicated that the contractor is looking for additional funds to cover the cost of remediation; however, the total amount that Knauf will fund to the contractor is $87,806.86. In the event that additional funds are needed to complete the remediation, the homeowner would need to supplement the amount the contractor will receive with their Lump Sum Payment or with the amount that they got to keep from the original Harrell Class Settlement. If the contractor is not actually seeking more money, but would like to receive a higher milestone payment now and lower payments going forward, we can work out the details. Please let us know if you have any questions.

Thank you,
Ashley

**Ashley Dwyre**
Analyst II
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 421-9274
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1