# EXHIBIT L

# PROPERTY INFORMATION REQUEST

## Section A. Owner and Address Information

| | | | | |
|---|---|---|---|---|
| 1. | Property Owner Name(s) | Last, First, Middle<br>Santiago Jason | | |
| 2. | Current/Mailing Address | Street<br><br>City | State | Zip |
| 3. | Affected Property Address | Street<br>2140 SE 19th Avenue<br>City<br>Homestead | State<br>FL | Zip<br>33035 |

## Section B. Square Footage, Xactimate, and Final Cost Estimate

| | | | |
|---|---|---|---|
| 4. | Remediation Square Footage | | 2,367 |
| 5. | Xactimate Amount | $126,359.56 | $53.38 per sq. ft. |
| 6. | 65% Xactimate Amount | $82,133.71 | $ 34.70 per sq. ft. |
| 7. | Final Cost Estimate | $125,690.42 | $53.10 per sq. ft. |
| 8. | ANSI ("under air") Square Footage<br>For purposes of calculating Lump Sum Payment and any Delay Period | | 2,214 |

## Section C. Self-Remediation Option Amounts

| | | |
|---|---|---|
| 9. | Amount Available for Property Owner's Contractor<br>Higher of 65% Xactimate Amount (Row 6) and Final Cost Estimate ( Row 7) | $125,690.42 |
| 10. | Lump Sum Payment Amount<br>For RESIDENTIAL PROPERTY ONLY | $18,819.00 |

## Section D. Cash-Out Option Amounts

| | | |
|---|---|---|
| 11. | Reduced Payment<br>Higher of 65% Xactimate Amount (Row 6) and Final Cost Estimate (Row 7), less $7.50 per square foot | $107,937.92 |
| 12. | Lump Sum Payment Amount<br>$3.50 per square foot For RESIDENTIAL PROPERTY ONLY | $7,749.00 |
| 13. | Total Payment Amount | $115,686.92 |