UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Payton, et al. v. Knauf Gips, KG, et. al.,*
Case No. 09-7628

## ORDER

Before the Court is a motion to compel Knauf to pay Plaintiff's self-remediation claim in full. (Rec. Doc. 17714).

**IT IS ORDERED** that this motion be and is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Tuesday, June 17, 2014.

**IT IS FURTHER ORDERED** that parties who want to respond to this motion should do so by Thursday, June 12, 2014.

New Orleans, Louisiana this 5th day of June, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE