UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        :   MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION          :   SECTION:  L
                                           :
                                           :   JUDGE FALLON
                                           :   MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Considering the pending motion for extension of deadlines, (Rec. Doc. 17676),

**IT IS ORDERED** that this motion be and are hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Tuesday, June 17, 2014.

New Orleans, Louisiana this 5th day of June, 2014.

_____
United States District Judge