UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED | MDL NO. 2047
    DRYWALL PRODUCTS |
    LIABILITY LITIGATION | SECTION: L
|
| JUDGE FALLON
THIS DOCUMENT RELATES TO |
ALL CASES |
| MAG. JUDGE WILKINSON

## ORDER

THIS CAUSE having come before the Court on Alters Law Firm, P.A.'s Petition for an award of attorney's fees and reimbursement of assessments/expenses for common benefit, pursuant to PTO 28, [Dkt. Ent. _____], and considering the Court's prior granting of the Plaintiffs' Steering Committee Fee Committee's Motion to File All Affidavits (Initial and Second Affidavits) Received Pursuant to Pretrial Order No. 28 Under Seal, [Dkt. Ent. 17690], it is hereby ORDERED, ADJUDGED and DECREED

1.    That the Petition filed by Alters Law Firm on June 6, 2014 pursuant to Paragraph 7 of Pre-trial Order 28 is hereby GRANTED IN PART, and Alters Law Firm shall file UNDER SEAL all affidavits and other supporting documentation required by Pretrial Order 28 within three (3) business days of entry of this Order; and the Court hereby reserves its consideration of the merits of the Petitioner's request for an award of attorney's fees and reimbursement of expenses and assessments until after Petitioner's submission of the required affidavits and supporting documentation under seal.

    -OR-

      2.      That Petitioner's alternative Motion to request reimbursement for common benefit fees, expenses, and unreimbursed assessments pursuant to Paragraph 6 of PTO 28 is GRANTED IN PART, and Petitioner shall file UNDER SEAL the affidavits and supporting documentation required by PTO 28 within three (3) business days of the entry of this Order so that such affidavits and supporting documentation may be considered by the Court in its award and allocation of common benefit fees and expenses.

      SO ORDERED, on this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge