# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 SECTION: L (2:10-cv-00340) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## THE STATE OF LOUISIANA'S MOTION TO PROHIBIT DISPOSAL OF PHYSICAL EVIDENCE BY THE KNAUF DEFENDANTS

The State of Louisiana ("Louisiana"), through the Honorable James D. ("Buddy") Caldwell, Attorney General of Louisiana, reserving all of Louisiana's rights pursuant to its pending Motion for Remand (Rec. Doc. No. 1636), respectfully moves this Court to prohibit The Knauf Defendants from carrying out their plan to dispose of physical evidence, as detailed in their Notice of Disposal of Physical Evidence dated April 25, 2014. Please see Louisiana's supporting Memorandum.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips, BarRoll# 19978
Sanettria Glasper Pleasant, BarRoll# 25396
L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, BarRoll# 12988
Trial Attorney

LEGAL121979040.2

-2-

        John F. Weeks, II, BarRoll# 13309
        1615 Poydras St., Ste. 1250
        New Orleans, LA 70112
        (504) 592-4600

**Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637
Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461

   s/ David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
(303) 291-2300

COUNSEL FOR THE STATE OF LOUISIANA

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing State of Louisiana's Motion to Prohibit Disposal of Physical Evidence by the Knauf Defendants has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; and Insurance Liaison Counsel, Judy Y. Barrasso, all by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2014.

                                s/ David L. Black
                                (Signature of Filing Attorney)