# EXHIBIT A

| | |
|---|---|
| From: | Mark C. Nanavati |
| To: | "Richard Serpe"; "Kenneth F. Hardt" |
| Cc: | "RHERMAN@hhkc.com"; "alevin@lfsblaw.com" |
| Subject: | RE: Urgent request for samples of Venture Drywall |
| Date: | Sunday, November 08, 2009 9:59:57 AM |

www.snllaw.com



Richard,

I doubt it will be a problem but I am out of the country until Wednesday. Please call Ken on Monday. Also, please let him know how much you propose to take and etc.

My cell phone number is (804) 314-8636. I do not carry it very often. If I do not have it, will ring through to the office.

Thanks,

Mark

www.snllaw.com



http://www.lettermark.net/Staging/mm1/snllaw/images/disclaimer.gif



**From:** Richard Serpe [mailto:rserpe@serpefirm.com]
**Sent:** Sunday, November 08, 2009 9:41 AM
**To:** Kenneth F. Hardt; Mark C. Nanavati
**Cc:** RHERMAN@hhkc.com; alevin@lfsblaw.com
**Subject:** Urgent request for samples of Venture Drywall
**Importance:** High

I need to speak with you ASAP about obtaining samples of the drywall from the pallets that Sam retained from both shipments. This is an urgent request.
Please let me know if we can pick them up on Tuesday.

Thanks.

PS: Can I get your cell phone numbers? My cell phone is 757-439-0947. Thanks again.

| | |
|---|---|
| **From:** | Kenneth F. Hardt |
| **To:** | "Spaulding, Kyle" |
| **Cc:** | "Mark Nanavati"; "Judith M. Hayes"; "Sara V. Theile"; "Jamie B. Specter" |
| **Subject:** | RE: CDW - Warehouse Inspections |
| **Date:** | Friday, May 14, 2010 11:03:20 AM |

www.snllaw.com



Kyle....it is at a storage facility at 3212 Dam Neck Rd., Va. Beach.  Let me know what date.  If you could make the inspection after 11 a.m. that would help me.  Thanks...Ken

www.snllaw.com



http://www.lettermark.net/Staging/mm1/snllaw/images/disclaimer.gif



**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Friday, May 14, 2010 9:47 AM
**To:** Ken Hardt
**Cc:** Mark Nanavati; Judith M. Hayes; Sara V. Theile; Jamie B. Specter
**Subject:** RE: CDW - Warehouse Inspections

Thanks Ken.  Will you forward me the physical address of the storage unit?  The PSC would like to know where it is.

Kyle A. Spaulding
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:      504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com

**From:** Kenneth F. Hardt [mailto:khardt@snllaw.com]
**Sent:** Thursday, May 13, 2010 10:06 AM
**To:** Spaulding, Kyle
**Cc:** Mark Nanavati; 'Judith M. Hayes'; 'Sara V. Theile'; 'Jamie B. Specter'

**Subject:** RE: CDW - Warehouse Inspections

I'm actually available that whole week....wondering how that happened. Let me know Kyle.....

http://www.lettermark.net/Staging/mm1/snllaw/images/disclaimer.gif

---

**From:** Spaulding, Kyle [mailto:kspaulding@frilot.com]
**Sent:** Wednesday, May 12, 2010 3:13 PM
**To:** Ken Hardt
**Subject:** FW: CDW - Warehouse Inspections

Ken-How do you look on any of the days between May 24 and 28?

Kyle

Kyle A. Spaulding
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Direct:      504.599.8249
Facsimile:   504.599.8137
E-mail: kspaulding@frilot.com

---

**From:** Jim Reeves [mailto:jrr@lumpkinreeves.com]
**Sent:** Wednesday, May 12, 2010 10:50 AM
**To:** Spaulding, Kyle
**Cc:** RHERMAN@hhkc.com; ldavis@hhkc.com; rserpe@serpefirm.com; vdiaz@podhurst.com; Ervin@colson.com; jbruno@jbrunolaw.com; srb@mbfirm.com
**Subject:** CDW - Warehouse Inspections

Kyle:

Regarding the warehouse inspections, I am available for any of them on May 24, 25, 26, or 28. There is a status conference in CDW on the 27th, so it would probably make sense to schedule inspections in the New Orleans area on May 26th or 28th.

Regarding the Norfolk inspection, we will need to postpone it to one of the dates above. Let me know which one you prefer. I am, in the meantime, attempting to schedule the inspection at the Ace Hardware warehouse in Baldwin County, Alabama, for one of these dates as well.

Jim Reeves
Lumpkin & Reeves, PLLC
P. O. Drawer 1388
Biloxi, MS 39533

Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@lumpkinreeves.com; khs@lumpkinreeves.com