# EXHIBIT B

# Kenneth Hardt

| | |
|---|---|
| From: | Kenneth Hardt |
| Sent: | Wednesday, October 10, 2012 2:54 PM |
| To: | 'Russ Herman'; alevin@lfsblaw.com; Lenny Davis; flonger@lfsblaw.com; rserpe@serpefirm.com; 'Frank T. Spano (frank.spano@hoganlovells.com)'; Cyr, Joe |
| Cc: | 'John Franklin, III'; 'Brian Slaughter'; Tbrenner@beylaw.com; Mark Nanavati; Judith Hayes |
| Subject: | Venture Supply drywall |

**Counsel....Venture Supply's insurer is currently paying for monthly storage of about 20 sheets of CDW imported from Taishan. The PSC has already received sample boards from Venture Supply and has inspected and photographed the boards that are being kept in storage. Taishan has been made aware that these boards have been available for inspection, testing, etc.**

**We intend to seek the approval of the CPSC to dispose of these boards rather than continue to pay storage fees. We also intend to file a notice with the MDL Court and the Norfolk Court about our desire to dispose of these boards. However, as you all are involved directly with the boards imported by Venture Supply, I wanted to give you advance notice and seek your position, if any, on the disposal.**

**Please let me know as soon as possible if you have any objection to the disposal or if you have any questions or comments.**

**Thanks....Ken**

1

| | |
|---|---|
| **From:** | Jack Drescher |
| **To:** | Kenneth Hardt |
| **Subject:** | RE: storage of drywall |
| **Date:** | Friday, November 16, 2012 3:44:01 PM |

I'll check again, Ken.

John W. Drescher
Breit, Drescher, Imprevento & Walker P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Main Telephone No: 757-622-6000
Direct Dial No.: 757-670-3838
Direct Facsimile No.: 757-299-8034
Firm Facsimile No.: 757-670-3939
Website: breitdrescher.com
E-mail Address: jdrescher@breitdrescher.com





This E-mail (and any material transmitted with it) is confidential and is intended solely for the use of the individual (or entity) to whom it is addressed. This communication may contain material protected by the attorney-client privilege, work product doctrine and/or any other privilege from disclosure recognized under the law. If you are not the intended recipient or the person responsible for delivering the E-mail to the intended recipient, be advised that you have received this E-mail in error and that any use, dissemination, forwarding, printing, or copying of this E-mail is strictly prohibited. If you have received this E-mail in error, please immediately notify Breit, Drescher & Imprevento. P.C. at (757)622-6000 or John W. Drescher at (757)670-3838. Thank you.

**From:** Kenneth Hardt [mailto:khardt@snllaw.com]
**Sent:** Friday, November 16, 2012 3:33 PM
**To:** Jack Drescher
**Subject:** storage of drywall

Jack...we would like to get rid of those 20 some odd sheets we

have in storage. Any word from the PSC folks on their position? Thanks...Ken

| | |
|---|---|
| **From:** | Jack Drescher |
| **To:** | Kenneth Hardt; rserpe@serpefirm.com |
| **Cc:** | Mark Nanavati; Tracy Oliver |
| **Subject:** | RE: drywall storage |
| **Date:** | Wednesday, October 10, 2012 3:22:01 PM |

Ken, we've a couple of "t's" to cross and "i's" to dot. We'll be back to you promptly.

John W. Drescher
Breit, Drescher, Imprevento & Walker P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Main Telephone No: 757-622-6000
Direct Dial No.: 757-670-3838
Direct Facsimile No.: 757-299-8034
Firm Facsimile No.: 757-670-3939
Website: breitdrescher.com
E-mail Address: jdrescher@breitdrescher.com





This E-mail (and any material transmitted with it) is confidential and is intended solely for the use of the individual (or entity) to whom it is addressed. This communication may contain material protected by the attorney-client privilege, work product doctrine and/or any other privilege from disclosure recognized under the law. If you are not the intended recipient or the person responsible for delivering the E-mail to the intended recipient, be advised that you have received this E-mail in error and that any use, dissemination, forwarding, printing, or copying of this E-mail is strictly prohibited. If you have received this E-mail in error, please immediately notify Breit, Drescher & Imprevento. P.C. at (757)622-6000 or John W. Drescher at (757)670-3838. Thank you.

**From:** Kenneth Hardt [mailto:khardt@snllaw.com]
**Sent:** Wednesday, October 10, 2012 12:01 PM
**To:** rserpe@serpefirm.com; Jack Drescher
**Cc:** Mark Nanavati
**Subject:** drywall storage

Richard and Jack...Travelers is still paying to store approximately 20 sheets of drywall in a storage facility. I would like to go ahead and dispose of this as per the MDL court's order on preservation. Do either of you see any problem with this?