# EXHIBIT C

**From:** Richard J. Serpe
**To:** Kenneth Hardt
**Subject:** boards in the warehouse
**Date:** Tuesday, November 27, 2012 2:51:23 PM

Ken,

I may want to take them after all.

Please don't destroy them till we have a chance to speak.

Thanks.

Richard

**From:** Judith Hayes
**To:** Rebecca J. Cohen
**Cc:** Richard J. Serpe; Kenneth Hardt
**Subject:** AAAA Storage
**Date:** Thursday, November 29, 2012 4:03:57 PM
**Attachments:** scanneddocument_20121116_145405.pdf
image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png

http://mm1.lettermark.net/snllaw/lhead/snllaw.gif

Rebecca,

Attached is contact information for 4A Storage.

Regards,
Judy

**MAKE CHECK PAYABLE TO**
AAAA Self Storage Damneck
3212 Damneck Road
Virginia Beach, VA 23456

(757) 368-4504
www.aaaaselfstorage.com

*Venture Supply Inc.
c/o: C/O: Sam D *Porter
13811 Village Mill Dr
Midothian VA 23114

# INVOICE

Unit       K012
Tenant   102242
Invoice   DN 14393

Invoice Date    November 12, 2012
Due Date        December 19, 2012

Amount Due    208.00

☐ Please check box if address is incorrect
and indicate change. Signature is required
to authorize address changes.

Signature _____
AMOUNT ENCLOSED _____

-------------------------------------------------------------------

## DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| UNIT | DATE | ITEM/SERVICE | AMOUNT | TAX | DUE |
|------|------|--------------|--------|-----|-----|
| K012 | 11/19/2012 | Rent 11/19-12/18 | 104.00 | 0.00 | 104.00 |
| K012 | 12/19/2012 | Rent 12/19-1/18 | 104.00 | 0.00 | 104.00 |
| | | | Subtotal | | 208.00 |
| | | | Taxes | | 0.00 |
| | | | Balance Due | | 208.00 |

Please remit the total due amount of      208.00 to the above address.

# NEW OFFICE HOURS:
## Mon- Fri:  9am - 5:30pm
## Sat: 8am - 4pm
## Sun: 10am-3pm

**\*\*Refer your friends and receive $25.00 on your next months rent!**

"Like" our **DAMNECK-AAAA** page on Facebook
and receive special coupons and discounts!



From:       Cyr, Joe
To:         Kenneth Hardt
Cc:         Spano, Frank T.
Subject:    Re: Venture Supply stored drywall
Date:       Wednesday, December 05, 2012 8:21:51 AM

Thanks Ken

Joe Cyr
Partner
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel: +1 212 918 3000
Direct: + 212 909 0642
Fax: + 212 918 3100
Cell: + 917 499 4213
Email: joe.cyr@hoganlovells.com

www.hoganlovells.com

On Dec 5, 2012, at 1:50 AM, "Kenneth Hardt" <khardt@snllaw.com> wrote:



Joe and Frank...my clients have approximately 20 drywall sheets purchased from your client stored in a
storage unit in Norfolk. They would like to stop paying for the storage of these sheets. Richard Serpe,
representing the PSC, has offered to take over possession of these sheets and the storage rental. I will file
a notice of this transfer in the MDL, but wanted to give you a heads up. If you have any concern or you wish
to have samples before the transfer, please let me know. Thanks...Ken







About Hogan Lovells
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone,
but notify the sender by return email and delete this email (and any attachments) from your system.