# EXHIBIT D

**From:** Judith Hayes
**To:** Kenneth Hardt
**Subject:** FW: Storage
**Date:** Thursday, December 06, 2012 10:14:47 AM
**Attachments:** image008.png
image009.png
image010.png
image011.png
image012.png
image013.png
image014.png

---

**From:** Rebecca I. Cohen [mailto:rcohen@serpefirm.com]
**Sent:** Thursday, December 06, 2012 10:13 AM
**To:** Judith Hayes
**Subject:** RE: Storage

Is there any way we can have 4 boards instead of 2?

**From:** Judith Hayes [mailto:jhayes@snllaw.com]
**Sent:** Thursday, December 06, 2012 8:31 AM
**To:** Rebecca I. Cohen
**Cc:** Kenneth Hardt
**Subject:** RE: Storage

Do you have a UPS Account no?

**From:** Rebecca I. Cohen [mailto:rcohen@serpefirm.com]
**Sent:** Thursday, December 06, 2012 8:31 AM
**To:** Judith Hayes
**Cc:** Kenneth Hardt
**Subject:** RE: Storage

Yes, please overnight it to our office.  Thanks!

**From:** Judith Hayes [mailto:jhayes@snllaw.com]
**Sent:** Thursday, December 06, 2012 8:29 AM
**To:** Rebecca I. Cohen
**Cc:** Kenneth Hardt
**Subject:** RE: Storage

Rebecca:  I have the key.  You want me to send it to you, correct?

**From:** Rebecca I. Cohen [mailto:rcohen@serpefirm.com]
**Sent:** Wednesday, December 05, 2012 4:22 PM
**To:** Judith Hayes
**Cc:** Kenneth Hardt
**Subject:** RE: Storage

That's fine.  If possible, can you please arrange to have it to us for early am delivery?  We can reimburse you if necessary, but that way we'll be able to get the boards tomorrow early afternoon.  Thanks for your help!

Rebecca

**From:** Judith Hayes [mailto:jhayes@snllaw.com]
**Sent:** Wednesday, December 05, 2012 4:19 PM
**To:** Rebecca I. Cohen
**Cc:** Kenneth Hardt
**Subject:** Storage

Rebecca:  our office manager has the key to the storage unit and she has left for the day.  Her office is locked so we will have to overnight the key to you tomorrow if that's okay.  Sorry.

Judy

**From:** Rebecca I. Cohen
**To:** Judith Hayes
**Cc:** Kenneth Hardt
**Subject:** RE: Storage
**Date:** Thursday, December 06, 2012 8:29:54 AM
**Attachments:** image001.png
image002.png
image003.png
image004.png
image005.png
image006.png
image007.png

Yes, please overnight it to our office. Thanks!

**From:** Judith Hayes [mailto:jhayes@snllaw.com]
**Sent:** Thursday, December 06, 2012 8:29 AM
**To:** Rebecca I. Cohen
**Cc:** Kenneth Hardt
**Subject:** RE: Storage

Rebecca: I have the key. You want me to send it to you, correct?

**From:** Rebecca I. Cohen [mailto:rcohen@serpefirm.com]
**Sent:** Wednesday, December 05, 2012 4:22 PM
**To:** Judith Hayes
**Cc:** Kenneth Hardt
**Subject:** RE: Storage

That's fine. If possible, can you please arrange to have it to us for early am delivery? We can reimburse you if necessary, but that way we'll be able to get the boards tomorrow early afternoon. Thanks for your help!

Rebecca

**From:** Judith Hayes [mailto:jhayes@snllaw.com]
**Sent:** Wednesday, December 05, 2012 4:19 PM
**To:** Rebecca I. Cohen
**Cc:** Kenneth Hardt
**Subject:** Storage

Rebecca: our office manager has the key to the storage unit and she has left for the day. Her office is locked so we will have to overnight the key to you tomorrow if that's okay. Sorry.

Judy