# EXHIBIT E

HERMAN
HERMAN & KATZ
—— L.L.C. ——
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Jeremy S. Epstein[1]
Aaron Z. Ahlquist[3]
Craig M. Robinson
Carl A. Woods
Adam H. Weintraub[4]
Mikalia M. Kott[5]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, MD, JD

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey & Pennsylvania
[5] Also Admitted in Colorado

January 3, 2013

**VIA EMAIL**

Kenneth F. Hardt, Esq.
Sinnott Nuckols & Logan, P.C.
13811 Village Mill Drive
Midlothian, VA 23114

   Re: Chinese-Manufactured Drywall Products Liability Litigation
     MDL 2047

Dear Ken:

   We received a copy of the Venture Supply and Porter Blaine Notice of Disposal of
Physical Evidence. The PSC is interested in preserving the materials and requests that no action
whatsoever be taken to alter any of the materials and that they remain preserved pursuant to the
court's preservation orders. Notice is being provided to you of the PSC's request that no disposal
of physical evidence take place. Please provide additional information regarding the material
including the following:

1. The materials' present location;
2. Photos of the materials;
3. A detailed description of the materials;
4. The cost presently incurred for preservation as well as any additional information
  regarding the efforts undertaken to preserve;
5. A suggested proposal for preservation on an ongoing basis including cost.

   The PSC would be happy to discuss this further with you. We trust that no destruction or

change with respect to the preserved materials will take place while we are addressing this
matter.

Sincerely,

LEONARD A. DAVIS

LAD:kad

Cc:    Russ Herman, Esq.
       Arnold Levin, Esq.
       Fred Longer, Esq.
       Plaintiffs' Steering Committee
       Honorable Eldon E. Fallon