**EXHIBIT G**

| | |
|---|---|
| From: | Kenneth Hardt |
| To: | "Lenny Davis"; "Fred Longer"; "Richard J. Serpe" |
| Bcc: | Mark Nanavati; Judith East |
| Subject: | Venture Supply drywall storage |
| Date: | Thursday, September 12, 2013 8:03:06 PM |

Lenny, Fred and Richard....A while back, we asked for permission of everyone to destroy the 20 some odd sheets of Taishan drywall we are storing in Virginia Beach. Richard and members of the PSC have already taken samples and inspected the storage unit with the sheets.

After Richard declined to take over the storage contract with the storage company, Lenny's response was that the PSC would agree to reimburse for the storage of those sheets while the settlement agreement was pending before final approval of the Court. We will send the invoices for this storage since that agreement (approximately $100 per month).

In the meantime, because the settlement has been approved; a final order entered; and the appeal time has expired, we would like to dispose of these sheets and stop the storage charges (which would be billed to the PSC after payment). If you want the sheets, let us know. Otherwise, we will file another notice of disposal.

Please let me know your thoughts on this.

Thanks...Ken