# EXHIBIT I



| Richard J. Serpe | Cindra M. Dowd | Emily Mapp Brannon |
|---|---|---|
| rserpe@serpefirm.com | cdowd@serpefirm.com | ebrannon@serpefirm.com |
| Licensed in VA, LA, & TX | Licensed in VA | Licensed in VA & FL |

June 9, 2014

**VIA HAND DELIVERY**

George E. Schaeffer, III, Clerk
Norfolk Circuit Court
125 St. Paul's Blvd
Norfolk, VA 23510

      RE:    Philip Allen, et al. v. Venture Supply, Inc., et al.
                Case No. CL10-6976

Dear Mr. Schaeffer:

      Enclosed please find an Agreed Order to Dismiss Certain Defendants and Substitute Parties, entered by Judge Hall, in the above-referenced matters that we request be filed at the earliest time.

      In addition, please forward a copy *teste* of this Order to all counsel of record.

      Please do not hesitate to contact my office if you have any questions.

                                        Sincerely,

                                        Richard J. Serpe

RJS/ric
Enclosure
ecc:   Kenneth F. Hardt, Esq.
        J. Brian Slaughter, Esq.
        Theodore I. Brenner, Esq.

VIRGINIA:  IN THE CIRCUIT COURT FOR THE CITY OF NORFOLK

| | |
|---|---|
| PHILIP ALLEN, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>VENTURE SUPPLY, INC., et al., )<br>)<br>Defendants. )<br>) | Case No.: CL10-6976 |

## ORDER TO DISMISS CERTAIN DEFENDANTS AND SUBSTITUTE PARTIES

This matter comes before the Court upon the Complaint filed by the Plaintiffs against the Defendants, Venture Supply, Inc., The Porter-Blaine Corp., Tobin Trading, Inc., and Atlantic Homes, L.L.C. (collectively, the "Parties").

Based upon the representation of the Parties that, with the exception of any claims against Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan"), all matters between them have been resolved, the Court hereby ORDERS, ADJUGES, and DECREES that, with the exception of any claims against Taishan, claims between and among the parties are DISMISSED WITH PREJUDICE.

Nothing in this Order shall dismiss with prejudice any claim against Taishan or relieve Taishan of any liability under the default judgments entered by this Court, including the default judgments entered in Phillip Allen, et al. v. Venture Supply, Inc., et al. (Case No.: CL10-6976), which were assigned to members of the Nationwide Insureds Settlement Class, and/or Porter-Blaine/Venture Supply Settlement Class, , pursuant to the Class Action Settlement Agreements approved by the Honorable Judge

1

Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana. In Re: Chinese-Manufactured Drywall Products Liability Litigation, Case 2:09-md-02047-EEF-JCW (E.D. La.) (No. 16033-2).

In order to preserve the third-party claims of Defendants Venture Supply, Inc., The Porter-Blaine Corp., and Atlantic Homes, L.L.C. against Taishan and pursuant to agreement of the parties, it is hereby ORDERED that:

a. All consolidated Plaintiffs be, and hereby are, substituted in the place and stead of settled Defendant Venture Supply, Inc. ("Venture"). Any outstanding third-party claims filed against Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin, Co., Ltd. ("Taishan") by Venture will now be assigned to Plaintiffs.

b. All consolidated Plaintiffs be, and hereby are, substituted in the place and stead of settled Defendant Porter-Blaine, Corp. ("Porter-Blaine"). Any outstanding third-party claims filed against Taishan by Porter-Blaine will now be assigned to Plaintiffs.

c. All consolidated Plaintiffs be, and hereby are, substituted in the place and stead of settled Defendant Atlantic Homes, LLC ("Atlantic"). Any outstanding third-party claims filed against Taishan by Atlantic will now be assigned to Plaintiffs.

ENTER this ____ day of _____, 2014.

_____
Judge

I ASK FOR THIS:

_____
Richard J. Serpe, Esq. (VSB #33340)
rserpe@serpefirm.com
LAW OFFICES OF RICHARD J. SERPE, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*


Jeffrey A. Breit, Esq. (VSB#18876)
jbreit@bdbmail.com
John W. Drescher, Esq. (VSB#13656)
jdrescher@breitdrescher.com
Michael F. Imprevento, Esq. (VSB#23926)
mimprevento@breitdrescher.com
BREIT DRESCHER IMPREVENTO & WALKER, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Phone: (757) 622-6000
Facsimile: (757) 670-3939
*Co-counsel for Plaintiffs*



SEEN AND AGREED TO:

_____ *was permission by* [signature]
Kenneth F. Hardt, Esq.
Mark C. Nanavati, Esq.
Jamie Specter, Esquire
SINNOTT, NUCKOLS & LOGAN, P.C.
13811 Village Mill Drive
Midlothian, VA 23114
*Counsel for Defendants, Venture Supply, Inc., and The Porter Blaine Corp.*

SEEN AND AGREED TO:

_____S. Brian Slaughter, with permission by [signature]_____
J. Brian Slaughter, Esq.
George J. Dancigers, Esq.
MCKENRY, DANCIGERS, AND DAWSON, P.C.
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
*Counsel for Defendant, Atlantic Homes, LLC*


SEEN AND AGREED TO:

_____Ted Brenner, with permission by [signature]_____
Theodore I. Brenner (17815)
tbrenner@beylaw.com
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin St., Suite 200
Richmond, Va. 23218
(804)644-1300 (telephone)
(804)644-1354 (facsimile)
*Counsel for Defendant Tobin Trading, Inc.*

4