**EXHIBIT J**

**Kenneth Hardt**

| | |
|---|---|
| From: | Kenneth Hardt |
| Sent: | Wednesday, May 28, 2014 2:16 PM |
| To: | 'Fred Longer'; 'Lenny Davis' |
| Cc: | Mark Nanavati |
| Subject: | FW: Venture Supply drywall storage |



Fred….the email you reference was followed up by the below. I did not hear back from Lenny, so I filed the notice.

Administratively, we have not forwarded the bills which have been paid by Hanover, and frankly if you agree to let us go ahead and stop the storage now without getting the Court involved I believe I can get Hanover to waive those fees. But in any event, Hanover (and my clients) would like to close these matters and have no further involvement. The settlement checks have long been paid and the final order approving the settlement and releases is over a year old. We have been cleaning up the dismissal of the Virginia cases (and are still working on a few) and the cases in Georgia, Alabama and North Carolina, even though that was to be handled by the PSC within 30 days of approval of the settlements. I do not believe it is fair to keep asking Hanover to pay a storage fee and submit a bill to the PSC in perpetuity. The PSC can take over the storage unit and we will work with you and the storage company on the transfer. Or, the PSC can simply take the sheets and do with them what it wants. The PSC (and anyone else, including Taishan) have had all the access to the sheets that they need so I see no reason not to just dispose of them. However, if the PSC wants them, they can have them. Please let me know your all's position on this.

Thanks for getting involved in this and hope you are well.

Ken



Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



1

**From:** Kenneth Hardt
**Sent:** Monday, May 19, 2014 2:28 PM
**To:** 'Lenny Davis'; 'Fred Longer'; 'Richard J. Serpe'
**Cc:** 'Arnold Levin'; 'Russ Herman'
**Subject:** RE: Venture Supply drywall storage



Lenny….there are no subrogation matters being pursued by Venture's carriers and no active pursuit of Taishan. We would like to get rid of the 20 or so pieces of drywall and are offering them to the PSC. If you do not want them, we will file an appropriate motion. Just let me know. Thanks…Ken



Confidentiality Notice

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.



---

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Friday, September 13, 2013 10:29 AM
**To:** Kenneth Hardt; Fred Longer; Richard J. Serpe
**Cc:** Arnold Levin; Russ Herman
**Subject:** RE: Venture Supply drywall storage

We understand that you and your insurance carriers continue to have a claim for subrogation and other damages against Taishan. These claims are being pursued. We do not believe that it would be prudent or beneficial to get rid of the materials being stored. You and your insurance carriers should continue to pay for the storage or seek relief from Judge Fallon.

2

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Kenneth Hardt [mailto:khardt@snllaw.com]
**Sent:** Thursday, September 12, 2013 7:03 PM
**To:** Lenny Davis; Fred Longer; Richard J. Serpe
**Subject:** Venture Supply drywall storage

Lenny, Fred and Richard....A while back, we asked for permission of everyone to destroy the 20 some odd sheets of Taishan drywall we are storing in Virginia Beach. Richard and members of the PSC have already taken samples and inspected the storage unit with the sheets.

After Richard declined to take over the storage contract with the storage company, Lenny's response was that the PSC would agree to reimburse for the storage of those sheets while the settlement agreement was pending before final approval of the Court. We will send the invoices for this storage since that agreement (approximately $100 per month).

In the meantime, because the settlement has been approved; a final order entered; and the appeal time has expired, we would like to dispose of these sheets and stop the storage charges (which would be billed to the PSC after payment). If you want the sheets, let us know. Otherwise, we will file another notice of disposal.

Please let me know your thoughts on this.

Thanks...Ken