

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| **This document relates to all cases** | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PETITION OF WILLIAM A. LASCARA, ESQUIRE, FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FOR COMMON BENEFIT NOT INCLUDED IN THE JOINT FEE PETITION FILED BY THE FEE COMMITTEE AND PLAINTIFFS' STEERING COMMITTEE PURSUANT TO PRETRIAL ORDER NO. 28; AND COMBINED MOTION FOR AUTHORITY TO SUPPLEMENTALLY FILE UNDER SEAL AFFIDAVITS AND RECORDS REQUIRED UNDER PARAGRAPH 7 OF PRETRIAL ORDER NO. 28

PURSUANT to Paragraph 7 of Pretrial Order 28, the undersigned William A. Lascara, Esquire ("Petitioner"), files this Petition to request an award of attorney's fees for common benefit not included in the Joint Petition (the "Joint Petition") filed by the Fee Committee ("FC") and Plaintiffs' Steering Committee ("PSC") pursuant to Pretrial Order No. 28, with combined motion for authority to supplementally file the affidavits and other documentation required by Pretrial Order 28 under seal; and would respectfully show unto this Honorable Court the following, to-wit:

1. Paragraph 7 of Pretrial Order 28 ("PTO 28") authorized individual counsel to seek a separate award of attorneys' fees for common benefit based on time which was not present in the Joint Fee Petition; "provided the applicant has: (1) compiled fully with Pre-Trial Order No. 9, (2) met and conferred in advance of filing a separate fee petition with Philip Garrett and FC; and (3) seeks common benefit attorneys' fees or reimbursement for items not covered by the Joint Fee Petition." *See* Paragraph 7, PTO 28 at 7 [Doc. No. 17379].

2. The deadline for filing this Petition was initially set for April 28, 2014; but was extended until June 6, 2014, through Pre-Trial Order 28(C) [Doc. No. 17567].  *See* Paragraph 2, PTO 28(B) [Doc. No. 17639].

3. Prior to filing this Petition, Petitioner contacted Paul Garrett, CPA ("Garrett") and Richard J. Serpe, Esquire, a member of the FC and PSC to inform them of Petitioner's intention to file this Petition; discussed the submission of statements for services and costs to Garrett; the total number of billable hours invoiced; and the total expenses incurred.  Petitioner avers that he, and his law firm Pender & Coward, P.C., are complying with Pre-Trial Order No. 9, except that time and expenses were not submitted a monthly basis, but after consultation with Messrs. Garrett and Serpe, were and are being submitted contemporaneously within the time requested in Paragraph 6 below for supplemental filing under seal of the affidavits, invoices and supporting documentation; and that Petitioner is seeking an award of common benefit attorneys' fees and held expenses not included in the Joint Fee Petition.

4. The Petition seeks an award of common benefit attorneys' fees and held expenses for work performed in the Proto v. Futura Group, LLC, et al, Case No. CL09-2455, filed in the Circuit Court of the City of Virginia Beach, Virginia, on or about April 21, 2009.  The Proto case was the first Chinese drywall case filed in Virginia.  The Proto case has created a common benefit.  The parties in the Proto case engaged in extensive motions practice, including filing and briefing of dispositive motions and motions in opposition thereto, and the Protos received favorable plaintiffs' rulings on many of such motions, benefiting Plaintiffs in the instant litigation.  Under the guidance and direction of the Petitioner, the Protos performed a remediation of their home at their own expense, including removal of wiring, and the

remediation protocol and the cost of the remediation was a common benefit to other state cases and the Plaintiffs in this class action.

5. PTO 28 requires Petitioner to submit with this Petition all supporting common benefit time records and expenses with back-up invoices and bills.

6. The Fee Committee's Motion to File All Affidavits (Initial and Second Affidavits) received Pursuant to Pre-Trial Order No. 28 Under Seal [Doc. No. 17685] was granted by this Court through its Order entered on May 16, 2014 [Doc. No. 17690]. For the reasons set forth in the Fee Committee's Motion, including accompanying pleadings, Petitioner requests authority to supplementally file the affidavits and other documentation required by PTO 28 under seal; and if the proposed Order attached hereto as Exhibit "A" is approved and entered; Petitioner respectfully requests he be allowed three (3) days after entry of said Order to file all affidavits and supporting documentation required by PTO 28.

Petitioner accordingly prays that this Petition is well taken and upon review this Honorable Court enters the proposed Order attached hereto as Exhibit "A" and allows Petitioner to supplementally file the affidavits and other documents required under PTO 28 within three (3) days after entry of said Order. Petitioner further prays that this Honorable Court approve the late submission of time pursuant to Pretrial Order 9 and award of attorney's fees requested herein as performed for the common benefit; and for such other relief to which he may be entitled.

Respectfully submitted this the 6th day of June, 2014.

        By:  /s/ William A. Lascara
        William A. Lascara (VSB #23118)
        Pender & Coward, P.C.
        222 Central Park Avenue, Suite 400
        Virginia Beach, Virginia 23462
        Tel. No.:   (757) 490-6265
        Fax No.:   (757) 456-2935
        wlascara@pendercoward.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of June, 2014, the above and foregoing pleading has been served upon all counsel of record and all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      By: /s/ William A. Lascara
      William A. Lascara (VSB #23118)
      Pender & Coward, P.C.
      222 Central Park Avenue, Suite 400
      Virginia Beach, Virginia 23462
      Tel. No.:   (757) 490-6265
      Fax No.:   (757) 456-2935
      wlascara@pendercoward.com