UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

# ORDER

Before the Court is a motion to appoint guardians and a motion for extension of time for election of remedy under Knauf settlement. (Rec. Doc. 17713). Plaintiffs' counsel explains that his clients are unable to agree about which settlement option to choose. Accordingly, he asks for a 90-day extension to elect a remedy and he asks this Court to appoint a guardian to help resolve the conflict.

**IT IS ORDERED** that claimants' request for a 90-day extension to pending deadlines regarding election of remedies under the Knauf settlement is **GRANTED.** Claimants have until August 30, 2014 to elect their remedy and advise the Knauf Defendants.

The Court will discuss the appointment of a guardian at the next monthly status conference.

New Orleans, Louisiana this 10th day of June, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE