UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

AND NOW, on this  10th  Day of  June , 2014, upon consideration of the Plaintiffs' Lead and Liaison Counsel's Motion to Revise Plaintiffs' Steering Committee's Membership it is hereby ORDERED that Mr. Robert C. Josefsberg will be removed from the Plaintiffs' Steering Committee membership and substituted with his partner, Peter Prieto of the Podhurst Orseck law firm.

BY THE COURT

_____
UNITED STATES DISTRICT JUDGE