UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are two motions to prevent the disposal of certain evidence. (Rec. Docs. 17723, 17730).

**IT IS ORDERED** that these motions be and are hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Tuesday, June 17, 2014.

**IT IS FURTHER ORDERED** that parties opposing these motions should submit their opposition to the Court on or before June 13, 2014.

New Orleans, Louisiana this 10th day of June, 2014.

_____
United States District Judge