UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| *Sean and Beth Payton, et al v. Knauf Gips, KG, etc., Civ. Action No. 09-7628 (E.D.La)* | ) ) ) ) | |
| *Claimants: Bill and Elizabeth Ritter* | ) ) | |

### CLAIMANTS BILL AND ELIZABETH RITTER'S MOTION FOR RECONSIDERATION OF <u>MEDIATION OPINION AND DECREE</u>

COMES NOW the Claimants, Bill and Elizabeth Ritter, by and through undersigned counsel, and files this their Motion for Reconsideration of Mediation Opinion and Decree issued on May 26, 2014, as a result of the mediation of their claim, and would show unto the Court as follows:

1. On May 26, 2014, the Special Master erroneously found that the Knauf settlement protocol as written does not allow recovery of cabinets and wood flooring.

2. Based upon this incorrect premises, the mediator awarded Mr. Ritter $7,000 less than Knauf's outstanding offer. *(See* Exhibit "4" attached.) The ruling is incorrect.

3. As reflected in Exhibit "F", pp. 1-2, if these items are damaged during remediation they are explicitly covered by the agreement and must be replaced.

4. Mr. Ritter has provided a sworn statement confirming that these items were damaged during the remediation.

5. Knauf provided no evidence to contradict this testimony.

6. For these reasons and those more fully set forth in the attached Memorandum of Authorities which is incorporated herein, Claimants Bill and Elizabeth Ritter respectfully request that the Special Master's Opinion and Decree be set aside and reversed.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs, Bill and Elizabeth Ritter, request this Honorable Court to reverse the Special Master and award the Plaintiffs the sum of $150,000 as complete and full compensation for this claim.

RESPECTFULLY SUBMITTED, this the 10th day of June, 2014.

**BILL AND ELIZABETH RITTER, Plaintiffs**

By: /s/ James R. Reeves, Jr.
    JAMES R. REEVES, JR. (MSB #9519)
    Reeves & Mestayer, PLLC
    P. O. Drawer 1388
    Biloxi, MS 39533
    Telephone: 228/374-5151
    Fax: 228/374-6630
    Email: jrr@rmlawcall.com

**CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that the above and foregoing Motion to Appeal Mediation Opinion and Decree for Claimants Bill and Elizabeth Ritter has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S Mail and email, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 10th day of June, 2014.

/s/ James R. Reeves, Jr.