UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Sean and Beth Payton, et al v. Knauf Gips KG, et al* *Case No. 09-07628 (E.D.La.)* | * * * * | |
| *Claimants: Bill and Elizabeth Ritter* | * * | |

***********************************************

## ORDER

Upon consideration of the Motion to Appeal Mediation Opinion and Decree filed by Claimants Bill and Elizabeth Ritter, it is hereby ORDERED that said motion is GRANTED.

The Knauf Defendants are hereby ordered to pay the sum of $150,000 for resolution of all claims. The Defendants are ordered to tender said funds within fourteen (14) days of the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge