UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| *Sean and Beth Payton, et al v.* | ) | |
| *Knauf Gips, KG, etc.,* | ) | |
| *Civ. Action No. 09-7628 (E.D.La)* | ) | |
| | ) | |
| *Claimants: Bill and Elizabeth Ritter* | ) | |
| _____ | ) | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on July 9, 2014, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Claimants Bill and Elizabeth Ritter's Motion for Reconsideration of Mediation Opinion and Decree, and for such other and further relief as the Court may deem just and appropriate.

RESPECTFULLY SUBMITTED, this the 10th day of June, 2014.

**BILL AND ELIZABETH RITTER, Plaintiffs**

By: /s/ James R. Reeves, Jr.
JAMES R. REEVES, JR. (MSB #9519)
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533
Telephone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com

**CERTIFICATE OF SERVICE**

      I, undersigned counsel, do hereby certify that the above and foregoing Motion for Reconsideration of Mediation Opinion and Decree for Claimants Bill and Elizabeth Ritter has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S Mail and email, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 10th day of June, 2014.

                                          /s/ James R. Reeves, Jr.