## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | |

## SETTLEMENT ADMINISTRATION SIXTH STATUS REPORT
## FOR THE FOUR VIRGINIA-BASED SETTLEMENTS

Special Master Matthew L. Garretson submits this sixth report to inform the Court of the

status of the Chinese Drywall Four Virginia-Based Settlements as of June 11, 2014.

1

**Summary**

The Special Master continues to make substantial progress in administering both the Real Property and Other Loss claims in the Four Virginia-based Settlements.  The Special Master is preparing to issue Real Property Determination Notices, which will include the opportunity for class members to appeal the Special Master's determinations as set forth therein, after which the Special Master will begin allocation of the Real Property funds.  The Special Master continues substantive review of Other Loss claims and is working with Class Counsel to resolve questions arising from review of such claims.

**Real Property Claims**

During the current reporting period, the Special Master received an additional Real Property Claim Form submission in accordance with the Court's order dated May 14, 2014 (Rec. Doc. 17679), bringing the total number of active Real Property claims to 265.  On April 15, 2014 the Special Master issued Substantive Deficiency Notices for 60 Real Property claims.  The deadline to respond to the Substantive Deficiency Notices has passed, and the Special Master will be issuing follow-up letters to two class members whose Substantive Deficiencies remain unresolved and must be resolved in order to complete allocation.  The Special Master has processed all Substantive Deficiency Notice cures received to date and is in the process of reviewing all active Real Property claims in preparation for issuance of Real Property Determination Notices.  The Special Master will issue a Real Property Determination Notice for each eligible Real Property claim setting forth the Special Master's determinations as to the following:

1.  The settlements in which the claim is eligible to participate
2.  The name of each class member who is entitled to receive payment for the claim
3.  The square footage under air of the Affected Property

    4.   Whether the class member has satisfied the requirements of Section 10 of the Allocation Plan

    5.   Substantive Deficiencies that remain uncured

Because the Real Property Determination Notices include the Special Master's determinations regarding application of Section 10 of the Allocation Plan, it will be necessary to resolve how Section 10 will be applied before the Special Master will be able to issue Real Property Determination Notices.  Class members will be given the opportunity to appeal the Special Master's determinations as set forth in the Real Property Determination Notice by submitting a written notice of appeal to the Special Master setting forth the basis of the appeal and providing any additional documentation in support thereof.  The Special Master will only consider appeals submitted within thirty days of issuance of the corresponding Real Property Determination Notice, with exception where good cause is shown.  Upon receipt of an appeal, the Special Master will conduct a *de novo* review of the corresponding claim and will consider all documents and information related to the claim, after which the Special Master will issue an Appeal Determination in writing to the class member.  Class Members will have fifteen days after service of an Appeal Determination to appeal to the Court by filing an objection with the Court.  The Court's decision regarding any objection will be final, with no further appeals permitted.  Upon resolution of all appeals, the Special Master will begin allocation of the Real Property funds.

**<u>Other Loss Claims</u>**

The Special Master continues to review Other Loss claims for substance.  The Special Master is working with Class Counsel to resolve questions arising from such reviews, and, where Brown Greer has established processes for administering Other Loss claims in the MDL, the Special Master will work with Brown Greer to ensure that administration of Other Loss claims in

the Virginia-based settlements is consistent with the MDL, to the degree possible.  As

substantive review is completed for each type of Other Loss, the Special Master will begin

issuing Other Loss Deficiency Notices, will provide an opportunity for class members to cure

such deficiencies, and, upon closing of such cure period, will issue an Other Loss Determination

Notice for each Other Loss claim setting forth the Special Master's determinations regarding the

claim, after which class members will have the opportunity to appeal the Special Master's

determinations.

**Communications with Potential Class Members, Counsel, and Brown Greer**

The Special Master established the electronic mail account

chinesedrywall@garretsongroup.com to receive and respond to questions from potential class

members and their counsel.  The Special Master received and responded to several inquiries

submitted via chinesedrywall@garretsongroup.com during this reporting period, inquiring

primarily as to the Court's Order to Show Cause regarding the opportunity to be heard regarding

applicability of Section 10 of the Allocation plan (Rec. Doc. 17703).

**Summary of Key Accomplishments to Date**

The following is a summary of key accomplishments to date in the administration of the

Four Virginia-Based Settlements:

1. Real Property Claim Form finalized, approved by this Court on October 24, 2013.

2. Issued Real Property Claim Forms on November 5, 2013 to 700 potential class members
   who had requested information about the Four Virginia-Based Settlements.

3. Other Loss Claim Form finalized, approved by this Court on December 9, 2013.

4. The Real Property Claim Form submission deadline occurred on December 16, 2013.  A
   total of 347 Real Property Claim Forms were submitted by the deadline, one of which the

Special Master determined constituted two claims, resulting in a total of 348 timely filed Real Property claims.

5.  Issued Other Loss Claim Forms to 91 potential class members on January 9, 2014 (additional Other Loss Claim Forms were issued by attorney Richard J. Serpe, who directly issued Other Loss Claim Forms to the potential class members he represents).

6.  Completed reviews of all Real Property claims.

7.  Issued Eligibility Deficiency Notices to 93 potential class members on March 5, 2014 for Real Property claims.

8.  Determined that 84 Real Property claims failed to timely meet the eligibility criteria to participate in the four Virginia-based settlements, reducing the number of active Real Property claims to 264.

9.  Received 488 individual Other Loss claims across 194 Affected Properties.

10. Issued Substantive Deficiency Notices for 60 Real Property claims on April 15, 2014.

11. Completed initial review and data intake for all Other Loss claims.

12. Issued letters to all active class members on May 28, 2014 providing notice of the opportunity to be heard regarding application of Section 10 of the Allocation Plan.

13. Received an additional Real Property Claim Form submission in accordance with the Court's order dated May 14, 2014 (Rec. Doc. 17679), bringing the total number of active Real Property claims to 265.

**Conclusion**

The Special Master submits this sixth report to the Court in an effort to keep the Court apprised of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule.  The Special Master will continue to periodically provide such

reports to the Court as settlement administration continues and can provide additional

information as the Court might so request.

                                                  Respectfully submitted,


Dated: June 11, 2014                              /s/ Matthew L. Garretson, Esq.
                                                  Matthew L. Garretson, Esq.
                                                  GARRETSON RESOLUTION GROUP
                                                  6281 Tri-Ridge Boulevard, Suite 300
                                                  Cincinnati, OH 45140
                                                  Phone: (513) 794-0400
                                                  mlg@garretsongroup.com
                                                  *Chinese Drywall Special Master*