## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## BANNER SUPPLY COMPANY POMPANO LLC'S MOTION TO ENFORCE INJUNCTION REGARDING CLAIMS BROUGHT BY PLAINTIFF RALPH MANGIARELLI, JR.

COMES NOW Defendant Banner Supply Company Pompano LLC ("Banner Pompano") and moves this Court to enforce its injunction barring claims by non-opt out plaintiffs against Banner entities and to further enjoin Plaintiff Ralph Mangiarelli, Jr. ("Plaintiff") from continuing to prosecute his claims arising from or otherwise related to Chinese drywall against Banner Pompano in the Circuit Court of the 17th Judicial Circuit of Broward County, Florida.

WHEREFORE, for these reasons stated in the accompanying Memorandum in Support, Banner Pompano moves this Court to enforce its injunction barring claims by non-opt out plaintiffs against Banner entities and to further enjoin Plaintiff from continuing to prosecute his claims arising from, or otherwise related to, Chinese drywall against Banner Pompano in the Circuit Court of the 17th Judicial Circuit of Broward County, Florida.  Banner Pompano also moves this Court to award it the fees and costs incurred to prepare this motion.

Respectfully submitted,

**PETERSON & ESPINO, P.A.**
*Counsel for Banner Supply Company Pompano, LLC,*
10631 Southwest 88th Street, Suite 220
Miami, Florida  33176
Telephone:  (305) 270-3773
Facsimile:  (305) 275-7410

By:     **/s/  Michael P. Peterson**
Florida Bar No. 982040

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of June, 2014.

                              By:     **/s/ Michael P. Peterson**