UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR JUNE 17, 2014 STATUS CONFERENCE**

    I.     PRE-TRIAL ORDERS

    II.    STATE COURT TRIAL SETTINGS

    III.   STATE/FEDERAL COORDINATION

    IV.   OMNIBUS CLASS ACTION COMPLAINTS

    V.    PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    VI.   REMEDIATION PROGRAM

    VII.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    VIII.  SHARED COSTS FUND

    IX.   TAISHAN DEFENDANTS

    X.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    XI.   PLAINTIFF AND DEFENDANT PROFILE FORMS

1

XII. FREQUENTLY ASKED QUESTIONS

XIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIV. *PRO SE* CLAIMANTS

XV. PHYSICAL EVIDENCE PRESERVATION ORDER

XVI. ENTRY OF PRELIMINARY DEFAULT

XVII. ALREADY REMEDIATED HOMES

XVIII. LOUISIANA ATTORNEY GENERAL

XIX. NEXT STATUS CONFERENCE