**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO: | |
| Amorin, et al, vs Taishan Gypsum Co., Ltd., et al <br> (EDLA No. 11-1395) | |
| Amorin, et al, vs Taishan Gypsum Co., Ltd., et al <br> (EDLA No. 11-1672) | |
| Amorin, et al, vs Taishan Gypsum Co., Ltd., et al <br> (EDLA No. 11-1673) | |

**THE PLAINTIFFS' STEERING COMMITTEE'S**
**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL AND FOR COSTS/SANCTIONS**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted in support of the Plaintiffs' Steering Committee's ("PSC") Motion to Compel and For Costs/Sanctions.

On March 26, 2014, the PSC filed a Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. (Zhejiang) [Rec. Doc. 17568] (copy attached hereto as Exhibit "A"). The notice included a request for the production of certain

1

documents to be produced at the deposition. The deposition was to take place on April 14, 2014 in Coral Gables, Florida. Notice of the deposition was provided to counsel for the deponent by letter dated April 9, 2014 (copy attached as Exhibit "B").

On April 14, 2014, the PSC was in Coral Gables, Florida, prepared and ready to proceed to take the 30(b)(6) Deposition of Zhejiang and review documents. The PSC was not contacted prior to the deposition by Zhejiang requesting a continuance or any other inquiry regarding the scheduled deposition. Zhejiang failed to appear at the designated location for the 30(b)(6) Deposition on April 14, 2014 at 9:00 o'clock a.m. and a *proces verbal* was prepared by the court reporter at the request of the PSC (see Exhibit "C" attached hereto).

Zhejiang has violated the Federal Rules of Civil Procedure and in particular has failed to attend its own deposition and produce documents. F.R.C.P. 37 provides that sanctions may be granted in such circumstances. The PSC requests that Zhejiang should be ordered to produce the documents requested and produce a corporate representative to appear at a 30(b)(6) oral and videotaped deposition at a date and time to be determined by the Court. Alternatively, the PSC requests that the Court prohibit Zhejiang from supporting or opposing the PSC's claims and that the defenses of Zhejiang be stricken so that Zhejiang is precluded from introducing matters in evidence. Zhejiang should further be ordered to reimburse the PSC all expenses and costs relating to the PSC's appearance in Coral Gables, Florida, for the 30(b)(6) deposition, as well as reasonable compensation for attorney's fees to be determined by the Court.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313<br><br>Peter Prieto<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091<br><br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799<br><br>Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973<br><br>James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181<br><br>Richard J. Serpe, Esquire<br>580 East Main Street<br>Suite 310<br>Norfolk, VA 23510-2322<br>PH: (757) 233-0009<br>Fax: (757) 233-0455 |


| | |
|---|---|
| Daniel K. Bryson<br>900 West Morgan Street<br>Raleigh, NC 27603<br>PH: (919) 600-5000<br>Fax: (919) 600-5035 | Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928 |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com<br><br>Anthony Irpino<br>Irpino Law Firm<br>2216 Magazine Street<br>New Orleans, LA 70130<br>Phone: (504) 525-1500<br>Fax: (504) 525-1501<br>airpino@irpinolaw.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of June, 2014.

      /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com