# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| This Document Relates to: | * * | JUDGE: FALLON |
| Amorin, et al, vs Taishan Gypsum Co., Ltd., et al (EDLA No. 11-1395) | * * * | MAGISTRATE JUDGE WILKINSON |
| Amorin, et al, vs Taishan Gypsum Co., Ltd., et al (EDLA No. 11-1672) | * | |
| Amorin, et al, vs Taishan Gypsum Co., Ltd., et al (EDLA No. 11-1673) | | |

******************************************

**NOTICE OF ORAL AND VIDEOTAPED
DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)**

TO: **Zhejiang Provincial Second Light Industry Enterprises
Group Imp. & Exp. Co., Ltd..**
Through its attorney
Hongwei Shang, Esq.
The Law Offices of Hongwei Shang, LLC
9130 S. Dadeland Blvd.
Suite 1620
Miami, FL 33156
hshanglaw@gmail.com

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs' Steering Committee will take the deposition of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. beginning on Monday, April 14, 2014, and continuing for the entirety of the week until the deposition can be concluded, starting at 9:00 a.m. (Eastern Time) each day, at Colson Hicks Eidson, 255 Alhambra, Penthouse, Coral Gables, FL 33134, PH: (305) 476-7400, or at another location mutually agreed upon by the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), Zhejiang Provincial

Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. concerning the topics identified in Schedule A attached hereto.

**If you are an attorney of record, please email cdw@golkow.com 48 hours prior to the deposition should you desire to participate by stream to view video/text so you may receive a username and password.**

Primary Examiners: A Member of the PSC, or its designee
Videotaped Deposition: Yes
Call-In Number: **800-747-5150 (for USA callers)**
**Participant Code: 5408057**

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Pursuant to directives provided at the status conference on May 27, 2010, a brief explanation of the subject matter expected at this deposition is as follows. This brief explanation is with full reservation of all rights by the noticing party and is not intended to limit in any way the scope of the deposition noticed herein. Counsel should be aware that all matters may be discovered in the deposition beyond the following and that the following explanation is made solely in accordance with the directives provided at the status conference. This is an MDL "common" deposition.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
rherman@hhklawfirm.com
Leonard A. Davis (Bar No. 14190)
ldavis@hhklawfirm.com
Stephen J. Herman (Bar No. 23129)
sherman@hhklawfirm.com
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
*Plaintiffs' Liaison Counsel MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
FAX: (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel
MDL 2047*

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313<br><br>Robert C. Josefsberg<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091<br><br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973<br><br>James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630<br><br>Bruce William Steckler<br>12700 Park Central Drive<br>Suite 1900<br>Dallas, TX 75251<br>PH: (972) 387-4040<br>Fax: (972) 387-4041 |

| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836<br><br>Daniel K. Bryson<br>Whitfield, Bryson & Mason<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>Phone: (919) 600-5000<br>Fax: (919) 600-5002 | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>PH: (757) 233-0009<br>Fax: (757-233-0455<br><br>Victor M. Diaz, Jr., Esquire<br>V.M. Diaz and Partners, LLC<br>119 Washington Ave, Suite 402<br>Miami Beach, FL 33139<br>Phone: (305) 704-3200<br>Fax: (305) 538-4928 |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 (mailing address)<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | |

5

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2014.

      /s/ Leonard A. Davis
      Leonard A. Davis
      Herman, Herman & Katz, LLC
      820 O'Keefe Ave.
      New Orleans, LA  70113
      PH:  (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhklawfirm.com

## SCHEDULE A

## DEFINITIONS

"**Chinese Drywall**" means the defective Chinese drywall imported into the United States and at issue in this Multidistrict Litigation No. 2047.

"**Document**" or "**documents**" means and includes any written, recorded, or graphic matter, however produced or reproduced, whether or not in the possession, custody, or control of Defendant and whether or not claimed to be privileged against discovery on any ground, including, but not limited to, books, brochures, notes, diaries, notebooks, ledgers, letters, contracts, checks, drawings, graphs, charts, reports, records, statements, receipts, computer diskettes, computer printouts, teletypes, telecopies, invoices, worksheets, lists, memoranda, correspondence, telegrams, schedules, photographs, sound recordings, films, computer media, or other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form.

"**Person**" means any natural person, corporation, partnership, business, governmental body, or entity of any kind.

"**Relevant Time Period**" means the time period from January 1, 2001 to the present.

"**U.S.**" means any of the 50 United States and the United States territories Guam, U.S. Virgin Islands and Puerto Rico.

"**U.S. Standards**" means the standards promulgated by ASTM International (f/k/a American Society for Testing and Materials) and those promulgated by UL (Underwriters Laboratories) Standards.

"**You**" or "**Your**" means Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd., in its present form, or whether known by any other name(s) during the Relevant Time Period, and/or any of its officers, directors, employees, agents, or representatives, as applicable.

