# EXHIBIT "B"



820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Adam H. Weintraub[4]
Mikalia M. Kott[5]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[6]

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, MD, JD

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in New Jersey
  & Pennsylvania
[5] Also Admitted in Colorado
[6] Also Admitted in Alabama

April 9, 2014

<u>**VIA EMAIL**</u>

Hongwei Shang, Esq.
The Law Offices of Hongwei Shang, LLC
9130 S. Dadeland Blvd.
Suite 1620
Miami, FL 33156
hshanglaw@gmail.com

      Re:   *In re: Chinese-Manufactured Drywall Products Liability Litigation*
            **MDL 2047**

Dear Mr. Shang:

     On March 26, 2014, the Plaintiffs' Steering Committee issued a Notice of Deposition for the 30(b)(6) representative of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. The deposition is scheduled to take place on Monday, April 14, 2014 at 9:00 a.m. (eastern time), at the offices of Colson Hicks Eidson, 255 Alhambra, Penthouse, Coral Gables, FL 33134. We have not heard from you and want to confirm that your client is prepared, and that the deposition will proceed as planned. We do not want to incur unnecessary cost and expense, including travel, if there is a need to reset the deposition to a more convenient time. Please confirm that the deposition will proceed as noticed. If we do not hear from you by Thursday, April 10, 2014 at 5:00 p.m. (eastern time), we will proceed with plans and arrangements to take the deposition as noticed.

                                              Sincerely,

                                              **LEONARD A. DAVIS**

LAD:lmf
cc:   Russ M. Herman, Esq.
       Arnold Levin, Esq.
       Patrick Montoya, Esq.