# EXHIBIT "C"

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
     ---------------------------------§
 3   IN RE:  CHINESE-MANUFACTURED     §
     DRYWALL PRODUCTS LIABILITY       §
 4   LITIGATION                       § MDL No. 2047
                                      §
 5   This Document Relates to:        § SECTION:  L
                                      §
 6   Amorin, et al., vs. Taishan      § JUDGE FALLON
     Gypsum Co., Ltd., et al.         §
 7   (EDLA No. 11-1395)               § MAGISTRATE JUDGE
                                      § WILKINSON
 8   Amorin, et al., vs. Taishan      §
     Gypsum Co., Ltd., et al.         §
 9   (EDLA No. 11-1672)               §
                                      §
10   Amorin, et al., vs. Taishan      §
     Gypsum Co., Ltd., et al.         §
11   (EDLA No. 11-1673)               §
     ---------------------------------§
12
13                       - - -
14             CERTIFICATE OF NON-APPEARANCE
15                        for
16       ZHEJIANG PROVINCIAL SECOND LIGHT INDUSTRY
           ENTERPRISES GROUP IMP. & EXP. CO., LTD.
17
                         - - -
18
                    April 14, 2014
19               Coral Gables, Florida
                      9:00 a.m.
20
                         - - -
21
        Susan D. Wasilewski, RPR, CRR, CCP, CMRS, FPR
22         ~ Realtime Systems Administrator ~
23             GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
25
```

Certificate of Non-Appearance - April 14, 2014

```
 1   APPEARANCES:

 2      COLSON HICKS EIDSON
        BY:  PATRICK S. MONTOYA, ESQUIRE
 3      255 Alhambra Circle, Penthouse
        Coral Gables, Florida 33134
 4      (305) 476-7400
        Representing Plaintiffs' Steering Committee
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                CERTIFICATE OF NON-APPEARANCE
 2
 3           I, Susan D. Wasilewski, RPR, CRR, CCP, CMRS,
 4   FPR, do hereby certify:
 5           That I was present at Colson Hicks Eidson,
 6   255 Alhambra Circle, Penthouse, Coral Gables, Florida,
 7   on April 14, 2014, at 9:00 a.m., for the purposes of
 8   reporting the Deposition of ZHEJIANG PROVINCIAL SECOND
 9   LIGHT INDUSTRY ENTERPRISES GROUP IMP. & EXP. CO., LTD.,
10   scheduled to begin at 9:00 a.m., and that by 10:00 a.m.
11   the deponent did not appear.
12           That also present was Patrick Montoya, Esquire,
13   Counsel for the Plaintiffs' Steering Committee.
14           Under penalties of perjury, I declare that I
15   have read the foregoing certificate and that the facts
16   stated in it are true.
17           Dated this 24th day of April, 2014, at
18   Lakeland, Polk County, Florida.
19
20
21   _____
22        Susan D. Wasilewski, RPR, CRR, CCP CMRS, FPR
23
24
25
```