# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

===============================  x  ============================
                                 x
IN RE: CHINESE-MANUFACTURED      x   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY       x
LITIGATION                       x   SECTION: L
                                 x
                                 x   JUDGE FALLON
THIS DOCUMENT APPLIES TO :       x
                                     MAG. JUDGE WILKINSON

Amorin, et al, vs Taishan Gypsum Co.,
Ltd., et al
(EDLA No. 11-1395)

Amorin, et al, vs Taishan Gypsum Co.,
Ltd., et al
(EDLA No. 11-1672)

Amorin, et al, vs Taishan Gypsum Co.,
Ltd., et al
(EDLA No. 11-1673)

===============================  x  ============================

## **O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Compel and For Costs/Sanctions;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee's Motion to Compel and For Costs/Sanctions be and is hereby set for hearing on the _____ day of _____, 2014, at _____ o'clock ___.m.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge