June 2, 2014

The Honorable Judge Eldon E. Fallon
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, Room C546
New Orleans, LA 70130



Re:  Chinese Drywall Four Virginia-Based Settlements
     Allocation Plan Provisions Regarding Statutes of Limitations
     Section 10 of the Allocation Plan

Dear Honorable Judge Fallon,

    Thank you for giving me the opportunity to express my views regarding the above-referenced matter. I received the letter from the Garretson Resolution Group informing me that I may submit a letter to the Court to express my views and to comment on the applicability of Section 10 to my situation.

    10. Section of Limitations. State that Class Members who failed to file and serve their Claims within the Applicable Statute of Limitations shall be entitled to partial recovery under the Settlements. Those Class Members who meet the other proof requirements may recover a proportional share of both Real Property Funds and Other Loss Funds reduced by sixty percent (60%). (Doc. 16800-7 at 8).

    I submitted my claim on the website chinesedrywallclassaction.com relying on the representatives and legal channels associated with this website to file and serve the necessary documents, and therefore satisfying this portion of the claim, so I thought. I am a layperson and no legal expert but how can I be deficient in filing this claim when I received the claim forms to proceed with the filing, and thereby meeting all other requirements?

    I was a first time home buyer excited about this new venture. The purchase price of my home was $164,000.00, but because of the defective drywall, my home was appraised for $50,000.00, and was a short sale. I spent more money replacing the A-coil in my HVAC system. There was corrosion to pipes, vanity fixtures, dish washer, refrigerator, and electrical outlets because of the defective drywall.

    Judge Fallon, all claimants in this suit loss more than our homes. We loss the dream of owning a home through our hard work, and our credit was ruined. The failure of the individuals and/or companies not to disclose defective materials (drywall), cost us the dream, time and money. These participants hurt all claimants because they cut corners and were deceptive in their business practice. I am asking that Section 10 not be applied and that all claimants are equally compensated.

Sincerely,

*Irene Franklin Puccino*

Irene Franklin (Puccino)
2220 NW 25th St.
Lawton, Ok 73505