# EXHIBIT "A"

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED **MAY 21 2014**

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) | |
| *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) | |
| *Amato, et al. v. Liberty Mutual Insurance Company,* Case No. 2:10-cv-00932 (E.D.La.) | |
| *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) | |
| *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) | |
| *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) | |
| *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | |

## ORDER TO SHOW CAUSE

AND, NOW, this 20 day of MAY, 2014, upon consideration of the DATE Letter

of Matthew Garretson, Claims Administrator for the Four Virginia-based Settlements, regarding

the Statute of Limitations criteria under Section 10 of the Four Virginia-based Settlements

Allocation Plan (Doc. 16800-7), it is hereby ORDERED, ADJUDGED AND DECREED, that:

Fee
Process
X  Dktd
CtRmDep

1.  Any party to the above referenced case who wishes to be heard regarding the

applicability of Section 10 of the Allocation Plan shall either submit a letter to the Court

by _June 13_ , 2014 and/or appear and show cause on _June 17_ , 2014,

at _9_ o'clock in the _A.M._ to explain their position.

BY THE COURT:

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# EXHIBIT "B"

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

| | |
|---|---|
| Home | **Claim Search** |
| News and Developments | |
| Claims Administrator Procedures | |
| Online Filing Tools | ○ Specific Search   ● Search All |
| Settlement Agreements | |
| Firm Administration | |
| Claimant Management | |
| Reporting | |
| FAQ | |
| Notices | |
| Change Password / Email | |
| Log Off | |



You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

**Search Results:**                    **Page 1 of 1 (13 records)**

| Claimant ID | Claimant Name | APID - Property Address | Claim ID | Claim Type | Latest Notice | Notice Date | View Date | Response Deadline | Date of Response |
|---|---|---|---|---|---|---|---|---|---|
| 101483 | GUERRA, JOE A | 2913 - 1105 BOWLIN DRIVE LOCUST GROVE, GA 30248 | 8079 | Pre-Remediation Alternative Living Expenses | Incompleteness Notice | 03/21/2014 | 03/24/2014 | 04/15/2014 | 04/10/2014 |
| 101483 | GUERRA, JOE A | 2913 - 1105 BOWLIN DRIVE LOCUST GROVE, GA 30248 | 8106 | Miscellaneous | | | | | |
| 104664 | Guerra, Juan D | 6666 - 1105 Bowlin Drive Locust Grove, GA 30248 | 8224 | Bodily Injury | Incompleteness Denial Notice | 06/02/2014 | 06/05/2014 | 07/02/2014 | |
| 101483 | GUERRA, JOE A | 2913 - 1105 BOWLIN DRIVE LOCUST GROVE, GA 30248 | 8256 | Global, Banner, InEx Repair and Relocation Expenses | Eligibility Notice | 01/24/2014 | 01/27/2014 | 02/23/2014 | 02/06/2014 |
| 101619 | ROBINSON-REESE, INGER | 3070 - 1024 LEVISTA DRIVE LOCUST GROVE, GA 30248 | 8279 | Global, Banner, InEx Repair and Relocation Expenses | Eligibility Notice | 01/24/2014 | 01/27/2014 | 02/23/2014 | 02/04/2014 |
| 101619 | ROBINSON-REESE, INGER | 3070 - 1024 LEVISTA DRIVE LOCUST GROVE, GA 30248 | 8289 | Miscellaneous | | | | | |
| 101619 | ROBINSON-REESE, INGER | 3070 - 1024 LEVISTA DRIVE LOCUST GROVE, GA 30248 | 8372 | Bodily Injury | Incompleteness Denial Notice | 06/02/2014 | 06/05/2014 | 07/02/2014 | |
| 104666 | Harris, Bobby | 6669 - 1024 Levista Drive Locust Grove, GA 30248 | 8386 | Bodily Injury | Incompleteness Denial Notice | 06/02/2014 | 06/05/2014 | 07/02/2014 | |
| 101453 | DODGE, DEDRICK A | 2881 - 1109 BOWLIN DRIVE LOCUST GROVE, GA 30248 | 8428 | Global, Banner, InEx Repair and Relocation Expenses | Eligibility Notice | 02/28/2014 | 03/03/2014 | 03/30/2014 | 03/12/2014 |
| 101453 | DODGE, DEDRICK A | 2881 - 1109 BOWLIN DRIVE LOCUST GROVE, GA 30248 | 8440 | Miscellaneous | | | | | |
| 104661 | Dodge, Nyla | 6662 - 1109 Bowlin Drive Locust Grove, GA 30248 | 8483 | Bodily Injury | Incompleteness Denial Notice | 06/02/2014 | 06/05/2014 | 07/02/2014 | |
| 104662 | Dodge, Jr., Dedrick | 6663 - 1109 Bowlin Drive Locust Grove, GA 30248 | 8498 | Bodily Injury | Incompleteness Denial Notice | 06/02/2014 | 06/05/2014 | 07/02/2014 | |
| 101580 | KERNISAN, MARIE M | 3022 - 1028 LEVISTA DRIVE LOCUST GROVE, GA 30248 | 8528 | Global, Banner, InEx Repair and Relocation Expenses | Eligibility Notice | 01/28/2014 | 01/30/2014 | 02/27/2014 | 02/06/2014 |

