# KAUFMAN & CANOLES
attorneys at law

Kaufman & Canoles, P.C.
150 West Main Street
Suite 2100
Norfolk, VA 23510

Mailing Address
Post Office Box 3037
Norfolk, VA 23514

T (757) 624.3000
F (757) 624.3169

Kristan B. Burch
(757) 624.3343
kbburch@kaufcan.com

kaufCAN.com

June 11, 2014



**FEDERAL EXPRESS**

The Honorable Eldon E. Fallon
United States District Judge
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street, Room C546
New Orleans, LA 70130

**Re:** **Chinese Drywall Four Virginia-Based Settlements**
**Allocation Plan Provisions Regarding Statutes of Limitation**

**Affected Property:   712 Stanhope Close, Chesapeake, VA 23320**
**Claim No. CDW00534**

Dear Judge Fallon:

We serve as counsel for Corinth Homes LLC regarding the above-referenced property and claim number. This letter is written in response to the Order to Show Cause entered by the Court on May 21, 2014 which was forwarded to Corinth Homes LLC by Garretson Resolution Group ("GRG") by letter dated May 28, 2014. Consistent with the Order to Show Cause and GRG's May 28, 2014 letter, Corinth Homes LLC submits this letter regarding the applicability of Section 10 of the Allocation Plan.

Corinth Homes LLC submitted a claim in connection with the four Virginia-based settlements ("Virginia-based Settlements") for Chinese drywall administered by GRG. In response to that claim submission, Corinth Homes LLC received a deficiency notice from GRG dated April 15, 2014. Through the deficiency notice, GRG indicated that Corinth Homes LLC failed to satisfy the proof requirements for Proof Requirement # 6, and Corinth Homes LLC was asked to provide information regarding any legal complaint which it filed against the participating defendants in the Virginia-based Settlements and proof of when the legal complaint was served on defendants.

In response to that deficiency notice, Corinth Homes LLC provided additional information related to Proof Requirement #6, relying on the class actions filed. A copy of the submission by Corinth Homes LLC to GRG (without the attachments) is enclosed.

---

Disclosure Required by Internal Revenue Service Circular 230: This communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written by the practitioner to be used, and it cannot be used by the taxpayer, for the purpose of avoiding tax penalties that may be imposed on the taxpayer by the Internal Revenue Service.

13226629v1

The Honorable Eldon E. Fallon
United States District Judge
U.S. District Court for the Eastern District of Louisiana
June 11, 2014
Page 2

As is further detailed in its submission to GRG, Corinth Homes LLC determined in June 2011 that Chinese drywall from The Porter-Blaine Corp. and Venture Supply Inc. had been installed at the home at 712 Stanhope Close, Chesapeake, VA 23320.  After making that discovery, Corinth Homes LLC did not incur the expense to file an individual claim against The Porter-Blaine Corp. and Venture Supply Inc. on behalf of itself or the homeowners of the property who assigned their claims to Corinth Homes LLC (collectively "Corinth Homes LLC's claims") because those interests and claims already were represented and included in multiple class action complaints related to Virginia homes with Chinese drywall filed against The Porter-Blaine Corp. and Venture Supply Inc.  These class actions were filed within the applicable statute of limitations as they relate to 712 Stanhope Close, Chesapeake, VA 23320, and The Porter-Blaine Corp. and Venture Supply Inc. were served with such class action complaints.

Corinth Homes LLC should not treated differently from the other claimants because it did not file a separate lawsuit against The Porter-Blaine Corp. and Venture Supply Inc.  Corinth Homes LLC's claims already were included in the existing class actions, and Corinth Homes LLC should be permitted to rely upon those class actions to satisfy any requirement which the Court may choose to impose requiring Corinth Homes LLC to file and serve its claims within the applicable statute of limitations.  To limit its recovery because Corinth Homes LLC did not file a separate lawsuit would result in inconsistent treatment for parties who were affected by Chinese drywall and submitted claims to GRG in connection with the Virginia-based Settlements.[1]

Corinth Homes LLC's claims for 712 Stanhope Close, Chesapeake, VA 23320 are included as part of the Definitions set forth in the Settlement Agreement for the Virginia-based Settlements as that settlement was reached "in *In re: Chinese Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (E.D. La.) (including the various consolidated Omnibus Complaints and individual actions)...."[2] Corinth Homes LLC should be entitled to a proportional share of the Real Property Funds based on square footage, and its recovery should not be reduced by sixty percent (60%) because it did not file separate claims against The Porter-Blaine Corp. and Venture Supply Inc.  Through its submissions to GRG, Corinth Homes LLC has met proof requirement #6 and shown that its claims were included in litigation filed and served within the applicable statute of limitations.

---

[1] Based on the information publicly available on the claims processed by GRG for the Virginia-based Settlements, it appears that 347 property claims were submitted to GRG, and 44 of those 347 claims received a deficiency notice related to proof of timely-filed claims.

[2] Unlike the Virginia case cited by GRG in its May 13, 2014 letter (283 Va. 411(2012)), this is a not a situation in which Corinth Homes LLC has attempted to file an individual action after a class action was dismissed, seeking to rely upon the prior class action lawsuit filed in another jurisdiction to toll the statute of limitations.  Corinth Homes LLC's claims are a part of the various pending class actions which are now being settled as part of the Virginia-based Settlements, including the class action cited by Corinth Homes LLC which was filed originally in federal court in Virginia.  Because Corinth Homes LLC's claims are covered by the existing class actions which are being settled through the Virginia-based Settlements, Corinth Homes LLC should be treated as having filed and served its claims within the applicable statute of limitations and should not be treated differently from other claimants who submitted claims to GRG.

The Honorable Eldon E. Fallon
United States District Judge
U.S. District Court for the Eastern District of Louisiana
June 11, 2014
Page 3

Very truly yours,

Kristan B. Burch

KBB:rb
Enclosure