# Notice of Real Property Claim Form Deficiency: Statute of Limitations

*Notice Date:*      4/15/2014

*Response Due Date:*      5/15/2014

*Affected Property:*      712 Stanhope Close
                            Chesapeake, VA 23320

### Explanation

Proof Requirement #6 in the Claim Form for Real Property Payment required you to provide information about when you filed and served your Chinese Drywall claims and required you to provide proof, such as pleadings or other court documents, that you filed and served such claims within the applicable statute of limitations. We have determined that you failed to satisfy the requirements of all or part of Proof Requirement #6 of your Claim Form for Real Property Payment.

### How to Cure this Deficiency

To cure this deficiency, you will need to provide proof, such as pleadings or other court documents, that you filed and served your claims within the applicable statute of limitations. Proof that the Participating Defendant appeared in court and responded to your claim will satisfy the proof of service requirement. Please fully complete the Proof Requirement #6 section on the following page. Then have each owner of the Affected Property sign where indicated below, and return this document together with your supporting proof to the Special Master using the enclosed, postage-paid envelope.

### What Happens If I Do Nothing?

If you fail to timely provide proof that you filed your Chinese Drywall claim within the applicable statute of limitations, you will be deemed to have failed to file your Chinese Drywall claim within the applicable statute of limitations, and **any Real Property payment to which you may become entitled will be reduced by sixty percent.**

**Proof Requirement #6:** Proof, such as pleadings or other court documents, that the participating Claimant filed and served his or her claims within the Applicable Statute of Limitations. *(Note: Attach a separate copy of this page for each Participating Defendant that was served.)*

The applicable Statute of Limitations refers to the time within which a participating Claimant had to file and serve his or her claims arising from Chinese Drywall under the laws of the state or commonwealth in which the Affected Property is located. This is a legal determination and it is recommended that the Claimant seek advice from an attorney before completing this section.

Enter the date on which you first became aware of defective Chinese Drywall in this Affected Property:

(mm/dd/yyyy) __06__ / _____ / __2011__

Enter the date on which you filed a legal complaint against the Participating Defendants, alleging damages relating to the presence of Chinese Drywall in the Affected Property.**

(mm/dd/yyyy) _____ / _____ / _____

Enter the date Defendant was served or answered legal complaint.**

(mm/dd/yyyy) _____ / _____ / _____

Check all boxes that apply:

☐ I filed and served a legal complaint against the Participating Defendants within the applicable Statute of Limitations alleging damages relating to the presence of Chinese Drywall in the Affected Property. If so, enter the docket number of the filed complaint and the Court it was filed in:

   Docket Number: _____

   Court: _____

☒ I have documents supporting this proof requirement, and I have inserted copies of these documents behind this page for submission.**

☐ I do not have documents supporting this proof requirement, or I have not submitted these documents.

**Please see attachment entitled Response on Proof Requirement # 6.*

Notice of Real Property Claim Form Deficiency
Statute of Limitations

*By signing below, I hereby request that that certain Claim Form for Real Property Payment that was previously submitted to the Special Master by me or on my behalf for the Affected Property referenced above be amended as set forth herein.*

*By signing below, I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and any documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and have reviewed the evidence that has been submitted in support of this claim.*

*By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

Corinth Homes LLC
*[signature: Alex Pete Kotarides]*

| **Claimant 1 Signature** | **Claimant 2 Signature (If Applicable)** |

Alex Pete Kotarides, Manager 5/7/14

| **Print Name** | Date | **Print Name** | Date |

| **Claimant 3 Signature (If Applicable)** | **Claimant 4 Signature (If Applicable)** |

| **Print Name** | Date | **Print Name** | Date |

**\*\*Response on Proof Requirement # 6**

In June 2011, Corinth Homes, LLC determined that Chinese drywall from The Porter-Blaine Corp. and Venture Supply Inc. had been installed at the home at 712 Stanhope Close, Chesapeake, VA 23320. After making that discovery, Corinth Homes, LLC determined that it did not need to incur the expense to file an individual claim against The Porter-Blaine Corp. and Venture Supply Inc. on behalf of itself or the homeowners of the property who assigned their claims to Corinth Homes LLC (collectively "Corinth Homes, LLC's claims") because those interests and claims already were represented and included in multiple class action complaints related to Virginia homes with Chinese drywall filed against The Porter-Blaine Corp. and Venture Supply Inc. These class actions were filed within the applicable statute of limitations as they relate to 712 Stanhope Close, Chesapeake, VA 23320, and The Porter-Blaine Corp. and Venture Supply Inc. were served with such class action complaints.

Because of the volume of class action complaints which include Corinth Homes, LLC's claims for a home with Chinese drywall in Virginia, Corinth Homes, LLC has highlighted some of the class action complaints below but has not included copies of all such filings. Instead, Corinth Homes, LLC has included some copies and has noted the relevant case numbers, with all of the relevant pleadings are available on Pacer.

By way of example only, Corinth Homes, LLC's claims and interests are represented and included in the class action originally filed in the United States District Court for the Eastern District of Virginia, Norfolk Division, Civil Action No. 2:09cv202. A copy of the docket report and First Amended Complaint – Class Action are attached to this submission. That action was transferred to the Chinese drywall multidistrict litigation ("MDL") in the United States District Court for the Eastern District of Louisiana, Civil Action No. 2:09cv06687-EEF-JCW, and that action later was heard under the lead case, Civil Action No. 2:09-md-02047-EEF-JCW.

In 2:09-md-02047-EEF-JCW, plaintiffs filed a Second Amended Complaint – Class Action in which Corinth Homes, LLC's claims and interests are represented and included as part of the Class Definition in Paragraph 32 which contains a Venture Supply Inc. Subclass Definition and a Porter-Blaine Subclass Definition. A copy of the Second Amended Complaint is attached to this submission.

Also in 2:09-md-02047-EEF-JCW, multiple omnibus class action complaints have been filed in which The Porter-Blaine Corp. and Venture Supply Inc. are defendants, and the classes include claims for homes in Virginia which include Corinth Homes, LLC's claims and interests for 712 Stanhope Close, Chesapeake, VA 23320. Examples of proof of service on The Porter-Blaine Corp. and Venture Supply Inc. of the omnibus class action complaints include ECF Nos. 4809, 4815, 11962, 11963, 12042, 12639, 12683, and 14311 in 2:09-md-02047-EEF-JCW.

The claims of Corinth Homes, LLC for 712 Stanhope Close, Chesapeake, VA 23320 also are included as part of the Definitions set forth in the Settlement Agreement in MDL No. 2047 Regarding Chinese Drywall Claims against the Porter-Blaine Corporation and Venture Supply, Inc., and Certain of their Insurers, http://www.laed.uscourts.gov/Drywall/Settlements/15969-6%20%20Proposed%20Pleading%20-%20Exhibit%20B.pdf, through which a settlement was reached "in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D. La.) (including the various consolidated Omnibus Complaints and individual actions)...."