6386 Cattle Drive
Pensacola, FL 32526

June 2, 2014

The Honorable Judge Elson E. Fallon
U. S. District Court for the Eastern District of Louisiana
New Orleans

Thru: Jeffrey Breit

Re: 4 Virginia-based Settlements Allocation Plan Section 10 Provision

I wish Jeffrey Breit to argue on my behalf **against** the changing of Section 10 Provision of the above-referenced Allocation Plan as the Court approved the Allocation Plan on July 9, 2013, and there were no objections to Section 10 of the Allocation Plan. I believe this provision provides for fair and equitable treatment by all claimants.

*Catherine C. Simpson*
Catherine C. Simpson