| | |
|---|---|
| **From:** | PWR@aol.com |
| **To:** | Tracy Oliver |
| **Subject:** | Letter to the Court re Chinese Drywall |
| **Date:** | Tuesday, June 03, 2014 3:19:11 PM |

June 3, 2014

SUBJECT: CHINESE DRYWALL, Virginia resident

To whom it may concern,

I am a member of the class action lawsuit. Having submitted paperwork and affidavits in a timely manner; it is my considered opinion that those 33 Virginia individuals who had not done so should NOT be given the opportunity to lay claim to the already very meager disbursement at this late stage.

This entire situation has been a financial nightmare. I, nor the others who have responded to the deadlines will never be made "whole" and request that what little remains of the pie be accorded to those who responded in a timely manor.

Respectfully submitted,

Margaret (Peggy) Weber Rogers