June 10, 2014

VIA FEDEX



RECEIVED
JUN 12 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

The Honorable Judge Eldon E. Fallon
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street
Room C546
New Orleans, LA 70130

Dear Judge Fallon,

I am a Virginia resident and a plaintiff in the Chinese Drywall litigation. I wish to express my feelings with regard to the 44 claimants who failed to file claims in a timely manner. My initial thought is the statute of limitations should not be tolled for those missing the filing deadline and state statute should be applied to the tolling to the individuals residing in those states.

Should the court toll the statute, I am in favor of applying section 10 of the allocation plan and limit the amount of recovery to the reduced share.

Respectfully,

Jeffrey Frucht
5305 Center St
Williamsburg, VA 23188