BK07590PG605

Title Insurer: _Stewart Title_

THIS DEED OF BARGAIN AND SALE, made this _13_ day of _August_, 2008, by and between **PRESERVE DEVELOPMENT, LLC**, a Virginia Limited Liability Company, Grantor, party of the first part and **DANIEL A. NOLAN** and **LILLIAN L. NOLAN**, husband and wife, Grantees, parties of the second part, whose address is: 216 Wildlife Trace, Chesapeake, Virginia 23320.

### WITNESSETH:

That for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt of which is hereby acknowledged, the said party of the first part does hereby bargain, sell, grant and convey, with General Warranty and English Covenants of Title, unto the said parties of the second part, as tenants by the entirety with the right of survivorship, the following described property, to-wit:

> ALL THAT certain lot, piece or parcel of land, together with the buildings and improvements thereon, lying, situate and being in the City of Chesapeake, Virginia, and being known, numbered and designated as Lot Number 103, as shown on that certain plat entitled, "SUBDIVISION PLAT OF THE PRESERVE ON THE ELIZABETH, PHASE THREE", Washington Borough – Chesapeake, Virginia, made by engineering services, inc., which said plat is duly recorded in the Clerk's Office of the Circuit Court of the City of Chesapeake, Virginia, in Map Book 147, at Pages 169, 169A, 169B, 169C, 169D and 169E, to which reference is hereby made for a more particular description.

Tax ID#: _0472019001030_        _Consideration: $470,000.00_

Prepared by:    MacDonald, Plumlee & Overton, PC, 620 Cedar Road, Chesapeake, Virginia 23322
Return to:        Advance Title & Abstract, 1428A Kempsville Rd., Chesapeake, Virginia 23320

_Return To:_
ADVANCE TITLE & ABSTRACT, INC
1428 A KEMPSVILLE ROAD
CHESAPEAKE, VA 23320

BK07590PG606

IT BEING the same property conveyed to Preserve Development, LLC, a Virginia limited liability company, by deed from James M. Etheredge, Jr., (a/k/a J.M. Etheredge, Jr., and James Marvin Etheredge, Jr.) Kathryn S. Etheredge, wife of James M. Etheredge, Hugh W. Etheredge and Jean R. Etheredge, wife of Hugh W. Etheredge, dated January 31, 2003 and duly recorded in the Clerk's Office of the Circuit Court of the City of Chesapeake, Virginia in Deed Book 4865 at page 770.

This conveyance is made subject to the conditions, restrictions, easements and reservations of record, if any, affecting the aforesaid property and constituting constructive notice.

WITNESS the following signatures and seals:

PRESERVE DEVELOPMENT, LLC
By Wermers Development, Inc., Manager

By: _____
Jeffrey J. Wermers, President

STATE OF VIRGINIA
CITY OF CHESAPEAKE, to-wit:

The foregoing instrument was acknowledged before me this _13_ day of _August_, 2008 by Jeffrey J. Wermers, President of Wermers Development Inc., Manager for Preserve Development, LLC who is either personally known to me or has produced a state-issued driver's license as identification.

_____
Notary Public

My commission expires:

Kimberly Ann James
Commonwealth of Virginia
Notary Public
Commission No. 344357
My Commission Expires 01/31/2012

INSTRUMENT #080032728
RECORDED IN THE CLERK'S OFFICE OF
CHESAPEAKE ON
AUGUST 28, 2008 AT 10:25AM
$470.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA CODE
STATE: $235.00 LOCAL: $235.00

Claim No. CDW00338

## Notice of Real Property Claim Form Deficiency: Proof of Ownership

*Notice Date:*          4/15/2014

*Response Due Date:*    5/15/2014

*Affected Property:*    216 Wildlife Trace
                        Chesapeake, VA 23320

### Explanation

In order to receive a Real Property payment, you must prove that you own, have owned, reside in, or have resided in an Affected Property containing defective Chinese Drywall (or, if the Affected Property was remediated, and you assigned or were assigned the right to claim damages arising out of Chinese Drywall in the Affected Property, you must provide proof of the assignment). We have reviewed your Real Property Claim Form and supporting documentation and have determined that you have failed to provide proof of ownership, residency or assignment for the Affected Property.

### How to Cure this Deficiency

To cure this deficiency, you must prove that at least one party listed as a claimant on your Claim Form for Real Property Payment owns (or has owned), resides in (or resided in), or was otherwise assigned the right to claim damages arising out of Chinese Drywall in the Affected Property. Have each owner (or former owner), resident (or former resident), or assignee sign where indicated below, and return this document to the Special Master, together with proof of the ownership, residency, or assignment, using the enclosed, postage-paid envelope. Examples of acceptable proof include an executed deed, an executed HUD-1 Settlement Statement, an executed assignment and/or copies county property tax records.

