May 30, 2014

The Honorable Judge Eldon E. Fallon
U.S. District Court for the Eastern District of Louisiana
500 Poydras St. Room C546
New Orleans, LA 70130

RE: Chinese Drywall Allocation Plan Section 10

Dear Judge Fallon,

We would like to begin by expressing our sincere gratitude for your tireless efforts to bring relief to the families who have been affected by this toxic drywall. We can see some light at the end of the tunnel now thanks to the efforts of many people including you.

The purpose of this letter is to express our opinion on the above referenced subject. It has been 4+ years since we sat in your courtroom and plead our case for relief. We have been kept informed of all deadlines by our counsel and made sure that our documents and back up information were ready and submitted in a timely fashion.

We feel sympathy for those who have not been able to meet their deadlines but that should not affect the rest of the class nor the amounts we are awarded. We all need to take responsibility for taking care of our own business in a timely fashion. The fact is that those that didn't meet the deadline didn't take care of their business and therefore there should be a cost for that.

In conclusion, we believe that Section 10 of the Allocation Plan should be applied as written and that those who failed to produce their documents within the agreed upon time receive only their reduced share as called out by the documents.

Thank you for your time and consideration.

Sincerely,

*Robert Orlando, Lisa Orlando*
Robert and Lisa Orlando
4091 Dunbarton Circle
Williamsburg, VA 23188