UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

MEMORANDUM IN SUPPORT OF
THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO LIFT
STAY TO PERMIT FURTHER PROCEEDINGS AGAINST TAISHAN
GYPSUM, CO., LTD. AND TAI'AN TAISHAN PLASTERBOARD, CO. LTD.
AND BEGIN PROCEEDINGS AGAINST REMAINING DEFENDANTS

I.   INTRODUCTION

The Plaintiffs' Steering Committee ("PSC") hereby moves to lift the stay of further proceedings pending the appeal of Taishan Gypsum Co., Ltd. ("TG) and Tai'an Taishan Plasterboard Co., Ltd. ("TTP") imposed by this Court's Order and Reasons of October 16, 2012 [Rec.Doc.No.15952], and to open proceedings against the remaining defendants in MDL 2047. As the appeals of TG and TTP have been resolved by the United States Court of Appeals for the Fifth Circuit, the stay of further proceedings pending the appeal is no longer justified.  In addition, as proceedings against TG and TTP begin, so too should litigation be permitted for all remaining defendants.  Accordingly, for the reasons set forth below, the PSC requests that this Court's stay be lifted so that the PSC may engage in further proceedings against TG and TTP, and to allow proceedings to begin against the remaining defendants in MDL 2047.

1

## II.     FACTUAL BACKGROUND

On September 4, 2012, this Court issued its Order and Reasons denying (1) TG's Renewed Motion to Vacate the Default Judgment and Dismiss the Complaint in *Germano v. Taishan Gypsum, Co., Ltd.,* Case No. 09-6687 [Rec.Doc.No. 13490]; (2) TG's Renewed Motion Pursuant to Rules 55(c) and 12(b)(2) to Vacate the Entry of Default and Dismiss this Action in *The Mitchell Co., Inc., v. Knauf Gips, KG,* Case No. 09-4115 [Rec.Doc.No. 13566]; (3) TG and TTP's Motion Pursuant to Rule 12(b)(2) to Dismiss the Complaint in *Gross v. Knauf Gips KG,* Case No. 09-6690 [Rec.Doc.No. 13590]; and (4) TG and TTP's Motion Pursuant to Rule 12(b)(2) to Dismiss the Complaint in *Wiltz v. Beijing New Building Materials Public Ltd., Co.*, Case No. 10-361 [Rec.Doc.No. 13591].

In addition to appealing the Court's Order as it related to the *Germano* action (in which a final money judgment was rendered and is now ready to proceed to collection), TG and TTP moved this Court to certify the other aspects of the Court's jurisdictional rulings, entry of default in the *Mitchell* action for interlocutory appeal, and also to stay further proceedings pending the appeal.  On October 16, 2012, the Court ruled on TG and TTP's motions.  In its Order and Reasons [Rec.Doc.No. 15952] this Court granted TG and TTP's motions, certified the matter for interlocutory review and stayed all proceedings against the movants pending the appeal.  The stay was anticipated and observed during the pendency of Taishan's motions practice and obviously obeyed since the filing of the Order itself while TG and TTP's appeals were pending.  This Court's stay was observed during the pendency of TG and TTP's appeals even though neither defendant posted a supersedeas bond.

Thereafter, on January 28, 2014, the Fifth Circuit affirmed this Court's jurisdictional

ruling in the *Germano* action. *In re Chinese Manufactured Drywall Products Liability Litigation*, ____ F.3d ____, 2014 WL 321844 (5th Cir. Jan. 28, 2014).[1] More recently, the Fifth Circuit affirmed the Court's September 4, 2012 Order as it related to the *Gross, Wiltz* and *The Mitchell Company* actions. *See In re: Chinese Manufactured Drywall Products Liability Litigation*, ____ F.3d ____, 2014 WL 2111672 (5th Cir. May 20, 2014). The mandate for these appeals issued on June 11, 2014.

With the last of the two rulings of the Fifth Circuit now concluded, and no petition for rehearing filed by the defendants, there are no longer any appeals pending in the Fifth Circuit. The time to revisit this Court's stay of October 16, 2012 has arrived. Further, the time has come to lift the stay against the defendants remaining in MDL 2047 so that the litigation (which includes over 4,000 homes with TG or TTP drywall) may be concluded. TG and TTP, and other Chinese defendants, have obstinately avoided accepting service of process in this litigation, and otherwise refused to participate in these proceedings. Their actions have delayed these proceedings long enough. This litigation needs to conclude and the sooner the PSC can complete discovery to execute on the existing judgments in this matter and terminate the litigation against TG, TTP, and the remaining defendants, the better.

### III. LEGAL ARGUMENT

In its October 16, 2012 Order and Reasons, this Court determined that all proceedings against TG and TTP should be "stayed during the pendency of this appeal and until further ordered by the Court." October 16, 2012 Order and Reasons at 13. The Fifth Circuit has now

---

[1] The time has expired for Taishan to petition the United States Supreme Court for a Writ of Certiorari to the Fifth Circuit. Thus, the Court's ruling as to *Germano* is final.

addressed the *Germano, Wiltz, Gross* and *The Mitchell Company's* appeals. This Court's rulings have been affirmed in all respects.[2] The litigation should now be permitted to proceed as this Court's authority to assert personal jurisdiction upon the defendants has been conclusively determined. *Id.*, 2014 WL 321844 and 2014 WL 2111672.

The interests of justice no longer support a stay of proceedings against TG and TTP. Their appellate rights have been exercised and the Court of Appeals has ruled against them. Since the stay of all proceedings is no longer warranted, the PSC proposes that any stay should be lifted immediately. Accordingly, the PSC submits that the Court should order that its stay of proceedings during the pendency of the TG and TTP appeals should be lifted so that the PSC may engage in at least the following activities:

(1) to permit plaintiffs to submit a bill of costs before the Clerk of Court for TG & TTP's default proceedings;

(2) to file a motion to approve alternative service of process pursuant to Fed.R.Civ.P. 4(f)(3)[a proposed motion is attached hereto as Exhibit "A"];

(3) to conclude class certification proceedings in *Germano, Wiltz* and *Gross* that were continued pursuant to the Minute Entry of January 20, 2011 [Rec.Doc. No. 7136];

(4) to conclude motions practice involving default judgments against TG, TTP and other defaulting Chinese entities [a proposed motion is attached hereto as Exhibit "B"]; and

(5) to conduct a Rule 16 conference to discuss the litigation against TG and TTP, including procedures for execution of the existing default judgments against these

---

[2] The likelihood of a contrary determination in the *Gross, Wiltz* and *Mitchell Co.* appeals at the United States Supreme Court is remote at best.

defendants, and to conduct further discovery against responsible and knowledgeable entities.

## IV. CONCLUSION

For the reasons set forth above, the PSC respectfully requests that this Court vacate the stay imposed by its Order and Reasons of October 16, 2012, and allow proceedings to begin against the remaining defendants in MDL 2047.

Dated: June 13, 2014

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

>Anthony D. Irpino
>IRPINO LAW FIRM
>2216 Magazine Street
>New Orleans, LA 70130
>Phone: (504) 525-1500
>Fax: (504) 525-1501
>airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of June, 2014.

>/s/ Leonard A. Davis
>Leonard A. Davis, Esquire
>HERMAN, HERMAN & KATZ, LLP
>820 O'Keefe Avenue
>New Orleans, Louisiana 70113
>Phone: (504) 581-4892
>Fax: (504) 561-6024
>Ldavis@hhkc.com
>Plaintiffs' Liaison Counsel
>MDL 2047
>
>*Co-counsel for Plaintiffs*