UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

AND NOW, on this _____ Day of _____, 2014, upon consideration of The Plaintiffs' Steering Committee's Motion to Lift Stay to Permit Further Proceedings Against Taishan Gypsum, Co., Ltd. and Tai'an Taishan Plasterboard, Co. Ltd. and Begin Proceedings Against Remaining Defendants, the stay imposed by this Court's Orders and Reasons of October 16, 2012 [Rec. Doc. 15952] is VACATED.  It is ORDERED that further proceedings against Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. may be re-instituted.  It is also further ORDERED that the stay against the remaining defendants in MDL 2047 imposed by PTO No. 1 is lifted.

By the Court,

_____

J.