IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-31213

United States Court of Appeals
Fifth Circuit
**FILED**
May 20, 2014
Lyle W. Cayce
Clerk

D.C. Docket No. 2:09-MD-2047
D.C. Docket No. 2:09-CV-6690
D.C. Docket No. 2:09-CV-4115
D.C. Docket No. 2:10-CV-361

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

------

TAISHAN GYPSUM COMPANY, LIMITED; TAI'AN TAISHAN PLASTERBOARD, COMPANY, LIMITED,

    Defendants - Appellants

v.

DAVID GROSS; CHERYL GROSS; LOUIS VELEZ, individually and on behalf of others similarly situated,

    Plaintiffs - Appellees

------

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

------

TAISHAN GYPSUM COMPANY, LIMITED,

    Defendant - Appellant

v.

MITCHELL COMPANY INCORPORATED, individually and on behalf of others similarly situated,

    Plaintiff - Appellee



------------------------------------------------------------------------

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------------------

TAISHAN GYPSUM COMPANY, LIMITED; TAI'AN TAISHAN PLASTERBOARD, COMPANY, LIMITED,

        Defendants - Appellants

v.

KENNETH WILTZ, individually and on behalf of all others similarly situated; BARBARA WILTZ, individually and on behalf of all others similarly situated,

        Plaintiffs - Appellees

Appeals from the United States District Court for the Eastern District of Louisiana, New Orleans

Before SMITH, DeMOSS, and HIGGINSON, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Sabrina B. Short
        Deputy

JUN 1 1 2014

New Orleans, Louisiana