# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
LYLE W. CAYCE
FILED CLERK JUN 13 2014
WILLIAM W. BLEVINS
CLERK

June 11, 2014

Mr. William W. Blevins
Eastern District of Louisiana, New Orleans
United States District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-31213    In Re: Chinese Drywall
                          USDC No. 2:09-MD-2047
                          USDC No. 2:09-CV-6690
                          USDC No. 2:09-CV-4115
                          USDC No. 2:10-CV-361

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 1 ) Envelope

Enclosed for the district court and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: *Sabrina B. Short*
                                  Sabrina B. Short, Deputy Clerk
                                  504-310-7817

cc w/encl:
    Honorable Eldon E. Fallon
    Ms. Courtney Lynne Colligan
    Mr. Joe Cyr
    Mr. Leonard Arthur Davis

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

Mr. George M. Dent III
Mr. Ervin Amado Gonzalez
Mr. Russ M. Herman
Mr. Arnold Levin
Mr. Frederick S. Longer
Mr. Steven L. Nicholas
Mr. Thomas Patrick Owen Jr.
Mr. Elliot H. Scherker
Mr. Frank T. Spano
Mr. David George Wirtes Jr.

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.