UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Motion to Examine Judgment Debtor filed by **Plaintiff-Intervenors, Deborah and William Morgan; Jerry and Inez Baldwin; Joe and Cathy Leach; Robert and Lisa Orlando; Fred and Vanessa Michaux; Preston and Rachel McKellar; and Steven and Elizabeth Heischober;**

IT IS ORDERED BY THE COURT that **Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. ("Taishan")** appear in open court on the _____ day of _____, 2014 at _____ o'clock ___.m. in Section L of the United States District Court for the Eastern District of Louisiana, to be examined as a judgment debtor pursuant to Fed. R. Civ. P. 69(a) and C.C.P. art. 2451 and that **Taishan** produce at that time the books, papers, and documents described in paragraph XI of the motion.

1

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge