UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | **MDL NO. 2047**<br>**SECTION: L**<br>**(2:10-cv-00340)** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | ) ) ) | **JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |

**ORDER GRANTING THE STATE OF LOUISIANA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO PROHIBIT**
<u>**DISPOSAL OF PHYSICAL EVIDENCE**</u>

Having considered the State of Louisiana's Motion for Leave to File Reply in Support of Motion to Prohibit Disposal of Physical Evidence, and finding that such Reply is appropriate under the circumstances, the Court hereby GRANTS the State's Motion.

_____     _____
Date                                                                                 The Honorable Eldon E. Fallon

LEGAL122405359.1