UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | SECTION: L |
| LITIGATION | ) | (2:10-cv-00340) |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| ALL CASES | ) | MAG. JUDGE WILKINSON |
| | ) | |

### ORDER GRANTING THE STATE OF LOUISIANA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO PROHIBIT DISPOSAL OF PHYSICAL EVIDENCE

Having considered the State of Louisiana's Motion for Leave to File Reply in Support of Motion to Prohibit Disposal of Physical Evidence, and finding that such Reply is appropriate under the circumstances, the Court hereby GRANTS the State's Motion.

New Orleans, Louisiana this 17th day of June, 2014.

_____
United States District Judge