# EXHIBIT 4

Case 2:09-md-02047-EEF-MBN   Document 17764-1   Filed 06/17/14   Page 2 of 3

Jeffrey ROBIN and OF Elisa Robin, Plaintiffs, v. KNAUF..., 2013 WL 6921984...

2013 WL 6921984 (Fla.Cir.Ct.) (Verdict, Agreement and Settlement)
Circuit Court of Florida,
Eleventh Judicial Circuit.
Miami-dade County

Jeffrey ROBIN and OF Elisa Robin, Plaintiffs,

v.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a foreign corporation; Knauf Gips KG, a foreign corporation; Banner Supply Company, a Florida corporation; Sunshine Drywall, Inc., a Florida corporation; F & L Developers, Inc., a Florida corporation; LA Suprema Trading, Inc., a Florida corporation; and LA Suprema Enterprise, Inc., a Florida corporation, Defendants.

No. 2010CA059323.
November 25, 2013.

**Chinese Drywall**

*VERDICT FORM*

What is the total amount of punitive damages, if any, which you find, by the greater weight of the evidence, should be assessed against Defendant KNAUF PLASTERBOARD (TIANJIN) ("KPT") and Defendant KNAUF GIPS KG ("Knauf Gips")?

| | |
|---|---|
| Defendant KPT | $ 1,000,000 |
| Defendant Knauf Gips | $ 5,000,000 |

If you elect not to assess punitive damages against either of the two Defendants, you should enter a zero (0) as the amount of damages for each, skip the questions below, and sign and date the verdict form.

If, however, you elect to assess punitive damages against one or both Defendants, the law requires you to answer the following questions below:

*As to Defendant KPT:*

*Question:* Was the wrongful conduct of any managing agent, director, officer, or other person responsible for making policy decisions on behalf of KPT motivated solely by unreasonable financial gain and was the unreasonably dangerous nature of the conduct, together with the high likelihood of damages resulting from the conduct, actually known by any managing agent, director, officer, or other person responsible for making policy decisions on behalf of KPT?

Yes X                                                                                       No___

*As to Defendant KNAUF GIPS:*

Case 2:09-md-02047-EEF-MBN   Document 17764-1   Filed 06/17/14   Page 3 of 3

Jeffrey ROBIN and OF Elisa Robin, Plaintiffs, v. KNAUF..., 2013 WL 6921984...

*Question:* Was the wrongful conduct of any managing agent, director, officer, or other person responsible for making policy decisions on behalf of Knauf Gips motivated solely by unreasonable financial gain, and was the unreasonably dangerous nature of the conduct, together with the high likelihood of damages resulting from the conduct, actually known by any managing agent, director, officer, or other person responsible for making policy decisions on behalf of Knauf Gips?

Yes X                                                                 No___

SO SAY WE ALL, this 22 day of November, 2013.

<<signature>>

FOREPERSON

End of Document                                     © 2014 Thomson Reuters. No claim to original U.S. Government Works.