# EXHIBIT 5

```
                  IN THE CIRCUIT COURT OF THE 11TH
                  JUDICIAL CIRCUIT IN AND FOR
                  MIAMI-DADE COUNTY, FLORIDA

                  CASE NO.:  10-59323 CA 42

                  CHINESE DRYWALL
```

JEFFREY ROBIN and
ELISA ROBIN,

    Plaintiffs,
vs.

KNAUF PLASTERBOARD (TIANJIN) CO.,
LTD., a foreign corporation; KNAUF
GIPS KG, a foreign corporation;
BANNER SUPPLY COMPANY, a Florida
corporation; SUNSHINE DRYWALL, INC.,
a Florida corporation; F&L DEVELOPERS,
INC., a Florida corporation; LA SUPREMA
TRADING, INC., a Florida corporation;
and LA SUPREMA ENTERPRISE, INC., a
Florida corporation,

    Defendants.
_____/

```
                  Dade County Courthouse,
                  73 West Flagler Street,
                  Miami, Florida,
                  Tuesday, 10:00 a.m.
                  September 10, 2013.
```

    The above-entitled cause came on for a hearing

before The Honorable Beatrice Butchko, Circuit Court

Judge, pursuant to notice.

APPEARANCES:

  VM DIAZ AND PARTNERS, LLC, by
  VICTOR M. DIAZ, JR., Esquire, and
  JORGE LORENZO, Esquire,
  Attorneys for Plaintiffs.

```
 1              MR. DIAZ:  No.  It's a motion that is
 2       going to be filed regarding instructions that
 3       were made at the deposition that was the
 4       Saturday before ---
 5              THE COURT:  Let's go off the record.
 6              (Discussion off the record.)
 7              MR. DIAZ:  They have filed a notice of
 8       intent to destroy evidence in the Robin case.
 9       We will be filing an objection.  This goes to --
10       they have settled cases.  They want to get rid
11       of all the evidence that they are preserving.
12       We vehemently object to that.
13              THE COURT:  What are you guys doing?
14              MR. DIAZ:  You filed it in Robin and
15       Echeveria.
16              THE COURT:  This is Robin.
17              MR. POLLACK:  In the MDL.
18              MR. DIAZ:  No, you did it here.
19              MR. GLICKSTEIN:  May I address that, Your
20       Honor?
21              THE COURT:  Somebody needs to address it.
22       Mr. Glickstein.
23              MR. GLICKSTEIN:  I need to address it just
24       so you understand what it is.  There is a huge
25       volume of drywall that has been -- that was
```

1   supplied to Banner and never installed in any
2   home, that was never used, and has been sitting
3   in a warehouse for many, many, many years.
4          THE COURT:  Mr. Glickstein, let me just
5   stop you, please.
6          MR. GLICKSTEIN:  And it has always been
7   available for inspection and there is a
8   procedure in the MDL that says you can provide
9   notice and people can object of -- this was
10  discussed with ---
11         THE COURT:  Let me just stop you because
12  really this is nonsensical at this point.  We
13  are on the eve of trial.  These things have been
14  going on and have been pending for years.  We
15  are going to resolve the Robin case within a
16  month.  We are going to resolve Echeveria in
17  November, no?
18         MR. DIAZ:  December 2nd.
19         THE COURT:  In December.  So I'm not going
20  to rule for Judge Sigler, but as to the Knauf
21  case, I am specifically ordering all parties to
22  keep everything even if the MDL judge allowed
23  you to destroy it.  If you haven't destroyed it
24  yet, you are not destroying it now.
25         The other issue is that Mr. Diaz has

1		painstakingly investigated this plaintiff's
2		case probably, my guess would be, in more
3		detail than others, and I don't know if the
4		other cases have gone to trial.
5			MS. LUNDEEN:  That is not the issue,
6		though.  He has his board.  There is nothing
7		about the Robin board ---
8			THE COURT:  It's not worth it.
9			MS. LUNDEEN:  I understand.
10			MR. DIAZ:  There is a warehouse full of
11		Knauf drywall.
12			MS. LUNDEEN:  Mr. Diaz wants to preface
13		his argument, you have not had the opportunity
14		to hear the background, to see the motion, to
15		understand what we are asking for --
16			MR. DIAZ:  To destroy the warehouse.
17			THE COURT:  Ms. Lundeen, what does it
18		matter?  It has been held for years.  We are on
19		the eve of trial.
20			MR. DIAZ:  Seven years.
21			THE COURT:  Do we really need to spend
22		judicial resources on arguing this issue?  Just
23		maintain the status quo.  It looks really bad
24		that you guys want to destroy evidence that has
25		been sitting in a warehouse for seven years.

```
 1            MR. DIAZ:  Seven years in Fort Lauderdale
 2      and they know that I intend to ask the jury to
 3      inspect the premises.
 4            MS. LUNDEEN:  This is highly prejudicial.
 5      We are talking about a board that was delivered
 6      to Banner that was never put in a single
 7      person's home.  There is thousands of meters of
 8      board that has been preserved that nobody seeks
 9      to destroy.
10            THE COURT:  Let's talk about it after.
11      After Robin and, you know, after Echeveria.
12            MR. DIAZ:  Absolutely.
13            THE COURT:  Really.  Let's not talk about
14      that now.
15            MS. LUNDEEN:  Well, the pleadings are
16      closed so ---
17            MR. DIAZ:  Your Honor, it's absurd for
18      them to take a warehouse full of drywall that
19      has been sitting for seven years in Fort
20      Lauderdale, that if there is any dispute that
21      arises, they want -- which was the subject of
22      the secret settlement agreement with Banner, and
23      all a sudden they want to make it disappear the
24      month before we go to trail.
25            THE COURT:  No, we don't even have the
```