MINUTE ENTRY
FALLON, J.
JUNE 17, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED        MDL NO. 2047
       DRYWALL PRODUCTS
       LIABILITY LITIGATION        SECTION: L

THIS DOCUMENT RELATES TO:        JUDGE FALLON
ALL CASES        MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:    Richard Serpe, Esq., Jeffrey Breit, Esq., Arnold Levin, Esq., Ervin Gonzalez,
                Esq., Russ Herman, Esq., Leonard Davis, Esq., for Plaintiffs'
               David Black, Esq., for State of Louisiana
               Ken Hardt, Esq. for defendants Venture Supply, Inc. and Porter-Blaine Corp.
               Kerry Miller, Esq. for Knauf Defendants

1. The Plaintiffs' Steering Committee's Motion to preclude the disposal of physical evidence by Venture Supply Inc. and the Porter-Blaine Corporation (17723) -

After argument - Court's written reasons to follow.

2. The State of Louisiana's Motion to to prohibit The Knauf Defendants from carrying out their plan to dispose of physical evidence, as detailed in their Notice of Disposal of Physical Evidence dated April 25, 2014 (17730) -

After argument - Court's written reasons to follow.

3. Motion of Plaintiff Santiago to Compel Knauf to Pay His Self-Remediation Claim in Full Per Settlement Agreement (17714)

After argument - GRANTED in part and DENIED in part for the reasons discussed more fully in court. The Plaintiffs, Defendant Knaur, and the Settlement Administrator, Brown Greer, are each tp ay one-third of the amount in question.

4. Motion by Plaintiffs Crescent City Property Redevelopment Association, et al for Extension of Deadlines to File a Claim, MOTION for Leave to File Late Claim, MOTION for Extension of Time to File Documents (17676)

After argument - GRANTED

JS10: :58