UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL ACTIONS | : | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Petition for an award of attorney's fees and reimbursement of assessment/expenses for common benefit, pursuant to PTO 28, filed by Alters Law Firm, P.A. (Rec. Doc. 17729).

**IT IS ORDERED** that the Petition filed by Alters Law Firm is hereby GRANTED IN PART.  Alters Law Firm shall file under seal all affidavits and other supporting documentation required by Pretrial Order 28 within three business days of entry of this Order, and the Court hereby reserves its consideration of the merits of the Petitioner's request for an award of attorney's fees and reimbursement of expenses and assessments.  After the Petitioner files these documents under seal, it should refer them to the Fee Committee so that the Fee Committee can continue to review and consider all requests and documents.

New Orleans, Louisiana this 17th day of June, 2014

_____
UNITED STATES DISTRICT JUDGE