UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL ACTIONS | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

## ORDER

The Court has recently received several motions from attorneys in this matter requesting attorneys' fees and reimbursement of expenses for common benefit, not included in the joint petition filed by the fee committee. (Rec. Docs. 17708, 17729, 17735).  The Court granted these motions and allowed attorneys to submit affidavits and documentation to support their claim. These documents have been filed under seal.

**IT IS ORDERED** that the movants in the above referenced motions should adhere to the protocols established in Pretrial Order No. 28 when preparing the relevant documentation.

**IT IS FURTHER ORDERED** that after the movants file the documents under seal, they should refer these documents to the Fee Committee so that the Fee Committee can continue to review and consider all requests and prepare a report and recommendation to the Court.

New Orleans, Louisiana this 18th day of June, 2014.

_____
United States District Judge