**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL                     MDL No. 2047

                                                        SECTION:  L

THIS DOCUMENT RELATES TO:                               JUDGE FALLON
            ALL CASES

                                                        MAG. JUDGE
                                                        WILKINSON

**MOTION TO SUBMIT COMPREHENSIVE LIST OF PRIVATELY REPRESENTED CLAIMANTS BEYOND THE DEADLINE SET FORTH IN PRE-TRIAL ORDER NO. 28**

NOW INTO COURT COMES THE LAW OFFICES OF SIDNEY D. TORRES, III, A PROFESSIONAL LAW CORPORATION ("Torres Firm") which requests this Court for an order allowing the firm to submit to Philip Garrett, CPA and the Fee Committee established by this Court through Pre-Trial Order No. 28 (Rec. Doc. 17379) its comprehensive list of all individually retained claimants in an Excel spreadsheet format in the form set forth in Exhibit "C" attached to Pre-Trial Order No. 28 beyond the originally established deadline of February 14, 2014, for the following reasons:

1.      The Torres Firm is not making a claim for common benefit attorneys' fees and expenses, rather it is only seeking compensation for attorneys' fees and costs associated with the representation in this matter of their individually retained clients.

2.      While the Torres Firm was aware of Pre-Trial Order No. 28, the principle focus of the Order was to establish guidelines specifically addressed to common benefit attorneys' fees and expenses.[1]

---

[1]      See Rec. Doc. 17379 at n. 3.

3.      Similarly communications from of the Plaintiffs' Steering Committee regarding Pre-Trial Order No. 28 were primarily directed toward ensuring that counsel seeking common benefit fees were familiar with the procedures and deadlines set forth in the Order.

4.      The Torres Firm was not making a claim for common benefit attorneys' fees.

5.      The Torres Firm recently discovered that the submission of a comprehensive list of its clients was not timely submitted pursuant to Step Two of the protocols set forth under Pre-Trial Order No. 28.

6.      The reason the Firm's client list was not filed timely pursuant to the Court's Order is due to inadvertent error, mistake and/or excusable neglect on behalf of undersigned counsel.

7.      The Firm avers that no prejudice will result from the allowance of the filing now of the Torres Firm's client list since the ultimate determination and allocation of both common benefit and individual attorneys' fees are to be determined at a later date.

8.      Further, the Firm avers that the identities of all of its clients and the Firms' representation thereof have been published on more than one occasion in various forms to members of the PSC, and to Brown Greer PLC during the claims registration process, and that no prejudice will result from the submission now to Philip Garrett, CPA.

9.      In fact, as soon as the Torres Firm discovered its error it submitted its comprehensive list to Philip Garrett, CPA and a member of the Fee Committee.

10.     Undersigned counsel has conferred with certain members of the PSC and Fee

Committee who have indicated that they take no position in connection with this motion.

WHEREFORE, for the above reasons, THE LAW OFFICES OF SIDNEY D. TORRES, III, A PROFESSIONAL LAW CORPORATION respectfully requests this Honorable Court enter an order permitting it to submit its comprehensive list of all individually retained claimants in an Excel spreadsheet format in the form set forth in Exhibit "C" attached to Pre-Trial Order No. 28 beyond the originally established deadline of February 14, 2014.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III
*A PROFESSIONAL LAW CORPORATION*

By:     /s / Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        Email: storres@torres-law.com
               rburns@torres-law.com
        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esq., Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a

Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern District

of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this 20th day of June, 2014.


                                          /s/Roberta L. Burns
                                         **ROBERTA L. BURNS**