UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | MDL No. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that THE LAW OFFICES OF SIDNEY D. TORRES, III, A PROFESSIONAL LAW CORPORATION  will submit to the Court its MOTION TO SUBMIT COMPREHENSIVE LIST OF PRIVATELY REPRESENTED CLAIMANTS BEYOND THE DEADLINE SET FORTH IN PRE-TRIAL ORDER NO. 28 before the Hon. Eldon E. Fallon at 9:00 a.m. on July 9, 2014, or at such other time as the Court directs, at the United States Court for the Eastern District of Louisiana.  Pursuant to Uniform Local Rule 78.1E, this motion will be heard without benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:     s/Roberta L. Burns
SIDNEY D. TORRES, III (La. Bar No. 12869)
ROBERTA L. BURNS (La. Bar No. 14945)
BEAU F. CAMEL (La. Bar No. 30231)
Torres Park Plaza
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421

1

        Facsimile: (504) 271-1961
        E-mail:  storres@torres-law.com
             rburns@torres-law.com
             bcamel@torres-law.com
        **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Motion has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esq., Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to File and ServeXpress f/k/a Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of June, 2014.

                    s/ Roberta L. Burns
                    **ROBERTA L. BURNS**