## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED DRYWALL**   **MDL No. 2047**

                     **SECTION:  L**

**THIS DOCUMENT RELATES TO:**      **JUDGE FALLON**
   **ALL CASES**

                      **MAG. JUDGE**
                      **WILKINSON**

### ORDER

The Court, having considered THE LAW OFFICES OF SIDNEY D. TORRES, III, A PROFESSIONAL LAW CORPORATION's ("Torres Firm")  MOTION TO SUBMIT COMPREHENSIVE LIST OF PRIVATELY REPRESENTED CLAIMANTS BEYOND THE DEADLINE SET FORTH IN PRE-TRIAL ORDER NO. 28 , finds that the Torres Firm's Motion should be granted, and it shall be permitted to submit  its comprehensive list of all individually retained claimants in an Excel spreadsheet format in the form set forth in Exhibit "C" attached to Pre-Trial Order No. 28 beyond the originally established deadline of February 14, 2014, which will be considered timely submitted.

Accordingly, it is

**ORDERED** that THE LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C.'s Motion is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
   **HON. ELDON E. FALLON**
   **DISTRICT COURT JUDGE**