```
MDL 2047, Section L
Judge Eldon E. Fallon
In Re: Chinese Drywall
```

June 17, 2014

**Charles A. Hummer**
**2617 Jaylene Road**
**North Port, Fl 34288**
**941-240-5577 H**
**239-287-9332 C**
**charleshummer57@yahoo.com**

**Honorable Eldon E. Fallon**
**United States District Court**
**Eastern District of Louisiana**
**500 Poydras Street, Room C-456**
**New Orleans, LA 70130**

**Judge Fallon:**

   My name is Charles A. Hummer, Plaintiff Pro Se, in Omnibus #3 and #7. I appear before you today your Honor, as I wish to address this Court, and also enter the following letter and accompanying Exhibits # 1 through #8, as part of the official record.

*[signature]*
**CHARLES A. HUMMER**

I AM CHARLES A. HUMMER, PLAINTIFF PRO SE. I AM A 100% DISABLED VIETNAM VETERAN, WHO LEFT VIETNAM WITH AGENT ORANGE. I PURCHASED A NEW ADAM'S HOME THAT I THOUGHT I COULD BE SAFE IN, WITH EXPECTATIONS OF AT LEAST LIVING A SEMI-NORMAL LIFE, CONSIDERING MY MEDICAL ISSUES THAT I SUFFERED FROM MY WAR TIME SERVICE.

LIFE SINCE BUYING MY HOME HAS BEEN A LIVING HELL. I FILED A CLAIM WITH MY INSURANCE COMPANY, AND THEY SENT CLAIM ADJUSTERS OVER FROM THE OTHER COAST. THEY THEN TOLD ME I HAD CHINESE DRYWALL AND MY HOME AND ALL MY POSSESSIONS WERE DESTROYED AS A RESULT. (SEE EXHIBIT #1)

I THEN FILED MY PPF WITH THIS COURT UNDER OMNIBUS # 3 and #7. (SEE EXHIBIT #2) MY PROPERTY APPRAISER "0'D" OUT THE VALUE OF MY HOME. (SEE EXHIBIT #3)

IF YOU LOOK AT (EXHIBIT #4) CDC HEALTH CONSULT, DATED MAY 2, 2014, ON PAGE 6, IT STATES THAT NOT ALL THE HOMES CONTAIN DRYWALL MANUFACTURED IN CHINA. SOME PROBLEM HOMES CONTAIN DRYWALL MANUFACTURED IN NORTH AMERICA.

PAGE 4 AND PAGE 22, ALSO STATE THAT IN THE CDC CONSULT ONLY A SMALL NUMBER OF SAMPLES WERE TESTED AND THAT NO ONE MANUFACTURER, CAN HIDE UNDER THE UMBRELLA OF THE CPSC AND HUD GUIDELINES, THAT THEIR DRYWALL IS SAFE.

ONE OF MY MAIN GOALS TODAY IS TO INSURE THAT MY TOXIC DRYWALL'S BAR CODE AND ASTM CODE IS REGISTERED ON THIS COURTS LIST, AS IT IS MISSING. (SEE EXHIBIT #5) MY DRYWALL IS NOW IDENTIFIED AS UNITED STATES GYPSUM, BAR CODE 0 8109900035 5, WITH AN ASTM STANDARD C36. MY HOME WAS BUILT IN 2006, 2 YEARS AFTER THE ASTM WAS CHANGED TO C1396.

