UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE OF MANUAL ATTACHMENT

IN RE: CHINESE DRYWALL      MDL

NO: 2047

SECTION: L (2)

ATTACHMENTS TO DOCUMENT NO. 17775

    DESCRIPTION:  CD - Exhibit #8

    FILED BY:  Charles Hummer

    FILE DATE:  June 17, 2014

ARE LOCATED IN THE CLERK'S OFFICE.