UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION |
| | * | MDL NO. 2047 |
| | * | SECTION: "L" |
| This Document Relates to All Cases | * | |

O R D E R

**IT IS ORDERED** that the Financial Unit for the Clerk of Court, Eastern District of Louisiana, disburse from the registry of the Court all interest earned on the withdrawn principal in this case, in accounts 09MD2047 through 09MD2047EY, to Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana 70130.  The Financial Unit should mail or deliver the check to Dorothy H. Wimberly, Stone Pigman Walther Wittmann L.L.C., at 546 Carondelet Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 20th day of June, 2014

_____

Judge Eldon E Fallon
United States District Judge