**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM
IN SUPPORT OF MOTION REGARDING DISPOSAL OF PHYSICAL EVIDENCE
(VENTURE SUPPLY, INC. AND PORTER-BLAINE CORPORATION)
AND FOR EXPEDITED CONSIDERATION**

**MAY IT PLEASE THE COURT:**

On January 24, 2012, Pre-Trial Order No. 1(I) was issued [Rec. Doc. 12257] regarding Preservation of Physical Evidence. The Order set forth certain duties to preserve applicable to parties that intend to seek recovery for damages in connection with repairs to properties that contained allegedly defective Chinese-Manufactured Drywall, or recovery for damages to personal property contained in such a property or personal injury from allegedly defective Chinese-Manufactured Drywall. The Order further provided that certain parties who desired to dispose of physical evidence were to provide written notice of their intention so that parties could have an opportunity to inspect the physical evidence upon reasonable notice.

On May 22, 2014, Venture Supply, Inc. ("Venture") and the Porter-Blaine Corporation ("Porter-Blaine) filed a Notice of Disposal of Physical Evidence [Rec. Doc. 17706]. The only party who filed a response was the the Plaintiffs' Steering Committee ("PSC") who filed a Motion to

1

Preclude Disposal of Physical Evidence on June 6, 2014 [Rec. Doc. 17723]. The matter came on for hearing at the monthly status conference on June 17, 2014, and on June 18, 2014, the Court issued an Order [Rec. Doc. 17769] providing the PSC until July 1, 2014 to either take physical possession of the board or have the storage lease transferred so that the PSC will be legally and financially responsible for the boards from that date forward.

The PSC intends on moving the board out of the Venture's/Porter-Blaine's storage facility and intends on following the Protocol set forth below:

The Plaintiffs Steering Committee proposes that the Venture Supply drywall boards currently located in a "Self-Storage Unit" by Venture Supply be removed as follows:

1. Venture will provide the keys to the Unit which will be emptied as soon as possible.

2. PSC member Richard Serpe will attend the removal of the boards and ensure that the following procedures are followed.

3. All boards be numbered with a Sample Number (VSD: 1 et seq.).

4. To facilitate movement and storage, the 4'X12" sheets of drywall will be cut into three 4'X 4' sections and marked on their face as Samples VSD: 1A, 1B and 1C et. seq.

5. All boards will be photographed.

6. The Unit includes not only full sheets of drywall but also fragments and partial boards. Any fragment and partial board which is removed by the PSC will be numbered and photographed as above. All remaining fragments of boards which are not removed by the PSC will be disposed of by Venture.

7. The drywall samples will then be wrapped in mover's stretch plastic wrap to seal them from further exposure to moisture, and to minimize release of gasses.

8. The wrapped samples will then be transported to a Portable Storage Unit ("PODS") container at approximately $139.99 per month.

9. The labor costs for transporting, wrapping the boards and loading the Unit will be approximately $500.

10. The PODS container will be stored at a commercial property in Virginia Beach, Virginia (Action Paving & Construction Co.) at a cost of $100.00 per month.

11. The storage unit and contents can be accessed by written request to the PSC, and under appropriate Order of this Court.

The PSC requests that any party who objects to this Protocol immediately advise and that the Protocol be accepted by this Court as sufficient means to preserve physical evidence in accordance with Pre-Trial Order 1(I). Further, the PSC requests that any party who fails to object to the Protocol be precluded from arguing at a later date that the PSC or claimants who pursue actions against Taishan have failed to preserve necessary evidence. The PSC requests expedited consideration on this motion.

Respectfully submitted,

Dated: June 24, 2014

/s/ Leonard A. Davis
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel, MDL 2047*

>Arnold Levin
>Fred S. Longer
>Matthew C. Gaughan
>Levin, Fishbein, Sedran & Berman
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>215-592-1500 (phone)
>215-592-4663 (fax)
>Alevin@lfsblaw.com
>*Plaintiffs' Lead Counsel*
>*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com


Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

### **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 24th day of June, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*