UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion Regarding Disposal of Physical Evidence (Venture Supply, Inc. and Porter-Blaine Corporation) and for Expedited Consideration;

IT IS ORDERED BY THE COURT that expedited consideration is GRANTED and any party who objects to the "Protocol" as outlined in the Memorandum in Support of Motion Regarding Disposal of Physical Evidence (Venture Supply, Inc. and Porter-Blaine Corporation) and for Expedited Consideration, appear and show cause on the ____ day of _____, 2014, at ___ o'clock ___.m., why the Protocol as outlined by the PSC should not be utilized.

IT IS FURTHER ORDERED BY THE COURT that any objections to the Motion Regarding Disposal of Physical Evidence (Venture Supply, Inc. and Porter-Blaine Corporation) and for Expedited Consideration should be filed on or before the ___ day of _____, 2014.

New Orleans, Louisiana, this ___ day of _____, 2014.

                                                                                          _____
                                                                                          Eldon E. Fallon
                                                                                          United States District Court Judge