**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

**O R D E R**

AND NOW, on this _____ Day of _____, 2014, upon consideration of the

Plaintiffs' Steering Committee's Motion to Approve Alternative Service of Process Pursuant to

Fed.R.Civ.P. 4(f)(3) , it is hereby ORDERED, ADJUDGED AND DECREED that said motion is

GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
Eldon E. Fallon
United States District Court Judge