UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion Regarding Disposal of Physical Evidence (Venture Supply, Inc. and Porter-Blaine Corporation) and for Expedited Consideration;

IT IS ORDERED BY THE COURT that expedited consideration is GRANTED and any party who objects to the "Protocol" as outlined in the Memorandum in Support of Motion Regarding Disposal of Physical Evidence (Venture Supply, Inc. and Porter-Blaine Corporation) and for Expedited Consideration, show cause in writing on or before Friday, June 27, 2014, why the Protocol as outlined by the PSC should not be utilized. These letters should be filed into the record or faxed to the Court at (504) 589-6966.

New Orleans, Louisiana, this 24th day of June, 2014.

_____
Eldon E. Fallon
United States District Court Judge