UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## MOTION FOR AUTHORITY TO FILE CLAIM

**NOW INTO COURT,** through undersigned counsel, come Patricia Mitchell, John Mitchell, IV and Jordan Mitchell, Claimant Identification No. 101658, who move this court for an Order authorizing them to file a claim into the Global, Banner, Inex Repair and Relocation Expense Settlement Program. Movers' Memorandum in support of this Motion, a Notice and a proposed Order are attached hereto.

Respectfully submitted,

**KEVIN C. SCHOENBERGER**

By: */s/ Kevin C. Schoenberger*
**KEVIN C. SCHOENBERGER (Bar No. 11813)**
Attorney for Patricia Mitchell, John Mitchell, IV
  And Jordan Mitchell
201 St. Charles Avenue
Suite 2422 - Place St. Charles
New Orleans, Louisiana 70170
Telephone: (504) 525-1143
Facsimile: (504) 587-0901
Email: kcschoenberger@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion has been filed electronically with the Clerk of Court on June 23, 2014 using the CM/ECF documenting filing system which will forward copies to all counsel of record.

/s/ Kevin C. Schoenberger
**KEVIN C. SCHOENBERGER**