UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

# MEMORANDUM IN SUPPORT OF MOTION FOR AUTHORITY TO FILE CLAIM

**MAY IT PLEASE THE COURT:**

This Memorandum is submitted on behalf of claimants, Patricia Mitchell, John Mitchell, IV and Jordan Mitchell, in support of their Motion for authority to submit a claim into the Global, Banner, Inex Repair and Relocation Expense Settlement. The deadline for filing this claim was October 25, 2013.

Patricia Mitchell owns the home bearing municipal number 4417 Colony Drive, Meraux, Louisiana. John and Jordan Mitchell are Patricia Mitchell's children. Movers have filed a claim with the MDL Settlement which claim bears Identification No. 101648. However, the drywall at issue in their claim was manufactured by Taishan Gypsum under the Crescent Drywall label. Therefore, they did not submit a claim with the Knauf Settlement.

The contractor who renovated movers' house in 2007 was Jason Bellande Construction. Bellande is not one of the participants in the Global, Banner, Inex Repair and Relocation Settlement. Therefore, movers did not submit a claim into this settlement program by October 25, 2013.

Upon information and belief, movers aver they are eligible to submit a claim, even though neither Taishan nor Bellande contributed to this settlement program.

Movers and undersigned counsel for movers have been in contact with Brown Greer, the Claims Administrator for this settlement program. Its position is that a claim cannot be submitted without a court order because the deadline has passed. Therefore, claimant hereby seeks a court order directing Brown Greer to accept the claim.

**Conclusion:**

Movers should be authorized to submit their claim under the Global, Banner, Inex Repair and Relocation Expense Settlement.

Respectfully submitted,

**LAW OFFICE OF KEVIN C. SCHOENBERGER**

By: */s/ Kevin C. Schoenberger*
**KEVIN C. SCHOENBERGER (Bar No. 11813)**
Attorney for Patricia Mitchell, John Mitchell IV
 and Jordan Mitchell
201 St. Charles Avenue
Suite 2422 - Place St. Charles
New Orleans, Louisiana 70170
Telephone: (504) 525-1143
Facsimile: (504) 587-0901
Email: kcschoenberger@gmail.com