UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

### O R D E R

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that Patricia Mitchell, John Mitchell, IV and Jordan Mitchell are authorized to submit a claim for drywall damages related to the property at 4417 Colony Drive, Meraux, Louisiana into the Global, Banner, Inex Repair and Relocation Expense Settlement Program.

New Orleans, Louisiana this _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**