UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that a hearing on the Motion for Authority to File Claim filed by Patricia Mitchell, John Mitchell, IV and Jordan Mitchell, through undersigned counsel, will be heard on Wednesday, July 23, 2014 at 9:00 a.m.

New Orleans, Louisiana, this 25th day of June, 2014.

Respectfully submitted,

**KEVIN C. SCHOENBERGER**

By:   */s/ Kevin C. Schoenberger*
**KEVIN C. SCHOENBERGER (Bar No. 11813)**
Attorney for Patricia Mitchell, John Mitchell, IV
  And Jordan Mitchell
201 St. Charles Avenue
Suite 2422 - Place St. Charles
New Orleans, Louisiana 70170
Telephone: (504) 525-1143
Facsimile: (504) 587-0901
Email: kcschoenberger@gmail.com