UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.: 2047 |
| | | SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAG. JUDGE WILKINSON |

## ORDER

THIS CAUSE having come before the Court on the Petition of Jonathan B. Andry and The Andry Law Firm, LLC, for reimbursement of assessments/expenses for common benefit, pursuant to PTO 28 [Doc. No. 17379], and considering the Court's prior granting of the Fee Committee's Motion to File All Affidavits (Initial and Second Affidavits) Received Pursuant to Pretrial Order No. 28 Under Seal [Doc. No. 17685]:

IT IS ORDERED that the Petition filed by Jonathan B. Andry and The Andry Law Firm, LLC, on June 25, 2014, is hereby granted in part and Jonathan B. Andry and The Andry Law Firm, LLC, are hereby authorized to file UNDER SEAL all affidavits and other supporting documentation required by Pretrial Order 28 within three (3) days after entry of this Order.

IT IS FURTHER ORDERED that the Court hereby reserves its consideration of the merits of the Petitioners' request for reimbursement of assessments/expenses for common benefit until after Petitioners' submission of the required affidavits and supporting documentation under seal.

SO ORDERED, on this _____ day of _____, 2014.

_____
Honorable Eldon E. Fallon, U.S. District Judge

**EXHIBIT "A"**