UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ..................................................... | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

Before the Court is a motion to submit a comprehensive list of privately represented claimants beyond the deadline set forth in PTO28. (Rec. Doc. 17771).

**IT IS ORDERED** that this motion is hereby set for submission, without oral argument, on July 17, 2014.

**IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee should submit a response to the Court on or before July 8, 2014.

New Orleans, Louisiana this 25th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE