UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a motion filed by claimants Patricia Mitchell, John Mitchell IV, and Jordan Mitchell, asking the Court to authorize them to file a claim into the Global, Banner, Inex Repair and Relocation Expense Settlement Program. (Rec. Doc. 17784).

**IT IS ORDERED** that this motion is hereby set for submission, without oral argument, on July 17, 2014.

**IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee, and any other interested party, should submit a response to the Court on or before July 8, 2014.

New Orleans, Louisiana this 25th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE