UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

AND NOW, on this __25th__ Day of __June__, 2014, upon consideration of the Plaintiffs' Steering Committee's Motion to Approve Alternative Service of Process Pursuant to Fed.R.Civ.P. 4(f)(3), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

New Orleans, Louisiana, this 25th day of __June__, 2014.

_____
Eldon E. Fallon
United States District Court Judge