## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

**Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.,  Case No. 2:11-cv-1395 (E.D.La.)**

**Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.,  Case No. 2:11-cv-1672 (E.D.La.)**

**Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.,  Case No. 2:11-cv-1673 (E.D.La.)**

## ORDER

AND NOW, on this ___25th___ Day of _____June_____, 2014, upon consideration of the Plaintiffs' Fifth Omnibus Motion for Preliminary Default Judgement, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

Plaintiffs are awarded preliminary default judgement against the defendants with whom they are aligned as follows:

1.  With respect to the proceedings in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*,  Case No. 2:11-cv-1395 (E.D.La.) (originally filed in the Eastern District of Louisiana), Plaintiffs are awarded default judgment against the defendants identified in Exhibit "A" hereto; and

2.  With respect to the proceedings in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*,  Case No. 2:11-cv-1672 (E.D.La.) (originally filed in the Southern District of Florida prior to being transferred to

this Court), Plaintiffs are awarded default judgment against the defendants
identified in Exhibit "B" hereto; and

3.     With respect to the proceedings in *Amorin, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*,  Case No. 2:11-cv-1673 (E.D.La.)
(originally filed in the Eastern District of Virginia before being transferred to this
Court), Plaintiffs are awarded default judgment against the defendants identified
in Exhibit "C" hereto.


Plaintiffs and the class they seek to represent are entitled to the entry of default and
preliminary default judgment against the Defaulting Defendants with whom they are aligned on
liability, with damages to be determined on further submission according to proof.

New Orleans, Louisiana this 25th day of June, 2014.

_____

United States District Judge