UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................ | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a motion filed by Defendant Banner Supply Company Pompano LLC ("Banner Pompano") to enforce the injunction barring claims by non-opt out plaintiffs against Banner entities and to further enjoin Plaintiff Ralph Mangiarelli, Jr. from continuing to prosecute.

**IT IS ORDERED** that this motion is hereby set for submission, without oral argument, on July 17, 2014.

**IT IS FURTHER ORDERED** that the Parties opposing this motion should submit their opposition to the Court on or before July 8, 2014.

New Orleans, Louisiana this 25th day of June, 2014.

_____
United States District Judge