# EXHIBIT L

| ***ROGERS V. KNAUF GIPS, KG, ET AL*** | | |
| --- | --- | --- |
| **10-362** | | |
| ***OMNIBUS IV(C)* COMPLAINT** | | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf GIPS KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |
| Knauf UK GMBH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |
| Knauf International GmbH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |

| *ROGERS V. KNAUF GIPS, KG, ET AL*<br>*10-362*                    |||
|---|---|---|
| *OMNIBUS IV(C)* COMPLAINT                                        |||
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Gebrueder Knauf Verwaltungsgesellschaft, KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | February 4, 2011 |