# EXHIBIT O

| BENOIT V. LAFARGE, ET AL 11-1893 OMNIBUS XI COMPLAINT |
|---|---|---|
| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
| Lafarge Boral Gypsum in Asia | No. 4199 Chen Hang Highway<br>Minhang District<br>CN-201114<br>Shanghai | 10/10/13 |
| Lafarge Onoda Gypsum in Shanghai | No. 4199 Chen Hang Highway<br>Minhang District<br>CN-201114<br>Shanghai | 10/10/13 |
| Lafarge North America Inc. | 7 St. Paul Street, Ste. 1660<br>Baltimore, MD 21202 | 10/6/11 |
| Lafarge S.A. | 61, Rue des Belles Feuilles<br>Paris 75782 France | 10/17/12 |
| Boral Limited a.k.a. Boral Ltd. | Level 39, AMP Centre<br>50 Bridge Street<br>Sydney NSW 2000 | 12/19/12 |