# EXHIBIT R

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District East of National Road 104, 25KM South Tai'an City Shandong, China 271000 | 5/10/13 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village Dawenkou Taian Shandong 271026 China | 12/27/12 |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 12/27/12 |
| Beijing New Building Materials Public Limited Company | No. A-11 Sanlihe Road Haidian District, Beijing 100037 | Refused documents on the grounds that it was not the company listed on the request. Reserving at new address: Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China 102208 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| China National Building Materials Co., Ltd. | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | Refused to accept documents because the name provided in the request is different from the addressee<br><br>Reserving at new address:<br><br>21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 |
| Beijing New Building Materials (Group) Co., Ltd. | No. A-11 Sanlihe Road<br>Haidian District, Beijing 100037 | Refused documents on the grounds that it was not the company listed on the request.<br><br>Reserving at new address:<br><br>15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 |
| China National Building Material Group | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 | Refused to accept documents because the name provided in the request is different from the addressee<br><br>Reserving at new address:<br><br>23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* *11-1672* (FLORIDA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 | 6/3/13 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 | 3/29/13 |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei<br>448000 | 4/18/03 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China<br>250100 | |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 | 4/25/13 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305 | 4/3/13 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1 Jiu Jiao Chang Road Shanghai China 200010 | |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village Dabancheng Township Dabancheng District Urumchi Xinjiang Uygur Autonomous Region 8300389 | |
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave. Scarborough, Toronto, ON Canada, M1S 3L1 | |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou Daiyue District Tai'an 271026 | 12/27/12 |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3 Lucheng, Shaanxi 047500 | 5/22/13 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 | |
| Taishan Gypsum (Chongqing) Co., Ltd. | Luhuang Industrial Park A<br>Jiangjin<br>Chongqing<br>402260 | 12/27/12 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 | 3/26/13 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>050400 | 4/8/13 |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 | 4/14/13 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 | 3/19/13 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 | 3/14/13 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 | 3/26/13 |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 | 12/27/12 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>053000 | 5/7/13 |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 | 4/23/13 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 | 5/9/13 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Qingdao Yilie International Trade Co., Ltd | Room 804<br>Building 1<br>Tianshengyuan<br>21 Donghai West Road<br>Shinan District<br>Qingdao, Shandong, China<br>266071 | 3/27/13 |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 | 12/27/12 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 | 12/27/12 |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China | 4/1/13 |
| Shandong Oriental International Trading Corp. | 17 - 21/F Shandong<br>International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 | 12/27/12 |
| Shanghai YuYuan Market Import & Export Co., Ltd. | 19 Wen Chuan Rd.<br>Changhai China | |
| Orient International Holding Shanghai Foreign Trade Co., Ltd | Suite B, No. 85, Loushan Guan Road, Shanghai, Shanghai, China | 5/3/13 |

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Qingdao Aoni Decoration Board and Materials Co., Ltd. | 68 Shimei'an Road<br>Licang Dist.<br>Qingdao<br>Shandong, China | |
| Beijing Building Materials Import & Export Co., Ltd. | Jin Yu Mansion<br>Room 2013 No. 129<br>Xuan Wu Men W Road<br>Beijing, China | |
| Taian Taigao Trading Co., Ltd. | No. 157 Dongyue Road<br>Taian, China | |
| Nantong Economic and Technological Development Zone Corporation | 9 Waihuan West Rd.<br>Chongchuan Nantong<br>Jiangsu, China | 5/17/13 |
| Qingdao Kanghong Import and Export Co., Ltd. | 22 Juxian Rd.<br>Shibei District<br>Qingdao Shandong, China | |
| Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | 11/F Jiangjiang Mansion, 111 Hushu South Road, Hangzhou, Zhejiang, China, 310005 | 4/2/13 |
| SIIC Shanghai International Trade Group Pudong Co., Ltd. | SIIC Building 30F., NO.18cao Xi Bei RD. Shanghai 200030, China, Shanghai | 4/26/13 |
| Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | No.5 West Beijing Road, Nanjing, Jiangsu, China | |
| Zibo International Economic and Technical Cooperation Corporation | 4/F No. 107 LiuQuan Rd.<br>ZhangDian District<br>Zibo, Shandong, China | 3/27/13 |

| \ | \ | \ |
|---|---|---|
| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA) | | |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Shanghai Kaidun Development Co., Ltd. | Room 313, 260 Nanxun Rd. Hongkou District, Shanghai, China | |
| Shanghai Yujin Industry Co., Ltd. | Room 1805, Lucky Mansion, 660 Shangcheng Road, Shanghai, China 200120 | 4/26/13 |
| Hangzhou Great Import and Export Co., Ltd. | Suite 1201, Torch Building #3, #259 Wen San Road, Hangzhou City, Zhejiang Province. China 310012 | 4/3/13 |
| Xuzhou Hanbang Global Trade Co., Ltd. | Room409, Yicheng Plaza, No.95 Pengcheng Road Xuzhou Jiangsu 221003 China | |
| China Xuzhou International Economic & Technological Cooperation Co., Ltd. | 4/F Yingdu Bldg. 120 Huaihai West Rd. Xuzhou, Jiangsu, China | |
| Jiangsu Easthigh Group Import & Export Co., Ltd. | 3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing 210001 | 5/7/13 |
| Qingdao Joy Industrial & Development Co., Ltd. | 50 Qutangxia Rd. Qingdao, Shandong, China | |
| Lianyungang Yuntai International Trade Co., Ltd. | NO.1-28 Tongguanshouth Road, Lianyung | |
| Beijing New Material Incubator Co., Ltd. | 16 Jiancaicheng West Rd. Xisanqi, Haidian District Beijing, China or 11 Chuangye Middle Road, Shangdi Information Industry Base, Haidian District Beijing, China 100096 | |

| ***AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL* 11-1672 (FLORIDA)** |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| CNBMI Co., Ltd. | 14/F International Trade Building, NO. 3002, Renmin South Road, Luohu District, Shenzhen, China<br><br>518014 | 8/15/13 |