# AMENDED EXHIBIT C

*AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1673 (E.D.LA)

DEFENDANTS IN DEFAULT

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District East of National Road 104, 25KM South Tai'an City Shandong, China 271000 | 8/6/13 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village Dawenkou Taian Shandong 271026 China | 3/29/13 |
| Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | Gangcheng Street East No. 69 Haigang District Qinhuangdao 066000 | 7/16/13 |
| Beijing New Building Materials Public Limited Company | No. A-11 Sanlihe Road Haidian District, Beijing 100037<br><br>new address:<br><br>Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan, Changping District, Beijing, China 102208 | 6/18/13 |
| China National Building Materials Co., Ltd. | 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037<br><br>new address:<br><br>21/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 | 6/18/13 |

*AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1673 (E.D.LA)

**DEFENDANTS IN DEFAULT**

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| China National Building Material Group | 17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037<br><br>new address:<br><br>23/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing 100036 | 6/18/13 |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 | 6/3/13 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 | 5/30/13 |
| Hubei Taishan Building Material Co., Ltd. | Jingmen High and New Technology Industrial Park,<br>Hubei<br>448000 | 5/28/13 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305 | 6/5/13 |

| *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1673 (E.D.LA) |||
|---|---|---|
| **DEFENDANTS IN DEFAULT** |||
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271026 | 3/29/13 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 | 7/9/13 |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>221200 | 6/5/13 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 | 5/22/13 |
| Yunan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 | 7/17/13 |
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 | 9/26/13 |

### *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1673 (E.D.LA)

#### DEFENDANTS IN DEFAULT

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 | 3/29/13 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 | 6/13/13 |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 | 5/29/13 |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China | 5/24/13 |
| Shandong Oriental International Trading Corp. | 17 - 21/F Shandong International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 | 6/4/13 |
| Zibo International Economic and Technical Cooperation Corporation | 4/F No. 107 LiuQuan Rd.<br>ZhangDian District<br>Zibo, Shandong, China | 6/3/13 |
| Shanghai Yujin Industry Co., Ltd. | Room 1805, Lucky Mansion, 660 Shangcheng Road, Shanghai, China 200120 | 5/27/13 |
| Xuzhou Hanbang Global Trade Co., Ltd. | Room409, Yicheng Plaza, No.95 Pengcheng Road Xuzhou Jiangsu 221003 China | 6/5/13 |

### *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1673 (E.D.LA)

#### DEFENDANTS IN DEFAULT

| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
|---|---|---|
| China Xuzhou International Economic & Technological Cooperation Co., Ltd. | 4/F Yingdu Bldg.<br>120 Huaihai West Rd.<br>Xuzhou, Jiangsu, China | 6/5/13 |
| Jiangsu Easthigh Group Import & Export Co., Ltd. | 3/F, Jiangsu International Economic Trade Building, No. 50, Zhonghua Road, Nanjing<br>210001 | 5/7/13 |
| BNBM of America Inc. | PPB:<br>4900 W. Rio Vista Avenue<br>Tampa, FL 33634<br><br>Service Address:<br><br>Donald H. Wilson, Jr.<br>245 South Central Ave.<br>Bartow, FL 33830 | 9/27/12 |
| BNBM USA | 245 South Central Ave.<br>Bartow, FL 33830 | 10/22/12 |
| United Suntech Craft, Inc. | 7813 NW 67th Street<br>Miami, FL 33166-2703 | 10/2/12 |
| CNBMI Co., Ltd. | 14/F International Trade Building, NO. 3002, Renmin South Road, Luohu District, Shenzhen, China<br>518014 | 7/18/13 |