# AMENDED EXHIBIT A

| *AMORIN, ET AL. V. TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG TAIHE DONGXIN CO., LTD., ET AL.*, CASE NO.: 2:11-CV-1395 (E.D.LA.) DEFENDANTS IN DEFAULT | | |
|---|---|---|
| DEFENDANT | ADDRESS FOR SERVICE | SERVICE WAS MADE |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 | 9/26/13 |
| BNBM of America Inc. | PPB:<br>4900 W. Rio Vista Avenue<br>Tampa, FL 33634<br><br>Service Address:<br><br>Donald H. Wilson, Jr.<br>245 South Central Ave.<br>Bartow, FL 33830 | 11/1/11<br><br>12/18/12 (Omni XVI) |
| BNBM USA | 245 South Central Ave.<br>Bartow, FL 33830 | 12/18/12<br><br>12/18/12 (Omni XVI) |
| United Suntech Craft, Inc. | 7813 NW 67th Street<br>Miami, FL 33166-2703 | 12/20/12<br><br>12/20/12 |
| CNBM USA Corp | 17800 Castleton Street,<br>Ste. 558<br>City of Industry, CA 91748 | 12/17/12 (Omni XVI) |