OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: July 1, 2014

Amorin, et al
vs.
Taishan Gypsum Co., Ltd., et al
Case No.   11-1395  Section  L
MDL No. 09-2047 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other : Omnibus Complaint IX; Amended Omnibus Complaint IX & Second Amended Omnibus Complaint IX) to the following:

1. (name) Taian Taishan Plasterboard Co., Ltd.
(address) c/o Joe Cyr, Esquire, HOGAN LOVELLS US LLP, 875 Third Avenue, New York, NY 10022
2. (name) Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
(address) c/o Joe Cyr, Esquire, HOGAN LOVELLS US LLP, 875 Third Avenue, New York, NY 10022
3. (name) _____
(address) _____
4. (name) _____
(address) _____

Very truly yours,

"Signature"
Attorney for Plaintiffs

Levin, Fishbein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106