AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Richard and Constance Almeroth, et al <br><br> *Plaintiff* <br><br> v. <br><br> Taishan Gypsum Co, Ltd, et al <br><br> *Defendant* | Civil Action No. 12-0498 Section L <br><br> MDL 09-2047 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taian Taishan Plasterboard Co., Ltd.
c/o Joe Cyr, Esquire
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Richard and Constance Almeroth, et al <br><br> *Plaintiff* <br> v. <br> Taishan Gypsum Co, Ltd, et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 12-0498 Section L <br> ) <br> ) MDL 09-2047 ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
c/o Joe Cyr, Esquire
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                *Signature of Clerk or Deputy Clerk*