UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Case No. 2:09-cv-6687 (E.D.La.) | |

**O R D E R**

Before the Court is Plaintiffs' Steering Committee's Motion Regarding Disposal of Physical Evidence (Venture Supply, Inc. and Porter-Blaine Corporation) and for Expedited Consideration (Rec. Doc. 17779). The Court previously issued an order directing parties to submit a letter to the Court by June 27, 2014, if they objected to the Plaintiffs' Steering Committee's protocol. The Court received no responses. Accordingly,

**IT IS ORDERED** that the Motion Regarding the Disposal of Physical Evidence (Rec. doc. 17779) is **GRANTED** and the protocol proposed by the Plaintiffs' Steering Committee is approved.

New Orleans, Louisiana, this 1st day of July, 2014.

_____
Eldon E. Fallon
United States District Court Judge