**MINUTE ENTRY**
**FALLON, J.**
**JULY 3, 2014**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | **MDL NO. 2047** |
| **IN RE: CHINESE-MANUFACTURED DRY WALL** | : |  |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO ALL CASES**

It has come to the Court's attention that a typographical error in a previous minute entry, which has since been fixed, has caused some confusion. Out of an abundance of caution, the Court emphasizes that the July monthly status conference will take place on July 17, 2014 at 9:00 a.m. As always, the call-in information for this conference can be found on the Court's website.

1

JS10(00:01)