UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Lori Fitzjarrald. **IT IS ORDERED** that this correspondence be filed into the record. The Court sympathizes with Ms. Fizjarrald and her situation. At this time, the case before this Court only pertains to Chinese-manufactured drywall.

The Court urges Ms. Fitzjarrald to contact her attorney about these issues.

New Orleans, Louisiana, this 7th day of July, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:

Lori Fitzjarrald
1491 NE Forrest Ave
Arcadia, FL 34266