6/23/2014

To: The Honorable Judge Eldon E. Fallon
    500 Poydras St. Room C-456
    New Orleans, Louisiana 70130

Dear Honorable Judge Fallon,

I'm writing in regard to the June 17, 2014 Monthly Status Conference where Mr. Charles Hummer spoke about problems with American Drywall. We are one of the families affected by problem American Drywall. Our case is in the Circuit Court of the Twelfth Judicial Circuit in and for DeSoto County, Florida, Case Number: 2013-CA-0004, Lori Fitzjarrald and Max Fitzjarrald v. Jewel Contracting, Inc and Roger Dale Penner.

Our home was constructed from 10/08 to 2/09, we moved in 3/1/09. In Sept. 2009 our A/C failed and we had noticed a sour metallic odor. We had checked the drywall at the time of construction and all sheets had USG edge tape. We moved out Nov. 1, 2009, leaving all of our belongings. We had been having headaches, breathing problems and fatigue that cleared up when we left the home. We were told by the AC contractor that it was from our well water, but we had lived on the property with the same well for 5 years prior in our old home. An inspection on 11/17/09 revealed corrosion and two other inspections in 2010 confirmed probable problem drywall. Testing performed in Feb. 2014 confirmed off gassing of carbon disulfide.

Our attorney Paul Bennet Seusy provided a copy of test results to USG attorney Jeffery S. Elkins, as USG had been added as a third party defendant by our contractor. Mr. Elkins called Mr. Seusy and told him that the results "were within limits", I'm enclosing a copy of test results. USG scheduled an inspection of our home on May 15, 2014 at which time I asked Mr. Elkins how he could state that the off gassing was "within limits". He proceeded to explain to me that they would bring in expert witnesses with excellent credentials to convince a jury that there was no problem with their drywall.

Your Honor, we are living on a very low fixed income from my husbands SS Disability, there is no way that we can fight a large corporation.

I'm aware that Mr. Hummer addressed the issue of USG drywall boards with the barcode 8109900035 5 and the old ASTM Standard C36. Some of these boards were found in our home and we wonder why boards with such an old date were used in the construction of a home built in '08/'09.

I'm telling you our story so that you are aware that there are families who are suffering from problem American drywall. Thank you for your time and consideration.

Sincerely,
Lori Fitzjarrald
1491 NE Forrest Ave
Arcadia, FL 34266
941-586-1705

Enclosures: ALS Test Results, Order to file third party complaint

## ALS ENVIRONMENTAL

RESULTS OF ANALYSIS
Page 1 of 1

**Client:** Max & Lori Fitzjarrald
**Client Sample ID:** B-1
**Client Project ID:** Drywall Investigation

**ALS Project ID:** P1400638
**ALS Sample ID:** P1400638-001

**Test Code:** CAS AQL 104
**Instrument ID:** Agilent 6890A/GC13/SCD
**Analyst:** Mike Conejo
**Sample Type:** Wallboard
**Test Notes:**

**Date Received:** 2/18/14
**Date Analyzed:** 2/28/14
**Sample Amount:** 15.08 Gram(s)
**Chamber Volume:** 0.30 Liter(s)

Dilution Factor: 1.00

| CAS # | Compound | Result µg/Kg | LOQ µg/Kg | Data Qualifier |
|---|---|---|---|---|
| 7783-06-4 | Hydrogen Sulfide | ND | 0.28 | |
| 463-58-1 | Carbonyl Sulfide | ND | 0.49 | |
| 75-15-0 | Carbon Disulfide | 0.61 | 0.31 | |

ND = Compound was analyzed for, but not detected above the limit of quantitation.
LOQ = Limit of Quantitation.

Verified By:_____ Date:_____

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT IN AND FOR DESOTO COUNTY, FLORIDA

LORI FITZJARRALD and MAX FITZJARRALD,

CASE NUMBER: 2013-CA-0004

Plaintiffs,

v.

JEWEL CONTRACTING, INC., and ROGER DALE PENNER,

Defendants.
_____/

## ORDER ON DEFENDANT JEWEL CONTRACTING SERVICES, INC.'S MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

THIS CAUSE having come before the Court on Defendant, JEWEL CONTRACTING, INC.'s, Motion for Leave to File Third Party Complaint, and the Court having reviewed the record and being otherwise advised in the premises, hereby

ORDERED AND ADJUDGED:

1. Defendant, Jewel Contracting, Inc.'s Motion for Leave to File Third Party Complaint is GRANTED.
2. Defendant Jewel Contracting, Inc.'s Third Party Complaint, attached as Exhibit A to Defendant's Motion for Leave, is deemed filed as of the date of this Order.
3. This case is hereby removed from the March 17, 2014 trial docket.
4. Arbitration is hereby postponed until the case is at issue.

DONE AND ORDERED in Chambers, in Arcadia, County, Florida, this _10_ day of ___Dec___, 2013.

/s/ Don T. Hall
_____
DON T. HALL
CIRCUIT COURT JUDGE

Copies Furnished To:
Derek J. Angell
Paul Bennett Seusy

