# EXHIBIT A

## Marion Hutson

**From:** Fred Longer
**Sent:** Thursday, June 26, 2014 5:48 PM
**To:** Marion Hutson
**Subject:** FW: CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel
**Attachments:** 183703609_1 (2).doc

Exhibit

**From:** BASSH@gtlaw.com [mailto:BASSH@gtlaw.com]
**Sent:** Thursday, February 20, 2014 3:58 PM
**To:** LDAVIS@hhklawfirm.com; LFLEMMING@hhklawfirm.com; dwimberly@stonepigman.com
**Cc:** RHERMAN@hhklawfirm.com; Arnold Levin; Fred Longer; krobinson@hhklawfirm.com; dwimberly@stonepigman.com
**Subject:** RE: CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel

**Arnie and Lenny –**

**Given our last discussion on his topic, and Judge Fallon's comments during this morning's pre-status conference meeting, will you please take another look at the draft order we previously sent you and let us know in advance of our telephone conference with Judge Fallon on Monday morning if there are any changes to it that would make it more palatable to you? As you know, the Judge encouraged us to try to work it out before we speak with him. We believe that this Order benefits everyone since will flush out anyone out there who may later claim that they should have been able to file a request for common benefit funds, while at the same time making it clear that the Court thinks there will be very few applicants who will meet the standard for entitlement. Additionally, we would be amenable to being more specific as to the type of information that the Court would expect to see included in such an application. If you would like, we would be happy to set another call with you to discuss this issue either tomorrow or Monday morning before the call with Judge Fallon. Please let me know.**

**Thanks,**

**Hilarie**

**Hilarie Bass
Co-President
333 Avenue of the Americas
Miami, Florida 33131
Phone: 305-579-0745
Fax: 305-579-0641
email: bassh@gtlaw.com**

GT GreenbergTraurig

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* ·
LOS ANGELES · MEXICO CITY+ · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX ·
SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TEL AVIV^ · TYSONS CORNER · WARSAW- · WASHINGTON, D.C. ·
WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP  +OPERATES AS GREENBERG TRAURIG, S.C.  ^A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA  -OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Monday, February 17, 2014 2:50 PM
**To:** Bass, Hilarie (Co-President); Lillian Flemming; Wimberly, Dorothy (Stone Pigman Walther Wittmann L.L.C. - New Orleans, LA)
**Cc:** Russ Herman; alevin@lfsblaw.com; FLonger@lfsblaw.com; Kate Robinson
**Subject:** RE: CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel

5pm ET tomorrow will work or if you want we can meet face to face or by phone before the status conference at 8am Thursday. Let us know and set up a call if needed please


Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT


**From:** BASSH@gtlaw.com [mailto:BASSH@gtlaw.com]
**Sent:** Monday, February 17, 2014 1:35 PM
**To:** Lillian Flemming; dwimberly@stonepigman.com
**Cc:** Russ Herman; alevin@lfsblaw.com; FLonger@lfsblaw.com; Lenny Davis; Kate Robinson
**Subject:** RE: CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel

**Thank you. Would you or your group be available for a call to discuss these competing Orders – at either 3 or 5pm est. tomorrow? Thanks.**


**Hilarie Bass
Co-President
333 Avenue of the Americas
Miami, Florida 33131
Phone: 305-579-0745
Fax: 305-579-0641
email: bassh@gtlaw.com**

# GT GreenbergTraurig

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* ·
LOS ANGELES · MEXICO CITY+ · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX ·
SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TEL AVIV^ · TYSONS CORNER · WARSAW- · WASHINGTON, D.C. ·
WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP  +OPERATES AS GREENBERG TRAURIG, S.C.  ^A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA  -OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

**From:** Lillian Flemming [mailto:LFLEMMING@hhklawfirm.com]
**Sent:** Monday, February 17, 2014 2:30 PM
**To:** Bass, Hilarie (Co-President); Wimberly, Dorothy (Stone Pigman Walther Wittmann L.L.C. - New Orleans, LA)
**Cc:** Russ Herman; Arnold Levin; Fred Longer (FLonger@lfsblaw.com); Lenny Davis; Kate Robinson
**Subject:** CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel

From: Leonard A. Davis

We had an opportunity to review your email of February 12, 2014 with the proposed Order Regarding Application Seeking Common Benefit Fees by Counsel for Parties Other than Plaintiff Homeowners. We have a number of issues with the proposed Order and have prepared the attached draft Order Regarding Applicants Seeking Common Benefit Fees and Reimbursement of Costs by Counsel Other Than Applicants of Plaintiffs Counsel. We are happy to discuss the proposed Order with you at your convenience.


Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Adam H. Weintraub
***Herman, Herman & Katz, L.L.C.***
***Herman Gerel, LLP***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024 (fax)
Email: lflemming@hhklawfirm.com
www.hhklawfirm.com

PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.

## CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.


```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |

## ORDER REGARDING APPLICATIONS SEEKING COMMON BENEFIT FEES BY COUNSEL FOR PARTIES OTHER THAN PLAINTIFF HOMEOWNERS

The Court previously entered Pre-Trial Orders 9, 9A, 28 and 28A to address fee record submissions and common benefit fee applications of counsel representing plaintiff homeowners in lawsuits involving allegedly defective Chinese-manufactured drywall ("Chinese Drywall") in both state and federal court lawsuits throughout the United States. Separate and apart from these Pre-Trial Orders, the Court has previously expressed a willingness to consider common benefit fee applications by counsel for parties other than homeowners (*e.g.*, counsel for certain repairing homebuilders) who were actively involved in litigating these cases as plaintiffs and performing work that provided substantial benefit to more than that counsel's particular client or clients. Having closely monitored these proceedings since this MDL was established in June 2009, the Court's view is that there are very few who potentially would fall into this unique category of counsel.

The Court understands that there may be opposition by the Plaintiffs' Steering Committee and others to any such common benefit applications. As a result, and recognizing the significant amount of time and expense on the part of the attorneys and

accountants involved in the submission and review voluminous time records, the Court hereby establishes the following bifurcated process for counsel for any party other than a plaintiff homeowner seeking to recover common benefit fees out of one or more of the Chinese Drywall settlements in this MDL. The first phase of this process shall address the question of entitlement to common benefit fees. In the event the Court determines that one or more counsel for parties other than plaintiff homeowners might be entitled to common benefit fees, the Court will at that time enter an order addressing the submission of time and expense records or other appropriate documentation as may be agreed to by the applicable parties and/or approved by the Court.

Accordingly, counsel for any party other than a plaintiff homeowner who intends to submit an application for common benefit fees shall file a motion and accompanying memorandum of law describing, with particularity, the specific basis for that party's entitlement to common benefit fees, by no later than thirty (30) days from the date of this Order. Opposing memoranda of law shall be filed no later than sixty (60) days from the date of this Order. And, reply memoranda shall be filed by no later than seventy-five (75) days from the date of this Order.

DONE AND ORDERED in Chambers at New Orleans, Louisiana this ___ day of February, 2014.

_____
United States District Judge