# EXHIBIT B

Marion Hutson

| | |
|---|---|
| **From:** | Fred Longer |
| **Sent:** | Thursday, June 26, 2014 5:48 PM |
| **To:** | Marion Hutson |
| **Subject:** | FW: CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel |
| **Attachments:** | Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel 2014-2-17.doc |

Exhibit

**From:** Lillian Flemming [mailto:LFLEMMING@hhklawfirm.com]
**Sent:** Monday, February 17, 2014 2:30 PM
**To:** Hilarie Bass (bassh@gtlaw.com); Wimberly, Dorothy H. (DWimberly@stonepigman.com)
**Cc:** Russ Herman; Arnold Levin; Fred Longer; Lenny Davis; Kate Robinson
**Subject:** CDW re draft Order Regarding Applicants Seeking Common Benefit Fee and Reimbursement of Costs Other Than Applicants of Plaintiffs Counsel

From: Leonard A. Davis

We had an opportunity to review your email of February 12, 2014 with the proposed Order Regarding Application Seeking Common Benefit Fees by Counsel for Parties Other than Plaintiff Homeowners. We have a number of issues with the proposed Order and have prepared the attached draft Order Regarding Applicants Seeking Common Benefit Fees and Reimbursement of Costs by Counsel Other Than Applicants of Plaintiffs Counsel. We are happy to discuss the proposed Order with you at your convenience.


Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Adam H. Weintraub
*Herman, Herman & Katz, L.L.C.*
*Herman Gerel, LLP*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
(504) 581-4892
(504) 561-6024 (fax)
Email: lflemming@hhklawfirm.com
www.hhklawfirm.com

**PLEASE NOTE THAT MY E-MAIL ADDRESS HAS CHANGED. PLEASE UPDATE YOUR CONTACT INFORMATION ACCORDINGLY.**

## CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended

1

solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |

## ORDER REGARDING APPLICANTS SEEKING COMMON BENEFIT FEES AND REIMBURSEMENT OF COSTS BY COUNSEL OTHER THAN APPLICANTS OF PLAINTIFFS' COUNSEL

The Court issued Pre-Trial Order No. 9 on July 28, 2009 [Rec. Doc. 147] and Pre-Trial Order No. 9A on March 16, 2012 [Rec. Doc. 12961]. Most recently, on January 20, 2014, this Court issued Pre-Trial Order No. 28 [Rec. Doc. 17379] and Pre-Trial Order No. 28A [Rec. Doc. 17402] on January 27, 2014. Pre-Trial Order No. 9 established standards and procedures "to be utilized by <u>any</u> counsel seeking fees and/or expense reimbursement." (emphasis added). The Court has been advised that certain counsel for parties other than homeowners (e.g. counsel for certain repairing homebuilders) who claim to have been actively involved in litigating these cases as plaintiffs and performing work that allegedly provided substantial benefit to more than that counsel's particular client or clients, have indicated a desire to file for common benefit fees from the class action settlements referred to in Pre-Trial Order No. 28 as the InEx Settlement, the Banner Settlement, the L&W Settlement, the Knauf Settlement, the Global Settlement, the Nationwide Settlement, the Porter Blaine Settlement, the Builders Mutual Settlement, and the Tobin Trading Settlement.

For the Court to ascertain whether certain counsel for parties other than homeowners may, at this late time, file fee and/or expense reimbursement applications after having failed to comply with Pre-Trial Orders 9 and 9A, the Court hereby establishes the following:

IT IS HEREBY ORDERED that certain counsel for parties other than homeowners (e.g. counsel for certain repairing homebuilders) who claim to have been actively involved in litigating these cases as plaintiffs and performing work that allegedly provided substantial benefit to more than that counsel's particular client or clients, in order to ascertain whether or not they have a potential entitlement to common benefit fees, each counsel must:

1. File by _____, a motion with the Court detailing in full their basis for the claim.

2. Immediately comply in full with Pre-Trial Order Nos. 9 and 9A.

3. By the time of the filing of their motion in No. 1 above, comply with Pre-Trial Order Nos. 28 and 28A in every respect.

4. Provide to Plaintiffs' Liaison Counsel (a) all time records of such counsel for the entirety of any Chinese Drywall litigation in order to disclose and enable the ascertainment of potential conflicts; (b) all retainer agreements with their clients and/or their insurance carriers; (c) all statements, billings or invoices of fees and costs pertaining to such representations; and (d) documentation or indicia of all payments relative to any statements, billings or invoices.

5. Timely pay for any invoices issued by Mr. Garrett for his time and expenses incurred in reviewing and processing the counsel for parties other than

homeowners' time and expense reimbursement.

To the extent that any counsel making application pursuant to this Order claims that the disclosure of any information required by this Order would contain confidential or privileged information, such matter shall be submitted to the Court prior to disclosing to Plaintiffs' Liaison Counsel so that the Court can establish a procedure to address such claims.

New Orleans, Louisiana, this ___ day of February, 2014.

                                                                                                             _____
                                                                                                             Eldon E. Fallon
                                                                                                             United States District Judge