**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**O R D E R**

AND NOW, on this _____ Day of _____, 2014, upon consideration of the Plaintiffs' Steering Committee's Motion for Additional Common Benefit Assessments, Filed Pursuant to Pretrial Order No. 28 , it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  The Court hereby determines that the following Chinese drywall claims shall be subject to a common benefit assessment:

1) those cases identified in the Amended Global Settlement, Sections 4.2.2 & 16.6 (*i.e.*, Castle Rock Communities, LP, Coastal Construction Group of South Florida, Inc., Devon International Industries, Inc., Gulf Coast Shelter, Inc. and Shelter Products, Inc., RCR Holdings II, LLC, and Shoma Homes Splendido, Inc.);

2) those cases where agreements have been reached between the handling attorneys and the PSC with regard to common benefit fees, *e.g.*, Villa Lago class settlement Letter Agreement, Exhibit 5 to the 2014 Herman-Levin Decl. to Global Fee Petition [Rec. Doc. #17700-7], or where claims have been assigned to the PSC, *e.g.*, Shoma Homes Splendido, Inc. [Rec. Doc. #15695-6];

3) those claims described in the Major Homebuilders Settlement Agreement [Rec. Doc. #10227-6];

4) those voluntary settlements made pursuant to this Court's April 13, 2011 Order [Rec. Doc. #8545] as of May 20, 2014, and described in Exhibit 20 to the 2014 Herman-Levin Decl. to Global Fee Petition [Rec. Doc. #17700-23, filed under seal]; and

     5)       those remaining extant claims of other third parties benefitting from the services and efforts of the PSC, including the Louisiana Attorney General.

This ruling is intended merely to establish the PSC's entitlement to an assessment.  At an appropriate time hereafter, the Court will determine the quantum of the common benefit assessment.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge