UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| This document relates to all cases | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## PRETRIAL ORDER 28(D)

On January 10, 2014, this Court entered Pretrial Order 28 regarding attorney fee and cost reimbursement guidelines and appointed a Fee Committee to assist the Court (Doc. No. 17379). On January 27, 2014, this Court entered Pretrial Order 28(A) clarifying that the time and expense records to be considered pursuant to PTO 28 shall reflect work performed up to and including December 31, 2013 (Doc. No. 17402). On March 26, 2014, this Court entered Pretrial Order No. 28(B) extending some of the deadlines set forth in PTO 28. On April 29, 2014, this Court entered Pretrial Order No. 28(c) further extending some of the deadlines set forth in PTO 28.

This Order hereby appoints Leonard A. Davis of Herman Herman & Katz, LLC as the Assistant Secretary to the Fee Committee.

New Orleans, Louisiana, this 9 day of July, 2014

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE