UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047  SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON |
| Payton, et. al. v. Knauf Gips, KG, et. al., Case No. 2:09-cv-07628 | : : | MAG. JUDGE WILKINSON |

## ORDER

Before the Court is a Motion to Compel the Knauf Defendants to Pay Jason Santiago's Self-Remediation Claim in Full Per Settlement Agreement (Rec. Doc. 17714). The Court heard and considered all of the relevant facts. For the reasons discussed more fully in Court, and pursuant to this Court's minute entry on June 17, 2014, (Rec. Doc. 17766),

**IT IS ORDERED** that Claimant's award under the Settlement Agreement is to be reduced from $125,690.42 to $113,062.57, a reduction of $12,627.85. Knauf shall pay Claimant the already approved and not in dispute $87,806.86 due to the Claimant. The remaining $25,255.70 in dispute shall be paid to Claimant and shall be borne by both Knauf and Brown Greer in equal measure ($12,627.85 each). Claimant's net award is $113,062,57, to be paid to his contractor under the milestone procedures detailed in the Settlement Agreement.

New Orleans, Louisiana this 9th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE