UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## MOTION FOR AUTHORITY TO FILE CLAIM

NOW INTO COURT, Pro Se, come Peter S. Thriffiley and Jeannette N. Thriffiley, who move this court for an Order authorizing them to file a claim into the Knauf Class Settlement Program.  Movers' Memorandum in support of this Motion, a Notice and a proposed Order are attached hereto.

Respectfully submitted PRO SE,


/s/ Peter S. Thriffiley
PETER S. THRIFFILEY

/s/ Jeanette N. Thriffiley
JEANNETTE N. THRIFFILEY
6343 General Haig Street
New Orleans, La.  70124
(504) 488-8204
(504) 482-0202 – Daytime
jthriffnola@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047

PRODUCTS LIABILITY LITIGATION                SECTION "L"

                                             JUDGE FALLON

                                             MAG. WILKINSON

<u>**MEMORANDUM IN SUPPORT OF MOTION**</u>

<u>**FOR AUTHORITY TO FILE CLAIM**</u>

**MAY IT PLEASE THE COURT:**

  This Memorandum in submitted on behalf of claimants, Peter S. Thriffiley and Jeannette N. Thriffiley, in support of their Motion for Authority to submit a Claim into the Knauf Chinese Drywall Settlement. The deadline for submitting the Registration Form to the Claims Administrator was June 24, 2013 and the deadline for submitting the Claim Form was October 25, 2013.

  Peter S. Thriffiley and Jeannette N. Thriffiley have owned the home bearing municipal number 6343 General Haig Street, New Orleans, La. 70124 since March 17, 2006. The Movers mailed the attached Registration Form to the Chinese Drywall Settlement Administrator, P.O. Box 25401, Richmond, Virginia 23260, dated May 16, 2014 via certified mail, a copy of which is attached hereto and made a part hereof, which was received on May 20, 2014. The Knauf-Tianjin Drywall at issue in their claim was not discovered until May, 2014.

  The Movers used various subcontractors in 2006 when they renovated their home at 6343 General Haig Street, New Orleans, Louisiana, including the installation of the drywall.

  The Movers had no knowledge of the Chinese Drywall nor did they have any obvious symptoms or problems associated with Chinese Drywall until their Air Conditioning Repair Technician advised them on or about May 5, 2014 that they should check for the existence of Chinese Drywall.

The Movers immediately contacted Healthy Homes Solution, LLC which inspected the premises at 6343 General Haig Street, New Orleans, Louisiana, on May 8, 2014 and confirmed the existence of Knauf-Tianjin Drywall and identifed damages consistent with Corrosive Drywall (CDW), as shown by the attached report.

The Movers then mailed the completed Registration Form, together with a property record of 6343 General Haig Street, New Orleans, Louisiana, to the Chinese Drywall Settlement Administrator, P.O. Box 25401, Richmond, Virginia 23260, dated May 16, 2014, which was received on May 20, 2014, a copy of which is attached hereto and made a part hereof.

Upon Information and belief, Movers aver that they should be eligible to submit a claim, as they just discovered the existence of the Chinese Drywall.

Movers hereby seek a Court Order directing Brown Greer to accept their Registration Form and allow them to file their Claim.

**Conclusion**

Movers should be authorized to submit their Registration and then their Claim under the Knauf Class Settlement Program.

Respectfully submitted PRO SE,

/s/ Peter S. Thriffiley
PETER S. THRIFFILEY

/s/ Jeannette N. Thriffiley
JEANNETTE N. THRIFFILEY
6343 General Haig Street
New Orleans, La.  70124
(504) 488-8204
(504) 482-0202 – Daytime
jthriffnola@gmail.com