# Property Screening Report

### *6343 General Haig, New Orleans, LA 70124*

Screening Date:
May 8, 2014

Prepared for:
Peter and Jeannette Thriffiley

HHS Inspector(s):
Shawn Macomber





# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

May 9, 2014

Jeanette & Peter Thriffiley
6343 General Haig
New Orleans, LA 70124

RE:   Chinese Drywall Screening Report for: 6343 General Haig St. New Orleans, LA 70124

Mr. and Mrs. Thriffiley:

At your request, an inspection of the above property was performed on May 8, 2014. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

At approximately 2359 sf total with 9-10 foot ceilings, we estimate that there is approximately 9353 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC
For Healthy Home Solutions, LLC

Enclosures



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
 REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

### Step 1: Threshold Inspection

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

### Step 2: Corroborating Evidence

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

4



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit-Indicia



Figure 3: KNAUF TIANJIN in capital letters indicates this is corrosive drywall.



Figure 4: KNAUF letters made of dot matrix are consistent with known CDW.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 7: AC coil servicing upstairs showed moderate to heavy blackening.**



**Figure 8: AC coil servicing downstairs showed heavy blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 9: Copper at refrigerator showed moderate to heavy blackening.**



**Figure 10: Copper plumbing supply line at toilet showed heavy blackening.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



**Figure 11: Outlet showing heavy blackening of exposed copper.**



**Figure 12: Switch showing heavy blackening of exposed copper**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Damages



Figure 13: Copper at thermostat showed heavy blackening.



Figure 14: Copper water supply at kitchen sink showed heavy blackening.

Healthy Home Solutions, LLC
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

9



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Damages



**Figure 15:  XRF used to measure Sulfur deposition on blackened copper plumbing.**



**Figure 16: Sulfur measured at 897.88 micrograms/cm^3**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 17: Kitchen overview.



Figure 18: Kitchen sink with large continuos piece of granite.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789  •**
healthyhomesolutionsllc@gmail.com

11



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 19: Wine cooler.**



**Figure 20: Model and serial number for wine cooler.**



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



**Figure 21:  Refrigerator.**



**Figure 22: Model and serial number for refrigerator.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 23:  Dishwasher.**



**Figure 24: Model and serial number for dishwasher.**

**Healthy Home Solutions, LLC**
• **Phone:  (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

14



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



**Figure 25:  Range.**



**Figure 26: Microwave**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

15



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 27: Washers and dryer.**



**Figure 28: Bathroom fixtures showed pitting.**

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

16



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



**Figure 29: Staircase to second floor**



**Figure 30:  Wire shelving in closets.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

17



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 31: Wall paper in Butler's pantry.**



**Figure 32:  Wallpaper in 1st floor bathroom.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

18



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 33:  Crown Molding.**



**Figure 34: Door and window casing.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 35:  Baseboard.



Figure 36: Fireplace.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Renovator/Builder:** Self
**Drywall Supplier:** Interior Exterior
**Year built:** N/A **Renovated:** 2006
**Square Footage:** 2359   **Ceiling Height:** 10' and 9' with some tray ceilings
**Framing Material:** wood
**Number of HVAC units:** 2
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)
Home was renovated after flooding during hurricane Katrina. Homeowner does not recall doing any drywall work on the 2nd floor.

### Reason for Screening
AC Contractor doing maintenance found evidence of CDW and suggested a drywall inspection.

### Known issues include, but are not limited to:
Blackened copper in multiple locations. Pitting at silver (chrome) fixtures.

### A/C age and repair history:
Air conditioning coil repaired by contractor to fix coolant leak.

### Primary complaints related to the home include, but are not limited to:
Microwave oven has been replaced twice. Fixtures in bathroom and kitchen were replaced due to visible pitting. Oven was repaired. Switch controlling outdoor light no longer functions.

### Primary complaints related to personal property within the home include, but are not limited to:
Television replaced after failing.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Inspector's Observations:

### Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

> *Inspector did detect an odor consistent with CDW at arrival and during the inspection on first floor.*

### Visual observations of the effects typical in homes with reactive "Chinese" drywall:

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

> - *HVAC coils servicing downstairs showed heavy blackening.*
> - *Upstairs unit showed moderate to heavy blackening.*
> - *Moderately blackened coolant line at HVAC in attic nearest to air handling units.*
> - *Exposed copper wiring at outlets/switches showed light to heavy blackening with the heaviest blackening concentrated on the 1st floor.*
> - *Plumbing fixtures showed evidence of moderate pitting.*
> - *Copper plumbing supply lines showed light to heavy blackening with heaviest blackening on 1st floor.*



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on walls and ceiling from HVAC plenum.*

## X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/ or additional indicators of reactive drywall when readings are high.

- *XRF readings read between ND to 1200ppm.*
- *Higher readings were concentrated on 1st floor.*



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

*No corrosion testing was performed at this location.*

### Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

- *A direct read was taken from moderately blackened AC return line in main living area measuring 897.88 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.
- 

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.