UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047

PRODUCTS LIABILITY LITIGATION                SECTION "L"

                                             JUDGE FALLON

                                             MAG. WILKINSON

## **NOTICE OF SUBMISSION**

Please take notice that mover, Peter S. Thriffiley and Jeannette N. Thriffiley's Motion for

Authority to File Claim will be heard by the Honorable Judge Fallon on July 17, 2014, at

9:00 a.m.

Respectfully submitted PRO SE,


/s/ Peter S. Thriffiley
PETER S. THRIFFILEY

/s/ Jeanette N. Thriffiley
JEANNETTE N. THRIFFILEY
6343 General Haig Street
New Orleans, La.  70124
(504) 488-8204
(504) 482-0202 – Daytime
jthriffnola@gmail.com