UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA


IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047

PRODUCTS LIABILITY LITIGATION                SECTION "L"

                                             JUDGE FALLON

                                             MAG. WILKINSON

### CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a copy of the above and forgoing Motion for

Authority to File Claim has been filed electronically with the Clerk of Court on July 11,

2014 using the CM/ECF documenting filing system which will forward copies to all

counsel of record.


                                  Respectfully submitted,



                                  /s/ Peter S. Thriffiley
PETER S. THRIFFILEY