UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        MDL NO. 2047

PRODUCTS LIABILITY LITIGATION        SECTION "L"

        JUDGE FALLON

        MAG. WILKINSON

## ORDER

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that Peter S. Thriffiley and Jeannette N. Thriffiley are authorized to submit their Registration and their Claim for drywall damages related to the property at 6343 General Haig Street, New Orleans, Louisiana, into the Knauf Class Settlement Program.

New Orleans, La. this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE