UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047

PRODUCTS LIABILITY LITIGATION                SECTION "L"

                                             JUDGE FALLON

                                             MAG. WILKINSON

### EXPARTE MOTION FOR EXPEDITED HEARING ON MOTION FOR AUTHORITY TO FILE CLAIM FILED BY PETER S. THRIFFILEY AND JEANNETTE N. THRIFFILEY

NOW INTO COURT, come Peter S. Thriffiley and Jeannette N. Thriffiley Pro Se Movers and upon advising this Court that they have filed a Motion for Authority to File Claim, move Exparte for an Order expediting the date of said hearing. As reason therefore the undersigned state:

1.

Movers, Peter S. Thriffiley and Jeannette N. Thriffiley filed a Motion for Authority to File Claim requesting an Order authorizing them to file a Claim into the Knauf Class Settlement Program so that their Motion can be addressed at the Status Conference & Motion Day set for Thursday, July 17, 2014 at 9am.

2.

On information and belief there are numerous other persons in a similar position to Movers who discovered the exsistence of Chinese Drywall after the deadlines passed.

Wherefore, Movers, Peter S. Thriffiley and Jeannette N. Thriffiley request that their Motion to Expedite Hearing on Movers Motion for Authority to File Claim be granted.

        Respectfully submitted PRO SE,

/s/ Peter S. Thriffiley
PETER S. THRIFFILEY

/s/ Jeannette N. Thriffiley
JEANNETTE N. THRIFFILEY
6343 General Haig Street
New Orleans, La.  70124
(504) 488-8204
(504) 482-0202 – Daytime
jthriffnola@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and forgoing Exparte Motion for Expedited Hearing on Motion for Authority to File Claim has been filed electronically with the Clerk of Court on July 11, 2014 using the CM/ECF documenting filing system which will forward copies to all counsel of record.

Respectfully submitted,

/s/ Peter S. Thriffiley
PETER S. THRIFFILEY

UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL         MDL NO. 2047

PRODUCTS LIABILITY LITIGATION               SECTION "L"

                                            JUDGE FALLON

                                            MAG. WILKINSON

# ORDER

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that the Mover Peter S. Thriffiley and Jeannette N. Thriffiley Exparte Motion for Expedited Hearing be and is hereby granted.

IT IS FURTHER ORDERED that the hearing on Peter S. Thriffiley and Jeannette N. Thriffiley Motion for Authority to File Claim is set for hearing on the **17th day of JULY, 2014 at 9:00am.**

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE