UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION "L" |
| | JUDGE FALLON |
| | MAG. WILKINSON |

## **ORDER**

**CONSIDERING THE FOREGOING MOTION, IT IS ORDERED** that the Mover Peter S. Thriffiley and Jeannette N. Thriffiley Exparte Motion for Expedited Hearing be and is hereby granted.

IT IS FURTHER ORDERED that the hearing on Peter S. Thriffiley and Jeannette N. Thriffiley Motion for Authority to File Claim is set for hearing on the **17th day of JULY, 2014 at 9:00am.**

New Orleans, Louisiana this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE