UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

## MOTION OF CURATOR FOR PRO SE PLAINTIFFS REGARDING LATE KNAUF CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes Robert M. Johnston, Curator for Pro Se Plaintiff, who files this Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims.  The grounds for the Motion are provided in the Memorandum In Support of the Motion which is filed with this Motion.

Respectfully submitted,

JOHNSTON, HOEFER, HOLWADEL

    /s/ Robert M. Johnston
**ROBERT M. JOHNSTON (#7339)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana  70130
Tele:  (504) 561-7799


## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 11th day of July, 2014.

_____/s/ Robert M. Johnston__