UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION OF CURATOR**
**FOR PRO SE PLAINTIFFS REGARDING LATE KNAUF CLAIMS**

MAY IT PLEASE THE COURT:

As Curator for Pro Se Plaintiffs, I have received a letter to the Court dated July 7, 2014 from attorney Thomas E. Vaughn of Gulfport, Mississippi regarding the Knauf claim of Bill and Jenny Pittman.  While not in the form of a formal motion, the information in the letter states that Mr. and Mrs. Pittman, the parents of two small children who have a substantial mortgage on the family home, did not learn that their home was contaminated with defective Knauf drywall until after the Court's October 25, 2013 deadline for submitting claims had passed.

I have also received a Motion by Pro Se Plaintiffs Peter and Jeannette Thriffiley who reside on General Haig Street in New Orleans, Louisiana moving the Court for an Order authorizing them to file a claim into the Knauf Class Settlement Program.  In the supporting Memorandum they state that they did not learn that their home was infested with Knauf drywall until an inspection confirmed the existence of the drywall on May 8, 2014.  They had been alerted to the possibility of having Knauf drywall on May 5, 2014 when an air condition repair technician examined their air condition systems and

recommended that they should check to determine if in fact the house has defective Chinese drywall.

I have spoken with Peter Thriffiley, who is an attorney, and he has told me that in addition to filing the Motion for Authority to File Claim he is filing a Motion requesting an expedited hearing at the Court's next status conference on July 17, 2014.  I have also spoken with Thomas Vaughn and believe that he intends to be present at the upcoming status conference.

I have filed the Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims in order to be able to advise the Court that in addition to the Thriffiley and Pittman late claims, my office has received information and supporting documentary evidence from 23 additional Pro Se Plaintiffs who did not discover the presence of Knauf drywall in their property until after October 25, 2013.  I am attaching as Exhibit 1 the list of the 25 Pro Se Plaintiffs, including the Thriffileys and the Pittmans who have comparable late claims.

While I do not have an attorney-client relationship with these Pro Se Plaintiffs, the Order appointing me as Curator obligates me to assist and help Pro Se Plaintiffs such as those individuals on the attached list.  In my communications with them, each has told me essentially the same history of how they came to learn that their homes are infested with Knauf drywall, which they had no knowledge that said drywall was in their property until inspections disclosed its presence, and this occurred after the claim filing deadline had passed.

I have spoken with Kerry Miller, counsel for Knauf, and told him that I intended to file this Motion and request expedited hearing at the next status conference because I

was told by Peter Thriffiley, who along with his wife is one of the 25 Pro Se Plaintiffs on the attached list, is filing a Motion for Expedited Hearing in addition to the Motion for Authority to file a late claim.

The filing of the Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims enables the Court to have before it not just the Thriffiley Motion and the communication regarding the Pittmans from Thomas Vaughn but also the names of those other Pro Se Plaintiffs who have the same type late claims. I believe that it is apparent that as we approach nine months that has passed since the Court's October 2013 deadline the number of Pro Se Plaintiffs with late claims constitutes a small number of additional claims, and this Motion will enable the Court to assess and evaluate whether given their histories of not learning that they have Knauf drywall until after the deadline justifies their being allowed to assert claims against Knauf.

Respectfully submitted,

JOHNSTON, HOEFER, HOLWADEL

   /s/ Robert M. Johnston
**ROBERT M. JOHNSTON (#7339)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana  70130
Tele:  (504) 561-7799

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 11th day of July, 2014.

_____/s/ Robert M. Johnston__