POST-OCTOBER 25, 2013 DEADLINE
PRO SE PLAINTIFFS

1. Peter and Jeannette Thriffley
2. Thomas and Jill Whitaker
3. Ron and Cathy Martinez
4. William and Jennifer Pittman
5. Daniel Blonsky
6. Joel Shuminsky
7. Halbert and Lisa Selby
8. Jonathan Wallick
9. David Bell, Mary Bell
10. Roger and Ashley Kjos
11. Adelaide Levin
12. Nancy Mansour
13. Akeva Henry
14. Auntrice Henry
15. Cecelia Cordoba
16. Jill Meggs
17. Brenda Stafford
18. Barbara Wise
19. Gessie Pierre
20. Jeff Meyer
21. John Mattesich
22. Fredrick Lineberger
23. Clair Martin
24. Donald Cyr
25. James and Diane Miller