UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### NOTICE OF SUBMISSION

Please take notice that mover, Robert M. Johnston's Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims will be heard by the Honorable Judge Fallon on July 17, 2014, at 9:00 a.m.

    Respectfully submitted,

    JOHNSTON, HOEFER, HOLWADEL

    _/s/ Robert M. Johnston_
    **ROBERT M. JOHNSTON (#7339)**
    400 Poydras Street, Suite 2450
    New Orleans, Louisiana  70130
    Tele:  (504) 561-7799

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 11th day of July, 2014.

    _/s/ Robert M. Johnston_

1