UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

### MOTION FOR EXPEDITED HEARING ON MOTION OF CURATOR FOR PRO SE PLAINTIFFS REGARDING LATE KNAUF CLAIMS

**NOW INTO COURT**, through undersigned counsel, comes Robert M. Johnston, Curator for Pro Se Plaintiffs, who moves the court for an Expedited Hearing on Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims on July 17, 2014. The grounds for this Motion is provided in the supporting Memorandum.

Respectfully submitted,

JOHNSTON HOEFER HOLWADEL

  /S/ ROBERT M. JOHNSTON
**ROBERT M. JOHNSTON**, (#7339)
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Telephone:   (504) 561-7799
Fax:            (504) 587-3794

2

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 11th day of July, 2014.

                                                                                         _____*/s/ Robert M. Johnston*__