UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR
EXPEDITED HEARING ON MOTION OF CURATOR FOR
<u>PRO SE PLAINTIFFS REGARDING LATE KNAUF CLAIMS</u>**

MAY IT PLEASE THE COURT:

As Curator for Pro Se Plaintiffs, I have filed a Motion Regarding Late Knauf Claims providing the Court a list of 25 Pro Se Plaintiffs who have provided me with information and documentary evidence supporting that they have late claims against Knauf.  Peter and Jeannette Thriffiley, who are on a list of 25 Pro Se Plaintiffs asserting late claims, have filed a Motion for Authority to File a late claim against Knauf, and a Motion for Expedited Hearing asking that the Court set the Motion for hearing on July 17, 2014 when the Court's next status conference is set.

If the Court grants that Motion for Expedited Hearing, I request that the Court also grant this Motion for Expedited Hearing so that the Court will have before it the complete list of the 25 Pro Se Plaintiffs asserting late claims.  This will enable the Court to evaluate whether all of these claims should be able to be filed since they all have essentially the same history, which is that they did not learn of the presence of Knauf drywall until after the deadline.

It is therefore requested that the Motion for Expedited Hearing be granted.

Respectfully submitted,

JOHNSTON, HOEFER, HOLWADEL

*/s/ Robert M. Johnston*
**ROBERT M. JOHNSTON (#7339)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana 70130
Tele: (504) 561-7799

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 11th day of July, 2014.

*/s/ Robert M. Johnston*