UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

Considering the above and foregoing Motion for Expedited Hearing,

**IT IS ORDERED** that Robert M. Johnston, Curator for Pro Se Plaintiffs is authorized to submit the Registration and Claims for Pro Se Plaintiffs Regarding Late Knauf Claims, into the Knauf Class Settlement Program.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**JUDGE**

1