

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON

## ORDER

The Court received and reviewed the attached correspondence from Concerned Claimants. **IT IS ORDERED** that this correspondence be filed into the record.

New Orleans, Louisiana, this 11th day of July, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
8841 Sunrise Lake Condominiums Phase III
Sunrise, FL 33322

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____