8841 Sunrise Lakes Condominium Phase III
Sunrise, FL 33322

The Honorable Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

**Via Facsimile (504) 589-6966:**

RE: MDL 2047 Chinese-Manufactured Drywall Products Liability Litigation

Dear Judge Fallon:

We am writing you this simple letter as a homeowners living in an affected Chinese Drywall properties, because the pay-out for claims in the above referenced case is long overdue.

The work by the settlement administrator Brown Greer is at the endgame as it appears by their *presentation /Court Report* of May 19, 2014, Status Conference - At that time, the attorney representing Brown Greer promised to make his figures available to the Court within *thirty to sixty days* on the Global, Banner, InEx Repair and Relocation claims. The upcoming July 17, 2014, Status Conference will be *sixty days* to be exact, since the Brown Greer's representative made this announcement.

We know that, 'sometimes' coming to the end, things like this, can take a long time, however, it is now over four years that this case is ongoing, and, **four years is a long time to wait for a paycheck,** by any standard.

We am asking that you're Honor, at the next Status Conference, (which will be held on July 17, 2014), ascertain the specific, or perhaps the closest date when the settlement administrator, Brown Greer will make payment on eligible claims - Again, we reiterate, it is long overdue.

Sincerely,

Concern Claimants.