

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| This Document Relates to All Cases | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Natacha Nicaisse. **IT IS ORDERED** that this correspondence be filed into the record. It is unclear from the letter whether or not Ms. Nicaisse has a lawyer.

**IT IS ORDERED** that the pro se curator, Robert Johnston, look into her case and provide her assistance, if possible.

New Orleans, Louisiana, this 11th day of July, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Natacha Nicaisse
3512 NE 3rd Drive
Homestead, FL 33033

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____