June 10, 2014

To: The Honorable Judge Eldon E. Fallon,

    I'm writing this Letter in regards to my home at address 3512 NE 3rd. drive, Homestead, Florida 33033; that is affected by the Chinese dry wall. I am still living at the above address and I am very concerned for my health. I was just told by my primary care physician that the fumes emitted from these walls can cause cancer, and other serious health problems.

    This has been a very big nightmare for me. I bought my home pre-construction, so everything in the house was new. I was not aware that my home had this toxic Chinese drywall, until an air conditioner repair man told me that this has been an Issue with many of the home in my community, and that the air conditioner coils turns from copper to black because of it. I never received any notifications of such by the builders, so I looked into it and got my home tested. It was confirmed that in deed that my house has Chinese dry wall and this was the cause of the many issues that I am experiencing with the air-conditioning system and many of the other electronics and appliances. This is the first home that I have ever bought. This is not what I had envisioned when I bought this house. The Chinese dry wall has caused a lot of damage in my home and I am seeking your help to get the proper funds to be able to replace the drywall, electrical system, and the damaged appliances that are affected by the Chinese dry wall in my home and moving/living expenses while the home is being repaired. I provided the required claim forms documents for the Virginia-based settlements by the required deadlines.

    I am concerned and would like to offer my suggestion that claimants such as me with their homes affected by these contaminated toxic drywall be granted such funds in an amount that is enough to make these much needed repairs. Many of us are victims of this drywall problem and would very much like for our homes to be fixed in order to have the home livable and functional again. Repairs such as: Dry wall replacement, electrical wire replacements, plumbing and faucet replacements, and major appliances such as A/C system, and kitchen appliances replaced in these affected homes.

My air conditioner is presently not working; neither is my refrigerator, oven, or wall installed microwave oven. I have to leave the windows open in the home with the fans on 24/7 or the house will be too hot to endure and the smell from the heated wall is unbearable. The smell is even stronger in the summer months. I have called so many times to repair the air conditioner and now I was told that it is beyond repair. Faucets are corroded and leaking. Honorable Judge Fallon, please help me have my home back to livable and safe conditions.

Thank you in advance for your attention in regards to this matter.


Sincerely yours,

*[signature]*

Natacha Nicaisse

3512 NE 3rd. Drive

Homestead, Fl. 33033