UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L

THIS DOCUMENT RELATES TO : JUDGE FALLON
ALL ACTIONS : MAG. JUDGE WILKINSON

## ORDER

On May 28, 2014, the Court granted a motion to allow Eric D. Wooten, Esq. to file affidavits and records under seal, pursuant to PTO 28. (Rec. Doc. 17709). These documents have been filed under seal.

**IT IS ORDERED** that the movant in the above referenced motion should adhere to the protocols established in Pretrial Order No. 28.

**IT IS FURTHER ORDERED** that movant should send these documents to the Fee Committee so that the Fee Committee can continue to review and consider all requests and prepare a report and recommendation to the Court.

New Orleans, Louisiana this 14th day of July, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE