UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel who have represented Defendant Taishan Gypsum Co. Ltd. ("TG") in the above-captioned matter (collectively "Counsel"), submit this memorandum in support of their motion to withdraw as counsel of record for TG.

Local Rule 83.2.11 allows counsel to withdraw from representing a party in a case with the court's permission. To withdraw from a case without substituting counsel, counsel must file a written motion served on opposing counsel and the client. *Id*.

The Louisiana Rules of Professional Conduct of the Supreme Court of the State of Louisiana ("LRPC") apply to all lawyers admitted to practice before this Court. Disc. Rule 1.2. LRPC 1.16(a) requires a lawyer to withdraw from the representation of a client if "the lawyer is discharged."

On January 28, 2014, the United States Fifth Circuit Court of Appeal ("Fifth Circuit") issued its opinion affirming the default judgment entered in this case. *In re Chinese Manufactured Drywall Products Liability Litigation*, 742 F.3d 576 (5th Cir. 2014). The Fifth Circuit issued the mandate on that decision on February 19, 2014.

During this time and thereafter, Counsel has notified TG of the outcome of the appeal. Counsel has also notified TG of the Court's directive to appear at Court on July 17, 2014 for a judgment debtor examination as well as notified TG of the bill of costs filed by the PSC on July 2, 2014, and the appropriate deadlines associated with objecting to the bill of costs.

On July 13, 2014, Counsel received a letter from TG notifying Counsel that it was "immediately terminat[ing] the engagement agreement and representation relationships" with respect to "all the Chinese drywall cases filed against TG in all the US courts, whatever stages such cases are in at present." In addition, TG has notified Counsel that it does not intend to participate in the judgment debtor exam or any decision on the Bill of Costs.

Because TG has terminated its engagement with Counsel, Counsel is required under the LRPC to withdraw from its representation of TG in this litigation. Accordingly, Counsel respectfully request that they be allowed to withdraw from this litigation as is required under Rule 1.16.

Respectfully submitted,

*/s/ Thomas P. Owen Jr.*
Joe Cyr
Frank T. Spano
Courtney L. Colligan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd.**

**LOCAL RULE 83.2.11 CERTIFICATE OF SERVICE**

In compliance with Local Rule 83.2.11, Counsel submit that the following is the most current contact information for TG:

Taishan Gypsum Co. Ltd.<br>
Att: Jia Tongchun<br>
Da Wenkou<br>
Shandong Province, Taian City<br>
271026 China<br>
86.538.8811077

In addition, Counsel hereby certify that they have sent notice to TG of all deadlines and pending court appearances, by electronic mail and also by Express Mail Service, which is the available postal/courier service in China, and to opposing counsel.

<em>/s/ Thomas P. Owen, Jr.</em>

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail, on the client TG by e-mail and by Express Mail Service, which is the available postal/courier service in China, and upon all parties by electronically uploading the same to Lexis Nexus File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July, 2014.

                            */s/ Thomas P. Owen, Jr.*