UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are two motions regarding the filing of late claims in the Knauf Class Settlement. (Rec. Docs. 17834, 17837). Both motions are accompanied by motions to expedite consideration. (Rec. Docs. 17835, 17838). Because the Court finds that these motions are time-sensitive and because these issues have been discussed at the past monthly status conferences,

**IT IS ORDERED** that the motions to expedite consideration, Rec. Docs. 17835, 17838, are hereby **GRANTED**. The Court will hear oral argument on the motions regarding late claims, Rec. Docs. 17834, 17837, on Thursday, July 17, 2014, following the monthly status conference.

**IT IS FURTHER ORDERED** that if Defendant Knauf would like to respond in writing, it should do so on or before July 16, 2014. The Court will read anything that is submitted before the monthly status conference.

New Orleans, Louisiana this 14th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE