**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**.,** Case No. 11-2349<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01395-EEF-JCW<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01672-EEF-JCW<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01673-EEF-JCW<br>_____/ | |

**PLAINTIFFS' MOTION TO SUBMIT LATE OTHER LOSS FUND CLAIMS FOR REGISTERED CLAIMANTS VIT, INC. ELOISE THOMLEY AND THOMAS W. THOMLEY INTO THE GLOBAL SETTLEMENT**

The Plaintiffs, VIT, Inc. Eloise Thomley and Thomas W. Thomley (collectively as "Claimants"), hereby petition this Honorable Court by and through their undersigned counsel for an order allowing them to submit additional Other Loss Fund claims into the Global Settlement even though the deadline to file has passed. While the Claimants have already timely filed Other Loss Fund Claims, these filed claims are not the correct types of claims considering the types of damages Claimants incurred as the result of the presence of defective Chinese drywall in Claimants' Affected Properties. In support of this Motion, Claimants show the Court the following:

1. All Claimants were timely registered on the Brown Greer portal and have uploaded the required documents to support their filed claims.

2. Claimants Eloise Thomley and Thomas W. Thomley ("the Thomley Claimants") timely filed their Foreclosure/Short Sale Claim and Lost Rent, Use or Sales Claim in the Global Settlement on September 27, 2013. Mrs. Thomley's Claimant ID is 102858 and Mr. Thomley's Claimant ID is 102867. Their Affected Property address is 31195 Oak Drive, Orange Beach, Alabama 36561.

3. Claimant VIT, Inc. timely filed its Lost Rent, Use or Sales Claim in the Global Settlement on September 27, 2013. Claimant VIT, Inc. was given Claimant ID 102857. Its Affected Property address is 11374 Elysian Circle, Daphne, AL 36526.

4. All Claimants are eligible class members because they owned the Affected Properties.

5. This firm recently discovered that the Thomley Claimants having submitted a claim for Lost Rent, Use and Sale filed the wrong type of claim in order to recoup the type of "lost rent" they claim as damages in this action. The "lost rent" damages the Thomley Claimants seek recovery for in this lawsuit are predicated upon their loss of rental income from the day the tenant living in the Affected Property moved out due to the discovery of the presence of defective Chinese Drywall to the date the house was sold in a short sale.

6. This firm has recently learned that the correct type of Other Loss Fund Claim for the "lost rent" the Thomley Claimants seek recovery for in this lawsuit is a Miscellaneous Claim as opposed to a Lost Rent, Use or Sales Claim. This is especially true since the Thomley Claimants' Affected Property was not remediated until after it was sold by way of a short sale.

7. This firm recently discovered that while Claimant VIT, Inc. appropriately filed a Lost Rent, Use or Sales Claim under the Other Loss Fund of the Global Settlement, it needs to also file a Miscellaneous Claim in order to recoup its "lost rent" from the day the tenant living in the Claimant VIT, Inc.'s Affected Property moved out due to the discovery of the presence of defective Chinese Drywall to the date Knauf began remediating Claimant VIT, Inc.'s Affected Property.

6. No prejudice will result from this Court allowing Claimants to file these additional and different claims past the filing deadline for claims in the Global Settlement. No action has been taken in the proceeding which could cause prejudice to any other party in the proceeding. Claimants met the appropriate deadlines for registration and filing claims. However, Claimants have filed the incorrect types of Other Loss Fund Claims needed in order for Claimants to recover the types of damages they suffered as the result of the defective drywall.

7. Given that Claimants were timely registered and have other claims timely filed, undersigned counsel moves that the Court invoke its equitable powers to permit Claimants to file late file their additional and different Other Loss Fund Claims in the Global Settlement.

8. Pursuant to CAP 2013-6 paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014 deadline.

9. Because virtually all of the documents but the Miscellaneous Claims Forms themselves have already been uploaded to the Claims Portal that support the Claimants' Miscellaneous Claims, counsel can expeditiously file these additional claims. In fact, all

of the necessary predicate information which would be contained on the Claimants' Miscellaneous Claims Forms was previously produced to the Settlement Administrator as part of the claims submission process. Therefore, counsel seeks, on behalf of Claimants, ten (10) days from the date of this motion to file the Miscellaneous Claims into the Other Loss Fund of the Global Settlement.

WHEREFORE, for the above reasons, Claimants respectfully request this Honorable Court enter an order permitting Claimants, VIT, Inc, Eloise Thomley and Thomas W. Thomley, to submit their Miscellaneous Claims in the Other Loss Fund of the Global Settlement and deem them timely filed.

Respectfully Submitted,

 /s/ K. Amanda Herndon Barton
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhhlaw@bellsouth.net
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gevlaw@bellsouth.net
**K. AMANDA H. BARTON (HERNK4561)**
Electronic Mail: kahlaw@bellsouth.net
**JOHN M. TEAGUE (TEAGJ3247 )**
Electronic Mail: jteaguelaw@bellsouth.net

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing **Motion to Submit Late Claims for Registered Claimants, VIT, Inc.; Eloise Thomley and Thomas W. Thomley, into the Other Loss Fund of the Global Settlement** has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically unloading the same to File and ServerXpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July 2014.

                                        /s/ *K. Amanda H. Barton*
                                        **K. AMANDA H. BARTON**