**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**.,** Case No. 11-2349 | MAG. JUDGE WILKINSON |

Amorin, et al. v. Taishan Gypsum Co., Ltd, et al.,
Case No. 2:11-cv-01395-EEF-JCW

Amorin, et al. v. Taishan Gypsum Co., Ltd, et al.,
Case No. 2:11-cv-01672-EEF-JCW

Amorin, et al. v. Taishan Gypsum Co., Ltd, et al.,
Case No. 2:11-cv-01673-EEF-JCW

_____/

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO SUBMIT LATE OTHER LOSS FUND CLAIMS INTO THE GLOBAL SETTLEMENT FOR REGISTERED CLAIMANTS VIT, INC. ELOISE THOMLEY AND THOMAS W. THOMLEY**

The undersigned attorneys for Plaintiffs VIT, Inc., Eloise Thomley and Thomas W. Thomley (collectively as "Claimants"), hereby file this Memorandum in Support of Claimants' Unopposed Motion to Submit Late Other Loss Fund Claims into the Global Settlement for Registered Claimants VIT, Inc., Eloise Thomley and Thomas W. Thomley.  Specifically, Claimants are requesting this Honorable Court allow Claimants to file additional types of Other Loss Claims in the Global Settlement of this case past the deadline set out in CAP No.2013-6 for MDL 2047, which was January 15, 2014.  In support thereof, Claimants state as follows:

1. Claimants registered their claims on the Brown Greer Claims Portal before the deadline of July 8, 2013.

2.      Claimants Eloise Thomley and Thomas W. Thomley ("the Thomley Claimants") timely filed their Foreclosure/Short Sale Claim and Lost Rent, Use or Sales Claim in the Global Settlement on September 27, 2013.  Mrs. Thomley's Claimant ID is 102858 and Mr. Thomley's Claimant ID is 102867.  Their Affected Property address is 31195 Oak Drive, Orange Beach, Alabama 36561.

3.      Claimant VIT, Inc. timely filed its Lost Rent, Use or Sales Claim in the Global Settlement on September 27, 2013.  Claimant VIT, Inc. was given Claimant ID 102857.  Its Affected Property address is 11374 Elysian Circle, Daphne, AL 36526.

4.      Claimants timely uploaded to the Brown Greer Claim Portal the supporting documents for Claimants' Other Loss Fund Claims filed to date.

5.      Claimants are eligible class members because they own or owned the Affected Properties.

6.      This firm recently discovered that the Thomley Claimants having submitted a claim for Lost Rent, Use and Sale submitted the wrong type of claim in order for them to recoup the type of "lost rent" damages they incurred as the result of the defective Chinese drywall.  The "lost rent" damages the Thomley Claimants seek to recover in this lawsuit are predicated upon their loss of rental income from the day the tenants living in their Affected Property moved out due to the discovery and presence of defective Chinese Drywall, until the day the house was sold in a short sale.  Per Claimants' counsel's communications with Brown Greer, the Thomley Claimants must file a Miscellaneous Claim in the Global Settlement in order to make a claim for this type of "lost rent".  In fact, filing a Miscellaneous Claim is the only way the Thomley Claimants can recoup

their "lost rent" damages since they did not own the Affected Property at the time it was remediated.

7. This firm recently discovered that while Claimant VIT, Inc. appropriately filed a Lost Rent, Use or Sales Claim under the Other Loss Fund of the Global Settlement, Claimant VIT, Inc. also needs to file a Miscellaneous Claim in the Global Settlement. This type of claim is necessary in order for Claimant VIT, Inc. to recoup its "lost rent" damages predicated upon its loss of rental income from the day the tenants living in the Affected Property moved out due to the presence and discovery of the defective Chinese Drywall, until the day Knauf began remediating Claimant VIT, Inc.'s Affected Property.

6. No prejudice will result from this Court allowing Claimants to file these additional and different claims past the filing deadline of January 15, 2014 established in CAP No. 2013-6 for MDL 2047 because 1) no determinations have been made in this proceeding which could cause prejudice to any other party in the proceeding, and 2) Claimants met the appropriate deadlines for registering and filing their other types of Other Loss Fund Claims in the Global Settlement.

7. Given that Claimants were timely registered, have other claims timely filed and have uploaded to the Claims Portal the relevant and necessary supporting documents, the undersigned counsel moves that the Court invoke its equitable powers to permit Claimants to file late file their additional and different Other Loss Fund Claims in the Global Settlement.

8. Pursuant to CAP 2013-6 paragraph 3, upon a showing of good cause the Court may allow the Settlement Administrator to accept claims after the January 15, 2014 deadline. Furthermore, participation in the Global Settlement Agreement by Claimants

works to conserve judicial resources, as well as permit the parties to resolve this litigation without further expenditure of attorneys' fees and costs.

9. Undersigned Counsel makes this request on behalf of Claimants not for purposes of delay or harassment, but rather to expeditiously complete Claimants' filings in the Global Settlement.

10. The reason for the delay in Claimants filing these additional Other Loss Fund Claims was in control of the undersigned counsel, not Claimants and therefore, Claimants should not be punished since they did no wrong.

11. Undersigned counsel has conferred with the Defendants' Liaison Counsel, Kerry Miller, and he has no objection to the relief requested herein.

12. Because virtually all of the documents except for the Miscellaneous Claims Forms themselves have already been uploaded to the Claims Portal that support the Claimants' Miscellaneous Claims, counsel can expeditiously file these additional claims. In fact, all of the necessary and supporting information which would be contained on the Claimants' Miscellaneous Claims Forms was previously produced to the Settlement Administrator as part of the claims submission process. Therefore, counsel seeks, on behalf of Claimants, only ten (10) days from the date of this motion to file the Miscellaneous Claims into the Other Loss Fund of the Global Settlement.

WHEREFORE, for the above reasons, Claimants respectfully request this Honorable Court enter an order permitting Claimants, VIT, Inc, Eloise Thomley and Thomas W. Thomley, ten (10) days from the date of the requested order to submit their Miscellaneous Claims in the Other Loss Fund of the Global Settlement and deem them timely filed.

Respectfully Submitted,

*/s/ K. Amanda Herndon Barton*
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhh@holstonvaughan.com
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gev@holstonvaughan.com
**K. AMANDA H. BARTON (HERNK4561)**
Electronic Mail: kab@holstonvaughan.com
**JOHN M. TEAGUE (TEAGJ3247 )**
Electronic Mail: jmt@holstonvaughan.com

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **UNOPPOSED MOTION TO SUBMIT LATE OTHER LOSS FUND CLAIMS INTO THE GLOBAL SETTLEMENT FOR REGISTERED CLAIMANTS VIT, INC. ELOISE THOMLEY AND THOMAS W. THOMLEY** has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically unloading the same to File and ServerXpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July 2014.

*/s/ K. Amanda H. Barton*
**K. AMANDA H. BARTON**

5