**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047** |
| | **SECTION: L** |
| THIS DOCUMENT RELATES TO: | |
| Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**.,** Case No. 11-2349 | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01395-EEF-JCW | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01672-EEF-JCW | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01673-EEF-JCW _____/ | |

**ORDER**

The Court, having considered the Unopposed Motion to Submit Late Other Loss Fund Claims into the Global Settlement for Registered Claimants VIT, Inc., Eloise Thomley and Thomas W. Thomley filed by Plaintiffs VIT, Inc., Eloise Thomley and Thomas W. Thomley in this action should be granted.  Therefore, Plaintiffs VIT, Inc., Eloise Thomley and Thomas W. Thomley shall be permitted an additional ten (10) days from the date of this Order to file their additional Other Loss Fund Claims, which will be considered timely submitted.  Accordingly, it is,

ORDERED, that the Unopposed Motion to Submit Late Other Loss Fund Claims into the Global Settlement for Registered Claimants VIT, Inc., Eloise Thomley and Thomas W. Thomley is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
**Hon. Eldon E. Fallon, United States District Court Judge**