UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | MAG. JUDGE WILKINSON |

## NOTICE OF APPROVED CLAIMS ADMINISTRATOR PROCEDURE

Pursuant to Pre-Trial Order 27, the Settlement Administrator for the Chinese Drywall Settlement Program reports to the Court that the parties have agreed to the following Claims Administrator Procedure ("CAP"):

**1.** *Clarification of Proof Requirements for the Knauf Defendants' Claims Submissions.* ("CAP 2014-8").  This CAP sets forth the proof requirements for claims submitted by the Knauf Defendants for payment out of the Global, Banner, and InEx Settlements.

CAP 2014-8 is attached to this Notice as Exhibit 1.  Additionally, the Settlement Administrator will post CAP 2014-8 to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx.

                                                        Respectfully submitted,

Dated: July 15, 2014                        __/s/ Jacob S. Woody_____
                                                      Lynn Greer, Esquire (Va. Bar No. 29211)
                                                        Jacob Woody, Esquire (Va. Bar No. 77485)
                                                        BrownGreer, PLC
                                                       250 Rocketts Way
                                                       Richmond, VA 23231
                                                       Telephone:  (804) 521-7234
                                                       Facsimile:  (804) 521-7299
                                                       lgreer@browngreer.com
                                                       jswoody@browngreer.com

                                                       *Settlement Administrator for the Chinese*
                                                       *Drywall Settlement Program*

1

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Notice of Approved Claims Administrator Procedures has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of July, 2014.

                                            __/s/Jacob Woody_____
                                            Lynn Greer, Esquire (Va. Bar No. 29211)
                                            Jacob S. Woody, Esquire (Va. Bar No. 77485)
                                            BrownGreer, PLC
                                            250 Rockets Way
                                            Richmond, VA 23231
                                            Telephone:  (804) 521-7200
                                            Facsimile:  (804) 521-7299
                                            lgreer@browngreer.com
                                            jswoody@browngreer.com

                                            *Settlement Administrator for the Chinese Drywall*
                                            *Settlement Program*