| CHINESE DRYWALL SETTLEMENT PROGRAM<br>CLAIMS ADMINISTRATION PROCEDURE | | | |
|---|---|---|---|
| **CAP No.** | 2014-8 | **Effective Date** | July 15, 2014 |
| **Subject** | | Clarification of Proof Requirements for the Knauf Defendants' Claims Submissions | |

  **1. *Purpose of this Procedure*.** This CAP sets forth the proof requirements for the claims submitted by the Knauf Defendants for payment out of the Global, Banner, and InEx settlements.

  **2. *Definitions and Section References*.** Any capitalized terms used in this Procedure and not expressly defined in this Procedure shall have the meanings given to them in the Knauf Settlement Agreement. References to Sections are to sections of this Procedure, unless otherwise stated.

  **3. *Proof of KPT drywall in an Affected Property*.** The following is acceptable proof that an Affected Property contained KPT Drywall, and the percentage of KPT Drywall:

    *a.* An inspection report from an Approved Inspector; either conducted pursuant to the then approved Inspection Protocol, or the post-demolition documentation of the drywall in the Affected Property by the Approved Inspector;

    *b.* If no inspection report is available from an Approved Inspector, it shall be assumed that the KPT Drywall Percentage in the Affected Property is at least 91% KPT if the Affected Property was remediated by the Knauf Defendants.

  **4. *Calculation of KPT Drywall Percentage in a Mixed Board Home*.** In the event it is determined that an Affected Property contains both reactive KPT Drywall and Non-KPT Chinese Drywall, then the KPT Drywall Percentage determined by the Approved Inspector shall be rounded to the next highest 10% increment.

  **5. *Builder, Supplier, Installer Information*.** If the Knauf Defendants provide information to the Settlement Administrator regarding the identity of the Builder, Supplier, or Installer of an Affected Property and the information is not contradicted by information submitted by a Builder, Installer, or Supplier in connection with the Global, Banner, and InEx settlements or a Plaintiff Profile Form submitted prior to the claimant's assignment of the claim to Knauf, the Settlement Administrator will consider the information provided by the Knauf Defendants to be presumptively correct. In addition, the Knauf Defendants and the Settlement Administrator shall use reasonable inferences to determine the correct Builder, Supplier, or Installer identified on certain documentation, including but not limited to the Plaintiff Profile Forms. For example, if the Plaintiff Profile Form identifies a partial corporate name, then the Knauf Defendants and

Settlement Administrator can determine the correct corporate name using a reasonable inference.

6. ***Under Air Square Footage Determination.*** For purposes of the Knauf Defendants' claims submission, a Moss ANSI sketch generated prior to the claimant's assignment of the claim to Knauf identifying the Under Air Square Footage shall control. In the event an ANSI sketch is unavailable, then the square footage as provided in the Plaintiff Profile Form for that particular Affected Property shall be used. In the event neither of these documents provides the Under Air Square Footage, then Property Assessor Under Air Square Footage shall be used by the Knauf Defendants.

7. ***Subsequent Assignments of Claims to the Knauf Defendants***. In the event that the Knauf Defendants receive an assignment of a claim after the claim submission deadline, and the assignor is eligible for but has not yet received payment for the assigned claim, the Knauf Defendants will become the payee from the Global, Banner, and InEx settlements without submitting a separate claim. If the assignor has already received payment for the assigned claim, the Settlement Administrator will reduce any payment from the Knauf Remediation Fund by the amount received by the assignor from the Global, Banner, or InEx Settlement Funds.

**APPROVED:**

By:  /s/ Leonard Davis                     Date: July 15, 2014
     Plaintiffs' Steering Committee
     Settlement Agreement Liaison

By:  /s/ Kerry Miller                      Date: July 15, 2014
     Knauf Defendants
     Settlement Agreement Liaison

By:  /s/ Hilarie Bass                      Date: July 15, 2014
     Builder Class
     Settlement Agreement Liaison

By:  /s/ Lynn Greer                        Date: July 15, 2014
     Settlement Administrator

2