# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes defendants, Defendants Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia (collectively the "Knauf Defendants") who requests this Court to enroll the following:

James Parish
LSBA No. 34017
**FRILOT LLC**
1100 Poydras St., Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8297
Fax: (504) 599-8100
Email: jparish@frilot.com

Daniel J. Dysart
LSBA No. 33812
**FRILOT LLC**
1100 Poydras St., Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8236
Fax: (504) 599-8100
Email: ddysart@frilot.com

as additional counsel for Knauf Defendants in the above-captioned cause.

Respectfully submitted,

BY:  /s/ Kerry J. Miller
KERRY J. MILLER (#24562)

>KYLE A. SPAULDING (#29000)
>**FRILOT L.L.C.**
>1100 Poydras Street, Suite 3700
>New Orleans, LA 70163
>Telephone: (504) 599-8194 \
>Facsimile: (504) 599-8145
>Email: kmiller@frilot.com

>Counsel for Knauf Defendants

## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of July, 2014.

/s/ Kerry J. Miller

2