UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA
## FOR JULY 17, 2014 STATUS CONFERENCE

I.   PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III. STATE/FEDERAL COORDINATION

IV.  OMNIBUS CLASS ACTION COMPLAINTS

V.   PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI.  REMEDIATION PROGRAM

VII. INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII. SHARED COSTS FUND

IX.  TAISHAN DEFENDANTS

X.   VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI.  PLAINTIFF AND DEFENDANT PROFILE FORMS

Case 2:09-md-02047-EEF-MBN Document 17854-1 Filed 07/15/14 Page 2 of 2

2

XII. FREQUENTLY ASKED QUESTIONS

XIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIV. *PRO SE* CLAIMANTS

XV. PHYSICAL EVIDENCE PRESERVATION ORDER

XVI. ENTRY OF PRELIMINARY DEFAULT

XVII. ALREADY REMEDIATED HOMES

XVIII. LOUISIANA ATTORNEY GENERAL

XIX. NEXT STATUS CONFERENCE