# EXHIBIT A

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION "L" |
| | * | JUDGE FALLON |
| This document relates to: 10-cv-0340 | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### DECLARATION OF CLAYTON C. GEARY PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, Clayton C. Geary, under penalty of perjury, declares and says:

1. I am a member of Interior Exterior Building Supply, LP ("InEx"), a position I have held since 2001.

2. I am making this declaration from my own personal knowledge. All of these statements are the same ones that I would make if I were called to testify at a hearing or at the trial of this matter.

3. InEx is in the business of distributing drywall and other construction materials.

4. Between October, 2005 and July, 2006, InEx purchased Chinese drywall manufactured by Knauf Plasterboard (Tianjin Co, Ltd. And Knauf Plasterboard (Wuhu) Co. Ltd. (collectively "Knauf Entities").

5. The Chinese drywall InEx purchased from the Knauf Entities was certified as being free of defects and in accordance with applicable ASTM standards.

6. InEx had no reason to doubt these certifications and reasonably relied on them in distributing the Chinese drywall.

7. InEx had no knowledge of any defects in the Chinese drywall at any time prior to the commencement of multiple litigations in 2009.

*I certify under penalty of perjury that the foregoing is true and correct. Executed on July 14, 2014.*

Interior/Exterior Building Supply, L.P.
By: Interior/Exterior Enterprises, L.L.C., G.P.

_____, Member
Clayton C. Geary, Member