IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: *Caldwell v. Knauf Gips KG et al.* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| CASE NO.: 10-CV-340 | |

## JOINDER IN NOTICE OF REMOVAL

Defendants USG Corporation, United States Gypsum Company, USG Interiors, Inc. (collectively "USG"), and L&W Supply Corporation d/b/a Seacoast Supply ("L&W Supply") hereby join in the Amended Notice of Removal filed by Knauf Gips KG, Knauf International GmbH, Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co. Ltd., Guangdong Knauf New Building Material Products Co. Ltd., Knauf Insulation, GmbH, and Gebrueder Knauf Verwaltungsgesellschaft, KG.

As fully set forth in the Amended Notice of Removal, this Court has diversity jurisdiction over this action under 28 U.S.C. § 1332 because—considering the real parties in interest on whose behalf the Plaintiff purports to bring this action and the properly joined defendants—this lawsuit is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs. All of the requirements for removal prescribed by 28 U.S.C. §§ 1441 and 1446 are satisfied.

USG and L&W Supply expressly join in and incorporate by reference each of the specific grounds and arguments in support of removal set forth in the Amended Notice Removal, including, but not limited to, the ground that this Court can and should exercise its discretion to

1

dismiss or sever the claims brought against the improperly joined non-diverse defendant, Interior Exterior Supply Co. ("INEX"), as permitted under the settled law concerning improper joinder of non-diverse parties and the Federal Rules of Civil Procedure.

However, to the extent this Court declines to exercise its discretion to dismiss or sever the claims against INEX, Defendants USG and L&W Supply respectfully submit that this Court should, *in the alternative*, sever the claims asserted by Plaintiff against USG and L&W Supply. Severance of these specific claims is justified because the claims and allegations asserted against USG and L&W Supply are not connected—legally or logically—to the claims asserted against INEX or the other defendants and severance of these claims will avoid delay, promote judicial economy, and ensure fundamental fairness to the parties. The claims against USG and L&W Supply therefore can and should be severed from the claims against INEX and the other defendants, allowing this Court to properly retain jurisdiction over the action against USG and L&W Supply. The reasons supporting severance of the claims against USG and L&W Supply are set out in further detail in the Motion to Sever filed contemporaneously with this Joinder.

For the reasons stated in the Amended Notice of Removal and in this Joinder, USG and L&W Supply submit that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, and that the claims are properly removed to this Court under 28 U.S.C. §§ 1441 and 1446.

[*Signature block appears on the following page*.]

Respectfully submitted,

*/s/ W. David Conner*
_____
W. David Conner (SC Bar # 66358; Fed. # 5986)
Email: dconner@hsblawfirm.com
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
Email: mgmcdonald@hsblawfirm.com
Charles Sprinkle (SC Bar # 70630; Fed. # 9712)
Email: csprinkle@hsblawfirm.com
Christopher B. Major (SC Bar # 72872; Fed. # 9382)
Email: cmajor@hsblawfirm.com

HAYNSWORTH SINKLER BOYD, P.A.
P.O. Box 2048
Greenville, SC  29602
Telephone: (864) 240-3226
Facsimile: (864) 240-3300 (fax)

Robert E. Kerrigan, Jr.
Email: rkerrigan@dkslaw.com

DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA  70131
Telephone: (504) 593-0619
Facsimile: (504) 566-1201

*Attorneys for Defendants USG Corporation,*
*United States Gypsum Company,*
*USG Interiors, Inc., and L&W Supply Corporation*
*d/b/a Seacoast Supply*

July 15, 2014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of July, 2014.

*/s/ W. David Conner*