IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: *Caldwell v. Knauf Gips KG et al.* | ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| CASE NO.: 10-CV-340 | ) ) | |

**MOTION TO SEVER CLAIMS ASSERTED AGAINST USG CORPORATION, UNITED STATES GYPSUM COMPANY, USG INTERIORS, INC., AND L&W SUPPLY CORPORATION D/B/A SEACOAST SUPPLY**

Defendants USG Corporation, United States Gypsum Company, USG Interiors, Inc. (collectively "USG"), and L&W Supply Corporation d/b/a Seacoast Supply ("L&W Supply") respectfully move this Court pursuant to Federal Rule of Civil Procedure 21 for entry of an order severing the claims asserted against them by Plaintiff, The State of Louisiana *ex. rel.* Buddy Caldwell. This Motion is made in the alternative to the request of the Defendants in the Amended Notice of Removal to dismiss or sever the claims against the improperly joined, non-diverse defendant, Interior Exterior Building Supply, L.P. ("INEX").

In the event this Court declines to exercise its discretion to dismiss or sever the claims against INEX as suggested in the Amended Notice of Removal, Defendants USG and L&W Supply respectfully submit that Plaintiff's claims against them should be severed and tried in a separate action. Severance of these claims is appropriate because the claims Plaintiff asserts against USG and L&W Supply are not linked—either legally or logically—to the claims and allegations asserted against INEX or the other defendants, but are separate and distinct claims that can be more efficiently litigated in separate actions. Severance of the claims against USG

and L&W Supply will permit the Court to retain jurisdiction over those claims. The grounds for this Motion are set forth in further detail in the Supporting Memorandum filed contemporaneously with this Motion.

        Respectfully submitted,

        */s/ W. David Conner*

        _____
        W. David Conner (SC Bar # 66358; Fed. # 5986)
        Email: dconner@hsblawfirm.com
        Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
        Email: mgmcdonald@hsblawfirm.com
        Charles Sprinkle (SC Bar # 70630; Fed. # 9712)
        Email: csprinkle@hsblawfirm.com
        Christopher B. Major (SC Bar # 72872; Fed. # 9382)
        Email: cmajor@hsblawfirm.com

        HAYNSWORTH SINKLER BOYD, P.A.
        P.O. Box 2048
        Greenville, SC  29602
        Telephone: (864) 240-3226
        Facsimile: (864) 240-3300 (fax)

        Robert E. Kerrigan, Jr.
        Email: rkerrigan@dkslaw.com

        DEUTSCH KERRIGAN & STILES
        755 Magazine Street
        New Orleans, LA  70131
        Telephone: (504) 593-0619
        Facsimile: (504) 566-1201

        *Attorneys for Defendants USG Corporation,*
        *United States Gypsum Company,*
        *USG Interiors, Inc., and L&W Supply Corporation*
        *d/b/a Seacoast Supply*

July 15, 2014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of July, 2014.

*/s/ W. David Conner*