UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 <br><br> SECTION L |
| | * | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: <br> Caldwell vs. Knauf Gips KG et al | * * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| CASE NO.: 10-cv-340 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice that the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 6, 2014, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Defendant's Motion to Sever Claims Asserted Against USG Corporation, United States Gypsum Company, USG Interiors, Inc., and L&W Supply Corporation D/B/A Seacoast Supply filed Haynsworth Sinkler Boyd, P.A., and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

*/s/ W. David Conner*

_____
W. David Conner (SC Bar # 66358; Fed. # 5986)
Email: dconner@hsblawfirm.com
Moffatt G. McDonald (SC Bar # 3784; Fed. # 2805)
Email: mgmcdonald@hsblawfirm.com
Charles Sprinkle (SC Bar # 70630; Fed. # 9712)
Email: csprinkle@hsblawfirm.com
Christopher B. Major (SC Bar # 72872; Fed. # 9382)
Email: cmajor@hsblawfirm.com

HAYNSWORTH SINKLER BOYD, P.A.
P.O. Box 2048
Greenville, SC  29602
Telephone: (864) 240-3226
Facsimile: (864) 240-3300 (fax)

Robert E. Kerrigan, Jr.
Email: rkerrigan@dkslaw.com

DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA  70131
Telephone: (504) 593-0619
Facsimile: (504) 566-1201

Attorneys for Defendants USG Corporation,
United States Gypsum Company,
USG Interiors, Inc., and L&W Supply Corporation
d/b/a Seacoast Supply

July 17, 2014

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 17th day of July, 2014.

*/s/ W. David Conner*