UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Case No. 09-4115 ("***Mitchell***")**
*Gross, et al. v. Knauf Gips KG, et al.*, **Case No. 09-6690 ("***Gross***")**
*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361 ("***Wiltz***")**
*State of Louisiana , ex. rel. James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al.*, **Case No. 10-340**
*Steiner, et al. v. BNBM, et al.*, **Case No. 09-6545**
*Abel, et al. v. Taishan Gypsum Co., Ltd.*, **Case No. 11-080**
*Haya et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-1077**
*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 12-0498**
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case Nos. 11-1395, 11-1672, 11-1673**

**MOTION TO WITHDRAW
<u>AS COUNSEL OF RECORD</u>**

For the reasons articulated in the attached memorandum in support, which is incorporated herein as if stated in full, the undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP")(together, the "Taishan Defendants") in the above-captioned matters (collectively "Counsel"), respectfully move to withdraw as counsel of record for the Taishan Defendants in

the above matters pursuant to Louisiana Rule of Professional Conduct 1.16 as they have been discharged as the Taishan Defendants' counsel.

WHEREFORE, Counsel respectfully requests that this Court grant this Motion and issue an order stating that Counsel are discharged as the Taishan Defendants' counsel of record in the above matters.

Respectfully submitted,

*/s/ Thomas P. Owen Jr.*
Joe Cyr
Frank T. Spano
Courtney L. Colligan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail, on the clients TG and TTP by e-mail and by Express Mail Service, which is the available postal/courier service in China, and upon all parties by electronically uploading the same to Lexis Nexus File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2014.

                                                                     */s/ Thomas P. Owen, Jr.*