UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Case No. 09-4115 ("***Mitchell***")**
*Gross, et al. v. Knauf Gips KG, et al.*, **Case No. 09-6690 ("***Gross***")**
*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361 ("***Wiltz***")**
*State of Louisiana , ex. rel. James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al.*, **Case No. 10-340**
*Steiner, et al. v. BNBM, et al.*, **Case No. 09-6545**
*Abel, et al. v. Taishan Gypsum Co., Ltd.*, **Case No. 11-080**
*Haya et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-1077**
*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 12-0498**
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case Nos. 11-1395, 11-1672, 11-1673**

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL OF RECORD**

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP")(together, the "Taishan Defendants") in the above-captioned matters (collectively "Counsel"), submit this memorandum in support of their motion to withdraw as counsel of record for the Taishan Defendants in the above-referenced matters, which constitute the matters either in which Counsel

has appeared on behalf of the Taishan Defendants, or in which Plaintiffs claim to have served the Taishan Defendants through Counsel pursuant to the Court's June 25, 2014 Order.

Local Rule 83.2.11 allows counsel to withdraw from representing a party in a case with the Court's permission. To withdraw from a case without substituting counsel, counsel must file a written motion served on opposing counsel and the client. *Id*.

The Louisiana Rules of Professional Conduct of the Supreme Court of the State of Louisiana ("LRPC") apply to all lawyers admitted to practice before this Court. Disc. Rule 1.2. LRPC 1.16(a) requires a lawyer to withdraw from the representation of a client if "the lawyer is discharged."

On May 20, 2014, the United States Fifth Circuit Court of Appeal ("Fifth Circuit") issued its opinion affirming the District Court's September 4, 2012 Order & Reasons, which found the Taishan Defendants subject to jurisdiction in Louisiana and Florida in the matters of *Mitchell, Gross* and *Wiltz* and refused to vacate the default entered in *Mitchell*. *In re Chinese Manufactured Drywall Products Liability Litigation*, --- F.3d ----, 2014 WL 2111672 (5th Cir. 2014). The Fifth Circuit issued the mandate on that decision on June 11, 2014.

During this time and thereafter, Counsel has notified the Taishan Defendants of the outcome of the appeal and their options going forward, including the option of filing a petition for certiorari with the United States Supreme Court on or before August 18, 2014.

On July 13, 2014, Counsel received from each of the Taishan Defendants a letter notifying Counsel that they were "immediately terminat[ing] the engagement agreement and representation relationships" with respect to "all the Chinese drywall cases filed against [the Taishan Defendants] in all the US courts, whatever stages such cases are in at present."

Because the Taishan Defendants have terminated their engagement with Counsel, Counsel is required under the LRPC to withdraw from its representation of the Taishan Defendants in this litigation. Accordingly, Counsel respectfully request that they be allowed to withdraw from this litigation as is required under Rule 1.16.

Respectfully submitted,

*/s/ Thomas P. Owen Jr.*
Joe Cyr
Frank T. Spano
Courtney L. Colligan
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Courtney.colligan@hoganlovells.com

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
rcs@stanleyreuter.com
tpo@stanleyreuter.com

**Attorneys for Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co., Ltd.**

3

**LOCAL RULE 83.2.11 CERTIFICATE OF SERVICE**

In compliance with Local Rule 83.2.11, Counsel submit that the following is the most current contact information for TG:

Taishan Gypsum Co. Ltd.
Att: Jia Tongchun
Da Wenkou
Shandong Province, Taian City
271026 China
Tel: +86.538.8811077

In compliance with Local Rule 83.2.11, Counsel submit that the following is the most current contact information for TTP:

Tai'an Taishan Plasterboard Co., Ltd.
Attn: PENG Shiliang
Da Wenkou, Houzhou Village
Daiyue District, Tai'an City
Shandong Province
271026, China
Tel: +86 538 8812017

In addition, Counsel hereby certify that they have sent notice to TG and TTP of all deadlines and pending court appearances, by electronic mail and also by Express Mail Service, which is the available postal/courier service in China, and to opposing counsel.

/s/ Thomas P. Owen Jr.

4

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail, on the clients TG and TTP by e-mail and by Express Mail Service, which is the available postal/courier service in China, and upon all parties by electronically uploading the same to Lexis Nexus File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2014.

                                */s/ Thomas P. Owen, Jr.*