UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATION SEVENTH STATUS REPORT
FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this seventh report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of July 15, 2014.

1

**<u>Real Property Claims</u>**

The Special Master has completed review of Real Property claims in accordance with the Court's June 23, 2014 Order regarding the application of Section 10 of the Allocation Plan (Rec. Doc. 17778) and is now in the process of issuing Real Property Determination Notices to Class Members who have established eligibility to receive Real Property payments.

Fannie Mae (the Federal National Mortgage Association) has asserted nine Real Property claims for Affected Properties for which individual former homeowners have also submitted eligible Real Property claims. The Special Master is currently working with Class Counsel to determine how to address these duplicate claims.

With the exception of the nine duplicate Fannie Mae claims, the Special Master is issuing Real Property Determination Notices for each of the 262 currently active Real Property claims setting forth the Special Master's determinations as to the following:

1. The settlements in which the claim is eligible to participate;
2. The name of each class member who is entitled to receive payment for the claim;
3. The square footage under air of the Affected Property;
4. Whether the class member has satisfied the requirements of Section 10 of the Allocation Plan; and
5. Identification of Deficiencies that remain uncured.

Class members will be given the opportunity to appeal the Special Master's determinations as set forth in the Real Property Determination Notice by submitting a written notice of appeal to the Special Master setting forth the basis of the appeal and providing any additional documentation in support thereof. The Special Master will only consider appeals submitted within thirty days of issuance of the corresponding Real Property Determination Notice, with exception only where good cause is shown. Upon receipt of an appeal, the Special Master will conduct a *de novo* review of the corresponding claim and will consider all documents and information related to the claim, after which the Special Master will issue an

Appeal Determination in writing to the class member. Class Members will have fifteen days after service of an Appeal Determination to appeal to the Court by filing an objection to the Special Master's determination with the Court. The Court's decision regarding any objection will be final, with no further appeals permitted. Upon resolution of all appeals, the Special Master will begin allocation of the Real Property funds.

**Other Loss Claims**

The Special Master continues to review Other Loss claims for substance. The Special Master is working with Class Counsel to resolve questions that have arisen in the course of its review. Where Brown Greer has established processes for administering Other Loss claims in the MDL, and the Special Master will work with Brown Greer to ensure that administration of Other Loss claims in the Virginia-based settlements is consistent with administration of Other Loss claims in the MDL, to the degree possible.

**Communications with Class Members and Counsel**

Should any Class Member and/or Counsel wish to communicate with the Special Master, any communication should be sent to chinesedrywall@garretsongroup.com. The Special Master has received and responded to inquiries and will continue to do so.

**Conclusion**

The Special Master submits this seventh report to the Court to inform the Court of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule. The Special Master will continue to provide periodically such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: July 15, 2014                           */s/ Matthew L. Garretson, Esq.*
                                               Matthew L. Garretson, Esq.
                                               GARRETSON RESOLUTION GROUP
                                               6281 Tri-Ridge Boulevard, Suite 300
                                               Cincinnati, OH 45140
                                               Phone: (513) 794-0400
                                               mlg@garretsongroup.com
                                               *Chinese Drywall Special Master*