UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: All Cases | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the above and foregoing, Motion to Enroll **James Parish** (LSBA No. 34017) and **Daniel J. Dysart** (LSBA No. 33812) of the law firm of Frilot LLC as additional counsel in the above-captioned cause;

**IT IS ORDERED** that **James Parish** and **Daniel J. Dysart** of the law firm of Frilot LLC be and are hereby enrolled as additional counsel for Knauf Defendants in the above-captioned cause.

New Orleans, LA, this ___15th___ day of _____July_____, 2014.

_____
JUDGE ELDON E. FALLON