UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a motion filed by claimants VIT, Inc., Eloise Thomley and Thomas W. Thomley, asking the Court to authorize them to submit a late other loss fund claim.  (Rec. Doc. 17848).

**IT IS ORDERED** that this motion is hereby set for submission, without oral argument, on August, 13, 2014.

**IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee, and any other interested party, should submit a response to the Court on or before August 1, 2014.

New Orleans, Louisiana this 17th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE