MINUTE ENTRY
FALLON, J.
JULY 17, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Karen Ibos

Appearances:   Robert Johnston, Esq., Pro Se Curator
                         Plaintiff Peter Thriffiley appeared on behalf of himself and his wife, Pro Se

1.  Plaintiffs, Peter S. Thriffiley and Jeannette N. Thriffiley, for Authority to File Claim  (17834)

2.  Motion of Pro Se Curator, Robert M. Johnston, regarding Late Knauf Claims (17837)

After comments were made by the Court regarding these two motions, the motions are CONTINUED without date


3. Motion of Defendant Banner Supply Company Pompano LLC to enforce its injunction barring claims by non-opt out plaintiffs against Banner entities and to further enjoin Plaintiff  Ralph Mangiarelli, Jr. ("Plaintiff") from continuing to prosecute his claims arising from or otherwise related to Chinese drywall against Banner Pompano in the Circuit Court of the 17th Judicial Circuit of Broward County, Florida. (17744)

Motion was GRANTED as unopposed



JS10:   : 04