MINUTE ENTRY
FALLON, J.
JULY 17, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED<br>    DRYWALL PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 2047<br><br> SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-6687,09-4115, 09-6690, 10-361, 10-340,<br>09-6545, 11-80, 11-1077, 12-498, 11-1395,<br>11-1672, 11-1673 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Karen Ibos

---

Appearances:   Arnold Levin, Esq. and Gerald Meunier, Esq. for  Plaintiffs'
               Tom Owen, Esq. for Taishan Defendants

1. Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Counsel for Defendant Taishan Gypsum Co. Ltd. (17846)

2. Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Counsel  for Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd.   (17858)

Current counsel for Taishan defendants appeared regarding the above two motions and the Court CONTINUED these matters, to be reset for a later date and time.

3. Motion to Examine Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd. as a Judgment Debtor by Plaintiff-Intervenors Deborah and William Morgan, Jerry and Inez Baldwin, Joe and Cathy Leach, Robert and Lisa Orlando, Fred and Vanessa Michaux, Preston and Rachel McKellar, Steven and Elizabeth Heischober    (17760)

Corporate Representatives for Taishan Defendants failed to appear for the Judgment Debtor Examination and IT WAS ORDERED that the Motion is GRANTED.  The Court will issue it's written reasons regarding this motion.


JS10:   : 20