UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from David and Margaret Piche. **IT IS ORDERED** that this correspondence be filed into the record. The Piches explain that they have had issues with their attorney, James Doyle, and have not been able to communicate with him in order to receive updates about the status of the case.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence, contact the attorney, and inform the Court if it needs to get involved.

New Orleans, Louisiana, this 18th day of July, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
David & Margaret Piche
292 Traveller's Court
Satsuma, Alabama 36572

James A. Doyle
2100 Southbridge Pkwy, Suite 650
Birmingham, Alabama 35209
VA 23455