292 Traveller's Court
Satsuma, Alabama 36572

RECEIVED
JUL 14 2014
Chambers of
U.S. DISTRICT JUDGE

Federal District Court
Judge Eldon Fallon
500 Poydras St. Room C 456
New Orleans, LA 70130

Your Honor:

We are claimants in the Toxic Chinese Drywall class action lawsuit with Atty. James V. Doyle as our attorney of record.

Since the beginning we have had issues with Mr. Doyle regarding his lack of response to our requests for information. The latest incident is the most troubling and we were advised that contacting you directly would probably be our best course of action. In January we were asked to submit documentation and pictures in preparation for the final stage of remediation. Although we had submitted this before, we resubmitted it. We were told at that time that a settlement should be reached within a couple of months. Since that time we have attempted reaching him via phone calls and e-mails with absolutely no response and rarely speaking with an office employee. Approximately one month ago, we did get to speak with a person who told us that, yes, Mr. Doyle was in his office at that time but was not taking calls as he was in the process of writing an e-mail that he intended getting out to his clients that evening. We never received such an e-mail. Subsequently, our attempts to receive an update on the status of the suit have also been ignored. We realize that he has a very busy practice but apparently he is a one lawyer operation. July 3, 2014 we sent a registered letter to his Birmingham office stating that if we did not receive word from him by July 14 we would feel compelled to file a grievance with the Alabama Bar Assoc. The letter was received by someone in his office on Mon., July 7, and subsequently sent back to us unopened on July 8 and marked "return to sender".

We understand that lawsuits of this sort do not always adhere to the "hoped for early settlement" so that is not our issue. It is simply the inability to not only not hear from our attorney but actually have misgivings as to his professionalism. A simple short response from him on occasion would have done much to allay our fears and prevent this, or any further consequences to him.

We are not contacting you with the intent of seeking your intervention in his lackadaisical office practice, but we wanted it to be on record with the court that we remain his clients until all is settled and, in the event that anything should occur that indicates otherwise, we are not aware of it.

Sincerely,

David J. Piche
Margaret L. Piche

David & Margaret Piche



MARGARET PICHE
292 TRAVELLERS CT
SATSUMA, AL 36572



Federal District Court
Judge Eldon Fallon
500 Poydras St., Room 456
New Orleans, LA 70130

7013 0730 0316