

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED          MDL 2047
DRYWALL PRODUCTS
LIABILITY LITIGATION                 SEC. L

This document relates to Civil Action    Mag. 2
09-6687

On July 2, 2014, plaintiffs, Germano, et al, filed a Bill of Costs in this MDL Action relating to Civil Action 09-6687. Any opposition to this Bill of Costs shall be filed on or before **August 25, 2014.** If no opposition is filed, the matter will be submitted on that date.

If opposition is received on or before **August 25, 2014,** any reply memoranda shall be filed not later than 14 days after the filing of the opposition.

New Orleans, Louisiana, this 21st day of July, 2014.

_____
Carol L. Michel, Chief Deputy Clerk
for William W. Blevins, Clerk of Court

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____