UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  :  MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION  :  SECTION: L
 :
 :  JUDGE FALLON
 :  MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

**ORDER**

    Before the Court are two motions regarding late filed claims.  The first is a motion for authority to file claims in the Global, Banner, Inex Repair and Relocation Expense Settlement Program, filed by Patricia Mitchell, John Mitchell IV, and Jordan Mitchell.  (Rec. Doc. 17784). The second is a motion to submit late other loss fund claims, filed by VIT Inc., Eloise Thomley, and Thomas W. Thomley.  (Rec. Doc. 17848).

    The Court ordered the Plaintiffs' Steering Committee to respond to the first of these motions, which was set for submission at the July monthly status conference.  The Plaintiffs' Steering Committee responded and opposes this motion.  The Plaintiffs' Steering Committee explains that over eight months have transpired since the October 25, 2013 deadline to submit claims.  (Rec. Doc. 17795).  The Plaintiffs' Steering Committee argues that "time for late-filed claims, barring extraordinary circumstances, has come and gone."  (Rec. Doc. 17795).

    The Court, likewise, has previously expressed its concern over late-filed claims. At the last status conference, Brown Greer indicated that it will soon begin making payments from the various Settlement Funds. Under these circumstances, the Court can no longer allow such late-filed claims, without the presence of exceptional circumstances. Neither the Mitchells' case nor

the Thomleys' case present such exceptional circumstances. Accordingly,

**IT IS ORDERED** that the Mitchells' Motion to File a Claim is **DENIED.**

**IT IS FURTHER ORDERED** that the Thomleys' Motion to File a Claim is **DENIED.**

New Orleans, Louisiana this 21st day of July, 2014.

_____
United States District Judge