

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
This Document Relates to All Cases : MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

## ORDER

The Court received and reviewed the attached correspondence from Linda May. **IT IS ORDERED** that this correspondence be filed into the record. Ms. May explains that she has had issues with her attorney, James Doyle, and has not been able to communicate with him in order to receive updates about the status of the case.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence, contact the attorney, and inform the Court if it needs to get involved.

New Orleans, Louisiana, this 18th day of July, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Ms. Linda May
905 Moonlite Drive
Odenville, AL 35120

James A. Doyle
2100 Southbridge Pkwy, Suite 650
Birmingham, Alabama 35209
VA 23455

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____