July 16, 2014

Linda May
905 Moonlite Drive
Odenville, AL 35120
(205) 410-7435

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA 70130

RE: Toxic Chinese Drywall

Dear Judge Fallon:

I am a victim of toxic Chinese drywall. I purchased my brand new home on August 7, 2007 at 905 Moonlite Drive, Odenville, AL 35120. I was starting over on my own with my sixteen year old son and twenty year old daughter after my twenty-six years of marriage ended.

Since being in our home we experienced unexplained bald spots in our heads, thinning of the hair, multiple health issues, as well as the air condition/heating unit frequently failing to work, once or twice a year. Also, several electronic devices stop working, jewelry changing colors, and a fowl odor lingers in our home.

My family and I were in our home five years when the air condition broke again. The repair man, Randy Davis told me about several homes having the same issues with their air condition/heating unit in the next subdivision. I contacted one of the neighbors, Brian Labor. He told me he had toxic Chinese drywall in his home and Attorney Jimmy Doyle was working on his case. I contacted Attorney Jimmy Doyle of Birmingham, Alabama and set up an appointment. On August 21, 2012 Attorney Doyle came to my home, inspected, and confirmed I had toxic Chinese drywall in my home. I was devastated and did not know what I needed to do, but trusted Attorney Doyle would guide me through this unfortunate process. I became very concerned and worried about what the toxic drywall had done and continue to do to me, my children, and newborn grandson's health along with the continual expense of fixing the air condition unit, and other electronic devices in the home. Almost two years ago Attorney Doyle assured me I was just in time for my home to be repaired because the first group of homeowner's homes was already being repaired. So, I patiently waited because I truly want my home to be a livable, safe, enjoyable and healthy home for my family.

I have experienced difficulties contacting and communicating with my attorney, Jimmy Doyle. July 18, 2013 to August 14, 2013 I called his office leaving voice messages and messages with his receptionist. Within that time frame he never called me back. I decided on August 9, 2013 to send him an email stating my frustration of having the toxic drywall in my home, asking for contact information concerning Bank of America's special forbearance program, and the added stress of him not responding to messages I've left him. On August 15, 2013 he responded to my email I sent on August 9, 2013 stating that he would be in the office all day tomorrow, August 10, 2013 if I wish to call him then. February 16, 2014 Attorney Doyle sent a massive email stating we had won our case. He stated April 27, 2013 would be the dead line for Tiashan to take the case to the Supreme Court. February 22, 2014 I received an

email from Attorney Doyle requesting me to sign Miscellaneous Claim and Global Claim forms in the non-manufacturer related class settlement that I had signed before. I signed the forms again and emailed them back to Attorney Doyle on February 24, 2014. February 28, 2014 I received an email from him asking me for the builder of my home contact information as well as the same forms I emailed to him recently. With the address I provided, he was able to get a phone number. Since that time I have tried to reach Mr. Doyle for an update on the case and have not gotten a call or email to date. I feel he has abandoned me as my lawyer.

Doing my search for answers I turned to the internet. I came across a site called Chinese Drywall Complaint Center. They developed a possible forbearance letter to send to the mortgage company concerning the toxic drywall that has impacted so many homes. This would allow homeowners to work with the mortgage companies to prevent foreclosures. I decided to reach out to my mortgage company, Bank of America August 9, 2013 to discuss a special forbearance agreement for homeowners with toxic Chinese drywall. In my efforts I finally reached Isabel Barber at Bank of America and she gave me a list of documents needed to review for consideration of the special forbearance program due to Chinese Drywall. I emailed the documents March 20, 2014 to Isabel.barber@bankofamerica.com. Afterward, I called and emailed Ms. Barber, leaving messages for her to give me an update. She did not return my calls. On her voice messages she gave Geraldine Guebara 213.345.8582 for a contact person if she could not be reached. I spoke with Ms. Guebara June 12, 2014. She said "Isabel Barber has a new position and no longer handles the special forbearance program. Ms. Guebara did not know who handles the customers with toxic Chinese drywall in their homes. She took my name, phone number, and account number to give to Ms. Barber. I have not received a phone call as of to date.

October 11, 2012 my daughter and newborn grandson moved and April 19, 2014 my son and I moved out of our home because of the toxic, unsafe condition and health issues due to the Chinese Drywall. This has placed a great uncertainty and financial burden on my family. In my effort of being patient, respectful to my lawyer and mortgage company, and by continuing to pay my mortgage has affected me physical and mentally. I realize that I am not the only one that is suffering from this great, unbearable tragedy. On behalf of all homeowners who are suffering financially, physically, and mentally because of toxic Chinese drywall, I hope a fair and just settlement will be reached soon! Leaving no one to be left out!

Eventually, I will have to make a hard choice to walk away from my home entirely because of the financial and emotional burden the toxic Chinese drywall has place on me. I will not be able to afford to keep going through this emotional and financial roller coaster. I am fifty three years old and would like this time of my life to live healthy, happy, and free from the burdens of toxic Chinese drywall.

At this point I don't know what to do! So, I am reaching out for help! I appreciate all that has been done to elevate this toxic Chinese drywall tragedy, but I truly need to know what my options are.

Sincerely,

*Linda May*

Linda May

CC:   Robert Bentley, Governor of Alabama
      Eric Holder, United States Attorney General
      Luther Strange, Alabama Attorney General
      Richard Shelby, United States Senator
      Senator Bill Nelson, United States Senator