**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                              MDL NO. 2047

                                                        SECTION: L

                                                        JUDGE FALLON
                                                        MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Germano, et al v. Taishan Gypsum Co., Ltd., et al., No. 09-6687*
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 ("*Mitchell*")
*Gross*, *et al. v. Knauf Gips KG, et al.*, Case No. 09-6690 ("*Gross*")
*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co. et al.*, Case No. 10-361("*Wiltz*")
*State of Louisiana , ex. rel. James D. ("Buddy") Caldwell, the Attorney General of Louisiana*
*v. Knauf Gips KG, et al.*, Case No. 10-340
*Steiner, et al. v. BNBM, et al.*, Case No. 09-6545
*Abel, et al. v. Taishan Gypsum Co., Ltd.*, Case No. 11-080
*Haya et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-1077
*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 12-0498
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case Nos. 11-1395, 11-1672, 11-1673
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental

Memorandum in Support of PSC's Consolidated Opposition to Motions to Withdraw as Counsel of

Record;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached

Supplemental Memorandum in Support of PSC's Consolidated Opposition to Motions to Withdraw

as Counsel of Record be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2014.

                                        _____
                                        Eldon E. Fallon
                                        United States District Court Judge