UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Germano, et al v. Taishan Gypsum Co., Ltd., et al.*, No. 09-6687
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 ("*Mitchell*")
*Gross, et al. v. Knauf Gips KG, et al.*, Case No. 09-6690 ("*Gross*")
*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co. et al.*, Case No. 10-361("*Wiltz*")
*State of Louisiana , ex. rel. James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al.*, Case No. 10-340
*Steiner, et al. v. BNBM, et al.*, Case No. 09-6545
*Abel, et al. v. Taishan Gypsum Co., Ltd.*, Case No. 11-080
*Haya et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 11-1077
*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case No. 12-0498
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Case Nos. 11-1395, 11-1672, 11-1673

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Supplemental Memorandum in Support of PSC's Consolidated Opposition to Motions to Withdraw as Counsel of Record;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Supplemental Memorandum in Support of PSC's Consolidated Opposition to Motions to Withdraw as Counsel of Record be and is hereby filed into the record.

New Orleans, Louisiana, this 22nd day of July, 2014.

Eldon E. Fallon
United States District Court Judge