UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE WILKINSON
..................................................:

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a Motion for Leave to File in Excess of Pages Limits a Motion to Certify Class pursuant to Rules 23(a)(1)-(4) and 23(b)(3). (Rec. Doc. 17877).

**IT IS ORDERED** that the request for leave to file in excess of page limits is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Certify Class is set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Wednesday, September 10, 2014.

**IT IS FURTHER ORDERED** that parties who want to respond to this motion do so by Wednesday, August 13, 2014.

New Orleans, Louisiana, this 23rd day of July, 2014.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT COURT JUDGE