UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| Payton, et. al. v. Knauf Gips, KG, et. al., | : | MAG. JUDGE WILKINSON |
| Case No. 2:09-cv-07628 | : | |

## ORDER

Before the Court is a motion to appoint guardians for Jean Kenol Laraque and Gueldie Jean-Pierre. (Rec. Doc. 17713). Plaintiffs' counsel explains that his clients are unable to agree about which settlement option to choose.

**IT IS ORDERED** that the Pro Se Curator, Robert Johnston, is hereby **APPOINTED** guardian for the named Plaintiffs, subject to the understanding that Plaintiffs are themselves responsible for compensating the guardian, at an amount agreed to between the Plaintiffs and the guardian.

New Orleans, Louisiana, this 23rd day of July, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE