UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court are motions to withdraw as counsel for the Taishan Entities (Rec. Docs. 17846, 17858), and a motion to sever claims asserted against U.S. Gypsum Company, et al. (Rec. Doc. 17857). Plaintiffs' Steering Committee has already responded to the motions to withdraw (Rec. Docs. 17863, 17874).

**IT IS ORDERED** that these three motions are set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on Wednesday, August, 13, 2014.

**IT IS FURTHER ORDERED** that parties who want to respond to this motion do so by Friday, August 1, 2014.

New Orleans, Louisiana, this 22 day of July, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE