UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL | * | MAG.JUDGE WILKINSON |
| CASES | * | |
| | * | |

**************************************************

PLAINTIFFS, JOHN & SHARON COLOMB'S
NOTICE OF REMEDIATION

NOTICE IS HEREBY given that John and Sharon Colomb, Plaintiffs in the above

captioned matter, will begin remediation of their property beginning on July 28, 2014. The

property will be made available to any party in the above captioned matter prior to the date of

commencement of remediation. Anyone desiring to view the property should contact Leonard A.

Davis or Vickie Lory by telephone at (504) 581-4892 or by email at vlory@hhklawfirm.com.

Respectfully submitted,

/s/ Leonard A. Davis
_____
RUSS M. HERMAN, La. Bar No. 6819
LEONARD A. DAVIS, La. Bar No. 14190
STEPHEN J. HERMAN, La. Bar No. 23219
JOSEPH E. "JED" CAIN, La. Bar No. 29785
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:     (504) 581-4892
Fax No.:        (504) 561-6024
*Attorneys for the Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs, John and Sharon Colomb 's, Notice of Remediation, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of July, 2014.

/s/ Leonard A. Davis

LEONARD A. DAVIS