UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:   L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL | * | MAG.JUDGE WILKINSON |
| CASES | * | |
| | * | |

**************************************************

# NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY PLAINTIFFS, JOHN & SHARON COLOMB

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Plaintiffs, John and Sharon Colomb, hereby give notice of their intention to dispose of physical evidence. Any person or entity wishing to inspect this physical evidence must do so within 30 days of the date of this Notice upon reasonable notice to John and Sharon Colomb by contacting: Leonard A. Davis by telephone at (504)581-4892 or by email at ldavis@hhklawfirm.com.  Upon the expiration of the 30-day period, John and Sharon Colomb may dispose of such physical evidence.

Respectfully submitted,

/s/ Leonard A. Davis
_____
**RUSS M. HERMAN, La. Bar No. 6819**
**LEONARD A. DAVIS, La. Bar No. 14190**
**STEPHEN J. HERMAN, La. Bar No. 23219**
**JOSEPH E. "JED" CAIN, La. Bar No. 29785**
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:    (504) 581-4892
Fax No.:        (504) 561-6024
*Attorneys for the Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs, John and Sharon Colomb's, Notice of Disposal, has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail <u>or</u> by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in Accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of July, 2014.

                                          /s/ Leonard A. Davis

                                          LEONARD A. DAVIS