UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Due to a scheduling conflict, **IT IS ORDERED** that the September monthly status conference in this matter is changed to September 18, 2014, at 9:00. The conference call information remains the same: to audit, call (800) 260-0702 and enter access code 332398. This order thus modifies the Court's July 17, 2014 minute entry, (Rec. Doc. 17865).

New Orleans, Louisiana, this 24th day of July, 2014.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT COURT JUDGE