UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a motion to sever claims asserted against U.S. Gypsum Company, et al. (Rec. Doc. 17857). In light of the May 20, 2014 joint scheduling order in this matter, (Rec. Doc. 17697),

**IT IS ORDERED** that argument on the motion to sever is **CONTINUED** and will not be heard on August 13, 2014. This order modifies the Court's July 23, 2014 order as it relates to the motion to sever, (Rec. Doc. 17885).

New Orleans, Louisiana, this 24th day of July, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE