UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE –MANUFACTURED DRYWALL | * | MDL. No. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION:  L |
| | * | |
| **THIS DOCUMENT RELATES TO ALL CASES** | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY BBL-FLORIDA, LLC</u>

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, BBL-Florida,

LLC hereby gives notice of its intention to dispose of the physical evidence that BBL-Florida, LLC

was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or

entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this

notice upon reasonable notice to BBL-Florida, LLC by contacting Jeffrey M. Paskert, Esq. by

telephone at (813) 229-3500 or by e-mail at jpaskert@mpdlegal.com.  Upon the expiration of the

thirty-day period, BBL-Florida, LLC may dispose of such physical evidence.

DATED:  July 25, 2014

Respectfully submitted,

MILLS PASKERT DIVERS


/s/ Jeffrey M. Paskert
Jeffrey M. Paskert
Email:  jpaskert@mpdlegal.com
Secondary:  jegusquiza@mpdlegal.com
Florida Bar No. 846041
100 North Tampa Street, Suite 3700
Tampa, FL  33602
Telephone:  (813) 229-3500
Facsimile: (813) 229-3502
*Attorney for BBL-Florida, LLC*