UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL. No. 2047 |
| | | SECTION:  L |
| **THIS DOCUMENT RELATES TO ALL CASES** | * * * | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE BY ROTTLUND HOMES OF FLORIDA, INC.

Subject to the requirements of Pretrial Order No. 1(I), dated January 24, 2012, Rottlund Homes of Florida, Inc. hereby gives notice of its intention to dispose of the physical evidence that Rottlund Homes of Florida, Inc. was previously preserving pursuant to the requirements of Pretrial Order No. 1B.  Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to Rottlund Homes of Florida, Inc. by contacting Jeffrey M. Paskert, Esq. by telephone at (813) 229-3500 or by e-mail at jpaskert@mpdlegal.com.  Upon the expiration of the thirty-day period, Rottlund Homes of Florida, Inc. may dispose of such physical evidence.

DATED:  July 25, 2014

                                                Respectfully submitted,

                                                MILLS PASKERT DIVERS

                                                /s/ Jeffrey M. Paskert
                                                Jeffrey M. Paskert
                                                Email:  jpaskert@mpdlegal.com
                                                Secondary:  jegusquiza@mpdlegal.com
                                                Florida Bar No. 846041
                                                100 North Tampa Street, Suite 3700
                                                Tampa, FL  33602
                                                Telephone:  (813) 229-3500
                                                Facsimile: (813) 229-3502
                                                *Attorney for Rottlund Homes of Florida, Inc.*