UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |
| _____/ | |

**THE HOMEBUILDERS' STEERING COMMITTEE'S AND VARIOUS HOMEBUILDERS' OBJECTION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR ADDITIONAL COMMON BENEFIT ASSESSMENTS**

The Homebuilders' Steering Committee ("HSC") and Various Homebuilders[1] respectfully submit their objection to the Plaintiffs' Steering Committee's Motion for Additional Common Benefit Assessments [DE 17831], and as grounds therefor states:

1. On July 9, 2014, the PSC filed its Motion for Additional Common Benefit Assessments ("Motion"), seeking "additional common benefit assessments from those other Chinese Drywall cases and claims that were not participating in any of the various

---

[1] The homebuilders specifically joining in this objection include Lennar Corporation; Lennar Homes, LLC f/k/a Lennar Homes, Inc.; U.S. Home Corporation; Meritage Homes Corporation; Meritage Homes of Florida, Inc.; Meritage Homes of Texas, LLC; G.L. Homes of Florida Corporation; Miramar Associates IV, LLLP; Hillsborough County Associates II, LLLP; G.L. Homes of Sunset Lakes Associates, Ltd.; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; Boynton Beach Associates XVI, LLLP; Toll Estero Limited Partnership; Toll Bros., Inc.; GH Vero Beach Development, LLC; Richmond American Homes of Texas, LP; Taylor Morrison, Inc.; Taylor Morrison of Florida, Inc.; Taylor Morrison Services, Inc.; Taylor Woodrow Communities at Vasari, L.L.C.; The Ryland Group, Inc.; KB HOME Tampa LLC; KB HOME Florida LLC; KB HOME Treasure Coast LLC; KB HOME Jacksonville LLC; KB HOME Orlando LLC; KB HOME Fort Myers LLC; KB HOME/Shaw Louisiana LLC; Standard Pacific of South Florida; Standard Pacific of South Florida GP, Inc.; Standard Pacific of Tampa GP, Inc.; HWB Construction, Inc.; Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc.; Standard Pacific of Southwest Florida GP, Inc.; M/I Homes, Inc. and its past and present subsidiaries and affiliates, including without limitation, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC, and M/I Homes of Florida, LLC; Florida Home Partnership, Inc.; Weekley Homes, LLC f/k/a Weekley Homes, L.P.; and David Weekley Homes, LLC

Class Action Settlement Agreements previously addressed in the Global Fee Petition."[2] Motion at 1.  The PSC seeks only a determination at this time of "the PSC's entitlement to these common benefit fees."  *Id.*

2. The HSC and Homebuilders object to this Motion because it is impossible to determine exactly what it is the PSC is seeking and from whom and related to what specific settlements.  The PSC's vague reference to "other Chinese Drywall cases and claims that were not participating in any of the various Class Action Settlement Agreements previously addressed in the Global Fee Petition" is less than clear. *Id.*  So is the PSC's suggestion that "now is the time to have a fair and reasonable common benefit assessment imposed upon those Chinese Drywall claims that are not subject to the Global Fee Petition." *Id.* at 6.

3. Many of the Homebuilders joining in this objection did, in fact, "participate" in the "Settlement Agreement in MDL No. 2047 Regarding Claims Involving Builders, Installers, Suppliers and Participating Insurers" (the "Global MDL Settlement") by contributing varying amounts to the Global MDL Settlement.  A full 32% of the funds each contributed to the Global MDL Settlement are currently set aside to potentially be awarded as attorneys' fees (subject to further briefing and argument) and are, therefore, technically "subject to the Global Fee Petition."

4. Nevertheless, the PSC purports to seek common benefit assessments associated with "those claims described in the Major Homebuilders Settlement

---

[2] The Class Action Settlement Agreements previously addressed in the Global Fee Petition are Banner, InEx, Knauf, L&W, Global, and Virginia Class Settlements.

2

Agreement [Rec. Doc. #10227-6]."[3]  *Id.* at 7.  But what the PSC now misleadingly references as the "Major Homebuilders Settlement Agreement" is not anything remotely close to an agreement between the PSC and any homebuilders.  Rather, that agreement – titled "Term Sheet Agreement for the Knauf Entities Settlement Agreement with Homebuilders" (the "Term Sheet Agreement") – was an agreement reached between the PSC **and Knauf** for Knauf to pay the PSC whatever attorneys' fees Knauf agreed to pay in accordance with the provisions of the Demonstration Remediation Agreement (*i.e.,* the agreement establishing Knauf's initial pilot remediation program) entered into in October 2013.

