UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Wednesday, the 13th day of August, 2014, beginning at 9 a.m. or as soon thereafter as counsel can be heard.

Dated: July 25, 2014

                                                        Respectfully submitted,

                                                        */s/ Jeffrey M. Paskert*
                                                        Jeffrey M. Paskert
                                                        Florida Bar No. 846041
                                                        Email: jpaskert@mpdlegal.com
                                                        Secondary: jegusquiza@mpdlegal.com
                                                        Ryan E. Baya
                                                        Florida Bar No. 0052610
                                                        Email: rbaya@mpdlegal.com
                                                        Secondary: dhutchins@mpdlegal.com
                                                        MILLS PASKERT DIVERS
                                                        100 N. Tampa St., Ste. 3700
                                                        Tampa, FL 33602
                                                        Telephone: (813) 229-3500
                                                        *Attorneys for Sixty Fifth and One LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of July, 2014.

By: /s/ Jeffrey M. Paskert