## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | **MDL 2047** |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to:  ALL CASES | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| | * | |

---

### DEFENDANT, SIXTY FIFTH AND ONE'S, MOTION TO ENFORCE INJUNCTION REGARDING STATE COURT CLAIMS BROUGHT BY PUTATIVE CLASS REPRESENTATIVE, RALPH MANGIARELLI, JR.

---

COMES NOW Defendant, Sixty-Fifth & One, LLC ("Sixty-Fifth"), and moves this Court to enforce its injunction barring Chinese drywall claims against Sixty-Fifth by non-opt out plaintiffs, and to enjoin putative class representative, Ralph Mangiarelli, Jr. ("Plaintiff"), from continuing to prosecute his Chinese drywall claims against Sixty-Fifth in the Circuit Court of the Seventeenth Judicial Circuit of Broward County, Florida.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, Sixty-Fifth moves this Court to enter an order confirming that the putative class action claims are enjoined by this Court's Order and Judgment approving the Global Settlement Agreement, to enjoin claims being pursued by non-opt out plaintiffs against Sixth-Fifth and to further enjoin Plaintiff from continuing to prosecute his claims arising from or related to Chinese drywall in the Circuit Court of the Seventeenth Judicial Circuit of Broward County, Florida.  Sixty-Fifth also moves this Court to award it the fees and costs incurred in connection with this Motion.

Respectfully submitted,

*/s/ Jeffrey M. Paskert*
Jeffrey M. Paskert
Florida Bar No. 846041
Email:  jpaskert@mpdlegal.com
Secondary:  jegusquiza@mpdlegal.com
Ryan E. Baya
Florida Bar No. 0052610
Email:  rbaya@mpdlegal.com
Secondary:  dhutchins@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa St., Ste. 3700
Tampa, FL 33602
Telephone:  (813) 229-3500
*Attorneys for Sixty-Fifth and One LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of July, 2014.

By: */s/ Jeffrey M. Paskert*