UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** *Jerome Landry, et al. v Southern Fidelity Insurance Co., No. 2:10-cv-02061-EEF-JCW*

### ORDER

The Court modified its July 23, 2014 order, (Rec. Doc. 17879) such that,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without cost and with prejudice. The Court retains jurisdiction to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 28th day of July, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE