UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  :  MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION   :
                                    :  SECTION: L
                                    :
                                    :  JUDGE FALLON
                                    :  MAG. JUDGE WILKINSON
..............................................:

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a motion filed by Defendant Sixty-Fifth & One, LLC to enforce the injunction barring claims by non-opt out plaintiffs under the Global Settlement and to further enjoin Plaintiff Ralph Mangiarelli, Jr. from continuing to prosecute.

**IT IS ORDERED** that this motion is hereby set for submission, without oral argument, on August 13, 2014.

**IT IS FURTHER ORDERED** that any parties opposing this motion should submit their opposition to the Court on or before August 7, 2014.

New Orleans, Louisiana this 28th day of July, 2014.

_____
United States District Judge