AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| In re: Chinese Manuf. Drywall Prod. Liab. Lit. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   MDL 2047 (E.D. La.) |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:   T. Rowe Price Group, Inc., through its Registered Agent, Barbara Van Horn, 100 East Pratt Street, Baltimore, MD

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
SEE ATTACHED NOTICE OF 30(B)(6) DEPOSITION WITH SCHEDULE A ATTACHED (WITNESS FEE PROVIDED)

| Place: Ashcraft & Gerel, Suite 1212, 10 E. Baltimore Street, Baltimore, MD 21202 | Date and Time: 08/11/2014 10:00 am |
|---|---|

The deposition will be recorded by this method:   Oral, streamed and video taped.

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   07/23/2014

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Plaintiffs' Steering Committee , who issues or requests this subpoena, are:
Leonard A. Davis, Esq., Herman Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113,
PH: (504) 581-4892, Email: ldavis@hhklawfirm.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. MDL 2047 (E.D. La.)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* T. ROWE PRICE GROUP, INC.
on *(date)* 07/24/14 .

☒ I served the subpoena by delivering a copy to the named individual as follows: BRIAN COAKLEY AS SENIOR LEGAL ANALYST AT T. ROWE PRICE GROUP, INC., AT 100 E. PRATT STREET BALTIMORE, MD 21202 on *(date)* 7/24/14 AT 1:50 P.M.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $          for travel and $          for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7/24/14

*Server's signature*

JARVIS GILES / PROCESS SERVER
*Printed name and title*

10387 MAIN ST., STE. 202, FAIRFAX, VA 22030
*Server's address*   703-383-3007

Additional information regarding attempted service, etc.:
W/M/ BLACK HAIR / 50+ / 6'0"+ / 200 LBS