APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

13-5x5-1733

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Glenda E. Fichtner<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: GEF@CivilActionGroup.com | Ministry of Justice<br>International Legal Cooperation Center (ILCC)<br>6, Chaoyangmen Nandajie<br>Chaoyang District<br>Beijing<br>P.C. 100020<br>People's Republic of China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*        Beijing New Building Materials (Group) Co., Ltd.
              15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing, China, 100036

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summary of the Document to be Served
Summons in a Civil Action
Conditional Transfer Order with attached Schedule
Civil Cover Sheet
Plaintiffs' Class Action Complaint with Exhibit "A"
Translations

Done at       Minneapolis, Minnesota, U.S.A.       , the  11 Nov 2013
*Fait à*                                          *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Glenda Fichtner]

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267247 - 83

Case Name: Amorin (VA) v. Taishan Gypsum Co., Ltd.
Defendant: Beijing New Building Materials (Group) Co., Ltd.
Court Case No.: 11-1673 Section L

2013 — SXS — 1733

# CERTIFICATE
# *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* _____
    - at (place, street, number)
    - *à (localité, rue numéro)* _____

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* _____
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* _____

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

The recipient refused to accept the documents.

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Action, Conditional Transfer Order with attached Schedule, Civil Cover Sheet, Plaintiffs' Class Action Complaint with Exhibit "A", Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at    Beijing                    the  April 11, 2014
*Fait à* _____

Signature and/or stamp  [Chinese stamp: 中华人民共和国司法部 民商事司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

267247 - 83

Beijing City Higher People's Court

Proof of Service

[Seal affixed: Beijing City Higher People's Court]

SX-13-1733

| Cause of Action | | Case No. | Judicial Foreign (2013) 1394 |
|---|---|---|---|
| Name and Number of Copies of Documents Served | One Copy of Document Summary      One Copy of Summons  One Copy of Complaint            One Copy of Document | | |
| The Addressee | Beijing New Building Materials (Group) Co., Ltd. | | |
| Address for Service | 15/F, Tower 2, Guohai Plaza, 17 Fuxing Road, Haidian District, Beijing | | |
| Signature or Seal of the Addressee | | | |
| The Addressee's Agent and Reason for such Agency | . | | |
| Reason for Unsuccessful Serving | Refusing to accept. | | |
| Remarks | USA, with translations | | |

Issued by: Xin Chen            Servers: Ding Jia, Xiaoguang Zhang  12-23-2013

Note: (1) Service of criminal litigation documents shall be conducted in accordance with Article 51 of the Criminal Procedure Law of the People's Republic of China; service of civil and administrative litigation documents shall be conducted in accordance with or with reference to Articles 78 and 79 of the Civil Procedure Law of the People's Republic of China.

(2) For service of litigation documents to the addressee's agent, the addressee's agent shall indicate his/her relationship with the addressee and the reason for such agency in addition to affixing his/her signature or seal.

# 北京市高级人民法院
## 送 达 回 证

Sx-13-1733

| 案　由 | | 案　号 | 法外（2013）1394号 |
|---|---|---|---|
| 送达文书名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | Beijing New Building Materials (Group) Co., Ltd.<br>北新建材（集团）有限公司 | | |
| 送达地址 | 北京市海淀区复兴路17号国海广场2号楼15层 | | |
| 受送达人签名或盖章 | | | |
| 代收人<br>代收理由 | | | |
| 未能送达理由 | 拒收 | | |
| 备　考 | 美国，有译文 | | |

填发人　陈新　　　　　　　　　　送达人 贾下 张晃光 2013.12.23

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五 一条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理由。