**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** **SECTION: L** **JUDGE FALLON** **MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO: ALL CASES AND** | |

**THE PLAINTIFFS' STEERING COMMITTEE'S FORTY-SECOND**
**STATUS REPORT PURSUANT TO PRE-TRIAL ORDER 1H**
**(POST-NOTICE OF COMPLETION MOTIONS PRACTICE)**

In accordance with Pre-Trial Order 1H [doc# 6083], the Plaintiffs' Steering Committee

("PSC") hereby advises the Court regarding the current status of service of the several omnibus

class action complaints:

**1.     Preliminary Statement Regarding the BNBM and CNBM Entities Efforts to Evade Service of Process**

At this stage in the litigation, it is evident that the BNBM and CNBM entities are evading

service of process.  In *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin*

*Co., Ltd., et. al.*,  Case No. 2:11-cv-1395 (E.D.La.) (the "Louisiana Complaint") and *Amorin, et*

*al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-

cv-1672 (E.D.La.) (the "Florida Complaint"), Plaintiffs attempted service on these entities at

their long standing addresses.[1]  Plaintiffs were advised that service of process had been refused

because there were (1) inaccuracies in the defendants' names and (2) because the defendants had

purportedly relocated to new addresses.  Neither provides a sound basis for avoiding service of

---

[1] Plaintiffs have served the BNBM and CNBM entities at these address in the past and have obtained default judgments.  *See* Rec.Doc. #s 7302, 7735, 7736 and 15687.

1

process.

First, so far as defendants refused to accept service of process due to minor variations in defendants' names, it should be noted that these defendants are named consistent with their English Language websites.  For instance, the Complaint and Summons name, "China National Building Materials Group Co." as a defendant.  Service of the Louisiana Complaint was refused however on the purported ground that the legal name for this entity is actually "China National Building Materials Group Company Limited".  However, this defendant's English language website identities this entity as "China National Building Materials Group Corporation".  *See* http://www.cnbm.com.cn/EN/c_0000001600070001/ attached hereto as Exhibit "A" hereto.  Thus, the BNBM and CNBM entities' basis for refusing service of process is confected from an ambiguity created by the company.  It should not be permitted to avoid service based upon the confusion in name generated by its own doing.

In addition, a minor difference in how a defendant's name is spelled has consistently been held to be an improper basis for refusing service of process.  *See Brackens v. USA Credit*, 233 F.R.D. 613, 614 (D. Kan. 2005); *Scottsdale Ins. Co. v. Littlepage*, 1993 WL 275162, * 4 (E.D.Pa. July 16, 1993) (refusing to overturn default judgment where there was a minor inaccuracy in the defendant's name); *McManus v. Washington Gas Light Co.*, 1991 WL 222345, * 6 (D.D.C., Oct 15, 1991); *Tremps v. Ascot Oils, Inc.*, 561 F.2d 41, 44 (7th Cir.1977); *United States v. A.H. Fischer Co., Inc.*, 162 F.2d 872, 873 (4th Cir.1947) ("A suit at law is not a children's game but a serious effort on the part of adult human beings to administer justice; and the purpose of process is to bring parties into court. If it names them in such terms that every intelligent person understands who is meant, as is the case here, it has fulfilled its purpose; and courts should not

2

put themselves in the position of failing to recognize what is apparent to everyone else."). *See also Triangle Distributing, Inc. v. Shafer, Inc.*, 1991 WL 164333, * 3 (6th Cir. Aug. 23, 1991) (overturning lower court's order refusing to grant motion to correct name of party defendant); *Hensgens v. Deere & Co.*, 869 F.2d 879, 884 (5th Cir. 1989) ("Law is not a game of scrabble. The original timely filed petition naming John Deere Corp. as the defendant interrupted prescription against Deere & Company under Louisiana Civil Code article 3462.").

For instance, in *Aerielle Technologies, Inc. v. Procare Int'l Co.*, 2011 WL 767775 (E.D. Tex. Feb. 28, 2011), the court granted the plaintiff's motion for default judgment even though the summons did not correctly identify the defendant. In so ruling, the Court observed that, "[i]t is well established that [t]he fact that the Defendant's name is in some minor respect inaccurate is not necessarily fatal to service. A mere mistake as to a party's name does not defeat the service." *See Aerielle Technologies, Inc.*, 2011 WL 767775, *2 (internal quotations omitted). Critical to the court's determination that default judgment was appropriate in *Aerielle Technologies, Inc.* was the fact that the defaulted defendant had received actual notice of the litigation. *Id.* Likewise, in the instant litigation, minor inaccuracies in the defendants' names, to the extent there are any, should be disregarded as a basis for avoiding service of process so long as such defendants have notice of the instant litigation.

