# EXHIBIT J

| *WILTZ v. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.* <br> *10-361* <br> *OMNIBUS II (C)* <br> *COMPLAINT IN INTERVENTION* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire <br> HOGAN LOVELLS US LLP <br> 875 Third Avenue <br> New York, NY 10022 | 7/9/14 <br> Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire <br> HOGAN LOVELLS US LLP <br> 875 Third Avenue <br> New York, NY 10022 | 7/9/14 <br> Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |