# EXHIBIT Z

| *AMORIN, ET AL V. TAISHAN GYPSUM CO., LTD F/K/A SHANDONG TAIHE DONGXIN CO. LTD., ET AL 11-1673* OMNIBUS XVII COMPLAINT (VIRGINIA) | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | Joe Cyr, Esquire HOGAN LOVELLS US LLP 875 Third Avenue New York, NY 10022 | 7/9/14 Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| Taian Taishan Plasterboard Co., Ltd. | Joe Cyr, Esquire HOGAN LOVELLS US LLP 875 Third Avenue New York, NY 10022 | 7/9/14 Served on defense counsel via Federal Express pursuant to the Court's Order dated June 25, 2014 (Rec. Doc. No. 17790) |
| CNBM USA Corp | 17800 Castleton Street, Ste. 558 City of Industry, CA 91748 | 12/17/12 |
| BNBM of America Inc. | Donald H. Wilson, Jr. 245 South Central Ave. Bartow, FL 33830 | 12/12/12 |
| BNBM USA | 245 South Central Ave. Bartow, FL 33830 | 12/12/12 |
| United Suntech Craft, Inc. | 2555 Huntington Dr., Suite F, San Marino, CA  91108 | 12/11/12 |