# EXHIBIT AA

| *BEANE, ET AL. V. GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG, ET AL.*, CIV. ACTION NO. 13-609 *OMNI XVIII* | | |
|---|---|---|
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf International GmbH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Knauf Insulation GmbH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Knauf uk GMBH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Knauf Amf GMBH & Co. KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Knauf Do Brasil Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| PT Knauf Gypsum Indonesia | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Knauf Gips KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Knauf Plasterboard (Tianjin) Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |

| Knauf Plasterboard (Wuhu), Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
|---|---|---|
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |
| Gebrueder Knauf Verwaltungsgesellschaft, KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | Served on Kerry Miller via Certified Mail on 4/10/13 |

4