# EXHIBIT "A"



## Transcript of the Testimony of Tongchun Jia

**Date:** January 10, 2012

**Case:** Chinese Drywall