# EXHIBIT "B"



Transcript of the Testimony of: **Shiliang Peng**

01/11/2012

Chinese Drywall