UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Germano, et al v. Taishan Gypsum Co., Ltd., et al., No. 09-6687*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Motion for Contempt filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the Motion for Contempt is GRANTED, and that Chairmen to the Taishan entities, Jia Tongchun and Peng Shiliang, be and are hereby found in Contempt of Court.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge