UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION    MDL No. 2047
_____    SECTION: L

THIS DOCUMENT RELATES TO:    JUDGE FALLON
    MAG. JUDGE WILKINSON

2:13-cv-06652-EEF-JCW
2:13-cv-06653-EEF-JCW

_____

## PARTIES' MOTION FOR SCHEDULING CONFERENCE

COME NOW, the parties and request that this Honorable Court set this matter for a Scheduling Conference. In support of their request, the parties state the following:

1. Plaintiffs Braxton and Kerrie Collins were previously parties to this MDL and opted out of the class settlement in September 2012. The Collins Plaintiffs subsequently filed suit in the Circuit Court of Jackson County, Mississippi on or about March 20, 2013. The Defendants removed that action to the United States District Court for the Southern District of Mississippi, Southern Division.

2. Similarly, Plaintiffs Jason and Cassie Herrington were previously parties to the MDL and opted out of the class settlement in September 2012. The Herrington Plaintiffs then filed suit in the Circuit Court of George County, Mississippi on or about July 8, 2013. The Defendants removed that action to the United States District Court for the Southern District of Mississippi, Southern Division.

3. Both the *Collins* action and the *Herrington* action were subsequently transferred from the United States District Court for the Southern District of Mississippi, Southern Division to this MDL in December 2013.

4. The *Collins* and *Herrington* matters are somewhat unique in that, in addition to the fact that all of the Plaintiffs were previously parties in the MDL and opted-out of the settlement, these actions do not include claims against a manufacturer of the drywall.

5. At this juncture there is not an Order or other mechanism in place that allows pleading practice by the parties nor are the parties allowed to conduct discovery. Notably, the drywall retailer defendant, Ace Home Center, Inc., intends to add third-party claims against the entity that provided the drywall used in the construction of the Plaintiffs' homes. At this juncture, Ace Home Center, Inc. cannot proceed with filing its third-party claims absent an Order from this Honorable Court allowing it do so.

6. The parties are in agreement that they desire to conduct discovery and hereby request a conference with this Honorable Court to discuss either a scheduling order for discovery and trial setting in this court, or remand to United States District Court for the Southern District of Mississippi, the transferor court, for the purpose of conducting discovery and proceeding to trial.

7. Counsel request that the Court set these matters for a scheduling conference on August 13, 2014 following the monthly status conference if that date meets with the Court's convenience.

WHEREFORE, premises considered, the parties respectfully request that this Honorable Court set the Collins and Herrington actions for a scheduling conference on August 13, 2014, or such other date as is convenient for this Honorable Court.

Respectfully submitted:

Dated: July 31, 2014.

/s/ *Stephen W. Mullins* (w/permission)
STEPHEN W. MULLINS
LUCKEY & MULLINS, PLLC
Post Office Box 990
Ocean Springs, MS 39566
Phone: 228.875.3175
Fax: 228.872.4719
smullins@luckeyandmullins.com
*Attorney for Plaintiffs*
*Braxton H. Collins & Kerrie F. Collins;*
*Plaintiffs Jason H. Herrington*
*& Cassie D. Herrington*


/s/ *Caroline T. Pryor*
CAROLINE T. PRYOR (ASB-2802-R67C)
HEATHER M. HOUSTON (MB# 102087)
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9340
(251) 626-8928 - fax
hhouston@carrallison.com
cpryor@carrallison.com
*Attorneys for Defendant*
*Ace Hardware Corporation*


/s/ *Danny J. Collier, Jr.* (w/permission)
DANNY J. COLLIER, JR.
Luther, Collier, Hodges & Cash, LLP
401 Church Street
Mobile, AL 36602
251-694-9393 Mobile Office
228-436-0016 Biloxi Office
251-680-1325 Cell
Dcollier@lchclaw.com
*Attorney for Defendant Ace Home Center, Inc.*

        */s/ David C. Coons*  (w/permission)
        DAVID C. COONS (La. Bar # 32403)
        CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
        Adams and Reese LLP
        4500 One Shell Square
        New Orleans, LA 70139
        (504) 581-3234
        (504) 585-0203 Direct
        (504) 566-0210 Fax
        david.coons@arlaw.com
        chris.damour@arlaw.com
        *Attorneys for Defendant Bass Homes, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of July, 2014.


        */s/ Caroline T. Pryor*
        CAROLINE T. PRYOR (ASB-2802-R67C)
        CARR ALLISON
        6251 Monroe Street, Suite 200
        Daphne, Alabama 36526
        (251) 626-9340
        (251) 626-8928 - fax
        cpryor@carrallison.com