**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL No.** 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | | JUDGE FALLON MAG. JUDGE WILKINSON |
| 2:13-cv-06652-EEF-JCW 2:13-cv-06653-EEF-JCW | | |

**ORDER**

The Court, having considered the unopposed Parties' Motion for Scheduling Conference, finds that the Parties' Motion for Scheduling Conference is due to be GRANTED. The Court hereby sets these matters for a scheduling conference on August 13, 2014, following the previously scheduled monthly status conference.

New Orleans, Louisiana, this ___ day of August, 2014.

_____
**UNITED STATES DISTRICT JUDGE**