UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al<br>Case No. 10-361(E.D.La.)<br><br>Gross, et al v. Knauf Gips, KG, et al<br>Case No. 09-6690 (E.D.La.)<br><br>Abel, et. al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al. Case No. 11-080 (E.D.La.)<br><br>Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 11-1077 (E.D.La.)<br><br>Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al. Case No. 12-0498 (E.D.La.)<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 11-1395 (E.D.La.)<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 11-1672 (E.D.La.)<br><br>Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et. al., Case No. 11-1673 (E.D.La.) | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the following Summons and Complaints on Joe Cyr,

Esquire and Thomas P. Owen, Jr., Esquire on July 9, 2014 via Federal Express pursuant to Court Order dated June 25, 2014 (Rec. Doc. No. 17790):

1. *Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al* (Omnibus Complaints II(A); II(B) and II(C));

2. *Gross, et al v. Knauf Gips, KG, et al,* (Omnibus Complaint III(A));

3. *Abel, et. al. v. Taishan Gypsum Co., Ltd.., f/k/a Shandong Taihe Dongxin Co., Ltd., et. al.* (Omnibus Complaint VII);

4. *Haya, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* (Omnibus Complaint IX, Amended IX and Second Amended IX);

5. *Almeroth, et al v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* (Omnibus Complaint XIII); and

6. *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* (Omnibus Complaints XV, XVI and XVII).

See Exhibit "A" attached hereto for Federal Express delivery confirmations.

Date: 8/1/14

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 1st day of August, 2014.

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A

# FedEx

**770542319859**

| | | |
|---|---|---|
| Ship (P/U) date<br>Tues 7/08/2014 5:35 pm<br>Levin Fishbein Sedran Berman<br>510 WALNUT STREET<br>SUITE 600<br>PHILADELPHIA, PA US 19106<br>215-592-1500 | Delivered<br>Signed for by: A ORTECO | Actual delivery<br>Wed 7/09/2014 12:50 pm<br>STANLEY, REUTER, ROSS,<br>THORNTON<br>Thomas P. Owen, Jr., Esquire<br>609 Poydras Street<br>Ste 2500<br>NEW ORLEANS, LA US 70112<br>215-592-1500 |

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **- 7/09/2014 - Wednesday** | | |
| 12:50 pm | Delivered | NEW ORLEANS, LA |
| 7:19 am | On FedEx vehicle for delivery | HARAHAN, LA |
| 7:18 am | At local FedEx facility | HARAHAN, LA |
| 5:20 am | At destination sort facility | KENNER, LA |
| 4:26 am | Departed FedEx location | MEMPHIS, TN |
| 12:58 am | Arrived at FedEx location | MEMPHIS, TN |
| **- 7/08/2014 - Tuesday** | | |
| 9:07 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 5:35 pm | Picked up | PHILADELPHIA, PA |
| 2:43 pm | Shipment information sent to FedEx | |

Local Scan Time ☑

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 770542319859 | Service | FedEx Standard Overnight | |
| Weight | 16 lbs | Dimensions | 16x13x10 in. | |
| Delivery attempts | 1 | Delivered To | Receptionist/Front Desk | |
| Total pieces | 1 | Total shipment weight | 16 lbs / 7.26 kgs | |
| Terms | Not Available | Shipper reference | cdw | |
| Packaging | Your Packaging | Special handling section | Deliver Weekday | |

**FedEx**

### 770542230287

| Ship (P/U) date | | Actual delivery: |
|---|---|---|
| Tues 7/08/2014 5:35 pm | **Delivered** | Wed 7/09/2014 10:34 am |
| Levin Fishbein Sedran Bonnan | Signed for by J STRICKLAND | Hogan Lovells US LLP |
| 510 WALNUT STREET | | Joe Cyr, Esquire |
| SUITE 500 | | 875 Third Ave |
| PHILADELPHIA, PA US 19106 | | NEW YORK, NY US 10022 |
| 215-592-1500 | | 215-592-1500 |

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **- 7/09/2014 - Wednesday** | | |
| 10:34 am | Delivered | NEW YORK, NY |
| 8:06 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 7:55 am | At local FedEx facility | NEW YORK, NY |
| 4:10 am | Departed FedEx location | NEWARK, NJ |
| 12:45 am | Arrived at FedEx location | NEWARK, NJ |
| **- 7/08/2014 - Tuesday** | | |
| 9:45 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 5:35 pm | Picked up | PHILADELPHIA, PA |
| 2:36 pm | Shipment information sent to FedEx | |

Local Scan Time ⌄

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 770542230287 | Service | FedEx Standard Overnight |
| Weight | 20 lbs | Dimensions | 17x13x10 in. |
| Delivery attempts | 1 | Delivered To | Mailroom |
| Total pieces | 1 | Total shipment weight | 20 lbs / 9.07 kgs |
| Terms | Not Available | Shipper reference | cdw |
| Packaging | Your Packaging | Special handling section | Deliver Weekday |