UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Germano, et al v. Taishan Gypsum Co., Ltd., et al.*, No. 09-6687

### ORDER

Before the Court is a motion filed by the Plaintiffs' Steering Committee for contempt of corporate officers of Taishan Defendants. (Rec. Doc. 17920).

**IT IS ORDERED** that this motion is hereby set for hearing with oral argument before District Judge Eldon E. Fallon immediately following the Monthly Status Conference on August 13, 2014.

**IT IS FURTHER ORDERED** that any parties opposing this motion should submit their opposition to the Court on or before August 11, 2014.

New Orleans, Louisiana this 1st day of August, 2014.

_____
United States District Judge