<u>**UNITED STATES DISTRICT COURT,**</u>
<u>**EASTERN DISTRICT OF LOUISIANA**</u>

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | |
| Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**.,** Case No. 11-2349 | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |

Amorin, et al. v. Taishan Gypsum Co., Ltd, et al.,
Case No. 2:11-cv-01395-EEF-JCW

Amorin, et al. v. Taishan Gypsum Co., Ltd, et al.,
Case No. 2:11-cv-01672-EEF-JCW

Amorin, et al. v. Taishan Gypsum Co., Ltd, et al.,
Case No. 2:11-cv-01673-EEF-JCW

<u>**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO RECONSIDER THE**</u>
<u>**COURT'S ORDER DENYING MOTION TO FILE LATE CLAIMS**</u>

Plaintiffs VIT, Inc.; Eloise Thomley; and Thomas W. Thomley (hereinafter referred to collectively as "Plaintiffs"), by and through their undersigned counsel of record, hereby respectfully file this Memorandum in Support of their Motion to Reconsider as follows:

1.      On July 15, 2014, the Plaintiffs filed their Unopposed Motion to Submit Late Other Loss Fund Claims and a Memorandum in Support thereof.  In the Motion, Plaintiffs **stated that they** <u>**timely submitted**</u> **to Brown Greer all necessary and required information and documents** <u>**supporting**</u> **the claims but inadvertently submitted the incorrect "cover sheet" required by Brown Greer.**  As a result, the Plaintiffs' Motion requested permission to submit a "Miscellaneous Claim" cover sheet for their claims previously filed as "Lost Rent, Use and Sale."

2.      On July 17, 2014, the Court entered an Order stating that the Plaintiffs' Motion would be set for submission, without oral argument, on August, 13, 2014 and required any interested parties to submit a response by August 1, 2014.

3.      On July 21, 2014, the Court entered an Order denying the Plaintiffs' Motion and a separate Motion for Authority to File Claims filed by Patricia Mitchell, John Mitchell IV and Jordan Mitchell (hereinafter referred to as "the Mitchells") (Rec. Doc. No. 17784), which was **filed <u>prior</u> to the Claimants' Motion**. [1]

4.      The Order states that the Court is "concerned" about late filed claims because Brown Greer "will soon begin making payments under the various Settlement Funds." Accordingly, it appears that the Court's concern is that late filed claims will result in an extended delay of other plaintiffs' receipt of settlement payments. The Order stated that the Court will not allow any late filed claims absent "exceptional circumstances" and concluded that the Plaintiffs' case did not constitute said "exceptional circumstances."

5.      The Plaintiffs have previously submitted to Brown Greer all of the required information and documents to support their respective claims. The only "new" document will be the "Miscellaneous Claim" cover sheet required by Brown Greer, which can be quickly submitted by undersigned counsel. Thus, the Plaintiffs' request to submit the correct "cover sheet" for their claims will **<u>not</u>** result in an extended delay of other claimants' receipt of settlement payments.

6.      Undersigned counsel did not learn about the issue regarding the "cover sheet" until **<u>after</u> the expiration of the most recent deadline for filing claims**. Undersigned counsel

---

[1] Unlike the Thomleys and VIT, Inc., the Mitchells have **<u>not</u>** registered or filed any claims in the "Other Loss Fund" prior to the date they filed their Motion.

promptly took steps to resolve the issue (including communicating with Brown Greer and filing the Motion to File Late Claims).

7.     The Plaintiffs will be prejudiced if their **timely filed** "Other Loss Fund" claims are rejected due solely to the inadvertent failure to submit the correct "cover sheet" to Brown Greer.

8.     No other parties will be prejudiced if the Plaintiffs submit the correct "cover sheet" for their **timely filed** claims.

WHEREFORE, for the above reasons, Plaintiffs respectfully request this Honorable Court reconsider its Order and permit Plaintiffs to finalize their Miscellaneous Claims with the Other Loss Fund of the Global Settlement and deem said claims timely filed.

Respectfully Submitted,

 */s/ Richard H. Holston* _____
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhh@holstonvaughan.com
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gev@holstonvaughan.com
**K. AMANDA H. BARTON (HERNK4561)**
Electronic Mail: kab@holstonvaughan.com
**JOHN M. TEAGUE (TEAGJ3247 )**
Electronic Mail: jmt@holstonvaughan.com
**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing **Plaintiff's Memorandum in Support of Motion to Reconsider** has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically unloading the same to File and ServerXpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send  notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 1st day of August 2014.

*/s/ Richard H. Holston*
**RICHARD H. HOLSTON**