# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | **MDL NO. 2047** |
| **THIS DOCUMENT RELATES TO:** | **SECTION: L** |
| Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**.,** Case No. 11-2349 | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01395-EEF-JCW | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01672-EEF-JCW | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01673-EEF-JCW _____/ | |

# ORDER

The Plaintiff's Motion to Reconsider the Court's Order (Rec. Doc. No. 17784) denying the Plaintiff's Motion to File Late Claims is hereby GRANTED. Therefore, Plaintiffs VIT, Inc., Eloise Thomley and Thomas W. Thomley shall be permitted an additional ten (10) days from the date of this Order to file their additional Other Loss Fund Claims with Brown Greer.

Done this the ___ day of _____, 2014, New Orleans, Louisiana,

_____
**Hon. Eldon E. Fallon, United States District Court Judge**