# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| Arndt v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al**.,** Case No. 11-2349 | **MAG. JUDGE WILKINSON** |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01395-EEF-JCW | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01672-EEF-JCW | |
| Amorin, et al. v. Taishan Gypsum Co., Ltd, et al., Case No. 2:11-cv-01673-EEF-JCW | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs herein appearing through undersigned counsel, will bring the foregoing Motion to Reconsider for hearing before the Honorable Eldon E. Fallon, Section "E," of the United States District Court, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana on the 20th day of August, 2014 beginning at 9:00 a.m. or as soon thereafter as counsel can be heard.

Dated: August 1, 2014

Respectfully Submitted,

 */s/ Richard H. Holston*
**RICHARD H. HOLSTON (HOLSR5536 )**
Electronic Mail: rhh@holstonvaughan.com
**GREGORY E. VAUGHAN (VAUGG6227)**
Electronic Mail: gev@holstonvaughan.com
**K. AMANDA H. BARTON (HERNK4561)**
Electronic Mail: kab@holstonvaughan.com

**JOHN M. TEAGUE (TEAGJ3247 )**
Electronic Mail: jmt@holstonvaughan.com

**HOLSTON VAUGHAN, LLC**
Post Office Box 195
Mobile, Alabama 36601
Telephone: (251) 432-8883
Facsimile: (251) 432-8884
**ATTORNEYS FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **UNOPPOSED MOTION TO SUBMIT LATE OTHER LOSS FUND CLAIMS INTO THE GLOBAL SETTLEMENT FOR REGISTERED CLAIMANTS VIT, INC. ELOISE THOMLEY AND THOMAS W. THOMLEY** has been served by U.S. Mail and email to Russ Herman, Esq., Plaintiffs' Liaison Counsel, and Kerry Miller, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically unloading the same to File and ServerXpress f/k/a Lexis Nexis File and Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of August 2014.

                                                                       */s/ Richard H. Holston*
                                                                       **RICHARD H. HOLSTON**