UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Case No. 09-4115 ("*Mitchell*")**
*Gross*, *et al. v. Knauf Gips KG, et al.*, **Case No. 09-6690 ("*Gross*")**
*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co. et al.*, **Case No. 10-361 ("*Wiltz*")**
*State of Louisiana, ex. rel. James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al.*, **Case No. 10-340**
*Steiner, et al. v. BNBM, et al.*, **Case No. 09-6545**
*Abel, et al. v. Taishan Gypsum Co., Ltd.*, **Case No. 11-080**
*Haya et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 11-1077**
*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case No. 12-0498**
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, **Case Nos. 11-1395, 11-1672, 11-1673**

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN
SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel who have represented Defendants Taishan Gypsum Co. Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TTP")(together, the "Taishan Defendants") in the above-captioned matters (collectively "Counsel"), respectfully request leave to file the attached Reply Memorandum in support of their two motions to withdraw as counsel of record filed in the above matters (Rec. Doc. Nos. 17846 &

17858)(collectively "Motion to Withdraw").  The reply memorandum responds directly to the contentions raised by PSC in their opposition memoranda, and Counsel respectfully suggest that the reply memorandum will assist the Court in resolving the Motion.

WHEREFORE, Counsel respectfully request that the Court grant this motion and permit the filing of the attached reply memorandum.

August 4, 2014

                                          Respectfully submitted,

                                          /s/ *Thomas P. Owen Jr.*
                                          Joe Cyr
                                          Frank T. Spano
                                          HOGAN LOVELLS US LLP
                                          875 Third Avenue
                                          New York, New York 10022
                                          Telephone: 212-918-3000
                                          Facsimile: 212-918-3100
                                          Joe.cyr@hoganlovells.com
                                          Frank.spano@hoganlovells.com

                                          Richard C. Stanley (La. Bar No. 8487)
                                          Thomas P. Owen, Jr. (La. Bar No. 28181)
                                          STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
                                          909 Poydras Street, Suite 2500
                                          New Orleans, Louisiana 70112
                                          Telephone: 504-523-1580
                                          Facsimile: 504-524-0069
                                          rcs@stanleyreuter.com
                                          tpo@stanleyreuter.com

                                          **Attorneys for Taishan Gypsum Co. Ltd.**
                                          **and Tai'an Taishan Plasterboard Co., Ltd.**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Withdraw as Counsel of Record has been served on Plaintiffs' Liaison Counsel, Russ Herman, defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail, on the client TG by e-mail and by Express Mail Service, which is the available postal/courier service in China, and upon all parties by electronically uploading the same to Lexis Nexus File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of August, 2014.

                                                          */s/ Thomas P. Owen, Jr.*