UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Ms. Kerrie Collins.

**IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and look into whether there is anything that can be done to assist Ms. Collins and the progress of her family's case.

New Orleans, Louisiana, this 4th day of August, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Ms. Kerrie Collins
10720 Highway 614
Moss Point, MS 39562