July 17, 2014

RECEIVED
JUL 31 2014
CHAMBERS
U.S. DISTRICT JUDGE
ELDON E. FALLON

Honorable Judge Fallon:

My name is Kerrie Collins. I am writing to you on behalf of myself and my family. After listening to the monthly update conference call today I am very disheartened.

I would like to take a moment to tell you about my family. Together my husband and I have three children, ages 5, 12 and 17. While pregnant with our youngest (who is now 5) we decided we would need more room. We were so excited when we decided to have our new home built by Bass Homes Inc. Our new home was completed in February 2009. My 5 year old was 3 months old when we moved in.

We were very please with the construction of our home. We were so proud of it.

Immediately upon moving in noticed the foul smell but assumed that it was due to the new construction and it would go away over time. We even had visitors comment on the smell. We had numerous problems with our heating and air unit. The coil, along with many other parts had to be replaced several times due to terrible corrosion. In November of 2009 someone from Bass Homes Inc. called to tell us they believed we had Chinese Drywall and that we needed to look in our attic for markings. Once confirmed we had the defective product (Taishan), Bass Homes told us we would have to correct the problem ourselves even though we were still under our one year warranty period.

We had never heard of Chinese Drywall and started doing research. As you could imagine, we were so upset. It all made sense after reading about the effects of the product. My newborn kept a runny nose. She had constant ear infections and had to have tubes in her ears twice. The rest of our family had a constant cough. I was always fatigued. Our new fixtures were tarnishing and pitting. Our air conditioner continued to have issues along with our appliances.

At this point we felt our only option was to hire an attorney to try to get Bass Homes to fix our home along with Ace Hardware, the supplier of the drywall. We obtained a lawyer at the end of 2009. They filed my case in the MDL shortly after that. My attorney informed me that not only did we get defective Chinese drywall but to top it off that it was actually salvage drywall from a ship wreck that should have never been sold as new or used in a new home to begin with. I still find it hard to believe that no one knew that they were putting this dangerous product in my home and that it could hurt my family.

In the fall of 2011 after continuous heating/air problems, health issues for our whole family and tiring of dealing with the terribly embarrassing odor, we decided to pay out of our own pocket to remove the drywall. We sold our antique vehicle, cashed out our retirement and obtained a second mortgage on our home. We did what we could with the money we could get our hands on but our "new" home is still unfinished.

Five years later I feel we are at a complete stand still. Bass Homes and Ace Hardware are still running their businesses with no repercussions. Our attorneys have contacted them numerous times to try to set a meditation date but they will not comply. I understand you ask everyone to look into this after getting a letter from another Bass homes victim Cassie Herrington in April but nothing has happened. These companies both have insurance policies in place that would pay for our homes to be repaired. I don't understand why they will not even try to mediate the case or why we just can't have a trial.

This is very frustrating to us as I know that all the people that had these problems and keep their cases in state court in Alabama have been settled and they were able to fix their houses and move on years ago. I feel like my family is being punished by being in your Court. All we want is to be able to have our home fixed and move on as well.

We feel stuck and at a loss as to what to do as we continue to struggle to pay a mortgage and also a second mortgage that we should have never had to obtain. We thought we were building our dream home. We wanted a safe place to raise our family. It has become a nightmare.

I am writing you today to ask for your help in getting our case moving with Bass Homes and Ace Hardware along. Any guidance or assistance in the matter would be greatly appreciated.

Please feel free to contact myself or my husband Braxton Collins if there is any information or advice that you can give.

Thank you for your time.

Sincerely,

*Kerrie Collins*

Kerrie Collins
10720 Highway 614
Moss Point, MS 39562
(228) 219-6202

Collins
10720 Hwy 614
Moss Point, MS
39562

GULFPORT MS 395
29 JUL 2014 PM 2 T

Honorable Eldon E. Fallon
U.S. District Court
500 Poydras St, Room C-456
New Orleans, LA 70130

7013 0470 0003

U.S. MARSHA[L]