UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Before the Court is a Motion to Reconsider the Court's July 21, 2014 denial of late filed claims. (Rec. Docs. 17872, 17929).

**IT IS ORDERED** that the Motion to Reconsider is set for submission, without oral argument, on August 13, 2014.

**IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee, and any other party that wishes to respond, reply by August 8, 2014.

New Orleans, Louisiana, this 4th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE