UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Little, et al. v. Taishan Gypsum, et al.* (Case No. 2:14-cv-00587) | MAG. JUDGE JOSEPH WILKINSON |

### NOTICE OF LIMITED APPEARANCE ON BEHALF OF DEFENDANT TROUT CREEK PROPERTIES, LLC

Edward J. Briscoe, Esq. and the law firm of Fowler White Burnett, P.A., hereby give notice of limited appearance as counsel of record for Defendant, TROUT CREEK PROPERTIES, LLC, subject to all reservations of rights and without waiver of any defenses, including but not limited to service of process, venue, and jurisdiction.  The undersigned requests that copies of all motions, pleadings, orders, and any other documents filed in the instant case be served upon him at the address as set forth below.

Respectfully submitted,

*/s/ Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131
Telephone:    (305) 789-9200
Facsimile:    (305) 789-9201
*Counsel for Trout Creek Properties, LLC*

IN RE: CHINESE-MANUFACTURED MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system on the 5th day of August, 2014.

/s/ Edward J. Briscoe
Edward J. Briscoe