UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**PLAINTIFFS' STEERING COMMITTEE'S RESPONSE
TO THE MOTION TO RECONSIDER THE COURT'S
<u>ORDER DENYING MOTION TO FILE LATE CLAIMS</u>**

The Plaintiffs Steering Committee hereby submits this response to the Motion for Reconsideration filed by VIT, Inc., Eloise Thomley, and Thomas W. Thomley (hereby referred to as "Movants")(Rec. Doc. No. 17929). On July 21, 2014 the Court entered an Order denying Movants' motion to file late claims (Rec. Doc. No. 17872). That ruling was correct. Reconsideration should be denied for the reasons set forth below.

Movants originally sought leave to file late claims on July 15, 2014 (Rec. Doc. No. 17848). Therein, Movants acknowledged that they had not submitted appropriate claims to the Claims Administrator after allowing approximately eight months to elapse past the Court's October 25, 2013 claim form deadline.

The Court, on July 17, 2014, entered an Order setting Movants' original motion for hearing on August 13, 2014 and issued a briefing schedule. That day, the Court also conducted its monthly status conference at which time a discussion regarding late claims took place. Shortly thereafter, on July 21, 2014, the Court issued its Order denying Movants' original motion to file late claims. *See supra*.

1

The Court's July 21, 2014 Order stated that the Court had "previously expressed its concerns over late-filed claims." *Id*. at 1. Further, the Court held that it, "can no longer allow such late-filed claims, without the presence of exceptional circumstances. Neither the Mitchell's case nor the Thomleys' case present such exceptional circumstances." *Id*. at 1-2. The Court then denied Movants' request to submit late-filed claims.

In their Motion for Reconsideration, Movants recapitulate this procedural history. Their motion, however, is devoid of any new facts or intervening law to support their request for reconsideration. A motion to reconsider should only be granted where the movant demonstrates: (1) an intervening change in controlling law, (2) the availability of new evidence not previously available, or (3) the need to correct a clear error of law or to prevent injustice. *In re: Vioxx Products Liability Litigation*, 230 F.R.D. 473, 474-75 (E.D.La. 2005), *modified by*, 2005 WL 2036797 (E.D.La. Jul 22, 2005). "Reconsideration of an order is an extraordinary remedy which courts should use sparingly," *Id.* at 475, but where one or more of the criteria are met, reconsideration should be granted.

As Movants have not demonstrated any of the criteria appropriate for reconsideration, let alone the exceptional circumstances expected by the Court, their motion is defective. This Court's Order of July 21, 2014 remains valid. Indeed, the PSC maintains that the, "time for a late-filed claims, barring extraordinary circumstances, has come and gone." *See* July 21, 2014 Order at 1.

For the reasons set forth above, the Motion to Reconsider the Court's Order Denying Motion to File Late Claims should be denied.

|  |  |
|---|---|
| Dated: August 5, 2014 | Respectfully submitted,<br><br>/s/ Leonard A. Davis<br>Russ M. Herman, Esquire (LA Bar No. 6819)<br>Leonard A. Davis, Esquire (LA Bar No. 14190)<br>Stephen J. Herman, Esquire (LA Bar No. 23129)<br>HERMAN, HERMAN & KATZ, LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>Phone: (504) 581-4892<br>Fax: (504) 561-6024<br>LDavis@hhklawfirm.com<br>*Plaintiffs' Liaison Counsel*<br>*MDL 2047*<br><br>Arnold Levin (On the Brief)<br>Fred S. Longer (On the Brief)<br>Matthew C. Gaughan (On the Brief)<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>215-592-1500 (phone)<br>215-592-4663 (fax)<br>Alevin@lfsblaw.com<br>*Plaintiffs' Lead Counsel*<br>*MDL 2047* |

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of August, 2014.

      /s/ Leonard A. Davis
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*