UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2047<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687**
*The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* **Case No. 09-4115 (***"Mitchell"***)**
*Gross, et al. v. Knauf Gips KG, et al.,* **Case No. 09-6690 (***"Gross"***)**
*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co. et al.,* **Case No. 10-361 (***"Wiltz"***)**
*State of Louisiana, ex. rel. James D. ("Buddy") Caldwell, the Attorney General of Louisiana v. Knauf Gips KG, et al.,* **Case No. 10-340**
*Steiner, et al. v. BNBM, et al.,* **Case No. 09-6545**
*Abel, et al. v. Taishan Gypsum Co., Ltd.,* **Case No. 11-080**
*Haya et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 11-1077**
*Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 12-0498**
*Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.,* **Case Nos. 11-1395, 11-1672, 11-1673**

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Withdraw as Counsel of Record;

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED**. Counsel are granted leave to file the attached Reply Memorandum in Support of Motion to Withdraw as Counsel of Record.

New Orleans, Louisiana, this __5th__ day of __August__, 2014.

_____
UNITED STATES DISTRICT JUDGE

2