UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### NOTICE OF INTENT TO REMEDIATE PROPERTY BY MARY M. NISWONGER

PLEASE TAKE NOTICE that subject to the requirements of Pretrial Orders issued by the Court in this action, the claimant Mary M. Niswonger intends to begin a self-remediation and dispose of the physical evidence no sooner than ten (10) days from the filing of this Notice. The affected property is located at 77451 N. Fitzmorris Rd. Ext., Covington, LA 70435. The property has been professionally inspected and determined to contain Chinese drywall manufactured by the Defendant Taishan Gypsum Company. Anyone wishing to inspect the property or obtain samples should contact counsel immediately. The claimant's remediation will be conducted in accordance with the Court's rules and guidelines concerning the preservation of evidence, and samples and preserved building components will be maintained in accordance with the Court's orders.

Respectfully submitted,

/s/ Tom W. Thornhill
Tommy W. Thornhill, #12776
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

AND

1

>N. Frank Elliot III, # 23054
>N. FRANK ELLIOT III, LLC
>P.O. Box 3065
>Lake Charles, LA 70602
>Telephone: (337) 309-6999
>Facsimile: (337) 439-2545
>frank@nfelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2014, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/Tom W. Thornhill*_____
>Tom W. Thornhill, #12776