UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amorin, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et. al., Case No. 14-1727 (E.D.La.) | |

## AFFIDAVIT OF SERVICE

I, Arnold Levin, Esquire served the Summons and Complaint on Joe Cyr, Esquire and Thomas P. Owen, Jr., Esquire on July 31, 2014 via Federal Express pursuant to Court Order dated June 25, 2014 (Rec. Doc. No. 17790). See Exhibit "A" attached hereto for Federal Express delivery confirmations.

Date: 8/8/14

_____
Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com

*Plaintiffs' Lead Counsel MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 8th day of August, 2014.

/s/ Arnold Levin
Arnold Levin, Esquire

# EXHIBIT A



**770724093570**

Ship (P/U) date :
Wed 7/30/2014 5:43 pm

Levin Fishbein Sedran Berman
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA  US  19106
215 592-1500

**Delivered**
Signed for by: L.PEREZ

Actual delivery :
Thur 7/31/2014 10:21 am

Hogan Lovells US LLP
Joe Cyr, Esquire
875 Third Ave
NEW YORK, NY  US  10022
215 592-1500

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| – 7/31/2014 – Thursday | | |
| 10:21 am | Delivered | NEW YORK, NY |
| 8:13 am | On FedEx vehicle for delivery | NEW YORK, NY |
| 7:27 am | At local FedEx facility | NEW YORK, NY |
| 4:10 am | Departed FedEx location | NEWARK, NJ |
| 12:50 am | Arrived at FedEx location | NEWARK, NJ |
| – 7/30/2014 – Wednesday | | |
| 9:22 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 5:43 pm | Picked up | PHILADELPHIA, PA |
| 2:25 pm | Shipment information sent to FedEx | |

Local Scan Time ☑

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 770724093570 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |

# FedEx® Tracking

**770724115144**

Ship (P/U) date :
**Wed 7/30/2014 5:43 pm**

Levin Fishbein Sedran Berman
SUITE 500
510 WALNUT STREET
PHILADELPHIA, PA US 19106
215 592-1500

**Delivered**
Signed for by: K.ORTEGO

Actual delivery :
**Thur 7/31/2014 11:08 am**

STANLEY, REUTER, ROSS, THORNTON
Thomas P. Owen, Jr. Esquire
STE 2500
909 POYDRAS ST
NEW ORLEANS, LA US 70112
215 592-1500

Let us tell you when your shipment arrives. Sign up for delivery notifications

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 7/31/2014 - Thursday | | |
| 11:08 am | Delivered | NEW ORLEANS, LA |
| 6:30 am | On FedEx vehicle for delivery | HARAHAN, LA |
| 6:24 am | At local FedEx facility | HARAHAN, LA |
| 4:22 am | At destination sort facility | KENNER, LA |
| 3:31 am | Departed FedEx location | MEMPHIS, TN |
| 12:06 am | Arrived at FedEx location | MEMPHIS, TN |
| 7/30/2014 - Wednesday | | |
| 9:10 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 5:43 pm | Picked up | PHILADELPHIA, PA |
| 2:26 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 770724115144 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Receptionist/Front Desk | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | cdw | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday | | |