# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

## DEFENDANT, SIXTY FIFTH AND ONE'S, MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION TO ENFORCE INJUNCTION REGARDING STATE COURT CLAIMS BROUGHT BY PUTATIVE CLASS REPRESENTATIVE, RALPH MANGIARELLI, JR.

COMES NOW Defendant, Sixty-Fifth & One, LLC ("Sixty-Fifth"), and moves this Court for leave to file a Reply in support of its Motion to Enforce Injunction Regarding State Court Claims Brought by Putative Class Representative, Ralph Mangiarelli, Jr., and in response to Plaintiffs' Response thereto.  The Reply responds directly to the arguments raised by Plaintiffs in their Response, and Sixty-Fifth respectfully suggests that the Reply will assist the Court in resolving the Motion.

WHEREFORE, Sixty-Fifth respectfully requests that the Court grant this Motion and permit the filing of the attached Reply.

Respectfully submitted,

/s/ Jeffrey M. Paskert
Jeffrey M. Paskert
Florida Bar No. 846041
Email:  jpaskert@mpdlegal.com
Secondary:  jegusquiza@mpdlegal.com
Ryan E. Baya
Florida Bar No. 0052610

Email: rbaya@mpdlegal.com
Secondary: dhutchins@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa St., Ste. 3700
Tampa, FL 33602
Telephone: (813) 229-3500
*Attorneys for Sixty-Fifth and One LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of August, 2014.

By: /s/ *Jeffrey M. Paskert*