UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047<br><br>SECTION "L"<br><br>JUDGE FALLON |
| This document relates to: 10-CV-0340 | * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * *

**NOTICE OF INTENT TO WITHDRAW MOTION TO
REMAND AND TO FILE MOTION TO AMEND**

In view of recent developments, the State of Louisiana ("the State") respectfully provides notice of its intention to withdraw its Motion to Remand (Rec. Doc. No. 1636) filed on March 8, 2010; to move to further amend its First Amended and Restated Petition to add certain additional Taishan related entities as parties; and to file that Petition in this court and in doing so change its caption.  The State intends to serve that Petition on the newly added Taishan related entities in accordance with the Court's Order Approving Alternative Service (Rec. Doc. No. 17790).  The State further agrees to file such other and further motion papers as the Court deems necessary to bring about the above results.

Respectfully submitted,

By Attorneys:

_____
James D. "Buddy" Caldwell, La. Bar #2211
Louisiana Attorney General
Louisiana Department of Justice
1885 N. 3rd St.,
P.O. Box 94005
Baton Rouge,  LA   70804
(225) 326-6000

LEGAL123003736.2

- 2 -

L. Christopher Styron, La. Bar #30747
Assistant Attorney General
Louisiana Department of Justice
1885 N. 3rd St.,
P.O. Box 94005
Baton Rouge,  LA  70804
(225) 326-6000

Sanettria Glasper Pleasant, La. Bar #25396
Assistant Attorney General
Louisiana Department of Justice
Director, Public Protection Division
1885 N. 3rd St.,
P.O. Box 94005
Baton Rouge,  LA  70804
(225) 326-6000

Usry, Weeks & Matthews, APLC
T. Allen Usry, La. Bar #12988
1615 Poydras St., Ste. 1250
New Orleans,  LA  70112
(504) 592-4600

Shows, Cali, Berthelot & Walsh, LLP
E. Wade Shows, La. Bar #7637
John C. Walsh, La. Bar #24903
628 St. Louis St.,
P. O. Drawer 4425
Baton Rouge, LA 70821
(225) 346-1461


   *s/ David L. Black*
Perkins Coie, LLP
David L. Black, *Pro Hac Vice*
1900 Sixteenth St. #1400
Denver,  CO  80202
(303) 291-2300

- 2 -