UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR AUGUST 13, 2014 STATUS CONFERENCE**

I.  PRE-TRIAL ORDERS

II.  STATE COURT TRIAL SETTINGS

III.  STATE/FEDERAL COORDINATION

IV.  OMNIBUS CLASS ACTION COMPLAINTS

V.  PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

VI.  REMEDIATION PROGRAM

VII.  INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII.  SHARED COSTS FUND

IX.  TAISHAN DEFENDANTS

X.  VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI.  PLAINTIFF AND DEFENDANT PROFILE FORMS

XII.    FREQUENTLY ASKED QUESTIONS

XIII.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIV.    *PRO SE* CLAIMANTS

XV.     PHYSICAL EVIDENCE PRESERVATION ORDER

XVI.    ENTRY OF PRELIMINARY DEFAULT

XVII.   ALREADY REMEDIATED HOMES

XVIII.  LOUISIANA ATTORNEY GENERAL

XIX.    NEXT STATUS CONFERENCE