IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | * MDL No. 02047<br>* SECTION L<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

### MOTION TO QUASH SUBPOENA
### ISSUED TO T. ROWE PRICE GROUP, INC.

**NOW INTO COURT,** through undersigned counsel, comes T. Rowe Price Group, Inc. ("T. Rowe"), a non-party to this litigation, who hereby moves that this Honorable Court quash the subpoena directed to T. Rowe and served on July 24, 2014, and for all other just and equitable relief as is more fully described in the attached memorandum in support of this Motion.

Respectfully submitted,

/s/  Rebecca L. Caldwell
Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

August 11, 2014

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 11th day of August, 2014, a copy of this Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc. was served upon all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                /s/ Rebecca L. Caldwell
                Ward B. Coe, III
                MD. Fed. Bar. No. 00282
                wcoe@gejlaw.com
                Rebecca L. Caldwell
                MD. Fed. Bar No. 28957
                rcaldwell@gejlaw.com
                GALLAGHER EVELIUS & JONES LLP
                218 North Charles Street, Suite 400
                Baltimore, Maryland 21201
                (410) 727-7702
                *Attorneys for T. Rowe Price Group, Inc.*