UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:  Chinese-Manufactured Drywall Product Liability Litigation | *<br>*  Civil Action No. MDL 2047<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF JOHN GILNER

1. I am a vice president of T. Rowe Price Group, Inc. I am also a managing counsel in the Legal Department of T. Rowe Price Associates, Inc. and a lawyer admitted to practice in Maryland. I am of the age of majority and have personal knowledge of the following facts.

2. T. Rowe Price Group, Inc. is a holding company located at 100 East Pratt Street, Baltimore, Maryland 21202. It was served with the Subpoena attached as Exhibit 1 on July 24, 2014.

3. The subpoena seeks testimony pursuant to Federal Rule of Civil Procedure 30(b)(6). It was issued by Plaintiffs' attorneys in the Chinese-Manufactured Drywall Product Liability Litigation, an MDL action pending in the Eastern District of Louisiana. The deposition notice that accompanies the subpoena states that the deposition will be conducted in furtherance of discovery related to collection of a judgment.

4. T. Rowe Price Group, Inc. and its subsidiaries do not own any assets of the companies identified in Attachment A to the deposition notice which accompanies the

subpoena. T. Rowe Price Group, Inc. and its subsidiaries also are not shareholders of record of any of the companies identified.

5.  T. Rowe Price Group, Inc. has no knowledge of any of the Rule 30(b)(6) topics listed on Schedule A. Knowledge, if it exists, would likely be in the possession of T. Rowe Price Hong Kong, Ltd., a third-tier subsidiary of T. Rowe Price Group, Inc., which is a separate corporation located in Hong Kong.

I solemnly affirm under the penalties of perjury and on personal knowledge that the contents of this affidavit are true.

*[signature]*
John Gilner
Vice President
T. Rowe Price Group, Inc.

Date: August __, 2014