**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
|  | * | MDL No. 02047 |
|  | * |  |
| IN RE: CHINESE-MANUFACTURED | * | SECTION L |
| PRODUCTS LIABILITY LITIGATION | * |  |
|  | * | JUDGE FALLON |
|  | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

### NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on September 3, 2014, at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on the Motion to Quash filed by T. Rowe Price Group, Inc.

Respectfully submitted,

/s/ Rebecca L. Caldwell
Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

August 11, 2014

# 504491