UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047<br>SECTION L |
| | * | JUDGE FALLON |
| This document relates to: ALL CASES | * * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Reply to Plaintiffs' Response to Motion to Enforce Injunction Regarding State Court Claims Brought By Putative Class Representative, Ralph Mangiarelli, Jr.;

**IT IS HEREBY ORDERED** that the Motion be and hereby is **GRANTED.** Sixty-Fifth is granted leave to file the attached Reply to Plaintiffs' Response in Opposition to Motion to Enforce Injunction Regarding State Court Claims Brought By Putative Class Representative, Ralph Mangiarelli, Jr.

New Orleans, Louisiana, this 11th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE