MINUTE ENTRY
FALLON, J.
AUGUST 13, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
**13-6652:** *Collins et al v. Bass Homes, Inc. et al*
**13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

On this date the Court conducted an informal status conference in these two cases, following the Drywall Monthly Status Conference. Stephen Mullins participated on behalf of the Plaintiffs. David Coons participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware. Danny Collier participated on behalf of Defendant Ace Home Center. The parties discussed the status of the case and requested their motion for a scheduling conference.

**IT IS ORDERED** that a telephone status conference will be held in these two cases on September 9, 2014, at 2:30 p.m. The Court will discuss a scheduling order at that time.

The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 090914.

JS10(00:08)