MINUTE ENTRY
FALLON, J.
AUGUST 13, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED      MDL NO. 2047
       DRYWALL PRODUCTS
         LIABILITY LITIGATION            SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
ALL CASES                                     MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:    Leonard Davis, Esq. for Plaintiffs'
                 Tom Owen, Esq., for Taishan Defendants
                 Caroline Pryor, Esq. for Defendant Ace Hardware Corp.
                 Daniel Collier, Esq. for Defendant Ace Home Center, Inc.
                 David Coons, Esq. for Defendant Bass Homes, Inc.
                 Stephen Mullins, Esq. for Plaintiffs Braxton and Kerrie Collins and Jason and
                 Cassie Herrington

1. Motion to Withdraw law firms of Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorneys for Defendant Taishan Gypsum Co. Ltd. (REF: 09-6687)      (17846)

After argument - Motion taken under submission, parties to file additional briefs with the Court

2. Motion to Withdraw law firms of Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney by Defendants Taishan Gypsum Co. Ltd. and Tai'an Taishan Plasterboard Co. Ltd (REF: 09-4115, 09-6690, 10-361, 10-340, 09-6545, 11-080, 11-1077, 12-0498, 11,-1395, 11-1672, 11-1673)     (17858)

After argument - Motion taken under submission, parties to file additional briefs with the Court

3. Motion of Defendant, Sixty-Fifth & One, LLC to enforce its injunction barring Chinese drywall claims against Sixty-Fifth by non-opt out plaintiffs, and to enjoin putative class representative, Ralph Mangiarelli, Jr. ("Plaintiff"), from continuing to prosecute his Chinese drywall claims against Sixty-Fifth in the Circuit Court of the Seventeenth Judicial Circuit of Broward County, Florida. (REF: ALL CASES)     (17897)

After argument - Motion was taken under advisement

4 Motion of the Plaintiffs' Steering Committee, to hold Chairmen, Jia Tongchun and Peng Shiliang of Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd. in Contempt (REF: 09-6687)    (17920)

No appearances were made by either side - Motion was taken under advisement

5.  Joint Motion to set a Scheduling Conference by Plaintiffs Braxton and Kerrie Collins, Jason and Cassie Herrington, and Defendants Ace Hardware Corporation, Ace Home Center Inc., Bass Homes Inc.   (REF 13-6652 & 13-6653)    (17924)

Motion - GRANTED, status conference to be held in chambers following hearing


JS10:    : 10