UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Leave to File Corrected Response to the Objections of the Homebuilders' Steering Committee's and Various Homebuilders' Objection to the Plaintiffs' Steering Committee's Motion for Additional Common Benefit Assessments;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Corrected Response to the Objections of the Homebuilders' Steering Committee's and Various Homebuilders' Objection to the Plaintiffs' Steering Committee's Motion for Additional Common Benefit Assessments be and is hereby filed into the record.

New Orleans, Louisiana, this ___ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge