UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED  : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: :
: JUDGE FALLON
10-1113 (*Hobbie*) :
: MAG. JUDGE WILKINSON
:
:
------------------------------------------------------------x

## THE KNAUF DEFENDANTS' MOTION FOR ORDER TO OBTAINACCESS TO CERTAIN UNITS AT RENAISSANCE COMMONS

NOW COME the Knauf Defendants, by and through undersigned counsel, who move this Honorable Court for an Order compelling thirteen unit owners at Villa Lago at Renaissance Commons to provide access to certain units within five days of the date of the Order so that GFA International, Inc. may inspect the units to determine whether they appear to be free of reactive Chinese manufactured drywall, and if the unit owners do not provide access within that timeframe, then the Knauf Defendants shall have no further obligations to provide Environmental Certifications for those units. The reasons for this Motion are fully set forth in the attached memorandum in support.

Respectfully submitted,

/s/ Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of August 2014.

/s/ Kyle Spaulding

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :   SECTION:  L
LITIGATION                           :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :
                                     :   JUDGE FALLON
10-1113 (*Hobbie*)                   :
                                     :   MAG. JUDGE WILKINSON
                                     :
                                     :
------------------------------------------------------------x

## THE KNAUF DEFENDANTS' MOTION FOR ORDER
## TO OBTAINACCESS TO CERTAIN UNITS
## AT RENAISSANCE COMMONS

NOW COME the Knauf Defendants, by and through undersigned counsel, who move this Honorable Court for an Order compelling thirteen unit owners at Villa Lago at Renaissance Commons to provide access to certain units within five days of the date of the Order so that GFA International, Inc. may inspect the units to determine whether they appear to be free of reactive Chinese manufactured drywall, and if the unit owners do not provide access within that timeframe, then the Knauf Defendants shall have no further obligations to provide Environmental Certifications for those units.   The reasons for this Motion are fully set forth in the attached memorandum in support.

Respectfully submitted,

/s/ Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of August 2014.

/s/ Kyle Spaulding