UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED          :      MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :      SECTION:  L
LITIGATION                            :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :
                                      :      JUDGE FALLON
10-1113 (Hobbie)                      :
                                      :      MAG. JUDGE WILKINSON
                                      :
                                      :
-----------------------------------------------------------------x
```

**MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER
TO OBTAIN ACCESS TO CERTAIN UNITS
AT VILLA LAGO AT RENAISSANCE COMMONS**

NOW COME the Knauf Defendants, through undersigned counsel, who submit this memorandum in support of their Motion for an Order to Obtain Access to Certain Units at Villa Lago at Renaissance Commons ("Motion"), as set forth in further detail below:

In March 2013, Class Counsel in the *Hobbie* case and the Knauf Defendants, among other participating entities, entered into the Settlement Agreement Regarding Claims Against Coastal Consruction of South Florida, Inc. Related to Villa Lago at Renaissance Commons in MDL No. 2047 ("Coastal Settlement Agreement"), whereby certain unit owners would receive remediation of their units containing either KPT drywall or non-KPT Chinese drywall (or a mixture of both types).  In addition, owners of units displaying no evidence of Chinese manufactured drywall would receive a "clearance" letter from GFA International, Inc. ("GFA") in the form of an Environmental Certification that the unit appears to be free of any reactive Chinese manufactured drywall, at no cost to the unit owner.  Section 2.4 of the Coastal Settlement Agreement

1

specifically states, "As part of the remediation of all 267 units identified in EXHIBIT "B," Knauf will arrange for GFA International to provide Environmental Certificates in the form attached as Exhibit B to the Knauf Settlement Agreement for all units in Villa Lago, including ones not being remediated."

Pursuant to Knauf Defendants' obligations in section 2.4 of the Coastal Settlement Agreement, the Villa Lago condominium association coordinated with GFA to facilitate the inspections of 59 units initially determined to be unaffected by Chinese manufactured drywall. To date, 46 of the 59 units have been inspected by GFA.  However, GFA has not been allowed access to inspect the following thirteen units:

1660 Renaissance Commons Boulevard, Boynton Beach, FL:

| Unit Owner | Unit No. |
| --- | --- |
| RCR Holdings II, LLC | 2129 |
| Stock, Amir & Bella | 2130 |
| Federal National Mortgage | 2214 |
| RCR Holdings II, LLC | 2217 |
| TD Bank NA | 2220 |
| Leray, Cleveland | 2303 |
| Lozano, Andres, Amparo & Gustavo | 2304 |
| Selame, Robert | 2615 |
| Federal National Mortgage | 2619 |

1690 Renaissance Commons Boulevard, Boynton Beach, FL:

| Unit Owner | Unit No. |
| --- | --- |
| Saez, Irma | 1115 |
| Federal National Mortgage | 1603 |
| Rizk, Raymond & Rogina | 1623 |
| Glauber, Gloria & Grotto, Amber | 1624 |

As of the date of this Motion, the Lead Contractor, Moss & Associates, LLC ("Moss") has completed remediation of a majority of the units under a fixed remediation budget, and intends to wrap up the Villa Lago project in November 2014.  Given the Court's substantial involvement in the Villa Lago settlement and continued oversight of the remediation project, we request an Order from the Court compelling the units owners identified above to provide access to their units within five days of the date of the Order for an environmental inspection by GFA, and if they do not provide access within that timeframe, then the Knauf Defendants shall have no further obligations to deliver Environmental Certifications for those units.  This Order would ensure that all unaffected units would be afforded the opportunity of receiving Environmental Certifications

Respectfully submitted,

/s/   Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of August, 2014.


/s/   Kyle A. Spaulding