UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: :
: JUDGE FALLON
10-1113 (*Hobbie*) :
: MAG. JUDGE WILKINSON
:
:
---------------------------------------------------------------x

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Knauf Defendants shall bring on for submission their Motion for an Order to Obtain Access to Certain Units at Villa Lago at Renaissance Commons before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 at 9:00 a.m. on the 3rd day of September, 2014, or as soon thereafter as counsel may be heard.

Dated: July 15, 2014

Respectfully submitted,

/s/  Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of August, 2014.

/s/ Kyle A. Spaulding