UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED         :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :   SECTION:  L
LITIGATION                           :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :
                                     :   JUDGE FALLON
10-1113 (Hobbie)                     :
                                     :   MAG. JUDGE WILKINSON
                                     :
                                     :
------------------------------------------------------------x
```

### EX PARTE MOTION FOR EXPEDITED HEARING ON
### THE KNAUF DEFENDANTS'
### MOTION FOR AN ORDER TO OBTAIN
### ACCESS TO CERTAIN UNITS AT RENAISSANCE COMMONS

**NOW COME** the Knauf Defendants, who move for expedited consideration of its Motion For An Order To Obtain Access To Certain Units At Renaissance Commons.  Due to the need to obtain Environmental Certificates for the unaffected units in a timely manner and before remediation concludes, it is necessary to hear the Knauf Defendants' Motion on an expedited basis.  Thus, the Knauf Defendants request an expedited hearing on its motion at the Court's earliest opportunity.

Respectfully submitted,

/s/ Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 15th day of August 2014.

/s/ Kyle Spaulding