UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO: :
 : JUDGE FALLON
10-1113 (*Hobbie*) :
 : MAG. JUDGE WILKINSON
 :
 :
------------------------------------------------------------x

## ORDER

Considering the Motion for Expedited Hearing on the Knauf Defendants' Motion For An Order To Obtain Access To Certain Units At Renaissance Commons;

IT IS HEREBY ORDERED that the hearing on the Knauf Defendants' Motion For An Order To Obtain Access To Certain Units At Renaissance Commons will be held on the ___ day of _____, 2014 at __:__ am, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

New Orleans, Louisiana this _____ day of August, 2014.

_____
JUDGE ELDON E. FALLON