UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED | * | MDL No.: 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Haya, et al. v. | * | MAG. JUDGE WILKINSON |
| Taishan Gypsum Co., Ltd., et al. | * | |
| Case No.: 11-cv-1077 | * | |

**************************************************

## RICHARD AND GRETCHEN MAXWELL'S
## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Richard and Gretchen Maxwell, hereby dismiss with prejudice all of their claims against defendant The Home Team d/b/a Great Southern Homes in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Richard and Gretchen Maxwell shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Richard and Gretchen Maxwell, dated August 15, 2014, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal With Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 15th day of August, 2014.

*/s/ Leonard A. Davis*
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhklawfirm.com