# EXHIBIT "A"

# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +#
Daniel K. Bryson *+
Gary E. Mason > ^ «
Nicholas A. Migliaccio > ^
Robert B. Brown, III ¤
Scott C. Harris *¤
Matthew E. Lee *¤

Jason Rathod > ≈
Caroline Ramsey Taylor +¤
Natasha Camenisch Farmer +
Esfand Nafisi ≈ ^
Steven Berk > ≈ ~
Charles A. Schneider > ~
Martha B. Schneider > ~
Roger Braden +~

State Bar Admissions:
KY + DC > NC * FL ¤
NY ^ MD « IL ≈ MO #
Of Counsel ~

900 West Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

Daniel K. Bryson
dan@wbmllp.com
Direct: 919-600-5002

August 15, 2014

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re: Chinese Manufactured Drywall Products Liability Litigation
*Haya, et al. v. Taishan Gypsum Co., Ltd, et al.*
Case No.: 11-1077

Dear Lenny and Russ:

My clients, Richard and Gretchen Maxwell, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss with prejudice their claims in the above referenced Omni Complaint against defendant The Home Team d/b/a Great Southern Homes.

Very truly yours,

Daniel K. Bryson