1                  UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE-MANUFACTURED        *    Docket 09-MD-2047
5           DRYWALL  PRODUCTS           *
        LIABILITY LITIGATION           *    Section L
6                                        *
This Document Relates to All Cases   *    August 13, 2014
7   * * * * * * * * * * * * * * * * * *

8

9                  STATUS CONFERENCE BEFORE THE
               HONORABLE ELDON E. FALLON
               UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12

For the Plaintiffs:          Levin Fishbein Sedran & Berman
13                               BY:  ARNOLD LEVIN, ESQ.
                             510 Walnut Street, Suite 500
14                               Philadelphia, Pennsylvania 19106

15   For the Defendants:          Frilot, LLC.
                             BY:  KERRY MILLER, ESQ.
16                               1100 Poydras Street, Suite 3700
                             New Orleans, Louisiana 70163
17

Also Appearing:              Dawn Barrios, Esq.
18                               Richard Serpe, Esq.
                             Leonard Davis, Esq.
19                               Daniel Becnel, Esq.
                             Tom Owen, Esq.
20                               Jacob Woody, Esq.
                             Daniel Balhoff, Esq.
21                               Matt Garretson, Esq.

22   Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-406
23                               New Orleans, Louisiana 70130
                             (504) 589-7778
24

25   Proceedings recorded by mechanical stenography using
computer-aided transcription software.

<u>**PROCEEDINGS**</u>

**(August 13, 2014)**

**THE COURT:**  Be seated, please.  Good morning, ladies and gentlemen.

Let's call the case, please.

**THE DEPUTY CLERK:**  MDL No. 2047, In Re: Chinese-Manufactured Drywall Products Liability Litigation.

**THE COURT:**  Counsel, make your appearances.

**MR. LEVIN:**  Arnold Levin, for Russ Herman, for the plaintiffs' steering committee.

**MR. MILLER:**  Good morning, Your Honor.  It's Kerry Miller on behalf of the defense steering committee and the Knauf defendants.

**THE COURT:**  I have had an opportunity to meet with the liaison and lead counsel in the matter to go over the agenda.  I will take them in the order that's proposed.

Anything on pretrial orders?

**MR. LEVIN:**  Nothing new, sir.

**THE COURT:**  State court trial settings, anything on that?

**MS. BARRIOS:**  No, Your Honor, there are no state court trial settings.  To jump to roman numeral III, the state/federal coordination, Mr. Serpe was going to make that presentation.

**THE COURT:**  All right.  Anything on that?

| | |
|---|---|
| 09:05 | 1 |
| 09:05 | 2 |
| 09:05 | 3 |
| 09:05 | 4 |
| 09:05 | 5 |
| 09:05 | 6 |
| 09:05 | 7 |
| 09:05 | 8 |
| 09:05 | 9 |
| 09:05 | 10 |
| 09:06 | 11 |
| 09:06 | 12 |
| 09:06 | 13 |
| 09:06 | 14 |
| 09:06 | 15 |
| 09:06 | 16 |
| 09:06 | 17 |
| 09:06 | 18 |
| 09:06 | 19 |
| 09:06 | 20 |
| 09:06 | 21 |
| 09:06 | 22 |
| 09:06 | 23 |
| 09:06 | 24 |
| 09:06 | 25 |

**MR. SERPE:**  Your Honor, there has been one important development on state/federal coordination.  Judge Hall is going to be supervising a new settlement in Virginia growing out of an installer.  This is not part of the four Virginia class settlements which Mr. Garretson will speak to.  This is a separate settlement growing out of the state court litigation.

We are approaching the bitter end.  In fact, this defendant had to be chased all the way to Florida.  It was an installer.  We found them.  We were able to get a default judgment against them.  The carrier showed up.  The biggest insurance defense firm in Virginia filed a declaratory judgment.

Mr. Breit's firm did the lion's share of the briefing, and we were able to obtain 90 percent of the available coverage.  Judge Hall is going to divide that money among the families through a QSF procedure in Virginia.  She will coordinate that with the Court and then deposit the set-asides in this Court for attorneys' fees and expenses.

**THE COURT:**  Do you have any feel for how many claimants?

**MR. SERPE:**  Your Honor, I believe there are 36 families that will be included in that QSF.  It will eliminate all remaining claims against that defendant and, importantly, also resolve an ongoing federal court declaratory judgment action trial with respect to coverage that was available for

1    that installer.

2         Your Honor, that is probably the second to last

3    of these installer defendants that we have been pursuing

4    through the state court litigation.  We hope, like the four

5    Virginia class settlements, that we will be in a position to

6    complete the Virginia litigation by year's end.

7         **THE COURT:**  Good.  That's good news.  Okay.

8         Anything on the omnibus class?

9         **MR. LEVIN:**  Yes, Your Honor, quite a lot.  The PSC

10   filed Omni XIX, which we believe at this stage of the

11   proceedings closes the loop of the Taishan affiliates.  We

12   brought in the State-Owned Assets Supervision and

13   Administration Commission of the State Council, a Chinese

14   government entity.  That complaint is being translated

15   presently and will be served pursuant to The Hague.

16        Hopefully the Chinese government will appear

17   before this Court and not treat this Court the way other

18   entities have.  That complaint also re-alleges a cause of

19   action against the Taishan defendants, the BNBM Group, two BNBM

20   defendants, and two CNBM defendants.  All four of those

21   entities have a preliminary default.

22        As to the state agency, the government of China,

23   Republic of China, that will not be ripe for class proceedings,

24   but I might as well move on to class ahead of time.

25        On September 18 the motion for class

certification will be before this Court.  Prior to the motion
and that date, the PSC will provide the Court with proposed
findings of fact and conclusions of law.

Should the Court grant certification, notice
will be extremely easy because the class is composed of active
litigants in the other omni complaints who have all intervened
personally in those omni complaints, so it would just be
notice.  Rather that a 60-day notice period, that is, the usual
notice period where there's publication, we would ask the
Court, should the Court certify the class, to allow notice in
30 days, at which time we would like to assess damages on a
classwide basis utilizing all that we have learned as against
Knauf and others in this litigation.

Never have we had so much information on damages
at this stage of a proceeding as we do in this class action
because of this Court's approval of the remediation program and
also the way the remediation program has worked and the
participants in the remediation program.  They have given us a
yardstick to assess damages against Taishan, BNBM, CNBM.
Should the government of China not come before this Court, we
will then move for a preliminary default and ask that damages
be assessed against them.

We intend to pursue this matter and are pursuing
this matter.  There has been some activity in the Senate.
Senator Nelson and Senator Vitter have spoken to this matter in

detail, and Senator Landrieu has issued a press release with regard to it.  Government agencies have been informed as to what has happened here in the default judgment and the contempt proceedings, both civil and criminal, and we are just moving along.

I'll get it all out now.  The judgment debtor proceedings are proceeding.  We have subpoenaed four entities as a stepping stone in looking for assets in the United States of those companies.  They go to T. Rowe Price, Morgan Stanley, JPMorgan.  We have also subpoenaed Alibaba, which we believe is the instrument by which China does business in the United States, by which money passes from purchasers in the United States to China.  We intend to conclude those depositions shortly.  There obviously will be motions probably filed by those entities before this Court, and we would ask that they be handled on an expedited basis.

We believe that there is and has been American interests in BNBM and CNBM.  We will find that out in the discovery that we have issued.  We intend to then issue notices to take the depositions of the managing agents of BNBM and CNBM.  We are determining whether that will be done in Hong Kong by video or in the United States.

If it's done by video, we will have our people there but counsel will be here, to not expend the money of going there, because with a default judgment it's conceivable

that they won't show up.

THE COURT:  I have received some word from Congress. It looks like a bipartisan group of senators are taking an interest in this matter and indicate that they will be in touch further with the Court on it.

With regard to the depositions that you have set, I received some motion to quash one of the depositions.  I haven't heard from your group yet.  They say that they are willing to participate, but they don't know what you want. They would like to meet with you, get it a little bit more fleshed out; and if not, they want some costs guaranteed.

MR. LEVIN:  Mr. Davis has been in communication with that particular law firm.  Rather than file it in Maryland, they did file their proceedings here in the MDL Court.  Leonard would like to talk about that.

MR. DAVIS:  Good morning, Your Honor.

THE COURT:  Good morning.

MR. DAVIS:  After the notices were issued, we did receive communication from counsel for several of the four entities.  You may recall that prior deposition notice had been issued to some of these entities, so we had a relationship with some of the counsel and we did communicate with them further.

With respect to each of the four entities, what we did was agreed to move those depositions from when they were scheduled, and we asked that they file their motion or their

```
09:14   1   opposition in advance or they communicate further with us.
09:14   2              We have had some communications, as I have said,
09:14   3   and I expect that we will meet and confer with each of them.
09:14   4   Hopefully we can avoid hearings on those, but we are going to
09:14   5   pursue having those depositions.
09:14   6        THE COURT:  Okay.  Anything on the plaintiffs'
09:14   7   litigation fee and expense fund?
09:14   8        MR. LEVIN:  No, other than deposits are being made.
09:14   9        THE COURT:  Remediation program, anything on that,
09:14  10   Kerry?
09:14  11        MR. MILLER:  Kerry Miller on behalf of Knauf,
09:14  12   Your Honor.
09:14  13              In the remediation program, the homes continue
09:14  14   to be remediated.  It appears that Moss will be done in about
09:14  15   6 months.  What they are doing now, Your Honor, is all of the
09:14  16   initial settlement homes have basically been done.  They are
09:15  17   wrapping up all of the condos by the end of this year, the next
09:15  18   couple of months.  What they are really working on now are the
09:15  19   new homes, the settlement that we did last August.  Those are
09:15  20   the ones that they are working on now.  We think within the
09:15  21   next six months 99 percent of them will be complete.
09:15  22        THE COURT:  Okay.  As always, I also have Moss'
09:15  23   representative present in these meetings so that either the
09:15  24   attorneys or the litigants themselves can bring up anything
09:15  25   that they have, any complaints or any observations or any
```

09:15 1  whatever it is with the Moss representative so you don't have

09:15 2  to go through two and three levels of attorneys to get to them.

