UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED        DRYWALL PRODUCTS        LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al.  v.* *RCR Holdings II, LLC, et al.*, | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) | MAG. JUDGE WILKINSON |

**MOTION FOR SPECIFIC ENFORCEMENT OF  SETTLEMENT AGREEMENT**

Plaintiff Shalini Chandra, on behalf of herself and other similarly situated  Class Members ("Plaintiffs"), moves this Court to specifically enforce  Paragraph 4.3.5.1 of the "Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047", December 20, 2012, Doc. No. 12061-5 ("Settlement Agreement").

Paragraph 4.3.5.1 relates to Lump Sum Payments ("LSP") payable in connection with Foreclosed Properties.  It provides as follows:

> 4.3.5.1 For those Foreclosed Properties foreclosed upon prior to the Execution Date, (a) the Mortgagee shall be entitled to the benefits under Sections 4.3.1, 4.3.2 or 4.3.3, except for the Other Covered Expenses, but only if the Mortgagee became the Owner of the Affected Property and the Mortgagee is a Class Member which filed a lawsuit by December 9, 2011; **and (b) the Owner prior to the foreclosure shall be entitled to the Lump Sum Payment under Section 4.3.1.1, but not the delay Period Payment under Section 4.3.1.2.**

Settlement Agreement, ¶ 4.3.5.1 (emphasis added).

1

Knauf does not dispute that the Plaintiffs are Owners of Affected Property and members of the Residential Owner Subclass.[1] Nor does it dispute that the Plaintiffs are no longer owners of the Affected Property and that the Plaintiffs lost their Affected Property due to foreclosure.[2]

By the express and unambiguous language of the Settlement Agreement, Plaintiffs, as Owners who lost their Affected Property due to foreclosure, are entitled to the Lump Sum Payment under ¶ 4.3.1.1. Nonetheless, Knauf has refused to make these payments to them.

At the same time, in clear violation of the express terms of the Settlement Agreement, Knauf has instead paid or will pay the LSP to the current owner of the Affected Property. The current owner is not entitled to the LSP under ¶ 4.3.5.1, which fails to mention current owners. Moreover, the current owner purchased the units at greatly reduced price with knowledge that the property contained Chinese Drywall, and did not file a lawsuit in the Litigation. As such, the current owner is not even a member of the Settlement Class.[3]

WHEREFORE, Plaintiffs respectfully request the Court enter an Order to enforce Paragraph 4.3.5.1 of the Settlement Agreement, and find that the Knauf Defendants shall pay the Lump Sum Payment to class members who owned property and lost possession of that property due to foreclosure, and also to find that the current owners of foreclosed properties are not Class members as defined by the Settlement Agreement and therefore not entitled to receive an LSP payment according to the Settlement Agreement.

---

[1] The residential Owner Subclass is defined as "All members of the Class who are owners of and reside or have resided in Affected Property." Settlement Agreement, ¶ 1.1.2.1

[2] "The Residential Owner Subclass also shall not include Owners who sold or otherwise disposed of Affected Properties **except for former owners who lost Affected Properties due to foreclosure or sold Affected Properties in a Short Sale to avoid foreclosure."** Settlement Agreement, ¶ 1.1.2.1 (emphasis added).

[3] "The residential Owner Subclass shall not include Owners, other than Mortgagees, who purchased Affected Properties with knowledge that the properties contained KPT Chinese Drywall."

August 19, 2014                              Respectfully submitted,

                                             /s/ Gary E. Mason
                                             Gary E. Mason
                                             WHITFIELD BRYSON & MASON LLP
                                             1625 Massachusetts Ave., NW, Suite 605
                                             Washington, D.C.  20036
                                             Tel. (202) 429-2290
                                             Fax. (202) 429-2294

                                             Daniel K. Bryson
                                             WHITFIELD BRYSON & MASON LLP
                                             900 W. Morgan Street
                                             Raleigh, NC 27603
                                             Tel. (919) 600-5000
                                             Fax. (919) 981-0199

                                             Adam C. Linkhorst
                                             LINKHORST & HOCKIN P.A.
                                             4495 Military Trail, Suite 106
                                             Jupiter, Florida 33458
                                             Tel. (561) 626-8880 / (954) 776-5990
                                             Fax. (561) 626-8885

                                             Joel R. Rhine
                                             RHINE LAW FIRM, PC
                                             314 Walnut Street, Suite 1000
                                             Wilmington, NC  28401
                                             Tel. (910) 772-9960
                                             Fax. (910) 772-9062

                                             Chris Coffin
                                             PENDLEY BAUDIN & COFFIN, LP
                                             Post Office Drawer 71
                                             24110 Eden Street
                                             Plaquemine, Louisiana 70765
                                             Tel. (225) 687-6396

                                             Stephen Mullins
                                             LUCKEY & MULLINS
                                             2016 Bienville Blvd
                                             P.O. Box 990
                                             Ocean Springs, MS 39564
                                             Tel. (228) 875-3175
                                             Fax. (228) 872-4719

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email transmission, and upon all parties by electronically uploading the same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 19th day of August, 2014.

                                               */s/ Gary E. Mason*
                                               Gary E. Mason