**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|     DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|     LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al.  v.* | ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.*, | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR SPECIFIC ENFORCEMENT**
**OF SETTLEMENT AGREEMENT**

Considering the Motion for Specific Enforcement of Settlement Agreement and accompanying memorandum in support, the Court hereby GRANTS Plaintiffs' Motion to specifically enforce Paragraph 4.3.5.1 of the "Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047" ("Settlement Agreement"), and finds that the Knauf Defendants shall pay the Lump Sum Payment ("LSP") to class members who owned property and lost possession of that property due to foreclosure, and also finds that the current owners of foreclosed properties are not Class Members as defined by the Settlement Agreement and therefore not entitled to receive an LSP payment according to the Settlement Agreement.

IT IS SO ORDERED.

DATED: _____          _____
                                       Judge Eldon E. Fallon
                                       United States District Court Judge