# Exhibit "A"

# CERTIFICATION OF DEATH

STATE FILE NUMBER: 2013-01-00687

BIRTH NUMBER: 3454043

**DECEDENT**

| Field | Value |
|---|---|
| DECEDENT'S NAME | ALEXANDER, JUANITA DAVIS |
| DATE OF BIRTH | 07/09/1939 |
| DATE OF DEATH | 12/03/2013 |
| TIME OF DEATH | 07:14 AM |
| PLACE OF BIRTH | NATCHEZ, MS UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | -5020 |
| AGE | 74 YEARS |
| DECEDENT'S ALIAS NAME(S) | |

**PERSONAL**

| Field | Value |
|---|---|
| RESIDENCE OF DECEDENT | 4105 ELBA ST., NEW ORLEANS, LA 70125 UNITED STATES |
| WITHIN CITY LIMITS? | YES |
| PARISH/COUNTY | ORLEANS |
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | PSYCHIC AID |
| INDUSTRY OF OCCUPATION | BELLE CHASE |
| MARITAL STATUS | DIVORCED |
| NAME OF SURVIVING SPOUSE | |
| FATHER'S NAME | DAVIS, DAN |
| FATHER'S PLACE OF BIRTH | NATCHEZ, MS UNITED STATES |
| MOTHER'S NAME | SHROPSHIRE, MINNIE |
| MOTHER'S PLACE OF BIRTH | NATCHEZ, MS UNITED STATES |
| INFORMANT'S NAME | SIMS, FRANKIE |
| RELATIONSHIP TO DECEDENT | SISTER |
| INFORMANT'S ADDRESS | 4105 ELBA ST., NEW ORLEANS, LA 70125 UNITED STATES |
| EDUCATION | HIGH SCHOOL GRADUATE, OR GED COMPLETED |
| OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| RACE | BLACK OR AFRICAN AMERICAN |

**DEATH INFO**

| Field | Value |
|---|---|
| PLACE OF DEATH | EMERGENCY ROOM/OUTPATIENT |
| FACILITY NAME | OCHSNER BAPTIST MEDICAL CENTER |
| FACILITY ADDRESS | 2700 NAPOLEON AVE., NEW ORLEANS, LA 70115 UNITED STATES |
| PARISH/COUNTY | ORLEANS |

**DISPOSITION**

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | FRAZIER DAVIS & MEEKS CEMETERY |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | CROSBY, MS UNITED STATES |
| DATE OF DISPOSITION | 12/14/2013 |

**FUNERAL FACILITY**

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | ESTELLE J. WILSON MORTUARY, INC. |
| ADDRESS OF FUNERAL FACILITY | 2715 DANNEEL ST., NEW ORLEANS, LA 70113 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | JENKINS, JEFFERY K |
| LICENSE NUMBER | U1442 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | *e-sign* |
| DATE | 1/8/2014 |

**MEDICAL INFO**

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

**CAUSE OF DEATH**

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| Cause | Condition | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE | a. MYOCARDIAL INFARCT | UNK |
| Sequentially list conditions | b. RENAL DISEASE | UNK |
| | c. DIABETES | UNK |
| UNDERLYING CAUSE | d. HYPERTENSIVE CARDIOVASCULAR DISEASE | UNK |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

BREAST CARCINOMA

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

**INJURY INFORMATION**

| Field | Value |
|---|---|
| PLACE OF INJURY | |
| DATE OF INJURY | |
| TIME OF INJURY | |
| INJURY AT WORK | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURED | |

**CERTIFIER**

I CERTIFY THIS 'CORONER CASE' BASED ON MY EXAMINATION OR INVESTIGATION AND, IN MY OPINION, DEATH OCCURRED AT THE TIME, DATE, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | *e-sign* |
| DATE | 1/8/2014 |
| CERTIFIER NAME | MINYARD, FRANK |
| CERTIFIER TITLE | CORONER |
| CERTIFIER ADDRESS | 2612 MARTIN LUTHER KING BLVD., NEW ORLEANS, LA 70113 UNITED STATES |
| BURIAL TRANSIT PERMIT | 63126 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 12/11/2013 |
| DATE FILED WITH REGISTRAR | 1/8/2014 |

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE *e-sign*

ISSUED BY: Washington, Lydia    Issued On: 1/14/2014 3:26:45 PM

*003454043*

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA – R.S.40:32, ET SEQ.

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT

Darlene W. Smith
**STATE REGISTRAR**

WARNING: IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS COPY.