# Exhibit "B"

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.   2014-1512                                                                                     DIVISION "L"

### SUCCESSION OF JUANITA DAVIS ALEXANDER

FILED: _____            _____
                                                                                DEPUTY CLERK

### JUDGMENT OF PARTIAL POSSESSION

Considering the Petition for Partial Possession and the record of this proceeding, satisfactory proof having been submitted to the Court that there are no inheritance and estate transfer taxes due the State of Louisiana as per Act 822 of 2008, the decedent having died after June 30, 2004; that there are no succession debts due; and that there is no necessity for further administration as to the assets that are the subject of this Judgment; the law and evidence entitling petitioner to the relief prayed for, and for the reasons this day orally assigned;

**IT IS ORDERED, ADJUDGED AND DECREED** that Frankie Frazier Sims and is hereby recognized as the residuary legatee of the decedent and, as such, placed into ownership and possession of the following property located in the Parish of Orleans, State of Louisiana, together with all improvements thereon, which property is more particularly described as follows, to-wit:

A.   A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the SIXTH DISTRICT of the City of New Orleans, State of Louisiana, in SQUARE No. 117, BOULIGNY bounded by TCHOUPITOULAS, CADIZ, JENA and ANNUNCIATION STREETS, which said portion of ground measures THIRTY FEET (30') front on Annunciation Street, the same in width in the rear, by a depth of ONE HUNDRED FEET (100') between equal and parallel lines, said portion of ground begins at a distance of NINETY FEET (90') from the corner of Cadiz and Annunciation Streets and is composed of TWENTY-NINE FEET (29') of LOT 9 and ONE FOOT (1') of LOT NO. 8. All in accordance with a survey made by F. G. Gilbert, Kelly & Couturie, Inc., Surveying and Engineering, dated December 6th, 1984.

The improvements thereon bear the Municipal Nos. 4520-22-22 ½ Annunciation Street.

Being the same property acquired by Juanita Davis Alexander by Act of Settlement of Community between Juanita Davis Alexander and Joseph Alexander, passed before Ronald F. Fontaver, Notary Public,



        and registered in COB 814, folio 168, in the Parish of Orleans, State of Louisiana.

B.    An undivided one-half interest in and to the following immovable property located in the Parish of Orleans, State of Louisiana, more particularly described as follows:

        ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, prescriptions, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Sixth District of this City of new Orleans in Square 652, Avart which square is bounded by Soniat, Clara, Willow Streets and Jefferson Avenue (formerly Peters Avenue) which said lot according to the plan of resubdivision by Gilbert, Kelly & Couturie dated October 15, 1983, pursuant to Declaration of Title Change by Subdivision approved November 22, 1983 by the New Orleans City Planning Commission, registered in COB 791 folio 77, November 29, 1983 is designated by the Number 1-A and measures as follows:

        LOT 1 forms the corner of Soniat and Clara Streets and measures 31.11.3 feet front on Soniat Street and a width in the rear of 36.1.6 feet with a depth and front on Clara Street of 89.12 feet and a depth on the sideline adjoining Lot 2 of 89 feet. All in accordance with a survey by Gilbert, Kelly & Couturie, Inc., Surveying and Engineering, dated March 16, 1983, a copy of which is attached to an act dated December 16, 1987, passed before James A. Smith, Notary Public, and recorded in COB 816, folio 375, in the Parish of Orleans, State of Louisiana.

        Improvements thereon bear the Municipal No. 2600-02 Soniat Street.

        Being the same property acquired by Juanita Davis Alexander and Willie Lee Sims, Jr. by act passed before James A. Smith, Notary Public, dated December 16, 1987, and registered in COB 816, folio 375, in the Parish of Orleans, State of Louisiana.

C.    An undivided one-eighteenth (1/18) interest in and to the following immovable property located in the Parish of Orleans, State of Louisiana, more particularly described as follows:

        ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the SIXTH DISTRICT of the City of New Orleans, in SQUARE NO. 138, bounded by ANNUNCIATION, SONIAT, ROBERT AND LAUREL STREETS. SAID LOT, in accordance with plan annexed to act before E. Commagere, dated August 4, 1870, measures thirty (30') feet front on ANNUNCIATION STREET, by one hundred ten (110') feet between equal and parallel lines, being the larger part of LOT 4 adjoining LOT 5 per plan of E. Fournet, dated June 23, 1886, all as per plan of Gilbert & Kelly, dated July 12, 1939, annexed to an act of A. C. Andry, dated July 12, 1939.

According to a certificate of survey made by Errol E. Kelly, Surveyor, dated July 22, 1967, a copy of which is annexed to an act passed before Milton J. Montgomery, N.P. August 21, 1967, the hereinabove described lot situated in the same district and square, bounded by the same streets, and is designated as LOT 4-A, and has the same dimensions as hereinabove set forth, Lot No. 4-A beginning at a distance of ninety-five (95') from the corner of SONIAT AND ANNUNCIATION STREETS.

Improvements thereon bear Municipal Numbers 5019-5021 Annunciation Street.

Being the same property acquired by Juanita Davis Alexander by Judgment of Possession, dated April 29, 1980, rendered in that matter entitled, "Succession of Minnie Shropshire Frazier," filed in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case No. 80-6260, said judgment duly recorded in COB _____, folio____ in the Parish of Orleans, State of Louisiana.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the administration of the Succession shall be continued as to all remaining Succession assets.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there are no inheritance and estate transfer taxes due by the Succession to the State of Louisiana as per Act 822 of 2008, the decedent having died after June 30, 2004.

**JUDGMENT READ, RENDERED AND SIGNED** in New Orleans, Louisiana, this 14 day of ____March____, 2014.

_____
HONORABLE KERN A. REESE
Judge, Division "L"

*In compliance with Uniform District Court Rule 9.5, this Judgment is on Frankie Frazier Sims' Petition for Partial Possession, filed in that matter entitled, "Succession of Juanita Davis Alexander," bearing Case No. 2014-1512.*

1340 Poydras Street, 4th Floor  
New Orleans, Louisiana 70112

Telephone (504) 407-0005



Chelsey Richard Napoleon  
Chief Deputy Clerk

Land Records Division

# Hon. Dale N. Atkins
## Clerk of Court and Ex-Officio Recorder
## Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2014-09723

Recording Date: 3/14/2014 12:29:12 PM

Document Type: JUDGMENT OF POSSESSION  
Addtl Titles Doc Types:

Conveyance Instrument Number: 551375

Filed by: SUPREME TITLE  
4054 VETERANS BLVD.  
STE. 202  
METAIRIE, LA 70002

03/14/14  
"Filed by:" being  
corrected by  
clerk's office  
and is being  
reissued w/  
correction to  
"Filed by: Fadouveur  
and Fadouveaux, LLC.

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND  
SHOULD BE RETAINED WITH ANY COPIES.