# Exhibit "C"

FILED

2014 MAR 14 A 11: 28

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

DISTRICT COURT

NO.  2014-1512                                                                   DIVISION "L"

### SUCCESSION OF JUANITA DAVIS ALEXANDER

FILED: _____     _____
                                                                    DEPUTY CLERK

### SWORN DESCRIPTIVE LIST OF ASSETS

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, personally came and appeared FRANKIE FRAZIER SIMS, who being duly sworn, depose that in compliance with Article 3136 of the Code of Civil Procedure, she presents to the Court the following detailed descriptive list of all the property comprising the estate of the decedent, showing the actual cash value of each item of property as of December 3, 2013.

### SEPARATE PROPERTY

#### REAL ESTATE

1. TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Sixth District of the City of New Orleans, State of Louisiana, in Square No. 168 of Macarty, bounded by Elba, S. Dupre, Eden and S. Gayoso Streets, and according to a survey by Gilbert & Kelly, Surveyors, dated February 8, 1957, a copy of which is annexed to another act of even date herewith, passed before Leonard I. Kuhner, Notary Public, the said lots are designated by the Numbers 1 and 2, adjoin each other and measure as follows:

   Lot 1 forms the corner of Elba and S. Dupre Streets and measures thence twenty-five feet, two inches six lines (25'2"6"') front on Elba Street, same width in the rear by a depth between equal and parallel lines of and front on S. Dupre Street of one hundred ten feet (110'), Lot 2 immediately adjoins Lot 1 and measures thence thirty feet (30') front on Elba Street, same width in the rear, by a depth between equal and parallel lines of one hundred ten feet (110').

   The improvements thereon bear the Municipal Number 4105-07 Elba Street, New Orleans, Louisiana.

        Being the same property acquired by Juanita Davis Alexander by act passed before James A. Smith, Notary Public, dated December 16, 1987, and registered in COB 814, folio 490, in the Parish of Orleans, State of Louisiana.

    Valued at ................................................... $ 180,000.00

2.     A CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the SIXTH DISTRICT of the City of New Orleans, State of Louisiana, in SQUARE No. 117, BOULIGNY bounded by TCHOUPITOULAS, CADIZ, JENA and ANNUNCIATION STREETS, which said portion of ground measures THIRTY FEET (30') front on Annunciation Street, the same in width in the rear, by a depth of ONE HUNDRED FEET (100') between equal and parallel lines, said portion of ground begins at a distance of NINETY FEET (90') from the corner of Cadiz and Annunciation Streets and is composed of TWENTY-NINE FEET (29') of LOT 9 and ONE FOOT (1') of LOT NO. 8. All in accordance with a survey made by F. G. Gilbert, Kelly & Couturie, Inc., Surveying and Engineering, dated December 6th, 1984.

        The improvements thereon bear the Municipal Nos. 4520-22-22 ½ Annunciation Street.

        Being the same property acquired by Juanita Davis Alexander by Act of Settlement of Community between Juanita Davis Alexander and Joseph Alexander, passed before Ronald F. Fontaver, Notary Public, and registered in COB 814, folio 168, in the Parish of Orleans, State of Louisiana.

    Valued at ................................................... 190,000.00

3.     An undivided one-half interest in and to the following immovable property located in the Parish of Orleans, State of Louisiana, more particularly described as follows:

        ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, prescriptions, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the Sixth District of this City of new Orleans in Square 652, Avart which square is bounded by Soniat, Clara, Willow Streets and Jefferson Avenue (formerly Peters Avenue) which said lot according to the plan of resubdivision by Gilbert, Kelly & Couturie dated October 15, 1983, pursuant to Declaration of Title Change by Subdivision approved November 22, 1983 by the New Orleans City Planning Commission, registered in COB 791 folio 77, November 29, 1983 is designated by the Number 1-A and measures as follows:

        LOT 1 forms the corner of Soniat and Clara Streets and measures 31.11.3 feet front on Soniat Street and a width in the rear of 36.1.6 feet with a depth and front on Clara Street of 89.12 feet and a depth on the sideline adjoining Lot 2 of 89 feet. All in accordance with a

> survey by Gilbert, Kelly & Couturie, Inc., Surveying and Engineering, dated March 16, 1983, a copy of which is attached to an act dated December 16, 1987, passed before James A. Smith, Notary Public, and recorded in COB 816, folio 375, in the Parish of Orleans, State of Louisiana.
>
> Improvements thereon bear the Municipal No. 2600-02 Soniat Street.
>
> Being the same property acquired by Juanita Davis Alexander and Willie Lee Sims, Jr. by act passed before James A. Smith, Notary Public, dated December 16, 1987, and registered in COB 816, folio 375, in the Parish of Orleans, State of Louisiana.

