```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:   CHINESE-MANUFACTURED         *    Docket 09-MD-2047
         DRYWALL PRODUCTS             *
         LIABILITY LITIGATION         *    Section L
                                      *
This Document Relates to All Cases    *    August 13, 2014
* * * * * * * * * * * * * * * * * *



                  HEARING ON MOTIONS BEFORE THE
                   HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE


APPEARANCES:


For Plaintiffs:              Herman Herman & Katz, LLC
                             BY:  LEONARD A. DAVIS, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113

For Taishan Defendants:      Hogan Lovells US LLP
                             BY:  THOMAS P. OWEN JR., ESQ.
                             875 Third Avenue
                             New York, New York 10022

Also Participating:          Caroline Pryor, Esq.
                             Daniel Collier, Esq.
                             David Coons, Esq.
                             Stephen Mullins, Esq.

Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-406
                             New Orleans, Louisiana 70130
                             (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

**PROCEEDINGS**

**(August 13, 2014)**

**THE COURT:**  Be seated, please.

We have a couple of motions.  The first motion is to withdraw.  That has been taken off the docket because the parties want to meet and confer and also write additional briefs on it.

Another motion is for contempt of the officers.  I'll hear from the parties at this time.

**MR. DAVIS:**  Good morning, Your Honor.  As you are aware, this motion for contempt, which is Document 17920, is set for today.  We have not received an opposition to this motion.

This motion specifically seeks to hold Chairman Jia Tongchun and Chairman Peng Shiliang in contempt for the acts of the Taishan defendants, which I don't think I need to repeat and give the history of that.  This Court, I know, is familiar with these two individual chairmen.  Just to refresh the Court's memory, their photographs are attached to the motion so that it would help in understanding who these individuals were.  There is no question that they are the officers, directors, and individuals who act for the corporation.

The motion and the memorandum set forth the entirety of the argument.  Specifically, I bring the Court's

```
09:53   1   attention to a couple of cases that provide for civil and
09:53   2   criminal contempt against these individuals, the Hochschild
09:53   3   case and the Alemite case, which are cited within the memo.  If
09:53   4   the Court has any questions regarding the motion, I'm happy to
09:53   5   answer them.
09:53   6           THE COURT:  Anything from the other side?  Tom, you
09:53   7   are here.  Are you authorized to speak?
09:53   8           MR. OWEN:  Tom Owen, counsel of record for the
09:53   9   Taishan defendants.
09:53  10              As the Court knows, we have been discharged as
09:53  11   counsel by the clients, but we still remain counsel of record.
09:53  12   We have forwarded the motion for contempt on to the client and
09:53  13   received instructions not to take any action with respect to
09:53  14   the motion.  So I'm just appearing here as an officer of the
09:53  15   Court to let you know that we haven't taken any action with
09:54  16   respect to the motion.
09:54  17           THE COURT:  I have to decide whether to act on the
09:54  18   motion or rule them in to show cause why they shouldn't be held
09:54  19   in contempt of Court both civilly and criminally.  Let me look
09:54  20   at it.  I'm familiar with these individuals.  They were present
09:54  21   in Hong Kong, weren't they?
09:54  22           MR. DAVIS:  Yes, Your Honor.  They appeared for
09:54  23   depositions, voluntarily came to those depositions.
09:54  24           THE COURT:  In fact, I think one of them gave me a
09:54  25   plate to bring home.  I'm familiar with them.
```

```
09:54   1           MR. DAVIS:  Your Honor, in connection with that, I
09:54   2   just bring to the Court's attention on July 21 we served
09:54   3   requests for admissions upon various entities.  Those requests
09:54   4   for admissions have 30 days under Federal Rule 36.  I believe
09:54   5   under Federal Rule 36(a)(3) they are deemed admitted, which
09:55   6   will be on August 20 if my looking at the calendar is correct.
09:55   7           I just bring that issue up since counsel has
09:55   8   made that statement.  We would do whatever is needed if the
09:55   9   Court would advise us to have those admissions deemed admitted.
09:55  10   If the Court wants something further from us, we will do that.
