UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| ………………………………………………… : | | WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

  Before the Court is a motion from the Knauf Defendants to compel access to certain units at Villa Lago Renaissance Commons, along with a motion for expedited consideration. (Rec. Docs. 17959, 17960). Pursuant to the Coastal Settlement Agreement, in pertinent part, Knauf is obligated to arrange for the inspection of units at Villa Lago Renaissance Commons so that the units receive a "clearance" Environmental Certificate if they are free of any reactive Chinese manufactured drywall. Accordingly to Knauf, inspectors have been denied access to thirteen units at Villa Lago Renaissance Commons. Under the Settlement Agreement, this Court retains jurisdiction for enforcement of the terms of Settlement Agreement.

  Accordingly, **IT IS ORDERED** that Knauf's motion to compel is **GRANTED**;

  **IT IS FURTHER ORDERED** that the unit owners in Villa Lago Renaissance Commons **SHALL** permit access for inspections within five days of this order;

  **IT IS FURTHER ORDERED** that if the unit owners deny access past that deadline, Knauf will have no further obligation to deliver Environmental Certificates to those units.

  New Orleans, Louisiana, this 20th day of August, 2014.

                  _____
                  UNITED STATES DISTRICT JUDGE

1