UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Hobbie, et al. v. RCR Holdings II, LLC, et al,* No. 10-113

### ORDER

Before the Court is Plaintiff Shalini Chandra's Motion for Specific Enforcement of Settlement Agreement. (Rec. Doc. 17965).

**IT IS ORDERED** that the Motion for Specific Enforcement is set for hearing with oral argument, immediately following the monthly status conference on September 18, 2014.

**IT IS FURTHER ORDERED** that Knauf, and any other party that wishes to respond, respond by September 8, 2014.

New Orleans, Louisiana, this 19th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE