# EXHIBIT A

**Jennifer Lascio**

| | |
|---|---|
| **From:** | Fred Longer |
| **Sent:** | Friday, August 22, 2014 11:27 AM |
| **To:** | Jennifer Lascio |
| **Subject:** | FW: CDW |

**From:** James V. Doyle, Jr. [mailto:jimmy@doylefirm.com]
**Sent:** Wednesday, August 13, 2014 2:36 PM
**To:** Fred Longer
**Subject:** Re: CDW

Thanks Fred. You have my consent to file the appropriate dismissal documents.

Regards,

*Jimmy Doyle*
Doyle Law Firm, PC

2100 Southbridge Parkway, Suite 650

Birmingham, AL  35209

(205) 533-9500   phone

(205) 332-1362   fax