AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Jason S. Herrington, et al.<br>*Plaintiff*<br>v.<br>Ace Home Center, Inc.<br>*Defendant, Third-party plaintiff*<br>v.<br>Pate Stevedore Company, Inc., et al.<br>*Third-party defendant* | Civil Action No. MDL No.: 2047; Case No.: 13-6653 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)* Fireman's Fund Insurance Company
CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

   A lawsuit has been filed against defendant   Ace Home Center, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Jason and Cassie Herrington  .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Danny J. Collier, Jr., Esq., Luther, Collier, Hodges & Cash LLP, Post Office Box 1002, Mobile, Alabama 36652

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen W. Mullins, Esq., Luckey & Mullins, PLLC, Post Office Box 990, Ocean Springs, Mississippi 39566

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. MDL No.: 2047; Case No.: 13-6653

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fireman's Fund Insurance Company
was received by me on *(date)* 08/26/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 26 August 14

*Server's signature*

Danny J. Collier, Jr., Attorney
*Printed name and title*

Luther, Collier, Hodges & Cash LLP
Post Office Box 1002
Mobile, Alabama 36652
(251) 694-9393
*Server's address*

Additional information regarding attempted service, etc: