AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Jason S. Herrington, et al. <br> *Plaintiff* <br> v. <br> Ace Home Center, Inc. <br> *Defendant, Third-party plaintiff* <br> v. <br> Pate Stevedore Company, Inc., et al. <br> *Third-party defendant* | Civil Action No. MDL No.: 2047; Case No.: 13-6653 <br><br> Section "L" (2) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Fireman's Fund Insurance Company
CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

    A lawsuit has been filed against defendant   Ace Home Center, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Jason and Cassie Herrington  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Danny J. Collier, Jr., Esq., Luther, Collier, Hodges & Cash LLP, Post Office Box 1002, Mobile, Alabama 36652

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen W. Mullins, Esq., Luckey & Mullins, PLLC, Post Office Box 990, Ocean Springs, Mississippi 39566

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

William W. Blevins
Name of clerk of court

Date: __Aug 27 2014__

*(signature)*
Deputy clerk's signature

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.   MDL No.: 2047; Case No.: 13-6653

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fireman's Fund Insurance Company was received by me on *(date)* 08/26/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 26 August 14

*Server's signature*

Danny J. Collier, Jr., Attorney
*Printed name and title*

Luther, Collier, Hodges & Cash LLP
Post Office Box 1002
Mobile, Alabama 36652
(251) 694-9393
*Server's address*

Additional information regarding attempted service, etc: