UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Louisiana State v. Knauf Gips KG et al.,* No. 10-340

## ORDER

In light of the State of Louisiana's Notice of Intent to Withdraw Motion to Remand, (Rec. Doc. 17946),

**IT IS ORDERED** that any party that wishes to respond do so by September 8, 2014. The issue will be discussed at the September Monthly Status Conference.

New Orleans, Louisiana, this 27th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE