UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE: CHINESE-MANUFACTURED    *    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY     *    SECTION: L
LITIGATION                     *    JUDGE FALLON
                               *    MAG. JUDGE WILKINSON
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS DOCUMENT RELATES TO:      *
                               *
*Laura Haya, et al. v.*        *
*Knauf GIPS KG, et al*         *
Case No. 11-1077 (E.D.La.)     *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Ex Parte Motion to Substitute Plaintiff;

IT IS HEREBY ORDERED BY THE COURT that said motion is GRANTED. Frankie Frazier Sims is deemed substituted in place of Juanita Davis Alexander for any claims that she may have had as a Plaintiff of record for the property located at 4105 and 4107 Elba St., New Orleans, LA 70125.

New Orleans, Louisiana, this 27th day of August, 2014.

Eldon E. Fallon
United States District Court Judge