UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

### MOTION TO RECONSIDER ORDER DENYING INJUNCTION FOR CLAIMS BROUGHT BY PLAINTIFF RALPH MANGIARELLI JR.

Defendants Banner Supply Company Pompano, LLC ("Banner") and Sixty Fifth and One, LLC ("Sixty Fifth")[1] file this Motion to Reconsider Order Denying Injunction for Claims Brought by Plaintiff Ralph Mangiarelli, Jr.  Defendants respectfully request that the Court reconsider its August 18, 2014 Order (Rec. Doc. No. 17967) and enjoin non-opt out Plaintiff Ralph Mangiarelli, Jr. from continuing to prosecute his claims against Defendants in the 17th Judicial Circuit of Broward County, Florida in the case captioned *Hamburg v. Sixty Fifth and One, LLC*, Case No. 10-11665.

Defendants have more fully considered the issue following the Court's Order and respectfully request that the Court reconsider its Order because the definitions of "Class Members" under the Banner and Global Class Settlement Agreements do not include a requirement that an individual own an "Affected Property."  The definition of "Class Members" includes persons pursuing Chinese drywall claims, for stigma damages or otherwise, without regard to whether the claimant owns Affected Property.  Additionally, the parties to those

---

[1] Because the Knauf, Interior/Exterior Building Supply, L.P. ("INEX"), and L&W Supply Corp. ("L&W") Class Settlement Agreements contain similar definitions to the Banner and Global Class Settlement Agreements, the Knauf defendants, INEX, and L&W join the motion.  Moreover, because of the importance of the issue to other concerned parties, the Defendants' Steering Committee, Homebuilders' Steering Committee, and Insurance Steering Committee also join the motion.

agreements, including Class Counsel, intended for the agreements to cover claimants who did not own or otherwise live in an Affected Property and for loss of market value and stigma-type claims as long as their damages arose out of or were related to Chinese Drywall.

For these reasons, as more fully stated in the accompanying Memorandum in Support, Defendants respectfully request that the Court reconsider its August 18, 2014 Order, and enjoin non-opt out Plaintiff Ralph Mangiarelli, Jr. from continuing to prosecute his claims against Defendants in the 17th Judicial Circuit of Broward County, Florida in the case captioned *Hamburg v. Sixty Fifth and One, LLC*, Case No. 10-11665. If it would be of assistance, the Defendants are amenable to the Court setting this matter for oral argument immediately following the Court's September 18, 2014 status conference.

Dated: August 28, 2014

Respectfully submitted,

*/s/ Jeffrey M. Paskert*
Jeffrey M. Paskert
Florida Bar No. 846041
Email: jpaskert@mpdlegal.com
Secondary: jegusquiza@mpdlegal.com
Ryan E. Baya
Florida Bar No. 0052610
Email: rbaya@mpdlegal.com
Secondary: dhutchins@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa St., Ste. 3700
Tampa, FL 33602
Telephone: (813) 229-3500
*Attorneys for Sixty-Fifth and One LLC*

*/s/ Michael P. Peterson (with approval)*
Florida Bar No. 982040
Email: mpeterson@petersonespino.com
PETERSON & ESPINO, P.A.
10631 Southwest 88th Street, Suite 220
Miami, FL 33176
Telephone: (813) 270-3773
*Attorneys for Banner Supply Company Pompano, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of August, 2014.

                                                                           By: */s/ Jeffrey M. Paskert*