UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee ("PSC") Motion for Expedited Return on Discovery and to File Discovery Under Seal;

IT IS ORDERED BY THE COURT that Taishan Gypsum Co., Ltd. ("TG") and Tai'an Taishan Plasterboard Co., Ltd. ("TPP") (collectively referred herein as the "Taishan Defendants") respond to the Request for Production of Documents (Exhibit "A") propounded to them by the PSC no later than fifteen (15) days from the issuance of the discovery.

IT IS FURTHER ORDERED BY THE COURT that the Request for Production of Documents (Exhibit "A") be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge