UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                         MDL NO. 2047

                                                   SECTION: L

                                                   JUDGE FALLON
                                                   MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee ("PSC") Motion for Extension to File Sur-Reply;

IT IS ORDERED BY THE COURT that the PSC is granted an extension to file its Sur-Reply to the Motions to Withdraw filed by the law firms of Hogan Lovells and Stanley, Reuter [Rec. Docs. 17846 and 17858], up until and through thirty (30) days after complete responses are provided to the PSC by the Taishan Defendants to the discovery request and a hearing on the Motions to Withdraw as Counsel of Record shall be scheduled at a later date.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge