**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | * * * * * * * MDL No. 02047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

**CONSENT MOTION TO RESCHEDULE HEARING DATE ON MOTION TO
QUASH SUBPOENA ISSUED TO T. ROWE PRICE GROUP, INC.**

**NOW INTO COURT,** through undersigned counsel, comes T. Rowe Price Group, Inc. ("T. Rowe"), a non-party to this litigation, who, with the consent of Plaintiffs, moves that this Honorable Court reschedule the hearing on the motion to quash subpoena filed by T. Rowe on August 11, 2014. The motion currently is scheduled for submission on September 3, 2014. To provide additional time to meet and confer about the motion to quash, the entities involved respectfully request that the Court reschedule the hearing for the case's monthly status conference in October, 2014. A proposed Order is attached.

Respectfully submitted,

/s/  Rebecca L. Caldwell
Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

September 2, 2014

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 2nd day of September, 2014, a copy of this Consent Motion to Reschedule Hearing Date on Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc. was served upon all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                              /s/ Rebecca L. Caldwell
                              Ward B. Coe, III
                              MD. Fed. Bar. No. 00282
                              wcoe@gejlaw.com
                              Rebecca L. Caldwell
                              MD. Fed. Bar No. 28957
                              rcaldwell@gejlaw.com
                              GALLAGHER EVELIUS & JONES LLP
                              218 North Charles Street, Suite 400
                              Baltimore, Maryland 21201
                              (410) 727-7702
                              *Attorneys for T. Rowe Price Group, Inc.*