# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| * | MDL No. 02047 |
| * | |
| IN RE: CHINESE-MANUFACTURED * | SECTION L |
| PRODUCTS LIABILITY LITIGATION * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Upon Consideration of the Consent Motion to Reschedule Hearing Date on Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc., it is this _____ day of September, 2014, hereby ORDERED that

1.　The Motion is Granted; and

2.　The Court, before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on _____, at _____ o'clock a.m., will receive argument on the Motion to Quash Subpoena filed by T. Rowe Price Group, Inc.

_____

U.S. District Court Judge, U.S. District Court
for the Eastern District of Louisiana