IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
PRODUCTS LIABILITY LITIGATION

\* \* \* \* \*

MDL No. 02047

SECTION L

JUDGE FALLON

MAG. JUDGE WILKINSON

## ORDER

Upon Consideration of the Consent Motion to Reschedule Hearing Date on Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc., it is this __3rd__ day of September, 2014, hereby ORDERED that

1. The Motion is Granted; and

2. The Court, before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, immediately following the Oct. 21, 2014 status conference, will receive argument on the Motion to Quash Subpoena filed by T. Rowe Price Group, Inc. Any party that wishes to respond to the motion to quash must do so by October 10, 2014.

_____
U.S. District Court Judge, U.S. District Court
for the Eastern District of Louisiana