UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                        MDL NO. 2047

                                                                 SECTION: L

                                                                 JUDGE FALLON
                                                                 MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee ("PSC") Motion for Expedited Return on

Discovery and to File Discovery Under Seal;

IT IS ORDERED BY THE COURT that Taishan Gypsum Co., Ltd. ("TG") and Tai'an

Taishan Plasterboard Co., Ltd. ("TPP") (collectively referred herein as the "Taishan

Defendants") respond to the Request for Production of Documents (Exhibit "A") propounded to

them by the PSC no later than fifteen (15) days from the issuance of the discovery.

IT IS FURTHER ORDERED BY THE COURT that the Request for Production of

Documents (Exhibit "A") be and is hereby FILED UNDER SEAL.

New Orleans, Louisiana, this 3rd day of  September                              ,

2014.

_____
Eldon E. Fallon
United States District Court Judge