UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION                                                            MDL NO. 2047

                                                                      SECTION: L

                                                                      JUDGE FALLON
                                                                      MAG. JUDGE WILKINSON
THIS DOCUMENT RELATES TO:
ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee ("PSC") Motion for Extension to File Sur-Reply;

IT IS ORDERED BY THE COURT that the PSC is granted an extension to file its Sur-Reply to the Motions to Withdraw filed by the law firms of Hogan Lovells and Stanley, Reuter [Rec. Docs. 17846 and 17858], up until and through thirty (30) days after complete responses are provided to the PSC by the Taishan Defendants to the discovery request and a hearing on the Motions to Withdraw as Counsel of Record shall be scheduled at a later date.

New Orleans, Louisiana, this  3rd  day of  September    , 2014.

                                                            _____
                                                            Eldon E. Fallon
                                                            United States District Court Judge