UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
..............................................:

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

In light of the motion of Defendants Banner Supply Pompano LLC and Sixty Fifth and One LLC to reconsider denial of injunction of the state claims of Plaintiff Ralph Mangiarelli, Jr., (Rec. Doc. 17981),

**IT IS ORDERED** that any party that wishes to respond to the motion do so by September 12, 2014;

**IT IS FURTHER ORDERED** that the motion is set for hearing with oral argument, immediately following the monthly status conference on September 18, 2014.

New Orleans, Louisiana, this 3th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE