UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| This Document Relates to All Cases | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Ms. Gabrielle M. DeSantis. **IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs and the Pro Se Curator for Unrepresented Claimants review the correspondence and conduct any appropriate action.

New Orleans, Louisiana, this 3rd day of September, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

cc:
Ms. Gabrielle M. DeSantis
229 Mariner Court
North Palm Beach, FL 33408