Gabrielle M DeSantis
229 Mariner Court
North Palm Beach, FL 33408



RECEIVED
AUG 29 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

August 22, 2014

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Dear Judge Fallon,

Approximately one year ago, after going through a lengthy divorce and having significant financial struggles, I was forced to sell my family home of 14 years. With a new school year right around the corner and two kids under my care, I decided to purchase a small townhouse near my family in North Palm Beach, Florida. Prior to my closing, I had an inspection performed and, to my relief, the inspection report came back with no significant problems. In good faith, I paid full market value and it was an arm's-length transaction with the seller.

About one month ago, a neighboring owner under contract to sell his unit in my developement learned through an inspection that his unit had Chinese drywall. Upon his findings, he informed our association's president, who then advised all of the other homeowners of this information. In addition, our president made the recommendation to have an inspection of all the units in our complex. With this knowledge, I made an appointment for a Chinese drywall inspection. That inspection was conducted last week on August 14, 2014. The report showed a positive result for Chinese drywall (Knauf Plasterboard Tianjin). KPT is the only defective drywall identified in my home.

I have contacted Mr. Johnston and his office (the Pro Se Curator for Unrepresented Claimants) and have been advised that there is no avenue for me to pursue at the present time in the multi-district litigation in Louisiana. I have spoken with attorneys, who have refused to represent me, as they have advised me that the insurance companies for the builders will not provide coverage and that there is nothing that can be done against Knauf.

Your honor, as I stated before, I am a recently divorced, single parent who has been a stay

at home mother for almost 18 years. My life has been dedicated to raising my children, who are at a crucial point in their lives (their Junior and Senior years of high school). I am extremely concerned about the potential hardship and the possible negative impact that they will endure from this disruption to their lives, particularly my son, a senior who is pursuing quality and highly competitive schools for both admission and financial assistance. I am pleading for your sympathy and understanding of my circumstances. This news has been extremely devastating and is a life altering problem for myself and my children.

From my investigation, I understand that I am not alone in this situation and that there are many more people in the same boat as I am. Through no fault of our own and for various physiological reasons, many unsuspecting individuals, including myself, who did not understand that we were inhabiting homes that were tainted with defective Chinese drywall, are now left with no remedy. Virtually all of my savings went into the purchase of this home. I have no money available to fix my home and restored it to the value I expected to get when I purchased it. I also have no source of funds to move my family to live somewhere else when my home is eventually repaired. I implore you to urge Knauf and KPT to do the right thing and fix our homes. I am at your complete mercy.

I thank you for your time and careful consideration.

Sincerely,

*Gabrielle M. DeSantis*

Gabrielle M. DeSantis


CC:
Plaintiffs' Steering Committee:
Russ Herman (ex-officio), Arnold Levin (Lead Counsel), Dawn M. Barrios, Daniel E. Becnel Jr, Daniel K. Bryson, Ervin Amanda Gonzalez, Ben Gordon, Robert C Josefsberg, Hugh P Lambert, Gerald P. Meunier, Jerrold Seth Parker, James Robert Reeves, Christopher Seeger, Richard Serpe, Bruce William Steckler, and Scott Weinstein

Head Counsel for KPT:
Kerry J. Miller



Gabrielle M DeSantis
229 Mariner Court
North Palm Beach, FL 33408

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, Louisiana 70130