UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SEC. L |
| This document relates to Civil Action 09-6687 | Mag. 2 |

Pursuant to Local Rule 54.3.1 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, a conference shall be held to discuss the Bill of Costs filed by Leonard A. Davis, Herman, Herman, Katz & Cotlar, LLP, Plaintiffs' Liaison Counsel, on July 2, 2014 (Doc. 17825). Participating will be the undersigned Chief Deputy Clerk, appearing on behalf of the Clerk of Court, and any interested counsel. The conference shall be held in the courtroom of the Honorable Eldon E. Fallon, Courtroom C-468, United States District Court, Eastern District of Louisiana, on Thursday, September 18, 2014, after the conclusion of the monthly status conference which will commence at 9:00 a.m., and any motion hearings set on that date.

Counsel should be prepared to discuss any matters arising out of the Bill of Costs filed pursuant to Federal Rule of Civil Procedure 54(d), Local Rules 54.1, 54.3, and 54.3.1, and 28 U.S.C. §§ 1920, 1921, and 1821.

Issues which may be discussed include, but are not limited to, (1) the timeliness of the filing of the Bill of Costs following the entry of judgment in the district court, (2) the necessity and amount of the claimed service expenses for service on all parties, (3) whether both videotaped and written transcripts were necessarily obtained for use in the case, particularly

when both videotaped and written transcript costs are sought for the same deposition of the same witness, (4) the necessity and amount of the surcharges for expediting the depositions and for overnight delivery shipping costs, (5) the costs charged by Golkow Technologies, Inc., for LiveNote Video Streaming Setups, (6) the separate charges by Golkow Technologies, Inc., for full and half day teleconferences in connection with producing transcripts of Samuel G. Porter, (7) the charges of technological analysts from Venue Docket LLC at $125.00 per hour to download and upload files and code (sought to be taxed as printing expenses) to the extent that they might be considered expert witness fees (*see, e.g., Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 445 (1987) and *Tyler v. Union Oil Co. of Calif.*, 304 F.3d 379, 404-405 (5th Cir. 2002)), (8) the charges and travel expenses, and the rendering fee, of Visual Sciences, Inc. to create animated models (sought to be taxes as fees for exemplification and the costs of making copies), (9) the costs taxed on appeal if they have already been paid, (10) the travel expenses of experts to the extent that their expenses were not in connection with a subpoena to appear for a trial, hearing, or deposition, and to the extent that they exceed the amount allowed in 28 U.S.C. § 1821 (*see, e.g., United Teacher Associates v. Union Labor Life Ins. Co.*, 414 F.3d 558, 575 (5th Cir. 2005)), and (11) the witness fees of experts to the extent the fees exceed the amount allowed in 28 U.S.C. § 1821, unless the expert was court appointed.

New Orleans, Louisiana, this 3rd day of September, 2014.

*Carol L. Michel* (signature)
Carol L. Michel, Chief Deputy Clerk
for William W. Blevins, Clerk of Court