## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:   No. 10-1113 | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

## KNAUF DEFENDANTS' EX PARTE
## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Pursuant to Pretrial Order 16, the Knauf Defendants[1] respectfully request leave of court to file Exhibit A to their Opposition to Plaintiff Shalini Chandra's Motion for Specific Enforcement of Settlement Agreement under seal. Exhibit A is a term sheet that the parties have designated as confidential under Pretrial Order 16. The Knauf Defendants, therefore, seek leave of court to file Exhibit A under seal.

Date: September 8, 2014

                Respectfully submitted,

                BY:  /s/ Kerry J. Miller_____
                KERRY J. MILLER (#24562)
                KYLE A. SPAULDING (#29000)
                **FRILOT L.L.C.**
                1100 Poydras Street, Suite 3700
                New Orleans, LA 70163
                Telephone: (504) 599-8194
                Facsimile: (504) 599-8145

---

[1] The Knauf Defendants collectively include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

Email: kmiller@frilot.com

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 8th day of September, 2014.

/s/ Kerry J. Miller