UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED           DRYWALL PRODUCTS           LIABILITY LITIGATION | *<br>*<br>*<br>* | MDL 2047<br><br>SECTION L |
| This document relates to:    No. 10-1113 | *<br>*<br>*<br>* | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON KNAUF DEFENDANTS' EX PARTE
MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Considering the Knauf Defendants Ex Parte Motion for Leave to File Exhibit Under Seal,

IT IS ORDERED that the Knauf Defendants are granted leave to file Exhibit A to their Opposition to Plaintiff Shalini Chandra's Motion for Specific Enforcement of Settlement Agreement under seal.

NEW ORLEANS, LOUISIANA, this _____ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON