UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| **This Document Relates To:** | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| **Jason S. Herrington, et al. vs. Bass Homes, Inc., et al.; S.D. Mississippi, C.A. No. 1:13-00297** | Case No.: 13-6653 |

## NOTICE OF APPEARANCE

COMES NOW, E. BARRETT HAILS of Luther, Collier, Hodges & Cash LLP, and hereby file this Notice of Appearance as additional counsel of record for Defendant, ACE HOME CENTER, INC., in the above-styled cause.

Respectfully submitted,

*/s/ Barrett Hails/*

Danny J. Collier, Jr., Esquire
Lewis Robert Shreve, Esquire
E. Barrett Hails, Esquire
LUTHER, COLLIER, HODGES & CASH LLP
Post Office Box 1002
Mobile, Alabama 36633
(251) 694-9393 Office
(251) 694-9392 Fax
dcollier@lchclaw.com
rshreve@lchclaw.com
bhails@lchclaw.com
Attorneys for ACE Home Center, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically

Case No.: 13-6652
Our File No.: 13-053
Page **1** of **2**

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of September, 2014.

| | |
|---|---|
| Stephen W. Mullins, Esq.<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, MS 39566<br>smullins@luckeyandmullins.com | Stewart Howard, Esq.<br>Stewart Howard, PC<br>Post Office Box 1903<br>Mobile, Alabama 36633<br>stewart@slhpc.com |

Heather M. Houston, Esq.
Caroline Pryor, Esq.
Carr Allison
6251 Monroe Street
Suite 200
Daphne, Alabama 36526
hhouston@carrallison.com
cpryor@carrallison.com

**SERVE BY MAIL:**

| | |
|---|---|
| Pate Stevedore Company, Inc.<br>One St. Louis Center<br>Suite 1000<br>Mobile, Alabama 36602 | Pensacola Stevedore Company, Inc.<br>720A Barracks Street<br>Building 2<br>Pensacola, Florida 32502 |

Fireman's Fund Insurance Company
CT Corporation System
2 North Jackson Street
Suite 605
Montgomery, Alabama 36104

_____
OF COUNSEL