# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, **Case No. 09-6687 (E.D.La.);**

*Gross, et al. v. Knauf Gips, KG, et al.*, **Case No. 09-6690 (E.D.La.);**

*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, **Case No 10-361 (E.D.La.);**

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1672 (E.D.La.);**

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1395 (E.D.La.);**

*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **Civ. Action No. 11-1673 (E.D.La.))**

## PLAINTIFFS' PROPOSED TRIAL PLAN FOR PLAINTIFFS' OMNIBUS MOTION FOR CLASS CERTIFICATION PURSUANT TO RULES 23(a)(1)-(4) and 23(b)(3)

Plaintiffs hereby submit the instant trial plan in support of their omnibus motion for class certification in accordance with *Mullen v. Treasure Chest Casino, LLC*, 186 F.3d 620, 631 (5th

Cir. 1999).  Plaintiffs' omnibus motion for class certification requests certification of a class defined as follows:

> All owners of real properties in the United States, who are named Plaintiffs on the complaints in *Amorin*, *Germano*, *Gross*, and/or *Wiltz* (*i.e.*, not an absent class member), asserting claims arising from, or otherwise related to Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by the Taishan Defendants.

Liability has already been established for the proposed class[1] in light of the various default judgments against the Taishan Defendants.[2]  *See* Memo of Law at pgs. 2-3 and 9-10. Because liability has already been established, Plaintiffs intend to submit affidavits, expert reports and additional briefing to the Court in order to establish class-wide property damages pursuant to Rule 55(b)(2)(B).  Given that the Taishan defendants are all defaulted and in civil

---

[1]   The above-defined class is comprised of active litigants (either in the original action or in complaints in intervention) who are participants in *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.) ("*Germano*"); *Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.) ("*Gross*"); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (E.D.La) ("*Wiltz*"); *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taishan Dongxin Co., Ltd., et al.*, Civ. Action No. 11-080 (E.D.La); *Haya, et al. v. Taishan Gypsum Corp. Ltd., et al.*, Civ. Action No. 11-1077 (E.D.La.); *Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action. 12-0498 (E.D.La.); and/or *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.) (collectively, "*Amorin*").   For administrative reasons the class definition is limited to the actions in *Amorin*, *Germano*, *Gross* and *Wiltz*.  All class members are named plaintiffs in the *Amorin* actions.

[2] The "Taishan Defendants" are comprised of the following entities: Taishan Gypsum Co. Ltd. (hereafter "Taishan"); Beijing New Building Materials Limited Co. (hereafter "BNBM"); Beijing New Building Materials Group Co., Ltd. (hereafter "BNBM Group"); China National Building Materials Co., Ltd. (hereafter "CNBM"); China National Building Materials Group Corporation (hereafter "CNBM Group"); and Tai'an Taishan Plasterboard Co., Ltd. (hereafter "TTP").   The "Taishan Affiliates" are comprised of the following entities: BNBM, BNBM Group, CNBM, CNBM Group, and TTP.

and criminal contempt, no controverted trial will occur.  Liability and other factual issues will be deemed admitted.  Indeed, because the Court has already found that the costs of remediation can be calculated on a square footage basis and the Court has already determined what other property damages are recoverable, class-wide damages can be established through the submission of a paper record.[3]

Plaintiffs intend to demonstrate class-wide property damages on an aggregate basis.[4] Proof of damages was previously presented in *Germano* and *Hernandez* which sufficed to allow findings of fact of per square foot damage calculations for all affected plaintiffs.  *See Germano* Findings of Fact and Conclusions of Law, Rec.Doc. #2380 (awarding $86/square foot for Virginia); *see also Hernandez* Findings of Fact and Conclusions of Law, Rec.Doc.# 2713 (awarding $81/square foot for Louisiana).  Presentation of such aggregate proof is sufficient to meet Plaintiffs' obligations subject to appropriate cost adjustments.  *See In re Terazosin Hydrochloride*, 220 F.R.D. 672, 699 (S.D. Fla. 2004) ("Assuming the jury renders an aggregate judgment, allocation will become an intra class matter accomplished pursuant to a court approved plan of allocation, and such individual damages allocation issues are insufficient to defeat class certification."); *In re NASDAQ Mkt.-Makers Antitrust Litig.*, 169 F.R.D. 493, 525 (S.D.N.Y. 1996) ("Aggregate computation of class monetary relief is lawful and proper.").

