UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION L |
| This document relates to: No. 10-1113 | * * * * | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

### ORDER ON KNAUF DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Considering the Knauf Defendants Ex Parte Motion for Leave to File Exhibit Under Seal,

IT IS ORDERED that the Knauf Defendants are granted leave to file Exhibit A to their Opposition to Plaintiff Shalini Chandra's Motion for Specific Enforcement of Settlement Agreement under seal.

NEW ORLEANS, LOUISIANA, this  9th  day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE
ELDON E. FALLON