**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 9, 2014**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
  **13-6652:** *Collins et al v. Bass Homes, Inc. et al*
  **13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

On this date the Court conducted an telephone status conference in these two cases, following the Drywall Monthly Status Conference. Stephen Mullins participated on behalf of the Plaintiffs. David Coons participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware Corporation. Wesley Pipes participated on behalf of Pate Stevedore Company and Pensacola Stevedore Company. The parties discussed the status of the case.

**IT IS ORDERED** that a telephone status conference will be held in these two cases on October 17, 2014 at 10:30 a.m.

The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 101714.

1

JS10(00:08)