UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| This Document Relates to All Cases<br>.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..| : | MAG. JUDGE WILKINSON |

## NOTICE OF APPROVED CLAIMS ADMINISTRATOR PROCEDURE

Pursuant to Pre-Trial Order 27, the Settlement Administrator for the Chinese Drywall Settlement Program reports to the Court that the parties have agreed to the following Claims Administrator Procedure ("CAP"):

1. ***Distribution of Funds from the Global, Banner, and InEx Repair and Relocation Qualified Settlement Funds*** ("CAP 2013-9").  CAP 2013-9 establishes the procedures that the Settlement Administrator will use to distribute funds from the Global, Banner, InEx Repair and Relocation funds.  CAP 2013-9 is attached as Exhibit 1.  The Chinese Drywall Verification of Claims Form is attached as Exhibit 2, and IRS W-9 Form is attached as Exhibit 3.

The Settlement Administrator will post CAP 2013-9 to the Chinese Drywall Settlement Program website at https://www3.browngreer.com/Drywall/Un-Secure/CAProcedure.aspx and will notify the Pro Se Curator of the approved CAP.

1

Respectfully submitted,

Dated: September 11, 2014         /s/ Jacob S. Woody
Lynn Greer, Esquire
Va. Bar No. 29211
Jacob S. Woody, Esquire
Va. Bar No. 77485
BrownGreer, PLC
250 Rockets Way
Richmond, VA 23231
Telephone:  (804) 521-7234
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Approved Claims Administrator Procedures has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of September, 2014.

                              /s/Jacob Woody
                              Lynn Greer, Esquire (Va. Bar No. 29211)
                              Jacob S. Woody, Esquire (Va. Bar No. 77485)
                              BrownGreer, PLC
                              250 Rockets Way
                              Richmond, VA 23231
                              Telephone: (804) 521-7200
                              Facsimile: (804) 521-7299
                              lgreer@browngreer.com
                              jswoody@browngreer.com

                              *Settlement Administrator for the Chinese Drywall Settlement Program*