| | | | |
|---|---|---|---|
| **CHINESE DRYWALL SETTLEMENT PROGRAM** <br> **CLAIMS ADMINISTRATION PROCEDURE** ||||
| CAP No. | 2014-9 | Effective Date | September 11, 2014 |
| **Subject** ||| Distribution of Funds from the Global, Banner, and InEx Repair and Relocation Qualified Settlement Funds |

1. ***Purpose of this Procedure***. This CAP sets forth the procedure by which the Settlement Administrator shall make distributions from the Global, Banner, and InEx Repair and Relocation Qualified Settlement Funds.

2. ***Definitions and Section References.*** Any capitalized terms used in this CAP and not expressly defined in this CAP shall have the meanings given to them in the Knauf Settlement Agreement. The deadlines set forth in this section are to be calculated using the same method for the calculation of deadlines set forth in Fed.R.Civ.P.6.

3. ***Distribution of Funds.*** The Settlement Administrator is authorized to distribute funds to claimants who have eligible claims in the Global, Banner, and InEx Settlements ("the Settlements") from the Global, Banner, and InEx Settlement Funds and who have waived their right to appeal either by accepting the Settlement Administrator's claim determination or by not filing an appeal within the deadline to do so.

4. ***Calculation of Initial Distribution***. The Settlement Administrator shall calculate the Initial Distribution amounts by following the procedure set out below:

    a. ***Pro-Rata Calculation***. For each Settlement Agreement, the Settlement Administrator will divide the amounts available for distribution by the approved total square footage on all eligible and open[1] claims to determine the pro-rata share available to each claimant (the "Per Square Foot Payment Amount.") The Settlement Administrator will determine the compensation amount for individual properties by multiplying the Per Square Foot Payment Amount by the total Under Air Square Footage of each property.

    b. ***Reduction of First Distribution Payment***. To ensure that sufficient funds remain to meet the payment obligations set forth in the Global, Banner, and InEx Allocation Agreements, the Settlement Administrator will pay an Initial Distribution of 97% of the amount payable under Paragraph 4(a), to eligible claimants who have accepted an Eligibility Notice issued by the Settlement Administrator, have not filed an appeal of an eligible claim within the deadline to do so, and otherwise meet the requirements for payments set forth in this CAP.

---

[1] An open claim is defined as a claim where the Settlement Administrator has issued a Notice of claim determination and the claimant is still within the deadline to respond. The pro-rata calculation in Paragraph 4(c) includes square footage from 43 open claims.

c. ***Pro-Rata Amounts.*** The pro-rata amounts listed below were calculated by dividing the Amount Available for Distribution for each Settlement by the Total Under Air Square Footage and include the 3% holdback referenced in Paragraph 4(b).

| | **CHINESE DRYWALL SETTLEMENT PROGRAM** **GLOBAL, BANNER, INEX PRO-RATA CALCULATION** | | | |
|---|---|---|---|---|
| **Row** | **Settlement** | **Amount Available for Distribution** | **Total Under Air Square Footage** | **Per Square Foot Payment Amount** |
| 1. | **Banner** | $32,407,975.79 | 10,588,086 | $2.97 |
| 2. | **InEx** | $2,068,286.11 | 5,575,028 | $0.36 |
| 3. | **Global Builder** | $18,779,229.25 | 8,974,310 | $2.03 |
| 4. | **Global Supplier** | $13,980,092.89 | 4,041,779 | $3.36 |
| 5. | **Global Installer** | $8,972,298.42 | 9,170,409 | $0.95 |

For example, the Settlement Administrator would award $4,973 for a property with 1,000 Under Air Square Feet that is eligible for compensation from the Banner Settlement Fund and the Global Builder Settlement Fund by performing the following calculations:

1) Banner Compensation Amount:   1,000 x $2.97 = $2,970
2) Global Builder Compensation Amount:  1,000 x $2.03 = $2,003
3) Total Compensation Amount:  $2,970 + $2,003 = $4,973

5. ***Subsequent Distributions***. The Settlement Administrator shall make subsequent distribution(s) as necessary to distribute any remaining funds to eligible claimants under the terms of the Settlements. The Settlement Administrator will issue all subsequent payments to the same payee, and in the same manner, as the first distribution unless ordered otherwise.

6. ***Method of Payment***. The Settlement Administrator will distribute funds to eligible claimants by issuing a check made out to each claimant and mailed to the claimant's attorney. The Settlement Administrator will issue separate checks from each Qualified Settlement Fund for each eligible claimant.

