# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

**CHINESE DRYWALL SETTLEMENT PROGRAM**
**VERIFICATION OF CLAIMS**

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIMANT INFORMATION

| | | |
|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name | First | M.I. |
| **2. Claimant Identification Number (if you know it):** | |
| **3. SSN or TIN (if you do not know the Affected Property Identification Number):** | \|__\|__\|__\|__\|__\|__\|__\|__\|__\| |

## B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in support of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law.

| | | | |
|---|---|---|---|
| **Claimant's Signature:** | | **Date:** | ____/____/____ (Month/Day/Year) |
| **Title (If a business):** | | | |
| **Printed Name:** | First | Last | M.I. |