UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | * MAG. JUDGE WILKINSON<br>*<br>* |

******************************************************

## MOTION TO QUASH SUBPOENA ISSUED TO MORGAN STANLEY

**NOW INTO COURT**, through undersigned counsel, comes non-party Morgan Stanley, who respectfully moves this Court to quash the Notice of Oral and Videotaped Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) and accompanying Subpoena (collectively the "Subpoena") served upon it by plaintiffs in the above-entitled matter through the Plaintiffs Steering Committee ("PSC"). Morgan Stanley submits that the Subpoena must be quashed it is overly broad, irrelevant, and unduly burdensome.

                 Respectfully Submitted,

                 /s/ *James M. Garner*_____
                 JAMES M. GARNER, LA BAR #19589
                 ASHLEY G. COKER, LA BAR # 30446
                 EMILY E. ROSS, LA BAR # 34739
                 **SHER GARNER CAHILL RICHTER**
                 **KLEIN & HILBERT, L.L.C.**
                 909 Poydras Street, Twenty-eighth Floor
                 New Orleans, Louisiana 70112
                 Phone: (504) 299-2100
                 Facsimile: (504) 299-2300
                 **COUNSEL FOR MORGAN STANLEY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Quash Subpoena Issued to Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of September, 2014.

                                               /s/ *James M. Garner*
                                               JAMES M. GARNER