UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * SECTION: L <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: ALL CASES | * MAG. JUDGE WILKINSON <br> * <br> * |

**************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that non-party, MORGAN STANLEY, will bring its Motion to Quash Subpoena Issued to Morgan Stanley before the Honorable Judge Eldon Fallon at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on October 21, 2014, immediately following the monthly status conference.

 

Respectfully Submitted,

/s/ *James M. Garner*
JAMES M. GARNER, LA BAR #19589
ASHLEY G. COKER, LA BAR # 30446
EMILY E. ROSS, LA BAR # 34739
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to Quash Subpoena Issued to Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of September, 2014.

      /s/ *James M. Garner*_____
      JAMES M. GARNER