UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO: ALL CASES**

**ORDER**

Before the Court is Morgan Stanley's Motion to Quash Subpoena. (Rec. Doc. 18003).

**IT IS ORDERED** that the Motion to Quash is set for hearing, with oral argument,

immediately following the monthly status conference on October 21, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion to

quash must do so by October 10, 2014.

New Orleans, Louisiana, this 12th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE