UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  CHINESE-MANUFACTURED          *          MDL Docket No. 2047
      DRYWALL PRODUCTS               *
      LIABILITY LITIGATION          *          SECTION L
                                     *
                                     *          JUDGE FALLON
This document relates to All Cases    *
                                     *          MAGISTRATE JUDGE WILKINSON
                                     *
                                     *
                                     *
* * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR SEPTEMBER 18, 2014 STATUS CONFERENCE**

I.      PRE-TRIAL ORDERS

II.     STATE COURT TRIAL SETTINGS

III.    STATE/FEDERAL COORDINATION

IV.    OMNIBUS CLASS ACTION COMPLAINTS

V.     PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS'
       LITIGATION FEE AND EXPENSE FUND

VI.    REMEDIATION PROGRAM

VII.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

VIII.  SHARED COSTS FUND

IX.    TAISHAN DEFENDANTS

X.     VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

XI.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XII.    FREQUENTLY ASKED QUESTIONS

XIII.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS
        CONFERENCE

XIV.    *PRO SE* CLAIMANTS

XV.     PHYSICAL EVIDENCE PRESERVATION ORDER

XVI.    ENTRY OF PRELIMINARY DEFAULT

XVII.   ALREADY REMEDIATED HOMES

XVIII.  LOUISIANA ATTORNEY GENERAL

XIX.    NEXT STATUS CONFERENCE