UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 11-cv-080 (E.D. La.) *Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* Case No. 12-cv-0498 (E.D. La.) *Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.) *Germano et al. v. Taishan Gypsum Co., Ltd. et al.* Case No. 2:09-cv-06687 (E.D. La.) *Gross, et al. v. Knauf Gips, KG, et al* Case No. 09-cv-6690 (E.D. La.) *Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* Case No. 11-cv-1077 (E.D. La.) *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATION EIGHTH STATUS REPORT
FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this eighth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of September 16, 2014.

1

**Real Property Claims**

On July 21, 2014, the Special Master issued Real Property Determination Notices for each of the 262 currently active Real Property claims. Each Class Member had until August 20, 2014 to appeal the Special Master's determinations. The Special Master received a total of thirteen appeals, eight of which were challenges to the application of Section 10 of the Allocation Plan to their claims and five of which were challenges to their square footage determinations. On August 27, 2014, after conducting a full review of each appeal, the Special Master issued responses to the Class Members who had appealed, granting nine of the thirteen appeals and denying the remaining four. The four whose appeals were denied were given until September 12, 2014 to further appeal to the Court. The Court's decision regarding any appeal will be final, with no further appeals permitted. Once the appeals process is complete, the Special Master will allocate the Real Property funds and will begin issuing Real Property payments.

On August 22, 2014, the Special Master contacted Fannie Mae (the Federal National Mortgage Association) and counsel for Class Members who has asserted Real Property claims for the same Affected Properties, proposing that Fannie Mae and each affected homeowner split the amount of funds available for the Affected Property, as adjusted to account for application of Section 10 of the Allocation Plan. Both Fannie Mae and the affected homeowners have responded that they agree to the Special Master's proposed solution, and the Special Master will allocate the funds for these Affected Properties accordingly.

**Other Loss Claims**

The Special Master continues to review Other Loss claims for substance. The Special Master is working with Class Counsel to resolve questions that have arisen in the course of its

review. Where Brown Greer has established processes for administering Other Loss claims in the MDL, the Special Master will work with Brown Greer to ensure that administration of Other Loss claims in the Virginia-based settlements is consistent with administration of Other Loss claims in the MDL, to the degree possible.

**Communications with Class Members and Counsel**

Should any Class Member and/or Counsel wish to communicate with the Special Master, any communication should be sent to chinesedrywall@garretsongroup.com. The Special Master has received and responded to inquiries and will continue to do so.

**Conclusion**

The Special Master submits this eighth report to the Court to inform the Court of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule. The Special Master will continue to provide periodically such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

Respectfully submitted,

Dated: September 16, 2014      */s/ Matthew L. Garretson, Esq.*
Matthew L. Garretson, Esq.
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Phone: (513) 794-0400
mlg@garretsongroup.com
*Chinese Drywall Special Master*