UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES

**PLAINTIFF, RALPH MANGIARELLI, JR.'s, MOTION TO ALLOW LATE FILED RESPONSE TO DEFENDANTS' MOTION TO RECONSIDER ORDER DENYING INJUNCTION FOR CLAIMS BROUGHT BY PLAINTIFF, RALPH MANGIARELLI, JR.**

**COMES NOW**, the Plaintiff, Ralph Mangiarelli, Jr., by and through undersigned counsel and files with this court the following *Motion to Allow Late Filed Response to Defendant's Motion to Reconsider Order Denying Injunction for Claims Brought By Plaintiff, Ralph Mangiarelli, Jr.*, and states as follows:

1.  On September 3, 2014, this Court entered an order that stated that, "any party that wishes to respond to the Motion [*Defendant's Motion to Reconsider Order Denying Injunction for Claims Brought By Plaintiff, Ralph Mangiarelli, Jr*] do so by September 12, 2014.

2.  The undersigned desired to file a response on behalf of Mr. Mangiarelli by this deadline.

3.  However, due to inadvertence or excusable neglect, the undersigned failed to properly calendar this deadline, and, as a result, failed to timely file a response.

4.  On September 16, 2014, the undersigned realized this mistake and made an inquiry with the Court to determine the Plaintiff could simply make their argument opposing this Motion orally without first filing a written response. This inquiry was made because the same September 12, 2014 Order also set the issue for oral argument immediately following the

ROBERTS & DURKEE, P.A.
Alhambra Towers Penthouse I, 121 Alhambra Plaza, Suite 1603, Coral Gables, Florida 33134 (305) 442-1700 FAX: (305) 442-2559

1

monthly status conference on September 18, 2014. However, the Court advised that this would not be allowed.

5.  No party shall be prejudiced by this request.

## MEMORANDUM

The standard for determining whether the court should grant relief from judgment or order is outlined in F.R.C.P. 60(b). In pertinent part, F.R.C.P. 60(b) states as follows:

> On motion and upon such terms as are just, the court may relieve a party… from a final judgment, *order*, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect. F.R.C.P. 60(b)

In *United States of America v. Fernandez*, Crim. Docket 94-197, Section "L", (E.D. La. 6-2-2014) Judge Fallon was faced with a similar request pursuant to F.R.C.P 60(b).[1] In granting the motion, he opined that Rule 60(b) vested in the district courts power "adequate to enable them to vacate judgments whenever such action is appropriate to accomplish justice." *Id.* at p. 10; *Citing Seven Elves, Inc. v. Eskenazi*, 635 F.2d 396, 401 (5th Cir. 1981). Further, "Rule 60(b) seeks to strike a delicate balance between two countervailing impulses: the desire to preserve the finality of judgments and the 'incessant command of the court's conscience that justice be done in light of all the facts.' " *Id.* The Fifth Circuit Court of Appeals added that "it is often said that the rule should be liberally construed in order to do substantial justice . . ." *Id.* What the Fifth Circuit meant, Judge Fallon added, was that although finality is an important goal "the justice function of the courts demands that it must yield, in appropriate circumstances, to the equities of the particular case in order that the judgment might reflect the true merits of the cause."

---

[1] Rule 28.7 of the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit states that FED. R. APP. P. 32.1(a) permits citation to unpublished judicial dispositions.

ROBERTS & DURKEE, P.A.
Alhambra Towers Penthouse I, 121 Alhambra Plaza, Suite 1603, Coral Gables, Florida 33134 (305) 442-1700 FAX: (305) 442-2559

2

In addition, other courts of appeal have echoed the Fifth Circuit's stance on requests for relief made pursuant to Rule 60(b). For example, in *Gonzalez v. Secretary for Dept. of Corr.*, 366 F.3d 1253 (11th Cir. 2004) has interpreted F.R.C.P. 60(b) as a rule that is forgiving in nature by stating

> The rule's provisions are broadly worded and permit judgments [or in this case an order] to be reopened "upon such terms as are just" for any number of reasons, including to correct a mistake, to undo the result of inadvertence, or to remedy excusable neglect, Fed.R.Civ.P. 60(b)(1). The latitude that the rule gives courts to reopen final judgments [or in this case to excuse the failure to follow an order] is frequently described as a "broad discretion." *See, e.g., Bennett v. Dr. Pepper/Seven Up, Inc.*, 295 F.3d 805, 807 (8th Cir. 2002)

Plaintiff's motion to be allowed relief from this order due to inadvertence or excusable neglect reflects the legislative intent behind F.R.C.P. 60(b) and the reasoning of the Fifth and Eleventh Court's of Appeal in both *Fernandez* and *Gonzalez*. Plaintiff has attached a proposed response to this motion and asks that this Court grant the relief requested and consider his response for the hearing set to take place on September 18, 2014, as well as allow him to appear by telephone to argue same.

**WHEREFORE**, the Plaintiff, Ralph Magiarelli, Jr., asks to this court to issue an Order Allowing the Plaintiff to file a *Response to Defendant's Motion to Reconsider Order Denying Injunction for Claims Brought By Plaintiff, Ralph Mangiarelli, Jr.* (Plaintiff's Response is attached to this Motion as **Exhibit A**.) Plaintiff requests that this Court allow him to file the attached response for the hearing set to take place on September 18, 2014, as well as allow him to appear by telephone to argue same.

**ROBERTS & DURKEE, P.A.**
Alhambra Towers Penthouse I, 121 Alhambra Plaza, Suite 1603, Coral Gables, Florida 33134 (305) 442-1700 FAX: (305) 442-2559

3

Respectfully submitted,

*/s/ C. David Durkee, Esq.*
ROBERTS & DURKEE, P.A.
Alhambra Towers
Penthouse 1 – Suite 1603
121 Alhambra Plaza
Coral Gables, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
durkee@rdlawnet.com
*Counsel for Individual Plaintiffs*

Mark Milstein, Esq.
Allison R. Willett, Esq.
MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
*Counsel for Individual Plaintiffs*

Dated: September 17, 2014.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to Lexis Nexis File & Serve and was electronically filed with the Clerk of Court of the United Sates Court for the Eastern District on this 17th day of September, 2014.

By: */s/ C. David Durkee*
C. David Durkee

ROBERTS & DURKEE, P.A.
Alhambra Towers Penthouse I, 121 Alhambra Plaza, Suite 1603, Coral Gables, Florida 33134 (305) 442-1700 FAX: (305) 442-2559

4