UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: (2:10-cv-00340) | ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## STATE OF LOUISIANA'S MOTION TO AMEND PETITION

On June 27, 2014, the State of Louisiana filed its First Amended and Restated Petition in compliance with Judge Fallon's Joint Scheduling Order (Doc. No. 17697) dated May 20, 2014 and the Court's Order (Doc No. 17621) dated April 17, 2014.  The State now seeks to amend this petition by changing the caption, removing Interior Exterior Building Supply, L.P. as a defendant, and adding additional Taishan-related entities as defendants.  Because there has not been: (1) undue delay, (2) bad faith on the part of the State, (3) a repeated failure to cure deficiencies in previously allowed amendments, (4) undue prejudice to the opposing party by allowing an amendment, or (5) futility of the amendment, the Court should allow the State to amend its petition.

A memorandum in support of this motion, a Second Amended and Restated Petition, a redline comparing the Second Amended and Restated Petition to the First Amended and Restated Petition, and a proposed order are submitted with this motion.

        Respectfully submitted,

        JAMES D. "BUDDY" CALDWELL
        LOUISIANA ATTORNEY GENERAL

        James Trey Phillips, BarRoll# 19978

LEGAL123381078.1

- 2 -

        Sanettria Glasper Pleasant, BarRoll# 25396
        L. Christopher Styron, BarRoll# 30747
        Assistant Attorneys General
        **LOUISIANA DEPARTMENT OF JUSTICE**
        1885 North Third Street
        Post Office Box 94005
        Baton Rouge, Louisiana 70804-9005
        Telephone: (225) 326-6000
        Facsimile: (225) 326-6499

        **Usry, Weeks & Matthews, APLC**
        T. Allen Usry, BarRoll# 12988
        Trial Attorney
        1615 Poydras St., Ste. 1250
        New Orleans, LA  70112
        (504) 592-4600

        **Shows, Cali & Walsh, LLP**
        E. Wade Shows, BarRoll# 7637
        Trial Attorney
        John C. Walsh, BarRoll# 24903
        628 St. Louis St.
        P. O. Drawer 4425
        Baton Rouge, LA  70821
        (225) 346-1461

           s/  David L. Black
        **Perkins Coie, LLP**
        David L. Black
        Craig M. J. Allely
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202
        (303) 291-2300
        COUNSEL FOR THE STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Amend Petition has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; and Insurance Liaison Counsel, Judy Y. Barrasso, all by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of September, 2014.

                                                                          s/ David L. Black
                                                          (Signature of Filing Attorney)