**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: (2:10-cv-00340) | ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**ORDER ON THE STATE OF LOUISIANA'S**
**MOTION TO AMEND PETITION**

Having considered the State of Louisiana's Motion to Amend Petition and any responses filed thereto it is hereby ORDERED that the State of Louisiana's motion to amend is GRANTED and that the accompanying Second Amended and Restated Petition be filed by the Clerk.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

LEGAL123384514.1