UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: (2:10-cv-00340) | ) ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### STATE OF LOUISIANA'S MOTION TO WITHDRAW REMAND MOTION

On January 14, 2010, the State of Louisiana filed a petition against various defendants related to defective Chinese drywall that was installed in homes and buildings in Louisiana. The petition sought damages on the State's own behalf and as *parens patriae* for damages incurred as a result of the defective drywall.

On February 8, 2010, the defendants removed the petition to this Court arguing that the petition was either a class action or mass action and removable under the Class Action Fairness Act, 28 U.S.C. §§ 1332(d)(2) and 1453(b), ("CAFA"). On March 8, 2010, the State of Louisiana filed a motion to remand, arguing that its petition was neither a class action nor a mass action and that removal under CAFA was thus improper.

On July 15, 2014, the Knauf defendants (with the consent of the non Taishan-related entities) filed an amended notice of remand arguing that removal was appropriate due to diversity of citizenship and that the State had improperly joined a non-diverse defendant (INEX). On August 11, 2014, the State filed a notice of intent to withdraw its motion to remand, to move to amend its petition to add additional Taishan defendants, and to amend the petition's caption ("Notice of Intent"). On August 27, 2014 the Court ordered that any party that wished to

respond to the Notice of Intent to do so no later than September 8, 2014.  No party has responded to the Notice of Intent.

By this motion, the State requests that the Court withdraw the State's motion to remand.  A proposed order is submitted herewith.

Dated: September 17, 2014

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**LOUISIANA ATTORNEY GENERAL**

James Trey Phillips, BarRoll# 19978
Sanettria Glasper Pleasant, BarRoll# 25396
L. Christopher Styron, BarRoll# 30747
Assistant Attorneys General
**LOUISIANA DEPARTMENT OF JUSTICE**
1885 North Third Street
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6000
Facsimile: (225) 326-6499

**Usry, Weeks & Matthews, APLC**
T. Allen Usry, BarRoll# 12988
Trial Attorney
1615 Poydras St., Ste. 1250
New Orleans, LA  70112
(504) 592-4600

**Shows, Cali & Walsh, LLP**
E. Wade Shows, BarRoll# 7637
Trial Attorney
John C. Walsh, BarRoll# 24903
628 St. Louis St.
P. O. Drawer 4425
Baton Rouge, LA  70821
(225) 346-1461

  s/  David L. Black
**Perkins Coie, LLP**
David L. Black
Craig M. J. Allely

1900 Sixteenth Street, Suite 1400
Denver, CO  80202
(303) 291-2300
COUNSEL FOR THE STATE OF LOUISIANA

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Withdraw Remand Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; Homebuilders' Liaison Counsel, Dorothy Wimberly; and Insurance Liaison Counsel, Judy Y. Barrasso, all by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of September, 2014.

                                                      s/ David L. Black
                                              (Signature of Filing Attorney)