## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: (2:10-cv-00340) | ) ) ) ) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER ON THE STATE OF LOUISIANA'S
## MOTION TO WITHDRAW REMAND MOTION

Having considered the State of Louisiana's Motion to Withdraw Remand Motion, it is hereby ORDERED that the State of Louisiana's motion to withdraw is GRANTED and that the Motion to Remand filed by the State on March 8, 2010 is hereby WITHDRAWN.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

LEGAL123380960.1