UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SEC. L |
| This document relates to Civil Action 09-6687 | Mag. 2 |

A conference was held on this date to discuss the Bill of Costs filed by Plaintiffs' Liaison Counsel on July 2, 2014 (Doc. 17825). Carol Michel, Chief Deputy Clerk, conducted the conference. Counsel participating in the conference were:

Plaintiffs' Liaison Counsel:    Leonard Davis, Herman, Herman & Katz, LLC
                                Arnold Levin and Fred Longer, Levin, Fishbein, Sedran & Berman

Taishan Defendants' Counsel:    Tom Owen, Stanley, Reuter, Ross, Thorton & Alford, LLC

No memorandum in opposition to the Bill of Costs has been filed. After discussion, Plaintiffs' Liaison Counsel agreed to file a supplemental memorandum addressing the issues raised at the conference. The supplemental memorandum shall be filed on or before **Thursday, October 9, 2014.**

New Orleans, Louisiana, this 18th day of September, 2014.

*Carol L. Michel*
Carol L. Michel, Chief Deputy Clerk
for William W. Blevins, Clerk of Court