UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

At the request of the parties, and in light of the motion for leave to file a late response, (Rec. Doc. 18010), concerning the pending motion of various Defendants to reconsider denial of injunction of the state claims of Plaintiff Ralph Mangiarelli, Jr., (Rec. Doc. 17981),

**IT IS ORDERED** that oral argument on the motion to reconsider will be **CONTINUED** from September 18, 2014 and is re-set for hearing with oral argument, immediately following the monthly status conference on October 21, 2014;

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion to reconsider do so by October 10, 2014;

**IT IS FURTHER ORDERED** that the motion for leave to file a late response (Rec. Doc. 18010), is **GRANTED**.

New Orleans, Louisiana, this 17th day of September, 2014.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE