UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND *Amorin, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:14-cv-01727 (E.D.La.) | |

ORDER

AND NOW, on this  18th  Day of  September , 2014, upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m) in *Amorin, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, 2:14-cv-01727 (E.D.La.)(Omni XIX), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.  Plaintiffs are hereby granted an extension of the 120 day period for service of process under Rule 4(m) for purposes of serving the Omni XIX complaint on the State-Owned Assets Supervision and Administration Commission of the State Council; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; and China National Building Materials Group Corporation.

By the Court,

/s/ Eldon E. Fallon
_____
J.

1