# File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 56027482 |
| **Submitted by:** | Kenneth Sexton, Gentle Turner Sexton Debrosse & Harbison |
| **Authorized by:** | Kenneth Edward Sexton, Gentle Turner Sexton Debrosse & Harbison |
| **Authorize and file on:** | Sep 12 2014 3:22PM CDT |
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | Multi-Case |
| **Case Name:** | Multi-Case |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 4839-9 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**
**Attached Document, 5 Pages   Document ID: 60037786**

| Document Type: | Access: | Statutory Fee: | Linked: |
|---|---|---|---|
| Notice | Public | $0.00 | |

**Document title:**
Pearl Farmer's Notice of Appeal of Venture Supply, Inc.

Expand All

### Sending Parties (1)

| Party | Attorney | Firm |
|---|---|---|
| Farmer, Pearl (pending) | Sexton, Kenneth Edward | Gentle Turner Sexton Debrosse & Harbison |

### Recipients (4580)

Service List (4580)

Additional Recipients (0)

### Case Parties

Close

About File & ServeXpress | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2014 File & ServeXpress Holdings, LLC. All rights reserved.

Your transaction has been successfully submitted to File & ServeXpress. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button.
For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit Filing & Service, click **Return to My File & ServeXpress.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **File & ServeXpress Transaction ID:** | 56027482 |
| **Submitted by:** | Kenneth Sexton, Gentle Turner Sexton Debrosse & Harbison |
| **Authorized by:** | Kenneth Edward Sexton, Gentle Turner Sexton Debrosse & Harbison |
| **Authorize and file on:** | Sep 12 2014 3:22PM CDT |
| **Court:** | LA US District Court Eastern District E-Service-Chinese Drywall |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Products Liability-Chinese Drywall |
| **Case Type:** | Chinese Drywall |
| **Case Number:** | Multi-Case<br>2:09cv03488<br>2:09cv06690<br>2:09cv06805<br>2:10cv00361<br>2:10cv00932<br>2:10cv00931<br>2:11cv00080<br>2:12cv00498 |
| **Case Name:** | Multi-Case<br>Wiltz et al vs Knauf Gips KG et al<br>Gross et al vs Knauf Gips KG et al<br>Amato et al vs Knauf Gips KG et al<br>Wiltz et al vs Beijing New Building Material Public Ltd Co et al<br>Amato, Dean & Dawn et al vs Liberty Mutual Insurance Co et al<br>Gross, David & Cheryl et al vs State Farm Fire & Casualty Co et al<br>Abel vs Taishan Gypsum Co Ltd et al<br>Almeroth et al vs Taishan Gypsum Co Ltd et al |
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | 4839-9 |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**

**Attached Document, 5 Pages   Document ID: 60037786**                    PDF Format | Original Format

| **Document Type:** | **Access:** | **Statutory Fee:** | **Linked:** |
|---|---|---|---|
| Notice | Public | $0.00 | |

**Document title:**
Pearl Farmer's Notice of Appeal of Venture Supply, Inc.

Expand All

⊟ **Sending Parties (1)**

| Party | Attorney | Firm |
|---|---|---|
| Farmer, Pearl (pending) | Sexton, Kenneth Edward | Gentle Turner Sexton Debrosse & Harbison |

⊞ **Recipients (4580)**

⊞ Service List (4580)