UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

## NOTICE OF APPEARANCE

William W. Watts and S. Wesley Pipes of the law firm of Pipes, Hudson & Watts, LLP hereby file their Notice of Appearance as counsel of record for Third-Party Defendant Pensacola Stevedore Company, Inc., d/b/a Pate Stevedore Company, Inc., pursuant to MDL 09-2047 Pretrial Order No. 1G. Defendant Pensacola Stevedore Company, Inc. reserves all rights and defenses, including defenses related to the jurisdiction and venue of this Court.

          s/s  S. Wesley Pipes, V.
          WILLIAM W. WATTS, III
          Alabama Bar No. ASB5095-S67W
          S. WELSEY PIPES, V.
          Alabama Bar No. ASB6226-P71S

**OF COUNSEL:**
Pipes, Hudson & Watts, LLP
P.O. Box 989
Mobile, AL  36601-0989
PH:    251-432-7200
FX:    251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

## CERTIFICATE OF SERVICE

      I HEREBYCERTIFY that on the 19th day of September, the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 to the following:

Danny J. Collier, Jr., Esq.
Lewis Robert Shreve, Esq.
Stephen W. Mullins, Esq.
Stewart Howard, Esq.
Heather M. Houston, Esq.
Caroline Pryor, Esq.
Judy Y. Barrasso, Esq.
Phillip A. Wittmann, Esq.

                                              s/s  S. Wesley Pipes, V.
                                              S. WESLEY PIPES, V.