UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| ............................................................. | : | |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Before the Court is Plaintiff Pearl Farmer's appeal from the special master's decision in her case, (Rec. Doc. 18018);

**IT IS ORDERED** that the motion is set for hearing with oral argument, immediately following the monthly status conference on October 21, 2014;

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion to reconsider do so by October 10, 2014.

New Orleans, Louisiana, this 23rd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE