**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | ) | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | ) | **SECTION: L** |
| **LITIGATION** | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE FALLON** |
| **(2:10-cv-00340)** | ) | |
| | ) | **MAG. JUDGE WILKINSON** |
| | ) | |

**ORDER ON THE STATE OF LOUISIANA'S**
**MOTION TO WITHDRAW REMAND MOTION**

Having considered the State of Louisiana's Motion to Withdraw Remand Motion, it is

hereby ORDERED that the State of Louisiana's motion to withdraw is GRANTED and that the

Motion to Remand filed by the State on March 8, 2010 is hereby WITHDRAWN.

New Orleans, Louisiana
Dated: September 26, 2014

_____
UNITED STATES DISTRICT JUDGE