UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER

The Court has received by mail Phillip and Clarine Allen's appeal from the special master's decision in their case governed by the Virginia Settlements. In light of the previously set oral arguments on the similar appeal of Pearl Farmer, (Rec. Doc. 18026),

**IT IS ORDERED** that the matter is set for hearing with oral argument, immediately following the monthly status conference on October 21, 2014;

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion to reconsider do so by October 10, 2014.

New Orleans, Louisiana, this 26rd day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE