```
 1                      UNITED STATES DISTRICT COURT

 2                      EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: CHINESE-MANUFACTURED      )
     DRYWALL PRODUCTS                 )
 5   LIABILITY LITIGATION             )
                                      ) CIVIL NO. 09-MD-2047 "L"
 6                                    ) SECTION "L"
                                      ) NEW ORLEANS, LOUISIANA
 7                                    ) THURSDAY, SEPTEMBER 18, 2014
                                      ) STATUS CONFERENCE AND MOTION
 8   THIS DOCUMENT RELATES TO:        )
                                      )
 9   ALL CASES                        )
                                      )
10   *******************************

11

12                      TRANSCRIPT OF PROCEEDINGS

13          HEARD BEFORE THE HONORABLE ELDON E. FALLON

14                     UNITED STATES DISTRICT JUDGE

15

16

17

18   SUSAN A. ZIELIE, RMR, FCRR
     Official Court Reporter
19   HB-406
     500 Poydras Street
20   New Orleans, La 70130
     susan_zielie@laed.uscourts.gov
21   laedcourtreporter@gmail.com
     504.589.7781
22

23

24   PROCEEDINGS REPORTED BY MECHANICAL STENOGRAPHY. TRANSCRIPT
     PRODUCED BY COMPUTER AIDED TRANSCRIPTION.
25
```

```
 1   APPEARANCES:

 2

 3   THE PLAINTIFFS:              ARNOLD LEVIN, ESQUIRE
                                  LEVIN, FISHBEIN, SEDRAN
 4                                  & BERMAN
                                  510 WALNUT STREET
 5                                SUITE 500
                                  PHILADELPHIA PA 19106
 6
                                  DANIEL BECNEL, ESQUIRE
 7                                425 W. AIRLINE HIGHWAY
                                  SUITE B
 8                                LAPLACE, LA 70086

 9

10   FOR THE DEFENDANT:           KERRY J. MILLER, ESQUIRE
                                  FRILOT, LLC
11                                ENERGY CENTRE
                                  1100 POYDRAS STREET
12                                SUITE 3700
                                  NEW ORLEANS, LA 70163
13
     PRO SE CURATOR:              ROBERT MURRAY JOHNSTON, ESQ.
14                                LAW OFFICES OF
                                    ROBERT M. JOHNSTON, LLC
15                                400 POYDRAS STREET
                                  SUITE 2450
16                                NEW ORLEANS LA 70130
                                  504.561.7799
17                                rmj@ahhelaw.com

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | NEW ORLEANS, LOUISIANA; THURSDAY, SEPTEMBER 18, 2014 | 08:50AM |
| 2 | 9:00 A.M. | 08:50AM |
| 3 | THE COURT:  Be seated, please.  Good afternoon, ladies | 09:01AM |
| 4 | and gentlemen. | 09:01AM |
| 5 | Call the case. | 09:01AM |
| 6 | CASE MANAGER:  MDL 2047, In Re:  Chinese manufactured | 09:01AM |
| 7 | Drywall Products Liability Litigation. | 09:01AM |
| 8 | MR. LEVIN:  For the plaintiffs, Arnold Levin for Russ | 09:01AM |
| 9 | Herman and the PSC. | 09:01AM |
| 10 | And I might add that we may send some of our | 09:01AM |
| 11 | plaintiffs counsel over to Kerry Miller.  He looks very lonely. | 09:01AM |
| 12 | It's the first time I've ever seen his table with only one | 09:01AM |
| 13 | defense counsel. | 09:01AM |
| 14 | MR. MILLER:  I think because the PSC has scared them | 09:01AM |
| 15 | all off. | 09:02AM |
| 16 | Kerry Miller on behalf of the defense steering | 09:02AM |
| 17 | committee and Knauf. | 09:02AM |
| 18 | THE COURT:  We have a number of people on the phone so | 09:02AM |
| 19 | please use the microphones. | 09:02AM |
| 20 | Anything on pretrial orders? | 09:02AM |
| 21 | I met with the lead liaison counsel a moment ago | 09:02AM |
| 22 | to go over the proposed agenda with them. | 09:02AM |
| 23 | Anything on pretrial orders? | 09:02AM |
| 24 | MR. LEVIN:  No, sir. | 09:02AM |
| 25 | THE COURT:  State court trial settings? | 09:02AM |

| | | |
|---|---|---|
| 1 | MR. LEVIN:  Ms. Barrios is not here, but we don't have | 09:02AM |
| 2 | anything. | 09:02AM |
| 3 | THE COURT:  Anything on class action complaints? | 09:02AM |
| 4 | MR. LEVIN:  The last class action complaint that was | 09:02AM |
| 5 | filed is Omni 19.  And that's again S-A-S-C, SASC, a Chinese | 09:02AM |
| 6 | company.  The complaint has landed in China.  It's been | 09:02AM |
| 7 | translated.  It's been received by the proper entity in China. | 09:02AM |
| 8 | And we've been advised by our service processor that, from the | 09:02AM |
| 9 | time it lands until the time it may get into the hands of that | 09:03AM |
| 10 | particular defendant, takes six months.  So we have filed an | 09:03AM |
| 11 | extension for service this week.  And there's not much we can do | 09:03AM |
| 12 | about China, as we know in this courtroom. | 09:03AM |
| 13 | THE COURT:  All right. | 09:03AM |
| 14 | Any motion for the. | 09:03AM |
| 15 | Litigation and expense fund?  I know you all have | 09:03AM |
| 16 | been meeting. | 09:03AM |
| 17 | MR. LEVIN:  No, sir.  The fee committee has been | 09:03AM |
| 18 | meeting.  We've conducted all interviews over the common fee | 09:03AM |
| 19 | benefit applicants and we are now getting to the next stage of | 09:03AM |
| 20 | the fee allocation.  We will submit an order to Your Honor to | 09:03AM |
| 21 | bring us along as to the next date and time.  I know that's | 09:03AM |
| 22 | under consideration.  But at this point that will not interfere | 09:03AM |
| 23 | with anything that the fee committee has to do.  We can move on. | 09:03AM |
| 24 | THE COURT:  Any report for remediation programs? | 09:03AM |
| 25 | MR. MILLER:  Your Honor, Kerry Miller again. | 09:04AM |

1     The remediation program continues to go well, Your          09:04AM

2 Honor.  We're now into the new claim settlement, the settlement     09:04AM

3 that we reached last August.  And Moss is looking to wrap those     09:04AM

4 homes up in the next three to six months.                           09:04AM

5          THE COURT:  Good.                                          09:04AM

6          Anything on the INEX, Banner, Knauf, Global                09:04AM

7 settlements?                                                        09:04AM

8     MR. LEVIN:  Nothing in particular, but we'll hear a lot    09:04AM

9 about that in the BrownGreer report.                                09:04AM

10     THE COURT:  Why don't we go to that at this time.  Let    09:04AM

11 me hear the BrownGreer report.                                     09:04AM

12     MR. WOODY:  Good morning, Your Honor.  My name is Jake    09:04AM

13 Woody, I'm from BrownGreer, here to give the Court's monthly       09:04AM

14 status report.                                                     09:04AM

15          Start, as always, with the total number of claims.       09:04AM

16          We have received 22,422 claims.  We've completed         09:05AM

17 review of 19,114 of those.  The only claim type that we haven't    09:05AM

18 completed a review of to-date is miscellaneous claims, and we're   09:05AM

19 working through those.  But we have completed review of all the    09:05AM

20 other claim types.                                                 09:05AM

21          By far, our largest claim is the Global, Banner          09:05AM

22 INEX repair and relocation claim.  Of those, 10,236 are           09:05AM

23 eligible.  1,454 are denied.  And only one as of today is          09:05AM

24 incomplete.  Because we're so far along with that claim type,      09:05AM

25 we've been able to work with the parties to issue claims           09:05AM

| | | |
|---|---|---|
| 1 | administrator procedure 2014-9 which authorizes us to begin | 09:05AM |
| 2 | disbursements for these claims. | 09:05AM |
| 3 | This claim is made up of three different | 09:05AM |
| 4 | settlement funds.  The Global fund, which is made up of | 09:05AM |
| 5 | contributions of over 700 entities.  The Banner fund and the | 09:05AM |
| 6 | INEX fund. | 09:06AM |
| 7 | The Global fund is divided into three separate | 09:06AM |
| 8 | pools:  The builder pool, the supplier pool and the installer | 09:06AM |
| 9 | pool. | 09:06AM |
| 10 | All of these settlement funds are subject to a | 09:06AM |
| 11 | separate pro rata calculation for us to determine how much a | 09:06AM |
| 12 | claimant is eligible to receive. | 09:06AM |
| 13 | We make the pro rata calculation by dividing the | 09:06AM |
| 14 | total amount available for each fund by the total eligible | 09:06AM |
| 15 | square footage submitted against that fund. | 09:06AM |
| 16 | For the Banner fund, that means that the per | 09:06AM |
| 17 | square foot amount or the amount that we'll pay -- we'll | 09:06AM |
| 18 | multiply the square footage of this amount to determine the | 09:06AM |
| 19 | compensation amount.  For Banner, that amount is $2.97.  For | 09:06AM |
| 20 | INEX, it's $.36.  For the Global builder, it's $2.03.  Global | 09:06AM |
| 21 | supplier is $3.36.  The Global installer is $.95. | 09:06AM |
| 22 | These amounts of these clauses are in the cap. | 09:07AM |
| 23 | The way we did this is fairly simple math.  We issued the cap on | 09:07AM |
| 24 | September 11th, last Thursday.  And, since that time, we've | 09:07AM |
| 25 | issued just over $6.5 million worth of checks for those | 09:07AM |

1  compensating 1,077 claims.  The average per claim payment is    09:07AM

2  $6,041.56.    09:07AM

3          We'll continue to issue checks for as long as    09:07AM

4  necessary to pay everybody who needs to be paid.  We're working    09:07AM

5  very quickly and I think we'll continue to see money go out of    09:07AM

6  the door very quickly for these claims.    09:07AM

7          As you can imagine, we are receiving some fairly    09:07AM

8  frequently asked questions.  I wanted to just go over some of    09:07AM

9  the basics of it real quickly.    09:07AM

10          People are asking where we'll send checks.  We'll    09:07AM

11  send checks to attorneys for represented claimants.  The check    09:07AM

12  will be made out to the claimant only and it's up to the    09:07AM

13  attorney to get that check to their client.  Pro se complaints    09:08AM

14  will receive checks directly.    09:08AM

15          We are, because of the structure of the    09:08AM

16  settlement, required in some cases to issue separate checks for    09:08AM

17  one claim.  We, for example, if someone's eligible for    09:08AM

18  compensation from the Banner fund and the Global fund, we have    09:08AM

19  to issue two checks because there are two accounts.  So, in some    09:08AM

20  cases, people may receive two checks, they'll be for different    09:08AM

21  amounts, and they're both equally valid.    09:08AM

22          These payments that we're issuing now are only for    09:08AM

23  Global, Banner, INEX claims.  They don't cover other loss    09:08AM

24  claims.  If you're eligible for another loss payment, you'll    09:08AM

25  receive separate payment by a separate check at a later date.    09:08AM

