# EXHIBIT A

 



Home > About CNBM > CNBM at a glance



China National Building Materials Group Corporation (CNBM) was established in 1984 with approval from the State Council, and then became a Central Enterprise under direct supervision of State-owned Assets Supervision and Administration Commission of the State Council in 2003.

Upholding the philosophy of "Making Best Use of Resources to Serve Construction", and vigorously carrying out such strategies as "technical innovation", "Internationalization of building materials", and "building strength with talents", CNBM is the largest comprehensive building materials industry group in China that integrates scientific research, manufacturing and logistics into one entity, and consists of four business platforms, i.e. industry, technology, complete set of equipment, and trading & logistics. As of the end of 2009, CNBM's total assets exceeded RMB 110 billion, with 100,000 employees, and 20 companies under direct management with 100% share control or majority control, among which 6 were listed companies, including 2 overseas listed.

CNBM practices the parent-subsidiary management system, and is one of those wholly state-owned enterprises carrying out the pilot trial of Board of Directors system and innovation system. As the strategic center, decision center, resources center, and policy & culture center, our Group exercises its right as a contributor. Whereas, our sub-groups functioning as business platforms, are mandated to construct the profit center based on their core competences to enlarge brand awareness and increase market share.

### About CNBM

CNBM at a glance
Chairman's Address
Board of Directors
Senior Management
Strategy
Achievements and Awards
Management Style

### All CNBM Group Websites

— Subsidiaries —



Copyright©2003 China National Building Material Group Corporation