**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THE PSC'S SUPPLEMENTAL MEMORANDUM**
**OF LAW IN SUPPORT OF BILL OF COSTS**

**I. INTRODUCTION**

Following the Court's monthly status conference on September 18, 2014, Lead and Liaison Counsel met with Carol L. Michel, Chief Deputy Clerk. Ms. Michel requested clarification regarding several aspects of the Bill of Costs submitted by the PSC in connection with the *Germano* trial [Rec.Doc. 17825]. Pursuant to the Clerk's Order of September 18, 2014 [Rec.Doc. 18014], the Plaintiffs' Steering Committee ("PSC") submits this supplemental memorandum of law in support of its Bill of Costs Submission to address those issues raised by the Clerk of Court.

**II. BACKGROUND OF THE BILL OF COSTS**

*Germano v. Taishan Gypsum Co., Ltd.*, f/k/a Shandong Taihe Dongxin Co. Ltd. ("Taishan"), was a class action that was initially filed in the Eastern District of Virginia. As a tag-along action it was transferred to this Court upon the institution of MDL 2047.[1] Following the transfer to this Court, like all actions in the MDL, the matter was subject to the blanket stay imposed by Pretrial

---

[1]*In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 626 F.Supp. 2d 1346 (J.P.M.L. 2009).

1

Order No. 1, as amended. With leave of court, the complaint was amended to assert product defect claims on behalf of a national class of property owners.[2] Thereafter, on November 20, 2009, the Court entered a preliminary default against Taishan  An Assessment of Damages hearing occurred on February 19 - 20, 2010, after this Court permitted the following 14 Virginia homeowners to intervene into the proceedings:

1) Deborah and William Morgan,
2) Jerry and Inez Baldwin,
3) Joe and Cathy Leach,
4) Robert and Lisa Orlando,
5) Fred and Vanessa Michaux,
6) Preston and Rachel McKellar, and
7) Steven and Elizabeth Heischober.

On May 11, 2010, the Court issued a Default Judgment against TG in *Germano*, in favor of the Intervening-Plaintiffs, in the amount of $2,609,129.99. (Rec. Doc. 3031). On June 10, 2010, TG filed a Notice of Appeal of the Default Judgment in Germano. ®. Doc. 3670), and, thereafter, sought to have the Default Judgment vacated for lack of personal jurisdiction. Given the sensitivities involved with the Chinese defendants the Court focused these proceedings solely on the jurisdictional aspects of the case, and stayed all other ancillary matters. Exemplifying this deliberate approach to the litigation, TG sought and obtained a stay of the appeal in the Fifth Circuit Court of Appeals (Rec.Doc. 5649), which allowed this Court to issue a Rule 62.1 Order to allow it to consider Taishan's motions. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.,* 894 F. Supp. 2d 819, 833 (E.D.La. 2012), *aff'd,* 742 F.3d 576 (5th Cir. 2014) and 753 F.3d 521 (5th Cir. 2014).

---

[2]Service of the various *Germano* complaints upon Taishan were accomplished under the Hague Convention pursuant to Fed.R.Civ.P. 4. Such foreign service, including translations of the complaints, was done at great expense on behalf of all litigants in the MDL.

Whilst the matter was stayed, the parties engaged in significant discovery related to Taishan's challenge to personal jurisdiction. After discovery was concluded, motions practice continued on the stayed judgment. On September 4, 2012, this Court issued its much anticipated Order and Reasons denying Taishan's Motions. *Id.* Only ten days later, on September 14, 2012, Taishan and TTP continued to maintain the standstill by filing Motions for Interlocutory Appeal and Stay of Further Proceedings (Rec.Doc. Nos. 15812 & 15813). This Court confirmed the stays by granting these motions and ordering on October 16, 2012 (Rec.Doc. 15952) that:

> All proceedings against TG and TTP be and are hereby STAYED during the pendency of this appeal and until further ordered by the Court.

The appeals were resolved at the Fifth Circuit in a series of four appeals. The *Germano* appeal was determined by *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 742 F.3d 576 (5th Cir. 2014) and the remaining appeals were resolved *by In re Chinese-Manufactured Drywall Prod. Liab. Litig.,* 753 F.3d 521 (5th Cir. 2014). Following this last opinion, on June 13, 2014, the PSC filed its Motion to Lift Stay to Permit Further Proceedings, which included the ability to finally file its stayed Bill of Costs. That motion was granted by Order dated June 23, 2014 (Rec.Doc.17777). Thereafter, well within the 30-day time period to submit same, the PSC filed its Bill of Costs.

As a result of the serial, overlapping and continuing stays in place over the course of this litigation, the PSC submits that its Bill of Costs was timely submitted.

### III. **EXPLICATION OF SPECIFIC INQUIRIES BY THE CLERK OF COURT**

The Clerk of Court posed several specific inquires about the Bill of Costs. Each of these questions are addressed below:

  a.   The prevailing parties are the 14 Virginia Intervening-Plaintiffs listed above.

  b.   The losing party is Taishan.

