# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:
ALL CASES AND

*Germano, et al. v. Taishan Gypsum Co., Ltd.*
*f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,*
Case No. 09-6687 (E.D. La.):

*Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 09-6690 (E.D. La.)

Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. Case No 10-361 (E.D. La.);

Amorin, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,
Civ. Action No. 11-1672 (E.D. La.);

Amorin, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,
Civ. Action No. 11-1395 (E.D. La.);

Amorin, et al. v. Taishan Gypsum Co., Ltd.
f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,
Civ. Action No. 11-1673 (E.D. La.);

## AFFIDAVIT OF SMITH-EDWARDS-DUNLAP PRINTING COMPANY
## IN CONNECTION WITH NOTICE BY MAILING

**COMMONWEALTH OF PENNSYLVANIA**      :    **SS:**
**COUNTY OF PHILADELPHIA**

BE IT KNOWN that appeared before me Tim Walters who being duly sworn deposes and says that:

1. He is Production Coordinator of Smith-Edwards-Dunlap Printing Company, Agents for Levin, Fishbein, Sedran & Berman which was retained to aid in giving notice to the Class in this matter.

2. Using information supplied to us, Smith-Edwards-Dunlap Printing Company addressed and delivered on October 3, 2014 to the United States Post Office, at Lindbergh Blvd. 3,514 pieces of First Class Presort Mail of the attached material marked "Exhibit A".

_____
Tim Walters

SWORN TO AN SUBSCRIBED TO
before me this 3rd day of
October, 2014.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
VIRGINIA K. ZINK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 20, 2018

**IMPORTANT LEGAL NOTICE**

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF PENDENCY OF CLASS ACTION

TO: ALL OWNERS OF REAL PROPERTIES IN THE UNITED STATES, WHO ARE NAMED PLAINTIFFS ON THE COMPLAINTS IN *AMORIN, GERMANO, GROSS,* AND/OR *WILTZ* (I.E., NOT AN ABSENT CLASS MEMBER), ASSERTING CLAIMS FOR REMEDIATED DAMAGES ARISING FROM, OR OTHERWISE RELATED TO CHINESE DRYWALL MANUFACTURED, SOLD, DISTRIBUTED, SUPPLIED, MARKETED, INSPECTED, IMPORTED OR DELIVERED BY THE TAISHAN DEFENDANTS.

This Notice is given pursuant to Fed.Rule.Civ.P. 23(c)(2)(B), and an Order of the Honorable Eldon E. Fallon, Judge for the United States District Court for the Eastern District of Louisiana ("the Court") dated September 26, 2014, of the pendency of a class action on behalf of the above-defined class. If you are a member of the class your legal rights may be affected.

**READ THIS NOTICE CAREFULLY—THIS NOTICE DESCRIBES THE CERTIFICATION OF AN ACTION ON BEHALF OF THE CLASS, AND YOUR RIGHTS TO EXCLUDE YOURSELF FROM THE CLASS.**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU FILED A LAWSUIT AGAINST THE TAISHAN DEFENDANTS.[1]**

### THE LITIGATION

Class members have filed lawsuits identified in footnote 2 claiming the Taishan Defendants manufactured and distributed defective drywall. These litigants are claiming that the Taishan Defendants' defective drywall emits foul odors and corrodes certain materials and appliances. They are asking the Court to award repair relief to everyone who owns a property built with the Taishan Defendants' defective drywall. The plaintiffs assert that the Taishan Defendants are legally responsible for the repair and replacement of class members' properties as a result of the installation of the Taishan Defendants' defective drywall in class members' homes.

The plaintiffs are not seeking to recover damages for personal injuries or medical monitoring as part of these class proceedings. To the extent any class member seeks to recover damages for personal injuries and/or medical monitoring, such claims are reserved and must be separately pursued on an individual basis.

---

[1] The "Taishan Defendants" are comprised of the following entities: Taishan Gypsum Co. Ltd. (hereafter "Taishan"); Beijing New Building Materials Limited Co. (hereafter "BNBM"); Beijing New Building Materials Group Co., Ltd. (hereafter "BNBM Group"); China National Building Materials Co., Ltd. (hereafter "CNBM"); China National Building Materials Group Corporation (hereafter "CNBM Group"); and Tai'an Taishan Plasterboard Co., Ltd (hereafter "TTP").

The plaintiffs have obtained default judgments against the Taishan Defendants. Because of these default judgments, the Taishan Defendants will be precluded from offering any defenses concerning their liability to the Class. In future proceedings, plaintiffs will establish class-wide damages pursuant to Rule 55(b)(2)(B). Plaintiffs will prove class-wide damages on an aggregate basis by presenting evidence concerning the total square footage of properties owned by class members and the cost per square foot to repair and replace the defective drywall in class members' properties (i.e., the current price per square foot to remediate multiplied by the number of square feet in class members' homes = damages).

