UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The Court has been informed that the Pearl Farmer appeal arising out of the Virginia Settlements, (Rec. Doc. 18026), has been resolved. Accordingly,

**IT IS ORDERED** that prior order setting oral argument on Pearl Farmer's appeal is **VACATED AS MOOT**. Oral argument remains scheduled for the similar appeal of Phillip and Clarine Allen. (Rec. Doc. 18031).

New Orleans, Louisiana, this 3rd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE