**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| * | MDL No. 02047 |
| * | |
| IN RE: CHINESE-MANUFACTURED    * | SECTION L |
| PRODUCTS LIABILITY LITIGATION    * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE WILKINSON |
| * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**THIS DOCUMENT RELATES TO ALL CASES**

**STIPULATION TO POSTPONE HEARING DATE ON MOTION TO QUASH
SUBPOENA ISSUED TO T. ROWE PRICE GROUP, INC.**

**NOW INTO COURT,** through undersigned counsel, comes T. Rowe Price Group, Inc. ("T. Rowe"), a non-party to this litigation, who, along with Plaintiffs, through their counsel, Leonard A. Davis, Esquire, file this stipulation requesting that a hearing and ruling on the motion to quash subpoena filed by T. Rowe on August 11, 2014 be deferred, without prejudice to T. Rowe or Plaintiffs.  A hearing on the motion currently is scheduled for October 21, 2014.  If T. Rowe and Plaintiffs are not able to reach an amicable resolution regarding the motion to quash, they will file a renewed motion requesting a review of and hearing on the motion to quash.

Respectfully submitted,

_____/s/  Rebecca L. Caldwell_____

Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*

October 7, 2014

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2014, a copy of this Stipulation to Postpone Hearing Date on Motion to Quash Subpoena Issued to T. Rowe Price Group, Inc. was served upon all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/  Rebecca L. Caldwell
Ward B. Coe, III
MD. Fed. Bar. No. 00282
wcoe@gejlaw.com
Rebecca L. Caldwell
MD. Fed. Bar No. 28957
rcaldwell@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland  21201
(410) 727-7702
*Attorneys for T. Rowe Price Group, Inc.*
