UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAGISTRATE JUDGE |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | | WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

In light of the stipulation between the Plaintiffs' Steering Committee and T. Rowe Price, (Rec. Doc. 18042),

**IT IS ORDERED** that resolution of T. Rowe Price's motion to quash, (Rec. Doc. 17948), be **DEFERRED** and that the motion will not be heard on October 21, 2014. All other matters previously scheduled for October 21, 2014 remain.

New Orleans, Louisiana, this 8th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

1