**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * **MDL NO. 2047** |
| **DRYWALL PRODUCTS LIABILITY** | * |
| **LITIGATION** | * **SECTION: L** |
| | * |
| | * **JUDGE FALLON** |
| | * |
| **THIS DOCUMENT RELATES TO:** | * **MAG. JUDGE WILKINSON** |
| **ALL CASES** | * |
| | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## STIPULATION TO POSTPONE HEARING DATE ON MOTION TO QUASH SUBPOENA ISSUED TO MORGAN STANLEY

**NOW INTO COURT**, through undersigned counsel, comes non-party Morgan Stanley, who along with Plaintiffs, through their counsel, Leonard A. Davis, file this stipulation requesting that a hearing and ruling on the Motion to Quash filed by Morgan Stanley on September 12, 2014, be deferred, without prejudice to Morgan Stanley or Plaintiffs.  A hearing on the motion currently is scheduled for October 21, 2014.  Plaintiffs and Morgan Stanley agree that the best course is to continue the hearing on Morgan Stanley's motion.  If Morgan Stanley and Plaintiffs are not able to reach an amicable resolution regarding the Motion to Quash, they will file a renewed motion requesting a review of and hearing on the Motion to Quash.

Respectfully Submitted,

/s/ *James M. Garner*_____
JAMES M. GARNER, LA BAR #19589
ASHLEY G. COKER, LA BAR # 30446
EMILY E. ROSS, LA BAR # 34739
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Phone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR MORGAN STANLEY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation to Postpone Hearing Date on Motion to Quash Subpoena Issued to Morgan Stanley has been served on counsel for the Plaintiffs' Steering Committee, Leonard A. Davis, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> on all parties by electronically filing via CM/ECF, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of October, 2014.

/s/ *James M. Garner*_____
JAMES M. GARNER