UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------------------------------x
IN RE:  CHINESE-MANUFACTURED          :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :   SECTION:  L
LITIGATION                            :
-----------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :
                                      :   JUDGE FALLON
ALL CASES                             :
                                      :   MAG. JUDGE WILKINSON
                                      :
                                      :
-----------------------------------------------------------------x
```

## MOTION FOR AN ORDER EXTINGUISHING
## THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS
## FOR CERTAIN CLAIMS

NOW COME the Knauf Defendants, by and through undersigned counsel, who move this Honorable Court for an Order extinguishing the Knauf Defendants' obligation to move certain claims forward in the settlement program because they failed to timely return documentation required in the Knauf Class Settlement Agreement and/or the Settlement Agreement Regarding Post-December 9, 2011 Claims. The reasons for this Motion are fully set forth in the attached memorandum in support.

Respectfully submitted,

/s/  Kyle A. Spaulding
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, #3700
New Orleans, LA 70162
Phone: (504)599-8194
Fax: (504)599-8145
kmiller@frilot.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 10th day of October 2014.

                   /s/ Kyle Spaulding