

FRILOT | LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Kerry J. Miller
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

August 18, 2014

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
Mr. David Durkee
Milstein Adelman
Alhambra Plaza, Suite 1603
Coral Gables, FL 33134

Re: Outstanding Work Authorization -- Edwin Grove
Our file no: 1977-090255

Dear Brian:

As you are aware, the remediation of Edwin Grove's home is contingent upon receipt by Moss & Associates, LLC ("Moss") of the Work Authorization Packet. Moss has informed us that the Work Authorization Packet was sent to your client identified on the attached spreadsheet more than thirty (30) days ago. Column G on the attached spreadsheet indicates the date that Moss sent the Work Authorization Packet to your clients for signature.

Class Action Procedure No. 2014-7, filed with the Court on April 21, 2014, mandates that Work Authorization Packets shall be returned to Moss within thirty (30) days of receipt of the materials. See attached CAP No. 2014-7 at section 3. Pursuant to CAP No. 2014-7, because the claimant identified on the attached spreadsheet has failed to return the Work Authorization Packet within the deadline, the claim for settlement benefits are untimely.

In order to obtain remediation under the settlement, your client must return the signed Work Authorization Packet to Moss by no later than September 15, 2014. If the Work Authorization Packet is not returned by September 15, 2014, the Knauf Defendants will not fund the remediation of the home(s) of the non-compliant claimant(s).

Sincerely,

Kerry J. Miller

KJM/sc
Enclosures



EXHIBIT

A

| Homeowner | Address | City | State | Zip | Law Firm | Date WA sent out | Notes |
|-----------|---------|------|-------|-----|----------|------------------|-------|
| Grove, Edwin | 20307 SW 324th Street | Homestead | FL | 33030 | Milstein Adelman LLP | 1/24/2014 | |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com₃

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.77 |

Postmark Here   AUG 18 2014

Sent To
Mr. David Durkee
Milstein Adelman
Alhambra Plaza, Suite 1603
Coral Gables, FL 33134

KTM

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

7014 1200 0000 2483 0697

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. David Durkee
Milstein Adelman
121 Alhambra Plaza, Suite 1603
Coral Gables, FL 33134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Y. Morales
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Yanelis Morales  8/21/14

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7014 1200 0000 2483 0697
(Transfer from service label)

PS Form 3811, July 2013          Domestic Return Receipt



FRILOT | LLC

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Kerry J. Miller
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

September 16, 2014

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
Ms. April Goodwin
Parker Waichman, LLP
27300 Riverview Center
Suite 103
Bonita Springs, FL 34134

Re: Outstanding Work Authorization – Jessica Martinez
Our file no: 1977-090255

Dear April:

As you are aware, the remediation of Jessica Martinez' home is contingent upon receipt by Moss & Associates, LLC ("Moss") of the Work Authorization Packet. Moss has informed us that the Work Authorization Packet was sent to your client identified on the attached spreadsheet more than thirty (30) days ago. Column G on the attached spreadsheet indicates the date that Moss sent the Work Authorization Packet to your client for signature.

Class Action Procedure No. 2014-7, filed with the Court on April 21, 2014, mandates that Work Authorization Packets shall be returned to Moss within thirty (30) days of receipt of the materials. See attached CAP No. 2014-7 at section 3. Pursuant to CAP No. 2014-7, because the claimant identified on the attached spreadsheet has failed to return the Work Authorization Packet within the deadline, the claim for settlement benefits are untimely.

In order to obtain remediation under the settlement, your client must return the signed Work Authorization Packet to Moss by no later than September 30, 2014. If the Work Authorization Packet is not returned by September 30, 2014, the Knauf Defendants will not fund the remediation of the home(s) of the non-compliant claimant(s).

Sincerely,

Kerry J. Miller

KJM/sc
Enclosures

| Homeowner | Address | City | State | Zip | Law Firm | Date WA sent out | Notes |
|-----------|---------|------|-------|-----|----------|------------------|-------|
| Martinez, Jessica | 8202 SW 189 Terrace | Miami | FL | 33157 | Parker Waichman, LLP | 5/21/2014 | |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.48 |

SEP 16 2014
NEW ORLEANS LA 70113
Postmark Here
USPS
RJM

1977-09025

Ms. April Goodwin
Parker Waichman, LLP
27300 Riverview Center
Suite 103
Bonita springs, FL 34134

PS Form 3800, August 2006                    See Reverse for Instructions

7014 1200 0000 2483 0789

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. April Goodwin
   Parker Waichman, LLP
   27300 Riverview Center
   Suite 103
   Bonita springs, FL 34134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☑ No

