UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE:  CHINEESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION:     L
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
ALL CASES : MAG. JUDGE WILKINSON
------------------------------------------------------------------x

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that undersigned counsel for the Knauf Defendants shall bring on for submission their Motion for an Order Extinguishing the Knauf Defendants' Settlement Obligations for Certain Claims before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on the 29th of October, 2014 at 9:00 am, or as soon thereafter as counsel may be heard.

Respectfully submitted,

By: Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email:  kmiller@frilot.com

Counsel for the Knauf Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 10th day of October 2014.

                                                /s/ Kyle Spaulding