UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

In light of the stipulation between the Plaintiffs' Steering Committee and Morgan Stanley, (Rec. Doc. 18044),

**IT IS ORDERED** that resolution of Morgan Stanley's motion to quash, (Rec. Doc. 18003), be **DEFERRED** and that the motion will not be heard on October 21, 2014. All other matters previously scheduled for October 21, 2014 remain.

New Orleans, Louisiana, this 9th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

1