# EXHIBIT 1

*Donna Little, et al. v. Taishan Gypsum Company, Ltd. et al.*

*Exhibit "B" - Defendants Named in Class Action Complaint*

| | Defendant | Type of Defendant | Principal Place of Business | State of Incorporation | Address for Service |
|---|---|---|---|---|---|
| 1. | Bedrock Gypsum | Manufacturer | China | Foreign Corporation | China |
| 2. | BNBM | Manufacturer | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan Changping District Beijing, China 102208 | Foreign Corporation | Long Guan Zhi Ye Plaza, No. 118 West Street, Huilongguan Changping District Beijing, China 102208 |
| 3. | Calamari Construction, LLC | Builder/ Developer | 1108 Lori Drive Slidell, LA 70461 | Louisiana | Ronald H. Calamari 1108 Lori Drive Slidell, LA 70461 |
| 4. | Dailey's Homes, Inc. | Builder/ Developer | 1560 Ray Lyn Drive New Smyrna, FL 32168 | Florida | Troy V. Dailey 1560 Ray Lyn Drive New Smyrna, FL 32168 |
| 5. | Haven Properties, Inc. | Builder/ Developer | 6450 Westchester Place Cumming, GA 30040 | Georgia | Michael J. Baptist 6450 Westchester Place Cumming, GA 30040 |
| 6. | IMG | Manufacturer | China | Foreign Corp. | China |
| 7. | JD Custom Homes, Inc. | Builder/ Developer | 14651 Palm Beach Blvd, Suite 106-B Fort Myers, FL 33905 | Florida | Scott M. Ketchum, Esq. 800 North Collier Blvd., Suite 203 Marco Island, FL 34145 |
| 8. | Lafarge North America, Inc. | Manufacturer/ Distributor/ Exporter/ Importer/ Broker | 32 South Street Baltimore, MD 21202 | Maryland | Prentice Hall Corp. Sys.; Inc. 150 South Perry Street Montgomery, AL 36104 |
| 9. | Lafarge Onada Gypsum in Shanghai | Manufacturer/ Distributor/ Exporter/ Importer/ Broker | China | Foreign Corp. | China |
| 10. | Lafarge S.A. | Manufacturer/ Distributor/ Exporter/ Importer/ Broker | 61 rue des Belles Feuilles Paris, France | Foreign Corp | 61 rue des Belles Feuilles Paris, France |

1

| | | | | |
|---|---|---|---|---|
| 21. | Trout Creek Properties, LLC | Builder/Developer | n/a | Delaware | Corporation Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-2525 |
| 22. | Venture Supply, Inc. | Distributor/Exporter/Importer | 1140 Azalea Garden Road<br>Norfolk, VA 23502 | Virginia | Richard E. Biemiller<br>Convergence Center IV<br>301 Bendix Road, Suite 500<br>Virginia Beach, VA 23452 |

3