UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 2047 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | | MAG. JUDGE JOSEPH WILKINSON |
| *Little, et al. v. Taishan Gypsum, et al.* (Case No. 2:14-cv-00587) | | |

**DEFENDANT TROUT CREEK PROPERTIES, LLC'S
MOTION TO DISMISS CLASS ACTION COMPLAINT
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Defendant TROUT CREEK PROPERTIES, LLC ("Trout Creek"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b), hereby moves to dismiss the Class Action Complaint ("Complaint") in the above-referenced matter for lack of personal jurisdiction, and requests this Honorable Court enter an Order dismissing Trout Creek from the above-captioned case, pursuant to Federal Rule of Civil Procedure 12(b)(2) and for the reasons articulated in Trout Creek's Memorandum of Law in Support of Defendant Trout Creek Properties, LLC's Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction filed contemporaneously herewith.

Respectfully submitted,

<u>/s/ Edward J. Briscoe</u>
Edward J. Briscoe
Fla. Bar No. 109691
ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
E-mail: hgoodner@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131
Telephone: (305) 789-9200/Facsimile: (305) 789-9201
*Counsel for Trout Creek Properties, LLC*

IN RE: CHINESE-MANUFACTURED                                                                                            MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION                                                            Page 2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system on the 14th day of October, 2014.

>                                                              */s/ Edward J. Briscoe*
>                                                              Edward J. Briscoe

4835-3442-9983, v.  1