UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *Little, et al. v. Taishan Gypsum, et al.* ) (Case No. 2:14-cv-00587) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE JOSEPH WILKINSON |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant TROUT CREEK PROPERTIES, LLC's Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction and Memorandum of Law in Support of Defendant Trout Creek Properties, LLC's Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction will be submitted to the Court for consideration on October 30, 2014 at 9:00 a.m. EDT.

Respectfully submitted,

*/s/ Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
E-mail: ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
E-mail: hgoodner@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131
Telephone: (305) 789-9200/Facsimile:(305) 789-9201
*Counsel for Trout Creek Properties, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system on the 14th day of October, 2014.

*/s/ Edward J. Briscoe*
Edward J. Briscoe