UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| : | MDL NO. 2047 |
IN RE: CHINESE MANUFACTURED DRYWALL : |  |
PRODUCTS LIABILITY LITIGATION : | SECTION L |
|  | : |  |
| : | JUDGE FALLON |
| : | MAGISTRATE JUDGE |
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Before the Court is Knauf's motion for order extinguishing settlement obligations for certain claims. (Rec. Doc. 18046).

**IT IS ORDERED** that the motion is set for hearing, with oral argument, immediately following the monthly status conference on November 25, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by November 17, 2014.

New Orleans, Louisiana, this 14th day of October, 2014.

_____

UNITED STATES DISTRICT JUDGE

1