UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Little, et al. v. Taishan Gypsum, et al.*, No. 14-00587

## ORDER

Before the Court is Defendant Trout Creek Properties' motion to dismiss class action complaint for lack of personal jurisdiction. (Rec. Doc. 18052).

**IT IS ORDERED** that the motion is set for hearing, with oral argument, immediately following the monthly status conference on November 25, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by November 17, 2014.

New Orleans, Louisiana, this 14th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE