UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to:  ALL CASES | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel will bring the foregoing Motion for hearing before the Honorable Eldon E. Fallon, Section L of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130 on Tuesday, the 21st day of October, 2014, beginning at 9 a.m. or as soon thereafter as counsel can be heard.

Dated:  October 17, 2014

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey M. Paskert | /s/ Michael P. Peterson (with approval) |
| Jeffrey M. Paskert | Florida Bar No. 982040 |
| Florida Bar No. 846041 | Email:  mpeterson@petersonespino.com |
| Email:  jpaskert@mpdlegal.com | PETERSON & ESPINO, P.A. |
| Secondary:  jegusquiza@mpdlegal.com | 10631 Southwest 88th Street, Suite 220 |
| Ryan E. Baya | Miami, FL  33176 |
| Florida Bar No. 0052610 | Telephone:  (813) 270-3773 |
| Email:  rbaya@mpdlegal.com | *Attorneys for Banner Supply Company Pompano, LLC* |
| Secondary:  dhutchins@mpdlegal.com | |
| MILLS PASKERT DIVERS | |
| 100 N. Tampa St., Ste. 3700 | |
| Tampa, FL 33602 | |
| Telephone:  (813) 229-3500 | |
| *Attorneys for Sixty Fifth and One, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 17th day of October, 2014.

By: */s/ Jeffrey M. Paskert*