UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR OCTOBER 21, 2014 STATUS CONFERENCE**

    I.    PRE-TRIAL ORDERS

    II.    STATE COURT TRIAL SETTINGS

    III.    STATE/FEDERAL COORDINATION

    IV.    OMNIBUS CLASS ACTION COMPLAINTS

    V.    PLAINTIFFS' MOTIONS TO ESTABLISH A PLAINTIFFS' LITIGATION FEE AND EXPENSE FUND

    VI.    REMEDIATION PROGRAM

    VII.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    VIII.    SHARED COSTS FUND

    IX.    TAISHAN DEFENDANTS

    X.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    XI.    PLAINTIFF AND DEFENDANT PROFILE FORMS

XII.     FREQUENTLY ASKED QUESTIONS

XIII.    MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XIV.    *PRO SE* CLAIMANTS

XV.     PHYSICAL EVIDENCE PRESERVATION ORDER

XVI.    ENTRY OF PRELIMINARY DEFAULT

XVII.   ALREADY REMEDIATED HOMES

XVIII.  LOUISIANA ATTORNEY GENERAL

XIX.    NEXT STATUS CONFERENCE