UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, Case No. 2:10-cv-00932 (E.D.La.)<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al*<br>Case No. 10-cv-361 (E.D. La.) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**SETTLEMENT ADMINISTRATION NINTH STATUS REPORT
FOR THE FOUR VIRGINIA-BASED SETTLEMENTS**

Special Master Matthew L. Garretson submits this ninth report to inform the Court of the status of the Chinese Drywall Four Virginia-Based Settlements as of October 20, 2014.

1

**Real Property Claims**

The Special Master issued Real Property Determination Notices in July for all 262 active Real Property claims, from which the Special Master received thirteen appeals. The Special Master reviewed each appeal and issued responses accordingly, granting nine and denying four of the appeals. The class members associated with two of the four denied appeals then appealed to the Court, but upon subsequent further review, the Special Master revised its Determination and granted one of the appeals. The remaining appeal is set for hearing after the October 21, 2014 status conference.

The Special Master has completed the allocation framework for the Real Property portion of the settlements such that the Real Property funds can be allocated immediately upon resolution of the outstanding appeal. After a decision is reached regarding that appeal, the Court and Class Counsel will have the opportunity to review the allocation, and then Real Property payments can begin to be issued to class members. In preparation for issuing payments, the Special Master has contacted several class members in an effort to obtain missing information necessary to issue payments to those class members and has been successful in nearly all cases. In short, every effort has been made to ensure that payments can begin to be made as promptly as possible following resolution of the remaining open appeal.

**Other Loss Claims**

The Special Master has reviewed all Other Loss claims and continues to work with Class Counsel to address questions that have arisen from such review. Next steps will include notification and curing of deficiencies, assignment of values under each claim type, and issuance of Other Loss Determination Notices. The comparatively longer timeline to completion of Other

Loss claims processing is a product of the broader scope and type of the Other Loss claims as compared to the Real Property Claims.

**Conclusion**

The Special Master submits this ninth report to the Court to inform the Court of the status of allocation for the Four Virginia-Based Settlements, which continue to proceed according to schedule. The Special Master will continue to provide periodically such reports to the Court as settlement administration continues and can provide additional information as the Court might so request.

                                                                   Respectfully submitted,

Dated: October 20, 2014                          */s/ Matthew L. Garretson, Esq.*
                                                                 Matthew L. Garretson, Esq.
                                                                  GARRETSON RESOLUTION GROUP
                                                                  6281 Tri-Ridge Boulevard, Suite 300
                                                                  Cincinnati, OH 45140
                                                                  Phone: (513) 794-0400
                                                                  mlg@garretsongroup.com
                                                                  *Chinese Drywall Special Master*