UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:   ALL CASES**

**COUNSEL'S MOTION FOR LEAVE OF COURT TO FILE OPPOSITION TO THE PCS'S MOTION TO COMPEL DOCUMENT PRODUCTION FOR *IN CAMERA* INSPECTION AND ACCOMPANYING EXHIBITS UNDER SEAL**

The undersigned law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC (collectively "Counsel") hereby move the Court for leave to file their Memorandum in Opposition to the PCS's Motion to Compel Document Production for *In Camera* Inspection ("Opposition") and accompanying exhibits under seal.  The Opposition responds to the PCS's Motion to Compel Document Production for *In Camera* Inspection ("Motion"), which the Court has allowed to be filed under seal.  Doc. 18055. The Motion pertains to responses to discovery requests propounded by the PSC and a privilege log produced by Counsel.  As with the Motion, the Court permitted the discovery requests to be filed under seal.  Doc. 17988.  Because both the discovery requests at issue and the Motion to which the Opposition responds was both filed under seal, Counsel respectfully requests that the Opposition and its accompanying exhibits, which include the discovery requests and responses to same, also be filed under seal.

WHEREFORE, Counsel respectfully requests that this Court grant this Motion and allow Counsel to file its Opposition and accompanying exhibits under seal.

Date: Oct. 20, 2014

Respectfully submitted,

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON & ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

**On Their Own Behalf**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Counsel's Motion for Leave of Court to File Opposition to The PCS's Motion to Compel Document Production for In Camera Inspection and Accompanying Exhibits Under Seal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of October 2014.

<u>/s/</u>  Thomas P. Owen Jr.