UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO: ALL CASES

# DOCUMENT TO BE FILED UNDER SEAL

**EXHIBIT 1 TO COUNSEL'S MEMORANDUM IN OPPOSITION TO THE PSC'S MOTION TO COMPEL DOCUMENT PRODUCTION FOR *IN CAMERA* INSPECTION**