**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 17, 2014**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO**
   **13-6652:** *Collins et al v. Bass Homes, Inc. et al*
   **13-6653**: *Herrington et al v. Bass Homes, Inc. et al*

On this date the Court conducted an telephone status conference in these two cases, following the Drywall Monthly Status Conference. Stephen Mullins participated on behalf of the Plaintiffs. David Coons participated on behalf of Defendant Bass Homes. Caroline Pryor participated on behalf of Ace Hardware Corporation. Danny Collier participated on behalf of Ace Home Center. Wesley Pipes participated on behalf of Pate Stevedore Company and Pensacola Stevedore Company. Gary Russo participated on behalf of Fireman's Fund Insurance Company. The parties discussed the status of the case.

**IT IS ORDERED** that a telephone status conference will be held in these two cases on November 13, 2014 at 9:30 a.m. **IT IS FURTHER ORDERED** that the parties shall submit any discovery stipulation at least three days prior to the telephone status conference. The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 111314.

JS10(00:11)