UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to All Cases | : | MAG. JUDGE WILKINSON |

## ORDER

The Court received and reviewed the attached correspondence from Tim and Julie Gaines expressing confusion and frustration in connection with their claims for damage resulting from defective Chinese-manufactured drywall. It is inappropriate for a court handling a case to communicate with one litigant without the other litigant's consent. As such, the letter is attached so that so that Liaison Counsel can respond more fully to the questions and concerns expressed therein. But the Court will respond to one of the concerns expressed. There is a reference in the letter to the effect that the attorneys walked away with millions of dollars and litigants received nothing or close to nothing. That is simply not accurate. Plaintiffs' attorneys in this case have not received any fee as yet, and when they do, it will not come out of Plaintiffs' recovery but will be paid by the Defendants. The intent of the settlement with Knauf and their downstream suppliers and builders is to give the homeowners full remediation *plus* attorneys' fees. Some litigants may receive several checks from several entities in the Knauf settlement stream. However, not all of the defective drywall was manufactured by Knauf. Some of it was manufactured by other Chinese companies. These companies have not settled and the litigation in ongoing as to them. Accordingly,

**IT IS ORDERED** that the enclosed correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Liaison Counsel for Plaintiffs review the correspondence and conduct any appropriate action.

New Orleans, Louisiana, this 17th day of October, 2014.

                                                                _____
                                                                ELDON E. FALLON
                                                                UNITED STATES DISTRICT JUDGE

cc:
Tim and Julie Gaines
5302 SW 27th Place
Cape Coral, Florida 33914