October 7, 2014

Dear Judge Fallon,

    My name is Julie Gaines. This is my third letter to you. I am confused as to how this all played out with the Chinese drywall. In 2004 we had the unfortunate experience of having our house built with the toxic drywall from China. Yesterday we received two checks from the Banner and Global settlements. The checks totaled $11,240.00. We actually had $110,000.00 out of pocket which includes a $70,000 second mortgage, $10,000 in rent and around $25,000 of our savings. The checks we received did not even cover the cost of the new drywall which was $13,000. We did the demolition and remediation ourselves because we could not afford to hire a contractor. It took us a year to re-do the house. We were both working full time jobs. We worked 15 and 16 hour days, 7 days a week, for a year.  There's a problem with how the legal system works in this country. You cannot sue anyone without an attorney, but the attorneys are usually the only ones who come out of the lawsuit with anything. How do you think it makes us feel, when we hear on the news, that the attorneys made millions of dollars in fees. I'm sure you are in the position you are because you are an intelligent, well educated and well traveled man. Realistically, what do you think our chances are of recovering our $100,000 out of pocket from the Chinese government for something we had nothing to do with, had no control over and did not deserve. We have worked hard all our lives, paying our bills on time, saving our money and obeying the laws of this country. Through no fault of our own, we are financially devastated, and the best you can do is recover 10% of our out of pocket money. We have several questions we hope someone can answer. We would like to know why the people who had Knauf drywall got their home completely remediated with no out of pocket, why some of the builders remediated the homes they built with Chinese drywall at no cost to the homeowners and why the attorneys walked away with millions of dollars and we are left with $100,000 out of pocket. Do you think we will EVER see the money we spent to remediate our house. Why didn't the US government help us. We were supposed to retire in four years. It will take us another 7 to 10 years to pay this mortgage off. We can't pay it off with the little bit of social security we will receive. I'm sure there is nothing else you can say or do to make us whole again (unless you can find an extra $100,000 somewhere). We would even be happy with half of that. The funny part about this is most people sue looking for a windfall. We  just want what we put out, to fix this mess. We just wanted you to know how we felt about all of this. We feel like our country let us down. ( Maybe some of the attorneys who made millions off our tragedy, can take up a collection for us).

Sincerely,

Tim & Julie Gaines
5302 SW 27th Place
Cape Coral, Florida 33914
(239) 440-6634