# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 |
| | * | SECTION L |
| | * | |
| This document relates to: All Cases | * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

## MOTION TO EXTINGUISH THE KNAUF DEFENDANTS' SETTLEMENT OBLIGATIONS FOR CERTAIN ALREADY REMEDIATED HOME CLAIMS

The Knauf Defendants[1] file this Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims.

The Court should extinguish the Knauf Defendants' settlement obligations for the Already Remediated Home ("ARH") claimants identified in Exhibits A, B, and C because those claimants have failed to comply with Pre-Trial Order 1(B) ("PTO 1(B)) and/or Pre-Trial Order 26 ("PTO 26").

Additionally, the Court should affirm that the Knauf Defendants have no obligation to settle with the ARH claimants identified in Exhibit D because those claimants purchased their properties with knowledge that the properties contained KPT Chinese Drywall or Non-KPT Chinese Drywall and are not eligible for settlement benefits.

---

[1] The Knauf Defendants include Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu) Co., Ltd., Guangdong Knauf New Building Material Products Co., Ltd., Knauf Gips KG, Gebr. Knauf Verwaltungsgesellschaft KG, Knauf International GmbH, Knauf Insulation GmbH, Knauf UK GmbH, Knauf AMF GmbH & Co. KG, Knauf do Brasil Ltda., and PT Knauf Gypsum Indonesia.

For the foregoing reasons, as more fully explained in the accompanying Memorandum in Support, the Court should extinguish the Knauf Defendants' settlement obligations for the ARH claimants identified in Exhibits A, B, and C because those claimants have failed to comply with PTO 1(B) and/or PTO 26. Additionally, the Court should affirm that the Knauf Defendants have no obligation to settle with the ARH claimants identified in Exhibit D because those claimants purchased their properties with knowledge that the properties contained KPT Chinese Drywall or Non-KPT Chinese Drywall and are not eligible for settlement benefits.

Respectfully submitted,

*/s/ Kerry J. Miller*_____
Kerry J. Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com
*Counsel for the Knauf Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this **20th** day of **October**, **2014**.

*/s/ Kerry J. Miller*___