# EXHIBIT

# A

| ARH - MOTION TO DISMISS EXHIBIT A | | | | | |
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Allard John C; Allard Julie | 1786 SW Cordova Street | Port St Lucie | FL | 34987 | Reich & Binstock, LLP |
| Allen Jr Louis | 14502 Quiet Summer Lane | Houston | TX | 77044 | Baron & Budd, P.C. |
| Andersen Michael ; Campos Karla | 2105 SW 39th Terrace | Cape Coral | FL | 33914 | Parker Waichman, LLP |
| Avner Wendy ; Avner Brett | 18020 Via Bellamare Lane | Miromar Lakes | FL | 33913 | Parker Waichman, LLP |
| Baginski Andrea ; Baginski Tina ; Papasodaro Rosa ; Papsodaro Alessandra | 20095 Larino Loop | Estero | FL | 33928 | Parker Waichman, LLP |
| Barrios Reggie | 7431 Hwy 90 - Apartment | Bay St. Louis | MS | 39520 | Hawkins Gibson, PLLC |
| Bergus Boris | 244 Silver Glen Drive | St. Augustine | FL | 32095 | Reich & Binstock, LLP |
| Bienemy Eric ; Bienemy Gina | 2823 Daniel Drive | Violet | LA | 70092 | Bencomo & Associates |
| Bradley Christopher ; Bradley Tatianna | 4420 SW 9th Place | Cape Coral | FL | 33914 | Parker Waichman, LLP |
| Brazon Kevin ; Brazon Jennifer | 9326 River Rock Lane | Riverview | FL | 33578 | Parker Waichman, LLP |
| Brotbeck Charles R; Brotbeck Sandra | 3261 Lee Way Court #8 | North Fort Myers | FL | 33903 | Parker Waichman, LLP |
| Bryant Robbie ; Bryant Lizbeth ; D.R. Horton, Inc. - Gulf Coast ; Achord Brennan | 26083 Big Ben Drive | Denham Springs | LA | 70726 | Whitfield, Bryson & Mason, LLP |
| Burleson Dorothy | 5817 Chestnut Trace | Birmingham | AL | 35244 | McCallum Hoaglund Cook & Irby, LLP |
| Cardiello Frank ; Cardiello Gayle | 1006 NW 38th Place | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Casey William ; Casey Pamela | 713 SE 16th Court | Fort Lauderdale | FL | 33316 | Parker Waichman, LLP |
| Chapman Patrick ; Chapman Elizabeth | 133 Northwood | Pass Christian | MS | 39571 | Reeves & Mestayer |
| Coats Charles ; Coats Angela | 20 Cedarwood Drive | Perkinston | MS | 39573 | Reeves & Mestayer |
| Conway Centre, LLC | 1629 SE Port St. Lucie Blvd. | Port St. Lucie | FL | 34952 | Allison Grant, P.A. |
| Daly Patricia ; Schrank Kimberly | 21597 Baccarat Lane #102 | Estero | FL | 33928 | Parker Waichman, LLP |
| Fairley Robert ; Fairley Barbara ; Fairley Derek ; Fairley Tad | 21100 Hwy 57 | Vancleave | MS | 39565 | Gentle, Turner & Sexton |
| Florida Waterfront Holdings, LLC ; Jaspers Peter | 1490 SE 15th Street #104 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC. |
| Florida Waterfront Holdings, LLC ; Jaspers Peter | 1490 SE 15th Street #204 | Fort Lauderdale | FL | 33316 | VM Diaz & Partners, LLC. |
| Frasiolas Steve ; Frasiolas Harriet | 11436 Mountain Ash Circle | Port St. Lucie | FL | 34987 | Parker Waichman, LLP |
| Gatlin David ; Gatlin Jodi | 5131 Skiff Lane | Gulf Shores | AL | 36542 | Gentle, Turner & Sexton |
| Hanlon Patrick L; Hanlon Ann M | 3407 W Oakellar Avenue | Tampa | FL | 33611 | Parker Waichman, LLP |
| Hayek Michael ; Hayek Hensley ; D.R. Horton, Inc. - Gulf Coast | 26084 Big Ben Drive | Denham Springs | LA | 70726 | Whitfield, Bryson & Mason, LLP |
| Hernandez Jose ; Hernandez Concepcion | 6250 SW 79th Street | Miami | FL | 33143 | Podhurst Orseck, PA |
| Hoyos Hernan | 877 SW 146th Terrace | Pembroke Pines | FL | 33027 | Parker Waichman, LLP |
| Kinard Stella | 9223 Fellowship Rd | Meridian | MS | 39305 | Unknown |
| Lobb Karol ; Lobb Tatiana | 6907 Julia Gardens Drive | Coconut Creek | FL | 33073 | Parker Waichman, LLP |
| Midkiff Anthony | 8748 Baystone Cove | Boynton | FL | 33473 | Colson Hicks Eidson |
| Mitchell Robert ; Mitchell Bonnie | 1442 El Dorado Parkway West | Cape Coral | FL | 33914 | Parker Waichman, LLP |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Nelson Nancy ; Nelson Richard | 6635 Bobby Jones Court | Palmetto | FL | 34221 | Colson Hicks Eidson |
| Overbeck David | 13525 Little Gem Circle | Fort Myers | FL | 33913 | Parker Waichman, LLP |
| PSC Enterprises  ; Condon Paul ; Condon Sara | 362 Eisenhower Blvd. | Lehigh Acres | FL | 33974 | Parker Waichman, LLP |
| Saltamacchia Brian ; Saltalamacchia Misty | 11560 Bayou View Drive | Bay St. Louis | MS | 39520 | Hawkins Gibson, PLLC |
| Saltzman Scott ; Saltzman Jordana | 8485 Breezy Hill Drive | Boyton Beach | FL | 33437 | Parker Waichman, LLP |
| Savell Donna | 9720 Robinson Thomas Rd | Meridian | MS | 39305 | Unknown |
| Schatzle Ralph ; Schatzle Judith | 3445 NW 18th Terrace | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Sheldon Friefeld, Inc.  ; Southern Homes Development | 7242 Horizon Drive | West Palm Beach | FL | 33412 | Colson Hicks Eidson |
| Slowley Andre ; King Hanna ; Walters Leonie | 846 SW 146th Terrace | Pembroke Pines | FL | 33027 | Parker Waichman, LLP |
| Stewart Michael E | 793 West McHenry Road | McHenery | MS | 39561 | Pro Se |
| Taylor Beck ; Taylor Julie | 4327 Boulder Lake Circle | Birmingham | AL | 35242 | McCallum Hoaglund Cook & Irby, LLP |
| Tellez Luisa ; Barrera Michelle | 818 SW 146th Terrace | Pembroke Pines | FL | 33027 | Parker Waichman, LLP |
| Thomas Matthew | 10556 Coral Key Avenue | Tampa | FL | 33647 | Pro Se |
| Toras Nikolaos | 4309-11 Hudson Street | Metairie | LA | 70005 | Becnel Law Firm, LLC |
| Wilson Darrell ; Wilson Darlene | 24226 Santa Inez Road | Punta Gorda | FL | 33955 | Parker Waichman, LLP |
|  | 346 SW Wellwood Street | Palm Bay | FL | 32908 | Unknown |