# EXHIBIT

# B-1

| ARH - MOTION TO DISMISS EXHIBIT B - 1 ||||||| 
|---|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** | **List of Deficiencies** |
| Green Desmond | 3758 Preston Place | New Orleans | LA | 70131 | Baron and Budd, LLC | additional photos of removed drywall; post-remediation photos; invoices; proof of payment; itemization/ledger; environmental certificate |
| Calico Michael; Calico Lisa | 4300 Orleans Avenue | New Orleans | LA | 70119 | Becnel Law Firm, LLC | Floor plan with dimensions; all photos of removed drywall; pre- and post-remediation photos; ledger/itemization; proof of payment for invoices paid by check; environmental certificate |
| Heck Joshua; Heck Kelly | 85502 Horatio Sharp Road | Bush | LA | 70431 | Becnel Law Firm, LLC | additional photos of removed drywall; completed Owner Disclosure Affidavit; proof of payment; itemization/ledger to know what the payments are for; post-remediation photos |
| Winston Edmund | 31945 Butler Drive | Spanish Fort | AL | 36527 | Citrin Law Firm, P.C. | Floor plan; additional photos of removed drywall; larger copies of receipts; proof of payment |
| Mizne Michael; Mizne Jeannine | 9621 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Colson Hicks Eidson | photos of all removed drywall; proof of payment; signed contract with scope of work/ledger; pre- and post-remediation photos; inspection report (Yanes) |
| Onstott Margaret | 1948 Coco Palm Place | Lauderdale by the Sea | FL | 33062 | Colson Hicks Eidson | videos of removed drywall; photos of removed drywall; proof of payment; post-remediation photos |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | List of Deficiencies |
|---|---|---|---|---|---|---|
| Wahlgren Henry; Wahlgren Joan | 4615 SE Pilot Avenue | Stuart | FL | 34997 | Colson Hicks Eidson | additional photos of removed drywall; contract; proof of payment; pre- and post-remediation photos; Yanes inspection report |
| Walker Todd; Walker Rod | 1998 SE Pilot Avenue | Stuart | FL | 33035 | Colson Hicks Eidson | Updated affidavit with all costs; proof of payment; list of appliances replaced; photos of all removed drywall; post-remediation photos; environmental certificate |
| Frais Sherley; Frais Berenise; Frais Jonah | 137 SE 16th Terrace | Cape Coral | FL | 33990 | Ellis, Ged & Bodden, P.A. | legible floor plan; additional drywall photos; proof of payment for invoices; |
| Braun Michael; Braun Ilana | 9561 Kenley Court | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. | completed owner disclosure affidavit; additional photos of removed drywall; pre- and post-remediation photos; proof of payment; carpet contract is not legible |
| El Harouni Hossam; El Harouni Vera; El Harouni Adam; El Harouni Nadia | 8707 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | floor plan with dimensions; additional photos of removed drywall; pre- and post-remediation photos; environmental certificate; proof of payment; signed contract; itemization/ledger |
| Kaleal Daniel; Kaleal Christine | 3500 Cherry Blossom Court #102 | Estero | FL | 33928 | Parker Waichman, LLP | photos of all removed drywall; proof of payment; environmental certificate |
| Langfeld Stephan; Langfeld Sabin; Langfeld Marcus; Langfeld Tom | 605 SW 13th Street | Cape Coral | FL | 33991 | Parker Waichman, LLP | photos of all removed drywall; pre- and post-remediation photos; proof of payment; itemized receipts from Home Depot; environmental certificate; notarized Owner Disclosure Affidavit |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | List of Deficiencies |
|---|---|---|---|---|---|---|
| Salloum Eddy; Salloum Bechara | 201 NW Goldcoast Avenue | Port St. Lucie | FL | 34983 | Parker Waichman, LLP | complete Owner Disclosure Affidavit; floor plan; additional photos of drywall removed; proof of payment; ledger; handwritten receipts in English; pre- and post-remediation photos; environmental |
| Santana Silvana; Faria Luciano; Faria Allen; Faria Loren | 8709 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | completed Owner Disclosure Affidavit; floor plan; additional photos of removed drywall; proof of payment; signed contract with scope; itemization/ledger; pre- and post-remediation photos; environmental certificate |
| Sheehan Michael; Willman Courtney; Hussey Greer | 3531 SW 15th Place | Cape Coral | FL | 33914 | Parker Waichman, LLP | floor plan with exterior dimensions; photos of removed drywall; proof of payment; pre-remediation photos; environmental certificate |
| Sistrunk Earl; Sistrunk Beth | 13934 Clubhouse Drive #7C | Tampa | FL | 33618 | Parker Waichman, LLP | additional photos of removed drywall; proof of payment; signed contract; invoices; environmental certificate |
| Valdes Ariel | 4306 17th Street SW | Lehigh Acres | FL | 33976 | Parker Waichman, LLP | completed Owner Disclosure Affidavit; floor plan; photos of all removed drywall; proof of payment for all construction costs; itemization/ledger; pre- and post-remediation photos; environmental certificate |
| Vernhout Jackie; Vernhout Jerry | 3521 Cherry Blossom Court #104 | Estero | FL | 33928 | Parker Waichman, LLP | floor plan; additional photos of removed drywall; proof of payment; environmental certificate |
| Dauro Dennis; Dauro Martha | 119 Bella Tara Court | Long Beach | MS | 39560 | Reeves & Mestayer | additional photos of removed drywall; signed contract; proof of payment; inspection reports |