# EXHIBIT

# C

| ARH - MOTION TO DISMISS EXHIBIT C ||||||| 
|---|---|---|---|---|---|---|
| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Issue |
| Matthew Torrance | 4240 Tupello Street | Baton Rouge | LA | 70808 | Becnel Law Firm, LLC | Only evidence of lower-case KPT provided. |
| Ann Magruder | 2534 Faulkner Court | Ocean Springs | MS | 39564 | Whitfield, Bryson | Only evidence of lower-case KPT provided. |
| John Austin | 9318 River Rock Lane | Riverview | FL | 33578 | Landskroner, Grieco, Merriman, LLC | Part of Castle Rock homebuilder settlement; no viable ARH claim. |
| Walter Davis | 276 Jessie Smith Road | Lucedale | MS | 39452 | Whitfield, Bryson | Taishan Home. No KPT evidence provided. |
| Grant Street Lawyer | 27991 Largay Way A202 | Bonita Springs | FL | 34134 | Morgan & Morgan, P.A. | Insufficient board composition evidence to justify offer. |
| Semyon Lumar | 11825 Bayport Lane, #504 | Fort Myers | FL | 33908 | Parker Waichman, LLP | Insufficient board composition evidence to justify offer. |
| Michael Domingue/Brothers Properties LLC | 2521 Judy Drive | Meraux | LA | 70075 | Paul A. Lea, Jr., APLC | No evidence of KPT drywall. |
| Sami Slim | 9677 Cinnamon Court | Parkland | FL | 33072 | Pro Se | Failed to prove ownership of claim for reimbursement. |