# EXHIBIT

# D

| | ARH - MOTION TO DISMISS EXHIBIT D | | | | | |
|---|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** | **Issue** |
| Steiner Roland ; Steiner Marjorie | 1901 NW 6th Terrace | Cape Coral | FL | 33993 | Baron & Budd, P.C. | Owner Disclosure Affidavit confirms knowledge |
| Ramaskevicius Gintautas | 11001 Gulf Reflections Drive #A102 | Ft. Myers | FL | 33908 | Roberts & Durkee | Sales Listing indicates existence of CDW |
| Georgescu Bogdan;Georgescu Narcisa | 318 Holiday Drive | Hallandale Beach | FL | 33009 | Colson Hicks Eidson | Owner Disclosure Affidavit confirms knowledge |
| Atkinson William; Walsh Betty | 2512 SE Berkshire Blvd. | Port St. Lucie | FL | 34952 | Colson Hicks Eidson | Owner Disclosure Affidavit confirms knowledge |
| Bates Robert; Williams Nicola | 542 NE 17th Avenue | Fort Lauderdale | FL | 33301 | Parker Waichman, LLP | Owner Disclosure Affidavit confirms knowledge |
| Tyree Crawford; Thillberg Charlotte | 3550 Lansing Loop #202 | Estero | FL | 33928 | Parker Waichman, LLP | Owner Disclosure Affidavit confirms knowledge |
| Walker Stephen | 41 Mark Smith Drive | Mandeville | LA | 70471 | Baron & Budd, P.C. | Owner Disclosure Affidavit confirms knowledge |
| Ostner Derrick; Diefenbacher Jeffrey; Ostner Heidi; Sieber Jacqueline Marie | 8690 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | Owner Disclosure Affidavit confirms knowledge |
| Vo Hiep; Pham Kelly | 8686 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | Owner Disclosure Affidavit confirms knowledge |
| Vo Hiep; Nguyen Dong | 11505 Centaur Way | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | Owner Disclosure Affdavit confirms knowledge |
| Vo Hiep | 8688 Pegasus Drive | Lehigh Acres | FL | 33971 | Parker Waichman, LLP | Owner Disclosure Affidavit confirms knowledge |
| Moses William (Bill); Moses Carolyn | 9861 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Baron & Budd, P.C. | Owner Disclosure Affidavit confirms knowledge |
| Cummings Mark; Cummings Nicole | 210 Medici Terrace | N. Venice | FL | 34275 | Baron & Budd, P.C. | Owner Disclosure Affidavit confirms knowledge |
| Rosen Michael; Rosen Robyn; Shukow Allen; Shukow Donna | 17538 Middlebrook Way | Boca Raton | FL | 33496 | Baron & Budd, P.C./Allison Grant | Owner Disclosure Affidavit confirms knowledge |
| Stanfield, Sidney | 1059 Linda Lou Lane | Abita Springs | LA | 70420 | Paul A. Lea, Jr., APLC | Inspection prior to purchase confirms CDW |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel | Issue |
|---|---|---|---|---|---|---|
| Winslade, Cyril | 215 Everglades Blvd | Stuart | FL | 34994 | Baron & Budd, P.C. | Owner Disclosure Affdiavit confirms knowledge / Inspection prior to purchase confirms knowledge |
| Zheng, Weifang (Frank) | 9932 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Baron & Budd, P.C./Allison Grant | Sales Listing indicates existence of CDW |
| Miller Bill; Miller Joann; Goodman Roy; Goodman Claudi | 9440 Eden Manor | Parkland | FL | 33076 | Allison Grant, P.A. | Sales Listing indicates existence of CDW / MLS |
| Adaniel / Steiner Maximilian | 9709 Cobblestone Creek Drive | Boynton Beach | FL | 33472 | Baron & Budd, P.C. | Plaintiffs' attorney confirms purchase with knowledge |