# EXHIBIT

# E

| | ARH - MOTION TO DISMISS<br>EXHIBIT E | | | | |
|---|---|---|---|---|---|
| **Homeowner Name(s)** | **Affected Property Address** | **City** | **State** | **Zip** | **Primary Counsel** |
| Albert, James and Mariamma | 2670 Amber Lake Dr | Cape Coral | FL | 33909 | Roberts & Durkee |
| Alldredge Rufus ; Alldredge Emily | 23554 Woodland Way | Pass Christian | MS | 39571 | Becnel Law Firm, LLC |
| Bagert, Suzanne | 5444 Bancroft Dr | New Orleans | LA | 70122 | Herman, Herman, Katz & Cotlar, LLP |
| Blakenship Jim ; Grimes Richard | 1415 Scout Trace Drive | Hoover | AL | 35244 | Collins & Horsley, PC |
| Bronaugh David ; Bronaugh Heather | 2323 Sunset Blvd. | Slidell | LA | 70461 | Lambert & Nelson PLC |
| Bruder, Joan | 121 Teddy Lane | Picayune | MS | 39466 | Law Offices of Sidney D. Torres, III |
| Burgess George ; Burgess Karen | 11905 SW 73rd Avenue | Pinecrest | FL | 33156 | Colson Hicks Eidson |
| Butler James ; Butler Jocelyn | 5720 Wright Road | New Orleans | LA | 70128 | Lambert & Nelson PLC |
| Caldwell TH 16 | 4401 N. Ocean Blvd., Apt. 16 | Boca Raton | FL | 33401 | Roberts & Durkee |
| Cameron Christine | 2885 St. Bart's Square | Vero Beach | FL | 32967 | Gould Cooksey Fennell PA |
| Carlin Charles ; Carlin Yvonne ; Carlin Brooke T | 2395 Arbor Glenn | Hoover | AL | 35244 | Collins & Horsley, PC |
| Chaisson Henry J.; Chaisson Olga | 110 Teddy Lane | Picayune | MS | 39466 | Law Offices of Sidney D. Torres, III |
| Chaplin, David & Arlene | 536 Loretto Ave | Coral Gables | FL | 33130 | Podhurst Orseck, P.A. |
| Cooper Andy; Cooper Sheila | 4020 South Nassau | Bay St. Louis | MS | 39520 | Hawkins, Strancener & Gibson, PLLC |
| Corr, III Thomas Leo; Marchetti Shawn | 2823 St. Barts Square | Vero Beach | FL | 32967 | Gould Cooksey Fennell PA |
| Costoya Armando ; Costoya Ileana | 8203 SW 190 Terrace | Cutler Bay | FL | 33157 | Roberts & Durkee |
| Costoya Jose ; Costoya Maria L | 12260 NW 68th Court | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Crane Jimmy ; Crane Sharon W. | 426 S. Beach Blvd. | Waveland | MS | 39576 | Hawkins, Strancener & Gibson, PLLC |
| Crispino, Peter; Crispino, Mary Ann | 3024 Lake Manatee Court | Cape Coral | FL | 33909 | Roberts & Durkee |
| Crosby Development, LLC | 5 Sanctuary Blvd. | Mandeville | LA | 70471 | Degan, Blanchard & Nash APLC |
| Crosby Patrick ; Crosby Jennifer ; Crosby, Jr. Patrick H; Crosby Caroline V | 2 Cardinal Lane | Mandeville | LA | 70471 | Degan, Blanchard & Nash APLC |
| Crosby Properties, LLC | 1309 Carrollton Avenue Multiple Units | Metairie | LA | 70005 | Degan, Blanchard & Nash APLC |
| Cuddapah Prabhakara ; Cuddapah Ramathilakam | 3317 Ceitus Parkway | Cape Coral | FL | 33991 | Roberts & Durkee |
| Day Sr. Terry F.; Day II Terry ; Day Mindy ; Day Logan ; Day Doris | 1542 SW Chari Avenue | Port St. Lucie | FL | 34953 | Parker Waichman, LLP |
| Deane Lois ; Deane Robert | 2225 SE 20th Avenue | Homestead | FL | 33035 | Colson Hicks Eidson |
| Denson Bruce ; Denson Sarah ; Mizerany Joe ; Mizerany Noelle ; Frost Haley | 2533 Canterbury Road | Mountain Brook | AL | 35213 | Doyle Law Firm, PC |
