

WEST PALM BEACH | STUART

**VIA EMAIL TRANSMISSION**

August 5, 2014

Russ Herman, Esquire
HERMAN, HERMAN & KATZ, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Re:   Chinese-Manufactured Drywall Products Liability Litigation (MDL 2047)
      *Payton v. Knauf, et al.*, Case No. 2:09-cv-07628-EEF-JCW

Dear Russ:

My clients, John and Mary Arcese, authorize the attorneys of Herman, Herman & Katz, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against Defendant, Majestic Homes, Inc., in the above referenced matter, reserving their rights and claims against any and all other Defendants therein.

Very truly yours,

*/s/ Gregory S. Weiss/ps*

GREGORY S. WEISS
Signed in attorney's absence to expedite delivery.

GSW/pms
cc:   Mr. and Mrs. Arcese
      Wayne Argo, Esq.