UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * ** * * * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO:   ALL CASES

## ORDER

Considering the foregoing Motion for Leave of Court to File Opposition to The PCS's Motion to Compel Document Production for In Camera Inspection and Accompanying Exhibits Under Seal ("Motion");

**IT IS ORDERED** that the Motion Is **GRANTED** and Counsel's Memorandum in Opposition to the PCS's Motion to Compel Document Production for In Camera Inspection ("Opposition") and accompanying exhibits shall be filed **UNDER SEAL**.

New Orleans, Louisiana, this  21st  day of October, 2014.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge