MINUTE ENTRY
FALLON, J.
OCTOBER 21 2014

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON<br>MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Jodi Simcox

Appearances:   C. David Durkee, Esq. for Plaintiff Ralph Mangiarelli, Jr.
                       Ryan Baya, Esq.  for defendant Sixty-Fifth and One LLC
                       Phillip and Clarine Allen, Pro Se

1. MOTION for Reconsideration of Order Denying Injunction for Claims Brought by Plaintiff Ralph Mangiarelli, Jr. by Defendants Banner Supply Pompano, LLC., Sixty Fifth and One, LLC (REF ALL CASES)     (17981)

After argument - Motion  was taken under submission

2. Notice of Appeal by Phillip and Clarine Allen, from Special Master's decision in their case governed by the Virginia Settlements    (18031)

After argument - For the reasons stated orally on the record, the appeal is denied.

JS10:   :36