UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 <br> SECTION:  L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is Knauf's Motion to Extinguish Settlement Obligations for Certain Already Remediated Homes. (Rec. Doc. 18066). Also before the Court are motions to file late claims, of the Thriffley Plaintiffs and others, (Rec. Docs. 17834, 17837). The Court previously continued the motions to file late claims. (Rec. Doc. 17867).

**IT IS ORDERED** that the Motion to Extinguish, (Rec. Doc. 18066), and the motions for late filed claims, (Rec. Docs. 17834, 17837), are set for hearing with oral argument, immediately following the monthly status conference on November 25, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to these motions do so by November 17, 2014.

New Orleans, Louisiana, this 21th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE