UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED          :   MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           :   SECTION: L
LITIGATION                           :
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:            :   JUDGE FALLON
ALL CASES AND                        :   MAG. JUDGE WILKINSON
                                     :
Hobbie, et al v.                     :
RCR Holdings II, LLC, et al.

No. 10-1113
------------------------------------------------------------x
```

**JOINT MOTION FOR ENTRY
OF CONSENT ORDER**

NOW INTO COURT, through undersigned counsel, come the Knauf Defendants and Gary Mason, Renaissance Commons Class Counsel, who submit this Consent Motion for Entry of Consent Order ("Consent Order") attached hereto as Exhibit "1."

The parties seek the attached Consent Order because they have resolved certain issues surrounding Lump Sum Payments for foreclosed units at Renaissance Commons.

WHEREFORE, the Knauf Defendants and Renaissance Class Counsel respectfully request that the Court enter the attached Consent Order and its exhibits into the record.

Respectfully submitted,

| | |
|---|---|
| /s/ Gary E. Mason | /s/ Kyle A. Spaulding |
| Gary E. Mason | Kerry Miller (LA Bar No. 24562) |
| **WHITFIELD BRYSON & MASON LLP** | Kyle A. Spaulding (LA Bar No. 29000) |
| 1625 Massachusetts Ave., NW, Suite 605 | **FRILOT L.L.C.** |
| Washington, D.C. 20036 | 1100 Poydras Street, #3700 |
| Phone: (202) 429-2290 | New Orleans, LA 70162 |
| Fax: (202) 429-2294 | Phone: (504)599-8194 |
| gmason@wbmllp.com | Fax: (504)599-8145 |
| | kmiller@frilot.com |
| *Counsel for Plaintiffs* | |
| | *Counsel for the Knauf Defendants* |

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, this 22nd day of October, 2014.

                                                  /s/ Kyle Spaulding