UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES AND | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| *Hobbie, et al v.* *RCR Holdings II, LLC, et al.* | : | |

No. 10-1113

---

## **ORDER**

Considering the Joint Motion for Entry of Consent Order:

IT IS HEREBY ORDERED that the Joint Motion for Entry of Consent Order is GRANTED and the Consent Order and the exhibits attached thereto are hereby entered into the record of this matter.

New Orleans, Louisiana this _____ day of October, 2014.

_____
JUDGE ELDON E. FALLON