UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: ) ) | MAG. JUDGE JOSEPH WILKINSON |
| *Little, et al. v. Taishan Gypsum, et al.* (Case No. 2:14-cv-00587) ) ) ) | |

### NOTICE OF FILING EXHIBITS IN SUPPORT OF TROUT CREEK PROPERTIES, LLC'S MOTION TO DISMISS AND AS SUPPLEMENT TO TROUT CREEK'S MEMORANDUM OF LAW IN SUPPORT OF SAME

Defendant TROUT CREEK PROPERTIES, LLC hereby files the attached exhibits in support of, and as a supplement to, its Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction originally filed on October 13, 2014 [DE 18049], which Motion was re-filed on October 14, 2014 as TROUT CREEK PROPERTIES, LLC's Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction with Memorandum of Law in Support of Defendant Trout Creek Properties, LLC's Motion to Dismiss Class Action Complaint for Lack of Personal Jurisdiction and Notice of Submission [DE 18052]. The attached exhibits were part of DE 18049, but were inadvertently omitted from DE 18052. TROUT CREEK PROPERTIES, LLC's Motion has been set for hearing on November 25, 2014.

/s/ *Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
E-mail: ebriscoe@fowler-white.com
Helaine S. Goodner
Fla. Bar No. 462111
E-mail: hgoodner@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, Fourteenth Floor
Miami, Florida 33131
Telephone: (305) 789-9200/Facsimile:(305) 789-9201
*Counsel for Trout Creek Properties, LLC*

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION - MDL NO. 2047
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system on the 23rd day of October, 2014.

/s/ Edward J. Briscoe
Edward J. Briscoe

4838-1054-8256, v. 1