# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE JOSEPH WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Little, et al. v. Taishan Gypsum, et al.*<br>(Case No. 2:14-cv-00587) | |

**DECLARATION OF BRIAN P. BURNS IN SUPPORT OF MOTION
TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

I, Brian P. Burns, state as follows:

1. This declaration is submitted on behalf of Defendant Trout Creek Properties, LLC (Trout Creek") in the above-captioned matter. This declaration is based upon my personal knowledge and review of corporate records.

2. I am the Chairman of Trout Creek.

3. Trout Creek has been a Delaware limited liability company since December 28, 1998.

4. Trout Creek has never registered to do business in Alabama.

5. Trout Creek has never conducted any business in Alabama.

6. Trout Creek has never developed any land in Alabama.

7. Trout Creek has never built any homes or commercial structures in Alabama.

8. Trout Creek has never performed any services in Alabama.

9. Trout Creek has never owned or leased property in Alabama.

10. Trout Creek has never had offices, employees or bank accounts in Alabama.

IN RE: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY LITIGATION  Page 2

11. Trout Creek has never appointed an agent to accept service of process in Alabama.

12. Trout Creek has never paid taxes or incurred tax liability in Alabama.

13. Trout Creek does not have a street or mailing address or telephone number in Alabama.

14. Trout Creek does not have officers, directors, employees or agents in Alabama.

15. Trout Creek platted the land, developed the infrastructure, and then sold empty lots at the Meadows Point development *in Florida*, including the sale of the lot on which the home of David Jarrett was built.

16. According to publicly-available building permit information for Wesley County, Florida, Premier Design Homes of Florida, Inc. was the builder of the Jarrett home at 1323 Lyonshire Drive. (Ex. A hereto).

17. Trout Creek did not build the Jarrett house.

18. Trout Creek did not supply drywall to the Jarrett home.

19. Trout Creek did not install drywall at the Jarrett home.

I declare under the penalty of perjury under the laws of the United States of America that all of the above statements are true to the best of my knowledge.

_____
BRIAN P. BURNS
Date: 3 October 2014

4832-5815-0685, v. 1

# COMPOSITE EXHIBIT A TO EXHIBIT 2

# Pasco County Florida
# Public Access to Permit Applications (PAPA)

HOME    PERMIT SEARCH    INSPECTION STATUS    CONTACT US    HELP    LOG IN

## Quick Search

Search Permits & Applications (Enter at least one search field then select SEARCH)

| Permit #: | | App #: (Starts with * or #) | |
|---|---|---|---|
| Work Code Type: | ALL WORK CODES | | |
| Contractor #: (6 digits) | | Contractor Name: | |
| Street Number: | 1323 | Street Name: | lyonshire |
| Permit Date From: | 01/01/2000 | Permit Date To: | 06/25/2014 |

Parcel ID:  SC LOT  TP  RG  SUBDIV  BLOCK

Status: ANY STATUS

[Reset]                                        [SEARCH]  SEARCH TIPS

| PERMIT | CONTRACTOR | CONTRACTOR NAME | STATUS | TYPE | HOUSE NUMBER | STREET NAME | Map | PARCEL |
|---|---|---|---|---|---|---|---|---|
| 787678 | 006554 | QUALITY CONSTR OF ODESSA, INC. | COMPLETE | REPLMNT DRYWL STR | 1323 | LYONSHIRE DR | MAP | 33-26-20-0130-01100-0020 |
| 731629 | 007292 | MIDWAY SERVICES, INC. | COMPLETE | ADD WATER LINE | 1323 | LYONSHIRE DR | MAP | 33-26-20-0130-01100-0020 |
| 386028 | 012071 | PREMIER DESIGN HOMES OF FL INC | COMPLETE | 5/6 FAM. BLK. | 1323 | LYONSHIRE DR | MAP | 33-26-20-0130-01100-0020 |

Number of Permits returned from this search: 3

Search Results

### Please Note:
If you are using Internet Explorer 10 or above
Click on "Tools" and select
"Compatibility View"
before logging onto this site

© Pasco County, Florida. All rights reserved.
[PROD] Application Version 1.2.9. Last Change : 11/15/2011.

## Building Permit Information

**Permit:** 386028     **Job Location:** 1323 LYONSHIRE DR

Permits     Inspections History     Doc./Fees     C.O.     Notes

### Permit Info

**Permit Number:** 386028     **Issue Date:** 11/16/2001     **Status:** COMPLETE

**Parcel ID:** 33-26-20-0130-01100-0020

**Type of Work:** 5/6 FAM. BLK     **Value:** $55,000.00

**Job Location:** 1323 LYONSHIRE DR

**Primary Contractor ID Number:** 012071 PREMIER DESIGN HOMES OF FL INC

**Business Address:** 9950 PRINCESS PALM AVE. 3102 TAMPA FL

**Business Phone:** (813) 740-1500

Close Window

## Building Permit Information

**Permit: 731629**     **Job Location: L-0020 1323 LYONSHIRE DR**

Permits   Inspection Summary/Schedule   Inspection History   Doc./Fees   C.O.   Notes

**Permit Info**

**Permit Number:** 731629 **Issue Date:** 02/09/2011 **Status:** COMPLETE

**Parcel ID:** 33-26-20-0130-01100-0020

**Type of Work:** ADD WATER LINE           **Value:** $140.00

**Job Location:** L-0020 1323 LYONSHIRE DR

**Application Notes:** SUB WATER METER

**Primary Contractor ID Number:** 007292 MIDWAY SERVICES, INC.

**Business Address:** 4677 118TH AVENUE NORTH CLEARWATER FL

**Business Phone:** (727) 573-9500

```
Active   007292   ADD WATER LINE              FIXTURES
LINES       SEWER SYSTEM   PASCO       WATER SOURCE
PASCO   VAL   0000140   FE       000000055.00
```

[ Close Window ]

# Building Permit Information

**Permit:** 787678    **Job Location:** L-2 1323 LYONSHIRE DR

Permits    Inspection Summary/Schedule    Inspection History    Doc./Fees    C.O.    Notes

### Permit Info

**Permit Number:** 787678    **Issue Date:** 03/04/2013    **Status:** COMPLETE

**Parcel ID:** 33-26-20-0130-01100-0020

**Type of Work:** REPLMNT DRYWL STR    **Value:** $55,000.00

**Job Location:** L-2 1323 LYONSHIRE DR

**Application Notes:** REPL.DRYWALL,SMOKE DECTORS,SWITCHES,PL

**Primary Contractor ID Number:** 006554 QUALITY CONSTR OF ODESSA, INC.

**Business Address:** P. O. BOX #159 CRYSTAL SPRINGS FL

**Business Phone:** (813) 263-5760

```
Active License Lacking  006554   REPLMNT DRYWL
STR                              VAL   0055000   FEE
000000168.76

Active    005194   REPLMNT DRYWL EL          OUTLETS
SAWPOLE    SERVICE AMPS    MTR#/PWR CO        VAL
FEE        000000106.88
```

Close Window