UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court received the following motion from the Michelle Family, LLP to accept its claim in the settlement program.

**IT IS ORDERED** that the motion shall be filed into the record.

**IT IS FURTHER ORDERED** that the Pro Se Curator review the motion for any necessary action, including whether the Michele Family's motion should be included in the November 25, 2014 oral argument regarding late filed claims.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion do so by November 17, 2014.

New Orleans, Louisiana, this 23th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE