UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

Michelle Family L.L.P.

    Plaintiff

Vs.

Chinese Manufactured Drywall
Products Liability Litigation

    Defendant

MDL No.: 2047

Section: L

Claimant ID: 105197

Claim ID: 558

Judge Fallon
Magistrate Judge Wilkinson



## MOTION TO REQUEST A COURT ORDER TO ALLOWED THE SETTLEMENT ADMINISTRATOR TO ACCEPT THE CLAIM FROM MICHELLE FAMILY L.L.P.

Plaintiff Michelle Family LLP. request this honorable court to order the admission of the alleged missing documents and states:

1. All the documentation requested had been submitted on 6/28/2013 and 9/27/2013 before the deadline which date was on October 25, 2013.
2. Plaintiff has proof of those record being sent see Exhibit A.
3. Plaintiff spoke to Steven and Mrs. Audra who acknowledge on 7/2/2013 and 9/30/2013 that all documents where in fact received.
4. Michelle Family L.L.P. would be unfairly deprive to receive compensation for damage Chinese drywall still existing on the premises.
5. Plaintiff does not have the resources to fix the damage premises and remove the damage drywall because of lack of funds.

Wherefore, Plaintiff Michelle F.L.L.P. request this honorable court to send an order from the court to the Settlement Administrator, allowing for Michelle Family L.L.P. to be a part of the Remediation Claim.

Dated this _____ day of _____, 2014.

Respectfully submitted,

Michelle Family L.L.P.
12314 SW 131 Avenue
Miami, Fl 33186
Telephone: (305) 229-8722
Facsimile: (305) 255-0820

By: _____

AMANDA LOPEZ
Pro – se

UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

MDL No.: 2047

Michelle Family L.L.P.　　　　　　　　　　　　Section: L

　　Plaintiff　　　　TENDERED FOR FILING　Claimant ID: 105197

　　　　　　　　　　　　OCT 1 0 2014　　Claim ID: 558

Vs.

　　　　　　　　　　U.S. DISTRICT COURT
Chinese Manufactured Drywall　Eastern District of Louisiana
Products Liability Litigation　　　Deputy Clerk　　Judge Fallon
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Wilkinson

　　Defendant
_____/

### MOTION TO REQUEST A COURT ORDER TO ALLOWED THE SETTLEMENT ADMINISTRATOR TO ACCEPT THE CLAIM FROM MICHELLE FAMILY L.L.P.

Plaintiff Michelle Family LLP. request this honorable court to order the admission of the alleged missing documents and states:

1. All the documentation requested had been submitted on 6/28/2013 and 9/27/2013 before the deadline which date was on October 25, 2013.
2. Plaintiff has proof of those record being sent see Exhibit A.
3. Plaintiff spoke to Steven and Mrs. Audra who acknowledge on 7/2/2013 and 9/30/2013 that all documents where in fact received.
4. Michelle Family L.L.P. would be unfairly deprive to receive compensation for damage Chinese drywall still existing on the premises.
5. Plaintiff does not have the resources to fix the damage premises and remove the damage drywall because of lack of funds.

Wherefore, Plaintiff Michelle F.L.L.P. request this honorable court to send an order from the court to the Settlement Administrator, allowing for Michelle Family L.L.P. to be a part of the Remediation Claim.

Dated this _____ day of _____, 2014.

Respectfully submitted,

Michelle Family L.L.P.
12314 SW 131 Avenue
Miami, Fl 33186
Telephone: (305) 229-8722
Facsimile: (305) 255-0820

By: _____
AMANDA LOPEZ
Pro – se



# MICHELLE F.L.L.P.
## 12314 SW 131 AVE Miami, Fl 33186
### Phone: (305) 229-8722 Fax: (305) 255-0820
### Email: JFLCorp@bellsouth.net

June 9, 2014

### Notice of Appeal

Re:   Claimant ID 105197
      Claim ID 558
      Claim Type KNAUF Remediation
      and or Global, Banner, INEX

I am requesting an appeal of my Chinese Drywall Settlement Program, the reason stated on the denial was incompleteness of certain information such as:

1- Proof of ownership.
2- Proof of Chinese Drywall
3- Proof of Lawsuit

Attached, please find proof that all those document were in fact submitted in a timely manner; I have also included in this package copies of all the documentation that have been submitted.

I respectfully request that the Special Master review my claim, and allowed my Chinese Drywall Settlement to be re-instated.

Sincerely,

Michelle Family LLP
By Amanda Lopez

TENDERED FOR FILING

OCT 1 3 2014

U.S. DISTRICT COURT
Eastern District of Louisiana