Michelle Manor
200 Fisherman Street
Units 149 and 182
Opa-Locka, Florida

I visited this development today and performed a visual inspection of 2 of the units..

These units were part of an airbase built back in the 40's or 50's. I am not sure how they acquired them but they did, and have renovated them and are leasing them out or selling them whatever they can do.

I only looked at two of the units (there are 100 of them) The first unit #149 which is the "office" has signs of CDW, some blackening of the electrical and AC coils, also a mild odor.

The second unit # 182 has a much stronger odor and the blackening is substantial.

They are unsure how many units have the condition.

These units were constructed with CBS block and poured concrete, the drywall was all added by them.

The problem is that the drywall is just furred out from the wall and therefore you cannot get a scope into a cavity.

How to Proceed.

If we decide to proceed I would recommend that we do an inspection of the AC coils in each unit and log its condition. maybe even do a swab of the coils for testing. Based on this results we can pretty well determine which and how many units may be effected.

From there we would have to do XRF testing on each positive unit and collect samples.

I took one sample that I am going to get shot with the XRF when I meet with them in the next week or so.

Ford Pollard, RPA
Professional Project Management

3/19/12
Date

# Michelle Village

## 200 Fisherman Street

## Opa-Locka, Florida

I performed a label inspection in unit # 182. Attached are the pictures of the label I was able to find. This same label had also been found throughout the ceiling.

The owner has had his maintenance person inspect the a evaporator coils in each of the 100 apartments. They have concluded that only 10 units have defective CDW where the coils show signs of black and sooty copper.

I collected two samples of the drywall, from the same wall, and one electrical outlet. The electrical outlet is very black and sooty.

_____                         _____
Ford Pollard                                             Date



Michelle Village Lagou 4/16/12







Michelle Village
Ora-Loma, FL













100 Fisherman Street
Units 149 and 182
Opa-Locka, Florida

I visited this development today and performed a visual inspection of 2 of the units..

These units were part of an airbase built back in the 40's or 50's. I am not sure how they acquired them but they did, and have renovated them and are leasing them out or selling them whatever they can do.

I only looked at two of the units (there are 100 of them) The first unit #149 which is the "office" has signs of CDW, some blackening of the electrical and AC coils, also a mild odor.

The second unit # 182 has a much stronger odor and the blackening is substantial.

They are unsure how many units have the condition.

These units were constructed with CBS block and poured concrete, the drywall was all added by them.

The problem is that the drywall is just furred out from the wall and therefore you cannot get a scope into a cavity.


How to Proceed.


If we decide to proceed I would recommend that we do an inspection of the AC coils in each unit and log its condition, maybe even do a swab of the coils for testing. Based on this results we can pretty well determine which and how many units may be effected.

From there we would have to do XRF testing on each positive unit and collect samples.

I took one sample that I am going to get shot with the XRF when I meet with them in the next week or so.


Ford Pollard, RPA
Professional Project Management

3/14/12
Date

# Michelle Village

## 200 Fisherman Street

## Opa-Locka, Florida

I performed a label inspection in unit # 182. Attached are the pictures of the label I was able to find. This same label had also been found throughout the ceiling.

The owner has had his maintenance person inspect the a evaporator coils in each of the 100 apartments. They have concluded that only 10 units have defective CDW where the coils show signs of black and sooty copper.

I collected two samples of the drywall, from the same wall, and one electrical outlet. The electrical outlet is very black and sooty.

_M. Pollard_
_____                               _4/16/12_
Ford Pollard                                            Date

Defective
Units:    149      181      183
          150      182      186
          151      183
          152      189





Michelle Village Laura 4/16/12








Michelle Village
Opa-Locka, FL











