UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
IN RE: CHINESE-MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY : SECTION: L
LITIGATION :
---------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
ALL CASES AND : MAG. JUDGE WILKINSON
 :
*Hobbie, et al v.* :
*RCR Holdings II, LLC, et al.*

No. 10-1113
---------------------------------------------------------------x

## **ORDER**

Considering the Joint Motion for Entry of Consent Order:

IT IS HEREBY ORDERED that the Joint Motion for Entry of Consent Order is GRANTED and the Consent Order and the exhibits attached thereto are hereby entered into the record of this matter.

New Orleans, Louisiana this  23rd   day of October, 2014.

_____
JUDGE ELDON E. FALLON