| AGREED LUMP SUM PAYMENTS |
|:---:|
| 1626 |
| 2122 |
| 2218 |
| 2420 |
| 2428 |
| 2507 |



| POTENTIAL LUMP SUM PAYMENTS |
|:---:|
| 1125 |
| 1126 |
| 1304 |
| 2108 |
| 2225 |
| 2324 |
| 2411 |
| 2416 |
| 2418 |
| 2627 |



EXHIBIT B