UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### THE FEE COMMITTEE'S INSPECTION COSTS AND HOLD BACK MOTION PURSUANT TO PRETRIAL ORDER NO. 28(E)

Pursuant to Pretrial Order No. 28(E), the Fee Committee hereby submits its Inspection Costs and Hold Back Motion.  For the reasons set forth in the a accompany Memorandum of law, the Fee Committee's Motion should be granted.

Respectfully submitted,

Dated:  October 23, 2014            /s/ Leonard A. Davis
                                                            Russ M. Herman, Esquire (Bar No. 6819)
                                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                                            HERMAN, HERMAN & KATZ, LLC
                                                            820 O'Keefe Avenue
                                                            New Orleans, LA 70113
                                                            Phone: (504) 581-4892
                                                            Fax: (504) 561-6024
                                                            Ldavis@hhklawfirm.com
                                                            *Plaintiffs' Liaison Counsel in MDL 2047*
                                                            *Fee Committee Co-Chair/Secretary*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*Fee Committee Chair*

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com
*Fee Committee Member*

Christopher A. Seeger
Scott Alan George
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
*Fee Committee Member*

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

        Richard J. Serpe
        LAW OFFICES OF RICHARD J. SERPE
        Crown Center, Ste. 310
        580 East Main Street
        Norfolk, VA 23510-2322
        rserpe@serpefirm.com
        *Fee Committee Member*

        Michael J. Ryan
        KRUPNICK CAMPBELL MALONE
        BUSER SLAMA HANCOCK LIBERMAN
        12 S.E. Seventh Street, Suite 801
        Fort Lauderdale, FL 33301
        Phone: (954) 763-8181
        Fax: (954) 763-8292
        *Fee Committee Member*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of October, 2014.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esquire
        HERMAN, HERMAN & KATZ, LLC
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Phone: (504) 581-4892
        Fax: (504) 561-6024
        Ldavis@hhklawfirm.com
        Plaintiffs' Liaison Counsel
        MDL 2047

        *Co-counsel for Plaintiffs*