UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

## PROPOSED ORDER

AND NOW THIS ___ day of _____, 2014 upon consideration of The Fee Committee's Inspection Costs and Hold Back Motion Pursuant to Pretrial Order No. 28(E) and Memorandum in support thereof, it is hereby ORDERED that said motion is GRANTED.

The Court accepts the recommendation of the Fee Committee that a reasonable stipend of $1,000.00 per property for those properties where KPT Chinese drywall is present, including homes with mixed board that includes KPT Chinese drywall. The Court further accepts the Fee Committee's recommendation that for those properties with non-KPT Chinese drywall only, a reasonable stipend should be $150.00 per property.

In addition, the Court accepts the Fee Committee's recommendation of a reasonable hold back in the amount of $10 million for use in connection with on-going remaining litigation and settlement administration work.

SO ORDERED

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
Eldon E. Fallon

1