## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | ) | |
|      DRYWALL PRODUCTS | ) | MDL NO. 2047 |
|      LIABILITY LITIGATION | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | SECTION: L |
| | ) | |
| *Hobbie, et al.  v.* | ) | JUDGE FALLON |
| *RCR Holdings II, LLC, et al.*, | ) | |
| | ) | |
| No. 10-1113 | ) | |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

## NOTICE OF PLAN OF DISTRIBUTION

**To All Current and Prior Owners of Affected Units at Villa Lago Transferred Due to Foreclosure Or Sold To Mitigate Losses**

NOTICE is hereby given that on November 25, 2014, at 9:00 a.m. Central time, the Court will hold a hearing on the plan proposed by Class Counsel to distribute certain funds made available pursuant to either the Coastal Settlement or the Knauf Settlement (the "Plan of Distribution").  If the Plan of Distribution is approved by the Court, you may or may not receive a payment from the available funds.  Please read the Plan of Distribution carefully.

If you wish to object or support the Plan of Distribution, you can do so by sending your response in writing to Gary E. Mason, Esq., Whitfield Bryson & Mason LLP, 1625 Massachusetts Ave., NW,  Suite 605, Washington, DC 20036.  All responses must be **postmarked** no later than November 14, 2014, to be considered by the Court.

The Plan of Distribution is attached hereto as Exhibit A.  The Consent Order is attached hereto as Exhibit B.  All questions should be directed to Gary E. Mason at the above address, by

phone to 202-640-1160 or email to gmason@wbmllp.com.  **DO NOT CONTACT THE**

**COURT DIRECTLY.**

DATED:  October 27, 2014                        Respectfully submitted,

                                                 */s/ Gary E. Mason*
                                                Gary E. Mason
                                                Daniel K. Bryson
                                                WHITFIELD BRYSON & MASON LLP
                                                1625 Massachusetts Ave., NW, Suite 605
                                                Washington, D.C.  20036
                                                Telephone:  (202) 429-2290
                                                Facsimile:  (202) 429-2294
                                                gmason@wbmllp.com
                                                dan@wbmllp.com

                                                Joel R. Rhine
                                                RHINE MARTIN LAW FIRM
                                                1612 Military Cutoff Rd
                                                Suite 300
                                                Wilmington, NC 28403
                                                Telephone:  (910) 772-9960
                                                Facsimile:  (910) 772-9062
                                                jrr@rhinelawfirm.com

                                                *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 27th day of October, 2014.

/s/ Gary E. Mason
Gary E. Mason