UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| *Hobbie, et al. v. RCR Holdings II, LLC, et al.,* | ) ) ) | JUDGE FALLON |
| No. 10-1113 | ) ) ) | MAG. JUDGE WILKINSON |

## CONSENT ORDER

Pursuant to the Motion for Specific Enforcement of Settlement Agreement [Rec. Doc. 17965], the following Order is entered:

IT IS ORDERED that the Villa Lago at Renaissance Commons units identified on Exhibit "A" containing all KPT Chinese Drywall or KPT Chinese Drywall and non-KPT Chinese Drywall which were previously foreclosed upon are eligible for Lump Sum Payments ("LSP's") totaling $57,735.40. The LSP's for units on Exhibit "A" will be deposited by the Knauf Defendants into an account to be specified by Renaissance Commons Class Counsel or the Court. The above payment represents the LSP's for the units identified on Exhibit "A." Renaissance Commons Class Counsel shall distribute the funds in accordance with the Knauf Class Settlement Agreement, the Renaissance Commons Settlement Agreement, and any other Orders by the Court. The Knauf Defendants shall have no further obligation to fund any additional LSP's for the units on Exhibit "A."

1


EXHIBIT 1

Case 2:09-md-02047-EEF-MBN Document 18082-2 Filed 10/27/14 Page 2 of 5
Case 2:09-md-02047-EEF-JCW Document 18030 Filed 10/23/14 Page 2 of 5

EXHIBIT B

IT IS FURTHER ORDERED that the Villa Lago at Renaissance Commons units identified on Exhibit "B" containing all KPT Chinese Drywall or KPT Chinese Drywall and non-KPT Chinese Drywall which were previously foreclosed upon are potentially eligible for LSP's contingent upon the Knauf Defendants' receipt of certain documentation and confirmation that the units are determined to be Residential Properties as required by the Knauf Class Settlement Agreement. Upon confirmation that any unit is eligible for the LSP, the Knauf Defendants will deposit the LSP into the same account previously set forth herein. Renaissance Commons Class Counsel shall distribute any potential payments in accordance with the Knauf Class Settlement Agreement, the Renaissance Commons Settlement Agreement, and any other Orders by the Court. Upon payment by the Knauf Defendants of any potential payments under this section, the Knauf Defendants shall have no further obligation to fund any additional LSP's for the units on Exhibit "B."

IT IS FURTHER ORDERED that current owners who bought properties at Villa Lago at Renaissance Commons via a foreclosure are deemed to have bought those units with knowledge that they contained Chinese manufactured drywall, and are therefore not eligible to receive LSP benefits.

IT IS FURTHER ORDERED that the Motion For Specific Enforcement of Settlement Agreement [Rec. Doc. 17965] is DENIED as moot.

IT IS FURTHER ORDERED that:

1. **Within three days of entry of this Consent Order**, Renaissance Common Class Counsel shall file with the Court a Notice of the Plan of Distribution (the "Plan of Distribution") of available monies representing LSP's for KPT, non-KPT and mixed board foreclosed units at Villa Lago at Renaissance Commons. The Notice shall be sent together with this Consent Order

by first-class mail to the current address and by email, if known, of the new owners of the foreclosed units and by first-class mail to the last known address and by email, if known, of the prior owners of the foreclosed units.

2. Class Members affected by the Plan of Distribution may be heard (whether individually or through counsel), and written objections or briefs may be submitted to the Court provided any such brief in support of the objection, and any statement of intention to appear at the hearing on approval of the Plan of Distribution, is mailed to Renaissance Commons Class Counsel and postmarked no later than **November 14, 2014**.

3. Renaissance Commons Class Counsel shall file all objections with the Court at the same time they file their memorandum in support of their Motion for Approval of the Plan of Distribution, which shall be no later than **November 21, 2014.**

4. The Court will hold a hearing on the Motion for Approval of the Plan of Distribution on **November 25, 2014, at 9:00 a.m. Central time**, or such time and date ordered by the Court, in order to consider comments on and objections to the Plan of Distribution and to consider whether to grant approval of the Plan of Distribution.

THUS DONE AND SIGNED in New Orleans, Louisiana on this 23rd day of October, 2014.

_____
Honorable Eldon E. Fallon

Seen and Agreed:

/s/ Kerry J. Miller
Kerry J. Miller for the Knauf Defendants

/s/ Gary E. Mason
Gary E. Mason for Renaissance Commons Settlement Class

3

EXHIBIT B

| AGREED LUMP SUM PAYMENTS |
|:---:|
| 1626 |
| 2122 |
| 2218 |
| 2420 |
| 2428 |
| 2507 |



| POTENTIAL LUMP SUM PAYMENTS |
|:---:|
| 1125 |
| 1126 |
| 1304 |
| 2108 |
| 2225 |
| 2324 |
| 2411 |
| 2416 |
| 2418 |
| 2627 |



EXHIBIT B