UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

MOTION FOR AUTHORITY TO FILE CLAIM

NOW INTO COURT, comes Whitney Bank, who moves this Court for an order authorizing it to file a claim for drywall damages related to the property located at 1600 Evers Haven, Cantonment, Florida, in the appropriate settlement program. Mover's memorandum in support of this motion, a notice and a proposed order are attached hereto.

Respectfully Submitted,

*/s/ Louis Simon II*_____
Louis Simon II, Bar No. 12281
Jones Walker LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70601
Ph: (337) 593-7600
FAX (337) 593-7601
Attorney for Whitney Bank

{L0308081.1}

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Authority to File Claim has been filed electronically with the clerk of Court on October 29, 2014 using the CM/ECF documenting filing system which will forward copies to all counsel of record.

*/s/ Louis Simon II*_____
LOUIS SIMON II

{L0308081.1}