UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

NOTICE OF SUBMISSION

Please take notice that Mover, Whitney Bank's Motion for Authority to File Claim will be heard by the Honorable Judge Fallon on December 3, 2014 at 9:00 a.m.

Respectfully Submitted,

*/s/ Louis Simon II*_____
Louis Simon II, Bar No. 12281
Jones Walker LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70601
Ph:  (337) 593-7600
FAX (337) 593-7601
Attorney for Whitney Bank

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Authority to File Claim has been filed electronically with the clerk of Court on October 29, 2014 using the CM/ECF documenting filing system which will forward copies to all counsel of record.

*/s/ Louis Simon II*_____
LOUIS SIMON II

{L0308088.1}