UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
 )
 ) SECTION: L
 )
**THIS DOCUMENT RELATES TO ALL CASES** ) JUDGE FALLON
 ) MAG. JUDGE WILKINSON
_____ )

MEMORANDUM IN SUPPORT OF
MOTION FOR AUTHORITY TO FILE CLAIM

This Memorandum is submitted on behalf of Whitney Bank in support of its motion for authority to submit a late filed claim.  Mover is given to understand that the deadline for submitting the appropriate claim form was October 25, 2013.

Whitney Bank shows that it acquired the subject property located at 1600 Evers Haven, Cantonment, Florida, by way of foreclosure on May 14, 2014 and only learned of the presence of Chinese Drywall in the house thereafter.

Whitney Bank had no knowledge of the Chinese Drywall until after May 14, 2014.

Upon information and belief, Whitney Bank avers that it should be eligible to submit a claim, as it has only just discovered the existence of the Chinese Drywall.

Whitney Bank hereby seeks a court order directing Brown & Greer to accept a late filed claim.

Mover should be authorized to submit their claim under the appropriate settlement program.

Respectfully Submitted,

*/s/ Louis Simon II*_____
Louis Simon II, Bar No. 12281
Jones Walker LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70601
Ph:  (337) 593-7600
FAX (337) 593-7601
Attorney for Whitney Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Authority to File Claim has been filed electronically with the clerk of Court on October 29, 2014 using the CM/ECF documenting filing system which will forward copies to all counsel of record.

*/s/ Louis Simon II*_____
LOUIS SIMON II