# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.) | |

### AFFIDAVIT OF RONALD E. WRIGHT, P.E.

I, Ronald E. Wright, being first duly sworn, depose and say:

1. I graduated with a Bachelor of Science in Civil Engineering and Master of Business Administration degrees from the University of Toledo, and am a licensed Professional Engineer in the states of Alabama, Florida, Maryland, Mississippi, New Jersey, North Carolina, Ohio, Pennsylvania, South Carolina, and Virginia. I have been

1

involved in construction for over 30 years. I am currently employed by Berman and Wright Architecture, Engineering & Planning, LLC. I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of repair necessary and the estimated cost of repairs. I have presented at numerous seminars regarding various construction issues on topics including: problems with mold, water intrusion, and defective materials; their effects on buildings; and the repairs necessary to address these problems. I have formed opinions regarding these construction issues through the use of my technical education and training, twenty-five plus years of hands-on field experience including investigations of over 1,000 buildings, and the subsequent remediation needed to address the building problems. I have also extended considerable time and effort in the research of publications and studies by other forensic investigators and trade associations, and the review of national standards and guidelines. I have been retained in numerous matters to provide expert opinions regarding building problems. My curriculum vita is attached as Compendium of Exhibits as "Comp Ex. 1" and includes behind the curriculum vita a listing of those depositions and trials in which I have provided expert testimony over the past four years. My hourly rate for services rendered on this matter is $250/hour.

2. I have been asked to determine the property damages caused by Taishan Drywall to a class of Taishan drywall homeowners. The class includes homeowners of 3,852 residential units residing in 18 states, but primarily in the Gulf and Southeastern U.S. states. The average square footage of a class member's house is 1,996 square feet, and the estimated cumulative total for all residential units is 7,688,739 square feet (Comp. Ex. 2) (summary page provided, electronic data for full listing of the class

members' information is available upon request). All opinions expressed herein are expressed to a reasonable degree of certainty within the field of engineering.

3. In a prior legal proceeding in the *Germano* case – the February 19-22, 2010 remediation trial for the seven (7) Plaintiff Intervenors (hereinafter the "Germano Remediation Proceeding"), I did extensive evaluation of damages caused by Taishan Drywall as summarized in my expert report and trial testimony. *Germano* Virginia Taishan Drywall Cases Expert Report (12/23/09); *Germano* Trial Transcript, (2/22/10) Vol. II at 62(24) – 125(8). My prior work included the inspection of seven Virginia Taishan Drywall residential units selected to represent a cross-section of Virginia residential units, and the inspection of "control residential units" (similar residential units to the seven, but with no Chinese Drywall). I participated in the development of a scope of work to remediate these residential units to return them to their pre-damaged condition. This scope of work, which ultimately was set forth by the Court in the FOFCOL, Doc. 2380, is very similar to that utilized by Florida builders who did Chinese Drywall home remediation such as Beazer Homes. It is also similar to the scope of work recommended by the Consumer Product Safety Commission ("CPSC"). This scope of work included (1) removal and replacement of all drywall, (2) removal and replacement of electrical systems including wiring, low voltage, devices, fixtures, controls, and sensors, (3) removal and replacement of HVAC air handler units, compressor units, and ductwork, (4) removal and replacement of appliances, (5) removal and replacement of copper plumbing lines and fittings, and fixtures (6) removal and replacement of carpeting, hardwood and vinyl flooring, and protection/possible replacement of hard tile flooring, (7) removal and replacement of all doors, cabinets, countertops, trim, crown

3

molding, and baseboard, and (8) replacement of all ceiling and wall insulation. This scope of work for each of the seven Taishan Drywall residential units was subjected to two independent construction bids from Virginia general contractors. Evaluating these bids across the cross-section of residential units, I determined the average cost of remediation for these type of residential units is $86/square foot. In reaching this determination, I also considered standard references such as RS Means which provide estimates for the cost of materials and the costs of labor on a local, regional, and national basis. I also evaluated the need for a professional environmental inspection at the conclusion of the remediation to certify the remediation successfully returned the residential units to their pre-damage condition. I determined the cost of such an inspection and certification to be an additional 6% per residential unit remediation cost which was not included in my estimate of $86/square foot. Furthermore, I evaluated the occurrence of premature failures of HVAC, appliance and electronics in this cross-section of homes. In addition, I have performed scope of work and damages estimates in other Chinese Drywall remediation scope and costs projects in Louisiana, Florida, Virginia, North Carolina, and New Jersey. In those projects, the scope of work and costs were generally consistent with the determinations made in *Germano*. I rely on all this prior work in evaluating the data available for the residential units of the Taishan homeowner class to make damages determinations.

