# EXHIBIT 1

# Ronald E. Wright, PE

Principal

## PROFESSIONAL SUMMARY

Ron Wright has provided services to the construction industry since 1979. Mr. Wright's variety of experiences include Building Diagnostics, Design, Project Management, CPM scheduling, Claims Management, and Surety Contract Management. Mr. Wright is widely and highly regarded in the industry for his expertise in Building Diagnostics and has provided expert testimony in front of juries, arbitrators, judges, and mediators.

## PROFESSIONAL EXPERIENCE

**Berman & Wright, Architecture, Engineering & Planning, LLC (Formerly Buric)**

| | |
|---|---|
| Principal | 2011 – Present |
| Chief Operating Officer | 2007 – 2011 |
| Vice President of Building Diagnostics Services | 2005 – 2007 |
| Senior Vice President | 2004 – 2006 |
| Vice President | 2000 – 2004 |
| Senior Project Consultant | 1995 – 2000 |
| Project Consultant | 1989 – 1995 |

Mr. Wright actively participates in providing services to owners, design professionals, contractors, and other participants in the construction field. Services provided include defining design and construction deficiencies; completing construction code and technical analysis; determining and documenting causes of building deterioration in order to define corrections; estimating costs of repairs and managing projects through rehabilitation, inclusive of cost monitoring and controls; administering contracts; and scheduling.

**H. C. Rummage, Inc.**

| | |
|---|---|
| Project Manager and Estimator | 1987 – 1989 |

Mr. Wright worked in the capacities of Project Manager and Estimator constructing commercial and industrial projects for the general contractor. His responsibilities included initiating and developing contracts with Clients; developing project estimates and establishing contract amounts; performing project management duties including project schedules, developing and finalizing subcontracts and materials purchases; and closeout of projects. Additionally, for design-build projects, Mr. Wright developed project construction documents that included engineering design.



**Bench Mark Builders, Inc.**
Project Manager and Estimator 1984 – 1987

Mr. Wright worked in the roles of Project Manager and Estimator to construct commercial and industrial projects for a general contractor. Mr. Wright's responsibilities included initiating and developing contracts with Clients; developing project estimates and establishing contract amounts; performing project management duties including project schedules, developing and finalizing subcontracts and materials purchases, and closeout of projects. Additionally, for design-build projects, Mr. Wright developed project construction documents that included design engineering.

**Owens-Illinois Inc.**
Staff Engineer 1979 - 1984

Mr. Wright work in the role of Staff Engineer by performing design engineering and by serving as owner's representative on construction projects for over twenty glass manufacturing plants. His duties included site reviews to establish construction needs, develop drawings and specifications for projects performed by contractors or in-house personnel, coordinate project work, develop cost estimates for budget purposes, meet with materials suppliers and manufacturers to evaluate products to be used within construction, and perform on-site management of project work during major glass plant renovations or new construction projects.

**EDUCATION**

University of Toledo — Toledo, Ohio
Master of Business Administration — June 1984
Bachelor of Science in Civil Engineering — June 1979

**PROFESSIONAL LICENSE**

Registered Professional Engineer

| State | License | Date |
|---|---|---|
| Ohio | License No. E-48776 | May 1984 |
| North Carolina | License No. 012130 | October 1984 |
| South Carolina | License No. 10583 | July 1985 |
| Virginia | License No. 036280 | June 2001 |
| Maryland | License No. 0029570 | March 2004 |
| New Jersey | License No. GE45073 | June 2004 |
| Mississippi | License No. 20672 | March 2012 |
| Alabama | License No. 32709-E | May 2012 |
| Florida | License No. 74971 | August 2012 |
| Pennsylvania | License No. 080264 | September 2012 |



**PROFESSIONAL MEMBERSHIPS**

American Architectural Manufacturers Association
American Society for Testing and Materials
International Code Council
Professional Engineers of North Carolina
American Society of Civil Engineers
Tau Beta Pi, Engineering Honorary Fraternity

**PROFESSIONAL PUBLICATION**

- Wright, Ron. "The Mold Challenge in Construction," Construction Claims Advisor, May 2005.

