# EXHIBIT 2

# IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

Taishan Class Square Footage Summary
As of October 20, 2014

| | | |
|---|---|---:|
| 1. | Number of Property Units Square Footage Verified | 2,535 |
| 2. | Square Footage Verified for these properties | 5,059,957 |
| 3. | Average Square Footage (Line 2 divided by Line 1) | 1,996 |
| 4. | Number of Properties with Unverified Square Footage | 1,317 |
| 5. | Estimated Square Footage for these Properties (Line 3 times Line 4) | 2,628,782 |
| 6. | **Total Square Footage All Property Units (Line 3 plus Line 5)** | **7,688,739** |