# EXHIBIT 3

FRE 1006 Summary of Screening Data for
Virginia Venture Taishan Homes

| Client | Property Address | City | Sulfur Smell Reported by Inspector | Photographic Evidence of AC Corrosion (.jpg) | Photographic Evidence of Electrical Corrosion (.jpg) | Laboratory Confirmation of AC Corrosion (.pdf) | Laboratory Confirmation of Electrical Corrosion (.pdf) | Laboratory Confirmation that Drywall is Problematic (.pdf) | Venture Delivery Confirmation (.pdf) | # of Sheets | Aging Test Results | Aging Test Photographic Evidence (.pdf) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Philip and Clarine | 907 Eastfield Lane | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 6/20/2007 | 45 | Positive | Yes |
| Anello, Joe and Delma | 3957 Border Way | Virginia Beach | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 4/25/2006 | 243 | Positive | Yes |
| Atkins, Tadarreio and Mattea | 955 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 2/14/2007 | 37 | Positive | Yes |
| Atwell, Roger | 5516 Brixton Road | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 11/7/2006 | 46 | Positive | Yes |
| Bailey, Eric | 958 Hollymeade Court | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 10/27/2006 | 45 | Positive | Yes |
| Baldwin, Jerry & Inez | 4020 Dunbarton Circle | Williamsburg | Yes | Yes | Yes | Pending | Yes | Yes | 10/23/2006 | 77 | Positive | Yes |
| Barnes, Gerald and Michelle | 5588 Brixton Road | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 12/21/2006 | 61 | Positive | Yes |
| Brown, Craig and Angela | 1031 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 3/9/2006 | 7 | Positive | Yes |
| Burgohy, Demetria | 950 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 11/7/2006 | 45 | Positive | Yes |
| Cain, Victoria | 1020 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 5/10/2006 | 61 | Positive | Yes |
| Cousins, Trey | 952 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 11/7/2006 | 37 | Positive | Yes |
| Crist, Byron and Maria | 2408 Caitlan Loch Lane | Virginia Beach | Yes | Yes | Yes | Yes | Yes | Yes | 2/21/2006 | 192 | Positive | Yes |
| Darst, Matt and Candi | 1014 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 4/14/2008 | 101 | Positive | Yes |
| Dillard, Vida | 1219 Avondale Lane | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 9/27/2007 | 50 | Positive | Yes |
| Dunaway, Lisa and Jason | 27037 Flaggy Run Road | Courtland | Yes | Yes | Yes | Yes | Yes | Yes | 11/6/2006 | 94 | Pending | N/A |
| Edmonds, Rick | 801 Holly Street | Richmond | Yes | Yes | Yes | Yes | Yes | Yes | 4/7/2006 | 150 | Positive | Yes |
| Fontenot, Perry and Cassandra | 1016 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 5/12/2006 | 85 | Positive | Yes |
| Fowle, Amanda | 957 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 2/8/2007 | 37 | Positive | Yes |
| Freeman, Carroll | 951 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 2/8/2007 | 45 | Positive | Yes |
| Gandy, Tappan | 1215 Avondale Lane | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 10/11/2007 | 50 | Positive | Yes |
| Germano, Michelle | 8171 North View Blvd. | Norfolk | Yes | Yes | Yes | Yes | Yes (Crawford inspecton) | Yes | 3/30/2006 | 153 | Pending | N/A |
| Goboy, Arvin and Clarissa | 3972 Border Way | Virginia Beach | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 4/11/2006 | 351 | Positive | Yes |
| Havrilla, John | 967 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 1/12/2007 | 37 | Positive | Yes |
| Heischober, Steve and Liz | 214-A 80th Street | Virginia Beach | Yes | Yes | Yes | Pending | Yes | Yes | 3/6/2006 | 198 | Positive | Yes |
| Hinkley, Curtis and Stephanie | 156 Mulberry Lane | Mulberry | Yes | Yes | Yes | Pending | Yes | Yes | Missing | N/A | Pending | N/A |
| Hollingsworth, Michael | 905 Eastfield Lane | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 6/20/2007 | 37 | Positive | Yes |
| Hong, Yeong Hee | 5539 Brixton Road | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 2/28/2006 | 242 | Positive | Yes |
| Hrishikesh, Rajiv | 5599 Brixton Road | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 12/4/2006 | 101 | Positive | Yes |
| Jackson, Dennis and Sharon | 8157 North View Blvd. | Norfolk | Yes | Yes | Yes | Pending | Yes | Yes | Missing | N/A | Pending | N/A |
| Johnson, Pryncess | 959 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 2/8/2007 | 45 | Positive | Yes |
| Jones, Richard and Delores and Anderson, Valerie | 1010 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 4/14/2006 | 151 | Positive | Yes |
| Kim, Soon | 1022 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 5/10/2006 | 65 | Positive | Yes |
| Knight, Holden | 4319 Eleanors Way | Williamsburg | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 10/23/2007 | 48 | Positive | Yes |
| Leach, Joe & Cathy | 4043 Dunbarton Circle | Williamsburg | Yes | N/A | Yes | N/A | Yes | Yes | Pending | Pending | Positive | Yes |
| Lee, Hoo Suk | 1018 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 5/12/2006 | 61 | Positive | Yes |
| Lenander, Jon and Suzanne | 8108 Helmsdale Court | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 12/6/2006 | 77 | Positive | Yes |
| Levine, Mike | 5548 Brixton Road | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 10/5/2006 | 93 | Positive | Yes |
| Long, Cleon | 953 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 2/5/2007 | 37 | Positive | Yes |
| Mackall, Turner and Juanita | 1211 Avondale Lane | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 9/10/2007 | 50 | Positive | Yes |
| McKellar, Preston and Rachel | 1008 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 4/14/2006 | 181 | Positive | Yes |
| Michaux, Fred and Vannessa | 901 Eastfield Lane | Newport News | Yes | Yes | Yes | Pending | Yes | Yes | 6/11/2007 | 45 | Positive | Yes |
| Morgan, William and Deborah | 8495 Ashington Way | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 2/28/2006 | 155 | Positive | Yes |
| Nguyen, Colleen and Tuan | 1100 Michaelwood Drive | Virginia Beach | Yes | Pending | Yes | Pending | Yes | Yes | 10/12/2006 | 77 | Pending | N/A |
| Oh, Guman | 961 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 12/12/2006 | 45 | Positive | Yes |
| Orlando, Bob and Lisa | 4091 Dunbarton Circle | Williamsburg | Yes | Yes | Yes | Pending | Pending | Yes | 3/24/2006 | 8 | Positive | Yes |
| Park, Il Heiu | 113 Eston's Run | Yorktown | Yes | Yes | Yes | Yes | Yes | Yes | 3/17/2006 | 152 | Positive | Yes |
| Parker, Marlon and LaTasha | 954 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 10/27/2006 | 37 | Positive | Yes |
| Phillips, Jacqueline and Rodney | 1025 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 3/9/2006 | 30 | Positive | Yes |
| Popovitch, Robert | 1217 Avondale Lane | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 9/19/2007 | 50 | Positive | Yes |
| Riedl, Anton and Melissa | 969 Hollymeade Circle | Newport News | Yes | New Coil Recently Installed | Yes | N/A | Yes | Yes | 1/12/2007 | 45 | Positive | Yes |

