# EXHIBIT 7

# IN RE:  CHINESE-MANUFACTURED
# DRYWALL PRODUCTS LIABILITY LITIGATION
Taishan Class Updating Cost per Square Foot and Clearance Testing
Calculated in 2010 For Germano Trial

| | | |
|---|---|---|
| 1. | Original 2010 Remediation cost per square foot | $86.00 |
| 2. | RS Means conversion from 2010 to 2014 dollars | 111.70% |
| 3. | Remediation cost converted to 2014 dollars (line 1 times line 2) | $96.06 |
| 4. | RS Means additional 6% cost for clearance testing (line 3 times 6%) | $5.76 |
| 5. | **Remediation cost and inspection and clearance fees in 2014 dollars (line 3 plus line 4)** | **$101.83** |