# EXHIBIT 10

# IN RE: CHINESE-MANUFACTURED
# DRYWALL PRODUCTS LIABILITY LITIGATION

Taishan Class Alternative Living and Personal Property Damage Costs
Calculated in 2010 For Villa Lago Condominiums

|  | $/month | # units | # months | Costs | Area | Unit $/SF |
|---|---|---|---|---|---|---|
| Apartment rental | $1,186 | 328 | 5 | $1,945,400 | 411,576 | $4.72 |
| Property Storage Costs | $239 | 328 | 5 | $391,840 | 411,576 | $0.95 |

|  | $/hour | # hours | Costs | Area | Unit $/SF |
|---|---|---|---|---|---|
| Move in/out apartment & storage | $70.00 | 12,272 | $859,040 | 411,576 | $2.09 |

|  | $ Damage | # units | Costs | Area | Unit $/SF |
|---|---|---|---|---|---|
| Personal property damages | $4,165 | 328 | $1,366,000 | 411,576 | $3.32 |

Unit costs for alternative living and personal property damages calculated in 2010     $11.08

RS Means conversion from 2010 to 2014 dollars    111.70%

**Total unit costs for alternative living and personal property damages in 2014     $12.38**