# EXHIBIT E

IMPORTANT LEGAL NOTICE

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.,* Case No. 09-6687 (E.D.La.);<br><br>*Gross, et al. v. Knauf Gips, KG, et al.,* Case No. 09-6690 (E.D.La.);<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.,* Case No 10-361 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1672 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1395 (E.D.La.);<br><br>*Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* Civ. Action No. 11-1673 (E.D.La.) | |

**SUPPLEMENTAL NOTICE OF PENDENCY OF CLASS ACTION AND NOTICE OF REQUEST FOR ASSESSMENT OF CLASS DAMAGES**

TO:   ALL OWNERS OF REAL PROPERTIES IN THE UNITED STATES, WHO ARE NAMED PLAINTIFFS ON THE COMPLAINTS IN *AMORIN, GERMANO, GROSS,* AND/OR *WILTZ* (*I.E.,* NOT AN ABSENT CLASS MEMBER), ASSERTING CLAIMS ARISING FROM, OR OTHERWISE RELATED TO CHINESE DRYWALL MANUFACTURED, SOLD, DISTRIBUTED, SUPPLIED, MARKETED, INSPECTED, IMPORTED OR DELIVERED BY THE TAISHAN DEFENDANTS.

This Notice is given pursuant to an Order of the Honorable Eldon E. Fallon, Judge for the United States District Court for the Eastern District of Louisiana ("the Court") dated October ____, 2014, to further inform the class members of the pendency of a class action on behalf of the above-defined class and details about plaintiffs' request for an assessment of damages. This notice is in addition to and supplemental to the Notice dated September 26, 2014. If you are a member of the class your legal rights may be affected.

In the assessment of damages hearing plaintiffs will **only** seek damages for the cost of (1) repair/remediation; (2) alternative living expenses during repair/remediation; and (3) loss of use and enjoyment of the property. All other claims for relief and other forms of damages are **not** being sought and will be precluded from relief. If you intend to pursue other claims outside of this process, the relief requested in these proceeding, if successfully obtained, will not be afforded to you.

**READ THIS NOTICE CAREFULLY–THIS NOTICE DESCRIBES THE PLAINTIFFS' REQUEST FOR AN ASSESSMENT OF SPECIFIC CLASS DAMAGES, AND YOUR RIGHTS TO EXCLUDE YOURSELF FROM THE CLASS AND THAT RELIEF.**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU FILED A LAWSUIT AGAINST THE TAISHAN DEFENDANTS.[1]**

## THE PLAINTIFFS' REQUEST FOR AN ASSESSMENT OF CLASS DAMAGES

Class members have filed lawsuits identified in footnote 2 claiming the Taishan Defendants manufactured and distributed defective drywall. These litigants are claiming that the Taishan Defendants' defective drywall emits foul odors and corrodes certain materials and appliances. The plaintiffs assert that the Taishan Defendants are legally responsible for the repair and replacement of class members' properties as well as other damages as a result of the installation of the Taishan Defendants' defective drywall in class members' homes.

The plaintiffs have obtained default judgments against the Taishan Defendants. Because of these default judgments, the plaintiffs are requesting an assessment of class-wide damages on an aggregate basis pursuant to Fed.R.Civ.P. 55 (b)(2)(B). Plaintiffs have requested that the Court assess damages only for the following categories of damages incurred by class members: (1) the cost to remove all defective drywall and repair/remediate the subject properties, (2) alternative living expenses during the repairs/remediation, and (3) damages for loss of use and enjoyment of class members' properties. All other claims for relief and other forms of damages are **not** being sought and will be precluded from relief.

---

[1] The "Taishan Defendants" are comprised of the following entities: Taishan Gypsum Co. Ltd.; Beijing New Building Materials Limited Co.; Beijing New Building Materials Group Co., Ltd.; China National Building Materials Co., Ltd.; China National Building Materials Group Corporation; and Tai'an Taishan Plasterboard Co., Ltd..

2

Plaintiffs have represented to the Court that class members own 3,852 properties with a total square footage of 7,688,739 square feet.

Plaintiffs have requested that the Court assess damages for (1) repair/remediation and (2) alternative living expenses based on the total square footage of the properties owned by class members (7,688,739 square feet). Specifically, the plaintiffs have argued the class is entitled to recover $101.83 per square foot for repair/remediation, and $12.38 per square foot in alternative living expenses (this figure includes rent, the cost of move-in/move-out and storage). Thus, total damages requested for repair and remediation equals $782,944,292.37 ($101.83 per square foot X 7,688,739 square feet). Total damages requested for alternative living expenses equals $95,186,588.82 ($12.38 per square foot X 7,688,739 square feet). Plaintiffs have also requested that the Court assess damages for loss of use and enjoyment for each impacted property in the amount of $100,000 for a total of $385,200,000 in damages ($100,000 per property X 3,852 properties owned by class members).

Thus, plaintiffs have requested that the Court assess a total of $1,263,330,881.19 in damages against the Taishan defendants comprised as follows:

```
      $782,944,292.37 (for repair/remediation costs)
       $95,186,588.82 (for alternative living expenses)
  +   $385,200,000.00 (for loss of use and enjoyment)
    $1,263,330,881.19 total damages for the class
```

There has been no recovery of damages at this time from the Taishan Defendants. Assuming the Court grants plaintiffs' request and plaintiffs are able to recover the full amount of the judgment assessed against the Taishan Defendants, it is anticipated that class members will be allocated payments based on the square footage of their subject property (or properties), plus an additional $100,000 per property for loss of use and enjoyment. For instance, for a home of 1,996 square feet, the anticipated recovery would be $203,252.68 for remediation costs ($101.83 per square foot X 1,996 square feet), $24,710.48 for alternative living expenses ($12.38 per square foot X 1,996 square feet), and $100,000 for loss of use and enjoyment, for a total of $327,963.16 in damages. Larger homes would be entitled to a higher recovery while smaller homes would be entitled to a lower recovery.

