UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al., v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 10-cv-361 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## MOTION FOR RECONSIDERATION OF SPECIAL MASTER'S DECISION

Pursuant to the Global Allocation Plan for the Global Settlement, for the reasons given in its supporting memorandum, Preservation Alliance of New Orleans, Inc. ("Preservation") appeals the Special Master's decision and order entered on October 24, 2014.

Respectfully submitted,

/s/ Robert L. Redfearn, Jr.
Robert L. Redfearn, Jr. (La. Bar No. 17106)
Simon, Peragine, Smith & Redfearn, LLP
30th Floor, Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2990
redfearnjr@spsr-law.com

Attorney for Preservation Alliance of New Orleans, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Reconsideration of the Special Master's Decision has been served on all parties of record by electronically uploading the same to LexisNexis File & Serve and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, by using the CM/ECF system, which will send out notice of the electronic filing, in accordance with the procedures established in MDL 2047, on this 29th day of October, 2014.

/s/ Robert L. Redfearn, Jr.
Robert L. Redfearn, Jr.