State of Louisiana
Parish of Orleans

### Affidavit

Before me, the undersigned Notary, Inga Daniela Rivero Bryant and Jonathan Skvarka personally came and appeared as the former director and current director of Rebuilding Together New Orleans respectively.

After being duly sworn, they did appear and state the following:

They are each over the age of 21, are competent to give this affidavit and have personal knowledge of the facts contained herein.

Rebuilding Together New Orleans (RTNO) a program of the Preservation Alliance of New Orleans dba Preservation Resource Center of New Orleans received drywall donations from New Orleans Area Habitat for Humanity (NOAHH) for the following RTNO home repair projects:

| | |
|---|---|
| Diane Peterson | 3632 Monroe |
| Melvina Hazeur | 2205-07 St. Roch |
| Henry Carter | 5319 N. Rampart |
| William Larce | 2923 Mistletoe |
| John Gross | 3815-17 Delachaise |
| Charlie Taylor | 5441-43 Chartres |
| Leroy Ashford | 2617 Eagle |
| Geraldine Bush | 5 Alice Court |
| Theresa Lewis | 8230 Apple |
| Leslie Sims | 3610 LA Ave Pkwy |
| Shawn Harris | 2521 St. Roch |
| Alice Cousin | 1603 Hollygrove |
| Clarice Butler | 629 Forstall |
| Linda Ebarb | 8918 Palm |
| Reginald Beaco | 2601 Arts |
| Lloyd Lazard | 3320 Delachaise |
| Curtis Smith | 921 Lamanche |
| Percy Netter | 3029 LA Ave Pkwy |
| Leona Ford | 5329 Chartres |
| Antonie Payne | 4425 Walmsley |
| Eartha Johnson | 4319 S. Tonti |
| Phillip Steward | 1205 S. Genois |
| Joseph Renteria | 4609 S. Johnson |
| Evangeline White | 820 Deslonde |



EXHIBIT A

It was determined that the drywall donations for these projects came from NOAHH through a review of accounting records for every property repaired by RTNO from 2007 to 2009. From 2007 to 2009, RTNO had a policy that staff members were to pick up drywall sheets from NOAHH for any project that required drywall in order to save on expenses. During that time period, NOAHH had an excess supply of drywall and allowed RTNO to take and utilize its sheets of drywall at no cost. For the aforementioned properties, there were no records of RTNO either paying subcontractors for drywall materials or paying for drywall materials itself. The lack of any records of payment for drywall materials, which records were maintained for all purchases of drywall materials, indicated that the drywall was received at no cost, and since NOAHH was the only source of free drywall, the contaminated drywall in the above described properties could only have come from NOAHH.

NOW, THEREFORE, as each party to this affidavit has sworn that the contents herein are accurate and truthful, and having both acknowledged the enforcement and fraud provisions stated herein, do hereby execute this affidavit.

_____
Inga Daniela Rivero Bryant
Former Director
Rebuilding Together New Orleans

_____
Jonathan Skvarka
Director
Rebuilding Together New Orleans

Witness Avril Oberhelman

Witness Jennifer Anderson

Subscribed and sworn to before me, this 21 day of JUNE, 20 13.

_____
Signature of Notary

LORRAINE T. PAYTON
Printed Name of Notary

Commission Number 66678

My Commission Expires at death

LORRAINE T. PAYTON
NOTARY PUBLIC - No. 66678
PARISH OF ORLEANS, STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE