UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO | * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6652** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO | * * | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.: 13-6653** |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Come now the Third-Party Defendants Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. (the "Stevedore Third-Party Defendants") and, pursuant to Rule 12(b)(2), Fed.R.Civ.P., moves to dismiss the third-party claims filed by Ace Home Center, Inc. against the moving third-party defendants in the above-entitled actions. As and for grounds for said motion, the Stevedore Third-Party Defendants would show this Honorable Court that the assertion of personal jurisdiction over them is beyond the reach of the Mississippi long-arm statute and of the limits established by the due process clause of the U.S. Constitution.

In support of said motion, the Stevedore Third-Party Defendants are filing, concurrently herewith, the affidavit of Michael L. Pate, portions of the deposition testimony of Henry Vick dated 3/17/2011, taken in Chad Everett Langham, et al. v. Ace Home Center, et al., Baldwin

County Circuit Court, Alabama, CV-2009-900948, and a brief in support of said motion. The Stevedore Third-Party Defendants further rely upon the allegations of the Third-Party Complaints in the above-entitled actions, their Answer to the complaints, and all other pleadings and documents of record herein.

                          Respectfully submitted,

                          s/s  William W. Watts, III
                          S. WELSEY PIPES, V.
                          Alabama Bar No. ASB6226-P71S
                          WILLIAM W. WATTS, III
                          Alabama Bar No. ASB5095-S67W
                          ATTORNEYS FOR STEVEDORE THIRD-PARTY DEFENDANTS

**OF COUNSEL:**
PIPES, HUDSON & WATTS, L.L.P.
P.O. Box 989
Mobile, AL  36601-0989
PH:    251-432-7200
FX:    251-432-0073
bill@pipeshudsonwatts.com
wesley@pipeshudsonwatts.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 30th day of October 2014, the foregoing has been electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 09-2047 and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, to the following:

| | |
|---|---|
| Danny J. Collier, Jr., Esq. | Lewis Robert Shreve, Esq. |
| Stephen W. Mullins, Esq. | Heather M. Houston, Esq. |
| Caroline Pryor, Esq. | David C. Coons, Esq. |
| Christopher A. D'Amour, Esq. | Gary J. Russo, Esq. |

                          s/s  William W. Watts, III
                          WILLIAM W. WATTS, III