# EXHIBIT "1"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No.  09-2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Braxton H. Collins, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.:  13-6652** |

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No.  2047 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| Jason S. Herrington, et al., vs. Bass Homes, Inc., Et al.; S.D. Mississippi, C.A. No. 1:13-00297 | * * | **Case No.:  13-6653** |

## <u>AFFIDAVIT OF MICHAEL PATE</u>

Comes now the affiant and, having been first duly sworn, deposes and swears as follows:

1.      My name is Michael L. Pate.  I am over the age of eighteen (18) years and have personal knowledge of the matters stated herein.  I make this affidavit in support of a Motion to Dismiss the third-party claims of Ace Home Center against Pensacola Stevedore Company, Inc. and Pate Stevedore Company, Inc. for lack of personal jurisdiction in the above-styled action.

2.      I am employed by Pensacola Stevedore Company, Inc. ("Pensacola Stevedore") as its president.  Pensacola Stevedore is a corporation organized under the laws of the State of Florida, with its principal place of business in Pensacola, Florida.  Pensacola Stevedore owns and operates a stevedoring business at the Port of Pensacola.  At all times material to this litigation Pensacola Stevedore has been doing business under the fictitious business name Pate Stevedore Company or Pate Stevedore Company, Inc.  A true and correct copy of the Certificate of the

1

Secretary of State for the State of Florida regarding the fictitious name registration of Pate Stevedore Company is attached hereto as Exhibit "A".

3.      Ace Home Center has also brought third-party claims against Pate Stevedore Company, Inc., erroneously designated as a Florida corporation.   Pate Stevedore Company, Inc., of which I was the President, was formed as an Alabama corporation, in 2009, in order to perform stevedoring services at the Port of Mobile. A true and correct copy of the filed Articles of Incorporation of Pate Stevedore Company, Inc., an Alabama corporation, are attached hereto as Exhibit "B".  This corporation was not in existence at the time of the purchase of drywall by Pensacola Stevedore Company, Inc., in 2006, nor at the time of any sales of drywall by Pensacola Stevedore thereafter.   Pate Stevedore Company, Inc., an Alabama corporation, (hereinafter "Pate Stevedore") had nothing to do with the purchase or sale of any drywall at any time to anyone.

4.      Neither Pensacola Stevedore nor Pate Stevedore has ever been registered to do business in the State of Mississippi.

5.      Neither Pensacola Stevedore nor Pate Stevedore has ever had any office in the State of Mississippi.

6.      Neither Pensacola Stevedore nor Pate Stevedore has ever advertised in the State of Mississippi or solicited business from residents of the State of Mississippi.

7.      Neither Pensacola Stevedore nor Pate Stevedore has ever owned, rented or leased any property in the State of Mississippi.

8.      Neither Pensacola Stevedore nor Pate Stevedore has ever had a registered agent for service of process in Mississippi.

9.      Neither Pensacola Stevedore nor Pate Stevedore has ever stored or kept any equipment or inventory in the State of Mississippi.

10.     Neither Pensacola Stevedore nor Pate Stevedore has ever had a telephone, fax or mailing address in the State of Mississippi.

11.     Neither Pensacola Stevedore nor Pate Stevedore has ever had a checking, savings or other financial account based in Mississippi.

12.     Pate Stevedore has never conducted, or been licensed to conduct, any business in the State of Mississippi.  The only business that Pensacola Stevedore has ever conducted in the State of Mississippi was a job in 2002 loading certain power equipment, located at a partially constructed power plant in McComb, Mississippi, onto railroad cars for transportation to warehouses at the Port of Pensacola.  This job lasted about two months.  Pensacola Stevedore purchased a local business license in McComb, Mississippi in order to perform these services.  Other than this one job, Pensacola Stevedore has never conducted, or been licensed to conduct, any other business in the State of Mississippi.

13.     Pensacola Stevedore is in the business of providing stevedoring services from the Port of Pensacola, and has never manufactured, purchased or sold drywall or any other building products, except for a one-time purchase of some salvaged, damaged drywall in August of 2006.  This drywall came from a shipment of drywall imported by Devon International Trading Company, Inc. ("Devon") and which arrived at the Port of Pensacola aboard the M/V SANKO RALLY in June of 2006.  Much of this drywall had become damaged from rough seas during the overseas shipment.  Pensacola Stevedore purchased a certain amount of this salvaged, damaged drywall and made it available for sale from a warehouse at the Port of Pensacola, at deeply

3

discounted prices, in order to recoup some of its losses as a result of not being fully paid for its services in unloading the drywall from the M/V SANKO RALLY.

