UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Their Motion to Compel Document Production for *In Camera* Inspection and to File the Reply Brief Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Reply Brief in Support of Their Motion to Compel Document Production for *In Camera* Inspection be and is hereby filed, and it is FILED UNDER SEAL.

New Orleans, Louisiana, this 30th day of October, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE