UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF WILLIAM ATKINSON

Considering the law firms of Colson Hicks Eidson Colson Matthews Gonzalez Kalbac & Kane, Hausfeld LLP and Levin Fishbein Sedran & Berman's Motion to Withdraw as Counsel for Plaintiff William Atkinson, having been advised there is no opposition to this matter and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firms of Colson Hicks Eidson Colson Matthews Gonzalez Kalbac & Kane, Hausfeld LLP and Levin Fishbein Sedran & Berman's Motion to Withdraw as Counsel for Plaintiff William Atkinson is GRANTED. The law firms of Colson Hicks Eidson Colson Matthews Gonzalez Kalbac & Kane, Hausfeld LLP and Levin Fishbein Sedran & Berman are discharged from any further obligation to Mr. Atkinson in this matter. The law firm of Colson Hicks Eidson shall serve this order on Mr. Atkinson via electronic mail and regular U.S. mail at his last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this 29th day of October, 2014.

Eldon E. Fallon
United States District Court Judge