UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| | : | |

IN RE:        LORENZO ALVAREZ
              Claimant ID #: 104856

## AMENDED PETITION FOR AUTHORITY TO SUPPLEMENT AND/OR LATE FILE CLAIM AND INCORPORATED MEMORANDUM OF LAW

COMES NOW Lorenzo Alvarez, by and through the undersigned counsel and files this as his Amended Petition and Incorporated Memorandum of Law For Authority To Supplement and/or Late File Claim.  This Petition is filed in accordance with Multidistrict Litigation Rule 3.2 and pursuant to does not exceed twenty (20) pages exclusive of exhibits.  As grounds therefore it is alleged:

1.      Lorenzo Alvarez owns that real property and home at the following location:

172 NW 17th Street, Homestead, Florida.

2.      Lorenzo Alvarez purchased the subject property on September 4, 2005. Upon discovery of Chinese drywall he had the property inspected and report timely prepared and provided. Lorenzo Alvarez retained Sutton Law Group and filed a Circuit Court action bearing Case Number: 12 35021-CA-01 against Banner Supply Company and served Banner through registered agent Peterson & Espino P.A.  Weinberg, Wheeler, Hudgins, et al. then filed a Stipulation for Substitution of Counsel substituting Peterson & Espino, PA as counsel for Banner Supply Company.

3.     Lorenzo Alvarez was referred to the Global Banner Knauf Fund.   The undersigned counsel for Lorenzo Alvarez timely registered for that fund May 14, 2013 and October 15, 2013.

There was not only timely registration but also filing of "Repair & Relocation Claim Form."  For the first time the undersigned discovered that the "Repair and Relocation Claim Form" was not for relocation but was rather for drywall reimbursement only. There was reasonable belief that the claim and supplemental claims would be honored for participation in Global, Banner, Knauf Fund.  At all times material, undersigned counsel timely and expeditiously responded to requests for additional information.  This property was properly and timely registered and at all times the expectation was that Banner claims would be honored as claim forms were accepted with supporting documents timely filed. These claims have been accepted as qualified for compensation by the Global, Banner, Knauf Fund which Lorenzo Alvarez elected as an alternative to litigation before electing to participate in the Global, Banner, Knauf Fund.  At all times material, Lorenzo Alvarez was given to believe that he would qualify for the Banner Fund.  The reason for this belief is:

A.     Lorenzo Alvarez filed a Miami Dade County Circuit Court Complaint bearing the following Case Number: 12 35021 CA 01

B.     Upon filing the foregoing, the Plaintiff and his undersigned counsel made contact with Defendant's counsel whose name is:  Peterson & Espino, P.A. and/or substituted counsel and Mandy's counsel, the later of whom advised Mandy's purchased its drywall from Banner Supply.

C.     Defendant's counsel and/or Mandy's counsel gave Lorenzo Alvarez and undersigned counsel, as affiant, reason to believe that this property qualified for

Chinese drywall qualification with the Banner Fund. Lorenzo Alvarez sued both Banner and Mandy's and was informed Mandy's obtained all of its drywall from Banner;

D.   Lorenzo Alvarez and his undersigned counsel detrimentally relied upon referral to the Banner Fund and had every reason to believe that since Banner was a Defendant in Miami Dade circuit Court, and there was no opposition to it being identified as the source of Lorenzo Alvarez' drywall this was a foregone conclusion, i.e. Banner Fund would compensate Lorenzo Alvarez.

4.   Lorenzo Alvarez has just recently been informed that although his home was dry-walled by Mandy's Drywall, which presumptively obtained all of its drywall from Banner Supply, he was not eligible to participate in that Fund at the rate of $2.97 or $2.03 per square foot. In such event as Lorenzo Alvarez's claim for participation in the Banner Fund at the subject rates of compensation is denied, he should b e authorized by order of Court to prosecute claims directly against Banner. The Circuit Court action remains pending. It was filed against Banner Supply. Lorenzo Alvarez should not be disqualified for participation in the Banner Fund and also denied the right to prosecute those civil suit claims against Banner. Lorenzo Alvarez wishes to participate in the Banner Fund, but should retain the right to sue and recover directly against Banner if disqualified from participation in that fund he had been referred by Banner and/or Mandy's counsel.

5.   The Plaintiff has prepared a Miscellaneous Claim form for submission to the Global Banner Fund to include air conditioning, air ducts and other mechanical equipment.

6.   The claimant understood the "Repair & Relocation Expense" claim form to include the loss of use of the home as the Chinese drywall has not as yet been remediated. Just now he is informed that the "relocation claim form" is not that but is rather

a "drywall application."

7.      The claimant wishes to submit the "Pre Remediation Alternate Living Expense Affidavit." This is attached.

8.      It is suggested that the Court and/or counsel for the Defendants and/or Special Master have discretion to allow this deserving claimant to supplement his claim and submit additional documentation. There is no prejudice to the Global, Banner Fund.

9.      Lorenzo Alvarez was diligent and had filed suit against Banner Supply and Mandy's Drywall in Case Number 12 35021 CA 01. That action was not prosecuted as the claimant opted for participation in this fund to which he now seeks supplemental relief.

10.     These forms and/or Claims were filed:

    A 1.    Registration Form: 5/13/2013;

    A 2.    Registration Form: 10/10/2013;

    A 3.    Repair & Relocation Expenses Claim Form: 10/16/2013

    A 4.    Response To Incompleteness Notice: 2/18/2014

    A 5.    Denial Notice

    A 5.    Notice of Appeal with color Photographs: 3/17/2014

11.     On or about October 17, 2014, the claimant was advised that his claims were limited to only Two Thousand Dollars ($2000.00) for 2145 square feet and that the Banner participation would not be funded. There was no denial notice.

### MEMORANDUM OF LAW

Lorenzo Alvarez suggests that the Court has discretion in equity to consider equitable tolling of his time for filing claim. Lorenzo Alvarez has lost the use of his home and speaks exclusively Spanish. He has suffered catastrophic economic loss and asks

that the Court consider equities in favor of these legitimate claims.   Lambert v. Commonwealth Title, 53 Cal. App. 3rd 1072 (Cal. 1991) The Doctrine of Equitable Tolling preserves a Plaintiff's claims when strict application of the statute of limitations would be inequitable.   Lambert v. U.S., 44 F.3d 296 (5th Cir. 1995) In this instance there are extraordinary circumstances to justify equitable tolling of time for filing of supplemental claim by way of Pre-Remediation Alternate Living Expense Claim Form & Affidavit.

Plaintiff filed suit in Miami Dade County Circuit Court against both Mandy's Drywall and Banner Supply in Case Number 12 35021 CA 01.  The action was abated so that counsel for Lorenzo Alvarez could be referred to the Global, Banner Fund.  That referral gave counsel good and legitimate reason to believe that this claim qualified for Banner Fund treatment.  Undersigned counsel detrimentally relied upon that referral.  The action against Banner remains pending and/or abated.

**Doctrine of Judicial Estoppel**

Lorenzo Alvarez sued Banner Supply and Mandy's Drywall.  Defendants counsel referred the Plaintiff to the Chinese Drywall Multi District litigation matter bearing this case number.  The Plaintiff detrimentally relied upon the referral by Defendant only now to hear much later that the Banner claim was disqualified without timely notice at the time of registration.

In the Miami Dade Circuit Court action, Defendant's counsel took the position that this State of Florida Circuit Court action should be referred to the Banner fund.  Lorenzo Alvarez and his counsel elected to do just that.  Two years later Lorenzo Alvarez and his counsel are informed that referral to the Banner Fund was unsuccessful and that they did not qualify.  There was a reasonable belief that this referral by Defendant's counsel was

an admission that this claim would be covered under the Banner Fund. When a party has taken one position upon which the other party detrimentally relies that party is later estopped from changing that initial position to the detriment of the party relying on the same. The "gotcha doctrine" is a form of estoppel that prevents a party from taking inconsistent positions in related litigation. The doctrine of equitable estoppel is based upon the principles of fairness and is invoked when one party lulls another party into a disadvantageous legal position. Florida Dept. of Health & Rehabilitative Services v. SAP, 835 So.2d 1091 (Fla. 2002) Salcedo v. Asociacion Cuban Inc., 368 So.2d 1337 (Fla. 3rd DCA 79). In addition, undersigned counsel and Lorenzo Alvarez have each filed affidavits attached hereto.

**Equitable Estoppel**

Lorenzo Alvarez and his family have suffered catastrophic loss of the home and financial expenses. They have been given reason to believe that the timely registered claim would be considered for Banner Fund. In fact, the actions of Defendants in the Circuit Court action have coaxed Lorenzo Alvarez into the belief he would be fairly compensated. Lorenzo Alvarez detrimentally relied upon registration and filing of the Repair and Remediation Claim. The claim was not timely denied or disqualified for either Banner Fund qualification or for "relocation." The Plaintiff should not be obligated to litigate his claims for Banner Fund qualification and alternate living expenses when no action had been taken to deny the claim. Lambert v. Commonwealth Title, 53 Cal. App. 3rd 1072 (Cal. 1991) allows for tolling of time periods when the party claimant was otherwise occupied in an endeavor believed to be protecting his claim. It was not until October of 2014 when Lorenzo Alvarez was denied relief and disqualified for Banner Fund and denied relocation

expenses for alternate living expenses. The entire home has been lost to Chinese drywall supplied by Banner and installed by Mandy's. Nevertheless, the total compensation is said to be two thousand dollars ($2000.00). The time for filing of claims, not expeditiously denied for lack of completeness should be tolled.

**Excusable neglect**

The Plaintiff Lorenzo Alvarez, after referral to the Global Banner Fund, consequently registered with Brown Greer prior to October 25, 2013. Registration and filing of the "Repair and Relocation Claim Form" gave counsel the reason to believe that the entire loss and claims had been accepted as qualified. At no time before the claim period expired was counsel advised the Alvarez' claim did not qualify for Banner Fund. The claimant filed the "Repair and Relocation Claim Form." That form gave the appearance of qualifying of relocation expenses, but counsel is now advised this is restricted to replacement to drywall and reimbursement of only $2,000.00 at $.95 per square foot. The claims for Banner Fund compensation and Alternate Living Expense have neither been treated nor denied. The Fifth Circuit Court of Appeals found in <u>Federal Saving & Loan Insurance Corp. v. Kroenke</u>, 858 F.2d 1067 (5th Cir. 1988) that Rule 60 B permits relief for mistake, inadvertence, surprise, or excusable neglect among other reasons. In order to merit relief, a party must show that its failure to file a timely answer or otherwise defend resulted from justifiable neglect and that a fair probability of success on the merits existed if the Judgment were to be set aside. In the instant case, the standard has been met by correlation of the documents filed by the Plaintiff Lorenzo Alvarez and counsel's affidavit attesting to surprise, detrimental reliance, and thereupon excusable neglect.

Wherefore the Claimant Lorenzo Alvarez prays that the Court set this matter for

hearing on November 25, 2014 at 9:00 A.M. status conference or immediately thereafter. Relief is requested and Lorenzo Alvarez prays that the Court authorize supplemental claims and/or late claims and/or authorize Brown Greer or Special Master and/or counsel to consider these claims as follows:

      A.     Pre Remediation Alternate Living Expense Claim;

      B.     Miscellaneous Claim for equipment;

      C.     Participation in Banner Supply Fund claim

      D.     Remediation through Moss Construction

      E.     Such other relief from denial of claims as is equitable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this 31st day of October, 2014, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

SUTTON LAW GROUP, PA
Attorney for Claimant Lorenzo Alvarez
7721 S.W. 62nd Ave., Ste. 101
South Miami, Florida  33143
Tele:  (305) 667-4481
Fax: (305) 666-21118
info@suttonlawgroup.com

By:_____/s/_____
     JOHN R. SUTTON, ESQ.
     Fla. Bar No. 49411

RE:    Alvarez, Lorenzo
Claimant ID: 104856
Claim ID 11597
Affected Property: 172 NW 17th Street
Homestead, FL 33030

## AFFIDAVIT OF JOHN R. SUTTON SUPPORTING EXTENSION OF TIME FOR FILING CLAIMS AND/OR TO QUALIFY CLAIM FOR BANNER FUND

COUNTY OF MIAMI DADE
STATE OF FLORIDA

Before me the undersigned Notary public came one John R. Sutton, Esq. who was sworn under oath and did testify, depose and say:

1.    I am John R. Sutton Esq. and I was licensed to practice law in Florida in October of 1972. I have previously appeared pro hac vice in Eastern District of Louisiana and been admitted to Fifth Circuit Court of Appeal.

2.    The undersigned was retained to represent Lorenzo Alvarez on the following date:

3.    In order to protect the legal rights and claims of Lorenzo Alvarez, the undersigned filed Case Number: 12 35021 CA 01, in Miami Dade County Circuit Court and named Banner Supply and Mandy's Drywall as Defendants. The suit alleged Banner and Mandy's had legal liability for sale, distribution and installation of Chinese drywall.

4.    At such time as the action was filed and served, the undersigned was informed by counsel, presumably counsel for Banner, that Lorenzo Alvarez's claim would qualify for compensation for the Banner Fund.

5.    The undersigned had good reason to believe that the Banner counsel referral to the Banner Fund was a matter of admission that the subject claim, i.e. for Chinese

Drywall installed by Mandy's Drywall, must have been supplied by Banner Supply. It was stated that Mandy's acquired all of its drywall from Banner.

6.      The undersigned was inattentive to proving Banner was the source of the drywall furnished by Mandy's. This inattention and/or excusable neglect was attributable and/or induced by the direct referral to Banner Fund. It was not until October of 2014, that this misunderstanding was corrected or counsel informed this may not be and/or was not a Banner Fund qualified claim. During the time period between perceived admission that Banner supplied Mandy's, affidavits and proof became unavailable.

7.      On one hand, Lorenzo Alvarez and his undersigned counsel were referred to the Banner Fund claim process and registered where the perceived Banner Fund claim was timely registered. The undersigned relied upon that referral and believed it was tantamount to qualifying the claim for Banner Fund.

8.      The undersigned affiant could have and/or may be entitled to prosecute claims directly against Banner. That right should be granted with specificity if this claim is disqualified. The Doctrine of Judicial Estoppel should preclude Banner from changing its position with denial of Lorenzo Alvarez's proposed claim for Banner Supply higher rate of $2.97 per square foot and/or $2.07 per square foot. That this was a qualified claim, the claimant so relied, and now when the alternate position is taken, i.e. the claim is not qualified the claimant should be entitled to relief in either proving that which was ostensibly admitted or to litigate the claim in Circuit Court of Miami Dade County.

9.      Inasmuch as that referral by Banner's counsel appeared to be an admission the claim was a Banner qualified claim. The claimant is willing to accept a finding he is entitled, as he relied, to have Banner Fund qualification and be allowed to claim alternate

living expenses.

FURTHER AFFIANT SAYETH NOT.

JOHN R. SUTTON

SWORN TO AND SUBSCRIBED before me this ____ day of October, 2014

NOTARY PUBLIC
State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Debra Y. Teachey
Commission # EE092394
Expires:   MAY 16, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

RE:   Alvarez, Lorenzo
      Claimant ID: 104856
      Claim ID 11597
      Affected Property: 172 NW 17th Street
      Homestead, FL 33030

## AFFIDAVIT OF LORENZO ALVAREZ

COUNTY OF MIAMI DADE
STATE OF FLORIDA

Before me the undersigned Notary Public came one Lorenzo Alvarez who has fully identified himself and is the claimant in Claim No. 104856. After having been sworn under oath he did testify, depose and say:

1.     I am Lorenzo Alvarez and I am the Chinese Drywall claimant in the above styled cause.

2.     Before selecting the option of the Global, Banner, Knauf Fund claim I had filed suit in Miami Dade County Circuit Court, Alvarez v. Banner & Mandy Drywall and that bore Case Number 12 35021 CA 01 filed September 5, 2012. That action was not prosecuted in lieu of these claims.

3.     I apply for compensation at the rate of $2.97 per square foot as the claim has always been for banner Supply Drywall and upon my knowledge Mandy's Drywall only obtained this Chinese Drywall from Banner Supply.

4.     I have suffered loss of use of my home and the drywall remediation has not been performed to this date.

5.     I have incurred damage and loss of air conditioning and duct equipment.

FURTHER AFFIANT SAYETH NOT.

