UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *ALL CASES*

## ORDER

Before the Court is a motion of Defendant Preservation Alliance of New Orleans, Inc. for reconsideration of the special master's decision. (Rec. Doc. 18087).

**IT IS ORDERED** that the motion is set for hearing, with oral argument, on November 25, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by November 17, 2014.

New Orleans, Louisiana, this 30th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

1