UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          :   SECTION L
                                       :
                                       :   JUDGE FALLON
                                       :   MAGISTRATE JUDGE
............................................... :   WILKINSON

**THIS DOCUMENT RELATES TO:**  *ALL CASES*

## ORDER

Before the Court is a motion of the Plaintiffs' Steering Committee for assessment of class damages. (Rec. Doc. 18086).

**IT IS ORDERED** that the motion is set for hearing, with oral argument, immediately following the monthly status conference on December 17, 2014.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion must do so by December 9, 2014.

New Orleans, Louisiana, this 30th day of October, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1