

Brent Driskill
1999 Hickory Ave., Suite 204
Harahan, LA 70123

May 22, 2014

Paul A. Lea, Jr.
724 E. Boston Street
Covington, LA 70433

RE: Brothers Properties, LA, LLC – 2521 Judy Drive, Meraux, LA

Dear Mr. Lea:

This is to advise you that on or about September 2011, our computer archive backup drive crashed resulting in the loss of many report files and photo files. Attempt to professionally recover the lost files was unsuccessful. One of the files lost was the subject photo file regarding a drywall inspection performed at 2521 Judy Dr, Meraux, LA on May 19, 2009.

However, I am confirming that we did inspect that property and took numerous pictures which confirmed they had KNAUF Chinese Drywall per my report which was previously submitted to you by Brothers Properties, LA, LLC.

If I can be of further assistance, please do not hesitate to call.

Sincerely,

Brent J. Driskill, CMC, CMRS, IH

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State Board of Home Inspectors #10081**
*Home Inspector*
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Industrial Hygienist*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*


EXHIBIT A

## Service Order: 01456-965347357   10/02/2011

**Service Location**
HARAHAN LA
1138 S CLEARVIEW PKWY
NEW ORLEANS, LA 70123--2302

**Customer Information:**
Brent Driskill
1999 Hickory Ave
Harahan, LA 70123
Primary Phone: (504) 812-9373
Alternate Phone:

**Product Information:**
Product Type: DELL INSPIRON 570        Brand: DELL
Model: I570-9402N                       Serial #: 0Y6WWXA00
SKU: 2633051                            Date Of Purchase: 09/28/2011
BTP Expiration Date:                    Labor/Parts: COD   COD
BTP Number:                             Labor/Parts End:
Est. Approval: $0.00          ☐         Deposit Expected: $0.00
Accessories:                            Estimated Completion Date: 10/05/2011
Factory Box/Packing
Condition: Other (specify)
New

**Symptoms:**
Data back up JCC

**Repair Comments:**
Transfer not possable hitachi drive not viable drive is making a clicking noise  JCC

**Parts Replaced:**

| Qty | Part Number | Description | Price Each | Total |
|-----|-------------|-------------|------------|-------|
|     |             |             | Total Labor: | $0.00 |
|     |             |             | Total Parts: | $0.00 |
|     |             |             | Sales Tax:   | $0.00 |
|     |             |             | **Total Repair Cost:** | **$0.00** |
|     |             |             | Deposit:     | $0.00 |
|     |             |             | Additional Payments: | $0.00 |
|     |             |             | Adjustment:  | $0.00 |
|     |             |             | **Balance Due:** | **$0** |

I, Brent Driskill, Recognize that repairs have been performed in a manner that is satisfactory to me.

Customer Signature:_____
               Date:_____
Employee Signature: _John Coile_____
               Date:_____

An estimate as required (Section 9844 of the California Business and Professions Code) for repairs shall be given to the customer by the service dealer in writing, and the service dealer may not charge for work done or parts supplied in excess of the estimate without prior consent of the customer. Where provided in writing, the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento 95814

**Geek Squad values your feedback!**
Please take our brief survey and enter for a chance to win our survey sweepstakes!

Visit : http://www.geeksquadcares.com
And enter the following code: 01456-965347357

No purchase necessary. For complete details, including entry deadline, eligibility requirements and instructions on how to enter without purchase see Official Rules. Void where prohibited. Subject to complete Official Rules available at www.geeksquadcares.com or in participating Best Buy Stores.