

# Driskill Environmental Consultants LLC
## DRYWALL ASSESSMENT REPORT
Property Address
2521 Judy Dr., Meraux, LA 70075
Prepared for the Client
Michael Dominque
May 19, 2009

Report Prepared By:

Brent J. Driskill, CMC, CMRS, IH

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State Board of Home Inspectors #10081**
*Home Inspector*
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Industrial Hygienist*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*

Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com





American Industrial
Hygiene Association

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................................................... 3
ADDITIONAL SERVICES OPTION ..................................................................................................... 3
INTERVIEW WITH THE CLIENT & DESCRIPTION OF PHYSICAL DISCOMFORTS ................ 3
SCOPE OF WORK .................................................................................................................................. 4
PROPERTY DESCRIPTION .................................................................................................................. 4
MOISTURE / AIR / TEMPERATURE MEASUREMENT INFORMATION ..................................... 4
TESTING LOCATIONS AND INSTRUMENT READINGS ............................................................... 5
AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL .......................... 9
AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL ...................................... 9
    CORRODED COMPONENTS ............................................................................................................ 9
    DETERIORATED / CORRODED / TARNISHED HOME CONTENTS ........................................ 9
    DAMAGE ASSESSMENT ................................................................................................................. 9
    OTHER CONSEQUENTIAL DAMAGE ......................................................................................... 10
    REMEDIATION SUMMARY .......................................................................................................... 10
REMEDIATION REFERENCING GUIDELINES .............................................................................. 11
CONTAINMENT ................................................................................................................................... 12
    LEVEL III LARGE ISOLATED AREAS ........................................................................................ 12
OCCUPANCY & HEALTH CONSIDERATIONS .............................................................................. 13
ASSISTANCE AND RECOMMENDATIONS .................................................................................... 13

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report
*INTRODUCTION*
*SITE INSPECTOR*: Brent Driskill Performed the Following Inspection on May 19, 2009

The recommendations or requirements made in this preliminary report cannot address unforeseen hidden or inaccessible contaminated sheetrock or damages inflicted upon various metals within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by off gassing from contaminated sheetrock. The contents of this preliminary report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

*ADDITIONAL SERVICES OPTION*
This report is issued without Driskill Environmental Consultants L.L.C. supervision or monitoring of remedial work or sheetrock removal at the subject structure. In the event the Client shall desire to have Driskill Environmental Consultants L.L.C. supervise or monitor the ongoing remediation process, then those fees charged for services rendered by Driskill Environmental Consultants L.L.C. shall be agreed upon, by the Client and Driskill Environmental Consultants L.L.C., prior to commencement of the remediation process.

Analytical reports are generated by Driskill Environmental Consultants L.L.C. at the request of and for the exclusive use of the person or entity (client) named on such report. Reports, copies, or testing results, will not be released by Driskill Environmental Consultants L.L.C., to any third party, without prior written request from the client. This report applies only to the sample(s) tested. The client is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise specified.

*INTERVIEW WITH THE CLIENT & DESCRIPTION OF PHYSICAL DISCOMFORTS*
An interview with the Client revealed that inside the renovated home, there are noticeable odors and some copper items have discolored and appear to be turning black.

*DETECTABLE ODOR*
Upon entering the structure, a faint sulfur odor was detected by the inspector.

*DESCRIPTION OF PHYSICAL DISCOMFORTS*
The structure was recently renovated and has not yet been occupied. There were no reports of allergic discomforts.

Copyright DRISKILL ENVIRONMENTAL CONSULTANTS L.L.C. 2003

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*SCOPE OF WORK*

On May 19, 2009, Driskill Environmental Consultants L.L.C. was requested by the client to perform an environmental assessment of the property located at 2521 Judy Dr., Meraux, LA 70075. The purpose of this investigation was to determine if the structure contains contaminated sheetrock, test for Hydrogen Sulfide ($H_2S$) off-gassing and document visual conditions of copper wiring, pipes, tubing and coils.

