STATE OF LOUISIANA

PARISH OF ST. TAMMANY

### SPECIAL WARRANTY DEED

BE IT KNOWN, that on the dates hereinafter set forth and before me, the undersigned Notary Public, and in the presence of the undersigned legal and competent witnesses, personally came and appeared:

FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION (TAX ID#52-0883107), organized and existing under the laws of the United States of America, represented by the undersigned, LOUIS GRAHAM ARCENEAUX or STACY C. WHEAT, Graham, Arceneaux & Allen, LLC, duly authorized by virtue of a Power of Attorney and/or Delegation of Authority, duly recorded in the public records in the Parish aforesaid, whose address is 14221 Dallas Parkway, Suite 1000, Dallas, TX 75254; herein referred to as SELLER,

who declared and acknowledged that for the price hereinafter expressed, it has sold, conveyed and delivered, and by these presents does sell, bargain, transfer, assign, set over and deliver without warranty of title, even as to the return of the price, except as to the acts of Seller, but with complete transfer and subrogation of all rights and actions in warranty against former proprietors of the property herein conveyed unto:

SIDNEY S. STANFIELD, JR., (SS#XXX-XX-8794), a person of the full age of majority and being a resident of and domiciled in the Parish of St. Tammany, State of Louisiana, who after being duly sworn, declared unto me, Notary that he has been married but twice; first to Elisa Olsen from whom he is divorced and second to Sherry Pareti Stanfield with whom he is presently living and residing; that he is purchasing the herein described property with his separate and paraphernal funds, to be his separate property and to be administered and controlled by him as his separate and paraphernal property and whose current mailing address is 208 Emerald Creek West, Abita Srings, LA 70420; hereinafter referred to as BUYER;

present and accepting this sale for himself, his heirs and assigns, the following described property, together with improvements and appurtenances thereunto belonging, situated in the Parish of St. Tammany, State of Louisiana, to-wit:

THAT CERTAIN PIECE OR PORTION OF GROUND, together with all buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in Section 6, Township 7 South, Range 12 East, State of Louisiana, Parish of St. Tammany, Town of Abita Spring, In that subdivision known as Dundee Duplexes, Phase One, as shown on the Final Plat thereof by Randall W. Brown & Associates, Inc., dated February 2, 2006, approved by the Mayor of Abita Springs, Louisiana, on February 8, 2006, filed February 9, 2006 in Map File 4149, official records of St. Tammany Parish, Louisiana, which plat was corrected per instrument dated April 11, 2006, filed as Instrument No. 1546512, Conveyance Records of St. Tammany Parish, Louisiana, according to which plat, said lots are designated as follows:

Lot 18 situated in the area bounded by Linda Lou Lane, Louisiana Highway 36, Dundee Street, and the southerly and westerly lines of the subdivision.

Improvements thereon bear the Municipal No. of 1059 Linda Lou Lane, Abita Springs, LA 70420

```
St. Tammany Parish 7b
Instrmnt #: 1792173
Registry #: 2028166 aas
11/16/2010 11:00:00 AM
MB    CB X MI    UCC
```


EXHIBIT 2

**TO HAVE AND TO HOLD**, the above described property unto **BUYER**, her heirs and assigns forever.

The price for which the above sale is made is the sum of FORTY THOUSSAND ONE DOLLARS AND NO/100 ($40,001.00) DOLLARS, cash in hand paid, the receipt of which is hereby acknowledged and full acquittance and discharge are granted therefor by Seller.

Buyer acknowledges that he has been given the opportunity to inspect the property prior to the execution of this sale and Buyer accepts the property "AS IS", and agrees that it is suitable for Buyer's purposes. Buyer understands and agrees that Seller makes no express or implied warranty whatsoever, including without limitation, its past, present or future infestation by termites or other wood destroying insects, its component parts, its mechanical, electrical, plumbing, heating, cooling and other systems, its environmental and soil conditions, its elevation, drainage and flood qualities and conditions, and its zoning and flood classifications and its compliance with federal, state and local laws, regulations, ordinances, codes, permits, licenses, approvals, and the like. This sale is accepted without any such warranty of condition, suitability and fitness even as to redhibitory vices and defects, apparent, nonapparent, or latent, which now exist or which may hereafter exist, and which, if known by Buyer, would cause Buyer to refuse to purchase the property. Accordingly, Buyer expressly waives and relinquishes any right to avoid this sale or reduce the price or hold Seller responsible for damages on account of any such conditions, lack of suitability and fitness, and vices or defects, and Buyer does hereby assume responsibility for the condition, fitness, suitability, vices and defects of the property. BUYER HEREBY ACKNOWLEDGES THAT SHE HAS READ THE FOREGOING WAIVER OF RIGHTS.

*(signature)*
**SIDNEY S. STANFIELD, JR.**

It is further stipulated and agreed to by all parties hereto that BUYER/ GRANTEE herein shall be prohibited from conveying captioned property to a bonafide purchaser for value for a sales price of greater than $48,001.20 for a period of 3 months from the date of this deed. Buyer/Grantee shall also be prohibited from encumbering the subject property with a security interest in the principal amount of greater than $48,001.20 for a period of 3 months from the date of this deed. These restrictions shall run with the land and are not personal to Buyer/Grantee.

This restriction shall terminate immediately upon conveyance at any foreclosure sale related to a mortgage or deed of trust.

Ad valorem taxes for the current year will be pro-rated between Buyer and Seller and will be paid by Buyer.

THUS DONE AND PASSED, in the Parish of St. Tammany, State of Louisiana, on the 12th day of November, 2010, in the presence of the undersigned legal and competent witnesses and me, Notary Public.

WITNESSES:

Printed Name: *Phillip A. Ketchum*

Printed Name: *Sandra Hemphill*

BUYER:

SIDNEY S. STANFIELD, JR.

NOTARY PUBLIC
(Printed Name & ID No.)
NANCY P. BAAS
NOTARY #55652, St. Tammany Parish
My commission expires at my death.

[Executed in Counterpart on following page]

THUS DONE AND PASSED, in the Parish of _Orleans_, State of Louisiana, on the 12th day of _May_, 2010, in the presence of the undersigned legal and competent witnesses and me, Notary Public.

WITNESSES:

Shermet R. Brown
Printed Name: Shermet R. Brown

Lacey Parsons
Printed Name: Lacey Parsons

FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION, organized and existing under the laws of the United States of America

By: _Stacy C. Wheat_
L. Graham Arceneaux, attorney **or**
Stacy C. Wheat, attorney
Graham, Arceneaux & Allen, LLC

_____
NOTARY PUBLIC

(Printed Name & ID No. _____)