## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO<br><br>ALL CASES | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### NOTICE OF FILING BY PHILIP A. GARRETT

PLEASE TAKE NOTICE that in accordance with Pretrial Order No. 28(E) Philip A. Garrett files with the Court a revised affidavit setting forth the updated total time and expenses submitted to and accepted by Philip A. Garrett for the firms that seek compensation for common benefit attorneys' fees and reimbursement of expenses pursuant to PTO 9 and PTO 28. This filing is made by Plaintiffs' Liaison Counsel as an accommodation to Philip A. Garrett.

Respectfully submitted,

Dated: November 4, 2014

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of November, 2014.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman & Katz, L.L.C.
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      Ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel MDL 2047*