# EXHIBIT 2

# Kate Robinson

**From:** Philip Garrett [mailto:pgarrett@garrettco.com]
**Sent:** Monday, November 03, 2014 3:47 PM
**To:** Russ Herman; Arnold Levin
**Cc:** Allison Grant; Jeremy W. Alters; Arline Pelton; Spencer M. Aronfeld; Dawn Barrios; Daniel MDL Atty Becnel; Joe Bruno; Jeff Keiser; Gerald Meunier; Naegele & Theado LLC Gary; Richard S. Lewis; Lenny Davis; Anthony Irpino; a.kanner@kanner-law.com; MICHAEL RYAN; Jack Landskroner; Robert Becnel; Andrew Lemmon; Ted Leopold; Mike Papantonio; Sandra Duggan; Daniel K. Bryson; smullins@luckeyandmullins.com; Gary Mason; Mark Milstein; Morris Bart; Jerrold Parker; William Lascara; Patrick Pendley; Victor Mas; Jim Reeves; Joel Rhine; Richard Serpe; Chris Seeger; W. James Singleton; Richard Taylor; Hugh Lambert; Bruce Steckler; Tom Thornhill; Deborah Vaughn; Victor Diaz; E. John Litchfield; Pieter M. O'Leary; William Anderson; Mark Glago; Rkshelquist; Dianne Nast; Pete Strom; James Scarmozzino; Dennis Reich; John Andry; Raul Bencomo; sbickford@mbfirm.com; palbanis@forthepeople.com; teaves@wwhgd.com
**Subject:** PTO 28 Affidavit to Court required by CPA

There are approximately 43 firms that are PTO28 compliant from my information and 10 that are not compliant as well as 8 firms that have never submitted common benefit time or costs.

PTO28 Compliant firms:

|    |                                                                                    |
|---:|------------------------------------------------------------------------------------|
|  1 | Allison Grant, P.A.                                                                |
|  2 | Alters, Boldt, Brown, Rash, & Culmo                                                |
|  3 | Anderson Kill, PC                                                                  |
|  4 | Aronfeld Trial Lawyers, P.A.                                                       |
|  5 | Barrios, Kingsdorf & Casteix                                                       |
|  6 | Becnel Law Firm LLC                                                                |
|  7 | Bruno & Bruno, LLP                                                                 |
|  8 | Colson - Hicks Edison PA                                                           |
|  9 | Gainsburgh, Benjamin, et al                                                        |
| 10 | Gary, Naegele & Theado, LLC                                                        |
| 11 | Hausfeld LLP                                                                       |
| 12 | HHK                                                                                |
| 13 | Irpino Law Firm                                                                    |
| 14 | Kanner & Whiteley, L.L.C.                                                          |
| 15 | Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, PA           |
| 16 | Landskroner - Grieco - Madden LLC                                                  |
| 17 | Law Offices of Robert M. Becnel                                                    |
| 18 | Lemmon Law Firm, LLC                                                               |
| 19 | Leopold Kuvin, P.A./Mrachek                                                        |
| 20 | Levin Papantonio Law                                                               |
| 21 | Levin, Fishbein, Sedran & Berman                                                   |
| 22 | Lewis & Roberts PLLC                                                               |
| 23 | Luckey & Mullins, PLLC                                                             |
| 24 | Martzell Bickford                                                                  |

| | |
|---|---|
| 25 | Mason LLP |
| 26 | Milstein Adelman, LLP |
| 27 | Morgan & Morgan |
| 28 | Morris Bart, L.L.C |
| 29 | Parker Waichman LLP |
| 30 | Pender & Coward, PC |
| 31 | Pendley Baudin & Coffin, LLP |
| 32 | Podhurst Orseck, P.A |
| 33 | Reeves & Mestayer, PLLC |
| 34 | Rhine Law Firm, P.C. |
| 35 | Richard J. Serpe, P.C. |
| 36 | Seeger Weiss LLP |
| 37 | Singleton Law Firm |
| 38 | Taylor Martino, PC |
| 39 | The Lambert Firm |
| 40 | The Steckler Law Firm |
| 41 | Thornhill Law Firm |
| 42 | Vaughn Bowden & Wooten, PA |
| 43 | VM Diaz and Partners, LLC |

Not PTO28 Compliant firms

| | |
|---|---|
| 1 | Berrigan, Litchfield, Schonekas, Mann & Traina, LLC |
| 2 | Burdman Law Group |
| 3 | Cuneo Gilbert & LaDuca |
| 4 | Davis & Duncan, LLC |
| 5 | Glago Law Firm LLC |
| 6 | Lockridge Grindal Nauen P.L.L.P |
| 7 | Nast Law LLC |
| 8 | Strom Law Firm, LLC |
| 9 | Webb & Scarmozzino, P.A. |
| 10 | Weinburg, Wheeler, Hudgins, Gunn & Dial |

Firms with no common benefit time or costs

| | |
|---|---|
| 1 | Reich & Binstock, LLP |
| 2 | Andry Law Firm |
| 3 | Aylstock, Witkin, Kreis & Overholtz |
| 4 | Bencomo & Associates |
| 5 | Collins - Live Oak |
| 6 | Hawkins, Stracener & Gibson PLLC |
| 7 | Ingram & Associates |
| 8 | Law Offices of Sidney Torress, III |

My affidavit will be filed tomorrow if you have any other information on this matter please notify me at once. Thanks

Philip A. Garrett,CPA
156 Bald Eagle Drive
 Abita Springs, La   70420
Office:  985-746-9165
Direct:  985-635-1500
pgarrett@garrettco.com
www.garrettco.com