# EXHIBIT O

| ***ROGERS v. KNAUF GIPS, KG, ET AL*** |
|---|---|---|
| ***10-362*** |
| ***OMNIBUS IV(C) COMPLAINT*** |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Knauf GIPS KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |
| Knauf Plasterboard (Wuhu) Co. Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |
| Guangdong Knauf New Building Material Products Co., Ltd. | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |
| Knauf Insulation GmbH a/k/a Knauf USA and/or Knauf Insulation USA | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |
| Knauf UK GMBH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |
| Knauf International GmbH | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |

| ***ROGERS V. KNAUF GIPS, KG, ET AL*** |
|---|---|---|
| *10-362* |
| ***OMNIBUS IV(C)* COMPLAINT** |
| **DEFENDANT** | **ADDRESS FOR SERVICE** | **SERVICE WAS MADE** |
| Gebrueder Knauf Verwaltungsgesellschaft, KG | Kerry J. Miller, Esquire<br>Frilot LLC<br>Suite 3700<br>1100 Poydras Street<br>New Orleans LA 70130 | 2/4/11 |