UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION OF CURATOR FOR PRO SE
PLAINTIFFS REGARDING LATE KNAUF CLAIMS**

**NOW INTO COURT**, through undersigned counsel, comes Robert M. Johnston, Curator for Pro Se Plaintiffs, who moves this Court for leave to file the attached Supplemental Memorandum in Support of Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims.  The reasons for granting this motion are set forth more fully in the attached, Supplemental Memorandum.

Respectfully submitted,

**JOHNSTON HOEFER HOLWADEL**


  */S/ ROBERT M. JOHNSTON*
**ROBERT M. JOHNSTON**, (#7339)
400 Poydras Street, Suite 2450
New Orleans, LA 70130
Telephone:   (504) 561-7799
Fax:          (504) 587-3794

1

2

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 5th day of November, 2014.

                                                                                             _____*/s/ Robert M. Johnston*__