UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY<br>LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER

Considering the above and foregoing Motion for Leave,

**IT IS ORDERED** that Robert M. Johnston, Curator for Pro Se Plaintiffs, be and is hereby granted leave of Court to file the attached, Supplemental Memorandum.

New Orleans, Louisiana, this _____ day of November, 2014.

_____
**JUDGE**

1