UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION:  L |
| This document relates to: | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

## MOTION FOR LATE SUBMISSION OF AFFIDAVIT FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES PURSUANT TO PRETRIAL ORDER NO. 28

Comes now Lockridge Grindal Nauen P.L.L.P. with its motion to allow the Plaintiff Steering Committee and Fee Committee to consider its initial affidavit for compensation for common benefit time and reimbursement of expenses and supporting memorandum pursuant to Pre Trial Order No. 28 as if it had been timely submitted.

Dated:  November 6, 2014                LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                                    s/ Richard A. Lockridge
                                                    Richard A. Lockridge, Esq.
                                                    Lockridge Grindal Nauen P.L.L.P.
                                                    100 Washington Ave. South, Suite 2200
                                                    Minneapolis, MN  55401
                                                    (612) 339-6900
                                                    ralockridge@locklaw.com

487775.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Russ Herman (rherman@hhklawfirm.com), Arnold Levin (Alevin@LFSBLaw.com) and Dawn Barrios (barrios@bkc-law.com) by e-mail and by electronically uploading the same to LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in  accordance with the procedures established in MDL 2047 on this 6th day of November, 2014.

Dated:  November 6, 2014                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                            s/ Richard A. Lockridge
                                            Richard A. Lockridge, Esq.
                                            Lockridge Grindal Nauen P.L.L.P.
                                            100 Washington Ave. South, Suite 2200
                                            Minneapolis, MN  55401
                                            (612) 339-6900
                                            ralockridge@locklaw.com