UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This document relates to: | JUDGE FALLON |
| ALL CASES | MAG. JUDGE WILKINSON |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LATE SUBMISSION OF AFFIDAVIT FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES PURSUANT TO PRETRIAL ORDER NO. 28**

Comes now Lockridge Grindal Nauen P.L.L.P. with its motion to allow the Plaintiff Steering Committee and Fee Committee to consider its initial affidavit for compensation for common benefit time and reimbursement of expenses and supporting memorandum pursuant to Pre Trial Order No. 28 as if it had been timely submitted.

Lockridge Grindal Nauen P.L.L.P. ("LGN") regularly submitted time and expenses to the Philip Garrett Case Cost Management System pursuant to Pre Trial Order No. 9 and its time and expense submissions were regularly approved. On Monday, November 3, 2014, LGN was notified by Philip Garrett that LGN was not complaint with Pre Trial Order No. 28 as LGN had not yet submitted an initial affidavit and supporting memorandum. Both the initial affidavit and supporting memorandum have now been submitted to the Fee Committee and only includes time and expenses previously approved. LGN respectfully requests that this Court allow or otherwise grant authority to

487775.1

the PSC and Fee Committee to consider the initial affidavit and supporting memorandum as if they had been timely submitted pursuant to Pre Trial Order No. 28.

Dated: November 6, 2014           LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                      s/ Richard A. Lockridge
                                      Richard A. Lockridge, Esq.
                                      Lockridge Grindal Nauen P.L.L.P.
                                      100 Washington Ave. South, Suite 2200
                                      Minneapolis, MN  55401
                                      (612) 339-6900
                                      ralockridge@locklaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Russ Herman (rherman@hhklawfirm.com), Arnold Levin (Alevin@LFSBLaw.com) and Dawn Barrios (barrios@bkc-law.com) by e-mail and by electronically uploading the same to LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of November, 2014.


Dated:  November 6, 2014                LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                              s/ Richard A. Lockridge
                                              Richard A. Lockridge, Esq.
                                              Lockridge Grindal Nauen P.L.L.P.
                                              100 Washington Ave. South, Suite 2200
                                              Minneapolis, MN  55401
                                              (612) 339-6900
                                              ralockridge@locklaw.com

487775.1