UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This document relates to: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| ALL CASES | |

**[PROPOSED] ORDER TO ALLOW THE LATE SUBMISSION OF AFFIDAVIT FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES
<u>PURSUANT TO PRETRIAL ORDER NO. 28</u>**

This matter having been brought before the Court on Lockridge Grindal Nauen's motion to consider its initial affidavit for compensation for common benefit time and reimbursement of expenses and supporting memorandum pursuant to Pre Trial Order No. 28 as if it had been timely submitted.

**IT IS SO ORDERED** that Lockridge Grindal Nauen P.L.L.P.'s motion is **GRANTED** and the PSC and Fee Committee shall consider the initial affidavit and supporting memorandum as if they had been timely submitted pursuant to Pre Trial Order No. 28.

Dated:                                                         BY THE COURT

_____
The Honorable Eldon E. Fallon
United States District Judge

487856.1