UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
:

IN RE:    LORENZO ALVAREZ
Claimant ID #: 104856

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

COMES NOW Lorenzo Alvarez by and through the undersigned counsel and files this as his Motion For Leave To File Supplemental Memorandum. As grounds therefore it is alleged:

1. Counsel for Lorenzo Alvarez has conducted a conference on November 3, 2014 with Brown, Greer and the Pro-se Curator and all have conferred to reach a mutually agreeable outcome.

2. Robert Johnston, Esq., Pro-se Curator, has recommended the filing of a Supplemental Memorandum which is attached hereto and to clarify the current status of claims.

3. The Supplemental Memorandum will clarify recent transactions and outstanding claims.

Wherefore Lorenzo Alvarez by and through undersigned counsel prays that the Court allow the filing of the Supplemental Memorandum of Law which is essential to clarify the resolved and unresolved issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this 7 day of November, 2014, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                SUTTON LAW GROUP, PA
                Attorney for Claimant Lorenzo Alvarez
                7721 S.W. 62nd Ave., Ste. 101
                South Miami, Florida 33143
                Tele: (305) 667-4481
                Fax: (305) 666-21118
                info@suttonlawgroup.com

By: _____/s/_____
        JOHN R. SUTTON, ESQ.
        Fla. Bar No. 49411