UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE FALLON
: MAG.JUDGE WILKINSON
:

IN RE:LORENZO ALVAREZ
        Claimant ID #: 104856

### SUPPLEMENTAL MEMORANDUM OF LAW

COMES NOW Lorenzo Alvarez by and through the undersigned counsel and submits this Supplemental Memorandum to clarify the current resolved and unresolved claims. As grounds it is suggested:

1. A conference was conducted on November 3, 2014 at which BrownGreer and Robert Johnston Pro-se Curator attended and reviewed claims.

2. BrownGreer had approved prior to November 3, 2014 the Lorenzo Alvarez claim which generated a payment of Two Thousand Thirty Seven Dollars and seventy-five cents ($2037.75) which is shown by Exhibit A.

3. After the November 3, 2014, conference Katie Sanderson of BrownGreer emailed (Exhibit A) approval of Lorenzo Alvarez participation in the Banner Supply Fund at the rate of $2.97 per square feet of Lorenzo Alvarez' 2145 square foot home. This demonstrates that additional payment will be made in the amount of $6,370.65.

4. Brown Greer has agreed to pay a total of $8408.40.

5. As indicated in Exhibit A, BrownGreer has indicated that Pre Remediation Alternate Living Expense and/or Miscellaneous Claims are not within the discretion of

BrownGreer to approve and can only be approved by the Court. There is pending the following:

    A.    Alternate Living Expenses incurred from November 1, 2013 through November 1, 2014 at the rate of One Thousand Five Hundred Dollars ($1500.00) monthly. This claim and documentary evidence support is attached hereto as Exhibit B. It is important to note that remediation has not as yet been commenced and alternate living expense will continue.

    B.    Air conditioning: Attached hereto as Exhibit C is the quotation for replacement of air conditioning.

    C.    Lorenzo Alvarez has paid in 2012 Sutton Law Group the sum of Five Thousand Dollars ($5000.00) as nonrefundable retainer. Since being initially retained counsel has charged nothing more and intends to render no further charges.

6.    Lorenzo Alvarez attests by execution of this Supplemental Memorandum that he has additional claims of Twenty Eight Thousand Seven Hundred and ninety-nine Dollars ($28,799.00).

7.    Lorenzo Alvarez and his undersigned counsel emphasize to BrownGreer, the Pro-se Curator, and the Court that the suggested compensation is far below the actual loss. Lorenzo Alvarez has recent bids to remediate the home for more than One Hundred Thousand Dollars ($100,000.00). The Moss Construction remediation never occurred.

Wherefore Lorenzo Alvarez, by execution of the Supplemental Memorandum provides the current status of claims.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this ___7___ day of November, 2014, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.mailto:jennifer.ruiz@csklegal.commailto:maryfente@fentelaw.com;

*Lorenzo Alvarez*
LORENZO ALVAREZ

SUTTON LAW GROUP, PA
Attorney for Claimant Lorenzo Alvarez
7721 S.W. 62nd Ave., Ste. 101
South Miami, Florida   33143
Tele:   (305) 667-4481
Fax: (305) 666-21118
info@suttonlawgroup.com

By: _____/s/_____
JOHN R. SUTTON, ESQ.
Fla. Bar No. 49411