UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION
: SECTION L

: JUDGE FALLON
: MAG. JUDGE WILKINSON

IN RE: LORENZO ALVAREZ
Claimant ID #: 104856

## NOTICE OF FILING EXHIBITS TO MOTION TO LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

COMES NOW Lorenzo Alvarez by and through the undersigned counsel and files this as his Notice of Filing Exhibit to Motion For Leave To File Supplemental Memorandum. As grounds therefore it is alleged:

1. E-mail dated November 3, 2014 from BrownGreen.
2. Quote from Altman Air.
3. Received from payment of rental.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mail this 7th day of November, 2014, to all parties electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

SUTTON LAW GROUP, PA
Attorney for Claimant Lorenzo Alvarez
7721 S.W. 62nd Ave., Ste. 101
South Miami, Florida 33143
Tele: (305) 667-4481
Fax: (305) 666-21118
info@suttonlawgroup.com

By: /s/
JOHN R. SUTTON, ESQ.
Fla. Bar No. 49411

## CID 104856, Claim ID 11597 (Alvarez)

From: Katie Sanderson
Sent: Mon, Nov 3, 2014 at 12:25 pm
To: info@suttonlawgroup.com
Cc: Jacob S. Woody, rmj@ahhelaw.com

Mr. Sutton,

Upon further review we were able to confirm Banner Supply did in fact supply Chinese drywall to Mr. Alvarez's home, located at 172 Northwest Seventeenth St., Homestead, FL 33030. We will update the claim to reflect Banner as the Supplier.

We previously issued a payment to Mr. Alvarez from the Global Installer Fund in the amount of $2,037.75 (Under Air Square Footage 2,145 x $0.95 = $2,037.75). We intend to issue an additional payment from the Banner Supply Fund in the amount of $6,370.65 (Under Air Square Footage 2,145 x $2.97 = $6,370.65). Mr. Alvarez would receive a total payment of $8,408.40. Mr. Alvarez may cash the check previously issued in the amount of $2,037.75.

This change would potentially resolve any issues regarding the Global, Banner, InEx Repair and Relocation Expenses. Approval to submit additional claims, such as Miscellaneous and/or Pre-Remediation Alternative Living Expenses would require Court approval.

If Mr. Alvarez pursues Remediation of the Affected Property through the Pilot Program, payments made from the Settlement Program will be deducted from any payments made through the Pilot Program.

Please contact me with any questions.

Thank you,
Katie

Katie Sanderson
Senior Analyst III
BROWNGREER PLC
250 Rocketts Way
Richmond, Virginia  23231
Telephone:   (804) 521-7230
Facsimile:   (804) 521-7299
www.browngreer.com<http://www.browngreer.com/>

This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.



# ALTMAN AIR, INC.

AIR CONDITIONING
COOLING & HEATING

12273 SW 132 COURT - MIAMI * FLORIDA 33186 * (305) 235-6095 - FAX (305) 251-1271

_SERVING SOUTH FLORIDA FOR OVER 35 YEARS_    STATE CAC1816271

Purchaser: Lorenzo Alvarez        Phone: 305-252-4902        Date: 10/29/14
Address: 172 NW 17 ST            Job Address: SAME
City, State, Zip: HOMESTEAD, FL 33030   Work: ____   E-Mail: Richard_kayfetz@msn.com

*We will furnish, install and service the equipment listed below at the price, terms and conditions outlined on both sides of this proposal*

