UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" |
| | * | |
| This document relates to ALL CASES | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR LEAVE TO FILE LATE COMMON BENEFIT COUNSEL PTO 28 DOCUMENTATION BY BERRIGAN LITCHFIELD LAW FIRM

**NOW INTO COURT**, comes **Berrigan, Litchfield, Schonekas, Mann, and Traina, L.L.C.,** common benefit counsel, in the above-referenced MDL Chinese Drywall case, and avers the following:

1. It is one of the ten firms that did not comply with PTO 28's requirement to submit affidavits in support of a common benefit fee request. The failure to comply with PTO 28's requirement was due to a misunderstanding by undersigned counsel that prior timely submission of fees and billable hours under PTO 9 to Philip A. Garrett sufficed, and that the Berrigan Litchfield law firm was not required to comply with the additional requirements provided in PTO 28.

2. Upon receipt of email from Philip A. Garrett stating that the Berrigan Litchfield law firm was not in compliance with PTO 28, the necessary documentation immediately was prepared, and is now attached to Movant's Motion for Leave to File Late Common Benefit Counsel PTO 28 Documentation. The documentation consists of the two affidavits and memorandum set forth in PTO 28's requirements. Those affidavits are labeled Exhibit A and Exhibit B. Attached to Exhibit A is Exhibit A-1 which is the memorandum describing professional services performed by lawyers at Berrigan Litchfield law firm.

3. On June 8 and 9, 2010, time records of attorneys of the Berrigan Litchfield firm were submitted in accordance with PTO 9, said services being for legal work that provided common benefit to all claimants of MDL 2047. Those attorneys who provided common benefit services were: Law partner, E. John Litchfield, and associates, Matthew P. Chenevert, Carey B. Daste, and Kathy Lee Torregano. Exhibit C is copy of grid attached hereto showing time submission made on June 8 and 9, 2010 and approved.

4. Its non-compliance be considered excusable neglect inasmuch as it was the result of a sincere and honest misapprehension by counsel of the applicability of the requirements of PTO 28 to the movant law firm.

**WHEREFORE**, Movant prays that the *ex parte* motion of Movant **Berrigan, Litchfield, Schonekas, Mann, and Traina**, **L.L.C.**, common benefit counsel, for leave to file, belatedly, attached PTO 28 documentation, be granted.

Respectfully Submitted:

BY: /s/Karen B. Sher
Berrigan Litchfield Schonekas Mann & Traina, L.L.C.
E. JOHN LITCHFIELD (#8622)
KATHY LEE TORREGANO (#9948)
KAREN B. SHER (#12013)
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
(504) 799-6372 Telephone
(504) 561-8655 Facsimile
**Common Benefit Counsel**

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Ex Parte Motion for Leave to File Late Common Benefit Counsel PTO 28 Documentation by Berrigan, Litchfield Law Firm has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, at rherman@hhklawfirm.com, Plaintiffs' Lead Counsel, Arnold Levin, at alevin@lfsblaw.com., Secretary of Fee Committee, Counsel, Leonard Davis at ldavis@hhklawfirm.com,, and to Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of November, 2014.

                                            /s/ Karen B. Sher
                                            KAREN B. SHER

      I:\KLT\CHINESE DRYWALL\MDL Pleadings\Pleadings\Motion for Leave to File Late Law Firm's Documents in Compliance with PTO 28's Requirement of Affidavits for Common Benefit Counsel, 11-6-14.wpd