## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" |
| | * | |
| This document relates to ALL CASES | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE LATE COMMON BENEFIT COUNSEL PTO 28 DOCUMENTATION BY BERRIGAN LITCHFIELD LAW FIRM**

NOW COMES Movant **BERRIGAN, LITCHFIELD, SCHONEKAS, MANN & TRAINA,** common benefit counsel, who submits this memorandum in support of its Motion for an Order allowing it to submit late its PTO 28 documentation to prove its entitlement to common benefit fees totaling $3,450.00.

Movant timely submitted its attorney hours in June of 2010 on the Philip Garrett Case Cost Management System in accordance with Pre-Trial Order Nos. 9 and 9A. Due to an erroneous understanding and a misapprehension of Pre-Trial Order No. 28 by attorney Karen Sher, of the Movant law firm, the requirement of affidavits and a memorandum were not timely submitted. The PTO 28 documentation is now prepared and attached to Movant's motion herein.

Fed. R.Civ. P. 6(b) (2) provides that when an act must be done within a specific time, " . . . the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect." The court makes an equitable determination when it determines what constitutes "excusable neglect." *Martikean v. U.S.*, 2014

Page -1-

WL 4631620 at *3 (N.D. Tex. Sept. 16, 2014). There are factors the courts consider when taking into account the relevant circumstances connected to the party's omission, and those include:

> (1) the danger of prejudice to the opposing party;
> (2) the length of the delay and its potential impact on the judicial proceedings; (3) the reason for the delay, including whether it was in the reasonable control of the movant; and (4) whether the movant acted in good faith. *Id.*

Said failure to timely submit the required PTO 28 documentation was not intentional, but the result of a misunderstanding. Counsel acted in good faith believing that all of the requirements of submission for common benefit counsel had been completed. If this Honorable Court allows a late submission of the documentation, there will be no harm done since Philip Garrett, CPA already was aware of the attorney hours, and there is neither surprise nor prejudice. It was Mr. Garrett who notified the undersigned law firm that it was non-compliant.

It would be a harsh penalty for Movant to be denied compensation for common benefit attorney time due to an untimely submission of documentation, and Movant prays that this Honorable Court be lenient with counsel's mistaken belief that all necessary documentation had already been submitted, and allow a belated submission of same.

Respectfully Submitted:

BY:   /s/Karen B. Sher
Berrigan Litchfield Schonekas Mann & Traina, L.L.C.
E. JOHN LITCHFIELD (#8622)
KATHY LEE TORREGANO (#9948)
KAREN B. SHER (#12013)
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
(504) 799-6372 Telephone
(504) 561-8655 Facsimile
***Common Benefit Counsel***

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Ex Parte Motion for Leave to File Late Common Benefit Counsel PTO 28 Documentation by Berrigan, Litchfield Law Firm has been served on Plaintiffs' Liaison Counsel, Russ M. Herman, at rherman@hhklawfirm.com, Plaintiffs' Lead Counsel, Arnold Levin, at alevin@lfsblaw.com., Secretary of Fee Committee, Counsel, Leonard Davis at ldavis@hhklawfirm.com,, and to Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of November, 2014.

/s/ Karen B. Sher
KAREN B. SHER