IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

## EXHIBIT A - INITIAL AFFIDAVIT OF BERRIGAN, LITCHFIELD, SCHONEKAS, MANN & TRAINA, LLC FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES

STATE OF LOUISIANA

COUNTY/PARISH OF ORLEANS

BEFORE ME, the undersigned authority, on this 4th day of November, 2014;

PERSONALLY CAME AND APPEARED:

### E. JOHN LITCHFIELD

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true and correct:

1. I am a partner in the law firm of Berrigan, Litchfield, Schonekas, Mann & Traina, LLC.

2. The address of the law firm identified in number 1 above is 201 St. Charles Avenue, Suite 4204, New Orleans, LA 70170.

3. My law firm has complied with Pre-Trial Order No. 9 or 9A in all material aspects and I certify that my law firm's submission of this Affidavit has been made following a review of the Philip Garrett Case Cost Management System and that the system contains applicant's true and correct time and expense information. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4. The Court may rely on the information submitted by my law firm to Philip Garrett, the court appointed CPA contained o his Case Cost Management System in this litigation, all of which is certified to be true and correct.

5. The law firm identified in this Affidavit has expended 17.25 hours of common benefit time in connection with the Chinese Drywall litigation and seeks to have this time considered by the Court in connection with a common benefit time and cost reimbursement Petition to be submitted by the Fee Committee. A detail of the hours is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9.

6. The law firm identified in this Affidavit has incurred $0.00 of common benefit held expenses in connection with the Chinese Drywall litigation and seeks to have these expenses reimbursed. A detail of the expenses is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre- Trial Order No. 9.

7. The law firm identified in this Affidavit has contributed $0.00 in common benefit assessments towards shared common expenses in connection with the Chinese Drywall litigation and seeks to have these expenses reimbursed. To date $0.00 of these assessments have been reimbursed and therefore the balance to be reimbursed totals $0.00.

_____
E. JOHN LITCHFIELD

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __6th__ DAY OF
__November__, 2014.

_____
NOTARY PUBLIC
Print Name: __Karen B. Sher__
MY COMMISSION EXPIRES: __Is for life__.
BAR ROLL No.: 12013

### UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" |
| | * | |
| This document relates to ALL CASES | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM DESCRIBING APPLICANT LAW FIRM'S COMMON BENEFIT CONTRIBUTION

Applicant law firm Berrigan, Litchfield, Schonekas, Mann & Traina's attorneys, Matthew P. Chenevert,[1] E. John Litchfield, Kathy Lee Torregano, and Carey B. Daste, of performed professional services, and made a common benefit contribution on behalf of all Chinese Drywall claimants in MDL 2047. Those professional services consisted of the following:

#### I. Matthew P. Chenevert

On August 17, 2009, attorney Chenevert expended two and one-quarter hours making arrangements for, and personally attending, a teleconference sponsored by the defense bar association. He attended this meeting with attorney Daniel Becnel, and the latter's staff. On April 22, 2010, he met for two hours with PSC's attorney Dawn Barrios to discuss the status of Chinese Drywall MDL 2047, and received an assignment from Ms. Barrios to coordinate information for an article with journalist/attorney/editor of *The Gambit*, Mr. Clancy DuBos. Thereafter, on April 26, 2010, Mr. Chenevert expended fifteen minutes meeting with attorney E. John Litchfield to discuss the article by Mr. DuBos which would pertain to the status of the Chinese Drywall litigation and proposed litigation by Julie Quinn of the Louisiana Legislature. Also, on April 26, 2010, Chenevert

---

[1]Matthew P. Chenevert is no longer an associate with applicant law firm, Berrigan, Litchfield, Schonekas, Mann & Traina, LLC.

EXHIBIT A-1

conducted a one-hour telephone conference with Clancy DuBos regarding the status of the drywall litigation and the need for a news article on same. Thereafter, also on April 26, 2010, Chenevert spent two hours gathering information that Mr. DuBos had requested for the preparation of the news article, transmitting the information to DuBos, and following up with a telephone conversation with DuBos. On April 27, 2010, Chenevert had a fifteen minute conversation with DuBos during which DuBos requested that Chenevert gather additional information for him. Two days later, on April 29, 2010, Chenevert spent a total of one and one-half hours collecting additional information for the article and transmitting same to DuBos. Altogether, Chenevert put in total attorney hours of nine and one-half hours at an attorney rate of $200 per hour.

## II.     E. John Litchfield

Named partner of the law firm, and managing partner of the law firm, attorney Litchfield, on August 17, 2009, expended one half hour of his time in a conference with attorney Dawn Barrios regarding scope of work anticipated for discovery in the drywall litigation. Litchfield spent an additional one and one-half hour participating in various conferences with attorney Daniel Becnel--a member of the PSC-- regarding a DRI drywall seminar about strategic concerns of the defense industry, making arrangements for his attendance at the seminar, corresponding via email with Becnel about same, reviewing an article entitled "Subrogation" published by Cozen O'Conner, and forwarding a copy of that article to Becnel. Altogether, Mr. Litchfield worked two hours as an attorney for the common benefit of all Chinese Drywall claimants.

## III.    Kathy Lee Torregano

Attorney Kathy Lee Torregano, an associate with the Berrigan, Litchfield law firm, expended a total of four hours and forty-five minutes working as an attorney for the common benefit of all drywall claimants, and her professional services took place on August 17, 2009. Torregano's

services consisted of two hours and fifteen minutes preparing for, and attending a teleconference, sponsored by the defense bar association, along with attorney Daniel Becnel and his associates. She spent two hours and fifteen minutes preparing for, and participating in, a DRI Chinese Drywall on-line seminar. Torregano further spent fifteen minutes attending a summary meeting with attorney Becnel and his associates.

### IV.    Carey B. Daste

On August 17, 2009, Attorney Carey B. Daste expended a total of one hour and fifteen minutes working as an attorney for the common benefit of all drywall claimants. Her professional services consisted of registering attorney E. John Litchfield for the CLE on Chinese Drywall given by Defense Research Institute, and gathering and distributing CLE handouts to attorney Litchfield and other associates of the Berrigan Litchfield law firm.

### V.    Summary

On August 17, 2009, the four aforementioned attorneys of the applicant law firm performed a total of 10.25 hours of services for the common benefit of all Chinese Drywall claimants, at a cost of $200 per hour, or $2,050. On April 22, 26, and 27, of 2010, Matthew P. Chenevert, of the applicant law firm performed a total of seven hours of services for the common benefit of all Chinese Drywall claimants, at a cost of $200 per hour, or $1,400. Adding all of the attorney hours together, a total of 17.25 hours of services were performed by the applicant law firm as common benefit counsel, at a rate of $200 per hour, for a grand total of $3,450.

Respectfully Submitted:

**BERRIGAN, LITCHFIELD, SCHONEKAS, MANN & TRAINA, LLC**

BY: *Karen Sher*

E. JOHN LITCHFIELD (#8622)
KATHY LEE TORREGANO (#9948)
KAREN B. SHER (#12013)
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
(504) 799-6372 Telephone
(504) 561-8655 Facsimile