Garrett Case Cost Management System - Chinese Drywall - MDL-2047 — Berrigan, Litchfield, Schonekas, Mann & Traina, LLC

# Time submission from Berrigan, Litchfield, Schonekas, Mann & Traina, LLC
# for 2009-08-01 for case MDL 2047

Submitted on 2010-06-08 16:09:28 WITH Partner Signature Number

Status: Posted on 2010-06-11 12:47:22 by jjg

| Individual | Class | Case Assessment, Development, and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total | Page # | Judgement | Rejection Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Litchfield, E. John | Attorney | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2 | 1 | Accept | |
| Chenevert, Matthew P. | Attorney | 2.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.25 | 1 | Accept | |
| Torregano, Kathy Lee | Attorney | 4.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.75 | 1 | Accept | |
| Daste, Carey B. | Attorney | 1.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.25 | 1 | Accept | |
| | | | | | | | Submitted Hours | 10.25 | Approved | 10.25 | |

Comment from Firm:   None

Review Notes:   View Previous Notes

Date Additional Info Requested:

Files:
8-09 Chinese Drywall_826.pdf   DOC   2010-06-08 16:09:28


EXHIBIT "C"

Garrett Case Cost Management System - Chinese Drywall - MDL-2047

Berrigan, Litchfield, Schonekas, Mann & Traina, LLC

## Time submission from Berrigan, Litchfield, Schonekas, Mann & Traina, LLC for 2010-04-01 for case MDL 2047

Submitted on 2010-06-09 14:17:26 WITH Partner Signature Number

Status: Posted on 2010-06-11 12:46:20 by jjg

| Individual | Class | Case Assessment, Development, and Administration | Pre-Trial Pleadings and Motions | Discovery | Trial Preparation and Trial | Appeal | Settlement | Total | Page # | Judgement | Rejection Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Chenevert, Matthew P. | Attorney | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7 | 1 | Accept | |
| | | | | | | | Submitted Hours | 7.00 | Approved | 7.00 | |

Comment from Firm: None

Review Notes: View Previous Notes

Date Additional Info Requested:

Files: 04-10 Chinese Drywall_830.pdf  DOC  2010-06-09 14:17:26