UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" |
| | * | |
| This document relates to ALL CASES | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON COMMON BENEFIT COUNSEL BERRIGAN LITCHFIELD SCHONEKAS MANN & TRAINA'S MOTION FOR LEAVE TO FILE PTO 28 DOCUMENTATION LATE

Having considered the motion of Berrigan Litchfield Schonekas Mann & Traina, common benefit counsel, to submit to the Fee Committee its Pre-Trial Order 28 documentation of affidavits after the deadline for doing so has passed, it is hereby ORDERED that Berrigan Litchfield Schonekas Mann & Traina's motion for leave to file PTO 28 documentation after the deadline is _____.

Dated:_____

                                                 _____
                                                 **ELDON E. FALLON**
                                                 **UNITED STATES DISTRICT COURT JUDGE**