UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THE FEE COMMITTEE AND PLAINTIFFS' STEERING COMMITTEE'S OPPOSITION TO LOCKRIDGE GRINDAL'S MOTION FOR LATE SUBMISSION OF AFFIDAVIT FOR COMPENSATION OF COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES PURSUANT TO PRE-TRIAL ORDER NO. 28

MAY IT PLEASE THE COURT:

This memorandum is being submitted in opposition to the Motion for Late Submission of Affidavit for Compensation of Common Benefit Time and Reimbursement of Expenses Pursuant to Pre-Trial Order No. 28 filed by Lockridge Grindal Nauen, P.L.L.P. (Lockridge Grindal) [Rec. Doc. 18106].

Pre-Trial Order No. 28 (PTO 28) entered January 10, 2014[1], sets forth guidelines for attorney fee and cost reimbursement.  The Order was posted on the Court's website and distributed by Plaintiffs' Liaison Counsel to counsel in the litigation that registered pursuant to Pre-Trial Order No. 5(A).  Furthermore, discussions regarding PTO 28 and each of the amendments have taken place at every monthly status conference and references to all Pre-Trial Orders are posted in the monthly status report filed with the Court.  Furthermore, the Court-appointed CPA, Philip Garrett, has been

_____

[1]  This Pre-Trial Order was subsequently amended on January 27, 2014 (PTO 28A), March 25, 2014 (PTO 28B), April 28, 2014 (PTO 28C), July 9, 2014 (PTO 28D), and October 6, 2014 (PTO 28E).

1

in communication with all firms that complied with Pre-Trial Order No. 9 (PTO 9) and Pre-Trial Order No. 9(A) (PTO 9A) to assist those firms in reviewing the entries posted on the Case Cost Management System.  PTO 28 and its amendments set forth a number of deadlines.  All of these Orders were all circulated and made available to counsel.

Since the entry of PTO 28, the Fee Committee ("FC") has followed the directives issued by the Court and undertaken a substantial amount of work.  For instance, the FC worked with Philip Garrett to assist with those firms auditing their time and expense submissions, received firm's Initial Affidavits, received firm's Second Affidavits and set up firm presentations.  The Affidavits were essential components of PTO 28, as they were to be "fully completed and signed by a partner of that law firm seeking reimbursement for compensation" pursuant to PTO 28.  The Affidavits required all firms who sought reimbursement for compensation to outline certain information so that the FC and the Court could evaluate each firm's common benefit contribution to the ultimate success of this litigation.  The FC kept in constant contact with all firms that submitted Initial Affidavits.  PTO 28 provided that each firm that submitted time and expense submissions pursuant to PTO 9 and PTO 9A were given an opportunity to modify certain time or expenses and amend or correct submissions. The Court-appointed CPA spent considerable time performing these tasks with firms that made time and expense submissions.  Mr. Garrett's review of the time and expense submissions was purely administrative and to review compliance with the guidelines set forth in PTO 9.  He did not make any determination on the validity of the hours and whether they benefitted the common benefit. After Second Affidavits pursuant to PTO 28 were received by the FC, the FC commenced conducting meetings with each common benefit applicant.  Presentations were made to the FC that allowed the applicant to present the reasons, grounds and explanations for entitlement to common

benefit fees and reimbursement of expenses so that a recommendation by the FC could be made to the Court.

Philip Garrett submitted a revised updated Affidavit to the Court on November 4, 2014 [Rec. Doc. 18101-1]. Prior to submission of his Affidavit, Mr. Garrett sent an email to 43 firms that had complied with PTO 28, 10 firms that failed to comply with PTO 28, and additional firms that did not submit any hours but only provided assessments (*see* Exhibit 2 to Phil Garrett's Revised Affidavit). The 43 firms that complied with PTO 28 all submitted Initial and Second Affidavits and made presentations to the FC in accordance with PTO 28. None of the 10 firms that failed to comply with PTO 28 submitted Affidavits and presumably these firms did not audit the time and expenses they submitted pursuant to PTO 9.

