UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al.<br>Case No. 09-7628 | MAG. JUDGE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of VM Diaz & Partners, LLC, counsel for Plaintiff Petrus Jaspers, hereby file its Motion to Withdraw as Counsel for Plaintiff Petrus Jaspers. Plaintiff's counsel, the law firm of VM Diaz & Partners, LLC has encountered irreconcilable differences with Plaintiff on issues involving the case.

Plaintiff Petrus Jaspers requests a 90 day period in which to retain alternate counsel to represent him in this matter.

WHEREFORE, the law firm of VM Diaz & Partners, LLC, requests this Honorable Court to allow it to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

**VM DIAZ & PARTNERS, LLC**
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
Tel: 305-704-3200
Fax: 305-538-4928

By:   /s/ Victor M. Diaz, Jr.
Victor M. Díaz, Jr., Esq.
Florida Bar No. 503800
victor@diazpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF Systems, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of November, 2014. I further certify that the above and foregoing has been served on Plaintiff Petrus Jaspers, 1490 SE 15th Street, Unit #104, Fort Lauderdale, Florida 33316, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, regular email, and electronic email.

**VM DIAZ & PARTNERS, LLC**
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
Tel: 305-704-3200
Fax: 305-538-4928

By: /s/ Victor M. Diaz, Jr.
Victor M. Díaz, Jr., Esq.
Florida Bar No. 503800
victor@diazpartners.com