# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE- MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Sean and Beth Payton, et. al. v. | ) | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | ) | |
| Case No. 09-7628 | ) | |
| | ) | |

## MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of VM Diaz & Partners, LLC., counsel for Plaintiff Petrus Jaspers, hereby file their Memorandum in Support of Motion to Withdraw as Counsel for Plaintiff Petrus Jaspers. In support thereof, Movant states as follows:

Plaintiff's counsel, the law firm of VM Diaz & Partners, LLC., have encountered irreconcilable differences with Plaintiff on issues involving the case. Under the circumstances, it is requested that the law firm of VM Diaz & Partners, LLC., be granted leave to withdraw as counsel for Plaintiff.

Plaintiff Petrus Jaspers has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Plaintiff Petrus Jaspers' present address is 1490 SE 15th Street, Unit #104, Fort Lauderdale, Florida 33316 and he may be reached at (305) 781-1154. This motion is made in good faith and will not prejudice any party.

Plaintiff Petrus Jaspers will not suffer any prejudice if the law firm of VM Diaz & Partners, LLC., withdraws from this case.

WHEREFORE, the law firm of VM Diaz & Partners, LLC., request this Honorable Court to allow them to withdraw as counsel of record for the Plaintiff in the above captioned case.

Respectfully Submitted,

**VM DIAZ & PARTNERS, LLC**
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
Tel: 305-704-3200
Fax: 305-538-4928

By:     /s/ Victor M. Diaz, Jr.
Victor M. Díaz, Jr., Esq.
Florida Bar No. 503800
*victor@diazpartners.com*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF Systems, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of November, 2014. I further certify that the above and foregoing has been served on Plaintiff Petrus Jaspers, 1490 SE 15th Street, Unit #104, Fort Lauderdale, Florida 33316, along with notification of all pending deadlines and court appearances in this litigation, via certified mail, regular email, and electronic email.

**VM DIAZ & PARTNERS, LLC**
119 Washington Avenue, Suite 402
Miami Beach, Florida 33139
Tel: 305-704-3200
Fax: 305-538-4928

By:      /s/ Victor M. Diaz, Jr.
Victor M. Díaz, Jr., Esq.
Florida Bar No. 503800
*victor@diazpartners.com*