UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 | ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF PETRUS JASPERS

Considering the law firm of VM Diaz and Partners, LLC's Motion to Withdraw as Counsel for Plaintiff Petrus Jaspers, having been advised there is no opposition to this matter and having found that the above referenced counsel has complied with Local Rule 83.2.11,

IT IS ORDERED that the law firm of VM Diaz and Partners LLC's Motion to Withdraw as Counsel for Plaintiff Petrus Jaspers is GRANTED. The law firm of VM Diaz and Partners, LLC, is discharged from any further obligation to Mr. Jaspers in this matter. The law firm of VM Diaz and Partners, LLC, shall serve this order on Mr. Jaspers via electronic mail and regular U.S. mail at his last known address within 10 days of the entry of this order.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge