UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

### ORDER

Considering the above and foregoing Motion for Leave,

**IT IS ORDERED** that Robert M. Johnston, Curator for Pro Se Plaintiffs, be and is hereby granted leave of Court to file the attached, Supplemental Memorandum.

New Orleans, Louisiana, this  6th  day of November, 2014.

_____
**JUDGE**

1