UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF CURATOR FOR PRO SE PLAINTIFFS REGARDING LATE KNAUF CLAIMS

**MAY IT PLEASE THE COURT:**

On July 11, 2014 I filed a Motion of Curator for Pro Se Plaintiffs Regarding Late Knauf Claims with supporting Memorandum notifying the Court that at that time I had compiled a list of 25 pro se plaintiffs who had provided me with information and documentary evidence supporting that they have late claims against Knauf defendants. Specifically, they had no knowledge of the existence of Knauf drywall in their property until after the passage of deadlines for asserting claims against the Knauf defendant in the Chinese-Manufactured Drywall Products Liability litigation.

I had filed the Motion after pro se plaintiffs Peter and Jeannette Thriffiley had filed a Motion requesting an Order that they be allowed into the settlement. Peter Thriffiley is a New Orleans attorney, and that motion was the first to be filed by a pro se plaintiff raising the question of whether the extraordinary circumstances that they had no knowledge before the deadline that their property was infested with Knauf drywall

justified the Court granting an Order allowing them to participate in the Knauf settlement.

The Thriffiley Motion was originally set for oral argument following the Court's July 2014 status conference. The Court continued the Motion without date, and also continued the Motion that I filed. At the October status conference Peter Thriffiley appeared and requested that the Court set his Motion for hearing at the next status conference which will occur on November 25, 2014. The Court orally granted the Motion.

I am filing this Supplemental Memorandum in Support of the previous Motion that I filed to provide the Court with the current listing of pro se plaintiffs with late Knauf claims that I have received. The current number is 53. Attached to this Memorandum as Exhibit A is the current listing of those late claim pro se Knauf plaintiffs which also provides their addresses, square footage of properties and other relevant information.

The purpose of the filing of the Curator's Motion is to not only provide the Court with the current list of pro se plaintiffs asserting such late claims, but will also enable the Court to evaluate whether there is merit in the claims of all such pro se plaintiffs such that they should be permitted to participate in the Knauf settlement. Each of these pro se plaintiffs did not learn that they have Knauf drywall until after the passage of the deadline for filing claims, and their arguments are the same as that of Peter and Jeannette Thriffiley. The pro se plaintiffs on the attached Exhibit list were unable to participate in the Knauf settlement before the settlement deadline because they were unaware that defective Knauf drywall was in their property until after the deadline had

passed. Their claims are based on these extraordinary circumstances which they contend justifies their inclusion in the Knauf settlement.

Respectfully submitted,

JOHNSTON HOEFER HOLWADEL

___/s/ Robert M. Johnston_____
**ROBERT M. JOHNSTON (#7339)**
400 Poydras Street, Suite 2450
New Orleans, Louisiana  70130
Tele:  (504) 561-7799

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding via facsimile, e-mail and/or by depositing in the United States mail, properly addressed and first class postage prepaid on this 5th day of November, 2014.

_____/s/ Robert M. Johnston__
