**LATE KNAUF PRO SE PLAINTIFFS**

| Last Name | First Name | CDW Property Address | City | State | Zip Code | Contact Information Phone # | Email Address | Commerical or Residential | Square Footage Under Air | Inspection (Yes/No) | Proof of Knauf (Yes/No) | Manu-facturer | Builder Supplier Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amorosana | Gerald | 221 Mariner Ct. | North Palm Beach | FL | 33408 | | giggijerry@gmail.com | | | | | | |
| Anderson | Megan | 18113 Claiborne Dr. | Pontchatoula | LA | | 661-476-2603, | meggs5577@yahoo.com | | | | | | |
| Bell | David Margaret | 5439 Marica Ave. | New Orleans | LA | 70124 | 504-616-7211 (c) | bellholdingsllc@gmail.com | Residential | 11,682 sf drywall | Yes | Yes | Knauf | |
| Blanton | Jack | 202 Mariner Court | North Palm Beach | FL | 33408 | | blanton.jack@gmail.com | Residential | | Yes | Yes | Knauf | |
| Blonsky | Daniel | 8220 SW 60th Court | South Miami | FL | 33143 | 305-858-2900 | dblonsky@coffeyburlington.com | Residential | | | Yes | Knauf | |
| Bondi | Denise Kent | 118 Santa Cruz Ct. | Slidell | LA | 70458 | 504-439-4634 | castnetseafood@yahoo.com | Residential | | Yes | Yes | | |
| Cheadle | Jeanne David | 2602 Southwest 41st Street | Cape Coral | FL | 33914 | 239-440-9663 239-440-5308 | jeanecheadle@aol.com | Residential | | Yes | Yes | | |
| Cordoba | Cecelia | 65 SE 3rd Ave. | Hallendale | FL | 33009 | 954-921-2800 | lonnasells@aol.com | Residential | | Yes | Yes | Knauf | |
| Cyr | Donald | 358 NW Biltmore St. | Port St. Lucie | FL | 34983 | | cytek10@comcast.net | | | Yes | Yes | | |
| DeSantis | Gabrielle | 229 Mariner Ct. | North Palm Beach | FL | 33408 | 561-317-0748 | gmchaljub@aol.com | Residential | | | | | |
| Desjardins | Bill | 1705 White Oak Dr. | Ocean Springs | MS | 39564 | 228 209 3429, | bdesjardins@silverslipper-ms.com | Residential 1704 Seacrest Dr. Gautier, MS 39553 | | Yes | Yes | | |
| Dsouza | Brooke Ajesh | 404 Atherton Dr. | Metairie | LA | 70005 | 504-832-1835 (h) 706-284-4377 (c) 706-294-3137 (c) | brook.dsouza@gmail.com ajeshdsouza@yahoo.com | Residential | | Yes | Yes | | |
| Guillaro | Paul | 225 Mariner Ct. 209 Mariner Ct. (GeeWiz, LLC) 210 Mariner Ct. (Paul Guillaro) | North Palm Beach | FL | 33408 | c/o Alan Rothman 914-216-5400 | | | | Yes | Yes | | |
| Henry | Akeva | 3157 NW 45th St. | Miami | FL | 33142 | 786-222-2186 | thomaswalker32@gmail.com, | Residential | | Yes | Yes | Knauf | |
| Henry | Auntrece | 3153 NW 45th St. | Miami | FL | 33142 | | auntrece@yahoo.com | Residential | | No | Yes | Knauf | |
| Jankowska Kunic | Marianna Milo | 232-234 Santurcee Ave. | Northport | FL | 34287 | 773-486-2192 | | Residential-rental 239 Ortiz Blvd. Northport, FL 34287 | | Yes | Yes | | |
| Jenkins | Bonnie Richard | 213 Mariner Ct. | North Palm Beach | FL | 33408 | 561-704-9749 | bonniejenkins@live.com | | | Yes | Yes | | |
| Kay | Jonathan | 1641 Nichole Woods Dr. | Houston | TX | 77047 | 832-306-1165 | Jonathan.Kay@jacobs.com | Residential | | | | | |

