UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion to file a late claim by Whitney Bank. (Rec. Doc. 18085). As this motion relates to the other motions to file late claims previously set for hearing on November 25, 2014, (Rec. Docs. 17834, 17837, 18072),

**IT IS ORDERED** that Whitney Bank's motion is set for hearing with oral argument, immediately following the monthly status conference on November 25, 2014. Counsel for Whitney Bank shall coordinate with Liaison Counsel of the Plaintiffs' and Defendants' Steering Committees, and the Pro Se Curator, to determine the best, most efficient, method of argument for the motion.

**IT IS FURTHER ORDERED** that any party that wishes to respond to the motion do so by November 17, 2014.

New Orleans, Louisiana, this 6th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE