## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al., v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 10-cv-361 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF PRESERVATION ALLIANCE OF NEW ORLEANS, INC.'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER'S DECISION

Joye Jones (Jones), through undersigned counsel, hereby moves this Court for leave to file the attached Memorandum of Joye Jones in Support of Preservation Alliance of New Orleans, Inc.'s Motion for Reconsideration of Special Master's Decision.  Jones respectfully urges that as she is in essentially the identical position as Preservation Alliance of New Orleans, Inc. (Preservation) and the extent of her recovery in the Global Settlement will, for all intents and purposes, be determined by this Court's ruling on Preservation's Motion for Reconsideration, she should be granted leave to file a memorandum in support of that Motion.

Wherefore, Jones prays that after due consideration the court grant her Motion for Leave and allow her to file the attached  Memorandum of Joye Jones in Support of Preservation Alliance of New Orleans, Inc.'s Motion for Reconsideration of Special Master's Decision.

Dated: November 11, 2014                Respectfully submitted,

                                       By:      /s/ Dawn M. Barrios
                                       DAWN M. BARRIOS (#2821)
                                       barrios@bkc-law.com
                                       BRUCE S. KINGSDORF (#7403)
                                       bkingsdorf@bkc-law.com
                                       **BARRIOS, KINGSDORF & CASTEIX, L.L.P**.
                                       701 Poydras Street, Suite 3650
                                       New Orleans, LA 70139-3650
                                       Telephone: (504) 524-3300
                                       Facsimile: (504) 524-3313

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion for Leave to File Memorandum of Joye Jones in Support of Preservation Alliance of New Orleans, Inc.'s Motion for Reconsideration of Special Master's Decision has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail <u>and</u> e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of November, 2014.

                                                    <u>/s/ Dawn M. Barrios</u>
                                                    Dawn M. Barrios