# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al., v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 10-cv-361 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## **ORDER**

Considering the foregoing Motion;

It is hereby ORDERED that Joye Jones' Motion for Leave to file Memorandum of Joye Jones in Support of Preservation Alliance of New Orleans, Inc.'s Motion for Reconsideration of Special Master's Decision is GRANTED.  The Memorandum in Support will be filed into the record on today's date.

NEW ORLEANS, LOUISIANA, this _____ day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE