**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **Case No. 11-cv-080 (E.D. La.)**<br><br>*Almeroth, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd., et al* **Case No. 12-cv-0498 (E.D. La.)**<br><br>*Amato, et al. v. Liberty Mutual Insurance Company*, **Case No. 2:10-cv-00932 (E.D.La.)**<br><br>*Germano et al. v. Taishan Gypsum Co., Ltd. et al.* **Case No. 2:09-cv-06687 (E.D. La.)**<br><br>*Gross, et al. v. Knauf Gips, KG, et al* **Case No. 09-cv-6690 (E.D. La.)**<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd f/k/a Shandong Taihe Dongxin Co., Ltd, et al* **Case No. 11-cv-1077 (E.D. La.)**<br><br>*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al* **Case No. 10-cv-361 (E.D. La.)** | JUDGE FALLON MAG. JUDGE WILKINSON |

**CLASS COUNSEL'S MEMORANDUM IN SUPPORT OF**
**MOTION FOR AUTHORITY TO DISBURSE FUNDS FROM**
**THE VIRGINIA SETTLEMENTS FOR REAL PROPERTY LOSS**

**MAY IT PLEASE THE COURT:**

On July 9, 2013, the Court entered an Order (1) Certifying Each of Four Chinese Drywall

Class Settlements (Nationwide Insureds Settlement Agreement, Porter-Blaine/Venture Supply

Settlement Agreement, Tobin Trading and Installers Settlement Agreement, and Builders Mutual

Insureds Settlement Agreement) Relating to Virginia and Certain Other Remaining Claims; (2)

1

Granting Final Approval to the Four Chinese Drywall Class Settlements; and (3) Approving an Allocation Plan for the Four Class Settlements [Rec. Doc. 16934].

The Court authorized the establishment of various Qualified Settlement Funds (the "Funds") in connection with each of the Settlements. The Funds established are as follows:

a. Builders Mutual Insurance Settlement Fund [Rec. Doc. 17077];

b. Builders Mutual Insurance Attorney Fee Settlement Fund [Rec. Doc. 17078];

c. Nationwide Settlement Fund [Rec. Doc. 17079];

d. Nationwide Attorney Fee Settlement Fund [Rec. Doc. 17080];

e. Porter-Blaine/Venture Supply Settlement Fund [Rec. Doc. 17081];

f. Porter-Blaine/Venture Supply Attorney Fee Settlement Fund [Rec. Doc. 17082];

g. Tobin Trading and Installers Settlement Fund [Rec. Doc. 17083]; and

h. Tobin Trading and Installers Attorney Fee Settlement Fund [Rec. Doc. 17084].

The Court determined that, until such time as Claimants are entitled to settlement monies under the appropriate Settlement Agreement applicable to their claims, no settlement monies shall be set apart for any Claimant, or otherwise made available so that he or she may draw upon or otherwise control said settlement monies. The Funds, by and through the Administrator, shall only make payments to or for the benefit of Claimants pursuant to the applicable Settlement Agreement(s). The time has now come to address the disbursement of settlement monies, and movant requests that the Court set a time and procedure for the disbursement and payment of settlement funds.

Prior to any disbursement, movant requests that the Court convene a conference with the Settlement Administrator, the Court-appointed CPA, Philip Garrett, and Class Counsel to address open issues regarding distribution from the Four Virginia-based Settlements.

Respectfully submitted,

Dated:  November  11, 2014

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN &KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*And Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Matthew C. Gaughan
LEVIN, FISHBEIN, SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel in MDL 2047*
*And  Class Counsel*

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Class Counsel*

Richard S. Lewis
Kristen M. Ward
HAUSFELD LLP
1700 K St. NW, Suite 650
Washington, D.C. 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing  has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 11th day of November, 2014.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel in MDL 2047*
*Co-counsel for Plaintiffs*