# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY<br><br>THIS DOCUMENT RELATES TO:<br><br>*Abel, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 11-cv-080 (E.D. La.)<br><br>*Almeroth, et al., v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd, et al.*<br>Case No. 12-cv-0498 (E.D. La.)<br><br>*Amato, et al. v. Liberty Mutual Insurance Company,*<br>Case No. 2:10-cv-00932 (E.D. La.)<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., et al.*<br>Case No. 2:09-cv-06687 (E.D. La.)<br><br>*Gross, et al. v. Knauf Gips, KG, et al.*<br>Case No. 09-cv-6690 (E.D. La.)<br><br>*Haya, et al. v. Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*<br>Case No. 11-cv-1077 (E.D. La.)<br><br>*Wiltz, et al v. Beijing New Building Materials Public Limited Co., et al.*<br>Case No. 10-cv-361 (E.D. La.) | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

# MEMORANDUM OF JOYE JONES IN SUPPORT OF PRESERVATION ALLIANCE OF NEW ORLEANS, INC.'S MOTION FOR RECONSIDERATION OF SPECIAL MASTER'S DECISION

MAY IT PLEASE THE COURT:

Chinese drywall (CDW) claimant and participant in the Global Settlement, Joye Jones (Jones), appearing herein through undersigned counsel, submits this Memorandum in Support of Preservation Alliance of New Orleans, Inc.'s Motion for Reconsideration of Special Master's Decision as she is in essentially the identical position as the Preservation Alliance of New Orleans, Inc.(Preservation). Because New Orleans Area Habitat for Humanity, Inc. (NOAHH) was a supplier of CDW to Jones, as it was to Preservation, and was not a builder, both should be allowed to participate in the Supplier Settlement Fund and not be relegated to the less beneficial Builder Settlement Fund.

## FACTS

Jones lost her home in Hurricane Katrina. In order to rebuild it, she received drywall (later determined to be CDW) from NOAHH. She re-built her home, NOAHH did not rebuild it. Her CDW was manufactured by Taishan. Jones submitted her claim to the Settlement Administrator as a Supplier Claim and received an Eligibility Notice on April 2, 2014, a copy of which is attached hereto as Exhibit A, for participation in the Global/Banner/INEX Settlement. The Eligibility Notice confirmed her eligibility under the Supplier category and denied her eligibility under the Builder category. Since NOAHH supplied the CDW to Ms. Jones, the claim was made against the Supplier Fund and was apparently approved to be paid out of that fund. The funds due to her for the square footage of her home (4,057sq.ft.), if paid from the Supplier Fund, would be $3.36 per sq., or a total of $13,631.52. However, Jones received a check

from the Claims Administrator based on calculations from the Builder's Fund. Under the Builder's Fund, Jones received only $2.03 per sq. ft., or a total of $8,235.71. This difference of $5,395.81 is substantial. Jones has appealed her award, a copy of which is attached hereto as Exhibit B, and has been advised that the resolution of her appeal will depend upon the outcome of Preservation's Motion for Reconsideration. Jones respectfully urges that since NOAHH was Jones' CDW supplier, as it was Preservation's, and not her builder, Jones should be paid from the Supplier Fund. The settlement payments should reflect the facts of the claim, not an arbitrary interpretation of the allocation plan.

## ARGUMENT

It is undisputed that NOAHH qualified in the Global Settlement as a CDW builder, but also acted solely as a CDW supplier to certain claimants, such as Jones. No explanation has been given as to why NOAHH's funds were not divided between the Builder and Supplier Settlement Funds in proportion to the claimants claiming against NOAHH in its role as builder and in its role as supplier. Nonetheless, the math is easy and the proper ratio can be determined relatively easily based on claims submitted. Jones should not be forced to accept less than what she is due for the sake of administrative convenience. Jones signed up for the Global Settlement as a victim of a CDW supplier and should not now be treated as the victim of a CDW builder because its supplier acted in a dual role.

## CONCLUSION

For the foregoing reasons, Jones urges that the Special Master's decision should be reversed and the payments to Preservation and Jones be calculated and paid from the Supplier's Settlement Fund. If necessary to accomplish this, the Settlement Administrator should be required to reallocate a proportionate amount of the NOAHH funds from the

Builder Settlement Fund into the Supplier Settlement Fund based on the percentage of claimants for whom NOAHH was a supplier.

Jones prays that it be granted this relief and all other relief to which it is justly entitled.

Dated: November 11, 2014          Respectfully submitted,

By:    /s/ Dawn M. Barrios
DAWN M. BARRIOS (#2821)
barrios@bkc-law.com
BRUCE S. KINGSDORF (#7403)
bkingsdorf@bkc-law.com
**BARRIOS, KINGSDORF & CASTEIX, L.L.P**.
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Telephone: (504) 524-3300
Facsimile: (504) 524-3313

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum of Joye Jones in Support of Preservation Alliance of New Orleans, Inc.'s Motion for Reconsideration of Special Master's Decision has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of November, 2014.

