UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO ALL CASES** | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| _____ | ) | |

### REPLY MEMORANDUM TO PLAINTIFF'S STEERING COMMITTEE'S RESPONSE TO WHITNEY BANK'S MOTION FOR AUTHORITY TO FILE CLAIM

Whitney Bank has filed a motion for an order authorizing it to file a claim for drywall damages related to the property at 1600 Evers Haven, Cantonment, Florida, in the appropriate settlement program. This motion was filed on October 29, 2014. Plaintiff's Steering Committee ("PSC") filed a response on November 6, 2014 objecting to Whitney Bank's Motion for Authority to File Late Claim. The PSC suggests to the Court that Whitney Bank knew about the Chinese drywall on the property as early as May 14, 2014. However, Whitney Bank did not acquire title to the property until June 11, 2014. Moreover, as the attached Affidavit of Stephen Duffy (Exhibit A) shows, Whitney Bank did not receive any notification of possible Chinese drywall on the property until July 21, 2014, and that information was not confirmed until July 24, 2014. Since that time, counsel for Whitney Bank has been trying to identify the manufacturer of the Chinese drywall. In addition, counsel has been engaged in investigating the claims procedure and has tried to determine what category of claims that this matter fits into.

Whitney Bank represents to this Court that it has acted with due diligence in attempting to file a claim in a timely fashion, but could not do so because the claim deadline had expired prior to Whitney Bank's acquisition of the property and knowledge of the Chinese drywall.

Therefore, Whitney Bank prays that it be allowed to file a late claim in this matter.

{L0314326.1}

Respectfully Submitted,

*/s/ Louis Simon II*_____
Louis Simon II, Bar No. 12281
Jones Walker LLP
600 Jefferson Street, Suite 1600
Lafayette, LA 70601
Ph:  (337) 593-7600
FAX (337) 593-7601
Attorney for Whitney Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, and Plaintiff's Liaison Counsel, Leonard A. Davis, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of November, 2014.

*/s/ Louis Simon II*_____
LOUIS SIMON II

{L0314326.1}