## DEPOSITION TOPICS

Pursuant to Rule 30(b)(6), You shall designate and produce for deposition one or more of Your partners, officers, directors, managing agents, or other persons who consent to testify on your behalf concerning the following subject matters:

1. Contacts between You and buyers of your products and/or agents of buyers located within the U.S. during the Relevant Period, including but not limited to:

    a. Negotiations with buyers and/or agents of buyers located within the U.S. concerning their potential or actual purchase of your products.

    b. The nature, extent, and frequency of your communications with buyers and/or agents of buyers located within the U.S..

    c. The value and volume of sales to buyers within the U.S..

    d. Your acceptance of funds including wire transfers from banks and other financial entities located within the U.S.

    e. Hosting of buyers and/or agents of buyers located within the U.S. for visits to your production facility for the purpose of facilitating sales.

    f. Shipment of samples directly to buyers and/or agents of buyers located within the U.S.

8

g. Providing marketing materials to buyers and/or agents of buyers located within the U.S., including product brochures, and directing potential buyers and/or agents to your website.

h. Customization of products including markings and edge seal tape to accommodate buyers located within the U.S.

i. Use of product markings indicating U.S. standards made at request of buyers and/or agents or buyers located within the U.S.

j. Efforts taken to ensure that the U.S. standards were met for products, including testing, submission of product to independent testing laboratories, and application to any independent entity for certification and/or license to mark the product as compliant.

k. Assurances to buyers and/or agents or buyers that products complied with state specific requirements.

l. Advice to buyers and/or agents of buyers located within the U.S. with respect to the packaging and shipment of products, including recommendations for shippers to accommodate their needs.

m. Communications with third party freight handling and shipping companies designed specifically to assist buyers and/or agents of buyers located within the U.S. to assist in arranging shipping to the U.S..

n. Representations to buyers and/or agents of buyers located within the U.S. concerning your ability to produce and ship products, including representations of your proven track record for sales.

      o. Follow-up with buyers and/or agents of buyers located within the U.S. concerning the following topics:

          i. becoming an exclusive distributor;

          ii. the purchase of additional products sold by you or one of your affiliated companies;

          iii. satisfaction with product and desire to purchase additional product from your company; and

          iv. complaints.

2. Conducting business in the U.S. or with companies from the U.S. during the Relevant Time Period.

3. The presence, identity and function of any of employees, agents, or representatives of You during the Relevant Time Period.

4. Any travel to the U.S. or elsewhere by employees, representatives, or agents of You, including for the purpose of attending trade shows and marketing products to the U.S., during the Relevant Time Period.

5. Banking by or financial transactions entered into by You during the Relevant Time Period.

6. The identity, nature, value and location of any personal or real property or other assets in the U.S. of which You are the legal or beneficial owner.

7. Business plans, marketing plans, and budgets for You during the Relevant Time Period, including but not limited to advertising, marketing or promotion of Your products directed to the U.S. and all advertising, marketing, or promotion of Your products directed to or received by persons in the U.S.

8. The ownership, corporate structure and management of You during the Relevant Period, including but not limited to:

    a. Officers and directors of these entities.

    b. Any transfers of ownership, control, and/or possession of any assets or liabilities of these entities during.

    c. The meetings of the board of directors and/or officers of these entities.

    d. The capitalization, loans, investments, stock ownership and insurance policies of these entities.

9. Any involvement by You in the manufacturing, pricing, marketing, distribution, design, development, supplying, selling, composition, testing, inspection and/or performance of Chinese Drywall during the Relevant Time Period.

10. The investigation of and response to complaints relating to odors and other issues associated with Chinese Drywall during the Relevant Time Period.

11. The problems associated with Your drywall imported into the U.S. during the Relevant Time Period.

12. Any propriety interest, governance, ownership or other commercial relationship between You and the People's Republic of China.

13. Any public investors in You during the Relevant Time Period.

14. Any legal proceedings in the U.S. involving You.

15. Documents produced by You in this litigation, and the contents of Your profile form(s).

16. The development of new markets outside of China for export by You during the Relevant Time Period.

11

17. Shipping firms for overseas shipments, including to U.S. ports.

18. Your use of the internet, including company web-pages and industry bid sites for sales to the U.S..

19. Your compliance with Chinese Value Added Tax ("VAT") regulations, and representations made to the government of China and other regarding VAT.

20. Your use of and compliance with ISO (International Standard Organization), ASTM and U.S. Standards.

21. Customer survey and testing done by the Chinese government, including:

   a. The complaints that prompted testing of Chinese drywall and customer survey.

   b. Any and all documents and communications relating to the customer survey performed by You in investigation of the allegations concerning Chinese drywall.

   c. Any sales and marketing materials You created as a result of the testing and customer survey, and the identity of persons to whom they were distributed.

22. Your knowledge of claims, demands, or lawsuits in the U.S. involving allegedly defective drywall manufactured, distributed, delivered, supplied, marketed or sold by You, including but not limited to the date You first learned of any such claims, demands, or lawsuits;

23. Your solicitation of legal advice and retention of counsel in connection with allegedly defective drywall manufactured, distributed, delivered, supplied, marketed or sold by You, including but not limited to the date You first contacted legal counsel to discuss (i) the allegedly defective drywall You manufactured, distributed, delivered, supplied, marketed or sold, (ii) claims, demands, or lawsuits involving the allegedly defective drywall You manufactured,

distributed, delivered, supplied, marketed or sold, and (iii) service of any complaints or pleadings in any case pending in this multidistrict litigation, MDL 2047, in the United States District Court, Eastern District of Louisiana, or any similar type pleading in a state court action.