# EXHIBIT "C"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
### ELIGIBILITY NOTICE
### DATE OF NOTICE: 1/24/14
### DEADLINE TO APPEAL: 2/23/14

### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>GUERRA | | First<br>JOE | | Middle<br>A |
|---|---|---|---|---|---|
| Representative Claimant Name | Last | | First | | Middle |
| Claimant ID | 101483 | | **Claim ID** | | 8256 |
| Law Firm | Singleton & Singleton, LLC | | **Affected Property ID** | | 2913 |
| **Affected Property Address** | Street<br>1105 BOWLIN DRIVE | | | | Unit |
| | City<br>LOCUST GROVE | | State<br>GA | | Zip code<br>30248 |

### II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION<br>(WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION<br>(WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | Under Air Square Footage | 2600 | 2600 |
| 2. | Builder | Meridian Homes USA, Inc. | Meridian Homes USA, Inc. |
| 3. | Supplier | N/A | Not Eligible |
| 4. | Installer | N/A | Not Eligible |

### III. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations. If you disagree with our determination, you may file an Appeal. The Appeal deadline is 30 days after the date of this Notice. If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# EXHIBIT "D"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM ELIGIBILITY NOTICE
### DATE OF NOTICE: 1/24/14
### DEADLINE TO APPEAL: 2/23/14

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>ROBINSON-REESE | | First<br>INGER | Middle |
|---|---|---|---|---|
| Representative Claimant Name | Last | | First | Middle |
| Claimant ID | 101619 | | **Claim ID** | 8279 |
| Law Firm | Singleton & Singleton, LLC | | **Affected Property ID** | 3070 |
| Affected Property Address | Street<br>1024 LEVISTA DRIVE | | | Unit |
| | City<br>LOCUST GROVE | State<br>GA | | Zip code<br>30248 |

## II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION (WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | Under Air Square Footage | 2862 | 2862 |
| 2. | Builder | Meridian Homes USA, Inc. | Meridian Homes USA, Inc. |
| 3. | Supplier | N/A | Not Eligible |
| 4. | Installer | N/A | Not Eligible |

## III. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations. If you disagree with our determination, you may file an Appeal. The Appeal deadline is 30 days after the date of this Notice. If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101619

Claim ID: 8279

# EXHIBIT "E"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM ELIGIBILITY NOTICE
### DATE OF NOTICE: 2/28/14
### DEADLINE TO APPEAL: 3/30/14

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>DODGE | | First<br>DEDRICK | Middle<br>A |
|---|---|---|---|---|
| Representative Claimant Name | Last | | First | Middle |
| Claimant ID | 101453 | | **Claim ID** | 8428 |
| Law Firm | Singleton & Singleton, LLC | | **Affected Property ID** | 2881 |
| **Affected Property Address** | Street<br>1109 BOWLIN DRIVE | | | Unit |
| | City<br>LOCUST GROVE | State<br>GA | | Zip code<br>30248 |

## II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION (WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | Under Air Square Footage | 2862 | 2831 |
| 2. | Builder | Meridian Homes USA, Inc. | Meridian Homes USA, Inc. |
| 3. | Supplier | N/A | Not Eligible |
| 4. | Installer | N/A | Not Eligible |

## III. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations. If you disagree with our determination, you may file an Appeal. The Appeal deadline is 30 days after the date of this Notice. If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# EXHIBIT "F"

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
## ELIGIBILITY NOTICE
### DATE OF NOTICE: 1/28/14
### DEADLINE TO APPEAL: 2/27/14

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>KERNISAN | First<br>MARIE | Middle<br>M |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 101580 | **Claim ID** | 8528 |
| **Law Firm** | Singleton & Singleton, LLC | **Affected Property ID** | 3022 |
| **Affected Property Address** | Street<br>1028 LEVISTA DRIVE | | Unit |
| | City<br>LOCUST GROVE | State<br>GA | Zip code<br>30248 |

### II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, and InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION<br>(WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION<br>(WHAT WE DETERMINED) |
|---|---|---|---|
| **1.** | **Under Air Square Footage** | 2834 | 2834 |
| **2.** | **Builder** | Meridian Homes USA, Inc. | Meridian Homes USA, Inc. |
| **3.** | **Supplier** | N/A | Not Eligible |
| **4.** | **Installer** | N/A | Not Eligible |

### III. YOUR OPTIONS AFTER THIS NOTICE

If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations. If you disagree with our determination, you may file an Appeal. The Appeal deadline is 30 days after the date of this Notice. If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

Claimant ID: 101580

Claim ID: 8528

# EXHIBIT "G"

## 1.    **Definitions**

1.1.    **Parties.** "Parties" shall mean the Class, The Porter-Blaine Corp., Venture Supply, Inc., Citizens Insurance Company of America and Hanover Insurance Company:

1.1.1.    **Class.** "Class," also referred to as "Settlement Class" or "Class Members," shall include all persons or entities (except for Porter-Blaine, Venture Supply, Citizens Insurance Company of America and Hanover Insurance Company) together with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, involving Affected Property and arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of Porter-Blaine, Venture Supply, Citizens Insurance Company of America or Hanover Insurance Company.

1.1.1.1.    Notwithstanding any of the foregoing, Dragas Management Corp. and its related entities shall not be members of the Class.

1.1.2.    **Porter-Blaine/Venture Participating Defendants; Porter-Blaine/Venture Participating Defendant.** "Porter-Blaine/Venture Participating Defendants" shall mean The Porter-Blaine Corp., and Venture Supply, Inc. "Porter-Blaine/Venture Participating Defendant" shall mean any one of the Porter-Blaine/Venture Participating Defendants.

1.1.2.1.    **Porter-Blaine/Venture Participating Defendants Released Parties; Porter-Blaine/Venture Participating Defendant Released Party.** "Porter-Blaine/Venture Participating Defendants Released Parties" shall mean all Porter-Blaine/Venture Participating Defendants and their respective past, present, and future officers, directors, board members, members, agents, attorneys, consultants, claim administrators, managers, employees, partners, parent corporations, sister corporations, subsidiaries, Affiliates, related entities, divisions, heirs, associates, stockholders, shareholders, retail dealers, distributors, insurers, reinsurers, and all of their predecessors, successors, assigns, legatees, legal representatives, and any other stakeholders of each of the foregoing. "Porter-Blaine/Venture Participating Defendant Released Party" shall mean any one of the Porter-Blaine/Venture Participating Defendant Released Parties.

2

# EXHIBIT "H"

**15.**   **Court to Retain Jurisdiction to Implement and Enforce Settlement Agreement**

15.1.   Notwithstanding any other provision of this Settlement, the Court shall retain continuing jurisdiction over the Litigation, the Class, the Class Members, and the Settlement for the purposes of administering, supervising, construing and enforcing same, and the Court shall also retain continuing and exclusive jurisdiction over the Settlement Funds and the distribution of same to Class Members. This Section shall not be construed as a finding, admission, or consent that the Court or any other court in the State of Louisiana has general or specific personal jurisdiction over any Porter-Blaine/Venture Participating Defendant, Participating Insurer or Released Party, or with respect to any particular CDW-Related Action, nor as a finding, admission, or consent that the law of the State of Louisiana shall apply to any aspect of the Litigation or this Settlement.

**16.**   **Allocation of Payments**

16.1.   The Court shall establish a procedure for allocation of the Settlement Funds among the various interests who have claimed entitlement to the same. An Allocation Committee, which will include representatives appointed by the Court from the PSC, will be appointed to make recommendations to the Court as to: (i) a fair and equitable plan of allocation of the Settlement Funds; and (ii) the evidence that Class Members will need to provide as part of their Proof of Claim to submit a valid claim, including proof of defective Chinese Drywall. The allocation will apportion funds (including any funds to resolve claims for bodily injury and personal property damages), without regard to fees or costs, by each Affected Property. The PSC will recommend that the Court appoint a Special Master to assist the Court in the allocation process ("Special Master"). The Court shall entertain interventions for the purpose of determining the allocation and shall establish procedures by order setting forth the manner in which this allocation shall proceed. The allocation by the Special Master may be appealed solely to the Court, whose decision shall be final.

16.2.   The Porter-Blaine/Venture Participating Defendants and Participating Insurers shall not be involved in the claim process and allocation of benefits to the Class. To the extent that the Participating Insurers make any internal allocation of the Settlement Amount for financial, claim, accounting or other business reasons, the Participating Insurers shall each retain the sole discretion with respect to such internal allocations, which shall be confidential and not disclosed to the Class Members or Porter-Blaine/Venture Participating Defendants.

16.3.   The Settling Parties each separately warrant that each party performed its own separate and independent evaluations of the settlement, including the Settlement Amount, and that the negotiations for such Settlement Amount did not include suggestion, exchange of or agreement upon hypothetical, theoretical, proposed or actual allocations of the Settlement Amount of any type or nature whatsoever, including with respect to individual class members, claims, plaintiffs, Affected