### What Happens If I Do Nothing?

If you do not correct this deficiency on or before 5/15/2014, **you will become ineligible to continue to participate in the Chinese Drywall Virginia-Based Settlements. You will receive no damage award for Real Property or Other Losses (or any other damage), and your claims against the settling defendants will be lost forever.**

If you provide proof that at least one party listed as a claimant on your Claim Form for Real Property Payment has a legal claim related to Chinese drywall at the Affected Property, but other parties listed as claimants on your Claim Form for Real Property Payment failed to provide such proof, the parties failing to provide proof will be disregarded as claimants.

Claim No. CDW00338

**Please provide any relevant information regarding the deficiency or deficiencies identified above:**

See attached deed and settlement statement.

By signing below, I hereby request that that certain Claim Form for Real Property Payment that was previously submitted to the Special Master by me or on my behalf for the Affected Property referenced above be amended as set forth herein.

By signing below, I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.

By signing below, I declare under penalty of perjury that the information provided in this form and any documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and have reviewed the evidence that has been submitted in support of this claim.

By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.

I also understand that there may be financial consequences to me if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.

| | |
|---|---|
| **Claimant 1 Signature** | **Claimant 2 Signature (If Applicable)** |
| DANIEL A. NOLAN  5/9/14 | Lillian L. Nolan 5/9/14 |
| Print Name                Date | Print Name                Date |
| | |
| **Claimant 3 Signature (If Applicable)** | **Claimant 4 Signature (If Applicable)** |
| | |
| Print Name                Date | Print Name                Date |

### How to Cure this Deficiency

To cure this deficiency, you will need to provide proof of your claim against one of the Participating Defendants in the fund or funds for which we determined that you claimed compensation but failed to establish eligibility. Have each owner of the Affected Property sign where indicated below, and return this document to the Special Master, together with such proof, using the enclosed, postage-paid envelope. We have enclosed a sample affidavit that you can use if you are submitting photographs.

### What Happens If I Do Nothing?

If you fail to timely provide the Special Master with sufficient proof that one of the Participating Defendants in a fund from which you claimed compensation was the builder, developer, installer, distributer, broker, or supplier put the Chinese drywall within your Affected Property, you will become ineligible to receive compensation from that fund.

Notice of Real Property Claim Form Deficiency
Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds

Page 2

Claim No. CDW00338

By signing below, I hereby request that that certain Claim Form for Real Property Payment that was previously submitted to the Special Master by me or on my behalf for the Affected Property referenced above be amended as set forth herein.

By signing below, I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.

By signing below, I declare under penalty of perjury that the information provided in this form and any documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and have reviewed the evidence that has been submitted in support of this claim.

By signing below, I also understand that if the Special Master at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Special Master may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.

I also understand that there may be financial consequences to me if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.

_____          _____
Claimant 1 Signature                      Claimant 2 Signature (If Applicable)

DANIEL A. NOLAN 5/9/14                    Lillian L. Nob 5/9/14
Print Name          Date                  Print Name          Date


_____          _____
Claimant 3 Signature (If Applicable)      Claimant 4 Signature (If Applicable)


_____          _____
Print Name          Date                  Print Name          Date

Notice of Real Property Claim Form Deficiency
Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds

Page 3

Claim No. CDW00338

## CHINESE DRYWALL SETTLEMENT PROGRAM

## AFFIDAVIT IN SUPPORT OF PHOTOGRAPHIC EVIDENCE

I, _DANIEL A. NOLAN_____, being duly sworn, states the following:
      _(insert claimant name)_

1. I am 18 years of age or older and otherwise legally competent to sign this affidavit;

2. I have filed a claim for compensation from the Chinese Drywall Virginia-Based Settlements for claims arising from or related to Chinese Drywall that was installed in the Affected Property located at the following address:

   _216 WILDLIFE TRACE_____
   _(insert Affected Property Street Address)_

   _CHESAPEAKE, VA. 23320_____, _____;
   _(insert Affected Property City, State, and Zip Code)_

3. The photograph or photographs attached hereto as Exhibit "A" are of drywall that was installed at the above-referenced Affected Property and that is the basis for my Chinese Drywall claim; and

4. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the above statements are complete and accurate.

_____
(Signature of Affiant)

State of _Virginia_____

County of _Chesapeake_____

Subscribed and sworn to before me this ___9___ day of _May_____, 20_14_.

JESSICA ANNMARIE STEWART
Notary Public
Commonwealth of Virginia
7544804
My Commission Expires March 31 2017

_____
(Notary Public)

Notice of Real Property Claim Form Deficiency
Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds

Page 4

Claim No. CDW00338

## <u>List of Participating Defendants</u>

A list of defendants that are participating in the Virginia Settlements ("Participating Defendants") is provided below. Each Participating Defendant in this list has been grouped according to its related insurer and settlement.

### <u>NATIONWIDE PARTICIPATING DEFENDANTS</u>

- ☐ AHJV, LLC
- ☐ Ainslie Group, Inc.
- ☐ Ainslie Widener, Inc.
- ☐ American Eastern, Inc.
- ☐ Area Builders of Tidewater, Inc. (n/k/a ABT Custom Homes, LLC)
- ☐ Atlantic Homes, LLC
- ☐ Case Handyman & Remodeling Servs.
- ☐ CG Stony Point Townhomes, LLC
- ☐ Clarke-Whitehill Enterprises, Inc.
- ☐ DSG Construction, Inc.
- ☐ Fabian Franco Perez
- ☐ Franciscus Homes, Inc.
- ☐ Greensprings Condominiums, LLC
- ☐ Greensprings Plantation, Inc.
- ☐ HHJV, LLC
- ☐ Lazaro Miranda dba Work Company, Drywall & Plaster (a/k/a Lazaro Morales dba Work Company, Drywall & Plaster)
- ☐ Nationwide Mutual Insurance Company
- ☐ Nationwide Mutual Fire Insurance Company
- ☐ Nationwide Property & Casualty Insurance Company
- ☐ Next Level Group, LLC
- ☐ Nicholas Vandergrift, dba Nicholas & Co. Construction, LLC
- ☐ Overlook Point, LLC
- ☐ Peak Building Corporation
- ☐ Plantation Group LLC
- ☑ Preserve Development LLC     *Preserve Development was the developer for "The Preserve" which is our neighborhood.*

Notice of Real Property Claim Form Deficiency
Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds

Page 5

Claim No. CDW00338

    ☐ Residential Concepts, Ltd.

    ☐ Robert Hodgson

    ☑ Rose & Womble Realty Co.    *This is the real estate*

    ☐ Scott Taylor Plastering, Inc.    *Company that represented*

    ☐ The Classic Group, Inc.    *Werners. We purchased our*

    ☐ The Overlook LLC    *home from Rose and Womble*

    ☐ Wellington LLC

    ☐ Work Company, Drywall & Plaster

    ☐ Wyndham LLC

    ☐ Wyndwil LLC

## PORTER BLAINE/VENTURE PARTICIPATING DEFENDANTS

    ☐ The Porter-Blaine Corp.

    ☑ Venture Supply, Inc.    *We already sent an invoice showing Venture had drywall sent to our address (see attached invoice again)*

## TOBIN TRADING AND INSTALLERS PARTICIPATING DEFENDANTS

    ☐ Tobin Trading, Inc.

    ☐ Phillip Perry

## INSTALLERS AND STATE FARM PARTICIPATING DEFENDANTS

    ☐ Builders Plaster & Drywall, LLC

    ☐ JMM Drywall Co., LLC

## BUILDERS MUTUAL PARTICIPATING DEFENDANTS

    ☐ ABS Building Corporation

    ☐ American Better Living, LLC

    ☐ David Daniels

    ☐ Genesis Group, Inc.

    ☐ Harbor Walk Development, LLC

Notice of Real Property Claim Form Deficiency
Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds

Page 6

Claim No. CDW00338

☐ Jerome Henin

☐ International Property Investments of Central Florida, Inc., d/b/a Henin International Services

☐ M&M Contracting

☐ Oxfordshire, LLC

☐ Parallel Design & Development

☐ Powell Development, LLC

☐ Premier International Realty, Inc. d/b/a Henin Realty

☐ Rob Lang Builder, Inc.

☐ Rob and Fiona Lang

☐ Tech Building Corporation

☐ The Futura Group

☐ Total Home Renovation, LLC

☐ Traderscove Corporation d/b/a Henin Group

☑ Wermers Development, Inc.  *Wermers Development built our home and ordered their drywall from Ventu.*

Notice of Real Property Claim Form Deficiency
Failure to Establish Eligibility to Receive Compensation from One or More Settlement Funds

Page 7