FOR THE LAST 6 YEARS I HAVE BEEN A FLORIDA HUB, A VICTIM'S ADVOCATE, AND A SOMEWHAT OF A CHINESE/AMERICAN DRYWALL EXPERT. I HAVE HAD A WEBSITE FOR THE PAST 16 MONTHS AND HAVE OVER 70,000 PAGE VIEWS. I HAVE CALLS COMING IN FROM ALL OVER THE USA AND CANADA. THEY ARE ABOUT CHINESE, BUT MOSTLY UNITED STATES GYPSUM AND NATIONAL GYPSUM. THE MAIN REASON I STARTED THIS WEBSITE WAS BECAUSE ANY PERSON MAY HANG A SHINGLE ON THEIR LETTERHEAD STATING THAT THEY

ARE A CHINESE DRYWALL EXPERTS. I SURELY GAVE AWAY SOME MONEY TO THEM IN THE BEGINNING. ALL MY ASSISTANCE COMES AT NO CHARGE, AND MY SOLE PURPOSE IS TO HELP OTHER VICTIMS, SO THAT THEY MAY BYPASS SOME OF THE SICKNESS, AND WASTED MONETARY EXPENSES.

AS A PLAINTIFF PRO SE, OUR MAIN OBSTACLE IS THAT KNAUF OWNS 16 % OF USG, AND ALSO HAS PART OWNERSHIP IN NATIONAL GYPSUM. USG ALSO OWNS L & W SUPPLY D/B/A AS SEACOAST SUPPLY. THEREFORE THESE BUSINESSES, DUE TO PARTIAL FOREIGN OWNERSHIP, CLAIM DIVERSITY AND MOVE TO THE FEDERAL COURTS, SWALLOWING UP THE PRO SE, WHO HAVE TROUBLE FINDING LEGAL COUNSEL. AS A VICTIM'S ADVOCATE I AM HELPING AS MANY AS I CAN, AND MAKING A DATABASE, IN HOPES OF ADEQUATE LEGAL COUNSEL IN THE FUTURE FOR THESE VICTIMS.

YOUR HONOR, I HOPE THAT THIS COURT, WILL RECOGNIZE THE VAST NUMBERS OF HOMES, SCHOOLS, AND BUSINESSES, THAT PRESENTLY HAVE TOXIC DRYWALL. THESE ARE IN JUST MY TRI-COUNTY AREA ALONE. IN (EXHIBIT #6) IS LAMARQUE ELEMENTARY SCHOOL THAT CONTAINS BOTH USG AND NATIONAL GYPSUM DRYWALL. THE SAD NEWS IS THAT THERE ARE

**880 CHILDREN (SOME WHO ARE IN A SPECIAL NEEDS WING), AS WELL AS 120 STAFF MEMBERS, AND A SCHOOL BOARD THAT IS IN DENIAL.**

**THIS SAME BUILDER BUILT THE NEW $100 MILLION DOLLAR VETERANS CLINIC IN LEE COUNTY FLORIDA. IT ALSO CONTAINS TOXIC USG AND NATIONAL GYPSUM DRYWALL.**

**I AM LIVING ON MY BACK PORCH THAT I CLOSED IN BECAUSE THERE ARE NO NON-CONTAMINATED HOUSES AVAILABLE IN MY TOWN OF NORTH PORT, FLORIDA. FROM 2004 TO 2007, OVER 13,000+ SINGLE FAMILY HOMES WERE BUILT, AND I HAVE A FEW HUNDRED ON MY WEBSITE LIST. THE CODE ENFORCEMENT DIVISION HAS 1,370 EMPTY HOUSES PRESENTLY AND BASED ON OUR SURVEY AND SOME CURSORY INSPECTIONS, WE BELIEVE THAT THERE ARE THOUSANDS THAT MAY BE CONTAMINATED. THIS IS JUST IN A SMALL TOWN OF 60,000 PEOPLE.**

**IN 7 OF FLORIDA'S 67 COUNTIES (SEE EXHIBIT #7) THERE ARE 4612 CHINESE/AMERICAN CASES REGISTERED WITH THE PROPERTY APPRAISERS OFFICES. THESE ARE JUST THE REPORTED CASES, AND IN ONLY A SMALL PORTION**

OF THE STATE, THESE NUMBERS ACTUALLY EXCEED THE CPSC'S TOTAL REPORTS NATIONWIDE.

I WOULD LIKE TO THANK YOUR HONOR, FOR ALLOWING ME, A PLAINTIFF PRO SE TO ADDRESS THESE IMPORTANT ISSUES BEFORE THIS COURT. IN THIS COUNTRY THERE IS STILL A COVER UP, ESPECIALLY HIDING THE AMERICAN DRYWALL THAT IS TOXIC, UNDER THE AUSPECIES OF CHINESE DRYWALL. ALTHOUGH THE END RESULTS ARE THE SAME WITH BOTH, THE CHINESE IS QUICKER, AND THE AMERICAN, I REFER TO IT AS THE "SILENT KILLER"! UNFORTUNATELY IT APPEARS THAT THE TOXIC AMERICAN DRYWALL IS GOING TO SURPASS THE CHINESE CONSIDERABLY.

I WOULD LIKE TO ADD MY VIDEO AS MY FINAL DOCUMENT SUBMITTED TO THIS COURT. (SEE EXHIBIT #8)

CHARLES A. HUMMER
2617 JAYLENE ROAD
NORTH PORT, FLORIDA 34288
941-240-5577 H
239-287-9332 C
charleshummer57@yahoo.com
www.contaminatedamericandrywall.com



**St. Johns Insurance Company**

# EXHIBIT # 1

Claims Processing Center
P.O. Box 1779
Columbia, SC 29202
Tel: 800.748.2030
Fax: 877.858.8920

August 6, 2009

Mr. and Mrs. Charles Hummer
2617 Jaylene Road
North Point, Florida 34288

**CERTIFIED REGISTERED RETURN RECEIPT MAIL ARTICLE # 7004 1160 0006 5713 2430**

Named Insured: Charles Hummer and Yuliya Hummer
Policy Number: SJ30166608
Claim Number: ST09003954
Date of Loss: July 16, 2009
Type Loss: Damage due to Pollutants

Dear Mr. and Mrs. Hummer:

This letter will serve as a follow up to our previous correspondence and inform you that our investigation has been completed.

We instructed Ms. Beth Parker of Burton Claims Service, Inc., to inspect the damage to your dwelling and personal property you claimed were damaged due to the pollutant emitted by the drywall. The inspection took place on July 22, 2009. Ms. Parker's inspection of your risk revealed the cause of your loss is resulting from faulty materials known as Chinese Drywall. This drywall is releasing pollutants and causing damage to your home and personal property.

With regards to the above causes of loss, we refer you to your Homeowners Policy H03- Special Form HO 00 03 10 00 and ask that you note the following excerpts:

**SECTION 1 – EXCLUSIONS page 11-12 of 22**

B. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered.

   3. Faulty, inadequate or defective:

      b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      c. Materials used in repair, construction, renovation or remodeling;

The ensuing loss from the faulty materials is specifically excluded as follow:

**SECTION I – PERILS INSURED AGAINST page 8-9 of 22**

A. Coverage A – Dwelling and Coverage B – Other Structures
   1. We insure against risk of direct physical loss to property described in Coverages A and B.

Quality • Integrity • Pride

**St. Johns Insurance Company**

# 172387463

Claims Processing Center
P.O. Box 1779
Columbia, SC 29202
Tel: 800.748.2030
Fax: 877.858.8920

Page 2 of 2
Claim Number ST09003954

2. We do not insure, however, for loss:
   a. Excluded under Section I – Exclusions;
C. Caused by:
(6) Any of the following:
   (a) Wear and tear, marring, deterioration;
   (b) Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;
   (c) Smog, rust or other corrosion, or dry rot;
   (e) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage C.

   Pollutants mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

Please note the aforementioned represents excerpts from the HO 00 03 10 00 homeowners policy and it's purchased endorsements. All other terms and conditions continue to apply to this claim.

Per the above referenced policy provisions, the cause of your dwelling damage are excluded under our policy. In regards to any personal property damage, the cause of loss is not a named peril as outlined on pages 10-11 of page 22 of the policy. Therefore, no payment can be made for your claim.

If you have any additional information or reports that you would like for us to consider, please forward a copy of the documentation to our office as soon as possible.

By stating the above reasons why there is no coverage for your claim under the policy provisions, St Johns Insurance Company does not waive any other rights or defenses which it may have. The undersigned will amend immediately any statement that is incorrect upon discovery of the correct facts

Sincerely,

*[signature]*

Michael W. Carroll
Property Claims Examiner
St.Johns Insurance Company
800-748-2030 ext 2196

"Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree."

Quality • Integrity • Pride

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                 SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES           JUDGE FALLON
                                              MAG. JUDGE WILKINSON

For Internal Use Only
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: Charles Hummer
Address of Affected Property: 2617 Jaylene Road
City: North Port   State: FL   Zip: 34288
Is this Property: Residential [✓]  Commercial [ ]  Governmental [ ]
Name of Person Completing this Form: Charles Hummer
Is above your primary residence? Yes [✓] No [ ]
Mailing Address (if different):
City:   State:   Zip:
Phone: 941-240-5577
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Check one: Owner-Occupant [✓]  Owner Only [ ]  Renter-Occupant [ ]
Represented By: Lewis & Roberts, PLLC
Address: PO BOX 17529
City: Raleigh   State: NC   Zip: 27519
Phone:
Case No./Docket Info:

## Section II. Insurance Information

Homeowner/Renter Insurer: St. Johns Insurance Company
Policy #: SJ90166606
Agent: n/a
Address: PO Box 1739
City: Columbia   State: SC   Zip: 29202
Phone: 800-748-2030

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Charles Hummer | 07-19-2007 | | M [✓] F [ ] | 12-02-1951 | Yes [✓] No [ ] | Owner-Occupant |
| Yuliya Hummer | 07-19-2007 | | M [ ] F [✓] | 03-15-1978 | Yes [✓] No [ ] | Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Burton's Claim Source, Inc.

        1.2. When did the inspection take place? 07-22-2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Beth Parker, Burton's Claim Source, Inc.

        2.2. When was this determination made? 07-22-2009

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| unknown | unknown | Drywall is throughout house |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall? Yes ☑ No ☐

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent? Adam's Homes of Northwest FL, Inc.

        1.2. When was notice sent? 

        + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home? Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

        2.2. When was the request made?

        + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall? Yes ☐ No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered? Yes ☐ No ☑

        3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

        3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated? Yes ☐ No ☑

        3.2.a. Have any such repairs to your home been completed? Yes ☐ No ☑

        3.2.b. Who paid or is paying for the repairs?

        3.2.c. What was/is the total cost?

        3.2.d. Have samples of the Chinese-manufactured drywall been kept? Yes ☑ No ☐

        3.2.e. Who possesses the samples? Can get from house

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home? Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent? Adam's Homes of Northwest FL, Inc.

        1.2. When was notice sent?

        + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558? Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

        2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558? Yes ☐ No ☑

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558? Yes ☐ No ☑

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

        4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558? Yes ☐ No ☑

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

        5.2. What repairs were performed?

        5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

## Section VII. Home Information

| Field | Value | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2169 | | | |
| Estimated Sq. Ft. of Drywall | unknown | Occupied | ✓ | |
| Height of Interior Walls | 20 ft | Year-round | ✓ | |
| Number of Bedrooms: | 4 | Summer | ✓ | |
| Number of Bathrooms: | 2 | Winter | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | | ✓ | |
| Copper Fixtures | | ✓ | |
| Other Fixtures | | ✓ | |
| Were repairs made to the plumbing system? | ✓ | | |
| Dates: unknown | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | | ✓ | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | ✓ | | |
| Dates: unknown | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
- Start Date: 00-00-0000
- Completion Date: 03-03-2006
- Move In Date: 07-19-2007
- Date Acquired Home: 07-19-2007

Date Range for Renovations: (Month/Day/Year)
- Start Date:
- Completion Date:
- Move In Date:

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Adam's Homes of Northwest FL, Inc.

Address: c/o Wayne L. Adams- Registered Agent
3000 Gulf Breeze Parkway
City: Gulf Breeze   State: FL   Zip: 32563
Phone: 941-423-1005

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:

NuWay Drywall, LLC
Address: c/o Alex I. Rivera- Registered Agent
384 Snapdragon Loop
City: Bradenton   State: FL   Zip: 34212
Phone: 941-345-3993

## Section XI. Drywall Supplier

Drywall Supplier's Name:

Seacoast Supply, Inc.
Address: c/o The Corporation Company- Registered Agent
110 W. Forsyth Street, 13th Floor, Florida Title Bldg.
City: Jacksonville   State: FL   Zip: 32202
Phone: 239-495-0095

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_[signature]_

Claimant's Signature / Date Signed / Claimant's Signature / Date Signed

Claimant's Signature / Date Signed / Claimant's Signature / Date Signed

Claimant's Signature / Date Signed / Claimant's Signature / Date Signed



**Bill Furst**
**SARASOTA COUNTY PROPERTY APPRAISER**

1137157507

**Ownership:**
HUMMER CHARLES A
2617 JAYLENE RD, NORTH PORT, FL, 34288
**Situs Address:**
2617 JAYLENE RD, NORTH PORT, FL, 34288

**Land Area:** 10,000 Sq.Ft.
**Municipality:** City of North Port
**Subdivision:** 1586 – PORT CHARLOTTE SUB 32
**Property Use:** 0100 - Single Family Detached
**Status** OPEN
**Sec/Twp/Rge:** 29-39S-22E
**Census:** 121150027123
**Zoning:** RSF2 - RESIDENTIAL, SINGLE FAMILY(3.5 UNITS/ACRE)

**Parcel Description:** LOT 7 BLK 1575 32ND ADD TO PORT CHARLOTTE

### Buildings

| Situs - click address for details | Bldg # | Beds | Baths | Half Baths | Year Built | Gross Area | Living Area | Stories |
|---|---|---|---|---|---|---|---|---|
| 2617 JAYLENE RD, NORTH PORT, FL, 34288 | 1 | 3 | 2 | 0 | 2006 | 3109 | 2199 | 1 |

### Extra Features

There are no extra features associated with this parcel

### Values

| Year | Land | Building | Extra Feature | Just | Assessed | Exemptions | Taxable | Cap |
|---|---|---|---|---|---|---|---|---|
| 2013 | $3,000 | $0 | $0 | $3,000 | $2,848 | $2,848 | $0 | $152 |
| 2012 | $2,800 | $0 | $0 | $2,800 | $2,800 | $2,800 | $0 | $0 |
| 2011 | $3,000 | $0 | $0 | $3,000 | $3,000 | $3,000 | $0 | $0 |
| 2010 | $3,600 | $0 | $0 | $3,600 | $3,600 | $3,600 | $0 | $0 |
| 2009 | $6,400 | $128,000 | $0 | $134,400 | $134,400 | $134,400 | $0 | $0 |
| 2008 | $8,500 | $164,100 | $0 | $172,600 | $172,600 | $172,600 | $0 | $0 |
| 2007 | $31,100 | $159,200 | $0 | $190,300 | $190,300 | $0 | $190,300 | $0 |
| 2006 | $28,500 | $0 | $0 | $28,500 | $28,500 | $0 | $28,500 | $0 |
| 2005 | $15,800 | $0 | $0 | $15,800 | $15,800 | $0 | $15,800 | $0 |
| 2004 | $3,000 | $0 | $0 | $3,000 | $3,000 | $0 | $3,000 | $0 |

### Current Exemptions

| Grant Year | Description | Value |
|---|---|---|
| 1899 | 936 - BUILDING UNDER REMODELING | $2,891.00 |

### Sales & Transfers

| Transfer Date | Recorded Consideration | Instrument Number | Qualification Code | Grantor/Seller | Instrument Type |
|---|---|---|---|---|---|
| 7/9/2007 | $193,000 | 2007115367 | 01 | SHOQUIST,LOREN | WD |
| 2/13/2006 | $245,900 | 2006064020 | 03 | ADAMS HOMES OF NORTHWEST,FLORIDA INC | WD |
| 2/10/2005 | $28,000 | 2005036242 | 01 | ASPURU CARLOS M & DIANNE L, | WD |
| 2/1/1986 | $4,200 | 1841/0126 | 11 | | NA |

### Associated Tangible Accounts

There are no associated tangible accounts for this parcel

**EXHIBIT # 4**

# Health Consultation

POSSIBLE HEALTH IMPLICATIONS FROM EXPOSURE
TO SULFUR GASES EMITTED FROM
CHINESE-MANUFACTURED DRYWALL

MAY 2, 2014

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
Agency for Toxic Substances and Disease Registry
Division of Community Health Investigations
Atlanta, Georgia 30333

**Conclusions**
People who were exposed to hydrogen sulfide and other sulfur compounds emitted by some drywall manufactured in China may have experienced adverse health effects or a reduced quality of life. The available data cannot be used to determine if people are still being exposed to levels that could cause health effects or adversely affect quality of life.

1. - <u>For the drywall samples manufactured in China between 2005 and 2006</u>
    - Based on the limited number of drywall samples tested, exposures to the estimated levels of hydrogen sulfide and sulfur dioxide from drywall samples manufactured in China between 2005 and 2006 were a public health concern. Short-term exposures might result in effects seen in both clinical and human epidemiologic studies. These include exacerbation of pre-existing respiratory conditions, eye and nasal irritation, headache, changes in vision, and weakness. Although less certain, longer term exposures may have increased the risk of damage to nasal tissue. Exposure to the estimated contaminant concentrations could diminish a resident's quality of life by triggering irritant (eye, nose, and throat) and physical (respiratory, gastrointestinal) symptoms, leading to negative mood states, and altering daily activities.
    - The estimated contaminant concentrations increased with increasing temperature and humidity.
    - Given the more than 90% reduction in hydrogen sulfide emission rates between the 2009 and 2010 laboratory testing, estimated contaminant concentrations from drywall samples were likely higher closer to their 2005-2006 date of manufacture.
    - Estimated contaminant concentrations from the drywall samples tested are consistent with levels resulting in the severe metal corrosion observed in homes.

2. - <u>For the drywall samples manufactured in China in 2009</u>
    - Based on the limited number of drywall samples tested, long-term exposures to the estimated levels of hydrogen sulfide from drywall samples manufactured in China in 2009 may have posed a public health concern for sensitive people (e.g., those with asthma).

3. - <u>For the drywall samples manufactured in China in 2005, 2006 and 2009</u>
    - Current contaminant levels cannot be estimated with the data available for the drywall samples manufactured in China in 2005, 2006, and 2009. Therefore, the potential hazard, if any, from current exposures cannot be assessed based on the 2009-2010 laboratory data.

4. - <u>For the drywall samples manufactured in North America in 2009</u>
    - Based on the limited number of drywall samples tested, exposures to the estimated contaminant levels from drywall samples manufactured in North America in 2009 were below levels of public health concern. It should be noted that these samples were not identified by CPSC as problem drywall.

 **NOTE: Because of the small number of drywall samples tested, these conclusions do not represent the range of all possible sulfur compound concentrations and should not be generalized to all drywall manufactured during the period of concern.** 

4

## Background and Statement of Issues -

Drywall manufactured in China was imported into the United States to address the shortage of essential construction materials created by a national demand for new home construction and rebuilding after the record-breaking 2004 and 2005 hurricane seasons. In 2008, Florida homeowners began reporting upper respiratory irritation and copper corrosion in their recently built homes (2001-2008) to the Florida Department of Health (FLDOH). In January 2009, FLDOH initiated a preliminary investigation into the use of problem drywall in newly constructed homes. Residents reported premature failures of central air conditioning system evaporator coils and intermittent failure of appliances and/or electronic devices [FLDOH, 2010]. Consumer Product Safety Commission (CSPC) staff inspections noted corrosion of bare copper electrical wiring and the presence of sooty material on electrical wires [CPSC, 2009]. State and federal investigators observed tarnishing and pitting of other metallic surfaces in the affected homes in Florida and Louisiana. As of February 2013, CPSC had received over 4,000 complaints from U.S. residents in 44 states living in homes with these problems [CPSC, 2013].



Those living in affected homes reported a spectrum of symptoms and health effects including recurrent headaches, irritated and itchy eyes and skin, difficulty breathing, persistent cough, runny nose, sinus infections and congestion, sore throats, frequent nosebleeds, and asthma attacks. Many of these residents reported that symptoms lessened or went away entirely when they left their homes and then reappeared when they returned home [CPSC, 2009]. In an informal survey of more than 400 callers to the Louisiana Department of Health and Hospitals, the most common complaint reported was the presence of sulfur-like or other unusual odors [LDHH, 2010].

In addition to the health issues listed above, residents reported the following problems to the Agency for Toxic Substances and Disease Registry (ATSDR): extreme fatigue, weight loss, burned corneas, neurological issues (including peripheral neuropathy), muscular pain, vaginal burns, scarring of the esophagus, scarred lungs, blood pressure problems, kidney problems, and worsening of chronic obstructive pulmonary disease (COPD).

ATSDR and the Centers for Disease Control and Prevention (CDC) recognize the concerns of people exposed to contaminants from problem drywall. Since 2009, CDC/ATSDR has provided public health expertise in support of the CPSC's leadership of the federal response to concerns with problem drywall. Other partners include the U.S. Environmental Protection Agency (EPA), the U.S. Department of Housing and Urban Development (HUD), FLDOH, the Louisiana Department of Health and Hospitals, the Virginia Department of Health, other state and local health and environmental agencies, and the Association of Occupational and Environmental Health Clinics (AOEC).

> **Problem Drywall**
>
> Residents in homes with problem drywall report having health issues like respiratory irritation, and other problems such as copper corrosion and sulfur odors.
>
> Not all of the homes contain drywall manufactured in China. Some problem homes contain drywall manufactured in North America and some have drywall with no indication of origin. When ATSDR uses the phrase "problem drywall" in this document, we are referring to all homes with the problem, regardless of the drywall's country of origin.
>
> CPSC did not select North American drywall samples thought to be problem drywall. The intent of the LBNL analysis was to compare problem drywall from China to typical drywall manufactured in North America.





Conclusions -

People who were exposed to hydrogen sulfide and other sulfur compounds emitted by some drywall manufactured in China may have experienced adverse health effects or a reduced quality of life. The available data cannot be used to determine if people are still being exposed to levels that could cause health effects or adversely affect quality of life.

1. - For the drywall samples manufactured in China between 2005 and 2006
   - Based on the limited number of drywall samples tested, exposures to the estimated levels of hydrogen sulfide and sulfur dioxide from drywall samples manufactured in China between 2005 and 2006 were a public health concern. Short-term exposures might result in effects seen in both clinical and human epidemiologic studies. These effects include exacerbation of pre-existing respiratory conditions, eye and nasal irritation, headache, changes in vision, and weakness. Although less certain, longer-term exposures may have increased the risk of damage to nasal tissue. Exposure to estimated contaminant concentrations could diminish a resident's quality of life by triggering irritant (eye, nose, and throat) and physical (respiratory, gastrointestinal) symptoms, leading to negative mood states, and altering daily activities.
   - The estimated contaminant concentrations increased with increasing temperature and humidity. -
   - Given the more than 90% reduction in hydrogen sulfide emission rates between the 2009 and 2010 laboratory testing, estimated contaminant concentrations from drywall samples were likely higher closer to their 2005-2006 date of manufacture.
   - Estimated contaminant concentrations from the drywall samples tested are consistent with levels resulting in the severe metal corrosion observed in homes.

2. - For the drywall samples manufactured in China in 2009
   - Based on the limited number of drywall samples tested, long-term exposures to the estimated levels of hydrogen sulfide from drywall samples manufactured in China in 2009 may have posed a public health concern for sensitive individuals (e.g., those with asthma).

3. - For the drywall samples manufactured in China in 2005, 2006, and 2009
   - Current contaminant levels cannot be estimated with the data available for the drywall samples manufactured in China in 2005, 2006, and 2009. Therefore, the potential hazard, if any, from current exposures cannot be assessed based on the 2009-2010 laboratory data.

4. - For the drywall samples manufactured in North America in 2009
   - Based on the limited number of drywall samples tested, exposures to the estimated contaminant levels from drywall samples manufactured in North America in 2009 were below levels of public health concern. These samples were not identified by CPSC as problem drywall.

**NOTE: Because of the small number of drywall samples tested, these conclusions do not represent the range of all possible sulfur compound concentrations and should not be generalized to all drywall manufactured during the period of concern.**

22

EXHIBIT # 5

Manufactured to meet ASTM Standards
Conforms to ASTM C-1396/C-1396M

0 81099 00035 5

01/20/2013 13:29

### Table 7: Drywall Analysis
### Lamarque Elementary School
### 3415 Lamarque Avenue, North Port, Florida

| Location | Analyte | Quantitation Limit (µg/Kg) | Sample Result (µg/Kg) |
|---|---|---|---|
| Science 143 | Hydrogen Sulfide | 0.19 | ND |
| | Carbonyl Sulfide | 0.33 | 45 |
| | Carbon Disulfide | 0.21 | 5.6 |
| Room 134 | Hydrogen Sulfide | 0.15 | ND |
| | Carbonyl Sulfide | 0.26 | 31 |
| | Carbon Disulfide | 0.17 | 3.1 |
| Art 141 | Hydrogen Sulfide | 0.15 | ND |
| | Carbonyl Sulfide | 0.26 | 26 |
| | Carbon Disulfide | 0.17 | 3.6 |
| Electrical 146 | Hydrogen Sulfide | 0.12 | ND |
| | Carbonyl Sulfide | 0.22 | 6.2 |
| | Carbon Disulfide | 0.14 | 0.88 |
| Registrar 115 | Hydrogen Sulfide | 0.17 | ND |
| | Carbonyl Sulfide | 0.29 | 63 |
| | Carbon Disulfide | 0.18 | 24 |
| Room 155 | Hydrogen Sulfide | 0.15 | ND |
| | Carbonyl Sulfide | 0.26 | 68 |
| | Carbon Disulfide | 0.17 | 0.85 |
| Room 156 | Hydrogen Sulfide | 0.15 | ND |
| | Carbonyl Sulfide | 0.27 | 2.7 |
| | Carbon Disulfide | 0.17 | 0.26 |
| Room 201J | Hydrogen Sulfide | 0.17 | ND |
| | Carbonyl Sulfide | 0.29 | 54 |
| | Carbon Disulfide | 0.19 | 15 |
| Room 204 | Hydrogen Sulfide | 0.12 | ND |
| | Carbonyl Sulfide | 0.22 | 56 |
| | Carbon Disulfide | 0.14 | 6.0 |

# CHINESE/AMERICAN CASES BY PROPERTY APPRAISER'S OFFICES

## 67 COUNTIES

| | |
|---|---|
| **LEE COUNTY** | **1989** |
| **MIAMI/DADE** | **846** |
| **HILLSBORO** | **809** |
| **BROWARD** | **775** |
| **SARASOTA** | **76** |
| **CHARLOTTE** | **60** |
| **INDIAN RIVER** | **57** |
| | ———— |
| | **4,612** |