5.  Homebuilders that entered into completely separate settlements with manufacturers, suppliers and/or installers with no assistance from or involvement of the PSC did not agree to pay the PSC anything under this Term Sheet Agreement—or otherwise.  And the PSC is not entitled to anything from these separately negotiated settlements.  In fact, many of these separate settlements were fully executed or far along in the negotiation process by the time this "Term Sheet Agreement" was even entered into.  These separate settlements arose from the efforts of these Homebuilders to move forward with repair programs that were in progress long before the PSC ever existed and/or that moved forward despite the PSC's multiple failed attempts to enjoin

---

[3] Presumably, the "claims" referred to here are the homes identified on Exhibit A or Exhibit B to the Term Sheet Agreement.  However, the Homebuilders have no way of knowing what those homes or "claims" are because Exhibit A and Exhibit B were never provided to the Homebuilders and were both filed under seal.  The Homebuilders object to the extent any of their homes are listed on Exhibit A or Exhibit B to the Term Sheet Agreement.

these repair programs. For the PSC to seek common benefit fees from settlements that arose from repair programs the PSC sought to stop is as unfair as it is nonsensical.[4]

**WHEREFORE,** for all the foregoing reasons, the HSC and Various Homebuilders respectfully object to the Plaintiffs' Steering Committee's Motion for Additional Common Benefit Assessments.

Dated:    July 25, 2014				Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Lead Counsel for the HSC and*
*Counsel for Lennar Corporation; Lennar Homes, LLC f/k/a Lennar Homes, Inc.; and U.S. Home Corporation*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By:___/s/ Hilarie Bass_____
     Hilarie Bass
     Florida Bar No. 334323
     Mark A. Salky
     Florida Bar No. 058221
     Adam M. Foslid
     Florida Bar No. 682284

---

[4] At the lead and liaison counsel meeting with the Court immediately prior to the July 17, 2014 MDL status conference, the parties agreed to meet and confer on a briefing and hearing schedule on all of the pending attorneys' fees issues that are before the Court. Those discussions about a briefing and hearing schedule have yet to take place. The Homebuilders reserve their right to more fully address its objections herein and the issues raised in the Motion as part of that additional briefing.

**GREENBERG TRAURIG, P.A.**
*Counsel for Meritage Homes Corporation; Meritage Homes of Florida, Inc. and Meritage Homes of Texas, LLC*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By: ___/s/ Hilarie Bass_____
      Hilarie Bass
      Florida Bar No. 334323
      Mark A. Salky
      Florida Bar No. 058221
      Adam M. Foslid
      Florida Bar No. 682284


**GREENBERG TRAURIG, P.A.**
*Counsel for G.L. Homes of Florida Corporation; Miramar Associates IV, LLLP; Hillsborough County Associates II, LLLP; G.L. Homes of Sunset Lakes Associates, Ltd.; G.L. Homes of Davie Associates II, Ltd.; G.L. Homes of Davie Associates III, Ltd.; Boynton Beach Associates XVI, LLLP*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By: ___/s/ Hilarie Bass_____
      Hilarie Bass
      Florida Bar No. 334323
      Mark A. Salky
      Florida Bar No. 058221
      Adam M. Foslid
      Florida Bar No. 682284

5

**GREENBERG TRAURIG, P.A.**
*Counsel for Toll Estero Limited Partnership and Toll Bros., Inc.*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By: ___/s/ Hilarie Bass_____
    Hilarie Bass
    Florida Bar No. 334323
    Mark A. Salky
    Florida Bar No. 058221
    Adam M. Foslid
    Florida Bar No. 682284



**GREENBERG TRAURIG, P.A.**
*Counsel for GH Vero Beach Development, LLC*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By: ___/s/ Hilarie Bass_____
    Hilarie Bass
    Florida Bar No. 334323
    Mark A. Salky
    Florida Bar No. 058221
    Adam M. Foslid
    Florida Bar No. 682284

**GREENBERG TRAURIG, P.A.**
*Counsel for Richmond American Homes of Texas, LP*
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
Email: bassh@gtlaw.com
Email: salkym@gtlaw.com


By: ___/s/ Hilarie Bass_____
     Hilarie Bass
     Florida Bar No. 334323
     Mark A. Salky
     Florida Bar No. 058221
     Adam M. Foslid
     Florida Bar No. 682284


**SIVYER BARLOW & WATSON, P.A.**
*Counsel for Taylor Morrison, Inc.; Taylor Morrison of Florida, Inc.; Taylor Morrison Services, Inc.; Taylor Woodrow Communities at Vasari, L.L.C.*
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:  (813) 227-8598
Email: nsivyer@sbwlegal.com


By: _/s/ Neal A. Sivyer_____
     Neal A. Sivyer
     Florida Bar No. 373745

7

**SIVYER BARLOW & WATSON, P.A.**
*Counsel for The Ryland Group, Inc.*
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:  (813) 227-8598
Email: nsivyer@sbwlegal.com


By: /s/ Neal A. Sivyer
     Neal A. Sivyer
     Florida Bar No. 373745



**CARLTON FIELDS JORDEN BURT, P.A.**
*Counsel for KB HOME Tampa LLC, KB HOME Florida LLC, KB HOME Treasure Coast LLC, KB HOME Jacksonville LLC, KB HOME Orlando LLC, KB HOME Fort Myers LLC, KB HOME/Shaw Louisiana LLC*
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida  33607-5736
Telephone:     (813) 223-7000
Facsimile:     (813) 229-4133
E-mail:   lhough@cfjblaw.com
E-mail:   msmith@cfjblaw.com
E-mail:   mallen@cfjblaw.com


By: /s/ Mark A. Smith
     Lannie D. Hough, Jr.
     Florida Bar No.  0149470
     Mark A. Smith
     Florida Bar No:  0022033
     D. Matthew Allen
     Florida Bar No. 866326

**HILL, WARD & HENDERSON, P.A.**
*Counsel for Standard Pacific of South Florida, Standard Pacific of South Florida GP, Inc., Standard Pacific of Tampa GP, Inc., HWB Construction, Inc., Standard Pacific Homes d/b/a Standard Pacific of Colorado, Inc. and Standard Pacific of Southwest Florida GP, Inc.*
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900
E-Mail: rcafaro@hwhlaw.com


By:   /s/ Rocco Cafaro
        Rocco Cafaro
        Florida Bar No. 507121



**CARLTON FIELDS JORDEN BURT, P.A.**
*Counsel for M/I Homes, Inc. and its past and present subsidiaries and affiliates, including without limitation, M/I Homes of Tampa, LLC, M/I Homes of West Palm Beach, LLC, and M/I Homes of Florida, LLC*
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida  33607-5736
Telephone:     (813) 223-7000
Facsimile:      (813) 229-4133
E-mail:   jfuente@cfjblaw.com
E-mail:   mallen@cfjblaw.com


By:   /s/ Jaret J. Fuente
        Jaret J. Fuente
        Florida Bar No. 0146773
        D. Matthew Allen
        Florida Bar No. 866326

**CARLTON FIELDS JORDEN BURT, P.A.**
*Counsel for Florida Home Partnership, Inc. for purposes of this objection*
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida  33607-5736
Telephone:     (813) 223-7000
Facsimile:      (813) 229-4133
E-mail:   jfuente@cfjblaw.com


By: __/s/ Jaret J. Fuente_____
         Jaret J. Fuente
         Florida Bar No. 0146773


**CARLTON FIELDS JORDEN BURT, P.A.**
*Counsel for Weekley Homes, LLC f/k/a Weekley Homes, L.P.; and David Weekley Homes, LLC*
Corporate Center Three at International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, Florida  33607-5736
Telephone:     (813) 223-7000
Facsimile:      (813) 229-4133
E-mail:   jfuente@cfjblaw.com
E-mail:   mallen@cfjblaw.com


By: __/s/ Jaret J. Fuente_____
         Jaret J. Fuente
         Florida Bar No. 0146773
         D. Matthew Allen
         Florida Bar No. 866326

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2014, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Liaison Counsel, Dorothy Wimberly, Esq., and Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq., by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6.

/s/ Hilarie Bass
Hilarie Bass