Second, so far as the BNBM and CNBM entities have refused service since they contend they have relocated to new addresses, Plaintiffs have since perfected service of process on these defendants in *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, Case No. 2:11-cv-1673 (E.D.La.) (the "Virginia Complaint") using the original address where service was refused in the earlier Louisiana and Florida Complaints. BNBM and

CNBM entities are clearly engaged in efforts to avoid service of process.  Such irresponsible behavior delays these proceedings and should not be condoned.[2]

2.      **Omnibus I and Related Intervention Complaints.**

     A.      *Payton, et al. v. Knauf GIPS KG, et. al.*, **Case No. 2:09-cv-07628 (E.D.La.) (Original Omnibus I Complaint):**

- 410 domestic defendants have been served;

- 73 domestic defendants - service has been attempted but not yet perfected;

- 4 of the 5 foreign defendants (Knauf Gips KG ("Knauf Gips"); Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf Tianjin"); Knauf Plasterboard (Wuhu) Co., Ltd. ("Knauf Wuhu"); and Guangdong Knauf New Building Materials Products Co., Ltd. ("Guangdong Knauf")) have been served pursuant to the Hague Convention;

- The PSC has suspended its efforts to serve the other foreign defendant, Rothchilt International, Ltd. ("Rothchilt"), since the whereabouts of this defendant are unknown;

- 85 defendants have been dismissed.

     B.      **Amended Omnibus I Complaint [document # 3160]:**

- 379 domestic defendants have been served;

- 34 domestic defendants - service has been attempted but not yet perfected;

---

[2] Even though Plaintiffs have managed to serve the BNBM and CNBM entities with the Virginia Complaint at their original addresses, Plaintiffs are nevertheless reserving the BNBM and CNBM entities at their new addresses consistent with the Hague Convention.  When a defendant has relocated to a new address, it is common for courts to order service at a defendants' new address.  *See Cruse v. Gibson*, 2012 WL 1145861, * 3 (S.D. Ohio Apr. 5, 2012) (directing plaintiff to provide marshal with defendant's new address for purposes of perfecting service of process); *Parker v. Webber*, 2013 WL 2147195, * 4 (M.D. La. Apr. 25, 2013) (excusing untimely service of complaint as court's earlier order directing marshal to re-serve the defendant at a new address effectively extended time period for service of process to be completed), report and recommendation adopted, 2013 WL 2147237 (M.D. La. May 15, 2013). Indeed, Fed. R. Civ. P. 4 (a)(2) provides that a "court may permit a summons to be amended."

- 4 of the 5 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- 59 defendants have been dismissed.

**C.    Intervention Complaint by Phillip Kennedy and Lyzet Machado-Kennedy (Omnibus I(A)) [document # 5578]:**

- 324 domestic defendants have been served;

- 55 domestic defendants - service has been attempted but not yet perfected;

- 5 of the 6 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation GmbH ("Knauf Insulation")) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

**D.    Intervention Complaint by Benjamin and Jennifer Abt (Omnibus I(B)) [document # 6563]:**

- 323 domestic defendant has been served with the complaint;

- 44 domestic defendants - service has been attempted but not yet perfected;

- 5 of the 6 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

**E.    Intervention Complaint by Bonnie and John H. Adams, III (Omnibus I(C) [document # 7181]:**

- 308 domestic defendant has been served with the complaint;

- 68 domestic defendants - service has been attempted but not yet perfected;

- 8 of the 9 foreign defendants (Gebrueder Knauf Verwaltungsgesellschaft, KG ("GKV"); Knauf International GmbH ("Knauf International"); Knauf UK GMBH ("Knauf UK"); Knauf Gips; Knauf Tianjin; Knauf Wuhu; Guangdong Knauf; and Knauf Insulation GmbH ("Knauf Insulation")) have been served pursuant to the stipulation on service with Knauf;

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

**3.    Omnibus II and Related Intervention Complaints.**

**A.    *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.,* Case No. 2:10-cv-00361 (E.D.La.) (Omnibus II) [document # 1747]:**

- 171 domestic defendants have been served;

- 53 domestic defendants - service has been attempted but not yet perfected;

- All of the foreign defendants have been served with the complaint;

- 4 of the 5 foreign defendants have been served by virtue of leaving rejected legal process with the defendant (Beijing New Building Materials Public Limited Co.; Taishan Gypsum Co., Ltd.; Taian Taishan Plasterboard Co., Ltd.; and Qinhuangdao Taishan Building Materials Co., Ltd.);

- Counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. have entered their appearance;

- The Court granted Plaintiffs' motion for preliminary default judgment with regard to Beijing New Building Materials Public Limited Co. [document # 7735];

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown;

- 2 defendants have been dismissed.

**B.    Intervention Complaint by Kenneth and Cynthia Burke (Omnibus II(A)) [document # 5579]:**

- 165 domestic defendants have been served;

- 23 domestic  - APS is in the process of serving summonses and complaints;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- 3 foreign defendants (Beijing New Building Materials Public Limited Co.; Qinhuangdao Taishan Building Materials Co., Ltd. and Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server.  The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 7138];

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

**C.    Intervention Complaint by Eduardo and Carmen Armorin (Omnibus II(B)) [document # 6567]:**

- 154 domestic defendants have been served;

- 34 domestic - APS is in the process of serving summonses and

complaints;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- 3 foreign defendants (Beijing New Building Materials Public Limited Co.; Qinhuangdao Taishan Building Materials Co., Ltd. and Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention. Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server. The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 8325];

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

**D.      Intervention Complaint by Clifford Abromatts and Janice Worobec (Omnibus II(C)) [document # 7182]:**

- 153 domestic defendants have been served;

- 35 domestic - APS is in the process of serving summonses and complaints;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- 3 foreign defendants (Beijing New Building Materials Public Limited Co.; Qinhuangdao Taishan Building Materials Co., Ltd. and Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention. Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server. The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document #

8325];

- 9 of the defendants are listed as unascertainable - the PSC is not presently attempting service on these defendants since their identities and whereabouts are unknown.

4. *Gross* **and Related Intervention Complaints:**

   A. *Gross, et al. v. Knauf Gips KG, et al.*, **Case No. 2:09-cv-6690 (E.D.La.) [document # 366]:**

   - 35 domestic defendants have been served;

   - 5 domestic defendants - service has been attempted but not yet perfected for several reasons.  Some defendants may no longer exist and/or may not be present at their listed addresses.  Efforts to perfect service on these defendants are at an impasse for the moment;

   - 40 foreign defendants have been served -  of these foreign defendants (Guangdong Knauf, Knauf Wuhu, Knauf DO Brasil, Ltd. ("Knauf Brasil"), and Knauf Gips Indonesia ("Knauf Indonesia")) have been served pursuant to the stipulation on service with Knauf;

   - 8 foreign defendants are either in the process of being served under the Hague Convention or cannot currently be served since the PSC does not have a current address for purposes of service (King Shing Steel Enterprises Co., Ltd.; Rothchilt International, Ltd.; Shaanxi Taishan Gypsum Co., Ltd.; Shandong Yifang Gypsum Industry Co., Ltd.; Taishan Gypsum (Hengshui) Co., Ltd.; The China Corporation, LTD; Weifang Aotai Gypsum Co., Ltd.; and Wide Strategy Limited);

   - The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

   - The Court granted the PSC's omnibus motions seeking preliminary default judgment [document #s 5621 and 6970] against thirty-three foreign defendants who have failed to enter an appearance after being served with the complaint [document #s 7302 and 7736];

   - 6 defendants have been dismissed;

   - The April 8, 2010 Order amending portions of the *Gross* complaint is currently being served on the defendants.

9

**B.      Intervention Complaint by Mary Anne Benes (Omnibus III) [document # 2187]:**

- 286 domestic defendants have been served;

- 111 domestic defendants - service has been attempted but not yet perfected;

- 40 foreign defendants have been served - of these foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF GMBH & Co., KG ("Knauf AMF")) have been served pursuant to the stipulation on service with Knauf;

- 8 foreign defendants are either in the process of being served under the Hague Convention or cannot currently be served since the PSC does not have a current address for purposes of service (Beijing New Building Materials Public Limited Company; Beijing New Building Materials Group Co., Ltd.; Changzhou Yinhe Wood Industry Co., Ltd.; Shandong Yifang Gypsum Industry Co., Ltd.; Shanghai Yu Yuan Imp. & Exp.Co., Ltd; Taishan Gypsum (Pizhou) Co., Ltd.; Taishan Gypsum Co., Ltd. Lucheng Branch and Weifang Aotai Gypsum Co., Ltd.);

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown;

- 18 defendants have been dismissed.

**C.      Intervention Complaint by Ruben Jaen (Omnibus III(A)) [document # 5580]:**

- 252 domestic defendants have been served;

- 79 domestic defendants - APS is in the process of serving summonses and complaints;

- 8 foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- The remaining 38 foreign defendants will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server. The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 7138];

- The PSC has suspended its efforts to serve Rothchilt since the whereabouts of this defendant are unknown.

5.    **Omnibus IV and Related Intervention Complaints.**

   A.    ***Rogers, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:10-cv-00362 (E.D.La.) (Omnibus IV) [document # 1749]:**

- 114 domestic defendants have been served;

- 27 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, and Guangdong Knauf) have been served pursuant to the stipulation on service with Knauf;

- 1 defendant has been dismissed.

   B.    **Intervention Complaint by Kathleen and Mariss Barbee (Omnibus IV(A)) [document 5575]:**

- 106 domestic defendants have been served;

- 9 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

   C.    **Intervention Complaint by Roxanne Burey (Omnibus IV(B)) [document # 6568]:**

- 108 domestic defendants have been served;

- 4 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (Knauf Gips, Knauf Tianjin, Knauf

Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

    **D.**      **Intervention Complaint by Alfons and Dawn Bucaj (Omnibus IV(C)) [document # 7178]:**

- 102 domestic defendants have been served;

- 22 domestic defendants - service has been attempted but not yet perfected;

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

**6.**     **Omnibus V Complaint.**

    **A.**      *Dean Dawn Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.) (Omnibus V) [document # 3132]:**

- 184 of the 195 defendants have been served;

- 11 defendants - service has been attempted but not yet perfected for several reasons. Some defendants may no longer exist and/or may not be present at their listed addresses. Efforts to perfect service on these defendants are at an impasse for the moment;

- 2 defendants have been dismissed.

**7.**     **Omnibus VI Complaint.**

    **A.**      *Charlene and Tatum Hernandez, et al. v. AAA Insurance, et al.*, **Case No. 2:10-cv-3070 (E.D.La.) (Omnibus VI):**

- The Court granted the PSC's motion to dismiss the Omnibus VI complaint by order dated March 17, 2011 [document # 8199].

**8.**     **Omnibus VII Complaint.**

    **A.**      *Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.*, **Case No. 2:11-cv-080 (E.D.La.) (Omnibus VII):**

- 212 of the 290 domestic defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in

accordance with this Court's June 25, 2014 Order (document # 17790);

- 2 foreign defendants (Shanghai Yuyuan Market Import & Export Co., Ltd. and SIIC Shanghai International Trade (Group) CO., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server.  The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 8325].

9. **Omnibus VIII Complaint.**

    A. ***Abreu, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG,*** **Case No. 2:11-cv-252 (E.D.La.) (Omnibus VIII):**

- 99 of the 127 domestic defendants have been served;

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

10. **Omnibus IX and Related Complaints.**

    A. ***Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*** **Case No.: 11-cv-1077 (E.D.La.) (Omnibus IX):**

- 227 of the 301 domestic defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- 1 foreign defendant (Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on this foreign defendants is currently on hold based on the recommendation of the PSC's process server.  The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 9681];

B.   **Amended Omnibus IX Complaint [document # 8781]:**

- 226 of the 301 domestic defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- 1 foreign defendant (Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on this foreign defendant is currently on hold based on the recommendation of the PSC's process server.  The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 9681].

C.   **Second Amended Omnibus IX Complaint**:

- 205 of the 300 domestic defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- 1 foreign defendant (Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on this foreign defendant is currently on hold based on the recommendation of the PSC's process server.  The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 9681].

11.   **Omnibus X Complaint.**

A.   ***Block, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.* Case No.: 11-cv-1363 (E.D.La.) (Omnibus X):**

- 211 of the 289 domestic defendants have been served;

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, and Knauf Insulation) have been served pursuant to the stipulation on service with Knauf.

12.  **Omnibus XI Complaint.**

    A.  ***Benoit, et al v. Lafarge S.A., et al***, **Case No.: 11-cv-1893 (E.D.La.) (Omnibus XI):**

        •  29 of the 41 domestic defendants have been served; and

        •  All of the foreign defendants have been served with the complaint.

13.  **Omnibus XII Complaint.**

    A.  ***Arndt, et. al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et. al.*** **Case No.: 11-cv-2349 (E.D.La.) (Omnibus XII):**

        •  81 of the 123 domestic defendants have been served;

        •  Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

14.  **Omnibus XIII Complaint.**

    A.  ***Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*** **Case No.: 12-cv-498 (E.D.La.) (Omnibus XIII):**

        •  201 of the 293 domestic defendants have been served;

        •  2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

        •  1 foreign defendant (Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.) will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on this foreign defendant is currently on hold based on the recommendation of the PSC's process server.  The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 13733];

15.     *Omnibus XIV Complaint.*

    A.    *Cassidy, et al v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*
                **Case No.: 11-cv-3023 (E.D.La.) (Omnibus XIV):**

- 79 of the 112 domestic defendants have been served;

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

    B.    **Amended Omnibus XIV Complaint:**

- 79 of the 112 domestic defendants have been served;

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

16.     *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1672 (E.D.La.) (Transferred from S.D.Fl.) and Omni XV.**

    A.    *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1672 (E.D.La.):**

- 4 of the 4 domestic defendants have been served;

- 41 of 57 foreign defendants have been served.

    B.    **Intervention Complaint by Charles and Mary Back (Omnibus XV) [document # 16225]:**

- 4 of the 4 domestic defendants have been served;

- 27 of 57 foreign defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790).

17. *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1395 (E.D.La.) (Filed in E.D.La.) and Omni XVI.**

    A.      *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1395 (E.D.La.):**

- 4 of the 4 domestic defendants have been served;

- 37 of 57 foreign defendants have been served.

    B.      **Intervention Complaint by Doug and Joyce Bacon (Omnibus XVI) [document # 16227]:**

- 4 of the 4 domestic defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- The remaining 55 foreign defendants will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server. The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 16356].

18. *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1673 (E.D.La.) (Transferred from E.D.Va.) and Omni XVII.**

    A.      *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* **Case No.: 2:11-cv-1673 (E.D.La.):**

- 4 of the 4 domestic defendants have been served;

- 36 of 57 foreign defendants have been served.

    B.      **Intervention Complaint by Robert and Anne Bailey (Omnibus XVII) [document # 16228]:**

- 4 of the 4 domestic defendants have been served;

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document #

17790);

- The remaining 55 foreign defendants will be served with the complaint in accordance with the requirements of the Hague Convention.  Service on these foreign defendants is currently on hold based on the recommendation of the PSC's process server. The PSC has obtained an extension of time to serve the defendants with the complaint in this matter [document # 16356].

19. ***Beane, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al., Civ. Action No. 2:13-cv-609 (E.D.La.) (Omnibus XVIII)***

- Each of the foreign defendants (GKV, Knauf International, Knauf UK, Knauf Gips, Knauf Tianjin, Knauf Wuhu, Guangdong Knauf, Knauf Insulation, Knauf Brasil, Knauf Indonesia, and Knauf AMF) have been served pursuant to the stipulation on service with Knauf.

20. ***Amorin, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel, 2:14-cv-01727 (E.D.La.) (Omnibus XIX):***

- 2 foreign defendants (Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.) were served through their counsel in accordance with this Court's June 25, 2014 Order (document # 17790);

- APS is in the process of interpreting the complaint for purposes of serving it on the remaining foreign defendants (the State-Owned Assets Supervision and Administration Commission of the State Council; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation).

Based on the current status of service and discovery, the PSC is not prepared to file a notice of completion of amendments for any of the omnibus class action complaints.  To further inform the Court regarding the status of service of process, the PSC is appending charts hereto that document the current status of service on foreign defendants where complaints are being actively served on foreign defendants.  *See* Exhibit "B" through Exhibit "U" hereto.

Respectfully submitted,

Dated:  July 31, 2014

/s/ Russ M. Herman
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Status Report Pursuant to Pre-Trial Order 1H (Post-Notice of Completion Motions Practice) has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of July, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*