09:15 3  They are here now.  So you can talk with them sometime after

09:15 4  this matter, during it, or whatever.

09:15 5          MR. BECNEL:  Judge, I had two homes that got kicked

09:15 6  off this week.  I don't know how we are going to handle time

09:16 7  and charges and all of that stuff because I sent lawyers, one

09:16 8  to Florida, one to Alabama.

09:16 9          THE COURT:  Have they started?  Moss has started?

09:16 10          MR. BECNEL:  They did what what's called the kickoff.

09:16 11          THE COURT:  Right.  Okay.

09:16 12          MR. BECNEL:  Why don't you tell them, Kerry, what the

09:16 13  kickoff is.

09:16 14          MR. MILLER:  Yes.  I think what Mr. Becnel is

09:16 15  referring to, Your Honor, is these are homes that are under the

09:16 16  new claims settlement agreement; that is, they weren't part of

09:16 17  the original class action agreement.  They are subject to the

09:16 18  agreement we reached with the PSC last August.  There is a

09:16 19  separate fee and expense paragraph in that settlement

09:16 20  agreement, and that would apply to the activities that

09:16 21  Mr. Becnel is just describing.

09:16 22          THE COURT:  Okay.  Well, touch base with the Moss

09:16 23  person, Danny, while you are here to make sure that at least

09:16 24  you have some liaison with them.

09:16 25          MR. BECNEL:  I need to at least tell Sean Payton.

His case has been settled for 2 1/2 years.  In Florida they get paid.  The lawyer is getting paid.  I've got nothing.

THE COURT:  All right.  Okay.  I'll look into that.

MR. LEVIN:  I won't comment on Mr. Becnel having nothing.

THE COURT:  Okay.  How about InEx, Banner, Knauf?

MR. LEVIN:  There's nothing new on that, sir.

THE COURT:  Shared costs fund, anything?

MR. LEVIN:  Nothing, sir.

THE COURT:  Taishan defendants?  I know we have a motion to withdraw.  Tom, do you want to talk about that now, at this time?

MR. LEVIN:  Your Honor, that motion is pending.  We intend to file and the Court has granted us leave to file a surreply brief, which will have ultimately the position of the PSC with regard to the withdrawal.  It's premature to state the conditions at this point because they are still under discussion.  When that is filed, there will be a proposed order attached to it, which hopefully we could agree on with regard to the withdrawal and the obligations of counsel thereafter.

THE COURT:  As was mentioned, I have a motion before me.  I'll just take that off the table, then.  The motion is from Taishan's present counsel to withdraw from the litigation.

I must say that they have represented Taishan and those entities very well.  They have done yeoman work in

the court of appeal and even before this Court and the various depositions that were taken in China.  Every step of the way they were conscious of their representation and did a good job in representing them.  Notwithstanding their good work, Taishan has seen fit to write them and tell them that they no longer wish their services and they no longer have any authority to act for them.

They are presently still before the Court as counsel.  My concern, of course, in the motion -- and I have expressed it to counsel -- is that under the Federal Rules, the parties can serve counsel and that's service on the entity. While I understand their interest in leaving the litigation, I'm interested in making sure that there is somebody to receive service for motions and other matters if, in fact, they do leave.

I have looked at the law.  Primarily on the West Coast there's some provisions that have been accepted by courts, in other courts also, that have some residual responsibility that the attorney has.  So I ask counsel for both sides to get together and see whether there's some way of relieving the present counsel of their responsibilities but at the same time having them have responsibilities for service and communicating with their former client.  So that's what's in the mix now.

MR. LEVIN:  On a personal note, Your Honor, the PSC's

09:20  1  personal note, we want to make it clear that we believe that

09:20  2  the Taishan defendants and their affiliates have not only

09:20  3  treated the Court with contempt, our clients with contempt, but

09:20  4  their own counsel with contempt.

09:21  5          MR. OWEN:  Tom Owen on behalf of the Taishan

09:21  6  defendants.

09:21  7          We just want to say that we understand that the

09:21  8  PSC is going to submit an additional brief with a proposed

09:21  9  order, and we will respond accordingly.  I guess we'll move the

09:21  10  hearing until the next status conference.

09:21  11          THE COURT:  What about Venture Supply, anything?

09:21  12          MR. LEVIN:  I don't know whether Mr. Serpe has

09:21  13  anything to say.

09:21  14          MR. SERPE:  Nothing further.

09:21  15          THE COURT:  I think he has talked about that.

09:21  16          Nothing on the plaintiff profile forms.

09:21  17  Frequently asked questions, nothing.

09:21  18          I have some motions set.  The motion to withdraw

09:21  19  I will take off.  I have a motion for contempt, which I will go

09:21  20  into after this meeting, a motion to reconsider late claims,

09:21  21  and a motion regarding enforcement of actions against some

09:21  22  state court proceedings.  I will deal with that afterwards.

09:22  23          MR. LEVIN:  Your Honor, at this time it doesn't fit

09:22  24  completely in, but it may be an appropriate time for the

09:22  25  BrownGreer report and the Garretson report, if that's in order.

1    **THE COURT:**  Sure.

2    **MR. WOODY:**  Good morning, Your Honor.  My name is

3    Jake Woody.  I'm here from BrownGreer to give the monthly court

4    report.

5          As always, we'll start with the total number of

6    claims to set the picture.  We did have 22,389 claims filed.

7    12,599 of those are Global, Banner, InEx repair and relocation

8    claims.  3,996 are miscellaneous claims.  1,830 are lost rent,

9    use, and sales claims.  1,369 are Knauf remediation claims.

10   913 are foreclosure claims.  870 are bodily injury claims.  755

11   are alternative living expenses claims.  Just 57 are tenant

12   loss claims.

13         We have completed review of 84 percent of all

14   the claims.  Just under 19,000 have been reviewed initially.

15   We have completed our initial review of six of the eight claim

16   types.  We do have 116 foreclosure claims left to look at.  I

17   expect to finish those this week, and then we will turn our

18   attention to the miscellaneous claims.  We have 3,309 of those

19   to review.  As soon as we finish foreclosure, we will start on

20   miscellaneous and move through those quickly.  Since the last

21   status conference we have reviewed 948 claims.  Most of those

22   have been foreclosure claims.

23         We have worked on Global, Banner, InEx claims

24   for the longest.  They are the largest number of claimants.

25   This slide shows the disposition of our review results.  The

important information on this slide is not the number of claims
but the number of open claims because, as I have stated before,
this is a pro rata settlement.  As long as claims are open, it
makes it difficult to do the pro rata calculation.

Last month I reported that there were 108 open
claims.  This month there are 43, so that number is dwindling
quickly.  37 of the 43 are claims that have been denied, and 33
of those have within the next 10 days to appeal.  So those will
close quickly.

Because most of the open claims are denied
claims, we can for the first time share our preliminary
pro rata calculations.  Just a word about how those are
calculated.  There's a set amount of money available for each
settlement, the Banner settlement, the InEx settlement, and the
Global settlement is divided into three separate pools: the
Global builder, the Global supplier, and the Global installer.

To determine the pro rata amount, we take the
eligible square footage for each pool and divide the amount
available by the square footage to come up with a per square
foot number.  The tentative amount for each settlement:

For the Banner settlement it's $3.06 a square
foot; for InEx it's 37 cents a square foot; for the Global
builder it's $2.09 a square foot; for the Global supplier it's
$3.49; and for the installer it's 95 cents.

I do want to emphasize that these are tentative

1    amounts.  As I mentioned, there are still some open claims
2    which could affect the calculation.  I expect that when we make
3    payments, the initial payment will be a very large percentage
4    of this; probably 97, 98 percent.  So the amount of the first
5    payment may not be exactly this amount, but it should be close
6    to this.

7              I know there's great interest in that and I
8    wanted to share those calculations for the first time.  All I
9    have done is -- as I said, it's just a math problem -- divide
10   the amount available by the eligible square footage to come up
11   with this number.

12             This is per square foot.  So if the home is
13   1,000 square feet and it's in the Banner settlement, you would
14   simply multiply the per square foot amount by 1,000 to figure
15   out roughly what the initial payment will be.  There are many
16   properties that are eligible for payment from multiple
17   settlements, from the Banner settlement and the Global builder
18   settlement.  They would receive two separate payments for that.

19        THE COURT:  When will you be able to make those
20   payments?

21        MR. WOODY:  I think we are in a good position to make
22   those payments probably by the end of the month.  We will work
23   with the PSC and the defendants to circulate a cap that will
24   explain exactly how we will do it, how we have done our math,
25   the procedures that we will follow to make payments, how we

will issue the checks.

I do think that the only document that will be required for eligible claimants is a W-9.  If you haven't submitted a W-9 to us yet, I encourage people to do that now. We will review them, make sure they are signed and complete. If we don't have them, we will let people know that we need them to make payments.

I do know that there are many people who have given us a W-9 but many who haven't, so I encourage people to do that.  You can upload them to our portal or you can e-mail them to us, and I will share that contact information at the end of the presentation.

**THE COURT:**  You said something about a holdback. What's going to be the holdback?

**MR. WOODY:**  I think we will withhold a small percentage to accommodate or to include the open claims just to make sure we have a little bit left in case there are new claims, things of that nature.

**THE COURT:**  So what's a small percentage?  3 percent?

**MR. WOODY:**  I think 3 percent at the most.

**THE COURT:**  So you will give 97 percent and you will hold back 3 percent.  That will be in addition to the 97 percent.

**MR. WOODY:**  Yes.  I will work with the PSC to put that in a cap and memorialize that.

1      THE COURT:  Okay.

2      MR. WOODY:  I'll turn quickly to the other loss

3  claims.  We have worked on bodily injury for quite a while.

4  There are 156 potentially eligible bodily injury claims.

5  That's an increase of 8 from the last status conference.  These

6  numbers aren't moving much because most of these claims are

7  closed, meaning that we have denied many of them and they have

8  run the time to appeal.  624 are denied.  51 are currently

9  incomplete.  The 51 are the ones that move.  They will move to

10  denied or incomplete within the next month or so.

11      Pre-remediation alternative living expenses is

12  in a very similar position as bodily injury in that we have

13  worked on these for the longest.  471 are potentially eligible.

14  That's a change of 12 from the last status conference.  You can

15  see that the longer time has passed since we have done our

16  initial reviews the less claims move.  16 of these are

17  incomplete.  Those will move to eligible or denied within the

18  next month.  241 are denied.

19      Lost rent, use, and sales is a very active claim

20  type right now, meaning that many claims are open.  They have

21  incomplete notices that they are responding to.  We have

22  determined that 908 are potentially eligible, 306 are

23  incomplete, and 257 have been denied.  These numbers will

24  change over the next two months.  They will change a lot.

25      You can see that many of these are complete.  I

think that's because the document requirements are not that onerous.  This claim type is limited to commercial owners. Generally they have easier access to records that they need.

Foreclosure and short sales, the claim type we have been working on for the most in the last month, all of these claims are open.  There are 913 of them.  Only 28 are potentially eligible at this time.  755 are incomplete.  As I said, we are still to review 116.  We'll finish those this week.

Finally, just a word about the notices we have issued.  We have issued a total of 20,070 notices.  If you haven't received a notice from us on an other-loss claim type, it likely means that you are potentially eligible.

If you have questions about that, you can contact us and we can give you a full status update on that claim.  The best way to contact us is by e-mail.  It's CDWQuestions@browngreer.com.

Our Web portal is www3.browngreer.com/drywall. That is the best place to upload W-9s for people who are interested in doing that.  You can upload them like any other document you have given us.  We will see that it's a W-9 and review it.  There's no need to give us any special instructions.

If you need to call us, our toll-free number is (866) 866-1729.

09:30
09:30
09:30
09:30
09:30
09:30
09:30
09:31
09:31
09:31
09:31
09:31
09:31
09:31
09:31
09:31
09:31
09:31
09:31
09:32
09:32
09:32
09:32
09:32
09:32

1          **THE COURT:**  Anything from anyone else?

2               Dan, do you have anything on the personal injury

3    matters that you want to --

4          **MR. BECNEL:**  No, Judge.

5          **THE COURT:**  I'm sorry.  That's all right, Danny.  I

6    was looking at Dan Balhoff, but I'll hear you also.

7          **MR. BALHOFF:**  I'm a "B Team Dan."

8               Your Honor, very briefly, the special master's

9    office has been working with BrownGreer.  Randy Ellis and I

10   have gone through all of the bodily injury claims that

11   BrownGreer has sent us and we have started categorizing them.

12               We are looking for levels of proof that should

13   be required for varying amounts.  We are going to work with the

14   parties and the Court in order to come up with a procedure so

15   that we can get some input from the parties before making final

16   recommendations to the Court.  The initial review is complete.

17         **THE COURT:**  Most of the claims, what do they involve?

18         **MR. BALHOFF:**  The vast majority of the claims involve

19   respiratory-type complaints, migraine headaches or some kinds

20   of headaches, nasal congestion, and the sort of acute problem

21   that was present while the person was in the presence of the

22   Chinese drywall but may have gone away later.

23               There are a few other complaints that are beyond

24   that and those may require special treatment.  We need to

25   coordinate with the parties in order to decide how to handle

1    those.

2              THE COURT:  Thank you.

3              Danny, you had some comment on that?

4              MR. BECNEL:  Judge, I had a comment on the G8, which

5    is meeting in September in Wales.  I would suggest that the

6    Court -- not the plaintiffs' committee or the defense, that the

7    Court send Penny Pritzker, the Secretary of Commerce, who will

8    be there, and get that on the agenda with the Chinese.  That's

9    when all of the staffs from the presidents of all of those G8

10   countries meet and try to work deals out or what have you.  I

11   just think that that's a good avenue that's less than a month

12   away.

13             THE COURT:  Okay.  That's a good idea.

14             MR. LEVIN:  Your Honor, Ms. Pritzker has been

15   notified of the situation.

16             THE COURT:  Matt, do you have anything?

17             MR. GARRETSON:  Matt Garretson, special master of the

18   four Virginia-based settlements.  I have just a few brief

19   points to summarize and update the Court with.

20             As the Court is aware, there's 262 active real

21   property claims and that has not changed at any time since my

22   last report.  We have sent determination notices to all 262.

23   That occurred at the end of July, earlier this summer.  The

24   appeals period runs as of August 20, so just a short time away.

25             To date I have received six appeals.  As the

1    class members are aware, after we make our determination on the

2    appeals, if we deny those appeals, class members have 15 days

3    to file an objection with this Court.

4              There is one issue that I have brought to the

5    Court's attention that I think is worth mentioning as well and

6    that's a duplicate claim issue.  Fannie Mae, the Federal

7    National Mortgage Association, has asserted real property

8    claims on the same pieces of property for which 10 former

9    homeowners have also asserted claims.  So there's 10 affected

10   properties.

11             As the Court has advised, we will be treating

12   each of these as one claim for purposes of allocation.  To that

13   end, I will be sending each of the affected parties a letter

14   containing our analysis and our recommendation and, in general,

15   will try to facilitate a fair resolution.

16             Failing that effort, Your Honor, if either party

17   objects to our analysis and recommendation, we would propose

18   placing the money into the registry of the Court, and then the

19   Court can hear from the parties and make a determination.

20             **THE COURT:**  I met with Matt a moment ago.  I got his

21   letter.  I think that that's the way to handle it.  We have to

22   look at it as one claim.  Maybe a number of parties have an

23   interest in that claim, but I can't divide the claim up just

24   having everybody make claims.

25             So I'm going to have one claim.  You make the

09:35  1   cut as to how much that claim should be valued at.  If the
09:35  2   parties can get together, fine.  If they can't, put the money
09:35  3   in the registry of the Court.  I will convene a hearing.  I
09:35  4   will hear from each of the claimants in that particular claim
09:35  5   and I'll make a decision on it.  That's the way I'm doing it.
09:36  6        MR. GARRETSON:  Yes, Your Honor.  So we would
09:36  7   anticipate preparing those letters in the near future and
09:36  8   giving out correspondence to the affected parties.
09:36  9        With respect to other loss claims, quite
09:36  10  frankly, our focus has been on the real property claims so we
09:36  11  can get those processed and get the bulk of the funds,
09:36  12  80 percent of the funds out the door as quickly as possible.
09:36  13       There are 488 active individual other loss
09:36  14  claims across 194 affected properties, and we have gone through
09:36  15  the initial review of those.  Our next step is to issue our
09:36  16  determination notices, and we will begin that process just
09:36  17  after we finalize phase one, which is the real property issues
09:36  18  I have mentioned.  Of course, after we have our determination
09:36  19  notices go out on those other loss claims, we'll have an
09:36  20  appeals period and then finalize the allocation.
09:36  21       So a very brief report today, Your Honor.  In
09:36  22  summary, the project remains on track with regard to the other
09:36  23  status updates I have given.  The claims submission process is
09:37  24  complete.
09:37  25       We are dealing with the claims, as I just

1 mentioned, in two phases, the real property which we are

2 focused on now, bringing that to a conclusion, as well as the

3 other losses; 262 active real property claims, 488 active other

4 loss claims.  We are about to end the real property appeals

5 phase.  We'll communicate to the Court should anyone take an

6 objection with our determination on the appeals.

7          As always, should any class member or class

8 counsel or counsel wish to communicate with us, the easiest way

9 to get in touch is through chinesedrywall@garretsongroup.com.

10 We receive many inquiries through that medium and will continue

11 to respond to those.

12          THE COURT:  Thank you very much.  I appreciate your

13 help.

14          Anything from the *pro se* claimants?  Anything

15 from Mr. Johnston?

16          What about from the attorney general?  Anything

17 from the attorney general?  Not at this time.

18          Any other area that we need to cover?

19          The next status conference, of course, is

20 September 18.  The one in October is October 21.

21          I'll be back in five minutes and we'll deal with

22 the motions.  Thank you very much.  Court will stand in recess.

23          THE DEPUTY CLERK:  All rise.

24          (Proceedings adjourned.)

25                        * * *

1            **<u>CERTIFICATE</u>**

2            I, Toni Doyle Tusa, CCR, FCRR, Official Court

3    Reporter for the United States District Court, Eastern District

4    of Louisiana, certify that the foregoing is a true and correct

5    transcript, to the best of my ability and understanding, from

6    the record of proceedings in the above-entitled matter.

7

8

9                                    *s/ Toni Doyle Tusa*

10                                   Toni Doyle Tusa, CCR, FCRR
                                     Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. BALHOFF: [2]  19/6 19/17
MR. BECNEL: [6]  4/25 14/17 17/7
19/3 20/3
MR. DAVIS: [2]  7/15 7/17
MR. GARRETSON: [2]  20/16 22/5
MR. LEVIN: [13]  2/8 2/17 4/8 7/11 8/7
10/3 10/6 10/8 10/12 11/24 12/11
12/22 20/13
MR. MILLER: [3]  2/10 8/10 9/13
MR. OWEN: [1]  12/4
MR. SERPE: [3]  2/25 3/20 12/13
MR. WOODY: [6]  13/1 15/20 16/14
16/19 16/23 17/1
MS. BARRIOS: [1]  2/20
Omit elements: Timecodes [1]  23/24
Page break [1]  1/25
Resume elements: Line No. [1]  1/25
Resume elements: Timecodes [1]  1/25
THE COURT: [36]
THE DEPUTY CLERK: [2]  2/5 23/22

## $

$2.09 [1]  14/23
$3.06 [1]  14/21
$3.49 [1]  14/24

## 0

09-MD-2047 [1]  1/4

## 1

1,000 [2]  15/13 15/14
1,369 [1]  13/9
1,830 [1]  13/8
10 [3]  14/8 21/8 21/9
108 [1]  14/5
1100 [1]  1/16
116 [2]  13/16 18/8
12 [1]  17/14
12,599 [1]  13/7
13 [2]  1/6 2/2
15 [1]  21/2
156 [1]  17/4
16 [1]  17/16
1729 [1]  18/25
18 [2]  4/25 23/20
19,000 [1]  13/4
19106 [1]  1/14
194 [1]  22/14

## 2

2 1/2 [1]  10/1
20 [1]  20/24
20,070 [1]  18/11
2014 [2]  1/6 2/2
2047 [2]  1/4 2/6
21 [1]  23/20
22,389 [1]  13/6
241 [1]  17/18
257 [1]  17/23
262 [3]  20/20 20/22 23/3
28 [1]  18/6

## 3

3 percent [3]  16/19 16/20 16/22
3,309 [1]  13/18
3,996 [1]  13/8
30 [1]  5/11
306 [1]  17/22
33 [1]  14/7
36 [1]  3/21
37 [2]  14/7 14/22

3700 [1]  1/16
4

406 [1]  1/22
43 [2]  14/6 14/7
471 [1]  17/13
488 [2]  22/13 23/3

## 5

500 [1]  1/13 1/22
504 [1]  1/23
51 [2]  17/8 17/9
510 [1]  1/13
57 [1]  13/11
589-7778 [1]  1/23

## 6

6 months [1]  8/15
60-day [1]  5/8
624 [1]  17/8

## 7

70130 [1]  1/23
70163 [1]  1/16
755 [2]  13/10 18/7
7778 [1]  1/23

## 8

80 percent [1]  22/12
84 percent [1]  13/13
866 [1]  18/25
866-1729 [1]  18/25
870 [1]  13/10

## 9

90 percent [1]  3/14
908 [1]  17/22
913 [2]  13/10 18/6
948 [1]  13/21
95 [1]  14/24
97 [2]  15/4 16/22
97 percent [1]  16/21
98 [1]  15/4
99 percent [1]  8/21
9s [1]  18/19

## A

ability [1]  24/5
able [3]  3/9 3/14 15/19
about [12]  7/15 8/14 10/6 10/11 12/11
12/15 14/12 16/13 18/10 18/14 23/4
23/16
above [1]  24/6
above-entitled [1]  24/6
accepted [1]  11/17
access [1]  18/3
accommodate [1]  16/16
accordingly [1]  12/9
across [1]  22/14
act [1]  11/7
action [2]  3/25 4/19 5/15 9/17
actions [1]  12/21
active [6]  5/5 17/19 20/20 22/13 23/3
23/3
activities [1]  9/20
activity [1]  5/24
acute [1]  19/20
addition [1]  16/16
additional [1]  12/8
adjourned [1]  23/24
Administration [1]  4/13
advance [1]  8/1

advised [1]  21/11
affected [4]  21/9 21/13 22/8 22/14
affiliates [2]  4/11 12/2
after [6]  7/18 9/3 12/20 21/1 22/17
22/18
afterwards [1]  12/22
against [7]  3/10 3/23 4/19 5/12 5/19
5/22 12/21
agencies [1]  6/2
agency [1]  4/22
agenda [2]  2/16 20/8
agents [1]  6/20
ago [1]  21/20
agree [1]  10/19
agreed [1]  7/24
agreement [4]  9/16 9/17 9/18 9/20
ahead [1]  4/24
aided [1]  1/25
Alabama [1]  9/8
Alibaba [1]  6/10
all [21]  1/6 2/25 3/8 3/23 4/20 5/6 5/12
6/6 8/15 8/17 9/7 10/3 13/13 15/8 18/5
19/5 19/10 20/9 20/9 20/22 23/23
alleges [1]  4/18
allocation [2]  21/12 22/20
allow [1]  5/10
along [1]  6/5
also [9]  1/17 3/24 4/18 5/17 6/10 8/22
11/18 19/6 21/9
alternative [2]  13/11 17/11
always [3]  8/22 13/5 23/7
American [1]  6/17
among [1]  3/16
amount [8]  14/13 14/17 14/18 14/20
15/4 15/5 15/10 15/14
amounts [2]  15/1 19/13
analysis [2]  21/14 21/17
anticipate [1]  22/7
any [10]  3/19 8/25 8/25 8/25 11/6
18/20 18/22 20/21 23/7 23/18
anyone [2]  19/1 23/5
anything [16]  2/17 2/19 2/25 4/8 8/6 8/9
8/24 10/8 12/11 12/13 19/1 19/2 20/16
23/14 23/14 23/16
appeal [3]  11/1 14/8 17/8
appeals [7]  20/24 20/25 21/2 21/2
22/20 23/4 23/6
appear [1]  4/16
appearances [2]  1/11 2/8
Appearing [1]  1/17
appears [1]  8/14
apply [1]  9/20
appreciate [1]  23/12
approaching [1]  3/7
appropriate [1]  12/24
approval [1]  5/16
are [77]
area [1]  23/18
aren't [1]  17/6
ARNOLD [2]  1/13 2/9
as [34]
asides [1]  3/18
ask [4]  5/9 5/21 6/15 11/19
asked [2]  7/25 12/17
asserted [2]  21/7 21/9
assess [2]  5/11 5/19
assessed [1]  5/22
assets [2]  4/12 6/8
Association [1]  21/7

**A**

at [20]  4/10 5/11 5/15 9/23 9/25 10/12
10/17 11/16 11/21 12/23 13/16 16/11
16/20 18/7 19/6 20/21 20/23 21/22
22/1 23/17
attached [1]  10/19
attention [2]  13/18 21/5
attorney [3]  11/19 23/16 23/17
attorneys [2]  8/24 9/2
attorneys' [1]  3/18
August [5]  1/6 2/2 8/19 9/18 20/24
August 20 [1]  20/24
authority [1]  11/6
available [5]  3/15 3/25 14/13 14/19
15/10
avenue [1]  20/11
avoid [1]  8/4
aware [2]  20/20 21/1
away [3]  19/22 20/12 20/24

**B**

B-406 [1]  1/22
back [2]  16/22 23/21
Balhoff [2]  1/20 19/6
Banner [7]  10/6 13/7 13/23 14/14 14/21
15/13 15/17
Barrios [1]  1/17
base [1]  9/22
based [1]  20/18
basically [1]  8/16
basis [2]  5/12 6/16
be [35]
because [9]  5/5 5/16 6/25 9/7 10/17
14/2 14/10 17/6 18/1
Becnel [4]  1/19 9/14 9/21 10/4
been [18]  3/1 4/3 5/24 6/2 6/17 7/12
7/20 8/16 10/1 11/17 13/14 13/22 14/7
17/23 18/5 19/9 20/14 22/10
before [10]  1/8 4/17 5/1 5/20 6/15
10/21 11/1 11/8 14/2 19/15
begin [1]  22/16
behalf [3]  2/12 8/11 12/5
being [2]  4/14 8/8
believe [5]  3/21 4/10 6/10 6/17 12/1
Berman [1]  1/12
best [3]  18/16 18/19 24/5
beyond [1]  19/23
biggest [1]  3/10
bipartisan [1]  7/3
bit [2]  7/10 16/17
bitter [1]  3/7
BNBM [5]  4/19 4/19 5/19 6/18 6/20
bodily [5]  13/10 17/3 17/4 17/12 19/10
both [2]  6/4 11/20
Breit's [1]  3/13
brief [4]  10/15 12/8 20/18 22/21
briefing [1]  3/14
briefly [1]  19/8
bring [1]  8/24
bringing [1]  23/2
brought [2]  4/12 21/4
BrownGreer [4]  12/25 13/3 19/9 19/11
browngreer.com [1]  18/17
builder [3]  14/16 14/23 15/17
bulk [1]  22/11
business [1]  6/11
but [13]  4/24 6/24 7/9 8/4 11/21 12/3
12/24 14/2 15/5 16/9 19/6 19/22 21/23

**C**

calculated [1]  14/13
calculation [1]  14/4 15/2
calculations [2]  14/12 15/8
call [2]  2/5 18/24
called [1]  9/10
can [16]  8/4 8/24 9/3 11/11 14/11
16/10 16/10 17/14 17/25 18/14 18/15
18/20 19/15 21/19 22/2 22/11
can't [2]  21/23 22/2
cap [2]  15/23 16/25
carrier [1]  3/10
case [3]  2/5 10/1 16/17
Cases [1]  1/6
categorizing [1]  19/11
cause [1]  4/18
CCR [3]  1/22 24/2 24/9
CDWQuestions [1]  18/17
cents [2]  14/22 14/24
CERTIFICATE [1]  24/1
certification [2]  5/1 5/4
certify [2]  5/10 24/4
change [3]  17/14 17/24 17/24
changed [1]  20/21
charges [1]  9/7
chased [1]  3/8
checks [1]  16/1
China [6]  4/22 4/23 5/20 6/11 6/13 11/2
CHINESE [6]  1/4 2/7 4/13 4/16 19/22
20/8
CHINESE-MANUFACTURED [2]  1/4
2/7
chinesedrywall [1]  23/9
circulate [1]  15/23
civil [1]  6/4
claim [14]  13/15 17/19 18/2 18/4 18/12
18/16 21/6 21/12 21/22 21/23 21/23
21/25 22/1 22/4
claimants [5]  3/20 13/24 16/3 22/4
23/14
claims [50]
class [14]  3/4 4/5 4/8 4/23 4/24 4/25
5/5 5/10 5/15 9/17 21/1 21/2 23/7 23/7
classwide [1]  5/12
clear [1]  12/1
client [1]  11/23
clients [1]  12/3
close [2]  14/9 15/5
closed [1]  17/7
closes [1]  4/11
CNBM [4]  4/20 5/19 6/18 6/21
Coast [1]  11/17
come [4]  5/20 14/19 15/10 19/14
comment [3]  10/4 20/3 20/4
Commerce [1]  20/7
commercial [1]  18/2
Commission [1]  4/13
committee [3]  2/10 2/12 20/6
communicate [4]  7/22 8/1 23/5 23/8
communicating [1]  11/23
communication [2]  7/12 7/19
communications [1]  8/2
companies [1]  6/9
complaint [1]  11/23
complaints [5]  5/6 5/7 8/25 19/19 19/23
complete [6]  4/6 8/21 16/5 17/25 19/16
22/24
completed [2]  13/13 13/15
completely [1]  12/24

**composed** [1]  5/5
computer [1]  1/25
computer-aided [1]  1/25
conceivable [1]  6/25
concern [1]  11/9
conclude [1]  6/13
conclusion [1]  23/2
conclusions [1]  5/3
conditions [1]  10/17
condos [1]  8/17
confer [1]  8/3
conference [6]  1/8 12/10 13/21 17/5
17/14 23/19
congestion [1]  19/20
Congress [1]  7/2
conscious [1]  11/3
contact [3]  16/11 18/15 18/16
containing [1]  21/14
contempt [5]  6/3 12/3 12/3 12/4 12/19
continue [2]  8/13 23/10
convene [1]  22/3
coordinate [2]  3/17 19/25
coordination [2]  2/23 3/2
correct [1]  24/4
correspondence [1]  22/8
costs [2]  7/11 10/8
could [2]  10/19 15/2
Council [1]  4/13
counsel [15]  2/8 2/15 6/24 7/19 7/22
10/20 10/23 11/9 11/10 11/11 11/19
11/21 12/4 23/8 23/8
countries [1]  20/10
couple [1]  8/18
course [3]  11/9 22/18 23/19
court [43]
Court's [2]  5/16 21/5
courts [2]  11/18 11/18
cover [1]  23/18
coverage [2]  3/15 3/25
criminal [1]  6/4
currently [1]  17/8
cut [1]  22/1

**D**

damages [4]  5/11 5/14 5/19 5/21
Dan [3]  19/2 19/6 19/7
Daniel [2]  1/19 1/20
Danny [3]  9/23 19/5 20/3
date [2]  5/2 20/25
Davis [2]  1/18 7/12
Dawn [1]  1/17
day [1]  5/8
days [3]  5/11 14/8 21/2
deal [2]  12/22 23/21
dealing [1]  22/25
deals [1]  20/10
debtor [1]  6/6
decide [1]  19/25
decision [1]  22/5
declaratory [2]  3/11 3/24
default [5]  3/9 4/21 5/21 6/3 6/25
defendant [2]  3/8 3/23
defendants [10]  1/15 2/13 4/3 4/19
4/20 4/20 10/10 12/2 12/6 15/23
defense [3]  2/12 3/11 20/6
denied [5]  14/7 14/10 17/7 17/8 17/10
17/17 17/18 17/23
deny [1]  21/2
deposit [1]  3/17
deposition [1]  7/20

## D

depositions [7]  6/14 6/20 7/6 7/7 7/24
8/5 11/2
deposits [1]  8/8
describing [1]  9/21
detail [1]  6/1
determination [6]  20/22 21/1 21/19
22/16 22/18 23/6
determine [1]  14/17
determined [1]  17/22
determining [1]  6/21
development [1]  3/2
did [9]  3/13 7/14 7/18 7/22 7/24 8/19
9/10 11/3 13/6
difficult [1]  14/4
discovery [1]  6/19
discussion [1]  10/18
disposition [1]  13/25
DISTRICT [5]  1/1 1/2 1/9 24/3 24/3
divide [4]  3/15 14/18 15/9 21/23
divided [1]  14/15
do [15]  3/19 5/15 10/11 11/14 13/16
14/4 14/25 15/24 16/2 16/4 16/8 16/10
19/2 19/7 20/16
Docket [1]  1/4
document [4]  1/6 16/2 18/1 18/21
does [1]  6/11
doesn't [1]  12/23
doing [3]  8/15 18/20 22/5
don't [6]  7/9 9/1 9/6 9/12 12/12 16/6
done [8]  6/21 6/23 8/14 8/16 10/25
15/9 15/24 17/15
door [1]  22/12
Doyle [4]  1/22 24/2 24/9 24/9
drywall [4]  1/5 2/7 18/18 19/22
duplicate [1]  21/6
during [1]  9/4
dwindling [1]  14/6

## E

e-mail [2]  16/10 18/16
each [8]  7/23 8/3 14/13 14/18 14/20
21/12 21/13 22/4
earlier [1]  20/23
easier [1]  18/3
easiest [1]  23/8
EASTERN [2]  1/2 24/3
easy [1]  5/5
effort [1]  21/16
eight [1]  13/15
either [2]  8/23 21/16
ELDON [1]  1/9
eligible [10]  14/18 15/10 15/16 16/3
17/4 17/13 17/17 17/22 18/7 18/13
eliminate [1]  3/22
Ellis [1]  19/9
else [1]  19/1
emphasize [1]  14/25
encourage [2]  16/4 16/9
end [8]  3/7 4/6 8/17 15/22 16/12 20/23
21/13 23/4
enforcement [1]  12/21
entities [8]  4/18 4/21 6/7 6/15 7/20 7/21
7/23 10/25
entitled [1]  24/6
entity [2]  4/14 11/11
ESQ [10]  1/13 1/15 1/17 1/18 1/18
1/19 1/19 1/20 1/20 1/21
even [1]  11/1
Every [1]  11/2

## F

facilitate [1]  21/15
fact [3]  3/7 5/3 11/14
Failing [1]  21/16
fair [1]  21/15
FALLON [1]  1/9
families [2]  3/16 3/22
Fannie [1]  21/6
FCRR [3]  1/22 24/2 24/9
federal [5]  2/23 3/2 3/24 11/10 21/6
fee [2]  8/7 9/19
feel [1]  3/19
fees [1]  3/18
feet [1]  15/13
few [2]  19/23 20/18
figure [1]  15/14
file [6]  7/13 7/14 7/25 10/14 10/14 21/3
filed [5]  3/11 4/10 6/15 10/18 13/6
final [1]  19/15
finalize [2]  22/17 22/20
Finally [1]  18/10
find [1]  6/18
findings [1]  5/3
fine [1]  22/2
finish [3]  13/17 13/19 18/8
firm [3]  3/11 3/13 7/13
first [3]  14/11 15/4 15/8
Fishbein [1]  1/12
fit [2]  11/5 12/23
five [1]  23/21
fleshed [1]  7/11
Florida [3]  3/8 9/8 10/1
focus [1]  12/20
focused [1]  23/2
follow [1]  15/25
foot [6]  14/20 14/22 14/22 14/23 15/12
15/14
footage [3]  14/18 14/19 15/10
foreclosure [5]  13/10 13/16 13/19
13/22 18/4
foregoing [1]  24/4
former [2]  11/23 21/8
forms [1]  12/16
found [1]  3/9
four [7]  3/4 4/4 4/20 6/7 7/19 7/23
20/18
frankly [1]  22/10
free [1]  18/24
Frequently [1]  12/17
Frilot [1]  1/15
full [1]  18/15
fund [2]  8/7 10/8
funds [2]  22/11 22/12
further [4]  7/5 7/22 8/1 12/14
future [1]  22/7

## G

G8 [2]  20/4 20/9
Garretson [4]  1/21 3/5 12/25 20/17
garretsongroup.com [1]  23/9

## general

general [3]  21/14 23/16 23/17
Generally [1]  20/8
gentlemen [1]  2/4
get [12]  3/9 6/6 7/10 9/2 10/1 11/20
19/15 20/8 22/2 22/11 22/11 23/9
getting [1]  10/2
give [4]  13/3 16/21 18/15 18/22
given [4]  5/18 16/9 18/21 22/23
giving [1]  22/8
Global [9]  13/7 13/23 14/15 14/16
14/16 14/16 14/22 14/23 15/17
go [5]  2/15 6/9 9/2 12/19 22/19
going [10]  2/23 3/2 3/15 6/25 8/4 9/6
12/8 16/14 19/13 21/25
gone [3]  19/10 19/22 22/14
good [12]  2/3 2/11 4/7 4/7 7/16 7/17
11/3 11/4 13/2 15/21 20/11 20/13
got [2]  9/5 10/2 21/20
government [5]  4/14 4/16 4/22 5/20 6/2
grant [1]  5/4
granted [1]  10/14
great [1]  15/7
group [3]  4/19 7/3 7/8
growing [2]  3/3 3/6
guaranteed [1]  7/11
guess [1]  12/9

## H

had [9]  2/14 3/8 5/14 7/20 7/21 8/2 9/5
20/3 20/4
Hague [1]  4/15
Hall [2]  3/2 3/15
handle [3]  9/6 19/25 21/21
handled [1]  6/16
happened [1]  6/3
has [22]  3/1 5/17 5/24 6/1 6/3 6/17
7/12 9/9 10/1 10/14 11/5 11/19 12/12
12/15 17/15 19/9 19/11 20/14 20/21
21/7 21/11 22/10
have [90]
haven't [4]  7/8 16/3 16/9 18/12
having [4]  8/5 10/4 11/22 21/24
he [1]  12/15
headaches [2]  19/19 19/20
hear [3]  19/6 21/19 22/4
heard [1]  7/8
hearing [2]  12/10 22/3
hearings [1]  8/4
help [1]  23/13
here [6]  6/3 6/24 7/14 9/3 9/23 13/3
Herman [1]  2/9
his [2]  10/1 21/20
hold [1]  16/22
holdback [2]  16/13 16/14
home [1]  15/12
homeowners [1]  21/9
homes [5]  8/13 8/16 8/19 9/5 9/15
Hong [1]  6/22
Hong Kong [1]  6/22
Honor [19]  2/11 2/21 3/1 3/21 4/2 4/9
7/16 8/12 8/15 9/5 10/13 11/25 12/23
13/2 19/8 20/14 21/16 22/6 22/21
HONORABLE [1]  1/9
hope [1]  4/4
hopefully [3]  4/16 8/4 10/19
how [9]  3/19 9/6 10/6 14/12 15/24
15/24 15/25 19/25 22/1

## I

I'll [7]  6/6 10/3 10/22 17/2 19/6 22/5
23/21

## I

I'm [6]  11/13 13/3 19/5 19/7 21/25 22/5
I've [1]  10/2
idea [1]  20/13
if [14]  6/23 7/11 11/14 12/25 15/12
 16/3 16/6 18/11 18/14 18/24 21/2
 21/16 22/1 22/2
III [1]  2/22
important [2]  3/1 14/1
importantly [1]  3/23
in [78]
In Re [1]  2/6
include [1]  16/16
included [1]  3/22
incomplete [6]  17/9 17/10 17/17 17/21
 17/23 18/7
increase [1]  17/5
indicate [1]  7/4
individual [1]  22/13
InEx [5]  10/6 13/7 13/23 14/14 14/22
information [5]  5/14 14/1 16/11
informed [1]  6/2
initial [7]  8/16 13/15 15/3 15/15 17/16
 19/16 22/15
initially [1]  13/14
injury [6]  13/10 17/3 17/4 17/12 19/2
 19/10
input [1]  19/15
inquiries [1]  23/10
installer [6]  3/4 3/9 4/1 4/3 14/16 14/24
instructions [1]  18/23
instrument [1]  6/11
insurance [1]  3/11
intend [4]  5/23 6/13 6/19 10/14
interest [4]  7/4 11/12 15/7 21/23
interested [2]  11/13 18/20
interests [1]  6/18
intervened [1]  5/6
into [4]  10/3 12/20 14/15 21/18
involve [2]  19/17 19/18
is [53]
issue [5]  6/19 16/1 21/4 21/6 22/15
issued [6]  6/1 6/19 7/18 7/21 18/11
 18/11
issues [1]  22/17
it [27]
it's [13]  2/11 6/23 6/25 10/16 14/21
 14/22 14/23 14/23 14/24 15/9 15/13
 18/16 18/21

## J

Jacob [1]  1/20
Jake [1]  13/3
job [1]  11/3
Johnston [1]  23/15
JPMorgan [1]  6/10
JUDGE [6]  1/9 3/2 3/15 9/5 19/4 20/4
judgment [6]  3/10 3/12 3/24 6/3 6/6
 6/25
July [1]  20/23
jump [1]  2/22
just [17]  5/7 6/4 9/21 10/22 12/7 13/11
 13/14 14/12 15/9 16/16 18/10 20/11
 20/18 20/24 21/23 22/16 22/25

## K

KERRY [5]  1/15 2/11 8/10 8/11 9/12
kicked [1]  9/5
kickoff [2]  9/10 9/13
kinds [1]  19/19

Knauf [5]  2/13 5/13 8/11 10/6 13/9
 16/8
Kong [1]  6/22

## L

ladies [1]  2/3
Landrieu [1]  6/1
large [1]  15/3
largest [1]  13/24
last [9]  4/2 8/19 9/18 13/20 14/5 17/5
 17/14 18/5 20/22
late [1]  12/20
later [1]  19/22
law [3]  5/3 7/13 11/16
lawyer [1]  10/2
lawyers [1]  9/7
lead [1]  2/15
learned [1]  5/12
least [2]  9/23 9/25
leave [2]  10/14 11/15
leaving [1]  11/12
left [2]  13/16 16/17
Leonard [2]  1/18 7/14
less [2]  17/16 20/11
let [1]  16/6
Let's [1]  2/5
letter [2]  21/13 21/21
letters [1]  22/7
levels [2]  9/2 19/12
Levin [3]  1/12 1/13 2/9
LIABILITY [1]  1/5 2/7
liaison [2]  2/15 9/24
like [6]  4/4 5/11 7/3 7/10 7/15 18/20
likely [1]  18/13
limited [1]  18/2
lion's [1]  3/13
litigants [2]  5/6 8/24
litigation [9]  1/5 2/7 3/6 4/4 4/6 5/13 8/7
 10/23 11/12
little [2]  7/10 16/17
living [2]  13/11 17/11
LLC [1]  1/15
long [1]  14/3
longer [3]  11/5 11/6 17/15
longest [2]  13/24 17/13
look [3]  10/3 13/16 21/22
looked [1]  11/16
looking [3]  6/8 19/6 19/12
looks [1]  7/3
loop [1]  4/11
loss [7]  13/12 17/2 18/12 22/9 22/13
 22/19 23/4
losses [1]  23/3
lost [2]  13/8 17/19
lot [2]  4/9 17/24
LOUISIANA [4]  1/2 1/16 1/23 24/4

## M

made [1]  8/8
Mae [1]  21/6
mail [2]  16/10 18/16
majority [1]  19/18
make [16]  2/8 2/23 9/23 12/1 15/2
 15/19 15/21 15/25 16/5 16/7 16/17
 21/1 21/19 21/24 21/25 22/5
makes [1]  14/4
making [2]  11/13 19/15
managing [1]  6/20
MANUFACTURED [2]  1/4 2/7
many [8]  3/19 15/15 16/8 16/9 17/7

17/20 17/25 23/10
master [1]  20/17
master's [1]  19/8
math [2]  15/9 15/24
Matt [4]  1/21 20/16 20/17 21/20
matter [7]  2/15 5/23 5/24 5/25 7/4 9/4
 24/6
matters [2]  11/14 19/3
may [5]  7/20 12/24 15/5 19/22 19/24
Maybe [1]  21/22
MD [1]  1/4
MDL [2]  2/6 7/14
me [1]  10/22
meaning [2]  17/7 17/20
means [1]  18/13
mechanical [1]  1/25
medium [1]  23/10
meet [4]  2/14 7/10 8/3 20/10
meeting [2]  12/20 20/5
meetings [1]  8/23
member [1]  23/7
members [2]  21/1 21/2
memorialize [1]  16/25
mentioned [4]  10/21 15/1 22/18 23/1
mentioning [1]  21/5
met [1]  21/20
might [1]  4/24
migraine [1]  19/19
MILLER [3]  1/15 2/12 8/11
minutes [1]  23/21
miscellaneous [3]  13/8 13/18 13/20
mix [1]  11/24
moment [1]  21/20
money [6]  3/15 6/12 6/24 14/13 21/18
 22/2
month [7]  14/5 14/6 15/22 17/10 17/18
 18/5 20/11
monthly [1]  13/3
months [4]  8/15 8/18 8/21 17/24
more [1]  7/10
Morgan [1]  6/9
morning [5]  2/3 2/11 7/16 7/17 13/2
Mortgage [1]  21/7
Moss [4]  8/14 9/1 9/9 9/22
Moss' [1]  8/22
most [6]  13/21 14/10 16/20 17/6 18/5
 19/17
motion [13]  4/25 5/1 7/7 7/25 10/11
 10/13 10/21 10/22 11/9 12/18 12/19
 12/20 12/21
motions [4]  6/14 11/14 12/18 23/22
move [9]  4/24 5/21 7/24 12/9 13/20
 17/9 17/9 17/16 17/17
moving [2]  6/4 17/6
Mr. [9]  2/23 3/5 3/13 7/12 9/14 9/21
 10/4 12/12 23/15
Mr. Becnel [3]  9/14 9/21 10/4
Mr. Breit's [1]  3/13
Mr. Davis [1]  7/12
Mr. Garretson [1]  3/5
Mr. Johnston [1]  23/15
Mr. Serpe [2]  2/23 12/12
Ms. [1]  20/14
Ms. Pritzker [1]  20/14
much [5]  5/14 17/6 22/1 23/12 23/22
multiple [1]  15/16
multiply [1]  15/14
must [1]  10/24
my [4]  11/9 13/2 20/21 24/5

**N**

name [1] 13/2
nasal [1] 19/20
National [1] 21/7
nature [1] 16/18
near [1] 22/7
need [7] 9/25 16/6 18/3 18/22 18/24 19/24 23/18
Nelson [1] 5/25
Never [1] 5/14
new [8] 1/16 1/23 2/18 3/3 8/19 9/16 10/7 16/17
news [1] 4/7
next [9] 8/17 8/21 12/10 14/8 17/10 17/18 17/24 22/15 23/19
no [8] 2/6 2/21 2/21 8/8 11/5 11/6 18/22 19/4
not [13] 3/4 4/17 4/23 5/20 6/24 7/11 12/2 14/1 15/6 18/1 20/6 20/21 23/17
note [2] 11/25 12/1
nothing [8] 2/18 10/2 10/5 10/7 10/9 12/14 12/16 12/17
notice [7] 5/4 5/8 5/8 5/9 5/10 7/20 18/12
notices [8] 6/19 7/18 17/21 18/10 18/11 20/22 22/16 22/19
notified [1] 20/15
Notwithstanding [1] 11/4
now [10] 6/6 8/15 8/18 8/20 9/3 10/11 11/24 16/4 17/20 23/2
number [9] 13/5 13/24 14/1 14/2 14/6 14/20 15/11 18/24 21/22
numbers [2] 17/6 17/23
numeral [1] 2/22

**O**

objection [2] 21/3 23/6
objects [1] 21/17
obligations [1] 10/20
observations [1] 8/25
obtain [1] 3/14
obviously [1] 6/14
occurred [1] 20/23
October [2] 23/20 23/20
October 21 [1] 23/20
off [3] 9/6 10/22 12/19
office [1] 19/9
Official [3] 1/22 24/2 24/10
Okay [9] 4/7 8/6 8/22 9/11 9/22 10/3 10/6 17/1 20/13
omni [3] 4/10 5/6 5/7
omnibus [1] 4/8
on [46]
one [10] 3/1 7/7 9/7 9/8 21/4 21/12 21/22 21/25 22/17 23/20
onerous [1] 18/2
ones [2] 8/20 17/9
ongoing [1] 3/24
only [3] 12/2 16/2 18/6
open [8] 14/2 14/3 14/5 14/10 15/1 16/16 17/20 18/6
opportunity [1] 2/14
opposition [1] 8/1
or [17] 6/22 7/25 8/1 8/24 8/25 8/25 9/4 16/10 16/16 17/10 17/10 17/17 19/19 20/6 20/10 23/7 23/8
order [6] 2/16 10/18 12/9 12/25 19/14 19/25
orders [1] 2/17
original [1] 9/17

**O** (cont.)

Orleans [2] 1/16 1/23
other [17] 4/15 8/9 14/14 17/1 17/2 18/12 18/20 19/23 22/9 22/13 22/19 22/22 23/4 23/23 23/18
other-loss [1] 18/12
others [1] 5/13
our [20] 6/23 12/3 13/15 13/17 13/25 14/11 15/24 16/10 17/15 18/18 18/24 21/1 21/14 21/14 21/17 22/10 22/15 22/15 22/18 23/6
out [10] 3/3 3/6 6/6 6/18 7/11 15/15 20/10 22/8 22/12 22/19
over [2] 2/15 17/24
Owen [2] 1/19 12/5
own [1] 12/4
Owned [1] 4/12
owners [1] 18/2

**P**

paid [2] 10/2 10/2
paragraph [1] 9/19
part [2] 3/4 9/16
participants [1] 5/18
participate [1] 7/9
particular [2] 7/13 22/4
parties [9] 11/11 19/14 19/15 19/25 21/13 21/19 21/22 22/2 22/8
party [1] 21/16
passed [1] 17/15
passes [1] 6/12
payment [4] 15/3 15/5 15/15 15/16
payments [5] 15/3 15/18 15/20 15/22 15/25 16/7
Payton [1] 9/25
pending [1] 10/13
Pennsylvania [1] 1/14
Penny [1] 20/7
people [6] 6/23 16/4 16/6 16/8 16/9 18/19
per [3] 14/19 15/12 15/14
percent [10] 3/14 8/21 13/13 15/4 16/19 16/20 16/24 16/24 16/23 22/12
percentage [3] 15/3 16/16 16/19
period [4] 5/8 5/9 20/24 22/20
person [2] 9/23 19/21
personal [3] 11/25 12/1 19/2
personally [1] 5/7
phase [2] 22/17 23/5
phases [1] 23/1
Philadelphia [1] 1/14
picture [1] 13/6
pieces [1] 21/8
place [1] 18/19
placing [1] 21/18
plaintiff [1] 12/16
Plaintiffs [1] 1/12
plaintiffs' [3] 2/10 8/6 20/6
please [2] 2/3 2/5
point [1] 10/17
points [1] 20/19
pool [1] 14/18
pools: [1] 14/15
pools: the [1] 14/15
portal [2] 16/10 18/18
position [4] 4/5 10/15 15/21 17/12
possible [1] 22/12
potentially [5] 17/4 17/13 17/22 18/7 18/13
Poydras [1] 1/16 1/22
Pre [1] 17/11

**P** (cont.)

Pre-remediation [1] 17/11
pre-trial [1] 19/14
premature [1] 10/16
preparing [1] 22/7
presence [1] 19/21
present [4] 8/23 10/23 11/21 19/21
presentation [2] 2/24 16/12
presently [2] 4/15 11/8
presidents [1] 20/9
press [1] 6/1
pretrial [1] 2/17
Price [1] 6/9
Primarily [1] 11/16
prior [2] 5/1 7/20
Pritzker [2] 20/7 20/14
pro [4] 14/3 14/4 14/12 14/17 23/14
pro rata [3] 14/3 14/4 14/12
pro se [1] 23/14
probably [4] 4/2 6/14 15/4 15/22
problem [2] 15/9 19/20
procedure [2] 3/16 19/14
procedures [1] 15/25
proceeding [2] 5/15 6/7
proceedings [10] 1/25 2/1 4/11 4/23 6/4 6/7 7/14 12/22 23/24 24/6
process [2] 22/16 22/23
processed [1] 22/11
PRODUCTS [2] 1/5 2/7
profile [1] 12/16
program [5] 5/16 5/17 5/18 8/9 8/13
project [1] 22/22
proof [1] 19/12
properties [3] 15/16 21/10 22/14
property [8] 20/21 21/7 21/8 22/10 22/17 23/1 23/3 23/4
propose [1] 21/17
proposed [4] 2/16 5/2 10/18 12/8
provide [1] 5/2
provisions [1] 11/17
PSC [7] 4/9 5/2 9/18 10/16 12/8 15/23 16/24
PSC's [1] 11/25
publication [1] 5/9
purchasers [1] 6/12
purposes [1] 21/12
pursuant [1] 4/15
pursue [2] 5/23 8/5
pursuing [2] 4/3 5/23
put [2] 16/24 22/2

**Q**

QSF [2] 3/16 3/22
quash [1] 7/7
questions [2] 12/17 18/14
quickly [5] 13/20 14/7 14/9 17/2 22/12
quite [3] 4/9 17/3 22/9

**R**

Randy [1] 19/9
rata [4] 14/3 14/4 14/12 14/17
Rather [2] 5/8 7/13
re [3] 1/4 2/6 4/18
re-alleges [1] 4/18
reached [1] 9/18
real [7] 20/20 21/7 22/10 22/17 23/1 23/3 23/4
really [1] 8/18
recall [1] 7/20
receive [4] 7/19 11/13 15/18 23/10
received [4] 7/2 7/7 18/12 20/25
recess [1] 23/22

**R**

recommendation [2] 21/14 21/17
recommendations [1] 19/16
reconsider [1] 12/20
record [1] 24/6
recorded [1] 1/25
records [1] 18/3
referring [1] 9/15
regard [5] 6/2 7/6 10/16 10/19 22/22
regarding [1] 12/21
registry [2] 21/18 22/3
Relates [1] 1/6
relationship [1] 7/21
release [1] 6/1
relieving [1] 11/21
relocation [1] 13/7
remaining [1] 3/23
remains [1] 22/22
remediated [1] 8/14
remediation [7] 5/16 5/17 5/18 8/9 8/13
  13/9 17/11
rent [2] 13/8 17/19
repair [1] 13/7
report [5] 12/25 12/25 13/4 20/22 22/21
reported [1] 14/5
Reporter [3] 1/22 24/3 24/10
representation [1] 11/3
representative [2] 8/23 9/1
represented [1] 10/24
representing [1] 11/4
Republic [1] 4/23
require [1] 19/24
required [2] 16/3 19/13
requirements [1] 18/1
residual [1] 11/18
resolution [1] 21/15
resolve [1] 3/24
respect [3] 3/25 7/23 22/9
respiratory [1] 19/19
respiratory-type [1] 19/19
respond [2] 12/9 23/11
responding [1] 17/21
responsibilities [1] 11/21 11/22
responsibility [1] 11/19
results [1] 13/25
review [9] 13/13 13/15 13/19 13/25
  16/5 18/8 18/22 19/16 22/15
reviewed [2] 13/14 13/21
reviews [1] 17/16
Richard [1] 1/18
right [5] 2/25 9/11 10/3 17/20 19/5
ripe [1] 4/23
rise [1] 23/23
roman [1] 2/22
Room [1] 1/22
roughly [1] 15/15
Rowe [1] 6/9
Rules [1] 11/10
run [1] 17/8
runs [1] 20/24
Russ [1] 2/9

**S**

said [4] 8/2 15/9 16/13 18/8
sales [3] 13/9 17/19 18/4
same [2] 11/22 21/8
say [4] 7/8 10/24 12/7 12/13
scheduled [1] 7/25
se [1] 23/14
Sean [1] 9/25

seated [1] 2/3
second [1] 1/12
Secretary [1] 20/7
Section [1] 1/5
Sedran [1] 1/12
see [4] 11/20 17/15 17/25 18/21
seen [1] 11/5
Senate [1] 5/24
Senator [3] 5/25 5/25 6/1
Senator Landrieu [1] 6/1
senators [1] 7/3
send [1] 20/7
sending [1] 21/13
sent [3] 9/7 19/11 20/22
separate [4] 3/6 9/19 14/15 15/18
September [3] 4/25 20/5 23/20
September 18 [2] 4/25 23/20
Serpe [3] 1/18 2/23 12/12
serve [1] 11/11
served [1] 4/15
service [3] 11/11 11/14 11/22
services [1] 11/6
set [5] 3/18 7/7 12/18 13/6 14/13
set-asides [1] 3/18
settings [2] 2/19 2/22
settled [1] 10/1
settlement [16] 3/3 3/6 8/16 8/19 9/16
  9/19 14/3 14/14 14/14 14/15
  14/20 14/21 15/13 15/17 15/18
settlements [4] 3/5 4/5 15/17 20/18
several [1] 7/19
share [4] 3/13 14/11 15/8 16/11
Shared [1] 10/8
She [1] 3/16
short [2] 18/4 20/24
shortly [1] 6/14
should [8] 5/4 5/10 5/20 15/5 19/12
  22/1 23/5 23/7
show [1] 7/1
showed [1] 3/10
shows [1] 13/25
sides [1] 11/20
signed [1] 16/5
similar [1] 17/12
simply [1] 15/14
since [3] 13/20 17/15 20/21
sir [3] 2/18 10/7 10/9
situation [1] 20/15
six [3] 8/21 13/15 20/25
slide [1] 13/25 14/1
small [1] 16/15 16/19
so [23] 5/7 5/14 7/21 8/23 9/1 9/3
  11/19 11/23 14/6 14/8 15/4 15/12 16/9
  16/19 16/21 17/10 19/14 20/24 21/9
  21/25 22/6 22/10 22/21
software [1] 14/2
some [17] 5/24 7/2 7/7 7/11 7/21 7/22
  8/2 9/24 11/17 11/18 11/20 12/18
  12/21 15/1 19/15 19/19 20/3
somebody [1] 11/13
something [1] 16/13
sometime [1] 9/3
soon [1] 13/19
sorry [1] 19/5
sort [1] 19/20
speak [1] 3/5
special [4] 18/22 19/8 19/24 20/17
spoken [1] 5/25
square [10] 14/18 14/19 14/19 14/21
  14/22 14/23 15/10 15/12 15/13 15/14

staffs [1] 20/9
Stage [1] 1/4
stand [1] 23/22
Stanley [1] 6/9
start [2] 13/5 13/19
started [3] 9/9 9/9 19/11
state [11] 2/19 2/21 2/23 3/2 3/6 4/4
  4/12 4/13 4/22 10/16 12/22
State-Owned [1] 4/12
state/federal [2] 2/23 3/2
stated [1] 14/2
STATES [7] 1/1 1/9 6/8 6/12 6/13 6/22
  24/3
status [8] 1/8 12/10 13/21 17/5 17/14
  18/15 22/23 23/19
steering [2] 2/10 2/12
stenography [1] 1/25
step [2] 11/2 22/15
stepping [1] 6/8
still [4] 10/17 11/8 15/1 18/8
stone [1] 6/8
Street [3] 1/13 1/16 1/22
stuff [1] 9/7
subject [1] 9/17
submission [1] 22/23
submit [1] 12/8
submitted [1] 16/4
subpoenaed [2] 6/7 6/10
suggest [1] 20/5
summarize [1] 20/19
summary [1] 22/22
summer [1] 20/23
supervising [1] 3/3
Supervision [1] 4/12
supplier [2] 14/16 14/23
Supply [1] 12/11
sure [5] 9/23 11/13 13/1 16/5 16/17
surreply [1] 10/15

**T**

T. [1] 6/9
T. Rowe [1] 6/9
table [1] 10/22
Taishan [8] 4/11 4/19 5/19 10/10 10/24
  11/4 12/2 12/5
Taishan's [1] 10/23
take [6] 2/16 6/20 10/22 12/19 14/17
  23/5
taken [1] 11/2
taking [1] 7/3
talk [3] 7/15 9/3 10/11
talked [1] 12/15
Team [1] 19/7
tell [3] 9/12 9/25 11/5
tenant [1] 13/11
tentative [2] 14/20 14/25
than [1] 7/13 8/8 20/11
Thank [3] 20/2 23/12 23/22
that [133]
that's [16] 2/16 4/7 11/11 11/23 12/25
  17/5 17/14 18/1 19/5 20/8 20/11 20/11
  20/13 21/6 21/21 22/5
The Hague [1] 4/15
their [11] 7/14 7/25 7/25 11/3 11/4 11/6
  11/12 11/21 11/23 12/2 12/4
them [25]
themselves [1] 8/24
then [7] 3/17 5/21 6/19 10/22 13/17
  21/18 22/20

## T

there [23]  2/21 3/1 3/21 5/24 6/14 6/17 6/24 6/25 9/18 10/18 11/13 14/5 14/6 15/1 15/15 16/8 16/17 17/4 18/6 19/23 20/8 21/4 22/13
there's [9]  5/9 10/7 11/17 11/20 14/13 15/7 18/22 20/20 21/9
thereafter [1]  10/20
these [13]  4/3 7/21 8/23 9/15 14/25 17/5 17/6 17/13 17/16 17/23 17/25 18/6 21/12
they [45]
things [1]  16/18
think [11]  8/20 9/14 12/15 15/21 16/2 16/15 16/20 18/1 20/11 21/5 21/21
this [43]
those [32]
three [2]  9/2 14/15
through [8]  3/16 4/4 4/9 4/2 13/20 19/10 22/14 23/9 23/10
time [15]  4/24 5/11 9/6 10/12 11/22 12/23 12/24 14/11 15/8 17/8 17/15 18/7 20/21 20/24 23/17
today [1]  22/21
together [2]  11/20 22/2
toll [1]  18/24
toll-free [1]  18/24
Tom [3]  1/19 10/11 12/5
Toni [4]  1/22 24/2 24/9 24/9
total [2]  13/5 18/11
touch [1]  7/4 9/22 23/9
track [1]  22/22
transcript [1]  24/5
transcription [1]  1/25
translated [1]  4/14
treat [1]  4/17
treated [1]  12/3
treating [1]  21/11
treatment [1]  19/24
trial [3]  2/19 2/22 3/25
true [1]  24/4
try [2]  20/10 21/15
turn [2]  13/17 17/2
Tusa [4]  1/22 24/2 24/9 24/9
two [7]  4/19 4/20 9/2 9/5 15/18 17/24 23/1
type [5]  17/20 18/2 18/4 18/12 19/19
types [1]  13/16

## U

ultimately [1]  10/15
under [4]  9/15 10/17 11/10 13/14
understand [2]  11/12 12/7
understanding [1]  24/5
UNITED [7]  1/1 1/9 6/8 6/12 6/13 6/22 24/3
United States [4]  6/8 6/12 6/13 6/22
until [1]  12/10
up [8]  3/10 7/1 8/17 8/24 14/19 15/10 19/14 21/23
update [2]  18/15 20/19
updates [1]  22/23
upload [3]  16/10 18/19 18/20
us [14]  5/18 8/1 10/14 14/4 16/9 16/11 18/12 18/15 18/16 18/21 18/22 18/24 19/11 23/8
use [2]  13/9 17/19
using [1]  1/25
usual [1]  5/8
utilizing [1]  5/12

## V

valued [1]  22/1
various [1]  11/1
varying [1]  19/13
vast [1]  19/18
Venture [1]  12/11
Venture Supply [1]  12/11
very [8]  10/25 15/3 17/12 17/19 19/8 22/21 23/12 23/22
video [1]  6/22 6/23
Virginia [7]  3/3 3/4 3/11 3/16 4/5 4/6 20/18
Virginia-based [1]  20/18
Vitter [1]  5/25

## W

W-9 [4]  16/3 16/4 16/9 18/21
W-9s [1]  18/19
Wales [1]  20/5
Walnut [1]  1/13
want [7]  7/9 7/11 10/11 12/1 12/7 14/25 19/3
wanted [1]  15/8
was [8]  2/23 3/8 3/25 7/24 10/21 19/6 19/21 19/21
way [9]  3/8 4/17 5/17 11/2 11/20 18/16 21/21 22/5 23/8
we [107]
we'll [6]  12/9 13/5 18/8 22/19 23/5 23/21
Web [1]  18/18
week [3]  9/6 13/17 18/9
well [5]  4/24 9/22 10/25 21/5 23/2
were [7]  3/9 3/14 7/18 7/24 11/2 11/3 14/5
weren't [1]  9/16
West [1]  11/17
West Coast [1]  11/17
what [13]  6/3 7/9 7/23 8/15 8/18 9/10 9/12 9/14 12/11 15/15 19/17 20/10 23/16
what's [4]  9/10 11/23 16/14 16/19
whatever [2]  9/1 9/4
when [5]  7/24 10/18 15/2 15/19 20/9
where [1]  5/9
whether [3]  6/21 11/20 12/12
which [14]  3/5 4/10 5/11 6/10 6/11 6/12 10/15 10/19 12/19 15/2 20/4 21/8 22/17 23/1
while [4]  9/23 11/12 17/3 19/21
who [5]  5/6 16/8 16/9 18/19 20/7
Why [1]  9/12
will [62]
willing [1]  7/9
wish [2]  11/6 23/8
withdraw [3]  10/11 10/23 12/18
withdrawal [2]  10/16 10/20
withhold [1]  16/15
within [4]  8/20 14/8 17/10 17/17
won't [2]  7/1 10/4
Woody [2]  1/20 13/3
word [3]  7/2 14/12 18/10
work [6]  10/25 11/4 15/22 16/24 19/13 20/10
worked [4]  5/17 13/23 17/3 17/13
working [4]  8/18 8/20 18/5 19/9
worth [1]  21/5
would [12]  5/7 5/9 5/11 6/15 7/10 7/15 9/20 15/13 15/18 20/5 21/17 22/6
wrapping [1]  8/17
write [1]  11/5
www3.browngreer.com [1]  18/18
www3.browngreer.com/drywall [1] 18/18

## X

## XIX [1]  4/10

## Y

yardstick [1]  5/19
year [1]  8/17
year's [1]  4/6
years [1]  10/1
yeoman [1]  10/25
Yes [4]  4/9 9/14 16/24 22/6
yet [2]  7/8 16/4
you [39]
your [22]  2/8 2/11 2/21 3/1 3/21 4/2 4/9 7/8 7/16 8/12 8/15 9/15 10/13 11/25 12/23 13/2 19/8 20/14 21/16 21/6 22/21 23/12
Your Honor [16]  2/21 3/1 4/2 4/9 7/16 8/12 9/15 10/13 11/25 12/23 13/2 19/8 20/14 21/16 22/6 22/21