Valued at ................................................................ 80,000.00

4. An undivided one-eighteenth (1/18) interest in and to the following immovable property located in the Parish of Orleans, State of Louisiana, more particularly described as follows:

> ONE CERTAIN LOT OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the SIXTH DISTRICT of the City of New Orleans, in SQUARE NO. 138, bounded by ANNUNCIATION, SONIAT, ROBERT AND LAUREL STREETS. SAID LOT, in accordance with plan annexed to act before E. Commagere, dated August 4, 1870, measures thirty (30') feet front on ANNUNCIATION STREET, by one hundred ten (110') feet between equal and parallel lines, being the larger part of LOT 4 adjoining LOT 5 per plan of E. Fournet, dated June 23, 1886, all as per plan of Gilbert & Kelly, dated July 12, 1939, annexed to an act of A. C. Andry, dated July 12, 1939.
>
> According to a certificate of survey made by Errol E. Kelly, Surveyor, dated July 22, 1967, a copy of which is annexed to an act passed before Milton J. Montgomery, N.P. August 21, 1967, the hereinabove described lot situated in the same district and square, bounded by the same streets, and is designated as LOT 4-A, and has the same dimensions as hereinabove set forth, Lot No. 4-A beginning at a distance of ninety-five (95') from the corner of SONIAT AND ANNUNCIATION STREETS.
>
> Improvements thereon bear Municipal Numbers 5019-5021 Annunciation Street.
>
> Being the same property acquired by Juanita Davis Alexander by Judgment of Possession, dated April 29, 1980, rendered in that matter entitled, "Succession of Minnie Shropshire Frazier," filed in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case No. 80-6260, said judgment duly recorded in COB _____, folio____ in the Parish of Orleans, State of Louisiana.

Valued at ................................................................ 11,111.00

|   |   |   |
|---|---|---|
|   | TOTAL REAL ESTATE | $ 461,111.00 |

### MORTGAGES, NOTES AND CASH

1. Chase Bank, N.A.
   Checking Account No. 937906790
   In the name of Juanita Davis Alexander ................................. $ 200.00

   TOTAL MORTGAGES, NOTES AND CASH     $ 200.00

### OTHER PROPERTY

1. The decedent was a party in three different Omnibus complaints in the United States District Court for the Eastern District of Louisiana, as follows: Omnibus IIIA entitled, "David Gross, et al. v. Knauf Gips KG, et al.," Case No. 09-6690; Omnibus IX entitled, "Laura Haya, et al, v. Taishan Gypsum Co., Ltd., et al.," Case No. 11-1077; and Omnibus XIII entitled, "Richard and Constance Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.," Case No. 12-0498; all of which are consolidated in that matter entitled, "In Re: Chinese-Manufactured Drywall Products Liability Litigation," filed in the United States District Court for the Middle District of Louisiana, bearing Case No. 2047.

   Valued at ................................................................. Unknown

   TOTAL OTHER PROPERTY     Unknown

### RECAPITULATION

|   | SEPARATE |
|---|---|
| REAL ESTATE | $ 461,111.00 |
| MORTGAGES, NOTES AND CASH | 200.00 |
| OTHER PROPERTY | Unknown |
| TOTAL | $ 461,311.00 |
| VALUE OF DECEDENT'S ESTATE | $ 461,311.00 |

*Frankie Frazier Sims*
FRANKIE FRAZIER SIMS

Sworn to and subscribed before me this 11th day of March, 2014.

*Jane C. Alvarez*
JANE C. ALVAREZ, NOTARY PUBLIC
La. Bar No. 20670