09:55  11           THE COURT:  After that period of time, just file a
09:55  12   response indicating that these have been admitted.
09:55  13           MR. DAVIS:  We will put something in the record,
09:55  14   Your Honor, and we'll attach a copy of the admissions at that
09:55  15   time so it's specifically before the Court.  Thank you.
09:55  16           THE COURT:  I have a motion regarding jurisdiction
09:55  17   involving a state court claim.  Is somebody here on that
09:56  18   particular claim?  Is it Mangiarelli?
09:56  19           MR. DAVIS:  Your Honor, I believe that's Docket
09:56  20   17933, which is Ralph Mangiarelli Jr.
09:56  21           THE COURT:  These state court claims are individuals
09:56  22   who don't have Chinese drywall either by Knauf or by Taishan.
09:56  23   That's the good news for them.  They indicate that they do not
09:56  24   have any Chinese drywall in their home.  Their neighbor or
09:56  25   somebody down the street has Chinese drywall, or in these cases
```

09:57  1   perhaps another condominium near or in a building that's close
09:57  2   to them has Chinese drywall, but they don't have any.
09:57  3               They say that when they went to sell their house
09:57  4   or condo, the buyer said your neighbor has it or the building
09:57  5   next to your condo had it, therefore, we won't give you as much
09:57  6   for your condo or for your house.  So they are seeking what has
09:57  7   come to be known as stigma damages because the neighborhood has
09:57  8   it or the state has it or the neighboring state has it.
09:57  9               I don't really see that as a claim that I'm
09:58 10   dealing with.  I see that as a potential state court claim.
09:58 11   I'm not interested in dealing with that particular claim.
09:58 12   Where do you stop?  Where do you draw the line?  Does somebody
09:58 13   in Texas say, "Well, Louisiana has some of it," or does Alabama
09:58 14   say, "Well, Florida has it, therefore, nobody is going to want
09:58 15   to be in Alabama because it's kind of close"?  I don't know
09:58 16   where I stop there.
09:58 17               I'm going to be dealing with people who have
09:58 18   Chinese drywall in their house, in their condo, and not people
09:58 19   who don't have it but somebody else has it close to them that
09:58 20   they know or know about.  So I'll deal with that motion
09:58 21   accordingly.
09:58 22               I have a request to schedule a conference in two
09:59 23   of the cases that the parties are here on.  David Coons filed
09:59 24   it, Steve Mullins.  They want to deal with cases that are on
09:59 25   the docket and they want to get some scheduling.

09:59  1        Counsel, you all want to speak on that?  You can
09:59  2   come up here if you would like.  Tell us who you represent and
09:59  3   what the issue is.
09:59  4        **MS. PRYOR:**  Good morning, Your Honor.  Caroline Pryor
09:59  5   for Ace Hardware Corporation.
09:59  6        **MR. COLLIER:**  Good morning, Your Honor.  Danny
09:59  7   Collier for Ace Home Center.
10:00  8        **MR. COONS:**  David Coons on behalf of Bass Homes.
10:00  9        **MR. MULLINS:**  Steve Mullins on behalf of the
10:00  10  plaintiffs, Your Honor.
10:00  11       **THE COURT:**  Fill me in.  Plaintiffs have sued you
10:00  12  folks.  What's the situation?
10:00  13       **MR. MULLINS:**  The plaintiffs were originally part of
10:00  14  the Omni group sometime ago.  They are Taishan drywall.  They
10:00  15  are part of what we refer to internally as the Bass Homes,
10:00  16  Ace Hardware litigation.  Most of this occurred in Alabama.
10:00  17  Bass Homes is located in Alabama.  These are three outlying
10:00  18  cases, two cases that were in Mississippi.  The Alabama case
10:00  19  stayed in state court primarily and resolved.  These cases
10:00  20  opted out, refiled, and then were sent back here.  So we are
10:00  21  kind of stragglers within the system.
10:00  22       The disclosure requirements have been completed
10:00  23  by all parties, I think some of them twice, so we are seeking
10:00  24  the Court's guidance what we are supposed to do essentially
10:00  25  since we are not really part of the settlement program the

```
10:00    1   Court is administering.
10:00    2           THE COURT:  From the plaintiffs' standpoint, do you
10:01    3   have any comment?
10:01    4           MR. COONS:  No, sir.
10:01    5           THE COURT:  Where is the plaintiff lawyer?
10:01    6           MR. MULLINS:  That's me, Your Honor.
10:01    7           THE COURT:  Okay.  You're the plaintiff lawyer.
10:01    8   Okay.
10:01    9           MR. MULLINS:  Yes.
10:01   10           THE COURT:  Well, if you are before me, I'll meet
10:01   11   with you all and schedule something that's convenient with your
10:01   12   calendar and we'll try the case.  That's the easiest thing to
10:01   13   do.
10:01   14           MR. MULLINS:  Yes, sir.
10:01   15           THE COURT:  So if you stay around after, I'm just
10:01   16   about finished.  I will meet with you.  Do you have your
10:01   17   calendars?  Will you be able to do that?
10:01   18               I'll meet with you, then, and we'll get a
10:01   19   schedule that's convenient with your calendars.  Thank you very
10:01   20   much for coming over.  Sorry you had to make the trip.
10:01   21               Anything else we have?  Anything from anybody
10:01   22   for the good welfare of the group?
10:01   23           MR. LEVIN:  No, sir.
10:01   24           THE COURT:  Folks, I'll see you next time, then.
10:01   25   Court will stand in recess.
```

10:01  1        **THE DEPUTY CLERK:**  All rise.

10:01  2             (Proceedings adjourned.)

10:01  3                        * * *

4                     **CERTIFICATE**

5        I, Toni Doyle Tusa, CCR, FCRR, Official Court

6   Reporter for the United States District Court, Eastern District

7   of Louisiana, certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from

9   the record of proceedings in the above-entitled matter.

                                    *s/ Toni Doyle Tusa*
                                    Toni Doyle Tusa, CCR, FCRR
                                    Official Court Reporter

| | | |
|---|---|---|
| **0** | as [9]  2/4  2/9 3/20 4/6 4/14  4/16 4/18 6/7 6/24 | corporation [2]  2/23 6/5 |
| 09-MD-2047 [1]  1/4 | attach [1]  4/14 | counsel [5]  3/8 3/11 3/11 4/7 6/1 |
| **1** | attached [1]  2/19 | couple [2]  2/4 3/1 |
| 10022 [1]  1/17 | attention [2]  3/1 4/2 | court [19] |
| 13 [2]  1/6 2/2 | August [3]  1/6 2/2 4/6 | Court's [4]  2/19 2/25 4/2 6/24 |
| 17920 [1]  2/11 | August 20 [1]  4/6 | criminal [1]  3/2 |
| 17933 [1]  4/20 | authorized [1]  3/7 | criminally [1]  3/19 |
| **2** | Avenue [2]  1/14 1/16 | **D** |
| 20 [1]  4/6 | aware [1]  2/11 | damages [1]  5/7 |
| 2014 [2]  1/6 2/2 | **B** | Daniel [1]  1/18 |
| 2047 [1]  1/4 | B-406 [1]  1/21 | Danny [1]  6/6 |
| 21 [1]  4/2 | back [1]  6/20 | David [3]  1/19 5/23 6/8 |
| **3** | Bass [3]  6/8 6/15 6/17 | DAVIS [1]  1/13 |
| 30 [1]  4/4 | be [7]  2/3 3/18 4/6 5/7 5/15 5/17 7/17 | days [1]  4/4 |
| 36 [2]  4/4 4/5 | because [3]  2/5 5/7 5/15 | deal [2]  5/20 5/24 |
| **4** | been [4]  2/5 3/10 4/12 6/22 | dealing [3]  5/10 5/11 5/17 |
| 406 [1]  1/21 | before [3]  1/9 4/15 7/10 | decide [1]  3/17 |
| **5** | behalf [2]  6/8 6/9 | deemed [2]  4/5 4/9 |
| 500 [1]  1/21 | believe [2]  4/4 4/19 | defendants [3]  1/15 2/16 3/9 |
| 504 [1]  1/22 | best [1]  8/8 | depositions [2]  3/23 3/23 |
| 589-7778 [1]  1/22 | both [1]  3/19 | directors [1]  2/22 |
| **7** | briefs [1]  2/7 | discharged [1]  3/10 |
| 70113 [1]  1/14 | bring [4]  2/25 3/25 4/2 4/7 | disclosure [1]  6/22 |
| 70130 [1]  1/21 | building [2]  5/1 5/4 | DISTRICT [5]  1/1 1/2 1/10 8/6 8/6 |
| 7778 [1]  1/22 | but [3]  3/11 5/2 5/19 | do [10] |
| **8** | buyer [1]  5/4 | docket [4]  1/4 2/5 4/19 5/25 |
| 820 [1]  1/14 | **C** | Document [2]  1/6 2/11 |
| 875 [1]  1/16 | calendar [2]  4/6 7/12 | does [2]  5/12 5/13 |
| **A** | calendars [2]  7/17 7/19 | don't [6]  2/16 4/22 5/2 5/9 5/15 5/19 |
| ability [1]  8/8 | came [1]  3/23 | down [1]  4/25 |
| able [1]  7/17 | can [1]  6/1 | Doyle [4]  1/20 8/5 8/12 8/12 |
| about [2]  5/20 7/16 | Caroline [2]  1/18 6/4 | draw [1]  5/12 |
| above [1]  8/9 | case [4]  3/3 3/3 6/18 7/12 | drywall [7]  1/5 4/22 4/24 4/25 5/2 5/18  6/14 |
| above-entitled [1]  8/9 | cases [8]  1/6 3/1 4/25 5/23 5/24 6/18  6/18 6/19 | **E** |
| accordingly [1]  5/21 | cause [1]  3/18 | easiest [1]  7/12 |
| Ace [3]  6/5 6/7 6/16 | CCR [3]  1/20 8/5 8/12 | EASTERN [2]  1/2 8/6 |
| Ace Hardware [1]  6/16 | Center [1]  6/7 | either [1]  4/22 |
| act [2]  2/22 3/17 | CERTIFICATE [1]  8/4 | ELDON [1]  1/9 |
| action [2]  3/13 3/15 | certify [1]  8/7 | else [2]  5/19 7/21 |
| acts [1]  2/16 | Chairman [2]  2/15 2/15 | entirety [1]  2/25 |
| additional [1]  2/6 | Chairman Jia [1]  2/15 | entities [1]  4/3 |
| adjourned [1]  8/2 | chairmen [1]  2/18 | entitled [1]  8/9 |
| administering [1]  7/1 | CHINESE [6]  1/4 4/22 4/24 4/25 5/2  5/18 | ESQ [6]  1/13 1/16 1/18 1/18 1/19 1/19 |
| admissions [4]  4/3 4/4 4/9 4/14 | CHINESE-MANUFACTURED [1]  1/4 | essentially [1]  6/24 |
| admitted [3]  4/5 4/9 4/12 | cited [1]  3/3 | **F** |
| advise [1]  4/9 | civil [1]  3/1 | fact [1]  3/24 |
| after [2]  4/11 7/15 | civilly [1]  3/19 | FALLON [1]  1/9 |
| against [1]  3/2 | claim [5]  4/17 4/18 5/9 5/10 5/11 | familiar [3]  2/18 3/20 3/25 |
| ago [1]  6/14 | claims [1]  4/21 | FCRR [3]  1/20 8/5 8/12 |
| aided [1]  1/25 | client [1]  3/12 | Federal [2]  4/4 4/5 |
| Alabama [5]  5/13 5/15 6/16 6/17 6/18 | clients [1]  3/11 | file [1]  4/11 |
| Alemite [1]  3/3 | close [3]  5/1 5/15 5/19 | filed [1]  5/23 |
| all [5]  1/6 6/1 6/23 7/11 8/1 | Collier [2]  1/18 6/7 | Fill [1]  6/11 |
| also [2]  1/18 2/6 | come [2]  5/7 6/2 | finished [1]  7/16 |
| another [2]  2/8 5/1 | coming [1]  7/20 | first [1]  2/4 |
| answer [1]  3/5 | comment [1]  7/3 | Florida [1]  5/14 |
| any [6]  3/4 3/13 3/15 4/24 5/2 7/3 | completed [1]  6/22 | folks [2]  6/12 7/24 |
| anybody [1]  7/21 | computer [1]  1/25 | foregoing [1]  8/7 |
| Anything [3]  3/6 7/21 7/21 | computer-aided [1]  1/25 | forth [1]  2/24 |
| APPEARANCES [1]  1/11 | condo [4]  5/4 5/5 5/6 5/18 | forwarded [1]  3/12 |
| appeared [1]  3/22 | condominium [1]  5/1 | further [1]  4/10 |
| appearing [1]  3/14 | confer [1]  2/6 | **G** |
| are [19] | conference [1]  5/22 | gave [1]  3/24 |
| argument [1]  2/25 | connection [1]  4/1 | get [2]  5/25 7/18 |
| around [1]  7/15 | contempt [6]  2/8 2/11 2/15 3/2 3/12 3/19 | give [2]  2/17 5/5 |
| | convenient [2]  7/11 7/19 | going [2]  5/14 5/17 |
| | Coons [3]  1/19 5/23 6/8 | good [5]  2/10 4/23 6/4 6/6 7/22 |
| | copy [1]  4/14 | |

| G | line [1] 5/12 | parties [4] 2/6 2/9 5/23 6/23 |
|---|---|---|
| group [2] 6/14 7/22 | litigation [2] 1/5 6/16 | 2014 [1] 2/15 |
| guidance [1] 6/24 | LLC [1] 1/13 | people [2] 5/17 5/18 |
| **H** | LLP [1] 1/15 | perhaps [1] 5/1 |
| had [2] 5/5 7/20 | located [1] 6/17 | period [1] 4/11 |
| happy [1] 3/4 | look [1] 3/19 | photographs [1] 2/19 |
| Hardware [2] 6/5 6/16 | looking [1] 4/6 | plaintiff [2] 7/5 7/7 |
| has [13] | LOUISIANA [5] 1/2 1/14 1/21 5/13 8/7 | plaintiffs [4] 1/13 6/10 6/11 6/13 |
| have [20] | Lovells [1] 1/15 | plaintiffs' [1] 7/2 |
| haven't [1] 3/15 | **M** | plate [1] 3/25 |
| hear [1] 2/9 | made [1] 4/8 | please [1] 2/3 |
| HEARING [1] 1/9 | make [1] 7/20 | potential [1] 5/10 |
| held [1] 3/18 | Mangiarelli [2] 4/18 4/20 | Poydras [1] 1/21 |
| help [1] 2/20 | Mangiarelli Jr [1] 4/20 | present [1] 3/20 |
| here [6] 3/7 3/14 4/17 5/23 6/2 6/20 | MANUFACTURED [1] 1/4 | primarily [1] 6/19 |
| Herman [2] 1/13 1/13 | matter [1] 8/9 | proceedings [4] 1/24 2/1 8/2 8/9 |
| history [1] 2/17 | MD [1] 1/4 | PRODUCTS [1] 1/5 |
| Hochschild [1] 3/2 | me [5] 3/19 3/24 6/11 7/6 7/10 | program [1] 6/25 |
| Hogan [1] 1/15 | mechanical [1] 1/24 | provide [1] 3/1 |
| hold [1] 2/14 | meet [4] 2/6 7/10 7/16 7/18 | Pryor [2] 1/18 6/4 |
| home [3] 3/25 4/24 6/7 | memo [1] 3/3 | put [1] 4/13 |
| Homes [3] 6/8 6/15 6/17 | memorandum [1] 2/24 | **Q** |
| Hong [1] 3/21 | memory [1] 2/19 | question [1] 2/21 |
| Hong Kong [1] 3/21 | Mississippi [1] 6/18 | questions [1] 3/4 |
| Honor [9] | morning [3] 2/10 6/4 6/6 | **R** |
| HONORABLE [1] 1/9 | Most [1] 6/16 | Ralph [1] 4/20 |
| house [3] 5/3 5/6 5/18 | motion [14] | RE [1] 1/4 |
| **I** | motions [2] 1/9 2/4 | really [2] 5/9 6/25 |
| I'll [5] 2/9 5/20 7/10 7/18 7/24 | much [2] 5/5 7/20 | received [2] 2/12 3/13 |
| I'm [8] 3/4 3/14 3/20 3/25 5/9 5/11 5/17 7/15 | Mullins [3] 1/19 5/24 6/9 | recess [1] 7/25 |
| if [7] 3/3 4/6 4/8 4/10 6/2 7/10 7/15 | my [2] 4/6 8/8 | record [4] 3/8 3/11 4/13 8/9 |
| in [25] | **N** | recorded [1] 1/24 |
| indicate [1] 4/23 | near [1] 5/1 | refer [1] 6/15 |
| indicating [1] 4/12 | need [1] 2/17 | refiled [1] 6/20 |
| individual [1] 2/18 | needed [1] 4/8 | refresh [1] 2/19 |
| individuals [5] 2/21 2/22 3/2 3/20 4/21 | neighbor [2] 4/24 5/4 | regarding [2] 3/4 4/16 |
| instructions [1] 3/13 | neighborhood [1] 5/7 | Relates [1] 1/6 |
| interested [1] 5/11 | neighboring [1] 5/8 | remain [1] 3/11 |
| internally [1] 6/15 | New [4] 1/14 1/17 1/17 1/21 | repeat [1] 2/17 |
| involving [1] 4/17 | news [1] 4/23 | Reporter [3] 1/20 8/6 8/13 |
| is [17] | next [2] 5/5 7/24 | represent [1] 6/2 |
| issue [2] 4/7 6/3 | no [3] 2/21 7/4 7/23 | request [1] 5/22 |
| it [14] | nobody [1] 5/14 | requests [2] 4/3 4/3 |
| it's [2] 4/15 5/15 | not [6] 2/12 3/13 4/23 5/11 5/18 6/25 | requirements [1] 6/22 |
| **J** | **O** | resolved [1] 6/19 |
| Jia [1] 2/15 | O'Keefe [1] 1/14 | respect [2] 3/13 3/16 |
| JR [2] 1/16 4/20 | occurred [1] 6/16 | response [1] 4/12 |
| JUDGE [1] 1/10 | off [1] 2/5 | rise [1] 8/1 |
| July [1] 4/2 | officer [1] 3/14 | Room [1] 1/21 |
| July 21 [1] 4/2 | officers [2] 2/8 2/22 | rule [3] 3/18 4/4 4/5 |
| jurisdiction [1] 4/16 | Official [3] 1/20 8/5 8/13 | **S** |
| just [6] 2/18 3/14 4/2 4/7 4/11 7/15 | Okay [2] 7/7 7/8 | said [1] 5/4 |
| **K** | Omni [1] 6/14 | say [3] 5/3 5/13 5/14 |
| Katz [1] 1/13 | on [12] | schedule [3] 5/22 7/11 7/19 |
| kind [2] 5/15 6/21 | one [1] 3/24 | scheduling [1] 5/25 |
| Knauf [1] 4/22 | opposition [1] 2/12 | seated [1] 2/3 |
| know [5] 2/18 3/15 5/15 5/20 5/20 | opted [1] 6/20 | Section [1] 1/5 |
| known [1] 5/7 | or [12] | see [3] 5/9 5/10 7/24 |
| knows [1] 3/10 | originally [1] 6/13 | seeking [2] 5/6 6/23 |
| Kong [1] 3/21 | Orleans [2] 1/14 1/21 | seeks [1] 2/14 |
| **L** | other [1] 3/6 | sell [1] 5/3 |
| lawyer [2] 7/5 7/7 | out [1] 6/20 | sent [1] 6/20 |
| LEONARD [1] 1/13 | outlying [1] 6/17 | served [1] 4/2 |
| let [2] 3/15 3/19 | over [1] 7/20 | set [2] 2/12 2/24 |
| LIABILITY [1] 1/5 | OWEN [2] 1/16 3/8 | settlement [1] 6/25 |
| like [1] 6/2 | **P** | Shiliang [1] 2/15 |
| | part [3] 6/13 6/15 6/25 | shouldn't [1] 3/18 |
| | Participating [1] 1/18 | show [1] 3/18 |
| | particular [2] 4/18 5/11 | side [1] 3/6 |
| | | since [2] 4/7 6/25 |

## S

sir [3]  7/4 7/14 7/23
situation [1]  6/12
so [8]  2/20 3/14 4/15 5/6 5/20 6/20 6/23 7/15
software [1]  1/25
some [3]  5/13 5/25 6/23
somebody [4]  4/17 4/25 5/12 5/19
something [3]  4/10 4/13 7/11
sometime [1]  6/14
Sorry [1]  7/20
speak [2]  3/7 6/1
specifically [3]  2/14 2/25 4/15
stand [1]  7/25
standpoint [1]  7/2
state [6]  4/17 4/21 5/8 5/8 5/10 6/19
statement [1]  4/8
STATES [3]  1/1 1/10 8/6
stay [1]  7/15
stayed [1]  6/19
stenography [1]  1/24
Stephen [1]  1/19
Steve [2]  5/24 6/9
stigma [1]  5/7
still [1]  3/11
stop [2]  5/12 5/16
stragglers [1]  6/21
street [2]  1/21 4/25
sued [1]  6/11
supposed [1]  6/24
system [1]  6/21

## T

Taishan [5]  1/15 2/16 3/9 4/22 6/14
take [1]  3/13
taken [2]  2/5 3/15
Tell [1]  6/2
Texas [1]  5/13
Thank [2]  4/15 7/19
that [28]
that's [7]  4/19 4/23 5/1 7/6 7/11 7/12 7/19
their [6]  2/19 4/24 4/24 5/3 5/18 5/18
them [8]  3/5 3/18 3/24 3/25 4/23 5/2 5/19 6/23
then [3]  6/20 7/18 7/24
there [2]  2/21 5/16
therefore [2]  5/5 5/14
these [9]
they [17]
thing [1]  7/12
think [3]  2/16 3/24 6/23
Third [1]  1/16
this [7]  1/6 2/9 2/11 2/12 2/14 2/17 6/16
THOMAS [1]  1/16
those [3]  3/23 4/3 4/9
three [1]  6/17
time [4]  2/9 4/11 4/15 7/24
today [1]  2/12
Tom [2]  3/6 3/8
Tongchun [1]  2/15
Toni [4]  1/20 8/5 8/12 8/12
transcript [1]  8/8
transcription [1]  1/25
trip [1]  7/20
true [1]  8/7
try [1]  7/12
Tusa [4]  1/20 8/5 8/12 8/12
twice [1]  6/23
two [3]  2/18 5/22 6/18

## U

under [2]  4/4 4/5

understanding [2]  2/20 8/8
UNITED [3]  1/1 1/10 8/6
up [2]  4/7 6/2
upon [1]  4/3
us [4]  1/15 4/9 4/10 6/2
using [1]  1/24

## V

various [1]  4/3
very [1]  7/19
voluntarily [1]  3/23

## W

want [5]  2/6 5/14 5/24 5/25 6/1
wants [1]  4/10
we [17]
we'll [3]  4/14 7/12 7/18
welfare [1]  7/22
Well [3]  5/13 5/14 7/10
went [1]  5/3
were [5]  2/21 3/20 6/13 6/18 6/20
weren't [1]  3/21
what [4]  5/6 6/3 6/15 6/24
What's [1]  6/12
whatever [1]  4/8
when [1]  5/3
where [4]  5/12 5/12 5/16 7/5
whether [1]  3/17
which [5]  2/11 2/16 3/3 4/5 4/20
who [6]  2/20 2/22 4/22 5/17 5/19 6/2
why [1]  3/18
will [6]  4/6 4/10 4/13 7/16 7/17 7/25
withdraw [1]  2/5
within [2]  3/3 6/21
won't [1]  5/5
would [4]  2/20 4/8 4/9 6/2
write [1]  2/6

## Y

Yes [3]  3/22 7/9 7/14
York [2]  1/17 1/17
you [24]
You're [1]  7/7
your [16]
Your Honor [8]  2/10 3/22 4/1 4/14 4/19 6/4 6/10 7/6