Following the submission of evidence concerning class-wide damages, the Court will determine the cost of remediation from the submission of affidavits, expert evidence and from

---

[3] The claims process in the instant proceedings will be especially streamlined since the parties are already in possession of data needed to establish: (1) product identification for each claimant; and (2) the square footage of each property impacted by the Taishan Defendants' defective drywall.

[4] There are no individual issues associated with any personal injury claims as those claims are excluded from the class.

data gathered by Moss & Associates for remediation costs generally subject to appropriate cost adjustments.[5]   For purposes of calculating class-wide damages, data concerning class members currently before the Court (*i.e.*, data from BrownGreer PLC) can be used to determine the square footage of impacted properties so that damages can be calculated on an aggregate basis.   In so doing, Plaintiffs will establish a formulaic method to determine class-wide property damages as required by the Rule 23(b)(3) predominance requirement.   *See Monumental Life Insurance Co. v. National Life,* 365 F.3d 408, 419 (5th Cir. 2004).   In concept, damages will be calculated by using a mathematical formula similar to that utilized in *Germano* and *Hernandez* (*i.e.*, price per square foot to remediate multiplied by the number of square feet in class members' homes = damages).

---

[5] For example, Plaintiff's expert, Ronald Wright, has utilized a proven methodology to determine remediation damages for an individual home, but also has utilized a formulaic method of determining repair costs considering national and local data to establish a dollar per square foot cost.

Thus, class-wide damages can be established on an aggregate basis and in an efficient manner without the need for an evidentiary hearing.  However, should the Court disagree and require that Plaintiffs establish class-wide damages through an evidentiary hearing, Plaintiffs will establish such damages through: (1) the expert opinions of Plaintiffs' experts, and (2) the testimony of the class representatives, and other fact witnesses.  It is anticipated that such an evidentiary hearing would take 5 days.


Dated: September 9, 2014                           Respectfully submitted,

                                                   /s/ Leonard A. Davis
                                                   Russ M. Herman, Esquire (LA Bar No. 6819)
                                                   Leonard A. Davis, Esquire (LA Bar No. 14190)
                                                   Stephen J. Herman, Esquire (LA Bar No. 23129)
                                                   HERMAN, HERMAN & KATZ, LLC
                                                   820 O'Keefe Avenue
                                                   New Orleans, Louisiana 70113
                                                   Phone: (504) 581-4892
                                                   Fax: (504) 561-6024
                                                   LDavis@hhklawfirm.com
                                                   *Plaintiffs' Liaison Counsel*
                                                   *MDL 2047*

                                                   Arnold Levin (on the brief)
                                                   Fred S. Longer (on the brief)
                                                   Sandra L. Duggan (on the brief)
                                                   Matthew C. Gaughan (on the brief)
                                                   Levin, Fishbein, Sedran & Berman
                                                   510 Walnut Street
                                                   Suite 500
                                                   Philadelphia, PA 19106
                                                   Phone: (215) 592-1500
                                                   Fax: (215) 592-4663
                                                   ALevin@lfsblaw.com
                                                   *Plaintiffs' Lead Counsel MDL 2047*

## PROPOSED OF COUNSEL TO CLASS,
## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
The Steckler Law Firm
12700 Park Central Drive, Ste 1900
Dallas, TX 75251
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 29-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

6

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax:(239) 433-6836
sweinstein@forthepeople.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax:(228) 374-6630
jrr@rmlawcall.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
Lemmon Law Firm, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of September, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*