7. ***Hold Back of Payment on Certain Eligible Claims***. The Settlement Administrator will hold back payment on certain claims as follows:

a. ***Multiple Claims filed against a single property.*** To prevent duplicative payments, the Settlement Administrator will hold back payments related to claims for properties for which more than one claimant has filed a competing claim for repair and relocation expenses. The Settlement

2

Administrator will release payment to claimants otherwise eligible to receive a payment once the duplicative claims are reconciled.

b. *Claims for properties pending remediation through the Knauf Settlement Agreement*. The Settlement Administrator will hold back initial distribution payment on claims related to a property that will undergo remediation through the Knauf Settlement Agreement or is an Already Remediated Property, as that term is defined in the Knauf Settlement Agreement, that is yet to enter a final settlement. If a claimant assigns a Global, Banner, InEx Repair and Relocation claim to Knauf during the course of the remediation through the Knauf Settlement Program, the Settlement Administrator will issue payment to Knauf, subject to the limitations listed in Paragraph 8 of this CAP. If a claimant receives payment for a Global, Banner, InEx Repair and Relocation claim and then later assigns this claim to Knauf as part of remediation through the Knauf Settlement Agreement, the Settlement Administrator will reduce the amount paid by Knauf for the remediation of the property by the amount received for the Global, Banner, InEx Repair and Relocation claim.

c. *Other claims*. The Settlement Administrator will hold back any initial distribution payment if the Settlement Administrator determines that payment is not appropriate or would otherwise prejudice another claimant. The Settlement Administrator will make every effort to issue initial payment to all claimants who are eligible to receive the initial distribution.

8. *Limitation of Payments to Knauf*. The Settlement Administrator is authorized to make initial distribution payments for eligible claims submitted by Knauf subject to the following limitations:

a. *Prior Payment Obligations of Knauf*. The Settlement Administrator will retain the first $913,500.00 owed to Knauf by withholding this amount from payments made to Knauf from the Global Settlement Fund. The Settlement Administrator will redistribute these amounts to all other non-Knauf claimants eligible for compensation from the Global Settlement Fund on a pro-rata basis.

b. *Limitation of Amounts Received from the Banner Settlement Fund*. Knauf shall not receive more than 60% of the funds available to claimants from the Banner Settlement Agreement. This limitation applies to the total aggregate amount payable to Knauf. If the amount owed to Knauf exceeds this limitation, the Settlement Administrator will redistribute the excess to claimants eligible to receive compensation from the Banner Settlement Fund on a pro-rata basis.

c. *Limitation of Amounts Received from the Global Settlement Fund*. Knauf shall not receive more than 35% of the funds available to claimants from the Global Settlement Agreement. This limitation applies to the total

3

aggregate amount payable to Knauf. If the amount owed to Knauf exceeds this limitation, the Settlement Administrator will redistribute the excess to claimants eligible to receive compensation from the Global Settlement Fund(s) on a pro-rata basis.

**9.     Submission of Required Documents**. Claimants must submit certain fully executed and unaltered documents prior to the issuance of an initial distribution payment. The Settlement Administrator will review these documents to determine their completeness. Claimants are not eligible to receive an initial distribution payment until the Settlement Administrator determines that the claimant has submitted all required documents. If the Settlement Administrator determines that a claimant has not submitted all required documents, the Settlement Administrator will issue a written notice detailing the deficiency and avenues to cure the deficiency. The documents required for payment are:

   **a.     Verification of Claims Form**. Claimants must submit a fully executed and complete Verification of Claims Form, attached to this CAP as Exhibit 1. Claimants only need to submit the Verification of Claims Form once and do not need to submit a Verification of Claims Form for each claim filed by the claimant.

   **b.     IRS Form W-9.** Claimants must submit a fully executed and complete IRS Form W-9 in order to receive payment. A W-9 form is attached to this CAP as Exhibit 2.

**APPROVED:**

By:   /s/ Leonard Davis                         Date:  September 11, 2014
      Plaintiffs' Steering Committee
      Settlement Agreement Liaison

By:    /s/ Kerry Miller                         Date:  September 11, 2014
      Knauf Defendants
      Settlement Agreement Liaison

By:   /s/ Hilarie Bass                          Date:  September 11, 2014
      Builder Class
      Settlement Agreement Liaison

By:   /s/ Lynn Greer                            Date:  September 11, 2014
      Settlement Administrator