```
 1              If you haven't received payment yet, it's very   09:08AM
 2   important that you check to make sure that you've submitted to   09:08AM
 3   us a W-9 form and a verification of claims form.  Those are   09:08AM
 4   required by CAP-9.  Both are available on our Chinese Drywall   09:08AM
 5   portal under the Paper Form section.  I've also included the   09:09AM
 6   direct link in the PowerPoint that I will post later today or   09:09AM
 7   tomorrow for people who need to download those forms and submit   09:09AM
 8   those.  Once we have those, we will be able to make payments.   09:09AM
 9              Finally, if you need more information about any of   09:09AM
10   this, the best place, the best source is the CAP itself, which   09:09AM
11   posted that on our portal under the Claims Administrator   09:09AM
12   procedure tab, and the direct link is in this PowerPoint as   09:09AM
13   well.   09:09AM
14         THE COURT:  Before you leave that, I think it would be   09:09AM
15   helpful as we talk to give a breakdown to claims so that they   09:09AM
16   understand it.   09:09AM
17         MR. WOODY:  We'll post a breakdown for each payment on   09:09AM
18   our portal for a particular claim.  That will show exactly how   09:09AM
19   we calculated the amount on the check, the square footage we   09:09AM
20   used, the multiplier.  It will have the PDF image of the check   09:09AM
21   itself with the check number.  And, eventually, it will tell the   09:09AM
22   attorneys whether the check has been negotiated by the claimant.   09:09AM
23              We'll also post our usual reports in Excel   09:10AM
24   spreadsheet form for attorneys and the firms to have their   09:10AM
25   entire inventory in one place.  It will give information about   09:10AM
```

1   -- just the same information about the checks and the numbers   09:10AM

2   and the amounts and things like that.   09:10AM

3           THE COURT:  Maybe liaison committee can work with you   09:10AM

4   on some form letter that the lawyers can use to give to their   09:10AM

5   clients with their check.   09:10AM

6           MR. WOODY:  We'll work with them to put something that   09:10AM

7   makes sense together.   09:10AM

8           THE COURT:  All right.   09:10AM

9           MR. WOODY:  I will talk just briefly about the other   09:10AM

10  loss complains.   09:10AM

11           As I mentioned, we have completed review of those.   09:10AM

12  In some cases, for bodily injury claims and pre-remediation   09:10AM

13  alternative living claims, which we've abbreviated as PRALE   09:10AM

14  here, we've long completed those reviews and those two claims   09:10AM

15  types are quite far along.  The best measure of how far along is   09:10AM

16  the number of incomplete claims.  You can see, for PRALE, we   09:10AM

17  have eight.  For bodily injury, we have 50.  And those 50 will   09:10AM

18  expire very shortly, and we should have no incomplete claims by   09:10AM

19  the next status conference for both claim types.   09:11AM

20           Lost rent is not quite as far along.  We have 276   09:11AM

21  incompletes.  Again, those, a significant amount of those should   09:11AM

22  expire before the next conference.   09:11AM

23           The foreclosure and short-sale, which we just   09:11AM

24  completed review of between now and the last conference, has 593   09:11AM

25  incompletes.  Again, those will continue to expire.   09:11AM

```
 1                  The number of open complaints is important because    09:11AM

 2    we have a set amount of money to compensate all of the Other        09:11AM

 3    Loss Claims.  We need to have a good idea of the universe of        09:11AM

 4    eligible claims before we can begin to calculate how much those     09:11AM

 5    are worth and make payments.  But I don't think that's too far      09:11AM

 6    off.  We don't need to have zero incompletes for all to have a      09:11AM

 7    good idea of what's going on.  I think, as the foreclosure and      09:11AM

 8    the lost rents continue to decrease in terms of open claims,        09:11AM

 9    we'll be able to work with the parties to figure out how much       09:11AM

10    and when and how to pay these people.                               09:11AM

11                  I'll just touch briefly on the number of notices      09:11AM

12    we've issued.  We've issued 24,664 notices of all types to         09:12AM

13    various claimants.  In large part, the notification process is     09:12AM

14    complete because we've completed review of all the claims and      09:12AM

15    issued notices on them.  I wouldn't expect this number to          09:12AM

16    increase greatly but I do think it's a good measure of how         09:12AM

17    vigorous our outreach has been, how many people have received      09:12AM

18    communication from us about their claims.                          09:12AM

19                  Finally, Your Honor, I'll just touch briefly on      09:12AM

20    our contact information, especially if people have questions       09:12AM

21    about payment and checks.  The best way to get ahold of us is by   09:12AM

22    email at cdwquestions@BrownGreer.com.  If you need to call us,     09:12AM

23    our toll-free number is 866-866-1729.  If you have any questions   09:12AM

24    about payment or claims, those two methods are the best way to     09:12AM

25    contact us.                                                        09:12AM
```

1       THE COURT:  Thank you very much.  It's good to see that          09:12AM

2  people are now receiving funds.          09:12AM

3       MR. WOODY:  Yes, sir.          09:12AM

4       THE COURT:  Anything on shared costs?          09:12AM

5       MR. LEVIN:  No, sir.          09:13AM

6       THE COURT:  How about the Taishan defendants?          09:13AM

7       MR. LEVIN:  At this point, we just received yesterday          09:13AM

8  responses to our interrogatories.  We're reviewing them.  We're          09:13AM

9  going to have a meet-and-confer shortly.  And a privilege log is          09:13AM

10  being created.  And I'm sure at some point in time in the near          09:13AM

11  future you'll have the entire package to make decisions on, sir.          09:13AM

12       THE COURT:  Okay.          09:13AM

13            Anything on Venture Supply?          09:13AM

14       MR. DAVIS:  Your Honor, just, before you have leave          09:13AM

15  that section, the deposition notices that were issued to T. Rowe          09:13AM

16  Price, JP Morgan, Morgan Stanley and Alibaba are still on the          09:13AM

17  radar screen.  They're set in October.  And we're continuing to          09:13AM

18  have meet-and-confers.          09:13AM

19       THE COURT:  Okay.          09:13AM

20            Anything on Venture?          09:13AM

21       MR. LEVIN:  No, sir.          09:13AM

22       THE COURT:  Anything on profile forms?          09:13AM

23       MR. LEVIN:  No, sir.          09:13AM

24       THE COURT:  We've got a couple of motions.          09:13AM

25            Before we get to that, anything on pro se, Bob?          09:13AM

1    MR. JOHNSTON:  Your Honor, I've provided to the Court        09:13AM

2    my 31st curator status report.  Let me make it very brief.    09:14AM

3         There has been a real level of activity pertaining       09:14AM

4    to what I term late Knauf claims, people who did not know they 09:14AM

5    had Knauf drywall in their property until recently, most all of 09:14AM

6    them in mid-to-late 2014.                                      09:14AM

7         As the Court had informally indicated, I've had          09:14AM

8    some discussions with Kerry Miller, who is here.  And I think  09:14AM

9    the only thing I'd like to say is that I hope to have more to  09:14AM

10   report, or we do, at the next status conference.               09:14AM

11   THE COURT:  Yeah.  I hope we can work on that.  We've          09:14AM

12   got a good feel for the people now.  We've got 20 some on, as I 09:14AM

13   remember.  And maybe we can do something with that.            09:14AM

14        I think, realistically, we have to recognize that,       09:14AM

15   in this type of a case, it's going to be hard -- it's a        09:15AM

16   difficult one because I can visualize some situations where    09:15AM

17   people had no problems with drywall, no reason to believe they 09:15AM

18   had any issues; and then, all of the sudden, they're getting   09:15AM

19   ready to sell their house, they get it inspected, somebody says 09:15AM

20   -- the inspector says that you've got Chinese Drywall.  It's the 09:15AM

21   first time that they knew or could have known or should have   09:15AM

22   known.  So you've got some issues at least whether or not      09:15AM

23   prescription is applicable to those individuals and we've got to 09:15AM

24   figure out a way.                                              09:15AM

25        MR. JOHNSTON:  What you just described is a common        09:15AM

```
 1    story that I get almost on a daily basis.                    09:15AM
 2              So we'll just keep informing the Court if there    09:15AM
 3    are any developments.                                        09:16AM
 4          THE COURT:  Thanks very much.                          09:16AM
 5          MR. BECNEL:  Same problem.  We get two or three a week. 09:16AM
 6    I guess, because we did ads with Sean Payton and all, they   09:16AM
 7    contact us.  And we're trying to figure out what to do with  09:16AM
 8    them.                                                        09:16AM
 9          THE COURT:  I don't know what you do with them.        09:16AM
10              Hopefully --                                       09:16AM
11          MR. BECNEL:  But we don't want to tell them -- to blow 09:16AM
12    them off.  But I think the Court needs to give us some guidance 09:16AM
13    on how we're going to deal with it.                          09:16AM
14          MR. DAVIS:  My suggestion would be, as we've been doing 09:16AM
15    in the PSC, Danny, if I'll get us a list.                    09:16AM
16          THE COURT:  Let's assemble a list, that's helpful.     09:16AM
17          MR. BECNEL:  Here's five.                              09:16AM
18          MR. DAVIS:  If you would get us an master list, that   09:16AM
19    would be helpful to identify the owner and the address.      09:16AM
20          MR. BECNEL:  As you know, we had one last week, which  09:16AM
21    they fixed immediately because I sent lawyers there and they got 09:16AM
22    under the house.  They fixed the bathtub and the lady got in it 09:16AM
23    and fell -- they forgot to put the stuff on the pier of the  09:17AM
24    house and she fell to the floor, to the ground.              09:17AM
25              But, Judge, I have a letter with some of them for  09:17AM
```

```
 1    you.                                                          09:17AM

 2           THE COURT:  Okay, good.  Give us that.                 09:17AM

 3           MR. BECNEL:  But they're all getting their houses      09:17AM

 4    inspected to sell them, and that's what's causing the problem. 09:17AM

 5           THE COURT:  Thanks for bringing that to my attention.  09:17AM

 6           The motions, we had two motions set.  One motion       09:17AM

 7    was to reconsider the Stigma claims.  That's been moved to the 09:17AM

 8    next status conference.                                       09:17AM

 9           So the only motion we have today is this motion        09:17AM

10    for class certification.                                      09:17AM

11           MR. DAVIS:  Yes, sir.                                  09:17AM

12           THE COURT:  Let me hear from the parties on that.      09:17AM

13           MR. LEVIN:  With regard to the class certification     09:17AM

14    motion, Your Honor, we obviously have no opposition, formal   09:17AM

15    opposition, because the attorneys for the defendant have not  09:18AM

16    been authorized to speak on behalf of the Taishan defendants. 09:18AM

17    And, the other defendants, the BMA and the CMA were defaulted 09:18AM

18    and never had counsel in this court.                         09:18AM

19           The Omni 19 with regard to SASC is not ripe for        09:18AM

20    class certification because it's still in the process of      09:18AM

21    service.                                                      09:18AM

22           We are, in connection with the motion itself,          09:18AM

23    seeking a class only of active litigants.  Therefore, notice  09:18AM

24    would be made on an individual basis through the active       09:18AM

25    litigants.  All of them are in the series of Ameren complaints, 09:18AM
```

1    they've intervened in those complaints.  So we have a good list    09:18AM

2    of them.    09:18AM

3              Obviously, liability has been -- there's been a    09:18AM

4    default, so we have liability.  And we view the class    09:19AM

5    certification proceeding only as an assessment of damage    09:19AM

6    proceeding and obviously the five years' work in this courtroom    09:19AM

7    have given us the yardstick by which to measure the damages for    09:19AM

8    the Taishan properties.    09:19AM

9              So we would seek certification of the class.    09:19AM

10   We've provided the Court with proposed Findings of Fact and    09:19AM

11   Conclusions of Law, which we would ask to be made part of the    09:19AM

12   record.    09:19AM

13             Also, an index of the exhibits, which are the    09:19AM

14   exhibits that are in the findings.  And we will provide the    09:19AM

15   Court with a disc of the actual exhibits themselves.  We'd ask    09:19AM

16   that that index be made a part of the record.    09:19AM

17             THE COURT:  And, the disc, I know we've got two.  We're    09:19AM

18   going to have some exhibits that are under seal and some    09:19AM

19   exhibits that are not under seal.  So hopefully we'll have two    09:19AM

20   discs in that regard.    09:20AM

21             MR. LEVIN:  There was a proposed order with regard to    09:20AM

22   the certification filed with our motion for class certification.    09:20AM

23   We've revised the order to make it current.    09:20AM

24             And may I hand it to your deputy clerk?    09:20AM

25             THE COURT:  Yes.    09:20AM

```
 1              And this proposed class does not seek to certify      09:20AM

 2   personal injury on the medical monitoring claims.  The          09:20AM

 3   certification is only for property damage claims.               09:20AM

 4        MR. LEVIN:  I will also hand up the index of the           09:20AM

 5   exhibits and, separately, the exhibits that are under seal.  And 09:20AM

 6   I've been told the jump drives.  But Lenny can tell you what     09:20AM

 7   that is, sir, because that's beyond my pay grade.               09:20AM

 8              We've also -- we will give you a conformed notice,    09:20AM

 9   Your Honor, because that will then mesh with the order that     09:21AM

10   we've given you.  The proposed notice is within the papers, the 09:21AM

11   class papers.                                                   09:21AM

12              We've also given you a trial plan because it's our   09:21AM

13   understanding that the Fifth Circuit requires that; although, I 09:21AM

14   haven't seen it any other circuit, but we've cited the case.    09:21AM

15              We'd ask that all of this be part of the record      09:21AM

16   and be part of the class proceeding record for Your Honor's     09:21AM

17   review.                                                         09:21AM

18              Upon certification, if Your Honor deems              09:21AM

19   certification appropriate, we believe that we can notice the    09:21AM

20   class in 40 days.  And that, we don't believe that we have to   09:21AM

21   wait 60 days for opt-outs, we can do it in 30 days because the  09:21AM

22   bulk of the class are represented by counsel and they've been in 09:21AM

23   litigation.  There are no absent class members, sir.           09:21AM

24              Does Your Honor have any questions?                  09:22AM

25        THE COURT:  No, I don't.                                   09:22AM
```

| | | |
|---|---|---|
| 1 | Any opposition to this? | 09:22AM |
| 2 | Nothing has been filed.  But, as you all know, the | 09:22AM |
| 3 | Fifth Circuit is very difficult if not impossible to get a class | 09:22AM |
| 4 | certified in personal-injury-primarily cases.  It's very | 09:22AM |
| 5 | fact-specific.  There's not any commonality and there's no | 09:22AM |
| 6 | predominance, it doesn't work for class actions.  But, in my | 09:22AM |
| 7 | experience, the property damage is another matter.  Many of you | 09:22AM |
| 8 | all, Skip, Danny and Kerry, know from the Mobile Oil case, that | 09:22AM |
| 9 | you have been able to certify that because it was a yardstick | 09:22AM |
| 10 | approach and it can be done.  So this looks like this fits right | 09:22AM |
| 11 | into that category, but I will be looking at it. | 09:22AM |
| 12 | MR. LEVIN:  Mr. Longer has reminded me to break down | 09:23AM |
| 13 | the 40 day period for the notice.  So 10 days to get the notice | 09:23AM |
| 14 | out and 30 days to respond. | 09:23AM |
| 15 | MR. DAVIS:  Your Honor, just for a housekeeping issue, | 09:23AM |
| 16 | just so it's clear, on the index of exhibits, what we did in | 09:23AM |
| 17 | that index was identified various documents by exhibits that | 09:23AM |
| 18 | were previously used and by rec doc numbers.  And what we're | 09:23AM |
| 19 | asking is that, rather than clutter up the record here with | 09:23AM |
| 20 | paper and things like that, that we be able to reference those | 09:23AM |
| 21 | and that those actual documents be part of this record. | 09:23AM |
| 22 | THE COURT:  Right. | 09:23AM |
| 23 | MR. DAVIS:  And they're identified in the exhibit, the | 09:23AM |
| 24 | index of exhibits.  And the documents are attached on the jump | 09:23AM |
| 25 | drive. | 09:23AM |

1              Thank you.                                         09:23AM

2         THE COURT:  Okay.  I have this before me and I'll be    09:23AM

3    dealing with it immediately, because we've got to move on this.  09:23AM

4              Taishan, I haven't heard anything in response to  09:23AM

5    my injunction.  I notice that several senators have been      09:23AM

6    speaking on it in the states involved, the Florida senator and  09:24AM

7    Louisiana senators, Virginia and a couple of others.  State   09:24AM

8    department is interested.  I had heard that the ambassador to  09:24AM

9    China has been advised and there's some discussions going on at  09:24AM

10   that level.  So we'll see what happens.                      09:24AM

11        MR. LEVIN:  And, Your Honor, our silence on these      09:24AM

12   issues doesn't mean that we haven't been doing things.  We'd  09:24AM

13   just rather not discuss them at this point in time.           09:24AM

14             Your Honor, the last thing is the November         09:24AM

15   hearing, sir.                                                09:24AM

16        THE COURT:  The November hearing is November 25th.     09:24AM

17             Is that it?  Anything from anybody?                09:24AM

18             Danny, you have something?                         09:24AM

19        MR. BECNEL:  I want to approach the bench just with     09:24AM

20   Arnold, if you don't mind.                                   09:24AM

21        THE COURT REPORTER:  Judge Fallon, off the record?     09:25AM

22        MR. BECNEL:  Yeah.                                      09:25AM

23             (Discussion held off the record.)                 09:25AM

24        THE COURT:  Okay, folks, thanks very much.  I do hope  09:27AM

25   all of you on our team keep well and it's one of those issues  09:27AM

1   that we all have to be aware of.                                    09:27AM

2                  Is there any other issues we haven't talked about?   09:27AM

3                  Bill of costs?                                       09:27AM

4            MR. LEVIN:  I believe that's going to be handled by the    09:27AM

5   clerk's office.                                                     09:27AM

6            CASE MANAGER:  It's going to be handled up here, and       09:27AM

7   the clerk's here.                                                   09:27AM

8            THE COURT:  The bill of costs, we've got the people        09:27AM

9   coming in, and that will deal with it here.                         09:27AM

10           MR. LEVIN:  That's fine.                                   09:27AM

11           THE COURT:  All right, folks, I'll see you next status     09:27AM

12   conference.  Court stands in recess.                               09:28AM

13                  (9:29 a.m., proceedings in recess.)                 09:28AM

14

15                          CERTIFICATE

16

17

18      I, Susan A. Zielie, Official Court Reporter, do hereby
    certify that the foregoing transcript is correct.

19

20

21                      /S/ SUSAN A. ZIELIE, FCRR
                        _____

22                          Susan A. Zielie, FCRR

23

24

25

## $

$.36 [1] - 6:24
$.95 [1] - 6:25
$2.03 [1] - 6:24
$2.97 [1] - 6:23
$3.36 [1] - 6:25
$6,041.56 [1] - 7:6

## /

/S [1] - 19:24

## 0

09-MD-2047 [1] - 1:5

## 1

1,077 [1] - 7:5
1,454 [1] - 6:2
10 [1] - 17:17
10,236 [1] - 6:1
1100 [1] - 2:11
11th [1] - 7:3
18 [2] - 1:7, 3:5
19 [2] - 4:9, 14:23
19,114 [1] - 5:21
19106 [1] - 2:5

## 2

2 [1] - 3:1
20 [1] - 12:16
2010 [1] - 3:1
2014 [3] - 1:7, 3:5, 12:10
2014-9 [1] - 6:5
2047 [1] - 3:10
22,422 [1] - 5:20
24,664 [1] - 10:16
2450 [1] - 2:15
25th [1] - 18:20
276 [1] - 9:24

## 3

30 [2] - 16:25, 17:18
31st [1] - 12:6
3700 [1] - 2:12

## 4

40 [2] - 16:24, 17:17
400 [1] - 2:15
425 [1] - 2:7

## 5

50 [2] - 9:21

## 500

500 [2] - 1:19, 2:5
504.561.7799 [1] - 2:16
504.589.7781 [1] - 1:21
510 [1] - 2:4
593 [1] - 10:3

## 6

6.5 [1] - 7:4
60 [1] - 16:25

## 7

700 [1] - 6:9
70086 [1] - 2:8
70130 [2] - 1:20, 2:16
70163 [1] - 2:12

## 8

866-866-1729 [1] - 11:2

## 9

9:00 [2] - 3:2, 3:6
9:29 [1] - 19:17

## A

A.M [2] - 3:2, 3:6
a.m [1] - 19:17
abbreviated [1] - 9:17
able [5] - 6:4, 8:12, 10:13, 17:13, 17:24
absent [1] - 17:2
accounts [1] - 7:23
action [2] - 4:7, 4:8
actions [1] - 17:10
active [2] - 15:2, 15:3
activity [1] - 12:7
actual [2] - 15:19, 17:25
add [1] - 3:14
address [1] - 13:23
administrator [1] - 6:5
Administrator [1] - 8:15
ads [1] - 13:10
advised [2] - 4:12, 18:13
afternoon [1] - 3:7
agenda [1] - 4:1
ago [1] - 3:25
ahold [1] - 10:25
AIDED [1] - 1:24
AIRLINE [1] - 2:7
Alibaba [1] - 11:20

## ALL

ALL [1] - 1:9
allocation [1] - 4:24
almost [1] - 13:5
alternative [1] - 9:17
ambassador [1] - 18:12
Ameren [1] - 15:4
amount [9] - 6:18, 6:21, 6:22, 6:23, 8:23, 9:25, 10:6
amounts [3] - 7:1, 7:25, 9:6
AND [1] - 1:7
APPEARANCES [1] - 2:1
applicable [1] - 13:2
applicants [1] - 4:23
approach [2] - 17:14, 18:23
appropriate [1] - 16:23
ARNOLD [1] - 2:3
Arnold [2] - 3:12, 18:24
assemble [1] - 13:20
assessment [1] - 15:9
attached [1] - 18:3
attention [1] - 14:9
attorney [1] - 7:17
attorneys [4] - 7:15, 9:1, 9:3, 14:19
August [1] - 5:7
authorized [1] - 14:20
authorizes [1] - 6:5
available [2] - 6:18, 8:8
average [1] - 7:5
aware [1] - 19:5

## B

Banner [7] - 5:10, 5:25, 6:9, 6:20, 6:23, 7:22, 8:2
Barrios [1] - 4:5
basics [1] - 7:13
basis [2] - 13:5, 15:3
bathtub [1] - 14:1
BECNEL [8] - 2:6, 13:9, 13:15, 13:21, 13:24, 14:7, 18:23, 19:1
BEFORE [1] - 1:13
begin [2] - 6:5, 10:8
behalf [2] - 3:20, 14:20
bench [1] - 18:23
benefit [1] - 4:23
BERMAN [1] - 2:4
best [5] - 8:14, 9:19,

10:25, 11:3
between [1] - 10:3
beyond [1] - 16:11
bill [2] - 19:7, 19:12
blow [1] - 13:15
BMA [1] - 14:21
Bob [1] - 12:4
bodily [2] - 9:16, 9:21
break [1] - 17:16
breakdown [2] - 8:19, 8:21
brief [1] - 12:6
briefly [3] - 9:13, 10:15, 10:23
bring [1] - 4:25
bringing [1] - 14:9
BrownGreer [3] - 5:13, 5:15, 5:17
builder [2] - 6:12, 6:24
bulk [1] - 17:1
BY [2] - 1:24, 1:24

## C

calculate [1] - 10:8
calculated [1] - 8:23
calculation [2] - 6:15, 6:17
CALLED [1] - 3:3
cap [2] - 7:1, 7:2
CAP [1] - 8:14
CAP-9 [1] - 8:8
case [4] - 3:9, 12:19, 16:18, 17:12
CASE [2] - 3:10, 19:10
CASES [1] - 1:9
cases [4] - 7:20, 7:24, 9:16, 17:8
category [1] - 17:15
causing [1] - 14:8
cdwquestions@
BrownGreer.com [1] - 11:1
CENTRE [1] - 2:11
CERTIFICATE [1] - 19:19
certification [10] - 14:14, 14:17, 14:24, 15:9, 15:13, 16:1, 16:7, 16:22, 16:23
certified [1] - 17:8
certify [3] - 16:5, 17:13, 19:22
check [9] - 7:15, 7:17, 8:4, 8:6, 8:23, 8:24, 8:25, 9:1, 9:9
checks [10] - 7:4, 7:7, 7:14, 7:15, 7:18, 7:20, 7:23, 7:24, 9:5, 10:25

China [4] - 4:10, 4:11, 4:16, 18:13
CHINESE [1] - 1:4
Chinese [4] - 3:10, 4:9, 8:8, 12:24
CHINESE-MANUFACTURED [1] - 1:4
Circuit [2] - 16:17, 17:7
circuit [1] - 16:18
cited [1] - 16:18
CIVIL [1] - 1:5
claim [11] - 5:6, 5:21, 5:24, 5:25, 6:1, 6:3, 6:7, 7:5, 7:21, 8:22, 9:23
claimant [3] - 6:16, 7:16, 9:1
claimants [2] - 7:15, 10:17
claims [25] - 5:19, 5:20, 5:22, 6:4, 6:6, 7:5, 7:10, 8:2, 8:3, 8:7, 8:19, 9:16, 9:17, 9:18, 9:20, 9:22, 10:8, 10:12, 10:18, 10:22, 11:3, 12:8, 14:11, 16:6, 16:7
Claims [2] - 8:15, 10:7
class [17] - 4:7, 4:8, 14:14, 14:17, 14:24, 15:2, 15:8, 15:13, 16:1, 16:5, 16:15, 16:20, 16:24, 17:1, 17:2, 17:7, 17:10
clauses [1] - 7:1
clear [1] - 17:20
clerk [1] - 16:3
clerk's [2] - 19:9, 19:11
client [1] - 7:17
clients [1] - 9:9
clutter [1] - 17:23
CMA [1] - 14:21
coming [1] - 19:13
committee [4] - 3:21, 4:21, 5:2, 9:7
common [2] - 4:22, 13:4
commonality [1] - 17:9
communication [1] - 10:22
company [1] - 4:10
compensate [1] - 10:6
compensating [1] - 7:5
compensation [2] - 6:23, 7:22

**complains** [1] - 9:14
**complaint** [2] - 4:8, 4:10
**complaints** [5] - 4:7, 7:17, 10:5, 15:4, 15:5
**complete** [1] - 10:18
**completed** [7] - 5:20, 5:22, 5:23, 9:15, 9:18, 10:3, 10:18
**COMPUTER** [1] - 1:24
**Conclusions** [1] - 15:15
**conducted** [1] - 4:22
**confer** [1] - 11:13
**CONFERENCE** [1] - 1:7
**conference** [6] - 9:23, 10:1, 10:3, 12:14, 14:12, 19:16
**confers** [1] - 11:22
**conformed** [1] - 16:12
**connection** [1] - 15:1
**consideration** [1] - 5:1
**contact** [3] - 10:24, 11:4, 13:11
**continue** [4] - 7:7, 7:9, 10:4, 10:12
**continues** [1] - 5:5
**continuing** [1] - 11:21
**contributions** [1] - 6:9
**correct** [1] - 19:22
**costs** [3] - 11:8, 19:7, 19:12
**counsel** [5] - 3:15, 3:17, 3:25, 14:22, 17:1
**couple** [2] - 12:3, 18:11
**court** [4] - 3:3, 4:4, 14:22, 19:16
**COURT** [36] - 1:1, 3:7, 3:22, 4:4, 4:7, 4:17, 5:3, 5:9, 5:14, 8:18, 9:7, 9:12, 11:5, 11:8, 11:10, 11:16, 11:23, 12:1, 12:3, 12:15, 13:8, 13:13, 13:20, 14:6, 14:9, 14:16, 15:21, 16:4, 17:4, 18:1, 18:6, 18:20, 18:25, 19:3, 19:12, 19:15
**Court** [8] - 1:18, 12:5, 12:11, 13:6, 13:16, 15:14, 15:19, 19:21
**Court's** [1] - 5:17
**courtroom** [2] - 4:16, 15:10

**cover** [1] - 8:2
**created** [1] - 11:14
**CURATOR** [1] - 2:13
**curator** [1] - 12:6
**current** [1] - 16:2

## D

**daily** [1] - 13:5
**damage** [3] - 15:9, 16:7, 17:11
**damages** [1] - 15:11
**DANIEL** [1] - 2:6
**Danny** [3] - 13:19, 17:12, 18:22
**date** [3] - 4:25, 5:22, 8:4
**DAVIS** [6] - 11:18, 13:18, 13:22, 14:15, 17:19, 18:2
**days** [5] - 16:24, 16:25, 17:17, 17:18
**deal** [2] - 13:17, 19:13
**dealing** [1] - 18:7
**DECEMBER** [1] - 3:1
**decisions** [1] - 11:15
**decrease** [1] - 10:12
**deems** [1] - 16:22
**default** [1] - 15:8
**defaulted** [1] - 14:21
**DEFENDANT** [1] - 2:10
**defendant** [2] - 4:14, 14:19
**defendants** [3] - 11:10, 14:20, 14:21
**defense** [2] - 3:17, 3:20
**denied** [1] - 6:2
**department** [1] - 18:12
**deposition** [1] - 11:19
**deputy** [1] - 16:3
**described** [1] - 13:4
**determine** [2] - 6:15, 6:22
**developments** [1] - 13:7
**different** [2] - 6:7, 7:24
**difficult** [2] - 12:20, 17:7
**direct** [2] - 8:10, 8:16
**directly** [1] - 7:18
**disbursements** [1] - 6:6
**disc** [2] - 15:19, 15:21
**discs** [1] - 15:24
**discuss** [1] - 18:17
**Discussion** [1] - 19:2
**discussions** [2] - 12:12, 18:13

**DISTRICT** [3] - 1:1, 1:2, 1:14
**divided** [1] - 6:11
**dividing** [1] - 6:17
**doc** [1] - 17:22
**DOCUMENT** [1] - 1:8
**documents** [3] - 17:21, 17:25, 18:3
**done** [1] - 17:14
**door** [1] - 7:10
**down** [1] - 17:16
**download** [1] - 8:11
**drive** [1] - 18:4
**drives** [1] - 16:10
**drywall** [2] - 12:9, 12:21
**DRYWALL** [1] - 1:4
**Drywall** [3] - 3:11, 8:8, 12:24

## E

**EASTERN** [1] - 1:2
**eight** [1] - 9:21
**ELDON** [1] - 1:13
**eligible** [6] - 6:2, 6:16, 6:18, 7:21, 8:3, 10:8
**email** [1] - 11:1
**ENERGY** [1] - 2:11
**entire** [2] - 9:4, 11:15
**entities** [1] - 6:9
**entity** [1] - 4:11
**equally** [1] - 7:25
**especially** [1] - 10:24
**ESQ** [1] - 2:13
**ESQUIRE** [3] - 2:3, 2:6, 2:10
**eventually** [1] - 8:25
**exactly** [1] - 8:22
**example** [1] - 7:21
**Excel** [1] - 9:2
**exhibit** [1] - 18:2
**exhibits** [10] - 15:17, 15:18, 15:19, 15:22, 15:23, 16:9, 17:20, 17:21, 18:3
**expect** [1] - 10:19
**expense** [1] - 4:19
**experience** [1] - 17:11
**expire** [3] - 9:22, 10:1, 10:4
**extension** [1] - 4:15

## F

**fact** [1] - 17:9
**Fact** [1] - 15:14
**fact-specific** [1] - 17:9
**fairly** [1] - 7:2, 7:11
**Fallon** [1] - 18:25

**FALLON** [1] - 1:13
**far** [6] - 5:25, 6:3, 9:19, 9:24, 10:9
**FCRR** [3] - 1:18, 19:24, 19:25
**fee** [4] - 4:21, 4:22, 4:24, 5:2
**fell** [2] - 14:2, 14:3
**Fifth** [2] - 16:17, 17:7
**figure** [3] - 10:13, 13:3, 13:11
**filed** [4] - 4:9, 4:14, 16:1, 17:6
**finally** [2] - 8:13, 10:23
**Findings** [1] - 15:14
**findings** [1] - 15:18
**fine** [1] - 19:14
**firms** [1] - 9:3
**first** [2] - 3:16, 12:25
**FISHBEIN** [1] - 2:3
**fits** [1] - 17:14
**five** [2] - 13:21, 15:10
**fixed** [2] - 13:25, 14:1
**floor** [1] - 14:3
**Florida** [1] - 18:10
**folks** [2] - 19:3, 19:15
**foot** [1] - 6:21
**footage** [3] - 6:19, 6:22, 8:23
**FOR** [1] - 2:10
**foreclosure** [2] - 10:2, 10:11
**foregoing** [1] - 19:22
**forgot** [1] - 14:2
**form** [4] - 8:7, 9:3, 9:8
**Form** [1] - 8:9
**formal** [1] - 14:18
**forms** [2] - 8:11, 12:1
**free** [1] - 11:2
**frequently** [1] - 7:12
**FRILOT** [1] - 2:10
**fund** [10] - 4:19, 6:8, 6:9, 6:10, 6:11, 6:18, 6:19, 6:20, 7:22
**funds** [2] - 6:8, 6:14, 11:6
**future** [1] - 11:15

## G

**gentlemen** [1] - 3:8
**given** [3] - 15:11, 16:14, 16:16
**Global** [9] - 5:10, 5:25, 6:8, 6:11, 6:24, 6:25, 7:22, 8:2
**grade** [1] - 16:11
**greatly** [1] - 10:20
**ground** [1] - 14:3
**guess** [1] - 13:10

**guidance** [1] - 13:16

## H

**hand** [2] - 16:3, 16:8
**handled** [2] - 19:8, 19:10
**hands** [1] - 4:13
**hard** [1] - 12:19
**HB-406** [1] - 1:19
**hear** [3] - 5:12, 5:15, 14:16
**heard** [2] - 18:8, 18:12
**HEARD** [1] - 1:13
**hearing** [2] - 18:19, 18:20
**held** [1] - 19:2
**helpful** [3] - 8:19, 13:20, 13:23
**hereby** [1] - 19:21
**Herman** [1] - 3:13
**HIGHWAY** [1] - 2:7
**homes** [1] - 5:8
**Honor** [14] - 4:24, 5:4, 5:6, 5:16, 10:23, 11:18, 12:5, 14:18, 16:13, 16:22, 17:3, 17:19, 18:15, 18:18
**Honor's** [1] - 16:20
**HONORABLE** [1] - 1:13
**hope** [3] - 12:13, 12:15, 19:3
**hopefully** [2] - 13:14, 15:23
**house** [3] - 12:23, 14:1, 14:3
**housekeeping** [1] - 17:19
**houses** [1] - 14:7

## I

**idea** [2] - 10:7, 10:11
**identified** [2] - 17:21, 18:2
**identify** [1] - 13:23
**image** [1] - 8:24
**imagine** [1] - 7:11
**immediately** [2] - 13:25, 18:7
**important** [2] - 8:6, 10:5
**impossible** [1] - 17:7
**IN** [1] - 1:4
**included** [1] - 8:9
**incomplete** [3] - 6:3, 9:20, 9:22
**incompletes** [3] - 9:25, 10:4, 10:10

**increase** [1] - 10:20
**index** [6] - 15:17, 15:20, 16:8, 17:20, 17:21, 18:3
**indicated** [1] - 12:11
**individual** [1] - 15:3
**individuals** [1] - 13:2
**INEX** [5] - 5:10, 6:1, 6:10, 6:24, 8:2
**informally** [1] - 12:11
**information** [4] - 8:13, 9:4, 9:5, 10:24
**informing** [1] - 13:6
**injunction** [1] - 18:9
**injury** [4] - 9:16, 9:21, 16:6, 17:8
**inspected** [2] - 12:23, 14:8
**inspector** [1] - 12:24
**installer** [2] - 6:12, 6:25
**interested** [1] - 18:12
**interfere** [1] - 5:1
**interrogatories** [1] - 11:12
**intervened** [1] - 15:5
**interviews** [1] - 4:22
**inventory** [1] - 9:4
**involved** [1] - 18:10
**issue** [5] - 6:4, 7:7, 7:20, 7:23, 17:19
**issued** [6] - 7:2, 7:4, 10:16, 10:19, 11:19
**issues** [5] - 12:22, 13:1, 18:16, 19:4, 19:6
**issuing** [1] - 8:1
**itself** [3] - 8:14, 8:25, 15:1

## J

**Jake** [1] - 5:16
**JOHNSTON** [4] - 2:13, 2:14, 12:5, 13:4
**JP** [1] - 11:20
**judge** [1] - 18:25
**JUDGE** [1] - 1:14
**Judge** [1] - 14:4
**jump** [2] - 16:10, 18:3

## K

**keep** [2] - 13:6, 19:4
**Kerry** [5] - 3:15, 3:20, 5:4, 12:12, 17:12
**KERRY** [1] - 2:10
**Knauf** [4] - 3:21, 5:10, 12:8, 12:9
**known** [1] - 12:25,

13:1

## L

**LA** [3] - 2:8, 2:12, 2:16
**ladies** [1] - 3:7
**lady** [1] - 14:1
**laedcourtreporter@ gmail.com** [1] - 1:21
**landed** [1] - 4:10
**lands** [1] - 4:13
**LAPLACE** [1] - 2:8
**large** [1] - 10:17
**largest** [1] - 5:25
**last** [6] - 4:8, 5:7, 7:3, 10:3, 13:24, 18:18
**late** [2] - 12:8, 12:10
**Law** [1] - 15:15
**LAW** [1] - 2:14
**lawyers** [2] - 9:8, 13:25
**lead** [1] - 3:25
**least** [1] - 13:1
**leave** [2] - 8:18, 11:18
**Lenny** [1] - 16:10
**letter** [2] - 9:8, 14:4
**level** [2] - 12:7, 18:14
**LEVIN** [19] - 2:3, 2:3, 3:12, 4:3, 4:5, 4:8, 4:21, 5:12, 11:9, 11:11, 11:25, 12:2, 14:17, 15:25, 16:8, 17:16, 18:15, 19:8, 19:14
**Levin** [1] - 3:12
**LIABILITY** [1] - 1:5
**Liability** [1] - 3:11
**liability** [2] - 15:7, 15:8
**liaison** [2] - 3:25, 9:7
**link** [2] - 8:10, 8:16
**list** [4] - 13:19, 13:20, 13:22, 15:5
**litigants** [2] - 15:2, 15:4
**litigation** [2] - 4:19, 17:2
**LITIGATION** [1] - 1:5
**Litigation** [1] - 3:11
**living** [1] - 9:17
**LLC** [2] - 2:10, 2:14
**log** [1] - 11:13
**lonely** [1] - 3:15
**looking** [2] - 5:7, 17:15
**looks** [2] - 3:15, 17:14
**Loss** [1] - 10:7
**loss** [3] - 8:2, 8:3, 9:14
**lost** [2] - 9:24, 10:12
**LOUISIANA** [4] - 1:2, 1:6, 3:1, 3:5

**Louisiana** [1] - 18:11

## M

**MANAGER** [2] - 3:10, 19:10
**MANUFACTURED** [1] - 1:4
**manufactured** [1] - 3:10
**master** [1] - 13:22
**math** [1] - 7:2
**matter** [1] - 17:11
**MDL** [1] - 3:10
**mean** [1] - 18:16
**means** [1] - 6:20
**measure** [3] - 9:19, 10:20, 15:11
**MECHANICAL** [1] - 1:24
**medical** [1] - 16:6
**meet** [2] - 11:13, 11:22
**meet-and-confer** [1] - 11:13
**meet-and-confers** [1] - 11:22
**meeting** [2] - 4:20, 4:22
**members** [1] - 17:2
**mentioned** [1] - 9:15
**mesh** [1] - 16:13
**met** [1] - 3:25
**methods** [1] - 11:3
**microphones** [1] - 3:23
**mid** [1] - 12:10
**mid-to-late** [1] - 12:10
**might** [1] - 3:14
**MILLER** [3] - 2:10, 3:18, 5:4
**Miller** [4] - 3:15, 3:20, 5:4, 12:12
**million** [1] - 7:4
**mind** [1] - 18:24
**miscellaneous** [1] - 5:22
**Mobile** [1] - 17:12
**moment** [1] - 3:25
**money** [2] - 7:9, 10:6
**monitoring** [1] - 16:6
**monthly** [1] - 5:17
**months** [2] - 4:14, 5:8
**Morgan** [2] - 11:20
**morning** [1] - 5:16
**Moss** [1] - 5:7
**most** [1] - 12:9
**MOTION** [1] - 1:7
**motion** [7] - 4:18, 14:10, 14:13, 14:18, 15:1, 16:1

**motions** [3] - 12:3, 14:10
**move** [2] - 5:2, 18:7
**moved** [1] - 14:11
**MR** [39] - 3:12, 3:18, 4:3, 4:5, 4:8, 4:21, 5:4, 5:12, 5:16, 8:21, 9:10, 9:13, 11:7, 11:9, 11:11, 11:18, 11:25, 12:2, 12:5, 13:4, 13:9, 13:15, 13:18, 13:21, 13:22, 13:24, 14:7, 14:15, 14:17, 15:25, 16:8, 17:16, 17:19, 18:2, 18:15, 18:23, 19:1, 19:8, 19:14
**multiplier** [1] - 8:24
**multiply** [1] - 6:22
**MURRAY** [1] - 2:13

## N

**name** [1] - 5:16
**near** [1] - 11:14
**necessary** [1] - 7:8
**need** [5] - 8:11, 8:13, 10:7, 10:10, 11:1
**needs** [2] - 7:8, 13:16
**negotiated** [1] - 9:1
**never** [1] - 14:22
**NEW** [5] - 1:6, 2:12, 2:16, 3:1, 3:5
**new** [2] - 1:20, 5:6
**next** [8] - 4:23, 4:25, 5:8, 9:23, 10:1, 12:14, 14:12, 19:15
**NO** [1] - 1:5
**nothing** [2] - 5:12, 17:6
**notice** [7] - 15:2, 16:12, 16:14, 16:23, 17:17, 18:9
**notices** [4] - 10:15, 10:16, 10:19, 11:19
**notification** [1] - 10:17
**November** [2] - 18:18, 18:20
**number** [8] - 3:22, 5:19, 8:25, 9:20, 10:5, 10:15, 10:19, 11:2
**numbers** [2] - 9:5, 17:22

## O

**obviously** [3] - 14:18, 15:7, 15:10
**October** [1] - 11:21

**OF** [3] - 1:2, 1:12, 2:14
**office** [1] - 19:9
**OFFICES** [1] - 2:14
**official** [1] - 1:18
**Official** [1] - 19:21
**Oil** [1] - 17:12
**Omni** [2] - 4:9, 14:23
**once** [1] - 8:12
**one** [8] - 3:16, 6:2, 7:21, 9:4, 12:20, 13:24, 14:10, 19:4
**open** [2] - 10:5, 10:12
**opposition** [3] - 14:18, 14:19, 17:5
**opt** [1] - 16:25
**opt-outs** [1] - 16:25
**ORDER** [1] - 3:3
**order** [4] - 4:24, 15:25, 16:2, 16:13
**orders** [2] - 3:24, 4:2
**ORLEANS** [5] - 1:6, 2:12, 2:16, 3:1, 3:5
**Orleans** [1] - 1:20
**outreach** [1] - 10:21
**outs** [1] - 16:25
**owner** [1] - 13:23

## P

**PA** [1] - 2:5
**package** [1] - 11:15
**paid** [1] - 7:8
**Paper** [1] - 8:9
**paper** [1] - 17:24
**papers** [2] - 16:14, 16:15
**part** [6] - 10:17, 15:15, 15:20, 16:19, 16:20, 17:25
**particular** [3] - 4:14, 5:12, 8:22
**parties** [3] - 6:4, 10:13, 14:16
**pay** [4] - 6:21, 7:8, 10:14, 16:11
**payment** [7] - 7:5, 8:3, 8:4, 8:5, 8:21, 10:25, 11:3
**payments** [3] - 8:1, 8:12, 10:9
**Payton** [1] - 13:10
**PDF** [1] - 8:24
**people** [12] - 3:22, 7:14, 7:24, 8:11, 10:14, 10:21, 10:24, 11:6, 12:8, 12:16, 12:21, 19:12
**per** [2] - 6:20, 7:5
**period** [1] - 17:17
**personal** [2] - 16:6,

17:8
**personal-injury-**
  **primarily** [1] - 17:8
**pertaining** [1] - 12:7
**PHILADELPHIA** [1] -
  2:5
**phone** [1] - 3:22
**pier** [1] - 14:2
**place** [2] - 8:14, 9:4
**PLAINTIFFS** [1] - 2:3
**plaintiffs** [2] - 3:12,
  3:15
**plan** [1] - 16:16
**point** [4] - 5:1, 11:11,
  11:14, 18:17
**pool** [3] - 6:12, 6:13
**pools** [1] - 6:12
**portal** [3] - 8:9, 8:15,
  8:22
**post** [3] - 8:10, 8:21,
  9:2
**posted** [1] - 8:15
**PowerPoint** [2] - 8:10,
  8:16
**Poydras** [1] - 1:19
**POYDRAS** [2] - 2:11,
  2:15
**PRALE** [2] - 9:17, 9:20
**pre** [1] - 9:16
**pre-remediation** [1] -
  9:16
**predominance** [1] -
  17:10
**prescription** [1] - 13:2
**pretrial** [2] - 3:24, 4:2
**previously** [1] - 17:22
**Price** [1] - 11:20
**primarily** [1] - 17:8
**privilege** [1] - 11:13
**PRO** [1] - 2:13
**pro** [4] - 6:15, 6:17,
  7:17, 12:4
**problem** [2] - 13:9,
  14:8
**problems** [1] - 12:21
**procedure** [2] - 6:5,
  8:16
**proceeding** [3] - 15:9,
  15:10, 16:20
**proceedings** [1] -
  19:17
**PROCEEDINGS** [2] -
  1:12, 1:24
**process** [2] - 10:17,
  14:24
**processor** [1] - 4:12
**PRODUCED** [1] - 1:24
**Products** [1] - 3:11
**PRODUCTS** [1] - 1:4

**profile** [1] - 12:1
**program** [1] - 5:5
**programs** [1] - 5:3
**proper** [1] - 4:11
**properties** [1] - 15:12
**property** [3] - 12:9,
  16:7, 17:11
**proposed** [5] - 4:1,
  11:14, 15:25, 16:5,
  16:14
**provide** [1] - 15:18
**provided** [2] - 12:5,
  15:14
**PSC** [3] - 3:13, 3:18,
  13:19
**put** [2] - 9:10, 14:2

### Q

**questions** [4] - 7:12,
  10:24, 11:2, 17:3
**quickly** [2] - 7:9, 7:10,
  7:13
**quite** [2] - 9:19, 9:24

### R

**radar** [1] - 11:21
**rata** [2] - 6:15, 6:17
**rather** [2] - 17:23,
  18:17
**RE** [1] - 1:4
**Re** [1] - 3:10
**reached** [1] - 5:7
**ready** [1] - 12:23
**real** [2] - 7:13, 12:7
**realistically** [1] - 12:18
**reason** [1] - 12:21
**rec** [1] - 17:22
**receive** [4] - 6:16,
  7:18, 7:24, 8:4
**received** [5] - 4:11,
  5:20, 8:5, 10:21,
  11:11
**receiving** [2] - 7:11,
  11:6
**recently** [1] - 12:9
**recess** [2] - 19:16,
  19:17
**recognize** [1] - 12:18
**reconsider** [1] - 14:11
**record** [8] - 15:16,
  15:20, 16:19, 16:20,
  17:23, 17:25, 18:25,
  19:2
**reference** [1] - 17:24
**regard** [4] - 14:17,
  14:23, 15:24, 15:25
**RELATES** [1] - 1:8
**relocation** [1] - 6:1

**remediation** [3] - 5:3,
  5:5, 9:16
**remember** [1] - 12:17
**reminded** [1] - 17:16
**rent** [1] - 9:24
**rents** [1] - 10:12
**repair** [1] - 6:1
**report** [6] - 5:3, 5:13,
  5:15, 5:18, 12:6,
  12:14
**REPORTED** [1] - 1:24
**REPORTER** [1] -
  18:25
**Reporter** [2] - 1:18,
  19:21
**reports** [1] - 9:2
**represented** [2] - 7:15,
  17:1
**required** [2] - 7:20, 8:8
**requires** [1] - 16:17
**respond** [1] - 17:18
**response** [1] - 18:8
**responses** [1] - 11:12
**review** [7] - 5:21, 5:22,
  5:23, 9:15, 10:3,
  10:18, 16:21
**reviewing** [1] - 11:12
**reviews** [1] - 9:18
**revised** [1] - 16:2
**ripe** [1] - 14:23
**rmj@ahhelaw.com** [1]
  - 2:17
**RMR** [1] - 1:18
**ROBERT** [2] - 2:13,
  2:14
**Rowe** [1] - 11:19
**Russ** [1] - 3:12

### S

**sale** [1] - 10:2
**SASC** [3] - 4:9, 14:23
**scared** [1] - 3:18
**screen** [1] - 11:21
**SE** [1] - 2:13
**se** [2] - 17:7, 12:4
**seal** [3] - 15:22, 15:23,
  16:9
**Sean** [1] - 13:10
**seated** [1] - 3:7
**section** [2] - 8:9,
  11:19
**SECTION** [1] - 1:6
**SEDRAN** [1] - 2:3
**see** [5] - 7:9, 9:20,
  11:5, 18:14, 19:15
**seek** [2] - 15:13, 16:5
**seeking** [1] - 15:2
**sell** [2] - 12:23, 14:8
**senator** [1] - 18:10

**senators** [2] - 18:9,
  18:11
**send** [3] - 3:14, 7:14,
  7:15
**sense** [1] - 9:11
**sent** [1] - 13:25
**separate** [5] - 6:11,
  6:15, 7:20, 8:4
**separately** [1] - 16:9
**SEPTEMBER** [2] - 1:7,
  3:5
**September** [1] - 7:3
**series** [1] - 15:4
**service** [3] - 4:12,
  4:15, 14:25
**set** [3] - 10:6, 11:21,
  14:10
**settings** [1] - 4:4
**settlement** [5] - 5:6,
  6:8, 6:14, 7:20
**settlements** [1] - 5:11
**several** [1] - 18:9
**shared** [1] - 11:8
**short** [1] - 10:2
**short-sale** [1] - 10:2
**shortly** [2] - 9:22,
  11:13
**show** [1] - 8:22
**significant** [1] - 9:25
**silence** [1] - 18:15
**simple** [1] - 7:2
**situations** [1] - 12:20
**six** [2] - 4:14, 5:8
**Skip** [1] - 17:12
**source** [1] - 8:14
**speaking** [1] - 18:10
**specific** [1] - 17:9
**spreadsheet** [1] - 9:3
**square** [4] - 6:19,
  6:21, 6:22, 8:23
**stage** [1] - 4:23
**stands** [1] - 19:16
**Stanley** [1] - 11:20
**start** [1] - 5:19
**state** [2] - 4:4, 18:11
**states** [1] - 18:10
**STATES** [2] - 1:1, 1:14
**status** [6] - 5:18, 9:23,
  12:6, 12:14, 14:12,
  19:15
**STATUS** [1] - 1:7
**steering** [1] - 3:20
**STENOGRAPHY** [1] -
  1:24
**Stigma** [1] - 14:11
**still** [2] - 11:20, 14:24
**story** [1] - 13:5
**Street** [1] - 1:19
**STREET** [3] - 2:4,

2:11, 2:15
**structure** [1] - 7:19
**stuff** [1] - 14:2
**subject** [1] - 6:14
**submit** [2] - 4:24, 8:11
**submitted** [2] - 6:19,
  8:6
**sudden** [1] - 12:22
**suggestion** [1] - 13:18
**SUITE** [4] - 2:5, 2:7,
  2:12, 2:15
**supplier** [2] - 6:12,
  6:25
**Supply** [1] - 11:17
**Susan** [2] - 19:21,
  19:25
**SUSAN** [1] - 1:18,
  19:24
**susan_zielie@laed.**
  **uscourts.gov** [1] -
  1:20

### T

**tab** [1] - 8:16
**table** [1] - 3:16
**Taishan** [4] - 11:10,
  14:20, 15:12, 18:8
**team** [1] - 19:4
**term** [1] - 12:8
**terms** [1] - 10:12
**THE** [37] - 1:13, 2:10,
  3:7, 3:22, 4:4, 4:7,
  4:17, 5:3, 5:9, 5:14,
  8:18, 9:7, 9:12, 11:5,
  11:8, 11:10, 11:16,
  11:23, 12:1, 12:3,
  12:15, 13:8, 13:13,
  13:20, 14:6, 14:9,
  14:16, 15:21, 16:4,
  17:4, 18:1, 18:6,
  18:20, 18:25, 19:3,
  19:12, 19:15
**themselves** [1] - 15:19
**therefore** [1] - 15:2
**they've** [2] - 15:5, 17:1
**three** [4] - 5:8, 6:7,
  6:11, 13:9
**Thursday** [1] - 7:3
**THURSDAY** [1] - 1:7,
  3:1, 3:5
**TO** [2] - 1:8, 3:3
**to-date** [1] - 5:22
**today** [3] - 6:2, 8:10,
  14:13
**together** [1] - 9:11
**toll** [1] - 11:2
**toll-free** [1] - 11:2
**tomorrow** [1] - 8:11
**total** [3] - 5:19, 6:18

**touch** [2] - 10:15, 10:23
**transcript** [1] - 19:22
**TRANSCRIPT** [2] - 1:12, 1:24
**TRANSCRIPTION** [1] - 1:24
**translated** [1] - 4:11
**trial** [2] - 4:4, 16:16
**trying** [1] - 13:11
**two** [9] - 7:23, 7:24, 9:18, 11:3, 13:9, 14:10, 15:21, 15:23
**type** [3] - 5:21, 6:3, 12:19
**types** [4] - 5:24, 9:19, 9:23, 10:16

## U

**under** [7] - 5:1, 8:9, 8:15, 14:1, 15:22, 15:23, 16:9
**UNITED** [2] - 1:1, 1:14
**universe** [1] - 10:7
**up** [7] - 5:8, 6:7, 6:8, 7:16, 16:8, 17:23, 19:10
**usual** [1] - 9:2

## V

**valid** [1] - 7:25
**various** [2] - 10:17, 17:21
**Venture** [2] - 11:17, 11:24
**verification** [1] - 8:7
**view** [1] - 15:8
**vigorous** [1] - 10:21
**Virginia** [1] - 18:11
**visualize** [1] - 12:20

## W

**W-9** [1] - 8:7
**wait** [1] - 16:25
**WALNUT** [1] - 2:4
**week** [3] - 4:15, 13:9, 13:24
**WOODY** [5] - 5:16, 8:21, 9:10, 9:13, 11:7
**Woody** [1] - 5:17
**worth** [2] - 7:4, 10:9
**wrap** [1] - 5:7

## Y

**yardstick** [2] - 15:11,

17:13
**years'** [1] - 15:10
**yesterday** [1] - 11:11

## Z

**zero** [1] - 10:10
**ZIELIE** [2] - 1:18, 19:24
**Zielie** [2] - 19:21, 19:25