3

c.  Depositions were taken in accordance with directives of the Honorable Eldon E. Fallon consistent with orders the Court previously order in the Deposition Guidelines protocol in *In re Vioxx Product Liability Litig.*, MDL 1657, PTO No. 9 (E.D.La. Apr. 15, 2005). Pursuant to that order, the PSC both videotaped and stenographically recorded all depositions; and, where technically possible, made them contemporaneously accessible over the internet. The video and streaming of these depositions was essential in these MDL proceedings as many of the witnesses were outside the subpoena powers of the Court, allowed state court counsel to participate in cross-noticed depositions and enabled participation for witnesses that resided outside the United States, including in China. As a consequence, teleconference expenses were regularly incurred, as reflected on the invoices submitted, for depositions so that counsel could attend or participate from remote locations.

d.  Expedited charges were incurred in the *Germano* litigation given the extraordinarily short time constraints imposed on the litigants. MDL 2047 began on June 15, 2009. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 626 F.Supp. 2d 1346 (J.P.M.L. 2009). The entry of preliminary default against Taishan did not occur until November 20, 2009. Five days later, the initial *Germano* trial schedule issued on November 25, 2009 (Rec.Doc. 502). In the approximately 10 weeks between the issuance of that Order and the trial that took place on February 19-20, 2010, by the Court's own account, "*[v]igorous* discovery was conducted by the Intervenors." *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL No. 2047, Findings of Fact and Conclusions of Law at 5 (E.D.La. Apr. 8, 2010)(Rec.Doc. 2380)(emphasis added). The compressed 10 week window for both fact and expert discovery demanded expedited efforts of counsel. Expedited costs were necessarily incurred to meet the stresses and demands imposed by such a rigorous scheduling order.

e.  PTO No. 3 issued on July 2, 2009. That order appointed Russ Herman as Plaintiffs' Liaison Counsel. Amongst the many duties imposed upon Liaison counsel was the obligation "to coordinate the establishment of a document depository, real or virtual, to be available to all participating plaintiffs counsel." *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, MDL No. 2047, Pretrial Order No. 3 (E.D.La. July 2, 2009)(Rec.Doc. 21). Liaison Counsel faithfully complied with the Court's Order and incurred significant expenses necessary to create, establish and maintain the depository, which expenses regularly appear on invoices submitted in the Bill of Costs.

f.  <u>Exemplification Costs for Venue Docket, LLC.</u> (Rec.Doc 17825-3 at 108 of 162) - Venue Docket was responsible for trial support services during the February 19-20, 2010 trial. All of the visual demonstrations, including presentations of exhibits, were supported by Venue Docket. The company invoiced the PSC for its services as "technical time." The actual cost of the PSC to acquire these services was $13,208.75. In addition to this technical time, other expenses incurred for exemplification were charged to the PSC as reflected on the same invoice.

4

      g.      <u>Exemplification Costs for Visual Sciences, Inc.</u> (Rec.Doc 17825-3 at 114 of 162) - VSI was responsible for the creation of the dramatic animations used at the trial and introduced as evidence (Exb. P1.1885) that depicted the corrosive environment created by the off-gassing of Taishan's drywall. The actual cost of the PSC to acquire the exemplification and expert recreation and modeling cost $48,829.80. Those are the only expenses from VSI that the PSC requests. The incidental travel costs should be excluded and not considered part of the PSC's Bill of Costs.

      h.      <u>Other costs (Expert Travel Expenses)</u> (Rec.Doc 17825-3 at 3 of 162) - These expenses were actually incurred travel costs to have Plaintiffs' experts appear in person at the trial on February 19-20, 2010.

## IV.    CASH BOND IN REGISTRY OF COURT

Pursuant to August 12, 2010 Minute Entry [Rec. Doc. 5207], Taishan was required to post a $5,000 cash bond with the Clerk of Court. The cash bond is being held in the Registry of the Court, and the PSC will move to withdraw the cash bond at a later date.

## V. CONCLUSION

For the reasons set forth above, the PSC respectfully submits that its Bill of Costs is well supported and should be approved.

Dated:   October 3, 2014

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (LA Bar No. 6819)
Leonard A. Davis, Esquire (LA Bar No. 14190)
Stephen J. Herman, Esquire (LA Bar No. 23129)
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
425 W. Airline Highway, Suite B
Laplace, LA 70068
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
Steckler, LLP
12720 Hillcrest Road, Ste 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
The Lambert Firm
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker Waichman, LLP
27300 Riverview Center Blvd.
Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@attorneys4people.com

Christopher Seeger
Seeger Weiss, LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Daniel K. Bryson
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5002
dan@wbmllp.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Victor M. Diaz, Jr., Esquire
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis | Andrew A. Lemmon |
| HAUSFELD LLP | Lemmon Law Firm, LLC |
| 1700 K Street, N.W | P.O. Box 904 |
| Suite 650 | 15058 River Road |
| Washington, DC 20006 | Hahnville, LA 70057 |
| Phone: (202) 540-7200 | Phone: (985) 783-6789 |
| Fax: (202) 540-7201 | Fax: (985) 783-1333 |
| rlewis@hausfeldllp.com | andrew@lemmonlawfirm.com |

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of October, 2014.

                                                /s/ Leonard A. Davis
                                                Leonard A. Davis, Esquire
                                                HERMAN, HERMAN & KATZ, LLP
                                                820 O'Keefe Avenue
                                                New Orleans, Louisiana 70113
                                                Phone: (504) 581-4892
                                                Fax: (504) 561-6024
                                                Ldavis@hhklawfirm.com
                                                Plaintiffs' Liaison Counsel
                                                MDL 2047