THE PURPOSE OF THIS NOTICE IS TO ADVISE YOU OF THESE EVENTS AND THEIR POTENTIAL EFFECT ON YOUR RIGHTS.

## DEFINITION OF THE CLASS

The Court has certified a Class defined as follows:

All owners of real properties in the United States, who are named Plaintiffs on the complaints in *Amorin, Germano, Gross*, and/or *Wiltz* (i.e., not an absent class member), asserting claims for remediated damages arising from, or otherwise related to Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by the Taishan Defendants.[2]

Plaintiffs, Eduardo and Carmen Amorin, Albert and Betsy Butzer, Jack and Anna McGinn, Thomas and Virginia Spencer, and Elliot and Angelina Everard ("Plaintiffs"), have been appointed by the Court to serve as representatives for the Class.

## FURTHER PROCEEDINGS

If you are a member of the Class you need do nothing at this time and your interests will be represented by the Plaintiffs and Class Counsel. If you choose, you may enter an appearance through your own attorney at your own expense. You may also request to be excluded from the Class (discussed below).

As a member of the Class, you will not be personally responsible for any attorneys' fees or litigation costs or expenses unless you retain your own attorney, in which case you will be responsible for your attorney's fees, costs and expenses.

If a recovery is ultimately obtained for the Class, either through a judgement or settlement, Class Counsel will seek to be awarded attorneys' fees and costs out of any recovery obtained on behalf of the Class. In such case, your share of the recovery will bear its proportionate share of those costs and fees.

As a member of the Class, you will be bound by the judgment or other final disposition of this lawsuit whether that disposition is favorable to the Class or to the Taishan Defendants. If relief is obtained for the Class, you may be entitled to participate in any measure of relief that is recovered. Also, you will have an opportunity to be heard respecting any proposed settlement or dismissal of the class action.

You may be required as a condition to participating in any recovery obtained through settlement or trial to present evidence respecting the presence of the Taishan Defendants' defective drywall in your property. You should, therefore, preserve any records that you have pertaining to the presence of the Taishan Defendants' defective drywall in your property.

## EXCLUSION FROM CLASS

If you fall within the definition of the Class (see above), you are automatically a Class member and need not do anything at this time unless you do not want to be a part of the Class. If you do not wish to be included in the Class, you must send a request for exclusion to HERMAN, HERMAN & KATZ, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, in an envelope postmarked no later than **October 27, 2014**. Your request for exclusion should set forth your name, address, and telephone number. All requests for exclusion must be personally signed by the Class member requesting exclusion.

IF YOUR REQUEST FOR EXCLUSION DOES NOT INCLUDE ALL OF THE FOREGOING INFORMATION, IS NOT PERSONALLY SIGNED BY THE CLASS MEMBER, OR IS NOT POSTMARKED BY THE DEADLINE ABOVE, IT SHALL NOT BE A VALID REQUEST FOR EXCLUSION. THE PERSON OR ENTITY FILING AN INVALID REQUEST FOR EXCLUSION SHALL BE A MEMBER OF THE CLASS AND BOUND BY ANY FURTHER ACTION TAKEN BY THE COURT AFFECTING THE CLASS UNLESS LEAVE OF COURT IS OBTAINED.

---

[2] This class action includes all current and former owners of properties in the United States containing drywall manufactured by these defendants who are participants (either in the original action or in complaints in intervention) in the Class Action Complaints in *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.); *Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (E.D.La); *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-080 (E.D.La); *Haya, et al. v. Taishan Gypsum Corp. Ltd., et al.*, Civ. Action No. 11-1077 (E.D.La.); *Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action. 12-0498 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.). For administrative reasons the class definition is limited to the actions in *Amorin, Germano, Gross* and *Wiltz*. All class members are named plaintiffs in the *Amorin* actions.

If your valid request for exclusion is timely received, the Court will exclude you from the Class and you will not be bound by—or entitled to participate in—any judgment in this action. The judgment will bind plaintiffs and all members of the Class who have not timely requested exclusion from the Class.

## ADDITIONAL INFORMATION

The following law firms have been approved by the Court to serve as counsel for the Class ("Class Counsel"):

Russ M. Herman, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

If you remain a member of the Class and you wish to communicate with Class Counsel, or if you have any questions concerning any of the matters contained in this Notice, you should contact Class Counsel directly.

This Notice is issued pursuant to an order of the Court. Additional notice(s) may be provided as the Court directs.

**PLEASE DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE OR THE LITIGATION.
ALL INQUIRES SHOULD BE DIRECTED TO CLASS COUNSEL.**

BY ORDER OF THE HONORABLE
ELDON E. FALLON
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DATED: September 26, 2014

LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street,
Suite 500
Philadelphia, PA 19106

**PLEASE FORWARD**

**FIRST CLASS MAIL**

PLEASE FORWARD—IMPORTANT LEGAL NOTICE