   *Cindy F Collins*

3. Service Type
   ☑ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
   *(Transfer from service label)*     7014 1200 0000 2483 0789

PS Form 3811, July 2013          Domestic Return Receipt



ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
**Telephone: (504)599-8194**
**Facsimile: (504)599-8145**
**E-mail: kmiller@frilot.com**

August 18, 2014

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
Mr. Jim Reeves
Reeves & Mestayer, PLLC
P. O. Drawer 1388
Biloxi, MS 39533

Re:    Outstanding Work Authorizations –
        See Client List on attached Spreadsheet
        Our file no: 1977-090255

Dear Jim:

As you are aware, the remediations of certain homes owned by your clients are contingent upon receipt by Moss & Associates, LLC ("Moss") of the Work Authorization Packets. Moss has informed us that Work Authorizations Packets were sent to your clients identified on the attached spreadsheet more than thirty (30) days ago. Column G on the attached spreadsheet indicates the date that Moss sent the Work Authorization Packets to your clients for signature.

Class Action Procedure No. 2014-7, filed with the Court on April 21, 2014, mandates that Work Authorization Packets shall be returned to Moss within thirty (30) days of receipt of the materials. See attached CAP No. 2014-7 at section 3. Pursuant to CAP No. 2014-7, because the claimants identified on the attached spreadsheet have failed to return the Work Authorization Packets within the deadline, their claims for settlement benefits are untimely.

In order to obtain remediation under the settlement, your clients must return the signed Work Authorization Packets to Moss by no later than September 15, 2014. If any of the Work Authorization Packets are not returned by September 15, 2014, the Knauf Defendants will not fund the remediation of the home(s) of the non-compliant claimant(s).

Sincerely,

Kerry J. Miller

KJM/sc

Enclosures

| Homeowner | Address | City | State | Zip | Law Firm | Date WA sent out | Notes |
|---|---|---|---|---|---|---|---|
| McIntyre, John (Rapp, Chari-daughter) | 2107 Nicholson Avenue | Waveland | MS | 39576 | Reeves & Mestayer, PLLC | 5/21/2014 | |
| Strong, William + Marcella | 4038 Mulatto Drive | Pearlington | MS | 39572 | Reeves & Mestayer, PLLC | 5/6/2014 | |
| Flowers, Ashley + Robert | 11276 Creek Drive | Gulfport | MS | 39503 | Reeves and Mestayer | 2/11/2014 | |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6 69 |

Postmark Here

KJM

Sent To: Mr. Jim Reeves
Street, Apt. No. or PO Box No.: Reeves & Mestayer, PLLC
P.O. Drawer 1388
City, State, ZIP+4: Biloxi, MS 39533

PS Form 3800, August 2006     See Reverse for Instructions

7014 1200 0000 2483 0642

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jim Reeves
Reeves & Mestayer, PLLC
P.O. Drawer 1388
Biloxi, MS 39533

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Sen Hoch_          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Sara Hombanon    8/20/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7014 1200 0000 2483 0642

PS Form 3811, July 2013     Domestic Return Receipt



**F R I L O T | LLC**

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana  70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

Kerry J. Miller
Telephone: (504)599-8194
Facsimile:  (504)599-8145
E-mail:  kmiller@frilot.com

August 18, 2014

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
Ms. Renella Miller Reid
2109 Unity Village Drive
Ruskin, Florida 35570

Re: Outstanding Work Authorizations
Our file no: 1977-090255

Dear Ms. Reid:

As you are aware, the remediation of your home is contingent upon receipt by Moss & Associates, LLC ("Moss") of the Work Authorization Packet.  Moss has informed us that your Work Authorization Packet was sent to you more than thirty (30) days ago.

Class Action Procedure No. 2014-7, filed with the Court on April 21, 2014, mandates that Work Authorization Packets shall be returned to Moss within thirty (30) days of receipt of the materials.  See attached CAP No. 2014-7 at section 3.  Pursuant to CAP No. 2014-7, because you have failed to return the Work Authorization Packet within the deadline, your claim for settlement benefits is untimely.

In order to obtain remediation under the settlement, you must return the signed Work Authorization Packet to Moss by no later than September 15, 2014.  If the Work Authorization Packet is not returned by September 15, 2014, the Knauf Defendants will not fund the remediation of your home.

Sincerely,

Kerry J. Miller

KJM/sc
Enclosure

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.48 |

Postmark Here

Sent To  Ms. Renella Miller Reid
Street, Apt. No.
or PO Box No.  2109 Unity Village Drive
City, State, ZIP+4  Ruskin, FL  35570

K.T.M.

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Renella Miller Reid
2109 Unity Village Drive
Ruskin, FL  35570

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 1200 0000 2483 0628

PS Form 3811, July 2013          Domestic Return Receipt



FRILOT | L.L.C.

ATTORNEYS AT LAW

Frilot L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Phone: 504.599.8000
Facsimile: 504.599.8100
www.frilot.com

**Kerry J. Miller**
Telephone: (504)599-8194
Facsimile: (504)599-8145
E-mail: kmiller@frilot.com

August 29, 2014

**VIA CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**
Mr. Gary Mason
Whitfield Bryson & Mason
1625 Massachusetts Avenue  NW
Suite 605
Washington, DC 20036

Re:     Outstanding Work Authorizations --
        See Client List on attached Spreadsheet
        Our file no: 1977-090255

Dear Gary:

As you are aware, the remediations of certain homes owned by your clients are contingent upon receipt by Moss & Associates, LLC ("Moss") of the Work Authorization Packets. Moss has informed us that Work Authorizations Packets were sent to your clients identified on the attached spreadsheet more than thirty (30) days ago. Column G on the attached spreadsheet indicates the date that Moss sent the Work Authorization Packets to your clients for signature.

Class Action Procedure No. 2014-7, filed with the Court on April 21, 2014, mandates that Work Authorization Packets shall be returned to Moss within thirty (30) days of receipt of the materials. See attached CAP No. 2014-7 at section 3. Pursuant to CAP No. 2014-7, because the claimants identified on the attached spreadsheet have failed to return the Work Authorization Packets within the deadline, their claims for settlement benefits are untimely.

In order to obtain remediation under the settlement, your clients must return the signed Work Authorization Packets to Moss by no later than September 30, 2014. If any of the Work Authorization Packets are not returned by September 30, 2014, the Knauf Defendants will not fund the remediation of the home(s) of the non-compliant claimant(s).

Sincerely,

Kerry J. Miller

KJM/sc

Enclosures

| Novoa, Margarita | 3712 NE 11th Place | Cape Coral | FL | 33909 | Whitfield Bryson & Mason LLP | 7/21/2014 | |
| Bookout, Ryan | 435 S. Oregon Avenue, #303 | Tampa | FL | 33606 | Whitfield Bryson and Mason, LLP | 7/24/2014 | |
| Demots, Terrence | 435 S. Oregon Avenue, #104 | Tampa | FL | 33606 | Whitfield Bryson and Mason, LLP | 7/24/2014 | |
| Farabee, Robert + Harrell, Elaine | 435 S. Oregon Avenue #301 | Tampa | FL | 33606 | Whitfield Bryson & Mason LLP | 7/24/2014 | |
| Greengold, Julian and Elizabeth | 435 S. Oregon Avenue, #205 | Tampa | FL | 33606 | Whitfield Bryson and Mason, LLP | 7/24/2014 | |
| Hatfield, Adria + Michael | 435 S. Oregon Avenue #302 | Tampa | FL | 33606 | Whitfield Bryson & Mason LLP | 7/24/2014 | |
| JMC Ventures LLC | 435 S Oregon Avenue #201 | Tampa | FL | 33606 | Whitfield Bryson and Mason, LLP | 7/24/2014 | |
| Joseph Jr., Samuel | 435 S. Oregon Avenue, #202 | Tampa | FL | 33606 | Whitfield Bryson and Mason, LLP | 7/24/2014 | |
| Salamone, Chris | 435 S. Oregon avenue, #204 | Tampa | FL | 33606 | Whitfield Bryson and Mason, LLP | 7/24/2014 | |

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

NEW ORLEANS LA
AUG 29 2014

Postmark
Here

1977-090255
KJM

Sent To
Mr. Gary Mason
Street, Apt. or PO Box
Whitfield Bryson & Mason
1625 Massachusetts Avenue NW
Suite 605
City, State
Washington DC 20036

PS Form 3800, August 2006          See Reverse for Instructions

7014 1200 0000 2483 0772

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Gary Mason
Whitfield Bryson & Mason
1625 Massachusetts Avenue Nw
Suite 605
Washington DC 20036

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
9-2-14

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
*(Transfer from service label)*
7014 1200 0000 2483 0772

PS Form 3811, July 2013          Domestic Return Receipt