| Dodge Dale ; Dodge Beverly ; Dodge | 3632 101st Avenue E | Parrish | FL | 34219 | Parker Waichman, LLP |
| Dowis Adam | 3131 N. Rampart Street | New Orleans | LA | 70117 | Whitfield, Bryson & Mason, LLP |
| Duckworth Helen | 123 Teddy Lane | Picayune | MS | 39466 | Law Offices of Sidney D. Torres, III |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Dupre Michael ; Dupre Jamie ; Dupre Sophia ; Dupre Roman | 23 Papershell Road | Carriere | MS | 39426 | Reich & Binstock, LLP |
| Ellender Dwight D | 3829 Old Weis Road (Duplex half, see Claim # 111524) | Zachary | LA | 70791 | Pro Se |
| Ellender Dwight D | 3827 Old Weis Road (Duplex half, see Claim # 109947) | Zachary | LA | 70791 | Pro Se |
| Ferrer, Silvia | 9321 SW 70th St | Miami | FL | 33173 | Morgan & Morgan, P.A. |
| Funel, Louis and Joyce | 115 Teddy Lane | Picayune | MS | 39466 | Law Offices of Sidney D. Torres, III |
| Gelpi Susan ; Gelpi Gus | 120 Felicity Street | Bay St Louis | MS | 39520 | Reeves & Mestayer |
| Glaum, LeRoy W. and Virginia E. | 1405 Emerald Dunes Drive | Sun City Center | FL | 33573 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Goldin Jason ; Goldin Alina | 12207 Preservation Drive | Gulfport | MS | 39503 | Lambert & Nelson PLC |
| Gualdoni, Lawrence and Renee | 15596 Alsask Circle | Port Charlotte | FL | 33981 | Morgan & Morgan, P.A. |
| Guillot, Randy and Renee | 96 Tupelo Trace | Mandeville | LA | 70471 | Paul A. Lea, Jr., APLC |
| Handler Sammy | 6222 Shady Creek Drive | Biloxi | MS | 39532 | Reeves & Mestayer |
| Harbison Kirk; Harbison Angela | 144 SE 6th | Cape Coral | | | Ellis, Ged & Bodden, P.A. |
| Hatzokos Aris ; Hatzokos Angela | 11831 Bayport Lane #602 | Fort Myers | FL | 33908 | Parker Waichman, LLP |
| Hayes Brian D. | 1031 Maryanna Road | Calera | AL | 35040 | Collins & Horsley, PC |
| Hufft Val L.; Hufft Audrey | 109 Rue Merlot | Abita Springs | LA | 70420 | Paul A. Lea, Jr., APLC |
| IBERIABANK | 1715 Cape Coral Pkwy | Cape Coral | FL | 33914 | Jones Walker |
| Johansen Fred ; Premier Loan Services Company, Inc. | 2023 NE 14th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLP |
| Kelley Erin ; Kelley Evan ; Kelley Ron ; Kelley Sharon | 1412 Southerland Place | Birmingham | AL | 35242 | Collins & Horsley, PC |
| LABB Investments | 11001 Gulf Reflections Dr. #A103 | Ft. Myers | FL | | Roberts & Durkee |
| Lakeside Village Development Co., LLC | 205 Rue Esplanade (Lot 21) | Mandeville | LA | 70471 | Degan, Blanchard & Nash APLC |
| Lakeside Village Development Co., LLC | 209 Rue Esplanade (Lot 22) | Mandeville | LA | 70471 | Degan, Blanchard & Nash APLC |
| Landmark Homes of South Florida, Inc. | 1714 NW 7th Place | Cape Coral | FL | 33993 | McIntosh Sawran Peltz & Cartaya, P.A. |
| Landmark Homes of South Florida, Inc. | 2622 8th Street SW | Lehigh Acres | FL | 33971 | McIntosh Sawran Peltz & Cartaya, P.A. |
| Landmark Homes of South Florida, Inc. | 3312 13th Street SW | Lehigh Acres | FL | 33971 | McIntosh Sawran Peltz & Cartaya, P.A. |
| Landry, Jr. Gerard ; Landry Leatrice K | 1921 Bayou Road | St. Bernard | LA | 70085 | Law Offices of Sidney D. Torres, III |
| Litten Randall | 2235 SE 20th Avenue | Homestead | FL | 33035 | Colson Hicks Eidson |
| Lorona Karen | 14820 Nassau Drive | Biloxi | MS | 39532 | Reeves & Mestayer |
| Lukaszewski Lynn ; Lukaszewski Thomas | 3421 SW Haines Street | Port St. Lucie | FL | 34953 | Colson Hicks Eidson |
| M&amp;F Development, LLC  ; Martinez Alfredo | 3056 New York Street | Miami | FL | 33133 | Colson Hicks Eidson |
| M&amp;F Development, LLC  ; Martinez Alfredo | 3058 New York Street | Miami | FL | 33133 | Colson Hicks Eidson |
| M&amp;F Development, LLC  ; Martinez Alfredo | 3060 New York Street | Miami | FL | 33133 | Colson Hicks Eidson |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| M&F Development, LLC ; Martinez Alfredo | 3062 New York Street | Miami | FL | 33133 | Colson Hicks Eidson |
| Mancini Edward ; Solvik Grace | 235 NE 21st Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLP |
| Marquez Angel ; Marquez Karen | 4658 SW Ulster Street | Port St. Lucie | FL | 34953 | Reich & Binstock, LLP |
| Marsh, Sarah | 912 Second St | New Orleans | LA | 70130 | Lemmon Law Firm |
| Matos Jose ; Matos Mary ; Matos Alexander ; Matos Rebecca ; Prieto Maria | 12508 Twin Branch Acres | Tampa | FL | 33626 | Hawkins, Strancener & Gibson, PLLC |
| Maytin Rolando | 7758 NW 200th Street | Hialeah | FL | 33015 | Colson Hicks Eidson |
| Mazzola Bruce ; Santos Jeomarcio | 3590 Lansing Loop #204 | Estero | FL | 33928 | Parker Waichman, LLP |
| McHugh Patrick ; McHugh Donna | 21524 Taft Court #203 | Estero | FL | 33928 | Parker Waichman, LLP |
| Miller Daniel Scott ; Perry Jacqueline Leigh | 1903 SW 46th Terrace | Cape Coral | FL | 33914 | Colson Hicks Eidson |
| Milone, Lorie and Lina | 2749 SW Rosser Blvd | Port St. Lucie | FL | 34953 | Roberts & Durkee |
| Milykovic Ralph ; Milykovic Nancy | 338 Cipriani Way | North Venice | FL | 34275 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Molina Cesar ; Molina Monica | 8194 NW 124th Terrace | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Musgrave Richard ; Musgrave Michele | 6864 Colbert Street | New Orleans | LA | 70124 | Irpino Law Firm |
| Oceanique Development Company | 4160 N. Hwy A1A Multiple Units | Ft. Pierce | FL | 34949 | Colson Hicks Eidson |
| Olivier Terry ; Mabile Stacy | 6277 Pontiac Drive | Kiln | MS | 39556 | Reeves & Mestayer |
| Origin Capital VII, LLC | 105 NW 33rd Terrace | Cape Coral | FL | 33993 | Morgan & Morgan, P.A. |
| Origin Capital VII, LLC | 830 NE 10th Terrace | Cape Coral | FL | 33909 | Morgan & Morgan, P.A. |
| Origin Capital VII, LLC | 2104 NW 24th Avenue | Cape Coral | FL | 33993 | Morgan & Morgan, P.A. |
| Origin Capital VII, LLC | 206 NW 27th Avenue | Cape Coral | FL | 33993 | Morgan & Morgan, P.A. |
| Ornstein Jodi ; Ornstein Steven | 8126 NW 111th Terrace | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Pelias Merle ; Pelias, Jr. Gus | #12 Mariner Cove North | New Orleans | LA | 70124 | Lambert & Nelson PLC |
| Perkins John ; Azzarello Jo-Anne | 28548 Chianti Terrace | Bonita Springs | FL | 34135 | Colson Hicks Eidson |
| Pinkus (Revocable Trust) Stan | 1358 Richmar Street | North Port | FL | 34288 | Lucas, Green & Magazine |
| Postler Mark ; Postler Deborah | 7365 North Aberdeen Drive | Pass Christian | MS | 39571 | Reeves & Mestayer |
| Premier Loan Services Company, Inc. ; Johansen Fred | 124 NW 14th Street | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 1629 NW 5th Place | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 1819 NE 33rd Street | Cape Coral | FL | 33909 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2119 NE 7th Place | Cape Coral | FL | 33909 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2300 NW 25th Street | Cape Coral | FL | 33993 | Parker Waichman, LLP |

| Homeowner Name(s) | Affected Property Address | City | State | Zip | Primary Counsel |
|---|---|---|---|---|---|
| Premier Loan Services Company, Inc. ; Johansen Fred | 2517 SW 1st Terrace | Cape Coral | FL | 33991 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 2937 NW 25th Terrace | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 3823 Durden Parkway West | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 4162 NW 29th Avenue | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 4322 NE 9th Avenue | Cape Coral | FL | 33909 | Parker Waichman, LLP |
| Premier Loan Services Company, Inc. ; Johansen Fred | 606 NW 21st Street | Cape Coral | FL | 33993 | Parker Waichman, LLP |
| Raffo. Edmond | 111 Teddy Lane | Picayune | MS | 39466 | Law Offices of Sidney D. Torres, III |
| Ranelli Frank J.; Ranelli Rosalind | 2412 Arbor Glenn | Hoover | AL | 35244 | Collins & Horsley, PC |
| Rapp Howard ; Rapp Chari | 249 Gulfside Street | Waveland | MS | 39576 | Reeves & Mestayer |
| Rapp Howard ; Rapp Chari | 300 Gulfside Street | Waveland | MS | 39576 | Reeves & Mestayer |
| Scharett, Daniel and Elizabeth | 2719 Flagami Lane | North Port | FL | 34286 | Morgan & Morgan, P.A. |
| Schurer John | 5933 NW Wolverine Road | Port Saint Lucie | FL | 34986 | Leopold-Kuvin, P.A. |
| Shirali Charulata ; Shirali Sudheer | 9401 Eden Manor | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Shirali Sudheer ; Shirali Charulata | 7270 Lemon Grass Drive | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Shirali Sudheer ; Shirali Charulata | 6878 Long Leaf Drive | Parkland | FL | 33076 | Krupnick Campbell Malone Buser Slama Hancock Liberman & McKee, P.A. |
| Silvestri Richard & Lorraine | 1612 NW 5th Street | Cape Coral | FL | 33993 | Roberts & Durkee |
| Smith, Thomas and Carol | 7302 Bristol Circle | Naples | FL | 34120 | Roberts & Durkee |
| Solabella Company Limited  ; Zeller Maria Rosa; Zeller Beatriz Baez; De La Rosa Amada | 586 Loretto Avenue | Coral Gables | FL | 33146 | Colson Hicks Eidson |
| Spellman Kelley ; Spellman Casey | 10780 NW 81st Lane | Doral | FL | 33178 | Colson Hicks Eidson |
| Stanley Duke | 2517 Yukon Cliff Drive | Ruskin | FL | 33570 | Cuneo Gilbert  & LaDuca, LLP |
| Templeton Sherry ; Emerald Greens at Carrollwood, LLC | 13934 Clubhouse Drive #7C | Tampa | FL | 33618 | Parker Waichman, LLP |
| Tucker, Janice; Robert, Jarl | 1632 SW 19th Terr | Cape Coral | FL | 33991 | Roberts & Durkee |
| VanOsdol Robert | 506 Hickory Drive | Long Beach | MS | 39560 | Reeves & Mestayer |