4.  I have reviewed the FRE 1006 (Summary of Screening Data for Virginia Taishan Homes), (Comp. Ex. 3); Venture Supply Distribution Records (Comp. Ex. 4); the Venture Supply Profile Form (10/6/09) (Comp. Ex. 5); the Taishan Gypsum Ltd. Manufacturer Profile Form (10/13/10) (Comp. Ex. 6); the RS Means data on local,

4

regional, and national pricing for materials and labor, Chinese Drywall property remediation costs from Louisiana, Florida, Virginia, North Carolina, and New Jersey; a database of the 3,852 residential unit properties in the Taishan Chinese Drywall class; and the Plaintiff Profile Forms for the class representatives: Eduardo and Carmen Amorin of 240 West End Drive #721, Punta Gorda, FL 33950; Albert and Betsy Butzer of 9519 26th Bay Street, Norfolk, VA 23518; Thomas and Virginia Spencer of 2481 Lakewood Manor Drive, Athens, GA 30606; and Elliot and Angelina Everard of 3000 N. Palm Drive, Slidell, LA 70458. This data documents widespread distribution of Taishan Chinese Drywall in the Gulf and Southeastern U.S. states, as well as limited distribution in other states. In reviewing the RS Means data for the cost of materials and the costs of labor from the 18 states where class members' properties are located, and in reviewing our own Chinese Drywall remediation cost data from other states, it is clear that the remediation estimate of $86 per square foot and the 6% inspection and certification fee (updated to $101.83 in 2014 dollars) is a valid estimate for the expected costs of remediation in the 18 covered states. The $86 per square foot determination was made in 2010 and must be adjusted to account for the subsequent increase in the costs of materials and the costs of labor in the 18 affected states. To do this, I relied on RS Means data, and adjusted the $86 estimate to $96.06/square foot in 2014 dollars. The conversion of these costs and the addition of the inspection and certification fees result in a total square footage cost in 2014 dollars of $101.83. Calculations for this conversion are provided in Comp. Ex. 7.

5. The residential units of the class representatives and class members are of a similar type of construction, similar size, and similar time period of construction as the

cross-section of residential units studied in the *Germano* Remediation Proceeding and my work in numerous other states. The class representatives' residential units have experienced the same type of corrosion damage as the seven *Germano* Plaintiff Intervenor residential units, as well as the other Chinese Drywall residential units I have inspected in various states, and require the same remediation as that recommended for the seven *Germano* Plaintiff Intervenors.

6. Based on this documentation, it is clear that each of the class representatives' residential units meet the defective Chinese Drywall case definition set out by the CPSC Interim Guidance (Comp. Ex. 8) and the Florida Department of Health. (Comp. Ex. 9)

7. It is estimated based on the past experience reviewed above that the homeowner will need to vacate the residential unit for a period of four to six months during the remediation. The average alternative living costs (including alternative housing, transportation and storage, and replacement of personal property damaged by the Chinese drywall) for alternative living expenses as defined above from our projects and data from Louisiana, Florida, Virginia, North Carolina, and New Jersey, is $12.38 per square foot. (Comp. Ex. 10).

8. Relying on the data reviewed above, I have calculated damages for members of the class of Taishan homeowners for *remediation* (including post-remediation inspection and certification); and *alternative living costs*, (including housing, transportation and storage, and personal property losses).

9. The class damages calculation and formula is set out below.
Class damages amount = *remediation and inspection and clearance* cost of residential

6

unit [cost per square foot – i.e. $101.83 figure x total square feet of claimants' residential units] + *alternative living costs* [cost per square foot – i.e. $12.38 per square foot x total square feet of claimants' residential units]. Thus, the formula establishes total property damages, costs, and fees at $114.21 per square foot.

      10.    In sum, the property damages to the class of Taishan drywall homeowners of the 3,852 residential units is $878,130,881.

Exhibits:

1. Curriculum Vitae and Testimony Listing 2010 to 2014
2. Square Footage Summary Page
3. FRE 1006 (Virginia Screening Data)
4. Venture Supply Distribution Records
5. Venture Supply Profile Form
6. Taishan Gypsum Ltd. Manufacturer Profile Form
7. Calculations for 2014 remediation costs and inspection and clearance fees
8. CPSC Interim Guidance (1/28/10)
9. Florida Dept. of Health (12/8/09)
10. Average Alternative Living and Personal Property Damage Costs

Further, the affiant sayeth not.

10-22-14
Date

Ronald E. Wright, P.E.

Sworn to and subscribed before me this 22 day of October 2014



NOTARY PUBLIC

My Commission Expires: 4/8/2017

7