**CURRENT PROJECTS LIST**

| | |
|---|---|
| Lakeside at North Haledon Condominiums | North Haledon, NJ |
| Edgewater Condominiums | Myrtle Beach, SC |
| Metropolitan Apartments | Camp Springs, MD |
| Village of Troon Condominiums | Charlotte, NC |



Ronald E. Wright, PE lectures on a variety of construction-related topics including Building Diagnostics. The following is a listing of seminars Mr. Wright has presented:

| **LISTING OF SEMINARS PRESENTED** | |
|---|---|
| **Date** | **Topic** |
| 2012 | Senior Summit; Panelist for open forum Q & A; Manchester, New Jersey |
| 2010 | Associated Owners & Developers 14th Annual Construction Industry Conference "How Owners and Contractors can Control Project Risk" Seminar presentation for Dealing With Construction and Design Defects; Atlanta, Georgia |
| 2008 | Lorman Education Services "Condominium Construction Issues in North Carolina", Seminar Presentation for Building Diagnostics; Raleigh, North Carolina |
| 2005 | "Mealey's Construction Defect & Mold Litigation Conference", Panel member in presentation on "Hot Topics in Construction Defect Litigation - Defective Product Round-up"; Phoenix, Arizona' |
| 2004 | National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Cleveland, Ohio |
| 2004 | National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Akron, Ohio |
| 2004 | Lorman Education Services "Advances in Environmental Mold Issues" Fairfax County Government Seminar Presentation for Mold and Building Diagnostics; Fairfax, Virginia |
| 2004 | National Business Institute "Ohio Construction Defect and Mold Litigation" Seminar Presentation for Mold and Building Diagnostics; Cleveland, Ohio |
| 2003 | The "Contractor's Construction Superconference" Presentation for "What Owners Need to Know About Delay and Disruption Claims"; San Francisco, California |
| 2003 | Lorman Education Services "Advances in Environmental Mold Issues in Virginia" Seminar Presentation for Mold and Building Diagnostics; Arlington, Virginia |
| 2002 | North Carolina Academy of Trial Lawyers "Toxic Mold and Construction Defects" Seminar Presentation for Using the Forensic Engineer to Build the Case; Raleigh, North Carolina |
| 2002 | The "Contractor's Construction Superconference" Presentation for Mold and Building Problems Investigations; San Francisco, California |
| 2001 | Waterproofing Contractors Association, Inc. "Construction Pitfalls and Solutions" Seminar Presentation for Construction Pitfalls and Solutions; Pinehurst, North Carolina |
| 1999 | North Carolina Bar Foundation "Advanced Synthetic Stucco Update" Presentation for Overview of EIFS Issues; Cary, North Carolina |
| 1999 | NOVA SHOC Public Forum on EIFS Presentation as Panel Member for open |



| | |
|---|---|
| | discussion of EIFS; Fairfield County Civic Center, Virginia |
| 1998 | North Carolina Bar Foundation "Stucco Litigation" Seminar Presentation for Expert/Engineer's Perspective; Greensboro, North Carolina |
| 1996 | North and South Carolina Bar Foundation Annual Construction Law Section Meeting Presentation as Panel Member for Open Discussion of EIFS; Durham, North Carolina |
| 1996 | Homeowner Public Forum on EIFS Presentation for Investigation and Documentation of Problems with EIFS; Savannah, Georgia |



| **SEMINARS ATTENDED** | |
|---|---|
| **Date** | **Topic** |
| 2014 | Infrared Training Center Infrared Thermography Level I Certification Class Nashua, NH |
| 2014 | North Carolina Bar Foundation Annual Construction Law Section Meeting "Multi-Party Construction Cases: The Critical Path to Resolution" Pinehurst, North Carolina |
| 2013 | South and North Carolina Bar Foundation Law Section "Constructing the Trial of a Construction Defect Case" Asheville, North Carolina |
| 2013 | North Carolina Bar Foundation "Construction Law 2013: Practice Smarter, Not Harder!" Cary, North Carolina |
| 2012 | North Carolina Bar Foundation Annual Construction Law Section Annual Meeting "Navigating Changes and Building Practice Area Expertise" Concord, North Carolina |
| 2012 | 21st Century Building Exposition and Conference "Profiting in 2012 and Beyond" Charlotte, North Carolina |
| 2012 | 21st Century Building Exposition and Conference "Strategy Shift: Moving from Defense to Offense" Charlotte, North Carolina |
| 2012 | 21st Century Building Exposition and Conference "Misleading Proposals and How to Avoid Them" Charlotte, North Carolina |
| 2011 | South and North Carolina Bar Foundation Law Section Conference "A Gathering of Leaders from the Judiciary, the Legislature, the Industry and Bars"<br>Wild Dunes, Isle of Palms, South Carolina |
| 2011 | 21st Century Building Exposition and Conference "Residential Code Update" Charlotte, North Carolina |
| 2011 | 21st Century Building Exposition and Conference "The 11 Hottest Marketing Commodities of 2011"<br>Charlotte, North Carolina |
| 2010 | Waterproofing Contractor's Association Spring Conference<br>Wilmington, North Carolina |
| 2010 | Reed Construction Data "Economic Recovery: Under Construction"<br>Webinar |
| 2010 | North Carolina Bar Foundation Annual Construction Law Section Annual Meeting; Greensboro, North Carolina |
| 2009 | Reed Construction Data "Construction Activity Update"<br>Webinar |
| 2009 | HB Litigation Conference "Chinese Drywall Litigation"<br>Teleconference |
| 2009 | Reed Construction Data "Lessons in BIM Adoption"<br>Webinar |
| 2009 | North and South Carolina Bar Foundation Law Section Meeting<br>Asheville, North Carolina |



| **SEMINARS ATTENDED** | |
|---|---|
| **Date** | **Topic** |
| 2008 | North Carolina Bar Foundation Annual Construction Law Section meeting Greensboro, North Carolina |
| 2007 | North and South Carolina Bar Foundation Construction Law Section Meeting Isle of Palms, South Carolina |
| 2006 | "North Carolina Building Inspectors Association – Winter Code Seminar" Boone, North Carolina |
| 2006 | North Carolina Bar Foundation Annual Construction Law Section Meeting Greensboro, North Carolina |
| 2005 | North and South Carolina Bar Foundation Construction Law Section Meeting Asheville, North Carolina |
| 2005 | ASCE Structures Congress: Metropolis & Beyond New York City, New York |
| 2002 | North Carolina Bar Foundation Annual Construction Law Section Meeting Southern Pines, North Carolina |
| 2001 | ASTM Symposium on Performance of Exterior Building Walls Phoenix, Arizona |
| 2001 | North and South Carolina Bar Foundation Construction Law Section Meeting Asheville, North Carolina |
| 2001 | Professional Engineers of North Carolina "Changes to the Building Code and Impacts on Construction"; Wilmington, North Carolina |
| 2000 | Training for Inspection of Hurricane Damaged Homes Wilmington, North Carolina |
| 1999 | North and South Carolina Bar Foundation Construction Law Section Meeting Charleston, South Carolina |
| 1998 | Patton – Boggs "Hot Legal Topics" Seminar Research Triangle Park, North Carolina |
| 1998 | North Carolina Bar Foundation Annual Construction Law Section Meeting Durham, North Carolina |
| 1998 | ASTM Symposium Atlanta, George |
| 1997 | ASTM Symposium: "EIFS: Innovations and Solutions to Industry Challenges"; San Diego, California |
| 1997 | North and South Carolina Bar Foundation Construction Law Section Meeting Asheville, North Carolina |
| 1996 | ASTM Symposium "Water Leakage Through Building Facades" Orlando, Florida |
| 1996 | Green Building's Seminar Wilmington, North Carolina |
| 1995 | North and South Carolina Bar Foundation Construction Law Section Meeting and Seminar; Charleston, South Carolina |



| **SEMINARS ATTENDED** | |
|---|---|
| **Date** | **Topic** |
| Prior to 1995 | Brick Institute of America "Discussion of Sealant Joints" |
| Prior to 1995 | Owens-Corning Training "Field Investigations" |
| Prior to 1995 | Carlisle Roof Training "Field Investigations" |



## TESTIMONY EXPERIENCE

### Trials

- Deficiencies of design and cost estimate to complete construction of Stone Bay Plantation amenities (1997)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Construction deficiencies of beach access way for Hodge (1999)
- Cost estimate for replacement of McAlisters Restaurant destroyed by fire (2000)
- Investigation and analysis for building problems and water intrusion at Polk County Judicial Complex (2000)
- Design and construction deficiencies and damages for Maday Residence (2000)
- Design and construction deficiencies and damages for Stafford Residence (2001)
- Design and construction deficiencies and damages for Spy Glass at Bay Point condominiums (2001)
- Design and construction deficiencies and damages for Tucker Residence (2002)
- Design and construction deficiencies and damages for Farhoumand Residence (2002)
- Design and construction deficiencies and damages for Rasmussen Residence (2002)
- Design and construction deficiencies and damages for Columbine Place Townhomes (2002)
- Design and construction deficiencies and damages for Taft Residence (2003)
- Design and construction deficiencies and damages for Herman/Chancler Residence (2003)
- Design and construction deficiencies and damages for Calhoun Residence (2003)
- Design and construction deficiencies and damages for Shannon Residence (2004)
- Design and construction deficiencies and damages for Blackward Residence (2004)
- Construction deficiencies and repair costs for Davis Residence (2004)
- Construction deficiencies and damages for Davis Residence (2005)
- Construction deficiencies and damages for Daniel Residence (2006)
- Design and construction deficiencies and damages for the Marina Village Condominiums (2006)
- Design and construction deficiencies and damages for the Westbriar Condominiums (2006)
- Design and construction deficiencies and damages for the Ferranti Residence (2007)
- Design and construction deficiencies and damages for the Camelot Condominiums (2008)
- Design and construction deficiencies and damages for Garmon Residence (2008)
- Design and construction deficiencies and damages for the Hunters Creek Condominiums (2008)
- Design and construction deficiencies and damages for Meng Residence (2008)
- Remediation scope of work and damages to address defective Chinese drywall for the Germano Plaintiffs (2010)
- Design and construction deficiencies and damages for Renaissance on the Ocean Condominiums (2010)
- Design and construction deficiencies and damages for Quay 55 Apartments (2014)
- Design and construction deficiencies and damages for Port Liberte II (2014)

### Arbitrations

- Assist with design and construction deficiencies presentation for Pavilion Towers apartment complex (1995)
- Improper installation of exterior finish system and damages for Nugent Residence (1997)
- Water intrusion and building problem issues for Soaring Eagle Hotel (1999,2000)



- Design and construction deficiencies and damages for Shaw Residence (2002)
- Design and construction deficiencies and damages for Singer Residence (2002)
- Design and construction deficiencies and damages for Ahern Residence (2002)
- Design and construction deficiencies and damages for Peter/Jay Residence (2002)
- Design and construction deficiencies and damages for Tolsdorf Residence (2003)
- Design and construction deficiencies and damages for Siegal Residence (2003)
- Design and construction deficiencies and damages for Olson/St. Ledger-Roty Residence (2005)
- Design and construction deficiencies and damages for the Oster Residence (2008)
- Design and construction deficiencies and damages for the Grove Landing Townhouses (2008)

**Mediations**

- Design and construction deficiencies and damages for Muse Residence (1995)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani Condominiums (1997)
- Design and construction deficiencies and damages for Pembroke at Landfall Condominiums (1997)
- Design and construction deficiencies and damages for Lakeside Village Condominiums (1997)
- Design and construction deficiencies and damages for Lukowski Residence (1998)
- Design and construction deficiencies and damages for Brissette Residence (1998)
- Design and construction deficiencies and damages for Hovdesven Residence (1999)
- Design and construction deficiencies and damages for Williamson Residence (2000)
- Design and construction deficiencies and repairs for San Francisco State University student housing (2000)
- Design and construction deficiencies and damages for Van Volkenburg Residence (2001)
- Design and construction deficiencies and damages for Myrtle Grove Volunteer Fire Department (2001)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #877 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #6065 (2002)
- Design and construction deficiencies and damages for Extended Stay America Hotel Site #399 (2003)
- Design and construction deficiencies and damages for Villas at Harbor Island Condominiums (2005)
- Design and construction deficiencies and damages for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Park Phillips Townhomes (2006)
- Construction deficiencies and damages for the Villas at Harbor Island Condominiums (2006)
- Design and construction deficiencies for the Amherst Mews Townhomes (2007)
- Design and construction deficiencies for the Renaissance on the Ocean Condominiums (2008)
- Construction deficiencies for the McKinney Residence (2008)
- Construction and design deficiencies for the Bryan Psychiatric Hospital (2010)
- Construction and design deficiencies for the Edgewater Condominiums (2011)



**Hearings**

- North Carolina Licensing Board for General Contractors for Code violations on construction of Daniel residence (2001)
- York County, Virginia Board of Appeals for code violations on use of Chinese Drywall (2010)
- Plenary hearing for insurance coverage issues concerning the Lakeside at North Haledon Condominiums (2013)

**Depositions**

- Design and construction deficiencies and damages for Barnwell Colony condominiums (1989)
- Design and construction deficiencies and damages for Pavilion Towers apartment complex (1992)
- Design and construction deficiencies and damages for Muse Residence (1994)
- Delay claim analysis and damages for Sun Oil Marcus Hook Refinery piling contractor (1996)
- Design and construction deficiencies and damages for Villa Capriani condominiums (1996)
- Design and construction deficiencies and damages for Regency Executive Plaza Office Condominiums (1997)
- Design and construction deficiencies and damages for Hallman Residence (1997)
- Design and construction deficiencies and damages for Means Residence (1998)
- Design and construction deficiencies and damages for Rose Residence (1998)
- Design and construction deficiencies and damages for Blackward Residence (1998)
- Design and construction deficiencies and damages for Pepper Residence (1998)
- Design and construction deficiencies and damages for Toscano Residence (1999)
- Design and construction deficiencies and damages for Pope Residence (1999)
- Design and construction deficiencies and damages for Austin Residence (1999)
- Design and construction deficiencies and damage for Atkinson et al. (1999)
- Design and construction deficiencies of Lincoln Windows for Coastal Window and Door Company (1999)
- Design and construction deficiencies of Molesworth Residence (1999)
- Design and construction deficiencies for Weyerhaeuser Residence (1999)
- Design deficiencies of EIFS for the North Carolina State EIFS Class Actions (1999).
- Design and construction deficiencies for Puryear Residence (1999)
- Design and construction deficiencies for Jones Residence (1999)
- Design and construction deficiencies for Gelfo Residence (1999)
- Issues of design, installation, and maintenance of LPP sewer system for Brinkman et al. (1999, 2000)
- Design and construction deficiencies for Tuluri Residence (1999)
- Design and construction deficiencies for Hannen and Graziano Residences (2000)
- Design and construction deficiencies for Hull Residence (2000)
- Design and construction deficiencies for Williamson Residence (2000)
- Design and construction deficiencies for Travis Residence (2000)
- Design and construction deficiencies for Eastport Development fence (2000)
- Design and construction deficiencies for Garrett Residence (2000)
- Design and construction deficiencies for Bissett Residence (2000)
- Design and construction deficiencies for Spencer Residence (2000)
- Design and construction deficiencies for Preston Falls Villas (2000)



- Design and construction deficiencies for Link/Potter and Maday Residences (2000)
- Design and construction deficiencies for Karnofsky Residence (2000)
- Design and construction deficiencies for Mignogna Residence (2000)
- Design and construction deficiencies for McGugan Residence (2000)
- Design and construction deficiencies for Gardner Residence (2000)
- Design and construction deficiencies for Alspaugh Residence (2000)
- Design and construction deficiencies for Gibson Residence (2000)
- Design and construction deficiencies for Allen Residence (2000, 2001)
- Design and construction deficiencies for Spy Glass at Bay Point condominiums (2000)
- Design and construction deficiencies for Berger and Anderson Residences (2000)
- Design and construction deficiencies for Wilmington Assisted Living Community (2001)
- Design and construction deficiencies for Moskowitz and Sanok Residences (2001)
- Design and construction deficiencies for Pizzurro Residence (2001)
- Design and construction deficiencies for Atkinson Residence (2001)
- Design and construction deficiencies for Moore Residence (2001)
- Design and construction deficiencies for Zimmerlein Residence (2001)
- Design and construction deficiencies for Club Villas townhomes (2001, 2002)
- Design and construction deficiencies for Combof Residence (2001)
- Design and construction deficiencies for Wilson Residence (2001)
- Design and construction deficiencies for Ramm Residence (2001)
- Design and construction deficiencies for Stafford Residence (2001)
- Design and construction deficiencies for Sergent/Thompson Residence (2001)
- Design and construction deficiencies for Shull Residence (2001)
- Design and construction deficiencies for Connolly Residence (2001)
- Design and construction deficiencies for Higgins Residence (2001)
- Design and construction deficiencies for Swain Residence (2001)
- Design and construction deficiencies for Jordan Residence (2001)
- Design and construction deficiencies for Foss Residence (2001)
- Design and construction deficiencies for Desjardins Residence (2001)
- Design and construction deficiencies for Tong/Huang Residence (2001)
- Design and construction deficiencies for Wynne Residence (2001)
- Design and construction deficiencies for Peppertree Residences (2001, 2002)
- Design and construction deficiencies for Steel Residence (2002)
- Design and construction deficiencies for Gergits Residence (2002)
- Design and construction deficiencies for Country Club of Landfall (2002)
- Design and construction deficiencies for Mix Residence (2002)
- Design and construction deficiencies for Ashton Townhomes (2002)
- Design and construction deficiencies for Fix Residence (2002)
- Design and construction deficiencies for Miller Residence (2002)
- Design and construction deficiencies for Geller Residence (2002)
- Design and construction deficiencies for Farhoumand Residence (2002)
- Design and construction deficiencies for Tucker Residence (2002)
- Design and construction deficiencies for Amin (Harry) Residence (2002)
- Design and construction deficiencies for Amin (Mike) Residence (2002)
- Design and construction deficiencies for Pendry Residence (2002)



- Design and construction deficiencies for Gibson Residence (2002)
- Design and construction deficiencies for McGuiness Residence (2002)
- Design and construction deficiencies for Cardamone Residence (2002)
- Design and construction deficiencies for Robbins Residence (2002)
- Design and construction deficiencies for Evans Residence (2002)
- Design and construction deficiencies for Sochko Residence (2002)
- Design and construction deficiencies for Wolff Residence (2002)
- Design and construction deficiencies for Johnson Residence (2002)
- Design and construction deficiencies for Kaufman Residence (2002)
- Design and construction deficiencies for Taylor Residence (2002)
- Design and construction deficiencies for Columbine Place Townhomes (2002)
- Design and construction deficiencies for Petrella Residence (2002)
- Design and construction deficiencies for Doremus Residence (2002, 2003)
- Design and construction deficiencies for Stoney Residence (2002, 2003)
- Design and construction deficiencies for McClure Residence (2002)
- Design and construction deficiencies for Goodall Residence (2002)
- Design and construction deficiencies for Peter/Jay Residence (2002)
- Design and construction deficiencies for Thomas Residence (2003)
- Design and construction deficiencies for Gavin Residence (2003)
- Design and construction deficiencies for Nazelrod Residence (2003)
- Design and construction deficiencies for Horne Residence (2003)
- Design and construction deficiencies for Lesner Point East condominiums (2003, 2004, 2005)
- Design and construction deficiencies for Taft Residence (2003)
- Design and construction deficiencies for Himes Residence (2003)
- Design and construction deficiencies for Shaw Residence (2003)
- Design and construction deficiencies for Tolsdorf Residence (2003)
- Design and construction deficiencies for Basumallik Residence (2003)
- Design and construction deficiencies for Extended Stay America Hotels #6065 and #877 (2003)
- Design and construction deficiencies for McDonalds Restaurants (North Carolina) (2003)
- Design and construction deficiencies for Butt/Priester Residence (2003)
- Design and construction deficiencies for Spinnaker Cove Condominiums (2003)
- Design and construction deficiencies for Skirzenski Residence (Finestone EIFS Class Action) (2003)
- Design and construction deficiencies for Schrader Residence (2003)
- Design and construction deficiencies for Sherwood Residence (2003)
- Design and construction deficiencies for Shank Residence (2003)
- Design and construction deficiencies for Rosthein Residence (2004)
- Design and construction deficiencies for Shannon Residence (2004)
- Design and construction deficiencies for Tran Residence (2004)
- Construction issues for Riley accident (2004)
- Design and construction deficiencies for Tanner Residence (2004)
- Design and construction deficiencies for Extended Stay America Hotel #831 (2004)
- Design and construction deficiencies for Ronan Residence (2004)
- Design and construction deficiencies for New Jersey Sto Class Action litigation (2004)
- Design and construction deficiencies for Lucas Residence (2004)
- Design and construction deficiencies for Stang Residence (2004)
- Design and construction deficiencies for Rogoff, Tenenbaum, and Tice Residences (2004)



- Design and construction deficiencies for Cutrone Residence (2004)
- Design and construction deficiencies for Full Cry Farms residences (Cole, Hickey-Fishbein, Police, Sander, Weber) (2004)
- Design and construction deficiencies for Scott Residence (2004)
- Repair scope and cost analysis and estimate for Davis Residence (2004)
- Design and construction deficiencies for Florio Residence (2004, 2005)
- Design and construction deficiencies for Galioto Residence (2004)
- Design and construction deficiencies for the Red Roof Inn (2004)
- Design and construction deficiencies for the Mulligan Residence (2004)
- Design and construction deficiencies for the Willard Residence (2004)
- Design and construction deficiencies for the Stokes Residence (2004)
- Design and construction deficiencies for the Erdogan Residence (2004)
- Design and construction deficiencies for the Liska Residence (2004)
- Design and construction deficiencies for the Villas at Harbor Island Condominiums (2004, 2005)
- Design and construction deficiencies for Extended Stay America Hotels #2504, #2528, #2530, and #2549 (2004)
- Design and construction deficiencies for the McMillin Residence (2004)
- Design and construction deficiencies for the Village of Carver Falls and Hollows at Greenville Apartments (2004)
- Design and construction deficiencies for the Noble Residence (2004)
- Design and construction deficiencies for the Rathnam Residence (2005)
- Design and construction deficiencies for the Cato Residence (2005)
- Design and construction deficiencies for the Watson Residence. (2005)
- Design and construction deficiencies for the Berean Baptist Church. (2005)
- Design and construction deficiencies for the Moore Residence. (2005)
- Design and construction deficiencies for the Pocock Residence. (2005)
- Design and construction deficiencies for Extended Stay America Hotels #522 and #561 (2005)
- Design and construction deficiencies for the Messner Residence (2005)
- Construction deficiencies for the McKinney Residence (2005)
- Design and construction deficiencies for the Zinn Residence (2005)
- Design and construction deficiencies for the Hale Residence (2005)
- Design and construction deficiencies for the Carter, Hatten, Krantz, Mehrotra, and Paige residences (2005, 2006)
- Design and construction deficiencies for the Dayton Place Condominiums (2005)
- Design and construction deficiencies for the Szczesny Residence (2006)
- Design and construction deficiencies for the Pierce Residence (2006)
- Design and construction deficiencies for the Kravecas Residence (2006)
- Design and construction deficiencies for the Avalos Residence (2006)
- Design and construction deficiencies for the Dean Residence (2006)
- Design and construction deficiencies for the Dial Residence (2006)
- Design and construction deficiencies for the Prospect Ashley Condominiums (2006)
- Design and construction deficiencies for the Burkhamer Residence (2006)
- Design and construction deficiencies for the Lightkeepers Village (2006)
- Design and construction deficiencies for the Venick Residence (2006)
- Design and construction deficiencies for the Chadbourn Commercial Building (2006)
- Design and construction deficiencies for the Seibert Residence (2006)



- Design and construction deficiencies for the Matturro and Strenkowski Residences (2006)
- Design and construction deficiencies for the Marina Village Condominiums (2006)
- Design and construction deficiencies for the Nardella Residence (2006)
- Design and construction deficiencies for the Juranich Residence (2006)
- Design and construction deficiencies for the Hunters Creek Condominiums (2006)
- Design and construction deficiencies and damages for the Tomasetta Residence (2006)
- Design and construction deficiencies and damages for the Hetrick and Northrop Residences (2006)
- Design and construction deficiencies for the Tulenko Residence (2006)
- Design and construction deficiencies for the Breezewood Condominiums (2006)
- Design and construction deficiencies for the Baum Residence (2007)
- Design and construction deficiencies for the Chang Residence (2007)
- Design and construction deficiencies for the Super 8 Motel (2007)
- Design and construction deficiencies for the Harbor Ridge Condominiums (2007)
- Design and construction deficiencies for the Greenberg Residence (2007)
- Standard of care for professionals on the Sunset Beach Development (2007)
- Design and construction deficiencies for the Marrone Residence (2007)
- Design and construction deficiencies for the Stith Residence (2007)
- Design and construction deficiencies for the Ward Residence (2007)
- Design and construction deficiencies for the Camelot Condominiums (2007)
- Design and construction deficiencies for the Kleinberg Residence (2007)
- Design and construction deficiencies for the Sea Dunes II (2007)
- Design and construction deficiencies for the Roberts Residence (2007)
- Design and construction deficiencies for the Ocean Sands Best Western Hotel (2007)
- Design and construction deficiencies and damages for the Amherst Mews Townhouses (2008)
- Design and construction deficiencies and damages for the Renaissance on the Ocean Condominiums (2008)
- Design and construction deficiencies and damages for the Millennium Building Condominiums (2008)
- Design and construction deficiencies and damages for the Sussek Residence (2008)
- Design and construction deficiencies and damages for the Meng Residence (2008)
- Design and construction deficiencies for the Bald Eagle Commons Condominiums (2008)
- Design and construction deficiencies for the Microtel Inn & Suites (2009)
- Design and construction deficiencies for the Linkside Village at the Country Club (2009)
- Design and construction deficiencies for the Fortner residence (2010)
- Remediation scope of work and damages to address defective Chinese drywall for the Germano Plaintiffs (2010)
- Design and construction deficiencies for the Sidney Lanier Middle School (2010)
- Design and construction deficiencies for Brooklyn House Condominiums (2011)
- Remediation scope of work and damages to address defective Chinese drywall for the Mayo, Tedder, and White residences (2011)
- Remediation scope of work and damages to address defective Chinese drywall for Class Representatives in Florida and Louisiana (2011)
- Design and construction deficiencies for the Port Liberte II condominiums (2011, 2014)
- Design and construction deficiencies for the KC Prime Restaurant (2011, 2012)
- Design and construction deficiencies for the Blanton Residence (2011)
- Design and construction deficiencies for the Hardiplank class action (Elliott, Gabrielson, and



Kashima residences) (2011)

- Remediation and scope of work and damages to address defective Chinese drywall for the Bell residence (2012)
- Remediation and scope of work and damages to address water intrusion and mold for the Wayland Residence (2012)
- Remediation and scope of work and damages to address defective Chinese drywall for the Ard and McCully residences and Seminole Baptist Church (2012)
- Design and construction deficiencies for the Nemec Residence (2012)
- Design and construction deficiencies for the Broadfoot Residence (2012)
- Design and construction deficiencies for Lakeside at North Haledon Condominiums (2013)
- Remediation and scope of work and damages to address defective Chinese drywall for the Fincher Residence (2013)
- Remediation and scope of work and damages to address defective Chinese drywall for the 341 9th Street Condominiums (2013)
- Design and construction deficiencies for the Watson Residence (2013)
- Declaratory judgment for insurance coverage issues fore Lakeside at North Haledon Condominiums (2013)
- Design and construction deficiencies for the Ferris Residence (2013)
- Site drainage deficiencies for the Brantley Residence (2013)
- Construction deficiencies for the Quay 55 apartments (2014)

**SUMMARY OF EXPERT TESTIMONY FOR RONALD E. WRIGHT, PE**

**2010 through 2014**

**Depositions**

1. Kathy L. Fortner vs. Dawol Homes, Inc., and David J. Wolons; Georgetown County, South Carolina; Court of Common Pleas 2006-CP-22-949
2. Michelle Germano, et al vs. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al; New Orleans, Louisiana; Eastern District of Louisiana 09-CV-6687
3. Donna M. Moses, et al vs. Dustin Construction, Inc., et al; Fairfax County, Virginia; Circuit Court CL2009-12575
4. Brooklyn House Condominium Owners Association vs. Plantation Building Corp., f/k/a Plantation Inc., et al; New Hanover County, North Carolina; Superior Court 10-CVS-1380
5. Chad Everett Langham, et al vs. Ace Home Center, Inc., et al; Baldwin County, Alabama; Circuit Court CV-2009-900948
6. Michelle Germano, et al vs. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al; New Orleans, Louisiana; Eastern District of Louisiana 09-CV-6687; Class Action
7. Port Liberte Condominium Association, Inc., II vs. New Liberty Residential Urban Renewal Co., LLC, et al; Hudson County, New Jersey; Superior Court HUD-L-1222-08
8. Dawn Restaurant, Inc. t/a KC Prime Restaurant Steakhouse vs. Penn Millers Insurance Company; Mercer County, New Jersey; District Court of New Jersey 10-CV-2273-MLC-TJB
9. L. Randy Blanton vs. CJB Process Associates, Inc. and Pollard Windows, Inc.; New Hanover County, North Carolina; Superior Court 10-CVS-4778
10. Elliott, Gabrielson and Kashima et al vs. KB Home Raleigh-Durham, Inc.; Wake County, North Carolina; Superior Court 08-CVS-021190
11. Thomas E. Bell vs. Hulsey-Nezlo Construction, LLC, Snead Door, LLC; Marshall County, Alabama; Circuit Court CV-09-431
12. Janet Wayland vs. Board of Directors of the Charleston Condominium Unit Owners Association, Inc.; Arlington County, Virginia; Circuit Court CL10-1959
13. Tryan Chance Ard, Leland and Amy McCully vs. Ace Home Center, Inc., et al; Baldwin County. Alabama; Circuit Court CV-2011-901112

14. Donald O. Nemec and Brenda L. Nemec vs. Equity Lifestyle Properties, Inc., et al; Fairfax County, Virginia; Circuit Court 2011-04792
15. Burmah Dixon Broadfoot vs. Richard Brooks Addis and Addis Construction and Property Maintenance , LLC; New Hanover County, North Carolina; Superior Court 11-CVS-0053
16. Lakeside at North Haledon Condominium Association, Inc., a New Jersey Not-For-Profit Corporation vs. K. Hovnanian at North Haledon, LLC, et al; Passaic County, NJ; Superior Court PAS-L-2688-10
17. Nathan and Megan Fincher vs. Mazer's Discount Home Center, et al; Jefferson County, Alabama; Circuit Court CV-2010-001470
18. Karin M. Sadove, et al vs. Warjoe, LLC, et al; Bergen County, New Jersey; Superior Court L-8186-10
19. David Watson and Carol Watson vs. Texas Design Interests, LLC, et al; Jackson County, Mississippi; Circuit Court 2010-00346
20. Crum & Forster Insurance Company and Crum & Forster Specialty Insurance Company vs. The Breese Corporation and Lakeside at North Haledon Condominium Association, Inc.; Passaic County, New Jersey; Superior Court L-1949-12
21. Mark E. Ferris, et al vs. DR Horton, Inc., - New Jersey, et al; New Castle County, Delaware; Superior Court N11C-11-221 CHT
22. Nadine Brantley vs. The City of Rock Hill, a body politic and subdivision of the State of South Carolina and Wherry Construction Co., Inc; York County, South Carolina; Common Court of Pleas 2012-CP-46-00146
23. Quay 55 Limited Partnership, LLC vs. Marous Brothers Construction, Inc., et al; Cuyahoga County, OH; Court of Common Pleas CV-11-766308

**Trials**

1. Michelle Germano, et al vs. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al; New Orleans, Louisiana; Eastern District of Louisiana 09-CV-6687
2. Renaissance Condominium Association vs. Renaissance Real Estate, et als; Monmouth County, NJ; Superior Court MON-L-1152-05
3. Quay 55 Limited Partnership, LLC vs. Marous Brothers Construction, Inc., et al; Cuyahoga County, OH; Court of Common Pleas CV-11-766308

4. Port Liberte Condominium Association, Inc., II vs. New Liberty Residential Urban Renewal Co., LLC, et al; Hudson County, New Jersey; Superior Court HUD-L-1222-08

**Hearings**

1. York County, Virginia Board of Appeals for code violations on use of Chinese Drywall (2010)
2. Crum & Forster Insurance Company and Crum & Forster Specialty Insurance Company vs. The Breese Corporation and Lakeside at North Haledon Condominium Association, Inc.; Passaic County, New Jersey; Superior Court L-1949-12