| Name | Address | City | | | | | | | Date | Count | Result | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sakowski, Mark | 120 Chanticleer Court | Williamsburg | Yes | Yes | | Yes | Yes | Yes | | | | |
| Sherwood, Karl | 1029 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 7/23/2007 | 50 | Positive | Yes |
| Simpson, Catherine | 112 Chanticleer Court | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 2/22/2006 | 114 | Positive | Yes |
| Smith, Juanita | 956 Hollmeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 11/7/2007 | 50 | Positive | Yes |
| Starnes, David | 4095 Dunbarton Circle | Williamsburg | Yes | Yes | Yes | Yes | Yes | Yes | 10/27/2006 | 62 | Positive | Yes |
| Topf, Frank and Yvonne | 2417 Caitlan Loch Lane | Virginia Beach | Yes | Yes | Yes | Yes | Yes | Yes | 2/28/2006 | 212 | Positive | Yes |
| Walker, Ben | 1012 Hollymeade Circle | Newport News | Yes | Yes | Yes | Yes | Yes | Yes | 3/7/2006 | 230 | Positive | Yes |
| Ward, Lawrence | 214-B 80th Street | Virginia Beach | Yes | Yes | Yes | Yes | Yes | Yes | 4/14/2006 | 332 | Positive | Yes |
| Whittington, Brenda and Charles | 2105 Governors Pointe Drive | Suffolk | Yes | Yes | Yes | Yes | Yes | Yes | 3/6/2005 | 198 | Positive | Yes |
| Woodson, Gregory and Flordeliza | 3965 Border Way | Virginia Beach | Yes | New Coil Recently Installed | Yes | Pending | Yes | Yes | 4/3/2006 | 159 | Positive | Yes |
| | | | | | Yes | N/A | Yes | Yes | 4/14/2006 | 192 | Positive | Yes |
| Aging Control - No Drywall | | | | | | | | | | | Certificate of Analysis | Control |
| Aging Control - National Gypsum | | | | | | | | | | | Certificate of Analysis | Control |