If and when a recovery is obtained from the Taishan Defendants, class members' allocated shares will be distributed to class members on a pro rata basis. In other words, if plaintiffs recover less than the full amount of damages assessed against the Taishan Defendants, each class members' share of the recovery will be reduced proportionately.

THE PURPOSE OF THIS NOTICE IS TO ADVISE YOU OF THESE EVENTS AND THEIR POTENTIAL EFFECT ON YOUR RIGHTS.

## DEFINITION OF THE CLASS

The Court has certified a Class defined as follows:

All owners of real properties in the United States, who are named Plaintiffs on the complaints in *Amorin, Germano, Gross,* and/or *Wiltz* (*i.e.*, not an absent class member), asserting claims arising from, or otherwise related to Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by the Taishan Defendants.[2]

Plaintiffs, Eduardo and Carmen Amorin, Albert and Betsy Butzer, Jack and Anna McGinn, Thomas and Virginia Spencer, and Elliot and Angelina Everard ("Plaintiffs"), have been appointed by the Court to serve as representatives for the Class.

## FURTHER PROCEEDINGS

If you are a member of the Class you need do nothing at this time and your interests will be represented by the Plaintiffs and Class Counsel. If you choose, you may enter an appearance through your own attorney at your own expense. You may also request to be excluded from the Class (discussed below).

As a member of the Class, you will not be personally responsible for any attorneys' fees or litigation costs or expenses unless you retain your own attorney, in which case you will be responsible for your attorney's fees, costs and expenses.

If a recovery is ultimately obtained for the Class, either through a judgement or settlement, Class Counsel will seek to be awarded attorneys' fees and costs out of any recovery obtained on behalf of the Class. In such case, your share of the recovery will bear its proportionate share of those costs and fees.

---

[2] This class action includes all current and former owners of properties in the United States containing drywall manufactured by these defendants who are participants (either in the original action or in complaints in intervention) in the Class Action Complaints in *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D.La.); *Gross, et al. v. Knauf Gips, KG, et al.*, Case No. 09-6690 (E.D.La.); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, Civ. Action No. 10-361 (E.D.La); *Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-080 (E.D.La); *Haya, et al. v. Taishan Gypsum Corp. Ltd., et al.*, Civ. Action No. 11-1077 (E.D.La.); *Almeroth, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action. 12-0498 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1672 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D.La.); *Amorin, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, Civ. Action No. 11-1673 (E.D.La.). For administrative reasons the class definition is limited to the actions in *Amorin, Germano, Gross* and *Wiltz*. All class members are named plaintiffs in the *Amorin* actions.

As a member of the Class, you will be bound by the judgment or other final disposition of this lawsuit whether that disposition is favorable to the Class or to the Taishan Defendants. If relief is obtained for the Class, you may be entitled to participate in the relief that is recovered. Any relief you receive through these class proceedings will be your exclusive remedy. Also, you will have an opportunity to be heard respecting any proposed settlement or dismissal of the class action.

You may be required as a condition to participating in any recovery obtained through settlement or trial to present evidence respecting the presence of the Taishan Defendants' defective drywall in your property. You should, therefore, preserve any records that you have pertaining to the presence of the Taishan Defendants' defective drywall in your property.

### EXCLUSION FROM CLASS

If you fall within the definition of the Class (see above), you are automatically a Class member and need not do anything at this time unless you do not want to be a part of the Class. If you do not wish to be included in the Class, you must send a request for exclusion to Russ M. Herman at Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 in an envelope postmarked no later than _____ (regardless of whether or not you requested exclusion from the class following the notice of pendency of class action that was mailed to class members on September 26, 2014). Your request for exclusion should set forth your name, address, the affected property address, and telephone number. All requests for exclusion must be personally signed by the Class member requesting exclusion.

IF YOUR REQUEST FOR EXCLUSION DOES NOT INCLUDE ALL OF THE FOREGOING INFORMATION, IS NOT PERSONALLY SIGNED BY THE CLASS MEMBER, OR IS NOT POSTMARKED BY THE DEADLINE ABOVE, IT SHALL NOT BE A VALID REQUEST FOR EXCLUSION. THE PERSON OR ENTITY FILING AN INVALID REQUEST FOR EXCLUSION SHALL BE A MEMBER OF THE CLASS AND BOUND BY ANY FURTHER ACTION TAKEN BY THE COURT AFFECTING THE CLASS UNLESS LEAVE OF COURT IS OBTAINED.

If your valid request for exclusion is timely received, the Court will exclude you from the Class and you will not be bound by --or entitled to participate in--any judgment in this action. The judgment will bind plaintiffs and all members of the Class who have not timely requested exclusion from the Class.

**ADDITIONAL INFORMATION**

The following law firms have been approved by the Court to serve as counsel for the Class ("Class Counsel"):

Russ M. Herman, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

Arnold Levin, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663

If you remain a member of the Class and you wish to communicate with Class Counsel, or if you have any questions concerning any of the matters contained in this Notice, you should contact Class Counsel directly.

This Notice is issued pursuant to an order of the Court. Additional notice(s) may be provided as the Court directs.

PLEASE DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE OR THE LITIGATION. ALL INQUIRES SHOULD BE DIRECTED TO CLASS COUNSEL.

BY ORDER OF THE HONORABLE
ELDON E. FALLON
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
LOUISIANA

DATED:_____, 2014