14.     Pensacola Stevedore did not direct any advertising or other marketing activities to residents of the state of Mississippi, in attempting to sell any of this drywall.

15.     Pensacola Stevedore did not deliver or pay for the delivery of any of this drywall to Mississippi. All sales of the drywall were made by Pensacola Stevedore in Florida where the drywall was loaded onto vehicles of the purchasers or their designated carriers. Pensacola Stevedore did not transport any of this drywall itself to any location, except for one delivery to a customer in Milton, Florida, and did not undertake to pay the loading or freight costs incurred in transporting the drywall to any location. Pensacola Stevedore separately charged the customer for the costs of loading if its services were used.

16.     Pensacola Stevedore sold all of this damaged drywall out of the warehouse where it was stored and in its original packaging, i.e., visqueen-wrapped bundles of sixty-eight (68) sheets of drywall per bundle. Each of these bundles had an unknown amount of damaged drywall in them. In September and October of 2006, some of these bundles of damaged drywall were sold by Pensacola Stevedore to Ace Home Center, located in Robertsdale, Alabama. Mr. Henry Vick of Ace Home Center came to Pensacola and viewed the bundles of damaged drywall and thereafter purchased some in September and October of 2006. These bundles were picked up by Ace Home Center in Pensacola and transported at its own cost in its own vehicles to its store in Robertsdale. As per the parties' agreement, Ace Home Center would open the bundles, go through the sheetrock piece-by-piece, keep what it considered was marketable, and dispose of the remaining sheets. Ace Home Center would then send Pensacola Stevedore a purchase order, indicating how many sheets it had kept and the disposal costs it had incurred. A corresponding

invoice would then be sent by Pensacola Stevedore to Ace Home Center, billing it for the number of sheets of drywall that Ace Home Center had decided to keep, after deducting the dumpster and labor charges incurred by Ace Home Center in disposing of the rejected drywall. Typically, Ace Home Center kept and paid for less than half of the drywall transported to its store. Attached hereto as Exhibit "C" is a true and correct copy of the invoices for the drywall purchased by Ace Home Center.

17. In selling this salvaged, damaged drywall to Ace Home Center, Pensacola Stevedore had no knowledge as to whom Ace Home Center might sell the product or the places to which any of the drywall might be delivered or for what specific purposes. Pensacola Stevedore had no knowledge that defendant Bass Homes would be a purchaser of drywall from Ace Home Center and never sold any drywall directly to Bass Homes. Pensacola Stevedore had no knowledge that any of the drywall sold to Ace Home Center would ultimately be used in the construction of any residences in Mississippi. Pensacola Stevedore had no knowledge that any of the drywall sold by it would ultimately be used in the construction of a home purchased by the plaintiffs, Braxton and Kerrie Collins or Jason and Cassie Herrington.

FURTHER, AFFIANT SAYETH NOT.

_____
MICHAEL L. PATE

5

STATE OF *Florida* :

COUNTY OF *Escambia* :

I, *Nancy M. Lowe* , the undersigned Notary Public, in and for said State and County, do hereby certify that Michael L. Pate, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that  has read the foregoing Affidavit and knows the contents thereof, that the same are true to the best of  his knowledge, information and belief, and that  he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 22nd day of October 2014.

Notary Public, State at Large

My Commission Expires:_____

NANCY M. LOWE
Notary Public, State of Florida
My Comm. Expires May 20, 2017
Commission No. FF 19701

6

# EXHIBIT "A"



### Department of State

I certify the attached is a true and correct copy of the complete file of PATE STEVEDORE COMPANY, a Fictitious Name registered with the Department of State on September 4, 2002, as shown by the records of this office.

The registration number of this fictitious name is G02246900037.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Eighteenth day of April, 2011

Kurt S. Browning
Secretary of State

CR2EO22 (01-07)

## APPLICATION FOR REGISTRATION OF FICTITIOUS NAME
Note: Acknowledgements/certificates will be sent to the address in Section 1 only.

**Section 1**
1. PATE STEVEDORE COMPANY
   Fictitious Name to be Registered

2. 6520 ARD ROAD
   Mailing Address of Business
   PENSACOLA    FLORIDA    32526
   City          State      Zip Code

3. Florida County of principal place of business: ESCAMBIA

4. FEI Number: 75-3070981

G02246900037
-09/03/02--01083--022
***50.00

This space for office use only

**Section 2**

A. Owner(s) of Fictitious Name if Individual(s):  (Use an attachment if necessary):

| 1. | | | | 2. | | | |
|---|---|---|---|---|---|---|---|
| Last | First | M.I. | | Last | First | M.I. | |

Address                                    Address

City          State      Zip Code          City          State      Zip Code

SS# ____-__-____ (optional)               SS# ____-__-____ (optional)

B. Owner(s) of Fictitious Name if other than individuals(s):  (Use attachment if necessary):

1. PENSACOLA STEVEDORE COMPANY, INC.        2.
   Entity Name                                 Entity Name
   6520 ARD ROAD
   Address                                      Address
   PENSACOLA    FLORIDA    32526
   City          State      Zip Code           City          State      Zip Code
   Florida Registration Number  F02000073313
   FEI Number:  75-3070981                      Florida Registration Number
   ☐Applied for  ☐Not Applicable               FEI Number:
                                                ☐Applied for      ☐Not Applicable

**Section 3**
I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. I (we) understand that the signature(s) below shall have the same legal effect as if made under oath.  (At Least One Signature Required)

_Michael L Pate 8/13/02_
Signature of Owner        Date            Signature of Owner        Date
Phone Number:  (850) 438-3648            Phone Number:

**Section 4**
FOR CANCELLATION COMPLETE SECTION 4 ONLY:
FOR FICTITIOUS NAME OR OWNERSHIP CHANGE COMPLETE SECTIONS 1 THROUGH 4:

I (we)  the undersigned, hereby cancel the fictitious name _____

_____, which was registered on _____ and was assigned registration number _____

Signature of Owner        Date            Signature of Owner        Date

Mark the applicable boxes   ☐Certificate of Status - $10   ☐Certified Copy - $30
                            **Filing Fee:  $50**

CR4E-001(6/01)

**FILE TO RENEW NOW:**
**FICTITIOUS NAME WILL EXPIRE ON 12/31/07**

**FILED**
**Jan 22, 2007 8:00 am**
**Secretary of State**
01-22-2007 90197 010 ****50.00
G07999074923

SECRETARY OF STATE



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

## APPLICATION FOR RENEWAL OF FICTITIOUS NAME

REGISTRATION # **G02246900037**

1. Name and Mailing Address

0059138 01 AT 0.308 **AUTO  T2 0 0606 32526-940720

PATE STEVEDORE COMPANY
6520 ARD ROAD
PENSACOLA FL 32526-9407

If above mailing address is incorrect in any way, line through incorrect information and enter correction in Block 2.



**90007467**

**G02246900037**

☐ CHECK HERE IF MAKING CHANGES

2. Mailing Address change if applicable: *Physical address remains unchanged*
P O Box 12781
Suite, Apt #, etc.

City Pensacola, FL   State   Zip Code 32591-2781

3. County of Principal Place of Business
ESCAMBIA

4. Date Registered
09/04/2002

5. Certificate of Status Desired
☐ $10 Additional Fee Required

### AN OWNER THAT IS A CORPORATION, LIMITED PARTNERSHIP OR OTHER BUSINESS ENTITY MUST BE REGISTERED AND ACTIVE WITH THIS OFFICE.

| 6. CURRENT OWNER (S) | | 7. ADDITIONS / CHANGES TO OWNERS | |
|---|---|---|---|
| DOCUMENT # P02000073313 ☐ DELETE | | DOCUMENT # ☐ Change ☐ Addition | |
| FEI # 75-3070981 | | FEI # | |
| NAME PENSACOLA STEVEDORE COMPANY, INC. | | NAME | |
| STREET ADDRESS 6520 ARD ROAD | | STREET ADDRESS | |
| CITY-ST-ZIP PENSACOLA FL 32526 | | CITY-ST-ZIP | |
| DOCUMENT # ☐ DELETE | | DOCUMENT # ☐ Change ☐ Addition | |
| FEI # | | FEI # | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| DOCUMENT # ☐ DELETE | | DOCUMENT # ☐ Change ☐ Addition | |
| FEI # | | FEI # | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| DOCUMENT # ☐ DELETE | | DOCUMENT # ☐ Change ☐ Addition | |
| FEI # | | FEI # | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |

(CR4E003) 10/06

8. I (we) the undersigned, being the sole (all the) party(ies) owning interest in the above fictitious name, certify that the information indicated on this form is true and accurate. I (we) understand that the signature(s) below shall have the same legal effect as if made under oath. I further certify that the names of individuals listed on this form do not qualify for an exemption contained in section 119, Florida Statutes. (At least one signature required)

Signature of Owner   Mike Pate, Pres   Date 1/5/07

Signature of Owner   Date

# EXHIBIT "B"

2009017505  Book-6508  Page-699
Total Number of Pages: 3

STATE OF ALABAMA          )

MOBILE COUNTY             )

## ARTICLES OF INCORPORATION
## OF
## PATE STEVEDORE COMPANY, INC.

The undersigned incorporators do hereby form a corporation under the Alabama Business Corporation Act, and declare:

### ARTICLE I
### NAME

The name of the Corporation shall be Pate Stevedore Company, Inc.

### ARTICLE II
### PURPOSES

The purposes for which this Corporation is organized are:

   (a)  To engage in stevedoring, material handling and other services for water-borne and land-based conveyances.

   (b)  To engage in the transaction of any or all lawful business for which corporations may be incorporated under the laws of Alabama.

### ARTICLE III
### AUTHORIZED SHARES

The total number of shares which the Corporation shall have authority to issue shall be One Thousand (1,000) shares of Common of the par value of One and 00/100 Dollars ($1.00) per share and consisting of one class only.

### ARTICLE IV
### INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of the Corporation and the name of the Corporation's initial registered agent at said address shall be as follows:

| Registered Agent | Registered Office |
|---|---|
| David M. O'Brien, Esq. | One St. Louis Center |
| | Suite 1000 |
| | Mobile, Alabama 36652-2025 |

DOCSMOB\128259\1\

## ARTICLE V
## INITIAL BOARD OF DIRECTORS

(a)     The names and addresses of the persons who are to serve as the initial Directors until the first annual meeting of shareholders, or until successors are elected and qualified, are as follows:

| Name | Address |
|------|---------|
| Michael L. Pate | 6250 Ard Road<br>Pensacola, Florida 32526 |
| William Matthew Pate | 4792 Mallard Creek<br>Pensacola, Florida 32526 |

(b)     A member of the Board of Directors need not be a shareholder of the Corporation.

## ARTICLE VI
## INCORPORATORS

The names and addresses of the incorporators are as follows:

| Name | Address |
|------|---------|
| Michael L. Pate | 6250 Ard Road<br>Pensacola, Florida 32526 |
| William Matthew Pate | 4792 Mallard Creek<br>Pensacola, Florida 32526 |

## ARTICLE VII
## LIMITATION OF LIABILITY

A director of the Corporation shall not be liable to the Corporation or its shareholders for money damages for any action taken, or any failure to take action, as a director, except for (i) the amount of a financial benefit received by such director to which such director is not entitled; (ii) an intentional infliction of harm by such director on the Corporation or its shareholders; (iii) a violation of Section 10-2B-8.33 of the Code of Alabama of 1975 or any successor provision to such section; (iv) an intentional violation by such director of criminal law; or (v) a breach of such director's duty of loyalty to the Corporation or its shareholders.  If the Alabama Business Corporation Act, or any successor statute thereto, is hereafter amended to authorize the further elimination or limitation of the liability of a director of a corporation, then the liability of a director of the Corporation, in addition to the limitations on liability provided herein, shall be limited to the fullest extent permitted by the Alabama Business Corporation Act, as amended, or any successor statute thereto.  The limitation on the liability of directors of the Corporation contained herein shall apply, except to the extent prohibited by law, to liabilities arising out of acts or omission occurring prior to the adoption of this ARTICLE VII.  Any repeal or modification of this ARTICLE VII by the shareholders of the Corporation shall be prospective only and shall not adversely affect any limitation on the liability of a director of the Corporation existing at the time of such repeal or modification.

DOCSMOB\128259\1\

THE UNDERSIGNED, being all of the incorporators hereinabove named, for the purpose of forming a corporation pursuant to the Alabama Business Corporation Act, have executed the foregoing Articles of Incorporation on this _17th_ day of _MARCH_____, 2009.

_____
Michael L. Pate

_____
William Matthew Pate

(INCORPORATORS)

THIS INSTRUMENT WAS PREPARED BY:

David M. O'Brien
Sirote & Permutt, P.C.
P.O. Drawer 2025
Mobile, AL 36652

```
        State of Alabama-Mobile County
    I certify this instrument was filed on:
            March 20, 2009 @  3:17:23 PM
    RECORDING FEE            $35.00
    S.R. FEE                  $2.00
    RECORDING FEES            $1.00
    TOTAL AMOUNT             $38.00

    2009017585
    Don Davis, Judge of Probate
```

DOCSMOB\1282591\1\

# EXHIBIT "C"



### Pate Stevedore Co., Inc.
Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

RE~~~~~
SEP 1 1 2006
PAID
PO 1455

| Date | Invoice # |
|------|-----------|
| 9/7/2006 | 06-135 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

1 - PATE
SHEETROCK
8/30/06

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 7 BUNDLES (476 SHEETS) SHEETROCK - 476 SHEETS @ $4.50 EA. | 476 | 4.50 | 2,142.00 |

| | |
|---|---|
| Subtotal | $2,142.00 |
| Sales Tax  (7.5%) | $0.00 |
| Total | $2,142.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,142.00 |

We Appreciate Your Business



**P**ate Stevedore Co., Inc.

Post Office Box 12781  Pensacola, Florida 32591-2781  (850) 438-3648

## INVOICE

| | Date | Invoice # |
|---|---|---|
| | 9/22/2006 | 06-156 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

PO 14727
ORDER 2-PATE
9/21/06

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BUNDLES (476) SHEETROCK - 9/22/06 RECEIVED GOOD - 298 SHEETS @ $3.902 EA | 298 | 3.902 | 1,162.80 |

SEP 2 5 2006

| | |
|---|---|
| **Subtotal** | $1,162.80 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $1,162.80 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,162.80 |

We Appreciate Your Business



**Pate Stevedore Co., Inc.**

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

OCT 0 2 2006

## INVOICE

| | Date | Invoice # |
|---|---|---|
| | 9/26/2006 | 06-162 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

PO 14742
ORDER 3-PATE
9/22/06

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BUNDLES (476) SHEETROCK - 9/22/06 RECEIVED GOOD - 222 SHEETS @ $3.352 P/SHEET | 222 | 3.355 | 744.81 |

| | |
|---|---|
| **Subtotal** | $744.81 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $744.81 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $744.81 |

We Appreciate Your Business




Pate Stevedore Co., Inc.

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

| | Date | Invoice # |
|---|---|---|
| | 10/2/2006 | 06-172 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

PO 14819
ORDER 4-PATE
9/27/06

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BUNDLES (476) SHEETROCK - 9/27/06 RECEIVED GOOD - 308 SHEETS @ $3.954 P/SHEET | 308 | 3.954 | 1,217.83 |

| | |
|---|---|
| **Subtotal** | $1,217.83 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $1,217.83 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,217.83 |

We Appreciate Your Business



OCT 0 6 2006

ate Stevedore Co., Inc.

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

| | Date | Invoice # |
|---|---|---|
| | 10/3/2006 | 06-175 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

PO 14851
ORDER 5-PATE
9/29/06

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BUNDLES (476 PCS) SHEETROCK - 9/29/06 | | 0.00 | 0.00 |
| RECEIVED GOOD - 275 SHEETS @ $3.76 P/SHEET | 275 | 3.76 | 1,034.00 |

| | |
|---|---|
| Subtotal | $1,034.00 |
| Sales Tax  (7.5%) | $0.00 |
| Total | $1,034.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $1,034.00 |

We Appreciate Your Business



**ate Stevedore Co., Inc.**

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

|  | Date | Invoice # |
|---|---|---|
| Date: |  |  |
| File No.: | 10/6/2006 | 06-185 |

**Bill To**

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

PO 14898
ORDER 7-PATE
10/5/06

Vessel:

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BUNDLES (476 SHEETS) SHEETROCK - 10/5/06 | | | . |
| RECEIVED GOOD 302 SHEETS @ $3.923 P/SHEET | 302 | 3.923 | 1,184.75 |

| | |
|---|---|
| **Subtotal** | $1,184.75 |
| **Sales Tax (7.5%)** | $0.00 |
| **Total** | $1,184.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,184.75 |

We Appreciate Your Business



RECD

OCT 1 9 2006

INVOICE

**Pate Stevedore Co., Inc.**

Post Office Box 12781  Pensacola, Florida 32591-2781  (850)438-3648

# INVOICE

| | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: | 10/16/2006 | 06-200 |

**Bill To**

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

Vessel:

PO 15011
ORDER PATE 8
OCT 9, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/8/06 | | | |
| RECEIVED GOOD 280 SHEETS @ $2.80 EA. | 280 | 2.80 | 784.00 |

| | |
|---|---|
| **Subtotal** | $784.00 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $784.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $784.00 |

We Appreciate Your Business

Pate Stevedore Co., Inc.

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

|  | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: | 10/17/2006 | 06-202 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

Vessel:

PO 15030
ORDER PATE-9
OCT 10, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/10/06 | | | |
| RECEIVED GOOD 265 SHEETS @ $2.703 EA. | 265 | 2.703 | 716.30 |

| | |
|---|---|
| **Subtotal** | $716.30 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $716.30 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $716.30 |

We Appreciate Your Business



**Pate Stevedore Co., Inc.**

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

# INVOICE

| | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: | 10/18/2006 | 06-205 |

**Bill To**

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

Vessel:

PO 15037
ORDER PATE-10
OCT 12, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/12/06 | | | |
| RECEIVED GOOD 203 SHEETS @ $2.50 EA. | 203 | 2.50 | 507.50 |

| | |
|---|---|
| **Subtotal** | $507.50 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $507.50 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $507.50 |

We Appreciate Your Business



## ate Stevedore Co., Inc.

Post Office Box 12781  Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

|  | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: | 10/16/2006 | 06-199 |

**Bill To**

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

PO 14985
ORDER PATE 11
10/12/06

Vessel:

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/12/06 | | | |
| RECEIVED GOOD 236 SHEETS @ $2.483 | 236 | 2.483 | 585.99 |

| | |
|---|---|
| **Subtotal** | $585.99 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $585.99 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $585.99 |

We Appreciate Your Business



**P**ate Stevedore Co., Inc.

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

| | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: 10/19/2006 | | 06-209 |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL 36567

Vessel:

PO 15041
ORDER PATE-12
OCT 16, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK 10/16/06 | | | |
| RECEIVED GOOD 282 SHEETS @ $2.812 EA. | 282 | 2.812 | 792.98 |

| | |
|---|---|
| **Subtotal** | $792.98 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $792.98 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $792.98 |

We Appreciate Your Business



ate Stevedore Co., Inc.

Post Office Box 12781  Pensacola, Florida 32591-2781  (850) 438-3648

# INVOICE

Date:    Date        Invoice #

File No.:  10/19/2006    06-210

Bill To

ACE HOME CENTER                    PO 15044
P O BOX 729                        ORDER PATE-13
ROBERTSDALE, AL 36567             OCT 17, 2006

Vessel:

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/17/06 | | | |
| RECEIVED GOOD 241 SHEETS @ $2.524 EA. | 241 | 2.524 | 608.28 |

| | |
|---|---|
| **Subtotal** | $608.28 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $608.28 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $608.28 |

We Appreciate Your Business



Pate Stevedore Co., Inc.

Post Office Box 12781  Pensacola, Florida 32591-2781  (850) 438-3648

RECEIVED
OCT 2 7 2006

# INVOICE

| | Date |
|---|---|
| Date: | |
| File No.: | 10/24/2006 |

Invoice #
06-222 -A

ll To

E HOME CENTER
BOX 729
BERTSDALE, AL  36567

el:

PO 15094 - ORDER PATE 14
PO 15095 - ORDER PATE 15
OCTOBER 18, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 15094 - ORD PATE 14 - SHIPPED 7 BDLS (476 EETS) SHEETROCK ON 10/18/06 CEIVED GOOD - 165 SHEETS @ $1.615 EACH | 165 | 1.615 | 266.48 ✓ |
| 15095 - ORD PATE 15 - SHIPPED 7 BDLS (476 EETS) SHEETROCK ON 10/18/06 CEIVED GOOD - 183 SHEETS @ $1.898 EACH | 183 | 1.898 | 347.33 |

| | |
|---|---|
| **Subtotal** | $613.81 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $613.81 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $613.81 |

We Appreciate Your Business

*2 invoices*



RECEIVED
OCT 2 7 2006

**P**ate Stevedore Co., Inc.

Post Office Box 12781   Pensacola, Florida 32591-2781   (850) 438-3648

## INVOICE

| | | |
|---|---|---|
| Date: | **Date** | **Invoice #** |
| File No.: | 10/24/2006 | 06-222-*B* |

**Bill To**

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

Vessel:

PO 15094 - ORDER PATE 14
PO 15095 - ORDER PATE 15
OCTOBER 18, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| PO 15094 - ORD PATE 14 - SHIPPED 7  BDLS (476 SHEETS) SHEETROCK ON 10/18/06 | | | |
| RECEIVED GOOD - 165 SHEETS @ $1.615 EACH | 165 | 1.615 | 266.48 |
| | | | |
| PO 15095 - ORD PATE 15 - SHIPPED 7 BDLS (476 SHEETS) SHEETROCK ON 10/18/06 | | | |
| RECEIVED GOOD - 183 SHEETS @ $1.898 EACH | 183 | 1.898 | 347.33 ✓ |

*PO 15095.*

| | |
|---|---|
| **Subtotal** | $613.81 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $613.81 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $613.81 |

We Appreciate Your Business



Pate Stevedore Co., Inc.

Post Office Box 12781  Pensacola, Florida 32591-2781  (850) 438-3648



NOV 0 6 2006

# INVOICE

| | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: | 10/31/2006 | 06-229 |

**Bill To**

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

Vessel:

PO 15184 - PATE-16
PO 15185 - PATE-17
PO 15186 - PATE-18
OCT 19, 2006

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK 10/19/06 | | | |
| RECEIVED GOOD 204 SHEETS @ $2.166 EA. | 204 | 2.166 | 441.86 |
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK 10/19/06 | | | |
| RECEIVED GOOD 175 SHEETS @ $2.50 EA. | 175 | 2.50 | 437.50 |
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK 10/19/06 | | | |
| RECEIVED GOOD 142 SHEETS @ $1.147 EA. | 142 | 1.147 | 162.87 |

| | |
|---|---|
| **Subtotal** | $1,042.23 |
| **Sales Tax  (7.5%)** | $0.00 |
| **Total** | $1,042.23 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,042.23 |

We Appreciate Your Business



**ate Stevedore Co., Inc.**

Post Office Box 12781  Pensacola, Florida 32591-2781  (850) 438-3648

RECEIVED

NOV 0 6 2006

INVOICE

## INVOICE

| | Date | Invoice # |
|---|---|---|
| Date: | | |
| File No.: 10/31/2006 | 06-230 /A | |

Bill To

ACE HOME CENTER
P O BOX 729
ROBERTSDALE, AL  36567

Vessel:

PO 15210 - PATE-19 - 10//20/06
PO 15211 - PATE-20 - 10/20/06
PO 15212 - PATE-21 - 10/23/06
PO 15213 - PATE-22 - 10/24/06
PO 15214 - PATE-23 - 10/25/06

| Description | Qty | Rate | Amount |
|---|---|---|---|
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/20/06 - PO 15210 A<br>RECEIVED GOOD 179 SHEETS @ $1.84 EA. | 179 | 1.84 | 329.36 |
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/20/06 - PO 15211 B<br>RECEIVED GOOD 152 SHEETS @ $1.369 EA. | 152 | 1.369 | 208.09 |
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/23/06 - PO 15212 C<br>RECEIVED GOOD 207 SHEETS @ $2.20 EA. | 207 | 2.20 | 455.40 |
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/24/06 - PO 15213 D<br>RECEIVED GOOD 173 SHEETS @ $1.748 EA. | 173 | 1.748 | 302.40 |
| SHIPPED 7 BDLS (476 SHEETS) SHEETROCK - 10/25/06 - PO 15214 E | | | |

**Subtotal**

**Sales Tax  (7.5%)**

**Total**

**Payments/Credits**

## Balance Due

Page 1

We Appreciate Your Business