*Lorenzo Alvarez*
LORENZO ALVAREZ

SWORN TO AND SUBSCRIBED before me this 23rd day of October, 2014

*Denise Tarafa*
NOTARY PUBLIC
State of Florida

DENISE TARAFA
Notary Public - State of Florida
My Comm. Expires Mar 29, 2018
Commission # FF 082652

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>Alvarez | First<br>Lorenzo | M.I. |
|---|---|---|---|
| | Co-Owner Last Name/Business Name<br>Salas | Co-Owner First<br>Francisca | M.I. |
| | DBA or Fictitious Name (if applicable) | | |

| 2. Individual Claimant's Social Security Number (SSN): | 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 | 3. Business Claimant's Employer Identification Number (EIN) | |
|---|---|---|---|

| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes<br>☒ No |
|---|---|

| 5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: _____<br><br>SSN: _____-_____-_____ |
|---|---|

1

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

<table>
<tr>
<td rowspan="7"><strong>6. Attorney Information:</strong></td>
<td colspan="3">☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.</td>
</tr>
<tr>
<td colspan="3">Firm Name<br>Sutton Law Group, P. A.</td>
</tr>
<tr>
<td colspan="2">Attorney Last Name<br>Sutton</td>
<td>Attorney First Name<br>John</td>
</tr>
<tr>
<td colspan="3">Street<br>7721 Southwest 62 Avenue</td>
</tr>
<tr>
<td>City<br>South Miami</td>
<td>State<br>Florida</td>
<td>Zip<br>33143</td>
</tr>
<tr>
<td colspan="2">Email<br>info@suttonlawgroup.com</td>
<td>Phone Number<br>(305) 667-4481</td>
</tr>
</table>

**7. Affected Property Address:**

Street
172 Northwest Seventeenth Street

| City | State | Zip | County/Parish |
|---|---|---|---|
| Homestead | Florida | 33030 | Miami-Dade |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☑ Knauf

☑ Banner.

☑ InEx.

☑ Global.

Participating Supplier Name: *Banner Supply*

Participating Builder Name: _____

Participating Installer Name: *Mandy's Drywall*

☐ L&W

☐ Unknown.

Additional Comments (attached additional pages if necessary):

2

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| **9. Lawsuit:** | Jurisdiction: _MIAMI - DADE County_<br><br>Case/Docket Number: _12 - 35021 - CA - 20_<br><br>Date Filed: _9 / 5 / 2012_<br>(month/day/year) |
| **10. Drywall Manufacturer:** | ☐ Knauf<br>　☐ I am a member of the Knauf Settlement Class<br>　☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☑ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| **12. Select the option that best describes how you used the Affected Property:** | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |

### B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, submit all documents that you believe support your claim to the Settlement Administrator as well as the Verification of Claims form. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it.

3

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

### C.  SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

4

Nature of Claim:

Repair & Relocation (drywall)Claim; Pre Remediation Alternate Living Expense Claim & affidavit; Miscellaneous Claim: air conditioning, interior. Banner Supply claim. Lorenzo Alvarez purchased a new home with Knauf Banner drywall. Mandy's Drywall installed the drywall represented to have all come from Banner Supply as supplier. The entire interior, walls and ceiling has this defective drywall which must be removed and replaced. The air conditioning must be removed and duct work components replaced. Claimant has inspected the property with licensed inspector and obtained "remediation quotation. Moss Construction did not pursue analysis after claim was filed. The claim is for replacement of the entire interior and air conditioning. The claimant relocated and paid monthly rent. Pre Remediation Alternate Living Expense Claim Form: Lorenzo Alvarez rented alternate premises: at 2621 S.E. 14 Ave. Homestead, Fla. 33035; and 13352 S.W. 287 Lane, Homestead, Fla. 33033 oortega@dortaandortega.com

| CHINESE DRYWALL SETTLEMENT PROGRAM MISCELLANEOUS CLAIM FORM | | | |
|---|---|---|---|
| **Signature of Claimant/Attorney:** | Lorenzo Alvarez | **Date:** | 10 / 17 / 14<br>(Month/Day/Year) |
| **Printed Name:** | First<br>Lorenzo | Last<br>Alvarez | M.I. |

[This space left intentionally blank.]

# CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE-REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

Any Residential Owner seeking compensation for Pre-Remediation Alternative Living Expenses must complete and submit this Pre-Remediation Alternative Living Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013.  Pre-Remediation Alternative Living Expenses are losses suffered by Residential Owners arising from the need to vacate an Affected property prior to remediation as a result of property damage caused by Chinese Drywall.  If you are submitting this claim under the Knauf Settlement Agreement, these expenses are available only if the Residential Owner vacated the property prior to December 20, 2011.  Pre-Remediation Alternative Living Expenses do not include alternate living expenses incurred during remediation or personal property damage.

When completing this Pre-Remediation Alternative Living Expenses Claim Form, refer to the Instructions and Definitions in the Appendix.  These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Pre-Remediation Alternative Living Expenses Claim Form online.  Online submission will be easier to complete than a hard-copy Claim Form, because the online version will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://www3.browngreer.com/drywall to submit your Pre-Remediation Alternative Living Expenses Claim Form online.

If you are unable to complete the Pre-Remediation Alternative Living Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **1. Claimant Name:** | Last Name/Business Name<br>Alvarez | First<br>Lorenzo | M.I. |
| | Co-Owner Last Name/Business Name<br>Salas | Co-Owner First<br>Francisca | M.I. |
| | DBA or Fictitious Name (if applicable) | | |
| **2. Individual Claimant's Social Security Number (SSN):** | 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 | | |
| **3. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No | | |
| **4. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name:_____<br>SSN: _____-____-_____ | | |

1

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE-REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

| | |
|---|---|
| **5. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 6. If you are represented by an attorney, complete this section.<br><br>Firm Name<br>Sutton Law Group, P. A.<br><br>Attorney Last Name: Sutton / Attorney First Name: John<br><br>Street<br>7721 Southwest 62 Avenue<br><br>City: South Miami / State: Florida / Zip: 33143<br><br>Email: info@suttonlawgroup.com / Phone Number: (305) 667-4481 |
| **6. Affected Property Address:** | Street<br>172 Northwest Seventeenth Street<br><br>City: Homestead / State: Florida / Zip: 33030 / County/Parish: Miami–Dade |
| **7. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☑ Knauf<br><br>☑ Banner.<br><br>☑ InEx.<br><br>☑ Global.<br><br>Participating Supplier Name: _Banner Supply_<br><br>Participating Builder Name: _____<br><br>Participating Installer Name: _MANdy's Drywall_<br><br>☐ L&W.<br><br>☐ Unknown.<br><br>Additional Comments (attached additional pages if necessary): |

2

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE-REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

| | |
|---|---|
| **8.  Lawsuit:** | Jurisdiction: _Miami-Dade County_<br><br>Case/Docket Number: _12-35021-CA-20_<br><br>Date Filed: _9/5/2012_<br>(month/day/year) |
| **9.  Drywall Manufacturer:** | ☐ Knauf<br>  ☐ I am a member of the Knauf Settlement Class<br>  ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☒ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **10. Select the option that best describes your relationship to the Affected Property:** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| **11. Select the option that best describes how you used the Affected Property:** | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other:_____ |
| **12. Did you own and reside in the Affected Property?** | ☒ Yes. Provide the date you acquired the Affected Property: _7_/_16_/_06_<br>(Month/Day/Year)<br><br>  Provide the date you moved into the Affected Property: _7_/_20_/_06_<br>(Month/Day/Year)<br><br>☐ No |
| | ☒ Yes. List the dates you incurred Alternative Living Expenses: |
| **13. Did you incur Pre-Remediation Alternative Living Expenses?** | From : _7_/_25_/_12_          To : ___/___/___<br>(Month/Day/Year)              (Month/Day/Year)<br>              or<br>              ☒ Present<br><br>☐ No |

3

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE-REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

| 14. Provide the address of the residence you moved to: | Street | | |
|---|---|---|---|
| | 2621 Southeast Fourteenth Avenue | | |
| | City Homestead | State Florida | Zip 33035 |
| | Street 13352 Southwest 287 Lane | | |
| | City Homestead | State Florida | Zip 33033 |
| | Street | | |
| | City | State | Zip |
| | Street | | |
| | City | State | Zip |

| 15. Provide the nature of your Alternative Living arrangement: | ☑ Rental<br>☐ Family Owned<br>☐ Purchase<br>☐ Other (Explain; attach additional pages if necessary): |
|---|---|

| 16. Comments and additional information about your claim: | |
|---|---|

4

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE-REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

### B. REQUIRED DOCUMENTS

Claimants seeking compensation for Pre-Remediation Alternative Living Expenses caused by Chinese Drywall must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall in the Affected Property;
2. Documents demonstrating residence in the Affected Property, such as a deed, utility bills, or mortgage statement;
3. Documents demonstrating Alternative Living Expenses, such as a lease, rental agreement, or mortgage;
4. Documents demonstrating payment for Alternative Living Expenses, such as cancelled checks; and
5. A Signed Affidavit from the Resident Owner supporting the claim for Alternative Living Expenses;
6. The Chinese Drywall Settlement Program Verification of Claims form;
7. Any other document you believe supports your claim.

Note: The Special Master may also require a report from an expert under Federal Rule of Civil Procedure 26(a)(2) providing that the Alternative Living Expenses were substantially caused by the need to vacate the Affected Property prior to Remediation as a result of the damage caused by Chinese Drywall.

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | First *Lorenzo Alvarez* | | Date: | 10 / 17 / 14 (Month/Day/Year) |
|---|---|---|---|---|
| **Printed Name:** | Lorenzo | Alvarez | | |

5

# QUOTE                                              COMBINED

15-Oct-12

Lorenzo Alvarez
XXX N.W. 17th Street
Homestead, Fl

## Descriptions of work

**General**

1 Remove, haul, and trash all drywall in home.
2 Furnish and install all new drywall
3 Remove, haul, and trash all electrical in home.
4 Furnish and install all new electrical in home
5 Remove all existing a/c system in home
6 Furnish and install all new a/c system in home
7 Remove all existing plumbing above slab
8 Furnish and install all new plumbing
9 Remove, haul and trash all kitchen cabinetry
10 Save all appliances.
11 Replace all interior doors
12 Replace all crwon molding
13 Replace all baseboards
14 Furnish and paint all
15 Furnish and install all new kitchen cabinets
16 Furnish and install new cocuntertop
17 Furnish and install all new fixtires to match grade of what is being demolished
18 Includes all new fixtures for bathrooms, and kitchen.
19 All remediation is being done up to CPSC guidelines
20 Furnish and install all new tile in bathroom

** All work include architectural plans and all work will be done up to florida building code
** Payments are periodicly as work completed and requested by The Combined Group
** Work only includes what stated above, excludes all else not listed
**Approval**                                              **Total:**      **$215,000.00**

**Name**                        **Sign**                        **Date**

Please email or fax approval back (original must be given on visit)

The Combined Group
CGC1516482                          Tel (786) 272-2828                General Contracting
13660 S.W. 56 ST                    Fax (786) 429-0979               Construction Management
Miami, FL 33175                     WWW.THECOMBINEDGROUP.COM          Customer Service Group

MIAMI-DADE COUNTY        2012        LOCAL BUSINESS TAX RECEIPT        2013
TAX COLLECTOR              MIAMI-DADE COUNTY - STATE OF FLORIDA
140 W. FLAGLER ST                    EXPIRES SEPT. 30, 2013
1st FLOOR                    MUST BE DISPLAYED AT PLACE OF BUSINESS
MIAMI FL 33130          PURSUANT TO COUNTY CODE CHAPTER 8A - ART. 9 & 10

FIRST-CLASS
U.S. POSTAGE
PAID
MIAMI, FL
PERMIT NO. 231

THIS IS NOT A BILL – DO NOT PAY

634667-0                                              RENEWAL
BUSINESS NAME / LOCATION               RECEIPT NO.      661395-5
COMBINED GROUP CORP THE              STATE# CGC1516482
13660 SW 56 ST
33175 UNIN DADE COUNTY

OWNER
COMBINED GROUP CORP THE
Sec. Type of Business                               WORKER/S
196 GENERAL BUILDING CONTRACTOR          1

THIS IS
ONLY A LOCAL
BUSINESS TAX RECEIPT. IT
DOES NOT PERMIT THE
HOLDER TO VIOLATE ANY
EXISTING REGULATORY OR
ZONING LAWS OF THE
COUNTY OR CITIES. NOR
DOES IT EXEMPT THE
HOLDER FROM ANY OTHER
PERMIT OR LICENSE
REQUIRED BY LAW. THIS IS
NOT A CERTIFICATION OF
THE HOLDER'S QUALIFICA-
TIONS.

DO NOT FORWARD

COMBINED GROUP CORP THE
CARLOS A SOTOLONGO PRES
13660 SW 56 ST
MIAMI FL 33175

PAYMENT RECEIVED
MIAMI-DADE COUNTY TAX
COLLECTOR:
09/10/2012
60020000152
000075.00                                                    68

SEE OTHER SIDE



**STATE OF FLORIDA**

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

CONSTRUCTION INDUSTRY LICENSING BOARD
1940 NORTH MONROE STREET                    (850) 487-1395
TALLAHASSEE          FL 32399-0783

SOTOLONGO, CARLOS ADRIAN
(THE) COMBINED GROUP CORP
13660 SW 56TH STREET
MIAMI            FL 33175-4202

Congratulations! With this license you become one of the nearly one million Floridians licensed by the Department of Business and Professional Regulation. Our professionals and businesses range from architects to yacht brokers, from boxers to barbeque restaurants, and they keep Florida's economy strong.

Every day we work to improve the way we do business in order to serve you better. For information about our services, please log onto **www.myfloridalicense.com**. There you can find more information about our divisions and the regulations that impact you, subscribe to department newsletters and learn more about the Department's initiatives.

Our mission at the Department is: License Efficiently, Regulate Fairly. We constantly strive to serve you better so that you can serve your customers. Thank you for doing business in Florida, and congratulations on your new license!

 STATE OF FLORIDA          AC# 6243705
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

CGC1516482        08/02/12 12700622

CERTIFIED GENERAL CONTRACTOR
SOTOLONGO, CARLOS ADRIAN
(THE) COMBINED GROUP CORP

IS CERTIFIED under the provisions of ch.489
Expiration date: AUG 31, 2014       L12080202076

---

DETACH HERE

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 6243705             **STATE OF FLORIDA**

DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
CONSTRUCTION INDUSTRY LICENSING BOARD

SEQ# L12080202076

| DATE | BATCH NUMBER | LICENSE NBR |
|------|-------------|-------------|
| 08/02/2012 | 127006227 | CGC1516482 |

The GENERAL CONTRACTOR
Named below IS CERTIFIED
Under the provisions of Chapter 489 FS.
Expiration date: AUG 31, 2014

SOTOLONGO, CARLOS ADRIAN
(THE) COMBINED GROUP CORP
13660 SW 56TH STREET
MIAMI            FL 33175-4202

RICK SCOTT                                KEN LAWSON
GOVERNOR                                  SECRETARY

DISPLAY AS REQUIRED BY LAW

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

| DATE (MM/DD/YY) |
|---|
| 06/18/12 |

| PRODUCER | Florida Bankers Insurance |
|---|---|
| | 7278 SW 8 Street |
| | Miami, FL 33144 |
| | Phone (305)266-6493     Fax (305)262-0679 |

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURED | THE COMBINED GROUP CORP. |
|---|---|
| | 13660 SW 56 St |
| | MIAMI, FL 33175- |
| | (305) 382-4346 |

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: FEDERATED NATIONAL INSURANCE | |
| INSURER B: PROGRESSIVE EXPRESS INS. | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | ☐ | GENERAL LIABILITY<br>☑ COMMERCIAL GENERAL LIABILITY<br>☐☐ CLAIMS MADE ☑ OCCUR<br>☐<br>☐<br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>☑ POLICY ☐ PROJECT ☐ LOC | GL-0504008970-00 | 03/22/2012 | 03/22/2013 | EACH OCCURRENCE | 1,000,000.00 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | 100,000.00 |
| | | | | | | MED EXP (Any one person) | 5,000.00 |
| | | | | | | PERSONAL & ADV INJURY | 1,000,000.00 |
| | | | | | | GENERAL AGGREGATE | 2,000,000.00 |
| | | | | | | PRODUCTS - COMP/OP AGG | 2,000,000.00 |
| B | ☑ | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☑ ALL OWNED AUTOS<br>☑ SCHEDULED AUTOS<br>☐ HIRED AUTOS<br>☐ NON OWNED AUTOS<br>☐<br>☐ | 01502682-0 | 03/21/2012 | 03/21/2013 | COMBINED SINGLE LIMIT (Ea accident) | |
| | | | | | | BODILY INJURY (Per person) | 10,000.00 |
| | | | | | | BODILY INJURY (Per accident) | 20,000.00 |
| | | | | | | PROPERTY DAMAGE (Per accident) | 10,000.00 |
| | ☐ | GARAGE LIABILITY<br>☐ ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | |
| | | | | | | OTHER THAN     EA ACC<br>AUTO ONLY:     AGG | |
| | ☐ | EXCESS / UMBRELLA LIABILITY<br>☐ OCCUR ☐ CLAIMS MADE<br>☐ DEDUCTIBLE<br>☐ RETENTION  $ | | | | EACH OCCURRENCE | |
| | | | | | | AGGREGATE | |
| | | | | | | | |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY<br>ANY PROPRIETOR / PARTNER / EXECUTIVE   Y/N<br>OFFICER / MEMBER EXCLUDED?<br>(Mandatory in NH)<br>If yes, describe under<br>SPECIAL PROVISIONS below | | | | ☐ WC STATU- ☐ OTH-<br>TORY LIMITS      ER | |
| | | | | | | E.L. EACH ACCIDENT | |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | |
| | | OTHER | | | | E.L. DISEASE - POLICY LIMIT | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| CITY OF MIAMI<br>444 SW 2 AVE  4TH FLOOR<br>MIAMI, FL  33130 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br><br>AUTHORIZED REPRESENTATIVE      _Mark Alonso_ |

ACORD 25 (2009/01) QF

© 1988-2009 ACORD CORPORATION. All rights reserved.<br>The ACORD name and logo are registered marks of ACORD



01-14-2011

JEFF ATWATER
CHIEF FINANCIAL OFFICER

**STATE OF FLORIDA
DEPARTMENT OF FINANCIAL SERVICES
DIVISION OF WORKERS' COMPENSATION**

## * * CERTIFICATE OF ELECTION TO BE EXEMPT FROM FLORIDA WORKERS' COMPENSATION LAW * *

CONSTRUCTION INDUSTRY EXEMPTION

This certifies that the individual listed below has elected to be exempt from Florida Workers' Compensation law.

**EFFECTIVE DATE:** 01/14/2011      EXPIRATION DATE: 01/13/2013

**PERSON:**      SOTOLONGO      CARLOS     A

**FEIN:**      261979379

**BUSINESS NAME AND ADDRESS:**

THE COMBINED GROUP CORP
13660 SW 56TH STREET
MIAMI      FL 33175

**SCOPES OF BUSINESS OR TRADE:**

1- CONSTRUCTION          2- CERTIFIED GENERAL CONTRACTOR

IMPORTANT: Pursuant to Chapter 440 . 05(14), F.S., an officer of a corporation who elects exemption from this chapter by filing a certificate of election under this section may not recover benefits or compensation under this chapter. Pursuant to Chapter 440.05(12), F.S., Certificates of election to be exempt... apply only within the scope of the business or trade listed on the notice of election to be exempt. Pursuant to Chapter 440.05(13), F.S., Notices of election to be exempt and certificates of election to be exempt shall be subject to revocation if, at any time after the filing of the notice or the issuance of the certificate, the person named on the notice or certificate no longer meets the requirements of this section for issuance of a certificate. The department shall revoke a certificate at any time for failure of the person named on the certificate to meet the requirements of this section.

QUESTIONS? (850) 413-16

DWC-252 CERTIFICATE OF ELECTION TO BE EXEMPT REVISED 01-11

---

PLEASE CUT OUT THE CARD BELOW AND RETAIN FOR FUTURE REFERENCE

STATE OF FLORIDA
DEPARTMENT OF FINANCIAL SERVICES
DIVISION OF WORKERS' COMPENSATION
**CONSTRUCTION INDUSTRY**
CERTIFICATE OF ELECTION TO BE EXEMPT FROM FLORIDA
WORKERS' COMPENSATION LAW

**EFFECTIVE:** 01/14/2011      **EXPIRATION DATE:** 01/13/2013

**PERSON:**    CARLOS A SOTOLONGO

**FEIN:**     261979379

**BUSINESS NAME AND ADDRESS:**

THE COMBINED GROUP CORP
13660 SW 56TH STREET
MIAMI, FL 33175

SCOPE OF BUSINESS OR TRADE:

1- CONSTRUCTION      2- CERTIFIED GENERAL CONTRACTOR

**F O L D**

**H E R E**

**IMPORTANT**

Pursuant to Chapter 440.05(14), F.S., an officer of a corporation who elects exemption from this chapter by filing a certificate of election under this section may not recover benefits or compensation under this chapter.

Pursuant to Chapter 440.05(12), F.S., Certificates of election to be exempt... apply only within the scope of the business or trade listed on the notice of election to be exempt.

Pursuant to Chapter 440.05(13), F.S., Notices of election to be exempt and certificates of election to be exempt shall be subject to revocation if, at any time after the filing of the notice or the issuance of the certificate, the person named on the notice or certificate no longer meets the requirements of this section for issuance of a certificate. The department shall revoke a certificate at any time for failure of the person named on the certificate to meet the requirements of this section.

QUESTIONS? (850) 413-1609

CUT HERE

* Carry bottom portion on the job, keep upper portion for your records.

DWC-252 CERTIFICATE OF ELECTION TO BE EXEMPT REVISED 01-11



# ALTMAN AIR, INC.

12273 SW 132 COURT - MIAMI * FLORIDA 33186 * (305) 235-6095 - FAX (305) 251-1271

AIR CONDITIONING
COOLING & HEATING    *SERVING SOUTH FLORIDA FOR OVER 35 YEARS*    STATE CAC1816271

Purchaser __Lorenzo Alvarez__    Phone ___305-252-4902___    Date ___10/29/14___

Address ___172 NW 17 ST___    Job Address ___SAME___

City, State, Zip ___HOMESTEAD, FL 33030___    Work ___    E: MAIL Richard_kayfetz@
msn.com

*We will furnish, install and service the equipment listed below at the price, terms and conditions outlined on both sides of this proposal*

☐ New Construction          ☐ Existing Structure          ☒ Replacement

(UNDER CONSTRUCTION (Permit No.) _____

QUANTITY   EQUIPMENT   __RHEEM SINGLE SPEED__

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | CONDENSER | 4 | Tons Model # | 13AJN48A01 | SEER | 13.5 | Btuh 46,500 |
| | CONDENSER | | Tons Model # | | SEER | | Btuh |
| | Condenser | | Tons Model # | | SEER | | Btuh |
| | Condenser | | Tons Model # | | SEER | | Btuh |
| | Air Handler | | Tons Model # | | VERT | HORZ | |
| | Air Handler | | Tons Model # | | | | |
| 1 | AIR HANDLER | 4 | Tons Model # | RHLLHM4821JA | ☒ | ☐ | |
| | AIR HANDLER | | COIL MODEL # | | | ☐ | |

__PURE AIR__
KWs HEAT STRIP

1   10   KWs HEAT STRIP    HEATER MODEL # ___RXBH-1724C10J___

## Items Checked Apply

☒ RECONNECT TO EXISTING DUCT SYSTEM
☒ RECONNECT TO ALL EXISTING CONDITIONS
☐ ___ FLEX DUCT TO OUTLETS
☐ ___ NEW SUPPLY VENTS
☐ ___ RETURNS
☐ ___ LINEAR DIFFUSERS
☐ ___ FILTER BACK GRILL
☐ ___ CUSTOM AIR FILTERS
☐ ___ BATH FANS
☐ BATH EXHAUST DUCT
☐ KITCHEN EXHAUST DUCT ONLY
☐ BALANCE DUCT SYSTEM
☒ REMOVE EXISTING EQUIPMENT

☐ CUTTING & PATCHING FOR PIPES,DUCTS,ECT
☒ HONEYWELL 4000
☒ PROG.TOUCH SCREEN THERMOSTAT
☒ CLEAN WORK AREA
☒ RECONNECT TO EXISTING DRAIN
☐ NEW CONDENSATE PUMP
☐ INSTALL AUX. CONDENSATE DRAIN PAN
☒ INSTALL CONDENSATE SAFETY SWITCH
☐ CARPENTRY INCLUDED
☐ DRYER DUCT
☐ NEW CLEAN DRY COPPER REF. LINES
☒ RECONNECT TO EXISTING REF/ LINES

☒ PERMIT AND INSPECTION INCLUDED
☒ RECONNECT TO EXISTING DISCONNECT
☐ NEW AIR HANDLER STAND
☐ NEW CONDENSER SLAB
☒ 10 YEAR COMPRESSOR WARRANTY
☒ 10 YEAR CONDESOR COIL WARRANTY
☒ 10 YEAR PARTS WORK WARRANTY
☒ 1 YEAR LABOR ONLY
☐ _____
☐ _____
☐ _____
☐ _____
☐ _____

*Comments* __NEW REFRIGERATION LINE ADD $ 325.00 TO CONTRACT PRICE__

_____

_____

_____

**ALL CONTRACTS MUST BE APPROVED BY OFFICER OF ALTMAN AIR INC BEFORE WORK CAN BEGIN**

We agree to furnish and install the above described labor and materials for $ ___$ 4,299.00___ on the terms indicated below.

_____    *DAVID ALTMAN*
                             For Altman Air, Inc.

Acceptance:
I, (we) the undersigned Purchaser(s) acknowledge that (we) have read the condition on the reverse side and agree to be bound by them on this basis. I (we) accept the
foregoing proposal and agree to make payment as follows:

with order ___30%___ , when ducts roughed in, _____ delivery of units, _____

UPON COMPLETION ___70%___

Date: _____    Purchaser(s) _____

READ CONDITIONS ON BACK PAGE    * This proposal may be withdrawn if not accepted within *    30    Days

## CONDITIONS

**Representation:**

Purchaser is responsible for all equipment and materials delivered to job site. The same will be designed, fabricated and installed according to accepted engineering practice and in compliance with all applicable Florida Building Code (Mechanical Section ) in force on above date. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge.

**Responsibility:**

PURCHASER(S) Represents he is ( they are) the owner(s) of the premises at which this unit is to be installed and acknowledges receipt of a true copy of this proposal and acceptance acknowledges that he has read and understands the contents thereof, and understands no other agreement , verbal or otherwise is binding upon the parties thereto, and that same contains the entire agreement and understanding between the parties. In the event that purchaser(s) are tenants under a valid lease of the premises at which this unit is to be installed , they agree prior to installation to provide Sellers with a true copy lease naming the property owner and giving his address, so Seller may provide owner with notice of the pending improvement on the property.

**Limited Warranty:**

The warranties provided herein are expressly in lieu of other warranties or obligations expressed or implied and Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this equipment. SAID AIR CONDITIONER RUN BELOW 75 DEGREE MAY CAUSE MOLD AND MILDEW PLUS SWEATING GRILLS

limited Warranty Does Not Cover Normal Maintenance To Equipment.

**Retained Owners:**

Ownership of the above equipment and materials shall remain in seller's name and title is hereby retained until said is fully paid in accordance with the schedule of payments as set forth above. In the event payment is not made within the time and manner as set forth above, the seller, at its option may remove said equipment and materials and retake possession whether or not same have been permanently attached or affixed to the reality. Purchaser agrees to pay seller reasonable attorneys fees and cost if necessary to enforce the terms of this agreement. All service shall be suspended on past due accounts.

**Default In Payments:**

In the event any sum due from the purchaser(s) under this contract remains due and owing for more than 15 days beyond date. The purchaser may be deemed in default by the Seller(s). Purchaser(s) agree to pay all cost of collections including interest on unpaid principle, court cost and attorney's in the event of default as specified above.

**General Release:**

It is agreed that the purchaser releases the seller from and that seller assumes no liability and shall not be responsible for any loss damage or delay caused by acts of government, strikes, walkouts, fire, explosion, theft, floods, rain, water damage, riot, civil commotion, war, nuclear disaster, malicious mischief, picket lines, Acts of God or by any cause beyond its control and in any event for consequential damage in the event any provision of this agreement is unenforceable the balance of this agreement shall survive.

**Purchaser(s)**
**Repudiation**

That in the event the purchaser repudiates this contract after execution and refuses to allow seller to commence work under contract provisions than and in that event the purchaser shall pay to and be responsible to the seller in the sum of 10% or the contract price as and for liquidated and agreed damages and not a penalty.

**Voiding of Contract**

This contract may be voided at the option of the Seller if work has not commenced within 30 days of acceptance through no fault of the seller.

**Service Charge:**

Purchaser agrees to pay service charge of 1.55 per month on all pass due amounts regardless of status of job.

**Labor Warranty:**

Will commence upon start up date of Air Conditioning equipment or 45 days after final mechanical inspection

Normal Service: 8 A.M. to 4:30 P.M.

**Emergency Service:**

We offer emergency service after normal working hours- 7 Dates - 24 Hours, at overtime Rates



RECEIPT No. 648289
DATE 8-1-12
FROM Lorenzo Alvarez
2621 se 14 Ave
(Homestead Fl 33035) ochosientos DOLLARS
FOR RENT
FOR Renta
FROM
TO
BY Gabino Perez
CASH / MONEY ORDER / CHECK / CREDIT CARD
ACCT. / PAID / DUE
$800.00

RECEIPT No. 648291
DATE 10-3-12
FROM Lorenzo Alvarez
2621 se 14 Ave
(Homestead Fl 33035) ochosientos DOLLARS
FOR RENT
FOR Renta
FROM
TO
BY Gabino Perez
CASH / MONEY ORDER / CHECK / CREDIT CARD
ACCT. / PAID / DUE
$800.00

RECEIPT No. 648293
DATE 12-1-12
FROM Lorenzo Alvarez
2621 se 14 Ave
(Homestead Fl 33035) ochosientos DOLLARS
FOR RENT
FOR Renta
FROM
TO
BY Gabino Perez
CASH / MONEY ORDER / CHECK / CREDIT CARD
ACCT. / PAID / DUE
$800.00

RECEIPT No. 648290
DATE 9-2-12
FROM Lorenzo Alvarez
2621 se 14 Ave
(Homestead Fl 33035) ochosientos DOLLARS
FOR RENT
FOR Renta
FROM
TO
BY Gabino Perez
CASH / MONEY ORDER / CHECK / CREDIT CARD
ACCT. / PAID / DUE
$800.00

RECEIPT No. 648292
DATE 11-2-12
FROM Lorenzo Alvarez
2621 se 14 Ave
(Homestead Fl 33035) ochosientos DOLLARS
FOR RENT
FOR Renta
FROM
TO
BY Gabino Perez
CASH / MONEY ORDER / CHECK / CREDIT CARD
ACCT. / PAID / DUE
$800.00

RECEIPT No. 648294
DATE 1-2-13
FROM Lorenzo Alvarez
2621 se 14 Ave
(Homestead Fl 33035) ochosientos DOLLARS
FOR RENT
FOR Renta
FROM
TO
BY Gabino Perez
CASH / MONEY ORDER / CHECK / CREDIT CARD
ACCT. / PAID / DUE
$800.00



**RECEIPT**

DATE 2-3-13 **No.** 648295

FROM Lorenzo Alvarez $ 800.00

(2621 Se 14 ave Homestead Fl 33035) ochosientos DOLLARS

FOR RENT
FOR Renta

| ACCT. | | |
|---|---|---|
| PAID | | |
| DUE | | |

CASH (marked) / MONEY ORDER / CHECK / CREDIT CARD

FROM ______ TO ______

BY Gabino Pena

Adams 1152

**No. 126174**

RECEIPT
DATE 3/15/2013
FROM Lorenzo Alvarez
$1500.00
One thousand five hundred DOLLARS
☒ FOR RENT 13552 SW 287 LN Homestead Fl 33...
☒ FOR
FROM 2/15/13 TO 3/15/13
BY (signature)
☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD
ACCT. / PAID / DUE
A-2501  T-46820

**No. 126176**

RECEIPT
DATE 5/15/2013
FROM Lorenzo Alvarez
$1500.00
One thousand five hundred DOLLARS
☒ FOR RENT 13552 SW 287 LN Homestead Fl
☒ FOR
FROM 4/15/13 TO 5/15/13
BY (signature)
☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD
ACCT. / PAID / DUE
A-2501  T-46820

**No. 126178**

RECEIPT
DATE 7/15/13
FROM Lorenzo Alvarez
$1500.00
One thousand five hundred DOLLARS
☒ FOR RENT 13552 SW 287 LN Homestead Fl
☒ FOR
FROM 6/15/13 TO 7/15/13
BY (signature)
☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD
ACCT. / PAID / DUE
A-2501  T-46820

**No. 126175**

RECEIPT
DATE 4/15/2013
FROM Lorenzo Alvarez
$1500.00
One thousand five hundred DOLLARS
☒ FOR RENT 13552 SW 287 LN Homestead Fl
☒ FOR
FROM 3/15/13 TO 4/15/13
BY (signature)
☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD
ACCT. / PAID / DUE
A-2501  T-46820

**No. 126177**

RECEIPT
DATE 6/15/2013
FROM Lorenzo Alvarez
$1500.00
One thousand five hundred DOLLARS
☒ FOR RENT 13552 SW 287 LN Homestead Fl
☒ FOR
FROM 5/15/13 TO 6/15/13
BY (signature)
☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD
ACCT. / PAID / DUE
A-2501  T-46820

**No. 126179**

RECEIPT
DATE 8/15/13
FROM Lorenzo Alvarez
$1500.00
One thousand five hundred DOLLARS
☒ FOR RENT 13552 SW 287 LN Homestead Fl
☒ FOR
FROM 7/15/13 TO 8/15/13
BY (signature)
☒ CASH ○ CHECK ○ MONEY ORDER ○ CREDIT CARD
ACCT. / PAID / DUE
A-2501  T-46820

**RECEIPT**   No. 126187

DATE 4/15/14
FROM Lorenzo Alvarez    $1500.00
ACCT.
PAID
DUE
(X) FOR RENT
FOR 13552 SW 287 LN Homestead FL
One thousand five hundred ___ DOLLARS
(X) CASH
( ) CHECK
( ) MONEY ORDER
( ) CREDIT CARD
FROM 3/15/14 TO 4/15/14
BY Celeros
A-2501
T-46820

**RECEIPT**   No. 126189

DATE 6/15/14
FROM Lorenzo Alvarez    $1500.00
ACCT.
PAID
DUE
(X) FOR RENT
FOR 13552 SW 287 LN Homestead FL
One thousand five hundred ___ DOLLARS
(X) CASH
( ) CHECK
( ) MONEY ORDER
( ) CREDIT CARD
FROM 5/15/14 TO 6/15/14
BY Celeros
A-2501
T-46820

**RECEIPT**   No. 126191

DATE 8/15/14
FROM Lorenzo Alvarez    $1500.00
ACCT.
PAID
DUE
(X) FOR RENT
FOR 13552 SW 287 LN Homestead th
One thousand five hundred ___ DOLLARS
(X) CASH
( ) CHECK
( ) MONEY ORDER
( ) CREDIT CARD
FROM 7/15/14 TO 08/15/14
A-2501
T-46820

**RECEIPT**   No. 126186

DATE 3/15/14
FROM Lorenzo D Alvarez    $1500.00
ACCT.
PAID
DUE
(X) FOR RENT
FOR 13552 SW 287 LN Homestead FL
One thousand five hundred ___ DOLLARS
(X) CASH
( ) CHECK
( ) MONEY ORDER
( ) CREDIT CARD
FROM 2/15/14 TO 3/15/14
BY Celeros
A-2501
T-46820

**RECEIPT**   No. 126188

DATE 5/15/14
FROM Lorenzo Alvarez    $1500.00
ACCT.
PAID
DUE
(X) FOR RENT
FOR 13552 SW 287 LN Homestead FL
One thousand five hundred ___ DOLLARS
(X) CASH
( ) CHECK
( ) MONEY ORDER
( ) CREDIT CARD
FROM 4/15/14 TO 5/15/14
BY Celeros
A-2501
T-46820

**RECEIPT**   No. 126190

DATE 7/15/14
FROM LORENZO Alvarez    $1500.00
ACCT.
PAID
DUE
(X) FOR RENT
FOR 13552 SW 287 LN Homestead FL
One thousand five hundred ___ DOLLARS
(X) CASH
( ) CHECK
( ) MONEY ORDER
( ) CREDIT CARD
FROM 6/15/14 TO 7/15/14
BY Celeros
A-2501
T-46820

**RECEIPT**   No. 126192

DATE 9/15/14

FROM Lorenzo Alvarez   $ 1,500 00

One thousand five hundred DOLLARS

FOR RENT
FOR 13552 SW 287 LN Homestead fl

| ACCT. | | ⊗ CASH | |
| PAID | | ◯ CHECK | FROM 9/15/14   TO 9/15/14 |
| DUE | | ◯ MONEY ORDER | BY _Cleeb_   A-2501 |
| | | ◯ CREDIT CARD | T-46820 |

---

**RECEIPT**   No. 126193

DATE 10/15/14

FROM Lorenzo Aivarez   $ 1500 00

one thousand five hund DOLLARS

FOR RENT
FOR 13552 SW 287 LN Homestead

| ACCT. | | ⊗ CASH | |
| PAID | | ◯ CHECK | FROM 9/15/14   TO 10/15/14 |
| DUE | | ◯ MONEY ORDER | BY _Cleeb_   A-2501 |
| | | ◯ CREDIT CARD | T-46820 |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### Chinese Drywall Settlement Program
### Pre-Remediation Alternative Living Expenses Affidavit

Pursuant to the Court Approved Settlement Agreement regarding Other Loss Fund Benefits, a Residential Owner filing for alternative living expenses incurred prior to remediation arising from the need to vacate the Affected Property as a result of property damage caused by Chinese Drywall, must submit an affidavit in support of the claim.   The Settlement Administrator may consider this Affidavit in making a determination of eligibility, but the submission of this Affidavit does not constitute conclusive proof of the facts stated herein. This Affidavit will not be considered unless it is personally signed by the claimant.   To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you intend to use this Affidavit to provide information about multiple properties, attach a list of properties as a separate sheet and upload it directly to the Chinese Drywall Settlement Portal for each Affected Property to which the Affidavit applies. You may also attach additional sheets if you wish to provide additional information about your Affected Property. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. Claimant Information

| | | | |
|---|---|---|---|
| 1. **Name:** | Last Name **Alvarez** | First Name **Lorenzo** | Middle Initial |
| 2. **Chinese Drywall Settlement Program Claimant ID Number:** | 1  0  4  8  5  6 | | |
| 3. **Social Security Number *or* Individual Taxpayer Identification Number:** | SSN or ITIN  5 9 5 - 7 2 - 6 2 3 1 | | |
| 4. **Affected Property Identification Number (if you know it):** | 6897 | | |
| 5. **Affected Property Address:** | Street 172 Northwest Seventeenth Street | | |
| | City Homestead | State Florida | Zip Code 33030 |
| 6. **I moved out of the home due to damage caused by Chinese Drywall on:** | 7  / 25  / 2012 (Month/Day/Year) | | |
| 7. **All documents submitted in support of my claim for Alternative Living Expenses are true, accurate, and complete.** | ☒ Yes   ☐ No | | |

### B. Certification

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed the Chinese Drywall Settlement Program Pre-Remediation Alternative Living Expenses Claim Form, and evidence submitted in support of this claim and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge.  I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law.  I certify that I have made a good faith effort to obtain documentary evidence in support of my claim, and that if I obtain documentary evidence after I submit this Affidavit I will provide this evidence to the Settlement Administrator as soon as practicable, but no later than any other relevant deadlines set by the Settlement Administrator.

### C. Signature

| | | | |
|---|---|---|---|
| **Claimant Signature:** | *Lorenzo Alvarez* | **Date:** | 10 / 17 / 2014 (Month/Day/Year) |
| **Name:** | Last Name **Alvarez** | First Name **Lorenzo** | Middle Initial |

[This space left intentionally blank.]

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| 1. Claimant Name: | Last Name/Business Name<br>Alvarez | First<br>Lorenzo | M.I. |
|---|---|---|---|
| 2. Claimant Identification Number (if you know it): | 104856 | | |
| 3. SSN or TIN (if you do not know the Affected Property Identification Number): | \| 5 \| 9 \| 5 \| 7 \| 2 \| 6 \| 2 \| 3 \| 1 \| | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in support of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law.

| Claimant's Signature: | Lorenzo Alvarez | Date: | 10 / 30 / 14<br>(Month/Day/Year) |
|---|---|---|---|
| Title (If a business): | | | |
| Printed Name: | First<br>Lorenzo | Last<br>Alvarez | M.I. |

CDW AFF-2

1

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Brown Green PLC
C/o Chinese Drywall
     Settlement
Administrator
250 Rocketts Way
Richmond VA 23231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Oallum_ ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
Vcwilliamson                    3 21 14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7006 0100 0000 9042 3897

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# SUTTON LAW GROUP, P.A.
### Attorneys at Law
7721 S.W. 62nd Avenue, First Floor
South Miami, FL 33143

JOHN R. SUTTON
  Board Certified Civil Trial Lawyer
ANNE-SOLENNE ROLLAND

JOSE R. BEJEL
  Of Counsel

Telephone (305) 667-4481
Facsimile  (305) 666-2118
info@suttonlawgroup.com

March 17, 2014

CERTIFIED MAIL
BrownGreer, PLC
C/O Chinese Drywall Settlement
Administrator
250 Rocketts Way
Richmond, Virginia 23231

Re:   Claimant I.D.      104856;
      Claim Id:          11597
      Claimant:          Lorenzo A

*[handwritten: Sent 3/17/14
Faxed - 804 - 521 - 7299
Emailed -
Reg. Mail
Cert. Mail]*

Dear Sir or Madam:

    Enclosed Please find the Notice of App
photographs.

                    Very truly yours,

                    *[signature]* John R. Sutton
                    John R. Sutton

JRS:dyt
Enclosures

# SUTTON LAW GROUP, P.A.
### Attorneys at Law
7721 S.W. 62nd Avenue, First Floor
South Miami, FL 33143

JOHN R. SUTTON
   Board Certified Civil Trial Lawyer
ANNE-SOLENNE ROLLAND
JOSE R. BEJEL
   Of Counsel

Telephone (305) 667-4481
Facsimile  (305) 666-2118
info@suttonlawgroup.com

March 17, 2014

CERTIFIED MAIL
BrownGreer, PLC
C/O Chinese Drywall Settlement
Administrator
250 Rocketts Way
Richmond, Virginia 23231

Re:   Claimant I.D.      104856;
      Claim Id:          11597
      Claimant:          Lorenzo Alvarez

Dear Sir or Madam:

Enclosed Please find the Notice of Appeal with supporting documents and photographs.

Very truly yours,

John R. Sutton

JRS:dyt
Enclosures

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

**Home**

News and
Developments

Claims Administrator
Procedures

Online Filing Tools

Settlement
Agreements

Firm Administration

Claimant Management

Reporting

FAQ

Notices

Change Password /
Email

Log Off

[Back]

## Incompleteness Denial Notice

### Claimant Information

| Claimant ID: | 104856 | Name: | Alvarez, Lorenzo |
| Business: | | | |
| Represented By: | Sutton Law Group, P.A. | Claimant Address: | 13552 Southwest 287 La |
| Receives Mail: | No | | Homestead FL 33033 |

### Affected Property

| Property ID: | 6897 |
| Street Address: | 172 Northwest Seventeenth Street Homestead, Miami-Dade, FL 33030 |

### Claim Information

| Claim ID: | 11597 |
| Claim Type: | Global, Banner, InEx Repair and Relocation Expenses |

### View Documents

[View Documents]

| Doc ID | Claimant ID | APID | Document Type | Document Description | Create Date | |
|--------|-------------|------|---------------|---------------------|-------------|---|
| 247860 | 104856 | 6897 | Incompleteness Denial Notice | | 03/07/2014 | [View] [Edit] |

*Exh. A*

You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

Get ADOBE® Reader

| | | | | | | |
|---|---|---|---|---|---|---|
| 244762 | 104856 | 6897 | Floor Plan or Other Document demonstrating Square Footage | | 02/18/2014 | View Edit |
| 244760 | 104856 | 6897 | Proof of Corrosive, Reactive Chinese Drywall | | 02/18/2014 | View Edit |
| 244752 | 104856 | 6897 | Incompleteness Notice | | 02/18/2014 | View Edit |
| 244751 | 104856 | 6897 | Firm Correspondence | | 02/18/2014 | View Edit |
| 235330 | 104856 | 6897 | Follow-Up Incompleteness Notice | | 02/17/2014 | View Edit |
| 178794 | 104856 | 6897 | Global, Banner, InEx Repair and Relocation Expenses Claim Form | | 10/16/2013 | View Edit |
| 176531 | 104856 | 6897 | Warranty Deed | | 10/16/2013 | View Edit |
| 176530 | 104856 | 6897 | Inspection Report | | 10/16/2013 | View Edit |
| 171208 | 104856 | 6897 | Registration Form | | 10/15/2013 | View Edit |
| 161999 | 104856 | 6897 | Warranty Deed | | 10/10/2013 | View Edit |
| 161996 | 104856 | 6897 | Other | | 10/10/2013 | View Edit |
| 161994 | 104856 | 6897 | Correspondence | | 10/10/2013 | View Edit |
| 161992 | 104856 | 6897 | Correspondence | Letter from BG | 10/10/2013 | View Edit |
| 161727 | 104856 | 0 | Warranty Deed | | 10/16/2013 | View Edit |
| 161725 | 104856 | 0 | Receipts | | 10/16/2013 | View Edit |
| 161723 | 104856 | 0 | Inspection Report | | 10/16/2013 | View Edit |
| 161721 | 104856 | 6897 | Global, Banner, InEx Repair and Relocation Expenses Claim Form | | 10/16/2013 | View Edit |
| 103183 | 104856 | 6897 | Warranty Deed | | 05/14/2013 | View Edit |
| 103182 | 104856 | 6897 | Registration Form | | 05/14/2013 | View Edit |

https://www3.browngreer.com/Drywall/secure/Shared/Notices/DenialNotice.asp?

| 7253 | 104856 | 0 | Registration Form | 06/24/2013 |   |

## Incompleteness Denial Notice

Click the Print/View Notice button to view the Incompleteness Denial Notice.

You must click the View Notice button before responding to the Notice

**View Notice**

**Deadline to Request Appeal: 04/06/2014 11:59 PM CST**

You may appeal your claim to the Special Master by submitting a Notice of Appeal. You must submit a Notice of Appeal with Incompleteness Denial Notice. To submit your Appeal, leave a detailed comment in the Basis of Appeal section below. You any additional documents you believe support your Appeal. We will notify the Special Master of the basis of your Appea documents in your file to the Special Master for review.

### Basis of Appeal:

Max 2,000 characters.

### Document Upload

**Upload Documents**

Once you have uploaded all documents you intend to submit in response to the Incompleteness Denial Notice, click the sub not click the submit button until you are ready for the Settlement Administrator to review your claim.

3/10/2014 6:24 AM

# SUTTON LAW GROUP, P.A.
### Attorneys at Law
7721 S.W. 62nd Avenue, First Floor
South Miami, FL 33143

JOHN R. SUTTON
Board Certified Civil Trial Lawyer

ANNE-SOLENNE ROLLAND

JOSE R. BEJEL
Of Counsel

Telephone (305) 667-4481
Facsimile  (305) 666-2118
info@suttonlawgroup.com

February 18, 2014

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Brown Greer, PLC
Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, VA 23231

RE:   Alvarez, Lorenzo
Claimant ID: 104856
Claim ID 11597
Affected Property: 172 NW 17th Street
Homestead, FL 33030

Dear Sirs:

Pursuant to your Follow-Up Incompleteness Notice dated February 17, 2014, attached please find Proof of Chinese Drywall (Dade Mold Inspectors report, photographs, visual findings, summary), Proof of Under Air Square Footage (print out from Miami-Dade Property Appraiser showing Adjusted Square Footage of 2,380 and the original Air Conditioning Layout showing 2,145 Sq feet. Under AC).

If you require any further documentation, please advise.

Very truly yours,

Sutton

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

Brown Greer, PLC
Chinese Settlement Admin
250 Rocketts Way
Richmond, VA 23231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [Agent] [Addressee]

B. Received by ( Printed Name)    C. Date of Delivery
Vcw,lliomson    2 24/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

FEB   2014

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)    7006 0100 0000 9042 3880

Exh B

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF APPEAL

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Alvarez | First<br>Lorenzo | Middle |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 104856 | **Claim ID** | 11597 |
| **Claim Type** | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 6897 |
| **Affected Property Address** | Street<br>172 Northwest Seventeenth Street | | Unit |
| | City<br>Homestead | State<br>FL | Zip code<br>33030 |
| **Law Firm** | Sutton Law Group, P.A. | | |

### II. BASIS OF APPEAL

Use the space below to provide information regarding the basis of your Appeal.  If necessary, this information will be transmitted to the Special Master, along with all documents related to your claim.  The Special Master will review your Appeal and will notify you once a determination has been made.  You must attach all documents that support your Appeal if you have not already submitted them.  You may attach additional sheets as necessary.

See Attached

Exh.C

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com.**

## IV. HOW TO SUBMIT THIS NOTICE

| | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your  submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

RE:        Alvarez, Lorenzo
           Claimant ID: 104856
           Claim ID 11597
           Affected Property: 172 NW 17th Street
           Homestead, FL 33030

### NOTICE OF APPEAL INCLUDING REQUEST AND/OR MOTION FOR RECONSIDERATION
### BY SPECIAL MASTER REQUEST AND/OR MOTION FOR RECONSIDERATION

COMES NOW Lorenzo Alvarez by and through himself and the undersigned counsel and files this as his Notice of Appeal Including Request and/or Motion for Reconsideration." to Special Master As grounds therefore, and prior to April 5, 2014 the Applicant suggests and appeals as follows:

1.        Attached hereto as Composite Exhibit A is the index of documents filed with the Chinese Drywall Claim Program Administrator and Brown, Greer PLC.

2.        Attached hereto as Exhibit B is the certified mail proof of submission of the claims.

3.        The Claimant has filed exactly those documents for which the claim was denied. Therefore the reason for denial is vague and unclear and does not put the applicant on notice as to the reason same is denied.

4.        When a previous "incomplete notice" was served the applicant responded in detail. On February 17, 2014 there was a "Follow Up Incompleteness Notice"That required a response by February 22, 2014. The claimant responded on February 18, 2014 as shown by the above. However, it was incorrectly marked as received on February 24, 2014. February 24, 2014 was a Monday whereas February 22, 2014 was a Saturday. Under this circumstance, there being no receiving staff on Saturday, the Monday February 24, 2014 response was legally timely according to standards of Federal and Florida Rules of Civil procedure.

5.        On February 18, 2014, the claimant provided "Proof of Chinese Drywall (Dade Mold Inspectors' Report, Photographs, Visual Findings, Summary, (Proof of under Air Square Footage) Printout from Miami Dade property Appraiser showing Adjusted Square Footage of 2380 and the original air conditioning layout showing 2145 square feet under AC." The new material provided was the Miami Dade Property Appraiser print Out Showing Square Footage and Original Air Conditioning Lay Out."

6.        The denial of re-submission is improper because:

A.        The February 18, 2014 response could not have been docketed in on a Saturday and was timely docketed in on Monday February 24, 2014.;

B.        The February 18, 2014 Supplement was complete and thorough in every conceivable detail.

7.        On February 18, 2014, the Applicant and Claimant emailed the "cover letter," "incompleteness notice," "proof of corrosive reactive Chinese Drywall," "Floor Plan or other Document Demonstrating Square footage." Two separate documents were immediately submitted showing square footage.

8.        This is Notice of Appeal Requesting Reconsideration which should be considered as a timely Appeal to Special Master. Attached hereto as Exhibit C. Exhibit C is the form of Notice of Appeal with all documents.

9.        The Follow Up "Incompleteness Notice" required "1. Proof of Chinese Drywall:

*Exh. C*

photographs, inspection reports, or other documents demonstrating the presence of Chinese Drywall, and Proof of under Air Square Footage: floor plan or other document showing the under air square footage of the property." These were provided in two separate forms not only by email but also by certified mail.

10.     There was not only a timely duplicate email and certified mail response to the Follow Up InCompleteness Notice," but it was served completely and timely. The only conceivable issue could be the weight of the evidence not the untimeliness of the response or the fact that a response was filed.

11.     On October 16, 2013 the claimant applicant submitted "Inspection Report." This provides as follows: "Lab Report: present calcium sulfate chinese drywall in property." It goes on to state: "The FTIR Spectrum of the sample is consistent with the spectral characteristics in peaks identified in contaminated Chinese drywall reference materials." A photograph was also provided which visual findings demonstrates: "visual findings: strong odor of sulfur noticed as you walk into property 2. Opened AC Unit to look at copper wiring and coils noticed copper turned black; this is indicative of Chinese drywall presence in property. 3. Opened all electrical outlets to also look at copper wiring also noticed copper turned black due to presence of Chinese drywall.; 4. Also cut a sample piece of drywall from bedroom closet manufacturer name on back read as Made in China.; 5. Lab report: presents of calcium sulfate."

12.     "Verification of Claim" attesting to Inspector's Report Attached hereto as Exhibit D is a "Verification of claims Form" from website affidavit supporting same.

13.     Subsequent hereto additional color photographs have been taken and provided. There are additional photographs of the drywall. These identify the manufacturer.

Wherefore Claimant and Applicant file this "Notice of Appeal" on approved form and resubmit all documents including the index of the entire claim file.


*Lorenzo Alvarez*
LORENZO ALVAREZ

SWORN TO AND SUBSCRIBED before me this 14 day of March, 2014

_____
NOTARY PUBLIC
State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Debra V. Teachey
Commission # EE072394
Expires: MAY 16, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

_____
John R. Sutton, Esq.
Sutton Law Group, PA
7721 SW 62nd Ave., Ste. 101
South Miami, Florida 33143
Phone; (305) 667-4481
fax: (305) 666-2118
info@suttonlawgroup.com

RE:   Alvarez, Lorenzo
      Claimant ID: 104856
      Claim ID 11597
      Affected Property: 172 NW 17th Street
      Homestead, FL 33030

## AFFIDAVIT OF LORENZO ALVAREZ

COUNTY OF MIAMI DADE
STATE OF FLORIDA

    BEFORE ME the undersigned Notary Public came one Lorenzo Alvarez who fully identified himself and did testify, depose and say:

    1.      I am Lorenzo Alvarez and my Wife and I own the home at the following address:172N.W. 17 street Homestead, Florida 33030.

    2.      When I noticed a sulfur smell in our above home I investigated the cause of the smell.

    3.      My investigation indicated that the drywall in our home came from installation by Mandy's Drywall.

    4.      Attached to the Notice of Appeal are color photographs of the drywall taken from the home which state: "Chinese" because the drywall is Chinese  At all times material I have been told and understand the drywall in our home was installed by Mandy's Drywall.  It had purchased drywall from a Chinese manufacturing source.

    5.      Dade Mold Inspectors was referred to me to inspect the drywall in our home. I obtained this name because I was told that they were licensed and qualified to do these inspections. I was present when the inspection in our home was conducted.  I was never told that this company was not qualified or authorized to issue the "Chinese Drywall Report." I attest that this inspector and this company are accurate and qualified.  The inspector is David Rodil: I am quite certain that he is an experienced and licensed inspector.

    6.      I  appeal the denial of my claim for reimbursement of my damages from installation of that defective product known as Chinese Drywall.  It was not until recently in March 5, 2014 that I was ultimately told that the inspector was not one of the authorized or listed inspectors to do inspections such as the inspection done on my home or that the photographs were not sufficiently clear. I always understood and now testify that everyone has agreed that there is Chinese Drywall in my above home installed by Mandy's Drywall. Furthermore there is no doubt and I attest that we are certain that this home above is suffering from Chinese Drywall. The photographs were taken  of drywall in the above home and the inside of the drywall states "Chinese."

    FURTHER AFFIANT SAYETH NOT.

_Lorenzo Alvarez_
LORENZO ALVAREZ

SWORN TO AND SUBSCRIBED before me this 14 day of March, 2014

_Debra Y. Teachey_
NOTARY PUBLIC
State of Florida

NOTARY PUBLIC-STATE OF FLORIDA
Debra  Y. Teachey
Commission # EE092394
Expires:   MAY 16, 2015
BONDED THRU ATLANTIC BONDING CO., INC.

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### CHINESE DRYWALL SETTLEMENT PROGRAM
### VERIFICATION OF CLAIMS

All claimants must submit this Verification of Claims in support of Chinese Drywall Claims. You need only submit this Affidavit once and the Settlement Administrator will review it in conjunction with submitted claims. To submit this Affidavit, upload it directly to the Chinese Drywall Settlement Portal at https://www3.browngreer.com/drywall. If you cannot upload this Affidavit to the Chinese Drywall Settlement Portal, email it to CDWQuestions@browngreer.com, or send by U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIMANT INFORMATION

| | | Last Name/Business Name | First | M.I. |
|---|---|---|---|---|
| 1. | **Claimant Name:** | Alvarez | Lorenzo | |
| 2. | **Claimant Identification Number (if you know it):** | 104856   – ClaimID 11597 | | |
| 3. | **SSN or TIN (if you do not know the Affected Property Identification Number):** | 6 8 9 7 | | |

### B. VERIFICATION OF CLAIMS

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that I have read and reviewed all Chinese Drywall Settlement Program Claim Form(s) and evidence submitted in support of all claims and certify under penalty of perjury that all information contained therein is true, accurate, and complete to the best of my knowledge. I understand that false statements or claims made in connection with this Affidavit and my claim may result in fines, imprisonment, and/or any other remedy available by law.

| | | | |
|---|---|---|---|
| **Claimant's Signature:** | Lorenzo Alvarez | **Date:** | 3 /14 /14 (Month/Day/Year) |
| **Title (If a business):** | | | |
| **Printed Name:** | First Lorenzo | Last Alvarez | M.I. |

CDW AFF-2

Exh. D

1













Case 2:09-md-02047-EEF-MBN Document 18594 Filed 11/21/14 Page 61 of 123







* * * Communication Result Report ( Mar. 17. 2014 11:17AM ) * * *

1}
2}

Date/Time: Mar. 17. 2014 10:57AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 3847 Memory TX | 18045217299 | P. 21 | OK | |

```
Reason for error
    E. 1) Hang up or line fail          E. 2) Busy
    E. 3) No answer                     E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size
```

SUTTON LAW GROUP, P.A.
Attorneys at Law
7721 S.W. 62nd Avenue, First Floor
South Miami, FL 33143

JOHN R. SUTTON
Board Certified Civil Trial Lawyer
ANNE-SOLENNE ROLLAND
JOSE R. BIDEL
Of Counsel

Telephone (305) 667-4481
Facsimile (305) 665-2318
info@suttonlawgroup.com

March 17, 2014

CERTIFIED MAIL
BrownGreer, PLC
C/O Chinese Drywall Settlement
Administrator
250 Rockets Way
Richmond, Virginia 23231

Re:   Claimant I.D.     104856;
      Claim Id:         11597
      Claimant:         Lorenzo Alvarez

Dear Sir or Madam:

Enclosed Please find the Notice of Appeal with supporting documents and photographs.

Very truly yours,

John R. Sutton

JRS:dyt
Enclosures

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brown Greer, PLC
Chinese Drywall
Settlement Admin
250 Rocketts Way
Richmond, VA 23231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Williams_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
V Williams   2/24/13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

FEB 2 2014

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0000 9042 3880

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# SUTTON LAW GROUP, P.A.
### Attorneys at Law
7721 S.W. 62nd Avenue, First Floor
South Miami, FL 33143

JOHN R. SUTTON
  Board Certified Civil Trial Lawyer
ANNE-SOLENNE ROLLAND
JOSE R. BEJEL
  Of Counsel

Telephone (305) 667-4481
Facsimile (305) 666-2118
info@suttonlawgroup.com

February 18, 2014

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Brown Greer, PLC
Chinese Drywall Settlement Administrator
250 Rocketts Way
Richmond, VA 23231

      RE:   Alvarez, Lorenzo
             Claimant ID: 104856
             Claim ID 11597
             Affected Property: 172 NW 17th Street
             Homestead, FL 33030

Dear Sirs:

     Pursuant to your Follow-Up Incompleteness Notice dated February 17, 2014, attached please find Proof of Chinese Drywall (Dade Mold Inspectors report, photographs, visual findings, summary), Proof of Under Air Square Footage (print out from Miami-Dade Property Appraiser showing Adjusted Square Footage of 2,380 and the original Air Conditioning Layout showing 2,145 Sq feet. Under AC).

     If you require any further documentation, please advise.

                      Very truly yours,

                      John R. Sutton

JRS:dyt
Enclosures

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## FOLLOW-UP INCOMPLETENESS NOTICE
### DATE OF NOTICE: 2/17/14
### DEADLINE FOR RESPONSE: 2/22/14

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last Alvarez | First Lorenzo | Middle |
|---|---|---|---|
| Representative Claimant Name | Last | First | Middle |
| Claimant ID | 104856 | **Claim ID** | 11597 |
| Claim Type | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 6897 |
| Affected Property Address | Street 172 Northwest Seventeenth Street | | Unit |
| | City Homestead | State FL | Zip code 33030 |
| Law Firm | Sutton Law Group, P.A. | | |

## II. INCOMPLETENESS EXPLANATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and cannot continue processing it because it is missing required documents or information. This Notice explains what your claim is missing. Submit the documents and/or information listed below no later than the Deadline for Response listed at the top of this Notice. If you do not submit the materials listed below on or before the deadline, we will have to deny your claim. If you already have sent in these materials, let us know, for they may have come in after we did our last review.

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| **1.** | Proof of Chinese Drywall | Photographs, inspection reports or other documents demonstrating the presence of Chinese Drywall. |
| **2.** | Proof of Under Air Square Footage | Floor Plan or other document showing the Under Air Square Footage of the Property |

## III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com.**

## IV. HOW TO RESPOND TO THIS NOTICE

| By using our Online Portal | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
|---|---|
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

| Home | Departments | Government | Employees | Calendar | | Call 3-1-1 |



# Lazaro Solis
# Miami-Dade Property Appraiser



| Property Appraiser Home | Exemptions & Other Benefits | Real Estate | Tangible Personal Property | Public Records | Online Tools | Tax Roll Administration |

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly

 Facebook     Twitter

Search: Folio, Owner Name or Address 
Enter either folio, owner name, or address.

**Selected Property Information**

Property Information

Full Legal Description

Assessment Information

Benefits Information

Sales Information

Additional Information

**Featured Online Tools**

Report Homestead Fraud

Tax Comparison

Tax Estimator

TRIM Notice

View Taxes

Additional Online Tools

Comparable Sales

| | |
|---|---|
| Folio: | 10-7812-006-0733 |
| Property Address: | 172 NW 17 ST |
| Owner: | LORENZO ALVAREZ &W FRANCISCA SALAS |
| Mailing Address: | 172 NW 17 ST HOMESTEAD FL 33030-3213 |

**Property Information**

| | |
|---|---|
| Primary Zone: | 0100 SINGLE FAMILY - GENERAL |
| Land Use: | 0101 RESIDENTIAL - SINGLE FAMILY : 1 |
| Beds/Baths/Half: | 4/2/0 |
| Floors: | 1 |
| Living Units: | 1 |
| Adjusted Sq. Footage: | 2,380 |
| Lot Size: | 6,750 SQ FT |
| Year Built: | 2006 |



## New Notices Posted to Your Chinese Drywall Portal

From:  CDWQuestions@browngreer.com
Sent:  Mon, Feb 17, 2014 at 7:11 pm
To:    info@suttonlawgroup.com

This email is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program.
We posted the following Notice(s) to your Portal today:

| | Claimant ID | Claimant Name | Claim ID | Claim Type | Notice Type |
|---|---|---|---|---|---|
| 1. | 104856 | Alvarez, Lorenzo | 11597 | Global, Banner, InEx Repair and Relocation Expenses | Followup Inc Not |

To view Notices and track claim status, log in to the Chinese Drywall Settlement Program Portal and click the Notices tab. You car
Notices related to specific Claimants and Addresses, or you can view all available Notices by using the Search All feature. Once yc
Notice, the Portal provides you with options and instructions necessary to respond to the Notice.
Contact the Settlement Administrator by email at CDWQuestions@browngreer.com if you have questions about a specific Notice c
Notice process generally.



PATIO
176 S.Q FT.

A/C 2,145 S.Q FT

STORAGE
118 S.Q FT.

ENTRY
60 S.Q FT.

HOUSE SQUARE FOOTAGE

NTIAL



CONDENSING UNIT

## C DESIGN REQUIRES

|  | YES | NO |
|---|---|---|
| SMOKE DETECTOR |  | X |
| AMPERS |  | X |
| DAMPERS |  | X |
| TED ENCLOSURE |  | X |
| TED ROOF/FLOOR G ASSEMBLY |  | X |
| OPPING |  | X |
| CONTROL |  | X |

AIR HANDLER TO
HAVE   FLOAT ASWITCH

R/A GRILLE
RETURN IN CEILING
TO HALL GRILLE

INFILTRATION PROVIDED
OF 15–20 CFM PER PERSON

PROVIDE 4" CLEARENCE
AROUND AIR HANDLER

NOTE:
301.13 WIND RESISTENCE. MECHANCAL EQUIPMENT,APPLIANCES
AND SUPPORTS THAT ARE EXPOSED TO WIND SHALL BE DESIGN AND
INSTALLED TO RESIST THE WIND PRESSURES ON THE EQUIPMENT AND
THE SUPPORTS AS DETERMINED IN ACCORDANCE WITH FLORIDA BUILKDING
CODE,BUILDING. THIS MAY BE ACCOMPLISHED BY DESIGN OR BY APPLICATION
OF SECTION 301.13.1

301.13.1 GROUND–MOUNTED UNITS GROUND–MOUNTED UNITS FOR R13 RESIDENTIA
APPLICATION MAY BE ANCHORED WITH # 14 SCREWS WITH GASKETED WASHERS
ACCORDING TO THE FOLLOWING.

1.– FOR UNIT S WITH SIDES LESS THAN 12 INCHES (305mm), ONE
     SCREW SHALL BE USED AT EACH SIDE OF UNIT

2.– FOR UNITS BETWEEN 12 AND 24 INCHES (305 610 mm), TWO
     SCREWS SHALL BE USED PER SIDE

3.– FOR UNITS BETWEEN 24 AND 36 INCHES (305 AND 914 mm), THREE
     SCREWS SHALL BE USED PER SIDE.

4.– FOR UNITS GREATER THAN 36 INCHES (914 mm), OR 5 TONS,
     ANCHORAGE SHALL BE DESIGN IN ACCORDANCE WITH SECTION 301.13.

1. CORROSION PROTECTION. BUILDING LOCATED   3,000 FEET (914 400mm)
     OF THE OCEAN SHOULD UTILIZE NONFERROUS METAL, STAINLES STEEL OR
     STEEL WITH MINIMUM G–90 HOT–DIP GALVANIZED COATING FOR EQUIPMENT
     STANDS AND ANCHORS AND ATINLES STEEL SCREWS.

2. STRAPPING. JOB SITE STRENGTHENING OF FAN COWLINGS AND VENT HOODS
     IS RECOMMENDED, TWO OR FOUR STINLESS STEEL CABLES ARE RECOMMENDED
     DEPENDING WITH CONDITIONS. ALTERNATIVELY, ADDITIONAL, HEAVY STRAPS CAN BE
     SCREWED TO THE COWLING AND CURB.



12" ABOVE CONDENSATE
VENT CLEAN OUT W/ SLIP
FIT NON CEMENTED CAP
DRILLED 1/4" HOLE

AHU PAN

CAP

EXTEND CONDENSATE LINE
FULL SIZE FROM A.H.U.
CONDENSATE DRAIN PAN
CONNECTION AS SHOWN

2" TO 4" MIN

## CONDENSATE TRAP DETAIL



SUPPLY AIR PLENUM

MECHANICALLY ATTACH
PLENUM FMC 603.7

S.A.

SMOKE DETECTOR
IF REQUIRED

AIR HANDLING UNIT

NEOPRENE ISOLATED
VIBRATION PAD

WALL

CONDENSATE TRAP   ( SEE DETAI

R/A W/ FILTER

METAL OR WOOD STAND

CONDENSATE DRAIN TO
6" ABOVE GRADE

CONC SLAB

## AIR HANDLING UNIT



CONDENSATE TRAP DETAIL



AIR HANDLING UNIT



OCTOBER 28, 2005



robert ellis nelson
and associates
ARCHITECTS INC

AAC001185IA
1900 NORTH KROME AVE
HOMESTEAD, FLORIDA 33030
305 245 8808   renarch1@bellsouth.net

THE DESIGN AND THE DRAWINGS OF THIS
PROJECT ARE THE SOLE PROPERTY OF THE ARCHITECT.
NO USE, REPRODUCTION,
OR
DISSEMINATION
MAY BE MADE OF THIS DOCUMENT AND ITS CONCEPTS
WITHOUT WRITTEN PERMISSION FROM
robert ellis nelson, archited
robert ellis nelson and associates architects inc.

consultant



JOB NO. **LORENZO ALVAREZ**

DATE- OCTOBER 08 2005

REVISIONS

AIR CONDITIONING

SHEET NO.

**A7-8**



CHILDRENS
PLAYROOM

160CFM
10X8

8"

FOYER

6"

50CFM
6X6

ENTRY

W    D

DRYER EXHAUST
OUT SEE NOTE 6

# AIR CONDITIONING LAYOUT
1/4" = 1'-0"



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jacob Newton, Esq.
Stutzman Bromberg
2323 Bryan St
Dallas, Tx 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lindsey Chin_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Lindsey Chin   12/2/13

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0000 9042 3859

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# SUTTON LAW GROUP, P.A.
## Attorneys at Law
7721 S.W. 62nd Avenue, First Floor
South Miami, FL 33143

JOHN R. SUTTON
  Board Certified Civil Trial Lawyer
ANNE-SOLENNE ROLLAND

JOSE R. BEJEL
  Of Counsel

Telephone (305) 667-4481
Facsimile (305) 666-2118
info@suttonlawgroup.com

November 25, 2013

via e-mail
newton@sbep-law.com
Certified Mail
Return Receipt Requested
Jacob Newton, Esq.
Stutzman Bromberg Esserman Plifka LP
2323 Bryan Street
Dallas, Texas 75201

Re:   Lorenzo Alvarez v. Banner; Mandy's Drywall
      Case No. 2, 09 MD 02047-EEF -JCW

Dear Mr. Newton:

We just received a letter from you via Fed Ex Monday morning November 25, 2013. We disagree. This claim was never released.

You have stated that "the claim should be denied because the claimants have released the Trust from all liability for the claim." Interestingly you do not state that the claim has been denied. Furthermore, there is not one scintilla of evidence or documentary support to indicate the claim was released.

We refer you to the series of letters, emails, and comments which we have provided to support the claim. At no time prior to this date was it suggested that the claim was released. This is a surprise. Attached are documents which reflect that my clients are included in the settlement.

1.    October 11, 2012 - Mandy's Notice of Appearance and Motion for Stay indicating a stay in order for Plaintiffs to participate in the National Class Settlement.

2.    E-mail from Steven Schwartz to undersigned advising that our clients are automatically now included in the national settlement fund.

As you noted "it appears that the claimants fit within the above reference definition of the global settlement class because the claimants assert a claim arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold, or in any way alleged to be within the legal responsibility of any participating Defendant."

Our clients, class members, did not opt out of the global settlement or rescind from the global settlement. It was our clients' conscious decision to participate in the global settlement. The above documentation reflects that we pursued the global settlement with the timely filing of claims.

You did not provide, as represented in the Fed Ex delivery, the "a copy of the order approving settlement." We were given the opportunity with your letter dated November 22, 2013 to show cause why the claim should not be dismissed or denied. You state in pertinent part: "If you have evidence which you wish the trustee to consider, which is contrary to the order approving global settlement to the above, please submit the evidence to Trust counsel Jacob Newton Esq. no later than thirty (30) days from the date of this letter. Please include a copy of this letter with any correspondence."

We are unclear as to the reason the claim is denied. We imagine from the unclear transmittal that it relates to the initial filing of suit. That suit was NOT prosecuted. In fact it was dropped or abated because of our only then discovery of the MDL order and litigation. In fact the Complaint initially filed in Miami Dade County Circuit court was not prosecuted for the specific reason that we and our clients were promised we could participate in the global settlement. In fact we so elected from the start and as soon as that order was located.

Our clients detrimentally relied upon counsel who represented that we could and would be entitled to participate in the global settlement. In fact until your communication of November 22, 2013 we had every reason to believe our clients would be so compensated.

Simply put, your denial flies in the face of representations made by other attorneys. If we had been so advised our clients would have opted out of the global settlement and prosecuted the litigation. That was not done because of the conscious decision to accept the proposal that we participate in the global settlement.

Your letter of November 22, 2013 essentially states that our clients detrimental reliance on the above was misplaced. it goes further, by your denial, to suggest that the statements made by others was incomplete, concealed important facts or misrepresented the truth certainly is unacceptable.

This letter is prepared as the undersigned has delayed a flight to New York. Nevertheless we have prepared this at the last moment but immediately after receipt of your Fed Ex. With all due respect we propose the denial is preposterous.

We can refer you to the Doctrine of Equitable Estoppel to assert the statute of Limitations or allowing the time for prosecution of a claim. You claim the claim against global settlement should be denied when the Circuit Court claim was dismissed relying on the referral to global settlement.  Therefore while diverting the claim, albeit properly, to the global settlement trust fund and then denying that claim is unreasonable.

Very truly yours,

John R. Sutton

JRS:dyt
Enclosures

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
2323 BRYAN STREET
SUITE 2200
DALLAS, TEXAS 75201-2689

TELEPHONE: (214) 969-4900
FACSIMILE: (214) 969-4999
E-MAIL: newton@sbep-law.com

JACOB L. NEWTON

November 22, 2013

**By Federal Express:**
Sutton Law Group
c/o John R. Sutton
7721 SW 62 Avenue, Suite 101
South Miami, FL 33143

Re:   WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust
*Denial Letter regarding PD Claim 112 filed on behalf of Lorenzo Alvarez and Francisca Salas*

Dear Mr. Sutton,

The WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (the "Trust") has reviewed the Chinese Drywall Claim (the "Claim") asserted by your clients, Lorenzo Alvarez and Francisca Salas (the "Claimants"), under the WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust Distribution Procedures (the "TDP"). As set forth in more detail below, the Trust has determined that the Claim should be denied because the Claimants have released the Trust from all liability for the Claim.

On February 7, 2013, the United States District Court for the Eastern District of Louisiana (the "MDL Court") entered its *Order and Judgment: (1) Certifying the InEx, Banner, Knauf, L&W, and Global Settlement Classes; and (2) Granting Final Approval to the InEx, Banner, Knauf, L&W, and Global Settlements* (the "Order Approving MDL Settlements"). *See* Docket No. 16570 in MDL No. 2047. The Order Approving MDL Settlements approved certain settlement agreements, including the Amended Global Settlement Agreement located at Docket No. 15695-2 in MDL No. 2047.

As set forth in paragraph 62 of the Order Approving MDL Settlements:

The Global Settlement Class consists of: 'All persons or entities, along with their heirs, representatives, attorneys, executors, administrators, executives, subsequent purchasers, residents, guests, tenants, lenders, successors and assigns, with claims, known or unknown, arising from or related to actual or alleged Chinese Drywall

November 22, 2013
Page 2

purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Participating Defendant....'

Both the Trust and WCI Communities, Inc., are identified as "Participating Defendants" on Exhibit 1 to the Order Approving MDL Settlements. It appears that the Claimants fit within the above-referenced definition of the "Global Settlement Class" because the Claimants assert a claim "arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Participating Defendant."

The Order Approving MDL Settlements goes on to state as follows:

The Court finds that Notice was disseminated to the Global Settlement Class pursuant to this Court's Order dated May 31, 2012 [Rec. Doc. No. 14562]. *All Global Settlement Class Members who did not opt out of the Global Settlement*, or who rescinded their opt-out from the Global Settlement, in accordance with this Court's previous orders on or before the date of this Order *shall be bound by this Judgment*.

*See* paragraph 65 (Emphasis added).

Finally, paragraph 70 of the Order Approving MDL Settlements provides as follows:

Any and all Global Settlement Class Members, including, but not limited to, those who have not properly opted out of the Global Settlement Class, are enjoined and forever barred from maintaining, continuing, prosecuting, and/or commencing the Litigation, CDW-Related Actions, Related Claims, or any action, pending or future, against the Settling Parties (but excluding any Reserved Claims) that arises from, concerns, or otherwise relates, directly or indirectly, to Chinese Drywall.

Based on these provisions, the Trust has determined that Claimants have released the Trust (and WCI Communities, Inc.) from all liability for the Claim. Accordingly, the Trust denies the Claim. A copy of the Order Approving Global Settlement is attached hereto for your convenience.

If you have evidence that you wish the Trustee to consider which is contrary to the Order Approving Global Settlement referred to above, please submit such evidence to Trust counsel, Jacob Newton, no later than **thirty (30) days** from the date of this letter.

November 22, 2013
Page 3


      Please include a copy of this letter with any correspondence or response.  If you have any questions, please call me at any time to discuss this matter.

                        Sincerely,

                        Jacob L. Newton

Enc.


By Fed Ex to the address listed above,
with a copy by email to:          judgepate@robertcpatelaw.com
                                esserman@sbep-law.com

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 12-35021 CA 20

CHINESE DRYWALL

LORENZO ALVAREZ and his wife,      )
FRANCISCA SALAS                    )
                                   )
          Plaintiffs,              )
                                   )
v.                                 )
                                   )
MANDY'S DRYWALL & STUCCO           )
CORPORATION, A Florida Corporation, )
BANNER SUPPLY CO., A Florida Corporation. )
                                   )
          Defendants.              )
_____)

## MANDY DRYWALL NOTICE OF APPEARANCE AND MOTION FOR STAY

Defendant Mandy Drywall, Inc., misstated herein as Mandy's Drywall & Stucco Corporation, by and through undersigned counsel, hereby gives notice of its entry of appearance in this cause. Defendant further moves for entry of appropriate Order for a stay of this action based upon the Motion filed by Plaintiffs to participate in the National Class Settlements in process as part of the Multi-District Chinese Drywall litigation.

WHEREFORE, Mandy Drywall moves for entry of appropriate Order staying this cause pending resolution of the National Class Action Settlements and for all other relief as justice requires.

Dated: October _11_, 2012.

MANDY DRYWALL, INC.,
Defendant

By: _____
Steven G. Schwartz, Esquire
Florida Bar No. 9/1471

Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida 33487
Ph: (561) 395-4747
Fx: (561) 367-1550
Primary Email: sgs@theschwartzlawgroup.com
Secondary Email: cml@theschwartzlawgroup.com

## CERTIFICATE OF SERVICE

I certify that a copy hereof was furnished to John R. Sutton, Esq., Sutton Law Group, P.A., *Counsel for Plaintiffs*, 7721 SW 62nd Avenue, Suite 101, South Miami, FL 33143, Telephone: (305) 667-4481, Facsimile: (305) 666-2118; Victor M. Diaz, Jr., Esq., VM Diaz & Partners, *Plaintiffs Liaison Counsel*, 119 Washington Avenue, Suite 402, Miami Beach, FL 33139, Telephone: 305-704-3200, Facsimile: 305-538-4928 and Robert V. Fitzsimmons, Esq., Rumberger, Kirk & Caldwell, P.A., *Defendants' Liaison Counsel*, Brickell Bayview Centre, Suite 3000, 80 SE 8 Street, Miami, FL 33130, by _____ U.S. Mail; _X_ Email; _____ Overnight Mail; _____ Facsimile; _____ Hand delivery; and upon all parties by electronically uploading the same to LexisNexis File & Serve, which will send a notice of electronic filing to all interested parties, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper on this _11_ day of October, 2012.

_____
Steven G. Schwartz, Esq.

I:\open files\edw001\alvarez\not of appearance-mot for stay-jg.doc

2

## Re: Alvarez v. Mandy's

From: Steven G. Schwartz
Sent: Tue, Apr 2, 2013 at 9:06 am
To: info@suttonlawgroup.com
Cc: H. Minor Pipes <mpipes@barrassousdin. com>

Your clients are automatically now included in the national settlement fund by reason
of both you and I not having opted out of the class settlement.  I have sent your note
to national liaison counsel for the insurers, H. Minor Pipes in New Orleans so that he
can follow up with you on the next steps in this process.

Sent while away from my office.

On Apr 2, 2013, at 6:22 AM, "info@suttonlawgroup.com" <info@suttonlawgroup.com> wrote:

> Dear Mr. Schwartz,
>
> We dropped the action in Leon County.
>
> However, we are not receiving communication from any third party administrator
indicating that our client's claim was accepted. We have heard that from you and of
course that is the reason for the stay of the Circuit Court action we filed.
>
> We would expect that someone or a  responsible firm would communicate and confirm
that which you have told us, i.e. that our client's claim and claim application have
been accepted and will be considered. In the alternative we would propose that we are
willing to provide additional information.
>
> the amount of communication from the administrator of the fund is inadequate to give
us comfort. We do not wish to move to reopen the Circuit Court action alleging that we
can not get confirmation from a responsible party holding funds. However, that will be
our next communication.
>
> cc.
> client
>          John R. Sutton
>
>

## RE: Alvarez/National Group –Mandy Drywall Chinese drywall claim

From: Steven G. Schwartz
Sent: Mon, Mar 11, 2013 at 1:52 pm
To:   info@suttonlawgroup.com
Cc:   H. Minor Pipes <mpipes@barrassousdin.com> (mpipes@barrassousdin.com)

I am pleased to hear that you shall early week file a notice of voluntary dismissal of your Leon County Receivership petition.

I am uncertain if I am at liberty to advise of the specific global settlement fund contribution amount I have made for this installer as part of the total funds paid into the program.  I can confirm that ALL of Mandy Drywall's insurers have contributed toward the national fund as part of that amount assessed against Mandy Drywall to contribute for your client's claim. The money has been sent to national liaison counsel for the insurers group, H. Minor Pipes per court order entered months ago.  His firm has responsibility for the  trust fund into which my and many other similar installers/builders/insurers funds have been deposited.

The distribution of pro- rated shares to homeowners is being handled by the New Orleans liaison counsels and Steering Committees for the various interested class participants as supervised by further court proceedings on a national scale.  I suggest you contact Minor Pipes or your Plaintiffs Steering Committee for your handling of any funding request on behalf of your clients to be sure you do whatever may be required.  My office is not involved in that aspect of the global settlements of these class action suits.

Steven G. Schwartz, Esq.
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida  33487
Ph: (561) 395-4747
Fx: (561) 367-1550

Confidentiality Note:
The information contained in this transmission is legally privileged and confidential, intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited.  If you receive this communication in error, please notify us immediately by telephone at 561-395-4747.

-----Original Message-----
From: info@suttonlawgroup.com [mailto:info@suttonlawgroup.com]
Sent: Monday, March 11, 2013 1:40 PM
To: Steven G. Schwartz
Subject: RE: Alvarez/National Group –Mandy Drywall Chinese drywall claim

Dear Mr. Schwartz,

I now have your email dated Friday March 8, 2013.  None of this was explained to me before.  In fact, we had been given very little disclosure.  I now understand and anticipate the dismissal of the Petition for Relief filed in Leon County, Florida.

Each claim must be different. You indicate that coincidentally you were preparing to send out a check. However, we do not have disclosure.  What is the payment you mention of "the requisite share of the Alvarez - Mandy Drywall Settlement amount."  How much is the final check and where is it being sent.

We had made a conscious decision not to "opt out."  However, until your letter we were

# RE: Alvarez/National Group -Mandy Drywall Chinese drywall claim

From: Steven G. Schwartz
Sent: Fri, Mar 8, 2013 at 6:09 pm
To: info@suttonlawgroup.com
Cc: H. Minor Pipes <mpipes@barrassousdin.com> (mpipes@barrassousdin.com), Adriana G. Piazzese

John: I believe there is some confusion perhaps on several fronts as to the mechanism for resolution of your clients' drywall claims and the manner in which they are confirmed participants in the global settlement. In basic terms the federal court has approved a settlement of all Chinese drywall national class action claims involving all potential homeowner-claimants and all builders, installers and their insurers who have agreed to such settlement and who have agreed to the court-approved funding mechanism for the settlement. As counsel to Mandy Drywall, the drywall installer against whom your clients had a possible claim, I was advised several months ago (by you) of your interest/commitment to join in the class action in order that you could join as a participant in the settlement despite having missed some of the prior imposed deadlines for notice of such participation. Mr. Pipes was similarly advised and on his confirmation that your request to join had been approved, I arranged for funding of the Mandy Drywall contribution as to all other of the drywall claims against it, to be increased to include your clients' claims. I have paid the requisite share of the Alvarez-Mandy Drywall settlement amount on this basis (final checks being sent by coincidence today) as part of the global settlement funds. This included all state and federal actions and all possible drywall claims involving any participants.

The federal court entered an order some time ago requiring all possible claimants to file an opt out of the settlement with a deadline to do so. Your clients did not opt out thus, simply put they are in. We have paid our share of (or are about to send the last required installments for) the national fund which includes your clients' claims. By virtue of the court order and without any disrespect to what you just filed to reopen the National Group receivership, all actions taken by any participating claimant such as yourself against any insurer, installer or builder at this point is in violation of the federal class settlement approval order. This is one of the reasons I have urged you to drop your petition in the National Group Receivership. The other reason is that contrary to whatever you may believe, the National Group receivership had no impact on the amount paid by Mandy Drywall for settlement of your clients' claim, merely the proration among many insurers as to what amounts any one insurer may have paid toward the class action settlement. Your clients get the exact same amount as a participant in the global settlement without regard to the national group take-over by FIGA or the Receivership mechanics for submission of claims. In short there is no connection between the National group receivership and this Chinese Drywall Class Settlement.

So you can appreciate who else is copied on this email, I have included the national coordinating liaison counsel for all of the insurers involved in this settlement funding, Atty H. Minor Pipes in New Orleans. You are of course free to consult with him at any time on these issues. He has a complete copy of all pertinent Court orders and their voluminous schedules showing all the participants including Mandy Drywall, its insurers and all my other drywall- related clients, which will reflect what I am trying to explain. If you need copies I would urge you to contact Minor for these. I assure you that Mandy Drywall and its insurers have all agreed to fund the settlement in a manner which includes your clients' claim thus you are a participant not having opted out of the global settlement. By virtue of our agreement to participate and my having paid the requisite contribution amount, all claims by any homeowner claimant such as your clients, absent a prior opt out, and any further actions by your office to litigate such claims are now barred. You should contact Mr. Pipes or the Plaintiffs' Steering Committee to follow up with whatever questions you may have or to discuss the procedures as to how you now seek distribution for your clients of their pro rata share of the national fund created for these claims.

Please file a simple notice of voluntary dismissal of your petition recently filed in
the Leon County National Group receivership to avoid what could become some thorny and
needless contempt/ sanctions problem for your office and your clients, whether
emanating from the Receiver, the federal court overseeing the class action settlement,
some of the parties involved in the funding of that settlement, or all three.  If you
feel it necessary,  perhaps you could file your dismissal "without prejudice" and
revisit the issue if you later determine my information inaccurate in any way.

Thank you for sending as quickly as possible your notice of voluntary dismissal of the
petition you filed against the National Group Receivership. You should send both myself
and Minor Pipes a copy.


Steven G. Schwartz, Esq.
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida  33487
Ph:  (561) 395-4747
Fx:  (561) 367-1550

Confidentiality Note:
The information contained in this transmission is legally privileged and confidential,
intended only for the use of the individual or entity named above.  If the reader of
this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copy of this communication is strictly prohibited.  If
you receive this communication in error, please notify us immediately by telephone at
561-395-4747.

-----Original Message-----
From: info@suttonlawgroup.com [mailto:info@suttonlawgroup.com]
Sent: Friday, March 08, 2013 1:24 PM
To: Steven G. Schwartz
Subject: RE: Alvarez/National Group -Mandy Drywall Chinese drywall claim

Dear Mr. Schwartz:  I have no formal acceptance into the fund.  I have no formal
agreement to adjust my clients claim.  I have repeatedly written and sued to join the
MOL claim.  If you convince me my client is protected by a fund or the fund, I will
withdraw the Petition.  My client thinks that the Leon County action is his only source
of recovery.  I filed the Petition because no one accepted my claim or acknowledged my
participation in the fund.  Simply put, who or what is responsible to my client.

John R. Sutton

-----Original Message-----
From: "Steven G. Schwartz" <sgs@theschwartzlawgroup.com>
Sent: Friday, March 8, 2013 8:52am
To: "info@suttonlawgroup.com" <info@suttonlawgroup.com>
Cc: "H. Minor Pipes <mpipes@barrassousdin.com> (mpipes@barrassousdin.com)"
<mpipes@barrassousdin.com>
Subject: RE: Alvarez/National Group -Mandy Drywall Chinese drywall claim

John:  I will of course be glad to speak with you about all this next week when you
have some time but I would ask you to advise as soon as possible  what information you
have that would indicate your agreement to join in the global class action Chinese
Drywall  settlement as to your client's claims against Mandy Drywall and its insurers
was in any way affected by the receivership of one of those insurers?  The class action
funding Mandy Drywall provided (from any sources) was exactly the same amount as had
been agreed upon, just the contributions of Mandy's other remaining insurers a
different proration than had National Group been a participant.  I need you to withdraw
your Leon County petition seeking to question the time bar to claims against National
Group  right away to avoid needles further expenses.  Respectfully while Mandy Drywall

might have some possible standing to argue whether its right to indemnity from National
Group for your client's claim should be deemed time barred I do not believe your client
has any such direct action to complain about this . More to the point, unless you can
show me some adverse impact on your client by virtue of the National Receivership and
the time deadline for presenting claims against the defunct insurer, there is no merit
to the claim you have filed. Mandy Drywall was fully defended in the CDW litigation and
its contribution toward the agreed-upon global settlement fully funded. I ask that you
file a notice of voluntary dismissal/withdrawal of your petition.

Steven G. Schwartz, Esq.
Schwartz Law Group
6751 N. Federal Highway, #400
Boca Raton, Florida 33487
Ph: (561) 395-4747
Fx: (561) 367-1550

Confidentiality Note:
The information contained in this transmission is legally privileged and confidential,
intended only for the use of the individual or entity named above. If the reader of
this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, or copy of this communication is strictly prohibited. If
you receive this communication in error, please notify us immediately by telephone at
561-395-4747.
-----Original Message-----
From: info@suttonlawgroup.com [mailto:info@suttonlawgroup.com]
Sent: Friday, March 08, 2013 7:41 AM
To: Steven G. Schwartz
Subject: RE: Mandy Drywall-National

I am in a seminar in Orlando. My cell is 305-495-1326 - Let's talk next week.

John

-----Original Message-----
From: "Steven G. Schwartz" <sgs@theschwartzlawgroup.com>
Sent: Thursday, March 7, 2013 4:59pm
To: "jrsuttonlaw@yahoo.com" <jrsuttonlaw@yahoo.com>
Subject: Mandy Drywall-National

Call me ASAP to discuss your new action for some attempt to reopen the receivership.
 The time bar to your client's drywall claim did not affect the settlement of the
claim, just how much had to be paid by other insurers.

Sent while away from my office

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chinese Drywall
Settlement Admin
PO Box 25401
Richmond, VA 23260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent
                            ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Eric Seo Ross                     10/21/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

OCT 2 1 2013

3. Service Type 3232
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)     7006 0100 0000 9042 3828

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

## CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

Any Claimant seeking Repair and Relocation Expenses under the Global, Banner, or InEx Settlement Agreements must complete and submit this Global, Banner, InEx Repair and Relocation Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013.

When completing this Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Global, Banner, InEx Repair and Relocation Expenses Claim Form online.

If you are not able to complete the Global, Banner, InEx Repair and Relocation Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

## A. CLAIM INFORMATION

| 1. Claimant Name: | Last Name/Business Name | | First | M.I. |
|---|---|---|---|---|
| | Alvarez | | Lorenzo | |
| | Co-Owner Last Name/Business Name | | Co-Owner First | M.I. |
| | | | | |
| | DBA or Fictitious Name (if applicable) | | | |
| | | | | |

| 2. Individual Claimant's Social Security Number (SSN): | 595726281 | 3. Business Claimant's Employee Identification Number (EIN) | |
|---|---|---|---|

| 4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant? | ☐ Yes  ☑ No |
|---|---|

| 5. Provide your name and SSN if you are | |
|---|---|

## CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

| | |
|---|---|
| pursuing this claim on behalf of a minor, deceased, or incompetent claimant. | Name: _____<br><br>SSN: _____ - ___ - _____ |
| **6. Attorney Information:** | ☐ Check here if you are not represented by an attorney and skip to Question 7. If you are represented by an attorney, complete this section.<br><br>Firm Name  Sutton Law Group<br><br>Attorney Last Name  Sutton   Attorney First Name  John<br><br>Street  7721 SW 62 Ave. Ste. 101<br><br>City  S. Miami   State  FL   Zip  33143<br><br>Email  info at Suttonlawgroup.com   Phone Number  305-667-4481 |
| **7. Affected Property Address:** | Street  172 NW 17th St.<br><br>City  Homestead   State  FL   Zip  33030   County/Parish  Miami-Dade |
| **8. Settlement Agreement under which you are submitting this claim (check all that apply):** | ☐ Knauf<br><br>☑ Banner.<br><br>☐ InEx.<br><br>☐ Global.<br><br>Participating Supplier Name: _____<br><br>Participating Builder Name: _____<br><br>Participating Installer Name: _____<br><br>☐ L&W.<br><br>☐ Unknown.<br><br>Additional Comments (attached additional pages if necessary): |

2

| CHINESE DRYWALL SETTLEMENT PROGRAM<br>GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM | |
|---|---|
| | |
| **9. Lawsuit:** | Jurisdiction: _____<br><br>Case/Docket Number: _____<br><br>Date Filed: ____/____/____<br>(month/day/year) |
| **10. Drywall Manufacturer:** | ☐ Knauf<br>   ☐ I am a member of the Knauf Settlement Class<br>   ☐ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☑ Unknown *Made in China* |
| **11. Select the option that best describes your relationship to the Affected Property:** | ☑ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| **12. Provide the Under Air Square Footage for the Affected Property:** | 1500/2500 Sq. Ft. |

## CHINESE DRYWALL SETTLEMENT PROGRAM
## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM FORM

| | |
|---|---|
| **13. Comments and additional information about your claim:** | |

### B. REQUIRED DOCUMENTS

Claimants seeking compensation for Repair and Relocation Damages caused by Chinese Drywall under the Banner, InEx or Global Settlements must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.

1. Proof of Ownership or Assignment of Claim, such as
    a. a Deed or other document demonstrating the ownership of the Affected Property; OR
    b. an Assignment of Claim from the Owner of the Affected Property;

2. Documents demonstrating the presence of Chinese Drywall in the Affected Property;

3. Floor Plan or other document showing the Under Air Square Footage of the Affected Property;

4. Evidence of Settlement Eligibility, such as
    a. a Document demonstrating that Chinese Drywall in the Affected Property was supplied by participating supplier; OR
    b. a Document demonstrating that a participating builder built the Affected Property; OR
    c. a Document demonstrating that Chinese Drywall in the Affected Property was installed by participating installer.

5. Any other document that you believe supports your claim.

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| **Signature of Claimant/Attorney:** | John R Sutton | | **Date:** | 10/16/13 *(Month/Day/Year)* |
|---|---|---|---|---|
| **Printed Name:** | *First* John | *Last* Sutton | | *M.I.* R |

4

CFN 2005R1059519
OR Bk 23853 Pg 3119; (1ps)
RECORDED 10/07/2005 12:43:17
DEED DOC TAX 600.00
SURTAX 450.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

*This Instrument Prepared by and Return to:*

*Steven D. Losner, Esquire*
*Steven D. Losner, P.A.*
*65 N.W. 16th Street*
*Homestead, Florida 33030*

## WARRANTY DEED

THIS INDENTURE, made this __14__ day of September, 2005, between **Bass & Taylor Properties, Inc., a Florida corporation**, whose address is 38NW 5th Street, Homestead, Florida 33030, the Grantor, to Lorenzo Alvarez,* whose address is *12354 SW 265 TERR, NARANJA FL*, Homestead, Florida 33030, the Grantee.   * and Francisca Salas, his wife

WITNESSETH, That the said Grantor, for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00) and other good and valuable consideration, to them in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, his heirs and assigns forever, the following described land, situate, lying and being in the County of Miami-Dade, State of Florida, to-wit:

Lot 3, Block 7, DOWNER PALMS DIVISION NO. 2, according to the Plat thereof, as recorded in Plat Book 14, at Page 28, of the Public Records of Miami-Dade County, Florida

Folio No. 10-7812-006-0822

SUBJECT TO: zoning, restrictions, prohibitions and other requirements imposed by governmental authority; restrictions and matters appearing on the plat or otherwise common to the subdivision; public utility easements of record, restrictions, reservations, conditions, easements, dedications and limitations of record and taxes for 2005 and subsequent years.

And the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

*"Grantor", "Grantors", "Grantee" and "Grantees are used for singular or plural, as context requires.*

IN WITNESS WHEREOF, The said Grantor has hereunto set its hand and seal the day and year first above written.

Signed, sealed and delivered in presence of:

_____
Signature of Witness

_____
Print Name of Witness

*Barbara Barrientos*
Signature of Witness
Barbara Barrientos
Print Name of Witness

Bass & Taylor Properties, Inc.
a Florida corporation

By_____
Jason Bass, President

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this __14__ day of September, 2005 by **Jason Bass** as President of **Bass & Taylor Properties, Inc. a Florida corporation** who is personally known to me or has produced a drivers license as identification.

My Commission Expires:

_____
Notary Public
State of Florida
My Commission Expires;

Steven D. Losner
My Commission DD231044
Expires July 10 2007



The inspector will provide the following services to client:

1. Visually inspect the subject property, checking for Chinese Drywall Corrosion. In doing such visual inspection, the inspector will use, when applicable, a fiber optic camera.
2. Provide Chinese drywall tests described above through an independent and certified laboratory, whose results will be directly available to the client.
3. Provide a written report of the inspector's visual observations and an explanation of the laboratory results.

The inspection and testing shall be performed in accordance with generally accepted standards of Chinese drywall inspection and remediation.

This inspection is not a Building Code Inspection, title examination, home inspection for problems other than Chinese drywall, or a by-law compliance inspection. The Inspector does not offer an opinion as to: (a) the advisability or inadvisability of the purchase, sale or repair or replacement of the property or its components such as, but not limited to, appliances, carpeting, heating, ventilation, and air conditioning equipment and ducts; (b) the property's value; or (c) the property's potential use.

The Inspection and Testing fee, and any report based on the inspection and testing conducted, is based on a single visit to the property.  Additional fees may be charged for any subsequent visits required by the client.  If the Inspector is called upon to prepare for litigation or give testimony as a result of the inspection and testing, additional fees shall be charged the inspector's current fees for any time spent, including but not limited to, research, consultation, additional inspection and testing time, additional laboratory test fees, preparation of reports, travel, time waiting to testify and court appearances or depositions.

The inspection and testing report is based on the condition of the subject property existing and apparent on the precise time and exact date of the inspection.

Phone: 305-344-3050          Email: david.rodil@live.com



Not all conditions may be apparent on the inspection and testing date due to weather conditions, inoperable systems, inaccessibility of areas of the subject property, or for other reasons.

The client understands and agrees that the inspector's inspection and testing can report only; (1) Chinese drywall problems in existence on the date of the inspection and testing; and (2) Chinese drywall problems physically present in the precise and exact subject property locations that are actually inspected.

Inspector and its employees are limited in liability to the fee paid for the inspection and testing services and report in the event that client or any third party claims that inspector is in any way liable for negligently performing the inspection and testing, or in preparing the inspection and testing report or any other reason or claim that inspector has no fully satisfied all its obligations hereunder. Client hereby agrees to indemnify, defend and hold harmless the inspector if any third party brings a claim against the inspector relating to the inspection and testing or Inspecting and Testing Report.

This agreement is governed by the laws and jurisdiction of the State of Florida     . Any controversy or claim between the parties hereto, arising directly or indirectly our of, connected with, or relation to the interpretation of the agreement, the scope of the services, the actual inspection and testing services rendered by Inspector, the Inspection and Testing Report provided to the client by Inspector, or any other matters of any kind involving any act or omission performed under this agreement, or promises, shall be submitted to arbitration in accordance with the applicable rules of the American Arbitration Association.   The parties shall mutually appoint an arbitrator who is knowledgeable and familiar with the mold inspection and mold testing industry. Judgment on any award may be entered in any court having jurisdiction, and the arbitration decision shall be binding on all parties.  Secondary or consequential damages are specifically excluded.

In the event that any dispute arises out of the Inspection, Testing or Report and proceedings are commenced by the client, if the client is unsuccessful in maintaining the claim in arbitration or elsewhere, then the client shall be liable to the inspector for all charges, expenses, costs and legal fees incurred by the inspector on a complete indemnity basis, including a reasonable fee for all the time spent by the inspector pr inspector's personnel in investigating, research, preparation for, and attendance at arbitration or court hearings and examinations.

Any claims must be presented to the inspector in hand by certified U.S mail or suitable proof of delivery within one year from the date of the inspection. Inspector shall have no liability for any claims presented one year the date of the inspection and testing. Client guarantees inspector a right to examine the subject matter and area of any claim and offer a resolution prior to the client's performance of remedial measures (except in the event of an emergency, or to protect for personal safety, or to reduce or avoid damage to property). This is a condition precedent to client's claim.

Phone: 305-344-3050          Email: david.rodil@live.com

This agreement and the documents referred to herein constitute the entire agreement between the parties hereto, and supersede and all prior representations, discussions, or agreements, whether written or oral. No amendment, change or variance from this agreement shall be binding on either party unless mutually agreed to, in writing and signed by the parties hereto.  If any provision of this agreement is held invalid or unenforceable by any court of final jurisdiction, it is the intent of the parties and all other provisions of this agreement are construed to remain fully valid, enforceable and binding on the parties.

THE INSPECTION, TESTING AND REPORT DO NOT CONSTITUTE A WARRANTY, GUARANTEE OR INSURANCE POLICY OF ANY KIND.  There are no warranties, guarantees or insurance available or provided by the inspector.

Having read and fully understood this Agreement, I (we) hereby authorize the inspection and testing of the subject property.

_____          _____
Client Signature                         Spouse's Signature

David Rodil_____          Jul 09, 2012
Inspector Signature

Phone: 305-344-3050          Email: david.rodil@live.com

VISUAL FINDINGS

1. Strong odor of sulfur noticed as you walk into property.

2. Opened A/C unit to look at copper wiring and coils noticed copper turned black this is Indicative of Chinese drywalls presents in property.(See picture).

3. Opened all electrical outlets to also look at copper wiring, also noticed copper turned black due to presents of Chinese drywall.

4. I also cut a sample piece of drywall from bedroom closet, manufacturer name on back read as made in CHINA. (See picture).

5. As per lab report- There is presents of (Calcium Sulfate) Chinese drywall in property. (See lab report)

SCOPE OF WORK

1. All Chinese drywall in home needs to be discarded and disposed of properly then scope and adjust accordingly.

2. All copper wiring in home needs to be changed.

3. A/C units need to be changed.

4. Entire home needs to be heap vacuumed and Bio washed.

## SUMMARY

First all work should be done by a licensed and insured MOLD REMIDIATOR
And property should be re-tested for Final Clearance

Chinese Drywall present at 172 NW 17 ST Homestead, FL 33030

PHOTOS





Dade Mold Inspectors
8033 SW 133 place
Miami, FL 33183
Office:  (855) 255-6653
drodil@dademoldinspectors.com
LICENSED # MRSA1058
INSURED  # 0401806
CMI       # 79566

# Customer Invoice/Chinese Drywall

| | |
|---|---|
| Customer: Lorenzo Alvarez | Invoice Date: Jul 09, 2012 |
| Phone (Day): 786-201-6231 | SERVICES:  Visual inspection / Chinese Drywall |
| Phone (Evening): | Chinese Drywall Testing. |
| Email: davidp082002@yahoo.com | |
| Fax: | |
| Mailing Address: 172 NW 17 ST | |
| Homestead, FL 33030 | |

| | |
|---|---|
| RESULTS: FAILED / POSITIVE<br>For Chinese drywall | Property Information: Size: 1500/2500 SQ. FT.<br>Room:3-4<br>Bath:2-3<br>Garage:2 |

| Service Performed | Quantity | Unit Price | Line Total |
|---|---|---|---|
| Chinese Drywall Visual | | 150 Per Inspection | |
| Chinese Drywall Sample | | 350 Per Sample | |
| | | Order Subtotal: | $ 500.00 |
| | | Sales Tax: | |
| | | Order Total: | $ 500.00 |

Phone: 305-344-3050          Email: david.rodil@live.com

# Dademoldinspectors, Inc.

8033 SW 133 PL
Miami, Florida 33183
Phone 855-255-6653

**Bill To:**
Lorenzo Alvarez
786-201-6231
davidp082002@yahoo.com

**Project address**
**172 NW 17 ST**
**Homestead, FL 33030**

| | DATE: | Jul 09, 2012 |
| --- | --- | --- |
| | **INVOICE #** | 2222 |
| | **FOR:** | *Limited IAQ site evaluation* |

| DESCRIPTION | AMOUNT |
| --- | --- |
| Jul 09, 2012<br><br>Limited Indoor Air Quality inspection at single family apartment residence Evaluation of bedroom and living areas, inspection of mechanical equipment, and collection of air and surface samples.<br><br>Indoor Air Quality sampling and quantitative analysis for airborne microbial spore's Two air samples @ $100.00/sample and one surface sample at $100.00/sample. (Supplies and analytical report fees included) | 500.00 |
| **TOTAL DUE** | $ 500.00 |

**Payment is due upon receipt of this invoice.**

*Please make all checks payable to: Dademoldinspectors, Inc. and remit to 8033 SW 133 Place Miami, FL 33183. *

If you have any questions concerning this invoice, contact Dademoldinspectors,Inc @ 786-344-3050, or drodil@dademoldinspectors.com

# Dademoldinspectors, Inc.

8033 SW 133 PL
Miami, Florida 33183
Phone 855-255-6653

**Bill To:**
Lorenzo Alvarez
786-201-6231
davidp082002@yahoo.com

**DATE:** Jul 09, 2012
**INVOICE #** 2222
**FOR:** *Limited IAQ site evaluation*

**Project address**
**172 NW 17 ST**
**Homestead, FL 33030**

| DESCRIPTION | AMOUNT |
|---|---|
| Jul 09, 2012<br><br>Limited Indoor Air Quality inspection at single family apartment residence Evaluation of bedroom and living areas, inspection of mechanical equipment, and collection of air and surface samples.<br><br>Indoor Air Quality sampling and quantitative analysis for airborne microbial spore's<br>Two air samples @ $100.00/sample and one surface sample at $100.00/sample.<br>(Supplies and analytical report fees included) | 500.00 |
| **TOTAL DUE** | $ 500.00 |

**Payment is due upon receipt of this invoice.**

*Please make all checks payable to: Dademoldinspectors, Inc. and remit to 8033 SW 133 Place Miami, FL 33183. *

If you have any questions concerning this invoice, contact Dademoldinspectors,Inc @ 786-344-3050, or drodil@dademoldinspectors.com

REVIEWED
By Dr. Edward Sobek at 10:54 am, Jul 09, 2012



**Suspect Chinese Drywall Analysis**
**Fourier Transform Infrared Spectroscopy (Mid-Infrared)**

assuredbio

228 Midway Lane, Suite B
Oak Ridge, TN  37830

Phone: (865) 813-1700
Fax: (865) 813-1705

www.assuredbio.com

| Inspector: | David Rodil | Project Date: | 7/5/2012 |
|---|---|---|---|
| Project: | Lorenzo Alvarez | Received: | 7/9/2012 |
| Job #: | 172 NW 17st | Reported: | 7/9/2012 |
| ABID: | DR070912-1 | Analyst: | K. Lathrop |

| Sample Number: | DR070912-1-1 (1) |
|---|---|
| Sample ID: | A/C Closet |
| Results: | Congruent |

The FTIR spectrum of the sample is consistent with the spectral characteristics and peaks identified in contaminated Chinese drywall reference materials.



**Figure.** Spectral Fingerprint of sample. Each spectral fingerprint is generated from 34,010 data points. The data points are used to determine spectral congruency with known Chinese drywall reference materials. Please note that the above figure is a condensed graphical representation of the averaged data scans and not intended for intersample comparisons.

## Reference Spectra

Gypsum (Calcium Sulfate)



American Drywall Reference Material









assuredbio

Ship To:
228 Midway Lane, Suite B
Oak Ridge, TN 37830
www.assuredbio.com
info@assuredbio.com
(865)813-1700

Chain of Custody for Suspect Chinese Drywall

AB Identifier (internal use): DR070912-1

Project Name: LORENZO ALVAREZ

Project Number: 172 NW 17 ST

Project Date: 7/5/12

Inspector Name: DAVID RODIC

Address: 8033 SW 133 PL
MIAMI, FL 33183

Phone: 786-344-7050    Email: DAVID. RODIC. LIVE. COM

| Sample ID | Description/Location | Total Volume/Area | Comments | FT-IR | Strontium | Corrosion |
|---|---|---|---|---|---|---|
| 1 | A/C CLOSET | — | — | X | | |

Sampling Protocol:
1. Survey the home for Chinese drywall. Chinese drywall may be marked with blue and yellow side joint paper (Figure 1. Below) and/or the manufacture name Knauf (Figure 2. below).
2. Collect samples from any drywall that meets the above criteria. However, not all Chinese drywall is marked or the markings are not visible. In such cases collect several sample throughout the home.
3. To collect a sample, find a discreet area and cover it with a 2"x2" piece of masking tape. This will prevent it from shredding during cutting.
4. Cut out the 2"x2" piece of dry wall using a dry wall saw.
5. Carefully remove the sample from the wall and place in a ziplock freezer bag. Use a high quality plastic that won't tear or puncture.
6. Label the ziplock with a permanent marker with the sample name (i.e. north wall, living room).
7. Use one ziplock per drywall sample.
8. Complete the chain of custody form. Be sure to include each sample and all contact information.
9. Enclose the chain of custody form and the sample in a study pack and ship to the laboratory. The shipment does not have to be overnight. Standard ground shipping is fine, but please pack well.
10. Payment may be by check enclosed in package or call in a credit card number.

Indications of Chinese Drywall

Blue and Yellow
Side Tape

Printing on back
of drywall

Relinquished By: [signature]   Date: 7/5/12

Received By: [signature]   Date: 7-5-12

4 of 4

Mandy Drywall, Inc.

13751 S.W. 143rd Court
Unit #7
Miami,, FL 33186

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/24/2006 | 273 |

| Bill To |
|---------|
| Jesus Anaya |

| Ship To |
|---------|
| Res.for Mr. & Mrs. Leonardo Alvarez<br>Lot 3/ Block 7<br>172 NW 17 St Homestead |

| Lot/Block | | | | | |
|-----------|---|---|---|---|---|
| Item | Description | % Completion | Job Cost | Amount |
| Partial Drywall<br>Partial Drywall | For Res. @ 172 NW 17 St<br>PAID With Check 168 $ 4350.00 | 0.5 | 10,000.00<br>-4,350.00 | 5,000.00<br>-4,350.00 |

PAID CK # 102 $450

EXHIBIT
B

BROWNGREER

CHINESE DRYWALL LITIGATION
SETTLEMENT ADMINISTRATOR
POST OFFICE BOX 25401
RICHMOND, VIRGINIA 23260

September 27, 2013

Re:   **Class Action Settlements in Chinese Drywall Litigation**

We are the Settlement Administrator appointed by the Honorable Eldon E. Fallon, the federal judge presiding over the Chinese Drywall Litigation (MDL 2047) in New Orleans, Louisiana. You are receiving this letter because you indicated an interest in receiving information about Chinese Drywall Settlements by signing up for information on chinesedrywallclass.com.

If you are represented by an attorney, you should provide this letter to your attorney.

On March 27, 2013, the Eastern District of Louisiana entered an Order requiring registration of all claims for benefits in the Knauf, Banner, InEx, Global, and L&W Class Settlements ("the Class Settlements") for those persons affected by defective Chinese drywall. The Order required registration of all claims for benefits under any of the Class Settlements by July 8, 2013.

**If you did not register before the July 8, 2013 deadline and still wish to participate in the Class Settlements, you must file a provisional registration on or before October 18, 2013. To register, you must go to https://www3.browngreer.com/drywall and complete the provisional registration process. You can email CDWQuestions@browngreer.com if you have any questions about the provisional registration process. If you do not have internet access, you may request a Provisional Registration form by calling 1-866-866-1729 or send a letter by U.S. Mail to P.O. Box 25401, Richmond, Virginia 23260. If you intend to file a provisional registration, you must do so or before October 18, 2013.**

This process does not apply to Affected Properties located in Virginia. If your Affected Property is located in Virginia, you will receive independent claim information in the future.

If you do not have an attorney and have questions about the Chinese Drywall Settlements, you may conta                        se curator, Mr. Robert Johnston, by phone at 504-561-7799, email to
RMJ                                                            ail to Adams, Hoefer, Holwadel & Eldridge, L.L.C.
400 I                                                          iana 70130.

You                                                           ctly by emailing CDWQuestions@browngreer.com,
calli                                                         Mail to P.O. Box 25401, Richmond, Virginia 23260.

*Mailed*

*10/14/13*

rely,

ese Drywall Settlement Administrator

# CHINESE DRYWALL SETTLEMENT PROGRAM
# PROVISIONAL REGISTRATION FORM

## INSTRUCTIONS

If you did not register before the July 8, 2013 registration deadline, you may still submit a Provisional Registration Form and Provisional Claim Form(s). We will present your information to the Court, who will determine if we can accept your Provisional Claim into the Settlement Program. You can also submit Provisional Claim Forms after submitting a Provisional Registration Form by following the online instructions. If you do not register on or before **October 18, 2013**, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Provisional Claim forms will be made available to you after you register your claim(s).  Please note that we will accept Provisional Claim Forms until the **October 25, 2013** Claim submission deadline, but Provisional Registrants will not be permitted into the Settlement Program unless the Court approves the late registration. We will notify you if you are accepted into the Settlement Program.

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Provisional Registration Form to the Claims Administrator **on or before October 25, 2013**.

If you have access to a computer with an internet connection, submit your Provisional Registration Form online.  The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://www3.browngreer.com/DRYWALL/UN-SECURE/REQUESTACCESS.ASPX to submit your Provisional Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Provisional Registration Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail or other delivery service to:

<div align="center">

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

</div>

Prov Reg-Form v.1

## 1. CLAIMANT INFORMATION

| 1. | **Name:** | Last/Business Name<br>Alvarez | | First<br>Lorenzo | M.I. |
|---|---|---|---|---|---|

**2. Taxpayer Information: (check the appropriate Taxpayer Type)**

- [✓] **Social Security Number**
- [ ] **Individual Taxpayer Identification Number**
- [ ] **Employer Identification Number**

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

5 9 5 7 2 6 2 3 1
(Enter numbers only)

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| 3. | **Mailing Address:** | Street<br>13552 SW 287 Lane | | | |
|---|---|---|---|---|---|
| | | City<br>Homestead | State<br>FL | Zip Code<br>33033 | Parish/County<br>Miami-Dade |

| 4. | **Email Address:** | lorenzo4216@att.net |
|---|---|---|

| 5. | **Telephone Numbers:** | Home/Business<br>(      )      -    | Cell<br>( 7 8 6 )  2 0 1 - 6 2 3 1 |
|---|---|---|---|

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name<br><br>Authorized Representative Last Name<br><br>Title | Authorized Representative First Name |
|---|---|---|---|

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| | |
|---|---|
| | ☐ Check here if this is a Rental or Commercial property. |
| **7. Affected Property Address:** | Street<br>172 NW Seventeenth Street |

| City | State | Zip Code | Parish/County |
|---|---|---|---|
| Homestead | FL | 33030 | Miami-Dade |

| | |
|---|---|
| **8. Attorney Information:** | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section.<br><br>Firm Name<br>Sutton Law Group, P.A. |

| Attorney Last Name | Attorney First Name |
|---|---|
| Sutton | John |

Street
7721 SW 62 Avenue

| City | State | Zip Code |
|---|---|---|
| South Miami | FL | 33143-4982 |

| Email | Phone Number |
|---|---|
| info@suttonlawgroup.com | (800) 375-5497 |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☑ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☑ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

Reg-Form v.2

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | _Lorenzo Alvarez_ | | Date: | 10 / 10 / 13 (Month/Day/Year) |
|---|---|---|---|---|
| Printed Name: | First Lorenzo | Last Alvarez | | M.I. (NMI) |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chinese Drywall
Settlement Admin.
PO Box 25401
Richmond, VA 23260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0000 9042 3712

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# CHINESE DRYWALL SETTLEMENT PROGRAM
# REGISTRATION FORM

## INSTRUCTIONS

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before May 25, 2013**. If you do not register on or before May 25, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown. Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com. If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

Reg-Form v.2

## 1. CLAIMANT INFORMATION

| 1. **Name:** | Last/Business Name<br>Alvarez | First<br>Lorenzo | M.I. |
|---|---|---|---|

**2. Taxpayer Information: (check the appropriate Taxpayer Type)**

- [✓] **Social Security Number**
- [ ] **Individual Taxpayer Identification Number**
- [ ] **Employer Identification Number**

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

5 9 5 7 2 6 2 3 1
(Enter numbers only)

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN).

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| 3. **Mailing Address:** | Street<br>13552 SW 287 Lane | | | |
|---|---|---|---|---|
| | City<br>Homestead | State<br>FL | Zip Code<br>33033 | Parish/County<br>Miami-Dade |

| 4. **Email Address:** | lorenzo4216@att.net |
|---|---|

| 5. **Telephone Numbers:** | Home/Business<br>( ) - | Cell<br>( 7 8 6 ) 2 0 1 - 6 2 3 1 |
|---|---|---|

| 6. If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name | |
|---|---|---|
| | Authorized Representative Last Name | Authorized Representative First Name |
| | Title | |

Reg-Form v.2

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| | |
|---|---|
| | ☐ Check here if this is a Rental or Commercial property. |
| **7. Affected Property Address:** | Street<br>172 NW Seventeenth Street |

| | City | State | Zip Code | Parish/County |
|---|---|---|---|---|
| | Homestead | FL | 33030 | Miami-Dade |

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section. |
| | Firm Name<br>Sutton Law Group, P.A. |
| **8. Attorney Information:** | Attorney Last Name<br>Sutton — Attorney First Name<br>John |
| | Street<br>7721 SW 62 Avenue |

| | City | State | Zip Code |
|---|---|---|---|
| | South Miami | FL | 33143-4982 |
| | Email<br>info@suttonlawgroup.com | Phone Number<br>(800) 375-5497 | |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☑ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☑ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

Reg-Form v.2

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | Lorenzo Alvarez | | Date: | 5 / 13 / 13 (Month/Day/Year) |
|---|---|---|---|---|
| **Printed Name:** | First Lorenzo | Last Alvarez | | H.I. (NMI) |

Reg-Form v.2

4