*PROPERTY DESCRIPTION*

| SECTION | BRIEF DESCRIPTION OF SECTION |
|---|---|
| Type of Construction | Residential Home |
| Use of Structure | Single Family Residence |
| Approximate Age | Renovated in 2007, Interior is Approx. Two Years Old |
| Stories / Levels | One Story |
| Roof System | Seal Tab Shingle |
| Exterior Walls | Brick Veneer |
| Foundation | Concrete Slab |
| Flooring | Carpeting & Ceramic Tile |
| Interior Walls | Sheetrock |
| Interior Ceilings | Sheetrock |
| A/C System | One System |

*OCCUPANCY INFORMATION*

| SECTION | BRIEF DESCRIPTION OF SECTION |
|---|---|
| Year Built / Renovated | Renovated 2007, after hurricane Katrina |
| Building Contractor | Client |
| Brand of Sheetrock | Chinese markings on backside of sheetrock |
| Date of First Occupancy | The structure has not been occupied |

*MOISTURE / AIR / TEMPERATURE MEASUREMENT INFORMATION*

TEMPERATURE

| Room Name | Location | Dry Bulb | Wet Bulb | Relative Humidity | Specific Humidity | Dew Point |
|---|---|---|---|---|---|---|
| Kitchen | At the Counter | 75.1 | 64.2 | 55.0 | | 57.7 |
| | | | | | | |
| Note: A/C system was not in operation at the time of this inspection. | | | | | | |

*ENVIRONMENTAL CONDITIONS*
    Inside Temperature: 75.1
    Relative Humidity:  64.2

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*TESTING LOCATIONS AND INSTRUMENT READINGS*

Extrapolating the data from a Hydrogen Sulfide detection meter readings, we can reach reasonable conclusions as to the levels of $H_2S$ gas present at various locations of the interior structure. Instrument readings are reported in **ppm, (parts per million)**.

| HYDROGEN SULFIDE INSTRUMENT READINGS | | |
|---|---|---|
| Room Location | Location of Reading | Instrument Readings ppm |
| Kitchen | Receptacles (2), Oxidized | <1 ppm |
| Dining & Living Room | Receptacles (4), Oxidized | <1 ppm |
| Front, Right Bedroom | Exterior Wall, Receptacles (2), Oxidized | <1 ppm |
| Middle, Right Bedroom | Interior Wall, Receptacles (3), Oxidized | <1 ppm |
| Rear Bedroom | Interior Wall, Receptacles, Oxidized | <1 ppm |
| | | |
| | | |

| PLUMBING SYSTEM COMPONENTS | | |
|---|---|---|
| Room Location | Supply Lines, Visual Condition | Instrument Readings ppm |
| Laundry Room | Wash Machine Faucets - Oxidized | < 1 ppm |
| | | |
| | | |
| | | |

| WATER HEATER INFORMATION | | |
|---|---|---|
| Water Heater | Supply Water Lines, Visual Condition | Instrument Readings ppm |
| Location - Laundry Room | | |
| Supply Lines | Cooper Pipes - Back | < 1 ppm |
| Metal Valves | Okay | |
| Overall Condition | Oxidized Copper | < 1 ppm |
| Brand Name | | |
| Heater Age | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| BATHROOMS | | |
|---|---|---|
| **Bathroom #1** | **Visual Conditions** | **Instrument Readings ppm** |
| Location - Hall Bathroom | | |
| Toilet Supply Lines/Valves | Normal | < 1 ppm |
| Lavatory Supply Lines/Valves | Normal | < 1 ppm |
| Lavatory Drain Lines | Normal | < 1 ppm |
| Lavatory Fixtures/Faucets | Normal | < 1 ppm |
| Shower Fixtures/Faucets | Normal | < 1 ppm |
| Mirrors and Other | Normal | < 1 ppm |
| **Bathroom #2,** | **Visual Conditions** | **Instrument Readings ppm** |
| **Location - Master Bathroom** | | |
| Toilet Supply Lines/Valves | Normal | < 1 ppm |
| Lavatory Supply Lines/Valves | Normal | < 1 ppm |
| Lavatory Drain Lines | Normal | < 1 ppm |
| Lavatory Fixtures/Faucets | Normal | < 1 ppm |
| Shower Fixtures/Faucets | Normal | < 1 ppm |
| Mirrors and Other | Normal | < 1 ppm |
| **Bathroom #3,** | **Visual Conditions** | **Instrument Readings ppm** |
| Location | | |
| Toilet Supply Lines/Valves | | |
| Lavatory Supply Lines/Valves | | |
| Lavatory Drain Lines | | |
| Lavatory Fixtures/Faucets | | |
| Shower Fixtures/Faucets | | |
| Mirrors and Other | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| A/C System, #1 | Visual Conditions | Instrument Readings ppm |
| Location - Attic | | |
| Make and Type | Goodman, Central System | |
| Age and Condition | New System - Not Used Yet - New Condition | < 1 ppm |
| Condition of Evaporator Coils | Has not been placed into operation | < 1 ppm |
| Condition of Metal Parts | Normal | < 1 ppm |
| Components Replaced | | |
| | | |
| A/C System, #2 | Visual Conditions | Instrument Readings ppm |
| Location | | |
| Make and Type | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Other Metal Parts | | |
| Components Replaced | | |
| | | |
| A/C System, #3 | Visual Conditions | Instrument Readings ppm |
| Location | | |
| Make and Type | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Other Metal Parts | | |
| Components Replaced | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| Main Electrical Panel | | |
| Main Electrical Panel | Visual Conditions | Instrument Readings ppm |
|  |  |  |
| Location – Outdoors on the exterior wall | | |
| Condition of Exposed Wire | Normal | < 1 ppm |
| Condition of Buss Bar | Normal | < 1 ppm |
| Condition of Breakers | Normal | < 1 ppm |
| Condition of Other Metals | Normal | < 1 ppm |
|  |  |  |
| Sub-Electrical Panel | | |
| Sub-Electrical Panel | Visual Conditions | Instrument Readings ppm |
| Location |  |  |
| Condition of Exposed Wire |  |  |
| Condition of Buss Bar |  |  |
| Condition of Breakers |  |  |
| Condition of Other Metals |  |  |

|  | Receptacles/ Switches |  |
|---|---|---|
| Receptacles/ Switches Location | Visual Conditions of Receptacles or Switches | Instrument Readings ppm |
| Kitchen | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Breakfast Room | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Dining Room | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Living Room | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Master Bedroom | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Front Bedroom | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Middle Bedroom | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Rear Bedroom | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |
| Laundry Room | Exposed Copper – Receptacle & Switch Oxidized | < 1 ppm |

|  | Electrical Fixtures |  |
|---|---|---|
| Electrical - Fixture Location | Visual Conditions | Instrument Readings ppm |
| Throughout Home | Metal of Ceiling Fixtures - Not Oxidized | < 1 ppm |
|  |  |  |
|  |  |  |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| Appliances | Visual Conditions | Instrument Readings ppm |
|---|---|---|
| Intermittent Operations of Appliances - Yes | | |
| Refrigerator | Normal | < 1 ppm |
| Freezer | Normal | < 1 ppm |
| Clothes Washer | Normal | < 1 ppm |
| Clothes Dryer | Normal | < 1 ppm |
| Dishwasher | Normal | < 1 ppm |
| Other Appliances | | |
| Other Appliances | | |

| Attic Areas | Visual Conditions | Instrument Readings ppm |
|---|---|---|
| Electrical Junction Boxes | N/A | |
| Electrical Disconnects | NONE | |
| Sub-Panels NONE | | |
| Other Conditions | Plumbing Pipes - Oxidized | < 1 ppm |
| Other Conditions | | |

*AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL*

*AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL*
Listed below are the areas observed in the structure that are suspected of containing contaminated sheetrock and the non-accessible areas of the structure that are also suspected of containing contaminated:

1. All areas of the interior structure were visually inspected and visual conditions revealed excessive, black oxidation on copper wiring and pipes.

*CORRODED COMPONENTS*
1. All copper pipes indoors are considered to be corroded by oxidation.
2. Al electrical receptacles, switches, light fixture connections are considered to be corroded.

*DETERIORATED / CORRODED / TARNISHED HOME CONTENTS*
1. At this time, the home has no contents or furniture inside.

*CAUSATION*
1. An inspection of the attic revealed the backside of the sheetrock had visible the markings of the name of Knauf which is sheetrock manufacture in China and is suspected of supplying defective drywall material.

*DAMAGE ASSESSMENT*
Primary damage caused by contaminated sheetrock that includes oxidation of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. All sheetrock inside the structure is considered contaminated and must be removed from the structure and discarded. Removal of contaminated materials should be performed by controlled methods. method by using HEPA-filtered indoor air, secured disposal HEPA-

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

vacuuming, and detailed cleaning with all work being performed in a controlled and\or contained environment.

    a. HEPA-filtered, Negative Air Devices should be installed filter air-born dust and particles from the indoor air during the demolition work. A minimum of four air exchanges per hour should be maintained in work areas.

    b. Misting the surface of sheetrock, subject to being removed, will act as a dust suppressant in an effort to minimize and control air borne contaminates. Additionally, when sheetrock is cut-out, less debris is produced. When contaminated sheetrock is busted apart, levels of air born contaminates are likely to increase, including the clean up.

    c. All debris must be bagged or wrapped with six-mil plastic and sealed immediately, during the removal and then transported to a secure dumpster or transportation vehicle for disposal. In no instance should waste materials be thrown or dropped out of a building. All debris should be carried out of the structure.

    d. After demolition and removal of contaminated materials, HEPA vacuuming must be performed on all surface areas of structural wood members. Exposed ceiling and/or wall cavities, flooring and including various areas of the structure that may be affected by contaminated dust and debris.

2. All electrical switches, receptacle and fixtures that have advanced oxidization must be removed. Oxidized electrical copper wiring must be cut and removed or cleaned free of oxidation.

3. Once the structure has been cleaned and free of contaminates, all surfaces of structural wood members will require chemical neutralizing before any build back can begin.

*OTHER CONSEQUENTIAL DAMAGE*

Secondary damage to the structure or contents that may have been caused by defective sheetrock but may not be readily visible or accessible at the time of this inspection is as follows:

1. Failure to follow proper protocol in the demolition of contaminated sheetrock contained inside the structure could result in cross contamination which might cause sick building syndrome in the future.

*REMEDIATION* SUMMARY

Based on the inspection of the subject structure and mold analysis, we offer the following commentary regarding remediation and removal of contaminated sheetrock:

1. Those areas, contents or items inside the structure listed in the *DAMAGE ASSESSMENT* section of this report, shall be the general scope of removal and replacement of contaminated sheetrock. It should be expected that, if contaminated sheetrock extends beyond that which was observed during this inspection, then additional removal and replacement shall be expected.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*REMEDIATION REFERENCING GUIDELINES*

**Remediation Protocol:** The purpose of the sheetrock removal Protocol set forth in this document is to physically remove the contaminated drywall by controlled demolition, HEPA vacuuming, and detailed cleaning with all work being performed in a controlled and\or contained environment.

**Build-Back / Reconstruction:** The remediation recommendations in this report do not address reconstruction, installation, or replacement of systems or components unless it is absolutely necessary to maintain the integrity of the remediation process.

**Personal Protective Equipment:** Appropriate training in the proper use of (PPE) Personal Protective Equipment in accordance with EPA respiratory protection shall be applied for all persons entering or working in the building. The minimum respiratory protection for the remediation of this structure shall include HEPA filtration with organic vapor and mist rating. During remediation, Hydrogen Sulfide levels can be expected to be elevated more than the level present before materials were disturbed.

**Negative Air Devices:** Establish a negatively pressurized containment of the structure to control airflow, worker traffic patterns and prevent cross contamination of work areas. HEPA-filtered Negative Air Devices shall be installed in the contained areas to maintain a minimum negative pressure differential of -0.02 in the work area. A minimum of four air exchanges per hour shall be maintained in these areas.

**Decontamination of Air and Surfaces:** It is important to note that the EPA does not list a protocol for cleaning structural surfaces where contaminated drywall has been installed. Therefore we recommend that all surfaces that contained contaminated sheetrock be cleaned and neutralized with chemicals that have been determined to neutralize Hydrogen Sulfide.

**Dust Control:** Misting is recommended to surfaces or contents subject to being removed to act as a dust suppressant to help control air borne contaminates. Misting shall be done so with EPA approved liquid solutions only. Materials, systems, and components shall be removed with methods so as to minimize dust and spread of dust or gypsum contamination. All debris is to be bagged or wrapped with six mil plastic immediately during removal and transported to a secure dumpster or transportation vehicle for disposal. In no instance shall remediation be thrown or dropped out of the building. All debris shall be carried out of the structure.

**Sheetrock Walls:** All drywall shall be removed in logical units to facilitate replacement of drywall. Approximate guidelines are given when applicable in the damage assessment section of this report.

**HEPA Vacuum:** All vacuuming is to be performed using HEPA vacuum cleaners. All visible drywall debris and dust is to be removed from structural wood members and other surfaces using HEPA vacuum equipment and wire brushes or HEPA vacuum assisted power tools. The work area is to be cleaned so that it is free of all dust and debris after removal work is complete.

**Structural Decontamination:** After all HEPA vacuuming, wire brushing and wiping has been completed on all required surfaces then an application of a neutralizing solution shall be applied to exposed wall studs, floor plates, joists and other wood structural members.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

**Containment Requirements:** Containment and HEPA filtered negative air differential shall remain in place until it has been demonstrated that dust and debris have been reduced to acceptable levels. Post-demolition and cleaning sampling will only be performed when the structure is visually a dust-free environment.

**Post Demolition Requirements:** The negative air equipment shall be left on except for the 24-hour period immediately prior to post sampling. The intake side of negative air machines must be sealed prior to shutting off or moving any unit. Failure to seal the contaminated side of the equipment may result in a release of contaminants back into the building.

**Additional Remediation:** Additional cleaning of the structure shall be performed as necessary until normal Hydrogen Sulfide levels have been achieved. Chemicals shall not be used as the primary method for the decontamination of this building.

*CONTAINMENT*

*LEVEL III LARGE ISOLATED AREAS*
**(30-100 square feet)- e.g., several wallboard panels)**

A health and safety professional with experience performing decontamination investigations should be on staff prior to demolition and decontamination activities to provide oversight for the project.

The following procedures at a *minimum* are recommended:

a. It is recommended that personnel are trained in the handling of hazardous materials, equipped with respiratory protection, (e.g., N95) as well as disposable respirators, that is in accordance with OSHA Respiratory Protection Standard, (29 CFR 1910.134). Gloves and eye protection should be worn.

b. The work area and areas directly adjacent should be covered with plastic sheet(s) and taped before remediation begins in order to contain dust/debris.

c. Seal ventilation ducts/grills in the work area and areas directly adjacent with plastic sheeting.

d. Work areas near or directly adjacent should be unoccupied. People should be vacated from areas near remediation work being performed and/or from areas that require remediation work. Avoiding all contact with toxic materials and areas near remediation work is strongly recommended for young infants (less than 12 months old) and also persons having undergone a recent surgery, immune suppressed people and people with chronic, inflammatory lung diseases (e.g., asthma, hypersensitivity pneumonitis, and severe allergies).

e. Dust suppression methods, such as misting (not soaking) surfaces with an E.P.A. approved, dust suppressant prior to demolition work is recommended.

f. Contaminated materials that cannot be cleaned should be placed in plastic bags and sealed before removing from the building.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

g. Work areas and surrounding areas should be HEPA vacuumed and cleaned with a damp cloth and/or mopped with a neutralizing solution.

*OCCUPANCY & HEALTH CONSIDERATIONS*
**OSHA**'s former limits for Hydrogen Sulfide were a 20-ppm, STEL (short term exposure limit), (10-minute maximum duration) and a 50-ppm, ceiling limit.

The proposed and final rule for this substance is 10-ppm, as an 8-hour TWA (time weighted average) and 15-ppm, STEL (short term exposure limit). These limits are consistent with those of the ACGIH.

NIOSH has a REL for Hydrogen Sulfide of 10-ppm, as a 10-minute ceiling. Hydrogen Sulfide is a colorless, flammable gas with the odor of rotten eggs.

*In the event any family member or occupant of the structure begins experiencing adverse health response to indoor air quality we advise medical counseling.*

**MODERATE RISK** - Two of the components, equipment or appliances have evidence of unusual, excessive corrosion or discoloration indicating the likelihood of Chinese Drywall being present in the home.

*ASSISTANCE AND RECOMMENDATIONS*
Please call our office for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition and /or abatement of any materials affected by contaminated sheetrock, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. If the client is unsure of their ability to conduct safe demolition or abatement of any or the entire noted contaminated sheetrock areas, then we highly recommend that they contact our office for professional guidance or recommendations. This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.