☐ New Construction    ☐ Existing Structure    ☒ Replacement

(UNDER CONSTRUCTION (Permit No.) _____

| QUANTITY | EQUIPMENT | RHEEM SINGLE SPEED | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | CONDENSER | 4 | Tons Model # | 13AJN48A01 | SEER | 13.5 | Btuh | 46,500 |
|  | CONDENSER |  | Tons Model # |  | SEER |  | Btuh |  |
|  | Condenser |  | Tons Model # |  | SEER |  | Btuh |  |
|  | Condenser |  | Tons Model # |  | SEER |  | Btuh |  |
|  | Air Handler |  | Tons Model # |  | VERT | HORZ |  |  |
|  | Air Handler |  | Tons Model # |  |  |  |  |  |
| 1 | AIR HANDLER | 4 | Tons Model # | RHLLHM4821JA | ☒ |  |  |  |
|  | AIR HANDLER |  | COIL MODEL # |  |  |  |  |  |
|  | KWs HEAT STRIP |  | PURE AIR |  |  |  |  |  |
| 1 | 10 KWs HEAT STRIP |  | HEATER MODEL # | RXBH-1724C10J |  |  |  |  |

## Items Checked Apply

☒ RECONNECT TO EXISTING DUCT SYSTEM   ☐ CUTTING & PATCHING FOR PIPES,DUCTS,ECT   ☒ PERMIT AND INSPECTION INCLUDED
☒ RECONNECT TO ALL EXISTING CONDITIONS   ☒ HONEYWELL 4000   ☒ RECONNECT TO EXISTING DISCONNECT
☐ FLEX DUCT TO OUTLETS   ☐ PROG.TOUCH SCREEN THERMOSTAT   ☐ NEW AIR HANDLER STAND
☐ NEW SUPPLY VENTS   ☒ CLEAN WORK AREA   ☐ NEW CONDENSER SLAB
☐ RETURNS   ☒ RECONNECT TO EXISTING DRAIN   ☒ 10 YEAR COMPRESSOR WARRANTY
☐ LINEAR DIFFUSERS   ☐ NEW CONDENSATE PUMP   ☒ 10 YEAR CONDESOR COIL WARRANTY
☐ FILTER BACK GRILL   ☐ INSTALL AUX. CONDENSATE DRAIN PAN   ☒ 10 YEAR PARTS WORK WARRANTY
☐ CUSTOM AIR FILTERS   ☒ INSTALL CONDENSATE SAFETY SWITCH   ☒ 1 YEAR LABOR ONLY
☐ BATH FANS   ☐ CARPENTRY INCLUDED   ☐
☐ BATH EXHAUST DUCT.   ☐ DRYER DUCT   ☐
☐ KITCHEN EXHAUST DUCT ONLY   ☐ NEW CLEAN DRY COPPER REF. LINES   ☐
☐ BALANCE DUCT SYSTEM   ☒ RECONNECT TO EXISTING REF/ LINES   ☐
☒ REMOVE EXISTING EQUIPMENT

Comments: NEW REFRIGERATION LINE ADD $ 325.00 TO CONTRACT PRICE

ALL CONTRACTS MUST BE APPROVED BY OFFICER OF ALTMAN AIR INC BEFORE WORK CAN BEGIN

We agree to furnish and install the above described labor and materials for $ ___ $ 4,299.00 ___ on the terms indicated below.

_DAVID ALTMAN_
For Altman Air, Inc.

Acceptance:
I, (we) the undersigned Purchaser(s) acknowledge that (we) have read the condition on the reverse side and agree to be bound by them on this basis. I (we) accept the foregoing proposal and agree to make payment as follows:

with order ___ 30% ___, when ducts roughed in, _____ delivery of units, _____
UPON COMPLETION ___ 70% ___

Date: _____    Purchaser(s) _____

READ CONDITIONS ON BACK PAGE   * This proposal may be withdrawn if not accepted within * 30 Days

## CONDITIONS

**Representation:**

Purchaser is responsible for all equipment and materials delivered to job site. The same will be designed, fabricated and installed according to accepted engineering practice and in compliance with all applicable Florida Building Code (Mechanical Section) in force on above date. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge.

**Responsibility:**

PURCHASER(S) Represents he is (they are) the owner(s) of the premises at which this unit is to be installed and acknowledges receipt of a true copy of this proposal and acceptance acknowledges that he has read and understands the contents thereof, and understands no other agreement, verbal or otherwise is binding upon the parties thereto, and that same contains the entire agreement and understanding between the parties. In the event that purchaser(s) are tenants under a valid lease of the premises at which this unit is to be installed, they agree prior to installation to provide Sellers with a true copy lease naming the property owner and giving his address, so Seller may provide owner with notice of the pending improvement on the property.

**Limited Warranty:**

The warranties provided herein are expressly in lieu of other warranties or obligations expressed or implied and Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this equipment. SAID AIR CONDITIONER RUN BELOW 75 DEGREE MAY CAUSE MOLD AND MILDEW PLUS SWEATING GRILLS

limited Warranty Does Not Cover Normal Maintenance To Equipment.

**Retained Owners:**

Ownership of the above equipment and materials shall remain in seller's name and title is hereby retained until said is fully paid in accordance with the schedule of payments as set forth above. In the event payment is not made within the time and manner as set forth above, the seller, at its option may remove said equipment and materials and retake possession whether or not same have been permanently attached or affixed to the reality. Purchaser agrees to pay seller reasonable attorneys fees and cost if necessary to enforce of the terms of this agreement. All service shall be suspended on past due accounts.

**Default In Payments:** In the event any sum due from the purchaser(s) under this contract remains due and owing for more than 15 days beyond date, The purchaser may be deemed in default by the Seller(s). Purchaser(s) agree to pay all cost of collections including interest on unpaid principle, court cost, and attorney's in the event of default as specified above.

**General Release:**

It is agreed that the purchaser releases the seller from and that seller assumes no liability and shall not be responsible for any loss damage or delay caused by acts of government, strikes, walkouts, fire, explosion, theft, floods, rain, water damage, riot, civil commotion, war, nuclear disaster, malicious mischief, picket lines, Acts of God or by any cause beyond its control and in any event for consequential damage in the event any provision of this agreement is unenforceable the balance of this agreement shall survive.

**Purchaser(s) Repudiation**

That in the event the purchaser repudiates this contract after execution and refuses to allow seller to commence work under contract provisions than and in that event the purchaser shall pay to and be responsible to the seller in the sum of 10% or the contract price as and for liquidated and agreed damages and not a penalty.

**Voiding of Contract**

This contract may be voided at the option of the Seller if work has not commenced within 30 days of acceptance through no fault of the seller.

**Service Charge:**

Purchaser agrees to pay service charge of 1.55 per month on all pass due amounts regardless of status of job.

**Labor Warranty:**

Will commence upon start up date of Air Conditioning equipment or 45 days after final mechanical inspection

Normal Service: 8 A.M. to 4:30 P.M.

**Emergency Service:** We offer emergency service after normal working hours- 7 Dates - 24 Hours, at overtime Rates

## RECEIPT No. 126181

DATE 10/15/13
FROM Lorenzo Alvarez
$1500.00
☒ FOR RENT 13552 SW 287 LN Homestead #1
One thousand five hundred DOLLARS
ACCT.
PAID ☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD
DUE
FROM 9/15/13 TO 10/15/13
BY [signature]
A-2501 T-46820

## RECEIPT No. 126183

DATE 12/15/13
FROM Lorenzo Alvarez
$1500.00
☒ FOR RENT 13552 SW 287 LN Homestead #1
One thousand five hundred DOLLARS
ACCT.
PAID ☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD
DUE
FROM 11/15/13 TO 12/15/13
BY [signature]
A-2501 T-46820

## RECEIPT No. 126185

DATE 2/15/14
FROM Lorenzo Alvarez
$1500.00
☒ FOR RENT 13552 SW 287 LN Homestead Fl
One thousand five hundred DOLLARS
ACCT.
PAID ☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD
DUE
FROM 1/15/14 TO 2/15/14
BY [signature]
A-2501 T-46820

## RECEIPT No. 126180

DATE 9/15/13
FROM Lorenzo Alvarez
$1500.00
☒ FOR RENT 13552 SW 287 LN Homestead #1
One thousand five hundred DOLLARS
ACCT.
PAID ☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD
DUE
FROM 8/15/13 TO 9/15/13
BY [signature]
A-2501 T-46820

## RECEIPT No. 126182

DATE 11/15/13
FROM Lorenzo Alvarez
$1500.00
☒ FOR RENT 13552 SW 287 LN Homestead Fl
One thousand five hundred DOLLARS
ACCT.
PAID ☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD
DUE
FROM 10/15/13 TO 11/15/13
BY [signature]
A-2501 T-46820

## RECEIPT No. 126184

DATE 1/15/14
FROM Lorenzo Alvarez
$1500.00
☒ FOR RENT 13552 SW 287 LN Homestead Fl
One thousand five hundred DOLLARS
ACCT.
PAID ☒ CASH
○ CHECK
○ MONEY ORDER
○ CREDIT CARD
DUE
FROM 12/15/13 TO 1/15/14
BY [signature]
A-2501 T-46820

## Receipt No. 126187
- DATE: 4/15/14
- FROM: Lorenzo Alvarez
- One thousand five hundred DOLLARS — $1500.00
- ☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD
- ☒ FOR RENT
- ☒ FOR: 13552 SW 287 LN Homestead FL
- FROM 3/15/14 TO 4/15/14
- BY: [signature]
- A-2501 T-46820

## Receipt No. 126189
- DATE: 6/15/14
- FROM: Lorenzo Alvarez
- One thousand five hundred DOLLARS — $1500.00
- ☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD
- ☒ FOR RENT
- ☒ FOR: 13552 SW 287 LN Homestead FL
- FROM 5/15/14 TO 6/15/14
- BY: [signature]
- A-2501 T-46820

## Receipt No. 126191
- DATE: 8/15/14
- FROM: Lorenzo Alvarez
- One thousand five hundred DOLLARS — $1500.00
- ☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD
- ☒ FOR RENT
- ☒ FOR: 13552 SW 287 LN Homestead FL
- FROM 7/15/14 TO 8/15/14
- BY: [signature]
- A-2501 T-46820

## Receipt No. 126186
- DATE: 3/15/14
- FROM: Lorenzo D Alvarez
- One thousand five hundred DOLLARS — $1500.00
- ☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD
- ☒ FOR RENT
- ☒ FOR: 13552 SW 287 LN Homestead FL
- FROM 2/15/14 TO 3/15/14
- BY: [signature]
- A-2501 T-46820

## Receipt No. 126188
- DATE: 5/15/14
- FROM: Lorenzo Alvarez
- One thousand five hundred DOLLARS — $1500.00
- ☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD
- ☒ FOR RENT
- ☒ FOR: 13552 SW 287 LN Homestead FL
- FROM 4/15/14 TO 5/15/14
- BY: [signature]
- A-2501 T-46820

## Receipt No. 126190
- DATE: 7/15/14
- FROM: Lorenzo Alvarez
- One thousand five hundred DOLLARS — $1500.00
- ☒ CASH ☐ CHECK ☐ MONEY ORDER ☐ CREDIT CARD
- ☒ FOR RENT
- ☒ FOR: 13552 SW 287 LN Homestead FL
- FROM 6/15/14 TO 7/15/14
- BY: [signature]
- A-2501 T-46820

**RECEIPT** No. 126192
DATE 9/15/14
FROM Lorenzo Alvarez   $1,500.00
One thousand five hundred DOLLARS
☒ FOR RENT
☒ FOR 13552 SW 287 LN Homestead fl
ACCT.  ☒ CASH
PAID   ○ CHECK     FROM 8/15/14 TO 9/15/14
       ○ MONEY ORDER
DUE    ○ CREDIT CARD   BY [signature]
A-2501
T-46820

**RECEIPT** No. 126193
DATE 10/15/14
FROM Lorenzo Alvarez   $1500.00
One thousand five hundred DOLLARS
☒ FOR RENT
☒ FOR 13552 SW 287 LN Homestead
ACCT.  ☒ CASH
PAID   ○ CHECK     FROM 9/15/14 TO 10/15/14
       ○ MONEY ORDER
DUE    ○ CREDIT CARD   BY [signature]
A-2501
T-46820