If the Court were inclined to allow Lockridge Grindal or any other late filer to seek common benefit fees or cost reimbursement, the Court should require full compliance with PTO 9 and PTO 28, as amended. No late filer should be given any benefit in this eleventh hour and any late filer must comply with the same Pre-Trial Order procedures that all other firms who sought reimbursement have complied with. This means that all late filers must comport and satisfy the requirements of PTO 28 and its amendments, including but not limited to:

1.    Conducting an audit of its firm's time and expense submissions on the Philip Garret Case Cost Management System;
2.    Provide an Initial Affidavit to the FC;
3.    Provide the list of individual claims eligible on a comprehensive list of claimants retained by counsel;
4.    Provide a Second Affidavit; and
5.    Make a presentation to the FC.

Any additional cost and expenses incurred by Philip Garrett that are necessitated by the late filing of time and expense submissions and modifications should be assessed to the late filer, in

recognition of the fact that Mr. Garrett has engaged in an extensive accounting review of all hours and costs submitted in the litigation and must now redo his calculations and revise his updated Affidavit. Furthermore, the FC is prepared to commence conducting a new round of interviews of late filers, in New Orleans, Louisiana, on an expedited and immediate basis, in the same manner as was done with the 43 compliant applicants. These interviews could begin as early as November 24, 2014, prior to the next monthly Chinese Drywall status conference, if the Court deems it appropriate to allow late filers to now make requests for reimbursement of common benefit time and expenses. The FC does not want further delay and a deadline must be established for late filers or they should be precluded from filing anything further.

Respectfully submitted,


Dated: November 7, 2014                              /s/ Leonard A. Davis
                                                     Russ M. Herman, Esquire (Bar No. 6819)
                                                     Leonard A. Davis, Esquire (Bar No. 14190)
                                                     Stephen J. Herman, Esquire (Bar No. 23129)
                                                     HERMAN, HERMAN & KATZ, LLC
                                                     820 O'Keefe Avenue
                                                     New Orleans, LA 70113
                                                     Phone: (504) 581-4892
                                                     Fax: (504) 561-6024
                                                     Ldavis@hhklawfirm.com
                                                     *Plaintiffs' Liaison Counsel in MDL 2047*
                                                     *Fee Committee Co-Chair/Secretary*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*Fee Committee Chair*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com
*Fee Committee Member*

Daniel E. Becnel, Jr.
BECNEL LAW FIRM, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Peter Prieto
PODHURST ORSECK, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
pprieto@podhurst.com

Bruce William Steckler
STECKLER LLP
12720 Hillcrest Road - Suite 1045
Dallas, TX 75230
Phone: (972) 387-4040
Fax: (972) 387-4041
bruce@stecklerlaw.com

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL
  ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
THE LAMBERT FIRM
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hugh@thelambertfirm.com

Gerald E. Meunier
GAINSBURGH, BENJAMIN, DAVID, MEUNIER
 & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
PARKER, WAICHMAN LLP
27300 Riverview Center Blvd., Ste. 103
Bonita Springs, Florida 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
MORGAN & MORGAN
12800 University Drive, Suite 600
Ft. Myers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves, Jr.
REEVES & MESTAYER, PLLC
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@rmlawcall.com

Christopher A. Seeger
Scott Alan George
SEEGER WEISS, LLP
77 Water Street, 26th Floor
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
*Fee Committee Member*

Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
dan@wbmllp.com

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
*Fee Committee Member*

Victor M. Diaz, Jr.
V.M. Diaz and Partners, LLC
119 Washington Ave, Suite 402
Miami Beach, FL 33139
Phone: (305) 704-3200
Fax: (305) 538-4928
victor@diazpartners.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, NW, Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Michael J. Ryan
KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK LIBERMAN
12 S.E. Seventh Street, Suite 801
Fort Lauderdale, FL 33301
Phone: (954) 763-8181
Fax: (954) 763-8292
*Fee Committee Member*

Anthony D. Irpino
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
airpino@irpinolaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 7th day of November, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*
*Co-counsel for Plaintiffs*

8