Updated: 11/5/2014 EXHIBIT A

LATE KNAUF PRO SE PLAINTIFFS

| Last Name | First Name | CDW Property Address | City | State | Zip Code | Contact Information Phone # | Email Address | Commerical or Residential | Square Footage Under Air | Inspection (Yes/No) | Proof of Knauf (Yes/No) | Manu-facturer | Builder Supplier Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kelly | Amanda | 12 Terra Bella Dr. | Manvel | TX | 77578 | c/o John Caston, atty., 713-222-7211 | | Residential | | | | | |
| Kettner | Ken | 205 Mariner Ct. | North Palm Beach | FL | 33408 | 561-478-0100 (w) 561-719-5149 (c) | ken@ecsinc,biz | | | Yes | Yes | | |
| Khan | Alice Noor | 2005 Arbor Hill Parkway | Hoover | AL | 35226 | | mirafzalkhan2004@yahoo.com | | | Yes | Yes | Knauf/ Tianjin | |
| Kime | Jennifer Billy | 3236 Silverado Circle | Green Cove Springs | FL | 32043 | 904-576-1312 | jennkime@gmail.com | Residential | | Yes | Yes | | |
| Kjos | Roger | 1480 Marina Dr. | Slidell | LA | 70458 | 949-233-6895 | ashleykjos@cox.net | Residental | 2873 sf | Yes | Yes | Knauf | |
| Kopach | Julianne | 20318 Chestnut Grove Drive | Tampa | FL | | 808-381-5462 | candjkopach@gmail.com | Residential | | | | | |
| Leiberman | Eric | 219 Belle Grove Lane | West Palm Beach | FL | 33411 | | palmbeachfirst@gmail.com | Residential - rental | | | | | |
| Levin | Adelaide | 2201-2203 Neyrey St. | Metairie | LA | 70001 | via Rhett Powers | | Residential-dbl | 3000 sf | Yes | Yes | Knauf | |
| Lineberger | Frederick | 2673 Lepage St. | New Orleans | LA | 70119 | 504-458-1081, | ricklineberger@gmail.com | Residential | | Yes | Yes | Knauf | |
| Lopez | Jessica | 21458 Pleasant Forest | Porter | TX | | Father Juan Lopez 940- | koltan2jessica@yahoo.com | Residential | 1799 sq.ft. total | Yes | Yes | Yes | |
| Ly | Tam | 18048 Forest Hill Dr. | Prairieville | LA | | 727-389-0790 | phoenix10@yahoo.com | | | Yes | Yes | | |
| Mansour | Nancy | 8678 Tally Ho Lane | Royal Palm Beach | FL | 33411 | | advancedmortgageanalysis@gmail.com | Residential | | No | Yes | Knauf | |
| Martin | Clair | 509 NW 26th Ave. | Cape Coral | FL | 33993 | | cemartin44@aol.com | Residential 4321 Orland River | | | | | |
| Martinez | Ron Cathy | 6507 Memphis St. | New Orleans | LA | 70124 | 504-896-2000 (off) 504-214-8884 (cell) | ronandcathy1@cox.net, | Residential | | | Yes | Knauf | |
| Mattesich | John | 1029 Alfreda Ave. | Lehigh Acres | FL | 33971 | 201-694-6082 | jmattesich@verizon.net | Residential | 2,245 under air | Yes | Yes | Knauf | |
| McKenna | Lynn | 214 Mariner Ct. | North Palm | FL | 33048 | 561-779-6096, | lpmckenna@att.net | | | Yes | Yes | | |
| Meggs | Jill | 5008 Melrose Way | Hoover | AL | | 256-339-3587, | jill.meggs@gmail.com | Residential | | Yes | Yes | Knauf | |
| Meyer | Jeff | 400 Cypress Dr., Ste. 20 | Tequesta | FL | 33469 | | meyer41@me.com | Commercial - Office unit | | Yes | Yes | Knauf | |

**LATE KNAUF PRO SE PLAINTIFFS**

| Last Name | First Name | CDW Property Address | City | State | Zip Code | Contact Information Phone # | Email Address | Commerical or Residential | Square Footage Under Air | Inspection (Yes/No) | Proof of Knauf (Yes/No) | Manu-facturer | Builder Supplier Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller | Diane James | ???? Charleston Lane, | | | | 228-669-7501 228-669-9730 | diane.miller1942@att.net | Residential 59 Mallard Lane | | | Yes | Knauf | |
| Pierre, Gessie | Gessie | 655 SW Gailbreath Ave. | Port St. Lucie | FL | 34953 | 561-502-1903 home: 772-800-3024 | gessiecoriolan@gmail.com | Residential | | Yes | Yes | Knauf | |
| Pittman | William Jennifer | 11523 Briarstone Pl. | Gulfport | MS | | | billpittman45@hotmail.com | Residential | 2250 | No | Yes | Knauf | Bailey Lumber & Supply, Inc. |
| Rosenour | Veronica | 13891 Calle Sevario | Prairieville | LA | 70769 | 225-717-5722 | | (for the Estate of Veronica Griffith | | Yes | Yes | | |
| Selby | Halbert | 114 Ogden Ave. | Ocean Springs | MS | 39564 | 228-297-9823 | halselbyjr@bellsouth.net | Residential | 1924 | Not CDW | | | |
| Shuminsky | Joel | 1704 South 1st St. | Ocean Springs | MS | 39564 | 228-596-4319 | joelshuminsky@gmail.com | Residential | 1229 | Yes | | Knauf | |
| Stafford | Brenda | 540 Titan Road SE | Pal Bay | FL | 32909 | home: 973-672-1387 cell: 201-707-4243 | brejody@gmail.com | Residential-rental | | Yes | Yes | Knauf | |
| Swanson | Rusty | 102 Poplar Point | Pass Chrisitan | MS | 39571 | 504-452-8986 | stacyrusty@aol.com | | | | | | |
| Tavanese | Dan | 208 N.E. 23rd Pl. | Cape Coral | FL | 33909 | 239-246-7486 | dantavanese@yahoo.com | Residential-rental | | Yes | Yes | | |
| Thriffley | Peter | 6343 Gen. Haig | New Orleans | LA | 70123 | | jthriffnola@gmail.com | Residential | 9352.69 (Walls & Ceilings) | Yes | Yes | Knauf | |
| Torrance | Matthew | 4240 Tupello | Baton Rouge | LA | 70769 | via Daniel Bencel, atty., 106 W. 7th St., | | | | | | | |
| Tucker | Lanning Johana | | Cape Coral | FL | | via Rita Jackman, atty., 239-689-1096 | | Residential | | | | | |
| Valencia (Silva) | Connie | 218 Mariner Ct. | North Palm | FL | 33408 | 540-522-4062, | mcvbs@gmail.com | | | Yes | Yes | | |
| Wallick | Jonathan | 3142 State Street Dr. | New Orleans | LA | 70125 | 504-289-4522 | jonathan@wallicknola.com | Residential | | | Yes | Knauf | |
| Washington | Latonia | 300 NE 36th St. | Oakland Park | FL | 33334 | 954-858-6926 | latoniawashington@outlook.com latoniasplace@yahoo.com | | | Yes | Yes | | |
| Wheat | Tim | 201 Mariner Court | North Palm Beach | FL | 33408 | 305-710-8602 (c), | tim@pinnaclehousing.com | | | Yes | Yes | | |
| Whitaker | Thomas | 2521 County Road 21 | Demopolis | AL | | | jillquinneyjacobs@yahoo.com | Residential | | No | Yes | | |
| Wise | Barbara | 205 Austin Dr. | Hayden | AL | | | sunrisememorialg@bellsouth.net | Residential | | No | Yes | Knauf | |

Updated: 11/5/2014                                                                                                                                                        EXHIBIT A