/s/ Dawn M. Barrios_____
Dawn M. Barrios

# EXHIBIT A

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## GLOBAL, BANNER, INEX REPAIR AND RELOCATION EXPENSES CLAIM
## ELIGIBILITY NOTICE
### DATE OF NOTICE: 4/2/14
### DEADLINE TO APPEAL: 5/2/14

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Jones | First: Joye | Middle: |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 100534 | **Claim ID** | 6426 |
| **Law Firm** | BARRIOS KINGSDORF & CASTEIX, LLP | **Affected Property ID** | 725 |
| **Affected Property Address** | Street: 4123 Walmsley Avenue | | Unit: |
| | City: New Orleans | State: LA | Zip code: 70125 |

### II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I. We reviewed your claim and determined that you are eligible for compensation for the Global, Banner, InEx Repair and Relocation Expenses Claim you submitted. The table below shows both the information you provided and the information that we confirmed.

Settlement Funds will be distributed on a pro-rata basis. To determine Compensation Amounts, we will divide the total square footage of all eligible claims by the total applicable Settlement Amounts to determine a per square foot Compensation Amount. For example, if the Settlement Amount is $10,000,000, and the total square footage of all eligible properties is 2,000,000 square feet, the amount available for each property is $5.00 per square foot ($10,000,000 divided by 2,000,000 square feet). We will then multiply the per square foot amount by the confirmed Under Air Square Footage listed in Row 1 to calculate your Compensation Amount. We cannot perform these calculations until all claims have been reviewed and we know the total square footage of all eligible properties. The square footage multiplier will be announced as soon as it is available.

| | CATEGORY | CLAIM FORM INFORMATION (WHAT YOU TOLD US) | CONFIRMED ELIGIBILITY INFORMATION (WHAT WE DETERMINED) |
|---|---|---|---|
| 1. | **Under Air Square Footage** | 4400 | 4057 |
| 2. | **Builder** | Other | Not Eligible |
| 3. | **Supplier** | Other | New Orleans Area Habitat for Humanity, Inc. |
| 4. | **Installer** | Other | Not Eligible |

### III. YOUR OPTIONS AFTER THIS NOTICE



If you agree with the information we confirmed, log in to the Chinese Drywall portal to accept our determinations.  If you disagree with our determination, you may file an Appeal.  The Appeal deadline is 30 days after the date of this Notice.  If you wish to file an Appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**.  If you do not have online access, you may submit the Notice of Appeal form attached to this Notice.  Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

| IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP ||
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**. ||

| V. HOW TO RESPOND TO THIS NOTICE ||
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail** <br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br>P.O. Box 25401 <br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br>(Postmarked no later than your submission deadline) | BrownGreer, PLC <br>Chinese Drywall Settlement Administrator <br>250 Rocketts Way <br>Richmond, Virginia 23231 |
| **By Facsimile** <br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# EXHIBIT B

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF APPEAL

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last: Jones | First: Joye | Middle: |
| **Representative Claimant Name** | Last: | First: | Middle: |
| **Claimant ID** | 100534 | **Claim ID** | 6426 |
| **Claim Type** | Global, Banner, InEx Repair and Relocation Expenses | **Affected Property ID** | 725 |
| **Affected Property Address** | Street: 4123 Walmsley Avenue | | Unit: |
| | City: New Orleans | State: LA | Zip code: 70125 |
| **Law Firm** | BARRIOS KINGSDORF & CASTEIX, LLP | | |

### II. BASIS OF APPEAL

Use the space below to provide information regarding the basis of your Appeal. If necessary, this information will be transmitted to the Special Master, along with all documents related to your claim. The Special Master will review your Appeal and will notify you once a determination has been made. You must attach all documents that support your Appeal if you have not already submitted them. You may attach additional sheets as necessary.

```
Ms. Joye Jones lost her home in Hurricane Katrina. In order to rebuild it, she
received drywall(later determined to be CDW) from NOAHH. She re-built her home,
NOAHH did not rebuild it. Her Chinese drywall is Taishan. She received the
attached Eligibility Notice on April 2, 2014 for participation in the Global/
Banner/INEX settlement based on her transaction with NOAHH. Since NOAHH provided
the CDW to Ms. Jones, we made a claim against the Supplier Fund. However, Ms.
Jones was paid from the Builder Fund. The funds due to her for the square footage
of her home(4,057sq.ft.),if paid from the Supplier Fund would be $3.36 per sq.ft.
for a total of $13,631.52. However, she received a check on the calculations of
the Claims Administrator from the Builder's Fund. Under the Builder's Fund Ms.
Jones received only $2.03 per sq. ft. for a total of $8,235.71.
The difference of $5,395.81 depends on the Fund from which she is paid. Since
NOAHH was her supplier, and not her builder she should be paid from the Supplier
Fund. The source of the money should reflect the facts of the claim, not an
arbitrary interpretation of the allocation plan.
```



| III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP ||
|---|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**. ||
| **IV. HOW TO SUBMIT THIS NOTICE** ||
| **By Online Portal** <br> (Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail** <br> (Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator <br> P.O. Box 25401 <br> Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail** <br> (Postmarked no later than your submission deadline) | BrownGreer, PLC <br> Chinese Drywall Settlement Administrator <br> 250 Rocketts Way <br> Richmond, Virginia 23231 |
| **By Facsimile** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email** <br> (Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |